UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NORTEL NETWORKS INC., *et al.*,

Debtors.

Chapter 11

Case No. 09-10138 (KG)
(Jointly Administered)

**Re: D.I. 13317, 13318, 13319**

### JOINDER OF THE CANADIAN CREDITORS COMMITTEE IN THE MOTIONS OF THE MONITOR AND CANADIAN DEBTORS (I) FOR ENTRY OF AN ORDER STRIKING THE EXPERT REPORTS AND TESTIMONY OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON OR, IN THE ALTERNATIVE, GRANTING LEAVE TO FILE THE EXPERT REPORT OF SHELDON BURSHTEIN IN REBUTTAL TO THE REPORTS OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON, AND (II) TO SHORTEN TIME FOR HEARING OF THE MOTION TO STRIKE

For the reasons set forth in the Motion to Strike described herein, the Canadian Creditors Committee (the "**CCC**"), by and through its undersigned counsel, hereby joins in: (i) the motion [**D.I. 13317**] filed with this Court on April 11, 2014 by Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation ("**NNC**") and certain of its direct and indirect subsidiaries (collectively, the "**Canadian Debtors**," and together with the Monitor, the "**Movants**") in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), seeking entry of an order striking the expert reports and testimony of Daniel R. Bereskin QC and Bruce W Stratton submitted in the litigation being conducted jointly before this Court and the Canadian Court or, in the alternative, for leave to file the expert report of Sheldon Burshtein in rebuttal to the reports of Daniel R. Bereskin QC and Bruce W. Stratton submitted by the Monitor (the "**Motion to Strike**") ; and (ii) the Movants' motion [**D.I. 13319**] filed contemporaneously therewith for the entry of an order pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 9006-1(e) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), shortening notice to allow the Motion to Strike to be considered at a joint hearing with the Canadian Court scheduled to be held on April 22, 2014 (the "**Motion to Shorten**").

The CCC reserves the right to supplement or amend this Joinder and to appear and be heard on any issue at the hearing to consider the Motion to Strike and Motion to Shorten.

Dated: Wilmington, Delaware
April 13, 2014

Respectfully submitted,

**DLA PIPER LLP (US)**
*Counsel for the Canadian Creditors Committee*

By: */s/ Selinda A. Melnik*
Selinda A. Melnik  (DE 4032)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
Telephone: 1-302-568-5650
selinda.melnik@dlapiper.com

~ and ~

Richard Hans  (*admitted pro hac vice*)
Timothy Hoeffner  (*admitted pro hac vice*)
Farah Lisa Whitley-Sebti (*admitted pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
richard.hans@dlapiper.com
timothy.hoeffner@dlapiper.com
farahlisa.sebti@dlapiper.com