# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Hearing date: April 17, 2014 at 10:00 a.m. (EDT)** |

### NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE RESPONDING MOTION RECORD OF THE MONITOR AND CANADIAN DEBTORS IN THE CANADIAN PROCEEDINGS IN CONNECTION WITH THE APRIL 17, 2014 HEARING

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol [Dkt. No. 990], on April 15, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel filed in the above-captioned cases a copy of the *Responding Motion Record of the Monitor and Canadian Debtors (re: Joint Administrators' Motion for Production of a Document)* (the "**Responding Motion Record**") filed by the Monitor and Canadian Debtors in the Canadian Proceedings on April 7, 2014. The Monitor and the Canadian Debtors filed the Responding Motion Record in response to the *Motion Record* (the "**Motion Record**") filed by the court-appointed administrators and authorized foreign representatives (the "**Joint Administrators**") for Nortel Networks UK Limited and certain of its affiliates in the Canadian Proceedings on March 11, 2014 [Dkt. No. 13307]. A copy of the Responding Motion Record is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Responding Motion Record is being filed under seal pursuant to section 8(c) of the protective order entered in this case [Dkt. No. 10805].

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** that on April 9, 2014, the Joint Administrators filed a notice of request for joint hearing with this Court with respect to the Motion Record [Dkt. No. 13307]. A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on April 17, 2014, at 10:00 a.m. (EDT).

Dated: April 15, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Jay Pultman
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*