## EXHIBIT A

**Reply Motion Record**

**[FILED UNDER SEAL IN THE CANADIAN PROCEEDINGS]**

# EXHIBIT B

## Book of Authorities of Moving Parties

**[FILED UNDER SEAL IN THE CANADIAN PROCEEDINGS]**

01:15328128.1

## EXHIBIT C

**Factum of the Moving Parties**

**[FILED UNDER SEAL IN THE CANADIAN PROCEEDINGS]**

01:15328128.1