# EXHIBIT B

## Book of Authorities of Moving Parties

**[FILED UNDER SEAL IN THE CANADIAN PROCEEDINGS]**

01:15328128.1