# EXHIBIT C

**Factum of the Moving Parties**

**[FILED UNDER SEAL IN THE CANADIAN PROCEEDINGS]**