# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X     Chapter 11
:
*In re*                                                        :     Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                             :     Jointly Administered
:
                          Debtors.                             :
:
---------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON APRIL 17, 2014 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1. Notice of Request for Joint Hearing, Pursuant to Section 15 of the Cross-Border Insolvency Protocol, on the Joint Administrators' Motion for Production of Documents in the Canadian Proceedings (D.I. 13307, Filed 4/9/14).

    Responses Received:

    (a) Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of The Responding Motion Record Of The Monitor And Canadian Debtors In The Canadian Proceedings In Connection With The April 17, 2014 Hearing (D.I. 13321, Filed 4/15/14).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Related Pleading:

(a) Notice Of Filing Of Courtesy Copies Pursuant To Section 12(d) Of The Cross-Border Insolvency Protocol Of Documents Filed In The Canadian Proceedings By The Joint Administrators (D.I. 13322, Filed 4/15/14).

Status: A joint hearing on this matter is going forward. As of the date of this agenda, certain factums and evidence have not yet been filed in Canada. The agenda will be amended as necessary as items are docketed in the United States.

| | |
|---|---|
| Dated: April 15, 2014<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>   */s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

8160804.2