# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Hearing date: April 22, 2014 @ 10:00 a.m. (ET)** |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF FILING OF CORRESPONDENCE ADDRESSED TO THE CANADIAN COURT IN CONNECTION WITH THE APRIL 22, 2015, JOINT PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol [Dkt. No. 990], on April 15, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel filed in the above-captioned cases a copy of correspondence (the "**Canadian Correspondence**") delivered by the Monitor and the Canadian Debtors to the Canadian Court on the date hereof listing certain issues that the Monitor and the Canadian Debtors anticipate being addressed in the joint pre-trial conference that is scheduled for April 22, 2014. A copy of the Canadian Correspondence is attached hereto as Exhibit A.

[*Intentionally left blank*]

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: April 15, 2014
Wilmington, Delaware

          **BUCHANAN INGERSOLL & ROONEY PC**

          /s/ Kathleen A. Murphy
          Mary F. Caloway (No. 3059)
          Kathleen A Murphy (No. 5215)
          919 North Market Street, Suite 1500
          Wilmington, Delaware 19801
          (302) 552-4200 (telephone)
          (302) 552-4295 (facsimile)
          mary.caloway@bipc.com
          kathleen.murphy@bipc.com

          -and-

          **ALLEN & OVERY LLP**

          Ken Coleman
          Daniel Guyder
          Jay Pultman
          Paul Keller
          Laura Hall
          1221 Avenue of the Americas
          New York, NY  10020
          (212) 610-6300 (telephone)
          (212) 610-6399 (facsimile)
          ken.coleman@allenovery.com
          daniel.guyder@allenovery.com
          jacob.pultman@allenovery.com
          paul.keller@allenovery.com
          laura.hall@allenovery.com

          *Attorneys for Ernst & Young Inc., as Monitor*
          *and Foreign Representative of the Canadian Nortel*
          *Debtors*