**<u>EXHIBIT A</u>**

# Goodmans LLP

Barristers & Solicitors

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597-4184
pruby@goodmans.ca

April 15, 2014

Our File No.: 083800

The Honourable Justice Frank Newbould
Ontario Superior Court of Justice
Judge's Administration
330 University Avenue, 7th Floor
Toronto, ON M5G 1R7

Your Honour:

**Re:    Nortel Networks Corporation, *et al.* (Court File No. 09-CL-7950)
         April 22 Joint Pre-Trial Conference**

We understand that you have requested a list of the items that we anticipate will be addressed at the April 22 joint pre-trial conference. We have not canvassed all other parties for a complete list of potential issues. However, we anticipate that some or all of the following matters may be addressed:

1. Update about court reporting, audio/video and communication facilities for the joint trial and physical trial logistics;
2. Review and finalization of the trial protocol including appearance of witnesses in light of the Courts' trial schedule;
3. Pre-trial motions;
4. Preferred format of evidentiary filings and written submissions (electronic, paper or both);
5. Confidentiality issues;
6. Advance filing of documents; and
7. Whether US lawyers need to robe when appearing in Canada.

We will endeavour to provide a further update regarding the proposed list of matters to be addressed prior to the date of the conference.

Yours truly,

**Goodmans LLP**

Peter Ruby / u.r.

Peter Ruby
Copy: Core Parties Service List

6319705