IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
*In re*                                                         :          Chapter 11
                                                                :
Nortel Networks Inc., *et al.*,[1]                 :          Case No. 09-10138 (KG)
                                                                :
             Debtors.           :          Jointly Administered
                                                                :
                                                                :
                                                                :
                                                                :
---------------------------------------------------------X

**NOTICE OF FILING OF U.S. INTERESTS EXPERT
AND REBUTTAL EXPERT REPORTS**

**PLEASE TAKE NOTICE** that pursuant to Justice Newbould's request made at the March 12, 2014 joint hearing and in connection with the Monitor and Canadian Debtors having submitted their expert reports with the Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, In the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton [D.I. 13317], the US Debtors, Unsecured Creditors Committee and the Ad Hoc Group of Bondholders (the "US Interests") hereby submit their expert and rebuttal expert reports to the Courts. As certain of these reports contain or rely upon highly confidential information, each is being filed under seal at this time, subject to further order of the Courts.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that the reports are as follows:

- The Initial and Rebuttal Expert Reports of Jeffrey Kinrich. Mr. Kinrich is a Managing Principal at Analysis Group. He provides an expert opinion on the value relinquished by each of the Nortel entities in the post-petition sales.

- The Rebuttal Expert Report of Catherine Tucker. Dr. Tucker is the Mark Hyman Jr. Career Development Professor and Associate Professor of Marketing at MIT Sloan at the Massachusetts Institute of Technology ("MIT"). Dr. Tucker opines on the economic incentives of innovation, the economics of high-technology patents, and how a company derives economic value from a patent portfolio and how these factors inform an interpretation of the scope of the licenses.

- The Initial and Rebuttal Expert Reports of Lorraine Eden. Dr. Eden is a Professor of Management and Mays Research Fellow at Texas A&M University and a Visiting Professor at The Ohio State University. Dr. Eden provides an expert opinion on whether it is appropriate to use Nortel's transfer pricing policy (and in particular Schedule A to the MRDA) for allocation of the post-petition sale proceeds and whether the interpretation of the licenses set forth by the Monitor and Canadian Debtor comports with the arm's length principle.

- The Rebuttal Expert Report of Daniel Bereskin QC. Mr. Bereskin is a founding partner of Bereskin & Parr LLP. Mr. Bereskin offers a rebuttal opinion regarding the custom and practice relating to a sophisticated business person's understanding of the scope of the licenses at issue.

- The Rebuttal Expert Report of Laureen M. Ryan, revised April 14, 2014. Ms. Ryan is a managing director at Alvarez & Marsal. Ms. Ryan opines on the proper calculation for a contribution approach should that approach be selected for allocation and on issues concerning a pro rata approach to allocation.

- The Rebuttal Expert Report of John J. McConnell. Dr. McConnell is the Emanuel T. Weiler Distinguished Professor of Management (Finance) at Purdue University. Dr. McConnell opines on the creditor expectations concerning Nortel.

- The Rebuttal Expert Report of Robert Kilimnik. Mr. Kilmnik is a senior advisor at the Collins Group and a member of the credit committee at Stonebridge Infrastructure Debt Funds. Mr. Kilimnik opines on the expectations of the bond markets and the effects that pro rata allocation decision would have on the bond markets.

- The Rebuttal Expert Report of Terrance P. McGarty. Dr. McGarty is a Managing Partner and Founder of the Telmarc Group. Dr. McGarty provides an expert opinion regarding monetization options for patents in the residual patent portfolio.

- The Expert Report of Mr. Raymond Zenkich. Mr. Zenkich is a founding partner of Red Chalk Group. Mr. Zenkich provides his expert opinion on issues related to the

valuation of intellectual property in China and certain other intellectual property issues.

| | |
|---|---|
| Dated:  April 15, 2014<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and the Debtors in Possession* |