IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
*In re*                                                   :    Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
                                                          :
        Debtors.                                    :    Jointly Administered
                                                          :
                                                          :    Re: D.I. 10805
                                                          :
---------------------------------------------------------X

## INDEX OF U.S. INTERESTS EXPERT AND REBUTTAL EXPERT REPORTS

Tab 1 - Initial Expert Report of Jeffrey Kinrich

Tab 2 - Rebuttal Expert Report of Jeffrey Kinrich

Tab 3 - Rebuttal Expert Report of Catherine Tucker

Tab 4 - Initial Expert Report of Lorraine Eden

Tab 5 - Rebuttal Expert Report of Lorraine Eden

Tab 6 - Rebuttal Expert Report of Daniel Bereskin QC

Tab 7 - Rebuttal Expert Report of Laureen M. Ryan, revised April 14, 2014

Tab 8 - Rebuttal Expert Report of John J. McConnell

Tab 9 - Rebuttal Expert Report of Robert Kilimnik

Tab 10 - Rebuttal Expert Report of Terrance P. McGarty

Tab 11 - Expert Report of Mr. Raymond Zenkich

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
*In re*                                    :   Chapter 11
                                           :
Nortel Networks Inc., *et al.*,[1]         :   Case No. 09-10138 (KG)
                                           :
           Debtors.   :   Jointly Administered
                                           :
                                           :   Re: D.I. 10805
                                           :
---------------------------------------------------------X

## U.S. INTERESTS EXPERT AND REBUTTAL EXPERT REPORTS

**CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING PROTECTIVE ORDER [D.I. 10805]**

Dated: April 15, 2014

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Howard S. Zelbo | Derek C. Abbott (No. 3376) |
| James L. Bromley | Eric D. Schwartz (No. 3134) |
| Jeffrey A. Rosenthal | Ann C. Cordo (No. 4817) |
| Lisa M. Schweitzer | 1201 North Market Street |
| One Liberty Plaza | Wilmington, Delaware 19899-1347 |
| New York, New York 10006 | |

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.