# **EXHIBIT A**

01:15335463.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### ORDER ISSUING LETTER OF REQUEST, APPOINTING COMMISSIONER, AND DIRECTING SUBMISSION OF HAGUE CONVENTION APPLICATION TO PERMIT PHILIPPE ALBERT-LEBRUN TO GIVE WRITTEN EVIDENCE FOR TRIAL

Upon consideration of the application (the "Application") of the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] of Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[3] located in the region known as EMEA (Europe, Middle East, and Africa) in proceedings under the Insolvency Act 1986 pending before the High Court of Justice of England and Wales, requesting the issuance of an international letter of request (the "Letter of Request") pursuant to Chapter II of the Hague Convention of March 18,

---

1. The debtors in these chapter 11 cases are: Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc.

2. The Joint Administrators for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Joint Administrators for Nortel Networks (Ireland) Limited are: Alan Robert Bloom and David Martin Hughes.

3. The EMEA Debtors are: NNUK; Nortel Networks S.A.; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; and Nortel Networks, s.r.o.

01:15335463.1

1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "<u>Hague Convention</u>"); and upon the record of these chapter 11 proceedings; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and due and sufficient notice having been given under the circumstances and it appearing that no other or further notice need be given; and after due deliberation; and it appearing that good and sufficient cause exists;

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Application is GRANTED.

2. Pursuant to Article 17 of the Hague Convention, Alexander B. Blumrosen, Avocat au Barreau de Paris, Bernard-Hertz-Béjot, 8, rue Murillo, 75008 Paris, France (the "<u>Commissioner</u>"), is duly appointed and is hereby appointed, pending the approval of the French Ministère de la Justice and subject to the terms of the Letter of Request, as the Commissioner to oversee the taking of evidence in connection with the above-captioned action.

3. This Court shall sign the Letter of Request attached to the Application as Exhibit B and affix the seal of the United States Bankruptcy Court for the District of Delaware over said signature in each of the Letters of Request.

4. The Clerk of the Bankruptcy Court is directed to make available the original, signed Letters of Request and this Order to John T. Dorsey and Jaime Luton Chapman of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, so that said documents may be transmitted to the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Bureau de l'entraide civile et commerciale internationale (D3), 13, Place Vendôme, 75042 Paris Cedex 01, France.

5. The Joint Administrators are directed to transmit the original, signed Letter of Request and Order to the Commissioner for forwarding, along with French translations, to the Ministère de la Justice.

6. Nothing contained in this Order or the granting of relief hereunder shall waive or modify the protections afforded pursuant to section 362 of title 11 of the United States Code or the Order Enforcing Section 362 of the Bankruptcy Code entered by this Court on January 15, 2009.

7. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: April _____, 2014
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE