## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc., *et al.*, <br><br>                Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> RE: Docket No. 13324 |

### NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group, hereby withdraws the *Notice Pursuant to Section 12(d) of The Cross-Border Insolvency Protocol of Filing of Correspondence Addressed to the Canadian Court in Connection with the April 22, 2015, Joint Pre-Trial Conference* filed on April 15, 2014 at Docket No. 13324.

Date: April 15, 2014  
       Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Kathleen A. Murphy*  
Mary F. Caloway (No. 3059)  
Kathleen A. Murphy (No. 5215)  
919 N. Market Street, Suite 1500  
Wilmington, Delaware 19801-3046  
Telephone (302) 552-4200  
Facsimile (302) 552-4295  
Email: mary.caloway@bipc.com  
            kathleen.murphy@bipc.com

*Attorney for Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*