**EXHIBIT E**



Thornton Grout Finnigan LLP
RESTRUCTURING + LITIGATION

Toronto-Dominion Centre
100 Wellington Street West
Suite 3200, P.O. Box 329
Toronto, ON Canada M5K 1K7
T 416.304.1616  F 416.304.1313

John L. Finnigan
T: 416-304-0558
E: jfinnigan@tgf.ca
File No. 1595-001

April 9, 2014

**VIA EMAIL**

**The Core Parties Service List**

Dear Counsel:

**Re:    In the Matter of Nortel Networks Corporation et al. - Court File No. 09-CL-7950
(Ontario Superior Court of Justice) – Burshtein Report**

We received Mr. Ruby's letter dated March 30, 2014.

We disagree with the assertion that the Bereskin and Stratton Reports are not proper rebuttal reports. The Monitor elected to deliver reports from a number of experts (Green, Berenblut, Cox and Reichert) offering interpretations of the MRDA. The UKPC and US Debtors are entitled to offer expert evidence in rebuttal.

Messrs. Bereskin and Stratton were identified as expert witnesses in the disclosures made January 8, 2014 by the US Debtors and the UKPC, respectively, in compliance with the Amended Discovery Plan. Accordingly, the delivery of the Bereskin and Stratton Reports could not have come as a "complete surprise" to the Monitor on February 28, 2014 as suggested by Mr. Ruby.

The Monitor and Canadian Debtors did not name all of their experts on January 8, 2014, but instead served reports on February 28, 2014 from experts in respect of whom no prior notice or warning had been given.

The first time the UKPC had any knowledge of Mr. Burshtein or the Monitor's intention to deliver a report from Mr. Burshtein was when his report was delivered on March 24, 2014, out of time and contrary to the heavily negotiated protocols between the parties. Would Mr. Ruby please advise when Mr. Burshtein was first consulted and why his identity was kept secret until March 24, 2014?

We note, with interest, the statement on page 2 of Mr. Ruby's letter that "Mr. Bereskin had a fair opportunity [two business days] to consider the Burshtein Report before his deposition...". As noted in our letter of March 25, 2014, Goodmans took the position that <u>two weeks</u> were required



Thornton Grout Finnigan LLP

2.

to review and consider the sur-reply reports of EMEA and the UKPC before the deposition of the relevant experts.

Mr. Ruby indicated that the Monitor intends to bring a motion in respect of the Stratton, Bereskin and Burshtein Reports.  Please coordinate with us on the timing of such a motion and the exchange of motion materials. We do not wish to be prejudiced by any disparity in what the Monitor regards as reasonable time for the parties to prepare for the motion We suggest that these motions be dealt with as part of the ongoing motions in *limine* discussions.

Finally, at the last pre-trial the Courts requested copies of the expert reports. We understand that those reports have not yet been delivered to the Courts. The Burshtein Report should not be included in the package sent to the Courts as it was not delivered in accordance with the Amended Discovery Plan and no leave to deliver the Report has been sought or granted.

Yours very truly,

**Thornton Grout Finnigan LLP**

John L. Finnigan
JLF/dcb