**EXHIBIT F**

| | |
|---|---|
| **From:** | Rozenberg, Inna |
| **Sent:** | Thursday, April 10, 2014 11:47 PM |
| **To:** | jyecies@akingump.com; fhodara@akingump.com; rajohnson@akingump.com; (Akin Gump) Joseph Sorkin; bkahn@akingump.com; aqureshi@akingump.com; dbotter@akingump.com; cdoniak@akingump.com; (Allen & Overy) Laura Hall; (Allen & Overy) Nicolette Ward; (Allen & Overy) Paul Keller; (Ashurst) Angela Pearson; daniel.guyder@allenovery.com; (Allen & Overy) Jonathan Cho; (Allen & Overy) Joseph Badtke-Berkow; ken.coleman@allenovery.com; mclachlana@bennettjones.com; finlaysong@bennettjones.com; ZychK@bennettjones.com; Orzyr@bennettjones.com; (Ashurst) Antonia Croke; (Bayard) Charlene D. Davis; (Bayard) Justin Alberto; bellj@bennettjones.com; (Cassels Brock) Ryan Jacobs; (Cassels Brock) Michael Wunder; (Buchanan Ingersoll) Mary Caloway; (Buchanan Ingersoll) Kathleen Murphy; (Borden) James Szumski; (Borden) Edmond Lamek; (Bennett Jones) Sean Zweig; swanr@bennettjones.com; Moessner, Jacqueline; Rozenberg, Inna; Zelbo, Howard S.; Stein, Darryl G.; Luft, Avi E.; (CAW) Lewis Gottheil; (CAW) Barry Wadsworth; (Cassels Brock) Shayne Kukulowicz; (Davies Ward) James Doris; (Davies Ward) Louis Sarabia; Decker, Marla; Gurgel, Matthew; Erickson, Jodi; Schweitzer, Lisa M.; Bromley, James L.; Rosenthal, Jeffrey A.; (DLA Piper) Jason Gerstein; (DLA Piper) Selinda Melnik; (DLA Piper)  Richard Hans; (DLA Piper) Farah Lisa Whitley-Sebti; (Dentons) John Salmas; (Dentons) Kenneth Kraft; (Davies Ward) Robin Schwill; (Davies Ward) Sean Campbell; (Goodmans) Peter Ruby; (Gowlings) Derrick Tay; (Gowlings) Jennifer Stam; (Herbert Smith Freehills) James Norris-Jones; (Hogan Lovells) Angela Dimsdale Gill; (Hogan Lovells) David Graves; (Hogan Lovells) John Tillman; (Hogan Lovells) Katherine Tallett-Williams; (DLA Piper) Timothy Hoeffner; (E&Y) Monitor; (Goodmans) Alan Mark; (Goodmans) Ben Zarnett; carmstrong@goodmans.ca; (Goodmans) Jay Carfagnini; (Goodmans) Jessica Kimmel; jpasquariello@goodmans.ca; (Koskie) Barbara Walancik; (Koskie) Ari Kaplan; (Koskie) Susan Philpott; (Koskie) Mark Zigler; (Lax O'Sullivan) Jessica Zhi; (Latham & Watkins) Michael Riela; (Lax O'Sullivan) Paul Michell; (Lax O'Sullivan) Matthew Gottlieb; (Hughes Hubbard) Charles Huberty; (Hogan Lovells) Matthew Bullen; (Hughes Hubbard) Fara Tabatabai; (Hughes Hubbard) Derek Adler; (Katten) Craig Barbarosh; (Hughes Hubbard) Neil Oxford; (Katten) Karen Dine; (Katten) David Crichlow; aleblanc@milbank.com; amiller@milbank.com; (McMillan) Sheryl Seigel; apisa@milbank.com; (Milbank) Michael Hirschfeld; nbassett@milbank.com; gruha@milbank.com; JHarris@milbank.com; (McCarthy) Byron Shaw; (McCarthy) Elder Marques; (Lax O'Sullivan) Tracy Wynne; (McCarthy) Barbara Boake; (McCarthy) Paul Steep; (McCarthy) Sharon Kour; (McCarthy) James Gage; (McCarthy) Kelly Peters; (Osler) Adam Hirsh; (Norton Rose) Michael Lang; (Nelligan) Steven Levitt; (Nelligan) Janice Payne; (Osler) Lyndon Barnes; (Osler) Edward Sellers; (Osler) Betsy Putnam; (Osler) Alexander Cobb; tmatz@milbank.com; tkreller@milbank.com; svora@milbank.com; rpojunas@milbank.com; (Nelligan) Christpher Rootham; (Nelligan) Ainslie Benedict; dabbott@mnat.com; acordo@mnat.com; (Thornton Grout) John Finnigan; (Thornton Grout) Michael Barrack; (Thornton Grout) Michael Shakra; (Thronton Grout) Andrea McEwan; (Richards Layton) Christopher Samis; (Shibley) Arthur Jacques; (Shibley) Thomas McRae; (Thornton Grout) D.J. Miller; (Paliare) Max Starnino; (Paliare) Michelle Jackson; (Paliare) Tina Lie; (Patterson) Daniel Lowenthal; (Paliare) Jacqueline Cummins; (Paliare) Karen Jones; (Paliare) Ken Rosenberg; (Paliare) Lily Harmer; (Young Conaway) Ed Harron; (Willkie Farr) Sameer Advani; (Young Conaway) John Dorsey; (Torys) Tony DeMarinis; sblock@torys.com; (Willkie Farr) Brian O'Connor; AHanrahan@willkie.com; (Torys) Adam Slavens; (Thronton Grout) Rebecca Lewis; sbomhof@torys.com; agray@torys.com |

**Subject:** Nortel - Burshtein Report

Dear Counsel,

We refer to the letters from Peter Ruby dated March 30 and the letter from John Finnigan dated April 9, regarding the Burshtein Report. We agree with Mr. Finnigan that the Bereskin and Stratton Reports are proper rebuttal reports, while the Burshtein Report is inadmissible in these proceedings.

Notwithstanding Mr. Finnigan's position on coordination of briefing, it is the US Debtors' position that the Canadian Monitor and Debtors have exacerbated the prejudice caused by the extremely late report by sitting on their intended motion for considerable additional time. More than two weeks have passed since we rejected the Burshtein Report (within 24 hours of our receipt) and a week and a half since Mr. Ruby advised that the Canadian Monitor and Debtors would seek judicial relief. This is unacceptable and we would strenuously oppose any effort to file a motion to admit the Burshtein Report at this late date and so close to trial when it would plainly distract us from critical trial preparation.

Sincerely,

Inna Rozenberg

_____
Inna Rozenberg
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lgiambatista@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2972 | f: +1 212 225 3999
www.clearygottlieb.com | irozenberg@cgsh.com

---

**From:** Denise Berton [mailto:DBerton@tgf.ca] **On Behalf Of** John Finnigan
**Sent:** Wednesday, April 09, 2014 11:16 AM
**To:** aqureshi@akingump.com; Adam Hirsh; Adam Slavens; Ainslie Benedict; Alan Mark; apisa@milbank.com; Alexander Cobb; Andrea McEwan; agray@torys.com; AHanrahan@willkie.com; aleblanc@milbank.com; Angela Dimsdale Gill; Angela Pearson; acordo@mnat.com; Antonia Croke; Ari Kaplan; Arthur Jacques; amiller@milbank.com; Barbara Boake; Barbara Walancik; Barry Wadsworth; Benjamin Zarnett; Betsy Putnam; bkahn@akingump.com; Brian O'Connor; Byron Shaw; Charlene Davis; Charles Huberty; cdoniak@akingump.com; carmstrong@goodmans.ca; Christopher Rootham; Christopher Samis; Craig Barbarosh; D. J. Miller; Queen, Daniel D.; daniel.guyder@allenovery.com; Daniel Lowenthal; Stein, Darryl G.; dbotter@akingump.com; David Crichlow; David Graves; dabbott@mnat.com; Derek Adler; Derrick Tay; Ed Harron; Edmond Lamek; Edward Sellers ; Elder Marques; Fara Tabatabai; Farah Whitley-Sebti ; fhodara@akingump.com; gruha@milbank.com; finlaysong@bennettjones.com; Zelbo, Howard S.; Jacqueline Cummins; Moessner, Jacqueline; Bromley, James L.; James Doris; James Gage; James Szumski; Janice Payne; Jay Carfagnini; Rosenthal, Jeffrey A.; JHarris@milbank.com; Jennifer Stam; Jessica Kimmel; Jessica Zhi; John Dorsey; John Finnigan; John Salmas; John Tillman; bellj@bennettjones.com; Jonathan Cho; Joseph Badtke-Berkow; jpasquariello@goodmans.ca; Joseph Sorkin; Justin Alberto; Karen Dine; Karen Jones; Katherine Tallett-Williams; Kathleen Murphy; Kelly Peters; ken.coleman@allenovery.com; Kenneth Kraft; Kenneth Rosenberg; ZychK@bennettjones.com; Laura Hall; Lauren Peacock; Lewis Gottheil; Lily Harmer; Schweitzer, Lisa M.; Luis Sarabia; Lyndon Barnes; Mark Zigler; Decker, Marla; Mary Caloway; Matthew Bullen; Matthew Gottlieb; Max Starnino; Michael Barrack; Michael Hirschfeld; Michael Lang; Michael Riela; Michael Shakra; Michael Wunder; Michelle Jackson; Forrest, Neil P.; Neil Oxford; nbassett@milbank.com; Nicolette Ward; Nortel Monitor; Paul Keller; Paul Michell; Paul Steep; Peter Ruby; rpojunas@milbank.com; Rebecca Lewis; Richard Hans; swanr@bennettjones.com; Orzyr@bennettjones.com; rajohnson@akingump.com; Robin Schwill; Ryan Jacobs; Sameer Advani; svora@milbank.com; sbomhof@torys.com; Sean Campbell; Sean Zweig; Selinda Melnik; Sharon Kour; Shayne Kukulowicz; sblock@torys.com; Sheryl Seigel; Steven Levitt; Susan Philpott; tkreller@milbank.com; Thomas McRae; Timothy Hoeffner; Tina Lie; tmatz@milbank.com; Tony DeMarinis; Tracy Wynne
**Subject:** In the Matter of Nortel Networks Corporation et al - Burshtein Report

Please see attached correspondence. Thank you.



**Denise Berton** | Legal Assistant to John L. Finnigan, Kim Ferreira and Megan Keenberg | dberton@tgf.ca |
Direct Line: 416-304-0312 | **Thornton Grout Finnigan LLP** | Suite 3200, TD West Tower, 100 Wellington Street West, P.O. Box 329, Toronto-Dominion Centre, Toronto, Ontario M5K 1K7 | 416-304-1616 | Fax: 416-304-1313 | **www.tgf.ca**

PRIVILEGED & CONFIDENTIAL - This electronic transmission is subject to solicitor/client privilege and contains confidential information intended only for the person(s) named above.  Any other distribution, copying or disclosure is strictly prohibited.  If you have received this e-mail in error, please notify our office immediately by calling (416) 304-1616 and delete this e-mail without forwarding it or making a copy.