# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                    Debtors. : Jointly Administered
:
:
: **Re: D.I. 13330**
---------------------------------------------------------X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on April 15, 2014, a copy of the **Objection To Motion For Entry Of an Order Under 11 U.S.C. §§ 102(1) And 105(a), Fed. R. Bankr. P. 9006 And Bankr. D. Del. L.R. 9006-1(e) Shortening Notice For Motion Of The Monitor And Canadian Debtors For Entry Of An Order Striking The Expert Reports And Testimony Of Daniel R. Bereskin QC And Bruce W. Stratton Or, In The Alternative, Granting Leave To File The Expert Report Of Sheldon Burshtein In Rebuttal To Reports Of Daniel R. Bereskin QC And Bruce W. Stratton** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: April 15, 2014

                                  James L. Bromley (admitted *pro hac vice*)
                                  Lisa M. Schweitzer (admitted *pro hac vice*)
                                  One Liberty Plaza
                                  New York, New York 10006
                                  Telephone: (212) 225-2000
                                  Facsimile: (212) 225-3999

                                  - and –

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor

Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

7634704.12