IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------
In re                                    : Chapter 11
                                         :
                                         : Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]       :
                                         : Jointly Administered
                  Debtors.               :
                                         :
---------------------------------------------------

**NOTICE OF FILING OF THE NORTEL NETWORKS UK PENSION TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION FUND'S ALLOCATION EXPERT AND REBUTTAL EXPERT REPORTS**

PLEASE TAKE NOTICE that pursuant to Justice Newbould's request during the March 12, 2014, joint hearing between the U.S. Court and the Canadian Court, and in connection with the Monitor and Canadian Debtors having submitted their expert reports with the *Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, In the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton* [D.I. 13317], the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (the "UK Pension Claimants") hereby submit to the U.S. Court the following expert and rebuttal expert reports. As the UK Pension Claimants' claims against the U.S. Debtors have been settled, the UK Pension Claimants only submit reports of experts who have addressed issues related to the allocation dispute, and do not submit any reports that are

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02484575v1}

solely related to the UK Pension Claimants' pending claims against the Canadian Debtors. As certain of these reports contain or rely upon highly confidential information, each is being filed under seal at this time, subject to further order of the Courts.

PLEASE TAKE FURTHER NOTICE that the following is a list of reports submitted to the U.S. Court:

1. **Expert Report and Rebuttal Expert Report of Coleman Bazelon (Tabs 1 and 2)**

   Dr. Bazelon is a Principal at The Brattle Group, Inc. In his initial and rebuttal expert reports, Dr. Bazelon provides an expert opinion concerning, *inter alia*, the proper allocation of the proceeds from the sale of the Nortel Group's business units and residual IP portfolio among the Nortel estates in a manner that is economically rational and consistent with the Nortel Group's integrated business model, operations and the nature of the intangible assets that generated those funds.

2. **Expert Report of Hon. Leif M. Clark & Jay L. Westbrook (Tab 3)**

   Judge Clark presided on the United States Bankruptcy Court for the Western District of Texas for 25 years. He has been a member of the U.S. delegation to UNCITRAL's Working Group V, participated in the ALI Transnational Insolvency Project, and is currently engaged as a consultant for the World Bank (Insolvency and Creditors' Rights Initiative) and for the International Monetary Fund.

   Professor Westbrook holds a PhD and is the Benno C. Schmidt Chair of Business Law at The University of Texas School of Law. He served as U.S. Reporter for the ALI Transnational Insolvency Project, Co-Chair of the U.S. delegation to the UNCITRAL Conference on Transnational Insolvency, President of the International Academy of Commercial and Consumer Law and has served as consultant for the World Bank and the International Monetary Fund.

   In their expert report, Judge Clark and Professor Westbrook provide expert opinions on, *inter alia*, how international insolvency principles and policy inform the administration of the estate of an integrated multinational enterprise and the allocation of lockbox funds derived from the collective realization of the global assets.

3. **Rebuttal Expert Report of Bruce W. Stratton (Tab 4)**

   Mr. Stratton is a founding partner of Dimock Stratton LLP. In his rebuttal expert report, Mr. Stratton provides an expert opinion to prove Canadian law to assist the

U.S. Court concerning, *inter alia*, the interpretation of intellectual property related agreements (such as the Master R&D Agreement as amended and modified) entered into by and among companies in the Nortel Group that are governed by the laws of the Province of Ontario.

4. **Expert Report and Rebuttal Expert Report of Steven D. Felgran (Tabs 5 and 6)**

Dr. Felgran retired as a Principal from KPMG LLP in 2013, where he served as an advisor in KPMG's Global Transfer Pricing Services. In his initial and rebuttal expert reports, Dr. Felgran provides expert opinions concerning, *inter alia*, the Nortel Group's transfer-pricing arrangements, including whether the Nortel Group's transfer-pricing arrangements adequately reflected the economic reality of certain restructuring and pensions costs incurred by companies within the Group and the impact those arrangements had on Nortel Networks UK Limited.

Dated: April 15, 2014
Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
       jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*