IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------
In re                                   :   Chapter 11
                                        :
                                        :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]      :
                                        :   Jointly Administered
                       Debtors.         :
                                        :
------------------------------------------------------

**NORTEL NETWORKS UK PENSION TRUST
LIMITED AND THE BOARD OF THE PENSION PROTECTION
FUND'S ALLOCATION EXPERT AND REBUTTAL EXPERT REPORTS**

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO THE
ORDER ENTERING PROTECTIVE ORDER [D.I. 10805]**

| | |
|---|---|
| BAYARD, P.A. LLP | WILLKIE FARR & GALLAGHER |
| Charlene D. Davis (No. 2336) | Brian E. O'Connor |
| Justin Alberto (No. 5126) | Sameer Advani |
| 222 Delaware Avenue, Suite 900 | Andrew Hanrahan |
| Wilmington, Delaware 19899 | 787 Seventh Avenue |
| Telephone: (302) 655-5000 | New York, New York 10019 |
| Facsimile: (302) 658-6395 | Tel: (212) 728-8000 |
| Email: cdavis@bayardlaw.com | Fax: (212) 728-8111 |
|         jalberto@bayardlaw.com | Email: boconnor@willkie.com |
| | sadvani@wilkie.com |
| | ahanrahan@willkie.com |

Dated: April 15, 2014

*Counsel for Nortel Networks UK Pension Trust
Limited and the Board of the Pension Protection Fund*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

{BAY:02484575v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| | : Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

---

### INDEX OF NORTEL NETWORKS UK PENSION TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION FUND'S ALLOCATION EXPERT AND REBUTTAL EXPERT REPORTS

Tab 1 -   Expert Report of Coleman Bazelon

Tab 2 -   Rebuttal Expert Report of Coleman D. Bazelon

Tab 3 -   Expert Report of Leif M. Clark & Jay L. Westbrook

Tab 4 -   Rebuttal Expert Report of Bruce W. Stratton

Tab 5 -   Expert Report of Steven D. Felgran

Tab 6 -   Rebuttal Expert Report of Steven D. Felgran

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

{BAY:02484575v1}