**Exhibit A**

# Goodmans LLP

Barristers & Solicitors

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.4184
pruby@goodmans.ca

March 24, 2014

Our File No.: 083800

**Via Email**

Jeff Rosenthal
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY
10006-1470  USA

- and -

John Finnigan
Thornton Grout Finnigan LLP
100 Wellington Street West
Suite 3200, P. O. Box 329
Toronto, ON M5K 1K7

Dear Counsel:

**Re:    In re Nortel Networks Corporation, Court File No. 09-CL-7950**

The reports of Daniel Bereskin and Bruce Stratton tendered, respectively, by the US Debtors and the UKP are improper for at least the following reasons:

1.    The Bereskin and Stratton Reports opine on legal issues to be decided by the Courts, i.e. the interpretation of the MRDA contract and, therefore, are inadmissible.

2.    The Bereskin and Stratton Reports were purportedly tendered as "rebuttal" reports which, in fact, they are not.  Both Mr. Bereskin and Mr. Stratton were identified on January 8, 2014 as experts prior to the delivery of the parties initial expert reports but did not deliver reports on the January 24, 2014 initial report date.  Even if their opinions were admissible, they deal with issues that are raised by the pleadings, not issues arising for the first time in any other expert's report.  If the US Debtors and UKP wished to deliver such expert opinions, they were required to do so on January 24 when they delivered their initial expert reports.  Characterizing the Bereskin and Stratton Reports delivered only on February 28 as "rebuttal" expert reports would effectively deprive the Monitor and Canadian Debtors being able to respond to those reports.  This was both unfair to the Monitor and Canadian Debtors and risked depriving the Courts of a fulsome record.

# Goodmans LLP

The Monitor and Canadian Debtors reserve all their rights with respect to the Bereskin and Stratton Reports and intend at the appropriate time to request that the Courts exclude these reports. However, in order to mitigate against any delays if these reports are admitted by the Courts, the Monitor and Canadian Debtors hereby serve on the Core Parties the rebuttal report of Mr. Sheldon Burshtein, responding to the Bereskin and Stratton Reports.   Mr. Burshtein is available to be deposed on one of March 28 and April 1 to 4, 2014.  He also has availability the following week and we are open to discussing with you a convenient date for his deposition.

Without prejudice to their position that the Bereskin and Stratton Reports should be excluded, the Monitor and Canadian Debtors intend to proceed with the examination of Mr. Bereskin and Mr. Stratton as scheduled, reserving all rights.

Yours truly,

**Goodmans LLP**

Peter Ruby
Encl.

Copy: Core parties service list

6310816