B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
### District of Delaware

In re: <u>Nortel Networks Inc., et al.</u>    Case No.: <u>09-10138(KG)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim(s) referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.

| <u>FARALLON CAPITAL AA INVESTORS, L.P.</u><br>Name of Transferee | <u>FARALLON CAPITAL PARTNERS, L.P.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to Transferee should be sent: | Name and Current Address of Transferor: |
| Farallon Capital AA Investors, L.P.<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | Farallon Capital Partners, L.P.<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 |
| Phone: 415-421-2132 | Court Claim # (if known): <u>2659</u><br>Amount of Claim Transferred: <u>$15,347.00</u><br>Date Claim Filed: <u>September 8, 2009</u><br><br>Phone: 415-421-2132 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**FARALLON CAPITAL AA INVESTORS, L.P.**

By: Farallon AA GP, L.L.C.
    Its General Partner

By: _____  Date: 4/14/14
    Monica R. Landry
    MANAGER