IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Hearing date: TBD** |

### NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF FILING OF THE MOTION TO STRIKE OF THE MONITOR AND CANADIAN DEBTORS IN THE CANADIAN PROCEEDINGS

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol [Dkt. No. 990], on April 16, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel filed in the above-captioned cases a copy of the (i) *Motion Record (Motion to Strike Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton)* (the "**Motion Record**") and related (ii) factum (the "**Factum**"), (iii) book of authorities (the "**Book of Authorities**"), and (iv) covering correspondence addressed to the Canadian Court (the "**Covering Correspondence**") filed by the Monitor and Canadian Debtors in the Canadian Proceedings on April 14, 2014, in connection with the companion *Motion of the Monitor and Canadian Debtors for entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton, or in the alternative, granting leave to file the expert report of Sheldon Burshtein in rebuttal to the Reports of Daniel R. Bereskin and Bruce W. Stratton* [Dkt. No. 13317; April 11, 2014] (the "**U.S. Submission**"). Copies of the Covering Correspondence, Motion Record, Factum, and Book of Authorities are attached hereto as Exhibits A, B, C, and D, respectively.

**PLEASE TAKE FURTHER NOTICE** that Exhibit 1 to the Affidavit of Monique Allen, which is Tab 2 to the Motion Record (the "**Allen Affidavit**"), is a copy of the U.S. Submission and Exhibit 2 to the Allen Affidavit is a copy of the *Declaration of Jacob S. Pultman*, which declaration was filed by the Monitor and Canadian Debtors in these cases on

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

April 11, 2014, in support of the U.S. Submission [Dkt. No. 13318].  Exhibits 1 and 2 to the Allen Affidavit are not attached hereto.  For reference to Exhibits 1 and 2 of the Allen Affidavit please refer to docket numbers 13317 and 13318, respectively.

**PLEASE TAKE FURTHER NOTICE** that on April 11, 2014, the Monitor and Canadian Debtors filed a motion for entry of an order under 11 U.S.C. §§102(1) and 105(a), Fed. R. Bankr. P. 9006, and Bankr. D. Del. L.R. 9006-1(e) shortening the notice required for the U.S. Submission (the "**Motion to Shorten**") [Dkt. No. 13319].  In the Motion to Shorten the Monitor and Canadian Debtors request that the Court schedule a hearing on the U.S. Submission on the same day as the joint pre-trial conference to be held with the Canadian Court between April 21, 2014 and April 28, 2014.

[*Intentionally left blank*]

Dated: April 16, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Nortel
Debtors*