**EXHIBIT A**

# Goodmans LLP

Barristers & Solicitors

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.849.6022
harthurs@goodmans.ca

April 15, 2014

The Honourable Justice Frank Newbould
Ontario Superior Court of Justice
Judges' Administration
330 University Avenue, 7th Floor
Toronto, ON M5G 1R7

Your Honour:

**Re:** **Nortel Networks Corporation, *et al*. (Court File No. 09-CL-7950)**

Please find enclosed the Motion Record, Factum and Brief of Authorities with respect to the Monitor's and Canadian Debtors' motion to strike the expert reports and testimony of Daniel R. Bereskin QC and Bruce W. Stratton, which have been served on the Core Parties Service List.

In light of the confidentiality of certain of these materials, we are filing certain parts of the affidavit of Monique Allen sworn April 14, 2014 under seal pursuant to paragraph 8(b) of the Protective Order which permits such materials to be filed under seal without further Order of the Court. However, the entire Core Parties Service List has been provided with a full and unredacted set of motion materials.

The Monitor and Canadian Debtors have also filed a companion motion with the US Court (as well as a motion to shorten), and are proposing that the motions be returnable as a joint hearing before this Court and the US Court on April 22, 2014, which date has already been scheduled for the joint pre-trial conference with both Courts. The US Debtors have advised the Monitor that they intend to oppose the motion to shorten and, as such, it is not yet clear whether the companion motion will be scheduled for April 22, 2014.

Yours very truly,

**Goodmans LLP**

Hannah Arthurs
Enclosures
6320234