## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re

NORTEL NETWORKS INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF FILING OF JOINT ADMINISTRATORS'
## ALLOCATION EXPERT AND REBUTTAL EXPERT REPORTS

**PLEASE TAKE NOTICE** that, pursuant to Justice Newbould's request at the

March 12, 2014 joint hearing and in connection with (i) the Monitor and Canadian Debtors

having submitted their expert reports with the *Motion of the Monitor and Canadian Debtors for*

*Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and*

*Bruce W. Stratton or, In the Alternative, Granting Leave to File the Expert Report of Sheldon*

*Burshtein in Rebuttal to Reports of Daniel R. Bereskin and Bruce W. Stratton* [D.I. 13317], and

(ii) the US Debtors, Unsecured Creditors Committee, and the Ad Hoc Group of Bonders having

submitted their expert reports to the Court [D.I. 13325], the court-appointed administrators and

authorized foreign representatives (collectively, the "Joint Administrators")[2] of Nortel Networks

UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the

---

1. The debtors in these chapter 11 cases (the "U.S. Debtors") are:  Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc. ("NN CALA").

2. The Joint Administrators for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Joint Administrators for Nortel Networks (Ireland) Limited are:  Alan Robert Bloom and David Martin Hughes.

"EMEA Debtors")[3] hereby submit their Allocation expert reports and rebuttal expert reports to the Court.  As each of the Joint Administrators' Allocation expert reports and rebuttal expert reports contain or rely upon highly confidential information, they are being filed under seal, subject to further direction from the Courts.

PLEASE TAKE FURTHER NOTICE that the reports the Joint Administrators are submitting are as follows:

- <u>Initial and Rebuttal Expert Reports of James E. Malackowski</u>:  Mr. Malackowski is the Chairman and Chief Executive Officer of Ocean Tomo, LLC.  Mr. Malackowski opines on (i) the valuation of intellectual property and other intangible assets sold in the post-petition asset sales, (ii) the allocation and valuation methodologies that are appropriate in light of economic principles related to intellectual property and the facts of this case, and (iii) how the proceeds of the sale of intellectual property should be allocated to each of the debtor groups.

- <u>Initial and Rebuttal Expert Reports of Richard V.L. Cooper</u>:  Dr. Cooper is a Vice President of Charles River Associates.  Dr. Cooper opines on the appropriateness of the allocation positions of the EMEA Debtors, the Canadian Debtors, and the US Debtors based on his expertise in economics and transfer pricing.

- <u>Initial and Rebuttal Expert Reports of Paul P. Huffard</u>:  Mr. Huffard is a Senior Managing Director in the Restructuring & Reorganization Group of Blackstone Advisory Services L.P. Mr. Huffard opines on the allocation of the proceeds of the post-petition asset sales among the EMEA Debtors, the Canadian Debtors, and the US Debtors.

---

3.    The EMEA Debtors are:  NNUK; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A. ("NNSA"); Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; and Nortel Networks, s.r.o.

Dated: Wilmington, Delaware
     April 16, 2014

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  Jaime Luton Chapman
Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600
Fax:  302-571-1253

– and –

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Neil J. Oxford
Fara Tabatabai
Charles H. Huberty

One Battery Park Plaza
New York, New York 10004
Telephone:  212-837-6000
Fax:  212-422-4726

– and –

HERBERT SMITH FREEHILLS LLP

John Whiteoak
James Norris-Jones
Exchange House
Primrose Street
London EC2A 2EG
Telephone:  +44 20 7374 8000
Fax:  +44 20 7374 0888

*Counsel for the Joint Administrators*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors.[1] | Jointly Administered |

**INDEX OF JOINT ADMINISTRATORS' ALLOCATION**
**EXPERT AND REBUTTAL EXPERT REPORTS**

Tab 1 – Initial Expert Report of James E. Malackowski

Tab 2 – Rebuttal Expert Report of James E. Malackowski

Tab 3 – Initial Expert Report of Richard V.L. Cooper

Tab 4 – Rebuttal Expert Report of Richard V.L. Cooper

Tab 5 – Initial Expert Report of Paul P. Huffard

Tab 6 – Rebuttal Expert Report of Paul P. Huffard

---

1.  The debtors in these chapter 11 cases (the "U.S. Debtors") are:  Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc. ("NN CALA").

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re

NORTEL NETWORKS INC., *et al.*,

                    Debtors.[1]

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**JOINT ADMINISTRATORS' ALLOCATION
EXPERT AND REBUTTAL EXPERT REPORTS**

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO THE
ORDER ENTERING PROTECTIVE ORDER [D.I. 10805]**

Dated:  Wilmington, Delaware
       April 16, 2014

                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                  /s/  Jaime Luton Chapman
                  Edwin J. Harron (No. 3396)
                  John T. Dorsey (No. 2988)
                  Jaime Luton Chapman (No. 4936)

                  Rodney Square
                  1000 North King Street
                  Wilmington, Delaware 19801
                  Telephone:  302-571-6600
                  Fax:  302-571-1253

                              – and –

---

1.   The debtors in these chapter 11 cases (the "U.S. Debtors") are:  Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc. ("NN CALA").

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Neil J. Oxford
Fara Tabatabai
Charles H. Huberty

One Battery Park Plaza
New York, New York 10004
Telephone:  212-837-6000
Fax:  212-422-4726

– and –

HERBERT SMITH FREEHILLS LLP

John Whiteoak
James Norris-Jones
Exchange House
Primrose Street
London EC2A 2EG
Telephone:  +44 20 7374 8000
Fax:  +44 20 7374 0888

*Counsel for the Joint Administrators*