IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al. | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re Dkt No. 13319 |

**ORDER DENYING MOTION TO SHORTENING NOTICE OF MOTION OF THE MONITOR AND CANADIAN DEBTORS FOR ENTRY OF AN ORDER STRIKING THE EXPERT REPORTS AND TESTIMONY OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON OR, IN THE ALTERNATIVE, GRANTING LEAVE TO FILE THE EXPERT REPORT OF SHELDON BURSHTEIN IN REBUTTAL TO REPORTS OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON**

This matter was brought before the Court upon the motion (the "Motion") of Ernst & Young Inc., the court-appointed monitor (the "Monitor") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries, (collectively, the "Canadian Debtors") in proceedings (the "Canadian Proceedings") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), together with the Canadian Debtors (together, the "Movants"), seeking the entry of an order, pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to shorten notice (the "Motion to Shorten") of the *Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and*

*Bruce W. Stratton* (the "Motion to Strike"). The Court has considered and reviewed the Motion to Shorten, the objections to the Motion to Shorten by the U.S. Debtors and the UK Pension Claimants, and the Movants' Reply and determined that the legal and factual bases set forth therein do not justify the relief requested. Therefore, after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is DENIED.  The Joint Trial Protocol requires parties to file their responses to the Motion to Strike not later than April 25, 2014.  Requiring an earlier response to the Motion to Strike is therefore neither necessary nor appropriate under the circumstances.

ORDERED that objections, if any, to the Motion to Strike shall be filed and served in accordance with the Joint Trial Protocol by no later than April 25, 2014 at 4:00 p.m. (Eastern Time). The Court will request argument if the Court is not able to decide the matter on the papers.

Dated: April 16, 2014

KEVIN GROSS, U.S.B.J.