IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Hearing Date: April 17, 2014 at 10:00 a.m. (EDT) |

NOTICE PURSUANT TO SECTION 12(d) OF THE
CROSS-BORDER PROTOCOL OF FILING OF THE (I) RESPONDING
FACTUM AND (II) BRIEF OF AUTHORITIES OF THE MONITOR AND
CANADIAN DEBTORS IN THE CANADIAN PROCEEDINGS IN
CONNECTION WITH THE APRIL 17, 2014 HEARING

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol [Dkt. No. 990], on April 16, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel filed in the above-captioned cases copies of the (i) *Responding Factum (re: Joint Administrators' Motion for Production of a Document)* (the "**Responding Factum**") and (ii) *Brief of Authorities of the Monitor and Canadian Debtors (re: Joint Administrators' Motion for Production of a Document)* (the "**Brief of Authorities**") filed by the Monitor and Canadian Debtors in the Canadian Proceedings on April 15, 2014. The Monitor and the Canadian Debtors filed the Responding Factum and Brief of Authorities in response to the *Motion Record* (the "**Motion Record**") filed by the court-appointed administrators and authorized foreign representatives (the "**Joint Administrators**") for Nortel Networks UK Limited and certain of its affiliates in the Canadian Proceedings on March 11, 2014 [Dkt. No. 13307]. Copies of the Responding Factum and Brief of Authorities are attached hereto as Exhibits A and B, respectively.

**PLEASE TAKE FURTHER NOTICE** that the Responding Factum and Brief of Authorities are being filed under seal pursuant to section 8 of the protective order entered in these cases [Dkt. No. 10805].

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

2

**PLEASE TAKE FURTHER NOTICE** that on April 9, 2014, the Joint Administrators filed a notice of request for joint hearing with this Court with respect to the Motion Record [Dkt. No. 13307]. A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on April 17, 2014, at 10:00 a.m. (EDT).

[*Intentionally left blank*]

Dated: April 16, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Jay Pultman
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*