IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : |  |
|  | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
| ------------------------------------------------------------X |  |  |

**NOTICE OF FILING OF COURTESY COPIES PURSUANT TO SECTION 12(D) OF THE CROSS-BORDER PROTOCOL OF DOCUMENTS FILED IN THE CANADIAN PROCEEDINGS BY THE US DEBTORS**

PLEASE TAKE NOTICE that pursuant to section 12(d) of the Cross-Border Court-to-Court Protocol (as amended, the "Protocol") [D.I. 990] approved in the above-captioned cases, Nortel Networks Inc. ("NNI") and certain of its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "US Debtors") have filed in the above-captioned cases courtesy copies of the following documents (the "Documents") submitted by the US Debtors in proceedings pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Proceedings"):

- *Responding Motion Record* (attached hereto as **Exhibit A**)
- *Factum* (attached hereto as **Exhibit B**)
- *Brief of Authorities* (attached hereto as **Exhibit C**)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: April 16, 2014  CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, Delaware

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and the Debtors in Possession*