# **Exhibit A**

Court File No: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**RESPONDING MOTION RECORD OF NORTEL NETWORKS INC. AND
THE OTHER U.S. DEBTORS**
**(Joint Administrators' Motion for Production of Documents)**

Date:  April 16, 2014

**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, ON  M5K 1N2

Fax:  416.865.7380

**Sheila Block** (LSUC#: 14089N)
Tel: 416.865.7319
Email: sblock@torys.com

**Scott A. Bomhof** (LSUC#: 37006F)
Tel: 416.865.7370
Email: sbomhof@torys.com

**Andrew Gray** (LSUC#: 46626V)
Tel: 416.865.7630
Email: agray@torys.com

**Adam M. Slavens** (LSUC#: 54433J)
Tel: 416.865.7333
Email: aslavens@torys.com

Lawyers for Nortel Networks Inc.
and the other U.S. Debtors

35873-2001 16938654.1

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION,
NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**CORE PARTIES SERVICE LIST**
**(Allocation Litigation)**

**Updated as of March 25, 2014**

- 2 -

**CANADIAN DEBTORS**

TO:   **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Derrick Tay
Jennifer Stam

Email:   derrick.tay@gowlings.com
jennifer.stam@gowlings.com

Tel:   416.862.5697
Fax:   416.862.7661

Lawyers for the Applicants

AND
TO:   **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Alan Mark
Peter Ruby
Jessica Kimmel
Chris Armstrong

Email:   jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
bzarnett@goodmans.ca
amark@goodmans.ca
pruby@goodmans.ca
jkimmel@goodmans.ca
carmstrong@goodmans.ca

Tel:   416.597.4107
Fax:   416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO:   **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:   nortel.monitor@ca.ey.com

Tel:   416.943.3016
Fax:   416.943.3300

- 3 -

AND TO:   **ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward

Email:   ken.coleman@allenovery.com
Tel:   212.610.6434
Fax:   212.610.6399

Email:   paul.keller@allenovery.com
Tel:   212.610.6414
Fax:   212.610.6399

Email:   daniel.guyder@allenovery.com
Tel:   212.756.1132
Fax:   212.610.6399

Email:   laura.hall@allenovery.com
Tel:   212.756.1171
Fax:   212.610.6399

Email:   Joseph.Badtke-Berkow@AllenOvery.com
Tel:   212.610.6417
Fax:   212.610.6399

Email:   jonathan.cho@allenovery.com
Tel:   212.756.1118
Fax:   212.610.6399

Email:   Nicolette.ward@allenovery.com
Tel:   212.610.6412
Fax:   212.610.6399

U.S. Lawyers for the Canadian Debtors

AND TO:   **BUCHANAN INGERSOLL & ROONEY**
1105 North Market Street,
Suite 1900
Wilmington, DE 19801-1054

Kathleen A. Murphy
Mary F. Caloway

Email:   Kathleen.murphy@bipc.com
Tel:   302.552.4214
Fax:   302.552.4295

Email:   mary.caloway@bipc.com
Tel:   302.552.4209
Fax:   302.552.4295

Local U.S. Lawyers for the Canadian Debtors

**U.S. DEBTORS**

AND TO:  **TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:  tdemarinis@torys.com
        sbomhof@torys.com
        sblock@torys.com
        agray@torys.com
        aslavens@torys.com

Tel:  416.865.0040
Fax:  416.865.7380

Canadian Lawyers for Nortel Networks Inc.

AND TO:  **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Avi Luft
Inna Rozenberg
Jacqueline Moessner
Marla Decker
Matt Gurgel
Darryl Stein
Jodi Erickson

Email:  jbromley@cgsh.com
        lschweitzer@cgsh.com
        hzelbo@cgsh.com
        jrosenthal@cgsh.com
        aluft@cgsh.com
        irozenberg@cgsh.com
        jmoessner@cgsh.com
        mdecker@cgsh.com
        mgurgel@cgsh.com
        dstein@cgsh.com
        jerickson@cgsh.com

Tel:  212.225.2000
Fax:  212.225.3999

U.S. Lawyers for Nortel Networks Inc.

AND TO:  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Derek Abbott
Annie Cordo

Email:  dabbott@mnat.com
Tel:  302.351.9357
Fax:  302.425.4664

Email:  acordo@mnat.com
Tel:  302.351.9459
Fax:  302.225.2559

Local U.S. Lawyers for the U.S. Debtors

**EMEA DEBTORS**

AND
TO:

**DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia

Email:  rschwill@dwpv.com
Email:  scampbell@dwpv.com
Email:  jdoris@dwpv.com
Email:  lsarabia@dwpv.com

Tel:    416.863.0900
Fax:    416.863.0871

Co-Counsel to the Joint Administrators of Nortel
Networks UK Limited

AND
TO:

**HUGHES HUBBARD & REED**
One Battery Park Plaza
New York, NY 10004-1482

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty

Email:  adler@hugheshubbard.com
Tel:    212.837.6086
Fax:    212.422.4726

Email:  oxford@hugheshubbard.com
Tel:    212.837.6843
Fax:    212.422.4726

Email:  tabataba@hugheshubbard.com
Tel:    212.837.6296
Fax:    212.299.6269

Email:  huberty@hugheshubbard.com
Tel:    212.837.6045
Fax:    212.299.6045

U.S. Lawyers the Joint Administrators of Nortel
Networks UK Limited

AND
TO:

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Jessica Zhi

Email:  mgottlieb@counsel-toronto.com
Tel:    416.644.5353
Fax:    416.598.3730

Email:  twynne@counsel-toronto.com
Tel:    416.598.7835
Fax:    416.598.3730

Email:  pmichell@counsel-toronto.com
Tel:    416.644.5359
Fax:    416.598.3730

Email:  jzhi@counsel-toronto.com
Tel:    416.644.4016
Fax:    416. 598.3730

Co-Counsel to the Joint Administrators of Nortel
Networks UK Limited

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801

Ed Harron
John Dorsey

Email:  eharron@ycst.com
Tel:    302.571.6703
Fax:    302.576.3298

Email:  jdorsey@ycst.com
Tel:    302.571.6712
Fax:    302.576.3401

Local U.S. Lawyers for the Joint Administrators of
Nortel Networks UK Limited

- 6 -

**HERBERT SMITH FREEHILLS LLP**
Exchange House
Primrose Street
London
EC2A 2EG

James Norris-Jones

Email: james.norris-jones@hsf.com
Tel: +44 20 7466 2874
Fax: +44 20 7098 4874

Counsel to the EMEA Debtors

**CANADIAN CREDITORS COMMITTEE**

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:     mzigler@kmlaw.ca
Tel:        416.595.2090
Fax:        416.204.2877

Email:     sphilpott@kmlaw.ca
Tel:        416.595.2104
Fax:        416.204.2882

Email:     akaplan@kmlaw.ca
Tel:        416.595.2087
Fax:        416.204.2875

Email:     bwalancik@kmlaw.ca
Tel:        416.542.6288
Fax:        416.204.2906

Lawyers for the Former Employees of Nortel and LTD
Beneficiaries

AND
TO:

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
35th Floor
155 Wellington Street West
Toronto, Ontario  M5V 3H1

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson
Jacqueline Cummins

Email:     ken.rosenberg@paliareroland.com
Tel:        416.646.4304
Fax:        416.646.4301

Email:     max.starnino@paliareroland.com
Tel:        416.646.7431
Fax:        416.646.4301

Email:     lily.harmer@paliareroland.com
Tel:        416.646.4326
Fax:        416.646.4301

Email:     karen.jones@paliareroland.com
Tel:        416.646.4339
Fax:        416.646.4301

Email:     tina.lie@paliareroland.com
Tel:        416.646.4332
Fax:        416.646.4301

Email:     michelle.jackson@paliareroland.com
Tel:        416.646.7470
Fax:        416.646.4301

Email:     Jacqueline.cummins@paliareroland.com
Tel:        416.646.7446
Fax:        416.646.4301

Lawyers for the Superintendent of Financial Services as
Administrator of the Pension Benefits Guarantee Fund

AND
TO:

**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:     barry.wadsworth@caw.ca
              lewis.gottheil@caw.ca

Tel.:       416.495.3776
Fax:        416.495.3786

Lawyers for all active and retired Nortel employees
represented by the CAW-Canada

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:     arthur.jacques@shibleyrighton.com
Tel:        416.214.5213
Fax:        416.214.5413

Email :    thomas.mcrae@shibleyrighton.com
Tel :       416.214.5206
Fax :       416.214.5400

Lawyers for The Recently Severed Canadian Nortel
Employees Committee

- 8 -

AND
TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict

Email:    janice.payne@nelligan.ca
steven.levitt@nelligan.ca
christopher.rootham@nelligan.ca
ainslie.benedict@nelligan.ca

Tel:     613.231.8245
Fax:    613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as at
January 14, 2009

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw
Sharon Kour
Kelly Peters

E-mail:    bboake@mccarthy.ca
Tel:      416.601.7557
Fax:     416.868.0673

Email:    jgage@mccarthy.ca
Tel:      416.601.7539
Fax:     416.686.0673

Email:    emarques@mccarthy.ca
Tel:      416.601.7822
Fax:     416.686.0673

Email:    psteep@mccarthy.ca
Tel:      416.601.7998
Fax:     416.686.0673

Email:    bdshaw@mccarthy.ca
Tel:      416.601.8256
Fax:     416.686.0673

Email:    skour@mccarthy.ca
Tel:      416.601.8305
Fax:     416.686.0673

Email:    kpeters@mccarthy.ca
Tel:      416.601.8281
Fax:     416.686.0673

Lawyers for Morneau Shepell Limited

- 9 -

AND **DLA PIPER**
TO:   919 North Market Street
      Suite 1500
      Wilmington, Delaware 19801

      Selinda A. Melnik
      Richard Hans
      Timothy Hoeffner
      Farah Lisa Whitley-Sebti

      Email:   selinda.melnik@dlapiper.com
      Tel:     302.468.5650
      Fax:     302.778.7914

      Email:   richard.hans@dlapiper.com
      Tel:     212.335.4530
      Fax:     212.884.8730

      Email:   timothy.hoeffner@dlapiper.com
      Tel:     212.656.3341
      Fax:     215.606.3341

      Email:   farahlisa.sebti@dlapiper.com
      Tel:     212.335.4829
      Fax:     212.884.8529

      U.S. Lawyers for the Canadian Creditors Committee

**INFORMAL NORTEL NOTEHOLDER GROUP**

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell
Amanda McLachlan

| | |
|---|---|
| Email: | zychk@bennettjones.com |
| Tel: | 416.777.5738 |
| Fax: | 416.863.1716 |

| | |
|---|---|
| Email: | orzyr@bennettjones.com |
| Tel: | 416.777.5737 |
| Fax: | 416.863.1716 |

| | |
|---|---|
| Email: | finlaysong@bennettjones.com |
| Tel: | 416.777.5762 |
| Fax: | 416.863.1716 |

| | |
|---|---|
| Email: | swanr@bennettjones.com |
| Tel: | 416.777.7479 |
| Fax: | 416.863.1716 |

| | |
|---|---|
| Email: | zweigs@bennettjones.com |
| Tel: | 416.777.6254 |
| Fax: | 416.863.1716 |

| | |
|---|---|
| Email: | bellj@bennettjones.com |
| Tel: | 416.777.6511 |
| Fax: | 416.863.1716 |

| | |
|---|---|
| Email: | mclachlana@bennettjones.com |
| Tel: | 416.777.5393 |
| Fax: | 416.863.1716 |

Canadian Lawyers for The Informal Nortel Noteholder
Group

AND
TO:

**MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas

| | |
|---|---|
| Email: | TKreller@milbank.com |
| Tel: | 213.892.4463 |
| Fax: | 213.629.5063 |

| | |
|---|---|
| Email: | JHarris@milbank.com |
| Tel: | 212.530.5475 |
| Fax: | 212.530.5219 |

| | |
|---|---|
| Email: | APisa@milbank.com |
| Tel: | 212.530.5319 |
| Fax: | 212.530.5219 |

| | |
|---|---|
| Email: | svora@milbank.com |
| Tel: | 213.892.4595 |
| Fax: | 213.629.5063 |

| | |
|---|---|
| Email: | aleblanc@milbank.com |
| Tel: | 202.835.7574 |
| Fax: | 202.263.7574 |

| | |
|---|---|
| Email: | mhirschfeld@milbank.com |
| Tel: | 212.530.5832 |
| Fax: | 212.822.5832 |

| | |
|---|---|
| Email: | amiller@milbank.com |
| Tel: | 212.530.5421 |
| Fax: | 212.822.5421 |

| | |
|---|---|
| Email: | tmatz@milbank.com |
| Tel: | 212.530.5885 |
| Fax: | 212.822.5885 |

| | |
|---|---|
| Email: | nbassett@milbank.com |
| Tel: | 202.835.7546 |
| Fax: | 202.263.7546 |

| | |
|---|---|
| Email: | gruha@milbank.com |
| Tel: | 212.530.5155 |
| Fax: | 212.822.5155 |

| | |
|---|---|
| Email: | rpojunas@milbank.com |
| Tel: | 202.835.7551 |
| Fax: | 202.263.7551 |

U.S. Lawyers for The Informal Nortel Noteholder Group

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
Suite 2100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3C2

Shayne Kukulowicz
Michael Wunder
Ryan Jacobs

Email:    skukulowicz@casselsbrock.com
          mwunder@casselsbrock.com
          rjacobs@casselsbrock.com

Tel:      416.869.5300
Fax:      416.360.8877

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn
Christine Doniak
Joseph Sorkin
Jacqueline Yecies

Email:    fhodara@akingump.com
          dbotter@akingump.com
          aqureshi@akingump.com
          rajohnson@akingump.com
          bkahn@akingump.com
          cdoniak@akingump.com
          jsorkin@akingump.com
          jyecies@akingump.com

Tel:      212.872.1000
Fax:      212.872.1002

U.S. Lawyers for the Official Committee of Unsecured
Creditors

AND
TO:

**ASHURST LLP**
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

Angela Pearson
Antonia Croke

Email:    angela.pearson@ashurst.com
          antonia.croke@ashurst.com

Tel:      +44 (0)20 7638 1111
Fax:      +44 (0)20 7638 1112

U.K. Lawyers for the Official Committee of Unsecured
Creditors

AND
TO:

**RICHARDS LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, DE  19801

Christopher Samis

Email:    samis@rlf.com
Tel:      302.651.7845
Fax:      302.498.7845

Local U.S. Lawyers for the Official Committee of
Unsecured Creditors

- 12 -

**UK PENSION PROTECTION FUND AND NORTEL NETWORKS UK PENSION TRUST LIMITED**

AND
TO:

**THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan
Michael Shakra

Email:     mbarrack@tgf.ca
Tel:        416.304.1109
Fax:       416.304.1313

Email:     djmiller@tgf.ca
Tel:        416.304.0559
Fax:       416.304.1313

Email:     rlewis@tgf.ca
Tel:        416.304.0603
Fax:       416.304.1313

Email:     amcewan@tgf.ca
Tel:        416.304.0596
Fax:       416.304.1313

Email:     jfinnigan@tgf.ca
Tel:        416.304.0558
Fax:       416.304.1313

Email:     mshakra@tgf.ca
Tel:        416.304.0332
Fax:       416.304.1313

Co-Counsel to the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND
TO:

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.

Brian O'Connor
Sameer Advani
Andrew Hanrahan

Email:     boconnor@willkie.com
Tel:        (212) 728-8251
Fax:       (212) 728-9251

Email:     sadvani@willkie.com
Tel:        (212) 728-8587
Fax:       (212) 728-9587

Email:     ahanrahan@willkie.com
Tel:        (212) 728-8170
Fax:       (212) 728-9170

US Counsel for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND
TO:

**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

Charlene D. Davis
Justin Alberto

Email:     cdavis@bayardlaw.com
              jalberto@bayardlaw.com

Tel:        302.655.5000
Fax:       302.658.6395

Local U.S. Lawyers for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND
TO:

**THE BANK OF NEW YORK MELLON**

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:  sheryl.seigel@mcmillan.ca
Tel:       416.307.4063
Fax:      416.365.1719

Canadian Lawyers for The Bank of New York Mellon

AND
TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email:  michael.riela@lw.com

Tel :     212.906.1373
Fax :    212.751.4864

U.S. Lawyers for The Bank of New York Mellon

- 14 -

## WILMINGTON TRUST, NATIONAL ASSOCIATION

AND
TO:

**DENTONS CANADA LLP**
77 King Street West
Suite 400
Toronto, Ontario
M5K 0A1

John Salmas
Kenneth Kraft

Email:    John.Salmas@dentons.com
Tel:      416.863.4737
Fax:      416.863.4592

Email:    Kenneth.Kraft@dentons.com
Tel:      416.863.4374
Fax:      416.863.4592

Canadian Lawyers for Wilmington Trust, National
Association

AND
TO:

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY  10022-2585

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine

Email:    craig.barbarosh@kattenlaw.com
Tel:      212.940.8665
Fax:      212.940.8776

Email:    david.crichlow@kattenlaw.com
Tel:      212.940.8941
Fax:      212.940.8776

Email:    Karen.dine@kattenlaw.com
Tel:      212.940.8772
Fax:      212.940.8776

U.S. Lawyers to Wilmington Trust, National
Association

- 15 -

LAW DEBENTURE TRUST COMPANY OF NEW YORK

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email:    elamek@blg.com
Tel:      416.367.6311
Fax:      416.361.2436

Email:    jszumski@blg.com
Tel:      416.367.6310
Fax:      416.682.2811

Lawyers for Law Debenture Trust Company of New York

AND
TO:

**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal

Email:    dalowenthal@pbwt.com
Tel:      212.336.2720
Fax:      212.336.1253

U.S. Lawyers for Law Debenture Trust Company of
New York

- 16 -

**BOARDS OF DIRECTORS OF NORTEL NETWORKS CORPORATION AND NORTEL NETWORKS LIMITED**

AND **OSLER HOSKIN AND HARCOURT LLP**
TO:     100 King Street West
        1 First Canadian Place
        Suite 6100
        P.O. Box 50
        Toronto, Ontario  M5X 1B8

        Lyndon Barnes
        Edward Sellers
        Betsy Putnam
        Adam Hirsh
        Alexander Cobb

        Email:   lbarnes@osler.com
                 esellers@osler.com
                 eputnam@osler.com
                 ahirsh@osler.com
                 acobb@osler.com

        Tel:     416.362.2111
        Fax:     416.862.6666

        Lawyers for the Boards of Directors of Nortel Networks
        Corporation and Nortel Networks Limited

**COURTESY COPIES:**

AND
TO:

**NORTON ROSE FULBRIGHT LLP**
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4

Michael Lang

Email:  michael.lang@nortonrosefulbright.com

Tel:   416.216.3939
Fax:   416.216.3930

AND
TO:

**HOGAN LOVELLS INTERNATIONAL LLP**
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom

Angela Dimsdale Gill
John Tillman
Matthew Bullen
David Graves
Katherine Tallett-Williams

Email:   amdg@hoganlovells.com
        john.tillman@hoganlovells.com
        Matthew.bullen@hoganlovells.com
        david.graves@hoganlovells.com
        katherine.tallett-williams@hoganlovells.com

Tel:    +44 20 7296 2000
Fax:    +44 20 7296 2001

T991328\TOR_LAW\ 8152227\24

**INDEX**

Court File No: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT**
**OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS**
**TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**INDEX**

| Tab | Document |
|-----|----------|
| 1. | Affidavit of Adam M. Slavens, sworn April 16, 2014 |
| A | Exhibit "A" – Email to Counsel for the U.S. Debtors from Counsel for the Monitor |

35873-2001 15284735.2

# TAB 1

Court File No: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**AFFIDAVIT OF ADAM M. SLAVENS**
**(sworn April 16, 2014)**

I, Adam M. Slavens, of the City of Toronto, in the Province of Ontario, MAKE OATH
AND SAY:

1.     I am an associate with Torys LLP, counsel for Nortel Networks Inc. and its affiliated
debtors[1] (collectively, the "U.S. Debtors"), and as such I have knowledge of the matters to which
I hereinafter depose.  Where in my affidavit I rely on information provided to me by other
persons, I state the source of that information and in each case I believe that the information is
true.

2.     I swear this affidavit in connection with the Motion For Production of Documents (the
"Motion") filed by the court-appointed administrators and authorized foreign representatives of
Nortel Networks UK Limited and certain of its affiliates.[2]

---

[1] The U.S. Debtors are Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel
Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks
Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc.,
Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc.,
Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

35873-2001 16936607.1

3.      On April 2, 2014, counsel for the U.S. Debtors received an email from counsel for the Monitor, requesting confirmation that the U.S. Debtors had destroyed a document marked as an exhibit during the November 5-6, 2013 deposition of Michael Orlando [Bates number NNI_00794462], as well as any related documents.  A copy of that email is attached hereto as Exhibit "A".


**SWORN** before me at the City of Toronto in the Province of Ontario, this 16th day of April, 2014.

_____
A Commissioner for taking affidavits.

*VITALI BERDITCHEVSKI*

_____
**ADAM M. SLAVENS**

This is Exhibit "A" referred to in the

Affidavit of Adam M. Slavens

Sworn before me, this 16th

day of April, 2014.

A Commissioner, Etc.

VITALI BERDITCHEVSKI

**From:** Jacobson,Tamryn [mailto:TJacobson@goodmans.ca]
**Sent:** Wednesday, April 02, 2014 11:43 AM
**To:** Erickson, Jodi
**Cc:** Ierullo, Christina
**Subject:** FW: Notice of Clawback by the Monitor and Canadian Debtors

Jodi,

Could you please confirm that the US Debtors destroyed the documents identified in the clawback email below.  Please also confirm that the US Debtors no longer have a copy of NNI_00794462 (Exhibit 11273) in their possession, other than the redacted version of that document circulated by Peter Ruby by email on March 3, 2014 and produced in load file format on March 31, 2014.

Thank you,

**Tamryn Jacobson**
Goodmans LLP

416.597.4293
tjacobson@goodmans.ca

**From:** Jacobson,Tamryn
**Sent:** Thursday, November 07, 2013 7:30 PM
**To:** nortel.monitor@ca.ey.com; derrick.tay@gowlings.com; jennifer.stam@gowlings.com; ken.coleman@allenovery.com; paul.keller@allenovery.com; daniel.guyder@allenovery.com; laura.hall@allenovery.com; Joseph.Badtke-Berkow@AllenOvery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; tdemarinis@torys.com; sbomhof@torys.com; sblock@torys.com; agray@torys.com; aslavens@torys.com; jbromley@cgsh.com; lschweitzer@cgsh.com; hzelbo@cgsh.com; jrosenthal@cgsh.com; dstein@cgsh.com; mdecker@cgsh.com; lpeacock@cgsh.com; jmoessner@cgsh.com; nforrest@cgsh.com; dqueen@cgsh.com; dabbott@mnat.com; acordo@mnat.com; rschwill@dwpv.com; scampbell@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; adler@hugheshubbard.com; oxford@hugheshubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; eharron@ycst.com; jdorsey@ycst.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com; lily.harmer@paliareroland.com; karen.jones@paliareroland.com; tina.lie@paliareroland.com; michelle.jackson@paliareroland.com; jacqueline.cummins@paliareroland.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; skour@mccarthy.ca; bdshaw@mccarthy.ca; kpeters@mccarthy.ca; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; zychk@bennettjones.com; orzyr@bennettjones.com; finlaysong@bennettjones.com; swanr@bennettjones.com; zweigs@bennettjones.com; bellj@bennettjones.com; TKreller@milbank.com; JHarris@milbank.com; APisa@milbank.com;

svora@milbank.com; aleblanc@milbank.com; mhirschfeld@milbank.com; amiller@milbank.com; tmatz@milbank.com; nbassett@milbank.com; gruha@milbank.com; rpojunas@milbank.com; Shayne.kukulowicz@dentons.com; Michael.wunder@dentons.com; ryan.jacobs@dentons.com; Barbara.grossman@dentons.com; fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; rajohnson@akingump.com; bkahn@akingump.com; cdoniak@akingump.com; sgulati@akingump.com; angela.pearson@ashurst.com; Antonia.croke@ashurst.com; samis@rlf.com; bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com; mbarrack@tgf.ca; djmiller@tgf.ca; rlewis@tgf.ca; amcewan@tgf.ca; jfinnigan@tgf.ca; boconnor@willkie.com; sadvani@willkie.com; ahanrahan@willkie.com; sheryl.seigel@mcmillan.ca; michael.riela@lw.com; jsalmas@heenan.ca; kkraft@heenan.ca; svanallen@heenan.ca; craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; Karen.dine@kattenlaw.com; elamek@blg.com; jszumski@blg.com; dalowenthal@pbwt.com; lbarnes@osler.com; esellers@osler.com; eputnam@osler.com; ahirsh@osler.com; acobb@osler.com; michael.lang@nortonrose.com; amdg@hoganlovells.com; john.tillman@hoganlovells.com; Matthew.bullen@hoganlovells.com; david.graves@hogan.lovells.com; katherine.tallett-williams@hoganlovells.com; james.norris-jones@hsf.com; cdavis@bayardlaw.com; jalberto@bayardlaw.com
**Cc:** Zarnett, Benjamin; Myers, Fred; Kimmel, Jessica; Pasquariello, Joe; Carfagnini, Jay; Ruby, Peter; Armstrong, Christopher (carmstrong@goodmans.ca)
**Subject:** Notice of Clawback by the Monitor and Canadian Debtors

During the deposition of Michael Orlando, NNI_00794462 was marked as Exhibit 11273.  The Monitor and Canadian Debtors objected and advised on the record that this document was a privileged document and the relevant portion of the transcript was marked as being under seal.  This clawback notice relates to that document, other versions of that document, and related privileged family members of that document.

The Monitor and Canadian Debtors hereby give notice pursuant to Section 18 of the Protective Order that the documents bearing the docids listed below are privileged documents that are not Nortel Joint Privileged Discovery Material (as defined in the First Amendment to Protective Order).  Accordingly, the Monitor and Canadian Debtors request that, consistent with Section 18 of the Protective Order, all parties (1) return or destroy all copies of these documents, (2) agree not to use or disclose the information contained in these documents, and (3) to the extent any party shared these documents or disclosed the information in these documents before receiving this notice, take reasonable steps to retrieve the documents and information.

     NNI_00794462 (marked as Exhibit 11273 in deposition of Michael Orlando)
     NNI_00751284
     NNI_00751293
     NNI_00751294
     NNI_00751296
     NNI_00872058
     NNI_01518136
     NNI_01518137
     NNI_01518138
     NNI_01518140
     NNI_01518757
     NNI_01518759
     NNI_01525796

Regards,

**Tamryn Jacobson**
Goodmans LLP

tjacobson@goodmans.ca
416.597.4293 (t)
416.979.1234 (f)

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

goodmans.ca

***** Attention *****

This communication is intended solely for the named addressee(s) and may contain information that is privileged, confidential, protected or otherwise exempt from disclosure. No waiver of confidence, privilege, protection or otherwise is made. If you are not the intended recipient of this communication, please advise us immediately and delete this email without reading, copying or forwarding it to anyone.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

35873-2001 16936607.1

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION

Court File No. 09–CL–7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at TORONTO

**AFFIDAVIT OF ADAM M. SLAVENS**
**(SWORN APRIL 16, 2014)**

**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, ON M5K 1N2
Tel: 416.865.0040
Fax: 416.865.7380

**Sheila Block** (LSUC#: 14089N)
Email: sblock@torys.com

**Scott A. Bomhof** (LSUC#: 37006F)
Email: sbomhof@torys.com

**Andrew Gray** (LSUC#: 46626V)
Email: agray@torys.com

**Adam M. Slavens** (LSUC#: 54433J)
Email: aslavens@torys.com

Lawyers for Nortel Networks Inc. and the other U.S. Debtors

Court File No. 09-CL-7950

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION

| | |
|---|---|
| | *ONTARIO*<br>SUPERIOR COURT OF JUSTICE<br>(COMMERCIAL LIST)<br>Proceeding commenced at TORONTO |
| | **RESPONDING MOTION RECORD OF NORTEL NETWORKS INC. AND THE OTHER U.S. DEBTORS**<br>**(Joint Administrators' Motion for Production of Documents)** |
| | **TORYS LLP**<br>79 Wellington St. W., Suite 3000<br>Box 270, TD Centre<br>Toronto, ON M5K 1N2<br>Tel: 416.865.0040<br>Fax: 416.865.7380 |
| | **Sheila Block** (LSUC#: 14089N)<br>Email: sblock@torys.com |
| | **Scott A. Bomhof** (LSUC#: 37006F)<br>Email: sbomhof@torys.com |
| | **Andrew Gray** (LSUC#: 46626V)<br>Email: agray@torys.com |
| | **Adam M. Slavens** (LSUC#: 54433J)<br>Email: aslavens@torys.com |
| | Lawyers for Nortel Networks Inc.<br>and the other U.S. Debtors |

35873-2001 16938654.1