**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NORTEL NETWORKS INC., *et al.,* ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**NOTICE OF FILING OF CANADIAN CREDITORS COMMITTEE'S**
**ALLOCATION EXPERT REPORT AND REBUTTAL EXPERT REPORT**

**PLEASE TAKE NOTICE** that, pursuant to Justice Newbould's request at the March 12, 2014 joint hearing, and further to the submissions to the Courts of expert reports under seal made by other Core Parties to the Allocation Litigation, the Canadian Creditors Committee hereby submits the Expert Report and the Rebuttal Expert Report of Thomas Britven, filed under seal subject to further direction from the Courts pursuant to the Protective Order entered in these proceedings as the reports contain or rely upon certain information which is or may be claimed to be highly confidential as provided under the Protective Order.

**PLEASE TAKE FURTHER NOTICE** that Mr. Britven is National Intellectual Property Consulting Practice Leader and Managing Director of Duff & Phelps, LLC and an expert in asset valuation, business and financial analysis, and accounting. Through the reports, Mr. Britven has provided valuation, business and financial analyses to assist the Courts in determining allocation of the proceeds of sales of Nortel assets.

Dated: April 16, 2014
        Wilmington, DE

                                               DLA PIPER LLP (US)
                                               By: _/s/ Selinda A. Melnik_
                                               Selinda A. Melnik (DE 4032)
                                               1201 N. Market Street, Suite 2100
                                               Wilmington, DE 19801
                                               Telephone: 302-468-5650
                                               E-mail: selinda.melnik@dlapiper.com

                                           *Counsel for the Canadian Creditors Committee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | (Jointly Administered) |
| Debtors. |  |

**CANADIAN CREDITORS COMMITTEE'S ALLOCATION
<u>EXPERT REPORT AND REBUTTAL EXPERT REPORT</u>**

**CONFIDENTIAL – FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER [D.I. 10805**

Dated:  April 16, 2014
         Wilmington, DE

**DLA PIPER, LLP (US)**
 /s/  Selinda A. Melnik
Selinda A. Melnik (No. 4032)
1201 North Market Street Suite 2100
Wilmington, DE 19801
Telephone: +1.302.468.5650
Email: selinda.melnik@dlapiper.com

*Counsel for the
Canadian Creditors Committee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>        Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**INDEX OF CANADIAN CREDITORS COMMITTEE'S
ALLOCATION EXPERT REPORT AND REBUTTAL EXPERT REPORT**

**FILED UNDER SEAL**

Tab 1 -   Expert Report of Thomas Britven, National Intellectual Property Consulting Practice Leader and Managing Director, Duff & Phelps LLC.

Tab 2    Expert Rebuttal Report of Thomas Britven, National Intellectual Property Consulting Practice Leader and Managing Director, Duff & Phelps LLC