Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **15 April 2014**    Our Ref: **GDB/CCN01.00001**    Invoice No.: **365329**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 11,675.50 |
| For the period to 31 March 2014, in connection with the above matter. |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 4.80 |
|  | 0.00 |  | 11,680.30 |
|  |  | VAT | 0.00 |
|  |  | Total | 11,680.30 |
|  |  | **Balance Due** | **11,680.30** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 365329 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

*Ashurst LLP*

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/03/2014

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---:|---:|---|
| Partner | Angela Pearson | 0.60 | 429.00 | (C0029) |
|  |  | **0.60** | **429.00** |  |
| Senior Associate | Antonia Croke | 0.10 | 52.00 | (C0002) |
|  |  | 0.20 | 104.00 | (C0003) |
|  |  | 2.30 | 1,196.00 | (C0007) |
|  |  | 12.30 | 6,396.00 | (C0029) |
|  |  | **14.90** | **7,748.00** |  |
| Associate | Lindsey Roberts | 0.20 | 81.00 | (C0007) |
|  |  | 3.20 | 1,296.00 | (C0029) |
|  |  | **3.40** | **1,377.00** |  |
| Junior Associate | Sophie Law | 2.30 | 747.50 | (C0003) |
|  |  | 2.20 | 715.00 | (C0007) |
|  |  | 0.80 | 260.00 | (C0029) |
|  |  | **5.30** | **1,722.50** |  |
| Trainee | Max Strasberg | 1.30 | 247.00 | (C0019) |
|  |  | 0.80 | 152.00 | (C0029) |
|  |  | **2.10** | **399.00** |  |
|  | **TOTAL** | **26.30** | **11,675.50** |  |

Matter: CCN01.00001 - BANKRUPTCY

### C0002       General Case Administration

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.10 | 520.00 | 52.00 |
| | | | Total | **52.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/03/2014 | Antonia Croke | LETT | Review email from Waugh,Stephanie Re: Notice of change of lawyers for UCC | 0.10 | 520.00 | 52.00 |
| | | | | | | **52.00** |

2

## Matter: CCN01.00001 - BANKRUPTCY

### C0003     Ashurst Fee Application/Monthly Billing Reports

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.20 | 520.00 | 104.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 2.30 | 325.00 | 747.50 |
| | | | Total | **851.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/2014 | Antonia Croke | LETT | Review emails re Nortel fee app | 0.10 | 520.00 | 52.00 |
| 06/03/2014 | Sophie Law | LETT | Email B Kahn at Akin Gump re fee estimates for February | 0.10 | 325.00 | 32.50 |
| 13/03/2014 | Sophie Law | LETT | Review ashurst invoice for fee app | 0.40 | 325.00 | 130.00 |
| 19/03/2014 | Antonia Croke | LETT | Review fee examiner report; emails AMP/SLAW re same | 0.10 | 520.00 | 52.00 |
| 19/03/2014 | Sophie Law | LETT | Emails Akin Gump and Ashurst team re fee examiner report; review report, email to Ashurst team reporting contents of same | 0.20 | 325.00 | 65.00 |
| 27/03/2014 | Sophie Law | LETT | Prepare fee application | 1.20 | 325.00 | 390.00 |
| 27/03/2014 | Sophie Law | LETT | Finalise monthly fee app, send to Akin | 0.40 | 325.00 | 130.00 |

3

## Matter: CCN01.00001 - BANKRUPTCY

### C0007     Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.30 | 520.00 | 1,196.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.20 | 405.00 | 81.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 2.20 | 325.00 | 715.00 |
| | | | Total | 1,992.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/2014 | Antonia Croke | ATTD | Attend UCC Call | 1.20 | 520.00 | 624.00 |
| 06/03/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 13/03/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 13/03/2014 | Sophie Law | INTD | Confer ACROKE re UCC call | 0.10 | 325.00 | 32.50 |
| 13/03/2014 | Sophie Law | ATTD | Attend UCC call | 0.70 | 325.00 | 227.50 |
| 20/03/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 20/03/2014 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 520.00 | 260.00 |
| 22/03/2014 | Antonia Croke | LETT | Email SLAW/LROBER re UCC call | 0.10 | 520.00 | 52.00 |
| 24/03/2014 | Antonia Croke | LETT | Emails LROBER/SLAW re UCC call | 0.10 | 520.00 | 52.00 |
| 24/03/2014 | Lindsey Roberts | LETT | Email re: UCC Weekly call | 0.20 | 405.00 | 81.00 |
| 27/03/2014 | Antonia Croke | LETT | Review Agenda for UCC call; emails SLAW/AMORRI re same | 0.10 | 520.00 | 52.00 |
| 27/03/2014 | Sophie Law | INTD | Call LROBER re UCC call | 0.10 | 325.00 | 32.50 |
| 27/03/2014 | Sophie Law | ATTD | Review UCC agenda; attend call | 1.30 | 325.00 | 422.50 |

4

Matter: CCN01.00001 - BANKRUPTCY

### C0019    Labor Issues/Employee Benefits

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Trainee** | | | | |
| MSTRAS | Max Strasberg | 1.30 | 190.00 | 247.00 |
| | | | Total | 247.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 26/03/2014 | Max Strasberg | RSCH | Research on Beddoe Orders | 1.30 | 190.00 | 247.00 |

Matter: CCN01.00001 - BANKRUPTCY

### C0029        Intercompany Analysis

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.60 | 715.00 | 429.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 12.30 | 520.00 | 6,396.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 3.20 | 405.00 | 1,296.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.80 | 325.00 | 260.00 |
| **Trainee** | | | | |
| MSTRAS | Max Strasberg | 0.80 | 190.00 | 152.00 |
| | | | Total | 8,533.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2014 | Antonia Croke | LETT | Review emails re filing notices | 0.10 | 520.00 | 52.00 |
| 01/03/2014 | Antonia Croke | LETT | Review emails Re: Rebuttal Expert Reports | 0.80 | 520.00 | 416.00 |
| 01/03/2014 | Antonia Croke | LETT | Review email from Christine Doniak Re: Nortel -- Production of Expert Files | 0.10 | 520.00 | 52.00 |
| 01/03/2014 | Antonia Croke | LETT | Review emails from Fagen, Matthew Re: Nortel- Rebuttal Expert Reports | 0.20 | 520.00 | 104.00 |
| 03/03/2014 | Antonia Croke | LETT | Review email from Shaw, Byron Re: Nortel - Native Files from CCC Rebuttal Report | 0.10 | 520.00 | 52.00 |
| 03/03/2014 | Antonia Croke | LETT | Review email from John Finnigan Re: Nortel: Pre-Trial Conference Memo and meet and confer | 0.10 | 520.00 | 52.00 |
| 03/03/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Expert Deposition Schedule | 0.10 | 520.00 | 52.00 |
| 03/03/2014 | Antonia Croke | LETT | Review email from Moessner, Jacqueline Re: RE: Nortel - Expert Deposition Schedule | 0.10 | 520.00 | 52.00 |
| 03/03/2014 | Antonia Croke | LETT | Review email from Christine Doniak Re: Nortel -- Production of Expert Native Files | 0.10 | 520.00 | 52.00 |
| 03/03/2014 | Antonia Croke | LETT | Review email from Jessica Zhi RE: Nortel: Pre-Trial Conference Memo and meet and confer | 0.10 | 520.00 | 52.00 |
| 03/03/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Letter to request trial court room | 0.10 | 520.00 | 52.00 |
| 03/03/2014 | Sophie Law | LETT | Emails in from AG re rebuttal expert reports | 0.20 | 325.00 | 65.00 |
| 04/03/2014 | Antonia Croke | LETT | Review email from arahneva@cgsh.com Re: Nortel US Debtors Production | 0.10 | 520.00 | 52.00 |

| Date | Name | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/03/2014 | Antonia Croke | LETT | Review email from Moessner, Jacqueline Re: Nortel -- Production of Expert Native Files | 0.10 | 520.00 | 52.00 |
| 04/03/2014 | Antonia Croke | LETT | Review letter to the Court from Canadian Monitor | 0.10 | 520.00 | 52.00 |
| 04/03/2014 | Antonia Croke | LETT | Review email from arahneva@cgsh.com Re: Nortel US Debtors production | 0.10 | 520.00 | 52.00 |
| 04/03/2014 | Antonia Croke | LETT | Review emails Re: Nortel: March 3 meet and confer | 0.40 | 520.00 | 208.00 |
| 04/03/2014 | Antonia Croke | LETT | Review email from Ruby, Peter Re: Rebuttal Expert Reports of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 04/03/2014 | Antonia Croke | LETT | Review letter from US Debtors Re: Nortel -- Production of Expert Native Files | 0.10 | 520.00 | 52.00 |
| 04/03/2014 | Antonia Croke | LETT | Review email from sbarran@willkie.com Re: Nortel – Native Files from UKPC Rebuttal Report | 0.10 | 520.00 | 52.00 |
| 04/03/2014 | Antonia Croke | LETT | Review email from katherine.tallett-williams@hoganlovells.com Re: Nortel - UKPC Production | 0.10 | 520.00 | 52.00 |
| 05/03/2014 | Antonia Croke | LETT | Review email from Ruby, Peter Re: Rebuttal Expert Reports of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 06/03/2014 | Antonia Croke | READ | Review index of expert rebuttal reports | 0.20 | 520.00 | 104.00 |
| 06/03/2014 | Antonia Croke | LETT | Review summary of deposition procedure | 0.20 | 520.00 | 104.00 |
| 06/03/2014 | Antonia Croke | LETT | Review emails Re: Nortel Networks: Trial Protocol #2 | 0.30 | 520.00 | 156.00 |
| 07/03/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel: Trial Protocol #2 | 0.10 | 520.00 | 52.00 |
| 09/03/2014 | Antonia Croke | LETT | Review emails re Trial Protocol #2 | 0.40 | 520.00 | 208.00 |
| 11/03/2014 | Antonia Croke | LETT | Review emails RE: Amendment and Supplement to the Joint Trial Protocol | 0.10 | 520.00 | 52.00 |
| 11/03/2014 | Antonia Croke | LETT | Review email from Furnivall, Frances Re: 2014-03-10 EMEA Debtors' Production | 0.10 | 520.00 | 52.00 |
| 11/03/2014 | Antonia Croke | LETT | Review emails RE: Amendment and Supplement to the Joint Trial Protocol | 0.40 | 520.00 | 208.00 |
| 11/03/2014 | Antonia Croke | LETT | Review emails RE: Nortel Expert Reports | 0.40 | 520.00 | 208.00 |
| 11/03/2014 | Antonia Croke | LETT | Review email from Anne Marie Harkin Re: motion record of EMEA JAS | 0.10 | 520.00 | 52.00 |
| 12/03/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Spanish and Norwegian Foreign Law Expert Reply Reports | 0.10 | 520.00 | 52.00 |
| 12/03/2014 | Antonia Croke | LETT | Reviewemail from Dandelet, Kyle Re: Amendment and Supplement to the Joint Trial Protocol | 0.10 | 520.00 | 52.00 |
| 12/03/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel: March 3 meet and confer | 0.10 | 520.00 | 52.00 |
| 12/03/2014 | Antonia Croke | LETT | Review email from Slavens, Adam Re: US Debtors filing | 0.10 | 520.00 | 52.00 |
| 12/03/2014 | Antonia Croke | LETT | Review email from Ruby, Peter Re: Letter from the UKP's Counsel to the Monitor's Counsel | 0.10 | 520.00 | 52.00 |
| 13/03/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks Corporation: Expert Deposition Calendar | 0.10 | 520.00 | 52.00 |
| 13/03/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - French and Swedish Foreign Law Expert Reply Reports | 0.10 | 520.00 | 52.00 |
| 13/03/2014 | Antonia Croke | LETT | Review email from Maddox, Marisa Re: Nortel - Response of the US Interests to the Submission of the UK Pension Claimants Regarding the Allocation of Trial Time | 0.10 | 520.00 | 52.00 |
| 13/03/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel: Expert Deposition Live Stream Information | 0.10 | 520.00 | 52.00 |
| 13/03/2014 | Antonia Croke | LETT | Review email from Chiuchiolo, Nicholas Re: UKPC - Reply Expert Report | 0.10 | 520.00 | 52.00 |

| Date | Name | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/03/2014 | Antonia Croke | LETT | Review emails from Tallett-Williams, Katherine Re: Nortel – Production of Expert Native Files | 0.10 | 520.00 | 52.00 |
| 14/03/2014 | Antonia Croke | LETT | Review emails RE: Nortel - Expert Reply Reports and Remaining Foreign Law Experts | 0.20 | 520.00 | 104.00 |
| 14/03/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel: Expert Depositions | 0.10 | 520.00 | 52.00 |
| 14/03/2014 | Antonia Croke | LETT | Review email from Mighton, Jesse Re: Nortel - Notice of Motion and Motion Record returnable March 21, 2014 | 0.10 | 520.00 | 52.00 |
| 14/03/2014 | Antonia Croke | LETT | Review emails re letters to/from UKPC re Morawetz | 0.30 | 520.00 | 156.00 |
| 14/03/2014 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Production of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 14/03/2014 | Antonia Croke | LETT | Review letter from the US debtors re mediation btwn UKPC and Canadian Monitor by Justice Morawetz | 0.30 | 520.00 | 156.00 |
| 14/03/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Swiss and Czech Foreign Law Expert Reply Reports | 0.10 | 520.00 | 52.00 |
| 15/03/2014 | Antonia Croke | LETT | Review Ltr from Canadian monitor | 0.10 | 520.00 | 52.00 |
| 15/03/2014 | Antonia Croke | LETT | Review emails from Eguchi, Weston Re: UKPC - Supplemental Expert Reports | 0.10 | 520.00 | 52.00 |
| 17/03/2014 | Antonia Croke | LETT | Review email from Abbott, Derek Re: letters to Morawetz | 0.10 | 520.00 | 52.00 |
| 17/03/2014 | Antonia Croke | LETT | Review letters and emails RE: mediation btwn UKPC and monitor by Justice Morawetz | 0.40 | 520.00 | 208.00 |
| 17/03/2014 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Clawback of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 18/03/2014 | Antonia Croke | LETT | Review email from Rosenthal, Jeffrey A. Re: expert report | 0.10 | 520.00 | 52.00 |
| 18/03/2014 | Antonia Croke | LETT | Review email from Karen.Jones@pallareroland.com Re: Nortel: Production of the CCC - 10Ks | 0.10 | 520.00 | 52.00 |
| 18/03/2014 | Sophie Law | LETT | Email from Akin re withdrawal of expert report | 0.10 | 325.00 | 32.50 |
| 19/03/2014 | Antonia Croke | LETT | Review emails re allocation trial protocol | 0.40 | 520.00 | 208.00 |
| 19/03/2014 | Antonia Croke | LETT | Review letter From Tabatabai, Fara Re: Nortel - Expert Reports | 0.10 | 520.00 | 52.00 |
| 19/03/2014 | Antonia Croke | LETT | Review email from Furnivall, Frances Re: Nortel - EMEA Debtors' Production of Expert Materials | 0.10 | 520.00 | 52.00 |
| 19/03/2014 | Sophie Law | LETT | Review emails re Order for allocation trial, queries re Canadian equivalent order, correspondence with Morawetz | 0.20 | 325.00 | 65.00 |
| 19/03/2014 | Sophie Law | LETT | Further emails Akin, Cassels re Canadian Order | 0.10 | 325.00 | 32.50 |
| 20/03/2014 | Antonia Croke | LETT | Review emails re revised trial protocol | 0.20 | 520.00 | 104.00 |
| 20/03/2014 | Antonia Croke | LETT | Review chart re trial protocol | 0.10 | 520.00 | 52.00 |
| 20/03/2014 | Antonia Croke | LETT | Review emails re Ltrs to Judge Gross | 0.10 | 520.00 | 52.00 |
| 20/03/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Dentons chinese wall | 0.10 | 520.00 | 52.00 |
| 20/03/2014 | Antonia Croke | LETT | Review emails re amended order | 0.10 | 520.00 | 52.00 |
| 20/03/2014 | Sophie Law | LETT | Emails in from Akin re amended allocation trial protocol order | 0.20 | 325.00 | 65.00 |
| 21/03/2014 | Antonia Croke | LETT | Review UKPC Letter to Judge Gross and Justice Newbould re Trial Protocol Order | 0.10 | 520.00 | 52.00 |
| 21/03/2014 | Antonia Croke | LETT | Review email from M Fagen and Justice Order | 0.10 | 520.00 | 52.00 |
| 21/03/2014 | Antonia Croke | LETT | Review emails re amended order re allocation trial protocol | 0.10 | 520.00 | 52.00 |
| 25/03/2014 | Antonia Croke | LETT | Review emails re Expert Reports and trial protocol | 0.30 | 520.00 | 156.00 |

8

| Date | Name | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 26/03/2014 | Antonia Croke | LETT | Review email from Mr Fred S Hodara Re: allocation proposal | 0.20 | 520.00 | 104.00 |
| 26/03/2014 | Antonia Croke | LETT | Review emails re expert reports, trial protocol and change of attorneys | 0.30 | 520.00 | 156.00 |
| 26/03/2014 | Lindsey Roberts | READ | Review of email and associated documents re: proposed settlement | 0.40 | 405.00 | 162.00 |
| 27/03/2014 | Antonia Croke | LETT | Review ltrs/emails re expert reports | 0.10 | 520.00 | 52.00 |
| 27/03/2014 | Antonia Croke | LETT | Review emails re expert reports and trial protocol | 0.10 | 520.00 | 52.00 |
| 27/03/2014 | Antonia Croke | LETT | Review email from Moessner, Jacqueline Re: Nortel - Predesignations | 0.10 | 520.00 | 52.00 |
| 27/03/2014 | Angela Pearson | LETT | Emails to Akin re: request for cases from deposition | 0.40 | 715.00 | 286.00 |
| 27/03/2014 | Angela Pearson | INTD | Email to LROBER re: request for English cases from Akin | 0.20 | 715.00 | 143.00 |
| 27/03/2014 | Lindsey Roberts | DRFT | Response to Carly at Atkin re: cases in Westbrook deposition; searches; Research with the Court | 1.60 | 405.00 | 648.00 |
| 28/03/2014 | Max Strasberg | RSCH | Research re cases requested by Carly W. at Atkin Gump | 0.80 | 190.00 | 152.00 |
| 28/03/2014 | Antonia Croke | LETT | Emails Weinreb, Carly Re: Nortel - deposition question | 0.10 | 520.00 | 52.00 |
| 28/03/2014 | Antonia Croke | LETT | Review emails re expert depositions | 0.10 | 520.00 | 52.00 |
| 28/03/2014 | Antonia Croke | LETT | Emails Weinreb, Carly Re: Nortel - deposition question | 0.10 | 520.00 | 52.00 |
| 28/03/2014 | Lindsey Roberts | MISC | Contacting Bloomberg and Court for details of the UK proceedings mentioned in Expert report; discussions with trainee re: the same; call and emails with Carly W re: the same | 1.20 | 405.00 | 486.00 |
| 30/03/2014 | Antonia Croke | LETT | Review emails re expert depositions and documents | 0.60 | 520.00 | 312.00 |