Exhibit C

DISBURSEMENT SUMMARY

MARCH 01, 2014 THROUGH MARCH 31, 2014

| Document Production | £4.80 |
|---|---|
| TOTAL | £4.80 |