Exhibit D

Case 09-10138-MFW    Doc 13352-5    Filed 04/16/14    Page 1 of 2

Exhibit D

Disbursements Detailed Breakdown

| | | |
|---|---|---:|
| Document Production | 80 copies at 6p per page | 4.80 |