Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MARCH 01, 2014 THROUGH MARCH 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 0.6 | 429.00 |
| Antonia Croke | Associate for 7 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 14.9 | 7,748.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | 3.4 | 1,377.00 |
| Sophie Law | Associate for 1 year; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 5.3 | 1,722.50 |
| Max Strasberg | Trainee Solicitor; Dispute Resolution Group, London | £190 | 2.1 | 399.00 |
| TOTAL | | | 26.3 | 11,675.50 |

## COMPENSATION BY PROJECT CATEGORY
## MARCH 01, 2014 THROUGH MARCH 31, 2014

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| General Case Administration | 0.1 | 52.00 |
| Ashurst Fee Application / Monthly Billing Reports | 2.5 | 851.50 |
| Creditors Committee Meetings | 4.7 | 1,992.00 |
| Labor Issues / Employee Benefits | 1.3 | 247.00 |
| Intercompany Analysis | 17.7 | 8,533.00 |
| TOTAL | 26.3 | 11,675.50 |