## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF FILING OF THE MONITOR AND CANADIAN DEBTORS' INITIAL EXPERT AND REBUTTAL EXPERT REPORTS RELATED TO THE ALLOCATION DISPUTE

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol [Dkt. No. 990] and at the request of the Courts in the March 12, 2014, joint pre-trial conference on April 16, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**," and together with this Court the "**Courts**"), together with the Canadian Debtors hereby submit their initial expert and rebuttal expert reports that address issues related to the allocation dispute (the "**Canadian Allocation Reports**"). The Canadian Allocation Reports are attached hereto as <u>Exhibit A</u>. The Canadian Allocation Reports, as well as certain other initial expert and rebuttal expert reports related to the pending claims litigation in the Canadian Proceedings, are being submitted to the Canadian Court contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that as indicated in correspondence addressed to the Canadian Court and filed in these cases on April 15, 2014 [Dkt. No. 13328], the Monitor and Canadian Debtors expected to receive directions from the Courts regarding the pre-filing of expert reports and other materials at the pre-trial conference scheduled for April 22, 2014 (the "**Pre-Trial Conference**"). The Monitor and Canadian Debtors are submitting the Canadian Allocation Reports prior to receiving specific directions on pre-trial evidentiary submissions solely because certain of the other Core Parties have proceed to unilaterally submit their expert reports to the Court without prior consultation with all Core Parties. The Monitor and Canadian

---

[1]      The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (together, the "**US Debtors**").

Debtors anticipate discussing the issue of further advance filing of materials, including affidavits, at the Pre-Trial Conference in order to ensure coordinated submissions going forward.

**PLEASE TAKE FURTHER NOTICE** that the Canadian Allocation Reports contain or rely on highly confidential information and are being filed under seal pursuant to section 8(c) of the protective order entered in these cases [Dkt. No. 10805].

**PLEASE TAKE FURTHER NOTICE** that the Canadian Allocation Reports being submitted to the Court are as follows:

1. **Initial expert report and rebuttal expert report of Philip Green**

   Philip Green of Hoffman Alvary & Company LLC, who is an expert in tangible and intangible asset valuation, financial analysis and accounting, has provided opinion evidence with respect to the question of what portion of the proceeds realized in the sales of the Nortel group of companies' operating businesses and intellectual property portfolios was due to the transfer, or surrender, by the Canadian Debtors, EMEA Debtors and/or US Debtors, respectively, of property interests in the assets that were the subject of the sales. Mr. Green has also provided his expert opinion in response to those opinions provided by Jeffrey Kinrich (submitted by the US Debtors), Lorraine Eden (submitted by the US Debtors), James Malackowski (submitted by the EMEA Debtors), Paul Huffard (submitted by the EMEA Debtors) and Richard Cooper (submitted by the EMEA Debtors).

2. **Initial expert report and rebuttal expert report of Mark Berenblut and Alan Cox**

   Alan Cox and Mark Berenblut of NERA Economic Consulting, who are experts in economics, tangible and intangible asset valuation, financial analysis and accounting, has provided opinion evidence with respect to the question of what portion of the proceeds realized in the sales of the Nortel group of companies' operating businesses and intellectual property portfolios was due to the transfer, or surrender, by the Canadian Debtors, EMEA Debtors and/or US Debtors, respectively, of property interests in the assets that were the subject of the sales. Mr. Cox and Mr. Berenblut have also provided their expert opinion in response to those opinions provided by Jeffrey Kinrich (submitted by the US Debtors) and Paul Huffard (submitted by the EMEA Debtors).

3. **Reply expert report of Sheldon Burshtein[2]**

   Sheldon Burshtein is a partner at Blake, Cassels & Graydon LLP.  Mr. Burshtein has provided an expert opinion on intellectual property and licensing matters in response to the opinions of Bruce Stratton of Dimock Stratton LLP (submitted by the

---

[2]      Filed subject to the pending *Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton* [Dkt. No. 13317] (the "**Motion to Strike**").

UK Pension Claimants) and Daniel Bereskin of Bereskin & Parr LLP (submitted by the US Debtors).

4. **Initial expert report and rebuttal expert report of Timothy Reichert**

Timothy Reichert of Economics Partners, LLC, is an expert in economics and transfer pricing and has provided opinion evidence with respect to transfer pricing concepts and terminology, the process to develop the transfer pricing arrangements of the Nortel group of companies and  the components of the transfer pricing arrangements and the result of their application to the participants for tax years 2001 to 2009, as well as the amounts owed to NNL by NNUK and other RPS participants in respect of Nortel's transfer pricing, and related matters.  Mr. Reichert has also provided his opinion in response to those opinions provided Richard Cooper (submitted by the EMEA Debtors), Lorraine Eden (submitted by the US Debtors) and Steve Felgran (submitted by the UK Pension Claimants).

**PLEASE TAKE FURTHER NOTICE** of the following possible, or pending, objections related to the expert reports that have been submitted to the Court of which the Monitor and Canadian Debtors are presently aware:

1. The expert report of Daniel Bereskin, filed by the US Debtors, is subject to the pending Motion to Strike and a companion application filed with the Canadian Court[3] (together with the Motion to Strike, the "**Motions to Strike**").

2. The expert report of Bruce Stratton, filed by the UK Pension Claimants, is subject to the pending Motions to Strike.

3. The US Debtors, UK Pension Claimants, and certain other Core Parties have taken the position that the reply expert report of Sheldon Burshtein requires leave of the Courts.  The Monitor and Canadian Debtors have sought such leave as alternative relief in the Motions to Strike.

*[Intentionally left blank]*

---

[3]     The Monitor and Canadian Debtors filed the companion Canadian application in these cases as the *Notice Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Filing of the Motion to Strike of the Monitor and Canadian Debtors in the Canadian Proceedings* [Dkt. No. 13344; Apr. 16, 2014].

Dated: April 16, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jay S. Pultman
Paul Keller
Ken Coleman
Daniel Guyder
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jay.pultman@allenovery.com
paul.keller@allenovery.com
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Nortel
Debtors*