April 17, 2014

**The Honourable Justice Frank Newbould**
Ontario Superior Court of Justice
Judge's Administration
330 University Avenue, 7th Floor
Toronto, Ontario  M5G 1R7

**The Honorable Kevin Gross**
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Dear Your Honours:

**RE: Nortel Networks Trial: Courtroom Logistics (Canadian Court File Numbers 09-CL-7950 and US Case Number 09-10138(KG)**

We write on behalf of Ernst & Young Inc., Monitor of Nortel Networks Limited and the other Canadian Debtors (the "Canadian Debtors") and Nortel Networks Inc. and the other US Debtors (the "US Debtors") to provide an update with respect to the courtroom logistics and court reporting proposal for the Nortel Trial commencing on May 12, 2014.

We are pleased to advise that an agreed upon joint solution for the trial technology has been reached and implementation is underway. The solution is being implemented in the Ontario Court in Courtroom 8-1 as well as Courtroom 8-2 (as a gallery courtroom) and in the Delaware Court in Courtroom 3 and office space on the second floor of 824 N. Market Street (as a gallery courtroom). Courtrooms 8-1 and 3 are referred to as the "Main Courtrooms" and Courtrooms 8-2 and the second floor space are referred to as the "Gallery Courtrooms".

A brief summary of the solution is as follows:

- Vendor: Bell Canada, along with its partner ET Group and its US partner, Advanced AV (collectively, the "Service Provider") have been retained by the Canadian Debtors and the US Debtors to provide the Courtroom solution.

- Connection: The Service Provider is installing a dedicated telecommunications line between the Ontario and Delaware Courts to provide for a reliable and high capacity connection between the two Courts. Such a dedicated connection avoids using the internet as the means of communication and the variability associated with transmitting video over the internet.

- Video conferencing solution:
    - Equipment for the video conferencing solution is being purchased under the Service Provider contracts as purchasing such equipment was more economical than renting such equipment.
    - Video monitors will be provided in the Main Courtrooms as follows (a) two

TOR_LAW\ 8394273\ 58153197.2

- monitors for the judge; (b) two monitors for Judge Gross's Clerk; (c) a monitor in the witness box; (d) two monitors placed on each counsel table; and (e) a monitor imbedded in the podium.

    o Microphones will be placed in the same locations as the video monitors, except no microphone will be place in front of Judge Gross's Clerk and the court reporters will be provided with microphones as well.

    o The monitors will show the judge, the witness box and the podium in the Courtroom of the other jurisdiction (for example, in Toronto, each monitor will show Judge Gross, the US witness box and the US podium). Discussions regarding the display of evidence are ongoing and are likely to be addressed at the April 22 Pre-Trial conference. There will also be one monitor placed in each of the Main Courtrooms showing what is happening in that Courtroom (so that the participants in one Courtroom can check what is being transmitted to the other Courtroom).

    o Each of the Gallery Courtrooms will have video screens and audio showing what is happening in both Main Courtrooms.

- <u>Support</u>. The Service Provider will provide daily, on-site support in both Ontario and Delaware for the duration of the Trial.

- <u>Court Reporting</u>. Neeson & Associates and Wilcox Fetzer have been retained to provide court reporting services in the Main Courtrooms. The Court Reporters will work together to provide a single joint transcript for both Courts.

    o An iPad or laptop will be provided to each of Your Honours to view the transcript in real time; and

    o iPads or laptops will also be on each counsel table so that counsel may view the transcript in real time.

    o We have been advised that it will be technologically difficult for the Court Reporters to switch transcription mid-day. As such, Your Honors and counsel will be viewing the transcription of Wilcox Fetzer or Neeson & Associates based on the predominate location of the witness or witnesses for that day. For greater clarity, both Court Reporters will be taking transcription on all days and a single final official transcript will be produced for each day; the prior sentence relates only to the live stream that you will be able to see in real time.

- <u>Courtroom floor plan</u>. Court personnel, the Service Provider and counsel have discussed floor plans for the Main Courtrooms which will maximize the number of counsel tables and chairs in each courtroom. Gallery seating will be available in the Gallery Courtrooms.

- <u>Remote Access:</u> In order to limit the need for all counsel to be in the courtroom at all times, we have arranged for the following remote access to the video, audio and

transcripts.

- o Webstreaming access will be provided for authorized users who will be able to log in from remote locations. This access will provide those authorized users with the same monitor views as what are seen on the monitors in the Main Courtrooms.

- o Live streaming access will be provided for authorized users to view the real time transcript provided by the court reporters.

- <u>Cost</u>. Given the extent and complexity of this solution as well as the fact that there is a small amount of time to complete the installation, the cost of this solution is estimated to be approximately $1.3 million (not including court reporting fees). Certain of the Core Parties have agree to a cost sharing arrangement.

- <u>Timing</u>. Currently, we anticipate that Courtroom work will commence on or about April 22, 2014 in Toronto and May 3, 2014 in Delaware. We are optimistic that installation and testing will be complete by May 12, 2014.

We would be pleased to provide any further information, or make any changes to the technology plan set forth above, as the Courts may require.

Yours Truly,

*[signature]*

GOODMANS LLP, for the Monitor

*Derek Abbott /acc*

MORRIS, NICHOLS, ARSHT & TUNNELL, for the US Debtors

TOR_LAW\ 8394273\ 58153197.2