# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 13349 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2014, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on April 17, 2014 at 11:00 A.M. (Eastern Time)," dated April 16, 2014 [Docket No. 13349], by causing true and correct copies to be:

   i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
16th day of April, 2014

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC-STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti
DLA Piper
919 N. Market Street
Suite 1500
Wilmington, DE  19801

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
McCarthy Tetrault LLP
Suite 5300
Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
CANADA

Byron Shaw
Sharon Kour
Kelly Peters
McCarthy Tetrault LLP
Suite 5300
Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
CANADA

Angela Pearson
Antonia Croke
Ashurst LLP
Boardwalk House
5 Appold Street
London, UK  EC2A 2HA
ENGLAND

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
Heenan Blaikie LLP
Bay Adelaide Centre
333 Bay St. Ste 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4
CANADA

Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas
Milbank Tweed Hadley McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

**EXHIBIT B**

| Name | Company | Fax No. |
|---|---|---|
| Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Robert A. Johnson<br>Brad M. Kahn<br>Christine Doniak<br>Sunny Gulati | Akin Gump Strauss Hauer & Feld LLP | 212-872-1002 |
| Ken Coleman<br>Paul Keller<br>Daniel Guyder<br>Laura Hall | Allen & Overy LLP | 212-610-6399 |
| Joseph Badtke-Berkow<br>Jonathan Cho<br>Nicolette Ward | Allen & Overy LLP | 212-610-6399 |
| Angela Pearson<br>Antonia Croke | Ashurst LLP | +44 (0) 20 7638 1111 |
| Charlene D. Davis<br>Justin Alberto | Bayard P.A. | 302-658-6395 |
| Kevin Zych<br>S. Richard Orzy<br>Gavin Finlayson | Bennett Jones LLP | 416-863-1716 |
| Edmond F. B. Lamek<br>James Szumski | Borden Ladner Gervais LLP | 416-361-2436; 416-682-2811 |
| Kathleen A. Murphy<br>Mary F. Caloway | Buchanan Ingersoll & Rooney | 302-552-4295 |
| E. Bruce Leonard<br>David S. Ward<br>Bill Burden<br>Christopher Horkins<br>Lara Jackson | Cassels Brock & Blackwell LLP | 416-640-3054 |
| Barry E. Wadsworth<br>Lewis Gottheil | CAW-Canada | 416-495-3786 |
| James Bromley<br>Lisa Schweitzer<br>Howard Zelbo<br>Jeffrey Rosenthal<br>Darryl Stein | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |

| | | |
|---|---|---|
| Marla Decker<br>Lauren Peacock<br>Jacqueline Moessner<br>Neil Forrest<br>Dan Queen | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Robin B. Schwill<br>Sean Campbell<br>James Doris<br>Louis Sarabia | Davies Ward Phillips & Vineberg LLP | 416-863-0871 |
| R. Shayne Kukulowicz<br>Michael J. Wunder<br>Ryan Jacobs<br>Barbara Grossman | Dentons Canada LLP | 416-863-4592 |
| Selinda A. Melnik<br>Richard Hans<br>Timothy Hoeffner<br>Farah Lisa Whitley-Sebti | DLA Piper | 302-778-7914; 302-884-8730; 215-606-3341; 212-884-8529 |
| Murray McDonald<br>Brent Beekenkamp | Ernst & Young Inc. | 416-943-3300 |
| Jay Carfagnini<br>Joseph Pasquariello<br>Ben Zarnett<br>Alan Mark | Goodmans LLP | 416-979-1234 |
| Peter Ruby<br>Jessica Kimmel<br>Chris Armstrong | Goodmans LLP | 416-979-1234 |
| Derrick Tay<br>Jennifer Stam | Gowling LaFleur Henderson LLP | 416-862-7661 |
| John Salmas<br>Kenneth Kraft<br>Sara-Ann Van Allen | Heenan Blaikie LLP | 416-360-8425 |
| Angela Dimsdale Gill<br>John Tillman<br>Matthew Bullen<br>David Graves<br>Katherine Tallett-Williams | Hogan Lovells International LLP | +44 20 7296 2001 |
| Derek Adler<br>Neil Oxford<br>Fara Tabatabai<br>Charles Huberty | Hughes Hubbard & Reed | 212-422-4726; 212-299-6269; 212-299-6045 |

| | | |
|---|---|---|
| Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine | Katten Muchin Rosenman LLP | 212-940-8776 |
| Mark Zigler<br>Susan Philpott<br>Ari Kaplan<br>Barbara Walancik | Koskie Minsky | 416-204-2877; 416-204-2882; 416-204-2875; 416-204-2906 |
| Michael J. Riela | Latham & Watkins LLP | 212-751-4864 |
| Matthew P. Gottlieb<br>Tracy Wynne<br>Paul Michell<br>Jessica Zhi | Lax O'Sullivan Scott Lisus LLP | 416-598-3730 |
| Barbara J. Boake<br>James D. Gage<br>Elder C. Marques<br>Paul Steep | McCarthy Tetrault LLP | 416-686-0673 |
| Byron Shaw<br>Sharon Kour<br>Kelly Peters | McCarthy Tetrault LLP | 416-686-0673 |
| Sheryl E. Seigel | McMillan LLP | 416-365-1719 |
| Thomas R. Kreller<br>Jennifer P. Harris<br>Albert A. Pisa<br>Samir Vora<br>Andrew M. LeBlanc | Milbank Tweed Hadley McCloy LLP | 213-629-5063; 212-530-5219; 202-263-7574 |
| Michael Hirschfeld<br>Atara Miller<br>Tom Matz<br>Nick Bassett<br>Gabrielle Ruha<br>Rachel Pojunas | Milbank Tweed Hadley McCloy LLP | 212-882-5832;212-822-5421; 212-822-5885; 202-263-7546; 212-822-5155; 202-263-7551 |
| Janice B. Payne<br>Steven Levitt<br>Christopher Rootham<br>Ainslie Benedict | Nelligan O'Brien Payne LLP | 613-788-3655 |
| Michael Lang | Norton Rose Fulbright LLP | 416-216-3930 |
| Lyndon Barnes<br>Edward Sellers<br>Betsy Putnam<br>Adam Hirsh<br>Alexander Cobb | Osler Hoskin and Harcourt LLP | 416-862-6666 |

| | | |
|---|---|---|
| Kenneth T. Rosenberg<br>Massimo (Max) Starnino<br>Lily Harmer<br>Karen Jones | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Tina Lie<br>Michelle Jackson<br>Jacqueline Cummins | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Daniel A. Lowenthal | Patterson Belknap Webb & Tyler LLP | 212-336-1253 |
| Christopher Samis | Richards Layton & Finger P.A. | 302-498-7845 |
| Arthur O. Jacques<br>Thomas McRae | Shibley Righton LLP | 416-214-5413; 416-214-5400 |
| Michael Barrack<br>D.J. Miller<br>Rebecca Lewis<br>Andrea McEwan<br>John Finnigan<br>Michael Shakra | Thornton Grout Finnigan LLP | 416-304-1313 |
| Tony DeMarinis<br>Scott Bomhof<br>Sheila Block<br>Andrew Gray<br>Adam Slavens | Torys LLP | 416-865-7380 |
| Brian O'Connor<br>Sameer Advani<br>Andrew Hanrahan | Willkie Farr & Gallagher LLP | 212-728-9251; 212-728-9587; 212-728-9170 |
| Ed Harron<br>John Dorsey | Young Conaway Stargatt & Taylor LLP | 302-576-3298; 302-576-3401 |