# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 17, 2014 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### Matter:

Joint w/Canada - Motion Joint Administrators' for Production of Documents in the Canadian Proceedings,

**R / M #:**   13,349 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Settled - Order to be submitted to the court.