## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Pre-trial conference: April 22, 2014 at 10:00 A.M. (EDT)** |

### OUTLINE OF THE MONITOR AND CANADIAN DEBTORS CONCERNING MATTERS TO BE CONSIDERED AT THE APRIL 22, 2014, PRE-TRIAL CONFERENCE

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**," and together with this Court, the "**Courts**"), together with the Canadian Debtors hereby file and incorporate herein in its entirety the *Outline of the Canadian Debtors and the Monitor of Matters to be Considered at the Pre-Trial Conference on April 22, 2014*, attached hereto as Exhibit A (the "**Canadian Outline**"), which outline the Monitor and Canadian Debtors are filing in the Canadian Proceedings contemporaneously herewith.

The Canadian Outline relates to topics that are expected to be addressed before the Courts at the joint pre-trial conference that is scheduled for April 22, 2014, including the following:

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

(i)      trial logistics;

(ii)     time allocation with respect to opening statements;

(iii)    trial schedule, including background on apparent efforts by certain parties to yet again re-open and re-argue the issue of "one trial" vs. "two trials" for allocation and claims;

(iv)    pre-trial motion issues;

(v)     use of exhibits at trial and the filing of materials; and

(vi)    confidentiality and privilege issues.

WHEREFORE, to the extent that the Canadian Outline seeks relief or other directions from the Courts, the Monitor and Canadian Debtors respectfully request that the Courts grant such relief or provide such directions with respect to the organization and conduct of the joint-trial and that the Courts grant such other and further relief as they deem just and proper in the circumstances.

*[Intentionally left blank]*

Dated: April 21, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Jacob S. Pultman
Paul B. Keller
Laura R. Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian
Debtors*