IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**RE: D.I. 13363** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the **Notice of Amended Agenda of Matters Scheduled For Hearing On April 22, 2014 at 10:00 a.m. (Eastern Time)** (D.I. 13363) filed on April 21, 2014, is hereby withdrawn.

Dated:  April 21, 2014
         Wilmington, DE         CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    James L. Bromley (admitted pro hac vice)
                                    Lisa M. Schweitzer (admitted pro hac vice)
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone:  (212) 225-2000
                                    Facsimile:  (212) 225-3999

                                    and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Ann C. Cordo*
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Tamara K. Minott (No. 5643)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, Delaware 19801
          Telephone: (302) 658-9200
          Facsimile: (302) 658-3989

          *Counsel for the Debtors and Debtors in Possession*

8185925.1