IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. |  |
| ------------------------------------------------------------X |  |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 22, 2014 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**PRETRIAL CONFERENCE**

1.  Pretrial Conference on Allocation Trial.

    Objection Deadline:  N/A

    Responses Received: N/A

    Related Pleadings:

    (a) Notice of Filing of Proposed Joint Trial Protocol (D.I. 12863, Filed 1/24/14);

    (b) Notice of Filing of Proposed Amendment and Supplement to the Joint Trial Protocol (D.I. 13132, Filed 3/10/14);

    (c) Amended Order re Allocation Trial Protocol (D.I. 13208, Entered 3/21/14);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold**

(d) Letter to Judge Gross Regarding Amended Order Re: Allocation Trial Protocol (D.I. 13213, Filed 3/24/14);

(e) Letter of the Canadian Creditors Committee to Judge Gross and Justice Newbould regarding Amended Order re Allocation Trial Protocol dated March 21, 2014 (D.I. 13228, Filed 3/25/14);

(f) Letter from Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund to The Honorable Kevin Gross and Justice Newbould (D.I. 13233, Filed 3/26/14);

(g) Notice Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Filing of Correspondence Addressed to the Canadian Court in Connection with the April 22, 2014, Joint Pre-Trial Conference (D.I. 13328, Filed 4/15/14);

(h) Letter re: Nortel Networks Trial: Courtroom Logistics (D.I. 13354, Filed 4/17/14); and

(i) **Outline of the Monitor and Canadian Debtors Concerning Matters to be Considered at the April 22, 2014 Pre-Trial Conference (D.I. 13362, Filed 4/21/14).**

Status: A pretrial conference on this matter will go forward.

Dated: April 21, 2014  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Ann C. Cordo*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
1201 North Market Street, 16th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8185293.1