## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                       :
In re                                                  :        Chapter 11
                                                       :
Nortel Networks Inc., et al.,[1]                       :        Case No. 09-10138 (KG)
                                                       :
                 Debtors.                              :        Jointly Administered
                                                       :
-------------------------------------------------------X

## NOTICE OF PROPOSED SETTLEMENT OF CERTAIN POST-PETITION
## CLAIMS AGAINST THE DEBTORS

**WHEREAS**, on May 7, 2012, the Debtors filed a Motion for an Order Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7617) (the "Motion"); and

**WHEREAS**, on May 24, 2012, the Court approved the Motion and entered an Order (the "Order") Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7685) permitting the Debtors, *inter alia*, to settle on no or limited advance notice certain smaller claims of employees terminated post-petition against the Debtors ("Limited Notice Claims Settlements").

**PLEASE TAKE NOTICE** that, pursuant to paragraph 2(e) of the Order, the Debtors hereby file a notice of proposed settlement(s) under the Order with respect to claim(s) proposed to be allowed (i) in an amount greater than or equal to $250,000 and less than $1,000,000 or (ii) in an amount greater than or equal to $100,000 and less than $250,000, where the amount of the relevant proof(s) of claim exceed the proposed allowed amount of such claim by more than $25,000.  Such claim(s) are listed on Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the settlement(s) listed in Exhibit A must file a response or objection ("Objection") if any, to the this notice with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **May 12, 2014 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FUTHER NOTICE** that, if no Objection to the settlement(s) listed on Exhibit A hereto are received by the Objection Deadline, the Debtors are authorized to proceed immediately with such settlement(s).

Dated:  April 21, 2014
    Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (admitted *pro hac vice*)
        Lisa M. Schweitzer (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone:  (212) 225-2000
        Facsimile:  (212) 225-3999

        - and –

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Ann C. Cordo*
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Ann C. Cordo (No. 4817)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE  19899-1347
        Telephone:  (302) 658-9200
        Facsimile:  (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*