EXHIBIT A

(i) **Proofs of Claim Settled under Paragraph 2(e) of Order From January 30, 2014 Through February 18, 2014[1]**

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| LORIMER, DEBORAH G. | 7592 | $310,124.07 | $0.00 | $0.00 | $310,124.07 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LORIMER, DEBORAH G. | 8179 | $334,546.37 | $0.00 | $0.00 | $334,546.37 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LORIMER, DEBORAH G. | 8235 | $334,546.37 | $0.00 | $0.00 | $334,546.37 | $92,921.62 | $1,547.98 | $10,079.05 | $104,548.65 | NORTEL NETWORKS INC. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.