# EXHIBIT C

## DISBURSEMENT SUMMARY
## FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $765.08 |
| Conference Calls/Telephone/Web Conference Services | $3,898.16 |
| Courier Service/Postage | $320.44 |
| Deposition Charges | $21,507.50 |
| Document Production – In House | $934.40 |
| Document Production – Offsite | $4,374.74 |
| Duplicating (billed at $.10 per page) | $592.50 |
| Meals/Committee Meeting Expenses | $748.28 |
| Travel Expenses – Airfare | $1,245.53 |
| Travel Expenses – Ground Transportation | $1,273.50 |
| Travel Expenses – Incidentals | $47.04 |
| Travel Expenses – Parking | $10.79 |
| Travel Expenses – Train Fare | $1,306.95 |
| Retained Professional Fees & Expenses | $534,138.00 |
| **TOTAL** | **$571,162.91** |