# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1533321 |
| Invoice Date | 04/08/14 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/14 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/09/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $465.00 |
| 10/10/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $190.00 |
| 10/10/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $199.00 |
| 10/10/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $919.00 |
| 10/11/13 | Travel - Train Fare Train fare while traveling in London for deposition.; London Underground | $9.95 |
| 10/21/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $942.00 |
| 10/21/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $643.00 |
| 10/21/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $260.00 |
| 10/22/13 | Deposition Streaming Connection Fee | $354.00 |

| Date | Description | Amount |
|---|---|---|
| | for Deposition in Nortel Case.; Ellen Grauer Court Reporting | |
| 10/22/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $396.00 |
| 10/23/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $469.50 |
| 10/23/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $315.00 |
| 10/24/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $339.00 |
| 10/24/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reportring | $286.00 |
| 10/24/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $216.00 |
| 10/25/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $909.00 |
| 10/28/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $233.00 |
| 10/28/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $242.00 |
| 10/28/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $960.00 |
| 10/29/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $812.00 |
| 10/30/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $217.00 |
| 10/30/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $525.00 |
| 10/31/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $1,791.00 |
| 10/31/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $932.00 |
| 10/31/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $889.00 |
| 10/31/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $607.00 |
| 11/01/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen Grauer Court Reporting | $358.00 |
| 11/01/13 | Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $558.00 |

| Date | Description | Amount |
|---|---|---|
| 11/04/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $160.00 |
| 11/05/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $1,042.00 |
| 11/05/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $102.00 |
| 11/06/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $274.00 |
| 11/06/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $412.50 |
| 11/06/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $682.00 |
| 11/07/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $1,456.00 |
| 11/07/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $1,762.50 |
| 11/08/13 | Grauer Court Reporting Deposition Streaming Connection Fee for Deposition in Nortel Case.; Ellen | $590.00 |
| 11/25/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.79 |
| 11/26/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.38 |
| 12/02/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.19 |
| 12/02/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.47 |
| 12/03/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.09 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1533321

Page 4  
April 8, 2014

| Date | Description | Amount |
|---|---|---|
| 12/05/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.44 |
| 12/05/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.67 |
| 12/06/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.54 |
| 12/09/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.37 |
| 12/11/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.67 |
| 12/12/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.06 |
| 12/12/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.29 |
| 12/12/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.64 |
| 12/15/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.04 |
| 12/16/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 | $1.58 |

| Date | Description | Amount |
|---|---|---|
| 12/17/13 | Multi-office omnibus teleconference invoice. Account# 205134736 Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.91 |
| 12/19/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $14.30 |
| 12/20/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034492152 DATE: 12/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $16.97 |
| 12/27/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.21 |
| 12/27/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.55 |
| 12/30/13 | Document Production - Off Site  Off Site VENDOR: XACT DATA DISCOVERY/XDD (43-1685216); INVOICE#: 11-59518; DATE: 12/30/2013  - Customer ID: 11AKINGUMP | $4,374.74 |
| 01/02/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 0615801727 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP Business | $37.00 |
| 01/02/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: BOTTER DAVID H TICKET #: 0615819003 DEPARTURE DATE: 01/29/2014 ROUTE: NYP WIL NYP | $37.00 |
| 01/02/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: BOTTER DAVID H TICKET #: 7000000000 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP BUSINESS | $281.00 |
| 01/02/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 | $263.00 |

| Date | Description | Amount |
|---|---|---|
| | PASSENGER: HODARA FRED S TICKET #: 7000000000 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP Business | |
| 01/03/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.92 |
| 01/03/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.34 |
| 01/06/14 | Research  Discovery materials communal storage.; Dropbox | $9.99 |
| 01/06/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: BOTTER DAVID H TICKET #: 0615920444 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP | $37.00 |
| 01/06/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: BOTTER DAVID H TICKET #: 7000000000 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP | $71.00 |
| 01/06/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 7000000000 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP | $18.00 |
| 01/06/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 0615902432 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP | $37.00 |
| 01/06/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: BOTTER DAVID H TICKET #: 0615889564 DEPARTURE DATE: 01/29/2014 ROUTE: NYP WIL NYP | $37.00 |
| 01/07/14 | Travel - Ground Transportation  Taxi cab from Penn Station to 50 Franklin after travel for Nortel case.; NYC Taxi Cab | $13.70 |
| 01/07/14 | Travel - Ground Transportation  Taxi cab from Wilmington Train Station to | $10.00 |

| Date | Description | Amount |
|---|---|---|
| 01/07/14 | Bankruptcy Court for Nortel hearing.; Saferide Taxi Service Meals - Business Working meal during Nortel court hearing in Delaware; A. Qureshi, D. Botter, F. Hodara (3 people); Chelsea | $87.00 |
| 01/07/14 | Travel - Ground Transportation Taxi cab from 50 Franklin St. to Penn Station for travel for Nortel hearing.; Uber | $21.00 |
| 01/07/14 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 7000000000 DEPARTURE DATE: 01/07/2014 ROUTE: WIL NYP | $35.00 |
| 01/07/14 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 7000000000 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP | $36.00 |
| 01/07/14 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 0615963796 DEPARTURE DATE: 01/07/2014 ROUTE: WIL NYP | $37.00 |
| 01/07/14 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 0615976100 DEPARTURE DATE: 01/07/2014 ROUTE: WIL NYP | $37.00 |
| 01/07/14 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 0615959174 DEPARTURE DATE: 01/07/2014 ROUTE: WIL NYP | $37.00 |
| 01/07/14 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: HODARA FRED S TICKET #: 0615946939 DEPARTURE DATE: 01/07/2014 ROUTE: WIL NYP | $37.00 |
| 01/07/14 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN14-53062500000206 DATE: 1/25/2014 PASSENGER: BOTTER DAVID H TICKET #: 0615976102 DEPARTURE DATE: 01/30/2014 ROUTE: WIL NYP | $37.00 |
| 01/07/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $27.67 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                    Page 8
Invoice Number: 1533321                                                                April 8, 2014

| Date | Description | Amount |
|---|---|---|
| 01/08/14 | Document Retrieval Usage From 10/1-12/31/13 VENDOR: PACER SERVICE CENTER; INVOICE#: AK0004-Q42013; DATE: 1/8/2014 - Account Number: AK0004 | $1.70 |
| 01/09/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $20.50 |
| 01/09/14 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 496566 DATE: 1/17/2014 SENDER'S NAME: RIGGE ORCEL; JOB NUMBER: 81728; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN STREET; DATE: 01/09/2014 | $48.59 |
| 01/09/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $18.00 |
| 01/14/14 | Travel - Ground Transportation Taxi cab from 1071-1089 Ave of the Americas to 63-67 Franklin Street in connection with Nortel meetings.; Uber | $25.00 |
| 01/15/14 | Travel - Ground Transportation Taxi cab from 1071-1089 Ave of the Americas to 59 Franklin St. after Nortel meetings.; Uber | $25.00 |
| 01/15/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.92 |
| 01/15/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.84 |
| 01/16/14 | Travel - Ground Transportation Taxi cab from 16th and 3rd Ave to Cleary Gottlieb for meeting in Nortel case.; Delancey Car Service | $20.00 |
| 01/16/14 | Travel - Ground Transportation Taxi cab from Cleary Gottlieb after Nortel meeting to One Bryant Park.; Delancey Car Service | $25.00 |
| 01/16/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $9.63 |
| 01/17/14 | Travel - Ground Transportation Taxi cab from 16th St. and 3rd Ave to Cleary Gottlieb's Office for Nortel Meetings.; Delancey Car Service | $20.00 |
| 01/17/14 | Travel - Ground Transportation Taxi cab from Cleary Gottlieb's office to 50 Franklin St. after Nortel meetings.; | $15.00 |

| Date | Description | Amount |
|---|---|---|
| 01/17/14 | Delancey Car Service Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $14.30 |
| 01/20/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1632164 DATE: 1/26/2014 Sorkin Joseph - Fuel Grill & Juice Bar 9th Ave) - 01/20/2014 | $14.23 |
| 01/21/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1632164 DATE: 1/26/2014 Catering Akin Gump - Hale & Hearty 42nd Street) - 01/21/2014 | $19.02 |
| 01/21/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034526569 DATE: 1/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $17.13 |
| 01/21/14 | Document Production - In House REQUESTOR; S KIM; DESCRIPTION: COLOR COPIES; QUANTITY: 342; DATE ORDERED: 1/21/14 | $34.20 |
| 01/21/14 | Document Production - In House REQUESTOR; A EVANS; DESCRIPTION: COLOR COPIES; QUANTITY: 1245; DATE ORDERED: 1/21/14 | $124.50 |
| 01/21/14 | Document Production - In House REQUESTOR; A EVANS; DESCRIPTION: COLOR COPIES; QUANTITY: 3870; DATE ORDERED: 1/21/14 | $387.00 |
| 01/22/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $16.20 |
| 01/22/14 | Travel - Ground Transportation Taxi back to the office.; NYC Taxi | $16.70 |
| 01/23/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1632164 DATE: 1/26/2014 Orcel Reginald - Shun Lee West - 01/23/2014 | $19.42 |
| 01/23/14 | Document Production - In House REQUESTOR; R ORCEL; DESCRIPTION: COLOR COPIES; QUANTITY: 480; DATE ORDERED: 1/23/14 | $48.00 |
| 01/23/14 | Document Production - In House REQUESTOR; S KIM; DESCRIPTION: COLOR COPIES; QUANTITY: 261; DATE ORDERED: 1/23/14 | $26.10 |
| 01/24/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $18.00 |
| 01/25/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1632164 DATE: 1/26/2014 Orcel Reginald - Chop't Creative Salad Co. Bryant Park) - 01/25/2014 | $22.00 |

| Date | Description | Amount |
|---|---|---|
| 01/25/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1632164 DATE: 1/26/2014 Lutchman Ervin - China Gourmet - 01/25/2014 | $21.59 |
| 01/25/14 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 497163 DATE: 1/31/2014 SENDER'S NAME: R. OECEL; JOB NUMBER: 169355; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN STREET; DATE: 01/25/2014 | $113.09 |
| 01/25/14 | Document Production - In House REQUESTOR; R ORCEL; DESCRIPTION: COLOR COPIES; QUANTITY: 1067; DATE ORDERED: 1/25/14 | $106.70 |
| 01/26/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1632164 DATE: 1/26/2014 Yecies Jacqueline - Junior's Broadway) - 01/26/2014 | $26.90 |
| 01/26/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1632164 DATE: 1/26/2014 Lutchman Ervin - China Gourmet - 01/26/2014 | $21.48 |
| 01/26/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1175945 DATE: 2/5/2014 Vendor: Dial Car Voucher #: DLRV0EE351E8 Date: 01/26/2014 Name: Reginald Orcel\|\|Car Service, Vendor: Dial Car Voucher #: DLRV0EE351E8 Date: 01/26/2014 Name: Reginald Orcel | $65.18 |
| 01/26/14 | Meals (100%) Dinner ordered into the office while working late; Nicholas Stabile; Meal ordered into the office; Iron Sushi Love | $30.50 |
| 01/26/14 | Travel - Ground Transportation Taxi to the office from home when coming into work over the weekend.; NYC Taxi | $11.12 |
| 01/26/14 | Travel - Ground Transportation Taxi home from the office while working late over the weekend.; NYC Taxi | $11.40 |
| 01/27/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1648395 DATE: 2/2/2014 Yecies Jacqueline - !Savory - 01/27/2014 | $27.79 |
| 01/27/14 | Travel - Train Fare Roundtrip train fare to attend Joint Hearing in Wilmington, DE, Business. Amtrak | $223.00 |
| 01/27/14 | Travel - Ground Transportation VENDOR: CORPORATE TRANSPORTATION GROUP, LTD INVOICE#: 1020810 DATE: 2/7/2014 | $95.52 |

| Date | Description | Amount |
|---|---|---|
| 01/28/14 | Vendor: Corporate Transportation Group, LTD Voucher #: RVTFE351F8 Date: 01/27/2014 Name: Ervin Lutchman\|\|Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: RVTFE351F8 Date: 01/27/2014 Name: Ervin Lutchman Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 1/28/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $61.01 |
| 01/28/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1648395 DATE: 2/2/2014 Yecies Jacqueline - !Savory - 01/28/2014 | $26.16 |
| 01/28/14 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 497163 DATE: 1/31/2014 SENDER'S NAME: M FAGAN; JOB NUMBER: 185477; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN STREET; DATE: 01/28/2014 | $48.59 |
| 01/28/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $14.88 |
| 01/28/14 | Meals (100%) Dinner ordered into the office while working late.; Nicholas Stabile; Dinner ordered into office while working; Iron Sushi Love | $30.50 |
| 01/28/14 | Travel - Ground Transportation Taxi home after working late (1/27 after midnight).; NYC Taxi | $14.40 |
| 01/29/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1648395 DATE: 2/2/2014 Fagen Matthew - Akdeniz - 01/29/2014 | $25.11 |
| 01/29/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1648395 DATE: 2/2/2014 Orcel Reginald - Shun Lee West - 01/29/2014 | $19.42 |
| 01/29/14 | Travel - Ground Transportation Cab to train for court appearance; Uber | $23.00 |
| 01/29/14 | Travel - Ground Transportation Taxi from home to Newark Penn Station en route to Wilmington, DE for Joint Hearing; Classic1 Limousine | $40.00 |
| 01/29/14 | Travel - Ground Transportation Taxi from Wilmington train station to courthouse (attendance at Joint Hearing); Shalom Transportation (Wilmington, DE) | $10.00 |
| 01/30/14 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 1/30/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $168.52 |
| 01/30/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1648395 DATE: 2/2/2014 | $21.85 |

| Date | Description | Amount |
|---|---|---|
| 01/30/14 | Wirakesuma Rebecca - FreeFoods NYC - 01/30/2014<br>Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1648395 DATE: 2/2/2014 | $30.47 |
| 01/30/14 | Yecies Jacqueline - Osteria al Doge - 01/30/2014<br>Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1648395 DATE: 2/2/2014 | $22.00 |
| 01/30/14 | Orcel Reginald - Benares - 01/30/2014<br>Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 709626 DATE: 2/6/2014<br>Vendor: Executive Royal Voucher #: RV02E36198 Date: 01/30/2014 Name: Reginald Orcel\|\|Car Service, Vendor: Executive Royal Voucher #: RV02E36198 Date: 01/30/2014 Name: Reginald Orcel | $62.11 |
| 01/30/14 | Travel - Ground Transportation Cab home after working late; Medallion cab | $10.80 |
| 01/30/14 | Travel - Ground Transportation Late working taxi home.; NYC Taxi | $18.60 |
| 01/31/14 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 1/31/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 01/31/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 709626 DATE: 2/6/2014<br>Vendor: Executive Royal Voucher #: RVR3E361A8 Date: 01/31/2014 Name: Reginald Orcel\|\|Car Service, Vendor: Executive Royal Voucher #: RVR3E361A8 Date: 01/31/2014 Name: Reginald Orcel | $62.11 |
| 01/31/14 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 497163 DATE: 1/31/2014 SENDER'S NAME: SOL KIM; JOB NUMBER: 206298; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN STREET; DATE: 01/31/2014 | $32.44 |
| 02/01/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1648395 DATE: 2/2/2014<br>Orcel Reginald - Abumi - 02/01/2014 | $22.00 |
| 02/03/14 | Travel - Airfare Airfare to Ottawa re: deposition Economy; Airfare to Ottawa re: deposition; Air Canada | $555.49 |
| 02/03/14 | Travel - Ground Transportation Taxi from airport to deposition while in Ottawa re: deposition; Blueline Taxi | $32.39 |
| 02/03/14 | Travel - Ground Transportation Taxi | $8.09 |

| Date | Description | Amount |
|---|---|---|
| | from deposition to hotel while in Ottawa re: deposition; Blueline Taxi | |
| 02/04/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1649823 DATE: 2/9/2014 Kim Sol - Akura Sushi - 02/04/2014 | $22.00 |
| 02/04/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1649823 DATE: 2/9/2014 Orcel Reginald - Chop't Creative Salad Co. Times Square) - 02/04/2014 | $19.25 |
| 02/04/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 709835 DATE: 2/14/2014 Vendor: Executive Royal Voucher #: RVP7E36139 Date: 02/04/2014 Name: Sol Kim\|\|Car Service, Vendor: Executive Royal Voucher #: RVP7E36139 Date: 02/04/2014 Name: Sol Kim | $92.18 |
| 02/04/14 | Travel - Ground Transportation Taxi from deposition to hotel while in Ottawa re: deposition; Blueline taxi | $6.30 |
| 02/04/14 | Travel - Ground Transportation Taxi from hotel to deposition while in Ottawa; Blueline Taxi | $8.09 |
| 02/04/14 | Document Production - In House REQUESTOR; L LIFLAND; DESCRIPTION: COLOR COPIES; QUANTITY: 246; DATE ORDERED: 2/4/14 | $24.60 |
| 02/05/14 | Duplication - In House Photocopy - User # 990100, NY, 37 page(s) | $3.70 |
| 02/05/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1649823 DATE: 2/9/2014 Weinreb Carly - The Red Flame Diner Coffee House - 02/05/2014 | $15.71 |
| 02/05/14 | Audio and Web Conference Services Expenses For The Month Of January 2014 VENDOR: TELCONF LLC; INVOICE#: 02001-01001-14; DATE: 2/5/2014 | $3,788.85 |
| 02/05/14 | Travel - Ground Transportation Taxi from deposition to hotel in Ottawa; Blueline taxi | $8.99 |
| 02/05/14 | Meals - Business Beverage while in Ottawa re: deposition; C. Doniak, A. Qureshi; Starbucks Coffee | $8.90 |
| 02/05/14 | Meals - Business Refreshment for court reporter while in Ottawa re: deposition; Court reporter; Starbuck Coffee | $4.45 |
| 02/05/14 | Travel - Incidentals - Out-of-Town Travel Foreign transaction fee while in Ottawa; Foreign transaction fee | $0.24 |
| 02/05/14 | Travel - Incidentals - Out-of-Town Travel Foreign transaction fee while in Ottawa; Foreign transaction fee | $0.12 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                      Page 14
Invoice Number: 1533321                                                April 8, 2014

| Date | Description | Amount |
|---|---|---|
| 02/05/14 | Travel - Ground Transportation Taxi from restaurant to hotel while in Ottawa; Capital Taxi | $7.19 |
| 02/05/14 | Travel - Ground Transportation Taxi from hotel to restaurant while in Ottawa re: deposition; Capital Taxi | $7.19 |
| 02/05/14 | Travel - Ground Transportation Taxi from deposition to hotel while in Ottawa; Blueline taxi | $8.09 |
| 02/05/14 | Meals (100%) Dinner ordered into the office while working late.; Nicholas Stabile; Dinner ordered into the office while; Iron Sushi Love | $29.50 |
| 02/06/14 | Duplication - In House Photocopy - User # 990100, NY, 36 page(s) | $3.60 |
| 02/06/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $16.20 |
| 02/06/14 | Meals - Business Meal while in Ottowa re: deposition; C. Doniak; Westin Hotel | $28.28 |
| 02/06/14 | Meals - Business Meal while in Ottawa re: deposition; A. Qureshi, C. Doniak; Meal/No receipt | $7.19 |
| 02/06/14 | Travel - Parking Parking while in Ottawa re: deposition; Vinci Park | $10.79 |
| 02/06/14 | Research Discovery materials communal storage.; Dropbox | $9.99 |
| 02/06/14 | Meals (100%) Dinner ordered into the office while working late.; Nicholas Stabile; Dinner ordered to the office; Iron Sushi Love | $29.50 |
| 02/07/14 | Duplication - In House Photocopy - Orcel, Reginald, NY, 1329 page(s) | $132.90 |
| 02/07/14 | Duplication - In House Photocopy - User # 990100, NY, 1324 page(s) | $132.40 |
| 02/07/14 | Meals - Business Meal while in Ottawa re: deposition; C. Doniak; SSP Toronto | $20.31 |
| 02/07/14 | Travel - Incidentals - Out-of-Town Travel Foreign transaction fee while in Ottawa re: deposition; Foreign transaction fee | $46.68 |
| 02/07/14 | Meals - Business Meal while in Ottawa re: deposition; C. Doniak; HMSHost | $6.04 |
| 02/07/14 | Travel - Ground Transportation Cab from hotel to airport re: deposition in Ottawa; Westway Taxi | $32.38 |
| 02/07/14 | Travel - Ground Transportation Taxi from airport to home after deposition in Ottawa; NYC Taxi | $43.70 |
| 02/07/14 | Travel - Airfare Airfare from Canada after depo to NY Economy; Airfare ticket to NYC after depo.; Air Canada | $690.04 |
| 02/08/14 | Travel - Ground Transportation Taxi home after working late on Friday night (2/7 - after midnight).; NYC Taxi | $20.62 |
| 02/09/14 | Meals (100%) Dinner ordered to the office while working late on the weekend.; Nicholas Stabile; Dinner ordered to the office; Iron Sushi Love | $29.50 |
| 02/10/14 | Travel - Ground Transportation Taxi | $14.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 15
Invoice Number: 1533321                                                                                April 8, 2014

| Date | Description | Amount |
|---|---|---|
| | home after working late.; NYC Taxi | |
| 02/10/14 | Document Production - In House REQUESTOR; S KIM; DESCRIPTION: COLOR COPIES; QUANTITY: 733; DATE ORDERED: 2/10/14 | $73.30 |
| 02/10/14 | Document Production - In House REQUESTOR; R ORCEL; DESCRIPTION: COLOR COPIES; QUANTITY: 1100; DATE ORDERED: 2/10/14 | $110.00 |
| 02/11/14 | Duplication - In House Photocopy - Kahn, Brad, NY, 1641 page(s) | $164.10 |
| 02/11/14 | Computerized Legal Research - Westlaw User: 6116536 Date: 2/11/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $116.90 |
| 02/11/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1176410 DATE: 2/19/2014 Vendor: Dial Car Voucher #: DLA3914845 Date: 02/11/2014 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3914845 Date: 02/11/2014 Name: David Botter | $130.59 |
| 02/12/14 | Courier Service/Messenger Service- Off Site 11/25/13: To Christine Doniak VENDOR: UPS SUPPLY CHAIN SOLUTIONS; INVOICE#: 934674678; DATE: 2/12/2014 | $77.73 |
| 02/13/14 | Computerized Legal Research - Westlaw User: 6116536 Date: 2/13/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $112.63 |
| 02/14/14 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: USTIAN STACEY; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 02/14/14 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: USTIAN STACEY; Charge Type: SEARCHES; Quantity: 1.0 | $47.70 |
| 02/14/14 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: USTIAN STACEY; Charge Type: SEARCHES; Quantity: 1.0 | $167.40 |
| 02/14/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1176652 DATE: 2/26/2014 Vendor: Dial Car Voucher #: DLA3886705 Date: 02/14/2014 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3886705 Date: 02/14/2014 Name: Abid Qureshi | $78.48 |
| 02/18/14 | Meals - Business Nortel meeting with Jim Bromley (Cleary); F. Hodara and Jim Bromley (Cleary); Les Halles | $40.21 |
| 02/18/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $14.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1533321

| Date | Description | Amount |
|---|---|---|
| 02/19/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $12.00 |
| 02/24/14 | Duplication - In House Photocopy - User # 990100, NY, 1232 page(s) | $123.20 |
| 02/24/14 | Duplication - In House Photocopy - User # 990100, NY, 326 page(s) | $32.60 |

Current Expenses      $37,024.91