# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 82.30 | $86,415.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 74.20 | $85,330.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 191.80 | $175,497.00 |
| Stephen B. Kuhn | Partner for 14 years; Admitted in 1991; Corporate Department | $895 | 2.20 | $1,969.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 184.25 | $175,037.50 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $810 | 202.80 | $164,268.00 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 71.10 | $54,036.00 |
| David C. Vondle | Senior Counsel for 1 year; Admitted in 2003; Corporate Department | $635 | 22.60 | $14,351.00 |
| Brandon B. Danford | Counsel for 5 years; Admitted in 2004; Litigation Department | $635 | 62.60 | $39,751.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 116.60 | $83,369.00 |
| Denis J. Windscheffel | Counsel for 4 years; Admitted in 2004; Litigation Department | $635 | 61.20 | $38,862.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 147.90 | $95,395.50 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 182.15 | $102,914.75 |
| Andrew R. Casillas | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 94.90 | $47,450.00 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 154.80 | $62,694.00 |
| Matthew C. Fagen | Associate for 2 years; Not Yet Admitted;[6] Financial Restructuring Department | $500 | 68.90 | $34,450.00 |
| Oz Halabi | Associate for 2 years; Admitted in 2013; Tax Department | $510 | 16.10 | $8,211.00 |
| Lindsey B. Harmon | Associate for 5 years; Admitted in 2009; Litigation Department | $560 | 6.10 | $3,416.00 |
| Adam S. Krotman | Associate for 5 years; Admitted in 2010; Tax Department | $615 | 2.40 | $1,476.00 |
| Katharine E. Southard | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 37.10 | $18,550.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 92.10 | $52,957.50 |
| Dawn S. Walker | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 3.40 | $1,700.00 |
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 122.50 | $49,612.50 |
| Molly E. Whitman | Associate for 1 year; Admitted in 2013; Litigation Department | $385 | 37.00 | $14,245.00 |

---

[6] Matthew C. Fagen's bar admission status is pending in the state of New York.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Rebecca A. Wirakesuma | Associate for 1 year; Not Yet Admitted;[7] Financial Restructuring Department | $405 | 53.20 | $21,546.00 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 52.20 | $13,572.00 |
| Jami L. Delgado | Legal Assistant for 12 years; Litigation Department | $180 | 46.40 | $8,352.00 |
| Cheryle R. Edmonds | Legal Assistant for 26 years; Litigation Department | $235 | 15.30 | $3,595.50 |
| Sol Kim | Legal Assistant for 2 years; Litigation Department | $220 | 39.10 | $8,602.00 |
| Leslie W. Lanphear | Librarian for 18 years | $245 | 4.00 | $980.00 |
| Reginald Orcel | Legal Assistant for 12 years; Litigation Department | $275 | 58.00 | $15,950.00 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 11.20 | $3,304.00 |
| Natalie G. Taylor | Legal Assistant for 24 years; Litigation Department | $180 | 9.90 | $1,782.00 |
| Charles Torres | Legal Assistant for 9 years; Litigation Department | $250 | 6.00 | $1,500.00 |

Total Amount of Fees:      $1,491,141.25
Total Number of Hours:    2,332.30
Blended Hourly Rate:       $639.34

---

[7] Rebecca A. Wirakesuma's bar admission status is pending in the state of New York.