# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF HEARING ON MOTION OF THE U.K. PENSION CLAIMANTS FOR ENTRY OF AN ORDER EXCLUDING ANY OPINIONS OFFERED BY RAYMOND ZENKICH AND JEFFREY KINRICH RELATING TO ENFORCEMENT OF CHINESE PATENTS AND ANY CORRESPONDING IMPACT ON THEIR VALUE

**PLEASE TAKE NOTICE** that the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund have today filed and served the *Motion of the U.K. Pension Claimants for Entry of an Order Excluding Opinions Offered by Raymond Zenkich and Jeffrey Kinrich Relating to Enforcement of Chinese Patents and any Corresponding Impact on their Value* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion and Exhibits A, B, C, and D to the Motion are being filed under seal pursuant to section 8 of the protective order entered in this case [D.I. 10805].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **a date to be determined** before the Honorable Kevin Gross in Courtroom 3 of the United States Bankruptcy Court, 824 Market Street, Sixth Floor, Wilmington, Delaware 19801. Objections to the Motion, if any, will be due on **a date to be determined**, for which further notice will be provided.

{BAY:02487974v1}

- 2 -

Dated:  April 21, 2014
       Wilmington, Delaware

    BAYARD, P.A.

    */s/ Justin R. Alberto*
    Charlene D. Davis (No. 2336)
    Justin Alberto (No. 5126)
    222 Delaware Avenue, Suite 900
    Wilmington, Delaware 19899
    Telephone: (302) 655-5000
    Facsimile: (302) 658-6395
    Email: cdavis@bayardlaw.com
           jalberto@bayardlaw.com

    -and-

    WILLKIE FARR & GALLAGHER LLP
    Brian E. O'Connor
    Sameer Advani
    Andrew Hanrahan
    787 Seventh Avenue
    New York, New York 10019
    Tel: (212) 728-8000
    Fax: (212) 728-8111

    *Counsel for the Nortel Networks UK*
    *Pension Trust Limited and the Board of*
    *the Pension Protection Fund*