**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

**EXHIBIT B TO THE MOTION OF THE U.K. PENSION CLAIMANTS FOR ENTRY OF AN ORDER EXCLUDING ANY OPINIONS OFFERED BY RAYMOND ZENKICH AND JEFFREY KINRICH RELATING TO ENFORCEMENT OF <u>CHINESE PATENTS AND ANY CORRESPONDING IMPACT ON THEIR VALUE</u>**

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING PROTECTIVE ORDER [D.I. 10805]**

| | |
|---|---|
| BAYARD, P.A.<br>Charlene D. Davis (No. 2336)<br>Justin Alberto (No. 5126)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: cdavis@bayardlaw.com<br>        jalberto@bayardlaw.com | WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111<br>Email: boconnor@willkie.com<br>       sadvani@wilkie.com<br>       ahanrahan@willkie.com |

Dated: April 21, 2014

*Counsel for Nortel Networks UK Pension Trust*
*Limited and the Board of the Pension Protection Fund*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02487941v1}