IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Re: Docket No.** _____ |

ORDER EXCLUDING OPINIONS OFFERED BY RAYMOND ZENKICH AND
JEFFREY KINRICH RELATING TO ENFORCEMENT OF CHINESE PATENTS
AND ANY CORRESPONDING IMPACT ON THEIR VALUE

This matter was brought before the Court upon the Motion of the U.K. Pension Claimants for Entry of an Order Excluding any Opinions Offered By Raymond Zenkich and Jeffrey Kinrich Relating to Enforcement of Chinese Patents and any Corresponding Impact on their Value (the "Motion"). By the Motion, Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund seek entry of an order excluding any opinions offered by Raymond Zenkich and Jeffrey Kinrich on enforcement of Chinese patents and any corresponding impact on the value of Chinese patents. The Court has reviewed the Motion and opposition thereto. After due deliberation and sufficient cause appearing therefore, it is hereby:

1. ORDERED that the Motion is granted.

2. ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: Wilmington, Delaware
          _____, 2014

                                                    _____
                                                    THE HONORABLE KEVIN GROSS
                                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

{BAY:02487974v1}