# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### PRE-TRIAL MOTION OF THE U.K. PENSION CLAIMANTS
### RELATING TO THE EXPERT REPORT OF JOHN J. MCCONNELL

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING PROTECTIVE ORDER [D.I. 10805]**

| | |
|---|---|
| BAYARD, P.A. | WILLKIE FARR & GALLAGHER LLP |
| Charlene D. Davis (No. 2336) | Brian E. O'Connor |
| Justin Alberto (No. 5126) | Sameer Advani |
| 222 Delaware Avenue, Suite 900 | Andrew Hanrahan |
| Wilmington, Delaware 19899 | 787 Seventh Avenue |
| Telephone: (302) 655-5000 | New York, New York 10019 |
| Facsimile: (302) 658-6395 | Tel: (212) 728-8000 |
| Email: cdavis@bayardlaw.com | Fax: (212) 728-8111 |
|       jalberto@bayardlaw.com | Email: boconnor@willkie.com |
| |       sadvani@wilkie.com |
| |       ahanrahan@willkie.com |

Dated: April 21, 2014

*Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02488031v1}