IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al*., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON PRE-TRIAL MOTION OF THE
U.K. PENSION CLAIMANTS RELATING TO THE EXPERT
REPORT OF JOHN J. MCCONNELL**

**PLEASE TAKE NOTICE** that the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund have today filed and served the *Pre-Trial Motion of the U.K. Pension Claimants Relating to the Expert Report on John J. McConnell* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion and the Shakra Declaration in support of the Motion are being filed under seal pursuant to section 8 of the protective order entered in this case [D.I. 10805].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **a date to be determined** before the Honorable Kevin Gross in Courtroom 3 of the United States Bankruptcy Court, 824 Market Street, Sixth Floor, Wilmington, Delaware 19801.  Objections to the Motion, if any, will be due on **a date to be determined**, for which further notice will be provided.

{BAY:02488129v1}

Dated:  April 21, 2014
       Wilmington, Delaware

                                      BAYARD, P.A.

                                      */s/ Justin R. Alberto*
                                      Charlene D. Davis (No. 2336)
                                      Justin Alberto (No. 5126)
                                      222 Delaware Avenue, Suite 900
                                      Wilmington, Delaware 19899
                                      Telephone: (302) 655-5000
                                      Facsimile: (302) 658-6395
                                      Email: cdavis@bayardlaw.com
                                                      jalberto@bayardlaw.com

                                      -and-

                                      WILLKIE FARR & GALLAGHER LLP
                                      Brian E. O'Connor
                                      Sameer Advani
                                      Andrew Hanrahan
                                      787 Seventh Avenue
                                      New York, New York 10019
                                      Tel: (212) 728-8000
                                      Fax: (212) 728-8111

                                      *Counsel for the Nortel Networks UK*
                                      *Pension Trust Limited and the Board*
                                      *of the Pension Protection Fund*