# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Re: Docket No.** _____ |

## ORDER GRANTING PRE-TRIAL MOTION OF THE U.K. PENSION CLAIMANTS RELATING TO THE EXPERT REPORT OF JOHN J. MCCONNELL

This matter was brought before the Court upon the Motion of the U.K. Pension Claimants for entry of an order excluding from evidence the expert report of John J. McConnell dated February 28, 2014 (the "**McConnell Report**"), submitted by the Official Committee of Unsecured Creditors to the US Debtors. The Court has reviewed the Motion and opposition thereto. After due deliberation and sufficient cause appearing therefore, it is hereby:

1. ORDERED that the Motion is granted.

2. ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: Wilmington, Delaware
_____, 2014

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

{BAY:02488129v1}