# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 )  |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) (Jointly Administered) ) |
| Debtors. | ) **Objection Deadline:  April 28, 2014** ) **Hearing Date:  TBD** |

## US INTERESTS' MOTION TO STRIKE THE
## EXPERT REPORTS OF THE UK PENSION CLAIMANTS AND THE
## CANADIAN CREDITORS COMMITTEE ADVOCATING FOR A
## "PRO RATA DISTRIBUTION" TO CREDITORS

*CONFIDENTIAL - MOTION AND ACCOMPANYING EXHIBITS A THROUGH I FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING PROTECTIVE ORDER [DOCKET NO. 10805]*

| AKIN GUMP STRAUSS HAUER & FELD LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| Fred Hodara (admitted *pro hac vice*) | Mark D. Collins (No. 2981) |
| David Botter (admitted *pro hac vice*) | Christopher M. Samis (No. 4909) |
| Abid Qureshi (admitted *pro hac vice*) | One Rodney Square |
| One Bryant Park | 920 North King Street |
| New York, New York 10036 | Wilmington, Delaware 19801 |
| Telephone:  (212) 872-1000 | Telephone:  (302) 651-7700 |
| Facsimile:  (212) 872-1002 | Facsimile:  (302) 651-7701 |
| E-mail:  fhodara@akingump.com | E-mail:  collins@rlf.com |
|            dbotter@akingump.com |            samis@rlf.com |
|            aqureshi@akingump.com |  |

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1 10227247v.1

- and -

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Howard S. Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br>E-mail:  hzelbo@cgsh.com<br>            jbromley@cgsh.com<br>            jrosenthal@cgsh.com<br>            lschweitzer@cgsh.com | Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>E-mail:  acordo@mnat.com<br>            dabbott@mnat.com |

*Counsel for the Debtors and Debtors in Possession*

Dated:  April 21, 2014
        Wilmington, DE

RLF1 10227247v.1                                  2