# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 22, 2014 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

OMNIBUS HEARING; Pretrial Conference

**R / M #:**   13,365 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 -  Pretrial Conference - Discussed procedures for the upcoming Trial; need date for Pretrial Motions;

Judge Gross and Justice Newbould will discuss dates and times and let counsel know what works for them.