# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  **COURTROOM LOCATION:** 3
**CASE NO.:** 09-10138 (KG)  **DATE:** 4/22/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| KAREN DINE | Patten Muchin | Wilmington Trust, as Trustee |
| DAVID CRICHLOW | " | " |
| Belinda + Melnik | DLA Piper | Canadian Creditors Committee |
| Timothy Hoeffner | " | " |
| Fred Hodara | Akin Gump Strauss | Official Committee of Unsecured Creditors |
| Abid Qureshi | Hauer & Feld LLP | " |
| Robert Johnson | RLF | " |
| Christopher Samis | | |
| Peter Keane | Pachulski Stang Ziehl & Jones | Ad Hoc Grp of Bondholders |
| DANIEL GUYDER | ALLEN + OVERY | MONITOR / CANADIAN DEBTORS |
| LAURA HALL | " | " |
| JOSEPH BADTKE-BERKOW | | |
| Neil Oxford | Hughes Hubbard | EMEA Joint Administrators |
| Fara Tabatabai | " | " |
| William McGuire | " | " |
| John Dorsey | Young Conaway | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 4/22/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian O'Connor | Willkie Farr | UK Pension Claimants |
| Sameer Advani | " | " |
| Andrea Hazeman | " | " |
| Justin Alberto | Bayard | " |
| Daniel Lowenthal | Patterson Belknap | Law Debenture |
| Steve Mills | Morris James | " |
| Anne Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Jeff Rosenthal | Cleary Gottlieb Steen & Hamilton | " |
| Avi Luft | " | " |
| Kyle Daudelet | " | " |
| Andrew Leblanc | Milbank Tweed | Bondholder Group |
| Mary Caloway | Buchanan Ingersoll & Rooney | Ernst & Young as Monitor |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 04/22/2014
Calendar Time: 10:00 AM ET

Amended Calendar 04/22/2014 07:14 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6216155 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6217140 | Justin Brass | (212) 843-1242 | Stone Lion Capital Partners | Interested Party, Stone Lion / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6212644 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6208087 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6210698 | Kent Collier | 212-257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6217258 | Matthew Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6215051 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6216162 | Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6214611 | Paul Keller | (212) 610-7300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6216641 | Rebecca Lewis | (416) 304-0603 | Thornton Grout Finnigan LLP | Creditor, Nortel Networks UK Pension Trust / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6215135 | Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6214803 | James Macinnis | (212) 250-2578 | Deutsche Bank Securites, Inc. | Interested Party, Deutsche Bank Securities, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6212828 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, The Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6210899 | Jack Mui | 203-541-4268 | Kamunting Street Capital | Interested Party, K. Street Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6214613 | Jacob Pultman | (212) 610-6340 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6215933 | John Salmas | (416) 863-4737 | Dentons Canada, LLP | Creditor, Wilmington Trust, National Association / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6217130 | Michael S Shakra | (416) 304-0332 | Thornton Grout Finnigan LLP | Creditor, UK Pension Claimants / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6217176 | Adam Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6214690 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6217188 | Barry Wadsworth | 416-495-6564 | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6215731 | Michael Winschuh | (212) 889-0418 | Primeshares World Markets | Interested Party, Michael Winschuh / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6211195 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Michael J. Wunder / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6215641 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital / LISTEN ONLY |

# SUPERIOR COURT OF JUSTICE – TORONTO REGION
## CIVIL PRE-TRIAL ATTENDANCE FORM

Date: 22-APRIL    Time: 10:00 AM

Judge Presiding: NEWBOULD

Case Number: CV-09-7950

Short Style: NORTEL NETWORKS -v- T.D. et al.

Please Sign In Below:

**PLAINTIFF(S)**

Canadian Debtors / Monitor
Jessica Kimmel & Goodmans — (416) 597 4219 / JKimmel@Goodmans.ca
Peter Ruby
Jennifer Stam - Gowlings — jenn.stam@gowlings.com

_Lawyer/Avocat(e)_ — _In Person/En Personne_

**DEFENDANT(S)**

LYNDON BARNES / ALEX COBB — FOR DIRECTORS — 416 862 6679

Ken Rosenberg + Lily Harmer for CCC — 416-646-4304

Shayne Kukulowicz / Ryan Jacobs — FOR UCC — 416-860-6463

Andrew Gray for US Debtors — tel: 416-865-7630 / email: agray@torys...

John Finnigan for UKPC — tel 416-304-0558

**OTHER**

Matthew Gottlieb, Tracy Wynne — EMEA Debtors — 416 598 1744 (T) / 598 8730 (F)

Richard Swan, Jonathan Bell — Ad Hoc Bondholders — 416 777-6511 (P) / 416 863 1716 (F)

Jonathan Miller — NCCE — 416 214-5272(P) / 416 214-5472(F)

13371