## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         ) SS
NEW CASTLE COUNTY        )

       Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on April 15, 2014, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Notice of Filing of Courtesy Copies of Documents filed in the Canadian Proceedings by the Joint Administrators

                                                    _____
                                                    Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 16th day of April 2014.

                                    _____
                                    Notary Public
                                    My Commission Expires: 8/14/15

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 14, 2015

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

**CANADIAN DEBTORS**

TO:    **GOWLING LAFLEUR HENDERSON LLP**
       Suite 1600, First Canadian Place
       100 King Street West
       Toronto, Ontario  M5X 1G5

       Derrick Tay
       Jennifer Stam

       Email:    derrick.tay@gowlings.com
                 jennifer.stam@gowlings.com

       Tel:      416.862.5697
       Fax:      416.862.7661

       Lawyers for the Applicants

AND    **GOODMANS LLP**
TO:    Bay Adelaide Centre
       333 Bay Street, Suite 3400
       Toronto, Ontario  M5H 2S7

       Jay Carfagnini
       Joseph Pasquariello
       Ben Zarnett
       Alan Mark
       Peter Ruby
       Jessica Kimmel
       Chris Armstrong

       Email:    jcarfagnini@goodmans.ca
                 jpasquariello@goodmans.ca
                 bzarnett@goodmans.ca
                 amark@goodmans.ca
                 pruby@goodmans.ca
                 jkimmel@goodmans.ca
                 carmstrong@goodmans.ca

       Tel:      416.597.4107
       Fax:      416.979.1234

       Lawyers for the Monitor, Ernst & Young Inc.

AND    **ERNST & YOUNG INC.**
TO:    Ernst & Young Tower
       222 Bay Street, P.O. Box 251
       Toronto, Ontario  M5K 1J7

       Murray McDonald
       Brent Beekenkamp

       Email:    nortel.monitor@ca.ey.com

       Tel:      416.943.3016
       Fax:      416.943.3300

- 2 -

AND
TO:

**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward

Email:    ken.coleman@allenovery.com
Tel:      212.610.6434
Fax:      212.610.6399

Email:    paul.keller@allenovery.com
Tel:      212.610.6414
Fax:      212.610.6399

Email:    daniel.guyder@allenovery.com
Tel:      212.756.1132
Fax:      212.610.6399

Email:    laura.hall@allenovery.com
Tel:      212.756.1171
Fax:      212.610.6399

Email:    Joseph.Badtke-Berkow@AllenOvery.com
Tel:      212.610.6417
Fax:      212.610.6399

Email:    jonathan.cho@allenovery.com
Tel:      212.756.1118
Fax:      212.610.6399

Email:    Nicolette.ward@allenovery.com
Tel:      212.610.6412
Fax:      212.610.6399

U.S. Lawyers for the Canadian Debtors

AND
TO:

**BUCHANAN INGERSOLL & ROONEY**
1105 North Market Street,
Suite 1900
Wilmington, DE 19801-1054

Kathleen A. Murphy
Mary F. Caloway

Email:    Kathleen.murphy@bipc.com
Tel:      302.552.4214
Fax:      302.552.4295

Email:    mary.caloway@bipc.com
Tel:      302.552.4209
Fax:      302.552.4295

Local U.S. Lawyers for the Canadian Debtors

- 3 -

**U.S. DEBTORS**

<table>
<tr>
<td>AND<br>TO:</td>
<td>

**TORYS LLP**

79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:  tdemarinis@torys.com
           sbomhof@torys.com
           sblock@torys.com
           agray@torys.com
           aslavens@torys.com

Tel:    416.865.0040
Fax:   416.865.7380

Canadian Lawyers for Nortel Networks Inc.

</td>
<td>AND<br>TO:</td>
<td>

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen

Email:  jbromley@cgsh.com
           lschweitzer@cgsh.com
           hzelbo@cgsh.com
           jrosenthal@cgsh.com
           dstein@cgsh.com
           mdecker@cgsh.com
           lpeacock@cgsh.com
           jmoessner@cgsh.com
           nforrest@cgsh.com
           dqueen@cgsh.com

Tel:    212.225.2000
Fax:   212.225.3999

U.S. Lawyers for Nortel Networks Inc.

</td>
</tr>
</table>

AND
TO:     **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

        1201 North Market Street, 16th Floor
        P.O. Box 1347
        Wilmington, DE  19899-1347

        Derek Abbott
        Annie Cordo

        Email:  dabbott@mnat.com
        Tel:    302.351.9357
        Fax:   302.425.4664

        Email:  acordo@mnat.com
        Tel:    302.351.9459
        Fax:   302.225.2559

        Local U.S. Lawyers for the U.S. Debtors

**EMEA DEBTORS**

| | |
|---|---|
| AND TO: | **DAVIES WARD PHILLIPS & VINEBERG LLP**<br>44th Floor<br>1 First Canadian Place<br>Toronto, ON  M5X 1B1<br><br>Robin B. Schwill<br>Sean Campbell<br>James Doris<br>Louis Sarabia<br><br>Email:    rschwill@dwpv.com<br>Email:    scampbell@dwpv.com<br>Email:    jdoris@dwpv.com<br>Email:    lsarabia@dwpv.com<br><br>Tel:    416.863.0900<br>Fax:    416.863.0871<br><br>Co-Counsel to the Joint Administrators of Nortel Networks UK Limited | **LAX O'SULLIVAN SCOTT LISUS LLP**<br>Counsel<br>Suite 1920, 145 King Street West<br>Toronto, Ontario  M5H 1J8<br><br>Matthew P. Gottlieb<br>Tracy Wynne<br>Paul Michell<br>Jessica Zhi<br><br>Email:    mgottlieb@counsel-toronto.com<br>Tel:    416.644.5353<br>Fax:    416.598.3730<br><br>Email:    twynne@counsel-toronto.com<br>Tel:    416.598.7835<br>Fax:    416.598.3730<br><br>Email:    pmichell@counsel-toronto.com<br>Tel:    416.644.5359<br>Fax:    416.598.3730<br><br>Email:    jzhi@counsel-toronto.com<br>Tel:    416.644.4016<br>Fax:    416. 598.3730<br><br>Co-Counsel to the Joint Administrators of Nortel Networks UK Limited |
| AND TO: | **HUGHES HUBBARD & REED**<br>One Battery Park Plaza<br>New York, NY 10004-1482<br><br>Derek Adler<br>Neil Oxford<br>Fara Tabatabai<br>Charles Huberty<br><br>Email:    adler@hugheshubbard.com<br>Tel:    212.837.6086<br>Fax:    212.422.4726<br><br>Email:    oxford@hugheshubbard.com<br>Tel:    212.837.6843<br>Fax:    212.422.4726<br><br>Email:    tabataba@hugheshubbard.com<br>Tel:    212.837.6296<br>Fax:    212.299.6269<br><br>Email:    huberty@hugheshubbard.com<br>Tel:    212.837.6045<br>Fax:    212.299.6045<br><br>U.S. Lawyers the Joint Administrators of Nortel Networks UK Limited | **YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>Ed Harron<br>John Dorsey<br><br>Email:    eharron@ycst.com<br>Tel:    302.571.6703<br>Fax:    302.576.3298<br><br>Email:    jdorsey@ycst.com<br>Tel:    302.571.6712<br>Fax:    302.576.3401<br><br>Local U.S. Lawyers for the Joint Administrators of Nortel Networks UK Limited |

**CANADIAN CREDITORS COMMITTEE**

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:    mzigler@kmlaw.ca
Tel:       416.595.2090
Fax:      416.204.2877

Email:    sphilpott@kmlaw.ca
Tel:       416.595.2104
Fax:      416.204.2882

Email:    akaplan@kmlaw.ca
Tel:       416.595.2087
Fax:      416.204.2875

Email:    bwalancik@kmlaw.ca
Tel:       416.542.6288
Fax:      416.204.2906

Lawyers for the Former Employees of Nortel and LTD
Beneficiaries

AND
TO:

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
35th Floor
155 Wellington Street West
Toronto, Ontario  M5V 3H1

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson
Jacqueline Cummins

Email:    ken.rosenberg@paliareroland.com
Tel:       416.646.4304
Fax:      416.646.4301

Email:    max.starnino@paliareroland.com
Tel:       416.646.7431
Fax:      416.646.4301

Email:    lily.harmer@paliareroland.com
Tel:       416.646.4326
Fax:      416.646.4301

Email:    karen.jones@paliareroland.com
Tel:       416.646.4339
Fax:      416.646.4301

Email:    tina.lie@paliareroland.com
Tel:       416.646.4332
Fax:      416.646.4301

Email:    michelle.jackson@paliareroland.com
Tel:       416.646.7470
Fax:      416.646.4301

Email:    Jacqueline.cummins@paliareroland.com
Tel:       416.646.7446
Fax:      416.646.4301

Lawyers for the Superintendent of Financial Services as
Administrator of the Pension Benefits Guarantee Fund

AND
TO:

**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:    barry.wadsworth@caw.ca
             lewis.gottheil@caw.ca

Tel.:      416.495.3776
Fax:      416.495.3786

Lawyers for all active and retired Nortel employees
represented by the CAW-Canada

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:    arthur.jacques@shibleyrighton.com
Tel:       416.214.5213
Fax:      416.214.5413

Email :   thomas.mcrae@shibleyrighton.com
Tel :      416.214.5206
Fax :     416.214.5400

Lawyers for The Recently Severed Canadian Nortel
Employees Committee

- 6 -

| | | | |
|---|---|---|---|
| AND<br>TO: | **NELLIGAN O'BRIEN PAYNE LLP**<br>Barristers and Solicitors<br>50 O'Connor Street<br>Suite 1500<br>Ottawa, Ontario  K1P 6L2 | AND<br>TO: | **McCARTHY TETRAULT LLP**<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6 |

NELLIGAN O'BRIEN PAYNE LLP
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict

Email:   janice.payne@nelligan.ca
         steven.levitt@nelligan.ca
         christopher.rootham@nelligan.ca
         ainslie.benedict@nelligan.ca

Tel:     613.231.8245
Fax:     613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as at
January 14, 2009

McCARTHY TETRAULT LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw
Sharon Kour
Kelly Peters

E-mail:  bboake@mccarthy.ca
Tel:     416.601.7557
Fax:     416.868.0673

Email:   jgage@mccarthy.ca
Tel:     416.601.7539
Fax:     416.686.0673

Email:   emarques@mccarthy.ca
Tel:     416.601.7822
Fax:     416.686.0673

Email:   psteep@mccarthy.ca
Tel:     416.601.7998
Fax:     416.686.0673

Email:   bdshaw@mccarthy.ca
Tel:     416.601.8256
Fax:     416.686.0673

Email:   skour@mccarthy.ca
Tel:     416.601.8305
Fax:     416.686.0673

Email:   kpeters@mccarthy.ca
Tel:     416.601.8281
Fax:     416.686.0673

Lawyers for Morneau Shepell Limited

AND
TO:

**DLA PIPER**
919 North Market Street
Suite 1500
Wilmington, Delaware 19801

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti

Email:    selinda.melnik@dlapiper.com
Tel:       302.468.5650
Fax:      302.778.7914

Email:    richard.hans@dlapiper.com
Tel:       212.335.4530
Fax:      212.884.8730

Email:    timothy.hoeffner@dlapiper.com
Tel:       212.656.3341
Fax:      215.606.3341

Email:    farahlisa.sebti@dlapiper.com
Tel:       212.335.4829
Fax:      212.884.8529

U.S. Lawyers for the Canadian Creditors Committee

**INFORMAL NORTEL NOTEHOLDER GROUP**

| | | | |
|---|---|---|---|
| AND<br>TO: | **BENNETT JONES LLP**<br>1 First Canadian Place<br>Suite 3400<br>Toronto, Ontario  M5X 1A4 | AND<br>TO: | **MILBANK, TWEED, HADLEY McCLOY LLP**<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell

Email:    zychk@bennettjones.com
Tel:        416.777.5738
Fax:       416.863.1716

Email:    orzyr@bennettjones.com
Tel:        416.777.5737
Fax:       416.863.1716

Email:    finlaysong@bennettjones.com
Tel:        416.777.5762
Fax:       416.863.1716

Email:    swanr@bennettjones.com
Tel:        416.777.7479
Fax:       416.863.1716

Email:    zweigs@bennettjones.com
Tel:        416.777.6254
Fax:       416.863.1716

Email:    bellj@bennettjones.com
Tel:        416.777.6511
Fax:       416.863.1716

Canadian Lawyers for The Informal Nortel Noteholder
Group

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas

Email:    TKreller@milbank.com
Tel:        213.892.4463
Fax:       213.629.5063

Email:    JHarris@milbank.com
Tel:        212.530.5475
Fax:       212.530.5219

Email:    APisa@milbank.com
Tel:        212.530.5319
Fax:       212.530.5219

Email:    svora@milbank.com
Tel:        213.892.4595
Fax:       213.629.5063

Email:    aleblanc@milbank.com
Tel:        202.835.7574
Fax:       202.263.7574

Email:    mhirschfeld@milbank.com
Tel:        212.530.5832
Fax:       212.822.5832

Email:    amiller@milbank.com
Tel:        212.530.5421
Fax:       212.822.5421

Email:    tmatz@milbank.com
Tel:        212.530.5885
Fax:       212.822.5885

Email:    nbassett@milbank.com
Tel:        202.835.7546
Fax:       202.263.7546

Email:    gruha@milbank.com
Tel:        212.530.5155
Fax:       212.822.5155

Email:    rpojunas@milbank.com
Tel:        202.835.7551
Fax:       202.263.7551

U.S. Lawyers for The Informal Nortel Noteholder Group

- 9 -

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AND
TO:

**DENTONS CANADA LLP**
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman

Email:    Shayne.kukulowicz@dentons.com
          Michael.wunder@dentons.com
          ryan.jacobs@dentons.com
          Barbara.grossman@dentons.com

Tel:    416.863.4511
Fax:    416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn
Christine Doniak
Joseph Sorkin

Email:    fhodara@akingump.com
          dbotter@akingump.com
          aqureshi@akingump.com
          rajohnson@akingump.com
          bkahn@akingump.com
          cdoniak@akingump.com
          jsorkin@akingump.com

Tel:    212.872.1000
Fax:    212.872.1002

U.S. Lawyers for the Official Committee of Unsecured
Creditors

AND
TO:

**ASHURST LLP**
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

Angela Pearson
Antonia Croke

Email:    angela.pearson@ashurst.com
          antonia.croke@ashurst.com

Tel:    +44 (0)20 7638 1111
Fax:    +44 (0)20 7638 1112

U.K. Lawyers for the Official Committee of Unsecured
Creditors

AND
TO:

**RICHARDS LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, DE  19801

Christopher Samis

Email:    samis@rlf.com
Tel:      302.651.7845
Fax:      302.498.7845

Local U.S. Lawyers for the Official Committee of
Unsecured Creditors

UK PENSION PROTECTION FUND AND NORTEL NETWORKS UK PENSION TRUST LIMITED

AND TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson

Email:    bleonard@casselsbrock.com
          dward@casselsbrock.com
          bburden@casselsbrock.com
          chorkins@casselsbrock.com
          ljackson@casselsbrock.com

Tel:      416.860.6455
Fax:      416.640.3054

Co-Counsel for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND TO:

**THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan
Michael Shakra

Email:    mbarrack@tgf.ca
Tel:      416.304.1109
Fax:      416.304.1313

Email:    djmiller@tgf.ca
Tel:      416.304.0559
Fax:      416.304.1313

Email:    rlewis@tgf.ca
Tel:      416.304.0603
Fax:      416.304.1313

Email:    amcewan@tgf.ca
Tel:      416.304.0596
Fax:      416.304.1313

Email:    jfinnigan@tgf.ca
Tel:      416.304.0558
Fax:      416.304.1313

Email:    mshakra@tgf.ca
Tel:      416.304.0332
Fax:      416.304.1313

Co-Counsel to the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND TO:

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.

Brian O'Connor
Sameer Advani
Andrew Hanrahan

Email:    boconnor@willkie.com
Tel:      (212) 728-8251
Fax:      (212) 728-9251

Email:    sadvani@willkie.com
Tel:      (212) 728-8587
Fax:      (212) 728-9587

Email:    ahanrahan@willkie.com
Tel:      (212) 728-8170
Fax:      (212) 728-9170

US Counsel for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND TO:

**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

Charlene D. Davis
Justin Alberto

Email:    cdavis@bayardlaw.com
          jalberto@bayardlaw.com

Tel:      302.655.5000
Fax:      302.658.6395

Local U.S. Lawyers for the UK Pension Protection
Fund and Nortel Networks UK Pension Trust Limited

**THE BANK OF NEW YORK MELLON**

| | | | | |
|---|---|---|---|---|
| AND TO: | **McMILLAN LLP** | | AND TO: | **LATHAM & WATKINS LLP** |

AND
TO:     **McMILLAN LLP**
        Brookfield Place
        181 Bay Street, Suite 4400
        Toronto, Ontario, M5J 2T3

        Sheryl E. Seigel

        Email:  sheryl.seigel@mcmillan.ca
        Tel:    416.307.4063
        Fax:    416.365.1719

        Canadian Lawyers for The Bank of New York Mellon

AND
TO:     **LATHAM & WATKINS LLP**
        885 Third Avenue
        New York, NY 10022-4834

        Michael J. Riela

        Email:  michael.riela@lw.com

        Tel :   212.906.1373
        Fax :   212.751.4864

        U.S. Lawyers for The Bank of New York Mellon

- 12 -

## WILMINGTON TRUST, NATIONAL ASSOCIATION

AND
TO:

**HEENAN BLAIKIE LLP**
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

John Salmas
Kenneth Kraft
Sara-Ann Van Allen

Email:    jsalmas@heenan.ca
Tel:       416.360.3570
Fax:      416.360.8425

Email:    kkraft@heenan.ca
Tel:       416.643.6822
Fax:      416.360.8425

Email:    svanallen@heenan.ca
Tel:       416.360.3570
Fax:      416.360.8425

Canadian Lawyers for Wilmington Trust, National
Association

AND
TO:

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY  10022-2585

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine

Email:    craig.barbarosh@kattenlaw.com
Tel:       212.940.8665
Fax:      212.940.8776

Email:    david.crichlow@kattenlaw.com
Tel:       212.940.8941
Fax:      212.940.8776

Email:    Karen.dine@kattenlaw.com
Tel:       212.940.8772
Fax:      212.940.8776

U.S. Lawyers to Wilmington Trust, National
Association

- 13 -

**LAW DEBENTURE TRUST COMPANY OF NEW YORK**

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email:    elamek@blg.com
Tel:       416.367.6311
Fax:      416.361.2436

Email:    jszumski@blg.com
Tel:       416.367.6310
Fax:      416.682.2811

Lawyers for Law Debenture Trust Company of New York

AND
TO:

**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal

Email:    dalowenthal@pbwt.com
Tel:       212.336.2720
Fax:      212.336.1253

U.S. Lawyers for Law Debenture Trust Company of
New York

- 14 -

**BOARDS OF DIRECTORS OF NORTEL NETWORKS CORPORATION AND NORTEL NETWORKS LIMITED**

AND
TO:

**OSLER HOSKIN AND HARCOURT LLP**

100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh
Alexander Cobb

Email:    lbarnes@osler.com
          esellers@osler.com
          eputnam@osler.com
          ahirsh@osler.com
          acobb@osler.com

Tel:      416.362.2111
Fax:      416.862.6666

Lawyers for the Boards of Directors of Nortel Networks
Corporation and Nortel Networks Limited

- 15 -

**COURTESY COPIES:**

AND
TO:

**NORTON ROSE FULBRIGHT LLP**
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4

Michael Lang

Email:    michael.lang@nortonrosefulbright.com

Tel:    416.216.3939
Fax:    416.216.3930

AND
TO:

**HOGAN LOVELLS INTERNATIONAL LLP**
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom

Angela Dimsdale Gill
John Tillman
Matthew Bullen
David Graves
Katherine Tallett-Williams

Email:    amdg@hoganlovells.com
            john.tillman@hoganlovells.com
            Matthew.bullen@hoganlovells.com
            david.graves@hoganlovells.com
            katherine.tallett-williams@hoganlovells.com

Tel:    +44 20 7296 2000
Fax:    +44 20 7296 2001