# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MARCH 1, 2014 THROUGH MARCH 31, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/5/2014 | Weekly employee claims call with Cleary and RLKS. | 1.0 | 535 | $ 535.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/12/2014 | Weekly employee claims call with Cleary and RLKS. | 1.0 | 535 | $ 535.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/19/2014 | Weekly employee claims call with Cleary and RLKS. | 1.0 | 535 | $ 535.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/26/2014 | Weekly employee claims call with Cleary and RLKS. | 1.0 | 535 | $ 535.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 3/18/2014 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | James Lukenda | 3/18/2014 | Nortel - review and sign-off monthly fee application | 0.3 | 725 | $ 217.50 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 3/28/2014 | Investigated preference items per request of M. Cilia and followed up with Cleary and MNAT on outstanding complaints. | 2.2 | 535 | $ 1,177.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 3/28/2014 | Updated preference summary with information provided by MNAT and Cleary. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/3/2014 | Corresponded with M. Cilia of RLKS regarding various employee claim matters. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/3/2014 | Reviewed employee claim communication documents and updated analysis. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/4/2014 | Investigated employee claim matters per request of R. Eckenrod of Cleary. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/4/2014 | Updated employee claim analysis based on updated files from Epiq | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/5/2014 | Reviewed and updated employee claims analysis | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/5/2014 | Corresponded with A. Tsai of Epiq regarding employee claim matters | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/6/2014 | Reconciled employee claim communication documents. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/6/2014 | Corresponded with A. Tsai of Epiq regarding employee claim matters | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/7/2014 | Reviewed updated employee claim letter provided by L. Lipner of Cleary. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/7/2014 | Corresponded with M. Cilia of RLKS and D. Parker of Nortel regarding employee claim matters. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/10/2014 | Reviewed employee claim calculations and updated analysis. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/10/2014 | Reviewed updated employee claim communication documents provided by A. Tsai of Epiq. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/11/2014 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/11/2014 | Reviewed and updated employee claims analyses. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/12/2014 | Corresponded with A. Tsai of Epiq regarding employee claim matters | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/12/2014 | Reviewed claims database provided by B. Hunt of Epiq. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/13/2014 | Reviewed updated employee claims analysis provided by M. Cilia of RLKS. | 2.4 | 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/13/2014 | Reconciled employee claims analyses in order to update accordingly. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/14/2014 | Investigated various employee claim items per request from Cleary. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/14/2014 | Updated employee claims analysis and documented notes. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/17/2014 | Corresponded with D. Parker of Nortel regarding various employee claim items. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/17/2014 | Updated employee claims analysis and reconciled to source file. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/18/2014 | Reviewed and updated employee claims analyses. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/19/2014 | Updated employee claim analysis based on updated files from Epiq. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/19/2014 | Corresponded with A. Tsai of Epiq regarding employee claim matters. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/20/2014 | Reviewed and updated employee claims analysis per request of M. Cilia of RLKS. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/20/2014 | Reviewed and updated employee claims analyses. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/21/2014 | Reconciled employee claims analysis against claims database. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/21/2014 | Updated employee claims analysis based on database. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/24/2014 | Corresponded with M. Cilia of RLKS regarding various employee claim matters. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/24/2014 | Updated employee claim analysis based on updated files from Epiq | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/25/2014 | Reconciled employee claim communication documents. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/25/2014 | Reviewed updated employee claim communication documents provided by A. Tsai of Epiq. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/26/2014 | Reviewed and updated employee claims analyses. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/26/2014 | Reviewed employee claim calculations and updated analysis. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/27/2014 | Reviewed and updated employee claims analysis per information provided by A. Tsai of Epiq. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/27/2014 | Reconciled employee claims analyses and made appropriate updates. | 2.4 | 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/27/2014 | Reviewed and updated employee claims analysis. | 1.2 | 535 | $ 642.00 |