IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|                 Debtors. | : | |
| | : | Jointly Administered |
| | : | |
| | : | **Re:  D.I. 13370** |
| | : | |
| | : | Objection Deadline:  April 28, 2014 |
| ------------------------------------------------------------X | | Hearing Date:  TBD |

**Notice of Filing of Proposed Order Approving US Interests' Motion to
Strike the Expert Reports of the UK Pension Claimants and the Canadian
Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors**

     PLEASE TAKE NOTICE that, on April 21, 2014, Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "US Debtors"), and the Official Committee of Unsecured Creditors (together with the US Debtors, the "US Interests") filed the *US Interests' Motion to Strike the Expert Reports of the UK Pension Claimants and the Canadian Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors* [Docket No. 13370] (the "Motion") for entry of an order striking, in whole or in part, the expert reports of Leif Clark & Jay Westbrook, Coleman Bazelon and Thomas Britven.

     PLEASE TAKE FURTHER NOTICE that a proposed form of order granting the Motion is attached hereto as Exhibit A.

---

[1]   The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

| | |
|---|---|
| Dated:  April 22, 2014<br>Wilmington, Delaware | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>Fred Hodara (admitted *pro hac vice*)<br>David Botter (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br><br>One Bryant Park<br>New York, New York 10036<br>Telephone:  (212) 872-1000<br>Facsimile:  (212) 872-1002<br><br>    - and -<br><br>RICHARDS, LAYTON & FINGER, P.A.<br><br> */s/ Tyler D. Semmelman*   <br>Mark D. Collins (No. 2981)<br>Christopher M. Samis (No. 4909)<br>Tyler D. Semmelman (No. 5386)<br><br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br><br>*Counsel for the Official Committee*<br>*of Unsecured Creditors*<br><br>    - and -<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard S. Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br><br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>    - and - |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*