## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
In re                                         :    Chapter 11
                                              :
Nortel Networks Inc., et al.,[1]              :    Case No. 09-10138 (KG)
                                              :
                         Debtors.             :    Jointly Administered
                                              :
                                              :
                                              :
                                              :
------------------------------------------------------X
```

## NOTICE OF FILING OF LIST OF NORTEL ALLOCATION TRIAL WITNESSES AND LOCATION OF TESTIMONY

**PLEASE TAKE NOTICE** that pursuant to Judge Gross and Justice Newbould's request made at the April 22, 2014 joint hearing the US Debtors hereby submit a list of all Nortel Allocation Trial witnesses and the location where each witness will be testifying (the "Witness List"), a copy of which is attached hereto as **Exhibit A**.  Groups are listed on the Witness List in the order set forth in the Joint Trial Protocol, but witnesses within each Group are listed in alphabetical order as parties have not yet disclosed the order in which their witnesses will be testifying.

Dated:  April 22, 2014                     CLEARY GOTTLIEB STEEN & HAMILTON LLP
       Wilmington, Delaware

                                          Howard Zelbo (admitted *pro hac vice*)
                                          James L. Bromley (admitted *pro hac vice*)
                                          Jeffrey A. Rosenthal (admitted *pro hac vice*)
                                          Lisa M. Schweitzer (admitted *pro hac vice*)

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and the Debtors in Possession*