# **<u>Exhibit A</u>**

## Nortel Allocation Trial Witnesses and Locations[1]

| Trial Phase | Party | Witness | Toronto | Delaware |
|---|---|---|---|---|
| Canadian Fact Witnesses | CDA/CCC | Allen, Clive | x | |
| Canadian Fact Witnesses | CDA/CCC | Binning, Paviter | x | |
| Canadian Fact Witnesses | CDA/CCC | Currie, Peter | x | |
| Canadian Fact Witnesses | CDA/CCC | Davies, Gordon | x | |
| Canadian Fact Witnesses | CDA/CCC | DeWilton, Angela | x | |
| Canadian Fact Witnesses | CDA/CCC | Hamilton, Sharon | x | |
| Canadian Fact Witnesses | CDA/CCC | McFadden, Brian | x | |
| Canadian Fact Witnesses | CCC | McCorkle, Michael | x | |
| Canadian Fact Witnesses | CCC | Sproule, Donald | x | |
| US Fact Witnesses | US | Henderson, Walter | x | |
| US Fact Witnesses | US | Orlando, Michael | x | |
| US Fact Witnesses | US | Ray, John | | x |
| US Fact Witnesses | US | Ricaurte, Chris | | x |
| US Fact Witnesses | US | Weisz, Mark | | x |
| EMEA Fact Witnesses | EMEA | Albert-Lebrun, Philippe | x | |
| EMEA Fact Witnesses | EMEA | Stephens, Kerry | | x |
| EMEA Fact Witnesses | EMEA/UKPC | Brueckheimer, Simon | x | |
| EMEA Fact Witnesses | EMEA/UKPC | Newcombe, Peter | | x |
| EMEA Fact Witnesses | UKPC | Hall, Geoffrey | x | |
| EMEA Fact Witnesses | UKPC | Jeffries, Andrew | | x |
| EMEA Allocation Experts | EMEA | Cooper, Richard | | x |
| EMEA Allocation Experts | EMEA | Huffard, Paul | | x |
| EMEA Allocation Experts | EMEA | Malackowski, James | x | |
| EMEA Allocation Experts | UKPC | Bazelon, Coleman | x | |
| EMEA Allocation Experts | UKPC | Clark, Leif | | x |
| EMEA Allocation Experts | UKPC | Felgran, Steven | x | |
| EMEA Allocation Experts | UKPC | Stratton, Bruce | | x |
| EMEA Allocation Experts | UKPC | Westbrook, Jay | x | |
| Canadian Allocation Experts | CDA | Berenblut, Mark | x | |
| Canadian Allocation Experts | CDA | Cox, Alan | x | |
| Canadian Allocation Experts | CDA | Green, Philip | | x |
| Canadian Allocation Experts | CDA | Reichert, Timothy | x | |

---

[1] Groups are listed in the order set forth in the joint trial protocol, but witnesses within each group are alphabetical because parties have not yet disclosed the order of their witnesses.

| Trial Phase | Party | Witness | Toronto | Delaware |
|---|---|---|---|---|
| Canadian Allocation Experts | CCC | Britven, Thomas | | x |
| US Allocation Experts | US | Bereskin, Daniel | x | |
| US Allocation Experts | US | Eden, Lorraine | | x |
| US Allocation Experts | US | Kinrich, Jeffrey | | x |
| US Allocation Experts | US | McGarty, Terrence | | x |
| US Allocation Experts | US | Tucker, Catherine | x | |
| US Allocation Experts | US | Zenkich, Raymond | | x |
| US Allocation Experts | BHG | Kilimnik, Robert | x | |
| US Allocation Experts | UCC | McConnell, John | x | |
| US Allocation Experts | UCC | Ryan, Laureen | | x |