**EXHIBIT A**

SELINDA A. MELNIK
RICHARD HANS
TIMOTHY HOEFFNER
FARAH LISA WHITLEY-SEBTI
DLA PIPER
919 N. MARKET STREET
SUITE 1500
WILMINGTON, DE 19801


BARBARA J. BOAKE
JAMES D. GAGE
ELDER C. MARQUES
PAUL STEEP
MCCARTHY TETRAULT LLP
SUITE 5300
TORONTO DOMINION BANK TOWER
TORONTO, ONTARIO M5K 1E6
CANADA


BYRON SHAW
SHARON KOUR
KELLY PETERS
MCCARTHY TETRAULT LLP
SUITE 5300
TORONTO DOMINION BANK TOWER
TORONTO, ONTARIO M5K 1E6
CANADA


JOHN SALMAS
KENNETH KRAFT
SARA-ANN VAN ALLEN
HEENAN BLAIKIE LLP
BAY ADELAIDE CENTRE
333 BAY ST. STE 2900
P.O. BOX 2900
TORONTO, ONTARIO M5H 2T4
CANADA


MICHAEL HIRSCHFELD
ATARA MILLER
TOM MATZ
NICK BASSETT
GABRIELLE RUHA
RACHEL POJUNAS
MILBANK TWEED HADLEY MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005