**EXHIBIT B**

| Name | Company | Fax No. |
| --- | --- | --- |
| Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Robert A. Johnson<br>Brad M. Kahn<br>Christine Doniak<br>Sunny Gulati | Akin Gump Strauss Hauer & Feld LLP | 212-872-1002 |
| Ken Coleman<br>Paul Keller<br>Daniel Guyder<br>Laura Hall | Allen & Overy LLP | 212-610-6399 |
| Joseph Badtke-Berkow<br>Jonathan Cho<br>Nicolette Ward | Allen & Overy LLP | 212-610-6399 |
| Angela Pearson<br>Antonia Croke | Ashurst LLP | +44 (0) 20 7638 1111 |
| Charlene D. Davis<br>Justin Alberto | Bayard P.A. | 302-658-6395 |
| Kevin Zych<br>S. Richard Orzy<br>Gavin Finlayson<br>Richard Swan<br>Sean Zweig<br>Jonathan Bell | Bennett Jones LLP | 416-863-1716 |
| Edmond F. B. Lamek<br>James Szumski | Borden Ladner Gervais LLP | 416-361-2436; 416-682-2811 |
| Kathleen A. Murphy<br>Mary F. Caloway | Buchanan Ingersoll & Rooney | 302-552-4295 |
| Barry E. Wadsworth<br>Lewis Gottheil | CAW-Canada | 416-495-3786 |
| James Bromley<br>Lisa Schweitzer<br>Howard Zelbo<br>Jeffrey Rosenthal<br>Darryl Stein | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Marla Decker<br>Lauren Peacock<br>Jacqueline Moessner<br>Neil Forrest<br>Dan Queen | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Robin B. Schwill<br>Sean Campbell<br>James Doris<br>Louis Sarabia | Davies Ward Phillips & Vineberg LLP | 416-863-0871 |
| Michael J. Wunder<br>Ryan Jacobs<br>R. Shayne Kukulowicz | Cassels Brock & Blackwell LLP | 416-640-3206; 416-640-3189; 416-640-3176 |

| Names | Firm | Phone |
|---|---|---|
| Selinda A. Melnik<br>Richard Hans<br>Timothy Hoeffner<br>Farah Lisa Whitley-Sebti | DLA Piper | 302-778-7914; 302-884-8730; 215-606-3341; 212-884-8529 |
| Murray McDonald<br>Brent Beekenkamp | Ernst & Young Inc. | 416-943-3300 |
| Jay Carfagnini<br>Joseph Pasquariello<br>Ben Zarnett<br>Alan Mark | Goodmans LLP | 416-979-1234 |
| Peter Ruby<br>Jessica Kimmel<br>Chris Armstrong | Goodmans LLP | 416-979-1234 |
| Derrick Tay<br>Jennifer Stam | Gowling LaFleur Henderson LLP | 416-862-7661 |
| John Salmas<br>Kenneth Kraft<br>Sara-Ann Van Allen | Heenan Blaikie LLP | 416-360-8425 |
| Angela Dimsdale Gill<br>John Tillman<br>Matthew Bullen<br>David Graves<br>Katherine Tallett-Williams | Hogan Lovells International LLP | +44 20 7296 2001 |
| Derek Adler<br>Neil Oxford<br>Fara Tabatabai<br>Charles Huberty | Hughes Hubbard & Reed | 212-422-4726; 212-299-6269; 212-299-6045 |
| Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine | Katten Muchin Rosenman LLP | 212-940-8776 |
| Mark Zigler<br>Susan Philpott<br>Ari Kaplan<br>Barbara Walancik | Koskie Minsky | 416-204-2877; 416-204-2882; 416-204-2875; 416-204-2906 |
| Michael J. Riela | Latham & Watkins LLP | 212-751-4864 |
| Matthew P. Gottlieb<br>Tracy Wynne<br>Paul Michell<br>Jessica Zhi | Lax O'Sullivan Scott Lisus LLP | 416-598-3730 |
| Barbara J. Boake<br>James D. Gage<br>Elder C. Marques<br>Paul Steep | McCarthy Tetrault LLP | 416-686-0673 |
| Byron Shaw<br>Sharon Kour<br>Kelly Peters | McCarthy Tetrault LLP | 416-686-0673 |
| Sheryl E. Seigel | McMillan LLP | 416-365-1719 |

| Names | Firm | Phone |
|---|---|---|
| Thomas R. Kreller<br>Jennifer P. Harris<br>Albert A. Pisa<br>Samir Vora<br>Andrew M. LeBlanc | Milbank Tweed Hadley McCloy LLP | 213-629-5063; 212-530-5219; 202-263-7574 |
| Michael Hirschfeld<br>Atara Miller<br>Tom Matz<br>Nick Bassett<br>Gabrielle Ruha<br>Rachel Pojunas | Milbank Tweed Hadley McCloy LLP | 212-882-5832;<br>212-822-5421; 212-822-5885; 202-263-7546; 212-822-5155; 202-263-7551 |
| Janice B. Payne<br>Steven Levitt<br>Christopher Rootham<br>Ainslie Benedict | Nelligan O'Brien Payne LLP | 613-788-3655 |
| Michael Lang | Norton Rose Fulbright LLP | 416-216-3930 |
| Lyndon Barnes<br>Edward Sellers<br>Betsy Putnam<br>Adam Hirsh<br>Alexander Cobb | Osler Hoskin and Harcourt LLP | 416-862-6666 |
| Kenneth T. Rosenberg<br>Massimo (Max) Starnino<br>Lily Harmer<br>Karen Jones | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Tina Lie<br>Michelle Jackson<br>Jacqueline Cummins | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Daniel A. Lowenthal | Patterson Belknap Webb & Tyler LLP | 212-336-1253 |
| Christopher Samis | Richards Layton & Finger P.A. | 302-498-7845 |
| Arthur O. Jacques<br>Thomas McRae | Shibley Righton LLP | 416-214-5413; 416-214-5400 |
| Michael Barrack<br>D.J. Miller<br>Rebecca Lewis<br>Andrea McEwan<br>John Finnigan<br>Michael Shakra | Thornton Grout Finnigan LLP | 416-304-1313 |
| Tony DeMarinis<br>Scott Bomhof<br>Sheila Block<br>Andrew Gray<br>Adam Slavens | Torys LLP | 416-865-7380 |
| Brian O'Connor<br>Sameer Advani<br>Andrew Hanrahan | Willkie Farr & Gallagher LLP | 212-728-9251; 212-728-9587; 212-728-9170 |
| Ed Harron<br>John Dorsey | Young Conaway Stargatt & Taylor LLP | 302-576-3298; 302-576-3401 |