IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) ) | Re:  Docket Nos. 13320 and 990 |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF THE FILING OF DOCUMENTS IN THE CANADIAN PROCEEDINGS BY THE CANADIAN CREDITORS COMMITTEE RELATED TO THE MOTION TO STRIKE THE EXPERT REPORT AND TESTIMONY OF DANIEL R. BERESKIN QC**

   **PLEASE TAKE NOTICE** that, pursuant to section 12(d) of the Cross-Border Insolvency Protocol approved in the above captioned cases, as amended, [D.I. 990], on April 23, 2014, the Canadian Creditors Committee (the "**CCC**") by its undersigned counsel filed in the above-captioned cases, and delivered to Chambers of the Honorable Kevin Gross, true and correct copies of the documents annexed hereto, and described below, which were filed by the CCC on April 22, 2014, with the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**") in the Canadian Proceedings, related to the CCC's Motion filed in the Canadian Proceedings and its Joinder filed in this Court [D.I. 13320] respecting the *Motion of the Monitor and Canadian Debtors for entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton, or in the alternative, granting leave to file the expert report of Sheldon Burshtein in rebuttal to the Reports of Donald R. Bereskin and Bruce W. Stratton*:

   (1) *Motion Record of the Canadian Creditors Committee (Motion to Strike Expert Reports and Testimony of Daniel R. Bereskin QC)* (**Exhibit A** hereto);

   (2) *Book of Authorities (Motion to Strike Expert Reports and Testimony of Daniel R. Bereskin QC)* (**Exhibit B** hereto); and

   (3) *Factum of the Canadian Creditors Committee (Motion to Strike Expert Report and Testimony of Daniel R. Bereskin QC)* **FILED UNDER SEAL** subject to further order of the U.S. and Canadian Courts pursuant to section 8 of the Protective Order entered by the Courts in these proceedings (**Exhibit C** hereto).

Dated:  April 23, 2014
   Wilmington, Delaware

               **DLA PIPER, LLP (US)**
                 /s/  Selinda A. Melnik__
               Selinda A. Melnik (No. 4032)
               1201 North Market Street, Suite 2100
               Wilmington, DE 19801
               Tel: +1.302.468.5650
               Email: selinda.melnik@dlapiper.com
               *Counsel for the Canadian Creditors Committee*