Court File No. 09-CL-7950

# *ONTARIO*
# SUPERIOR COURT OF JUSTICE
# (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

## BRIEF OF AUTHORITIES OF THE CANADIAN CREDITORS COMMITTEE

(Motion to Strike Expert Report of Daniel R. Bereskin QC)

## INDEX

**JURISPRUDENCE**

| TAB | DESCRIPTION |
|---|---|
| 1. | *Berry v. Pulley*, 2012 ONSC 1790 |
| 2. | *Teskey v. Canadian Newspapers Co.*, [1989] O.J. No. 828 (C.A.) |
| 3. | *R. v. Century 21 Ramos Realty Inc.*, [1987] O.J. No. 178 (C.A.) |
| 4. | *Signalta Resources Ltd. v. Dominion Exploration Canada Ltd.*, [2007] A.J. No. 1203 (Q.B.) |
| 5. | *Dywidag Systems International Canada, Ltd. v. Garford Pty Ltd.*, [2010] F.C.J. No. 1089 (C.A.) |
| 6. | *Bell Canada v. The Plan Group*, 2009 ONCA 548 |
| 7. | *Smith v. Inco Ltd.*, [2009] O.J. No. 4820 (S.C.J.) |

| TAB | DESCRIPTION |
| --- | --- |
| 8. | *Dow Chemical Canada Inc. v. Shell Chemicals Canada Ltd.,* [2010] A.J. No. 432 (C.A.), leave to appeal to S.C.C. refused, [2010] S.C.C.A. No. 234. |
| 9. | *Eli Lilly & Co. v. Novopharm Ltd.,* [1998] 2 S.C.R. 129 |
| 10. | *Close Up International Ltd. v. 1444943 Ontario Ltd.,* 2006 CarswellOnt 5797 |
| 11. | *Ferrier v. Wellington (County Sheriff (Ferrier v. Civiero),* [2003] O.J. No. 4084 |
| 12. | *Bentlay v. Corbett,* 2003 BCSC 940 |