IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) |  |

CANADIAN CREDITORS COMMITTEE'S FACTUM FILED
WITH CANADIAN COURT REGARDING MOTION TO STRIKE EXPERT
REPORT AND TESTIMONY OF DANIEL R. BERESKIN QC

**CONFIDENTIAL – FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER [D.I. 10805]**

Dated: April 23, 2014
      Wilmington, Delaware

**DLA PIPER LLP (US)**
Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware  19801
Telephone:  302.468.5650
Email:  selinda.melnik@dlapiper.com

*Counsel for the Canadian Creditors Committee*