# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                           Chapter 11

NORTEL NETWORKS INC., et al.,                                    Case No. 09-10138 (KG)

                    Debtors.                                     Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   SONAR CREDIT PARTNERS II, LLC
          TRANSFEROR: XETA TECHNOLOGIES, INC.
          200 BUSINESS PARK DRIVE, SUITE 201
          ARMONK, NY 10504

Please note that your claim # 7222 in the above referenced case and in the amount of
    $716,939.74 allowed at $544,012.01  has been transferred **(unless previously expunged by court order)** to:

          BLACKWELL PARTNERS LLC
          TRANSFEROR: SONAR CREDIT PARTNERS II, LL
          C/O DUMAC, INC., ATTN: JANNINE LALL
          280 SOUTH MANGUM STREET, SUITE 210
          DURHAM, NC 27701-3675

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13382      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/23/2014                            David D. Bird, Clerk of Court

                                            /s/ Kimberly Murray
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 23, 2014.