# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor: **BLACKWELL PARTNERS LLC C/O DUMAC, INC.,
ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM NC, 27701-3675**

Transferee: **SONAR CREDIT PARTNERS II, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Your transfer is defective for the reason checked below:

**Duplicate Transfer**

Docket Number: 13384     Date: 04/23/2014


By     /s/ Kimberly Murray
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 23, 2014