# EXHIBIT C

```
TIME: 15:51:01                              NORTEL NETWORKS INC.                                              PAGE:   1
DATE: 04/23/14                                CREDITOR LISTING

Name                          Address
BLACKWELL PARTNERS LLC        TRANSFEROR: SONAR CREDIT PARTNERS II, LL C/O DUMAC, INC., ATTN: JANNINE LALL 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701-3675
SONAR CREDIT PARTNERS II, LLC TRANSFEROR: XETA TECHNOLOGIES, INC. 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006