```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE


IN RE:                        )    Case No. 09-10138(KG)
                              )    (Jointly Administered)
                              )
Nortel Networks, Inc., et al.,)    Chapter 11

                              )    Courtroom 3
                              )    824 Market Street
             Debtors.         )    Wilmington, Delaware
                              )
                              )    April 22, 2014
                              )    10:00 a.m.



                      TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE JUDGE KEVIN GROSS
                   UNITED STATES BANKRUPTCY JUDGE



APPEARANCES:

For Debtors:              Morris Nichols Arsht & Tunnell,
                          LLP
                          BY: DEREK ABBOTT, ESQ.
                          BY: ANN CORDO, ESQ.
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          (302) 351-9357

                          Cleary Gottlieb Steen & Hamilton
                          BY: JEFFREY ROSENTHAL, ESQ.
                          BY: AVRAM LUFT, ESQ.
                          BY: KYLE DANDELET, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          (212) 225-2000


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Ernst & Young,
as Monitor:                    Buchanan Ingersoll & Rooney, PC
                               BY: MARY CALOWAY, ESQ.
                               1105 North Market St., Ste. 1900
                               Wilmington, DE  19801-1054
                               (302) 552-4209

                               Akin Gump Strauss Hauer & Feld
                               BY: FRED HODARA, ESQ.
                               BY: ABID QURESHI, ESQ.
                               BY: ROBERT JOHNSON, ESQ.
                               One Bryant Park
                               New York, NY  10035
                               (212) 872-1000

For Monitor/Canadian
Debtors:                       Allen & Overy
                               BY: LAURA HALL, ESQ.
                               BY: JOSEPH BADTKE-BERKOW, ESQ.
                               BY: DANIEL GUYDER, ESQ.
                               1221 Avenue of the Americas
                               New York, NY  10020
                               (212) 610-6300

For EMEA Joint
Administrators:                Hughes Hubbard & Reed, LLP
                               BY: NEIL OXFORD, ESQ.
                               BY: FARA TABATABAI, ESQ.
                               BY: WILLIAM MAGUIRE, ESQ.
                               One Battery Park Plaza
                               New York, NY  10005
                               (212) 837-6000

                               Young Conaway Stargatt & Taylor
                               BY: JOHN DORSEY, ESQ.
                               1000 North King Street
                               Wilmington, DE  19801
                               (302) 571-6000

```
For the Official
Committee of Unsecured
Creditors:                    Richards Layton & Finger
                              BY: CHRISTOPHER SAMIS, ESQ.
                              One Rodney Square
                              920 North King Street
                              Wilmington, DE  19801
                              (302) 651-7700

For Ad Hoc Group of
Bondholders:                  Pachulski Stang Ziehl & Jones
                              BY: PETER KEANE, ESQ.
                              919 N. Market St., 17th Fl.
                              Wilmington, DE  19801
                              (302) 652-4100

For UK Pension
Claimants:                    Bayard, PA
                              BY: JUSTIN R. ALBERTO, ESQ.
                              222 Delaware Ave., Ste. 900
                              Wilmington DE  19899
                              (302) 429-4226

                              Willkie Farr & Gallagher, LLP
                              BY: BRIAN O'CONNOR, ESQ.
                              787 Seventh Avenue
                              New York, NY  10019-6099
                              (212) 728-8000

For Law Debenture:            Morris James LLP
                              BY: STEPHEN M. MILLER, ESQ.
                              500 Delaware Avenue, Ste. 1500
                              Wilmington, DE  19801-1494
                              (302) 888-6853

                              Patterson Belknap Webb & Tyler
                              BY: DANIEL A. LOWENTHAL, ESQ.
                              1133 Avenue of the Americas
                              New York, NY  10036
                              (212) 336-2000

For Bondholder Group:         Milbank Tweed Hadley & McCloy
                              BY: ANDREW LEBLANC, ESQ.
                              One Chase Manhattan Plaza
                              New York, NY  10005
                              (212) 530-5000
```

```
For Canadian Creditors
Committee:                    DLA Piper, LLP, US
                              BY: SELINDA A. MELNIK, ESQ.
                              BY: TIMOTHY HOEFFNER, ESQ.
                              919 N. Market St., Ste. 1500
                              Wilmington, DE  19801
                              (302) 468-5650

For Wilmington Trust,
as Trustee:                   Katten Muchin Rosenman, LLP
                              BY: DAVID CRICHLOW, ESQ.
                              BY: KAREN DINE, ESQ.
                              575 Madison Avenue
                              New York, NY
                              (212) 940-8941


TELEPHONIC APEARANCES:

For the Debtor:               Torys, LLP
                              BY: ADAM SLAVENS, ESQ.


For Official Committee
of Unsecured Creditors:       Akin Gump Strauss Hauer & Feld, LLP
                              BY: DAVID BOTTER, ESQ.
                              BY: BRAD KAHN, ESQ.
                              BY: MATTHEW FAGEN, ESQ.


For Monitor, Ernst &
Young:                        Allen & Overy
                              BY: PAUL KELLER, ESQ
                              BY: JACOB PUTTMAN, ESQ.


For Law Debenture:            Patterson Belknap Webb & Tyler
                              BY: BRIAN GUINEY, ESQ.


For Nortel Networks
UK Pension:                   Thornton Grout Finnigan, LLP
                              BY: REBECCA LEWIS, ESQ.


For Bondholder Group:         Milbank Tweed Hadley & McCloy
                              BY: THOMAS MATZ, ESQ.


For Wilmington Trust:         Dentons Canada, LLP
                              BY: JOHN SALMAS, ESQ.


For UK Pension
Claimants:                    Thornton Grout Finnigan, LLP
                              BY: MICHAEL S. SHAKRA, ESQ.
```

TELEPHONIC APPEARANCES:
(Continued)


For Interested Party:        Stone Lion Capital Partners
                             BY: JUSTIN BRASS

                             Dow Jones & Company
                             BY: PEG BRICKLEY

                             Bank of America
                             BY: ESTHER CHUNG

                             Reorg Research, Inc.
                             BY: KENT COLLIER

                             Farallon Capital Management
                             BY: MICHAEL LINN

                             Deutsche Bank
                             BY: JAMES MACINNIS

                             Kamunting Street Capital
                             BY: JACK MUI

                             CRT Capital Group, LLC
                             BY: KEVIN J. STARKE

                             Aurelius Capital Management, LP
                             BY: Matthew A. Zloto

                             Primeshares World Markets
                             BY: MICHAEL WINSCHUH

                             Cassels Brock & Blackwell, LLP
                             BY: MICHAEL WUNDER

1

1  WILMINGTON, DELAWARE, TUESDAY, APRIL 22, 2014, 10:11 A.M.

2            THE CLERK:  All rise.

3            THE COURT:  Good morning, everyone.  Please be

4  seated.

5            JUSTICE NEWBOULD:  Okay.  Who's running the show?

6  Are you running it?  Okay.

7            THE COURT:  Mr. Abbott.

8            MR. ABBOT:  Good morning, Your Honor, Derek

9  Abbott here for the U.S. Debtors on this pretrial

10 conference.

11           Good morning, Mr. Justice Newbould.

12           We have had a little bit of initial discussion

13 and we understand that Ms. Kimmel is going to at least start

14 the process in Canada.  The Canadian Debtors and the Monitor

15 filed their view of how this should unfold in a trial

16 outline.  I think she was going to start to present that.

17 We, Your Honor, just obviously don't agree with all that.

18           THE COURT:  Sure.

19           MR. ABBOT:  We should be heard sort of point-by-

20 point as we go through it from there.

21           THE COURT:  Is that how you'd like to do it,

22 point-by-point?  That's fine.

23           Is that fine with you, Justice Newbould?

24           JUSTICE NEWBOULD:  Yes, it is.

25           THE COURT:  All right.

1          JUSTICE NEWBOULD:  Okay.  Ms. Kimmel.

2          MS. KIMMEL:  Thank you, Justice Newbould and

3   Justice Gross.  I hope that you both have the outline that

4   we sent over yesterday.  The intention was to try to give

5   you a preview for the issues that we will be addressing

6   hopefully over the course of the next few hours in the time

7   that we have available to us.

8          Because this is our last scheduled time to

9   address trial logistics and procedural matters before the

10  trial starts, we thought we would take the opportunity to

11  provide that outline and also to ask the Courts, as we go

12  through, to let us know about things that are on the Judges'

13  minds, clarity around anything that is to happened between

14  now and the start of trial or of course during the trial.

15         Now, the Brief that we filed divides the issues

16  into a variety of subtopics.  Some are meatier than others

17  and we are of course amendable to the suggestion of the U.S.

18  Debtors and others in Delaware that we do it issue-by-issue.

19         Just so that you understand how we've divided

20  things up here, I'm going to deal with the trial protocol

21  issues, essentially the issues in the first half of the

22  Brief, and then Mr. Ruby is going to be addressing from the

23  Canadian Monitor's and the Canadian Debtors' perspective the

24  issues relating to what I will mostly call Pretrial Orders

25  and other administrative things that we need to tie up at

1  the end.

2              JUSTICE NEWBOULD:   Excuse me.   Do you have an

3  extra copy of your Brief?

4              MS. KIMMEL:   Yes.

5              JUSTICE NEWBOULD:   Could Mr. Abbott be given a

6  copy.

7              MS. KIMMEL:   Yes.

8              JUSTICE NEWBOULD:   Do you have a copy?   Great.

9  Thanks very much.

10             MS. KIMMEL:   Okay.   So in the category of perhaps

11 not as interesting or exciting, the first thing on the trial

12 logistics is really a Canadian Court question for you,

13 Justice Newbould, and that is we filed the letter jointly

14 with the U.S. Debtors, which I think set forth details on

15 the logistics for some of the technological aspects of the

16 trial.   We wanted to obviously get any feedback that you,

17 Justice Newbould, or Justice Gross, have on any of the

18 issues that we've outlined in the letter.   But as well,

19 there were two specific issues to the Canadian Court;

20 namely, the question of whether we want to have a sort of

21 master sign-in sheet like they do in Delaware and also a

22 question of whether there should be any enhanced security

23 around the courtroom at the beginning as we're expecting

24 that there may be some level of interest certainly at the

25 outset of the trial and some logistical considerations.

1          JUSTICE NEWBOULD:  The master sign-in sheet,

2    that's just like our counsel slip?

3          MS. KIMMEL:  Yes.  I think the intention would be

4    that you would have counsel who may be coming and going

5    throughout this trial effectively sign in in advance.

6          JUSTICE NEWBOULD:  Well, could you and your U.S.

7    counterpart make up a list of counsel?

8          MS. KIMMEL:  Yes.

9          JUSTICE NEWBOULD:  Anticipated counsel in both

10   Courts, the Canadian Court, Delaware Court, and then if I

11   had a copy and Judge Gross had a copy, that would be helpful

12   to us.  I don't think we need lawyers signing in every day.

13   That's just a waste of time.

14         MS. KIMMEL:  So we could definitely do that and

15   we will identify the counsel for both jurisdictions.  And as

16   you are aware, some counsel from Delaware may occasionally

17   appear in the trial program, as long as you know who

18   everybody is.

19         JUSTICE NEWBOULD:  Right.  And if you could just

20   put a slight who they represent.  I don't want a big

21   description, just who each counsel represents so both of us

22   have a list of the lawyer, who they represent and we'll have

23   it in front of us.

24         MS. KIMMEL:  Okay.

25         JUSTICE NEWBOULD:  Does that sound good to you,

1  Judge Gross?

2           THE COURT:  It does.  And one thing that I've

3  requested here in Delaware is that we prepare and issue

4  cards to the lawyers who will be appearing in the courtroom

5  so that our security staff will know who belongs here and

6  who does not.  And there will also be room of course,

7  hopefully seats in the back for members of the press.  Our

8  security system may be different but it will speed things

9  through to have those cards and thereby enable our security

10 people to immediately identify who is properly going into

11 the courtroom and so on because we will have obviously some

12 limitations on spectators in the courtroom.

13          JUSTICE NEWBOULD:  Right.  Well, all eight.

14 We'll work that out.  I'm not sure there's an issue up here

15 but we'll work that out.

16          MS. KIMMEL:  We wouldn't typically need security

17 passes for counsel at the courtroom at 2:30 --

18          JUSTICE NEWBOULD:  Right.

19          MS. KIMMEL:  -- but I think if we do have any

20 enhanced security arrangements just in the first week or so,

21 I think they're just going to be --

22          JUSTICE NEWBOULD:  What security are you talking

23 about?

24          MS. KIMMEL:  Well, I think there might be some

25 crowd-control issues, but there could also be people who

1   show up who, you know, aren't used to being in a courtroom

2   and might need some instructions about, you know, where to

3   stand and how to be, you know, in the courtroom.

4                  JUSTICE NEWBOULD:  Yes.

5                  MS. KIMMEL:  There are obviously individuals who

6   have interest in some of the outcome of the issues that are

7   going to be heard.  So we can deal with that offline if

8   you'd like, Your Honor --

9                  JUSTICE NEWBOULD:  That's fine.

10                  MS. KIMMEL:  -- but I thought --

11                  JUSTICE NEWBOULD:  That's fine.

12                  MS. KIMMEL:  -- we would raise it now just so

13   that people were aware that we were --

14                  JUSTICE NEWBOULD:  That's fine.

15                  MS. KIMMEL:  Now, in terms of the logistics, the

16   letter that we went April 17th to the Courts, Justice

17   Newbould or Judge Gross, do either of you have any questions

18   or concerns about what it's being arranged?  I think in one

19   of the courtrooms is under construction as of today and the

20   other would be within the next week or so.

21                  JUSTICE NEWBOULD:  [indiscernible] is a dangerous

22   thing.  I've got nothing to comment on.

23                  MS. KIMMEL:  Okay.  Well, as we go, if there are

24   issues, of course, you can get in touch, both of you, with

25   whomever you think you need to run them to ground.

1              Okay.  So then the next item, and I'm sorry, is

2    there anyone in Delaware who wants to address anything on

3    that initial trial logistics question?

4              THE COURT:  I'm getting a lot of heads shaking no

5    so I think you may proceed, Ms. Kimmel.

6              MS. KIMMEL:  Okay.  Okay.  Thank you.  So the

7    next topic that we're dealing with is the trial protocol,

8    and it's beginning on the bottom of page 2 in the Brief that

9    we provided to the Courts and it continues essentially over

10   to page 12.

11             JUSTICE NEWBOULD:  I read that.  I'm not sure

12   what all discussion has been going on but let me tell you

13   how I anticipate the trial is going to go.  The openings by

14   counsel on both the allocation issue and the claims issue

15   and then the case will proceed.  There will be witnesses,

16   I'm told, that will be speaking to both allocation and

17   claims issues during the joint trial.  And then afterwards,

18   what will be left will be witnesses dealing only with claims

19   issues who have not given evidence already.  Do I understand

20   that correctly?

21             MS. KIMMEL:  That is how we had envisioned it and

22   how we had expected things would be proceeding, and I don't

23   need to make any further submissions unless there are people

24   who wish to suggest that it should proceed differently than

25   that.

1           The only thing I would say in relation to that

2   arrangement, and I think in fairness we should just make

3   sure that both you, Justice Newbould, and Judge Gross are

4   aware of this, because of the number of witnesses who are

5   allocation witnesses, no matter what, some of them may also

6   give some additional [indiscernible] when they testify.  A

7   lot of their evidence may be jointly claims and allocation

8   evidence and some may be strictly allocation.  But when you

9   look at the sheer volume of the witnesses who we're dealing

10  with in the course of what we have before us, the math just

11  on the pure number of witnesses and the chess clock, even if

12  as the parties fully intend to do if we stick to our

13  allocated time is such that I could see a circumstance where

14  we might not finish all of the fact and expert witnesses who

15  are testifying on matters relating to allocation budgeting

16  time.  And that was one thing just based on the March 21st

17  Pretrial Orders that were issued, it wasn't clear that the

18  Judges were aware and we obviously didn't want to proceed

19  without making you aware of that possibility.

20           JUSTICE NEWBOULD:  Am I right that the evidence

21  will be -- consist of cross examining witnesses.

22           MS. KIMMEL:  Entirely cross examination other

23  than very limited permitted direct examinations, which are

24  sort of intended to be --

25           JUSTICE NEWBOULD:  Well, I think that counsel

1  should do whatever they can to keep it to the time allotted.

2  I hear this all the time, and I'm sure Judge Gross does too.

3  We need more time.  We only have so much time.  Get with the

4  program.  Deal with it.

5              MS. KIMMEL:  Yes.

6              JUSTICE NEWBOULD:  All right?

7              MS. KIMMEL:  And just to be clear, Justice

8  Newbould, we aren't suggesting that people are going to need

9  more than their allocated time, but if you look at the clock

10 time and the assumption that six hours a day for 25 days,

11 even just putting the claims opening at the beginning pushes

12 us a day out on the pure math of the number of days, and

13 then, you know, as Mr. Gottlieb pointed out correctly that

14 even if we are entirely within our chess clock time of the

15 allocated hours and, you know some direct examination for

16 experts, for example, are permitted to be a little bit

17 longer, not as limited, but even sticking entirely within

18 our time, I think we can conceive of a situation where we

19 won't actually be able to get in a full six hours of chess

20 clock time every day.

21             JUSTICE NEWBOULD:  We just have to deal with it.

22             MS. KIMMEL:  Right.  And this was always, as

23 everybody is aware that, you know, it's possible that, for

24 example, some of the allocation experts may slip over into

25 the July dates, not that the whole overall allotment is

1  going to change.

2           I think, you know --

3           JUSTICE NEWBOULD:  Speaking for myself, and I'm

4  sure Judge Gross agrees, we're going to make sure that the

5  parties have a trial that's just to everybody.  Nobody's

6  going to walk out of here not having had their say.

7           MS. KIMMEL:  Well appreciate it, and I think I

8  can speak on behalf of all counsel in telling the Courts

9  that it is our intention to respect the time allotments and

10 we realize they're maximums and we won't use them if we

11 don't need to.

12          JUSTICE NEWBOULD:  Right.

13          MS. KIMMEL:  And I will turn it over to anyone in

14 Delaware --

15          THE COURT:  Yes.

16          MS. KIMMEL:  -- who would like to make any

17 further comments on this.  There is one further update on

18 the time allotment for openings, but let me just allow if

19 there are counsel either here or in Delaware or other

20 parties who would like to speak to this specific question of

21 what we've called the [indiscernible] trial, openings at the

22 beginning and the continuation of the evidence.

23          THE COURT:  Thank you, Ms. Kimmel.

24          Mr. Rosenthal.

25          MR. ROSENTHAL:  Good morning, Your Honor.

1              THE COURT:  Good morning.  Good to see you.  And,

2    you know, I know I have some concern that here in Delaware

3    the only issues are allocation issues, and the concept I

4    think was that there may be witnesses who shouldn't have to

5    come back because they may have some slight overlap of

6    testimony, but that strictly claims issues would be heard

7    later strictly in Canada.

8              MR. ROSENTHAL:  Understood, Your Honor.  And good

9    morning, Mr. Justice Newbould.

10             JUSTICE NEWBOULD:  Good morning.

11             MR. ROSENTHAL:  I just -- I think there's a few

12   points that we want to stress where we want --

13             JUSTICE NEWBOULD:  May I just ask who he

14   represents?

15             MR. ROSENTHAL:  Oh, Your Honor, I'm sorry.  My

16   name is Jeffrey Rosenthal.  I'm with Cleary Gottlieb and we

17   represent the U.S. Debtors.

18             JUSTICE NEWBOULD:  Thank you.

19             MR. ROSENTHAL:  Your Honor, the key point that we

20   want to stress is that the Courts have both issued orders in

21   late March saying these are the 25 days for the allocation

22   trial.  Then there's a week break, when there's Canada Day

23   and the 4th of July, and then these are the 15 days for the

24   claims trial.  And then that time has been allocated among

25   the parties to get to 25 days.

1          THE COURT:  Yes.

2          MR. ROSENTHAL:  And while Ms. Kimmel couched her

3   presentation by saying we can conceive of a situation where

4   it's possible it wouldn't be finished by June 27th, in fact

5   what they are proposing would not be, I mean with certainty,

6   because what we're saying is that in Your Honor's Order

7   where it says Day 1 is May 12, Day 2 is May 13, Day 3

8   they're saying is actually not an allocation day.  That's a

9   claims day for claims --

10         THE COURT:  Yes.

11         MR. ROSENTHAL:  -- openings, and therefore,

12  automatically I guess we're going to take the week off.

13  We're going to all work during that week off instead of

14  being done with the trial, spending a lot more estate money

15  so that on July 7 we come back to finish our expert

16  witnesses.

17         And then with regard to the claims witnesses,

18  it's not a "we can conceive of."  If we're going to stop the

19  clock on allocation, as the Monitor and Debtors are

20  proposing up in Canada, for claims witnesses, well, that's

21  not allocation days.  And I don't know what the Courts'

22  availability is in July but our concern is we settled out of

23  these claims cases in part to save a significant expense.  I

24  would not be surprised if in the aggregate this trial costs

25  $1 million a day when you add up all of the parties.  And to

1  suggest that we're going to extend that for parties that

2  aren't involved anymore because they settled out of the

3  claims trial, it's an enormous expense.  And therefore, we

4  think that the most efficient way to do it is to have your

5  allocation trial and then your claims trial.

6          And I want to point out, though, that the overlap

7  that's being discussed --

8          THE COURT:  Yes.

9          MR. ROSENTHAL:  -- in many respects is not really

10 there.  And the reason is that the U.S. Debtors have no

11 claims witnesses.

12         THE COURT:  Right.

13         MR. ROSENTHAL:  We're not in the claims trial.

14 The EMEA Debtors -- and they can speak for themselves --

15 they're not planning to call any live claims witnesses.

16 They're all allocation witnesses.  And the EMEA supports

17 this proposal as well of segregating these two trials.  The

18 UKP also supports it.  Their witnesses are either allocation

19 or claims.  They've designated no witnesses --

20         JUSTICE NEWBOULD:  Mr. Rosenthal can you -- Mr.

21 Rosenthal?

22         MR. ROSENTHAL:  Yes.

23         JUSTICE NEWBOULD:  Can you tell me what it is

24 you're taking issue with so I understand the context of your

25 remarks?

1            MR. ROSENTHAL:  I think, Your Honor, the concerns

2    that we have is, one, is the taking time out of the 25 days

3    that the Courts have already ordered for claims openings

4    because in and of itself that kicks the allocation trial

5    until later.  And the second one is I think the blurring of

6    the line between what is pure claims evidence because we're

7    going to be on a clock approach.  The parties are all being

8    allocated a specific amount of time.  And what the Monitor

9    and Canadian Debtors are proposing is that, well, for part

10   of the allocation trial we're going to stop one of our

11   clocks and start another clock.  And we think that's just

12   logistically impractical.  If this is all coming out of this

13   is the 25 days of the allocation trial, that's one thing,

14   but that's not what they're proposing.

15           JUSTICE NEWBOULD:  Mr. Rosenthal, can I just ask

16   you to look at the Order of Judge Gross, which is Tab H.

17           MR. ROSENTHAL:  I have that here, Your Honor.

18           JUSTICE NEWBOULD:  All right.  Does paragraph 5

19   not deal with this?  "Trial will commence with two days of

20   opening statements."  And is it not the case that the

21   opening statements that were one day for allocation and one

22   day for claims?

23           MR. ROSENTHAL:  My understanding, Your Honor,

24   from the Order is that there's actually two days of

25   allocation openings that have been ordered, and Your Honor

1  ordered up in Canada an additional day for claims openings.

2                  THE COURT:  And --

3                  MR. ROSENTHAL:  I don't have the Order in front

4  of me where the Court ordered two days of allocation

5  openings, but I'm pretty sure maybe one of my colleagues

6  here can find that.

7                  THE COURT:  Yes.  And that is what we did --

8                  JUSTICE NEWBOULD:  The reason I asked that is

9  because in the Brief we had before the last joint hearing, I

10  understood from the chart that the opening statements were

11  going to be one day.  I may be wrong but that's what I

12  understood.

13                  MR. ROSENTHAL:  Your Honor, there was a proposal

14  by the U.S. Debtors and the Canadian Debtors that there be

15  one day for allocation openings.  The EMEA Debtors proposed

16  two days for allocation openings, and the Courts ordered two

17  days for allocation openings.  So the two days that are

18  referenced in paragraph 5, other than what we think is a

19  mistake with regard to the CCC, we agree with paragraph 5.

20  We agree with the trial dates that are attached.  The

21  concern that we have is that it --

22                  JUSTICE NEWBOULD:  Well, what is --

23                  MR. ROSENTHAL:  -- it's the Monitor --

24                  JUSTICE NEWBOULD:  Mr. Rosenthal?

25                  MR. ROSENTHAL:  Yes.

1           JUSTICE NEWBOULD:  Mr. Rosenthal, where was the

2    Order saying two days for allocation opening?

3           THE COURT:  It's there somewhere as I recall.

4           JUSTICE NEWBOULD:  Okay.

5           THE COURT:  Just by the amount of time that we

6    allotted, I think it had to be two days.  But let me see if

7    I can be helpful here and straighten things out because I

8    don't want to be sitting through a lot of claims argument.

9    I was willing to say if a witness comes in and there are a

10   few questions, you know, relating to claims, certainly

11   that's appropriate.  But I don't want to be hearing a lot of

12   claims testimony.  And as far as I'm concerned, when the

13   clock is running here, if parties want to take their time

14   that I've allotted to put on claims testimony, that's up to

15   them, but it will come against their time in this court on

16   this allocation trial.  I think it would be foolish for

17   them, frankly, to take hours for claims issues because that

18   will only reduce and limit the amount of time that they have

19   for the allocation issues.  That has been my view.  But

20   there might be a little bit of testimony that is spilled

21   over into claims and nobody was going to get too excited

22   about that.

23          MR. ROSENTHAL:  Well, I mean if there's spillover

24   in fact the Canadian presentation such as paragraph 20 of

25   the Monitor's outline that was submitted today says, well,

1  there's substantial overlap.  Overlap is fine because the

2  allocation record will become part of the claims record.

3          THE COURT:  Correct.

4          MR. ROSENTHAL:  So if there's 100 percent overlap,

5  that's perfectly all right.  It doesn't detract from the

6  allocation time that the Courts have allocated.  So in fact

7  then the concern really becomes if there's two days of

8  allocation openings and then there's one day for claims

9  opening, right there, we spill over.

10          THE COURT:  Yes.  And that's not going to happen

11 because that's my trial time and I'm not involved in the

12 claims issues.  Now, again, if --

13          JUSTICE NEWBOULD:  Okay.  Let me --

14          THE COURT:  Yes, Justice Newbould.

15          JUSTICE NEWBOULD:  No, sir, I didn't mean to --

16          THE COURT:  That's okay.

17          JUSTICE NEWBOULD:  You go ahead.  What I was going

18 to ask was when are the Briefs on the claims issues to be

19 filed?  Will I have them ahead of time?

20          MR. ROSENTHAL:  Yes, Your Honor.  You'll have them

21 on May 2nd, as well as the allocation.  All the opening

22 Briefs for claims will be before you.

23          JUSTICE NEWBOULD:  All right.

24          MR. ROSENTHAL:  So our view, Your Honor, was

25 you'll have the ability -- obviously it's up to the Court --

1  but to familiarize yourself with the claims issues so that

2  if openings are --

3          JUSTICE NEWBOULD:  All right.

4          MR. ROSENTHAL:  -- after Judge Gross and the U.S.

5  Court has departed, it's not as if you would be unfamiliar

6  with them beforehand.

7          JUSTICE NEWBOULD:  All right.  So what I'm hearing

8  from Judge Gross is he'd prefer not to have a day listening

9  to claims openings but rather leave that for the Canadian

10  proceeding afterward?

11          THE COURT:  Yes.

12          JUSTICE NEWBOULD:  And if that's the case, let's

13  do it that way.  I'll have read the claims Brief ahead of

14  time so I'll understand the issues.

15          MR. ROSENTHAL:  The only other point that I would

16  just make and then I'll sit down, Your Honor, as well is so

17  with respect to the witnesses who actually overlap and may

18  have distinct testimony on claims and distinct testimony on

19  allocation, it's only five witnesses.  Four are based in

20  Toronto and one is in Ottawa who's retired.  And of the four

21  in Toronto, one is being paid by the Canadian Debtors to

22  give testimony.  So the idea that it would be such an

23  inconvenience to even ask these witnesses to come in July

24  rather than give all their testimony in May, I think

25  certainly one should be able to ask if there's a witness who

1  says in July I'm having surgery.  You know, I mean we can

2  make accommodations.  I'm certainly prepared to do that.

3        But if it's four Toronto witnesses and one Ottawa

4  witness and that's the only ones who have submitted

5  Affidavits saying that they have split testimony, it seems

6  like we shouldn't have 100 lawyers sit around in a courtroom

7  for a day of claims testimony.  So that's all that I would

8  add to my presentation.  I'm prepared to sit down.  Thank

9  you.

10        JUSTICE NEWBOULD:  Okay.

11        THE COURT:  Thank you, Mr. Rosenthal.

12        JUSTICE NEWBOULD:  And I can live with that.  I

13  can live with that.  So with the two days of opening the

14  allocation issues and then you go into the allocation

15  witnesses and any opening on the claims issue that's

16  necessary will take place after Judge Gross isn't sitting.

17        THE COURT:  Yes.

18        MR. ROSENTHAL:  Thank you, Your Honor.

19        JUSTICE NEWBOULD:  All right?  Okay.

20        MR. GOTTLIEB:  Your Honor, may I address?  I don't

21  want to interrupt, but --

22        JUSTICE NEWBOULD:  Yes.

23        THE COURT:  Yes, you --

24        MR. GOTTLIEB:  Why don't I stand up and --

25        I apologize.  I'll sit down, Judge Gross.

1              THE COURT:  I apologize, too.

2              MR. ROSENTHAL:  You're co-counsel.

3              JUSTICE NEWBOULD:  What do you want to say Mr.

4    Gottlieb, on that issue?  It's all right.

5              MR. GOTTLIEB:  Okay.  I apologize.  No, I was

6    going to address very briefly those were my submissions.

7    I'll just adopt what Mr. Rosenthal said about the opening.

8              With the witnesses point, just so Your Honor is

9    clear, I just want to make sure we're all on the same page,

10   the whole point of this is now that we have more time than

11   we did originally when we had 20 days for trial, you know,

12   that doubled time, the claims testimony should be entirely

13   in the claims part before Your Honor so that Judge Gross and

14   the lawyers and bills don't have to keep running down

15   U.S. --

16             JUSTICE NEWBOULD:  That's --

17             MR. GOTTLIEB:  That's what we proposed to happen.

18   And the difficulty that Mr. Rosenthal was talking about is

19   what I want to explain to Your Honor just again so we're all

20   on the same pages is if a witness is called by the Canadians

21   and they say it's an allocation witness and a claims witness

22   and they want to deal with all of that evidence at the same

23   time, what that means is -- and Judge Gross has just said

24   this and with great respect [indiscernible] say this.  If

25   anybody wants to examine on that time while Judge Gross is

1  sitting in the chair, that comes out of his allocation time.

2  Well, we shouldn't be required to lose our allocation times

3  because Canada is calling a witness and giving claims

4  evidence at that time.  What Mr. Rosenthal talked about was

5  those witnesses who want to be examined either direct, in

6  chief, or cross examine on claims issues, that should be

7  dealt with in the claims part of the trial, not when Judge

8  Gross and the other American lawyers in the box, because we

9  now have the separated time to deal with claims.  And --

10          JUSTICE NEWBOULD:  -- apparently years to make an

11  Order right now.  Surely it's up to the lawyers what they're

12  going to do.

13          MR. GOTTLIEB:  Well, the difficulty we have, Your

14  Honor, is this.  If you take, for example --

15          JUSTICE NEWBOULD:  If you're going to call the

16  witness in claims afterwards, you're free to do it, but --

17          MR. GOTTLIEB:  So what we need then is a situation

18  where if the Canadians, as they have, allocated a witness --

19  we'll call him Mr. X -- part on allocation, part on claims,

20  okay, being put in through direct testimony, if they want to

21  run through claims testimony as part of their allocation

22  times, as Judge Gross says, that's fine.  They can do that.

23  But I don't want to have to cross examine that witness on

24  claims during the allocation trial.  Judge Gross shouldn't

25  have to sit through it.  The American lawyers shouldn't --

1             JUSTICE NEWBOULD:  Well, can't you work it out

2    with counsel and have him come back later?

3             MR. GOTTLIEB:  That's what we propose, yes.

4             JUSTICE NEWBOULD:  Well then I think you've just

5    got to deal with this amongst the lawyers.

6             MR. GOTTLIEB:  And that's what we proposed.  The

7    Monitor and Canadian Debtors are against that and they're

8    making submissions against that.  What Mr. Rosenthal says

9    and I'll just adopt it and sit down is that there really

10   isn't a hardship to do it that way because they're all in

11   Ontario [indiscernible] in the trial area.  That is the

12   efficient way to deal with this so that we don't mess up the

13   records.  Otherwise, Your Honor, there are going to be two

14   time clocks and --

15            JUSTICE NEWBOULD:  I understand your point.

16            MR. GOTTLIEB:  Those are my submissions --

17            JUSTICE NEWBOULD:  I understand.

18            MR. GOTTLIEB:  -- on the point subject to any

19   questions.

20            THE COURT:  There will be one time clock during

21   the allocation trial.

22            MR. BARNES:  Judge Gross, Lyndon Barnes  for the

23   record.

24            THE COURT:  Good morning.

25            MR. BARNES:  There's just one point.  I understand

1   the position that Judge Newbould has just stated, that he

2   will read the submissions that we filed with respect to the

3   claims.  But there's just one point that I just want to make

4   sure that we understand and I get the correct guidance.  The

5   request that the directors bring to the table, as you know,

6   the allegations against the directors or the EMEA claimants

7   are that they've basically breached their fiduciary duties.

8   Where we face a bit of a quandary and it will be very

9   limited examination, but some of the allocation-only

10  witnesses that are being called by EMEA are allocation

11  witnesses that actually will be cross examined on claims

12  related matters.  They're not my witnesses.  They're being

13  put up solely as allocation witnesses but certainly unlike

14  the U.S., in Canada you can cross examine on any matter that

15  is relevant to the case and we're not restricted on cross

16  examining only on their Affidavits.  And they are giving

17  evidence with respect to transfer pricing and project

18  [indiscernible].  And in their Affidavits they're already

19  testifying [indiscernible].  So I would want to be able to

20  cross examine them on a very limited basis those

21  witnesses --

22          JUSTICE NEWBOULD:  Mr. Barnes --

23          MR. BARNES:  They're not being called by me so

24  they're being called by EMEA.

25          JUSTICE NEWBOULD:  I understand that.  Have you

1  discussed with Mr. Gottlieb whether or not they can be

2  recalled during the claims process?

3        MR. BARNES:  I think we were waiting to see where

4  they're going because we weren't sure --

5        JUSTICE NEWBOULD:  Well, I mean --

6        MR. BARNES:  Yes.

7        JUSTICE NEWBOULD:  -- just listening to this

8  conversation, it strikes me as that may be the way to deal

9  with it.

10       MR. BARNES:  Okay.  I'll deal with it directly

11 because we're going to have to come to a head on this.  In

12 our respectful submission, they're not allowed to cross

13 examine an allocation witness on claims issues.  We --

14       JUSTICE NEWBOULD:  If you want to argue that, you

15 can argue that, but that's a new one on me.  Witnesses

16 [indiscernible] cross examined on anything that's relevant.

17 That's the ordinary rule.

18       MR. BARNES:  It is, Your Honor.  There's no doubt

19 that it's the ordinary rule but this is -- I don't have to

20 tell Your Honor this -- this isn't an ordinary case.

21       JUSTICE NEWBOULD:  Well --

22       MR. BARNES:  Just to make a point, what we've done

23 is here we have an allocation proceeding that is a separate

24 proceeding than a claims proceeding.

25       JUSTICE NEWBOULD:  Fine.  Thank you.  Okay.  But

1  if you have to have this thing filed, you'll have to have a

2  [indiscernible], but I would have thought that you should

3  have a conversation about your witnesses' being able to come

4  back during the claims trial.  If you want to have some

5  issue whether they're entitled to be cross examined, you'll

6  have to raise that at some point.  But --

7          MR. BARNES:  I understand and I'll take Your

8  Honor's word on that --

9          JUSTICE NEWBOULD:  All right.

10         MR. BARNES:  -- obviously and talk to my friend.

11 Our position is that they're not allowed to examine --

12         JUSTICE NEWBOULD:  Well, that's -- I --

13         MR. BARNES:  We had a process put in place where

14 we had to designate witnesses as either allocation,

15 crossover, or claims.  These witnesses were put forward as

16 allocation --

17         JUSTICE NEWBOULD:  [indiscernible] --

18         MR. BARNES:  -- depose them and put in the

19 designations of their depositions --

20         JUSTICE NEWBOULD:  [indiscernible].

21         MR. BARNES:  No.  Okay.  Well, so we will have to

22 deal with it.

23         JUSTICE NEWBOULD:  All right.

24         MR. BARNES:  Thank you, Your Honor.

25         JUSTICE NEWBOULD:  Ms. Kimmel.

1          MS. KIMMEL:  Thank you, Your Honor.

2          I appreciate the remarks from the Courts and I

3    obviously will take audience from the Court, but I would

4    like to just respond to a few of the points to make sure

5    that we have clear direction.  And one of the points that I

6    wanted to raise is the one that Mr. Gottlieb and Mr. Barnes

7    have just been discussing.  As has been put here, there are

8    two witnesses designated by EMEA for allocation that have

9    clearly relevant claims testimony and we will need to have

10   some procedure and mechanism for clocking the time of those

11   cross examinations on claims of those witnesses during the

12   third part of the trial.  They will be traveling from Europe

13   and, you know, you want the EMEA parties to agree to bring

14   them back, which given the difficulty that they're having

15   getting them here in the first round I suspect is not the

16   desired outcome of anybody to have them come twice from

17   Europe to testify.

18          So I think it is important that we have the

19   ability to clock claims time on those particular witnesses

20   who EMEA would like to segregate into a silo allocation but

21   who we believe very strongly has directly relevant claims

22   evidence --

23          JUSTICE NEWBOULD:  Could I ask if -- so that we

24   know what we're talking about what kind of time is expected

25   to cross examine these --

1              THE COURT:  Right.

2              JUSTICE NEWBOULD:  -- allocation witnesses on

3    claims issues.  Are we talking an hour?  Are we talking five

4    days?  Do we know what we're talking about?

5              MS. KIMMEL:  I think it would be relatively brief.

6    I mean, you know, I think --

7              JUSTICE NEWBOULD:  What does that mean?

8              MS. KIMMEL:  I think it would be a half a day each

9    at the most.

10             JUSTICE NEWBOULD:  How many are you talking about?

11             MS. KIMMEL:  Sorry?

12             JUSTICE NEWBOULD:  How many are you talking about?

13             MS. KIMMEL:  There's two witnesses.

14             JUSTICE NEWBOULD:  So this discussion involves two

15   witnesses only?

16             MS. KIMMEL:  This particular discussion involves

17   two witnesses --

18             JUSTICE NEWBOULD:  All right.

19             MS. KIMMEL:  -- who EMEA has designated as claims

20   for --

21             THE COURT:  And these witnesses are out of the

22   country or over in Europe, and therefore it would be

23   inconvenient to bring them back strictly for the claims

24   trial, is that correct?

25             JUSTICE NEWBOULD:  That hasn't been said, though I

1  infer that's what's meant.

2          MS. KIMMEL:  I believe that EMEA would suggest

3  that it would be.  One's coming from England and one's

4  coming from France and both of them have difficulties even

5  getting here for one attendance.  I imagine that bringing

6  them for two would be --

7          JUSTICE NEWBOULD:  Well, you're suggesting they be

8  brought back.  If it were my suggestion taking place,

9  they'd be brought back and cross examined for half an hour?

10          MS. KIMMEL:  Well, no.  Your Honor, I said half a

11  day.

12          JUSTICE NEWBOULD:  Oh, half a day.

13          MS. KIMMEL:  Not half an hour.  I mean I would say

14  that's the most of the time and it would hopefully be less

15  than that, but I think you'd have to assume that it would be

16  a few hours for each of them because Mr. Barnes would have

17  some questions as would we in respect of claims issues for

18  those witnesses.

19          JUSTICE NEWBOULD:  All right.  Well, perhaps Judge

20  Gross and I can talk about that.

21          THE COURT:  Yes.

22          JUSTICE NEWBOULD:  It may be that there can be

23  cross examination of those witnesses, will Judge Gross be

24  there not taking the time and not counting in the allocation

25  time.  Maybe that can be worked out but, why don't counsel

1   try to talk about that and see if it can be worked out.

2           MS. KIMMEL:  We will, Your Honor.  Thank you.

3           THE COURT:  Maybe we should understand that in a

4   25-day trial Justice Newbould and I are going to have to

5   show some flexibility.  You know, we're not running a

6   military operation here and the goal is to hear the

7   evidence.  And we'll work together to make certain that

8   parties and witnesses are not inconvenienced.

9           MS. KIMMEL:  And we appreciate that.  And I

10  appreciate what Mr. Rosenthal said, but I want to make sure

11  that there isn't any disagreement about this either, that

12  the vast majority of the witnesses who are cross over

13  witnesses are going to be testifying essentially to matters

14  that could be essentially relevant to both allocation and

15  claims, particularly on [indiscernible] and transfer

16  pricing.  But what Mr. Rosenthal said is that the allocation

17  record is the claims record and that we clock on the

18  allocation record for the first part.  But to the extent

19  that we cross examine these witnesses, they're the ones who

20  had information about transfer pricing, many of the U.S.

21  Debtors' witnesses, for example, are those types of

22  witnesses.  You know, we obviously need to be clear that we

23  would be taking that evidence elicited as well as what we

24  designate through deposition testimony as part of the claims

25  record as well.

1            JUSTICE NEWBOULD:  Well --

2            MS. KIMMEL:  It doesn't add any time to the clock

3   but I didn't want there to be any confusion --

4            JUSTICE NEWBOULD:  Well, all right.  But is it not

5   the case in any trial that once evidence goes in, anybody

6   can use it?

7            MS. KIMMEL:  That would be what I would expect,

8   but if you --

9            JUSTICE NEWBOULD:  How could it not be?

10           MS. KIMMEL:  As long as --

11           JUSTICE NEWBOULD:  Evidence is evidence.

12           MS. KIMMEL:  Well, as long as we have that clear,

13   you know, because there will be obviously aspects of the

14   testimony that is for both.

15           I just want to come back to the openings because I

16   understand Judge Gross' desire not to hear the claims

17   opening and obviously we noted in our Brief that we filed

18   that we would not necessarily even expect that Judge Gross

19   would sit through that third day if we were to do it at the

20   beginning of the claims opening and I appreciate that

21   everybody is trying to make sure that we can complete what

22   needs to be completed in the time available.

23           But I am surprised by Mr. Rosenthal's submission

24   and I think in fairness to the way in which we've approached

25   this and --

1          JUSTICE NEWBOULD:  Well, why do we need it if I've

2   got the Brief and I can read it in advance?

3          MS. KIMMEL:  Well, Your Honor, I'm loathe to say

4   this, but the Brief in theory that you might have to look at

5   on claims is potentially 600 pages.

6          JUSTICE NEWBOULD:  To me that's counsel's job to

7   prepare something that the Judge can understand and read.

8   And I had this discussion with counsel last time.  I mean an

9   opening Brief is an opening Brief.  It's not a final

10  argument.  It's a Brief telling the Court what the issue is

11  and where you expect it to go.  And if somebody has to file

12  a 350-page Brief or 300-page Brief, good luck to them --

13         MS. KIMMEL:  Your Honor --

14         JUSTICE NEWBOULD:  -- but good counsel don't do

15  that.  Bad counsel do that.

16         MS. KIMMEL:  And we all want to be good counsel,

17  sure we do.

18      (Laughter)

19         MS. KIMMEL:  But I think part of the problem is is

20  that in the absence of an opening where we have the

21  opportunity to interact with you for a day, and it's not

22  very much time, I think, you know, you might receive a

23  longer Brief than would otherwise be filed if we had the

24  opportunity to --

25         JUSTICE NEWBOULD:  To me it should be just the

1   opposite.

2           MS. KIMMEL:  Well, it's hard to gauge what it is

3   that you would need to put before the Court --

4           JUSTICE NEWBOULD:  You just sit in the Judge's

5   shoes.  You understand what I need?

6           MS. KIMMEL:  We try to, Your Honor.  I think the

7   concern we have is that when you're talking about claims by

8   29 entities involving foreign law, multiple causes of action

9   -- you can count them up on two hands -- you know, it's

10  going to be difficult to make these super short succinct

11  submissions and I think, you know, in fairness to Your

12  Honor, I wanted to raise again because it was the

13  expectation based on the January and March pretrial

14  conferences that the claims opening would be done at the

15  onset of trials to give --

16          JUSTICE NEWBOULD:  Okay.  Ms. Kimmel --

17          MS. KIMMEL:  -- Your Honor the benefit of the

18  doubt.

19          JUSTICE NEWBOULD:  -- I've heard you, I've heard

20  Mr. Rosenthal, I've heard Judge Gross.  Let's cut to the

21  chase.  The claims opening will be during the claims

22  process, not during the allocation process so you better

23  prepare a brief that I can understand the issues before the

24  allocation trial begins.  Okay?

25          MS. KIMMEL:  We [indiscernible] --

1          JUSTICE NEWBOULD:  I don't want to revisit that

2     now.  Let's make decisions and let's move on.

3          MS. KIMMEL:  Okay.  I just wanted to make sure

4     that we had fully canvassed the issue given that the

5     opposite submission [indiscernible] --

6          JUSTICE NEWBOULD:  Okay.  Let's move on.  What's

7     the next issue?

8          MS. KIMMEL:  So the next issue has to do with the

9     time available for the allocation openings, and I think it's

10    just a clerical issue, but you'll recall that the Order from

11    Judge Gross, the procedural ruling at Tab H, sets out some

12    time indications for the openings of the parties on

13    allocation.  And there are two things that -- sorry, it's

14    actually in my brief.  It wasn't dealt with in the openings.

15    It's at page 3, paragraph 6 of our outline.  The total time

16    available had included some additional time for the Canadian

17    Creditors Committee and the UKPC Pension claimants, as is

18    set out here.  What we set out in paragraph 6 I think needs

19    a slight adjustment at the request of the U.S. Debtors, and

20    otherwise would be essentially what the opening statement

21    allocations are for allocation openings in the two days that

22    have been assigned.  So the only adjustment that would

23    occur, as I understand it, to the allocations for openings

24    set out in paragraph 6 is that the U.S. allocation group and

25    bondholders will have 3.75 hours.  That is something.  It

1   was an extra 10 minutes that got lost in some of the

2   combinations and notations.  And the only other thing that

3   the Courts should just be reminded of is that there are

4   certain indentured trustees who have the opportunity to make

5   brief reopening submissions if they wish to, whose time

6   isn't technically accounted for in here but in those two

7   days it's 15 minutes and there's I think two or three of

8   them who might have submissions to make.  So the Courts

9   should just be aware of that although not reflected in

10  paragraph 6 but there may be some brief openings from some

11  of the indentured trustees as well on allocation.

12          So I think that that was the issue on openings.  I

13  don't believe there's anything contentious about the time

14  for the openings.

15          The one other thing that we did want to deal with

16  in connection with --

17          MR. FINNIGAN:  Your Honor, I have a submission on

18  that, just a very short -- small submission.

19          JUSTICE NEWBOULD:  Well, have you finished, Ms.

20  Kimmel, on all these?

21          MS. KIMMEL:  I finished my openings.

22          JUSTICE NEWBOULD:  Okay.

23          MS. KIMMEL:  I would like to make another --

24          JUSTICE NEWBOULD:  All right.

25          MS. KIMMEL:  -- submission on the time

1   allocations.  I will -- let's deal with openings.

2              JUSTICE NEWBOULD:  All right.  Go ahead.

3              MR. FINNIGAN:  Judge Gross, good morning.  This is

4   John Finnigan for the UKPC.  My submission relates to the

5   opening statements of the division of time between the UKPC

6   and the CCC, an hour and 15 minutes each.  I just wanted to

7   make a point that despite repeated requests, we have not

8   been consulted about this allocation by the estates.  I

9   don't know why that is.  In any event, this allocation of 2-

10  1/2 hours between the UKP and the CCC is that they be pro

11  rata submissions.  That goes back to our last pretrial

12  conference.  It is our primary and only theory of

13  allocation; it is the CCC's alternative theory of

14  allocation.  So I'd just as soon that we had 2.5 hours to

15  split between the UKPC and the CCC as opposed to dividing it

16  out in an hour and 15 minutes each because I want the

17  ability to try to persuade my friends at the CCC to give me

18  a little bit longer for the opening.

19             JUSTICE NEWBOULD:  Well, you work it out with

20  them.

21             THE COURT:  Yes.

22             JUSTICE NEWBOULD:  Okay.  What's next?

23             THE COURT:  Mr. Rosenthal, did you wish to be

24  heard on openings?

25             MR. ROSENTHAL:  Very, very brief, Your Honor.  I

1  just wanted to point out -- and I think Ms. Kimmel's remarks

2  clarified it -- in the footnote to paragraph 6 she mentions

3  indentured trustees and directors and officers.

4           THE COURT:  Yes.

5           MR. ROSENTHAL:  The directors and officers did not

6  file an allocation pleading.

7           THE COURT:  Okay.

8           MR. ROSENTHAL:  That was required at the outset of

9  the Court Order last year --

10           THE COURT:  Yes.

11           MR. ROSENTHAL:  -- of parties that wanted to

12  participate.  They did not.  She clarified that it's just

13  the indentured trustees that are the non-aligned parties

14  here.

15           One thing I had meant to clarify, by the way,

16  before when Mr. Justice Newbould had asked Ms. Kimmel about

17  directs versus crosses at trial.  I just wanted to make sure

18  there's clarification.  It is mostly cross examination for

19  trial.  Directs, as Ms. Kimmel noted, are limited on fact

20  witnesses to 30 minutes, you know, kind of an introductory

21  type thing.  There isn't limitation, though -- it's not

22  limitation on directs for experts.  Expert witnesses, as you

23  know, sometimes do require more of a direct and more of an

24  explanation because the reports themselves are often really

25  not very presentable --

1              THE COURT:  Sure.

2              MR. ROSENTHAL:  -- to a court.  And I just wanted

3  to clarify that when she said that directs were limited,

4  that's it's only --

5              THE COURT:  Only the facts.

6              MR. ROSENTHAL:  -- with respect to the fact

7  witnesses.

8              THE COURT:  Okay.

9              MR. ROSENTHAL:  That's the only thing I wanted to

10  clarify.

11              THE COURT:  Thank you, Mr. Rosenthal.  I will just

12  tell people as far as the openings are concerned, like the

13  Briefs, they're argument not evidence.  And you ought to

14  keep that in mind and you also ought to keep in mind the

15  fact that Abraham Lincoln spoke for 2-1/2 minutes at

16  Gettysburg and Edward Edwards spoke for 3-1/2 hours.  And

17  who do we remember and who made the impact?  Abraham

18  Lincoln.

19       (Laughter)

20              THE COURT:  Okay.  Ms. Kimmel.

21              MS. KIMMEL:  Thank you, Your Honor.

22              JUSTICE NEWBOULD:  We didn't want the trial to

23  last four score and --

24       (Laughter)

25              THE COURT:  That's right.

1           MS. KIMMEL:  Okay.  There's one other

2    administrative aspect just relating to the trial protocol,

3    and it's a small matter but I think it's worth clarifying

4    and it raises another broader question.

5           If we go to Tab H of the Brief, which is the order

6    with respect to the trial protocol for allocation, there is

7    paragraph 5, the total time allocation for the various

8    groups and the total of 150 hours, which is reflected in the

9    first three groups, but then there was this additional time

10   for the Canadian Creditors' Committee of 12 hours of trial

11   time, which I think for clarity they have indicated they are

12   prepared to work within the Canadian allocation group's

13   time.  And in fact as a mathematical matter if we remove

14   that 12 hours, then we keep to the 150 amount of hours that

15   we're actually provided for in the Order, and we thought

16   that we should just bring to the Courts' attention that that

17   additional 12 hours would need to be in the trial time and

18   that the allocations for the groups, as in paragraph 5 of

19   this Order, would be the U.S. allocation for the 48 hours,

20   the new allocation for 54 hours, and the Canadian allocation

21   for the 48 hours.

22           THE COURT:  Good.

23           MS. KIMMEL:  But what I did want to raise today,

24   and it isn't in the Brief but I think it's important to

25   remind all of us and to just see whether this has any

1    effect, back in January when the settlement between the EMEA

2    Claims and the UKPC claims with the U.S. Debtors took place,

3    it was noted during the hearing -- Judge Gross will recall

4    and, Justice Newbould, for your benefit -- part of the

5    settlement agreement when the U.S. aiding and abetting

6    claims for the EMEA claimants were settled included a

7    reference to the fact that there was an agreement to

8    cooperate between EMEA and the U.S. Debtors in respective

9    allocation matters.  And we, the Canadian Debtors and the

10   Monitor and others, raised at the time the question as to

11   whether that cooperation agreement, if it came to fruition,

12   might have an effect on the equitable allocation of time at

13   trial because obviously if one of the major constituency's

14   positions falls away, it might impact how we would want to

15   be dividing up the trial time for purposes of these

16   allocations.

17          Now, this issue hasn't come up again since, but we

18   did want to raise it now because to the extent that we are

19   tying ourselves in pretzels and trying to figure out how

20   we're going to divide up the time and what's equitable and

21   fair, if there is any agreement that is in the nature of

22   common allocation position, which is what their settlement

23   had been working towards, that, you know, we obviously would

24   then like the opportunity to address the time allocations.

25   And we will [indiscernible] some of the expert deposition

1    proceedings that no questions were asked by the EMEA Debtors

2    of the U.S. experts who had directly criticized the EMEA

3    experts on allocation questions.  Very few questions were

4    asked by the U.S. Debtor counsel of the EMEA witnesses,

5    again, directly contrary positions being put forward, yet

6    not being questioned on deposition.

7         And if there is a common position on allocation

8    that has been or is being developed that would affect the

9    equitable distribution of the time available, of the 150

10   hours available, we thought that it was a time now for that

11   to be reconsidered and reflected upon, you know, because we

12   are now only three weeks away from trial.  And to the extent

13   that there is something that we need to address in that

14   regard, obviously we reserved our rights if and when that

15   were to transpire, but if there is something that can be

16   addressed in that regard sooner than later, it would

17   certainly save us all a lot of heartache and aggravation on

18   the eve of trial having to readjust the time clocks, the

19   allocations, et cetera.  And so I would certainly welcome

20   any update that can be provided to the Courts in that regard

21   and that may affect the overall time allocations for the

22   groups.

23        I see Mr. Rosenthal may have something to say

24   so --

25        THE COURT:  Mr. Rosenthal, yes, sir.

1          MR. ROSENTHAL:  Your Honor, I'm a little surprised

2   I got a 17-page outline yesterday with lots of detail on

3   issues and this one wasn't there.  But I can dispense with

4   this very quickly, which is there has been no change in the

5   EMEA groups' or the U.S. Debtors' allocation positions since

6   the depositions of these witnesses ended two weeks ago in

7   which they espoused different theories of allocation.  To

8   the extent that there is overlap is that they both disagree

9   and have always disagreed strenuously with the Canadian

10  theory of allocation, that the U.S. and the EMEA Debtors are

11  entitled to none of the $4.5 billion proceeds of the

12  Rockstar sale.  That has never changed.  It's been out there

13  forever.  But otherwise, they have different theories of

14  allocation.  They had them throughout expert depositions.

15  They had them in the expert reports and there's been no

16  change to that.

17          THE COURT:  All right.

18          MS. KIMMEL:  We would appreciate the update and we

19  would appreciate the continuing update on any developments

20  in that regard, you know, so that we can all plan

21  accordingly.

22          The other thing that we should deal with briefly,

23  and this may or may not be the right time, but since we're

24  not going to be together again before the trial, I don't

25  think it's been decided who is going to actually run the

1   chess clock for --

2              JUSTICE NEWBOULD:  So it won't be me.

3        (Laughter)

4              MS. KIMMEL:  I don't know that anybody would

5   volunteer for that job if they knew what was good for them.

6   Against all legal advice from everybody on my side of the

7   room Ms. Stam has offered to do it but we should know who is

8   going to do that because that is --

9              JUSTICE NEWBOULD:  She actually offered or was it

10  sort of --

11       (Laughter)

12             MS. KIMMEL:  I'm telling you it was against all

13  legal advice that she was receiving.  But I think we should

14  identify that because whether we settle on what the

15  allocations are, someone probably should keep track of who's

16  speaking when or else we're not going to know how that time

17  has been utilized.

18             THE COURT:  Mr. Rosenthal, I was thinking football

19  referees are out of work right now.  Maybe we could get a

20  time keeper but --

21             MR. ROSENTHAL:  Not if this trial continues to

22  delay and delay, Your Honor.

23             THE COURT:  That's true.  That's true.

24             MR. ROSENTHAL:  In any event, Your Honor, I've

25  been to many arbitration hearings where chess clock

1   approaches are common, never had an issue.  Typically the

2   court reporter transcripts note time on and time off the

3   record and things like that and it's there.  But I would

4   suggest that if each of the parties wants to appoint one

5   person and they could compare notes at the end of the day, I

6   can't imagine this is going to be a subject of dispute.  But

7   we're happy to name somebody.  Ms. Stam can be for the

8   Canadian Debtors and they could at the end of each day

9   reconcile it and look at the transcript if they need.

10          THE COURT:  Does that make sense to you, Justice

11  Newbould?

12          JUSTICE NEWBOULD:  Fine.

13          THE COURT:  I think so, too.  Thank you.

14          MS. KIMMEL:  Okay.  So I think see whether Ms.

15  Stam reconsiders the offer after today's proceedings, but I

16  think it's a good idea that we have people identified for

17  that in case the Judges have questions, et cetera.

18          The next sort of category of things in the Brief I

19  would generically describe as relating to some Pretrial

20  Motions.  I wanted to address two in particular, Justice

21  Newbould, that relate to claims matters.  We had some

22  directions from you and then Mr. Greeley (ph) is going to

23  deal with, I think, the balance of what's in there on

24  Pretrial Motions, confidentiality issues, and some of the

25  other administrative things.

1            But one of the Motions -- just to back up so that

2    we remind ourselves where we're at -- there was a deadline

3    that the parties have agreed to yesterday for the filing of

4    all Pretrial Motions, and so there are, in addition to the

5    one that both Courts are aware of, there are a couple of

6    other ones that have been filed.  Justice Newbould -- and

7    Judge Gross, I'm sorry to take your time, but I just think

8    it's useful to get some direction from Justice Newbould on

9    this issue.

10            There's a Motion that we have brought that is a

11   claims-only Motion.  It has to do with admissibility of

12   certain testimony of the EMEA foreign law experts, of which

13   there are 17.  And the reason why we have brought it forward

14   as a Pretrial Motion is that these particular experts, the

15   parties actually were able to reach an agreement that would

16   avoid the necessity of them appearing at trial at all unless

17   Your Honor wants to see one of them.  But that agreement was

18   subject to reservations of right not only with respect to

19   admissibility issues but also with respect to arguments of

20   weight, et cetera.  Now, we need, in order to preserve the

21   admissibility issue that we have with some of their experts,

22   not all of them, but some of them have been -- and I think

23   [indiscernible] issue of testimony.  And I don't mean to

24   argue the Motion at all.  The reason I raise it now, Your

25   Honor, is that it doesn't necessarily have to be dealt with

1   as a Pretrial Motion.

2           JUSTICE NEWBOULD:  I was going to say, can't this

3   -- the evidence presented subject to the objection that's --

4   it's the final one that's sought in the case?

5           MS. KIMMEL:  Well, what I was going to suggest,

6   Your Honor and it's up --

7           JUSTICE NEWBOULD:  It's pretty difficult in

8   advance for me to start making determinations like that.  I

9   don't know enough about the case.  You folks do.

10          MS. KIMMEL:  And that's what I expected might be

11  the concern.  I just wanted to explain to you the reason we

12  brought the Motion now is normally I would have raised it

13  when they testified because that is an issue that can be

14  raised obviously when the witnesses is in the box and there

15  are other witnesses who may be in that category.  Because

16  these witnesses aren't coming to trial and because trial

17  protocol was set up, this seemed like the last opportunity

18  at which we could preserve that position.  We do not feel

19  that it's necessary for that Motion to be argued and decided

20  by you in advance of the claims part of the trial.

21          Our suggestion in the Motion that we filed

22  yesterday is that, subject to Your Honor's direction, that

23  it actually be addressed in the claims trial in some way,

24  shape, or form, and unless my friends have any objection, we

25  just thought we should get some direction from on that as

1   well.  I think --

2           JUSTICE NEWBOULD:  Mr. Gottlieb is nodding yes so

3   I'll take that as a yes.

4           MS. KIMMEL:  Okay.  So we will defer that and if

5   there are any other claims-only Motions that the parties

6   decide meet that --

7           JUSTICE NEWBOULD:  You can raise it --

8           MS. KIMMEL:  -- general criteria, we'll raise that

9   issue separately.

10          So I'm going to turn it over now to Mr. Ruby, who

11  is going to raise now with you so that the other Pretrial

12  Motion and confidentiality issue.

13          MR. RUBY:  Good morning.

14          JUSTICE NEWBOULD:  Good morning.

15          THE COURT:  Good morning.

16          MR. RUBY:  Judge Gross, Peter Ruby also for the

17  Monitor.

18          THE COURT:  Good to see you again, Mr. Ruby.

19          MR. RUBY:  Thank you, Your Honor.

20          Just to give you the shorthand inventory of other

21  Pretrial Motions so that you have it.  And if I've missed

22  one because they all came in last night, I'm sure someone

23  will let us know.  So you all let me know about the

24  Monitor's Motion on what we think of as the legal experts.

25  So I won't say anything more than that.

1          JUSTICE NEWBOULD:  That's the one that was --

2          MR. RUBY:  That's the one that was filed a while

3   ago and we can talk about how to schedule these maybe

4   altogether, but to give you the inventory of that is the one

5   you know about already.

6          JUSTICE NEWBOULD:  That's the expert evidence of

7   Mr. Verasquez (ph) --

8          MR. RUBY:  Mr. Verasquez, Mr. Stratton (ph) and

9   then responding in accordance with --

10         JUSTICE NEWBOULD:  Right.

11         MR. RUBY:  So you've heard about that already.

12  The Monitor on allocation has brought no other Pretrial

13  Motions.  The U.S. Debtors and the UCC have brought a Motion

14  with respect to the expert reports of Mr. Clark, Mr.

15  Westerbrook, Mr. Basilon, and Mr. Griffin, and they can

16  comment on them, but at least my read is they involve the

17  pro rata area of allocation.  The UK Pension parties have

18  brought a Motion with respect to the reports of Mr. Sankitch

19  and Mr. Kinrench, and they appear to a Chinese patent

20  enforcement issue that are in those two expert reports.  The

21  UK Pension authorities have also brought a Motion with

22  respect to the report of Mr. McConnell at [indiscernible]

23  and I understand what that one's about.  And the CCC has

24  brought a companion Motion with respect to the legal expert

25  reports.  And by my count, other than the Motion Ms. Kimmel

1   brought up, the good news is that's it for Pretrial Motions.

2            JUSTICE NEWBOULD:  These are Motions for expert

3   reports.  I've heard talk and saw the Brief and heard talk

4   that the experts may not be called.  Were you aware that

5   these experts are intended to be called as line witnesses?

6            MR. RUBY:  So there are two categories of legal

7   experts if I can put it that way.  One only relates to claim

8   and they're non-North American formal foreign law experts.

9   Those are not being called and that's by agreements of the

10  claims-related parties and that's what Ms. Kimmel was

11  talking about earlier.  The other category are the three

12  sort of legal interpretation experts, Mr. Brass, Mr.

13  Stratton (ph), and Mr. Hersheid (ph) -- I know that the U.S.

14  used Mr. Baresty (ph) as something more than a legal expert

15  but he's a lawyer if I can put it that way.  And so that --

16           JUSTICE NEWBOULD:  These experts would be called

17  at the trial subject to they argue they shouldn't be used

18  but it's the intention that they would be called at the

19  trial?

20           MR. RUBY:  That is what presumably the parties --

21           JUSTICE NEWBOULD:  I'm just asking --

22           MR. RUBY:  Yes.

23           JUSTICE NEWBOULD:  -- whether there's a need for

24  Pretrial Motion if they weren't going to be called.  But if

25  they're going to be called, then I understand.

1          MR. RUBY:  With respect, Your Honor, I think the

2     submission of the parties is that everybody who's presented

3     those reports wants to call them for trial.  [indiscernible]

4     call in, the other parties want to cross examine them for

5     trial.

6          So really, Your Honor, for our purposes what we're

7     asking for today is really a scheduling matter, which is we

8     would like to be heard orally at least with respect to the

9     legal experts' Motion.  I don't know how the other parties,

10    because they only filed last night, feel about their

11    Motions, of whether they should be heard orally or only in

12    writing.  So what we're asking for, Judge Gross and Justice

13    Newbould, is a hearing date in advance of the trial for you

14    to determine these Motions or at least the Canadian Motion.

15         THE COURT:  Am I correct, Mr. Ruby, we're also

16    waiting for responses to these Motions?

17         MR. ROSENTHAL:  Your Honor, I could speak to that

18    if that's --

19         THE COURT:  Yes.  I think April 25th --

20         MR. ROSENTHAL:  -- okay with the Courts.

21         THE COURT:  -- is the date for the responses.

22         MR. ROSENTHAL:  Well, Your Honor entered an Order

23    denying the Motion to Shorten --

24         THE COURT:  Yes.

25         MR. ROSENTHAL:  -- on April 16th and you set April

1   25th at 4:00 p.m. as the response date.  Mr. Ruby just

2   mentioned, though, that even though the Canadian Debtors'

3   Motion on this issue was filed 11 days ago, at about 8:00

4   last night we got a Motion from the CCC on the same issue,

5   seeking to strike the same expert.

6           THE COURT:  Okay.

7           MR. ROSENTHAL:  We approached Mr. Ruby this

8   morning, my friend Mr. Gray, in the courtroom up in Canada,

9   and said it really does not make sense to brief these twice

10  with two schedules.  We proposed that all of the Briefs that

11  were filed yesterday have response dates of next Monday

12  night with filings on Tuesday morning.  We proposed that why

13  don't we, with the permission of the Court, combine our

14  response to the CCC's Motion?  We thought that they had just

15  joined.  In fact they had filed a Joinder of the Canadian

16  Debtors' Motion.

17          THE COURT:  Right.

18          MR. ROSENTHAL:  We were surprised last night we

19  got another one with about 12 pages of new argument from

20  them, new authorities.  We would propose, with the

21  indulgence of the Court, that we'll respond to everything

22  next Monday night.  We'll file it Tuesday morning.  I

23  understand that Mr. Ruby is okay with that but --

24          THE COURT:  That makes sense to me as well,

25  Mr. Rosenthal.

1          MR. ROSENTHAL:  The only other thing that I would

2    say with respect to argument on it is, again, Your Honor,

3    has issued an Order on April 16th in which you said the

4    Court will request argument if the Court is not able to

5    decide the matter on the papers with respect to all of the

6    Pretrial Motions.  That's our view is that we will wait

7    until the Courts have read the papers and seek instructions

8    from Your Honors.  If Your Honors want to have the parties

9    come in before trial, I don't know when the time will be,

10   but if you want to have us come in, we are at your disposal.

11   We'll come in for argument.  If the Courts decide after

12   reading the papers that you don't need argument, we're happy

13   not to have argument and we think that it ought to be the

14   Courts that give us direction after you've reviewed the

15   papers, just as Your Honor said in the April 16th Order.

16          The one last thing I want to clarify, so that

17   there's no doubt about this, is we are not calling a

18   Canadian law expert.  Mr. Baresken (ph) has made very clear

19   in his expert report he's offering an opinion on custom and

20   practice.  I understand that the exclusion argument is

21   predicated on him being a Canadian law expert but that is

22   not his opinion.  We'll obviously brief it at the

23   appropriate time.  The CCC, in fact in their Brief, is

24   addressing whether he's an appropriate custom and practice

25   expert.  That's what he's offered at.  And again, our papers

1  will address this issue.  We just wanted to be clear that we

2  don't agree with Mr. Ruby's characterization of

3  Mr. Baresken.

4            THE COURT:  Okay.  All right.  Justice Newbould --

5            JUSTICE NEWBOULD:  Mr. Ruby --

6            THE COURT:  -- how do you feel about argument on

7  these Pretrial Motions?

8            JUSTICE NEWBOULD:  Sorry?

9            THE COURT:  What is your thought on the Pretrial

10  Motions?  Should we get them, read them, and then have an

11  opportunity to decide if we want oral argument on them?

12            JUSTICE NEWBOULD:  Well, I just wanted to ask

13  Mr. Ruby first what he thought about that because whether

14  you wait to hear -- we read the Briefs and decide on the

15  oral argument.  Are you satisfied with that?

16            MR. RUBY:  Candidly, Your Honor, we think that on

17  a legal experts argument, because of what they're

18  addressing, which is in our view the key agreement in the

19  case, the Court would benefit from oral argument on at least

20  that Motion.

21            JUSTICE NEWBOULD:  How much time do you think

22  would be needed, an hour?

23            MR. RUBY:  Realistically from the number of

24  parties it's probably half a day.  Even if each party --

25            JUSTICE NEWBOULD:  I'm reluctant.  I am extremely

1  reluctant to be scheduling half-day motions between now and

2  the start of the trial.

3          MR. RUBY:  I understand, Your Honor.

4          JUSTICE NEWBOULD:  There's enough work to be done

5  in this case without a half-a-day Motion.

6          Is your -- I'm sort of easy on this, Judge Gross.

7  I'm quite happy to look at it and decide afterwards whether

8  we need oral argument or not, and it might help the lawyers

9  draft proper precise Briefs.

10          MR. FINNIGAN:  Your Honor, may I be heard on this?

11          JUSTICE NEWBOULD:  Sure.

12          MR. FINNIGAN:  Again, it's John Finnigan from the

13  UKP.  We would like the opportunity to be able to make oral

14  submissions, particularly on the U.S. Debtors' Motions heard

15  last night to strike our experts, Clark, Westerbrook and

16  Basilon, which our core expert evidence on our pro rata

17  theory.  So we would really like the opportunity to make

18  oral submissions to the Court before a ruling is made on the

19  admissibility of those expert reports.  It's a

20  [indiscernible] matter.  I would be surprised if any of the

21  Motions would take more than two hours to argue, maybe an

22  hour-and-a-half.  But I think on that at least we would like

23  to be heard.

24          THE COURT:  But there are five of them.

25      (Laughter)

1            JUSTICE NEWBOULD:  Mr. Rosenberg.

2            MR. ROSENBERG:  -- Rosenberg from the CCC.  Good

3    morning, Justice, Judge Gross.  [indiscernible] the timeline

4    argument, there's a different path to accommodate counsel.

5    I'm not going to talk about the substance of the Motions.

6    It would be very helpful to counsel if you set aside some

7    time so that if there was going to be oral argument, that it

8    would take place in a certain place at a certain time

9    because you are right, Your Honor, there is an overwhelming

10   amount of work to do, so I would ask simply that you set

11   aside and reserve day and some time so that we know --

12           JUSTICE NEWBOULD:  Perhaps Judge Gross and I could

13   have discussion about this afterwards and see what the

14   calendars are like and we'll let you know.  Is that

15   satisfactory, Judge Gross?

16           THE COURT:  Yes, it is.  And I'll just note that

17   the parties have a lot going on with Briefs and all due on

18   May the 2nd.  Is it May the 2nd?

19           MR. ROSENTHAL:  Yes, Your Honor, that's our

20   Pretrial Briefs.

21           THE COURT:  So I would think that you would prefer

22   to have arguments sometime after May 2nd perhaps.

23           MR. ROSENTHAL:  I actually don't think that these

24   Motions are going to be fully briefed until May 5th, which

25   is also why I'm not sure whether oral argument is practical,

1   but it's up to the Courts.

2           THE COURT:  Maybe I looked at the calendar wrong.

3   I thought --

4           MR. ROSENTHAL:  So the --

5           THE COURT:  -- we were getting your Briefs on

6   these Motions by around the 30th?

7           MR. ROSENTHAL:  The Briefs were filed yesterday.

8           THE COURT:  Yes.

9           MR. ROSENTHAL:  The oppositions are due next

10  Monday --

11          THE COURT:  The 28th?

12          MR. ROSENTHAL:  -- and the replies are due the

13  following Monday, the 5th.

14          THE COURT:  Oh.

15          MR. ROSENTHAL:  So they will be fully briefed and

16  submitted to the Courts the morning of the 6th.  We're

17  happy --

18          THE COURT:  Do we need replies?

19          MR. ROSENTHAL:  I think so.  I think that these

20  are --

21          THE COURT:  Oh, you do?

22          MR. ROSENTHAL:  -- significant enough issues to

23  reply.  We've negotiated a schedule where the parties all

24  agreed that they would have an opportunity for reply.

25          THE COURT:  All right.  All right.  So you're

1  right.   Justice Newbould and I will talk about our schedules

2  and schedule something for after the 5th, but before the

3  12th.

4          MR. RUBY:   Thank you, Judge Gross.   And just to

5  preview one other element why I suggest it's important to

6  schedule the Motion time in the week before the trial is I'm

7  going to talk in a minute about confidentiality --

8          JUSTICE NEWBOULD:   And I have a good question

9  about --

10          MR. RUBY:   -- and we are [indiscernible], and we

11  are suggesting that we use that time assigned because it's

12  not just these parties that talk about confidentiality but

13  third parties outside trial who are going to have to be

14  given notice of an opportunity to have their say.   So my

15  suggestion is maybe we'll have a Motion --

16          JUSTICE NEWBOULD:   To answer that, I've got some

17  questions so when you get finished.

18          MR. RUBY:   Okay.   So those I think are the

19  Pretrial Motions, and so maybe the place to turn is to the

20  confidentiality issues right away and I'll come back to

21  what's at the top of page 13.

22          JUSTICE NEWBOULD:   Before you get into that, as

23  the new boy on the block, when I look at this, I see we're

24  dealing with a company that's been dead for years.   What

25  could possibly be confidential?   That's the question I've

1  got.  Because you're in a trial with this can't be seen,

2  that can't be seen, you can't talk about this out loud, et

3  cetera.  It's not a very good way to run a ship.  So what is

4  possibly confidential?

5          MR. RUBY:  So we recognize the problem and you see

6  it outlined in spades in our Brief.  Maybe I can put it this

7  way.  There's a push-and-pull here in this case.  There are

8  parties outside who think they have confidentiality rights

9  by contract.

10          JUSTICE NEWBOULD:  Well, just give me an example.

11          MR. RUBY:  So, for example, the Canadian Tax

12  Authorities have an agreement related to the negotiations of

13  transfer pricing.  Now, without commenting whether they're

14  right or wrong about confidentiality, they'll make their

15  arguments at the right time.  They suggested that certain

16  tax-related documents that, in our view, are important for

17  the Court to see, are confidential and should be the

18  specific of a Protective Order.

19          JUSTICE NEWBOULD:  And why are they confidential?

20          MR. RUBY:  Because there's an agreement with the

21  Canadian estate that deals with confidentiality.

22          JUSTICE NEWBOULD:  When was this agreement made?

23          MR. RUBY:  I don't have all the dates for you,

24  Your Honor, but --

25          JUSTICE NEWBOULD:  Well, just was it mainly while

1  the company was still operating?

2         MR. RUBY:  No, I think they [indiscernible]

3  afterwards.  So this is part of the parties' continuing tax

4  issues.  Another different example is the parties entered

5  into confidentiality agreements in the normal business

6  course where there would be business information.  This is

7  before the filing.  Those parties may still think that there

8  is something confidential in the information that we want to

9  put in front of the Court or other parties want to put in

10  front of the Court.  A third example, just to give you the

11  flavor, is in the transaction documents for these business

12  sales and the Rockstar sale, there are confidentiality

13  provisions.  So without --

14         JUSTICE NEWBOULD:  And the reason?

15         MR. RUBY:  Well, at the time, for example, to give

16  you Rockstar, may be the easiest example.  So the patents

17  were purchased along with all kinds of information about the

18  patents, business plans related to the patents, et cetera.

19  It is possible that the purchaser of Rockstar will assert,

20  based on an agreement with the parties, that they are

21  entitled to have held confidentially some of the information

22  that is also relevant to the trial.  I don't propose to

23  argue this all in front of you.

24         JUSTICE NEWBOULD:  I'm just trying to understand.

25         MR. RUBY:  Yes.  So the bottom line is that we

1  face potentially arguments from third parties saying we have

2  confidentiality in documents related to the trial, and then

3  the other side are certain parties who've told the Courts

4  before that it's very important to have an open trial.  And

5  we recognize all the administrative --

6        JUSTICE NEWBOULD:  Well, has anybody contacted

7  these people to find out if in fact they do have

8  confidentiality concerns?

9        MR. RUBY:  At least with respect to one party,

10 yes.  And this affects, I should tell you, Your Honor,

11 different estates differently depending on what agreements

12 are with who.  But the other estates can speak to this but I

13 think it affects everybody to some degree, all three

14 estates.  So what our proposal is today is nothing more than

15 asking you to set aside a date so that we could give notice

16 to people that there will be a date certain where

17 confidentiality at the trial will be address.

18        Maybe put out notice, which I should tell you,

19 Judge Gross and Justice Newbould, the notice is not

20 something we figured out how to do because depending on how

21 this works, there could be a lot of people in business with

22 the company that think that they have arrangements that

23 require confidentiality.  So that's something we still have

24 to sort out, but if we would have a date certain, a date

25 before the trial that at least -- remember we will figure

1  out who to give notice to will have an opportunity to have

2  their say.

3         And I should tell you that there have been

4  discussions in the estate about how the best way to do this.

5  Those discussions are not yet complete so we don't have a

6  firm proposal for you.  But today I think what we're asking

7  for is just time on the docket.

8         JUSTICE NEWBOULD:  So it might be what you're

9  asking us is another time the week before the trial starts,

10  during that week of the 5th?

11         MR. RUBY:  Yes.  And that's why I say when Mr.

12  Rosenberg, who I agree with on this point asks can we set

13  aside time, it's a time for more than one thing.  It's

14  Pretrial Motions and it's to deal with this confidentiality

15  that [indiscernible].

16         JUSTICE NEWBOULD:  You don't know how much time

17  would be required for the confidentiality issues?

18         MR. RUBY:  Well, from the estate's point of view

19  [indiscernible].  It really depends on who comes forward and

20  what arguments they make.  And our hope is is that if we

21  tell people the Courts will deal with this on a date

22  certain, at least the ones we can easily contact, then we

23  can engage in productive discussions and maybe it won't be

24  necessary, but without a date, it's difficult.

25         THE COURT:  Mr. Rosenthal --

1              JUSTICE NEWBOULD:  If it makes sense, Judge

2    Gross --

3              THE COURT:  I was just going --

4              JUSTICE NEWBOULD:  Would it make sense to schedule

5    to have one date for the Motion that we have to schedule

6    anyway?

7              THE COURT:  Yes.

8              JUSTICE NEWBOULD:  To deal with that, too?

9              THE COURT:  Yes.  But let me hear from

10   Mr. Rosenthal because he's kind of a practical guy.

11   Mr. Rosenthal.

12             JUSTICE NEWBOULD:  I'm sorry.

13             MR. ROSENTHAL:  Your Honor, and in fact there is a

14   very practical concern that I want to just raise if we're

15   going to kind of kick this down the road two weeks on short

16   notice to the world.  I think that 98 percent or so of

17   what's going to happen in this trial, as Justice Newbould

18   pointed out, it may have been confidential at one point in

19   time, you know, Nortel's financials and things like that.

20             THE COURT:  Right.

21             MR. ROSENTHAL:  Nobody cares now.  You know, the

22   company has not been operating for years.  I think that for

23   98 percent of what we have confidentiality should just be

24   dispensed with, and you know, these expert reports should be

25   out in the open.  All of the Motions that were filed under

1   seal yesterday frankly they don't need to be under seal.

2            There are two particular areas though that I think

3   are of such significant concern, and I don't think they can

4   just be deferred for two weeks until the eve of trial, one

5   of which is the obligations to the buyers, you know,

6   Rockstar paid $4.5 billion for the patent portfolio and they

7   have very significant, you know, confidentiality concerns we

8   believe and there are certainly obligations.  And the

9   proposal of the Canadian Debtors is not only that we get

10  nothing from that sale but we could be liable to them if we

11  breach confidentiality.  So we want to do it right with

12  respect to them and the buyers.

13           And the second thing is, you know, we've got

14  claimants who have filed, you know, multimillion-dollar,

15  even billion-dollar claims here in the United States where,

16  to the extent any information relating to those claims is

17  going to be disclosed, we'd really rather not that be part

18  of the public record.  But these are discrete documents, and

19  my fear is that if in two weeks we just give a generic

20  notice to the world that says we're going to be discussing

21  Nortel's confidentiality in two weeks, does that satisfy the

22  due process obligations to notify them?  They're going to

23  come, they're going to say what documents are we talking

24  about?  How do they make a decision?

25           I think that the approach that the U.S. Debtors

1    have proposed to the Canadian Debtors is we know what

2    documents we're talking about.  It's such a narrow subset

3    that we can essentially relinquish confidentiality generally

4    and if it's something that is related to the Rockstar sale

5    or is related to the sale of the enterprise business where

6    there's an obligation or it does relate to a claimant, on a

7    document-by-document basis we could just inform the Courts

8    at the time that specific document is going to be used and

9    referred to in open court.

10             And I think that that's the approach because

11   otherwise, if we're going to give notice but we're not going

12   to tell the world what it is that we're talking about

13   relinquishing, I think we're going to have your entire seven

14   hours that you're contemplating or the half-day that Mr.

15   Ruby said for Motions, we're going to have lots of objectors

16   come in and they're going to be arguing.  You know, I don't

17   know what we say at that point.  So I just think we need to

18   have a little bit more structure and framework than just a

19   let's set aside a date and tell the world we're going to be

20   talking about this.

21             Thank you.

22             THE COURT:  Thank you, Mr. Rosenthal.

23             MR. RUBY:  Your Honor [indiscernible] --

24             MR. QURESI:  Your Honor, if I could briefly --

25             THE COURT:  Mr. Quresi, yes, sir.

1          MR. QURESI:  -- be heard on this point.

2          THE COURT:  Yes.

3          MR. QURESI:  Abid Quresi, Akin Gump Strauss Hauer

4    & Feld on behalf of the Official Committee of the U.S.

5    Debtors.  And good afternoon, Justice Newbould.

6          The Creditors, of course, Your Honor, as you might

7    understand, have a significant concern about confidentiality

8    and want these proceedings to be public.  The only thing I

9    would add to Mr. Rosenthal's submissions, with which we

10   agree, is that with respect to certain pleadings,

11   particularly the Pretrial Motions, there's no need to wait.

12   It is very clear to the parties that there's nothing

13   confidential in those.  So I think that all of the parties

14   to this proceeding ought to be frankly instructed if we

15   can't agree to get together right away and agree, that those

16   pleadings should be filed publicly and available to

17   everybody.  The Motions that were filed last night I think

18   are the best example of that.  I don't think any of them

19   raise any confidentiality concerns whatsoever.  They were

20   all filed under seal.  That respectfully ought to happen

21   without delay.

22         THE COURT:  And how about the briefing that we'll

23   be getting?  Will that be referring to any of these

24   confidential documents or --

25         MR. QURESI:  The pretrial briefing?  I think that

1   quite possibly could and again there the right fix is to

2   redact where necessary but hopefully as little as possible.

3           THE COURT:  Right.

4           Justice Newbould, perhaps we could talk about

5   this.

6           JUSTICE NEWBOULD:  Judge Gross, I think one or two

7   people want to talk about it first.  Mr. Rosenberg?

8           MR. ROSENBERG:  Thank you, Your Honor.

9           Last June, the CCC brought a Motion on this

10  subject, so I'm not quite sure what Mr. Rosenthal is talking

11  about when he discusses structure, advanced warning process.

12  We brought a specific Motion dealing with the discovery

13  process and the trial.  It was settled on the basis that

14  there would be [indiscernible] with respect to

15  confidentiality of documents at the trial subject to further

16  Order of the Court.  I got the Factum this morning; it was

17  June 10th or 11th.  You filed a Factum on June 5th and

18  briefly you talk about the Sierra Club case and the

19  Hollinger case and in our Factum we refer to the fact that

20  our position in this we don't want the onus or

21  [indiscernible] onus is on a party seeking a sealing order

22  and you also cited the Hollinger case which said very

23  specifically just because the parties agree to something

24  doesn't mean it's confidential.  It's in the hands of the

25  Court.  And the purpose of this background is the CCC

1  represents tens of thousands of pensioners, disabled people,

2  former employees who seek an open trial.  If there are

3  documents that are proven within the process and committee

4  and law with the onus being on the party seeking to keep the

5  document under seal, then so be it.  But I'm not quite sure

6  what we're talking about.  This has been outstanding now for

7  9 or 10 months.  It's not a question of [indiscernible] on

8  the eve of trial.

9          JUSTICE NEWBOULD:  You say there's an Order that

10  has been made?

11          MR. ROSENBERG:  There was an Order made dealing

12  with the discovery process, the depositions, and

13  [indiscernible] that would be no orders with respect to the

14  trial unless somebody brought an issue forward.

15          JUSTICE NEWBOULD:  All right.  So --

16          MR. ROSENBERG:  And that was in June of last year.

17  I'm not going to read from the Factum -- [indiscernible]

18  issues.  Your Honor --

19          JUSTICE NEWBOULD:  Was this -- was this --

20          MR. ROSENBERG:  -- Canadian law --

21          JUSTICE NEWBOULD:  Was this put in an Order in the

22  Canadian Court or the U.S. Court or both?

23          MR. ROSENBERG:  Both of them.

24          JUSTICE NEWBOULD:  All right.

25          MS. KIMMEL:  Your Honor, just for convenience,

1    this is Tab K of the --

2         JUSTICE NEWBOULD:  Tab K?

3         MR. RUBY:  So, Your Honor, we've all experienced

4    in this room when somebody wants to see an Order, bring

5    forward a Motion seeking a Sealing Order and that includes

6    the Rockstar claimants, that includes the CRA and the

7    American tax authorities.  There's a [indiscernible] and

8    sealing motion.  This is a matter of public record.  It's

9    not a question [indiscernible] trial.  And we have people

10   who represent who've had massive cuts to their pensions.

11   The LGE claimants, some of them might be 20, 30 cents on the

12   dollar --

13        JUSTICE NEWBOULD:  Yes.  Look, I understand it.

14   I understand your clients' concerns.  Is it not possible, as

15   Mr. Rosenthal has suggested, that counsel quickly identify

16   what they think should remain confidential.  Can counsel get

17   together?  You're a reasonable man; you may agree that

18   somebody's got $4.5 billion worth of patents is entitled to

19   have some confidentiality.  I don't know.  But is it not

20   possible to have the two percent identified quickly and have

21   counsel talk about it and see if something can be arranged?

22        MR. RUBY:  Yes, Your Honor.  I also believe in

23   the belt-and-suspender approach and set aside

24   [indiscernible] and we'll have to figure out amongst counsel

25   there, well may be there are documents that we agree can be

1   kept confidential.  The question then becomes how do we

2   bring it to trial?

3         JUSTICE NEWBOULD:  Well, that's the next question

4   but we have to deal with one step at a time.

5         MR. RUBYG:  Right.  But it's easier to create a

6   theoretical from that --

7         JUSTICE NEWBOULD:  Right.

8         MR. RUBY:  -- like when the trial comes and we're

9   giving argument and we're cross examining people, are we

10  going to be in and out of that trial?  And again, Your

11  Honor, the purpose of this submission is this is not going

12  to be raised in June in a [indiscernible].  Thank you.

13        JUSTICE NEWBOULD:  Thank you.

14        MR. ROSENTHAL:  Your Honor, can I just respond

15  real briefly because when Justice Newbould asked

16  Mr. Rosenberg is there a Court Order --

17        THE COURT:  Right.

18        MR. ROSENTHAL:  -- he said I filed a Factum.

19        THE COURT:  Yes.

20        MR. ROSENTHAL:  But there is a Court Order.  And

21  on --

22        THE COURT:  That's what I'm looking at.

23        MR. ROSENTHAL:  -- June 11th, 2013 --

24        THE COURT:  Yes.

25        MR. ROSENTHAL:  -- the Court approved the

1   Protective Order in this case.  And I'm sorry; I have not

2   had time to go through in the minute that I'm sitting here

3   because I did not realize that he was going to make this

4   argument.  But my recollection is that within that

5   Protective Order it says this Protective Order shall apply

6   throughout discovery and the Courts will address with the

7   parties, as Mr. Ruby raised now, what we do about

8   confidentiality for trial.  There was never an Order saying

9   that the trial is going to be purely open and no

10  confidentiality.  I mean we have contractual obligations

11  that all of the Creditors of these estates will be harmed if

12  we incur liability for breaching those.  And we just think

13  that the process should be right but there's been no Order

14  saying that this has been waived.

15          THE COURT:  I can't imagine such an Order.

16          MR. GOTTLIEB:  Your Honor, I agree there is no

17  Order given [indiscernible].  Justice Newbould, just so you

18  have it in front of you, do you want to look at paragraph 16

19  of the Order that's before you there --

20          JUSTICE NEWBOULD:  Paragraph 16 of the Protective

21  Order?

22          MR. GOTTLIEB:  Paragraph 16, page 177 of the

23  record, and paragraph 19.

24          MR. ROSENTHAL:  Mr. Gottlieb is right.  It's --

25          JUSTICE NEWBOULD:  You're --

1              THE COURT:  Survival.

2              MR. ROSENTHAL:  It survives.

3              THE COURT:  Yes.

4              MR. ROSENTHAL:  It doesn't get set aside.

5              THE COURT:  Yes.  There was a process in place

6    for parties to negotiate confidentiality.

7              UNIDENTIFIED:  Yes, 8(b), Your Honor --

8              UNIDENTIFIED:  Yes, Mr. --

9              THE COURT:  8(e)?

10             MR. ROSENTHAL:  Yes --

11             UNIDENTIFIED:  It's 8(d) --

12             MR. ROSENTHAL:  -- it's 8(d) as in dog.

13             UNIDENTIFIED:  -- D as in David.

14             MR. ROSENTHAL:  It says, "This Protective Order

15   shall --

16             UNIDENTIFIED:  D as in dog.

17             MR. ROSENTHAL:  -- not by default govern the use

18   of confidential or highly confidential discovery material at

19   trial.  Instead, the parties shall meet and confer in good

20   faith," as we've been doing, "and seek instructions from the

21   Court as necessary prior to the start of any trial."  And

22   that we reserve rights.

23             THE COURT:  Right.

24             MR. ROSENTHAL:  Thank you.

25             THE COURT:  That makes sense, Mr. Rosenthal.

1          JUSTICE NEWBOULD:  Well, Mr. Rosenthal, it

2    strikes me that what Mr. Rosenberg has been asking is you

3    are suggesting that at some point that two percent be

4    identified.  I guess what Mr. Rosenberg would be asking is

5    how quickly can you identify the two percent so we can deal

6    with it?

7          MR. ROSENTHAL:  I think, Your Honor, we have

8    exchanged initial exhibit lists.  We certainly go through

9    those and I think supplemental exhibit lists are coming

10   Friday and I think that it is incumbent upon the parties to

11   do that as swiftly as possible and we can report back to the

12   Courts sometime next week and see how we should handle it.

13   But I do think that it's a very modest percentage that we're

14   dealing with.

15          THE COURT:  Wonderful.

16          JUSTICE NEWBOULD:  Okay.  So shall we live with

17   that at the moment, Mr. Rosenberg?

18          MR. ROSENBERG:  Yes.

19          JUSTICE NEWBOULD:  Okay.

20          MR. ROSENBERG:  Yes, Your Honor.  The whole point

21   is the question of the timing.  This has been outstanding.

22   We were waiting --

23          JUSTICE NEWBOULD:  I understand.

24          MR. RUBY:  So just to put [indiscernible] on it,

25   all we're asking for from the Court because --

1          JUSTICE NEWBOULD:  No, I know what you're asking

2    for.  You want a day and time.

3          MR. RUBY:  Yes.  And I'm delighted to agree with

4    what Mr. Rosenthal says on this point.  We should continue

5    to cooperate and see what we can do.

6          JUSTICE NEWBOULD:  Right.

7          MR. RUBY:  All right.  And so with that, this

8    closes the confidentiality.  Then we can, Your Honors, go

9    back to the top of page 13.  The remaining issue is, at

10   least on this outline for today -- [indiscernible]

11   confidentiality is exciting but even less exciting.

12          So these are really questions in paragraph 30 and

13   31 just for the Courts to help us help you.  So the first

14   question under A is how would you like the exhibits at

15   trial?  We can deliver them on paper.  We can put them on

16   USB keys.  The parties are working together to try and find

17   some electronic way of making sure we don't kill too many

18   trees during the trial because, as you've heard, there are

19   14,000 trial exhibits so far.  So we leave it in your hands

20   how you'd like us to do this with --

21          THE COURT:  Well, my concern -- and Mr.

22   Rosenthal, let me hear from you first.

23          MR. ROSENTHAL:  As long as we're on this

24   paragraph, the only thing --

25          THE COURT:  Yes.

1          MR. ROSENTHAL:  -- I just wanted to mention, Your

2 Honor, was one thing that's kind of related, which is the

3 trial Briefs are due on May 2nd.  We've been exchanging

4 things with kind of an 8:30 p.m. deadline.

5          THE COURT:  Yes.

6          MR. ROSENTHAL:  I would have no objection if it

7 would suit the Courts with respect to the trial Briefs to

8 move that particular deadline up to 4:00 p.m.  It's a

9 Friday.  That way Your Honors have the Briefs before the

10 weekend since it's so close to trial starting.  I just

11 wanted to get guidance from the Courts whether you'd like

12 that, whether the later in the evening but by email is okay.

13 We just don't want the Courts to lose the weekend if you're

14 hoping to have that.

15          THE COURT:  Absolutely.  I'll need that weekend

16 of course.

17          JUSTICE NEWBOULD:   So you want us to lose the

18 weekend.

19      (Laughter)

20          MR. ROSENTHAL:  I guess lose is a relative term.

21 But let us know if you'd like us to move up that last Friday

22 deadline to a point that we could actually physically file

23 it on Friday, May 2nd.  We can do that, like I said, or

24 email.  Just give us guidance as to how the Courts would

25 like the trial Brief because I know that that's obviously a

1  significant submission for the Courts.

2           THE COURT:  Sure.  Well, as far as I'm concerned,

3  if I could have all of the Briefs delivered so that I can

4  get them on Saturday morning -- I'm not trying to cut

5  parties short; I know you'll need time.  And I'm not going

6  to read them necessarily Friday night, but I certainly would

7  Saturday and Sunday, and I would be coming in Saturday and

8  Sunday and would like to have them here then and can make

9  arrangements for delivery.

10           MR. ROSENTHAL:  If you could just, you know,

11  obviously let Mr. Abbott know and --

12                          THE COURT:  Yes.

13           MR. ROSENTHAL:  -- Justice Newbould could let

14  counsel know up in Canada how best you would like us to do

15  it and by what time, whether it's Friday night or Saturday,

16  you would physically like it.  We will make sure to

17  accommodate that.

18           THE COURT:  Thank you.  Now, I don't know about

19  Justice Newbould and I shouldn't be speaking for you, sir.

20           JUSTICE NEWBOULD:  Well, I'll be easy on this but

21  just get the file by the end of Friday sometime.

22           MR. RUBY:  At least in Canada, Your Honor, we can

23  get that.  And maybe, Judge Gross this works for you, we'll

24  deliver electronically Friday but whatever time you'd like

25  with paper copies or we can send them to you, Justice Gross

1  Saturday morning, Justice Newbould, whenever you want

2  them --

3            THE COURT:  That will be fine.

4            JUSTICE NEWBOULD:  So you're coming back to how

5  you want to run the trial.

6            MR. RUBY:  Yes.

7            JUSTICE NEWBOULD:  Are you proposing that we all

8  have Monitors and that the exhibits -- it will be done

9  electronically.  It'll just appear [indiscernible] rather

10  than [indiscernible]?  Is that what you're proposing?

11           MR. RUBY:  The parties are --

12           UNIDENTIFIED:  We have a little --

13           MR. RUBY:  We're trying to figure out exactly

14  this, and one of the messages I received back is they're

15  trying to figure out what the Court would like, and having

16  an electronic system where the document pops up on your

17  screen, the only real concern with that other than the

18  expense in getting it organized is that you will have a

19  screen, Justice Gross and Justice Newbould, a lot like a

20  normal electronic file.  It's also going to have to show

21  what's on in the other courtroom.  So the more we put on

22  your screen, the smaller it gets.  And you're also going to

23  have a screen with the live transcript.  So if you'd like a

24  screen that means probably adding a third one, and then we

25  won't be able to see you.

1            JUSTICE NEWBOULD:  Speaking for myself, I haven't

2    talked to Judge Gross about this, I've had a lot of trials

3    in the last couple years where everything's been on

4    summation, and I've got everything on my computer but you

5    have hard copies of documents.  If their expert reports, for

6    example, the expert is in the box, I often like to make a

7    note on that expert report, a hard copy, while the expert is

8    testifying.  I'm sure there's some ways I can sit there and

9    make a note on the computer but I haven't learned that one

10   yet.  I don't know about you, Judge Gross.

11           THE COURT:  Well, you know, my skills are

12   somewhat limited on computers.  The only thing that concerns

13   me is with so many thousands of documents --

14           JUSTICE NEWBOULD:  Right.

15           THE COURT:  -- then you have to pull them out,

16   you know, on a fairly rapid --

17           MR. RUBY:  So may I make a proposal?  And this is

18   a matter of dialogue with the Courts.  We can do anything

19   you'd like, but if I can propose that we provide the two

20   Judges and the witness with hard copies of whatever's being

21   put to the witness and so if it's an expert report, you'll

22   get a hard copy of the expert reports and you can write on

23   it.

24           JUSTICE NEWBOULD:  Do we already have them?

25           MR. RUBY:  You will have them.  At least you'll

1    have --

2              JUSTICE NEWBOULD:  Right.

3              MR. RUBY:  That day you're going to get a lot of

4    material and so it might be easier for you --

5              JUSTICE NEWBOULD:  Trust me, I don't want two

6    copies of the same expert report.

7              MR. RUBY:  Yes.

8              JUSTICE NEWBOULD:  One's enough.

9              MR. RUBY:  Okay.  So like I said, this is why

10   it's worth talking about.  But if we can avoid then handing

11   to all the parties paper copies, then at least we'll have a

12   few copies in the courtroom but everybody else will be

13   responsible for having the electronic or their own paper

14   copy.  If that's satisfactory, then that's something we can

15   arrange, and it may be that there are particular documents

16   that we're trying to do electronically because it makes

17   sense --

18             JUSTICE NEWBOULD:  Right.

19             MR. RUBY:  -- for those.

20             THE COURT:  Does anybody here have a preference?

21   Mr. Abbott?

22             MR. ABBOTT:  Your Honor, I simply rise to make

23   sure -- obviously, Your Honor and Mr. Justice Newbould

24   approach trials differently.  If Your Honor would rather

25   have us with paper copies available or an electronic library

1    or something of that sort, you know, we're happy to address

2    whatever Your Honor wants.  And while we're happy to do it

3    either way on either side of the border, we just want to

4    make sure that both Courts are comfortable with the approach

5    being taken in either courtroom.  So we're flexible in that

6    regard.

7              THE COURT:  I do like hard copies for when I'm

8    working on an opinion.  But access to a hard copy with

9    numerous binders could be time-consuming.  That's one of my

10   concerns --

11             MR. ABBOTT:  Your Honor, there are going to be a

12   lot of binders and a lot of --

13             THE COURT:  I know.

14             MR. ABBOTT:  -- documents.  So we had

15   contemplated, as Mr. Ruby suggested, just having someone

16   available.  You know, frankly the introducing party would be

17   obligated at least in what we're thinking to have paper

18   copies for folks, that wanted them including the Courts.

19   You know, we could have another arrangement where we had

20   somebody who -- you know, Your Honor, we could have somebody

21   help Your Honor with a set of binders and sort of we talked

22   about a document concierge approach, something like that, to

23   help the Court.  And we're flexible in that regard.  We just

24   obviously want to know how the Court would like to handle

25   it.

1          THE COURT:  Well, I'm old but I'm not that old

2   and my wife won't let me have a butler so I think my thought

3   is I think electronic would probably good to use during the

4   trial with hard copies for use so that I'm not printing out

5   documents.

6          JUSTICE NEWBOULD:  I agree with that.  I'll do

7   anything.  I don't mind.  I know myself.  If the expert is

8   in the box, I'm going to have the copy of the expert's

9   report in front of me but I have it anyway.  I don't want a

10  second copy.

11         MR. RUBY:  Okay.  So unless other people want to

12  speak to this, I think we have the guidance [indiscernible]

13  from the Courts.

14         THE COURT:  Have I given you guidance,

15  Mr. Abbott, or are you still as confused --

16         MR. ABBOTT:  Your Honor, look --

17         THE COURT:  -- as I am?

18         MR. ABBOTT:  -- I think we can -- and we can talk

19  to your staff, but if Your Honor wants electronic copies of

20  all the documents and exhibits in a manageable format, we

21  can figure out an iPad or how ever --

22         THE COURT:  Sure.

23         MR. ABBOTT:  -- the Court would prefer to do it

24  and get them on there, loaded so that at least somebody

25  could be able to tell you how to find it on that device at

1   the appropriate time.

2                THE COURT:  That's right.  That makes sense to

3   me.

4                JUSTICE NEWBOULD:  Presumably, it's not -- it's

5   all summation?  Do you have summation in the U.S?

6                MR. RUBY:  We do but not everybody's using the

7   same system unfortunately, so we're looking at essentially

8   hiring somebody to put it all together for us.

9                JUSTICE NEWBOULD:  Okay.

10               THE COURT:  The other thing is to show the

11  document on a screen that I would read.

12               MR. ABBOTT:  Well, there will be an evidence feed

13  as part of the technology package in the courtroom, Your

14  Honor.  Then you'll be able to see, but I that'll be I think

15  tied in with the trial graphics folks.  And if Your Honor

16  wants your own copy to scroll through and look at pages --

17               THE COURT:  I see.

18               MR. ABBOTT:  But we'll work with chambers, Your

19  Honor, and just make sure each Court has --

20               THE COURT:  Well --

21               MR. ABBOTT:  -- a format that works for it --

22               THE COURT:  Okay.

23               MR. ABBOTT:  -- that's accessible.

24               THE COURT:  Wonderful.  That works.

25               MR. ABBOTT:  We'll figure it out.  I do caution,

1   if we give you too much on the same screen, everything will

2   end up [indiscernible].

3           MR. RUBY:  If we can move on then, Judge Gross,

4   you're familiar with this, but Justice Newbould, I think,

5   hasn't heard the Pretrial Order process, which is the

6   language we used in the trial protocol that's been before

7   you so I thought I might take a minute to just walk through

8   what you can expect to receive on May 2nd, which is the bulk

9   of the materials.  And, Your Honors, you can turn to Tab C,

10  as in cat, page 5, and I'll only take a moment to do this

11  and I apologize, Justice Gross.  I know you're very familiar

12  with this.  But if you look at item H at the bottom of page

13  5 --

14          JUSTICE NEWBOULD:  I'm sorry.  Which tab?

15          MR. RUBY:  Tab, C as in cat.

16          JUSTICE NEWBOULD:  Tab C?

17          MR. RUBY:  Yes, page 9 of the record.

18          JUSTICE NEWBOULD:  Page 9 of the record.  Yes.

19          MR. RUBY:  If you read the bottom, it says

20  "proposed Pretrial Orders."  So what you can expect to get

21  on May 2nd are some limited, I think, agreed statement facts

22  that the parties continue to work on.  But I don't want to

23  raise your expectations too high in that regard.  The

24  deposition designations and expert witness designations, so

25  Justice Newbould, these would be the portion of the

1  deposition transcripts of which there are well over 120 of

2  them that you'll get transcripts with highlights showing

3  what's been relied on, what's being objected to, et cetera.

4  Now, on the next page you'll get the lists of exhibits and

5  any objections so you'll be able to tell that right off.

6  And then the plan is to have essentially joint exhibit list

7  for things that are not contentious, and then a separate set

8  of documents that aren't being objected to.  And then you

9  will get all the fact Affidavits and Item X is all the

10  expert reports but I put it in the Courts' hands whether you

11  want those and what we've provided already.

12            JUSTICE NEWBOULD:  I had a question about that.

13  We had received four boxes of expert reports from four

14  Canadian law firms.  Are they all the expert reports that

15  we're going to receive?

16            MR. RUBY:  I don't know what's in the boxes but

17  they should be.

18            JUSTICE NEWBOULD:  And presuming that Judge Gross

19  will be getting the same four boxes of expert reports?

20            MR. RUBY:  Judge Gross, you should already have

21  that I think.

22            THE COURT:  Yes.

23            JUSTICE NEWBOULD:  All right.  So when this says

24  we're going to get copies of reports by the 2nd of May, we

25  already have them --

1        MR. RUBY:  I'm not going to say -- you have them.

2        JUSTICE NEWBOULD  Thank you.

3        MR. RUBY:  This was drafted --

4        JUSTICE NEWBOULD:  I understand that.  So we now

5   have all the expert reports that will be provided to us?

6        MR. RUBY:  Yes.

7        JUSTICE NEWBOULD:  Thank you.

8        MR. RUBY:  So, Your Honor, I actually wanted to

9   [indiscernible] what you were expecting on May 2nd and if

10  there's anything else that you want or need, you can advise

11  us.  And obviously that's for either Court.

12        So the remaining items are not large and they're

13  on page 17 of our outline.  And before I move to what's

14  called "other issues," at the top of the page you'll notice

15  there's a reference of privileged communications, it's part

16  of confidentiality.

17        JUSTICE NEWBOULD:  It should be page 17?

18        MR. RUBY:  Sorry.  It's the small page 17.

19        JUSTICE NEWBOULD:  Yes.

20        MR. RUBY:  With respect to privileged

21  communications, and, Judge Gross, you may know this but

22  there's a very complex privilege arrangement between the

23  parties because of obviously Nortel was one organization at

24  the time that this separated for privilege purposes, so we

25  have some joint-privilege documents, some not.  I expect

1  that we will be putting in front of you hopefully in an

2  approved order to try and deal with privilege.  And we'll

3  try and pick up the non-waiver language that we agreed on

4  the last time we were together.

5           Paragraph 42 again I just wanted to draw to your

6  attention that there are three reports and now more because

7  we talked about the Motions that are subject to objection,

8  so I've already told you which reports are the subject of

9  various Motions, so just to alert you to that because you

10  have them already.  In the course of a normal trial

11  obviously there'd be opportunity to qualify the experts.

12           MR. ROSENTHAL:  Your Honor, can I interject --

13           THE COURT:  Yes, Mr. Rosenthal.

14           MR. RUBY:  Yes.

15           MR. ROSENTHAL:  -- one moment?  I don't mean to

16  interrupt, Mr. Ruby, but just before we leave 42A and

17  Mr. Ruby mentioned the parties have all submitted expert

18  reports to the Courts and Mr. Ruby said that a few of them

19  are subject to objection.  Just to be clear with respect to

20  one of them, Sheldon Berstein (ph) --

21           THE COURT:  Yes.

22           MR. ROSENTHAL:  -- it's not subject to objection;

23  it's subject to a Motion to allow it in the alternative to

24  be filed.  So it's not part of the record at all so it's not

25  like anybody's moving to strike it as the other Motions that

1   have been filed yesterday and the past week.  Canada said if

2   you don't strike certain expert reports, in the alternative,

3   they'd like it to be admitted.

4              THE COURT:  Right.

5              MR. ROSENTHAL:  So that one I think does need to

6   be set aside.  It's not merely kind of an objection that's

7   been filed to the report.

8              THE COURT:  Okay.

9              MR. ROSENTHAL:  We just want to make sure the

10  record is clear on --

11             JUSTICE NEWBOULD:  Is there a --

12             MR. ROSENTHAL:  Yes, sir?

13             JUSTICE NEWBOULD:  Have I been provided with a

14  copy of that report?

15             MR. ROSENTHAL:  I believe so, Your Honor,

16  although it's a Canadian law report that I don't think

17  anybody makes any argument that it would be admissible in

18  Canada.  But I believe that the Monitor and the Debtors have

19  submitted it to you nonetheless.

20             MR. RUBY:  Okay.  It is certainly attached to our

21  Motion materials --

22             THE COURT:  Yes.

23             MR. RUBY:  -- with respect to the [indiscernible]

24  report so you have it.

25             JUSTICE NEWBOULD:  All right.  Thank you.

1              MR. RUBY:  And I believe I used the word

2     objection in the English sense instead of a technical way,

3     it certainly is something, there are several reports that

4     the Courts need to rule on.

5              JUSTICE NEWBOULD:  All right.

6              MR. RUBY:  This is again something that we're

7     seeking the Court's direction and guidance on.  In the

8     normal course obviously there'd be a period in both the

9     Canadian and U.S. Courts to qualify experts.  You're getting

10    the expert reports without any of that.

11             JUSTICE NEWBOULD:  Well --

12             THE COURT:  The expert reports don't have

13    curriculum vitae or something like that attached?

14             MR. ROSENTHAL:  I actually don't understand what

15    that means --

16             MR. RUBY:  They do

17             MR. ROSENTHAL:  -- or what the U.S. process is

18    that Mr. Ruby is referring to.  I think the experts'

19    qualifications are attached to their reports, at least the

20    ones that I've seen.

21             JUSTICE NEWBOULD:  Well, let me ask a question.

22    Is it anticipated that any of them will have their

23    qualifications challenged?

24             THE COURT:  That's right.

25             MR. ROSENTHAL:  I think that any challenges to

1  experts have been set forth in the Motions yesterday as far

2  as I know.  I haven't heard of any challenges to expert

3  qualifications.

4            MR. RUBY:  In the traditional sense of ruling,

5  the evidence is inadmissible?  No, you have the Motions on

6  that point already.

7            JUSTICE NEWBOULD:  On certain of the experts --

8            MR. RUBY:  On the certain of the experts, the

9  balance you may face arguments that certain experts are

10 opining outside their area of expertise in certain respects,

11 but you don't have any Motions to say that you should -- in

12 other words [indiscernible].  I think that's the suggestion

13 here other than what you have on the Motions.  But I just

14 wanted to make sure that up front we knew there wasn't going

15 to be a qualification portion of the trial to deal with

16 this.

17            THE COURT:  Has the time expired for objection to

18 the qualifications of the experts, Mr. Rosenthal?

19            MR. ROSENTHAL:  I presume that somebody at trial

20 theoretically in cross examination can say, you know, this

21 person is giving an opinion beyond their expertise.  I mean

22 obviously that's possible.  We think that some of their

23 economist experts have offered legal opinions, but that'll

24 be addressed at trial --

25            THE COURT:  In cross.

1            MR. ROSENTHAL:  -- as opposed to saying don't

2   seat the expert.

3            THE COURT:  Right.

4            MR. ROSENTHAL:  I don't think there's any

5   challenge contemplated to seating an expert itself other

6   than the ones that were filed yesterday, at least to my

7   knowledge.

8            THE COURT:  All right.  And there won't need to

9   be voir dire of experts?

10           MR. ROSENTHAL:  I don't think we were

11  contemplating that that would be necessary.

12           THE COURT:  Okay.  Mr. Quresi, did you have a

13  different view?

14           MR. QURESI:  I was just going to add, Your Honor,

15  that I think any cross examination that's elicited on the

16  qualifications of experts will simply go to the weight of

17  the testimony and not to whether the expert --

18           MR. RUBY:  Right.

19           MR. QURESI:  -- can testify.

20           THE COURT:  Okay.  All right.

21           UNIDENTIFIED:  Very good then.

22           THE COURT:  That will certainly streamline

23  things.

24           JUSTICE NEWBOULD:  Yes.

25           MR. RUBY:  So the only point I may want to make

1  here because we agree with what Mr. Rosenthal said --

2            JUSTICE NEWBOULD:  Right.

3            MR. RUBY:  -- that this all goes away and people

4  make the arguments in cross examination they need to with

5  respect to the experts.  But in the normal course when

6  offering an expert, one would say the expert is an expert on

7  X and that hasn't happened here.  And so at the very least

8  we'd suggest that when an expert appears at trial, that that

9  be done.

10           JUSTICE NEWBOULD:  Well, I'm not going to say

11 much.  If the qualifications to give evidence have not been

12 challenged, then I don't know what the big deal is.  I'm not

13 sure it indicates what --

14           THE COURT:  Your point is that on direct you

15 would like someone to say, Mr. or Dr. X is being submitted

16 as an expert on whatever topic?

17           MR. RUBY:  Yes, that's all.  It's on a particular

18 thing, essentially replacing what in the U.S. I'm told is a

19 voir dire.

20           MR. QURESI:  Your Honor --

21           THE COURT:  Mr. Quresi.

22           UNIDENTIFIED:  [indiscernible].

23           MR. RUBY:  I understand.

24           THE COURT:  Mr. Quresi, yes, sir.

25           MR. RUBY:  And I'm not suggesting we should --

1          MR. QURESI:  Your Honor, just very briefly, I

2    think it's a case of how parties wish to use their allocated

3    time.  In the case of our experts if we elect not to burn up

4    30 minutes of direct testimony taking them through their CV

5    because it's in the report, nonetheless, Mr. Ruby wants to

6    cross examine that expert on their qualifications and

7    whether that should affect the weight of the opinion,

8    they're of course free to do that but I certainly would

9    object to any requirement that we use some of our allocated

10   time to walk an expert through their CV.

11          THE COURT:  I wouldn't let you.

12          MR. QURESI:  I appreciate that.  I wouldn't try

13   to.

14          JUSTICE NEWBOULD:  I agree.  Mr. Ruby, you're

15   going to know what the expert's going to testify about

16   because you're going to have his report so I don't state

17   there should be any direction people have to see what this

18   expert's all about.

19          MR. RUBY:  Okay.  Thank you, Your Honor.

20          The next item is merely for [indiscernible]

21   requirements about [indiscernible].  You received expert

22   reports from all the different parties separately.  I don't

23   know how administratively difficult that was [indiscernible]

24   wanted to know whether you'd like some coordination of

25   [indiscernible] when it comes to the other evidence.

1  There's little on this point.  By the end of this week we

2  will have all the Affidavits.

3          JUSTICE NEWBOULD:  Okay.  Just speaking for

4  myself, and Judge Gross may have his own views on it, if

5  there are going to be Affidavits, I'd like the Affidavits

6  not to have six Affidavits in a great big book but six

7  smaller books so I can take one home and read it.  I don't

8  have to take home six if there are not six witnesses the

9  next day.  I like them separately.  And I don't like these

10 great big three-ring binders because things rip and they're

11 hard to deal with.  I like things [indiscernible] something

12 smaller, not three-inch [indiscernible].

13          MR. RUBY:  Thank you, Your Honor.  Judge Gross,

14 any --

15          THE COURT:  That's fine.

16          MR. RUBY:  I feel like I'm in a restaurant.

17          THE COURT:  I will order the same as Justice

18 Newbould.

19      (Laughter)

20          MR. RUBY:  Great.

21          MR. ROSENTHAL:  I think what we can do is then we

22 can just give you a packet of the Canadian ones and a

23 packet --

24          THE COURT:  Yes.

25          MR. ROSENTHAL:  -- of the U.S. ones.  I mean ours

1  are 100 pages in total I'd say.

2            THE COURT:  Perfect.

3            MR. ROSENTHAL:  You know, really not very thick

4  to be able to take home with you.

5            THE COURT:  That will work well.  Thank you,

6  Mr. Rosenthal.

7            MR. RUBY:  Okay.  Thank you, Your Honors.  And

8  the only other point is that we will have all the Affidavits

9  by the end of the day Friday so if you want them in advance

10 of the 2nd, we can try and do that if that would be helpful

11 or if you have -- if four boxes is enough for now, we can --

12           JUSTICE NEWBOULD:  The sooner you file stuff the

13 better, as far as I can see.

14           MR. RUBY:  All right.  The final item is really

15 just for clarification so when our friends in the U.S.

16 appear before you, Justice Newbould, I've confirmed then --

17           JUSTICE NEWBOULD:  I've already told probably a

18 couple of people that they don't have be [indiscernible] up

19 here --

20           MR. RUBY:  Fantastic.

21           JUSTICE NEWBOULD:  -- as long as they act

22 properly.

23      (Laughter)

24           JUSTICE NEWBOULD:  If they're not acting

25 properly, they may make them go and buy a gown, because

1 that'll take at least a month to fit them.

2         MR. RUBY:  Your Honors, those were the points

3 that we had anticipated [indiscernible] today.

4         JUSTICE NEWBOULD:  Is there anything you wanted

5 to raise, Judge Gross?

6         MR. ROSENTHAL:  We have nothing else here from

7 the U.S. Debtors, Your Honor.

8         THE COURT:  And I guess sequestration of

9 witnesses in this kind of trial doesn't really matter, does

10 it, because --

11         MR. ROSENTHAL:  The directs are already in by --

12         THE COURT:  That's right.

13         MR. ROSENTHAL:  -- affidavit.

14         THE COURT:  Exactly.

15         MR. ROSENTHAL:  Although, frankly, these are

16 almost entirely former employees.  I think they have a lot

17 better things to do with their time than to sit in court and

18 watch other witnesses testify.

19         THE COURT:  That's right.  That's right.  Thank

20 you.

21         All right.  We have to get back to you on the

22 date for hearing your Pretrial Motions.  And I think the

23 confidentiality issue has been worked out basically.  We'll

24 see.  We'll see if there are some disputes over particular

25 documents and we won't know that until we get the list of

1  exhibits.  And I think that was it on our list.

2        JUSTICE NEWBOULD:  That's fine by me.  Anybody

3  else here want to say something?

4        MR. ROSENTHAL:  One thing I was going to ask the

5  Courts --

6        JUSTICE NEWBOULD:  Silence is golden.

7        MR. ROSENTHAL:  I was just going to ask the

8  Courts, you know, the parties have now disclosed to each

9  other also the -- we now know the order not of the specific

10 witnesses, but the order kind of which parties are

11 presenting in which order --

12        THE COURT:  Yes.

13        MR. ROSENTHAL:  -- and we've disclosed to each

14 other for planning purposes, which is pretty critical, the

15 location of each testifying witness.  Would it be helpful to

16 the Courts to have a chart that kind of lists for you here's

17 the order in which the witnesses are going to be -- the

18 parties are calling their witnesses --

19        JUSTICE NEWBOULD:  Yes, I --

20        MR. ROSENTHAL:  -- and the location?

21        THE COURT:  That would help.

22        MR. ROSENTHAL:  Okay.

23        THE COURT:  Yes.

24        MR. ROSENTHAL:  We'll prepare something and

25 submit it.

1          JUSTICE NEWBOULD:  Yes, it would help.  Sooner

2    rather than later, Mr. Rosenthal.

3          MS. KIMMEL:  Your Honor, just for reference,

4    although it doesn't have the agreed-on Order, they're in

5    Appendices [indiscernible] and the experts [indiscernible].

6          JUSTICE NEWBOULD:  [indiscernible] --

7          MS. KIMMEL:  The only thing about that is that

8    because we're now potentially going to have to wait until

9    someone says a claim [indiscernible] a little bit before we

10   provide this final one, but just as a sort of point of

11   reference the standard writing that [indiscernible] you have

12   a pretty good sense of who's coming and where they're going

13   to be.

14         JUSTICE NEWBOULD:  Well, I appreciate it as soon

15   as you can and I appreciate as well there could be hiccups

16   with witnesses, so [indiscernible] as they say in real

17   estate.

18         MR. ROSENTHAL:  I think it's another week or so

19   before we disclose exactly the order of each party's

20   witnesses, but we can still give you a here's the Canadian

21   witnesses and where they're all testifying; here's the U.S.

22   witnesses and they go second, and you know, so on and so

23   forth.

24         THE COURT:  One other thing, by the way, that I

25   was talking to Justice Newbould about and I don't know if

1  this is possible but to have a picture of the witnesses who

2  testify.  The reasons I ask is very often, you know, a month

3  later it's sometimes hard to remember the witness.

4              MR. ROSENTHAL:  I don't know that we have a

5  picture, but we could see if the video allows us to kind of

6  freeze --

7              THE COURT:  Oh.

8              MR. ROSENTHAL:  -- a frame of the video and

9  submit it kind of a Facebook to the Courts.

10             THE COURT:  All right.  That would be helpful I

11 think.

12             MR. ROSENTHAL:  We'll find out whether we can do

13 it.  I suspect that we can because these were all videotaped

14 depositions.

15             THE COURT:  Excellent.

16             JUSTICE NEWBOULD:  We don't have to be friends,

17 do we?

18      (Laughter)

19             MR. RUBY:  Your Honor, before we go, we promised

20 you Orders from last Thursday from the settled Motion, so we

21 have them here and Judge Gross somebody in your courtroom

22 should have U.S. versions of these so I can hand them up.

23             THE COURT:  All right.  Thank you.

24             JUSTICE NEWBOULD:  Thank you.

25             THE COURT:  Yes, please.

1          THE U.S. CLERK:  Judge Gross, [indiscernible] --

2          THE COURT:  No, if it's being handed in open

3    court, that's sufficient.  Thank you.

4          JUSTICE NEWBOULD:  Have these been approved by

5    everybody?

6          MR. RUBY:  We circulated them and no one else had

7    any comments other than what are reflected in them.

8          JUSTICE NEWBOULD:  All right.  So I'll sign one

9    and hand it back to you.

10         MR. RUBY:  Thank you.

11         THE COURT:  Well, it does sound like we'll be

12   back together at some point on the Pretrial Motions.  So if

13   there are any other logistics concerns, we can certainly

14   take those up at that time when things will be even clearer

15   perhaps even to Justice Newbould and myself.  And we'll have

16   this run as smoothly as we can, everyone.

17         MR. ROSENTHAL:  Thank you, Your Honor.  Thank

18   you, Justice Newbould.

19         JUSTICE NEWBOULD:  Okay.

20         THE COURT:  Thank you, everyone.  Good day to

21   you.

22         THE CANADIAN CLERK:  This sitting of the Superior

23   Court of Justice has now concluded.

24

25     (Whereupon at 12:04 p.m., the hearing was adjourned.)

1

## CERTIFICATION

3        I certify that the foregoing is a correct transcript

4    from the electronic sound recording of the proceedings in

5    the above-entitled matter.

6

7    _____        22 April 2014
8    Christy Snyder, Transcriber                  Date
9    Diaz Data Services, LLC

| Word | Page:Line |
|---|---|

**17-page**(1) 46:2
**25-day**(1) 34:4
**300-page**(1) 36:12
**350-page**(1) 36:12
**a.m**(2) 1:15 6:1
**abbot**(2) 6:8 6:19
**abbott**(17) 1:27 6:7 6:9 8:5 79:11 82:21 82:22 83:11 83:14 84:16 84:18 84:23 85:12 85:18 85:21 85:23 85:25

**abetting**(1) 44:5
**abid**(2) 2:13 69:3
**ability**(3) 22:25 31:19 40:17
**able**(12) 14:19 23:25 28:19 30:3 49:15 56:4 58:13 80:25 84:25 85:14 87:5 97:4

**about**(69) 7:12 10:23 11:2 11:18 21:22 25:7 25:18 26:4 30:3 31:24 32:4 32:10 32:12 33:20 34:1 34:11 34:20 37:7 39:13 40:8 41:16 50:9 51:23 52:3 52:5 52:11 52:23 53:11 54:10 55:3 55:19 56:17 57:6 57:13 59:5 59:13 61:1 61:7 61:9 61:12 62:2 62:14 63:17 65:4 67:24 68:2 68:12 68:20 69:7 69:22 70:4 70:7 70:11 70:18 71:6 72:21 74:7 79:18 81:2 81:10 82:10 83:22 87:12 89:7 95:15 95:18 95:21 100:7 100:25

**above-entitled**(1) 103:5
**abraham**(2) 42:15 42:17
**absence**(1) 36:20
**absolutely**(1) 78:15
**access**(1) 83:8
**accessible**(1) 85:23
**accommodate**(2) 59:4 79:17
**accommodations**(1) 24:2
**accordance**(1) 52:9
**accordingly**(1) 46:21
**accounted**(1) 39:6
**act**(1) 97:21
**acting**(1) 97:24
**action**(1) 37:8
**actually**(15) 14:19 17:8 19:24 23:17 28:11 38:14 43:15 46:25 47:9 49:15 50:23 59:23 78:22 88:8 91:14

**adam**(1) 4:19
**add**(5) 17:25 24:8 35:2 69:9 93:14
**adding**(1) 80:24
**addition**(1) 49:4
**additional**(5) 13:6 20:1 38:16 43:9 43:17
**address**(11) 7:9 12:2 24:20 25:6 44:24 45:13 48:20 57:1 64:17 74:6 83:1

**addressed**(3) 45:16 50:23 92:24
**addressing**(4) 7:5 7:22 56:24 57:18
**adjourned**(1) 102:25
**adjustment**(2) 38:19 38:22
**administered**(1) 1:6
**administrative**(4) 7:25 43:2 48:25 64:5
**administratively**(1) 95:23
**administrators**(1) 2:29
**admissibility**(4) 49:11 49:19 49:21 58:19
**admissible**(1) 90:17
**admitted**(1) 90:3
**adopt**(2) 25:7 27:9
**advance**(6) 9:5 36:2 50:8 50:20 54:13 97:9
**advanced**(1) 70:11
**advice**(2) 47:6 47:13
**advise**(1) 88:10
**affect**(3) 45:8 45:21 95:7
**affects**(2) 64:10 64:13
**affidavit**(1) 98:13
**affidavits**(9) 24:5 28:16 28:18 87:9 96:2 96:5 96:5 96:6 97:8

**after**(7) 23:4 24:16 48:15 56:11 56:14 59:22 61:2

**afternoon**(1) 69:5

**afterward**(1) 23:10
**afterwards**(5) 12:17 26:16 58:7 59:13 63:3
**again**(14) 22:12 25:19 37:12 44:17 45:5 46:24 51:18 56:2 56:25 58:12 70:1 73:10 89:5 91:6

**against**(6) 21:15 27:7 27:8 28:6 47:6 47:12
**aggravation**(1) 45:17
**aggregate**(1) 17:24
**ago**(3) 46:6 52:3 55:3
**agree**(17) 6:17 20:19 20:20 31:13 57:2 65:12 69:10 69:15 69:15 70:23 72:17 72:25 74:16 77:3 84:6 94:1 95:14

**agreed**(4) 49:3 60:24 86:21 89:3
**agreed-on**(1) 100:4
**agreement**(11) 44:5 44:7 44:11 44:21 49:15 49:17 57:18 62:12 62:20 62:22 63:20

**agreements**(3) 53:9 63:5 64:11
**agrees**(1) 15:4
**ahead**(4) 22:17 22:19 23:13 40:2
**aiding**(1) 44:5
**akin**(3) 2:11 4:22 69:3
**al.**(1) 1:8
**alberto**(1) 3:19
**alert**(1) 89:3
**all**(100) 6:2 6:17 6:25 10:13 12:12 13:14 14:2 14:6 15:8 17:13 17:25 18:16 19:7 19:12 19:18 22:5 22:21 22:23 23:3 23:7 23:24 24:7 24:19 25:4 25:9 25:19 25:22 27:10 30:9 30:23 32:18 33:19 35:4 36:16 39:20 39:24 40:2 43:25 45:17 46:17 46:20 47:6 47:12 49:4 49:16 49:22 49:24 51:22 51:23 55:10 56:5 57:4 59:17 60:20 60:25 62:23 63:17 63:23 64:5 64:13 66:25 69:13 69:20 71:15 71:24 72:3 74:11 76:25 77:7 79:3 80:7 82:11 84:20 85:5 85:8 87:9 87:9 87:14 87:23 88:5 89:17 89:24 90:25 91:5 93:8 93:20 94:3 94:17 95:18 95:22 96:2 97:8 97:14 98:21 100:21 101:10 101:13 101:23 102:8

**allegations**(1) 28:6
**allen**(2) 2:20 4:28
**allocated**(9) 13:13 14:9 14:15 16:24 19:8 22:6 26:18 95:2 95:9

**allocation**(83) 12:14 12:16 13:5 13:7 13:8 13:15 14:24 16:3 16:21 17:8 17:19 17:21 18:5 18:16 18:18 19:4 19:10 19:13 19:21 19:25 20:4 20:15 20:16 20:17 21:2 21:16 21:19 22:2 22:6 22:8 22:21 23:19 24:14 24:14 25:21 26:1 26:2 26:19 26:21 26:24 27:21 28:10 28:13 29:13 29:23 30:14 30:16 31:8 31:20 32:2 33:24 34:14 34:16 34:18 37:22 37:24 38:9 38:13 38:21 38:24 39:11 40:8 40:9 40:13 40:14 41:6 43:6 43:7 43:12 43:13 43:20 43:20 44:9 44:12 44:22 45:3 45:7 46:5 46:7 46:10 46:14 52:12 52:17

**allocation-only**(1) 28:9
**allocations**(9) 38:21 38:23 40:1 43:18 44:16 44:24 45:19 45:21 47:15
**allotment**(2) 14:25 15:18
**allotments**(1) 15:9
**allotted**(3) 14:1 21:6 21:14
**allow**(2) 15:18 89:23
**allowed**(2) 29:12 30:11
**allows**(1) 101:5
**almost**(1) 98:16
**along**(1) 63:17
**already**(14) 12:19 19:3 28:18 52:5 52:11 81:24 87:11 87:20 87:25 89:8 89:10 92:6 97:17 98:11

**also**(18) 7:11 8:21 10:6 10:25 13:5 18:18 42:14 49:19 51:16 52:21 54:15 59:25 63:22 70:22 72:22 80:20 80:22 99:9

**alternative**(3) 40:13 89:23 90:2
**although**(4) 39:9 90:16 98:15 100:4
**altogether**(1) 52:4
**always**(2) 14:22 46:9
**amendable**(1) 7:17
**america**(1) 5:11
**american**(4) 26:8 26:25 53:8 72:7
**americas**(2) 2:24 3:38
**among**(1) 16:24
**amongst**(2) 27:5 72:24
**amount**(5) 16:5 21:18 43:14 59:10
**and**(301) 6:13 6:14 7:2 7:9 7:11 7:14 7:17 7:18 7:22 7:23 7:25 8:13 8:21 8:25 9:4 9:6 9:10 9:11 9:14 9:15 9:19 9:22 10:2 10:3 10:5 10:6 10:9 10:11 11:2 11:3 11:19 12:1 12:21 12:22 13:2 13:3 13:7 13:8 13:11 13:14 13:16 13:18 14:2 14:7 14:10 14:12 14:15 14:22 15:3 15:7 15:9 15:10 15:13 15:22 16:1 16:3 16:8 16:16 16:23 16:23 16:24 17:2 17:11 17:17 17:19 17:21 17:25 18:3 18:5 18:6 18:10 18:14 18:16 19:4 19:5 19:8 19:9 19:11 19:11 19:20 19:21 19:25 20:2 20:7 20:14 20:16 21:7 21:9 21:12 21:18 21:21 22:8 22:10 22:25 23:4 23:12 23:16 23:17 23:18 23:20 23:20 24:3 24:4 24:12 24:14 24:15 24:24 25:13 25:14 25:18 25:21 25:21 25:22 25:23 25:24 26:3 26:8 26:9 27:2 27:6 27:7 27:7 27:9 27:9 27:14 28:4 28:8 28:15 28:16 28:17 28:18 30:7 30:10 30:18 31:2 31:5 31:6 31:9 31:10 31:13 32:21 32:22 33:3 33:4 33:9 33:14 33:20 33:24 34:1 34:4 34:4 34:9 34:9 34:9 34:14 34:15 34:17 35:17 35:20 35:24 35:25 36:2 36:7 36:8 36:11 36:16 36:21 37:11 37:13 38:2 38:9 38:13 38:17 38:19 38:24 39:2 39:2 39:7 40:6 40:6 40:10 40:12 40:15 40:16 41:1 41:3 41:3 41:5 41:23 42:2 42:13 42:14 42:16 42:16 42:17 42:23 43:3 43:4 43:8 43:13 43:15 43:17 43:20 43:24 43:25 44:2 44:4 44:5 44:8 44:9 44:9 44:10 44:19 44:20 44:20 44:25 45:7 45:11 45:11 45:14 45:17 45:19 45:21 46:3 46:9 46:10 46:15 46:18 46:23 47:22 48:2 48:3 48:3 48:5 48:8 48:9 48:22 48:24 49:4 49:6 49:13 49:22 49:23 50:6 50:10 50:14 50:16 50:19 50:24 51:1 51:12 51:21 52:3 52:8 52:13 52:15 52:15 52:19 52:19 52:23 52:23 52:25 53:3 53:3 53:8 53:9 53:10 53:13 53:15 54:12 54:25 55:9 55:17 56:2 56:14 56:24 56:25 57:10 57:14 58:1 58:7 58:8 58:15 59:11 59:11 59:12 59:13 59:14 59:16 59:17 60:12 60:15 61:1

**and**(186) 61:2 61:4 61:8 61:10 61:10 61:19 61:20 62:5 62:17 62:19 63:12 63:14 64:2 64:4 64:10 64:19 65:3 65:11 65:14 65:19 65:20 65:23 66:13 66:19 66:24 67:3 67:6 67:8 67:8 67:12 67:13 67:18 68:4 68:8 68:10 68:16 68:18 68:19 69:5 69:8 69:15 69:16 69:22 70:1 70:13 70:17 70:18 70:19 70:22 70:25 71:3 71:4 71:12 71:16 72:5 72:6 72:7 72:9 72:20 72:21 72:23 72:24 73:8 73:9 73:10 73:10 73:20 74:1 74:6 74:9 74:12 74:23 75:19 75:20 75:21 76:9 76:10 76:11 76:12 77:2 77:3 77:5 77:7 77:12 77:16 77:21 79:5 79:7 79:7 79:7 79:8 79:8 79:11 79:15 79:19 79:23 80:8 80:14 80:15 80:19 80:22 80:24 81:4 81:8 81:17 81:20 81:21 81:22 82:4 82:15 82:23 83:2 83:12 83:21 83:23 84:2 84:18 84:20 84:24 85:15 85:16 85:9 86:9 86:10 86:11 86:24 87:4 87:6 87:7 87:8 87:9 87:11 87:18 88:9 88:11 88:2 88:13 88:21 89:2 89:2 89:3 89:6 89:16 89:18 90:1 90:18 91:1 91:7 91:9 93:8 93:17 94:3 94:7 94:25 95:6 96:4 96:7 96:9 96:10 96:22 97:7 97:10 97:25 98:8 98:17 98:22 98:25 99:1 99:13 99:20 99:24 100:5 100:12 100:15 100:21 100:22 100:22 100:22 100:25 101:8 101:21 102:6 102:15 102:15

**andrew**(1) 3:44
**ann**(1) 1:28
**another**(8) 19:11 39:23 43:4 55:19 63:4 65:9 83:19 100:18

**answer**(1) 61:16
**anticipate**(1) 12:13
**anticipated**(3) 9:9 91:22 98:3
**any**(43) 8:16 8:17 8:22 10:19 11:17 12:23 15:16 18:15 24:15 27:18 28:14 34:11 35:2 35:3 35:5 40:9 43:25 44:21 45:20 46:19 47:24 50:24 51:5 58:20 67:6 69:18 69:19 69:23 75:21 87:5 90:17 91:10 91:22 91:25 92:2 92:11 93:4 93:15 95:9 95:17 96:14 102:7 102:13

**anybody**(8) 25:25 31:16 35:5 47:4 64:6 82:20 90:17 99:2

**anybody's**(1) 89:25
**anymore**(1) 18:2
**anyone**(2) 12:5 15:13
**anything**(9) 7:13 12:2 29:16 39:13 51:25 81:18 84:7 88:10 98:4

**anyway**(2) 66:6 84:9
**appearances**(1) 4:16
**apologize**(4) 24:25 25:1 25:5 86:11
**apparently**(1) 26:10
**appear**(4) 9:17 52:19 80:9 97:16
**appearances**(2) 5:1
**appearing**(2) 10:4 49:16
**appears**(1) 94:8
**appendices**(1) 100:5
**apply**(1) 74:5
**appoint**(1) 48:4
**appreciate**(10) 15:7 31:2 34:9 34:10 35:20 46:18 49:19 95:12 100:14 100:15

**approach**(7) 19:7 67:25 68:10 72:23 82:24 83:4 83:22

**approached**(2) 35:24 55:7
**approaches**(1) 48:1
**appropriate**(4) 21:11 56:23 56:24 85:1
**approved**(3) 73:25 89:2 102:4
**april**(9) 1:14 6:1 11:16 54:19 54:25 54:25 56:3 56:15 103:7

**arbitration**(1) 47:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**are**(145) 6:6 7:12 7:16 7:17 9:16 10:22 11:5 11:6 11:23 12:23 13:3 13:4 13:15 13:23 14:8 14:14 14:16 16:19 16:3 16:21 16:23 17:5 17:19 18:18 19:7 19:9 20:17 20:20 21:9 22:18 23:2 23:19 27:7 27:13 27:16 28:7 28:10 28:10 28:16 31:7 32:3 32:3 32:10 32:12 32:21 34:4 34:8 34:12 34:13 34:21 38:13 38:21 39:3 41:13 41:19 41:24 42:12 43:11 44:18 45:12 46:10 47:15 47:19 48:1 49:4 49:5 49:5 49:13 50:15 51:5 52:20 53:2 53:5 53:6 53:9 53:11 56:10 56:17 57:15 58:24 59:9 59:14 59:24 60:9 60:12 60:20 61:10 61:11 61:13 61:18 62:7 62:16 62:17 62:13 63:20 64:3 64:12 65:5 67:2 67:3 67:8 67:18 67:23 69:18 71:2 71:3 72:25 73:9 76:3 76:9 77:12 77:16 77:18 78:3 80:7 80:11 81:11 82:15 83:4 83:11 84:15 86:21 87:1 87:7 87:14 88:12 89:6 89:7 89:8 89:19 91:3 91:19 92:9 96:5 96:8 97:1 98:11 98:15 98:24 99:10 99:17 99:18 102:7 102:13

**area**(3) 27:11 52:17 92:10
**areas**(1) 61:7
**aren't**(5) 11:1 14:8 18:2 50:16 87:8
**argue**(6) 29:14 29:15 49:24 53:17 58:21 63:23

**argued**(1) 50:19
**arguing**(1) 68:16
**argument**(22) 21:8 36:10 42:13 55:19 56:2 56:4 56:11 56:12 56:13 56:20 57:6 57:11 57:15 57:17 57:19 58:8 59:4 59:7 59:25 73:9 74:4 90:17

**arguments**(7) 49:19 59:22 62:15 64:1 65:20 92:9 94:4

**around**(4) 7:13 8:23 24:6 60:6
**arrange**(1) 82:15
**arranged**(2) 11:18 72:21
**arrangement**(3) 13:2 83:19 88:22
**arrangements**(3) 10:20 64:22 79:9
**arsht**(1) 1:25
**aside**(8) 59:6 59:11 64:15 65:13 68:19 72:23 75:4 90:6

**ask**(13) 7:11 16:13 19:15 22:18 23:23 23:25 31:23 57:12 59:10 91:21 99:4 99:7 101:2

**asked**(5) 20:8 41:16 45:1 45:4 73:15
**asking**(10) 53:21 54:7 54:12 64:15 65:6 65:9 76:2 76:4 76:25 77:1

**asks**(1) 65:12
**aspect**(1) 43:2
**aspects**(2) 8:15 35:13
**assert**(1) 63:19
**assigned**(2) 38:22 61:11
**assume**(1) 33:15
**assumption**(1) 14:10
**attached**(4) 20:20 90:20 91:13 91:19
**attendance**(1) 33:5
**attention**(2) 43:16 89:6
**audience**(1) 31:3
**aurelius**(1) 5:29
**authorities**(4) 52:21 55:20 62:12 72:7
**automatically**(1) 17:12
**availability**(1) 17:22
**available**(9) 7:7 35:22 38:9 38:16 45:9 45:10 69:16 82:25 83:16

**ave**(1) 3:20
**avenue**(5) 2:24 3:26 3:32 3:38 4:12
**avoid**(2) 49:16 82:10
**avram**(1) 1:35
**aware**(9) 9:16 11:13 13:4 13:18 13:19 14:23 39:9 45:5 53:4

**away**(5) 44:14 45:12 61:20 69:15 94:3

**back**(21) 10:7 16:5 17:15 27:2 30:4 31:14 32:23 33:8 33:9 35:15 40:11 44:1 49:1 61:20 76:11 77:9 80:4 80:14 98:21 102:9 102:12

**background**(1) 70:25
**bad**(1) 36:15
**badtke-berkow**(1) 2:22
**balance**(2) 48:23 92:9
**bank**(2) 5:11 5:20
**bankruptcy**(2) 1:1 1:20
**baresken**(1) 56:18
**baresty**(1) 53:14
**barnes**(18) 27:22 27:22 27:25 28:22 28:23 29:3 29:6 29:10 29:18 29:22 30:7 30:10 30:13 30:18 30:21 30:24 31:6 33:16

**based**(4) 13:16 23:19 37:13 63:20
**basically**(2) 28:7 98:23
**basilon**(2) 52:18 58:16
**basis**(3) 28:20 68:7 70:13
**battery**(1) 2:33
**bayard**(1) 3:18
**because**(61) 7:8 10:11 13:4 16:5 17:6 18:2 19:4 19:6 20:9 21:7 21:17 22:1 22:11 26:3 26:8 27:10 29:4 29:11 33:16 35:13 35:15 37:12 40:16 41:24 44:13 44:18 45:11 47:8 47:14 50:13 50:15 50:16 51:22 54:10 57:13 57:17 59:9 61:11 62:1 62:20 64:20 66:10 68:10 70:23 73:15 74:3 76:25 77:18 78:25 82:16 88:23 89:6 89:9 94:1 95:5 95:16 96:10 97:25 98:10 100:8 101:13

**become**(1) 22:2
**becomes**(2) 22:7 73:1
**been**(41) 12:12 16:24 19:25 21:19 31:7 31:7 32:25 38:22 40:8 44:23 45:8 46:4 46:12 46:15 46:25 47:17 47:25 49:6 49:22 61:24 65:3 66:18 66:22 71:6 71:10 74:13 74:14 75:20 76:2 76:21 78:3 81:3 86:6 87:3 90:1 90:7 90:13 92:1 94:11 98:23 102:4

**before**(28) 1:19 7:9 13:10 20:9 22:22 25:13 37:3 37:23 41:16 46:24 56:9 58:18 61:2 61:6 61:22 63:7 64:4 64:25 65:9 74:19 78:9 86:6 88:13 89:16 97:16 100:9 100:19 101:19

**beforehand**(1) 23:6
**beginning**(5) 8:23 12:8 14:11 15:22 35:20
**begins**(1) 37:24
**behalf**(2) 5:3 5:8
**being**(24) 11:1 11:18 17:14 18:7 19:7 23:21 26:20 28:10 28:12 28:23 28:24 30:3 45:5 45:6 45:8 53:9 56:21 71:4 81:20 83:5 87:3 87:8 94:15 102:2

**believe**(8) 31:21 33:2 39:13 67:8 72:22 90:15 90:18 91:1

**belknap**(2) 3:36 4:32
**belongs**(1) 10:5
**belt-and-suspender**(1) 72:23
**benefit**(3) 37:17 44:4 57:19
**berstein**(1) 89:20
**best**(3) 65:4 69:18 79:14
**better**(3) 37:22 97:13 98:17
**between**(9) 7:13 19:6 40:5 40:10 40:15 44:1 44:8 58:1 88:22

**beyond**(1) 92:21
**big**(4) 9:20 94:12 96:6 96:10
**billion**(3) 46:11 67:6 72:8
**billion-dollar**(1) 67:15
**bills**(1) 72:11
**binders**(4) 83:9 83:12 83:21 96:10
**bit**(7) 6:12 14:16 21:20 28:8 40:18 68:18 100:9

**blackwell**(1) 5:35
**block**(1) 61:23

**blurring**(1) 19:5
**bondholder**(2) 3:43 4:39
**bondholders**(2) 3:11 38:25
**book**(1) 96:6
**books**(1) 96:7
**border**(1) 83:3
**both**(18) 7:3 9:9 9:15 9:21 11:24 12:14 12:16 13:3 16:20 33:4 34:14 35:14 46:8 49:5 71:22 71:23 83:4 91:8

**botter**(1) 4:23
**bottom**(4) 12:8 63:25 86:12 86:19
**box**(4) 26:8 50:14 81:6 84:8
**boxes**(4) 87:13 87:16 87:19 97:11
**boy**(1) 61:23
**brad**(1) 4:24
**brass**(2) 5:6 53:12
**breach**(1) 67:11
**breached**(1) 28:7
**breaching**(1) 74:12
**break**(1) 16:22
**brian**(2) 3:25 4:33
**brickley**(1) 5:9
**brief**(30) 7:15 7:22 8:3 12:8 20:9 23:13 32:5 35:17 36:2 36:4 36:9 36:9 36:10 36:12 36:12 36:23 37:23 38:14 39:5 39:10 40:25 43:5 43:24 48:18 53:3 55:9 56:22 56:23 62:6 78:25

**briefed**(2) 59:24 60:15
**briefing**(2) 69:22 69:25
**briefly**(6) 25:6 46:22 68:24 70:18 73:15 95:1

**briefs**(14) 22:18 22:22 42:13 55:10 57:14 58:9 59:17 59:20 60:5 60:7 78:3 78:7 78:9 79:3

**bring**(6) 28:5 31:13 32:23 43:16 72:4 73:2
**bringing**(1) 33:5
**broader**(1) 43:4
**brock**(1) 5:35
**brought**(14) 33:8 33:9 49:10 49:13 50:12 52:12 52:13 52:18 52:21 52:24 53:1 70:9 70:12 71:14

**bryant**(1) 2:15
**buchanan**(1) 2:5
**budgeting**(1) 13:15
**bulk**(1) 86:8
**burn**(1) 95:3
**business**(6) 63:5 63:6 63:11 63:18 64:21 68:5

**but**(140) 8:18 10:8 10:15 10:19 10:25 11:10 12:12 13:8 14:9 14:17 15:18 16:6 17:22 19:14 20:5 20:11 21:6 21:11 21:15 21:19 23:1 23:9 24:3 24:21 26:16 26:23 28:3 28:9 28:13 29:15 29:19 29:25 30:2 30:6 31:3 31:20 33:15 33:25 34:10 34:16 34:18 35:3 35:4 35:8 35:23 36:4 36:14 36:19 38:10 39:6 39:10 43:3 43:9 43:23 43:24 44:17 45:15 46:3 46:13 46:23 47:7 47:13 47:20 48:3 48:6 48:15 49:1 49:7 49:17 49:19 49:22 52:16 53:15 53:18 53:24 55:23 56:10 56:21 58:22 58:24 60:7 61:2 61:12 62:4 64:12 64:12 64:24 65:6 65:24 66:9 67:10 67:18 68:11 70:2 71:5 72:19 73:4 73:5 73:20 74:4 74:13 76:13 77:11 78:12 78:21 79:6 79:20 79:24 81:4 81:9 81:19 82:10 82:12 83:8 84:1 84:9 84:19 85:6 85:18 86:4 86:12 86:22 87:10 87:16 88:21 89:16 90:18 92:11 92:13 92:23 94:5 95:8 96:6 99:10 100:10 100:20 101:1 101:5

**butler**(1) 84:2
**buy**(1) 97:25
**buyers**(2) 67:5 67:12
**calendar**(1) 60:2

**calendars**(1) 59:14
**call**(6) 7:24 18:15 26:15 26:19 54:3 54:4 53:4 53:5 53:9 53:16 53:18 53:24 53:25 88:14

**calling**(3) 26:3 56:17 99:18
**caloway**(1) 2:6
**came**(2) 44:11 51:22
**can**(94) 11:7 11:24 14:1 14:18 15:8 17:3 17:18 18:14 18:20 18:23 19:15 20:6 21:7 24:1 24:12 24:13 26:22 28:14 29:1 29:15 33:20 33:22 33:25 34:1 35:6 35:21 36:2 36:7 37:9 37:23 45:15 45:20 46:3 46:20 48:7 50:13 51:7 52:3 52:15 53:7 53:15 62:6 64:12 65:12 65:22 65:23 67:3 68:3 72:16 72:21 72:25 73:14 76:5 76:5 76:11 77:5 77:8 77:15 77:15 78:23 79:3 79:8 79:22 79:25 81:8 81:18 81:19 81:22 82:10 82:14 84:18 84:18 84:21 86:3 86:8 86:9 86:20 88:10 89:12 92:20 93:19 96:7 96:21 96:22 97:10 97:11 97:13 100:15 100:20 101:12 101:13 101:22 102:13 102:16

**can't**(7) 27:1 48:6 62:1 62:2 62:2 69:15 74:15

**canada**(13) 4:42 6:14 6:14 7:23 7:23 8:12 8:19 20:1 26:3 28:14 55:8 79:14 79:22 90:1 90:18

**canadian**(37) 4:1 6:14 7:23 7:23 8:12 8:19 9:10 19:9 20:14 21:24 23:9 23:21 27:7 38:16 43:10 43:12 43:20 44:9 46:9 48:8 54:14 55:2 55:15 56:18 56:21 62:11 62:21 67:9 68:1 71:20 71:22 87:14 90:16 91:9 96:22 100:20 102:22

**canadians**(2) 25:20 26:18
**candidly**(1) 57:16
**canvassed**(1) 38:4
**can't**(1) 50:2
**capital**(5) 5:5 5:17 5:23 5:26 5:29
**cards**(2) 10:4 10:9
**cares**(1) 66:21
**case**(19) 1:5 12:15 19:20 23:12 28:15 29:20 35:5 48:17 50:4 50:9 57:19 58:5 62:7 70:18 70:19 70:22 74:1 95:2 95:3

**cases**(1) 17:23
**cassels**(1) 5:35
**cat**(2) 86:10 86:15
**categories**(1) 13:9
**category**(4) 8:10 48:18 50:15 53:11
**causes**(1) 37:8
**caution**(1) 85:25
**ccc**(10) 20:19 40:6 40:10 40:15 40:17 52:23 55:4 56:23 59:2 70:9 70:25

**ccc's**(2) 40:13 55:14
**cents**(1) 72:11
**certain**(16) 34:7 39:4 49:12 59:8 59:8 62:15 64:3 64:16 64:24 65:22 69:10 90:2 92:7 92:8 92:9 92:10

**certainly**(15) 8:24 21:10 23:25 24:2 28:13 45:17 45:19 67:8 76:8 79:6 90:20 91:3 93:22 95:8 102:13

**certainty**(1) 17:5
**certification**(1) 103:2
**certify**(1) 103:3
**cetera**(6) 45:19 48:17 49:20 62:3 63:18 87:3

**chair**(1) 26:1
**challenge**(1) 93:5
**challenged**(2) 91:23 94:12
**challenges**(2) 91:25 92:2
**chambers**(1) 85:18
**change**(3) 15:1 46:4 46:16
**changed**(1) 46:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**chapter**(1) 1:8
**characterization**(1) 57:2
**chart**(2) 20:10 99:16
**chase**(2) 3:45 37:21
**chess**(5) 13:11 14:14 14:19 47:1 47:25
**chief**(1) 26:6
**chinese**(1) 52:19
**christopher**(1) 3:4
**christy**(1) 103:8
**chung**(1) 5:12
**circulated**(1) 102:6
**circumstance**(1) 13:13
**cited**(1) 70:22
**claim**(2) 53:7 100:9
**claimant**(1) 68:6
**claimants**(8) 3:18 4:46 28:6 38:17 44:6 67:14 72:6 72:11

**claims**(83) 12:14 12:17 12:18 13:7 14:11 16:6 16:24 17:9 17:9 17:17 17:20 17:23 18:3 18:5 18:11 18:13 18:15 18:19 19:3 19:6 19:22 20:1 21:8 21:10 21:12 21:14 21:17 21:21 22:2 22:8 22:12 22:18 22:22 23:1 23:9 23:13 23:18 24:7 24:15 25:12 25:13 25:21 26:3 26:6 26:7 26:9 26:16 26:19 26:21 26:24 28:3 28:11 29:2 29:13 29:24 30:4 30:15 31:9 31:11 31:19 31:21 32:3 32:19 32:23 33:17 34:15 34:17 34:24 35:16 35:20 36:5 37:7 37:14 37:21 37:21 44:2 44:2 44:6 48:21 50:20 50:23 67:15 67:16
**claims-only**(2) 49:11 51:5
**claims-related**(1) 53:10
**clarification**(2) 41:18 97:15
**clarified**(2) 41:2 41:12
**clarify**(4) 41:15 42:3 42:10 56:16
**clarifying**(1) 43:3
**clarity**(2) 7:13 43:11
**clark**(2) 52:14 58:15
**clear**(11) 13:17 14:7 25:9 31:5 34:22 35:12 56:18 57:1 69:12 89:19 90:10

**clearer**(1) 102:14
**clearly**(1) 31:9
**cleary**(2) 1:33 16:16
**clerical**(1) 38:10
**clerk**(3) 6:2 102:1 102:22
**clients**(1) 72:14
**clock**(14) 13:11 14:9 14:14 14:20 17:19 19:7 19:11 21:13 27:20 31:19 34:17 35:2 47:1 47:25
**clocking**(1) 31:10
**clocks**(3) 19:11 27:14 45:18
**close**(1) 78:10
**closes**(1) 77:8
**club**(1) 70:18
**co-counsel**(1) 25:2
**colleagues**(1) 20:5
**collier**(1) 5:15
**combinations**(1) 39:2
**combine**(1) 55:13
**come**(16) 16:5 17:15 21:15 23:23 27:2 29:11 30:3 31:16 35:15 44:17 56:9 56:10 56:11 61:20 67:23 68:16

**comes**(5) 21:9 26:1 65:19 73:8 95:25
**comfortable**(1) 83:4
**coming**(9) 9:4 19:12 33:3 33:4 50:16 76:9 79:7 80:4 100:12

**commence**(1) 19:19
**comment**(2) 11:22 52:16
**commenting**(1) 62:13
**comments**(2) 15:17 102:7
**committee**(7) 3:2 4:2 4:21 38:17 43:10 69:4 71:3

**common**(3) 44:22 45:7 48:1
**communications**(2) 88:15 88:21

**companion**(1) 52:24
**company**(5) 5:8 61:24 63:1 64:22 66:22
**compare**(1) 48:5
**complete**(2) 35:21 65:5
**completed**(1) 35:22
**complex**(1) 88:22
**computer**(2) 81:4 81:9
**computers**(1) 81:12
**conaway**(1) 2:37
**conceive**(3) 14:18 17:3 17:18
**concept**(1) 16:3
**concern**(11) 16:2 17:22 20:21 22:7 37:7 50:11 66:14 67:3 69:7 77:21 80:17

**concerned**(3) 21:12 42:12 79:2
**concerns**(9) 11:18 19:1 64:8 67:7 69:19 72:14 81:12 83:10 102:13

**concierge**(1) 83:22
**concluded**(1) 102:23
**confer**(1) 75:19
**conference**(2) 6:10 40:12
**confidential**(13) 61:25 62:4 62:17 62:19 63:8 66:18 69:13 69:24 70:24 72:16 73:1 75:18 75:18

**confidentiality**(32) 48:24 51:12 61:7 61:12 61:20 62:8 62:14 62:21 63:5 63:12 64:2 64:8 64:17 64:23 65:14 65:17 66:23 67:7 67:11 67:21 68:3 69:7 69:19 70:15 72:19 74:8 74:10 75:6 77:8 77:11 88:16 98:23

**confidentially**(1) 63:21
**confirmed**(1) 97:16
**confused**(1) 84:15
**confusion**(1) 35:3
**connection**(1) 39:16
**considerations**(1) 8:25
**consist**(1) 13:21
**constituency's**(1) 44:13
**construction**(1) 11:19
**consulted**(1) 40:8
**contact**(1) 65:22
**contacted**(1) 64:6
**contemplated**(2) 83:15 93:5
**contemplating**(2) 68:14 93:11
**contentious**(2) 39:13 87:7
**context**(1) 18:24
**continuation**(1) 15:22
**continue**(2) 77:4 86:22
**continued**(2) 2:2 5:2
**continues**(2) 12:9 47:21
**continuing**(2) 46:19 63:3
**contract**(1) 62:9
**contractual**(1) 74:10
**contrary**(1) 45:5
**convenience**(1) 71:25
**conversation**(2) 29:8 30:3
**cooperate**(2) 44:8 77:5
**cooperation**(1) 44:11
**coordination**(1) 95:24
**copies**(12) 79:25 81:5 81:20 82:6 82:11 82:12 82:25 83:7 83:18 84:4 84:19 87:24

**copy**(13) 8:3 8:6 8:8 9:11 9:11 81:7 81:22 82:14 83:8 84:8 84:10 85:10 90:14

**cordo**(1) 1:28
**core**(1) 58:16
**correct**(5) 22:3 28:4 32:24 54:15 103:3
**correctly**(2) 12:20 14:13
**costs**(1) 17:24
**couched**(1) 17:2

**could**(33) 8:5 9:6 9:14 9:19 10:25 13:13 31:23 34:14 35:9 47:19 48:5 48:8 50:18 54:17 59:12 61:25 64:15 64:21 67:10 68:7 68:24 70:1 70:4 78:22 79:3 79:10 79:13 83:9 83:19 83:20 84:25 100:15 101:5

**counsel**(26) 9:2 9:4 9:7 9:9 9:15 9:16 9:21 10:17 12:14 13:25 15:8 15:19 27:2 33:25 36:8 36:14 36:15 36:16 45:4 59:4 59:6 72:15 72:16 72:21 72:24 79:14

**counsel's**(1) 36:6
**count**(2) 37:9 52:25
**counterpart**(1) 9:7
**counting**(1) 33:24
**country**(1) 32:22
**couple**(3) 49:5 81:3 97:18
**course**(13) 7:6 7:14 7:17 10:6 11:24 13:10 63:6 69:6 78:16 89:10 91:8 94:5 95:8

**court**(202) 1:1 6:3 6:7 6:18 6:21 6:25 8:12 8:19 9:10 9:17 10:2 12:4 15:15 15:23 16:1 17:1 17:10 18:8 18:12 20:2 20:4 20:7 21:3 21:15 21:15 22:3 22:10 22:14 22:16 22:25 23:5 23:11 24:11 24:17 24:23 25:1 27:20 27:24 31:3 32:1 32:21 33:21 34:3 36:10 37:3 40:21 40:23 41:4 41:7 41:9 41:10 42:1 42:2 42:5 42:8 42:11 42:20 42:25 43:20 45:25 46:17 47:18 47:23 48:2 48:10 48:13 51:15 51:18 54:15 54:19 54:21 54:24 55:6 55:13 55:17 55:21 55:24 56:4 56:4 57:4 57:6 57:9 57:19 58:18 58:24 59:16 59:21 60:2 60:5 60:8 60:11 60:14 60:18 60:21 60:25 62:17 63:9 63:10 63:25 66:3 66:7 66:9 66:20 68:9 68:22 68:25 69:2 69:22 70:3 70:16 70:25 71:22 71:22 73:16 73:17 73:19 73:20 73:22 73:24 73:25 74:15 75:1 75:3 75:5 75:9 75:21 75:23 75:25 76:15 76:25 77:25 78:5 78:15 79:2 79:12 79:18 80:3 80:15 81:11 81:15 82:20 83:7 83:13 83:23 83:24 84:1 84:14 84:17 84:22 84:23 85:2 85:10 85:17 85:19 85:20 85:22 85:24 87:22 88:11 89:13 89:21 90:4 90:8 90:22 91:12 91:24 92:17 92:25 93:3 93:8 93:12 96:15 96:17 96:24 97:2 97:5 98:8 98:12 98:14 98:17 98:19 99:12 99:21 99:23 100:24 101:7 101:10 101:10 101:15 101:23 101:25 102:2 102:3 102:11 102:20 102:23

**court's**(1) 91:7
**courtroom**(15) 1:10 8:23 10:4 10:11 10:12 10:17 11:1 11:3 24:6 55:8 80:21 82:12 83:5 85:13 101:1

**courtrooms**(1) 11:19
**courts**(45) 7:11 9:10 11:16 12:9 15:8 16:20 17:21 19:3 20:16 22:6 36:7 39:8 43:16 45:20 49:5 54:20 56:7 56:11 56:14 60:1 60:16 64:3 65:21 68:7 74:6 76:12 77:13 78:7 78:11 78:13 78:24 79:1 81:18 83:4 83:18 84:13 87:10 89:18 91:4 91:9 99:5 99:8 99:16 101:9

**cra**(1) 72:6
**create**(1) 73:5
**creditors**(6) 3:3 4:1 4:22 38:17 69:6 74:11
**creditors'**(1) 43:10
**crichlow**(1) 4:10
**criteria**(1) 51:8
**critical**(1) 99:14
**criticized**(1) 45:2
**cross**(25) 13:21 13:22 26:6 26:23 28:11 28:14 28:15 28:20 29:12 29:16 30:5 31:11 31:25 33:9 33:23 34:12 34:19 41:18 54:4 73:9 92:20 92:25 93:15 94:4 95:6

**crosses**(1) 41:17
**crossover**(1) 30:15

**crowd-control**(1) 10:25
**crt**(1) 5:26
**curriculum**(1) 91:13
**custom**(2) 56:19 56:24
**cut**(2) 37:20 79:4
**cuts**(1) 72:10
**dandelet**(1) 1:36
**dangerous**(1) 11:21
**daniel**(2) 2:23 3:37
**data**(1) 1:43
**date**(13) 54:13 54:21 55:1 64:15 64:16 64:24 64:24 65:21 65:24 66:5 68:19 98:22 103:8
**dates**(4) 14:25 20:20 55:11 62:23
**david**(3) 4:10 4:23 75:13
**day**(33) 9:12 14:10 14:12 14:20 16:22 17:7 17:7 17:7 17:8 17:9 17:25 19:21 19:22 20:1 20:11 20:15 22:8 23:8 24:7 32:8 33:11 33:12 35:19 36:21 48:5 48:8 57:24 59:11 77:2 82:3 96:9 97:9 102:20

**days**(23) 14:10 14:12 16:21 16:23 16:25 17:21 19:2 19:13 19:19 19:24 20:4 20:16 20:17 20:17 21:2 21:16 22:7 24:13 25:11 32:4 38:21 39:7 55:3

**dead**(1) 61:24
**deadline**(4) 49:2 78:4 78:8 78:22
**deal**(25) 7:20 11:7 14:4 14:21 19:19 25:22 26:9 27:5 27:12 29:8 29:10 30:22 39:15 40:1 46:22 48:23 65:14 65:21 66:8 73:4 76:5 89:2 92:15 94:12 96:11

**dealing**(7) 12:7 12:18 13:9 61:24 70:12 71:11 76:14

**deals**(1) 62:21
**dealt**(3) 26:7 38:14 49:25
**debenture**(2) 3:30 4:32
**debtor**(2) 4:18 45:4
**debtors**(37) 1:12 1:25 2:20 6:9 6:14 7:18 7:23 8:14 16:17 17:19 18:10 18:14 19:9 20:14 20:14 20:15 23:21 27:7 34:21 38:19 44:2 44:8 44:9 45:1 46:5 46:10 48:8 52:13 55:2 55:16 58:14 67:9 67:25 68:1 69:5 90:18 98:7

**decide**(6) 51:6 56:5 56:11 57:11 57:14
**decided**(2) 46:25 50:19
**decision**(1) 67:24
**decisions**(1) 38:2
**default**(1) 75:17
**defer**(1) 51:4
**deferred**(1) 67:4
**definitely**(1) 9:14
**degree**(1) 64:13
**delaware**(14) 1:2 1:12 3:20 3:32 6:1 7:18 8:21 9:10 9:16 10:3 12:2 15:14 15:19 16:2

**delay**(3) 47:22 47:22 69:21
**delighted**(1) 77:3
**deliver**(2) 77:15 79:24
**delivered**(1) 79:3
**delivery**(1) 79:9
**dentons**(1) 4:42
**denying**(1) 54:23
**departed**(1) 23:5
**depending**(2) 64:11 64:20
**depends**(1) 65:19
**depose**(1) 30:18
**deposition**(5) 34:24 44:25 45:6 86:24 87:1
**depositions**(5) 30:19 46:6 46:14 71:12 101:14

**derek**(2) 1:27 6:8
**describe**(1) 48:19
**description**(1) 9:21
**designate**(2) 30:14 34:24
**designated**(3) 18:19 31:13 32:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**designations**(3) 30:19 86:24 86:24

**desire**(1) 35:16
**desired**(1) 31:16
**despite**(1) 40:7
**detail**(1) 46:2
**details**(1) 8:14
**determinations**(1) 50:8
**determine**(1) 54:14
**detract**(1) 22:5
**deutsche**(1) 5:20
**developed**(1) 45:8
**developments**(1) 46:19
**device**(1) 84:25
**dialogue**(1) 81:18
**diaz**(1) 1:43
**did**(10) 20:7 25:11 39:15 40:23 41:5 41:12 43:23 44:18 74:3 93:9
**didn't**(3) 13:18 22:15 35:3
**didn't**(1) 42:22
**different**(10) 8:18 46:7 46:13 59:4 63:4 64:11 93:13 95:22

**differently**(3) 12:24 64:11 82:24
**difficult**(4) 37:10 50:7 65:24 95:23
**difficulties**(1) 33:4
**difficulty**(3) 25:18 26:13 31:14
**dine**(1) 4:11
**dire**(2) 18:7 93:9
**direct**(7) 13:23 14:15 26:5 26:20 41:23 94:14 95:4

**direction**(7) 31:5 49:8 50:22 50:25 56:14 91:7 95:17

**directions**(1) 48:22
**directly**(4) 29:10 31:21 45:2 45:5
**directors**(4) 28:5 28:6 41:3 41:5
**directs**(5) 41:17 41:19 41:22 42:3 98:11
**disabled**(1) 71:1
**disagree**(1) 46:8
**disagreed**(1) 46:9
**disagreement**(1) 34:11
**disclose**(1) 100:19
**disclosed**(3) 67:17 99:8 99:13
**discovery**(4) 70:12 71:12 74:6 75:18
**discrete**(1) 67:18
**discussed**(2) 18:7 29:1
**discusses**(1) 70:11
**discussing**(1) 17:67 20:02
**discussion**(6) 6:12 12:12 32:14 32:16 36:8 59:13

**discussions**(3) 65:4 65:5 65:23
**dispense**(1) 46:3
**dispensed**(1) 66:24
**disposal**(1) 56:10
**dispute**(1) 48:6
**disputes**(1) 98:24
**distinct**(2) 23:18 23:18
**distribution**(1) 45:9
**district**(1) 1:2
**divide**(1) 44:20
**divided**(1) 7:19
**divides**(1) 7:15
**dividing**(2) 40:15 44:15
**division**(1) 40:5
**dla**(1) 4:2
**docket**(1) 65:7
**document**(5) 68:8 71:5 80:16 83:22 85:11
**document-by-document**(1) 68:7
**documents**(19) 62:16 63:11 64:2 67:18 67:23 68:2 69:24 70:15 71:3 72:25 81:5 81:13 82:15 83:14 84:5 84:20 87:8 88:25 98:25
**does**(14) 9:25 10:2 10:6 14:2 19:18 32:7 48:10 55:9 67:21 68:6 82:20 90:5 98:9 102:11
**doesn't**(6) 22:5 35:2 70:24 75:4 98:9 100:4

**doesn't**(1) 49:25
**dog**(2) 75:12 75:16
**doing**(1) 75:20
**dollar**(1) 7:17
**don't**(62) 6:17 9:12 9:20 12:22 15:11 17:21 20:3 21:8 21:11 24:20 25:14 26:23 27:12 29:19 36:14 38:1 39:13 40:9 46:24 47:4 49:23 50:9 54:9 55:13 56:9 56:12 57:2 59:23 62:23 63:22 65:5 67:1 67:3 68:16 69:18 70:20 72:19 77:17 78:13 79:18 81:10 82:5 84:7 84:9 86:22 87:16 89:15 90:2 90:16 91:12 91:14 92:11 93:1 93:4 93:10 94:12 95:16 95:22 96:7 96:9 97:18 101:16
**done**(6) 17:14 29:22 37:14 58:4 80:8 94:9
**don't**(5) 24:24 33:25 65:16 100:25 101:4
**dorsey**(1) 2:38
**doubled**(1) 25:12
**doubt**(3) 29:18 37:18 56:17
**dow**(1) 5:8
**down**(6) 23:16 24:8 24:25 25:14 27:9
**draft**(1) 58:9
**drafted**(1) 88:3
**draw**(1) 89:5
**due**(5) 59:17 60:9 60:12 67:22 78:3
**during**(14) 7:14 12:17 17:13 26:24 27:20 29:2 30:4 31:11 37:21 37:22 44:3 65:10 77:18 84:3

**duties**(1) 28:7

**each**(13) 9:21 32:8 33:16 40:6 40:16 48:4 48:8 57:24 85:19 99:8 99:13 99:15 100:19

**earlier**(1) 53:11
**easier**(2) 73:5 82:4
**easiest**(1) 63:16
**easily**(1) 65:22
**easy**(2) 58:6 79:20
**economist**(1) 92:23
**ecro**(1) 1:41
**edward**(1) 42:16
**edwards**(1) 42:16
**effect**(2) 44:1 44:12
**effectively**(1) 9:5
**efficient**(2) 18:4 27:12
**eight**(1) 10:13
**either**(10) 11:17 15:19 18:18 26:5 30:14 34:11 83:3 83:5 83:5 88:11

**elect**(1) 95:3
**electronic**(9) 1:48 77:17 80:16 80:20 82:13 82:25 84:3 84:19 103:4

**electronically**(1) 79:24 80:9 82:16
**element**(1) 61:5
**elicited**(1) 34:23 93:15
**else**(6) 47:16 82:12 88:10 98:6 99:3 102:6
**email**(2) 78:12 78:24
**emea**(21) 2:28 18:14 18:16 20:15 28:6 28:10 28:24 31:8 31:13 31:20 32:19 33:2 44:1 44:6 44:8 45:1 45:2 45:4 46:5 46:10 49:12
**employees**(2) 71:2 98:16
**enable**(1) 10:9
**end**(7) 8:1 48:5 48:8 79:21 86:2 96:1 97:9
**ended**(1) 46:6
**enforcement**(1) 52:20
**engage**(1) 65:23
**england**(1) 33:3
**english**(1) 91:2
**enhanced**(2) 8:22 10:20
**enormous**(1) 18:3
**enough**(5) 50:9 58:4 60:22 82:8 97:11
**entered**(2) 54:22 63:4
**enterprise**(1) 68:5
**entire**(1) 68:13
**entirely**(5) 13:22 14:14 14:17 25:12 98:16
**entities**(1) 37:8
**entitled**(4) 30:5 46:11 63:21 72:18

**envisioned**(1) 12:21
**equitable**(3) 44:12 44:20 45:9
**ernst**(2) 2:4 4:27
**espoused**(1) 46:7
**esq**(38) 1:27 1:28 1:34 1:35 1:36 2:6 2:12 2:13 2:14 2:21 2:22 2:23 2:30 2:31 2:32 2:38 3:4 3:12 3:19 3:25 3:31 3:37 3:44 4:3 4:4 4:10 4:11 4:19 4:23 4:24 4:25 4:29 4:30 4:33 4:37 4:40 4:43 4:47

**essentially**(9) 7:21 12:9 34:13 34:14 38:20 68:3 85:7 87:6 94:18
**estate**(4) 17:14 62:21 65:4 100:17
**estates**(5) 40:8 64:11 64:12 64:14 74:11
**estate's**(1) 65:18
**esther**(1) 5:12
**europe**(3) 31:12 31:17 32:22
**eve**(3) 45:18 67:4 71:8
**even**(13) 13:11 14:11 14:14 14:17 23:23 33:4 35:18 55:2 57:24 67:15 77:11 102:14 102:15

**evening**(1) 78:12
**event**(2) 40:9 47:2
**ever**(1) 84:21
**every**(2) 9:12 14:20
**everybody**(10) 9:18 14:23 15:5 35:21 47:6 54:2 64:13 69:17 82:12 102:5

**everybody's**(1) 85:6
**everyone**(3) 6:3 102:16 102:20
**everything**(3) 55:21 81:4 86:1
**everything's**(1) 81:3
**evidence**(23) 12:13 13:8 13:20 15:22 19:6 25:22 26:4 28:17 31:22 34:7 34:23 35:5 35:11 35:11 42:13 50:3 52:6 58:16 85:12 92:5 94:11 95:25

**exactly**(3) 80:13 98:14 100:19
**examination**(8) 13:22 14:15 28:9 33:23 41:18 92:20 93:15 94:4

**examinations**(2) 13:23 31:11
**examine**(11) 25:25 26:6 26:23 28:14 28:20 29:13 30:11 31:25 34:19 54:4 95:6
**examined**(5) 26:5 28:11 29:16 30:5 33:9
**examining**(3) 13:21 28:16 73:9
**example**(12) 14:16 14:24 34:21 62:10 62:11 63:4 63:10 63:15 63:16 69:18 81:6
**excellent**(1) 101:15
**exchanged**(1) 76:8
**exchanging**(1) 78:3
**excited**(1) 21:21
**exciting**(3) 8:11 77:11 77:11
**exclusion**(1) 56:22
**excuse**(1) 8:2
**exhibit**(1) 76:9 87:6
**exhibits**(6) 77:14 77:19 80:8 84:20 87:4 99:1
**expect**(6) 35:7 35:18 36:11 86:8 86:20 88:25

**expectation**(1) 37:13
**expectations**(1) 86:23
**expected**(3) 12:22 31:24 50:10
**expecting**(2) 8:23 38:9
**expense**(3) 17:23 18:3 80:18
**experienced**(1) 72:3

**expert**(50) 13:14 17:15 41:22 44:25 46:14 46:15 52:6 52:14 52:22 52:24 53:2 53:14 55:5 56:18 56:19 56:21 56:25 58:16 58:19 66:24 81:5 81:6 81:7 81:7 81:21 81:22 82:6 84:7 86:24 87:10 87:13 87:14 87:19 88:5 89:17 90:2 91:10 91:12 92:2 93:2 93:5 93:17 94:6 94:6 94:6 94:8 94:16 95:6 95:10 95:21

**expert's**(3) 84:8 95:15 95:18
**expertise**(2) 92:10 92:21
**experts**(32) 14:16 14:24 41:22 45:2 45:3 49:12 49:14 49:21 51:24 53:4 53:5 53:7 53:8 53:12 53:16 54:9 57:17 58:15 89:11 91:9 91:18 92:1 92:7 92:8 92:9 92:18 92:23 93:9 93:16 94:5 95:3 100:5
**expired**(1) 92:17
**explain**(2) 25:19 50:11
**explanation**(1) 41:24
**extend**(1) 18:1
**extent**(5) 34:18 44:18 45:12 46:8 67:16
**extra**(2) 8:3 39:1
**extremely**(1) 57:25
**face**(3) 28:8 64:1 92:9
**facebook**(1) 101:9
**fact**(15) 13:14 17:4 21:24 22:6 41:19 42:6 42:15 43:13 44:7 55:15 56:23 64:7 66:13 70:19 87:9

**facts**(2) 42:5 86:21
**factum**(5) 70:16 70:17 70:19 71:17 73:18
**fagen**(1) 4:25
**fair**(1) 44:21
**fairly**(1) 81:16
**faith**(1) 75:20
**falls**(1) 44:14
**familiar**(2) 86:4 86:11
**familiarize**(1) 23:1
**fantastic**(1) 77:20
**far**(6) 21:12 42:10 71:9 79:2 92:1 97:13
**fara**(1) 2:31
**farallon**(1) 5:17
**farr**(1) 3:24
**fear**(1) 67:19
**feed**(1) 85:12
**feedback**(1) 8:16
**feel**(4) 50:18 54:10 57:6 96:16
**feld**(3) 2:11 4:22 69:4
**few**(8) 7:6 16:11 21:10 31:4 33:16 45:3 82:12 89:18
**fiduciary**(1) 28:7
**figure**(7) 44:19 44:25 72:24 80:13 80:15 84:21 85:25

**figured**(1) 64:20
**file**(7) 36:11 41:6 55:22 78:22 79:21 80:20 97:12
**filed**(27) 6:15 7:15 8:13 22:19 28:2 30:1 35:17 36:23 49:6 50:21 52:2 54:10 55:3 55:11 55:15 60:7 66:25 67:14 69:16 69:17 69:20 70:17 73:18 89:24 90:1 90:7 93:6

**filing**(2) 49:3 63:7
**filings**(1) 55:12
**final**(4) 36:9 50:4 97:14 100:10
**financials**(1) 66:19
**find**(5) 20:6 64:7 77:16 84:25 101:12
**fine**(16) 6:22 6:23 11:9 11:11 11:14 22:1 26:22 29:25 48:12 80:3 96:15 99:2

**finger**(1) 3:3
**finish**(2) 13:14 17:15
**finished**(4) 17:4 39:19 39:21 61:17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **finnigan**(8) 4:36  4:46  39:17  40:3  40:4 58:10  58:12  58:12 | | **front**(9) 9:23  20:3  63:9  63:10  63:23  74:18 84:9  89:1  92:14 | | **gross** (1) 66:2 | | **have**(226) 6:12  7:3  7:7  8:2  8:8  8:17  8:20 9:4  9:22  9:22  10:9  10:11  10:19  11:6  11:17 |
| | | | | **ground**(1) 11:25 | | 12:19  13:10  14:3  14:21  15:5  16:2  16:4 |
| **firm**(1) 65:6 | | **fruition**(1) 44:11 | | **group**(5) 3:10  3:43  4:39  5:26  38:24 | | 16:5  16:20  18:4  18:10  19:2  19:3  19:17 |
| **firms**(1) 87:14 | | **full**(1) 14:19 | | **group's**(1) 43:12 | | 19:25  20:3  20:21  21:18  22:6  22:19  22:20 |
| **first**(10) 7:21  8:11  10:20  31:15  34:18  43:9 | | **fully**(4) 13:12  38:4  59:24  60:15 | | **groups**(5) 43:8  43:9  43:18  45:22  46:5 | | 22:25  23:8  23:13  23:18  24:4  24:5  24:6 |
| 57:13  70:7  77:13  77:22 | | **further**(4) 12:23  15:17  15:17  70:15 | | **grout**(2) 4:36  4:46 | | 25:10  25:14  26:9  26:13  26:18  26:23  26:25 |
| | | **gallagher**(1) 3:24 | | **guess**(4) 17:12  76:4  78:20  98:8 | | 27:2  28:25  29:11  29:19  29:23  30:1  30:1 |
| **fit**(1) 98:1 | | **gauge**(1) 37:2 | | **guidance**(6) 28:4  78:11  78:24  84:12  84:14 | | 30:1  30:1  30:2  30:3  30:4  30:6  30:21  31:5 |
| **five**(3) 23:19  32:3  58:24 | | **general**(1) 51:8 | | 91:7 | | 31:7  31:8  31:9  31:16  31:18  33:2  33:15 |
| **fix**(1) 70:1 | | **generally**(1) 68:3 | | | | 33:16  33:44  35:12  36:4  36:20  37:7  38:22 |
| **flavor**(1) 63:11 | | **generic**(1) 67:19 | | **guiney**(1) 4:33 | | 38:25  39:4  39:8  39:17  39:19  40:7  43:11 |
| **flexibility**(1) 34:5 | | **generically**(1) 48:19 | | **gump**(3) 2:11  4:22  69:3 | | 44:12  45:23  46:9  46:13  48:16  48:17  49:3 |
| **flexible**(2) 83:5  83:23 | | **get**(31) 8:16  11:24  14:3  14:19  16:25  21:21 | | **guy**(1) 66:10 | | 49:6  49:10  49:3  49:21  49:22  49:25  50:12 |
| **floor**(1) 1:29 | | 28:4  47:19  49:8  50:25  57:10  61:17  61:22 | | **guyder**(1) 2:23 | | 50:24  51:21  52:13  52:17  52:21  55:11  56:7 |
| **folks**(3) 50:9  83:18  85:15 | | 67:9  69:15  72:16  75:4  78:11  79:4  79:21 | | **had**(36) 6:12  9:11  9:11  12:21  12:22  15:6 | | 56:8  56:10  56:13  57:10  59:13  59:17  59:22 |
| **following**(1) 60:13 | | 79:23  81:22  82:3  84:24  86:20  87:2  87:4 | | 20:9  21:6  25:11  30:13  30:14  34:20  36:8 | | 60:24  61:8  61:13  61:14  61:15  62:8  62:12 |
| **foolish**(1) 21:16 | | 87:9  87:24  98:21  98:25 | | 36:23  38:4  38:16  40:14  41:15  41:16  44:23 | | 62:23  63:21  64:1  64:4  64:7  64:22  64:23 |
| **football**(1) 47:18 | | | | 45:2  46:14  46:15  48:1  48:21  55:14  55:15 | | 64:24  65:1  65:1  65:3  65:5  65:5  66:5  66:5 |
| **footnote**(1) 41:2 | | **gets**(1) 80:22 | | 72:10  74:2  81:2  83:14  83:19  87:12  87:13 | | 66:18  66:23  67:7  67:14  68:1  68:13  68:15 |
| **for**(173) 1:2  1:25  2:4  2:19  2:28  3:1  3:10 | | **getting**(8) 12:4  31:15  33:5  60:5  69:23 | | 98:3  102:6 | | 68:18  69:7  72:9  72:19  72:20  72:20  72:24 |
| 3:17  3:30  3:43  4:1  4:8  4:18  4:21  4:27 | | 80:18  87:19  91:9 | | | | 73:4  74:1  74:10  74:18  76:7  78:6  78:9 |
| 4:32  4:35  4:39  4:42  4:45  5:5  6:9  7:5  8:12 | | | | **hadley**(2) 3:43  4:39 | | 78:14  79:3  79:8  80:8  80:12  80:18  80:20 |
| 8:15  9:15  10:7  10:17  14:10  14:15  14:16 | | **gettysburg**(1) 42:16 | | **half**(7) 7:21  32:8  33:9  33:10  33:12  33:13 | | 80:23  81:5  81:15  81:24  81:25  82:1  82:11 |
| 14:23  15:3  15:18  16:21  16:23  17:9  17:20 | | **ginger**(1) 1:41 | | 57:24 | | 82:20  82:25  83:17  83:19  83:20  84:2  84:8 |
| 18:1  18:14  19:3  19:9  19:21  19:22  20:1 | | **give**(21) 7:4  13:6  23:22  23:24  37:15  40:17 | | | | 84:9  84:12  84:14  85:5  87:6  87:20  87:25 |
| 20:15  20:16  20:17  21:2  21:16  21:17  21:19 | | 54:16  59:22  62:10  63:10  63:15  64:15  64:22 | | **half-a-day**(1) 58:5 | | 88:1  88:5  88:25  89:10  89:17  90:1  90:13 |
| 22:8  22:22  23:9  24:7  25:11  26:14  27:22 | | 65:1  67:19  68:11  78:24  86:1  94:11  96:22 | | **half-day**(2) 58:1  68:14 | | 90:18  90:24  91:12  91:22  92:1  92:5  92:11 |
| 31:8  31:10  32:20  32:23  33:5  33:6  33:9 | | 100:20 | | **hall**(1) 2:21 | | 92:13  92:23  93:12  94:11  95:16  95:17  96:2 |
| 33:16  33:17  34:18  34:21  35:14  36:21  38:9 | | **given**(7) 8:5  12:19  31:14  38:4  61:14  74:17 | | **hamilton**(1) 1:33 | | 96:4  96:6  96:8  97:8  97:11  97:18  98:6 |
| 38:12  38:16  38:21  38:23  39:6  39:14  40:4 | | 84:14 | | **hand**(2) 101:22  102:9 | | 98:16  98:21  99:8  99:16  100:4  100:8 |
| 40:18  41:18  41:22  42:15  42:16  43:6  43:7 | | | | **handed**(1) 102:2 | | 100:11  101:1  101:4  101:16  101:21  101:22 |
| 43:10  43:11  43:15  43:18  43:19  43:20 | | **giving**(4) 26:3  28:16  73:9  92:21 | | **handing**(1) 82:10 | | 102:4  102:15 |
| 43:21  44:4  44:6  44:15  45:10  45:21  47:1 | | **goal**(1) 34:6 | | **handle**(2) 76:12  83:24 | | |
| 47:5  47:5  48:7  48:16  49:3  50:18  50:25 | | **goes**(3) 35:5  40:11  94:3 | | **hands**(4) 37:9  70:24  77:19  87:10 | | **haven't**(3) 81:1  81:9  92:2 |
| 51:16  53:1  53:2  53:23  54:3  54:4  54:6 | | **going**(92) 6:13  6:16  7:20  7:22  9:4  10:10 | | **happen**(4) 22:10  25:17  66:17  69:20 | | **having**(7) 15:6  24:1  31:14  45:18  80:15 |
| 54:7  54:12  54:13  54:16  54:21  56:11  60:24 | | 10:21  11:7  12:12  12:13  14:8  15:1  15:4 | | **happened**(2) 7:13  94:7 | | 82:13  83:15 |
| 61:2  61:24  62:11  62:16  62:23  63:11  63:15 | | 15:6  17:12  17:13  17:18  18:1  19:7  19:10 | | **happy**(5) 48:7  56:12  58:7  83:1  83:2 | | |
| 65:6  65:7  65:13  65:17  66:5  66:22  66:22 | | 20:11  21:21  22:10  22:17  25:6  26:3  26:12 | | **happy**(1) 60:17 | | **he'd**(1) 23:8 |
| 67:4  67:6  68:1  71:6  71:25  74:8  74:12 | | 27:13  29:4  29:11  34:4  34:13  37:10  44:20 | | **hard**(10) 37:2  81:5  81:7  81:20  81:22  83:7 | | **he's**(5) 53:15  56:19  56:24  56:25  66:10 |
| 75:6  76:25  77:7  77:10  77:13  79:1  79:9 | | 46:24  46:25  47:8  47:16  48:6  48:22  50:2 | | 83:8  84:4  96:11  101:3 | | **head**(1) 29:11 |
| 79:19  79:23  81:1  81:5  82:4  82:13  82:19 | | 50:5  51:10  51:11  53:24  53:25  59:5  59:7 | | | | **heads**(1) 12:8 |
| 83:7  83:18  84:4  85:8  85:21  87:7  88:11 | | 59:17  59:24  61:7  61:13  66:3  66:15  66:17 | | **hardship**(1) 27:10 | | **hear**(6) 14:2  34:6  35:16  57:14  66:9  77:22 |
| 88:24  92:17  95:20  96:3  97:11  97:15  98:22 | | 67:17  67:20  67:22  67:23  68:8  68:11  68:11 | | **harmed**(1) 74:11 | | **heard**(19) 6:19  11:7  16:6  37:19  37:19 |
| 99:14  99:16  100:3 | | 68:13  68:15  68:16  68:19  71:17  73:10 | | **harrisburg**(1) 1:45 | | 37:20  40:24  52:11  53:3  53:3  54:8  54:11 |
| | | 73:11  74:3  74:9  79:5  80:20  80:22  82:3 | | **has**(34) 12:12  16:24  21:19  23:5  25:23 | | 58:10  58:14  58:23  69:1  77:18  86:5  92:2 |
| **foregoing**(1) 103:3 | | 83:11  84:8  87:15  87:24  88:1  92:14  93:14 | | 28:1  31:7  31:21  32:19  36:11  38:8  43:25 | | |
| **foreign**(3) 37:8  49:12  53:8 | | 94:10  95:15  95:15  95:16  96:5  99:4  99:7 | | 45:8  46:4  46:12  47:7  47:17  49:11  52:12 | | **hearing**(7) 20:9  21:11  23:7  44:3  54:13 |
| **forever**(1) 46:13 | | 99:17  100:8  100:12 | | 52:23  56:3  56:18  64:6  66:22  71:6  71:10 | | 98:22  102:25 |
| **form**(1) 50:24 | | | | 72:15  74:14  76:2  76:21  85:19  92:17  98:23 | | |
| **formal**(1) 53:8 | | **golden**(1) 99:6 | | 102:23 | | **hearings**(1) 47:25 |
| **format**(2) 84:20  85:21 | | **good**(31) 6:3  6:8  6:11  9:25  15:25  16:1 | | **hasn't**(3) 44:17  86:5  94:7 | | **heartache**(1) 45:17 |
| **former**(2) 71:2  98:16 | | 16:1  16:8  16:10  27:24  36:12  36:14  36:16 | | **hasn't**(1) 32:25 | | **held**(1) 63:21 |
| **forth**(3) 8:14  92:1  100:23 | | 40:3  43:22  47:5  48:16  51:13  51:14  51:15 | | **hauer**(3) 2:11  4:22  69:3 | | **help**(7) 58:8  77:13  77:13  83:21  83:23 |
| **forward**(6) 30:15  45:5  49:13  65:19  71:14 | | 51:18  53:1  59:2  61:8  62:3  69:5  75:19 | | | | 99:21  100:1 |
| 72:5 | | 84:3  93:21  100:12  102:20 | | | | |
| | | | | | | **helpful**(6) 9:11  21:7  59:6  97:10  99:15 |
| **four**(8) 23:19  23:20  24:3  42:23  87:13 | | **got**(13) 11:22  27:5  36:2  39:1  46:2  55:4 | | | | 101:10 |
| 87:13  87:19  97:11 | | 55:19  61:16  62:1  67:13  70:16  72:18  81:4 | | | | |
| | | | | | | **her**(1) 17:2 |
| **frame**(1) 101:8 | | **gottlieb**(20) 1:33  14:13  16:16  24:20  24:24 | | | | **here**(32) 6:9  7:20  10:3  10:5  10:14  15:6 |
| **framework**(1) 68:18 | | 25:4  25:5  25:17  26:13  26:17  27:3  27:6 | | | | 15:19  16:2  19:17  20:6  21:7  21:13  29:23 |
| **france**(1) 33:4 | | 27:16  27:18  29:1  31:6  51:2  74:16  74:22 | | | | 31:7  31:15  33:5  34:6  38:18  39:6  41:14 |
| **frankly**(5) 21:17  67:1  69:14  83:16  98:15 | | 74:24 | | | | 62:7  67:15  74:2  79:8  82:20  92:13  94:1 |
| **fred**(1) 2:12 | | **govern**(1) 75:17 | | | | 94:7  97:19  98:6  99:3  101:21 |
| **free**(2) 26:16  95:8 | | **gown**(1) 97:25 | | | | |
| **freeze**(1) 101:6 | | **graphics**(1) 85:15 | | | | **here's**(3) 99:16  100:20  100:21 |
| **friday**(9) 76:10  78:9  78:21  78:23  79:6 | | **gray**(1) 55:8 | | | | **hersheid**(1) 53:13 |
| 79:15  79:21  79:24  97:9 | | **great**(5) 8:8  25:24  96:6  96:10  96:20 | | | | **hiccups**(1) 100:15 |
| | | **greeley**(1) 48:22 | | | | **high**(1) 86:23 |
| **friend**(2) 30:10  55:8 | | **griffin**(1) 52:15 | | | | **highlights**(1) 87:2 |
| **friends**(4) 40:17  50:24  97:15  101:16 | | **grossi**(54) 1:19  7:3  8:17  9:11  10:1  11:17 | | | | **highly**(1) 75:18 |
| **from**(44) 6:20  7:22  9:16  19:24  20:10  22:5 | | 13:3  14:2  15:4  19:16  23:4  23:8  24:16 | | | | **him**(3) 26:19  27:2  56:21 |
| 23:8  31:2  31:3  31:3  32:12  36:3  37:4 | | 24:25  25:13  25:23  25:25  26:8  26:22  26:24 | | | | **hiring**(1) 85:8 |
| 38:10  39:10  45:12  47:6  48:22  49:8  50:25 | | 27:22  33:20  33:23  35:16  35:18  37:20 | | | | **his**(5) 26:1  56:19  56:22  95:16  96:4 |
| 55:4  55:19  56:8  57:19  57:23  58:12  59:2 | | 38:11  40:3  44:3  49:7  51:16  54:12  58:6 | | | | **hoc**(1) 3:10 |
| 64:1  65:18  66:9  67:10  71:17  73:6  75:20 | | 59:3  59:12  59:15  61:4  64:19  70:6  79:23 | | | | **hodara**(1) 2:12 |
| 76:25  77:22  78:11  84:13  87:13  95:22  98:6 | | 81:9  81:18  81:21  81:10  86:3  86:11  87:10 | | | | **hoeffner**(1) 4:4 |
| 101:20  101:20  103:4 | | 87:20  88:21  96:4  96:13  98:5  101:21  102:1 | | | | **hollinger**(2) 70:19  70:22 |
| | | | | | | **home**(3) 96:7  96:8  97:4 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**honor**(97) 6:8  6:17  11:8  15:25  16:8  16:15  16:19  19:1  19:17  19:23  19:25  20:13  22:20  22:24  23:16  24:18  24:20  25:8  25:13  25:19  26:14  27:13  29:18  29:20  30:24  31:1  33:10  34:2  36:3  36:13  37:6  37:12  37:17  39:17  40:25  42:21  46:1  47:22  47:24  49:17  49:25  50:6  51:19  54:1  54:6  54:17  54:22  56:2  56:15  57:16  58:3  58:10  59:9  59:19  62:24  64:10  66:13  68:23  68:24  69:6  70:8  71:18  71:25  72:3  72:22  73:13  74:14  74:16  75:7  76:7  76:20  78:2  79:22  82:22  82:23  82:24  83:2  83:11  83:20  83:21  84:16  84:19  85:14  85:15  85:19  88:8  89:12  90:15  93:14  94:20  95:1  95:19  96:13  98:7  100:3  101:19  102:17

**honor's**(3) 17:6  30:8  50:22
**honorable**(1) 1:19
**honors**(7) 56:8  56:8  77:8  78:9  86:9  97:7  98:2

**hope**(2) 7:3  65:20
**hopefully**(5) 7:6  10:7  33:14  70:2  89:1
**hoping**(1) 78:14
**hour**(6) 32:3  33:9  33:13  40:6  40:16  57:22
**hour-and-a-half**(1) 58:22
**hours**(21) 7:6  14:10  14:15  14:19  21:17  33:16  38:25  40:10  40:14  42:16  43:8  43:10  43:14  43:14  43:17  43:19  43:20  43:21  45:10  58:21  68:14

**how**(36) 6:15  6:21  7:19  11:3  12:13  12:21  12:22  32:10  32:13  43:24  44:14  44:19  47:16  52:3  54:9  57:6  57:21  64:20  64:20  65:4  65:16  67:24  69:22  73:1  76:5  76:12  77:14  77:20  78:24  79:14  80:4  83:24  84:21  84:25  95:2  95:23

**hubbard**(1) 2:29
**hughes**(1) 2:29
**ives**(2) 3:3  65:20

**i'd**(3) 40:14  96:5  97:1
**i'll**(15) 23:13  23:14  23:16  24:25  25:7  27:9  29:10  30:7  59:16  61:20  78:15  79:20  84:6  86:10  102:8

**i'm**(48) 7:20  10:14  12:1  12:4  12:11  12:16  15:3  16:15  16:16  20:5  21:12  22:11  23:7  24:1  24:2  24:8  36:3  46:1  47:12  49:7  51:22  53:21  58:7  59:5  59:25  63:24  66:12  70:10  71:5  71:17  73:22  74:1  74:2  77:3  79:2  79:4  79:5  81:8  83:7  84:1  84:1  84:4  84:8  88:1  94:10  94:18  94:25  96:16

**i've**(17) 10:2  11:22  21:14  36:1  37:19  37:19  37:20  47:24  53:3  61:16  61:25  81:2  81:4  89:8  91:20  97:16  97:17

**idea**(2) 23:22  48:16
**identified**(3) 48:16  72:20  76:4
**identify**(5) 9:15  10:10  47:14  72:15  76:5
**imagine**(3) 33:5  48:6  74:15
**immediately**(1) 10:10
**impact**(2) 42:17  44:14
**important**(5) 31:18  43:24  61:5  62:16  64:4
**impractical**(1) 19:12
**inadmissible**(1) 92:5
**inc**(2) 1:8  5:14
**included**(2) 38:16  44:6
**includes**(2) 72:5  72:6
**including**(1) 83:18
**inconvenience**(1) 23:23
**inconvenienced**(1) 34:8
**inconvenient**(1) 32:23
**incumbent**(1) 76:10
**incur**(1) 74:12
**indentured**(4) 39:4  39:11  41:3  41:13
**indicated**(1) 43:11
**indicates**(1) 94:13
**indications**(1) 38:12

**indiscernible**(60) 11:21  13:6  15:21  25:24  27:11  28:18  28:19  29:16  30:2  30:17  30:20  34:15  37:25  38:5  44:25  49:23  52:22  54:3  58:20  59:3  61:10  63:2  65:15  65:19  68:23  70:14  70:21  71:7  71:13  71:17  72:7  72:9  72:24  73:12  74:17  76:24  77:10  80:9  80:10  84:12  86:2  88:9  90:23  92:12  94:22  95:20  95:21  95:23  95:25  96:11  96:12  97:18  98:3  100:5  100:5  100:6  100:9  100:11  100:18  102:1
**individuals**(1) 11:5
**indulgence**(1) 55:21
**infer**(1) 33:1
**inform**(1) 68:7
**information**(6) 34:20  63:6  63:8  63:17  63:21  67:16

**ingersoll**(1) 2:5
**initial**(3) 6:12  12:3  76:8
**instead**(3) 17:13  75:19  91:2
**instructed**(1) 69:14
**instructions**(3) 11:2  56:7  75:20
**intend**(1) 13:12
**intended**(2) 13:24  53:5
**intention**(4) 7:4  9:3  15:9  53:18
**interact**(1) 36:21
**interest**(2) 8:24  11:6
**interested**(1) 5:5
**interesting**(1) 8:11
**interject**(1) 89:12
**interpretation**(1) 53:12
**interrupt**(2) 24:21  89:16
**into**(8) 7:16  10:10  14:24  21:21  24:14  31:20  61:22  63:5

**introducing**(1) 83:16
**introductory**(1) 41:20
**inventory**(2) 51:20  52:4
**involve**(1) 52:16
**involved**(2) 18:2  22:11
**involves**(2) 32:14  32:16
**involving**(1) 37:8
**ipad**(1) 84:21
**isn't**(5) 29:20  34:11  39:6  41:21  43:24
**isn't**(2) 24:16  27:10
**issue**(29) 10:13  10:14  12:14  12:14  18:24  24:15  25:4  30:5  36:10  38:4  38:7  38:8  38:10  39:12  44:17  48:1  49:9  49:21  49:23  50:13  51:9  51:12  52:20  55:3  55:4  57:1  71:14  77:9  98:23

**issue-by-issue**(1) 7:18
**issued**(3) 13:17  16:20  56:3
**issues**(36) 7:5  7:15  7:21  7:24  8:18  8:19  10:25  11:6  11:24  12:17  12:19  16:3  16:3  16:6  21:17  21:19  22:12  22:18  23:1  23:14  24:14  26:6  29:13  32:3  33:17  37:23  46:3  48:24  49:19  60:22  61:20  63:4  65:17  71:18  88:14

**it'll**(1) 80:9
**it's**(80) 11:18  12:8  14:23  17:4  17:18  18:3  20:23  21:3  22:25  23:5  23:19  24:3  25:4  25:21  26:11  29:19  36:9  36:10  36:21  37:2  37:9  38:9  38:15  39:7  41:12  41:21  42:4  43:3  43:3  43:24  46:12  46:25  48:3  48:16  49:8  50:7  50:19  53:18  57:24  58:12  58:19  60:1  61:5  61:11  62:3  64:4  65:13  65:13  65:14  65:24  68:2  68:4  70:24  70:24  72:8  73:5  74:24  75:11  75:12  76:13  78:8  78:10  79:15  80:20  81:21  82:10  88:15  88:18  89:22  89:23  89:24  89:24  90:6  90:16  94:17  95:2  95:5  100:18  101:3  102:2

**item**(5) 12:1  86:12  87:9  95:20  97:14
**items**(1) 88:12
**itself**(2) 19:4  93:5
**it's**(6) 38:13  50:4  50:6  71:7  85:4  85:4
**i'll**(1) 51:3

**i'm**(7) 14:2  51:10  57:25  58:6  61:6  86:14  94:12

**i've**(1) 51:21
**jack**(1) 5:24
**jacob**(1) 4:30
**james**(2) 3:30  5:21
**january**(2) 37:13  44:1
**jeffrey**(1) 1:34  16:16
**job**(2) 36:6  47:5
**john**(4) 2:38  4:43  40:4  58:12
**johnson**(1) 2:14
**joinder**(1) 55:15
**joined**(1) 55:15
**joint**(4) 2:28  12:17  20:9  87:6
**joint-privilege**(1) 88:25
**jointly**(3) 1:6  8:13  13:7
**jones**(2) 3:11  5:8
**joseph**(1) 2:22
**judge**(53) 1:19  1:20  9:11  10:1  11:17  13:3  14:2  15:4  19:16  23:4  23:8  24:16  24:25  25:13  25:23  25:25  26:7  26:22  26:24  27:22  28:1  33:19  33:23  35:16  35:18  36:7  37:20  38:11  40:3  44:3  49:7  51:16  54:12  58:6  59:3  59:12  59:15  61:4  64:19  66:1  70:6  79:23  81:2  81:10  86:3  87:18  87:20  88:21  96:4  96:13  98:5  101:21  102:1
**judge's**(1) 37:4
**judges**(4) 7:12  13:18  48:17  81:20
**july**(6) 14:25  16:23  17:15  17:22  23:23
**june**(7) 17:4  70:9  70:17  70:17  71:16  73:12  73:23

**jurisdictions**(1) 9:15
**just**(116) 6:17  7:19  9:2  9:13  9:19  9:21  10:20  10:21  11:12  13:2  13:10  13:16  14:7  14:11  14:21  15:5  15:18  16:11  16:13  19:11  19:15  21:5  23:16  25:7  25:8  25:9  25:19  25:23  27:4  27:9  27:25  28:1  28:3  28:3  29:7  29:22  31:4  31:7  35:15  36:23  37:4  38:3  38:10  39:3  39:9  39:18  40:6  40:14  41:1  41:12  41:17  42:2  42:11  43:2  43:16  43:25  49:1  49:7  50:11  50:25  51:20  53:21  55:1  55:14  56:15  57:1  57:12  59:10  61:4  61:12  62:10  62:25  63:10  63:24  65:7  66:3  66:16  66:23  67:4  67:19  68:7  68:17  68:18  70:23  71:25  73:14  74:12  74:17  76:24  77:13  78:1  78:10  78:13  78:24  79:10  79:21  80:9  83:3  83:15  83:23  85:19  86:7  89:5  89:9  89:16  89:19  90:9  92:13  93:14  95:1  96:3  96:22  97:15  99:7  100:3  100:10

**justice**(259) 6:5  6:11  6:23  6:24  7:1  7:2  7:3  8:2  8:5  8:8  8:13  8:17  8:17  9:1  9:6  9:9  9:19  9:25  10:13  10:18  10:22  11:4  11:9  11:11  11:14  11:16  11:21  12:11  13:3  13:20  13:25  14:6  14:7  14:21  15:3  15:12  16:9  16:10  16:13  16:18  18:20  18:23  19:15  19:18  20:8  20:22  20:24  21:1  21:4  22:13  22:14  22:15  22:17  22:23  23:3  23:7  23:12  24:10  24:12  24:19  24:22  25:3  25:16  26:10  26:15  27:1  27:4  27:15  27:17  28:22  28:25  29:5  29:7  29:14  29:21  29:25  30:9  30:12  30:17  30:20  30:23  30:25  31:23  32:2  32:7  32:10  32:12  32:14  32:18  32:25  33:7  33:12  33:19  33:22  34:4  35:1  35:4  35:9  35:11  36:1  36:6  36:14  36:25  37:4  37:16  37:19  38:1  38:6  39:19  39:22  39:24  40:2  40:19  40:22  41:16  42:22  44:4  47:2  47:9  48:10  48:12  48:20  49:6  49:8  50:2  50:7  51:2  51:7  51:14  52:1  52:6  52:10  53:7  53:16  53:21  53:23  54:12  57:4  57:5  57:8  57:12  57:21  57:25  58:4  58:11  59:1  59:3  59:12  61:1  61:8  61:16  61:22  62:10  62:19  62:22  62:25  63:14  63:24  64:6  64:19  65:8  65:16  66:1  66:4  66:8  66:12  66:17  69:5  70:4  70:6  71:9  71:15  71:19  71:21  71:24  72:2  72:13  73:3  73:7  73:13  73:15  74:17  74:20  74:25  76:1  76:16  76:19  76:23  77:1  77:6  78:17  79:13  79:19  79:20  79:25  80:1  80:4  80:7  80:19  80:19  81:1  81:14  81:24  82:2  82:5  82:8  82:18  82:23  84:6  85:4  85:9  86:4  86:11  86:14  86:16  86:18  86:25  87:12  87:18  87:23  88:2  88:4  88:7  88:17  88:19  90:11  90:13  90:25  91:5  91:11  91:21  92:7  93:24  94:2  94:10  95:14  96:3  96:17  97:12  97:16  97:17  97:21  97:24  98:4  99:2  99:6  99:19  100:1  100:6  100:14  100:25  101:16  101:24  102:4  102:8  102:15  102:18  102:19  102:23

**justin**(2) 3:19  5:6
**kahn**(1) 4:24
**kamunting**(1) 5:23
**karen**(1) 4:11
**katten**(1) 4:9
**keane**(1) 3:12
**keep**(7) 14:1  25:14  42:14  42:14  43:14  47:15  71:4

**keeper**(1) 47:20
**keller**(1) 4:29
**kent**(1) 5:15
**kept**(1) 73:1
**kevin**(2) 1:19  5:27
**key**(2) 16:19  57:18
**keys**(1) 77:16
**kick**(1) 66:15
**kicks**(1) 19:4
**kill**(1) 77:17
**kimmel**(81) 6:13  7:1  7:2  8:4  8:7  8:10  9:3  9:8  9:14  9:24  10:16  10:19  10:24  11:5  11:10  11:12  11:15  11:23  12:5  12:6  12:21  13:22  14:5  14:7  14:22  15:7  15:13  15:16  15:23  17:2  30:25  31:1  32:5  32:8  32:11  32:13  32:16  32:19  33:2  33:10  33:13  34:2  34:9  35:2  35:7  35:10  35:12  36:3  36:13  36:16  36:19  37:2  37:6  37:11  37:17  37:25  38:3  38:8  39:20  39:21  39:23  39:25  41:16  41:19  42:20  42:21  43:3  43:23  46:18  47:4  47:12  48:14  50:5  50:10  51:4  51:8  52:25  53:10  71:25  100:3  100:7

**kimmel's**(1) 41:1
**kind**(12) 31:24  41:20  66:10  66:15  78:2  78:4  90:6  98:9  99:10  99:16  101:5  101:9

**kinds**(1) 63:17
**king**(2) 2:39  3:6
**kinrench**(1) 52:19
**knew**(2) 47:5  92:14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**know**(92) 7:12 9:17 10:5 11:1 11:2 11:3 14:13 14:15 14:23 15:2 16:2 16:2 17:21 21:10 24:1 25:11 28:5 31:13 31:24 32:4 32:6 34:5 34:22 35:13 36:22 37:9 37:11 40:9 41:20 41:23 44:23 45:11 46:20 47:4 47:7 47:16 50:9 51:23 51:23 52:5 53:13 54:9 56:9 59:11 59:14 65:16 66:19 66:21 66:24 67:5 67:7 67:13 67:14 68:1 68:16 68:17 72:19 77:1 78:21 78:25 79:5 79:10 79:11 79:14 79:18 81:10 81:11 81:16 83:1 83:13 83:16 83:19 83:20 83:24 84:7 86:11 87:16 88:21 92:2 92:20 94:12 95:15 95:23 95:24 97:3 98:25 99:8 99:9 100:22 100:25 101:2 101:4

**knowledge**(1) 93:7
**kyle**(1) 1:36

**language**(2) 86:6 89:3
**large**(1) 88:12
**last**(20) 7:8 20:9 36:8 40:11 41:9 42:23 50:17 51:22 54:10 55:4 55:18 56:16 58:15 69:17 70:9 71:16 78:21 81:3 89:4 101:20

**late**(1) 16:21
**later**(7) 16:7 19:5 27:2 45:16 78:12 100:2 101:3

**laughter**(10) 36:18 42:19 42:24 47:3 47:11 58:25 78:19 96:19 97:23 101:18

**laura**(1) 2:21
**law**(11) 3:30 4:32 37:8 49:12 53:8 56:18 56:21 71:4 71:20 87:14 90:16

**lawyer**(1) 9:22 53:15
**lawyers**(9) 9:12 10:4 24:6 25:14 26:8 26:11 26:25 27:5 58:8

**layton**(1) 3:3
**learned**(1) 81:9
**least**(19) 6:13 52:16 54:8 54:14 57:19 58:22 64:9 64:25 65:22 77:10 79:22 81:25 82:11 83:17 84:24 91:19 93:6 94:7 98:1

**leave**(3) 23:9 77:19 89:16
**leblanc**(1) 3:44
**left**(1) 12:18
**legal**(10) 47:6 47:13 51:24 52:24 53:6 53:12 53:14 54:9 57:17 92:23

**less**(2) 33:14 77:11
**let**(16) 7:12 12:12 11:18 21:6 22:13 51:23 51:23 64:9 66:9 77:22 78:21 79:11 79:13 84:2 91:21 95:11

**let's**(5) 23:12 38:2 38:2 38:6 68:19
**letter**(3) 8:13 8:18 11:16
**let's**(2) 37:20 40:1
**level**(1) 8:24
**lewis**(1) 4:37
**lge**(1) 72:11
**liability**(1) 74:12
**liable**(1) 67:10
**liberty**(1) 1:37
**library**(1) 82:25
**like**(52) 6:21 8:21 9:2 11:8 15:16 15:20 24:6 31:4 31:20 39:23 42:12 41:24 44:48:3 50:8 50:17 54:8 58:13 58:17 58:22 59:14 66:19 73:8 77:14 77:20 78:11 78:21 78:23 78:25 79:8 79:14 79:16 79:18 80:15 80:19 80:23 81:6 81:19 82:9 83:7 83:22 83:24 89:25 90:3 91:13 94:15 95:24 96:5 96:9 96:9 96:11 96:16 102:11

**limit**(1) 21:18
**limitation**(2) 41:21 41:22
**limitations**(1) 10:12
**limited**(8) 13:23 14:17 28:9 38:20 41:19 42:3 81:12 86:21

**lincoln**(2) 42:15 42:18
**line**(3) 19:6 53:5 63:25
**linn**(1) 5:18
**lion**(1) 5:18
**list**(5) 9:7 9:22 87:6 98:25 99:1
**listening**(2) 23:8 29:7
**lists**(4) 76:8 76:9 87:4 99:16
**little**(10) 6:12 14:16 21:20 40:18 46:1 68:18 70:2 80:12 96:1 100:9

**live**(5) 18:15 24:12 24:13 76:16 80:23
**llc**(1) 5:26
**llp**(12) 1:26 2:29 3:24 3:30 4:2 4:9 4:18 4:22 4:36 4:42 4:46 5:35

**loaded**(1) 84:24
**loathe**(1) 36:3
**location**(2) 99:15 99:20
**logistical**(1) 8:25
**logistically**(1) 19:12
**logistics**(6) 7:9 8:12 8:15 11:15 12:3
**long**(5) 9:17 35:10 35:12 77:23 97:21
**longer**(3) 14:17 36:23 40:18
**look**(12) 13:9 14:9 19:16 36:4 48:9 58:7 61:23 72:13 74:18 84:16 85:16 86:12

**looked**(1) 60:2
**looking**(2) 73:22 85:7
**lose**(4) 26:2 78:13 78:17 78:20
**lost**(1) 39:1
**lot**(14) 12:23 13:7 17:14 21:8 21:11 45:17 59:17 64:21 80:19 81:2 82:3 83:13 83:12 98:16
**lots**(2) 46:2 68:15
**loud**(1) 62:2
**lowenthal**(1) 3:37
**luck**(1) 36:12
**luft**(1) 1:35
**lyndon**(1) 27:22
**mace**(1) 1:41
**macinnis**(1) 5:21
**made**(6) 42:17 56:18 58:18 62:22 71:10 71:11

**madison**(1) 4:12
**maguire**(1) 2:32
**mainly**(1) 62:25
**major**(1) 44:13
**majority**(1) 34:12
**make**(45) 9:7 12:23 13:2 15:4 15:16 23:16 24:2 25:9 26:10 28:3 29:22 31:4 34:7 34:10 35:21 37:10 38:2 38:3 39:4 39:8 39:23 40:7 41:17 48:10 55:9 58:13 58:17 62:14 65:20 66:4 67:24 74:3 79:8 79:16 81:6 81:9 81:17 82:22 83:4 85:19 90:9 92:14 93:25 94:4 97:25

**makes**(6) 55:24 66:1 75:25 82:16 85:2 90:17

**making**(4) 13:19 27:8 50:8 77:17
**man**(1) 72:17
**manageable**(1) 84:20
**management**(2) 5:17 5:29
**manhattan**(1) 3:45
**many**(7) 18:9 32:10 32:12 34:20 47:25 77:17 81:13
**march**(3) 13:16 16:21 37:13
**market**(5) 1:11 1:29 2:7 3:13 4:5
**markets**(1) 5:32
**mary**(1) 2:6
**massive**(1) 72:10
**master**(2) 8:21 9:1
**material**(2) 75:18 82:4
**materials**(2) 86:9 90:21
**math**(2) 13:10 14:12
**mathematical**(1) 43:13

**matter**(11) 13:5 28:14 43:3 43:13 54:7 56:5 58:20 72:8 81:18 98:9 103:5

**matters**(6) 7:9 13:15 28:12 34:13 44:9 48:21

**matthew**(2) 4:25 5:30
**matz**(1) 4:40
**maximums**(1) 15:10
**may**(51) 8:24 9:4 9:16 10:8 12:5 13:5 13:7 13:8 14:24 16:4 16:5 16:13 17:7 17:7 20:11 22:21 23:17 23:24 24:20 29:8 33:22 39:10 45:21 45:23 46:23 46:23 50:15 53:4 58:10 59:18 59:22 59:24 63:7 63:16 66:18 72:17 72:25 78:3 78:23 81:17 82:15 86:8 86:21 87:24 88:9 88:21 92:9 93:25 96:4 97:25

**maybe**(13) 20:5 33:25 34:3 47:19 52:3 58:21 60:2 61:15 61:19 62:6 64:18 65:23 79:23

**mccloy**(2) 3:43 4:39
**mcconnell**(1) 52:22
**mean**(15) 17:5 21:23 22:15 24:1 29:5 32:6 32:7 33:13 36:8 49:23 70:24 74:10 89:15 92:21 96:25

**means**(3) 25:23 80:24 91:15
**meant**(2) 33:1 41:15
**meatier**(1) 7:16
**mechanism**(1) 31:10
**meet**(2) 51:6 75:19
**melnik**(1) 4:3
**members**(1) 10:7
**mention**(1) 78:1
**mentioned**(2) 55:2 89:17
**mentions**(1) 41:2
**merely**(2) 90:6 95:20
**mess**(1) 27:12
**messages**(1) 80:14
**michael**(4) 4:47 5:18 5:33 5:36
**might**(16) 10:24 11:2 13:14 21:20 36:4 36:22 39:8 44:12 44:14 50:10 58:8 65:8 69:6 72:11 82:4 86:7

**milbank**(2) 3:43 4:39
**military**(1) 34:6
**miller**(1) 3:31
**million**(1) 17:25
**mind**(3) 42:14 42:14 84:7
**minds**(1) 7:13
**minute**(3) 61:7 74:2 86:7
**minutes**(7) 39:1 39:7 40:6 40:16 41:20 42:15 95:4
**missed**(1) 51:21
**mistake**(1) 20:19
**modest**(1) 76:13
**moment**(3) 76:17 86:10 89:15
**monday**(4) 55:11 55:22 60:10 60:13
**money**(1) 17:14
**monitor**(11) 2:5 4:27 6:14 17:19 19:8 20:23 27:7 44:10 51:17 52:12 90:18

**monitor's**(3) 7:23 21:25 51:24
**monitor/canadian**(1) 2:19
**monitors**(1) 80:8
**month**(2) 98:1 101:2
**months**(1) 71:7
**more**(14) 14:3 14:9 17:14 25:10 41:23 41:23 51:25 53:14 58:21 64:14 65:13 68:18 80:21 89:6

**morning**(20) 6:3 6:8 6:11 15:25 16:1 16:9 16:10 27:24 40:3 51:13 51:14 51:15 55:8 55:12 55:22 59:3 59:3 60:16 70:16 79:4 80:1

**morris**(2) 1:25 3:30
**most**(3) 18:4 32:9 33:14

**mostly**(2) 7:24 41:18
**motion**(35) 49:10 49:11 49:14 49:24 50:1 50:12 50:19 50:21 51:12 51:24 52:13 52:18 52:21 52:24 52:25 53:24 54:9 54:14 54:23 55:3 55:4 55:14 55:16 57:20 58:5 61:6 61:15 66:5 70:9 70:12 72:5 72:8 89:23 90:21 101:20

**motions**(36) 48:20 48:24 49:1 49:4 51:5 51:21 52:13 53:1 53:2 54:11 54:14 54:16 56:6 57:7 57:10 58:1 58:14 58:21 59:5 59:24 60:6 61:19 65:14 66:25 68:15 69:11 69:17 89:7 89:9 89:25 92:1 92:5 92:11 92:13 98:22 102:12

**move**(6) 38:2 38:6 78:8 78:21 86:3 88:13
**moving**(1) 89:25
**mr. abbott**(1) 84:15
**mr. baresken**(1) 57:3
**mr. rosenberg**(1) 73:16
**mr. rosenthal**(4) 55:25 66:10 66:11 97:6
**mr. ruby**(2) 57:13 89:17
**much**(7) 8:9 14:3 36:22 57:21 65:16 86:1 94:11

**muchin**(1) 4:9
**mui**(1) 5:24
**multimillion-dollar**(1) 67:14
**multiple**(1) 37:8
**myself**(5) 15:3 81:1 84:7 96:4 102:15
**name**(2) 16:16 48:7
**namely**(1) 8:20
**narrow**(1) 68:2
**nature**(1) 44:21
**necessarily**(3) 35:18 49:25 79:6
**necessary**(6) 24:16 50:19 65:24 70:2 75:21 93:11

**necessity**(1) 49:16
**need**(33) 7:25 9:12 10:16 11:2 11:25 12:23 14:3 14:8 15:11 26:17 31:9 34:22 36:1 37:3 37:5 43:17 45:13 48:9 49:20 53:23 56:12 58:8 60:18 67:1 68:17 69:11 78:15 79:5 88:10 90:5 91:4 93:8 94:4

**needed**(1) 57:22
**needs**(2) 35:22 38:18
**negotiate**(1) 75:6
**negotiated**(1) 60:23
**negotiations**(1) 62:12
**neil**(1) 2:30
**networks**(2) 1:8 4:35
**never**(3) 46:12 48:1 74:8
**new**(13) 1:38 2:16 2:25 2:34 3:27 3:39 3:46 4:13 29:15 43:20 55:19 55:20 61:23

| Word | Page:Line |
|------|-----------|
| **newbould**(253) 6:5 6:11 6:23 6:24 7:1 7:2 8:2 8:5 8:8 8:13 8:17 9:1 9:6 9:9 9:19 9:25 10:13 10:18 10:22 11:4 11:9 11:11 11:14 11:17 11:21 12:11 13:3 13:20 13:25 14:6 14:8 14:21 15:3 15:12 16:9 16:10 16:13 16:18 18:20 18:23 19:15 19:18 20:8 20:22 20:24 21:1 21:4 22:13 22:14 22:15 22:17 22:23 23:3 23:7 23:12 24:10 24:12 24:19 24:22 25:3 25:16 26:10 26:15 27:1 27:4 27:15 27:17 28:1 28:22 28:25 29:5 29:7 29:14 29:21 29:25 30:9 30:12 30:17 30:20 30:23 30:25 31:23 32:2 32:7 32:10 32:12 32:14 32:18 32:25 33:7 33:12 33:19 33:22 34:4 35:1 35:4 35:9 35:11 36:1 36:9 36:14 36:25 37:4 37:16 37:19 38:1 38:6 39:19 39:22 39:24 40:2 40:19 40:22 41:16 42:22 44:4 47:2 47:9 48:11 48:12 48:21 49:6 49:8 50:2 50:7 51:2 51:7 51:14 52:1 52:6 52:10 53:2 53:16 53:21 53:23 54:13 57:4 57:5 57:8 57:12 57:21 57:25 58:4 58:11 59:1 59:12 61:1 61:8 61:15 62:10 62:10 62:19 62:22 62:25 63:14 63:24 64:6 64:19 65:8 65:16 66:1 66:4 66:8 66:12 66:17 69:5 70:4 70:16 71:9 71:15 71:19 71:21 71:24 72:2 72:13 73:3 73:7 73:13 73:15 74:17 74:20 74:25 76:1 76:16 76:19 76:23 77:1 77:6 78:17 79:13 79:19 79:20 80:1 80:4 80:7 80:19 81:1 81:14 81:24 82:2 82:5 82:8 82:18 82:23 84:6 85:4 85:9 86:4 86:14 86:16 86:18 86:25 87:12 87:18 87:23 88:2 88:4 88:7 88:17 88:19 90:11 90:13 90:25 91:5 91:11 91:21 92:7 93:24 94:2 94:10 95:14 96:3 96:18 97:12 97:16 97:17 97:21 97:24 98:4 99:2 99:6 99:19 100:1 100:6 100:14 100:25 101:16 101:24 102:4 102:8 102:15 102:18 102:19 | |
| **news**(1) 53:1 | |
| **next**(16) 7:6 11:20 12:1 12:7 38:7 38:8 40:22 48:18 55:11 55:22 60:9 73:3 76:12 87:4 95:20 96:9 | |
| **nichols**(1) 1:25 | |
| **night**(10) 51:22 54:10 55:4 55:12 55:18 55:22 58:15 69:17 79:6 79:15 | |
| **nobody**(2) 21:21 66:21 | |
| **nobody's**(1) 15:5 | |
| **nodding**(1) 51:2 | |
| **non-aligned**(1) 41:13 | |
| **non-north**(1) 53:8 | |
| **non-waiver**(1) 89:3 | |
| **none**(1) 46:11 | |
| **nonetheless**(2) 90:19 95:5 | |
| **normal**(5) 63:5 80:20 89:10 91:8 94:5 | |
| **normally**(1) 50:12 | |
| **nortel**(3) 1:8 4:35 88:23 | |
| **nortel's**(2) 66:19 67:21 | |
| **north**(4) 1:29 2:7 2:39 3:6 | |
| **not**(114) 8:11 10:6 10:14 12:11 12:19 13:14 14:17 14:25 15:6 15:7 15:9 17:18 17:21 17:24 18:9 18:13 18:15 19:14 19:20 22:10 22:11 23:5 23:8 26:7 28:12 28:15 28:23 29:1 29:12 30:11 31:15 33:13 33:24 33:24 34:5 34:8 35:4 35:9 35:16 35:18 36:9 36:21 37:22 39:9 40:7 41:5 41:12 41:21 41:25 42:13 45:6 46:23 46:24 47:16 47:21 49:18 49:22 50:18 53:4 53:9 55:9 56:4 56:13 56:17 56:22 58:8 59:5 59:25 61:12 62:3 64:19 65:5 66:22 67:9 67:17 68:11 70:10 71:5 71:7 71:17 72:9 72:14 72:19 73:11 74:1 74:3 75:17 79:4 79:5 84:1 84:4 85:4 85:6 87:7 88:1 88:12 88:25 89:22 89:24 89:24 90:6 93:17 94:10 94:11 94:12 94:25 95:3 96:6 96:8 96:12 97:3 97:24 99:9 | |
| **notations**(1) 39:2 | |
| **note**(4) 48:2 59:16 81:7 81:9 | |
| **noted**(3) 35:17 41:19 44:3 | |

| Word | Page:Line |
|------|-----------|
| **notes**(1) 48:5 | |
| **nothing**(5) 11:22 64:14 67:10 69:12 98:6 | |
| **notice**(9) 61:14 64:15 64:18 64:19 65:1 66:16 67:20 68:11 88:14 | |
| **notify**(1) 67:22 | |
| **now**(33) 7:14 7:15 11:12 11:15 22:12 23:9 26:9 26:11 38:2 44:17 44:18 45:10 45:12 47:19 49:20 49:24 50:12 51:10 51:11 58:1 62:13 66:21 71:6 74:7 79:18 87:4 88:4 89:6 97:11 99:8 99:9 100:8 102:23 | |
| **number**(4) 13:4 13:11 14:12 57:23 | |
| **numerous**(1) 83:9 | |
| **object**(1) 95:9 | |
| **objected**(2) 87:3 87:8 | |
| **objection**(9) 50:3 50:24 78:6 89:7 89:19 89:22 90:6 91:2 92:17 | |
| **objections**(1) 87:5 | |
| **objectors**(1) 68:15 | |
| **obligated**(1) 83:17 | |
| **obligation**(1) 68:6 | |
| **obligations**(4) 67:5 67:8 67:22 74:10 | |
| **obviously**(25) 6:17 8:16 10:11 11:5 13:18 22:25 30:10 31:3 34:22 35:13 35:17 44:13 44:23 45:14 50:14 56:22 78:25 79:11 82:23 83:24 88:11 88:23 89:11 91:8 92:22 | |
| **occasionally**(1) 9:16 | |
| **occur**(1) 38:23 | |
| **off**(4) 17:12 17:13 48:2 87:5 | |
| **offer**(1) 48:15 | |
| **offered**(2) 47:7 47:9 56:25 92:23 | |
| **offering**(2) 56:19 94:6 | |
| **officers**(2) 41:3 41:5 | |
| **official**(3) 3:1 4:21 69:4 | |
| **offline**(1) 11:7 | |
| **often**(3) 41:24 81:6 101:2 | |
| **okay**(52) 6:5 6:6 7:1 8:10 9:24 11:23 12:1 12:6 12:6 21:4 22:13 22:16 24:10 24:19 25:5 26:20 29:10 29:25 30:21 37:16 37:24 38:3 38:6 39:22 40:22 41:7 42:8 42:20 43:1 48:14 51:4 54:20 55:6 55:23 57:4 61:18 76:16 76:19 78:12 82:9 84:11 85:9 85:22 90:8 90:20 93:12 93:20 95:19 96:9 97:7 99:22 102:19 | |
| **old**(2) 84:1 84:1 | |
| **once**(1) 35:5 | |
| **one**(71) 1:37 2:15 2:33 3:5 3:45 10:2 11:18 13:16 15:17 19:2 19:5 19:10 19:13 19:21 19:21 20:5 20:11 20:15 22:8 23:20 23:21 23:25 24:3 27:20 27:25 28:3 29:15 31:5 31:6 33:5 39:15 41:15 43:1 44:13 46:3 48:4 49:1 49:5 49:17 50:4 51:22 52:1 52:2 52:4 53:7 55:19 56:16 61:5 64:9 65:13 66:5 66:18 67:4 70:6 73:4 78:2 80:14 80:24 81:9 83:0 88:23 89:15 89:20 90:5 94:6 96:7 99:4 100:10 100:24 102:6 102:8 | |
| **one's**(4) 33:3 33:3 52:23 82:8 | |
| **ones**(8) 24:4 34:19 49:6 65:22 91:20 93:6 96:22 96:25 | |
| **only**(31) 12:18 13:1 14:3 16:3 21:18 23:15 24:24 28:16 32:15 38:22 39:22 40:12 42:4 42:5 42:9 45:12 49:18 53:7 54:10 54:11 56:1 67:9 69:8 77:24 80:17 81:12 86:10 93:25 97:8 100:7 | |
| **onset**(1) 37:15 | |
| **ontario**(1) 27:11 | |
| **onus**(3) 70:20 70:21 71:4 | |
| **open**(6) 64:4 66:25 68:9 71:2 74:9 102:2 | |
| **opening**(20) 14:11 19:20 19:21 20:12 22:9 22:21 24:13 24:15 25:7 35:17 35:20 36:9 36:9 36:20 37:14 37:21 38:20 40:5 40:18 | |

| Word | Page:Line |
|------|-----------|
| **openings**(27) 12:13 15:18 15:21 17:11 19:3 19:25 20:1 20:5 20:15 20:16 20:17 22:8 23:2 23:9 35:15 38:9 38:12 38:14 38:21 38:23 39:10 39:12 39:14 39:21 40:1 40:24 42:12 | |
| **operating**(2) 63:1 66:22 | |
| **operation**(1) 34:6 | |
| **opining**(1) 92:10 | |
| **opinion**(5) 56:19 56:22 83:8 92:21 95:7 | |
| **opinions**(1) 92:23 | |
| **opportunity**(13) 7:10 36:21 36:24 39:4 44:24 50:17 57:11 58:13 58:17 60:24 61:14 65:1 89:11 | |
| **opposed**(2) 40:15 93:1 | |
| **opposite**(2) 37:1 38:5 | |
| **oppositions**(1) 60:9 | |
| **oral**(8) 57:11 57:15 57:19 58:8 58:13 58:18 59:7 59:25 | |
| **orally**(2) 54:8 54:11 | |
| **order**(44) 17:6 19:16 19:24 20:3 21:2 26:11 38:10 41:9 43:5 43:15 43:19 49:20 54:22 56:3 56:15 62:18 70:16 70:21 71:9 71:11 71:21 72:4 72:5 73:16 73:20 74:1 74:5 74:5 74:8 74:13 74:15 74:17 74:19 74:21 75:14 86:5 89:2 96:17 99:9 99:10 99:11 99:17 100:4 100:19 | |
| **ordered**(5) 19:3 19:25 20:1 20:4 20:16 | |
| **orders**(6) 7:24 13:17 16:20 71:13 86:20 101:20 | |
| **ordinary**(3) 29:17 29:19 29:20 | |
| **organization**(1) 88:23 | |
| **organized**(1) 80:18 | |
| **originally**(1) 25:11 | |
| **other**(44) 7:25 11:20 13:22 15:19 20:18 23:15 26:8 39:2 39:15 43:1 46:22 48:25 49:6 50:15 51:5 51:11 51:20 52:12 52:25 53:11 54:4 54:9 56:1 61:5 63:9 64:3 64:12 80:17 80:21 84:11 85:10 88:14 89:25 92:12 92:13 93:5 95:25 97:8 98:18 99:9 99:14 100:24 102:2 102:13 | |
| **others**(3) 7:16 7:18 44:10 | |
| **otherwise**(5) 27:13 36:23 38:20 46:13 | |
| **ottawa**(2) 23:20 24:3 | |
| **ought**(5) 42:13 42:14 56:13 69:14 69:20 | |
| **our**(44) 7:8 9:2 10:5 10:7 10:9 13:12 14:14 14:18 15:9 17:15 17:22 19:10 22:24 26:2 29:12 30:11 35:17 38:15 40:11 40:12 45:24 50:21 54:6 55:13 56:8 56:9 57:18 58:15 58:16 58:16 59:19 61:1 62:6 62:16 64:14 65:20 70:19 70:20 88:13 90:20 95:3 95:9 97:15 99:1 | |
| **ours**(1) 96:25 | |
| **ourselves**(2) 44:19 49:2 | |
| **out**(44) 10:14 10:15 14:12 14:13 15:6 17:22 18:2 18:6 19:2 19:12 21:7 26:1 27:1 32:21 33:25 34:1 38:11 38:18 38:18 38:24 40:16 40:19 41:1 44:19 46:12 47:19 62:2 64:7 64:18 64:20 64:24 65:1 66:18 66:25 72:24 73:10 80:13 80:15 81:15 84:4 84:21 85:25 98:23 101:12 | |
| **outcome**(2) 11:6 31:16 | |
| **outline**(8) 6:16 7:3 7:11 21:25 38:15 46:2 77:10 88:13 | |
| **outlined**(2) 8:18 62:6 | |
| **outset**(2) 8:25 41:8 | |
| **outside**(3) 61:13 62:8 92:10 | |
| **outstanding**(2) 71:6 76:21 | |
| **over**(12) 7:4 7:6 12:9 14:24 15:13 21:21 22:9 32:22 34:12 51:10 87:1 98:24 | |
| **overall**(2) 14:25 45:21 | |

| Word | Page:Line |
|------|-----------|
| **overlap**(7) 16:5 18:6 22:1 22:1 22:4 23:17 46:8 | |
| **overwhelming**(1) 59:9 | |
| **overy**(2) 2:20 4:28 | |
| **own**(3) 82:13 85:16 96:4 | |
| **oxford**(1) 2:30 | |
| **o'connor**(1) 3:25 | |
| **p.m**(4) 55:1 78:4 78:8 102:25 | |
| **pachulski**(1) 3:11 | |
| **package**(1) 85:13 | |
| **packet**(1) 96:22 | |
| **packet** (1) 96:3 | |
| **page**(16) 12:8 12:10 25:9 38:15 61:21 74:22 77:9 86:10 86:12 86:17 86:18 87:4 88:13 88:14 88:17 88:18 | |
| **pages**(5) 25:20 36:5 55:19 85:16 97:1 | |
| **paid**(2) 23:21 67:6 | |
| **paper**(6) 77:15 79:25 82:11 82:13 82:25 83:17 | |
| **papers**(5) 56:5 56:7 56:12 56:15 56:25 | |
| **paragraph**(18) 19:18 20:18 20:19 21:24 38:15 38:18 38:24 39:10 41:2 43:7 43:18 74:18 74:20 74:22 74:22 77:12 77:24 89:5 | |
| **park**(2) 2:15 2:33 | |
| **part**(19) 17:23 19:9 22:2 25:13 26:7 26:19 26:19 26:21 31:12 34:18 34:24 36:19 44:4 50:20 63:3 67:17 85:13 88:15 89:24 | |
| **participate**(1) 41:12 | |
| **particular**(9) 31:19 32:16 48:20 49:14 67:2 78:8 82:15 94:17 98:24 | |
| **particularly**(3) 34:15 58:14 69:11 | |
| **parties**(56) 13:12 15:5 15:20 16:25 17:25 18:1 19:7 21:3 31:13 34:8 38:12 41:11 41:13 48:4 49:3 49:15 51:5 52:17 53:10 53:20 54:2 54:4 54:9 56:8 57:24 59:17 60:23 61:12 61:13 62:8 63:3 63:4 63:7 63:9 63:20 64:1 64:3 69:12 69:13 70:23 74:7 75:6 75:19 76:10 77:16 79:5 80:11 82:11 86:22 88:23 89:17 95:2 95:22 99:8 99:10 99:18 | |
| **partners**(1) 5:5 | |
| **party**(6) 5:5 57:24 64:9 70:21 71:4 83:16 | |
| **party's**(1) 100:19 | |
| **passes**(1) 10:17 | |
| **past**(1) 90:1 | |
| **patent**(2) 52:19 67:6 | |
| **patents**(4) 63:16 63:18 63:18 72:18 | |
| **path**(1) 59:4 | |
| **patterson**(2) 3:36 4:32 | |
| **paul**(1) 4:29 | |
| **peg**(1) 5:9 | |
| **pennsylvania**(1) 1:45 | |
| **pension**(6) 3:17 4:36 4:45 38:17 52:17 52:21 | |
| **pensioners**(1) 71:1 | |
| **pensions**(1) 72:5 | |
| **people**(19) 10:10 10:25 11:13 12:23 14:8 42:12 48:16 64:7 64:16 64:21 65:21 70:7 71:1 72:9 73:9 84:11 94:3 95:17 97:18 | |
| **percent**(6) 22:4 66:16 66:23 72:20 76:3 76:5 | |
| **percentage**(1) 76:13 | |
| **perfect**(1) 97:2 | |
| **perfectly**(1) 22:5 | |
| **perhaps**(6) 8:10 33:19 59:12 59:22 70:4 102:15 | |
| **period**(1) 91:8 | |
| **permission**(1) 55:13 | |
| **permitted**(2) 13:23 14:16 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**person**(2) 48:5 92:21
**perspective**(1) 7:23
**persuade**(1) 40:17
**peter**(2) 3:12 51:16
**physically**(2) 78:22 79:16
**pick**(1) 89:3
**picture**(2) 101:1 101:5
**piper**(1) 4:2
**place**(8) 24:16 30:13 33:8 44:2 59:8 59:8 61:19 75:5

**plan**(2) 46:20 87:6
**planning**(2) 18:15 99:14
**plans**(1) 63:18
**plaza**(3) 1:37 2:33 3:45
**pleading**(1) 41:6
**pleadings**(2) 69:10 69:16
**please**(2) 6:3 101:25
**point**(30) 6:20 16:19 18:6 23:15 25:8 25:10 27:15 27:18 27:25 28:3 29:22 30:6 40:7 41:1 65:12 65:18 66:18 68:17 69:1 76:3 76:20 77:4 78:22 92:6 93:25 94:14 96:1 97:8 100:10 102:12

**point-by**(1) 6:19
**point-by-point**(1) 6:22
**pointed**(2) 14:13 66:18
**points**(4) 16:12 31:4 31:5 98:2
**pops**(1) 80:16
**portfolio**(1) 67:6
**portion**(2) 86:25 92:15
**position**(6) 28:1 30:11 44:22 45:7 50:18 70:20

**positions**(3) 44:14 45:5 46:5
**possibility**(1) 13:19
**possible**(9) 13:22 17:4 63:19 70:2 72:14 72:20 76:11 92:22 101:1

**possibly**(3) 61:25 62:4 70:1
**potentially**(3) 36:5 64:1 100:8
**ppearances**(2) 1:23 2:1
**practical**(3) 59:25 66:10 66:14
**practice**(2) 56:20 56:24
**precise**(1) 58:9
**predicated**(1) 56:21
**prefer**(3) 23:8 59:21 84:23
**preference**(1) 82:20
**prepare**(4) 10:3 36:7 37:23 99:24
**prepared**(3) 24:2 24:8 43:12
**present**(1) 6:16
**presentable**(1) 41:25
**presentation**(3) 17:3 21:24 24:8
**presented**(2) 50:3 54:2
**presenting**(1) 99:11
**preserve**(2) 49:20 50:18
**press**(1) 10:7
**presumably**(2) 53:20 85:4
**presume**(1) 92:19
**presuming**(1) 87:18
**pretrial**(27) 6:9 7:24 13:17 37:13 40:11 48:19 48:24 49:4 49:14 50:1 51:11 51:21 52:12 53:1 53:24 56:6 57:7 57:9 59:20 61:19 65:14 69:11 69:25 86:5 86:20 98:22 102:12

**pretty**(4) 20:5 50:7 99:14 100:12
**pretzels**(1) 44:19
**preview**(2) 7:5 61:5
**pricing**(4) 28:17 34:16 34:20 62:13
**primary**(1) 40:12
**primeshares**(1) 5:32
**printing**(1) 84:4
**prior**(1) 75:21
**privilege**(3) 88:22 88:24 89:2
**privileged**(2) 88:15 88:20
**pro**(5) 40:10 52:17 58:16
**probably**(5) 47:15 57:24 80:24 84:3 97:17
**problem**(2) 36:19 62:5

**procedural**(2) 7:9 38:11
**procedure**(1) 31:10
**proceed**(4) 12:5 12:15 12:24 13:18
**proceeding**(6) 12:22 23:10 29:23 29:24 29:24 69:14

**proceedings**(6) 1:18 1:48 45:1 48:15 69:8 103:4

**proceeds**(1) 46:11
**process**(14) 6:14 29:2 30:13 37:22 37:22 67:22 70:11 70:13 71:3 71:12 74:13 75:5 86:5 91:17

**produced**(1) 1:49
**productive**(1) 65:23
**program**(2) 9:17 14:4
**project**(1) 28:17
**promised**(1) 101:19
**proper**(1) 58:9
**properly**(3) 10:10 97:22 97:25
**proposal**(6) 18:17 20:13 64:14 65:6 67:9 81:17

**propose**(4) 27:3 55:20 63:22 81:19
**proposed**(7) 20:15 25:17 27:6 55:10 55:12 68:1 86:20

**proposing**(6) 17:5 17:20 19:9 19:14 80:7 80:10

**protective**(6) 62:18 74:1 74:5 74:5 74:20 75:14

**protocol**(6) 7:20 12:7 43:2 43:6 50:17 86:6
**proven**(1) 71:3
**provide**(3) 7:11 81:19 100:10
**provided**(6) 12:9 43:15 45:20 87:11 88:5 90:13

**provisions**(1) 63:13
**public**(3) 67:18 69:8 72:8
**publicly**(1) 69:16
**pull**(1) 81:15
**purchased**(1) 63:17
**purchaser**(1) 63:19
**pure**(3) 13:11 14:12 19:6
**purely**(1) 74:9
**purpose**(2) 70:25 73:11
**purposes**(4) 44:15 54:6 88:24 99:14
**push-and-pull**(1) 62:7
**pushes**(1) 14:11
**put**(23) 9:20 21:14 26:20 28:13 30:13 30:15 30:18 31:7 37:3 45:5 53:7 53:15 62:6 63:9 63:9 64:18 71:21 76:24 77:15 80:21 81:21 85:8 87:10

**putting**(2) 14:11 89:1
**puttman**(1) 4:30
**qualification**(1) 92:15
**qualifications**(7) 91:19 91:23 92:3 92:18 93:16 94:11 95:6

**qualify**(2) 89:11 91:9
**quandary**(1) 28:8
**question**(17) 8:12 8:20 8:22 12:3 15:20 43:4 44:10 61:8 61:25 71:7 72:9 73:1 73:3 76:21 77:14 87:12 91:21

**questioned**(1) 45:6
**questions**(10) 11:17 21:10 27:19 33:17 45:1 45:3 48:3 48:17 61:17 77:12

**quickly**(4) 46:4 72:15 72:20 76:5
**quite**(4) 58:7 70:1 70:10 71:5
**qureshi**(1) 2:13

**quresi**(14) 68:24 68:25 69:1 69:3 69:3 69:25 93:12 93:14 93:19 94:20 94:21 94:24 95:1 95:12

**raise**(14) 11:12 30:6 31:6 37:12 43:23 44:18 49:24 51:7 51:8 51:11 66:14 69:19 86:23 98:5

**raised**(5) 44:10 50:12 50:14 73:12 74:7
**raises**(1) 43:4
**rapid**(1) 81:16
**rata**(3) 40:11 52:17 58:16
**rather**(6) 23:9 23:24 67:17 80:9 82:24 100:2

**reach**(1) 49:15
**read**(14) 12:11 12:13 28:2 36:2 36:7 52:16 56:7 57:10 57:14 71:17 79:6 85:11 86:19 96:7

**reading**(1) 56:12
**readjust**(1) 45:18
**ready**(3) 73:15 80:17 100:16
**real**(3) 71:3 75:4 97:12
**realistically**(1) 57:23
**realize**(2) 15:10 74:3
**really**(15) 8:12 18:9 22:7 27:9 41:24 54:6 54:7 55:9 58:17 65:19 67:17 77:12 97:3 97:14 98:9

**reason**(6) 18:10 20:8 49:13 49:24 50:11 63:14

**reasonable**(1) 72:17
**reasons**(1) 101:2
**rebecca**(1) 4:37
**recall**(3) 21:3 38:10 44:3
**recalled**(1) 29:2
**receive**(3) 36:22 86:8 87:15
**received**(3) 80:14 87:13 95:21
**receiving**(1) 47:13
**recognize**(2) 62:5 64:5
**recollection**(1) 74:4
**reconcile**(1) 48:9
**reconsidered**(1) 45:11
**reconsiders**(1) 48:15
**record**(15) 22:2 22:2 27:23 34:17 34:17 34:18 34:25 48:3 67:18 72:8 74:23 86:17 86:18 89:24 90:10

**recorded**(1) 1:48
**recording**(2) 1:48 103:4
**records**(1) 27:13
**redact**(1) 70:2
**reduce**(1) 21:18
**reed**(1) 2:29
**refer**(1) 70:19
**referees**(1) 47:19
**reference**(4) 44:7 88:15 100:3 100:11
**referenced**(1) 20:18
**referred**(1) 68:9
**referring**(2) 69:23 91:18
**reflected**(4) 39:9 43:8 45:11 102:7
**regard**(9) 17:17 20:19 45:14 45:16 45:20 46:20 83:6 83:23 86:23

**relate**(2) 48:21 68:6
**related**(7) 28:12 62:12 63:18 64:2 68:4 68:5 78:2

**relates**(2) 40:4 53:7
**relating**(6) 7:24 13:15 21:10 43:2 48:19 67:16

**relation**(1) 13:1
**relative**(1) 78:20
**relatively**(1) 32:5
**relevant**(3) 28:15 29:16 31:9 31:21 34:14 63:22
**relied**(1) 87:3
**relinquish**(1) 68:3

**relinquishing**(1) 68:13
**reluctant**(2) 57:25 58:1
**remain**(1) 72:16
**remaining**(2) 77:9 88:12
**remarks**(3) 18:25 31:2 41:1
**remember**(3) 42:17 64:25 101:3
**remind**(2) 43:25 49:2
**reminded**(1) 39:3
**remove**(1) 43:13
**reopening**(1) 39:5
**reorg**(1) 5:14
**repeated**(1) 40:7
**replacing**(1) 94:18
**replies**(2) 60:12 60:18
**reply**(2) 60:23 60:24
**report**(13) 52:22 56:19 76:11 81:7 81:21 82:6 84:9 90:7 90:14 90:16 90:24 95:5 95:16

**reporter**(1) 48:2
**reports**(27) 41:24 46:15 52:14 52:18 52:20 52:25 53:3 54:3 58:19 66:24 81:5 81:22 87:10 87:13 87:14 87:19 87:24 88:5 89:6 89:8 89:18 90:2 91:3 91:10 91:12 91:19 95:22

**represent**(2) 9:20 9:22 16:17 72:10
**represents**(3) 9:21 16:14 71:1
**request**(3) 28:5 38:19 56:4
**requested**(1) 10:3
**requests**(1) 40:7
**require**(2) 41:23 64:23
**required**(3) 26:2 41:8 65:17
**requirement**(1) 95:9
**requirements**(1) 95:21
**research**(1) 5:14
**reservations**(1) 49:18
**reserve**(2) 59:11 75:22
**reserved**(1) 45:14
**respect**(28) 15:9 23:17 25:24 28:2 28:17 33:17 42:6 43:6 49:18 49:19 52:14 52:18 52:22 52:24 54:1 54:8 56:2 56:5 64:9 67:12 69:10 70:14 71:13 78:7 88:20 89:19 90:23 94:5

**respectful**(1) 29:12
**respectfully**(1) 69:20
**respective**(1) 44:8
**respects**(2) 18:9 92:10
**respond**(3) 31:4 55:21 73:14
**responding**(1) 52:9
**response**(3) 55:1 55:11 55:14
**responses**(2) 54:16 54:21
**responsible**(1) 82:13
**restaurant**(1) 96:16
**restricted**(1) 28:15
**retired**(1) 23:20
**reviewed**(1) 56:14
**revisit**(1) 38:1
**richards**(1) 3:3
**right**(79) 6:25 9:19 10:13 10:18 13:20 14:6 14:22 15:12 18:12 19:18 22:5 22:9 22:23 23:3 23:7 24:19 25:4 26:11 30:9 30:23 32:1 32:18 33:19 35:4 39:24 40:2 42:25 46:17 46:23 47:19 49:18 52:10 55:17 57:4 59:9 60:25 60:25 61:1 62:14 62:15 66:20 67:11 69:15 70:1 70:3 71:15 71:24 73:5 73:7 73:17 74:13 74:24 75:23 77:6 77:7 81:14 82:2 84:18 85:2 87:5 87:23 90:4 90:25 91:5 91:24 93:3 93:18 93:18 93:20 94:2 97:14 98:12 99:18 98:19 98:21 101:10 101:23 102:8

**rights**(3) 45:14 62:8 75:22
**rip**(1) 96:10
**rise**(2) 6:2 82:22
**road**(1) 66:15
**robert**(1) 2:14
**rockstar**(7) 46:12 63:12 63:16 63:19 67:6 68:4 72:6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**rodney**(1) 3:5
**room**(3) 10:6 47:7 72:4
**rooney**(1) 2:5
**rosenberg**(15) 59:1 59:2 59:2 65:12 70:7 70:8 71:11 71:16 71:20 71:23 76:2 76:4 76:17 76:18 76:20

**rosenman**(1) 4:9
**rosenthal**(138) 1:34 15:24 15:25 16:8 16:11 16:15 16:16 16:19 17:2 17:11 18:9 18:13 18:20 18:21 18:22 19:1 19:15 19:17 19:23 20:3 20:13 20:23 20:24 20:25 21:1 21:23 22:4 22:20 22:24 23:4 23:15 24:11 24:18 25:2 25:7 25:18 26:4 27:8 34:10 34:16 37:20 40:23 40:25 41:5 41:8 41:11 42:2 42:6 42:9 42:11 45:23 45:25 46:1 47:18 47:21 47:24 54:17 54:20 54:22 54:25 55:7 55:18 56:1 59:19 59:23 60:4 60:7 60:9 60:12 60:15 60:19 60:22 65:25 66:13 66:21 68:22 70:10 72:15 73:14 73:18 73:20 73:23 73:25 74:24 75:2 75:4 75:10 75:12 75:14 75:17 75:24 75:25 76:1 76:7 77:4 77:22 77:23 78:1 78:6 78:20 79:10 79:13 89:12 89:13 89:15 89:22 90:9 90:12 90:15 91:14 91:17 91:25 92:18 92:19 93:1 93:4 93:10 94:1 96:21 96:25 97:3 98:6 98:11 98:13 98:15 99:4 99:7 99:13 99:20 99:22 99:24 100:2 100:18 101:4 101:8 101:12 102:17

**rosenthal's**(2) 35:23 69:9
**round**(1) 31:15
**ruby**(99) 7:22 51:10 51:13 51:16 51:16 51:18 51:19 52:2 52:8 52:11 53:6 53:20 53:22 54:1 54:15 55:1 55:7 55:23 57:5 57:16 57:23 58:3 61:4 61:10 61:18 62:5 62:11 62:20 62:23 63:2 63:15 63:25 64:9 65:11 65:18 68:15 68:23 72:3 72:22 73:8 74:7 76:24 77:3 77:7 79:22 80:6 80:11 80:13 81:17 81:25 82:3 82:7 82:9 82:19 83:15 84:11 85:6 86:3 86:15 86:17 86:19 87:16 87:20 88:1 88:3 88:6 88:8 88:18 88:20 89:14 89:16 89:18 90:20 90:23 91:1 91:6 91:16 91:18 92:4 92:8 93:18 93:25 94:3 94:17 94:23 94:25 95:5 95:14 95:19 96:13 96:16 96:20 97:7 97:14 97:20 98:2 101:19 102:6 102:10

**ruby's**(1) 57:2
**rubyg**(1) 73:5
**rule**(3) 29:17 29:19 91:4
**ruling**(3) 38:11 58:18 92:4
**run**(6) 11:25 26:21 44:25 62:3 80:5 102:16

**said**(18) 25:7 25:23 32:25 33:10 34:10 34:16 42:3 55:9 56:3 56:15 68:15 70:22 73:18 78:23 82:9 89:18 90:1 94:1

**sale**(5) 46:12 63:12 67:10 68:4 68:5
**sales**(1) 63:12
**salmas**(1) 4:43
**same**(10) 25:9 25:20 25:22 55:4 55:5 82:6 85:7 86:1 87:19 96:17

**samis**(1) 3:4
**sankitch**(1) 52:18
**satisfactory**(2) 59:15 82:14
**satisfied**(1) 57:15
**satisfy**(1) 67:21
**saturday**(5) 79:4 79:7 79:7 79:15 80:1
**save**(2) 17:23 45:17
**saw**(1) 53:3
**say**(27) 13:1 15:6 21:9 25:3 25:21 25:24 33:13 36:3 45:23 50:2 51:25 56:2 61:14 65:2 65:11 67:23 68:17 71:9 88:1 92:11 92:20 94:6 94:10 94:15 97:1 99:3 100:16

**saying**(10) 16:21 17:3 17:6 17:8 21:2 24:5 64:1 74:8 74:14 93:1

**says**(12) 17:7 21:25 24:1 26:22 27:8 67:20 74:5 75:14 77:4 86:19 87:23 100:9

**schedule**(6) 52:3 60:23 61:2 61:6 66:4
**scheduled**(1) 7:8
**schedules**(2) 55:10 61:1
**scheduling**(2) 54:7 58:1
**schuylkill**(1) 1:44
**score**(1) 42:23
**screen**(7) 80:17 80:19 80:22 80:23 80:24 85:11 86:1

**scroll**(1) 85:16
**seal**(4) 67:1 67:1 69:20 71:5
**sealing**(3) 70:21 72:5 72:8
**seat**(1) 93:2
**seated**(1) 6:4
**seating**(1) 93:5
**seats**(1) 10:7
**second**(4) 19:5 67:13 84:10 100:22
**security**(7) 8:22 10:5 10:8 10:9 10:16 10:20 10:22

**see**(26) 13:13 16:1 21:6 29:3 34:1 43:25 45:23 48:14 49:17 51:18 59:13 61:23 62:5 62:17 72:4 72:21 76:12 77:5 80:25 85:14 85:17 95:17 97:13 98:24 98:24 101:5

**seek**(3) 56:7 71:2 75:20
**seeking**(5) 55:5 70:21 71:4 72:5 91:7
**seemed**(1) 50:17
**seems**(1) 24:5
**seen**(3) 62:1 62:2 91:20
**segregate**(1) 31:20
**segregating**(1) 18:17
**selinda**(1) 4:3
**sell**(1) 79:25
**sense**(11) 48:10 55:9 55:24 66:1 66:4 75:25 82:17 85:2 91:2 92:4 100:12

**sent**(1) 7:4
**separate**(2) 29:23 87:7
**separated**(2) 26:9 88:24
**separately**(3) 51:9 95:22 96:9
**sequestration**(1) 98:8
**service**(2) 1:43 1:49
**services**(1) 1:43
**set**(17) 8:14 38:18 38:18 38:24 50:17 54:25 59:6 59:10 64:15 65:12 68:19 72:23 70:23 72:21 82:14 83:1 83:22 91:3 91:6 91:13 96:11 99:3 99:24

**sets**(1) 38:11
**settle**(1) 47:14
**settled**(5) 17:22 18:2 44:6 70:13 101:20
**settlement**(3) 44:1 44:5 44:22
**seven**(1) 68:13
**seventh**(1) 3:26
**several**(1) 91:3
**shaking**(1) 12:4
**shakra**(1) 4:47
**shall**(4) 74:5 75:15 75:19 76:16
**shape**(1) 50:24
**she**(6) 6:16 41:2 41:12 42:3 47:9 47:13
**sheer**(1) 13:9
**sheet**(2) 8:21 9:1
**sheldon**(1) 89:20
**ship**(1) 62:3
**shoes**(1) 37:5
**short**(4) 37:10 39:18 66:15 79:5
**shorten**(1) 54:23
**shorthand**(1) 51:20
**should**(41) 6:15 6:19 8:22 12:24 13:2 14:1 23:25 25:12 26:6 30:2 34:3 36:25 39:3 39:9 43:16 46:22 47:7 47:13 47:15 50:25 54:11 57:10 62:17 64:10 64:18 65:3 66:23 66:24 69:16 72:16 74:13 76:12 77:4 87:17 87:20 88:17 92:11 94:25 95:7 95:17 101:22

**shouldn't**(7) 16:4 24:6 26:2 26:24 26:25 53:17 79:19

**show**(5) 6:5 11:1 34:5 80:20 85:10
**showing**(1) 87:2
**side**(3) 47:6 64:3 83:3
**sierra**(1) 70:18
**sign**(2) 9:5 102:8
**sign-in**(2) 8:21 9:1
**significant**(6) 17:23 60:22 67:3 67:7 69:7 79:1

**signing**(1) 9:12
**silence**(1) 99:6
**silo**(1) 31:20
**simply**(3) 59:10 82:22 93:16
**since**(4) 44:17 46:5 46:23 78:10
**sir**(6) 22:15 45:25 68:25 79:19 90:12 94:24
**sit**(10) 23:16 24:6 24:8 24:8 24:25 26:25 27:9 35:19 37:4 81:8 98:17

**sitting**(5) 21:8 24:16 26:1 74:2 102:22
**situation**(3) 14:18 17:3 26:17
**six**(6) 14:10 14:19 96:6 96:6 96:8 96:8
**skills**(1) 81:11
**slavens**(1) 4:19
**slight**(3) 9:20 16:5 38:19
**slip**(2) 9:2 14:24
**small**(3) 39:18 43:3 88:18
**smaller**(3) 80:22 96:7 96:12
**smoothly**(1) 102:16
**snyder**(1) 103:8
**solely**(1) 28:13
**some**(54) 7:16 8:15 8:24 8:25 9:16 10:11 10:24 11:2 11:6 13:5 13:6 13:8 14:15 14:24 16:2 16:5 28:9 30:4 30:6 31:10 33:17 34:5 38:11 38:16 39:1 39:10 39:10 44:25 48:19 48:21 48:24 49:8 49:21 49:22 50:23 50:25 59:6 59:11 61:16 63:21 64:13 72:11 72:19 76:3 77:17 81:8 86:21 88:25 88:25 92:22 95:9 95:24 98:24 102:12

**somebody**(10) 36:11 48:7 71:14 72:4 83:20 83:20 84:24 85:8 92:19 101:21
**somebody's**(1) 72:18
**someone**(5) 47:15 51:22 83:15 94:15 100:9
**something**(22) 36:7 38:25 45:13 45:15 45:23 53:14 61:2 63:8 64:20 64:23 68:4 70:23 72:21 82:14 83:1 83:22 91:3 91:6 91:13 96:11 99:3 99:24

**sometime**(3) 59:22 76:12 79:21
**sometimes**(2) 41:23 101:3
**somewhat**(1) 81:12
**somewhere**(1) 21:3
**soon**(2) 40:14 100:14
**sooner**(3) 45:16 97:12 100:1
**sorry**(10) 12:1 16:15 32:11 38:13 49:7 57:8 66:12 74:1 86:14 88:18

**sort**(11) 6:19 18:20 13:24 47:10 48:18 53:12 58:6 64:24 83:1 83:21 100:10

**sought**(1) 50:4
**sound**(4) 1:48 9:25 102:11 103:4
**so**(1) 45:24
**spades**(1) 65:6
**speak**(6) 15:8 15:20 18:14 54:17 64:12 84:12

**speaking**(6) 12:16 15:3 47:16 79:19 81:1 96:3

**specific**(7) 8:19 15:20 19:8 62:18 68:8 70:12 99:9

**specifically**(1) 70:23
**spectators**(1) 10:12

**speed**(1) 10:8
**spending**(1) 17:14
**spill**(1) 22:9
**spilled**(1) 21:20
**spillover**(1) 21:23
**split**(2) 24:5 40:15
**spoke**(2) 42:15 42:16
**square**(1) 3:5
**staff**(2) 10:5 84:19
**stam**(3) 47:7 48:7 48:15
**stand**(2) 11:3 24:24
**standard**(1) 100:11
**stang**(1) 3:11
**stargatt**(1) 2:37
**starke**(1) 5:27
**start**(7) 6:13 6:16 7:14 19:11 50:8 58:2 75:21

**starting**(1) 78:10
**starts**(2) 7:10 65:9
**state**(1) 95:16
**stated**(1) 28:1
**statement**(2) 38:20 86:21
**statements**(4) 19:20 19:21 20:10 40:5
**states**(3) 1:1 1:20 67:15
**ste**(4) 2:7 3:20 3:32 4:5
**steen**(1) 1:33
**step**(1) 73:4
**stephen**(1) 3:31
**stick**(1) 13:12
**sticking**(1) 14:17
**still**(5) 63:1 63:7 64:23 84:15 100:20
**stone**(1) 5:5
**stop**(2) 17:18 19:10
**straighten**(1) 21:7
**stratton**(2) 52:8 53:13
**strauss**(3) 2:11 4:22 69:3
**streamline**(1) 93:22
**street**(5) 1:11 1:44 2:39 3:6 5:23
**strenuously**(1) 46:9
**stress**(2) 16:12 16:20
**strictly**(4) 13:8 16:6 16:7 32:23
**strike**(4) 55:5 58:15 89:25 90:2
**strikes**(2) 29:8 76:2
**strongly**(1) 31:21
**structure**(2) 68:18 70:11
**stuff**(1) 97:12
**subject**(13) 27:18 48:6 49:18 50:3 50:22 53:17 70:10 70:15 89:7 89:8 89:19 89:22 89:23
**submission**(10) 29:12 35:23 38:5 39:17 39:18 39:25 40:24 73:11 79:1
**submissions**(12) 12:23 25:6 27:8 27:16 28:2 37:11 39:5 39:8 40:11 58:14 58:18 69:9
**submit**(2) 99:25 101:9
**submitted**(6) 21:25 24:4 60:16 89:17 90:19 94:15

**subset**(1) 68:2
**substance**(1) 59:5
**substantial**(1) 22:1
**subtopics**(1) 7:16
**succinct**(1) 37:10
**such**(6) 13:13 21:24 23:22 67:3 68:2 74:15
**sufficient**(1) 102:3
**suggest**(7) 12:24 18:1 33:2 48:4 50:5 61:5 94:8

**suggested**(3) 62:15 72:15 83:15
**suggesting**(5) 14:8 33:7 61:11 76:3 94:25
**suggestion**(5) 5:17 33:8 50:21 61:15 92:12
**suit**(1) 78:7
**summation**(3) 81:4 85:5 85:5
**sunday**(2) 79:7 79:8
**super**(1) 37:10
**superior**(1) 102:22
**supplemental**(1) 76:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**supports**(2) 18:16 18:18

**sure**(34) 6:18 10:14 12:11 13:3 14:2 15:4 15:4 20:5 25:9 28:4 29:4 31:4 34:10 35:21 36:17 38:3 41:17 42:1 51:22 58:11 59:25 70:10 71:5 77:17 79:2 79:16 81:8 82:23 83:4 84:22 85:19 90:9 92:14 94:13

**surely**(1) 26:11
**surgery**(1) 24:1
**surprised**(5) 17:24 35:23 46:1 55:18 58:20
**survival**(1) 75:1
**survives**(1) 75:2
**suspect**(2) 31:15 101:13
**swiftly**(1) 76:11
**system**(3) 10:8 80:16 85:7
**tab**(9) 19:16 38:11 43:5 72:1 72:2 86:9 86:14 86:15 86:16

**tabatabai**(1) 2:31
**table**(1) 28:5
**take**(19) 7:10 17:12 21:13 21:17 24:16 26:14 30:7 31:3 49:7 51:3 58:21 59:8 86:7 86:10 96:7 96:8 97:4 98:1 102:14

**taken**(1) 83:5
**taking**(6) 18:24 19:2 33:8 33:24 34:23
**talk**(16) 30:10 33:20 34:1 52:3 53:3 53:3 59:5 61:1 61:7 61:12 62:2 70:4 70:7 70:18 72:21 84:18

**talked**(4) 26:4 81:2 83:21 89:7
**talking**(18) 10:22 25:18 31:24 32:3 32:3 32:4 32:10 32:12 37:7 53:11 67:23 68:2 68:12 68:20 70:10 71:6 82:10 100:25

**tax**(3) 62:11 63:3 72:7
**tax-related**(1) 62:16
**taylor**(1) 2:37
**technical**(1) 91:2
**technically**(1) 39:6
**technological**(1) 8:15
**technology**(1) 85:13
**telephonic**(2) 4:16 5:1
**tell**(12) 12:12 18:23 29:20 42:12 64:10 64:18 65:3 65:21 68:12 68:19 84:25 87:5

**telling**(3) 15:8 36:10 47:12
**tens**(1) 71:1
**term**(1) 78:20
**terms**(1) 11:15
**testified**(1) 50:13
**testify**(6) 13:6 31:17 93:19 95:15 98:18 101:2

**testifying**(6) 13:15 28:19 34:13 81:8 99:15 100:21

**testimony**(20) 16:6 21:12 21:14 21:20 23:18 23:18 23:22 23:24 24:5 24:7 25:12 26:20 26:21 31:9 34:24 35:14 49:12 49:23 93:17 95:4

**than**(25) 7:16 12:24 13:23 14:9 20:18 23:24 25:10 29:24 33:15 36:23 45:16 51:25 52:25 53:14 58:21 64:14 65:13 68:18 80:10 80:17 92:13 93:6 98:17 100:2 102:7

**thank**(38) 7:2 12:6 15:23 16:18 24:8 24:11 24:18 29:25 30:24 31:1 34:2 42:11 42:21 48:13 51:19 61:4 68:21 68:22 70:8 73:12 73:13 75:24 79:18 88:2 88:7 90:25 95:19 96:13 97:5 97:7 98:19 101:23 101:24 102:3 102:10 102:17 102:17 102:20

**thanks**(1) 8:9

**that**(301) 6:13 6:16 6:17 6:21 6:23 7:3 7:3 7:5 7:7 7:11 7:12 7:13 7:15 7:18 7:19 7:25 8:13 8:16 8:18 8:24 9:4 9:11 9:14 9:25 10:2 10:3 10:5 10:14 10:15 11:6 11:7 11:13 11:13 11:16 12:3 12:7 12:8 12:11 12:16 12:20 12:21 12:24 12:25 13:1 13:3 13:13 13:16 13:17 13:17 13:19 13:20 13:25 14:8 14:10 14:13 14:23 14:23 14:25 15:4 15:9 16:2 16:4 16:6 16:12 16:19 16:20 16:24 17:6 17:13 17:15 18:1 18:1 18:1 18:4 18:6 18:10 19:2 19:3 19:4 19:9 19:17 19:20 19:21 19:24 19:25 20:6 20:7 20:8 20:10 20:14 20:17 20:20 20:21 20:21 21:5 21:14 21:17 21:18 21:19 21:20 21:22 21:25 22:6 23:1 23:9 23:13 23:15 23:22 24:2 24:5 24:7 24:12 24:13 25:4 25:10 25:12 25:13 25:18 25:22 25:23 25:25 26:1 26:4 26:6 26:22 26:23 27:7 27:8 27:9 27:10 27:11 27:12 28:1 28:1 28:2 28:3 28:4 28:5 28:7 28:10 28:11 28:14 28:25 29:8 29:14 29:15 29:19 29:23 30:2 30:6 30:8 30:11 31:5 31:5 31:6 31:8 31:14 31:18 31:23 32:7 32:24 32:25 33:2 33:3 33:5 33:15 33:15 33:20 33:22 33:25 34:1 34:3 34:7 34:9 34:11 34:11 34:14 34:16 34:17 34:19 34:22 34:23 35:5 35:7 35:12 35:14 35:17 35:18 35:18 35:19 35:20 35:21 36:4 36:7 36:15 36:15 36:20 37:3 37:7 37:14 37:23 38:1 38:4 38:4 38:10 38:13 38:21 38:22 38:24 38:25 39:1 39:2 39:3 39:9 39:12 39:12 39:15 39:18 40:7 40:9 40:10 40:11 40:14 41:8 41:11 41:12 41:13 42:3 42:3 42:14 42:15 43:14 43:14 43:16 43:16 43:16 43:18 44:7 44:11 44:18 44:21 44:23 45:1 45:8 45:8 45:10 45:10 45:13 45:13 45:13 45:14 45:15 45:15 45:20 45:20 45:21 46:8 46:8 46:10 46:12 46:16 46:20 46:20 46:22 47:4 47:5 47:8 47:8 47:13 47:14 47:16 48:3 48:4 48:10 48:16 48:17 48:21 49:1 49:3 49:5 49:6 49:10 49:10 49:14 49:15 49:17 49:21 49:25 50:8 50:13 50:13 50:15 50:18 50:19 50:19 50:21 50:22 50:25 51:3 51:4

**that**(265) 51:5 51:6 51:8 51:11 51:21 51:25 52:1 52:2 52:4 52:11 52:20 52:23 53:4 53:4 53:7 53:13 53:15 53:15 53:18 53:20 54:2 54:17 55:2 55:10 55:10 55:12 55:14 55:21 55:23 55:23 55:24 56:1 56:6 56:12 56:13 56:14 56:16 56:20 56:21 57:1 57:13 57:15 57:16 57:20 58:22 59:7 59:7 59:10 59:11 59:14 59:16 59:21 59:23 60:19 60:24 61:11 61:11 61:12 61:16 61:22 62:2 62:5 62:16 62:21 63:7 63:8 63:19 63:20 63:22 63:25 64:4 64:15 64:16 64:22 64:22 64:22 64:25 65:3 65:10 65:15 65:20 66:5 66:8 66:14 66:16 66:19 66:22 66:25 67:2 67:9 67:10 67:17 67:19 67:20 67:21 67:25 67:25 68:3 68:4 68:8 68:10 68:12 68:14 68:14 69:9 69:10 69:12 69:13 69:15 69:17 69:18 69:20 69:22 69:23 69:25 70:13 70:19 71:3 71:9 71:13 71:16 72:5 72:6 72:15 72:17 72:25 73:6 73:10 74:2 74:3 74:4 74:4 74:9 74:11 74:13 74:14 75:22 75:25 76:2 76:3 76:3 76:10 76:11 76:13 76:17 77:7 77:8 78:9 78:12 78:14 78:15 78:21 78:22 78:23 78:25 79:3 79:17 79:23 80:3 80:7 80:8 80:10 80:17 80:18 80:24 81:7 81:9 81:12 81:19 82:3 82:15 82:16 83:1 83:4 83:5 83:18 83:22 83:23 84:1 84:4 84:6 84:24 84:25 85:2 85:11 85:21 85:24 86:22 86:23 87:2 87:5 87:7 87:8 87:12 87:14 87:18 87:23 87:24 88:5 88:10 88:24 89:3 89:6 89:7 89:9 89:18 89:25 90:5 90:14 90:16 90:17 90:18 91:3 91:6 91:10 91:13 91:15 91:18 91:20 91:22 91:25 92:6 92:9 92:11 92:14 92:19 92:17 93:11 93:11 93:15 93:22 94:3 94:7 94:8 94:8 94:8 94:14 95:6 95:7 95:8 95:9 95:12 95:23 97:5 97:8 97:10 97:10 97:18 98:3 98:25 99:1 99:16 99:21 100:7 100:7 100:11 100:24 101:4 101:10 101:13 102:14 103:3

**that'll**(3) 85:14 92:23 98:1
**that's**(79) 6:22 9:2 9:13 11:9 11:11 11:14 15:5 17:8 17:20 18:7 19:11 19:13 19:14 20:11 21:11 21:14 22:5 22:10 22:11 22:16 23:12 24:4 24:7 24:15 25:17 26:22 27:3 27:6 29:15 29:16 29:17 33:1 33:14 36:6 42:4 42:9 42:25 47:23 47:23 50:3 50:10 52:1 52:2 52:6 53:1 53:9 53:10 54:18 56:6 56:25 59:19 61:25 64:23 65:11 68:10 73:3 73:22 74:19 78:2 78:25 82:14 82:14 83:9 85:2 85:23 86:6 88:11 90:6 91:24 92:12 92:22 93:15 94:17 96:15 98:12 98:19 98:19 99:2 102:3

**that's**(4) 25:16 30:12 50:4 61:24

**the**(301) 1:1 1:2 1:19 2:24 3:1 3:38 4:18 6:2 6:3 6:5 6:7 6:9 6:14 6:14 6:14 6:18 6:21 6:25 7:3 7:4 7:5 7:6 7:6 7:6 7:9 7:10 7:11 7:12 7:14 7:14 7:15 7:15 7:17 7:17 7:20 7:21 7:21 7:22 7:23 7:23 8:1 8:10 8:11 8:11 8:13 8:14 8:15 8:15 8:15 8:17 8:18 8:19 8:20 8:23 8:23 8:24 8:25 9:1 9:3 9:10 9:15 9:17 9:22 10:2 10:4 10:4 10:7 10:7 10:11 10:12 10:17 10:20 11:3 11:6 11:6 11:15 11:15 11:16 11:19 11:19 11:20 12:1 12:4 12:6 12:7 12:8 12:8 12:9 12:13 12:13 12:14 12:14 12:15 12:17 13:1 13:4 13:9 13:9 13:10 13:10 13:11 13:11 13:12 13:14 13:16 13:17 13:20 14:1 14:2 14:3 14:9 14:10 14:11 14:11 14:12 14:12 14:14 14:24 14:25 14:25 15:4 15:8 15:9 15:15 15:18 15:21 15:21 15:22 15:22 15:23 16:1 16:3 16:3 16:17 16:19 16:20 16:21 16:21 16:23 16:23 16:23 16:25 17:1 17:10 17:12 17:14 17:17 17:18 17:19 17:21 17:24 17:25 18:2 18:4 18:6 18:8 18:10 18:10 18:12 18:13 18:14 18:16 18:17 18:24 19:1 19:2 19:2 19:3 19:4 19:5 19:5 19:6 19:7 19:8 19:10 19:13 19:13 19:16 19:20 19:20 19:24 20:2 20:3 20:4 20:7 20:8 20:9 20:9 20:10 20:10 20:14 20:15 20:16 20:17 20:19 20:20 20:20 20:23 21:1 21:3 21:5 21:5 21:12 21:18 21:19 21:24 21:25 22:1 22:2 22:3 22:5 22:6 22:7 22:10 22:11 22:14 22:16 22:18 22:18 22:21 22:25 22:25 23:1 23:4 23:9 23:11 23:12 23:13 23:14 23:15 23:17 23:20 23:21 23:22 24:4 24:11 24:13 24:13 24:14 24:15 24:17 24:23 25:1 25:7 25:8 25:9 25:10 25:12 25:13 25:14 25:18 25:20 25:20 25:22 26:1 26:7 26:7 26:8 26:8 26:9 26:11 26:13 26:15 26:18 26:24 26:25 27:5 27:6 27:11 27:11 27:12 27:18 27:20 27:21 27:22 27:24 28:1 28:2 28:4 28:4 28:5 28:5 28:6 28:6 28:6 28:9 28:14 28:15 29:2 29:8 29:17 29:19 30:4 30:18 31:2 31:2 31:3

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 31:4 31:5 31:6 31:10 31:11 31:12 31:13 31:14 31:15 31:15 31:18 32:1 32:9 32:21 32:21 32:23 33:14 33:14 33:21 33:24 33:24 34:3 34:6 34:6 34:12 34:12 34:16 34:17 34:17 34:18 34:18 34:19 34:20 34:24 35:2 35:5 35:13 35:15 35:16 35:19 35:20 35:22 35:24 36:2 36:4 36:7 36:10 36:10 36:19 36:20 36:20 36:23 36:25 37:3 37:4 37:6 37:12 37:13 37:14 37:14 37:17 37:17 37:20 37:21 37:21 37:22 37:23 37:23 38:4 38:4 38:7 38:8 38:8 38:9 38:10 38:11 38:12 38:12 38:14 38:15 38:16 38:17 38:19 38:19 38:20 38:21 38:22 38:23 38:24 39:1 39:2 39:3 39:4 39:8 39:11 39:12 39:13 39:14 39:15 39:25 40:4 40:4 40:5 40:5 40:6 40:8 40:10 40:10 40:13 40:15 40:15 40:16 40:17 40:18 40:20 40:23 41:2 41:4 41:5 41:7 41:8 41:9 41:10 41:13 41:13 41:15 41:24 42:1 42:5 42:5 42:6 42:8 42:9 42:11 42:12 42:12 42:14 42:17 42:20 42:22 42:25 43:2 43:5 43:5 43:6 43:7 43:7 43:8 43:8 43:10 43:12 43:14 43:15 43:16 43:17 43:18 43:18 43:19 43:19 43:20 43:20 43:21 43:22 43:24 44:1 44:1 44:2 44:2 44:3 44:4 44:5 44:6 44:7 44:8 44:9 44:9 44:10 44:10 44:12 44:13 44:15 44:18 44:20 44:21 44:24 44:24 44:25 45:1 45:2 45:2 45:4 45:4 45:8 45:9 45:9 45:12 45:18 45:18 45:20 45:21 45:21 45:25 46:4 46:5 46:6 46:8 46:9 46:10 46:10 46:11 46:11 46:15 46:17 46:18 46:19 46:22 46:23 46:24 46:25 47:6 47:14 47:18 47:23 48:1 48:2 48:4 48:5 48:5 48:7 48:8 48:9 48:10 48:13 48:15 48:17 48:18 48:18 48:23 48:24 49:1 49:3 49:3 49:4 49:12 49:13 49:14 49:16 49:20 49:24 49:24 50:3 50:3 50:4 50:4 50:9 50:11 50:11 50:12 50:14 50:14 50:17 50:20 50:20 50:21 50:23 51:5 51:11 51:11 51:15 51:16 51:18 51:20 51:23 51:24 52:1 52:2 52:4 52:4 52:9 52:12 52:13 52:13 52:14 52:16 52:17 52:18 52:20 52:22 52:23 52:24 52:25 53:1 53:3 53:4 53:9 53:11 53:11 53:13 53:17 53:18 53:18

**the(301)** 53:20 54:1 54:2 54:4 54:8 54:9 54:13 54:14 54:15 54:19 54:20 54:21 54:21 54:21 54:23 54:24 55:1 55:2 55:4 55:4 55:5 55:6 55:8 55:10 55:13 55:13 55:14 55:15 55:17 55:20 55:21 55:24 56:1 56:3 56:4 56:5 56:5 56:5 56:7 56:7 56:9 56:11 56:12 56:13 56:14 56:15 56:16 56:20 56:22 56:23 57:4 57:6 57:9 57:9 57:14 57:14 57:18 57:18 57:19 57:23 58:2 58:2 58:8 58:12 58:13 58:14 58:17 58:18 58:18 58:20 58:24 59:2 59:3 59:5 59:5 59:13 59:16 59:17 59:18 59:18 59:21 60:1 60:2 60:2 60:4 60:5 60:6 60:7 60:8 60:9 60:11 60:11 60:12 60:12 60:13 60:14 60:16 60:16 60:16 60:18 60:21 60:23 60:25 61:2 61:2 61:6 61:6 61:6 61:18 61:19 61:19 61:21 61:23 61:23 61:25 62:5 62:11 62:12 62:15 62:17 62:17 62:20 62:23 63:1 63:3 63:4 63:5 63:7 63:8 63:9 63:10 63:10 63:11 63:12 63:15 63:16 63:16 63:17 63:18 63:19 63:20 63:22 63:23 63:25 64:2 64:3 64:3 64:5 64:12 64:17 64:19 64:22 64:25 65:4 65:4 65:7 65:9 65:9 65:10 65:17 65:18 65:21 65:22 65:25 66:3 66:5 66:7 66:9 66:15 66:16 66:20 66:21 66:25 66:25 67:4 67:5 67:5 67:6 67:8 67:9 67:12 67:13 67:15 67:16 67:18 67:20 67:21 67:25 67:25 68:1 68:4 68:5 68:5 68:7 68:8 68:10 68:12 68:14 68:19 68:22 68:25 69:2 69:4 69:4 69:6 69:8 69:11 69:12 69:13 69:17 69:18 69:22 69:22 69:25 70:1 70:3 70:9 70:12 70:13 70:13 70:15 70:16 70:18 70:19 70:20 70:20 70:22 70:23 70:24 70:25 70:25 71:3 71:4 71:4 71:4 71:8 71:12 71:12 71:13 71:17 71:21 71:22 72:1 72:6 72:6 72:6 72:11 72:11 72:20 72:23 73:1 73:3 73:8 73:11 73:17 73:19 73:22 73:24 73:25 73:25 74:2 74:6 74:6 74:9 74:11 74:13 74:15 74:19 74:20 74:22 74:25 74:25 75:9 75:17 75:19 75:20 75:21 75:23 75:25 76:5 76:10 76:11 76:15 76:17 76:20 76:21 76:21 76:25 77:8 77:9 77:13 77:13 77:14 77:16 77:18

**the(287)** 77:21 77:24 77:25 78:2 78:5 78:7 78:7 78:9 78:9 78:11 78:12 78:12 78:13 78:13 78:15 78:17 78:24 78:25 79:1 79:2 79:3 79:12 79:18 79:21 79:21 79:21 80:3 80:5 80:8 80:11 80:14 80:15 80:16 80:17 80:17 80:21 80:21 80:22 80:23 81:3 81:6 81:6 81:7 81:9 81:11 81:12 81:15 81:18 81:19 81:20 81:21 81:22 82:6 82:11 82:2 82:13 82:20 83:3 83:4 83:7 83:13 83:16 83:18 83:23 83:24 84:1 84:3 84:7 84:8 84:8 84:8 84:12 84:13 84:14 84:17 84:20 84:22 84:23 85:1 85:2 85:5 85:6 85:10 85:10 85:10 85:13 85:13 85:15 85:17 85:20 85:22 85:24 86:1 86:5 86:5 86:6 86:8 86:9 86:12 86:17 86:18 86:19 86:22 86:23 86:25 86:25 87:4 87:4 87:6 87:9 87:9 87:10 87:14 87:16 87:19 87:22 87:24 88:5 88:12 88:14 88:14 88:18 88:22 88:24 89:3 89:4 89:7 89:8 89:10 89:11 89:13 89:17 89:18 89:21 89:23 89:24 89:25 90:1 90:2 90:4 90:7 90:8 90:9 90:18 90:18 90:22 90:23 91:1 91:2 91:4 91:7 91:7 91:8 91:10 91:12 91:12 91:17 91:18 91:19 91:24 92:1 92:4 92:5 92:5 92:7 92:8 92:8 92:8 92:12 92:13 92:15 92:17 92:17 92:18 92:18 92:25 93:2 93:3 93:6 93:8 93:12 93:15 93:16 93:17 93:17 93:20 93:22 93:25 94:4 94:5 94:5 94:6 94:7 94:11 94:12 94:14 94:18 94:21 94:24 95:3 95:5 95:7 95:7 95:11 95:15 95:20 95:22 95:25 96:1 96:2 96:5 96:8 96:15 96:17 96:17 96:24 96:25 97:2 97:5 97:8 97:8 97:9 97:9 97:10 97:12 97:12 97:14 97:15 98:2 98:7 98:8 98:11 98:12 98:14 98:19 98:21 98:22 98:25 99:1 99:2 99:8 99:9 99:9 99:9 99:10 99:12 99:14 99:16 99:17 99:17 99:19 99:20 99:21 99:23 100:4 100:5 100:7 100:11 100:19 100:20 100:21 100:24 100:24 101:1 101:2 101:3 101:5 101:7 101:8 101:9 101:10 101:15 101:20 101:23 101:25 102:1 102:2 102:11 102:12 102:20 102:22 102:22 102:25 103:3 103:4 103:4 103:5

**their(34)** 6:15 13:7 14:9 15:6 18:18 21:13 21:15 23:24 26:21 28:7 28:16 28:18 30:19 44:22 49:21 54:10 56:23 61:14 62:14 65:2 72:10 81:5 82:13 91:19 91:22 92:10 92:21 92:22 95:2 95:4 95:6 95:10 98:17 99:18

**them(70)** 11:25 13:5 15:10 21:15 21:17 22:19 22:20 23:6 28:20 30:18 31:14 31:15 31:16 32:23 33:4 33:6 33:16 36:12 37:9 39:8 40:20 46:14 46:15 47:5 49:16 49:17 49:22 49:22 52:16 54:3 54:4 55:20 57:10 57:10 57:11 58:24 67:10 67:12 67:22 69:18 71:23 72:11 77:15 77:15 79:4 79:6 79:8 79:25 80:2 81:15 81:24 81:25 83:18 84:24 87:2 87:25 88:1 89:10 89:18 89:20 91:22 95:4 96:9 97:9 97:25 98:1 101:21 101:22 102:6 102:7

**themselves(2)** 18:14 41:24
**then(44)** 7:22 9:10 12:1 12:15 12:17 14:13 16:22 16:23 16:24 17:17 18:5 22:7 22:8 23:16 24:14 26:17 27:4 43:9 43:14 44:24 48:22 52:9 53:25 57:10 64:2 65:22 71:5 73:1 77:8 79:8 80:24 81:15 82:10 82:11 82:14 85:14 86:3 87:6 87:7 87:8 93:21 94:12 96:21 97:16

**theoretical(1)** 73:6
**theoretically(1)** 92:20
**theories(2)** 46:7 46:13
**theory(5)** 36:4 40:12 40:13 46:10 58:17

**there(99)** 6:20 8:19 8:22 8:24 10:6 10:24 10:25 11:5 11:23 12:2 12:15 12:23 15:17 15:19 16:4 18:10 20:13 20:14 21:3 21:9 21:20 22:9 27:9 27:13 27:20 31:7 33:22 33:24 34:11 35:3 35:13 38:13 39:3 39:10 41:21 43:6 43:9 44:7 44:21 45:7 45:13 45:15 46:3 46:4 46:8 46:12 48:3 48:23 49:2 49:4 49:9 49:13 50:14 51:5 53:6 58:24 59:7 59:9 62:7 63:6 63:7 63:12 64:16 64:21 65:3 66:13 67:2 67:8 70:1 70:14 71:2 71:11 72:25 72:25 73:16 73:20 74:8 74:16 74:19 75:5 77:18 81:8 82:15 83:11 84:24 85:12 87:1 89:6 90:11 91:3 92:14 93:8 95:17 96:5 96:8 98:4 98:24 100:15 102:13

**there'd(2)** 89:11 91:8
**there's(37)** 10:14 16:11 16:22 16:22 19:24 21:23 22:1 22:4 22:7 22:8 23:25 27:25 28:3 29:18 32:13 39:7 39:13 43:1 46:15 49:10 53:23 56:17 58:4 59:4 62:7 62:20 68:6 69:11 69:22 72:17 74:13 81:8 88:10 88:15 88:22 93:4 96:1

**thereby(1)** 10:9
**therefore(3)** 17:11 18:3 32:22
**there's(2)** 41:18 71:9
**these(41)** 16:21 16:23 17:23 18:17 23:23 30:15 31:25 32:21 34:19 37:10 39:20 44:15 46:6 49:14 50:16 52:3 53:2 53:5 53:16 54:14 54:16 55:9 57:7 59:23 60:6 60:19 61:12 63:11 64:7 66:24 67:18 69:8 69:23 74:11 77:12 86:25 96:9 98:15 101:13 101:22 102:4

**they(73)** 8:21 9:20 9:22 13:6 14:1 16:5 17:5 18:2 18:14 21:18 24:5 25:21 25:22 26:18 26:20 26:22 28:16 29:1 31:12 33:7 39:5 40:10 41:12 43:11 43:11 46:7 46:8 46:13 46:14 46:15 47:5 48:5 48:8 48:9 50:13 51:22 52:15 52:16 52:19 53:17 53:17 53:18 53:24 54:10 54:11 55:14 55:15 60:15 60:24 62:8 62:15 62:19 63:2 63:20 64:7 64:22 65:20 67:1 67:3 67:6 67:24 69:19 72:16 87:14 87:17 91:16 94:4 97:18 97:21 97:25 98:16 100:16 100:22

**they'd(2)** 33:9 90:3
**they'll(1)** 62:14
**they're(31)** 10:21 15:10 17:8 18:15 18:16 19:14 26:11 27:7 27:10 28:12 28:12 28:18 28:23 28:24 29:4 29:12 30:5 30:11 31:14 42:13 53:25 57:17 62:13 67:22 67:23 68:16 80:14 88:12 95:8 96:10 100:21

**they've(2)** 18:19 28:7
**they're(5)** 34:19 53:8 97:24 100:4 100:12
**thick(1)** 97:3
**thing(26)** 8:11 10:2 11:22 13:1 13:16 19:13 30:1 39:2 39:15 41:15 41:21 42:9 46:22 56:1 56:16 65:13 67:13 69:8 77:24 78:2 81:12 85:10 94:18 99:4 100:7 100:24

**things(18)** 7:12 7:20 7:25 10:8 12:22 21:7 38:13 48:3 48:18 48:25 66:19 78:4 87:7 93:23 96:10 96:11 98:17 102:14

| Word | Page:Line |
|------|-----------|
| **think**(115) | 6:16  8:14  9:3  9:12  10:19  10:21  10:24  11:18  11:25  12:5  13:2  13:25  14:8  15:2  15:7  16:4  16:11  18:4  19:1  19:5  19:11  20:18  21:6  21:16  23:24  27:4  29:3  31:18  32:5  32:6  32:8  33:15  35:24  36:19  36:22  37:6  37:11  38:9  38:18  39:7  39:12  41:1  43:3  43:11  43:24  46:25  47:13  48:13  48:14  48:16  48:23  49:7  49:22  51:1  51:24  54:1  54:19  56:13  57:16  57:21  58:22  59:21  59:23  60:19  60:19  61:18  62:8  63:2  63:7  64:13  64:22  65:6  66:16  66:22  67:2  67:3  67:25  68:10  68:13  68:17  69:13  69:17  69:18  69:25  70:6  72:16  74:12  76:7  76:9  76:10  76:13  84:2  84:3  84:12  84:18  85:14  86:4  86:21  87:21  90:5  90:16  91:18  91:25  92:12  92:22  93:4  93:10  93:15  95:2  96:21  98:16  98:22  99:1  100:18  101:11 |
| **thinking**(2) | 47:18  83:17 |
| **third**(6) | 31:12  35:19  61:13  63:10  64:1  80:24 |
| **this**(129) | 6:9  6:15  7:8  9:5  13:4  14:2  14:22  15:17  15:20  17:24  18:17  19:12  19:12  19:19  21:15  21:16  25:10  25:24  25:24  26:14  27:5  27:12  29:7  29:11  29:19  29:20  29:20  30:1  32:14  32:16  34:11  35:25  36:4  36:8  40:3  40:8  40:9  43:9  43:19  43:25  44:17  46:3  46:4  46:23  47:21  48:6  49:9  50:2  50:17  55:3  55:7  56:17  57:1  58:5  58:6  58:10  59:13  61:23  62:3  62:17  62:6  62:7  62:22  63:3  63:6  63:23  64:10  64:12  64:21  65:4  65:12  65:14  65:21  66:15  66:17  68:20  69:1  69:4  70:5  70:9  70:16  70:20  70:25  71:6  71:19  71:19  71:21  72:1  72:4  72:8  73:11  73:11  74:1  74:3  74:5  74:14  75:14  76:21  77:4  77:7  77:10  77:20  77:23  79:20  79:23  80:14  81:2  81:17  82:9  84:12  86:4  86:10  86:12  87:23  88:3  88:21  88:24  91:6  92:16  92:20  94:3  95:17  96:1  96:1  98:9  100:10  101:1  102:16  102:22 |
| **thomas**(1) | 4:40 |
| **thornton**(2) | 4:36  4:46 |
| **those**(28) | 10:9  25:6  26:5  27:16  28:20  31:10  31:11  31:19  33:18  33:23  34:21  39:6  52:20  53:9  54:3  58:19  61:18  63:7  65:5  67:16  69:13  69:15  74:12  76:9  82:19  87:11  98:2  102:14 |
| **though**(6) | 18:6  32:25  41:21  55:2  55:2  67:2 |
| **thought**(12) | 7:10  11:10  30:2  43:15  45:10  50:25  55:14  57:9  57:13  60:3  84:2  86:7 |
| **thousands**(2) | 71:1  81:13 |
| **three**(6) | 39:7  43:9  45:12  53:11  64:13  89:6 |
| **three-inch**(1) | 96:12 |
| **three-ring**(1) | 96:10 |
| **through**(15) | 6:20  7:12  10:9  21:8  26:20  26:21  26:25  34:24  35:19  74:2  76:8  85:16  86:7  95:4  95:10 |
| **throughout**(3) | 9:5  46:14  74:6 |
| **thursday**(1) | 101:20 |
| **tie**(1) | 7:25 |
| **tied**(1) | 85:15 |

| Word | Page:Line |
|------|-----------|
| **time**(105) | 7:6  7:8  9:13  13:13  13:16  14:1  14:2  14:3  14:3  14:9  14:10  14:14  14:18  14:20  15:9  15:18  16:24  19:2  19:8  21:5  21:13  21:15  21:18  22:6  22:11  22:19  23:14  25:10  25:12  25:23  25:25  26:1  26:4  26:9  27:14  27:20  31:10  31:19  31:24  33:14  33:24  33:25  35:2  35:22  36:8  36:22  38:9  38:12  38:15  38:16  39:5  39:13  39:25  40:5  43:7  43:9  43:11  43:13  43:17  44:10  44:12  44:15  44:20  44:24  45:9  45:10  45:18  45:21  46:23  47:16  47:20  48:2  48:2  49:7  56:9  56:23  57:21  59:7  59:8  59:11  61:6  61:11  62:15  63:15  65:7  65:9  65:13  65:13  65:16  66:19  68:8  73:4  74:2  77:2  79:5  79:15  79:24  85:1  88:24  89:4  92:7  97:9  98:17  102:14 |
| **time-consuming**(1) | 83:9 |
| **timeline**(1) | 59:3 |
| **times**(2) | 26:2  26:22 |
| **timing**(1) | 76:21 |
| **timothy**(1) | 4:4 |
| **today**(8) | 11:19  21:25  43:23  54:7  64:14  65:6  77:10  98:3 |
| **today's**(1) | 48:15 |
| **together**(8) | 34:7  46:24  69:15  72:17  77:16  85:8  89:4  102:12 |
| **told**(5) | 12:16  64:3  89:8  94:18  97:17 |
| **too**(8) | 14:2  21:21  25:1  48:13  66:8  77:17  86:1  86:23 |
| **took**(1) | 44:2 |
| **top**(3) | 61:21  77:9  88:14 |
| **topic**(2) | 12:7  94:16 |
| **toronto**(3) | 23:20  23:21  24:3 |
| **torys**(1) | 4:18 |
| **total**(4) | 38:15  43:7  43:8  97:1 |
| **touch**(1) | 11:24 |
| **towards**(1) | 44:8 |
| **track**(1) | 47:15 |
| **traditional**(1) | 92:4 |
| **transaction**(1) | 63:11 |
| **transcriber**(1) | 103:8 |
| **transcript**(5) | 1:18  1:49  48:9  80:23  103:3 |
| **transcription**(2) | 1:43  1:49 |
| **transcripts**(3) | 48:2  87:1  87:2 |
| **transfer**(4) | 28:17  34:15  34:20  62:13 |
| **transpire**(1) | 45:15 |
| **traveling**(1) | 31:12 |
| **trees**(1) | 77:18 |
| **trial**(109) | 6:15  7:9  7:10  7:14  7:14  7:20  8:11  8:16  8:25  9:5  9:17  12:3  12:7  12:13  12:17  15:5  15:21  16:22  16:24  17:14  17:24  18:3  18:5  18:5  18:13  19:4  19:10  19:13  19:19  20:20  21:16  22:11  25:11  26:7  26:24  27:11  27:21  30:4  31:12  32:24  34:4  35:5  37:24  41:17  41:19  42:22  43:2  43:6  43:10  43:17  44:13  44:15  45:12  45:18  46:24  47:21  49:16  50:16  50:16  50:20  50:23  53:17  53:19  54:3  54:5  54:13  56:9  58:2  61:6  61:13  62:1  63:22  64:2  64:4  64:17  64:25  65:9  66:17  67:4  70:13  70:15  71:2  71:8  71:14  72:9  73:2  73:8  73:10  74:8  74:9  75:19  75:21  77:15  77:18  77:19  78:3  78:7  78:10  78:25  80:5  84:4  85:5  86:6  89:10  92:15  92:19  92:24  94:8  98:9 |
| **trials**(4) | 18:17  37:15  81:2  82:24 |
| **true**(2) | 47:23  47:23 |
| **trust**(3) | 4:8  4:42  82:5 |
| **trustee**(1) | 4:9 |
| **trustees**(3) | 34:9  39:11  41:3  41:13 |
| **try**(9) | 7:4  34:1  37:6  40:17  77:16  89:2  89:3  95:12  97:10 |
| **trying**(7) | 35:21  44:19  63:24  79:4  80:13  80:15  82:16 |

| Word | Page:Line |
|------|-----------|
| **tuesday**(3) | 6:1  55:12  55:22 |
| **tunnell**(1) | 1:25 |
| **turn**(4) | 15:13  51:10  61:19  86:9 |
| **tweed**(2) | 3:43  4:39 |
| **twice**(2) | 31:16  55:9 |
| **two**(40) | 8:19  18:17  19:19  19:24  20:4  20:16  20:16  20:17  21:2  21:6  22:7  24:13  27:13  31:8  32:13  32:14  32:17  33:6  37:9  38:13  38:21  39:6  39:7  46:6  48:20  52:20  53:6  55:10  58:21  66:15  67:2  67:4  67:19  67:21  70:6  72:20  76:3  76:5  81:19  82:5 |
| **tying**(1) | 44:19 |
| **tyler**(2) | 3:36  4:32 |
| **type**(1) | 41:21 |
| **types**(1) | 34:21 |
| **typically**(2) | 10:16  48:1 |
| **u.s**(37) | 6:9  7:17  8:14  9:6  16:17  18:10  20:14  23:4  25:15  28:14  34:20  38:19  38:24  43:19  44:2  44:5  44:8  45:2  45:4  46:5  46:10  52:13  53:13  58:14  67:25  69:4  71:22  85:5  91:9  91:17  94:18  96:25  97:15  98:7  100:21  101:22  102:1 |
| **ucc**(1) | 52:13 |
| **ukp**(3) | 18:18  40:10  58:13 |
| **ukpc**(5) | 38:19  40:5  40:15  44:2 |
| **under**(6) | 11:19  66:25  67:1  69:20  71:5 |
| **understand**(30) | 6:13  7:19  12:19  18:24  23:14  27:15  27:17  27:25  28:4  28:25  30:7  34:3  35:16  36:7  37:5  37:23  38:23  52:23  53:25  55:23  56:20  58:3  63:24  69:7  72:13  72:14  76:23  88:4  91:14  94:23 |
| **understanding**(1) | 19:23 |
| **understood**(3) | 16:8  20:10  20:12 |
| **unfamiliar**(1) | 23:5 |
| **unfold**(1) | 6:15 |
| **unfortunately**(1) | 85:7 |
| **unidentified**(8) | 75:7  75:8  75:11  75:13  75:16  80:12  93:21  94:22 |
| **united**(3) | 1:1  1:20  67:15 |
| **unless**(5) | 12:23  49:16  50:24  71:14  84:11 |
| **unlike**(1) | 28:13 |
| **unsecured**(2) | 3:2  4:22 |
| **until**(6) | 19:5  56:7  59:24  67:4  98:25  100:8 |
| **update**(4) | 15:17  45:20  46:18  46:19 |
| **upon**(2) | 45:11  76:10 |
| **usb**(1) | 77:16 |
| **use**(8) | 15:10  35:6  61:11  75:17  84:3  84:4  95:2  95:9 |
| **used**(6) | 11:1  53:14  53:17  68:8  86:6  91:1 |
| **useful**(1) | 49:8 |
| **using**(1) | 85:6 |
| **utilized**(1) | 47:17 |
| **variety**(1) | 7:16 |
| **various**(2) | 43:7  89:9 |
| **vast**(1) | 34:12 |
| **verasquez**(2) | 52:7  52:8 |
| **versions**(1) | 101:22 |
| **versus**(1) | 41:17 |
| **very**(29) | 8:9  13:23  25:6  28:8  28:20  31:21  36:22  39:18  40:25  40:25  41:25  45:3  46:4  56:18  59:6  62:3  64:4  66:7  69:12  70:22  76:13  86:11  88:22  93:21  94:7  95:1  97:3  101:2 |
| **video**(2) | 101:5  101:8 |
| **videotaped**(1) | 101:13 |
| **view**(8) | 6:15  21:19  22:24  56:6  57:18  62:16  65:18  93:13 |
| **views**(1) | 96:4 |
| **vitae**(1) | 91:13 |
| **voir**(2) | 93:9  94:19 |
| **volume**(1) | 13:9 |
| **volunteer**(1) | 47:5 |

| Word | Page:Line |
|------|-----------|
| **wait**(4) | 56:6  57:14  69:11  100:8 |
| **waiting**(3) | 29:3  54:16  76:22 |
| **waived**(1) | 74:14 |
| **walk**(3) | 15:6  86:7  95:10 |
| **want**(64) | 8:20  9:20  13:18  16:12  16:12  16:20  18:6  21:8  21:11  21:13  24:21  25:3  25:9  25:19  25:22  26:5  26:20  26:23  28:3  28:19  29:14  30:4  31:13  34:10  35:3  35:15  36:16  38:1  39:15  40:16  42:22  43:23  44:14  44:18  54:4  56:8  56:10  56:16  57:11  63:8  63:9  66:14  67:11  69:8  70:7  70:20  74:18  77:2  78:13  78:17  80:1  80:5  82:5  83:3  83:24  84:9  84:11  86:22  87:11  88:10  90:9  93:25  97:9  99:3 |
| **wanted**(22) | 8:16  31:6  37:12  38:3  40:6  41:1  41:11  41:17  42:2  42:9  48:20  50:11  57:1  57:12  78:1  78:11  83:18  88:8  89:5  92:14  95:24  98:4 |
| **wants**(10) | 12:2  25:25  48:4  49:17  54:3  72:4  83:2  84:19  85:16  95:5 |
| **warning**(1) | 70:11 |
| **was**(63) | 6:16  7:16  14:3  14:22  16:4  20:15  21:1  21:9  21:21  21:25  22:17  22:18  22:24  25:5  25:18  26:4  37:12  39:1  39:12  41:8  43:9  44:3  44:7  45:16  47:5  47:9  47:12  47:13  47:18  49:2  49:17  50:2  50:5  50:17  52:1  52:2  53:10  55:3  59:7  62:22  62:25  63:1  66:3  70:13  70:16  71:11  71:16  71:19  71:19  71:21  74:3  74:8  75:5  78:2  88:3  88:23  93:14  95:23  99:1  99:4  99:7  100:25  102:25 |
| **wasn't**(3) | 13:17  38:14  46:3 |
| **wasn't**(1) | 92:14 |
| **waste**(1) | 9:13 |
| **watch**(1) | 98:18 |
| **way**(18) | 18:4  23:13  27:10  27:12  29:8  35:24  41:15  50:23  53:7  53:15  62:3  62:7  65:4  77:17  78:9  83:3  91:2  100:24 |
| **ways**(1) | 81:8 |
| **we'd**(2) | 67:17  94:8 |
| **we'll**(23) | 9:22  10:14  10:15  26:19  34:7  51:8  55:21  55:22  56:11  56:22  59:14  61:15  69:22  72:24  82:11  85:18  89:2  98:23  98:24  99:24  101:12  102:11  102:15 |
| **we're**(57) | 8:23  12:7  13:9  15:4  17:6  17:12  17:13  17:18  18:1  18:13  19:6  19:10  25:9  25:19  28:15  29:11  32:4  34:5  43:15  44:20  46:23  47:16  48:7  49:2  54:6  54:12  54:15  56:12  60:16  65:6  66:14  67:20  68:2  68:11  68:11  68:12  68:13  68:15  68:19  71:6  73:8  73:9  76:13  76:25  77:23  80:13  82:16  83:1  83:2  83:5  83:17  83:23  85:7  87:15  87:24  91:6  100:8 |
| **we've**(11) | 7:19  8:18  29:22  35:24  60:23  67:13  72:3  75:20  78:3  87:11  99:13 |
| **webb**(2) | 3:36  4:32 |
| **week**(12) | 10:20  11:20  16:22  17:12  17:13  61:6  65:9  65:10  76:12  90:1  96:1  100:18 |
| **weekend**(4) | 78:10  78:13  78:15  78:18 |
| **weeks**(6) | 45:12  46:6  66:15  67:4  67:19 |
| **weight**(3) | 49:20  93:16  95:7 |
| **welcome**(1) | 45:19 |

| Word | Page:Line |
|---|---|

**well**(65) 8:18 9:6 10:13 10:24 11:23 13:25 15:7 17:20 18:17 19:9 20:22 21:23 21:25 22:21 23:16 26:2 26:13 27:1 27:4 29:5 29:21 30:12 30:21 33:7 33:10 33:19 34:23 34:25 35:1 35:4 35:12 36:1 36:3 37:2 39:11 39:19 40:9 50:5 51:1 54:22 55:24 57:12 62:10 62:25 63:15 64:6 65:18 72:25 73:3 76:1 77:21 79:2 79:20 81:11 84:1 85:12 85:20 87:1 91:11 91:21 94:10 97:5 100:14 100:15 102:11

**went**(1) 11:16
**were**(34) 8:19 11:13 11:13 13:17 13:18 19:21 20:10 25:6 29:3 30:15 33:8 35:19 42:3 44:6 45:1 45:3 45:15 49:15 53:4 55:11 55:18 60:5 60:7 63:17 66:25 69:17 69:19 76:22 88:9 89:4 93:10 98:2 101:13
**weren't**(2) 29:4 53:24
**westerbrook**(2) 52:15 58:15
**we'll**(2) 79:23 85:25
**we're**(2) 31:24 61:23
**we've**(1) 15:21
**what**(105) 7:24 10:22 11:18 12:12 12:18 13:5 13:10 15:21 17:5 17:6 17:21 18:23 19:6 19:8 19:14 20:7 20:11 20:18 20:22 22:17 23:7 25:3 25:7 25:17 25:19 25:23 26:4 26:11 26:17 27:3 27:6 27:8 29:22 31:24 31:24 32:4 32:7 34:10 34:16 34:23 35:7 35:21 36:10 37:2 37:5 38:18 38:20 43:23 44:22 47:5 47:14 50:5 50:10 51:24 52:23 53:10 53:20 54:6 54:12 56:25 57:9 57:13 57:17 59:13 61:24 62:3 64:11 64:14 65:6 65:8 65:20 66:23 67:23 68:1 68:12 68:17 70:10 71:6 72:16 73:22 74:7 76:2 76:4 77:11 77:4 77:5 79:15 80:10 80:15 83:17 86:8 86:20 87:11 88:9 91:14 91:17 92:13 94:1 94:12 94:13 94:18 95:15 95:17 96:21 102:7
**what's**(12) 33:1 38:6 40:22 44:20 48:23 61:21 66:17 80:21 87:3 87:3 87:16 88:13
**whatever**(4) 14:1 79:24 83:2 94:16
**whatever's**(1) 81:20
**whatsoever**(1) 69:19
**when**(33) 13:6 13:8 16:22 17:25 21:12 22:18 25:11 26:7 37:7 41:16 42:3 44:1 44:5 45:14 47:16 50:13 50:14 56:9 61:17 61:23 62:22 65:11 70:11 72:4 73:8 73:15 83:7 87:23 94:5 94:8 95:25 97:15 102:14
**whenever**(1) 80:1
**where**(27) 11:2 13:13 14:18 16:12 17:3 17:7 20:4 21:1 26:18 28:8 29:3 30:13 36:11 36:20 47:25 49:2 60:23 63:6 64:16 67:15 68:5 70:2 80:16 81:3 83:19 100:12 100:21
**whereupon**(1) 102:25
**whether**(23) 8:20 8:22 29:1 30:5 43:25 44:11 47:14 48:14 53:23 54:11 56:24 57:13 58:7 59:25 62:13 78:11 78:12 79:15 87:10 93:17 95:7 95:24 101:12
**which**(32) 8:14 13:23 31:14 35:24 43:5 43:8 43:11 44:22 46:4 46:7 49:12 50:18 54:7 56:3 57:18 58:16 59:24 64:18 67:5 69:9 70:22 78:2 86:5 86:8 86:14 87:1 89:8 99:10 99:11 99:14 99:19
**while**(6) 17:2 25:25 52:2 62:25 81:7 83:2
**who**(51) 9:4 9:17 9:20 9:21 9:22 10:4 10:5 10:6 10:10 10:15 11:1 11:5 12:2 12:19 12:24 13:4 13:9 13:14 15:16 15:20 16:4 16:13 23:17 23:25 24:4 26:5 31:20 31:21 32:19 34:12 34:19 39:4 39:8 42:17 42:17 45:2 46:25 47:7 50:15 51:10 61:13 62:8 64:12 65:1 65:12 65:19 67:14 71:2 72:10 80:10 83:3
**who's**(3) 23:20 47:15 54:2

**who've**(2) 64:3 72:10
**whole**(3) 14:25 25:10 76:20
**whomever**(1) 11:25
**whose**(1) 39:5
**who's**(2) 6:5 100:12
**why**(11) 24:24 33:25 36:1 40:9 49:13 55:12 59:25 61:5 62:19 65:11 82:9

**wife**(1) 84:2
**will**(76) 7:5 7:24 9:15 10:4 10:5 10:6 10:8 10:11 12:15 12:15 12:16 12:18 12:18 13:21 15:13 19:19 21:15 21:18 22:22 22:19 22:22 24:16 27:20 28:2 28:8 28:11 30:21 31:3 31:9 31:12 33:23 34:2 35:13 37:21 38:25 40:1 42:11 44:3 44:25 51:4 51:23 56:4 56:6 56:9 57:1 60:15 61:1 63:19 64:16 64:17 64:25 65:1 65:21 69:23 74:6 74:11 79:16 80:3 80:8 80:18 81:25 82:12 85:12 86:1 87:9 87:19 88:5 89:1 91:22 93:16 93:22 96:2 96:17 97:5 97:8 102:14
**william**(1) 2:32
**willing**(1) 21:9
**willkie**(1) 3:24
**wilmington**(12) 1:12 1:30 2:8 2:40 3:7 3:14 3:21 3:33 4:6 4:8 4:42 6:1

**winschuh**(1) 5:33
**wish**(4) 12:24 39:5 40:23 95:2
**with**(144) 6:17 6:23 7:20 8:14 11:7 11:24 12:7 12:18 13:10 14:3 14:4 14:21 16:16 17:15 17:14 17:17 18:24 19:19 19:19 20:19 20:19 20:20 23:1 23:6 23:17 24:12 24:13 24:13 25:8 25:22 25:24 26:7 26:9 27:2 27:5 27:12 28:2 28:17 29:1 29:9 29:10 30:22 36:8 36:21 38:8 38:14 39:15 39:16 40:1 40:19 42:6 43:6 44:2 46:2 46:3 46:9 46:22 48:23 49:1 49:18 49:19 49:21 49:25 51:11 52:9 52:14 52:18 52:21 52:24 54:1 54:8 54:20 55:10 55:12 55:13 55:19 55:20 55:23 56:2 56:5 57:2 57:15 59:17 61:24 62:1 62:20 62:21 63:17 63:20 64:9 64:12 64:21 65:12 65:14 65:21 66:8 66:24 67:11 69:9 69:10 70:12 70:14 71:4 71:12 71:13 73:4 74:6 76:6 76:14 76:16 77:3 77:7 77:20 78:4 78:7 79:25 80:17 80:23 81:13 81:18 81:20 82:25 83:4 83:8 83:21 84:4 84:6 85:15 85:18 86:4 86:12 87:2 88:20 89:2 89:19 90:13 90:23 92:15 94:1 94:4 96:11 97:4 98:17 100:16

**within**(6) 11:20 14:14 14:17 43:12 71:3 74:4

**without**(7) 13:19 58:5 62:13 63:13 65:24 69:21 91:10

**witness**(16) 21:9 23:25 24:4 25:20 25:21 25:21 26:3 26:16 26:18 26:23 29:13 81:20 81:21 86:24 99:15 101:3

**witnesses**(69) 12:15 12:18 13:4 13:5 13:9 13:11 13:14 13:21 16:4 17:16 17:17 17:20 18:11 18:15 18:16 18:18 18:19 23:17 23:19 23:23 24:3 24:15 25:8 26:5 28:10 28:11 28:12 28:13 28:21 29:15 30:3 30:14 30:15 31:8 31:11 31:19 32:2 32:13 32:15 32:17 32:21 33:18 33:23 34:8 34:12 34:13 34:19 34:21 34:24 41:20 41:22 42:7 46:6 50:14 50:15 50:16 53:5 96:8 98:9 98:18 99:10 99:17 99:18 100:16 100:20 100:21 102:1

**won't**(8) 14:19 15:10 51:25 65:23 80:25 84:2 93:8 98:25

**wonderful**(2) 76:15 85:24
**won't**(1) 47:2
**word**(2) 30:8 91:1
**words**(1) 92:12

**work**(13) 10:14 10:15 17:13 27:1 34:7 40:19 43:12 47:19 58:4 59:10 85:18 86:22 97:5
**worked**(3) 33:25 34:1 98:23
**working**(3) 44:23 77:16 83:8
**works**(4) 64:21 79:23 85:21 85:24
**world**(5) 5:32 66:16 67:20 68:12 68:19
**worth**(3) 43:3 72:18 82:10
**would**(111) 7:10 9:3 9:4 9:11 11:12 11:20 12:22 13:1 15:16 15:20 16:6 17:5 17:24 21:16 23:5 23:15 23:22 24:7 28:19 30:2 31:3 31:20 32:5 32:8 32:22 33:2 33:3 33:6 33:13 33:14 33:15 33:16 33:17 34:23 35:7 35:7 35:18 35:19 36:23 37:3 37:14 38:20 38:22 39:23 43:17 43:19 44:14 44:23 45:8 45:16 45:19 46:18 46:19 47:4 48:3 48:19 49:15 50:12 53:16 53:18 54:8 52:5 53:4 54:13 54:25 56:3 56:10 56:12 57:6 57:14 57:15 57:21 59:6 59:9 59:10 59:14 59:21 60:21 61:4 61:17 61:22 62:2 62:5 62:23 63:10 63:16 63:23 64:10 64:15 64:18 65:3 65:6 65:16 66:19 66:21 66:24 67:5 67:7 67:13 67:14 68:16 68:21 68:22 69:6 70:8 70:17 70:18 70:22 71:9 72:17 73:12 73:13 74:17 74:18 74:18 74:19 75:24 76:2 76:5 77:2 77:13 77:14 77:22 78:17 79:10 79:10 79:14 79:16 79:18 79:19 79:23 79:25 80:1 80:5 80:7 80:18 81:25 82:4 83:1 83:16 83:19 83:20 84:14 84:15 84:25 85:5 86:1 86:7 86:8 86:9 86:12 86:19 86:20 87:8 87:10 87:20 88:1 88:2 88:7 88:9 88:10 88:10 88:21 89:1 89:8 89:9 89:9 90:2 90:9 90:24 90:25 92:5 92:9 92:11 92:11 92:13 92:20 93:12 94:14 95:11 95:19 95:21 96:13 96:22 97:3 97:4 97:5 97:7 97:9 97:11 97:12 97:16 98:4 98:20 98:21 99:8 99:16 100:11 100:15 100:20 100:22 101:2 101:20 101:23 101:24 102:3 102:9 102:10 102:17 102:18 102:20 102:21

**you'd**(10) 6:21 11:8 33:15 77:20 78:11 78:21 79:24 80:23 81:19 95:24

**you'll**(13) 22:20 22:25 30:1 30:5 38:10 39:5 81:21 81:25 87:12 87:5 87:5 88:18 94:18 94:22 96:24 99:12

**you're**(21) 18:24 25:2 26:15 26:16 33:7 37:7 60:25 62:1 65:8 68:14 72:17 77:1 78:13 80:4 80:10 80:22 82:3 86:4 86:11 93:6 93:16

**you've**(4) 27:4 52:11 56:14 77:18
**young**(3) 2:4 2:37 4:28
**your**(132) 6:8 6:17 8:3 9:6 11:8 15:25 16:8 16:15 16:19 17:6 18:4 18:5 18:24 19:1 19:17 19:23 19:25 20:13 22:20 22:24 23:16 24:18 24:22 25:8 25:13 25:19 26:13 27:13 27:15 29:18 29:20 30:3 30:7 30:24 31:1 33:10 34:2 36:3 36:13 37:6 37:11 37:17 39:17 40:25 42:21 44:4 46:1 47:22 47:24 49:7 49:17 49:24 50:6 50:22 51:19 54:1 54:6 54:17 54:22 56:2 56:8 56:8 56:10 56:15 57:9 57:16 58:3 58:6 58:10 59:9 59:19 60:5 62:24 64:10 66:13 68:13 68:23 68:24 69:6 70:8 71:18 71:25 72:3 72:14 72:22 73:10 73:14 74:16 75:7 76:7 76:20 77:8 77:19 78:1 78:9 79:22 80:16 80:22 82:22 82:23 82:24 83:2 83:11 83:20 83:21 84:16 84:19 84:19 85:13 85:15 85:16 85:18 86:9 86:23 88:8 89:5 89:12 90:15 93:14 94:14 94:20 95:1 95:19 96:13 97:7 98:2 98:7 98:22 100:3 101:19 101:21 102:17

**yourself**(1) 23:1
**you're**(2) 74:25 95:16
**ziehl**(1) 3:11
**zloto**(1) 5:30

**you**(277) 6:6 6:23 7:2 7:3 7:5 7:19 8:2 8:8 8:12 8:16 9:4 9:6 9:16 9:17 9:19 9:25 10:22 11:1 11:2 11:3 11:17 11:24 11:24 11:25 11:25 12:5 12:6 12:12 13:3 13:8 13:19 14:9 14:13 14:15 14:23 15:2 15:23 16:1 16:2 16:18 17:25 18:20 18:23 19:16 21:10 22:17 22:22 23:5 24:1 24:9 24:11 24:14 24:18 24:23 25:3 25:11 26:14 27:1 28:5 28:14 28:25 29:14 29:14 29:25 30:1 30:2 30:4 30:24 31:1 31:13 31:13 32:6 32:10 32:12 34:2 34:5 34:22 35:8 35:13 36:4 36:11 36:21 36:22 37:3 37:4 37:5 37:9 37:9 37:17 37:11 37:19 37:22 39:19 40:19 40:23 41:20 41:22 42:11 42:13 42:14 42:21 44:23 45:11 46:20 47:12 48:10 48:13 48:22 50:9 50:11 50:20 51:7 51:11 51:18 51:19 51:20 51:21 51:23 52:4 52:5 53:4 54:13 54:25 56:3 56:10 56:12 57:6 57:14 57:15 57:21 59:6 59:9 59:10 59:14 59:21 60:21 61:4 61:17 61:22 62:2 62:5 62:23 63:10 63:16 63:23 64:10 64:15 64:18 65:3 65:6 65:16 66:19 66:21 66:24 67:5 67:7 67:13 67:14 68:16 68:21 68:22 69:6 70:8 70:17 70:18 70:22 71:9 72:17 73:12 73:13 74:17 74:18 74:18 74:19

**work**(13) 10:14 10:15 17:13 27:1 34:7

**worked**(3) 33:25 34:1 98:23

**working**(3) 44:23 77:16 83:8

**wouldn't**(3) 10:16 17:4 95:11
**wouldn't**(1) 95:12
**write**(1) 81:22
**writing**(2) 54:12 100:11
**wrong**(3) 20:11 60:2 62:14
**wunder**(1) 5:36
**year**(2) 41:9 71:16
**years**(4) 26:10 61:24 66:22 81:3
**yes**(79) 6:24 8:4 8:7 9:3 9:8 11:4 14:5 15:15 17:1 17:10 18:8 18:22 20:7 20:25 22:10 22:14 22:20 23:11 24:17 24:22 24:23 27:3 29:6 33:21 40:21 41:4 41:10 45:25 51:21 51:3 53:22 54:19 54:24 59:16 59:19 60:8 63:25 64:10 65:11 66:7 66:9 68:25 69:2 72:13 72:22 73:19 73:24 75:3 75:5 75:7 75:8 75:10 76:18 76:21 77:25 78:5 79:12 80:6 82:7 86:17 86:18 87:22 88:6 88:19 89:13 89:14 89:21 90:12 90:22 93:24 94:17 94:24 96:24 99:2 99:19 99:23 100:1 101:25

**yesterday**(10) 7:4 46:2 49:3 50:22 55:11 60:7 67:1 90:1 92:1 93:6

**yet**(3) 45:5 65:5 81:10
**york**(8) 1:38 2:16 2:25 2:34 3:27 3:39 3:46 4:13