# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : | <u>Related D.I.</u>: 13369 |

## NOTICE OF SUPPLEMENTAL DECLARATION OF MICHAEL S. SHAKRA

PLEASE TAKE NOTICE that on April 21, 2014, the U.K. Pension Claimants filed the Pre-Trial Motion of the U.K. Pension Claimants Relating to the Expert Report of John J. McConnell [D.I. 13369] and the supporting Declaration of Michael S. Shakra (the "<u>Shakra Declaration</u>").

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is the Supplemental Declaration of Michael S. Shakra which includes a corrected version of one of the exhibits attached to the Shakra Declaration.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

Dated: April 24, 2014
      Wilmington, Delaware

                BAYARD, P.A.

                */s/ Evan T. Miller*
                Charlene D. Davis (No. 2336)
                Justin Alberto (No. 5126)
                Evan T. Miller (No. 5364)
                222 Delaware Avenue, Suite 900
                Wilmington, Delaware 19899
                Telephone: (302) 655-5000
                Facsimile: (302) 658-6395
                Email: cdavis@bayardlaw.com
                        jalberto@bayardlaw.com
                        emiller@bayardlaw.com

                -and-

                WILLKIE FARR & GALLAGHER LLP
                Brian E. O'Connor
                Sameer Advani
                Andrew Hanrahan
                787 Seventh Avenue
                New York, New York 10019
                Tel: (212) 728-8000
                Fax: (212) 728-8111

                *Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*