IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Re: Docket No. 13370 |
| ) | Hearing: May 8, 2014 @ 10a.m. |
| ) | Reply Deadline: May 5, 2014 |

**NOTICE OF FILING UNDER SEAL CANADIAN CREDITORS COMMITTEE'S MEMORANDUM OPPOSING THE US INTERESTS' MOTION TO STRIKE EXPERT REPORTS ADVOCATING FOR A "PRO RATA DISTRIBUTION" TO CREDITORS**

  **PLEASE TAKE NOTICE** that the Canadian Creditors Committee, by its undersigned counsel, today filed in the above-captioned cases and delivered to the Chambers of the Honorable Kevin Gross, true and correct copies of the attached Canadian Creditors Committee's Memorandum Opposing the *"US Interests' Motion to Strike Expert Reports of the UK Pension Claimants and the Canadian Creditors Committee Advocating for a 'Pro Rata Distribution' to Creditors [D.I. 13370]."*

  **PLEASE TAKE FURTHER NOTICE** that the Memorandum has been filed under seal pursuant to section 8 of the Protective Order entered in this case [D.I. 10805] as the Memorandum and the Motion to which it responds, which has been filed under seal, contain certain information which is or may be claimed to be highly confidential as provided under the Protective Order.

  **PLEASE TAKE FURTHER NOTICE** that any reply to the Memorandum Opposing the Motion to Strike must be in writing, filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware, 19801 with three (3) copies thereof delivered to the Chambers of the Honorable Kevin Gross, and served upon and received by the undersigned attorneys and by Chambers on or before May 5, 2014 at 5:00p.m. Eastern Time.

  **PLEASE TAKE FURTHER NOTICE** that the U.S. Court and the Canadian Court have scheduled a joint hearing on all pre-trial motions filed in the allocation proceedings to be held 10:00 a.m. Eastern Time on May 8, 2014, before the Honorable Kevin Gross in his Courtroom at the United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801.

Dated:  April 28, 2014
    Wilmington, Delaware

                  **DLA PIPER, LLP (US)**
                    /s/  Selinda A. Melnik__
                  Selinda A. Melnik (No. 4032)
                  1201 North Market Street, Suite 2100
                  Wilmington, DE 19801
                  Tel: +1.302.468.5650
                  Email: selinda.melnik@dlapiper.com
                  *Counsel for the Canadian Creditors Committee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., *et al.,* <br><br> Debtors. | Chapter 11 <br> Case No. 09-10138 (KG) <br> (Jointly Administered) <br><br> Re: Docket No. 13370 <br> Hearing: May 8, 2014 @ 10a.m. <br> Reply Deadline: May 5, 2014 |

**CANADIAN CREDITORS COMMITTEE'S MEMORANDUM OPPOSING
THE US INTERESTS' MOTION TO STRIKE EXPERT REPORTS
ADVOCATING FOR A "PRO RATA DISTRIBUTION" TO CREDITORS**

*CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO
ORDER ENTERING PROTECTIVE ORDER  [D.I. 10805]*

Dated:  April 28, 2014
        Wilmington, DE

DLA PIPER LLP (US)

Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington Delaware 19801
Telephone: (302) 468-5650
E-mail:  selinda.melnik@dlapiper.com

- and –

Richard Hans  (admitted *pro hac vice)*
Timothy Hoeffner (admitted *pro hac vice)*
Farah Lisa Whitley-Sebti (admitted *pro hac vice)*
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500
E-mail:  richard.hans@dlapiper.com
E-mail:  timothy.hoeffner@dlapiper.com
E-mail:  farahlisa.sebti@dlapiper.com

*Counsel for the Canadian Creditors Committee*