IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>  Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>) (Jointly Administered)<br>)<br>) Hearing Date: May 8, 2014 at 11:00 a.m.<br>) Re: D.I. 13369 |

**RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATES,
AS DEBTORS AND DEBTORS IN POSSESSION
TO THE PRE-TRIAL MOTION OF THE U.K. PENSION CLAIMANTS
RELATING TO THE EXPERT REPORT OF JOHN J. MCCONNELL**

*CONFIDENTIAL - MOTION AND ACCOMPANYING EXHIBIT FILED
UNDER SEAL PURSUANT TO THE ORDER ENTERING
PROTECTIVE ORDER [DOCKET NO. 10805]*

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | RICHARDS, LAYTON & FINGER, P.A. |
| Fred Hodara (admitted *pro hac vice*)<br>David Botter (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>E-mail:  fhodara@akingump.com<br>        dbotter@akingump.com<br>        aqureshi@akingump.com | Mark D. Collins (No. 2981)<br>Christopher M. Samis (No. 4909)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>E-mail:  collins@rlf.com<br>        samis@rlf.com |

*Counsel for the Official Committee of Unsecured
Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1 10247497v.1