# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

               Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

---

## DECLARATION OF DAVID H. HERRINGTON IN SUPPORT OF THE US INTERESTS' OPPOSITION TO THE MOTION OF THE U.K. PENSION CLAIMANTS FOR ENTRY OF AN ORDER EXCLUDING ANY OPINIONS OFFERED BY RAYMOND ZENKICH AND JEFFREY KINRICH RELATING TO ENFORCEMENT OF CHINESE PATENTS AND ANY <u>CORRESPONDING IMPACT ON THEIR VALUE</u>

I, David H. Herrington, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession, in the above-captioned proceedings. I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of the US Interests' Opposition to the Motion of the U.K. Pension Claimants for Entry of an Order Excluding Any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Opinions Offered by Raymond Zenkich and Jeffrey Kinrich Relating to Enforcement of Chinese Patents and Any Corresponding Impact on Their Value.

    3.    Annexed to this declaration are true and correct copies of the following documents:

| | |
|---|---|
| **EXHIBIT A:** | Expert Report of Raymond Zenkich, dated January 24, 2014 |
| **EXHIBIT B:** | U.S. Patent and Trademark Office (PTO), Report on Patent Enforcement in China (2012) |
| **EXHIBIT C:** | Excerpts from the Expert Report of Jeffrey H. Kinrich, Including Appendices, dated January 24, 2014 |
| **EXHIBIT D:** | Excerpts from the Transcript of the Deposition of Jeffrey H. Kinrich, dated April 8, 2014 |

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
April 28, 2014

                                                        */s/ David H. Herrington*
                                                          David H. Herrington