# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
In re                                                      :   Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :   Case No. 09-10138 (KG)
                                                           :
                          Debtors.                         :   Jointly Administered
                                                           :
                                                           :
-----------------------------------------------------------X
```

**DECLARATION OF MARLA A. DECKER IN SUPPORT OF
THE US INTERESTS' OPPOSITION TO THE MOTION OF THE MONITOR AND
CANADIAN DEBTORS FOR ENTRY OF AN ORDER STRIKING THE EXPERT
REPORTS OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON OR, IN THE
ALTERNATIVE, GRANTING LEAVE TO FILE THE EXPERT REPORT OF
SHELDON BURSHTEIN  IN REBUTTAL TO REPORTS OF
<u>DANIEL R. BERESKIN QC AND BRUCE W. STRATTON</u>**

I, Marla A. Decker, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "<u>US Debtors</u>"), in the above-captioned proceedings.  I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of the Objection of the US Debtors and the Official Committee of Unsecured Creditors of the US Debtors (the "<u>UCC</u>") to the Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Reports of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton, filed by Ernst & Young Inc., the court-appointed monitor (the "Monitor") of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries (the "Canadian Debtors").

3. Annexed to this declaration are true and correct copies of the following documents:

| | | |
|---|---|---|
| **EXHIBIT A:** | | Letter from Abid Qureshi, counsel to the UCC, disclosing intended expert witnesses, dated January 8, 2014 |
| **EXHIBIT B:** | | Excerpted Transcript of the Deposition of Dr. Timothy Reichert, taken on March 20, 2014 |
| **EXHIBIT C:** | | Letter from Sheila Block, counsel to the US Debtors, regarding the Expert Report of Sheldon Burshtein, dated March 25, 2014 |
| **EXHIBIT D:** | | Email from Inna Rozenberg, counsel to the US Debtors, regarding the Expert Report of Sheldon Burshtein, dated April 10, 2014 |
| **EXHIBIT E:** | | Excerpted Transcript of the Deposition of Philip Green, taken on March 31, 2014 |
| **EXHIBIT F:** | | Excerpted Transcript of the Deposition of Alan Cox, taken on March 26, 2014 |
| **EXHIBIT G:** | | Notice of Motion regarding "Ultimate Issue" opinion evidence contained in the EMEA Foreign Law Expert Reports – Experts Not Scheduled to Appear at Trial, filed by the Monitor and the Canadian Debtors on April 21, 2014 |

4. Exhibits B, E, and F are being filed under seal pursuant to section 8 of the Protective Order entered in this case on June 11, 2013 (D.I. 10805).

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
April 28, 2014

_____
Marla A. Decker