**<u>EXHIBIT A</u>**



**Akin Gump**

STRAUSS HAUER & FELD LLP

**Abid Qureshi**
+1 212.872.8027/fax: +1 212.872.1002
aqureshi@akingump.com

January 8, 2014

VIA E-MAIL TO THE CORE PARTIES SERVICE LIST

Re:    In re Nortel Networks Inc., et al., Case No. 09-10138
       Nortel Network Corporation, et al., Court File No. 09-CL7950

To all Core Parties,

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "US Debtors") hereby identifies as its testifying experts:

1.  Professor John J. McConnell, Ph.D. in Finance, whose expertise includes valuation issues. The subject matter of his intended evidence includes the value of assets relinquished or sold by Nortel entities.

2.  Any testifying expert witness designated by the US Debtors.

The Committee reserves all rights with respect to rebuttal experts consistent with the discovery plan filed on May 17, 2013, including the right to submit rebuttal testimony of Professor McConnell on any subject matter and the right to submit a rebuttal report of an expert not designated herein. The Committee also reserves the right not to call any individual identified above as a testifying expert.

Sincerely,

Abid Qureshi