**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:  Chapter 11
:
*In re*                                           :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                :  Jointly Administered
:
:  **Objection Deadline: April 28, 2014**
                              Debtors.  :  **Hearing Date: May 8, 2014**
---------------------------------------------------------X

## EXHIBIT B – EXCERPTED TRANSCRIPT OF THE
## DEPOSITION OF DR. TIMOTHY REICHERT, TAKEN ON MARCH 20, 2014

*CONFIDENTIAL FILED UNDER SEAL* – *FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING A PROTECTIVE ORDER [D.I. 10805]*

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Howard S. Zelbo (admitted *pro hac vice*) | Derek C. Abbott (No. 3376) |
| James L. Bromley (admitted *pro hac vice*) | Ann C. Cordo (No. 4817) |
| Jeffrey A. Rosenthal (admitted *pro hac vice*) | 1201 North Market Street |
| Lisa M. Schweitzer (admitted *pro hac vice*) | P.O. Box 1347 |
| One Liberty Plaza | Wilmington, Delaware 19899-1347 |
| New York, New York 10006 | Telephone: (302) 658-9200 |
| Telephone: (212) 225-2000 | Facsimile: (302) 658-3989 |
| Facsimile: (212) 225-3999 | E-mail: dabbott@mnat.com |
| E-mail: hzelbo@cgsh.com |          acordo@mnat.com |
|     jbromley@cgsh.com | |
|     jrosenthal@cgsh.com | |
|     lschweitzer@cgsh.com | |

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- and -

| AKIN GUMP STRAUSS HAUER & FELD LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| Fred Hodara (admitted *pro hac vice*) | Mark D. Collins (No. 2981) |
| David Botter (admitted *pro hac vice*) | Christopher M. Samis (No. 4909) |
| Abid Qureshi (admitted *pro hac vice*) | One Rodney Square |
| One Bryant Park | 920 North King Street |
| New York, New York 10036 | Wilmington, Delaware 19801 |
| Telephone: (212) 872-1000 | Telephone: (302) 651-7700 |
| Facsimile: (212) 872-1002 | Facsimile: (302) 651-7701 |
| E-mail: fhodara@akingump.com | E-mail: collins@rlf.com |
|     dbotter@akingump.com |     samis@rlf.com |
|     aqureshi@akingump.com | |

*Counsel for the Official Committee of Unsecured Creditors*

Dated:    April 28, 2014
         Wilmington, Delaware