**EXHIBIT C**



79 Wellington St. W., 30th Floor
Box 270, TD South Tower
Toronto, Ontario M5K 1N2 Canada
P. 416.865.0040 | F. 416.865.7380
www.torys.com

Sheila Block
sblock@torys.com
P. 416.865.7319

March 25, 2014

Peter Ruby
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7
Canada

Dear Mr. Ruby:

**Re: Burshtein Report**

We object to this report.

You have not sought leave to file a report out of time and contrary to the agreed upon and heavily negotiated protocol. In addition, it is completely improper procedurally, to lie in the weeds, engage in the elaborate steps to set rules and a complicated schedule for the depositions, including the depositions of Bereskin and Stratton and then produce extensive material on the eve of Bereskin's deposition that purports to be a 'sur reply' to evidence you have had for a month. In addition, this report is inadmissible in Canada in any event, being a report on domestic Canadian law.

We note that, in contrast, the EMEA and Canadian Debtors negotiated and abided by a specific schedule when they desired sur reply reports on Claims.

Any attempt to file it will need to be addressed before Judge Gross from whom you would need leave to be able to table such an untimely and improper response. This report is not properly in the record and there will be no deposition on any such report unless and until Judge Gross rules that it may be admitted.

Yours truly,

Sheila Block

SB/jp