# **EXHIBIT D**

| | |
|---|---|
| **From:** | Rozenberg, Inna |
| **Sent:** | Thursday, April 10, 2014 11:47 PM |
| **To:** | aqureshi@akingump.com; bkahn@akingump.com; cdoniak@akingump.com; dbotter@akingump.com; fhodara@akingump.com; jyecies@akingump.com; (Akin Gump) Joseph Sorkin; rajohnson@akingump.com; daniel.guyder@allenovery.com; (Allen & Overy) Jonathan Cho; (Allen & Overy) Joseph Badtke-Berkow; ken.coleman@allenovery.com; (Allen & Overy) Laura Hall; (Allen & Overy) Nicolette Ward; (Allen & Overy) Paul Keller; (Ashurst) Angela Pearson; (Ashurst) Antonia Croke; (Bayard) Charlene D. Davis; (Bayard) Justin Alberto; bellj@bennettjones.com; mclachlana@bennettjones.com; finlaysong@bennettjones.com; ZychK@bennettjones.com; Orzyr@bennettjones.com; swanr@bennettjones.com; (Bennett Jones) Sean Zweig; (Borden) Edmond Lamek; (Borden) James Szumski; (Buchanan Ingersoll) Kathleen Murphy; (Buchanan Ingersoll) Mary Caloway; (Cassels Brock) Michael Wunder; (Cassels Brock) Ryan Jacobs; (Cassels Brock) Shayne Kukulowicz; (CAW) Barry Wadsworth; (CAW) Lewis Gottheil; Luft, Avi E.; Stein, Darryl G.; Zelbo, Howard S.; Rozenberg, Inna; Moessner, Jacqueline; Bromley, James L.; Rosenthal, Jeffrey A.; Erickson, Jodi; Schweitzer, Lisa M.; Decker, Marla; Gurgel, Matthew; (Davies Ward) James Doris; (Davies Ward) Louis Sarabia; (Davies Ward) Robin Schwill; (Davies Ward) Sean Campbell; (Dentons) John Salmas; (Dentons) Kenneth Kraft; (DLA Piper) Richard Hans; (DLA Piper) Farah Lisa Whitley-Sebti; (DLA Piper) Jason Gerstein; (DLA Piper) Selinda Melnik; (DLA Piper) Timothy Hoeffner; (E&Y) Monitor; (Goodmans) Alan Mark; (Goodmans) Ben Zarnett; carmstrong@goodmans.ca; (Goodmans) Jay Carfagnini; (Goodmans) Jessica Kimmel; jpasquariello@goodmans.ca; (Goodmans) Peter Ruby; (Gowlings) Derrick Tay; (Gowlings) Jennifer Stam; (Herbert Smith Freehills) James Norris-Jones; (Hogan Lovells) Angela Dimsdale Gill; (Hogan Lovells) David Graves; (Hogan Lovells) John Tillman; (Hogan Lovells) Katherine Tallett-Williams; (Hogan Lovells) Matthew Bullen; (Hughes Hubbard) Charles Huberty; (Hughes Hubbard) Derek Adler; (Hughes Hubbard) Fara Tabatabai; (Hughes Hubbard) Neil Oxford; (Katten) Craig Barbarosh; (Katten) David Crichlow; (Katten) Karen Dine; (Koskie) Ari Kaplan; (Koskie) Barbara Walancik; (Koskie) Mark Zigler; (Koskie) Susan Philpott; (Latham & Watkins) Michael Riela; (Lax O'Sullivan) Jessica Zhi; (Lax O'Sullivan) Matthew Gottlieb; (Lax O'Sullivan) Paul Michell; (Lax O'Sullivan) Tracy Wynne; (McCarthy) Barbara Boake; (McCarthy) Byron Shaw; (McCarthy) Elder Marques; (McCarthy) James Gage; (McCarthy) Kelly Peters; (McCarthy) Paul Steep; (McCarthy) Sharon Kour; (McMillan) Sheryl Seigel; apisa@milbank.com; aleblanc@milbank.com; amiller@milbank.com; gruha@milbank.com; JHarris@milbank.com; (Milbank) Michael Hirschfeld; nbassett@milbank.com; rpojunas@milbank.com; svora@milbank.com; tkreller@milbank.com; tmatz@milbank.com; acordo@mnat.com; dabbott@mnat.com; (Nelligan) Ainslie Benedict; (Nelligan) Christpher Rootham; (Nelligan) Janice Payne; (Nelligan) Steven Levitt; (Norton Rose) Michael Lang; (Osler) Adam Hirsh; (Osler) Alexander Cobb; (Osler) Betsy Putnam; (Osler) Edward Sellers; (Osler) Lyndon Barnes; (Paliare) Jacqueline Cummins; (Paliare) Karen Jones; (Paliare) Ken Rosenberg; (Paliare) Lily Harmer; (Paliare) Max Starnino; (Paliare) Michelle Jackson; (Paliare) Tina Lie; (Patterson) Daniel Lowenthal; (Richards Layton) Christopher Samis; (Shibley) Arthur Jacques; (Shibley) Thomas McRae; (Thornton Grout) D.J. Miller; (Thornton Grout) John Finnigan; (Thornton Grout) Michael Barrack; (Thornton Grout) Michael Shakra; (Thronton Grout) Andrea McEwan; (Thronton Grout) Rebecca Lewis; (Torys) Adam Slavens; agray@torys.com; sbomhof@torys.com; sblock@torys.com; (Torys) Tony DeMarinis; AHanrahan@willkie.com; (Willkie Farr) Brian O'Connor; (Willkie Farr) Sameer Advani; (Young Conaway) Ed Harron; (Young Conaway) John Dorsey |

| | |
|---|---|
| **Subject:** | Nortel - Burshtein Report |
| **Attachments:** | image003.jpg |

Dear Counsel,

We refer to the letters from Peter Ruby dated March 30 and the letter from John Finnigan dated April 9, regarding the Burshtein Report. We agree with Mr. Finnigan that the Bereskin and Stratton Reports are proper rebuttal reports, while the Burshtein Report is inadmissible in these proceedings.

Notwithstanding Mr. Finnigan's position on coordination of briefing, it is the US Debtors' position that the Canadian Monitor and Debtors have exacerbated the prejudice caused by the extremely late report by sitting on their intended motion for considerable additional time. More than two weeks have passed since we rejected the Burshtein Report (within 24 hours of our receipt) and a week and a half since Mr. Ruby advised that the Canadian Monitor and Debtors would seek judicial relief. This is unacceptable and we would strenuously oppose any effort to file a motion to admit the Burshtein Report at this late date and so close to trial when it would plainly distract us from critical trial preparation.

Sincerely,

Inna Rozenberg

_____

Inna Rozenberg
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lgiambatista@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2972 | f: +1 212 225 3999
www.clearygottlieb.com | irozenberg@cgsh.com

---

**From:** Denise Berton [mailto:DBerton@tgf.ca] **On Behalf Of** John Finnigan
**Sent:** Wednesday, April 09, 2014 11:16 AM
**To:** aqureshi@akingump.com; Adam Hirsh; Adam Slavens; Ainslie Benedict; Alan Mark; apisa@milbank.com; Alexander Cobb; Andrea McEwan; agray@torys.com; AHanrahan@willkie.com; aleblanc@milbank.com; Angela Dimsdale Gill; Angela Pearson; acordo@mnat.com; Antonia Croke; Ari Kaplan; Arthur Jacques; amiller@milbank.com; Barbara Boake; Barbara Walancik; Barry Wadsworth; Benjamin Zarnett; Betsy Putnam; bkahn@akingump.com; Brian O'Connor; Byron Shaw; Charlene Davis; Charles Huberty; cdoniak@akingump.com; carmstrong@goodmans.ca; Christopher Rootham; Christopher Samis; Craig Barbarosh; D. J. Miller; Queen, Daniel D.; daniel.guyder@allenovery.com; Daniel Lowenthal; Stein, Darryl G.; dbotter@akingump.com; David Crichlow; David Graves; dabbott@mnat.com; Derek Adler; Derrick Tay; Ed Harron; Edmond Lamek; Edward Sellers ; Elder Marques; Fara Tabatabai; Farah Whitley-Sebti ; fhodara@akingump.com; gruha@milbank.com; finlaysong@bennettjones.com; Zelbo, Howard S.; Jacqueline Cummins; Moessner, Jacqueline; Bromley, James L.; James Doris; James Gage; James Szumski; Janice Payne; Jay Carfagnini; Rosenthal, Jeffrey A.; JHarris@milbank.com; Jennifer Stam; Jessica Kimmel; Jessica Zhi; John Dorsey; John Finnigan; John Salmas; John Tillman; bellj@bennettjones.com; Jonathan Cho; Joseph Badtke-Berkow; jpasquariello@goodmans.ca; Joseph Sorkin; Justin Alberto; Karen Dine; Karen Jones; Katherine Tallett-Williams; Kathleen Murphy; Kelly Peters; ken.coleman@allenovery.com; Kenneth Kraft; Kenneth Rosenberg; ZychK@bennettjones.com; Laura Hall; Lauren Peacock; Lewis Gottheil; Lily Harmer; Schweitzer, Lisa M.; Luis Sarabia; Lyndon Barnes; Mark Zigler; Decker, Marla; Mary Caloway; Matthew Bullen; Matthew Gottlieb; Max Starnino; Michael Barrack; Michael Hirschfeld; Michael Lang; Michael Riela; Michael Shakra; Michael Wunder; Michelle Jackson; Forrest, Neil P.; Neil Oxford; nbassett@milbank.com; Nicolette Ward; Nortel Monitor; Paul Keller; Paul Michell; Paul Steep; Peter Ruby; rpojunas@milbank.com; Rebecca Lewis; Richard Hans; swanr@bennettjones.com; Orzyr@bennettjones.com; rajohnson@akingump.com; Robin Schwill; Ryan Jacobs; Sameer Advani; svora@milbank.com; sbomhof@torys.com; Sean Campbell; Sean Zweig; Selinda Melnik; Sharon Kour; Shayne Kukulowicz; sblock@torys.com; Sheryl Seigel; Steven Levitt; Susan Philpott; tkreller@milbank.com; Thomas McRae; Timothy Hoeffner; Tina Lie; tmatz@milbank.com; Tony DeMarinis; Tracy Wynne
**Subject:** In the Matter of Nortel Networks Corporation et al - Burshtein Report

2

Please see attached correspondence.  Thank you.



**Denise Berton**  |  Legal Assistant to John L. Finnigan, Kim Ferreira and Megan Keenberg  |  dberton@tgf.ca  |
**Direct Line: 416-304-0312**  |  **Thornton Grout Finnigan LLP**  |  Suite 3200, TD West Tower, 100 Wellington Street West, P.O. Box 329, Toronto-Dominion Centre, Toronto, Ontario M5K 1K7  |  416-304-1616  |  Fax:  416-304-1313  |  **www.tgf.ca**

PRIVILEGED & CONFIDENTIAL - This electronic transmission is subject to solicitor/client privilege and contains confidential information intended only for the person(s) named above.  Any other distribution, copying or disclosure is strictly prohibited.  If you have received this e-mail in error, please notify our office immediately by calling (416) 304-1616 and delete this e-mail without forwarding it or making a copy.