**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

-----------------------------------------------------

**NOTICE OF FILING OF THE NORTEL NETWORKS UK PENSION TRUST
LIMITED AND THE BOARD OF THE PENSION PROTECTION
FUND'S ALLOCATION FACT WITNESS AFFIDAVITS**

PLEASE TAKE NOTICE that pursuant to the requests of Judge Gross and Justice Newbould, the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (the "UK Pension Claimants") hereby submit to the U.S. Court the following fact witness affidavits. As the UK Pension Claimants' claims against the U.S. Debtors have been settled, the UK Pension Claimants only submit affidavits of witnesses who have addressed issues related to the allocation dispute, and do not submit any affidavits that are solely related to the UK Pension Claimants' pending claims against the Canadian Debtors. As certain of these affidavits contain or refer to highly confidential information, each is being filed under seal at this time, subject to further order of the Courts.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

PLEASE TAKE FURTHER NOTICE that the following is a list of affidavits submitted to the U.S. Court:

1. Affidavit of Simon Daniel Brueckheimer, affirmed on April 9, 2014;

2. Affidavit of Geoffrey Stuart Hall, affirmed on April 10, 2014;

3. Affidavit of Andrew Jeffries, affirmed on March 25, 2014;

4. Reply Affidavit of Angela Anderson, affirmed on April 25, 2014.


Dated: April 29, 2014
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
      jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*

{BAY:02492976v1}