**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE OF JOINT ADMINISTRATORS' SUBMISSION**
**OF ALLOCATION OPENING AFFIDAVITS**

**PLEASE TAKE NOTICE** that the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] of Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[3] hereby submit to the Court opening affidavits regarding Allocation issues from Philippe Albert-Lebrun, Peter Newcombe, and Aylwin Kersey Stephens.[4]  As each of the affidavits and the exhibits cited therein contain highly confidential information, they are being

---

[1] The debtors in these chapter 11 cases are:  Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc.

[2] The Joint Administrators for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Joint Administrators for Nortel Networks (Ireland) Limited are:  Alan Robert Bloom and David Martin Hughes.

[3] The EMEA Debtors are:  NNUK; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; and Nortel Networks, s.r.o.

[4] The U.K. Pension Claimants will be filing an affidavit from Simon Brueckheimer regarding Allocation issues.  Mr. Brueckheimer's affidavit is submitted on behalf of both the EMEA Debtors and the U.K. Pension Claimants.

01:15407752.1

filed under seal pursuant to the protective order entered in these proceedings [D.I. 10805], subject to further direction from the Court.

**PLEASE TAKE FURTHER NOTICE** that the affidavits of Mr. Albert-Lebrun and Mr. Stephens are submitted on behalf of the EMEA Debtors in the Allocation proceeding. The affidavit of Mr. Newcombe is submitted on behalf of both the EMEA Debtors and the U.K. Pension Claimants in the Allocation proceeding.

**PLEASE TAKE FURTHER NOTICE** that the affidavit of Philippe Albert-Lebrun is not yet executed. The EMEA Debtors were advised by French counsel that French law potentially requires that Mr. Albert-Lebrun receive authorization from the French Ministry of Justice before executing an affidavit to be used as evidence in a foreign proceeding. The EMEA Debtors advised the parties of this issue when they served the affidavit on April 11, 2014, and subsequently filed an application requesting the Court to issue a letter of request to the French Ministry of Justice [D.I. 13326]. The Court issued the letter of request on April 16, 2014 [D.I. 13343]. The EMEA Debtors received authorization from the French Ministry of Justice on April 28, 2014, and will be arranging for Mr. Albert-Lebrun to execute the affidavit as soon as possible. The EMEA Debtors will provide the Court with an executed version of the affidavit as soon as they receive it.

01:15407752.1

2

Dated: Wilmington, Delaware
April 29, 2014

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  Jaime Luton Chapman
Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600
Fax:  302-571-1253

− and −

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Neil J. Oxford
Fara Tabatabai
Charles H. Huberty

One Battery Park Plaza
New York, New York 10004
Telephone:  212-837-6000
Fax:  212-422-4726

− and −

HERBERT SMITH FREEHILLS LLP

John Whiteoak
James Norris-Jones
Exchange House
Primrose Street
London EC2A 2EG
Telephone:  +44 20 7374 8000
Fax:  +44 20 7374 0888

*Counsel for the Joint Administrators*

01:15407752.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**ALLOCATION OPENING AFFIDAVITS**
**SUBMITTED BY THE JOINT ADMINISTRATORS**

**EACH AFFIDAVIT IS CONFIDENTIAL AND FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING PROTECTIVE ORDER [D.I. 10805]**

Affidavit of Philipe Albert-Lebrun (Affirmed _____, 2014)

Affidavit of Peter Newcombe (Affirmed April 11, 2014)

Affidavit of Aylwin Kersey Stephens (Affirmed April 11, 2014)

---

[1] The debtors in these chapter 11 cases are: Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc.

01:15407752.1