IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X | |
| *In re* : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] : | Case No. 09-10138 (KG) |
| Debtors. : | Jointly Administered |
| ------------------------------------------------------------X | |

## NOTICE OF SUBMISSION OF U.S. INTERESTS FACT WITNESS AFFIDAVITS

**PLEASE TAKE NOTICE** that pursuant to the request of the US Court and the Canadian Court, the US Debtors, Unsecured Creditors Committee and the Ad Hoc Group of Bondholders (the "US Interests"), hereby submit their fact witness affidavits to the Courts. As certain of these reports contain or rely upon highly confidential information, each is being filed under seal at this time, subject to further order of the Courts.

**PLEASE TAKE FURTHER NOTICE** that the fact witness affidavits are as follows:

1. Declaration of Walter T. Henderson, Jr.

2. Reply Declaration of Walter T. Henderson, Jr.

3. Declaration of John J. Ray III

4. Reply Declaration of John J. Ray III

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

5. Declaration of Mark Weisz

6. Declaration of Christopher Ricaurte

7. Declaration of Michael Orlando

Dated: April 29, 2014  
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)  
James L. Bromley (admitted *pro hac vice*)  
Jeffrey A. Rosenthal (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors and the Debtors in Possession*