IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
*In re*                                                  :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
                                                         :
         Debtors.                              :   Jointly Administered
                                                         :
                                                         :
                                                         :
---------------------------------------------------------X

## U.S. INTERESTS FACT WITNESS AFFIDAVITS

**CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO THE ORDER
ENTERING PROTECTIVE ORDER [D.I. 10805]**

Dated: April 29, 2014

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Howard S. Zelbo | Derek C. Abbott (No. 3376) |
| James L. Bromley | Eric D. Schwartz (No. 3134) |
| Jeffrey A. Rosenthal | Ann C. Cordo (No. 4817) |
| Lisa M. Schweitzer | 1201 North Market Street |
| One Liberty Plaza | Wilmington, Delaware 19899-1347 |
| New York, New York 10006 | |

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.