# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

March 1, 2014 through March 31, 2014

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $   75.00 |
| Transcripts | | 310.95 |
| Photos/Art/ Spec Duplicating | Out of Office | 202.80 |
| Travel | | 89.60 |
| Meals | | 348.44 |
| Messenger Service | | 96.00 |
| Courier/Delivery Service | | 3,782.40 |
| In-House Duplicating | | 604.95 |
| Facsimile | | 249.75 |
| Pacer | | 79.20 |
| Conference Calls | | 207.27 |
| **Total of Expenses** | | **$6,046.36** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/29/14 15:23:06  

PRO FORMA   348497            AS OF 03/31/14            INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1136310 | 03/05/14 | B | 25.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC - FILING FEES - 3/5/14 | 503 | 000 | 201474 |
| 1136340 | 03/18/14 | B | 25.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC - FILING FEES - 3/18/14 | 503 | 000 | 201474 |
| 1136348 | 03/22/14 | B | 25.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC - FILING FEES - 3/22/14 | 503 | 000 | 201474 |
| 1117193 | 03/07/14 | B | 218.25 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT - CASE# 09-10138 - 3/7/14 | 506 | 961 | 200474 |
| 1123010 | 03/12/14 | B | 92.70 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT OF CASE# 09-10138 - 3/12/14 | 506 | 904 | 200692 |
| 1124431 | 03/14/14 | B | 36.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT - 3/14/14 | 510 | 684 | 200804 |
| 1129754 | 03/31/14 | B | 166.80 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 3/31/14 | 510 | 684 | 201128 |
| 1127428 | 03/04/14 | B | 89.60 | Travel - ROADRUNNER EXPRESS INC.` D. PARKER - PU: MNAT; DO: PHL AP - 3/4/14 | 511 | 000 | 200937 |
| 1124714 | 01/30/14 | B | 120.48 | Meals - AMERICAN EXPRESS` LUNCH FOR 6 PEOPLE - 1/29/14 | 512 | 000 | 200823 |
| 1135061 | 03/12/14 | B | 102.50 | Meals - AMERICAN EXPRESS` LUNCH FOR 5 PEOPLE- 3/12/14 | 512 | 000 | 201396 |
| 1135066 | 03/13/14 | B | 115.01 | Meals - AMERICAN EXPRESS` LUNCH FOR 8 PEOPLE - 3/13/14` | 512 | 000 | 201396 |
| 1126244 | 03/25/14 | B | 10.45 | Meals - PETTY CASH` MEAL EXPENSE: COURTROOM/ OFFICE SPACE TOUR - 3/25/14  (3 people, breakfast) | 512 | 400 | 200906 |
| 1129850 | 02/20/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129869 | 02/20/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129876 | 02/21/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129889 | 02/21/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129890 | 02/21/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129894 | 02/21/14 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1129936 | 02/25/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129945 | 02/25/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129956 | 02/25/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129957 | 02/25/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129958 | 02/26/14 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1129964 | 02/26/14 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.  PRO FORMA  348497          AS OF 03/31/14                INVOICE# ******
63989-DIP
DATE: 04/29/14 15:23:06

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1129975 | 02/27/14 | B | 12.00 | Messenger Service | 513S | 000 | |
| 1129978 | 02/27/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129980 | 02/28/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129991 | 02/28/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1129994 | 02/28/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1130001 | 02/28/14 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1130004 | 02/28/14 | B | 9.00 | Messenger Service | 513S | 000 | |
| 1130006 | 03/04/14 | B | 15.00 | Messenger Service | 513S | 000 | |
| 1125836 | 02/01/14 | B | 33.00 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 2/1/14 | 514 | 000 | 200867 |
| 1125837 | 02/01/14 | B | 18.11 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 2/1/14 | 514 | 000 | 200867 |
| 1125838 | 02/01/14 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 2/1/14 | 514 | 000 | 200867 |
| 1125845 | 02/13/14 | B | 18.11 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 2/13/14 | 514 | 000 | 200867 |
| 1125846 | 02/13/14 | B | 36.22 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 2/13/14 | 514 | 000 | 200867 |
| 1125847 | 02/13/14 | B | 18.11 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 2/13/14 | 514 | 000 | 200867 |
| 1125848 | 02/13/14 | B | 5.05 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 2/13/14 | 514 | 000 | 200867 |
| 1125875 | 02/27/14 | B | (5.05) | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - REFUND - 2/27/14 | 514 | 000 | 200867 |
| 1136309 | 03/01/14 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 3/1/14 | 514 | 000 | 201474 |
| 1121762 | 03/05/14 | B | 45.38 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 200665 |
| 1121897 | 03/10/14 | B | 34.50 | Courier/Delivery Service - FEDERAL EXPRESS CORP.` TRANSPORTATION AND SPECIAL HANDLING SERVICES | 514 | 000 | 200684 |
| 1121827 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121828 | 03/10/14 | B | 18.34 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121829 | 03/10/14 | B | 22.02 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121830 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121831 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121892 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121893 | 03/10/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121894 | 03/10/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1124208 | 03/10/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200756 |

```
Nortel Networks, Inc.                                                                                        INVOICE#  ******
63989-DIP                              PRO FORMA   348497              AS OF 03/31/14
DATE: 04/29/14 15:23:06
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1121886 | 03/10/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121887 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121888 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121889 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121890 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121891 | 03/10/14 | B | 16.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121880 | 03/10/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121881 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121882 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121883 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121884 | 03/10/14 | B | 20.78 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121885 | 03/10/14 | B | 23.02 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121874 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121875 | 03/10/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121876 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121877 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121878 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121879 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121868 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121869 | 03/10/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121870 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121871 | 03/10/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121872 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121873 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121862 | 03/10/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121863 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121864 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121865 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121866 | 03/10/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121867 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121856 | 03/10/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121857 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121858 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121859 | 03/10/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121860 | 03/10/14 | B | 24.55 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121861 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121850 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121851 | 03/10/14 | B | 27.17 | Courier/Delivery Service | 514 | 322 | 200683 |

```
Nortel Networks, Inc.                                                              INVOICE#  ******
63989-DIP                       PRO FORMA  348497              AS OF 03/31/14
DATE: 04/29/14 15:23:06
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1121852 | 03/10/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121853 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121854 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121855 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121844 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121845 | 03/10/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121846 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121847 | 03/10/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121848 | 03/10/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121849 | 03/10/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121838 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121839 | 03/10/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121840 | 03/10/14 | B | 16.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121841 | 03/10/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121842 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121843 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121832 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121833 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121834 | 03/10/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121835 | 03/10/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121836 | 03/10/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1121837 | 03/10/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200683 |
| 1136326 | 03/11/14 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 3/11/14 | 514 | 000 | 201474 |
| 1124378 | 03/13/14 | B | 13.62 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 200780 |
| 1127483 | 03/14/14 | B | 34.50 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 201010 |
| 1124210 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200756 |
| 1124211 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200756 |
| 1124198 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124199 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124200 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124201 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124377 | 03/14/14 | B | 30.14 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 200780 |
| 1124130 | 03/14/14 | B | 23.02 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124131 | 03/14/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124209 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200756 |
| 1124192 | 03/14/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124193 | 03/14/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200755 |

```
Nortel Networks, Inc.                          PRO FORMA  348497        AS OF 03/31/14                          INVOICE# ******
63989-DIP
DATE: 04/29/14 15:23:06
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1124194 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124195 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124196 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124197 | 03/14/14 | B | 22.02 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124186 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124187 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124188 | 03/14/14 | B | 16.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124189 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124190 | 03/14/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124191 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124180 | 03/14/14 | B | 24.55 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124181 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124182 | 03/14/14 | B | 18.34 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124183 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124184 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124185 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124174 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124175 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124176 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124177 | 03/14/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124178 | 03/14/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124179 | 03/14/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124168 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124169 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124170 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124171 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124172 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124173 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124162 | 03/14/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124163 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124164 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124165 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124166 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124167 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124156 | 03/14/14 | B | 27.17 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124157 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124158 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124159 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |

```
Nortel Networks, Inc.                         PRO FORMA  348497         AS OF 03/31/14                        INVOICE# ******
63989-DIP
DATE: 04/29/14 15:23:06
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1124160 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124161 | 03/14/14 | B | 16.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124150 | 03/14/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124151 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124152 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124153 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124154 | 03/14/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124155 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124144 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124145 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124146 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124147 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124148 | 03/14/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124149 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124138 | 03/14/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124139 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124140 | 03/14/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124141 | 03/14/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124142 | 03/14/14 | B | 20.78 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124143 | 03/14/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124132 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124133 | 03/14/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124134 | 03/14/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124135 | 03/14/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124136 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1124137 | 03/14/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200755 |
| 1136336 | 03/15/14 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 3/15/14 | 514 | 000 | 201474 |
| 1125794 | 03/20/14 | B | 41.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 200860 |
| 1127924 | 03/25/14 | B | 30.39 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 201038 |
| 1127926 | 03/28/14 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 201038 |
| 1114902 | 03/04/14 | B | 7.00 | In-House Duplicating | 519 | 971 | |
| 1117426 | 03/06/14 | B | 42.90 | In-House Duplicating | 519 | 670 | |
| 1118191 | 03/10/14 | B | 105.60 | In-House Duplicating | 519 | 603 | |
| 1119394 | 03/12/14 | B | 10.20 | In-House Duplicating | 519 | 971 | |
| 1119395 | 03/12/14 | B | 22.00 | In-House Duplicating | 519 | 971 | |
| 1122344 | 03/18/14 | B | 2.60 | In-House Duplicating | 519 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1122677 | 03/19/14 | B | 12.60 | In-House Duplicating | 519 | 684 | |
| 1123110 | 03/20/14 | B | 12.30 | In-House Duplicating | 519 | 684 | |
| 1124814 | 03/24/14 | B | 9.60 | In-House Duplicating | 519 | 623 | |
| 1126283 | 03/28/14 | B | 163.20 | In-House Duplicating | 519 | 684 | |
| 1124429 | 03/12/14 | B | 30.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 3/12/14 | 522H | 684 | 200802 |
| 1124432 | 03/14/14 | B | 216.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 3/14/14 | 522H | 684 | 200804 |
| 1124428 | 03/17/14 | B | 3.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 3/17/14 | 522H | 684 | 200801 |
| 1134396 | 03/31/14 | B | 79.20 | Pacer charges for the month of March | 529 | 000 | |
| 1114903 | 03/04/14 | B | 0.75 | In-House Printing - black & white Call time: 10:44; to | 541 | 684 | |
| 1114904 | 03/04/14 | B | 0.55 | In-House Printing - black & white Call time: 10:44; to | 541 | 684 | |
| 1114905 | 03/04/14 | B | 0.55 | In-House Printing - black & white Call time: 10:43; to | 541 | 684 | |
| 1114906 | 03/04/14 | B | 0.60 | In-House Printing - black & white Call time: 10:43; to | 541 | 684 | |
| 1114907 | 03/04/14 | B | 1.20 | In-House Printing - black & white Call time: 10:42; to | 541 | 684 | |
| 1114908 | 03/04/14 | B | 6.20 | In-House Printing - black & white Call time: 16:18; to | 541 | 684 | |
| 1114909 | 03/04/14 | B | 0.20 | In-House Printing - black & white Call time: 16:18; to | 541 | 684 | |
| 1114910 | 03/04/14 | B | 1.35 | In-House Printing - black & white Call time: 16:11; to | 541 | 684 | |
| 1116524 | 03/05/14 | B | 1.35 | In-House Printing - black & white Call time: 14:09; to | 541 | 684 | |
| 1116525 | 03/05/14 | B | 0.60 | In-House Printing - black & white Call time: 14:09; to | 541 | 684 | |
| 1116526 | 03/05/14 | B | 2.10 | In-House Printing - black & white Call time: 14:09; to | 541 | 684 | |
| 1116527 | 03/05/14 | B | 0.60 | In-House Printing - black & white Call time: 14:09; to | 541 | 684 | |
| 1116528 | 03/05/14 | B | 0.45 | In-House Printing - black & white Call time: 14:08; to | 541 | 684 | |
| 1116529 | 03/05/14 | B | 2.55 | In-House Printing - black & white Call time: 14:08; to | 541 | 684 | |
| 1116530 | 03/05/14 | B | 1.35 | In-House Printing - black & white Call time: 14:08; to | 541 | 684 | |
| 1116531 | 03/05/14 | B | 3.40 | In-House Printing - black & white Call time: 15:13; to | 541 | 684 | |
| 1117430 | 03/06/14 | B | 1.10 | In-House Printing - black & white Call time: 16:21; to | 541 | 684 | |
| 1117437 | 03/06/14 | B | 1.55 | In-House Printing - black & white Call time: 16:16; to | 541 | 684 | |
| 1117438 | 03/06/14 | B | 0.05 | In-House Printing - black & white Call time: 16:16; to | 541 | 684 | |
| 1117439 | 03/06/14 | B | 1.75 | In-House Printing - black & white Call time: 16:16; to | 541 | 684 | |

```
Nortel Networks, Inc.                    PROFORMA  348497              AS OF 03/31/14              INVOICE# ******
63989-DIP
DATE: 04/29/14 15:23:06
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1117440 | 03/06/14 | B | 0.15 | In-House Printing - black & white Call time: 16:16; to | 541 | 684 | |
| 1117441 | 03/06/14 | B | 2.15 | In-House Printing - black & white Call time: 16:14; to | 541 | 684 | |
| 1117442 | 03/06/14 | B | 0.05 | In-House Printing - black & white Call time: 16:14; to | 541 | 684 | |
| 1117431 | 03/06/14 | B | 0.10 | In-House Printing - black & white Call time: 16:21; to | 541 | 684 | |
| 1117432 | 03/06/14 | B | 1.55 | In-House Printing - black & white Call time: 16:20; to | 541 | 684 | |
| 1117433 | 03/06/14 | B | 2.05 | In-House Printing - black & white Call time: 16:19; to | 541 | 684 | |
| 1117434 | 03/06/14 | B | 0.15 | In-House Printing - black & white Call time: 16:17; to | 541 | 684 | |
| 1117435 | 03/06/14 | B | 1.45 | In-House Printing - black & white Call time: 16:17; to | 541 | 684 | |
| 1117436 | 03/06/14 | B | 3.30 | In-House Printing - black & white Call time: 16:17; to | 541 | 684 | |
| 1117427 | 03/06/14 | B | 2.60 | In-House Printing - black & white Call time: 16:09; to | 541 | 670 | |
| 1117428 | 03/06/14 | B | 0.05 | In-House Printing - black & white Call time: 15:53; to | 541 | 670 | |
| 1117429 | 03/06/14 | B | 1.30 | In-House Printing - black & white Call time: 15:53; to | 541 | 670 | |
| 1117647 | 03/07/14 | B | 0.05 | In-House Printing - black & white Call time: 13:44; to | 541 | 684 | |
| 1117635 | 03/07/14 | B | 3.95 | In-House Printing - black & white Call time: 10:32; to | 541 | 684 | |
| 1117637 | 03/07/14 | B | 0.05 | In-House Printing - black & white Call time: 10:32; to | 541 | 684 | |
| 1117639 | 03/07/14 | B | 7.20 | In-House Printing - black & white Call time: 10:31; to | 541 | 684 | |
| 1117641 | 03/07/14 | B | 1.30 | In-House Printing - black & white Call time: 10:30; to | 541 | 684 | |
| 1117643 | 03/07/14 | B | 1.05 | In-House Printing - black & white Call time: 10:29; to | 541 | 684 | |
| 1117645 | 03/07/14 | B | 1.20 | In-House Printing - black & white Call time: 13:44; to | 541 | 684 | |
| 1118192 | 03/10/14 | B | 1.05 | In-House Printing - black & white Call time: 13:31; to | 541 | 684 | |
| 1118193 | 03/10/14 | B | 1.20 | In-House Printing - black & white Call time: 13:37; to | 541 | 684 | |
| 1118194 | 03/10/14 | B | 0.05 | In-House Printing - black & white Call time: 13:37; to | 541 | 684 | |
| 1118966 | 03/10/14 | B | 1.75 | In-House Printing - black & white Call time: 20:49; to | 541 | 605 | |
| 1118967 | 03/10/14 | B | 0.35 | In-House Printing - black & white Call time: 20:49; to | 541 | 605 | |
| 1118968 | 03/11/14 | B | 7.10 | In-House Printing - black & white Call time: 11:00; to | 541 | 684 | |
| 1118969 | 03/11/14 | B | 9.20 | In-House Printing - black & white Call time: 10:59; to | 541 | 684 | |
| 1119407 | 03/12/14 | B | 4.50 | In-House Printing - black & white Call time: 09:48; to | 541 | 322 | |
| 1119398 | 03/12/14 | B | 3.25 | In-House Printing - black & white Call time: 11:54; to | 541 | 684 | |
| 1119399 | 03/12/14 | B | 3.50 | In-House Printing - black & white Call time: 11:53; to | 541 | 684 | |
| 1119400 | 03/12/14 | B | 1.05 | In-House Printing - black & white Call time: 11:52; to | 541 | 684 | |

```
Nortel Networks, Inc.                    Case 09-10138-MFW    Doc 13423-3    Filed 04/29/14    Page 10 of 11        INVOICE# ******
63989-DIP                                PRO FORMA  348497                   AS OF 03/31/14
DATE: 04/29/14 15:23:06
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1119402 | 03/12/14 | B | 3.00 | In-House Printing - black & white Call time: 10:46; to | 541 | 684 | |
| 1119403 | 03/12/14 | B | 1.20 | In-House Printing - black & white Call time: 09:04; to | 541 | 684 | |
| 1119404 | 03/12/14 | B | 2.50 | In-House Printing - black & white Call time: 09:26; to | 541 | 684 | |
| 1119405 | 03/12/14 | B | 3.95 | In-House Printing - black & white Call time: 09:25; to | 541 | 684 | |
| 1119406 | 03/12/14 | B | 1.45 | In-House Printing - black & white Call time: 09:24; to | 541 | 684 | |
| 1119396 | 03/12/14 | B | 1.40 | In-House Printing - black & white Call time: 12:25; to | 541 | 971 | |
| 1119397 | 03/12/14 | B | 0.10 | In-House Printing - black & white Call time: 12:25; to | 541 | 971 | |
| 1119401 | 03/12/14 | B | 1.20 | In-House Printing - black & white Call time: 11:49; to | 541 | 971 | |
| 1119708 | 03/13/14 | B | 1.20 | In-House Printing - black & white Call time: 09:23; to | 541 | 637 | |
| 1119709 | 03/13/14 | B | 0.60 | In-House Printing - black & white Call time: 09:23; to | 541 | 637 | |
| 1121294 | 03/14/14 | B | 3.25 | In-House Printing - black & white Call time: 09:57; to | 541 | 684 | |
| 1121295 | 03/14/14 | B | 1.25 | In-House Printing - black & white Call time: 13:34; to | 541 | 684 | |
| 1121947 | 03/17/14 | B | 1.35 | In-House Printing - black & white Call time: 10:32; to | 541 | 322 | |
| 1122346 | 03/18/14 | B | 0.25 | In-House Printing - black & white Call time: 14:46; to | 541 | 684 | |
| 1122347 | 03/18/14 | B | 6.00 | In-House Printing - black & white Call time: 14:54; to | 541 | 684 | |
| 1122348 | 03/18/14 | B | 1.80 | In-House Printing - black & white Call time: 14:54; to | 541 | 684 | |
| 1122345 | 03/18/14 | B | 0.90 | In-House Printing - black & white Call time: 14:46; to | 541 | 684 | |
| 1122678 | 03/19/14 | B | 5.10 | In-House Printing - black & white Call time: 15:51; to | 541 | 684 | |
| 1122679 | 03/19/14 | B | 0.05 | In-House Printing - black & white Call time: 15:51; to | 541 | 684 | |
| 1122680 | 03/19/14 | B | 5.40 | In-House Printing - black & white Call time: 16:05; to | 541 | 684 | |
| 1122681 | 03/19/14 | B | 0.10 | In-House Printing - black & white Call time: 16:05; to | 541 | 684 | |
| 1123111 | 03/20/14 | B | 1.20 | In-House Printing - black & white Call time: 17:59; to | 541 | 904 | |
| 1123112 | 03/20/14 | B | 1.20 | In-House Printing - black & white Call time: 17:51; to | 541 | 904 | |
| 1124450 | 03/24/14 | B | 1.80 | In-House Printing - black & white Call time: 15:53; to | 541 | 684 | |
| 1124451 | 03/24/14 | B | 18.90 | In-House Printing - black & white Call time: 16:34; to | 541 | 684 | |
| 1124452 | 03/24/14 | B | 2.35 | In-House Printing - black & white Call time: 16:29; to | 541 | 684 | |
| 1124815 | 03/24/14 | B | 1.55 | In-House Printing - black & white Call time: 23:44; to | 541 | 605 | |
| 1124816 | 03/25/14 | B | 1.80 | In-House Printing - black & white Call time: 16:22; to | 541 | 684 | |
| 1124817 | 03/25/14 | B | 1.20 | In-House Printing - black & white Call time: 15:05; to | 541 | 626 | |
| 1125459 | 03/26/14 | B | 1.45 | In-House Printing - black & white Call time: 12:36; to | 541 | 904 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1125460 | 03/26/14 | B | 1.45 | In-House Printing - black & white Call time: 12:36; to | 541 | 904 | |
| 1125461 | 03/26/14 | B | 1.45 | In-House Printing - black & white Call time: 12:36; to | 541 | 904 | |
| 1125462 | 03/26/14 | B | 1.40 | In-House Printing - black & white Call time: 12:36; to | 541 | 904 | |
| 1125458 | 03/26/14 | B | 1.65 | In-House Printing - black & white Call time: 11:20; to | 541 | 684 | |
| 1125463 | 03/26/14 | B | 0.40 | In-House Printing - black & white Call time: 13:23; to | 541 | 454 | |
| 1125464 | 03/26/14 | B | 0.05 | In-House Printing - black & white Call time: 13:21; to | 541 | 454 | |
| 1125465 | 03/26/14 | B | 0.05 | In-House Printing - black & white Call time: 13:21; to | 541 | 454 | |
| 1125466 | 03/26/14 | B | 0.05 | In-House Printing - black & white Call time: 13:20; to | 541 | 454 | |
| 1126284 | 03/28/14 | B | 3.45 | In-House Printing - black & white Call time: 16:27; to | 541 | 221 | |
| 1126285 | 03/28/14 | B | 7.15 | In-House Printing - black & white Call time: 15:27; to | 541 | 637 | |
| 1126286 | 03/28/14 | B | 0.50 | In-House Printing - black & white Call time: 15:27; to | 541 | 637 | |
| 1127013 | 03/31/14 | B | 2.45 | In-House Printing - black & white Call time: 10:26; to | 541 | 221 | |
| 1127014 | 03/31/14 | B | 2.80 | In-House Printing - black & white Call time: 10:27; to | 541 | 221 | |
| 1127012 | 03/31/14 | B | 13.15 | In-House Printing - black & white Call time: 17:37; to | 541 | 605 | |
| 1119710 | 03/13/14 | B | 6.00 | In-House Printing - color | 542 | 637 | |
| 1119711 | 03/13/14 | B | 10.50 | In-House Printing - color | 542 | 637 | |
| 1125844 | 02/08/14 | B | 86.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 2/8/14 | 552H | 000 | 200867 |
| 1125857 | 02/18/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 2/18/14 | 552H | 000 | 200867 |
| 1136337 | 03/15/14 | B | 65.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 3/15/14 | 552H | 000 | 201474 |
| 1135760 | 03/16/14 | B | 13.60 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 201442 |
| 1135770 | 03/20/14 | B | 12.67 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 201442 |
| | | | 6,046.36 | | | | |