## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF SUBMISSION OF THE CANADIAN
### ALLOCATION GROUP'S FACT WITNESS AFFIDAVITS

**PLEASE TAKE NOTICE** that on April 29, 2014, pursuant to the request of the US Court and the Canadian Court (collectively, the "Courts"), the Canadian Allocation Group (including the CCC) submitted the following fact witness affidavits (collectively, the "Canadian Affidavits") to the Courts:

- Affidavit of Peter Currie sworn April 11, 2014;
- Affidavit of Clive Allen sworn April 11, 2014;
- Reply Affidavit of Clive Allen sworn April 23, 2014;
- Affidavit of Brian McFadden sworn April 10, 2014;
- Reply Affidavit of Brian McFadden sworn April 25, 2014;
- Affidavit of Angela de Wilton sworn April 11, 2014
- Affidavit of Paviter Binning sworn April 10, 2014;
- Errata Schedule of Paviter Binning sworn April 24, 2014;
- Reply Affidavit of Paviter Binning sworn April 24, 2014;
- Affidavit of Gordon Davies sworn April 11, 2014;

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

- Affidavit of Michael W. McCorkle sworn April 11, 2014;
- Affidavit of Donald Sproule sworn April 10, 2014;
- Affidavit of Sharon Hamilton sworn April 11, 2014; and
- Reply Affidavit of Sharon Hamilton sworn April 25, 2014

**PLEASE TAKE FURTHER NOTICE** in addition to the Canadian Affidavits above, the Canadian Allocation Group has submitted a copy of the Affidavit of John Poos sworn April 11, 2014, to the Canadian Court. Mr. Poos' affidavit addresses matters relating only to the pension claims and, therefore, has not been submitted in the US Court.

**PLEASE TAKE FURTHER NOTICE** that the Canadian Affidavits contain highly confidential material and are being filed under seal.

[*remainder of page intentionally left blank*]

Dated: April 29, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Jacob S. Pultman
Paul B. Keller
Laura R. Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*