**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**CANADIAN ALLOCATION GROUP'S FACT WITNESS AFFIDAVITS –
CONFIDENTIAL AND FILED UNDER SEAL**

**FILED UNDER SEAL PURSUANT TO THE ORDER
ENTERING PROTECTIVE ORDER [D.I. 10805]**

Dated: April 29, 2014

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **ALLEN & OVERY LLP** |
| Mary F. Caloway (No. 3059) | Ken Coleman |
| Kathleen A. Murphy (No. 5215) | Jacob Pultman |
| 919 N. Market Street, Suite 1500 | Paul B. Keller |
| Wilmington, Delaware 19801 | Laura Hall |
| T: (302) 552-4200 | 1221 Avenue of the Americas |
| F: (302) 552-4295 | New York, New York 10020 |
| mary.caloway@bipc.com | T: (212) 610-6300 |
| kathleen.murphy@bipc.com | F: (212) 610-6399 |
| | ken.coleman@allenovery.com |
| | jacob.pultman@allenovery.com |
| | paul.keller@allenovery.com |
| | laura.hall@allenovery.com |

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).