

Barristers & Solicitors

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.4184
pruby@goodmans.ca

April 29, 2014

Our File No.: 083800

**The Honourable Justice Frank Newbould**
Ontario Superior Court of Justice
Judge's Administration
330 University Avenue, 7th Floor
Toronto, Ontario  M5G 1R7

**The Honorable Kevin Gross**
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Dear Your Honours:

<u>**RE: Nortel Networks Trial: Order of Appearance of Canadian Witnesses**</u>

The Trial Protocol Provides for the attendance of the fact witnesses of all parties followed by all the expert witnesses.  As the Courts requested, set out below is the anticipated order of appearance of the witnesses of the Canadian Allocation Group (fact and expert separately) in May/June 2014.

**Fact Witnesses**

Pursuant to the Trial Protocol, Canadian Allocation Group (including the CCC) fact witnesses will appear first, followed by the US Allocation Group fact witnesses and then the EMEA Allocation Group fact witnesses.

The anticipated order of Canadian fact witnesses for appearance at trial is as follows:

1. Peter Currie (Toronto)
2. Clive Allen (Toronto)
3. Brian McFadden (Toronto)
4. Angela Dewilton (Toronto)
5. Pavi Binning (Toronto)

**Goodmans** LLP

6.   Gordon Davies (Toronto)

7.   Mike McCorkle (Toronto)

8.   Donald Sproule (Toronto)

9.   Sharon Hamilton (Toronto)

Please note that due to scheduling constraints, Mr. Binning will be appearing on May 16, 2014 and the order of appearance may need to be adjusted to accommodate that date.

**Expert Witnesses**

Pursuant to the Trial Protocol, the EMEA Allocation Group expert witnesses will appear first, followed by the Canadian Allocation Group expert witnesses, and then the US Allocation Group expert witnesses.

The anticipated order of Canadian expert witnesses for appearance at trial is as follows:

1. Sheldon Burshtein (Delaware)[1]
2. Alan Cox (Toronto)
3. Mark Berenblut (Toronto)
4. Philip Green (Delaware)
5. Thomas Britven (Delaware)
6. Tim Reichert (Toronto)

Yours truly,

**Goodmans LLP**

Peter Ruby
PDR/umr

Copy: Core Parties Service List

6324816

---

[1] Subject to pending pre-trial motions.