# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 13418** |

### NOTICE OF FILING OF EXHIBITS FOR THE OPPOSITION OF THE U.K. PENSION CLAIMANTS TO THE U.S. INTERESTS' MOTION TO STRIKE THE EXPERT REPORTS OF THE U.K. PENSION CLAIMANTS AND THE CANADIAN CREDITORS COMMITTEE ADVOCATING FOR A "PRO RATA DISTRIBUTION" TO CREDITORS

PLEASE TAKE NOTICE that on April 28, 2014, the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund filed the *Opposition of the U.K. Pension Claimants to the U.S. Interests' Motion to Strike the Expert Reports of the U.K. Pension Claimants and the Canadian Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors* [D.I. 13418] (the "Opposition").

PLEASE TAKE FURTHER NOTICE that Exhibits 1-10 to the Opposition are attached hereto as Exhibits 1-10.

PLEASE TAKE FURTHER NOTICE that Exhibits 1-10 are being filed under seal pursuant to the Order Entering the Protective Order entered in these cases [D.I. 10805].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02493334v1}

Dated:  April 29, 2014
       Wilmington, Delaware

                                          BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
       jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Nicholas W. Chiuchiolo
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund*