# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**February 1, 2014 - February 28, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Feb 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | 2.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 43.5 |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 197.0 |
| 15 | Travel | 32.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **279.5** |

**Summary of Services Rendered by Professional**

| Name | Feb 2014 Hours |
|---|---|
| Michael Kennedy, Member | 213.5 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 24.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 37.5 |
| James Elish, Analyst | 4.5 |
| **TOTAL** | **279.5** |

**Nortel Networks, Inc**
February 1, 2014 - February 28, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Feb 2014 Hours | Code |
|---|---|---|---|
| 2/2/2014 | Prepare, review and discuss material re allocation litigation | 3.5 | 14 |
| 2/3/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 2/3/2014 | Calls and communications w/ mgnt re: US Debtors estate | 1.0 | 1 |
| 2/3/2014 | Review RM Report | 1.0 | 1 |
| 2/4/2014 | Travel to NY | 4.0 | 15 |
| 2/4/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 2/4/2014 | Calls and communication w/ Cleary & others re allocation litigation | 4.0 | 14 |
| 2/5/2014 | Meeting at Cleary re allocation litigation | 8.0 | 14 |
| 2/5/2014 | Travel to Chicago | 4.0 | 15 |
| 2/6/2014 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 2/6/2014 | Calls & communications w/ Cleary and experts re: allocation litigation | 2.0 | 14 |
| 2/7/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 2/8/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 2/9/2014 | Calls and communication w/ Cleary & others re allocation litigation | 4.0 | 14 |
| 2/10/2014 | Travel to NY | 4.0 | 15 |
| 2/10/2014 | Meetings w/ JR & Cleary re :re allocation litigation | 6.0 | 14 |
| 2/10/2014 | Review cash summary | 1.0 | 1 |
| 2/11/2014 | Meetings w/ JR & Cleary re :re allocation litigation | 10.0 | 14 |
| 2/12/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 2/12/2014 | Calls & communications w/ Cleary and experts re: allocation litigation | 2.0 | 14 |
| 2/12/2014 | Travel to Chicago | 4.0 | 15 |
| 2/13/2014 | Prepare, review and discuss material re allocation litigation | 4.0 | 14 |
| 2/13/2014 | Calls and communications w/ prof re: US Debtors estate | 2.0 | 1 |
| 2/14/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 2/14/2014 | Calls and communication w/ Cleary & others re allocation litigation | 4.0 | 14 |
| 2/17/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 5 |
| 2/18/2014 | Travel to NY | 4.0 | 15 |
| 2/18/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 9.0 | 14 |
| 2/18/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 12.0 | 14 |
| 2/20/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 8.0 | 14 |
| 2/20/2014 | Travel to Chicago | 4.0 | 15 |
| 2/21/2014 | Prepare, review and discuss material re allocation litigation | 9.0 | 14 |
| 2/24/2014 | Prepare, review and discuss material re allocation litigation | 10.0 | 14 |
| 2/25/2014 | Calls & communications w/ JRre allocation litigation | 2.0 | 14 |
| 2/25/2014 | Prepare, review and discuss material re allocation litigation | 9.0 | 14 |
| 2/26/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 12.0 | 14 |
| 2/27/2014 | Prepare, review and discuss material re allocation litigation | 11.0 | 5 |
| 2/28/2014 | Prepare, review and discuss material re allocation litigation | 14.0 | 5 |
| **Feb 2014 Total** | | **213.5** | |

**Nortel Networks, Inc**
February 1, 2014 - February 28, 2014 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Feb 2014 Hours | Code |
|---|---|---:|---:|
| 2/1/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/4/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/5/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/7/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/9/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/10/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/11/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/13/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/17/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/18/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/19/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/21/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/24/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/25/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/27/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 2/28/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Feb 2014 Total** | | **24.0** | |

**Nortel Networks, Inc**
February 1, 2014 - February 28, 2014 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Feb 2014 Hours | Code |
|---|---|---:|---:|
| 2/3/2014 | Analysis re: data contained in expert reports | 6.0 | 14 |
| 2/3/2014 | Allocation analysis | 1.0 | 3 |
| 2/4/2014 | Travel to NYC | 4.0 | 15 |
| 2/4/2014 | Meetings with professionals | 6.0 | 5 |
| 2/4/2014 | Analysis re: data contained in expert reports | 3.0 | 14 |
| 2/5/2014 | Meetings with professionals | 6.0 | 5 |
| 2/5/2014 | Analysis re: data contained in expert reports | 2.0 | 14 |
| 2/5/2014 | Travel to Chicago | 4.0 | 15 |
| 2/6/2014 | Meetings with professionals | 1.5 | 5 |
| 2/18/2014 | Analysis re: data contained in expert reports | 4.0 | 14 |
| | **Feb 2014 Total** | **37.5** | |

**Nortel Networks, Inc**
February 1, 2014 - February 28, 2014 Time Detail
Chilmark Partners, LLC
James Elish

| Date | Description of Work | Feb 2014 Hours | Code |
|---|---|---|---|
| 2/3/2014 | Allocation Analysis | 1.0 | 3 |
| 2/4/2014 | Review of Expert Report and allocation Analysis | 3.5 | 14 |
| | **Feb 2014 Total** | **4.5** | |