# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2014 Through February 28, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 2/4/14-2/5/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 2/4/14-2/5/14 | Hotel (one night) | $ 435.28 |
| Mike Kennedy | 2/4/14-2/5/14 | Ground Transportation | $ 130.00 |
| Mike Kennedy | 2/4/14-2/5/14 | Dinner | $ 37.46 |
| Mike Kennedy | 2/4/14-2/5/14 | Dinner | $ 10.00 |
| Jamie Ellis | 2/4/14-2/5/14 | Flight to New York, NY | $ 997.33 |
| Jamie Ellis | 2/4/14-2/5/14 | Hotel (one night) | $ 422.33 |
| Jamie Ellis | 2/4/14-2/5/14 | Ground Transportation | $ 108.87 |
| Jamie Ellis | 2/4/14-2/5/14 | Breakfast | $ 6.86 |
| Jamie Ellis | 2/4/14-2/5/14 | Dinner | $ 50.00 |
| Jamie Ellis | 2/4/14-2/5/14 | Dinner | $ 15.61 |
| Mike Kennedy | 2/10/14-2/12/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 2/10/14-2/12/14 | Hotel (two nights) | $ 903.42 |
| Mike Kennedy | 2/10/14-2/12/14 | Ground Transportation | $ 145.00 |
| Mike Kennedy | 2/10/14-2/12/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 2/10/14-2/12/14 | Dinner | $ 50.00 |
| Mike Kennedy | 2/18/14-2/20/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 2/18/14-2/20/14 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 2/18/14-2/20/14 | Ground Transportation | $ 200.00 |
| Mike Kennedy | 2/18/14-2/20/14 | Breakfast (for three) | $ 45.00 |
| Mike Kennedy | 2/18/14-2/20/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 2/18/14-2/20/14 | Dinner | $ 50.00 |
| Mike Kennedy | 2/18/14-2/20/14 | Dinner (for three) | $ 150.00 |
| Mike Kennedy | 2/18/14-2/20/14 | Dinner | $ 10.00 |
| Chilmark | 2/13/2014 | Conference Calls | $ 13.09 |
| **Total Expenses** | | | **$ 7,802.24** |

Note:  All airfare is being charged at a coach class rate.