# EXHIBIT A

RLF1 10232130v.1

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 21, 2014  
Invoice 454702  
Page 3  
Client #  732310  

Matter #  165839

For services through March 31, 2014  
relating to  Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/05/14 | Review docket (.1); Review and update critical dates (.6) | | | | |
| Paralegal | Barbara J. Witters | | 0.70 hrs. | 225.00 | $157.50 |
| 03/05/14 | Email to M. Wunder re: updating 2002 with new Cassels information | | | | |
| Associate | Christopher M. Samis | | 0.10 hrs. | 465.00 | $46.50 |
| 03/06/14 | Review e-mail from M. Wunder re: update 2002 and distributions lists with new firm name (.1); Update all service lists re: same (.2); E-mail to Epiq and Debtors re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 225.00 | $90.00 |
| 03/18/14 | Review multiple e-mails from C. Samis re: substitution of counsel for Cassels Brock (.2); Prepare notice of appearance and substitution of counsel re: same (.4); Update core/2002 service list (.3) | | | | |
| Paralegal | Barbara J. Witters | | 0.90 hrs. | 225.00 | $202.50 |
| 03/18/14 | Review and revise Cassels notice of substitution of counsel (.3); Emails to B. Kahn re: Cassels notice of substitution of counsel (.4) | | | | |
| Associate | Christopher M. Samis | | 0.70 hrs. | 465.00 | $325.50 |
| 03/19/14 | Finalize, file and coordinate service re: notice of appearance and substitution of counsel (.3); Prepare aos re: same (.2); Update 2002 service list (.5) | | | | |
| Paralegal | Barbara J. Witters | | 1.00 hrs. | 225.00 | $225.00 |
| 03/19/14 | Emails to B. Witters re: filing and service of substitution of Canadian counsel (.2); Email to R. Jacobs re: filing and service of substitution of Canadian counsel (.1) | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 465.00 | $139.50 |
| 03/21/14 | Update 2002 service list | | | | |
| Paralegal | Barbara J. Witters | | 0.60 hrs. | 225.00 | $135.00 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | April 21, 2014<br>Invoice 454702<br>Page 4<br>Client #  732310<br><br>Matter #  165839 |

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 03/25/14<br>Paralegal | Review docket (.1); Review and update critical dates (.2)<br>Barbara J. Witters | 0.30 hrs. | 225.00 | | $67.50 |
| 03/26/14<br><br>Associate | Emails to B. Witters re: updating Cassels Brock service information (.2);<br>Email to M. Wunder re: updating Cassels Brock service information (.1)<br>Christopher M. Samis | 0.30 hrs. | 465.00 | | $139.50 |
| 03/28/14<br>Paralegal | Finalize and file aos re: notice of appearance and substitution of counsel<br>Barbara J. Witters | 0.10 hrs. | 225.00 | | $22.50 |
| 03/28/14<br>Paralegal | Update 2002 service list<br>Barbara J. Witters | 0.50 hrs. | 225.00 | | $112.50 |
| 03/31/14<br>Paralegal | Update 2002 service list<br>Barbara J. Witters | 0.50 hrs. | 225.00 | | $112.50 |
| 03/31/14<br>Associate | Review and calendar upcoming critical dates<br>Christopher M. Samis | 0.20 hrs. | 465.00 | | $93.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,869.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,869.00** |
| BALANCE BROUGHT FORWARD | $764.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,633.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 21, 2014  
Invoice 454702  
Page 5  
Client #  732310  

Matter #  165839  

For services through March 31, 2014  
relating to  Claims Administration  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/14 | Call from S. Impervital re: pension claim | | | | |
| | Associate — Christopher M. Samis | | 0.40 hrs. | 465.00 | $186.00 |
| 03/19/14 | Review correspondence from M. Barrack re: Canadian claims mediation | | | | |
| | Associate — Christopher M. Samis | | 0.30 hrs. | 465.00 | $139.50 |
| 03/31/14 | Review supplemental memorandum in support of Ad Hoc Committee of Canadian Employees for allowing claims after bar date (1.6); Emails to B. Witters re: setting up 4/1/14 teleconference on scheduling of Ad Hoc Committee of Canadian Employees claims dispute (.3); Emails to F. Hodara, B. Kahn and M. Fagen re: 4/1/14 teleconference on scheduling of Ad Hoc Committee of Canadian Employees claims dispute (.5); Call to S. Scaruzzi re: 4/1/14 teleconference on scheduling of Ad Hoc Committee of Canadian Employees claims dispute (.2); Review letter from R. Mersky re: 4/1/14 teleconference on scheduling of Ad Hoc Committee of Canadian Employees claims dispute (.2); Review letter from D. Abbott re: 4/1/14 teleconference on scheduling of Ad Hoc Committee of Canadian Employees claims dispute (.2) | | | | |
| | Associate — Christopher M. Samis | | 3.00 hrs. | 465.00 | $1,395.00 |

Total Fees for Professional Services $1,720.50

TOTAL DUE FOR THIS INVOICE $1,720.50  
BALANCE BROUGHT FORWARD $1,406.70  

**TOTAL DUE FOR THIS MATTER** **$3,127.20**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 21, 2014
Invoice 454702
Page 6
Client #  732310

Matter #  165839

For services through March 31, 2014
relating to  Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/14 | Retrieve re: 3/4/14 agenda pleadings (.4); Prepare 3/4/14 hearing binders x2 for C. Samis (.6) | Paralegal — Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |
| 03/03/14 | E-mails to B. Kahn and D. Botter re: preparation for 3/4/14 hearing (.4); E-mails to B. Witters re: preparation for 3/4/14 hearing (.2); Prepare for 3/4/14 hearing (.8) | Associate — Christopher M. Samis | 1.40 hrs. | 465.00 | $651.00 |
| 03/03/14 | Email correspondence with C. Samis re: telephonic appearance for B. Kahn for 3-4-14 hearing (.1); Register B. Kahn for telephonic appearance for B. Kahn for 3-4-14 hearing (.1) | Paralegal — Lindsey A. Edinger | 0.20 hrs. | 225.00 | $45.00 |
| 03/04/14 | Prepare for 3/5/14 hearing (.6); Attend 3/5/14 hearing (1.0) | Associate — Christopher M. Samis | 1.60 hrs. | 465.00 | $744.00 |
| 03/06/14 | Circulate 3/4/14 hearing transcript to distribution | Paralegal — Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |
| 03/10/14 | Retrieve re: 3/12/14 agenda (.1); E-mail to distribution re: same (.1); E-mail from M. Fagen re: 3/12/14 telephonic appearances for D. Botter, B. Kahn and M. Fagen (.1); Telephone call to Courtcall re: same (.5); E-mail to M. Fagen re: same (.1); Review e-mail from M. Wunder re: 3/12/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | Paralegal — Barbara J. Witters | 1.20 hrs. | 225.00 | $270.00 |
| 03/10/14 | Attention to logistics of 3/12/14 hearing (.2); Email to F. Hodara re: logistics of 3/12/14 hearing (.1); Review agenda for 3/12/14 hearing (.1) | Associate — Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 21, 2014  
Invoice 454702  
Page 7  
Client #  732310  

Matter #  165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/14 | Retrieve re: 3/12/14 agenda pleadings (.2); Prepare 3/12/14 hearing binder (.3) | Paralegal — Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |
| 03/11/14 | Prepare for 3/12/14 hearing | Associate — Christopher M. Samis | 1.80 hrs. | 465.00 | $837.00 |
| 03/12/14 | Retrieve re: amended 3/12/14 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 3/12/14 agenda pleadings (.2); Revise 3/12/14 hearing binders x4 (.5); Retrieve re: ch 15 3/12/14 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: ch 15 3/12/14 agenda pleadings (.2); Prepare ch 15 3/12/14 hearing binders x4 (.5) | Paralegal — Barbara J. Witters | 1.80 hrs. | 225.00 | $405.00 |
| 03/12/14 | Prepare for 3/12/14 hearing (1.8); Attend 3/12/14 hearing (2.4); Meet with M. Collins re: outcome of 3/12/14 hearing (.3); Emails to R. Johnson, B. Witters and L. Morris re: preparation for 3/12/14 hearing (.6); Meet with F. Hodara re: preparation for 3/12/14 hearing (.3); Meet with R. Johnson re: preparation for 3/12/14 hearing (.3) | Associate — Christopher M. Samis | 5.70 hrs. | 465.00 | $2,650.50 |
| 03/14/14 | Retrieve re: 3/18/14 agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 03/14/14 | Emails to B. Witters re: acquiring 3/12/14 transcript on expedited basis (.3); Email to F. Hodara re: acquiring 3/12/14 transcript on expedited basis (.1) | Associate — Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 03/17/14 | Review e-mail from M. Wunder re: 3/18/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1); Retrieve re: amended 3/18/14 agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |
| 03/17/14 | Email to B. Witters re: cancellation of 3/18/14 hearing | Associate — Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 21, 2014  
Invoice 454702  
Page 8  
Client #  732310

Matter # 165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/19/14 | Review allocation trial pre-trial order | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| | | | | |
| 03/21/14 | Organize eight volumes of binders utilized by counsel at 3/12/14 hearing | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |
| | | | | |
| 03/31/14 | Review e-mail from C. Samis re: 4/1/14 teleconference appearances for D. Botter, F. Hodara and C. Samis (.1); Telephone call to Courtcall re: same (.3); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |

Total Fees for Professional Services    $7,062.00

TOTAL DUE FOR THIS INVOICE    **$7,062.00**  
BALANCE BROUGHT FORWARD    $7,911.10

**TOTAL DUE FOR THIS MATTER**    **$14,973.10**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 21, 2014  
Invoice 454702  
Page 9  
Client # 732310

Matter # 165839

For services through March 31, 2014  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/04/14 | Email to M. Fagen re: circulation of confidential expert invoices in allocation litigation (.1); Email to A. Cordo re: circulation of confidential expert invoices in allocation litigation (.2) | | | | |
| | Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 03/05/14 | Emails to A. Cordo re: confidential expert fee statements in allocation litigation for January (.2); Email to A. Steele re: confidential expert fee statements in allocation litigation for January (.1) | | | | |
| | Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 03/10/14 | Review UKPC submission for pre-trial conference (.8); Review Canadian Debtors / Monitor submission for pre-trial conference (.8); Review letter from F. Tabatabai re: joint administrator's position on joint trial protocol for pre-trial conference (.3) | | | | |
| | Associate | Christopher M. Samis | 1.90 hrs. | 465.00 | $883.50 |
| 03/11/14 | Review amended joint trial protocol (.8); Review EMEA motion to invalidate document clawback (.7); Attention reviewing, cataloging and indexing additional incoming expert reports (1.3) | | | | |
| | Associate | Christopher M. Samis | 2.80 hrs. | 465.00 | $1,302.00 |
| 03/12/14 | Review response of US Interests to submission of UKPC re: allocation of trial time (.8); Emails to A. Cordo, B. Kahn, A. Qureshi and others re: clearance of response of US Interests to submission of UKPC re: allocation of trial time (.4) | | | | |
| | Associate | Christopher M. Samis | 1.20 hrs. | 465.00 | $558.00 |
| 03/14/14 | Review correspondence from M. Barrack to Justice Morawetz re: Justice Morawetz mediating Canadian claims (.4); Review correspondence to J. Bromley from M. Barrack re: Justice Morawetz mediating Canadian claims (.3) | | | | |
| | Associate | Christopher M. Samis | 0.70 hrs. | 465.00 | $325.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 21, 2014
Invoice 454702
Page 10
Client # 732310

Matter # 165839

| Date | Description | | | |
|---|---|---|---|---|
| 03/20/14 | Review correspondence to Courts re: dispute on corrected pre-trial order on allocation litigation (.4); Review corrected pre-trial order on allocation litigation (.3) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 465.00 | $325.50 |
| 03/24/14 | Review letter to Judge Gross re: further correcting allocation dispute pre-trial order | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 03/26/14 | Attention to organizing additional expert reports for and logistics of allocation trial | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 465.00 | $558.00 |
| 03/31/14 | Attention to reviewing and organizing incoming expert reports for allocation trial (1.1); Review various correspondence on further amendments to the joint trial protocol (.5) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 465.00 | $744.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $5,115.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$5,115.00** |
| BALANCE BROUGHT FORWARD | $9,229.60 |
| **TOTAL DUE FOR THIS MATTER** | **$14,344.60** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 21, 2014  
Invoice 454702  
Page 11  
Client #  732310

Matter #  165839

For services through March 31, 2014  
relating to Retention of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/04/14 | Review and revise motion to shorten notice for Cassels Brock retention application (.8); Further revised motion to shorten for Cassels Brock retention application (.3); Meet with L. Edinger re: filing and service of Cassels Brock retention application and associated motion to shorten (.3); Emails to B. Kahn and others re: motion to shorten for Cassels Brock retention application and filing and service of Cassels Brock retention application and associated motion to shorten (.6); Emails to L. Edinger re: filing and service of Cassels Brock retention application and associated motion to shorten (.4); Call from B. Kahn re: Cassels retention (.2); Call from R. Jacobs re: Cassels retention (.2) | Associate — Christopher M. Samis | 2.80 hrs. | 465.00 | $1,302.00 |
| 03/04/14 | Meeting with B. Witters re: after-hours filing and service of Cassels Brock retention application and motion to shorten (.2); After-hours paralegal support for Cassels Brock retention application and motion to shorten (1.7); Preparation and filing of Cassels Brock retention application (.1); Preparation and filing of motion to shorten (.5); Meeting with C. Samis re: service and filing of Cassels Brock retention application and motion to shorten (.2); Service and circulation of Cassels Brock retention application and motion to shorten (.5) | Paralegal — Lindsey A. Edinger | 3.20 hrs. | 225.00 | $720.00 |
| 03/05/14 | Retrieve re: order shortening notice of Cassels Brock retention application (.1); Coordinate order of same (.2); Prepare aos re: same (.2) | Paralegal — Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |
| 03/05/14 | Call to B. Kahn re: strategy or Cassels Brock fee application | Associate — Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 03/05/14 | Meeting with B. Witters re: service of Cassels retention application and motion to shorten (.1); Prepare, file, and maintain affidavit of service re: Cassels retention application and motion to shorten (.3) | Paralegal — Lindsey A. Edinger | 0.40 hrs. | 225.00 | $90.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 21, 2014  
Invoice 454702  
Page 12  
Client #  732310

Matter #  165839

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/06/14 | Finalize and file aos re: order shortening notice of Cassels Brock retention application | Paralegal | Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |
| 03/13/14 | Emails to B. Kahn re: objections to Cassels retention application (.2); Emails to T. Minott re: objections to Cassels retention application (.2) | Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 03/14/14 | Email to B. Khan re: CNO for Cassels retention application | Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 03/17/14 | Prepare cno re: Cassels Brock retention application (.2); Prepare order re: same (.1); Finalize and file cno re: same (.2); E-mail to A. Cordo re: same (.1); Retrieve re: order Cassels Brock retention application (.1); Coordinate service re: order of same (.1); Prepare aos re: same (.2) | Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |
| 03/17/14 | Calls to/from S. Scaruzzi re: entry of Cassels order (.2); Call to A. Cordo re: entry of Cassels order (.1); Emails to F. Hodara and others re: entry of Cassels retention order (.2) | Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |
| 03/28/14 | Finalize and file aos re: order Cassels Brock retention application | Paralegal | Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $3,052.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,052.50** |
| BALANCE BROUGHT FORWARD | $4,365.60 |
| **TOTAL DUE FOR THIS MATTER** | **$7,418.10** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 21, 2014  
Invoice 454702  
Page 13  
Client #  732310

Matter # 165839

For services through March 31, 2014  
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 03/04/14 | Emails to B. Kahn re: recent RL&F fee information in electronic format (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| | | | | |
| 03/11/14 | E-mail to B. Kahn re: estimated RLF fees and expenses for February 2014 | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |
| | | | | |
| 03/16/14 | Review RLF February bill memos and meal charges | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |
| | | | | |
| 03/17/14 | Review and revise RL&F February bill memo | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| | | | | |
| 03/20/14 | Prepare cno re: RLF January fee application (.2); Finalize and file cno re: same (.2); Review and revise RLF February fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 225.00 | $315.00 |

Total Fees for Professional Services     $729.00

TOTAL DUE FOR THIS INVOICE     **$729.00**  
BALANCE BROUGHT FORWARD     $2,345.80

**TOTAL DUE FOR THIS MATTER**     **$3,074.80**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

April 21, 2014  
Invoice 454702  
Page 14  
Client # 732310  

Matter # 165839  

For services through March 31, 2014  
relating to Fee Applications of Others  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/14 | Prepare cno re: Capstone November fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal  Barbara J. Witters | | 0.40 hrs. | 225.00 | $90.00 |
| 03/17/14 | Prepare cno re: Ashurst January 2014 fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal  Barbara J. Witters | | 0.40 hrs. | 225.00 | $90.00 |
| 03/20/14 | Prepare cno re: Dentons Canada December fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Akin Gump December fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone Advisory December fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Akin Gump January fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal  Barbara J. Witters | | 1.60 hrs. | 225.00 | $360.00 |
| 03/24/14 | Prepare cno re: Capstone January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Dentons Canada January fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal  Barbara J. Witters | | 0.80 hrs. | 225.00 | $180.00 |
| 03/24/14 | Review, revise and finalize CNO for 60th Dentons fee application (.2); Review, revise and finalize CNO for 60th Capstone fee application (.2) | | | | |
| | Associate  Christopher M. Samis | | 0.40 hrs. | 465.00 | $186.00 |
| 03/31/14 | Email (x2) with C. Samis re: Ashurst fee application (.1); Review same for filing (.1) | | | | |
| | Associate  Amanda R. Steele | | 0.20 hrs. | 390.00 | $78.00 |
| 03/31/14 | Review e-mail from M. Fagen re: Ashurst February fee application (.1); Prepare notice re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal  Barbara J. Witters | | 0.80 hrs. | 225.00 | $180.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 21, 2014
Invoice 454702
Page 15

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 03/31/14 | Review, revise and finalize February 2014 Ashurst monthly fee application (.3); Emails to A. Steele re: filing and serving February 2014 Ashurst monthly fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |

                                      Total Fees for Professional Services        $1,396.50

TOTAL DUE FOR THIS INVOICE        **$1,396.50**
BALANCE BROUGHT FORWARD        $5,737.60

**TOTAL DUE FOR THIS MATTER**        **$7,134.10**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 21, 2014  
Invoice 454702  
Page 16  
Client #  732310  

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.20 | 390.00 | 78.00 |
| Barbara J. Witters | 19.50 | 225.00 | 4,387.50 |
| Christopher M. Samis | 33.60 | 465.00 | 15,624.00 |
| Lindsey A. Edinger | 3.80 | 225.00 | 855.00 |
| TOTAL | 57.10 | $366.80 | 20,944.50 |

**TOTAL DUE FOR THIS INVOICE** $30,700.17

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310