**EXHIBIT A**

Court File No. 09-CL-7950

# ONTARIO
## SUPERIOR COURT OF JUSTICE
## - COMMERCIAL LIST

**IN THE MATTER OF**
**THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**
**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

### CONSOLIDATED NOTICE OF WITNESSES FOR TRIAL

**PLEASE TAKE NOTICE** that the Core Parties have provided notice to each other that the fact and expert list of witnesses listed on Schedule A hereto are expected to appear at the Trial commencing May 12, 2014.

Those witnesses on List 1 will appear during the Allocation phase of the Trial. It is expected that portions of the evidence given during the Allocation phase will relate to both Allocation and Claims and may be relied on during the Claims portion of the trial (irrespective of whether the proffering party designated such witnesses for both Allocation and Claims or only for Allocation).

List 2 sets out those witnesses who will appear at the Claims phase of the Trial.[1].

---

[1] This arises from the direction of the Courts on April 22, 2014 that only very limited "claims only" evidence may be taken during the first part of the Trial. These witnesses may appear twice (once during the Allocation Phase and subsequently at the Claims Phase) or only once (because they have been designated as "Claims only") The Canadian Claims Defendant Group also made submissions at the April 22 pre-trial regarding the evidence of Kerry Stephens and Albert LeBrun who are EMEA fact witnesses whose affidavits have been designated for allocation only by EMEA but who the Canadian Claims Defendant Group wishes to examine on claims-only matters as well.

## SCHEDULE A

## List 1 – Consolidated Anticipated Order of Nortel Trial Witnesses Expected to Appear during the Allocation Portion of the Trial and Locations[2]

**\*** indicates that the submission of testimony to the Courts is subject to a motion to strike in whole or in part.
\*\*indicates that the submission of testimony to the Courts is subject to a motion for leave to admit (as primary or alternate relief).

| **Trial Phase 1** | **Witness** | **Affidavit/ Report Designated for both Allocation and Claims** | **Toronto** | **Delaware** |
|---|---|---|---|---|
| Canadian Fact Witnesses | Currie, Peter | x | x | |
| Canadian Fact Witnesses | Allen, Clive | | x | |
| Canadian Fact Witnesses | McFadden, Brian | | x | |
| Canadian Fact Witnesses | DeWilton, Angela | | x | |
| Canadian Fact Witnesses | Binning, Paviter | x | x | |
| Canadian Fact Witnesses | Davies, Gordon | x | x | |
| Canadian Fact Witnesses | McCorkle, Michael | x | x | |
| Canadian Fact Witnesses | Sproule, Donald | x | x | |
| Canadian Fact Witnesses | Hamilton, Sharon | | x | |
| US Fact Witnesses | Henderson, Walter | | x | |
| US Fact Witnesses | Ricaurte, Chris | | | x |
| US Fact Witnesses | Weisz, Mark | | | x |
| US Fact Witnesses | Orlando, Michael | | x | |
| US Fact Witnesses | Ray, John | | | x |
| EMEA Fact Witnesses | Albert-Lebrun, Philippe[3] | | x | |

---

[2] This order of witnesses is subject to change based on witness availability and the pace of the trial
[3] The Canadian Claims Defendant Group has requested that Mr. Albert-Lebrun appear a second time during the Trial for additional examination on Claims-only matters. The EMEA Debtors have objected on the basis that Mr. Albert-Lebrun was designated as an Allocation-only witness. The parties are continuing to meet and confer but may require further direction from the Court.

| **Trial Phase 1** | **Witness** | **Affidavit/ Report Designated for both Allocation and Claims** | **Toronto** | **Delaware** |
|---|---|---|---|---|
| EMEA Fact Witnesses | Stephens, Kerry[4] | | | x |
| EMEA Fact Witnesses | Brueckheimer, Simon | | x | |
| EMEA Fact Witnesses | Newcombe, Peter | | | x |
| EMEA Fact Witnesses | Hall, Geoffrey | | x | |
| EMEA Fact Witness | Anderson, Angela** | | | x |
| EMEA Fact Witnesses | Jeffries, Andrew | | | x |
| EMEA Allocation Experts | Malackowski, James | | x | |
| EMEA Allocation Experts | Huffard, Paul | | | x |
| EMEA Allocation Experts | Cooper, Richard | x | | x |
| EMEA Allocation Experts | Bazelon, Coleman* | | x | |
| EMEA Allocation Experts | Clark, Leif* | | | x |
| EMEA Allocation Experts | Westbrook, Jay* | | x | |
| EMEA Allocation Experts | Felgran, Steven | x | x | |
| EMEA Allocation Experts | Stratton, Bruce* | | | x |
| Canadian Allocation Experts | Burshtein, Sheldon** | | | x |
| Canadian Allocation Experts | Cox, Alan | | x | |
| Canadian Allocation Experts | Berenblut, Mark | | x | |
| Canadian Allocation Experts | Green, Philip | | | x |
| Canadian Allocation Experts | Britven, Thomas* | | | x |

---

[4] The Canadian Claims Defendant Group has requested that Mr. Stephens appear a second time during the Trial for additional examination on Claims-only matters. The EMEA Debtors have objected on the basis that Mr. Stephens was designated as an Allocation-only witness. The parties are continuing to meet and confer but may require further direction from the Court.

4

| **Trial Phase 1** | **Witness** | **Affidavit/ Report Designated for both Allocation and Claims** | **Toronto** | **Delaware** |
|---|---|---|---|---|
| Canadian Allocation Experts | Reichert, Timothy | x | x | |
| US Allocation Experts | Kinrich, Jeffrey* | | | x |
| US Allocation Experts | Tucker, Catherine | | x | |
| US Allocation Experts | McConnell, John* | | x | |
| US Allocation Experts | Eden, Lorraine | | | x |
| US Allocation Experts | McGarty, Terrence | | | x |
| US Allocation Experts | Ryan, Laureen | | | x |
| US Allocation Experts | Zenkich, Raymond* | | | x |
| US Allocation Experts | Kilimnik, Robert | | x | |
| US Allocation Experts | Bereskin, Daniel* | | x | |

## List 2 - Additional Nortel Trial Witnesses Expected to Appear during the Claims Only Portion of the Trial[5]

All witnesses in the Claims Only phase will appear in Toronto.

*The Canadian Claims Defendant Group has requested that Mr. Lebrun and Mr. Stephens be examined on Claims only matters that cannot be accommodated during the first part of the Trial. The EMEA Debtors have objected. The parties are continuing to meet and confer but may require further direction from the Court.

The 34 Foreign law experts are not listed below in light of agreement between the Canadian and EMEA Debtors that they will not appear at trial unless requested by the Court.

| Trial Phase 2 | Party | Witness |
| --- | --- | --- |
| Claims Fact Witness | UKPC | Davies, David |
| Claims Fact Witness | UKPC | Gilchrist, Clive |
| Claims Fact Witness | CDA | Currie, Peter |
| Claims Fact Witness | CDA | Binning, Pavi |
| Claims Fact Witness | CDA | Davies, Gordon |
| Claims Fact Witness | CDA | McCorkle, Mike |
| Claims Fact Witness | CDA | Poos, John |
| Claims Fact Witness | CDA | Sproule, Donald |
| EMEA Claims Expert | EMEA | Cooper, Richard |
| EMEA Claims-only Expert | EMEA | MacGregor, Gervase |
| EMEA Claims-only Expert | EMEA | Mitchell, David |
| UKPC Claims-only Expert | UKPC | Bowie, Ronald |
| UKPC Claims Expert | UKPC | Felgran, Steven |
| UKPC Claims-only Expert | UKPC | Ham, Robert |
| UKPC Claims-only Expert | UKPC | Reynertson, Soren |
| CDN UK Pension Claims Expert | CDA | Berenblut, Mark[6] |
| CDN UK Pension Claims Expert | CDA | Legge, Henry |
| CDN Claims Expert | CDA | Reichert, Tim |
| CDN UK Pension Claims Expert | CDA | Stocker, Mark |
| CDN EMEA Claims Expert | CDA | Tabak, David |
| CDN EMEA Claims | CDA | Wertheim, Paul |

---

[5] Groups are listed in the order set forth in the joint trial protocol, but witnesses within each group are alphabetical because parties have not yet disclosed the order of their witnesses.

[6] Mr. Berenblut has signed three (3) expert reports – and initial and reply report in respect of allocation and 1 in respect of the UK Pension Claims.

2

| Trial Phase 2 | Party | Witness |
|---|---|---|
| Expert | | |

| | |
|---|---|
| IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al*. | Court File No. 09-CL-7950 |

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(Commercial List)**

Proceeding commenced at Toronto

**CONSOLIDATED NOTICE OF WITNESSES FOR TRIAL**

| | |
|---|---|
| **GOODMANS LLP**<br>Barristers & Solicitors<br>333 Bay Street, Suite 3400<br>Toronto, Canada  M5H 2S7<br><br>Jay A. Carfagnini  (LSUC #: 22293T)<br>jcarfagnini@goodmans.ca<br>Alan Mark (LSUC #: 21772U)<br>amark@goodmans.ca<br>Jessica Kimmel (LSUC #: 32312W)<br>jkimmel@goodmans.ca<br>Peter Ruby (LSUC #: 38439P)<br>pruby@goodmans.ca<br>Joseph Pasquariello (LSUC #: 37389C)<br>jpasquariello@goodmans.ca<br><br>Tel:      416.979.2211<br>Fax:     416.979.1234<br><br>**Lawyers for the Monitor, Ernst & Young Inc.** | **Gowling Lafleur Henderson LLP**<br>Barristers & Solicitors<br>1 First Canadian Place<br>100 King Street West, Suite 1600<br>Toronto, ON  M5X 1G5<br><br>Derrick Tay  (LSUC #: 21152A)<br>derrick.tay@gowlings.com<br>Jennifer Stam  (LSUC #: 46735J)<br>Jennifer.stam@gowlings.com<br><br>Tel:  416.862.5697<br>Fax:  416.862.7661<br><br>**Lawyers for the Canadian Debtors** |