# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**PRE-TRIAL BRIEF OF THE MONITOR AND CANADIAN DEBTORS - ALLOCATION – CONFIDENTIAL AND FILED UNDER SEAL**

**FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING PROTECTIVE ORDER [D.I. 10805]**

Dated: May 2, 2014

**BUCHANAN INGERSOLL & ROONEY PC**
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
T: (302) 552-4200
F: (302) 552-4295
mary.caloway@bipc.com
kathleen.murphy@bipc.com

**ALLEN & OVERY LLP**
Ken Coleman
Jacob Pultman
Paul B. Keller
Laura Hall
1221 Avenue of the Americas
New York, New York 10020
T: (212) 610-6300
F: (212) 610-6399
ken.coleman@allenovery.com
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).