**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

- and -

Court File No.: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(Commercial List)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION and NORTEL NETWORKS
TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**JOINT ADMINISTRATORS' PREHEARING BRIEF REGARDING**
**ALLOCATION OF THE PROCEEDS OF THE NORTEL ASSET SALES**

**CONFIDENTIAL**
**FILED UNDER SEAL PURSUANT TO THE**
***ORDER ENTERING A PROTECTIVE ORDER* [D.I. 10805]**

01:15422954.1

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | HUGHES HUBBARD & REED LLP |
| Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801 | One Battery Park Plaza<br>New York, New York 10004 |
| Edwin J. Harron (No. 3396)<br>John T. Dorsey (No. 2988)<br>Jaime Luton Chapman (No. 4936) | William R. Maguire (admitted *pro hac vice*)<br>Derek J.T. Adler (admitted *pro hac vice*)<br>Neil J. Oxford (admitted *pro hac vice*) |
| Tel.:  302-571-6600<br>Fax:   302-571-1253 | Tel.:  212-837-6000<br>Fax:   212-422-4726 |
| LAX O'SULLIVAN SCOTT LISUS LLP | DAVIES WARD PHILLIPS & VINEBERG LLP |
| Suite 2750<br>145 King Street West<br>Toronto, ON M5H 1J8 | 155 Wellington Street West<br>Toronto, Ontario M5V 3J7 |
| Matthew P. Gottlieb (LSUC#: 32268B)<br>mgottlieb@counsel-toronto.com | James W.E. Doris (LSUC#: 33236P)<br>jdoris@dwpv.com<br>Matthew Milne-Smith (LSUC#: 44266P)<br>mmilne-smith@dwpv.com |
| Tel.:  416-598-1744<br>Fax:   416-598-3730 | Tel.:  416-863-0900<br>Fax:   416-863-0871 |

*Counsel for the Joint Administrators*

01:15422954.1