**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
:
*In re*                                                        :    Chapter 11
:
Nortel Networks Inc., *et al.*,                                :    Case No. 09-10138 (KG)
:
               Debtors.                        :    (Jointly Administered)
:
------------------------------------------------------------- x

- and the -

*ONTARIO*
**SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, C. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**PRE-TRIAL BRIEF OF THE *AD HOC* GROUP OF BONDHOLDERS**

---

**CONFIDENTIAL / FILED UNDER SEAL
FILED UNDER SEAL PURSUANT TO THE
ORDER ENTERING A PROTECTIVE ORDER [D.I. 10805]**

Dated: May 2, 2014

        **PACHULSKI STANG ZIEHL & JONES LLP**

        */s/ Peter J. Keane*
        Laura Davis Jones (No. 2436)
        Peter J. Keane (No. 5503)
        919 N. Market Street, 17th Floor
        PO Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:  (302) 652-4400

        -and-

        **MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
        Dennis F. Dunne
        Albert A. Pisa
        Andrew M. Leblanc
        Atara Miller
        1 Chase Manhattan Plaza
        New York, New York 10005-1413
        Telephone:  (212) 530-5000
        Facsimile:  (212) 530-5219

        -and-

        Thomas R. Kreller
        601 S. Figueroa Street, 30th Floor
        Los Angeles, California 90017
        Telephone: (213) 892-4463
        Facsimile: (213) 629-5063

        -and-

        **BENNETT JONES LLP**
        Richard B. Swan
        Gavin H. Finlayson
        3400 One First Canadian Place, P.O. Box 130
        Toronto, Ontario, M5X 1A4
        Telephone:  (416) 777-5762
        Facsimile:  (416) 863-1716

        *Attorneys for Ad Hoc Group of Bondholders*