**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., *et al.,* <br><br>         Debtors. | ) ) ) ) ) ) ) )   Chapter 11 <br>   Case No. 09-10138 (KG) <br>   (Jointly Administered) |

**NOTICE OF TEMPORARY FILING UNDER SEAL OF THE
TRIAL BRIEF OF THE CANADIAN CREDITORS COMMITTEE**

   **PLEASE TAKE NOTICE** that the Canadian Creditors Committee ("CCC"), by its undersigned counsel, today filed in the above-captioned cases and delivered to the Chambers of the Honorable Kevin Gross, true and correct copies of the attached Trial Brief of the Canadian Creditors Committee.

   **PLEASE TAKE FURTHER NOTICE** that out of an abundance of caution the CCC has filed the Trial Brief temporarily under seal and without prejudice, pending a determination by the Court whether and to what extent documents related to the forthcoming trial on allocation are subject to section 8 of the Protective Order entered in this case respecting pre-trial discovery[D.I. 10805] or other constraint. The CCC has been advised that the sealing issue is to be raised with the Court at the forthcoming hearing on pre-trial motions. This case affects tens of thousands of pensioners and other Nortel creditors worldwide. It is the position of the CCC and the Canadian pensioners, long-term disabled and other employees, and pension authorities the CCC represents that the trial should be an open trial and all trial briefs and submissions should be publicly accessible absent express sealing Orders from the U.S. and Canadian Courts respecting specific documents and trial evidence.

Dated: May 2, 2014
   Wilmington, Delaware

                  **DLA PIPER, LLP (US)**
                  /s/ Selinda A. Melnik
                  Selinda A. Melnik (No. 4032)
                  1201 North Market Street, Suite 2100
                  Wilmington, DE 19801
                  Tel: +1.302.468.5650
                  Email: selinda.melnik@dlapiper.com
                  *Counsel for the Canadian Creditors Committee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.,*<br><br>                              Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

### TRIAL BRIEF OF THE CANADIAN CREDITORS COMMITTEE

*CONFIDENTIAL – TEMPORARILY FILED UNDER SEAL
WITHOUT PREJUDICE PENDING FURTHER ORDER OF THE COURT*

Dated:   May 2, 2014
             Wilmington, DE

DLA PIPER LLP (US)

Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington Delaware 19801
Telephone: (302) 468-5650
E-mail:  selinda.melnik@dlapiper.com

            - and –

Richard Hans  (admitted *pro hac vice*)
Timothy Hoeffner (admitted *pro hac vice*)
Farah Lisa Whitley-Sebti (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500
E-mail:  richard.hans@dlapiper.com
E-mail:  timothy.hoeffner@dlapiper.com
E-mail:  farahlisa.sebti@dlapiper.com

*Counsel for the Canadian Creditors Committee*