# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Ann C. Cordo
302 351 9459
302 225 2559 Fax
acordo@mnat.com

May 2, 2014

**VIA HAND-DELIVERY**
The Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

Re: *In re: Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

In accordance with the Litigation Timetable, Discovery Plan and the Joint Trial Protocol (all as amended), on May 2, 2014, the Core Parties were to provide certain filings and documents to the US Court and Canadian Court, including, but not limited to, pre-trial briefing and a proposed pre-trial order. Hard copies of pre-trial briefs will be submitted by each Core Party today.

Section H of the Joint Trial Protocol provided the Core Parties should jointly prepare a proposed pre-trial order on Allocation. A majority of the items the Core Parties contemplated including in any proposed pre-trial order have already been, or will be, provided to the Court. As such, the Core Parties have agreed not to submit a full pre-trial order.

The Core Parties engaged a third party service provider to create an online database containing electronic copies of all trial exhibits. Access particulars and instructions will be provided to you under separate cover. We would be pleased to arrange training for you and/or your law clerk concerning use of the database (which uses a system called Relativity). The Monitor will be offering the same to Justice Newbould.

By mid-next week, the US Debtors will submit a single hard drive which contains for all Core Parties electronic copies of (for each of claims and allocation):

The Honorable Kevin Gross
May 2, 2014
Page 2

- the pleadings;
- expert reports;
- hyperlinked versions of affidavits;
- a list containing all objections to exhibit designations (including the objecting party and the basis for the objection);[1]
- deposition designations (both fact and expert depositions) including the relevant excerpts, as well as all objections to any such testimony;[2] and
- hyperlinked versions of the pre-trial briefs.

The Monitor will be providing a hard drive containing the same materials (along with the claims materials) to Justice Newbould.

Respectfully submitted,

Annie C. Cordo

Encs.

---

[1] The lists exchanged by the Core Parties do not contain the Trial Exhibit Numbers because the documents were only yesterday given these numbers. The Core Parties are currently working on updating the list to include Trial Exhibit Numbers.

[2] The Core Parties are currently attempting to work out an agreement with respect to the format in which these will be provided.