# Index of Authorities

**Tab**     **Description**

Rules and Statutes

| | |
|---|---|
| 1 | 26 C.F.R. § 1.482-1(a) (2013) |
| 2 | 26 C.F.R. § 1.482–3(a)(1)-(6) (2010) |
| 3 | 26 C.F.R. §1.6662-6 (d)(2)(iii)(A) (2011) |
| 4 | 11 U.S.C.A. § 362(a)(3) (West 2010) |
| 5 | 11 U.S.C.A. § 365(n) (West 2012) |
| 6 | 11 U.S.C.A. § 541(a)(1) (West 2010) |
| 7 | 11 U.S.C.A. § 1129 (West 2010) |
| 8 | 11 U.S.C.A. §1520 (West 2012) |
| 9 | 35 U.S.C.A. § 102(b) (West 2011) |
| 10 | 35 U.S.C.A. § 154(a)(1) (West 2012) |
| 11 | 35 U.S.C.A. § 271(a) (West 2010) |
| 12  A | Bankruptcy & Insolvency Act (Canada), R.S.C., 1985, c. B-3, s. 96 |
| 12  B | Bankruptcy and Insolvency General Rules, C.R.C., c. 368 |
| 13 | Income Tax Act, R.S.C. 1985, c. 1 |
| 14 | Insolvency Act, 1986, c. 45 (U.K.) |
| 15 | Patent Act (Canada), R.S.C., 1985 c. P-4 |
| 16 | Rev. Rul. 59-60, 1959-1 C.B. 237 |
| 17 | Treas. Reg. 86 § 45, Art. 45-1(b) (1935) |

Cases

| | |
|---|---|
| 18 | *Abbott Laboratories v. Diamedix Corp.*, 47 F.3d 1128 (Fed. Cir. 1995) |

| Tab | Description |
|-----|-------------|
| 19 | *Alberts v. HCA Inc. (In re Greater Se. Cmty. Hosp. Corp. I)*, No. 04-10366, 2008 WL 2037592 (Bankr. D.D.C. May 12, 2008) |
| 20 | *Aspex Eyewear, Inc. v. Miracle Optics, Inc.*, 434 F.3d 1336 (Fed. Cir. 2006) |
| 21 | *Bowater Newfoundland Ltd. v. Newfoundland and Labrador Hydro*, [1978] N.J. No. 14, 15 Nfld. & P.E.I.R. 301 (Nfld. C.A.) |
| 22 | *British Nylon Spinners Ltd. v. Imperial Chemicals Industries Ltd.*, [1953] Ch. 19 (C.A.) |
| 23 | *Broadcast Music, Inc. v. DMX Inc.*, 683 F.3d 32 (2d Cir. 2012) |
| 24 | *Central Capital Corp., Re.* (1995), 29 C.B.R. (3d) 33 (Ont. Ct. J.) |
| 25 | *Central Capital Corp., Re* (1996), 38 C.B.R. (3d) 1 (Ont. C.A.) |
| 26 | *Computer Communications, Inc. v. Codex Corp.* (*In re Computer Communications, Inc.*), 824 F.2d 725 (9th Cir. 1987) |
| 27 | *Computershare Trust Co. of Canada v. Crystallex International Corp.*, [2009] O.J. No. 5435 (S.C.J.) |
| 28 | *Confederation Treasury Services Ltd., Re*, (1995), 37 C.B.R. (3d) 237 (Ont. Ct. J. (Gen. Div.) |
| 29 | *Consolidated-Bathurst Export Ltd. v. Mutual Boiler & Machinery Insurance Co.*, [1980] 1 S.C.R. 888 |
| 30 | *CoreBrace LLC v. Star Seismic LLC*, 566 F.3d 1069 (Fed. Cir. 2009) |
| 31 | *Credit Suisse First Boston v. Owens Corning* (*In re Owens Corning*), 419 F.3d 195 (3d Cir. 2005) |
| 32 | *Crystallex (Re)*, 2012 ONCA 404 |
| 33 | *Downey v. Ecore International Inc.*, 2012 ONCA 480 |

**Tab**        **Description**

34        *Dunscombe Estate, Re*
          [1902], 3 O.L.R. 510, 1 O.W.R. 153 (Ont H.C.)

35        *Eli Lilly & Co. v. Novopharm Ltd.,*
          [1998] 2 S.C.R. 129

36        *Elliott v. Billings* (*Township*) *Board of Education,*
          [1960] O.R. 583 (Ont. C.A.)

37        *First Fed. Sav. Bank of Hegewisch v. United States*,
          52 Fed. Cl. 774 (Fed. Cl. Ct. 2002)

38        *Flintkote Co. v. Gen. Accident Assurance Co. of Can.*,
          No. C 04-1827 MHP, 2009 WL 3568644 (N.D. Cal. Oct. 27, 2009)

39        *Heap v. Hartley*
          (1889) 42 Ch. D. 461 (Eng. Ch. Div.)

40        *Hechinger Litig. Trust v. Bankboston Retail Finance, Inc. (In re Hechinger Inv. Co. of
          Delaware)*,
          (1889) 42 Ch. D. 461 (Eng. Ch. Div.)

41        *Henderson v. Minister of Nat'l Revenue*,
          [1973], C.T.C. 636 (Can. Tax Ct.)

42        *Holston Invs., Inc. B.V.I. v. LanLogistics Corp.*,
          677 F.3d 1068 (11th Cir. 2012)

43        *Imoney Corp. v. Quebecor Communications Inc.*,
          [2002] O.J. No. 4309 (S.C.J.)

44        *In re Gen. Motors Corp.*,
          407 B.R. 463 (Bankr. S.D.N.Y. 2009)

45        *In re Knobel*,
          167 B.R. 436 (Bankr. W.D. Tex. 1994)

46        Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman
          Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the
          Bankruptcy Code, *In re Lehman Brothers Holdings Inc., et al.*, No. 08-13555 (JMP)
          (Bankr. S.D.N.Y. Sept. 1, 2011)

47        Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers
          Holdings Inc. and its Affiliated Debtors, *In re Lehman Brothers Holdings Inc., et al.*, No.
          08-13555 (JMP) (Bankr. S.D.N.Y. Dec. 6, 2011)

| Tab | Description |
|-----|-------------|
| 48 | *In re New Century TRS Holdings, Inc.*, 407 B.R. 576 (Bankr. D. Del. 2009) |
| 49 | *In re Plassein Int'l Corp.*, 377 B.R. 126 (Bankr. D. Del. 2007) |
| 50 | *In re Vitro S.A.B. de CV*, 701 F.3d 1031 (5th Cir. 2012) |
| 51 | *Indep. Wireless Tel. Co. v. Radio Corp. of Am.*, 269 U.S. 459 (1926) |
| 52 | *Innovus Prime, LLC v. Panasonic Corp.*, No. C-12-00660-RMW, 2013 WL 33354390 (N.D. Cal., July 2, 2013) |
| 53 | *Intellectual Prop. Dev., Inc. v. TCI Cablevision of Cal., Inc.*, 248 F.3d 1333 (Fed. Cir. 2001) |
| 54 | *Jaffé v. Samsung Elecs. Co., Ltd. et al.* (*In re Qimonda*), 737 F.3d 14 (4th Cir. 2013) |
| 55 | *Kentucky Fried Chicken Canada v. Scott's Food Services Inc.*, [1998] O.J. No. 4368 (C.A.) |
| 56 | *Leuthold v. Canadian Broadcasting Corp.*, 2012 FC 748 |
| 57 | *Lids Corp. v. Marathon Inv. Partners, L.P. (In re Lids Corp.)*, 281 B.R. 535 (Bankr. D. Del. 2002) |
| 58 | *Linden Gardens Trust Ltd. v. Lenesta Sludge Disposals Ltd.*, [1993] 3 All E.R. 417 (U.K. H.L) |
| 59 | *Mahaffey, Re* [1922], 52 O.L.R. 369 (Ont. H.C.) |
| 60 | *Medtronic AVE, Inc. v. Advanced Cardiovascular Sys., Inc.*, 247 F.3d 44 (3d Cir. 2001) |
| 61 | *Morrow v. Microsoft Corp.*, 499 F.3d 1332 (Fed. Cir. 2007) |
| 62 | *National Carbonising Co., Ld. v. British Coal Distillation, Ld.* (1937) 54 R.P.C. 41 (C.A.) |

| Tab | Description |
|-----|-------------|

63    *National Trust Co. v. Mead*,
      [1990] 2 S.C.R. 410 (S.C.C.)

64    *Nordetek Envtl., Inc. v. RDP Techs., Inc.*,
      862 F. Supp. 2d 406 (E.D. Pa. 2012)

65    *Official Comm. of Unsecured Creditors of Champion Enters., Inc. v. Credit Suisse (In re Champion Enters., Inc.)*,
      Adv. No. 10-50514 (KG), 2012 WL 3778872 (Bankr. D. Del. Aug. 30, 2012)

66    *Official Comm. of Unsecured Creditors v. Cajun Elec. Power Coop., Inc.* (*In re Cajun Elec. Power Coop., Inc.*),
      119 F.3d 349 (5th Cir. 1997)

67    *On Davis v. The Gap, Inc.*,
      246 F.3d 152 (2d Cir. 2001)

68    *Oracle Am., Inc. v. Google Inc.*,
      847 F. Supp. 2d 1178 (N.D. Cal. 2012)

69    *Ortho Pharm. Corp. v. Genetics Inst., Inc.*,
      52 F.3d 1026 (Fed. Cir. 1995)

70    *Phillips v. Brewin Dolphin Bell Lawrie Ltd.*,
      [2001] UKHL 2, [2001] 1 W.L.R. 143 (H.L.)

71    *Pleasant Summit Land Corp. v. C.I.R.*,
      863 F.2d 263, 272 (3d Cir. 1988)

72    *Pocklington Foods Inc. v. Alberta* (*Provincial Treasurer*),
      (1998), 218 A.R. 59, para. 197, 354 (Can. Alta. Q.B)

73    *Pocklington Foods Inc. v. Alberta* (*Provincial Treasurer*),
      (2000), 250 A.R. 188

74    *PSINet Ltd., Re.*,
      (2002), 33 C.B. R. (4th) 284 (Ont. S.C.J.)

75    *R. v. Dunn*,
      2013 ONSC 137

76    *R.M. Smith, Inc. v. C.I.R.*,
      591 F.2d 248 (3d Cir. 1979)

77    *Ryan v. Sun Life Assurance Co. of Canada*,
      [2005] N.S.J. No. 24, 249 D.L.R. (4th) 628 (N.S.C.A.)

| Tab | Description |
|-----|-------------|
| 78 | *Scanlon v. Castlepoint Development Corp.*,<br>11 O.R. (3d) 744 (C.A.), *leave to appeal to S.C.C. refused* [1993] S.C.C.A. No. 62 |
| 79 | *Shubert v. Lucent Techs., Inc. (In re Winstar Commc'ns, Inc.)*,<br>348 B.R. 234 (Bankr. D. Del. 2005) |
| 80 | *Slatky v. Amoco Oil Co.*,<br>830 F.2d 476 (3d Cir. 1987) |
| 81 | *Standard Fed. Bank v. United States*,<br>No. 95-CV-478, 2002 WL 31947572 (Fed. Cl. Ct. Dec. 30, 2002) |
| 82 | *Stetson Oil & Gas Ltd. v. Stifel Nicolaus Canada Inc.*,<br>2013 ONSC 1300 |
| 83 | *Syracuse Eng'g Co. v. Haight*,<br>110 F.2d 468 (2d Cir. 1940) |
| 84 | *Tercon Contractors Ltd. v. British Columbia* (*Transportation and Highways*),<br>[2010] 1 S.C.R. 69 at para. 64 (S.C.C.) |
| 85 | *Toronto Dominion Bank v. Leigh Instruments Ltd.* (*Trustee of*)<br>(1998), 40 B.L.R. (2d) 1 (Ont. Ct. J.) |
| 86 | *Toronto Dominion Bank v. Leigh Instruments Ltd.* (*Trustee of*)<br>[1999] O.J. No. 3290 (C.A.) |
| 87 | *TransCore, LP v. Elec. Transaction Consultants Corp.*,<br>563 F.3d 1271 (Fed. Cir. 2009) |
| 88 | *United States v. 50 Acres of Land*,<br>469 U.S. 24 (1984) |
| 89 | *United States v. American Tel. and Tel. Co.*,<br>552 F.Supp. 131 (D.D.C. 1982) |
| 90 | *United States v. Cartwright*,<br>411 U.S. 546 (1973) |
| 91 | *Vaupel Textilmaschinen KG v. Meccanica Euro Italia SPA*,<br>944 F.2d 870 (Fed. Cir. 1991) |
| 92 | *Ventas Inc. v. Sunrise Senior Living Real Estate Investment Trust*<br>(2007), B.L.R. (4th) 292 (Ont. S.C.J.) |

| Tab | Description |
|-----|-------------|
| 93 | *Ventas Inc. v. Sunrise Senior Living Real Estate Investment Trust* 2007 ONCA 205 |

<u>Other Authorities</u>

| | |
|-----|-------------|
| 94 | American Society of Appraisers, ASA Business Valuation Standards (2009), http://www.appraisers.org/docs/default-source/ discipline_bv/bv-standards.pdf?sfvrsn=0 |
| 95 | Aswath Damodaran, *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset* (2d ed. 2002) |
| 96 | Brian Brunsvold et al., *Drafting Patent License Agreements* (7th ed. 2012) |
| 97 | Canada Revenue Agency, Overview of the Scientific Research and Experimental Development (SR&ED) Tax Incentive Program, RC 4472(E) Rev. 08 (2008), http://www.craarc.gc.ca/E/pub/tg/rc-4472/rc4472-08e.pdf |
| 98 | Canadian Standing Senate Comm. on Banking Trade and Commerce, *Debtors and Creditors Sharing the Burden: A Review of the Bankruptcy and Insolvency Act and the Companies' Creditors Arrangement Act* (Nov. 2003) |
| 99 | Douglas G. Baird & Anthony J. Casey, *No Exit? Withdrawal Rights and the Law of Corporate Reorganizations*, 113 Colum. L. Rev. 1 (2013) |
| 100 | Ibbotson *SBBI 2010 Valuation yearbook: Market Results for Stocks, Bonds, Bills, and Inflation 1926-2009* (James P. Harrington ed. 2010) |
| 101 | Jean-Gabriel Castel & Janet Walker*, Canadian Conflict of Laws* (6th ed. 2005) |
| 102 | Joel D. Kuntz & Robert J. Peroni, *U.S. International Taxation* (1991) |
| 103 | Michael Pellegrino, *BVR's Guide to Intellectual Property Valuation* (2009) |
| 104 | P. Bradley Limpert, *Technology Contracting: Law, Precedents and Commentary* (2011) |
| 105 | Robert Reilly & Robert Schweighs, *Valuing Intangible Assets* (1999) |
| 106 | Roy Goode, *Principles of Corporate Insolvency Law* (4th ed. 2011) |
| 107 | Shannon P. Pratt & Alina V. Niculita, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies* (5th ed. 2008) |
| 108 | Shannon P. Pratt, Robert F. Reilly, & Robert P. Scweihs, *Valuing Small Businesses and Professional Practices* (3d ed.1998) |

| Tab | Description |
| --- | --- |
| 109 | William Miller Collier, *Collier on Bankruptcy* (Alan N. Resnick & Henry J. Sommer eds.,16th ed. 2014) |