## <u>EXHIBIT A</u>

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                              :

*In re*                                   :        Chapter 11

                                    :

Nortel Networks Inc., *et al.*,[1]        :        Case No. 09-10138 (KG)

                                    :

                    Debtors.      :        Jointly Administered

                                    :

                                    :        **RE: D.I. _____**

-------------------------------------------------------- X

**ORDER SHORTENING NOTICE RELATING TO
MOTION OF THE U.S. DEBTORS FOR ENTRY OF AN ORDER
PROVIDING DIRECTIONS AND ESTABLISHING PROCEDURES FOR
SEALING TRIAL EXHIBITS, REDACTING PRETRIAL SUBMISSIONS,
AND PROTECTING CONFIDENTIAL INFORMATION FROM
PUBLIC DISCLOSURE DURING THE TRIAL**

Upon the motion (the "Motion to Shorten"),[2] of Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession, (collectively, the "Debtors" or the "U.S. Debtors"), for entry of an order, as more fully described in the Motion to Shorten, (i) shortening notice to allow the *Motion of the U.S. Debtors for Entry of an Order Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information from Public Disclosure During the Trial* (the "Confidentiality Motion") to be considered on an expedited basis; (ii) setting **May 7, 2014 at 12:00 p.m. (Eastern Time)** as the deadline to file objections to the Confidentiality Motion (the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

"Objection Deadline"); and (iii) scheduling the hearing on the Confidentiality Motion for the joint hearing currently scheduled for **May 8, 2014 at 11:00 a.m. (Eastern Time)** (the "Joint Hearing"); and adequate notice of this Motion to Shorten and the Confidentiality Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief requested in the Motion to Shorten, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED.

2.      Relief on the Confidentiality Motion will be considered at the Joint Hearing scheduled for **May 8, 2014 at 11:00 a.m. (Eastern Time)**.

3.      Objections, if any, to the Confidentiality Motion shall be filed on or before **May 7, 2014 at 12:00 p.m. (Eastern Time)**.

4.      Notwithstanding any provision in the Bankruptcy Code, the Bankruptcy Rules or the Local Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the U.S. Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the U.S. Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.


Dated: _____, 2014
            Wilmington, Delaware

                                        _____
                                        THE HONORABLE KEVIN GROSS
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE