Court File No. 09-CL-7950

# ONTARIO
## SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                                  Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Re: Docket No. 13461, 13462, 13463<br>Hearing: May 8, 2014 @ 11:00 a.m. |

**RESPONDING MOTION RECORD OF THE CANADIAN CREDITORS' COMMITTEE**
**(motion returnable May 8, 2014)**

CANADIAN CREDITORS COMMITTEE'S RESPONSE TO MOTIONS SEEKING SEALING OR CONFIDENTIALITY ORDERS FOR TRIAL SUBMISSIONS

May 5, 2014

**KOSKIE MINSKY LLP**
20 Queen Street West, Suite 900
Toronto, ON M5H 3r3

Mark Zigler/Ari Kaplan/Jeff Van Bakel
Tel. 416-595-2090
Fax. 416-204-2877

Lawyers for the Canadian Former Employees and Disabled Employees through their court appointed Representatives

**CAW-CANADA LEGAL DEPARTMENT**
205 Placer Court
Toronto, ON M2H 3H9

Barry Wadsworth
Tel: 416.495.3776
Fax: 416.495.3786

Lawyers for the Canadian Autoworkers Union

**SHIBLEY RIGHTON LLP**
**w/ NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, ON M5H 3E5

Arthur O. Jacques/ Thomas McRae
Co-Counsel: Janice Payne / Steve Levitt
Tel: 416.214.5213/5206
Fax:416.214.5413/5400

Lawyers for active and transferred employees of Nortel Canada

**McCARTHY TÉTRAULT LLP**
TD Bank Tower, Suite 5300
Toronto Dominion Centre
66 Wellington Street West
Toronto ON M5K 1E6

R. Paul Steep / James D. Gage / Barbara J. Boake
Tel: 416.601.7998
Fax: 416.868.0673

Lawyers for Morneau Shepell Ltd., as administrator of the Nortel Canada registered pension plans

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
155 Wellington Street West, 35th Floor
Toronto, ON M5V 3H1

Ken Rosenberg / Lily Harmer / Massimo Starnino
Tel: 416.646.4300
Fax: 416.646.4301

Lawyers for the Superintendent of Financial Services as Administrator of the Pension Benefits Guarantee Fund

- and-

**DLA PIPER LLP (US)**

Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington Delaware 19801
Telephone: (302) 468-5650
E-mail: selinda.melnik@dlapiper.com

- and –

Richard Hans  (admitted *pro hac vice)*
Timothy Hoeffner (admitted *pro hac vice)*
Farah Lisa Whitley-Sebti (admitted *pro ha)*
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500
E-mail:  richard.hans@dlapiper.com
E-mail:  timothy.hoeffner@dlapiper.com
E-mail:  farahlisa.sebti@dlapiper.com

*Counsel for the Canadian Creditors Committee*

1094005v1

# Index

Court File No. 09-CL-7950

# ONTARIO
## SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

**RESPONDING MOTION RECORD OF THE CANADIAN CREDITORS' COMMITTEE**
**(motion returnable May 8, 2014)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Re: Docket No. 13461, 13462, 13463 |
| | ) Hearing: May 8, 2014 @ 11:00 a.m. |

CANADIAN CREDITORS COMMITTEE'S RESPONSE TO MOTIONS SEEKING SEALING OR CONFIDENTIALITY ORDERS FOR TRIAL SUBMISSIONS

## INDEX

| Tab | Description |
|---|---|
| 1. | Affidavit of Donald Sproule sworn May 5, 2014 |

# TAB 1

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36 AS AMENDED

**AFFIDAVIT OF DONALD SPROULE**
(sworn May 5, 2014)
(Sealing Order)

I, Donald Sproule, of the City of Ottawa, in the Province of Ontario, MAKE OATH AND SAY:

1. I am a former employee and pensioner of Nortel Networks Limited ("NNL"). I retired on April 27, 2005 after approximately 28 years of service with NNL and/or one of its predecessor companies, subsidiaries or affiliates.

2. I am one of three court-appointed Representatives (the "Representatives") who were appointed on behalf of all former employees, including pensioners, of the Canadian Debtors[1], or any person claiming an interest under or on behalf of such former employees or pensioners and surviving spouses in receipt of a pension from the Canadian Debtors, or group or class of them (collectively, the "Pensioners and Former Employees"). Where I do not possess personal knowledge, I have stated the source of my information and, in all such cases, believe it to be true.

---

[1] The Canadian Debtors are Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International and/or Nortel Networks Technology Corporation.

3.  I swear this Affidavit in response and in opposition to the motion brought by Ernst and Young Inc. in its capacity as monitor (the "Monitor") of the Canadian Debtors, and Nortel Networks Inc. and certain of its affiliates, and debtors in possession (collectively, the "US Debtors") for a sealing order over certain trial material.

4.  Nortel was a large multi-national technology enterprise headquartered in Canada, with a history dating back to the nineteenth century. At its peak, Nortel had annual revenue of approximately $30 billion and employed approximately 93,000 people. The Representatives represents the interests of more than 20,000 pensioners and other pension interests, long-term disabled and other employees.

5.  On January 14, 2009, Nortel's Canadian debtors, U.S. debtors, and UK/EMEA (Europe, Middle East and Africa) debtors commenced insolvency proceedings in their respective jurisdictions. Thereafter, Nortel liquidated its lines of businesses and residual portfolio of patents which generated approximately $7.3 billion (the "Sale Proceeds"). The Sale Proceeds are currently being held in escrow. The trial of these proceedings will determine the allocation of the Sale Proceeds between the estates, with an ultimate distribution to the various creditors of those estates.

6.  The Pensioners and Former Employees have asserted claims against the Canadian Debtors totalling approximately $3 billion in the aggregate and are comprised of, essentially, claims for pension deficiencies, severance and health benefit entitlements.

7.  Retiree pension benefits have been cut in the aggregate by approximately 30% in Ontario, where the Pension Benefit Guarantee Fund provides partial protection, and by as much as 40% in other provinces, where there is no statutory guarantee fund. As a result, the outcome of the Allocation Trial will have a material impact on the Pensioners and Former Employees.

8.  As the court appointed Representative, I am in regular contact with many of the Pensioners and the Former Employees and frequently report to and consult with that constituency. The communications that I have received suggest to me that they are extremely interested in the trial. As a result of my dealings with the Pensioners and Former Employees, I know that an open trial with publicly accessible information is of

significant importance to them. These individuals are not causal bystanders. They have a vested interest in the outcome of the trial.

9. As things currently stand, the Pensioners and Former Employees are unable to access any documents filed with the court in connection with the Allocation Trial, including:

   a) the opening trial briefs of the Core Parties that I understand were filed on Friday, May 2, 2014, which were filed under seal; and

   b) the affidavits and exhibits filed by the Core Parties that I understand were filed on April 29, 2014, which were filed under seal.

   This state of affairs is very frustrating to the Pensioners and Former Employees.

10. I believe that the Pensioners and Former Employees' collective confidence in the administration of justice, and the integrity of the process, will be impaired if documents are ordered to be sealed and not made publicly accessible, or only accessible to the Court appointed representatives like myself. Pensioners and Former Employees will become understandably suspicious and apprehensive if material documents affecting the outcome of this case are sealed and made unavailable.

11. Indeed, one of the express and fundamental reasons why the Pensioners and Former Employees petitioned this court for a trial process (as opposed to an arbitration), was to ensure public accessibility and accountability.

12. I swear this Affidavit in good faith and in opposition to the motion brought by the Monitor and the US Debtors for a sealing order.

SWORN BEFORE ME at the City of
Toronto, in the province of Ontario, on
May 5, 2014

_____
Commissioner for Taking Affidavits
Jeff Van Bakel

_____
**DONALD SPROULE**

1091599v

Court File No: 09-CL-7950

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**

Proceeding commenced at TORONTO

**AFFIDAVIT OF DONALD SPROULE**
**(sworn May 5, 2014)**
**(Sealing Order)**

**KOSKIE MINSKY LLP**
20 Queen Street West
Suite 900, Box 52
Toronto, ON  M5H 3R3

**Mark Zigler**  (LSUC# 19757B)
Tel: 416-595-2090
Fax: 416-204-2877
Email: mzigler@kmlaw.ca

**Susan Philpott**  (LSUC# 31371C)
Tel: 416-595-2104
Fax: 416-204-2882
Email: sphilpott@kmlaw.ca

Solicitors for Former Employees of Nortel

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-35, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, et al.

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

*ONTARIO*
SUPERIOR COURT OF JUSTICE

Proceeding commenced at TORONTO

**RESPONDING MOTION RECORD OF THE CANADIAN CREDITORS COMMITTEE**

**KOSKIE MINSKY LLP**
Mark Zigler / Susan Philpott / Ari Kaplan
mzigler@kmlaw.ca
Lawyers for the Canadian Former Employees and Disabled Employees through their court appointed Representative

**McCARTHY TÉTRAULT LLP**
R. Paul Steep / James D. Gage / Barbara J. Boake
psteep@mccarthy.ca
Lawyers for Morneau Shepell Ltd., as administrator of the Nortel Canada registered pension plans

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
Ken Rosenberg / Lily Harmer / Massimo Starnino
ken.rosenberg@paliareroland.com
Lawyers for the Superintendent of Financial Services as Administrator of the Pension Benefits Guarantee Fund

**UNIFOR LEGAL DEPT.**
Barry Wadsworth
barry.wadsworth@unifor.org
Lawyers for the Canadian Autoworkers Union

**SHIBLEY RIGHTON LLP**
**NELLIGAN O'BRIEN PAYNE LLP**
Arthur O. Jacques / Thomas McRae / Steve Levitt
arthur.jacques@shibleyrighton.com
Lawyers for active and transferred employees of Nortel Canada