## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 13368 and 13413** |

**REPLY OF THE U.K. PENSION CLAIMANTS IN SUPPORT OF THE MOTION
FOR ENTRY OF AN ORDER EXCLUDING ANY OPINIONS OFFERED
BY RAYMOND ZENKICH AND JEFFREY KINRICH RELATING TO
ENFORCEMENT OF CHINESE PATENTS AND ANY CORRESPONDING
<u>IMPACT ON THEIR VALUE</u>**

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO THE ORDER
ENTERING PROTECTIVE ORDER [D.I. 10805]**

BAYARD, P.A.
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
          jalberto@bayardlaw.com

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
Email: boconnor@willkie.com
          sadvani@willkie.com
          ahanrahan@willkie.com

Dated: May 5, 2014

*Counsel for Nortel Networks UK Pension Trust
Limited and the Board of the Pension Protection Fund*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).