# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**DECLARATION OF DANIEL GUYDER IN SUPPORT OF THE REPLY IN SUPPORT OF THE MOTION OF THE MONITOR AND CANADIAN DEBTORS FOR ENTRY OF AN ORDER STRIKING THE EXPERT REPORTS AND TESTIMONY OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON OR, IN THE ALTERNATIVE, GRANTING LEAVE TO FILE THE EXPERT REPORT OF SHELDON BURSHTEIN IN REBUTTAL TO REPORTS OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON**

Daniel Guyder, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am a partner at the firm of Allen & Overy LLP, counsel to Ernst & Young Inc., as court-appointed monitor (the "**Monitor**") for Nortel Networks Corporation ("**NNC**") and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**," and together with the Monitor, the "**Movants**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**"), pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"). I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of the *Reply in Support of the Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative,*

*Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton.*

3. Attached to this declaration is a true and correct copy of each of the following documents:

<u>Exhibit A</u>: Excerpted Transcript of the Deposition of Mr. Philip Green, taken on March 31, 2014.

<u>Exhibit B</u>: Excerpted Transcript of the Deposition of Dr. Timothy Reichert, taken on March 20, 2014.

<u>Exhibit C</u>: Excerpted Transcript of the Deposition of Mr. Mark Berenblut, taken on April 3, 2014.

<u>Exhibit D</u>: Excerpted Transcript of the Deposition of Dr. Alan Cox, taken on March 26, 2014.

<u>Exhibit E</u>: Excerpted Transcript of the Deposition of Mr. Thomas Britven, taken on April 2, 2014.

4. At the Court's request, Movants will provide the Court with true and correct copies of the complete and voluminous deposition transcripts of Messrs. Green, Reichert, Berenblut, Cox, and Britven.

5. Exhibits A, B, C, D, and E are being filed under seal pursuant to section 8 of the protective order entered in this case [Dkt. No. 10805].

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
      May 5, 2014

                                                /s/ Daniel Guyder
                                                Daniel Guyder