**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.,* | (Jointly Administered) |
| | |
| Debtors. | Re: Docket No. 13489 |
| | Hearing: May 8, 2014 @ 11a.m. |

---

**CANADIAN CREDITORS COMMITTEE'S JOINDER IN REPLY OF MONITOR AND
CANADIAN DEBTORS IN SUPPORT OF THEIR MOTION FOR ENTRY OF ORDER
STRIKING EXPERT REPORTS AND TESTIMONY OF DANIEL R. BERESKIN Q.C.
OR, IN THE ALTERNATIVE, LEAVE TO FILE REPORT OF SHELDON BURSHTEIN
CONFIDENTIAL AND FILED UNDER SEAL**

---

**FILED UNDER SEAL PURSUANT TO THE ORDER
ENTERING PROTECTIVE ORDER [D.I. 10805]**

Dated: May 5, 2014
　　　　Wilmington, Delaware

**DLA PIPER, LLP (US)**
　/s/  Selinda A. Melnik　　
Selinda A. Melnik (DE 4032)
1201 N. Market Street, Suite 2100
Wilmington Delaware 19801
Telephone: (302) 468-5650
E-mail:  selinda.melnik@dlapiper.com

- and –

Richard Hans  (admitted *pro hac vice*)
Timothy Hoeffner (admitted *pro hac vice*)
Farah Lisa Whitley-Sebti (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 335-4500
E-mail:  richard.hans@dlapiper.com
E-mail:  timothy.hoeffner@dlapiper.com
E-mail:  farahlisa.sebti@dlapiper.com

*Counsel for the Canadian Creditors Committee*
