IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Hearing Date: May 8, 2014 at 11:00 a.m.<br>Re: Docket Nos. 13370, 13377, 13411, 13418 & 13427 |

**US INTERESTS' REPLY TO OPPOSITIONS TO US INTERESTS' MOTION TO STRIKE THE EXPERT REPORTS OF THE UK PENSION CLAIMANTS AND THE CANADIAN CREDITORS COMMITTEE ADVOCATING FOR A "PRO RATA DISTRIBUTION" TO CREDITORS**

*CONFIDENTIAL - MOTION AND ACCOMPANYING EXHIBIT FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING PROTECTIVE ORDER [DOCKET NO. 10805]*

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail:  fhodara@akingump.com
         dbotter@akingump.com
         aqureshi@akingump.com

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail:  collins@rlf.com
         samis@rlf.com

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
| Howard S. Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>E-mail: hzelbo@cgsh.com<br>    jbromley@cgsh.com<br>    jrosenthal@cgsh.com<br>    lschweitzer@cgsh.com | Derek C. Abbott (No 3376)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail: dabbott@mnat.com<br>    acordo@mnat.com |

*Counsel for the Debtors and Debtors in Possession*