**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**OBJECTION OF THE MONITOR AND THE CANADIAN DEBTORS TO THE US INTERESTS' MOTION TO STRIKE DEPOSITION AND EXHIBIT OBJECTIONS OF THE CANADIAN ALLOCATION GROUP –
<u>CONFIDENTIAL AND FILED UNDER SEAL</u>**

**EXHIBITS A THROUGH C TO THE OBJECTION OF THE MONITOR AND THE CANADIAN DEBTORS TO THE US INTERESTS' MOTION TO STRIKE DEPOSITION AND EXHIBIT OBJECTIONS OF THE CANADIAN ALLOCATION GROUP –
<u>CONFIDENTIAL AND FILED UNDER SEAL</u>**

<u>**FILED UNDER SEAL PURSUANT TO THE ORDER
ENTERING PROTECTIVE ORDER [D.I. 10805]**</u>

Dated: May 6, 2014

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **ALLEN & OVERY LLP** |
| Mary F. Caloway (No. 3059) | Jacob S. Pultman |
| Kathleen A. Murphy (No. 5215) | Paul B. Keller |
| 919 N. Market Street, Suite 1500 | Laura R. Hall |
| Wilmington, Delaware 19801 | Ken Coleman |
| T: (302) 552-4200 | Daniel Guyder |
| F: (302) 552-4295 | 1221 Avenue of the Americas |
| mary.caloway@bipc.com | New York, NY 10020 |
| kathleen.murphy@bipc.com | (212) 610-6300 (telephone) |
| | (212) 610-6399 (facsimile) |
| *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors* | jacob.pultman@allenovery.com |
| | paul.keller@allenovery.com |
| | laura.hall@allenovery.com |
| | ken.coleman@allenovery.com |
| | daniel.guyder@allenovery.com |

---

[1]  The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).