IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
                                        :
In re:                                  :   Chapter 11
                                        :
NORTEL NETWORKS INC., *et al.*,         :   Case No. 09-10138 (KG)
                                        :
          Debtors.                      :   (Jointly Administered)
                                        :
---------------------------------------x

— and —

ONTARIO

SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

### JOINDER OF WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR INDENTURE TRUSTEE, IN THE PRE-TRIAL BRIEF OF THE CANADIAN CREDITORS' COMMITTEE AND PARTIAL JOINDER IN THE PRE-TRIAL BRIEF OF THE MONITOR AND CANADIAN DEBTORS – ALLOCATION

Wilmington Trust, National Association ("Wilmington Trust" or the "Trustee"), exclusively in its capacity as Indenture Trustee for the Bonds,[1] by and through its undersigned

---

[1] Nortel Networks Limited 6.875% Notes due 2023, issued pursuant to that certain Indenture, dated as of November 30, 1988 (as amended, supplemented or modified) between Nortel Networks Limited and the Trustee, as successor

attorneys, hereby joins, adopts, and incorporates by reference, the statements and arguments set forth in the Pre-Trial Brief of the Canadian Creditors' Committee [U.S. Dkt. No. 13457] (the "CCC's Pre-Trial Brief"), as if fully set forth herein.

Additionally, the Trustee joins, adopts, and incorporates by reference, as if fully set forth herein, the statements and arguments set forth in Sections IV-VIII of the Pre-Trial Brief of the Monitor and Canadian Debtors – Allocation [U.S. Dkt. No. 13452] (the "Monitor and Canadian Debtors' Pre-Trial Brief").

The Trustee reserves the right to supplement or amend this Joinder and to appear and be heard on any issue at the Trial.

WHEREFORE, the Trustee respectfully requests that the U.S. and Canadian Courts (a) grant the relief requested in the CCC's Pre-Trial Brief and the Monitor and Canadian Debtors' Pre-Trial Brief and (b) grant the Trustee such other and further relief as they deem just and proper.

Dated: May 6, 2013
Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

*/s/ Ann Kashishian*
Scott D. Cousins (No. 3079)
Mark D. Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    cousins@ccbllp.com
olivere@ccbllp.com
kashishian@ccbllp.com

- and -

---

trustee to The Bank of New York Mellon (formerly known as The Bank of New York) as successor trustee to the Toronto-Dominion Bank Trust Company.

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email:     craig.barbarosh@kattenlaw.com
           david.crichlow@kattenlaw.com
           karen.dine@kattenlaw.com

– and –

Kenneth Kraft
John Salmas
**DENTONS CANADA LLP**
77 King Street West
Suite 400
Toronto, Ontario M5K 0A1
Canada
Telephone: (416) 863-4511
Facsimile: (416) 863-4592
Email:     kenneth.kraft@dentons.com
           john.salmas@dentons.com


*Attorneys for Wilmington Trust, National Association, solely in its capacity as Successor Indenture Trustee and not in its individual capacity*