**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138-KG<br>(Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE**
**OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE**

PLEASE TAKE NOTICE that the mailing address of U.S. counsel for The Bank of New York Mellon, as indenture trustee has changed. Counsel's updated mailing address is as follows:

> Michael J. Riela
> Vedder Price P.C.
> 1633 Broadway, 47th Floor
> New York, NY 10019
> Telephone: 212-407-7700
> Email: mriela@vedderprice.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), NNCC (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567).

Dated: May 6, 2014

        VEDDER PRICE P.C.

        By: /s/ Michael J. Riela
        Michael J. Riela
        1633 Broadway, 47th Floor
        New York, NY 10019
        Telephone: 212-407-7700
        Email: mriela@vedderprice.com

        *Attorneys for The Bank of New York Mellon, as Indenture Trustee*