# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Hearing date: May 8, 2014 at 11:00 AM (ET)** |

### NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF FILING IN THE CANADIAN PROCEEDINGS OF THE REPLY MOTION RECORD OF THE MONITOR AND CANADIAN DEBTORS IN CONNECTION WITH THE MONITOR AND CANADIAN DEBTORS' <u>MOTION TO STRIKE CERTAIN EXPERT REPORTS</u>

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol [Dkt. No. 990], on May 6, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel filed in the above-captioned cases a copy of the (i) *Reply Motion Record (Motion to Strike Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton)* (the "**Motion Record**"), and related (ii) reply factum (the "**Factum**"), and (iii) reply book of authorities (the "**Book of Authorities**") filed by the Monitor and Canadian Debtors in the Canadian Proceedings on May 5, 2014, in connection with the companion *Reply in Support of the Motion of the Monitor and Canadian Debtors for entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton, or in the alternative, granting leave to file the expert report of Sheldon Burshtein in rebuttal to the Reports of Daniel R. Bereskin and Bruce W. Stratton* [Dkt. No. 13489] (the "**U.S. Submission**"). Copies of the Motion Record, Factum, and Book of Authorities are attached hereto as <u>Exhibits</u> <u>A</u>, <u>B</u>, and <u>C</u>, respectively.

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** that Exhibit 2 to the Motion Record is a copy of the U.S. Submission and Exhibit 3 to the Motion Record is a copy of the *Declaration of Daniel Guyder*, which declaration was filed by the Monitor and Canadian Debtors in these cases on May 5, 2014, in support of the U.S. Submission [Dkt. No. 13490]. Exhibits 2 and 3 to the Motion Record are not attached hereto. For reference to Exhibits 2 and 3 of the Motion Record please refer to docket numbers 13489 and 13490, respectively.

Dated: May 6, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob S. Pultman
Paul B. Keller
Laura R. Hall
Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com
ken.coleman@allenovery.com
daniel.guyder@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*