**<u>EXHIBIT A</u>**

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS
CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL
NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. C-36, AS AMENDED

REPLY MOTION RECORD
(MOTION TO STRIKE EXPERT REPORTS AND TESTIMONY OF
DANIEL R. BERESKIN AND BRUCE W. STRATTON)

Date: May 5, 2014

**Goodmans LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

**Jay A. Carfagnini**  LSUC#: 22293T
jcarfagnini@goodmans.ca
**Peter Ruby**  LSUC#: 38439P
pruby@goodmans.ca
**Joseph Pasquariello** LSUC#: 38390C
jpasquariello@goodmans.ca
**Hannah Arthurs**  LSUC#: 55337O
harthurs@goodmans.ca

Tel:    416.979.2211
Fax:    416.979.1234

Lawyers for the Monitor

**Gowling Lafleur Henderson LLP**
Barristers & Solicitors
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, ON  M5X 1G5

**Derrick Tay**  LSUC#: 21152A
derrick.tay@gowlings.com
**Jennifer Stam**  LSUC#: 46735J
jennifer.stam@gowlings.com

Tel:    416.862.7525
Fax:    416.862.7661

Lawyers for the Canadian Debtors

**TO:  THE CORE PARTIES SERVICE LIST**

# Index

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS
CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL
NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**INDEX**

| TAB | | PAGE NO. |
|---|---|---|
| 1 | Affidavit of Monique Allen sworn May 5, 2014 | |
| 2 | Exhibit 1:  Reply in Support of Motion of the Monitor and Canadian Debtors For Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton | |
| 3 | Exhibit 2:  Declaration of Daniel Guyder sworn May 5, 2014 | |
| 3(A) | Excerpted Transcript of the Deposition of Mr. Philip Green, taken on March 31, 2014 | |
| 3(B) | Excerpted Transcript of the Deposition of Dr. Timothy Reichert, taken on March 20, 2014 | |
| 3(C) | Excerpted Transcript of the Deposition of Mr. Mark Berenblut, taken on April 3, 2014 | |
| 3(D) | Excerpted Transcript of the Deposition of Dr. Alan Cox, taken on March 26, 2014 | |
| 3(E) | Excerpted Transcript of the Deposition of Mr. Thomas Britven, taken on April 2, 2014 | |

1

Court File No. 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AFFIDAVIT OF MONIQUE ALLEN**
**(Sworn May 5, 2014)**

**(Motion to Strike Expert Reports and Testimony of Daniel R. Bereskin QC**
**and Bruce W. Stratton)**

I, **MONIQUE ALLEN**, of the City of Toronto, in the Province of Ontario, **MAKE**

**OATH AND SAY:**

1.    I am a law clerk with the law firm of Goodmans LLP, counsel to Ernst & Young Inc. in

its capacity as Monitor in this matter. As such, I have personal knowledge of the matters to

which I hereinafter depose in this Affidavit. Where I do not possess personal knowledge, I have

stated the source of my information and, in all such cases, believe it to be true.

2.    Attached to this affidavit are copies of the following documents:

(a)    Exhibit 1:        Reply in Support of Motion of the Monitor and Canadian Debtors
For Entry of an Order Striking the Expert Reports and Testimony of Daniel R.
Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the
Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC
and Bruce W. Stratton

(b)    Exhibit 2:        Declaration of Daniel Guyder sworn May 5, 2014 (the "**Guyder
Declaration**"), attaching the following Exhibits:

(i)     <u>Exhibit A</u>:    Excerpted Transcript of the Deposition of Mr. Philip Green, taken on March 31, 2014.

(ii)     <u>Exhibit B</u>:    Excerpted Transcript of the Deposition of Dr. Timothy Reichert, taken on March 20, 2014.

(iii)     <u>Exhibit C</u>:    Excerpted Transcript of the Deposition of Mr. Mark Berenblut, taken on April 3, 2014.

(iv)     <u>Exhibit D</u>:    Excerpted Transcript of the Deposition of Dr. Alan Cox, taken on March 26, 2014.

(v)     <u>Exhibit E</u>:    Excerpted Transcript of the Deposition of Mr. Thomas Britven, taken on April 2, 2014.

3.    Exhibits A, B, C, D, and E of the Guyder Declaration are being filed under seal pursuant to section 8 of the Protective Order.

SWORN before me at the City of Toronto,
in the Province of Ontario, on May 5, 2014.


_____          _____
A Commissioner for taking affidavits       Name: Monique Allen
Name: Hannah Arthus

6327537