# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1 through April 30, 2014

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date: 2/5/14  End Date: 4/30/14
**Enter Billing Rate/Hr:** 700.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Amendments, Form 26 | 2.60 | $700.00 | $1,820.00 |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 7.60 | $700.00 | $5,320.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | 3.30 | $700.00 | $2,310.00 |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 31.20 | $700.00 | $21,840.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 2.20 | $700.00 | $1,540.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 6.00 | $700.00 | $4,200.00 |
| | **Hours/Billing Amount for Period:** | **52.90** | | **$37,030.00** |

**Nortel TIME SHEET**     **52.9**
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/5/14 | Discussion re claims and cross border | John Ray | 3 | 1.3 |
| 2/6/14 | Escrow agreement execution | John Ray | 8 | 1.0 |
| 2/8/14 | MOR review and execution | John Ray | 1 | 0.8 |
| 2/17/14 | Prepare January fee app | John Ray | 11 | 2.5 |
| 2/18/14 | Claims matters | John Ray | 3 | 1.3 |
| 2/19/14 | Review/edit January fee app, forward for filing | John Ray | 11 | 0.7 |
| 2/23/14 | NTC documents | John Ray | 8 | 1.2 |
| 2/24/14 | Prepare quarterly fee app | John Ray | 11 | 2.0 |
| 2/25/14 | Review and file quarterly fee app | John Ray | 11 | 0.8 |
| 2/26/14 | Reply for claims litigation | John Ray | 3 | 3.0 |
| 3/11/14 | Meetings with Cleary re allocation | John Ray | 7 | 5.3 |
| 3/12/14 | Meetings with Cleary re allocation | John Ray | 7 | 5.0 |
| 3/26/14 | MOR review | John Ray | 1 | 1.8 |
| 3/26/14 | Handling logistics matters for trial | John Ray | 7 | 1.8 |
| 4/6/14 | Friedman matter | John Ray | 7 | 0.0 |
| 4/6/14 | Investments review | John Ray | 4 | 0.0 |
| 4/7/14 | Nortel update re claims matters | John Ray | 3 | 2.0 |
| 4/9/14 | Trial preparation; documents review | John Ray | 7 | 5.3 |
| 4/11/14 | Trial preparation; affadavit diligence | John Ray | 7 | 4.0 |
| 4/25/14 | Trial preparation; documents review | John Ray | 7 | 4.8 |
| 4/30/14 | Prepare for testimony at trial; documents review | John Ray | 7 | 5.0 |
| 4/30/14 | Investments change; review of documentation | John Ray | 4 | 3.3 |