IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of **Mitchell A. Karlan**, of Gibson, Dunn & Crutcher LLP to represent Microsoft Corporation.

Dated: May 7, 2014
Wilmington, Delaware

BROWN WYNN McGARRY NIMEROFF LLC

/s/ Jami B. Nimeroff

Jami B. Nimeroff (#4049)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8142
Fax: (302) 351-2744
Email: jnimeroff@bwmnlaw.com

## CERTIFICATION

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 5, 2014

_____
Mitchell A. Karlan
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351.3827 (telephone)
(212) 351.5254 (facsimile)

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                                BY THE COURT:

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge