# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

NORTEL NETWORKS INC., et al.,

        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CORRE OPPORTUNITIES FUND, L.P.
        TRANSFEROR: ANDREW, LLC.
        ATTN: CLAIMS PROCESSING (BANKRUPTCY)
        1370 AVENUE OF THE AMERICAS, 29TH FLOOR
        NEW YORK, NY 10019

Please note that your claim # 5904-01 in the above referenced case and in the amount of $66,622.00 allowed at $66,622.00 has been transferred (unless previously expunged by court order) to:

        CORRE OPPORTUNITIES QUALIFIED MASTER FND
        TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
        ATTN: CLAIMS PROCESSING (BANKRUPTCY)
        1370 AVENUE OF AMERICAS, 29TH FLOOR
        NEW YORK,, NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13464 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2014

        David D. Bird, Clerk of Court

        /s/ Kimberly Murray

        By: Epiq Bankruptcy Solutions, LLC
        as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 7, 2014.