# EXHIBIT B

```
TIME: 10:53:15                                        NORTEL NETWORKS INC.                                                    PAGE:   1
DATE: 05/07/14                                          CREDITOR LISTING

Name                                     Address
CORRE OPPORTUNITIES FUND, L.P.           TRANSFEROR: ANDREW, LLC. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
CORRE OPPORTUNITIES FUND, L.P.           TRANSFEROR: GENBAND USA LLC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
CORRE OPPORTUNITIES FUND, L.P.           TRANSFEROR: JOHNSON CONTROLS, INC. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
CORRE OPPORTUNITIES FUND, L.P.           TRANSFEROR: PARADIGM WORKS, INC. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
CORRE OPPORTUNITIES FUND, L.P.           TRANSFEROR: PGT PHOTONICS NORTH AMERICA ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
CORRE OPPORTUNITIES QUALIFIED MASTER FND TRANSFEROR: CORRE OPPORTUNITIES FUND, L. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF AMERICAS, 29TH FLOOR NEW YORK, NY 10019

Total Number of Records Printed           6
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006