# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: D.I.s 13461, 13462, 13486 |

### JOINDER IN MOTION OF THE U.S. DEBTORS
### FOR ENTRY OF AN ORDER PROVIDING DIRECTIONS AND
### ESTABLISHING CERTAIN TRIAL PROCEDURES

Tellabs Operations, Inc. ("Tellabs"), by and through its undersigned attorneys, hereby joins in the Motion of the U.S. Debtors for Entry of an Order Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information from Public Disclosure During Trial (D.I. 13461) (the "Motion").[1]  In support, Tellabs states as follows:

1. Tellabs is party to a certain confidential agreement with one of the U.S. Debtors (the "Agreement").  The Agreement includes specific terms requiring it to be held in strict confidence.  Because of the confidential nature of the Agreement, it was marked "HIGHLY CONFIDENTIAL" under the Court's Protective Order.

2. By Notice dated May 1, 2014, the Debtors notified Tellabs that the Agreement has been designated for potential use at the Trial.

3. Tellabs has done nothing to initiate public disclosure of the Agreement.  Tellabs has not asserted a claim in the Trial and has no involvement in the Trial, and Tellabs' identity as a counter-party to the Agreement is entirely irrelevant to the issues in the Trial.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

269954.1

4. Moreover, Tellabs' interest in confidentiality remains critical. The Agreement contains highly sensitive commercial information and terms. Disclosure of the Agreement would provide a free and unfair advantage to competitors and potential counter-parties.

5. Therefore, under 11 U.S.C. § 107(b) and Federal Rule of Bankruptcy Procedure 9018, the Agreement should be sealed from public access and Tellabs' identity as a counter-party to the Agreement should be redacted and prohibited at Trial.

WHEREFORE, Tellabs respectfully requests this Court to grant the Motion, include the Agreement on Schedule A of the proposed Order granting the Motion (D.I. 13502-1), and grant Tellabs such other and further relief as it deems just and proper.

Dated: May 7, 2014

/s/ Michelle McMahon
Michelle McMahon, Esq. (3900)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: michelle.mcmahon@bryancave.com

Eric S. Prezant, Esq.
Faisal Delawalla, Esq.
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: eric.prezant@bryancave.com

Attorneys for Tellabs Operations, Inc.

269954.1

# **CERTIFICATE OF SERVICE**

I, Michelle McMahon, hereby certify that on May 7, 2014, a true and correct copy of the foregoing was served upon the following counsel by first class U.S. Mail.

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attention:  James L. Bromley<br>                    Lisa M. Schweitzer | Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>Attention:  Derek C. Abbott |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention:  Stephen J. Shimshak<br>                    Marilyn Sobel | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Attention:  Fred S. Hodara<br>                    Stephen Kuhn<br>                    Kenneth Davis |
| Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Attention:  Christopher M. Samis | Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, New York 10006<br>Attention:  Roland Hlawaty |

          /s/ Michelle McMahon
     Michelle McMahon (3900)

269954.1