# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Re: D.I. 13494** |
| ----------------------------------------------------------X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 6, 2014, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on May 8, 2014 at 11:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: May 7, 2014         CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE             James L. Bromley (admitted *pro hac vice*)
                           Lisa M. Schweitzer (admitted *pro hac vice*)
                           One Liberty Plaza
                           New York, New York 10006
                           Telephone:  (212) 225-2000
                           Facsimile:  (212) 225-3999

                           - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.