# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

           Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BUENAVENTURA, YVELISSE
          2056 SHERRY LYNNE DRIVE
          GARNER, NC 27529

Please note that your claim # 8174 in the above referenced case and in the amount of $15,271.36 allowed at $16,308.36  has been transferred **(unless previously expunged by court order)** to:

    HAIN CAPITAL HOLDINGS, LLC
    TRANSFEROR: BUENAVENTURA, YVELISSE
    ATTN: AMANDA RAPOPORT
    301 ROUTE 17, 7TH FLOOR
    RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                  UNITED STATES BANKRUPTCY COURT
                  District of Delaware
                  824 Market Street, Fifth Floor
                  Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13477         in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2014                     David D. Bird, Clerk of Court

                                  /s/ Kimberly Murray
                                  _____
                                  By: Epiq Bankruptcy Solutions, LLC
                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2014.