# EXHIBIT B

```
TIME: 15:31:28                                NORTEL NETWORKS INC.                                           PAGE:  1
DATE: 05/07/14                                  CREDITOR LISTING

Name                              Address
BUENAVENTURA, YVELISSE             2056 SHERRY LYNNE DRIVE GARNER NC 27529
CONSTABLE, JOSEPH                  54 PARKER AVENUE NEW CITY NY 10956
FLOYD, PRESTON                     AKA MICHAEL PRESTON FLOYD 110 BEECHTREE TRAIL KITTRELL NC 27544
HAIN CAPITAL HOLDINGS, LLC         TRANSFEROR: BUENAVENTURA, YVELISSE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC         TRANSFEROR: CONSTABLE, JOSEPH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC         TRANSFEROR: FLOYD, PRESTON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC         TRANSFEROR: HEARN, TERRY W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC         TRANSFEROR: MOTL, LORI A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC         TRANSFEROR: WHITE, JOHN STERLING ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HEARN, TERRY W.                    695 CONSTELLATION CT. DAVIDSONVILLE MD 21035
MOTL, LORI A.                      1012 N. 26TH ST. ARKADELPHIA AR 71923
WHITE, JOHN STERLING               36 ENGLISH TURN DR. NEW ORLEANS LA 70131

Total Number of Records Printed     12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006