# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**DECLARATION OF HORACIO E. GUTIÉRREZ
IN SUPPORT OF MICROSOFT'S SEALING REQUEST**

I, Horacio E. Gutiérrez, hereby declare as follows:

1. I am Corporate Vice President and Deputy General Counsel at Microsoft Corporation ("Microsoft"). I make this declaration in support of *Microsoft Corporation's (1) Joinder In The May 3, 2014 Motion Of The U.S. Debtors For Entry Of An Order Protecting Confidential Information From Public Disclosure During Trial And (2) Request For Entry Of An Order To Seal Or Redact Confidential Patent Cross License Agreement* (the "Joinder"), dated May 7, 2014. All facts set forth in this declaration are based on my personal knowledge and information learned from reviewing relevant documents, except as otherwise noted. If I were called as a witness, I would testify competently to the facts set forth in this declaration on behalf of Microsoft. The purpose of this declaration is to explain the highly confidential nature of that certain Patent Cross License Agreement, effective as of July 17, 2006 (the "PCL"), under which Microsoft is a counterparty with various of the debtors in the above-captioned proceeding (the "Debtors").

1

### *Microsoft's Efforts to Protect its Confidential Intellectual Property*

2. Since 2006, I have led Microsoft's worldwide intellectual property group, which is responsible for the development, maintenance, and enforcement of the company's intellectual property portfolio, including all of its patents, copyrights, trademarks, and trade secrets. This group is also responsible for inbound and outbound patent licensing work. During my eight-year tenure at Microsoft, I have supervised and worked on various legal matters involving intellectual property licensing. In many cases, I served as the lead contact in the legal department for the negotiation of intellectual property licensing agreements. In this context, I have become readily familiar with how Microsoft maintains the confidentiality of this type of information, and with which matters, as a general policy, warrant confidential treatment.

3. Microsoft invests a significant amount of capital in research and development ("R&D") each year. During fiscal years 2013, 2012, and 2011, Microsoft's R&D expense was $10.4 billion, $9.8 billion, and $9.0 billion, respectively. *See* Exhibit 1. Attached hereto as Exhibit 1 are true and correct copies of select pages from Microsoft's Form 10-K for the fiscal year ended June 30, 2013.

4. Because of Microsoft's status as a publicly traded company, and because of the enormous investment that Microsoft makes in R&D and other business initiatives, Microsoft takes extensive measures to protect its intellectual property and confidential proprietary materials. Among other things, as a general practice, Microsoft: (a) includes confidentiality clauses in its contracts with all third parties regarding patent licensing; (b) limits the internal distribution of information regarding patent licensing initiatives and relationships to employees on a "need to know" basis; and (c) specifically negotiates with third parties the content of any

press release or other public communication related to patent license agreements entered into with them. These types of confidentiality measures are necessary to prevent confidential business information from becoming public knowledge and damaging Microsoft's competitive interests.

### *The PCL and the Nortel Trial*

5. On May 2, 2014, Microsoft received a notice from the Debtors stating that the PCL has been designated as a potential trial exhibit and may be put into the public record in the joint trial scheduled to commence on May 12, 2014 (the "Trial").

6. The PCL's terms are not known to the public. The PCL contains a broad confidentiality provision that obligates the parties to keep the terms and conditions of the PCL strictly confidential. The parties agreed to this broad provision because the PCL embodies their strategic business decisions and contains their sensitive confidential and proprietary commercial information. Microsoft's license agreements are specific to each individual licensee and tailored to the particular set of terms and conditions governing each relationship. Microsoft therefore treats the PCL and its terms as highly confidential information. The employees that I supervise understand the highly sensitive nature of the PCL, as well as all license agreements entered into by Microsoft, and understand their duty to not disclose the terms of these agreements.

7. When Microsoft and certain of the Debtors entered into the PCL in July 2006, Microsoft released a general public statement about the parties' strategic alliance in the field of communications technology. The statement included a single bullet point about the PCL: "The two companies will cross-license intellectual property." The statement did not disclose any of the PCL's confidential terms. *See* Exhibit 2. Attached as Exhibit 2 is a true and correct

copy of the July 18, 2006 press release.

8.      Microsoft's only other public communication about the PCL was a statement made in April 2011 to reinforce the fact that the license would survive the sale of the Debtors' patent portfolio in the above-captioned proceeding. The statement was quoted in a Network World article published on April 5, 2011: "Microsoft has a worldwide, perpetual, royalty-free license to all of Nortel's patents that covers all Microsoft products and services, resulting from the patent cross-license signed with Nortel in 2006. Microsoft's licensed rights to the patents continue, even when ownership of the patents change hands." Attached as Exhibit 3 is a true and correct copy of the April 5, 2011 Network World article.

9.      Permitting public disclosure of the PCL's confidential terms and conditions during the Trial would cause substantial commercial harm to Microsoft, while benefitting its competitors and potential licensees. The PCL's specific provisions, scope, and financial terms are highly confidential commercial information because their disclosure would provide Microsoft's competitors and potential counterparties with an understanding of the value of the relevant licenses from the parties' perspective. Competitors and potential counterparties could use this otherwise confidential information to ascertain and anticipate Microsoft's strategies in relation to patent cross licensing arrangements and related areas, which would undermine Microsoft's bargaining power and competitive advantage in negotiating such agreements. If Microsoft has difficulty reaching favorable out-of-court licensing agreements due to its diminished competitive advantage, it would significantly increase the likelihood of costly litigation to resolve patent and other intellectual property disputes.

10.     Microsoft is a third party to the Trial and did not choose to put the PCL at issue. The PCL is not the subject matter of the underlying litigation and is at most tangential to the

material issues of how to allocate the Debtors' sale proceeds. Under these circumstances, sealing the PCL's terms for use at the Trial is necessary and appropriate to protect the confidentiality of Microsoft's sensitive commercial information from disclosure in the public domain.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2014.

By: _____
Horacio E. Gutiérrez

## **Exhibit 1**

Excerpt from Microsoft's Form 10-K for the fiscal year ended June 30, 2013

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the Fiscal Year Ended June 30, 2013

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the Transition Period From          to

Commission File Number 0-14278

# MICROSOFT CORPORATION

| WASHINGTON | 91-1144442 |
|---|---|
| (STATE OF INCORPORATION) | (I.R.S. ID) |

**ONE MICROSOFT WAY, REDMOND, WASHINGTON 98052-6399**

(425) 882-8080

www.microsoft.com/investor

**Securities registered pursuant to Section 12(b) of the Act:**

| COMMON STOCK, $0.00000625 par value per share | NASDAQ |
|---|---|

**Securities registered pursuant to Section 12(g) of the Act:**
NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of December 31, 2012, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $202,945,146,270 based on the closing sale price as reported on the NASDAQ National Market System. As of July 18, 2013, there were 8,329,956,402 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive Proxy Statement to be delivered to shareholders in connection with the Annual Meeting of Shareholders to be held on November 19, 2013 are incorporated by reference into Part III.

<u>PART I</u>
Item 1

<u>OPERATIONS</u>

We have operations centers that support all operations in their regions, including customer contract and order processing, credit and collections, information processing, and vendor management and logistics. The regional center in Ireland supports the European, Middle Eastern, and African region; the center in Singapore supports the Japan, India, Greater China, and Asia-Pacific region; and the centers in Fargo, North Dakota, Fort Lauderdale, Florida, Puerto Rico, Redmond, Washington, and Reno, Nevada support Latin America and North America. In addition to the operations centers, we also operate data centers throughout the Americas, Europe, and Asia regions.

To serve the needs of customers around the world and to improve the quality and usability of products in international markets, we localize many of our products to reflect local languages and conventions. Localizing a product may require modifying the user interface, altering dialog boxes, and translating text.

We contract most of our manufacturing activities for Xbox 360 and related games, Kinect for Xbox 360, various retail software packaged products, Surface devices, and Microsoft PC accessories to third parties. Our products may include some components that are available from only one or limited sources. Our Xbox 360 console, Kinect for Xbox 360, Surface devices, and Microsoft PC accessories include key components that are supplied by a single source. The integrated central processing unit/graphics processing unit for the Xbox 360 console is purchased from IBM, and the supporting embedded dynamic random access memory chips are purchased from Taiwan Semiconductor Manufacturing Company. We generally have the ability to use other manufacturers if the current vendor becomes unavailable or unable to meet our requirements. We generally have multiple sources for raw materials, supplies, and components, and are often able to acquire component parts and materials on a volume discount basis.

<u>RESEARCH AND DEVELOPMENT</u>

During fiscal years 2013, 2012, and 2011, research and development expense was $10.4 billion, $9.8 billion, and $9.0 billion, respectively. These amounts represented 13% of revenue in each of those years. We plan to continue to make significant investments in a broad range of research and development efforts.

**Product and Service Development and Intellectual Property**

We develop most of our products and services internally. Internal development allows us to maintain competitive advantages that come from product differentiation and closer technical control over our products and services. It also gives us the freedom to decide which modifications and enhancements are most important and when they should be implemented. We strive to obtain information as early as possible about changing usage patterns and hardware advances that may affect software design. Before releasing new software platforms, we provide application vendors with a range of resources and guidelines for development, training, and testing. Generally, we also create product documentation internally.

We protect our intellectual property investments in a variety of ways. We work actively in the U.S. and internationally to ensure the enforcement of copyright, trademark, trade secret, and other protections that apply to our software and hardware products, services, business plans, and branding. We are a leader among technology companies in pursuing patents and currently have a portfolio of over 35,000 U.S. and international patents issued and over 38,000 pending. While we employ much of our internally developed intellectual property exclusively in Microsoft products and services, we also engage in outbound and inbound licensing of specific patented technologies that are incorporated into licensees' or Microsoft's products. From time to time, we enter into broader cross-license agreements with other technology companies covering entire groups of patents. We also purchase or license technology that we incorporate into our products or services. At times, we make select intellectual property broadly available at no or low cost to achieve a strategic objective, such as promoting industry standards, advancing interoperability, or attracting and enabling our external development community.

While it may be necessary in the future to seek or renew licenses relating to various aspects of our products and business methods, we believe, based upon past experience and industry practice, such licenses generally could be obtained on commercially reasonable terms. We believe our continuing research and product development are not materially dependent on any single license or other agreement with a third party relating to the development of our products.

**<u>Exhibit 2</u>**

**Microsoft Press Release, dated July 18, 2006**



# News Center

Our Company | Our Products | Blogs & Communities | Press Tools

Mobile | Subscribe | Follow

**TopStories**

| Meet the 2014 YouthSpark Challenge for Change winners | Windows Phone apps help you celebrate Cinco de Mayo with gusto | Xbox One to launch in China in September |
| 2014-05-01 | 2014-05-01 | 2014-04-29 |

## Nortel and Microsoft Form Strategic Alliance to Accelerate Transformation of Business Communications

July 18, 2006

Shared vision for unified communications to drive new growth opportunities for both companies.

Like 0  Tweet 0  Share  Email

**Press contacts**

**Rapid Response Team**
Waggener Edstrom Worldwide
(503) 443-7070

**Related links**

**News Conference Coverage:**
On-Demand Webcast (.wmv file, 50 min. 59 sec.) – July 18, 2006
Written Transcript of Remarks – July 18, 2006

**Video Clips – Steve Ballmer (.wmv files):**
Microsoft's Investment in Unified Communications (15 sec.)
Benefits of Communications Move to IP Platform (22 sec.)
The Microsoft/Nortel Alliance Transforms Communications (21 sec.)
Benefits to Customers of Microsoft/Nortel Alliance (31 sec.)
The Three Areas of Microsoft/Nortel Collaboration (2 min. 23 sec.)

**Video Clips – Mike Zafirovski (.wmv files):**
Communications with a Software-based Approach (8 sec.)
Value of the Alliance for Customers (14 sec.)
Nortel is Ready to Work with Microsoft (10 sec.)
How Nortel is Making Steps Forward (14 sec.)
Software and the Reliability of Existing Networks (22 sec.)

**Feature Story:**
Microsoft and Nortel Announce Innovative Communications Alliance (ICA) - July 18, 2006

**Media Alert:**
Media Alert: Nortel and Microsoft to Form Strategic Alliance for Unified Communications - July 18, 2006

**Other Resources:**
Innovative Communications Alliance

REDMOND, WASH., and TORONTO--July 18, 2006--The convergence of the communications and IT industries took a significant step forward today as Microsoft Corp. and Nortel announced a strategic alliance based on a shared vision for unified communications. By engaging the companies at the technology, marketing and business levels, the alliance will allow both companies to drive new growth opportunities and has the potential to ultimately transform businesses communications, reducing costs and complexity and improving productivity for customers.

By combining Nortel's world-class network quality and reliability with Microsoft® software's ease of use, the alliance will accelerate the availability of unified communications — an industry concept that uses advanced technologies to break down today's device- and network-centric silos of communication (such as e-mail, instant messaging, telephony and multimedia conferencing) and makes it easy and efficient for workers to reach colleagues, partners and customers with the devices and applications they use most.



Microsoft CEO Steve Ballmer (R) and Nortel President and CEO Mike Zafirovski today announced a strategic alliance between the two companies at Microsoft headquarters in Redmond, Wash.

Image: Page | Print
See also: Click for high-res version.

Taking a decisive step further, Nortel and Microsoft will transition traditional business phone systems into software, with a Microsoft unified communications software platform and Nortel software products to provide further advanced telephony functionality. This software-centric approach will provide the easiest transition path for businesses, helping enable them to reduce the total cost of ownership and better protect current and future investments. It will also more quickly enable the creation of new, innovative applications.

"Nortel and Microsoft have each led fundamental transformations in their own market — Nortel's digital innovation and Microsoft's software on every desktop," said Mike Zafirovski, president and CEO of Nortel. "By combining our unique strengths, Microsoft and Nortel will accelerate the delivery of unified communications — delivering to our customers a higher-quality user experience, with greater reliability and lower total cost of ownership. That's where we can make a real difference."

"We are investing together because the communications industry is at an inflection point," said Steve Ballmer, CEO of Microsoft. "We will have deep collaboration in product development with Nortel, allowing us to rapidly deliver high-quality, highly reliable solutions that will support mission-critical communications. The opportunity for our customers is fantastic. We will enable them to realize tremendous economic and business benefits from unified communications."

"This is a gutsy play for Nortel — accelerating the move of our voice technology into software and working with the world's software leader as part of our broader business strategy to transform the company into a software and services leader," Zafirovski said. "From this transaction, we believe we can capture well beyond $1 billion in new revenue, ramping up with increased momentum through 2009 via professional services, voice products and applications, as well as data pull-through in the enterprise."

"Unified communications will drive the next major advance in individual, team and organizational productivity in today's 24x7, always-connected and increasingly mobile work environment," said Jeff Raikes, president of the Business Division at Microsoft. "Our software-based approach puts

people at the center of communications through a single identity across e-mail, voice mail, voice over Internet protocol (VoIP) call processing, instant messaging and video, and intuitively embeds communications capabilities into people's everyday work processes, including the Microsoft Office system and third-party software applications."

**Components of the Agreement**

- **Strategic alliance**

  - The companies will enter into a four-year alliance agreement, with provisions for its extension.
  - Nortel will be Microsoft's strategic partner for advanced unified communications solutions and systems integration.
  - The two companies will form the Innovative Communications Alliance as a go-to-market vehicle.
  - Microsoft and Nortel will deploy the other's technologies in their enterprise networks.

- **Solutions and systems integration**

  - Nortel becomes a strategic systems integration partner for the advanced unified communications solution.
  - Nortel believes it can capture substantial new revenue through service offerings such as convergence planning, integration, optimization, monitoring and managed services.

- **Joint product development**

  - Nortel and Microsoft will form joint teams to collaborate on product development that spans enterprise, mobile and wireline carrier solutions.
  - The two companies will cross-license intellectual property.
  - Nortel and Microsoft will engage in early-stage integration and testing.
  - Nortel will deliver solutions that complement Microsoft's unified communications platform, including enterprise contact center applications, mission-critical telephony functions, advanced mobility capabilities and data networking infrastructure.

- **Go-to-market initiatives**

  - Microsoft and Nortel will jointly sell the advanced unified communications solution and integration services. The plan is to develop a training and incentive program for the companies' sales teams.
  - Both companies will invest substantial resources in marketing, business development and delivery.
  - Microsoft and Nortel will build a joint channel ecosystem using both companies' systems integrator, reseller, and service provider relationships.
  - The two companies will develop a series of compelling solutions for a range of customers, including small and medium-sized business, large corporations and service providers.

**About Nortel**

Nortel (NYSE/TSX "NT") is a recognized leader in delivering communications capabilities that enhance the human experience, ignite and power global commerce, and secure and protect the world's most critical information. Our next-generation technologies, for both service providers and enterprises, span access and core networks, support multimedia and business-critical applications, and help eliminate today's barriers to efficiency, speed and performance by simplifying networks and connecting people with information. Nortel does business in more than 150 countries. For more information, visit Nortel on the Web at www.nortel.com. For the latest Nortel news, visit www.nortel.com/news.

**About Microsoft**

Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide leader in software, services and

solutions that help people and businesses realize their full potential.

Certain statements in this press release may contain words such as "could," "expects," "may," "anticipates," "believes," "intends," "estimates," "targets," "envisions," "seeks" and other similar language and are considered forward-looking statements or information under applicable securities legislation. These statements are based on Nortel's current expectations, estimates, forecasts and projections about the operating environment, economies and markets in which Nortel operates. These statements are subject to important assumptions, risks and uncertainties, which are difficult to predict, and the actual outcome may be materially different. In preparation of its financial outlook in this press release, Nortel has made various assumptions related to its potential additional services revenues generated from its strategic alliance with Microsoft, including: a lack of new competitive technologies to displace or diminish the revenue potential of the joint unified communications solution; stable regional market dynamics for this solution, with the greatest revenue opportunities existing in North America and Europe; primary focus of future services revenues on integration and network monitoring, and a fixed market stable hourly service rate in 2007; Nortel capturing a significant amount of the revenue associated with the service and product revenue generated from any Converged Office deployment where Nortel is involved; successful evolution of Exchange Server and associated software from Microsoft to a unified messaging platform; ability to leverage Nortel's existing installed base market and capture a significant amount of the IP conversion market for this installed base by 2009; significant growth in Nortel's global sales in VoIP solutions year over year for the next four years, partially offset by a reduction in revenue per sale resulting from Nortel's multipartner strategy; the continued success of Nortel evolving its technologies in a complementary fashion with its existing and future suppliers; and sustained dedication of the parties to grow aggressively this market opportunity. The above assumptions, although considered reasonable by Nortel at the date of this press release, may prove to be inaccurate, and consequently Nortel's actual results could differ materially from its expectations set out in this press release.

Further, actual results or events could differ materially from those contemplated in forward-looking statements as a result of the following: (i) risks and uncertainties relating to Nortel's restatements and related matters including Nortel's most recent restatement and two previous restatements of its financial statements and related events; the negative impact on Nortel and NNL of their most recent restatement and delay in filing their financial statements and related periodic reports; legal judgments, fines, penalties or settlements, or any substantial regulatory fines or other penalties or sanctions, related to the ongoing regulatory and criminal investigations of Nortel in the U.S. and Canada; any significant pending civil litigation actions not encompassed by Nortel's proposed class action settlement; any substantial cash payment and/or significant dilution of Nortel's existing equity positions resulting from the finalization and approval of its proposed class action settlement, or if such proposed class action settlement is not finalized, any larger settlements or awards of damages in respect of such class actions; any unsuccessful remediation of Nortel's material weaknesses in internal control over financial reporting resulting in an inability to report Nortel's results of operations and financial condition accurately and in a timely manner; the time required to implement Nortel's remedial measures; Nortel's inability to access, in its current form, its shelf registration filed with the United States Securities and Exchange Commission (SEC), and Nortel's below-investment-grade credit rating and any further adverse effect on its credit rating due to Nortel's restatements of its financial statements; any adverse affect on Nortel's business and market price of its publicly traded securities arising from continuing negative publicity related to Nortel's restatements; Nortel's potential inability to attract or retain the personnel necessary to achieve its business objectives; any breach by Nortel of the continued listing requirements of the NYSE or TSX causing the NYSE and/or the TSX to commence suspension or delisting procedures; (ii) risks and uncertainties relating to Nortel's business including yearly and quarterly fluctuations of Nortel's operating results; reduced demand and pricing pressures for its products due to global economic conditions, significant competition, competitive pricing practice, cautious capital spending by customers, increased industry consolidation, rapidly changing technologies, evolving industry standards, frequent new product introductions and short product life cycles, and other trends and industry characteristics affecting the telecommunications industry; the sufficiency of the restructuring actions announced in this press release, including the potential for higher actual costs to be incurred in connection with restructuring actions compared to the estimated costs of such actions and the ability to achieve the targeted cost savings and reductions of Nortel's unfunded pension liability deficit; any material and adverse affects on Nortel's performance if its expectations regarding market demand for particular products prove to be wrong or because of certain barriers in its efforts to expand internationally; any reduction in Nortel's operating results and any related volatility in the market price of its publicly traded securities arising from any decline in its gross margin, or fluctuations in foreign currency exchange rates; any negative developments associated with Nortel's supply contract and contract manufacturing agreements including as a result of using a sole supplier for key optical networking solutions components, and any defects or errors in Nortel's current or planned products; any negative impact to Nortel of its failure to achieve its business transformation objectives; additional valuation allowances for all or a portion of its deferred tax assets; Nortel's failure to protect its intellectual property rights, or any adverse judgments or settlements arising out of disputes regarding intellectual property; changes in regulation of the Internet and/or other aspects of the industry; Nortel's failure to successfully operate or integrate its strategic acquisitions, or failure to consummate or succeed with its strategic alliances; any negative effect of Nortel's failure to evolve adequately its financial and managerial control and reporting systems and processes, manage and grow its business, or create an effective risk management strategy; and (iii) risks and uncertainties relating to Nortel's liquidity, financing arrangements and capital including the impact of Nortel's most recent restatement and two previous restatements of its financial statements; any inability of Nortel to manage cash flow fluctuations to fund working capital requirements or achieve its business objectives in a timely manner or obtain additional sources of funding; high levels of debt, limitations on Nortel capitalizing on business opportunities because of credit facility covenants, or on obtaining additional secured debt pursuant to the provisions of indentures governing certain of Nortel's public debt issues and the provisions of its credit facilities; any increase of restricted cash requirements for Nortel if it is unable to secure alternative support for obligations arising from certain normal course business activities, or any inability of Nortel's subsidiaries to provide it with sufficient funding; any negative effect to Nortel of the need to make larger defined benefit

plans contributions in the future or exposure to customer credit risks or inability of customers to fulfill payment obligations under customer financing arrangements; any negative impact on Nortel's ability to make future acquisitions, raise capital, issue debt and retain employees arising from stock price volatility and further declines in the market price of Nortel's publicly traded securities, or any future share consolidation resulting in a lower total market capitalization or adverse effect on the liquidity of Nortel's common shares. For additional information with respect to certain of these and other factors, see Nortel's 2005 10-K/A, Quarterly Report on Form 10-Q and other securities filings with the SEC. Unless otherwise required by applicable securities laws, Nortel disclaims any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

Microsoft is a registered trademark of Microsoft Corp. in the United States and/or other countries.

Nortel is a registered trademark of Nortel Networks Ltd.

The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

*Note to editors:* If you are interested in viewing additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass on Microsoft's corporate information pages. Web links, telephone numbers and titles were correct at time of publication, but may since have changed. For additional assistance, journalists and analysts may contact Microsoft's Rapid Response Team or other appropriate contacts listed at http://www.microsoft.com/presspass/contactpr.mspx.

  Mobile    Subscribe    Follow

#### Other Microsoft sites

 Windows
 Office
 Surface
 Windows Phone
 Nokia devices
 Xbox
 Skype
 Bing
 Microsoft Store

#### Downloads
Download Center
Windows downloads
Office downloads

#### Support
Support home
Knowledge base

#### Security
Security home
Microsoft Security Essentials

#### About
Microsoft
Careers
Company News
Investor relations
Site map

#### Popular resources
Windows Phone devices
Windows Phone apps and games
Laptops and desktop computers
Microsoft computer security
Malware removal tool
Free antivirus software
Cloud computing solutions
Microsoft Dynamics CRM Online

United States

Microsoft

Contact Us   Terms of Use   Trademarks   Privacy & Cookies   ©2014 Microsoft

**Exhibit 3**

**Network World article, dated April 5, 2011**



News | Blogs | Newsletters | Videos | Events | Resources    More

White Papers   Webcasts   Solution Centers

## Microsoft, Google and cloud tech news
Jon Brodkin

-- Select Microsoft Subnet Blog --

# Microsoft already has rights to the Nortel patents Google wants

Microsoft/Nortel patent cross-licensing deal remains in effect

By Jon Brodkin on Tue, 04/05/11 - 9:45am.

2 Comments   Print   Share   g+1   Like 0

When Google decided yesterday to bid $900 million for Nortel's patent portfolio yesterday, one natural question asked by some reporters was: Will Microsoft step in and try to block its rival from completing the deal?

But there may be no need. Microsoft, thanks to a 2006 agreement with Nortel, already owns the rights to all of Nortel's patents and will continue to hold those rights even if Google purchases all 6,000 of them.

Heated rivals: The 10 bloodiest battles Microsoft and Google fought in 2010

Microsoft released a statement saying "Microsoft has a worldwide, perpetual, royalty-free license to all of Nortel's patents that covers all Microsoft products and services, resulting from the patent cross-license signed with Nortel in 2006. Microsoft's licensed rights to the patents continue, even when ownership of the patents change hands."

The statement indicates Microsoft is using plenty of Nortel intellectual property within its own product lines. But when I asked Microsoft which products benefit from tne Nortel licensing deal the spokesperson said "Microsoft does not have any other comment or detail to provide on your other questions." Microsoft also would not comment on whether any other components of its 2006 agreement with Nortel are still active.

Microsoft and Nortel announced on July 18, 2006 a "strategic alliance to accelerate transformation of business communications," combining the two companies' products to deliver business phone systems and other components of unified communications.

Microsoft is still pursuing unified communications with its new Lync software, but Nortel is in bankruptcy and in the process of selling off all of its business units. Avaya purchased Nortel's enterprise business unit including the unified communications portfolio, and is a partner of Microsoft's in this market.

But back to Google's attempt to purchase Nortel's patents. Google said this is a defensive measure to prevent others from suing the search giant. "If successful, we hope this portfolio will not only create a disincentive for others to sue Google, but also help us, our partners and the open source community - which is integrally involved in projects like Android and Chrome - continue to innovate," Google said.

One thing Google apparently won't be able to do with the patents is prevent Microsoft from using Nortel intellectual property.

Follow Jon Brodkin on Twitter.

2 Comments   Print   Share   g+1   Like 0

### About Microsoft, Google and cloud tech news

Jon Brodkin writes about Microsoft, Google, browsers, operating systems, PCs, mobile devices, cloud computing, virtualization, open source and a bunch of other tech stuff for Network World. He also cares just a little bit too much about Boston sports teams. Follow Jon on Twitter @jbrodkin.



*Policy on comments: Respectful discussion is welcomed! However, comments that use inappropriate language, consist of name calling or personal attacks, or include accusations of wrongdoing are not appropriate. Those comments will be deleted or edited.*

RSS   E-Mail

### Most Discussed Posts

Replacing the PSTN with VoIP: Not If, But When
1 comment · 5 hours ago

Microsoft cheaper to use than open source software, UK CIO says
16 comments · 39 minutes ago

50 years of BASIC: Celebrating the resilient programming language
60 comments · 1 week ago

Why we should preserve useless, old software
9 comments · 1 hour ago

ARIN Runs Out of Addresses
12 comments · 3 days ago

**On The Web**
Facebook
Twitter

**Tags**

Microsoft | Software | Google | Microsoft | Nortel | patents

## Recent Blog Posts

- Why is a former NFL cheerleader making Google and Facebook nervous?
- Desktops and Apps On the Go
- Happy belated Star Wars Day, but watch out for Revenge of the Fifth
- WWDC 2014: Don't expect an iWatch or the long-rumored Apple TV
- Plain old paper inspires foldable smartphone prototype
- Deploying 802.11ac: Notes from the Field
- Enghouse Interactive Melds Portfolio with Zeacom in Latest Release
- Targeted ads that track how and where you drive are coming to connected cars
- Smartphone zombies savvier than we give them credit for
- NASA Space Network facing critical technical, cost challenges

Our Commenting Policies

### Network World's Daily Newsletter

*Stay up to date with the most important tech news*

Sign-up

### Network World, Inc
*The Connected Enterprise*

- About Us
- Careers @ IDG
- Newsletter Subscriptions
- Contact Us
- Advertise
- Partnerships

### Other IDG Sites

| | | |
|---|---|---|
| CFOworld | IDG Knowledge Hub | LinuxWorld |
| CIO | IDG TechNetwork | MacWorld |
| CITEworld | IDG Ventures | Network World |
| Computerworld | InfoWorld | PC World |
| CSO | ITwhitepapers | TechHive |
| DEMO | ITworld | Technology Briefcase |
| IDG Connect | JavaWorld | |

Copyright © 1994 - 2014 Network World, Inc. All rights reserved.    Privacy Policy