# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                                  :
*In re*                                                           :     Chapter 11
                                                                  :
Nortel Networks Inc., *et al.*,                                   :     Case No. 09-10138 (KG)
                                                                  :
                            Debtors.                              :     Jointly Administered
                                                                  :
                                                                  :     **Re:   D.I.s** _____
_____:

**ORDER SEALING MICROSOFT CORPORATION'S**
**CONFIDENTIAL PATENT CROSS LICENSE AGREEMENT**

Upon consideration of Microsoft Corporation's Motion For Entry Of An Order To Seal Or Redact Confidential Patent Cross License Agreement (the "Motion");[1] and the Court having reviewed all pleadings related thereto; and the Court having found notice of the Motion being adequate and sufficient under the circumstances; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. The PCL is hereby sealed, and its confidential terms shall not be publicly disclosed during the Trial, pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 9018-1(b) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware.

Dated: _____, 2014          _____
                                                                Honorable Kevin Gross
                                                                Chief United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.