IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re : | | |
| : | | |
| Nortel Networks Inc., et al.,[1] : | Chapter I 1 | |
| : | | |
| Debtors. : | Case No. 09-10138 (KG) | |
| : | Jointly Administered | |
| : | | |
| : | Hearing date: TBD | |
| : | Objection deadline: TBD | |
| ---------------------------------------------x | | |

### NOTICE OF MICROSOFT CORPORATION'S MOTION FOR ENTRY OF AN ORDER TO SEAL OR REDACT CONFIDENTIAL PATENT CROSS LICENSE AGREEMENT

**PLEASE TAKE NOTICE** that on May 7, 2014, *Microsoft Corporation filed its Motion for Entry of An Order to Seal or Redact Confidential Patent Cross License Agreement* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held **on a date to be determined** before the Honorable Kevin Gross in Courtroom 3 of the United States Bankruptcy Court, 824 Market Street, Sixth Floor, Wilmington, Delaware 19801.   Objections to the Motion, if any, will be due on a **date to be determined**, for which further notice will be provided.

**PLEASE TAKE FURTHER NOTICE THAT NOTICE OF THE HEARING DATE AND OBJECTION DEADLINE WIL BE SERVED ONCE THE COURT HAS RULES

---

[1] The Debtors in these chapter 11 cases, along with last four digits of each Debtor's tad identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq 11. com/nortel.

**ON THE MOVANTS' REQUEST FOR SHORTENED NOTICE AND SPECIAL HEARING.**

Dated: May 7, 2014
Wilmington, Delaware

BROWN WYNN McGARRY NIMEROFF LLC

By: /s/ Jami B. Nimeroff_____
Jami B. Nimeroff (No. 4049)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8142
Fax: (302) 351-2744
jnimeroff@bwmnlaw.com

and

Mitchell A. Karlan, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-2615 Tel
(212) 351-6351 Fax
MKarlan@gibsondunn.com

*Counsel for Microsoft Corporation*