**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OOF DELAWARE**

| | | |
|---|---|---|
| _____ | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

  I, Jami B. Nimeroff, hereby certify that on this 7th day of May, 2014, I caused a true and correct copy of Microsoft Corporation's Motion for Entry of An Order to Seal or Redact Confidential Patent Cross License Agreement to be served upon the people on the attached service list via electronic mail.

| | |
|---|---|
| Dated: Wilmington, DE<br>    May 7, 2014 | Respectfully submitted,<br><br>BROWN WYNN McGARRY  NIMEROFF LLC<br><br>/s/Jami B. Nimeroff<br>Jami Nimeroff, Esquire (No. 4049)<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 428-8142 Tel<br>(302) 351-2744 Fax<br>jnimeroff@bwmnlaw.com |

**Service List**

derrick.tay@gowlings.com; jennifer.stam@gowlings.com; jcarfagnini@goodmans.ca; jpasquariello@goodmans.ca; bzarnett@goodmans.ca; amark@goodmans.ca; pruby@goodmans.ca; jkimmel@goodmans.ca; carmstrong@goodmans.ca; nortel.monitor@ca.ey.com; ken.coleman@allenovery.com; acordo@mnat.com; paul.keller@allenovery.com; daniel.guyder@allenovery.com; laura.hall@allenovery.com; Joseph.Badtke-Berkow@AllenOvery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; tdemarinis@torys.com; sbomhof@torys.com; sblock@torys.com; agray@torys.com; aslavens@torys.com; jbromley@cgsh.com; lschweitzer@cgsh.com; hzelbo@cgsh.com; jrosenthal@cgsh.com; dstein@cgsh.com; mdecker@cgsh.com; jmoessner@cgsh.com; aluft@cgsh.com; irozenberg@cgsh.com; jerickson@cqsh.com; dabbott@mnat.com; rschwill@dwpv.com; scampbell@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; jzhi@counsel-toronto.com; eharron@ycst.com; jdorsey@ycst.com; adler@hugheshubbard.com; oxford@hugheshubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com; lily.harmer@paliareroland.com; karen.jones@paliareroland.com; tina.lie@paliareroland.com; michelle.jackson@paliareroland.com; Jacqueline.cummins@paliareroland.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; skour@mccarthy.ca; kpeters@mccarthy.ca; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; zychk@bennettjones.com; orzyr@bennettjones.com; finlaysong@bennettjones.com; swanr@bennettjones.com; zweigs@bennettjones.com; bellj@bennettjones.com; TKreller@milbank.com; JHarris@milbank.com; APisa@milbank.com; svora@milbank.com; aleblanc@milbank.com; mhirschfeld@milbank.com; amiller@milbank.com; tmatz@milbank.com; nbassett@milbank.com; gruha@milbank.com; rpojunas@milbank.com; fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; rajohnson@akingump.com; bkahn@akingump.com; cdoniak@akingump.com; jsorkin@akingump.com; jyecies@akingump.com; angela.pearson@ashurst.com; antonia.croke@ashurst.com; samis@rlf.com; skukulowicz@casselsbrock.com; mwunder@casselsbrock.com; rjacobs@casselsbrock.com; mbarrack@tgf.ca; djmiller@tgf.ca; rlewis@tgf.ca; amcewan@tgf.ca; jfinnigan@tgf.ca; mshakra@tgf.ca; cdavis@bayardlaw.com; jalberto@bayardlaw.com; boconnor@willkie.com; sadvani@willkie.com; ahanrahan@willkie.com; sheryl.seigel@mcmillan.ca; michael.riela@lw.com; craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; Karen.dine@kattenlaw.com; elamek@blg.com; jszumski@blg.com; dalowenthal@pbwt.com; lbarnes@osler.com; esellers@osler.com; eputnam@osler.com; ahirsh@osler.com; acobb@osler.com; michael.lang@nortonrosefulbright.com; amdg@hoganlovells.com; john.tillman@hoganlovells.com; Matthew.bullen@hoganlovells.com; david.graves@hoganlovells.com; katherine.tallett-williams@hoganlovells.com; james.norris-jones@hsf.com; john.salmas@dentons.com; kenneth.kraft@dentons.com; mark.kenney@usdoj.gov