UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                       :
*In re*                                : Chapter 11
                                       :
Nortel Networks Inc., *et al.*,        : Bankruptcy No. 09-10138 (KG)
                                       :
                    Debtors.           : Jointly Administered
                                       :
                                       :
_____: RE:   D.I.s _____


ORDER SHORTENING NOTICE RELATING TO
MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 102(1)
AND 105, FED. R. BANKR. P. 9006 AND BANKR. D. DEL. L.R. 9006-1(e)
SHORTENING NOTICE WITH RESPECT TO MICROSOFT CORPORATION'S
MOTION FOR ENTRY OF AN ORDER TO SEAL OR REDACT
CONFIDENTIAL PATENT CROSS LICENSE AGREEMENT

Upon the motion (the "Motion to Shorten") of Microsoft Corporation ("Microsoft") for entry of an order, as more fully described in the Motion to Shorten, (i) shortening notice to allow *Microsoft Corporation's Motion For Entry Of An Order To Seal Or Redact Confidential Patent Cross License Agreement* (the "Seal Motion") to be considered on an expedited basis; (ii) scheduling a hearing on the Seal Motion so that it may be heard on **May 12, 2014 at \_\_\_:00 a.m. (Eastern Time)** (the "Proposed Hearing"); and (iii) permitting objections, if any, to the Seal Motion to be filed in advance of or raised on the record at the Proposed Hearing; and adequate notice of this Motion to Shorten and the Seal Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and

factual bases set forth in the Motion to Shorten establish just cause for the relief requested in the Motion to Shorten, after due deliberation and good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. Relief on the Seal Motion will be considered at a hearing on **May 12, 2014 at __:00 a.m. (Eastern Time)**.

3. Objections, if any, to the Seal Motion shall be filed in advance of the hearing on May 12, 2014 or may be raised orally at the hearing.

Dated: _____, 2014
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE