IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X  Chapter 11
:
*In re*                                                 :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                      :  Jointly Administered
:
              Debtors.  :
:
-------------------------------------------------------X

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 8, 2014 AT 11:00 A.M. (EASTERN TIME)

**THE HEARING WILL BE HELD AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,
824 MARKET STREET, 6TH FLOOR, COURTROOM #1,
WILMINGTON, DELAWARE 19801 (JUDGE SHANNON'S COURTROOM)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTERS GOING FORWARD**

1. Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton – Confidential and Filed Under Seal (D.I. 13317, Filed 4/11/14).

   Objection Deadline: April 28, 2014.

   Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

a)     The US Interests' Opposition to the Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton (D.I. 13415, Filed 4/28/14);

b)     Declaration of Marla A. Decker in Support of the US Interests' Opposition to the Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton (D.I. 13416, Filed 4/28/14); and

c)     Opposition of the U.K. Pension Claimants to the Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton (D.I. 13417, Filed 4/28/14).

<u>Related Pleadings</u>:

a)     Declaration of Jacob S. Pultman in Support of the Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton (D.I. 13318, Filed 4/11/14);

b)     Joinder of the Canadian Creditors Committee in the Motions of the Monitor and Canadian Debtors (I) For Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton, and (II) to Shorten Time for Hearing of the Motion to Strike (D.I. 13320, Filed 4/13/14);

c)     Notice Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Filing of the Motion to Strike of the Monitor and Canadian Debtors in the Canadian Proceedings (D.I. 13344, Filed 4/16/14);

d)     Notice Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of the Filing of Documents in the Canadian Proceedings by the Canadian Creditors Committee Related to the Motion to Strike the Expert Report and Testimony of Daniel R. Bereskin QC (D.I. 13386, Filed 4/23/14);

e)     Reply in Support of Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and

        Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton – Confidential and Filed Under Seal (D.I. 13489, Filed 5/5/14);

   f)    Declaration of Daniel Guyder in Support of the Reply in Support of the Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton (D.I. 13490, Filed 5/5/14);

   g)    Canadian Creditors Committee's Joinder in Reply of Monitor and Canadian Debtors in Support of Their Motion for Entry of Order Striking Expert Reports and Testimony of Daniel R. Bereskin Q.C. or, in the Alternative, Leave to File Report of Sheldon Burshtein Confidential and Filed Under Seal (D.I. 13491, Filed 5/5/14); and

   h)    Notice Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Filing in the Canadian Proceedings of the Reply Motion Record of the Monitor and Canadian Debtors in Connection with the Monitor and Canadian Debtors' Motion to Strike Certain Expert Reports (D.I. 13499, Filed 5/6/14).

   <u>Status</u>:  A joint hearing on this matter is going forward.

2.    Motion of the U.K. Pension Claimants for Entry of an Order Excluding Any Opinions Offered by Raymond Zenkich and Jeffrey Kinrich Relating to Enforcement of Chinese Patents and Any Corresponding Impact on Their Value (D.I. 13368, Filed 4/21/14).

   <u>Objection Deadline</u>:  April 28, 2014.

   <u>Responses Received</u>:

   a)    The US Interests' Opposition to the Motion of the U.K. Pension Claimants for Entry of an Order Excluding Any Opinions Offered by Raymond Zenkich and Jeffrey Kinrich Relating to Enforcement of Chinese Patents and Any Corresponding Impact on Their Value (D.I. 13413, Filed 4/28/14); and

   b)    Declaration of David H. Herrington in Support of the US Interests' Opposition to the Motion of the U.K. Pension Claimants for Entry of an Order Excluding Any Opinions Offered by Raymond Zenkich and Jeffrey Kinrich Relating to Enforcement of Chinese Patents and Any Corresponding Impact on Their Value (D.I. 13414, Filed 4/28/14).

   <u>Related Pleadings</u>:

   a)    Reply of the U.K. Pension Claimants in Support of the Motion for Entry of an Order Excluding Any Opinions Offered by Raymond Zenkich and Jeffrey Kinrich

      Relating to Enforcement of Chinese Patents and Any Corresponding Impact on Their Value (D.I. 13488, Filed 5/5/14).

      Status:  A joint hearing on this matter is going forward.

3. Pre-Trial Motion of the U.K. Pension Claimants Relating to the Expert Report of John J. McConnell (D.I. 13369, Filed 4/21/14).

    Objection Deadline:  April 28, 2014.

    Responses Received:

    a) Response of the Official Committee of Unsecured Creditors of Nortel Networks Inc. and Certain of Its Affiliates, as Debtors and Debtors in Possession to the Pre-Trial Motion of the U.K. Pension Claimants Relating to the Expert Report of John J. McConnell (D.I. 13412, Filed 4/28/14).

    Related Pleadings:

    a) Notice of Supplemental Declaration of Michael S. Shakra (D.I. 13402, Filed 4/24/14).

Status:  This matter has been resolved and settled on terms agreed to by the U.K. Pension Claimants and the US Interests.

4. US Interests' Motion to Strike the Expert Reports of the UK Pension Claimants and the Canadian Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors (D.I. 13370, Filed 4/21/14).

    Objection Deadline:  April 28, 2014.

    Responses Received:

    a) Notice of Filing Under Seal Canadian Creditors Committee's Memorandum Opposing the US Interests' Motion to Strike Expert Reports Advocating for a "Pro Rata Distribution" to Creditors (D.I. 13411, Filed 4/28/14);

    b) Opposition of the U.K. Pension Claimants to the U.S. Interests' Motion to Strike the Expert Reports of the U.K. Pension Claimants and the Canadian Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors (D.I. 13418, Filed 4/28/14); and

    c) Notice of Filing of Exhibits for the Opposition of the U.K. Pension Claimants to the U.S. Interests' Motion to Strike the Expert Reports of the U.K. Pension Claimants and the Canadian Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors (D.I. 13427, Filed 4/29/14).

    Related Pleadings:

    a)    Notice of Filing of Proposed Order Approving US Interests' Motion to Strike the Expert Reports of the UK Pension Claimants and the Canadian Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors (D.I. 13377, Filed 4/22/14); and

    b)    US Interests' Reply to Oppositions to US Interests' Motion to Strike the Expert Reports of the UK Pension Claimants and the Canadian Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors (D.I. 13492, Filed 5/5/14).

Status:  A joint hearing on this matter is going forward.

5.    The US Interests' Motion to Strike Deposition and Exhibit Objections of the Canadian Allocation Group (D.I. 13428, Filed 4/29/14).

Responses Received:

    a)    Objection of the Monitor and the Canadian Debtors to the US Interests' Motion to Strike Deposition and Exhibit Objections of the Canadian Allocation Group (D.I. 13493, Filed 5/6/14).

Related Pleadings:

    a)    The US Interests' Reply Memorandum in Connection with Their Motion to Strike Deposition and Exhibit Objections of the Canadian Allocation Group (D.I. 13504, Filed 5/7/14).

Status:  A joint hearing on this matter is going forward.

6.    Motion of the U.S. Debtors for Entry of an Order Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information from Public Disclosure During Trial (D.I. 13461, Filed 5/3/14).

Objection Deadline:  May 7, 2014 at 12:00 p.m. (ET).

Responses Received:

    a)    Canadian Creditors Committee's Response to Motions Seeking Sealing or Confidentiality Orders for Trial Submissions (D.I. 13487, Filed 5/5/14); and

    b)    United States Trustee's Limited Objection To Motion of U.S. Debtors for Entry of an Order Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information from Public Disclosure During Trial (D.I. 13503, Filed 5/7/14).

Related Pleadings:

a)   Order Shortening Notice Relating to Motion of the U.S. Debtors for Entry of an Order Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information from Public Disclosure During Trial (D.I. 13486, Entered 5/5/14);

b)   Microsoft Corporation's (1) Joinder in the May 3, 2014 Motion of the U.S. Debtors for Entry of an Order Protecting Confidential Information from Public Disclosure During Trial and (2) Request for Entry of an Order to Seal or Redact Confidential Patent Cross License Agreement (D.I. 13500, Filed 5/6/14);

c)   Notice of Filing of Revised Proposed Order Providing Directions and Establishing Procedures for Sealing Trial Exhibits, Redacting Pretrial Submissions, and Protecting Confidential Information from Public Disclosure During Trial (D.I. 13502, Filed 5/6/14); and

d)   Joinder in Motion of the U.S. Debtors for Entry of an Order Providing Directions and Establishing Certain Trial Procedures (D.I. 13509, Filed 5/7/14).

Status:  A joint hearing on this matter is going forward.

7.   Notice Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Filing of the Monitor and Canadian Debtors' Motion Record (Use of Documents at Trial) in the Canadian Proceedings (D.I. 13463, Filed 5/3/14).

Responses Received:

a)   Canadian Creditors Committee's Response to Motions Seeking Sealing or Confidentiality Orders for Trial Submissions (D.I. 13487, Filed 5/5/14).

Related Pleadings:

a)   **Notice Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Filing in the Canadian Proceedings of the Factum and Book of Authorities of the Monitor and Canadian Debtors (Motion Regarding Use of Documents at Trial) (D.I. 13512, Filed 5/7/14).**

Status:  A joint hearing on this matter is going forward.

Dated: May 7, 2014  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8227384.1

7