IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) <br> ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

1. Christopher M. Samis, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Jacqueline Yecies (the "Admittee") of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, to represent the Official Committee of Unsecured Creditors in the above-captioned cases. The Admittee is a member in good standing of the Bar of the State of New York, and is admitted to practice before the United States District Courts for the Eastern and Southern Districts of New York.

Dated: May 7, 2014
Wilmington, Delaware

/s/ Christopher M. Samis
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: samis@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

2.      Pursuant to Local Rule 9010-1, the Admittee certifies that she is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with those Local Rules. In accordance with the *Revised Standing Order for District Court Fund* effective July 23, 2009, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court for the District of Delaware prior to the filing of this motion.

_____
Jacqueline Yecies
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
Telephone: (212)- 872-1000
Facsimile: (212)- 872-1002
E-mail: jyecies@akingump.com

3.      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May ____, 2014
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE