Court File No. 09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.,* | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Ann K. Young, hereby certify that on this 7th day of May, 2014, I caused a true and correct copy of the **Response and Reservation of Rights of Telefonaktiebolaget L M Ericsson (publ) and Rockstar Bidco, LP to the Motion of the U.S. Debtors for Entry of an Order Providing Directions and Establishing Procedures for the Sealing of Trial Exhibits, Redacting Pretrial Submissions, and Protecting the Confidential Information from Public Disclosure During the Trial** (together with accompanying exhibits); and the **Declaration in Support of Rockstar's Request for Sealing Procedure** on the persons set forth on the attached service list in the manner shown thereon.

Dated: New York, NY
      May 8, 2014

Respectfully submitted,

PAUL WEISS RIFKIND WHARTON & GARRISON LLP

/s/ Ann K. Young
Ann K. Young, Esquire.
1285 Avenue of the Americas
New York, NY 10019

# SERVICE LIST

**By Hand Delivery**

Mark S. Kenny
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801


**By Electronic Mail (E-mail)**

Max.Starnino@paliareroland.com; Jennifer.Stam@gowlings.com;
Niklas.Holmberg@gowlings.com; donmcdermett@bakerbotts.com;
david.dantzic@lw.com; joseph.simei@lw.com; david.allinson@lw.com;
alfred.rose@ropesgray.com; howard.glazer@ropesgray.com; bpukier@stikeman.com;
kyle.krpata@weil.com; ronit.berkovich@weil.com; mobryan@mofo.com;
wschwartz@mofo.com; ewechler@kramerlevin.com; matthew.hart@lazard.com;
dberten@giplg.com; lbeyer@deloitte.com; nicholas.christakos@sutherland.com;
sbcarlin@kpmg.com; cruchelman@capdale.com; MObryan@mofo.com;
raffy.lorentzian@ntscorp.com; renglish@airdberlis.com; hfogul@airdberlis.com;
iaversa@airdberlis.com; Jacob.Pultman@AllenOvery.com; pczegledy@airdberlis.com;
smitra@airdberlis.com; sgraff@airdberlis.com; aqureshi@akingump.com;
bkahn@akingump.com; cdoniak@akingump.com; dbotter@akingump.com;
fhodara@akingump.com; jyecies@akingump.com; jsorkin@akingump.com;
rajohnson@akingump.com; surquhart@ahbl.ca; daniel.guyder@allenovery.com;
jonathan.cho@allenovery.com; joseph.badtke-berkow@allenovery.com;
ken.coleman@allenovery.com; laura.hall@allenovery.com;
nicolette.ward@allenovery.com; paul.keller@allenovery.com;
angela.pearson@ashurst.com; antonia.croke@ashurst.com; chris.besant@bakernet.com;
don.mcdermett@bakerbotts.com; lydia.salvi@bakernet.com; ibrady@baldwinlaw.ca;
cdavis@bayardlaw.com; jalberto@bayardlaw.com; mclachlana@bennettjones.com;
finlaysong@bennettjones.com; bellj@bennettjones.com; zychk@bennettjones.com;
laugesenm@bennettjones.com; swanr@bennettjones.com; ryanbellr@bennettjones.com;
orzyr@bennettjones.com; zweigs@bennettjones.com; steven.weisz@blakes.com;
craig.thorburn@blakes.com; hugh.desbrisay@blakes.com; jeremy.forgie@blakes.com;
jenna.willis@blakes.com; marc.flynn@blakes.com; milly.chow@blakes.com;
pamela.huff@blakes.com; susan.grundy@blakes.com; elamek@blg.com;
jszumski@blg.com; rjaipargas@blgcanada.com; eric.prezant@bryancave.com;
kathleen.murphy@bipc.com; mary.caloway@bipc.com; mwunder@casselsbrock.com;
rjacobs@casselsbrock.com; skukulowicz@casselsbrock.com; barry.wadsworth@caw.ca;
lewis.gottheil@caw.ca; doug@chaitons.com; harvey@chaitons.com; aluft@cgsh.com;
dstein@cgsh.com; hzelbo@cgsh.com; irozenberg@cgsh.com; jmoessner@cgsh.com;
jbromley@cgsh.com; jrosenthal@cgsh.com; jerickson@cgsh.com;

lschweitzer@cgsh.com; mdecker@cgsh.com; mgurgel@cgsh.com;
david.quagliana@constellation.com; jdrew@curtis.com; sreisman@curtis.com;
David.Cohen@gowlings.com; davidsteer127@sympatico.ca; jdoris@dwpv.com;
lsarabia@dwpv.com; rschwill@dwpv.com; scampbell@dwpv.com;
bdarlington@davis.ca; John.Salmas@dentons.com; Kenneth.Kraft@dentons.com;
farahlisa.sebti@dlapiper.com; jason.gerstein@dlapiper.com; richard.hans@dlapiper.com;
selinda.melnik@dlapiper.com; timothy.hoeffner@dlapiper.com; dwinters@justice.gc.ca;
nortel.monitor@ca.ey.com; nanci@eurodata.ca; jsullivan@edc.ca;
akauffman@fasken.com; jlevin@fasken.com; dmilner@fasken.com;
jspiegelman@foglers.com; vdare@foglers.com; jwigley@gardiner-roberts.com;
amark@goodmans.ca; bzarnett@goodmans.ca; carmstrong@goodmans.ca;
grubenstein@goodmans.ca; jcarfagnini@goodmans.ca; jkimmel@goodmans.ca;
jpasquariello@goodmans.ca; pruby@goodmans.ca; james.norris-jones@hsf.com;
amdg@hoganlovells.com; david.graves@hoganlovells.com;
john.tillman@hoganlovells.com; katherine.tallett-williams@hoganlovells.com;
matthew.bullen@hoganlovells.com; huberty@hugheshubbard.com;
adler@hugheshubbard.com; tabataba@hugheshubbard.com;
oxford@hugheshubbard.com; kjohnson@imk.ca; Patrick.Shea@gowlings.com;
Derrick.Tay@gowlings.com; craig.barbarosh@kattenlaw.com;
david.crichlow@kattenlaw.com; karen.dine@kattenlaw.com; akaplan@kmlaw.ca;
bwalancik@kmlaw.ca; jvanbakel@kmlaw.ca; mzigler@kmlaw.ca; sphilpott@kmlaw.ca;
ewechsler@kramerlevin.com; david.allinson@lw.com; DAVID.DANTZIC@LW.com;
JOSEPH.SIMEI@LW.com; michael.riela@lw.com; jzhi@counsel-toronto.com;
mgottlieb@counsel-toronto.com; pmichell@counsel-toronto.com; slaubman@counsel-toronto.com; tosullivan@counsel-toronto.com; twynne@counsel-toronto.com;
sbrown@lrlaw.com; bboake@mccarthy.ca; bdshaw@mccarthy.ca;
emarques@mccarthy.ca; ghall@mccarthy.ca; hmeredith@mccarthy.ca;
jgage@mccarthy.ca; jsirivar@mccarthy.ca; kpeters@mccarthy.ca;
kmcelcheran@mccarthy.ca; psteep@mccarthy.ca; skour@mccarthy.ca;
john.stringer@mcinnescooper.com; stephen.kingston@mcinnescooper.com;
jeffrey.levine@mcmillan.ca; adam.maerov@mcmillan.ca; andrew.kent@mcmillan.ca;
brett.harrison@mcmillan.ca; brent.mcpherson@mcmillan.ca; sheryl.seigel@mcmillan.ca;
wael.rostom@mcmillan.ca; APisa@milbank.com; aleblanc@milbank.com;
amiller@milbank.com; gruha@milbank.com; jharris@milbank.com;
mhirschfeld@milbank.com; nbassett@milbank.com; rpojunas@milbank.com;
svora@milbank.com; tkreller@milbank.com; tmatz@milbank.com;
cmills@millerthomson.com; jcarhart@millerthomson.com;
dullmann@mindengross.com; rslattery@mindengross.com; tdunn@mindengross.com;
William.MacLarkey@ontario.ca; leonard.marsello@ontario.ca; mario.faieta@ontario.ca;
acordo@mnat.com; dabbott@mnat.com; mobryan@mofo.com; wschwartz@mofo.com;
ainslie.benedict@nelligan.ca; christopher.rootham@nelligan.ca;
janice.payne@nelligan.ca; steven.levitt@nelligan.ca;
catherine.ma@nortonrosefulbright.com; ahirsh@osler.com; acobb@osler.com;
eputnam@osler.com; esellers@osler.com; lbarnes@osler.com;
Jacqueline.Cummins@paliareroland.com; Karen.Jones@paliareroland.com;
Ken.Rosenberg@paliareroland.com; Lily.Harmer@paliareroland.com;

michelle.jackson@paliareroland.com; Tina.Lie@paliareroland.com; dalowenthal@pbwt.com; samis@rlf.com; jrochon@rochongenova.com; jarchibald@rochongenova.com; stambakos@rochongenova.com; Alfred.Rose@ropesgray.com; Howard.Glazer@ropesgray.com; dgoldstein@schneidergaggino.com; mgaggino@schneidergaggino.com; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; puneet@sdslawfirm.com; dimitri.lascaris@siskinds.com; emilie.maxwell@siskinds.com; ray.leach@siskinds.com; adsilva@stikeman.com; ataylor@stikeman.com; bpukier@stikeman.com; dmurdoch@stikeman.com; esnow@stikeman.com; kesaw@stikeman.com; rferguson@stikeman.com; dwd@tmlegal.ca; hvw@tmlegal.ca; djmiller@tgf.ca; jfinnigan@tgf.ca; lwilliams@tgf.ca; mbarrack@tgf.ca; mshakra@tgf.ca; rlewis@tgf.ca; amcewan@tgf.ca; sbomhof@torys.com; aslavens@torys.com; agray@torys.com; sblock@torys.com; tdemarinis@torys.com; mschein@vedderprice.com; paige.honeycutt@verint.com; thomas.wallis@vdg.ca; kyle.krpata@weil.com; ronit.berkovich@weil.com; ahanrahan@willkie.com; boconnor@willkie.com; sadvani@willkie.com; eharron@ycst.com; jdorsey@ycst.com; JSheasby@irell.com; ETurner@irell.com; RYAN.MORRIS@blakes.com; mriela@vedderprice.com; don.mcdermett@bakerbotts.com; ewechsler@kramerlevin.com; jrochon@rochongenova.com; jarchibald@rochongenova.com; stambakos@rochongenova.com; Alvin.Wong@gowlings.com; Vasuda.Sinha@nortonrosefulbright.com; Joseph.Badtke-Berkow@AllenOvery.com; kathleen.murphy@bipc.com; ja.prestage@blakes.com