**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
:
                               :       Chapter 11
:
*In re*                           :       Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]     :       Jointly Administered
:
:
:
              Debtors.    :
-------------------------------------------------------X

**EXHIBIT B TO AFFIDAVIT OF SERVICE (D.I. 13531)**

> *CONFIDENTIAL FILED UNDER SEAL* – *FILED UNDER SEAL PURSUANT TO THE ORDER ENTERING A PROTECTIVE ORDER [D.I. 10805]*

CLEARY GOTTLIEB STEEN & HAMILTON LLP    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Howard S. Zelbo (admitted *pro hac vice*)       Derek C. Abbott (No. 3376)
James L. Bromley (admitted *pro hac vice*)    Ann C. Cordo (No. 4817)
Jeffrey A. Rosenthal (admitted *pro hac vice*)   1201 North Market Street
Lisa M. Schweitzer (admitted *pro hac vice*)   P.O. Box 1347
One Liberty Plaza                        Wilmington, Delaware 19899-1347
New York, New York 10006           Telephone: (302) 658-9200
Telephone: (212) 225-2000           Facsimile: (302) 658-3989
Facsimile: (212) 225-3999           E-mail: dabbott@mnat.com
E-mail: hzelbo@cgsh.com                          acordo@mnat.com
        jbromley@cgsh.com
        jrosenthal@cgsh.com
        lschweitzer@cgsh.com

*Counsel for the Debtors and Debtors in Possession*

Dated:     May 8, 2014
           Wilmington, Delaware

---

[1]    The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.