Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re **Nortel Networks, Inc.**          Case No. **09-10138**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **VonWin Capital Management, LP** | **CORDARO, THERESE** |

**Name and Address where notices to Transferee should be sent:**
By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 910**
Amount of Claim: **$35,502.46**
Date Claim Filed**: 04-13-2009**
Debtor: **Nortel Networks, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**          Date: May 8, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

    Ch-11 Nortel Networks, Inc.

    Debtor

Case No. 09-10138

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Cordaro, Therese ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Allowed Claim Amount | Allowed Claim Number No. |
|---|---|
| $35,502.46 | 910 |

have been transferred and assigned to VonWin Capital Management, L.P. . ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

| | | | | |
|---|---|---|---|---|
| BUYER: | VonWin Capital Management, L.P. | SELLER: | Cordaro, Therese | |
| Address: | 261 Fifth Avenue<br>22nd Floor<br>New York, NY 10016 | Address: | 24 Brunswick Rd<br>Cedar Grove, NJ 07009 | |
| Signature: | | Signature: | *Therese Cordaro* | |
| Name: | Roger von Spiegel | Name: | THERESE CORDARO | |
| Title: | Managing Member, VonWin Capital, LLC the General Partner of VonWin Capital Management, L.P. | Title: | Seller | |
| Date: | | Date: | 5/2/14 | |