## NOTICE OF CLAIMS PURCHASE AGREEMENT

SONAR CREDIT PARTNERS II, LLC, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $300,000.00 (Allowed Claim Amount, defined as the "Claim") against Nortel Networks Inc. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-10138.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 17 day of April, 2014.

SONAR CREDIT PARTNERS II, LLC

WITNESS _____
(Signature)

_____
(Print Name and Title of Witness)

_____
(Signature of Fund Representative)

Michael Goldberg, President, Sonar Asset Management
(Print Name and Title of Fund Representative) Group, Inc.
its Managing Member

CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP

WITNESS _____K. Buff_____
Kevin Barrett

_____
(Signature of Fund Representative)
Eric Soderlund

## EXHIBIT "A"