# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)

**COURTROOM LOCATION: 3**
**DATE: 5/8/14**

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mitchell Karlan | Gibson Dunn | Microsoft |
| Fred Hodara | Akin Gump | Official Comm of Unsecured Creditors |
| Robert Johnson | ,, | ,, |
| David Botter | ,, | ,, |
| Chris Samis | RLF | ,, |
| Anna Cordo | MNAT | Debtors |
| Derek Abbott | ,, | ,, |
| Lisa Schweitzer | GGSH | ,, |
| Jeff Rosenthal | ,, | ,, |
| Jackie Moessner | ,, | ,, |
| Inna Rosenberg | ,, | ,, |
| Kyle Danclete-To | ,, | ,, |
| Alexander McCauen | ,, | ,, |
| Jacob Pultman | Allen & Overy LLP | Canadian Debtors + Monitor |
| Joseph Badtke-Berkow | ,, | ,, |
| Justin Alberto | Bayard | OKP |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.

**CASE NO.:** 09-10138 (KG)

**COURTROOM LOCATION: 3**

**DATE:** 5/8/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Sameer Advani | Willkie Farr | UKP |
| Eugene Chang | " | " |
| Lorenzo Marcolla | " | " |
| Robert Kossky | " | " |
| Selinda Melnik | DLA Piper | C c c |
| Timothy Hoeffner | " | " |
| Jami Nimeroff | Brown Wynn McCann Nimeroff | Microsoft |
| Peter J. Keany | Rechulski Ster Ziehl & Sorio | Pel Son Coeps & Engl. Joes |
| Mara Miller | Milbank | " |
| Nicholas Borrott | " | " |
| DAVID CRICHLOW | Katten | Wilmington Trust, NA |
| Mark Kenny | US Trustee | US Trustee |
| Jaime Chapman | Joint Administrators | YCST |
| John Dorsey | " | YCST |
| Fara Tabatabai | " | Hughes Hubbard |
| Neil Oxford | " | Hughes Hubbard |

# SIGN-IN-SHEET

CASE NAME:    Nortel Networks Inc.
CASE NO.:     09-10138 (KG)

COURTROOM LOCATION: 3
DATE:         5/8/14

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary Caloway | Buchanan Ingersoll & Rooney | By Monitor - Canadian Debtors |
| Steve Shimshak | Paul Weiss | Ericsson / Bidco |
| Diane Meyers | '' | '' |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

U.S. Bankruptcy Court-Delaware (DE - US)

Court Conference

Confirmed Telephonic Appearance Schedule

Honorable Kevin Gross (Nortel Trial Only)

Courtroom

| Calendar Date: | 05/08/2014 |
| Calendar Time: | 11:00 AM ET |

*2nd Revision 05/08/2014 07:04 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6242805 | Justin Brass | (212) 843-1242 | Stone Lion Capital Partners | Interested Party, Stone Lion / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6244865 | Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6245220 | Nicholas W. Chiuchiolo | (212) 728-8511 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6238007 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6238673 | Kent Collier | 212-257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6244406 | Faisal Delawalla | (312) 602-5000 | Bryan Cave LLP | Interested Party, Tellabs Operations, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6241159 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6239749 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Creditor, UK Pension Trust LTD / LIVE |

| Case | Debtor | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6239474 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LISTEN ONLY |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6241629 | Matthew Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6243580 | Jennifer S. Feistritzer | (415) 268-7000 | Morrison & Foerster | Creditor, Hitachi / LIVE |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6244849 | Frank Grese | (212) 310-8192 | Weil, Gotshal & Manges LLP | Interested Party, Weil, Gotshal & Manges LLP / LISTEN ONLY |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6245823 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6241362 | Daniel Guyder | 212-756-1132 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6244328 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomas Hals / LISTEN ONLY |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6245911 | Lily Harmer | (416) 646-4326 | Paliare Roland & Rosenberg | Representing, Superintendent of Financial Services as Administrator / LISTEN ONLY |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6242895 | Ryan K. Kalaau | (212) 751-5733 | DW Investment Management | Interested Party, DW Investment Management / LISTEN ONLY |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6245893 | Ari Kaplan | (416) 595-2087 | Koskie Minsky, LLP | Creditor, Former Employee's of Nortel Canada / LISTEN ONLY |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6245917 | Rebecca Kennedy | (416) 304-1014 | Thornton Grout Finnigan LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| 09-10138 | Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 6242868 | Kenneth D Kraft | 416-863-4374 | Dentons Canada LLP | Successor/Trustee, Wilmington Trust, National Association / LISTEN ONLY |

Peggy Drasal ext. 802

| Debtor | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6228179 | Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6219756 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6239876 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6245902 | Rachel B. Mersky | (302) 656-8162 | Monzack Mersky McLaughlin & Browd | Interested Party, Employees Ad Hoc / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6245829 | Dan Mindel | (724) 321-2961 | Ernst & Young, LLP | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6243566 | Michael G. O'Bryan | (415) 268-7000 | Morrison & Foerster | Creditor, Hitachi / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6239766 | Brian E. O'Connor | 212-728-8000 | Wilkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6245135 | Richard Paige | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6239940 | Michael J. Riela | (212) 407-7766 | Vedder Price P.C. | Creditor, Bank of New York Mellon / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6229246 | Adam M. Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6243573 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6244364 | Darryl Stein | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6245843 | Barry Wadsworth | 416-495-6564 | CAW-Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6245851 | Barbara Walancik | (416) 542-6288 | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6241640 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Michael J. Wunder / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6241607 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10164 | Hearing | 6245919 | Michael S Shakra | (416) 304-0332 | Thornton Grout Finnigan LLP | Creditor, UK Pension Claimants / LISTEN ONLY |