**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

       Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Joseph Badtke-Berkow of Allen & Overy LLP to represent the Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors in this action.

Dated: May 9, 2014               **BUCHANAN INGERSOLL & ROONEY PC**

                              */s/ Kathleen A. Murphy*
                              Mary F. Caloway (No. 3059)
                              Kathleen A. Murphy (No. 5215)
                              919 N. Market Street, Suite 1500
                              Wilmington, Delaware 19801
                              T: (302) 552-4200
                              F: (302) 552-4295
                              mary.caloway@bipc.com
                              kathleen.murphy@bipc.com

                              *Attorneys for Ernst & Young Inc., as Monitor*
                              *and Foreign Representative of the Canadian*
                              *Debtors*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

---

[1]     The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

**ALLEN & OVERY LLP**

_____
Joseph Badtke-Berkow, Esq.
1221 Avenue of the Americas
New York, New York 10020
Phone: 212-610-6300

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission _pro hac vice_ is granted.

Dated: _____, 2014

_____
United States Bankruptcy Judge