# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

2nd Revision 05/09/2014 10:42 AM

Calendar Date: 05/09/2014
Calendar Time: 02:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6247832 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248409 | Sameer Advani | (212) 728-3593 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248257 | Justin Alberto | (302) 429-4226 | Bayard P.A. | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248334 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248247 | Sheila Block | (416) 865-7319 ext. 00 | Torys, LLP | Debtor, Nortel Network, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248251 | Scott Bomhof | 416-865-7370 | Torys, LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248355 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248495 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248356 | Lauren Butti | (416) 597-6259 | Goodmans, LLP | Debtor, Canadian Debtor / LIVE |

Peggy Drasal ext. 802   CourtConfCal2012   Page 1 of 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248337 | Mary Caloway | 302-552-4209 | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248216 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6247826 | Ann C. Cordo | (302) 351-9459 ext. 00 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248278 | David Crichlow | (212) 940-8941 | Katten Muchin Rosenman LLP New Yo | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248376 | Christine Doniak | 212-872-8059 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248214 | John Dorsey | 302-571-6712 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248348 | Jennifer S. Feistritzer | (415) 268-7000 | Morrison & Foerster | Creditor, Hitachi / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248821 | Harry Fogul | (416) 865-7726 | Aird & Berlis, LLP | Creditor, Microsoft Corporation / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248253 | Andrew Gray | (416) 865-7630 | Torys, LLP | Debtor, Nortel Networks, Inc. and Parallel Canadian Proceedings / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248684 | Frank Grese | (212) 310-8192 | Weil, Gotshal & Manges LLP | Interested Party, Weil, Gotshal & Manges LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248353 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248344 | Timothy Hoeffner | (212) 335-4640 | DLA Piper US, LLP | Debtor, Nortel Network Inc. / LIVE |

| Debtor | Case | Type | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248298 Robert Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248365 Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248262 Mitchell Karlan | (212) 351-3827 | Gibson Dunn | Creditor, Microsoft Corporation / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248343 Peter J Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248263 Mark Kenney | 302-573-6491 | Office of the United States Trustee | Trustee, Office of the United States Trustee / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248379 Kenneth D Kraft | 416-863-4374 | Dentons Canada LLP | Successor/Trustee, Wilmington Trust, National Association / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248739 Ryan O. Lawlor | (312) 602-5000 | Bryan Cave LLP | Creditor, Tellabs / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248369 Andrew LeBlanc | 212-530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248373 Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248259 Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248347 Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248701 Andrew Max | (302) 351-9358 | Superior Court of Justice - Toronto Re | Interested Party, Superior Court of Justice - Toronto Region / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6247867 | Alexzandra McCowen | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks INC., / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248215 | Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Creditor, Canadian Creditors Committee / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248468 | Diane Meyers | (212) 373-3868 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248377 | Atara Miller | (212) 530-5100 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248254 | Stephen Miller | (302) 888-6853 | Morris James LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248244 | Frank J.C Newbould | (302) 351-9358 | Superior Court of Justice - Toronto | Interested Party, Justice Frank J.C. Newbould / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248255 | Jami Nimeroff | (302) 428-8142 | Brown Wynn McGarry Nimeroff, LLC | Creditor, Microsoft Corporation / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248317 | Jacob Pultman | (212) 610-6340 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248647 | Betsy Putnam | (416) 862-6835 | Osler LLP | Debtor, Canadian Board of Directors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248361 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248249 | Michael J. Riela | (212) 407-7766 | Vedder Price P.C. | Creditor, Bank of New York Mellon / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6247853 | Inna Rozenberg | (212) 225-2972 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks INC., / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248352 | Chris Samis | 302-651-7886 | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6247856 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248459 | Stephen Shimshak | (212) 373-3133 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6247845 | Adam M. Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248368 | Joseph Sorkin | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248325 | Jennifer Stam | (416) 862-5697 | Gowlings Lafleur & Henderson LLP | Debtor, Canadian Debtor / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248218 | Max Starnino | (416) 646-4300 | Paliare Roland & Rosenberg | Creditor, Superintendent of Financial Services, et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248212 | Fara Tabatabai | (212) 837-6000 | Hughes Hubbard & Reed LLP (New Yr | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248226 | Barry Wadsworth | 416-495-6564 | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248228 | Barbara Walancik | (416) 542-6288 | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248749 | Farah Whitley | (212) 335-4829 | DLA Piper US, LLP | Creditor, The Canadian Creditors Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248351 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Michael J. Wunder / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248374 | Jacqueline Yecies | (212) 872-7479 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |