**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                                                            :    Chapter 11
*In re*                                                     :
                                                            :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :    Jointly Administered
         Debtors.                                :
                                                            :    **RE: D.I.s 13461, 13463**
                                                            :
------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
ORDER PROVIDING DIRECTIONS AND ESTABLISHING
PROCEDURES FOR SEALING TRIAL EXHIBITS, REDACTING
PRETRIAL SUBMISSIONS, AND PROTECTING CONFIDENTIAL
INFORMATION FROM PUBLIC DISCLOSURE DURING THE TRIAL**

        I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the proposed *Order Providing Directions And Establishing Procedures For Sealing Trial Exhibits, Redacting Pretrial Submissions, And Protecting Confidential Information From Public Disclosure During The Trial* (the "Proposed Order"), attached as **Exhibit 1** hereto:

        1.    On May 3, 2013, the Debtors filed the *Motion Of The U.S. Debtors For Entry Of An Order Providing Directions And Establishing Procedures For Sealing Trial*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Exhibits, Redacting Pretrial Submissions, And Protecting Confidential Information From Public Disclosure During The Trial* [D.I. 13461] (the "Procedures Motion").

2. On May 6, 2014, the Debtors filed the *Notice Of Filing Of Revised Proposed Order Providing Directions And Establishing Procedures For Sealing Trial Exhibits, Redacting Pretrial Submissions, And Protecting Confidential Information From Public Disclosure During The Trial* [D.I. 13502] (the "Revised Order").

3. A hearing on the Procedures Motion was held on May 8, 2014, and May 9, 2014 (together, the "Hearing").

4. Based on this Court's rulings at the Hearing and comments received prior to, during and after the Hearing from counsel to parties-in-interest, the Debtors have revised the Revised Order (the "Further Revised Order").

5. The Further Revised Order is attached hereto as **Exhibit 1**. A blackline showing the modifications to the Revised is attached hereto as **Exhibit 2**.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Second Supplemental Order attached hereto as **Exhibit 1** and (ii) grant such other and further relief as is just and proper.

Dated:  May 9, 2014  
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)  
James L. Bromley (admitted *pro hac vice*)  
Jeffrey A. Rosenthal (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*