IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 13369<br>and 13412** |

**NOTICE REGARDING STIPULATION WITHDRAWING THE
PRE-TRIAL MOTION OF THE U.K. PENSION CLAIMANTS
RELATING TO THE EXPERT REPORT OF JOHN J. MCCONNELL**

PLEASE TAKE NOTICE that on April 21, 2014, the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") filed the *Pre-Trial Motion Of The U.K. Pension Claimants Relating To The Expert Report Of John J. McConnell* (the "Motion") [D.I. 13369] seeking and Order pursuant to Rule 53.03(2.1)(6)(iii) of the *Rules of Civil Procedure*, R.R.O. 1990, Reg. 194 (the "Canadian Rules") and Rules 26(a)(2) and 37(c)(1) of the Federal Rules of Civil Procedure (the "U.S. Rules"), excluding from evidence the expert report of John J. McConnell dated February 28, 2014, submitted by the Official Committee of Unsecured Creditors to the U.S. Debtors (the "UCC"), and certain other relief as described therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02499387v2}

PLEASE TAKE FURTHER NOTICE that on April 28, 2014, the Official Committee of Unsecured Creditors to the U.S. Debtors (the "UCC") filed the *Response Of The Official Committee Of Unsecured Creditors Of Nortel Networks Inc. And Certain Of Its Affiliates, As Debtors And Debtors In Possession To The Pre-Trial Motion Of The U.K. Pension Claimants Relating To the Expert Report Of John J. McConnell* [D.I. 13412].

PLEASE TAKE FURTHER NOTICE that the UCC, the U.K. Pension Claimants, Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession, and the Ad Hoc Group of Bondholders, by and through their respective counsel, have engaged in settlement negotiations and have agreed to resolve the Motion consistent with the terms of the stipulation (the "Stipulation") attached hereto as Exhibit A.

Dated: May 9, 2014
       Wilmington, Delaware

                         BAYARD, P.A.

                         */s/ Justin R. Alberto*
                         Charlene D. Davis (No. 2336)
                         Justin Alberto (No. 5126)
                         222 Delaware Avenue, Suite 900
                         Wilmington, Delaware 19899
                         Telephone: (302) 655-5000
                         Facsimile: (302) 658-6395
                         Email: cdavis@bayardlaw.com
                                  jalberto@bayardlaw.com

                                 -and-

> WILLKIE FARR & GALLAGHER LLP
> Brian E. O'Connor
> Sameer Advani
> Nicholas W. Chiuchiolo
> 787 Seventh Avenue
> New York, New York 10019
> Tel: (212) 728-8000
> Fax: (212) 728-8111
>
> *Counsel for the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund*