# **EXHIBIT A**

{BAY:02499391v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

**STIPULATION WITHDRAWING THE PRE-TRIAL MOTION OF
THE U.K. PENSION CLAIMANTS RELATING TO THE
<u>EXPERT REPORT OF JOHN J. MCCONNELL</u>**

Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "<u>U.K. Pension Claimants</u>") and the Official Committee of Unsecured Creditors to the U.S. Debtors (the "<u>UCC</u>"); hereby stipulate and agree as follows:

WHEREAS on April 21, 2014, the U.K. Pension Claimants filed the *Pre-Trial Motion Of The U.K. Pension Claimants Relating To The Expert Report Of John J. McConnell* (the "<u>Motion</u>") [D.I. 13369] seeking an Order pursuant to Rule 53.03(2.1)(6)(iii) of the *Rules of Civil Procedure*, R.R.O. 1990, Reg. 194 (the "<u>Canadian Rules</u>") and Rules 26(a)(2) and 37(c)(1) of the Federal Rules of Civil Procedure (the "<u>U.S. Rules</u>"), excluding from evidence the expert report of John J. McConnell ("<u>Professor McConnell</u>") dated February 28, 2014 (the "<u>McConnell Report</u>"), submitted

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

by the UCC, and certain other relief as described therein;

WHEREAS on April 28, 2014, the UCC filed the *Response Of The Official Committee Of Unsecured Creditors Of Nortel Networks Inc. And Certain Of Its Affiliates, As Debtors And Debtors In Possession To The Pre-Trial Motion Of The U.K. Pension Claimants Relating To the Expert Report Of John J. McConnell* (the "Response") [D.I. 13412];

WHEREAS the U.K. Pension Claimants and the UCC (collectively, the "Parties") have been engaged in settlement negotiations and have agreed to resolve the Motion pursuant to the terms set forth herein;

WHEREAS Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors") and the Ad Hoc Group of Bondholders (the "Bondholders," and together with the U.S. Debtors, the UCC, and the Bondholders, the "U.S. Interests") have been involved in the settlement negotiations, advised of the terms of this Stipulation, and agree to the terms of this Stipulation;

NOW, THEREFORE, it is hereby stipulated and agreed by and among the Parties as follows:

1. For the purposes of this Stipulation, "Bond Pricing Data" refers to the document marked as Exhibit 12044 at the deposition of Professor John McConnell, with the information relating to the convertible bonds on pages 3 and 4 thereof deleted, a copy of which is attached hereto as Schedule "1."

2. The U.S. Interests agree that the Bond Pricing Data is authentic and an accurate reflection of the spreads and yields applicable to the various Nortel bonds on the specific dates identified, as reported by, or using the same methodology employed by

Advantage Data, LCD News (a division of S&P Capital) and Bloomberg from which the Bond Pricing Data is derived.

3. The U.K. Pension Claimants agree to replace Exhibit 12044 with a new Exhibit 12044, which removes reference to the two convertible bonds from pages 3 and 4 thereof.

4. The U.S. Interests will withdraw its objections to the Bond Pricing Data (i.e., it will withdraw its objections to the supplemental exhibits served by the U.K. Pension Claimants, which is comprised of Exhibit 12034 and the documents that fall within the bates ranges of EXP_000004348 to EXP_000004355).

5. The U.K. Pension Claimants will withdraw the Motion and will advise the Monitor of Nortel Networks Corporation that it should remove any asterisk applicable to Professor McConnell in the list of experts provided to the Courts.

6. The U.K. Pension Claimants will notify the Courts and the Core Service List that there will be no argument this Thursday, May 8, 2014, on the Motion.

7. The U.K. Pension Claimants reserve all rights to challenge the McConnell Report at trial, except agree that they will not subsequently bring a motion seeking to exclude the McConnell Report during the trial or otherwise.

8. Neither this Stipulation nor any of its terms may be modified, altered, amended, or waived, except in a writing signed by the Parties.

9. It is acknowledged that the Parties have participated in and consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either party on account of such drafting.

10. This Stipulation shall become effective immediately.

11. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

DATED: May 9, 2014

| BAYARD, P.A.<br><br>*/s/ Justin R. Alberto*<br>Charlene D. Davis (No. 2336)<br>Justin Alberto (No. 5126)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: cdavis@bayardlaw.com<br>         jalberto@bayardlaw.com<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Nicholas W. Chiuchiolo<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111<br><br>*Counsel for the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund* | RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Christopher M. Samis*<br>Mark D. Collins (No. 2981)<br>Christopher M. Samis (No. 4909)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>         samis@rlf.com<br><br><br>AKIN GUMP STRAUSS HAUDER & FELD LLP<br>Fred Hodara<br>David Botter<br>Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>*Counsel for the Official Committee of Unsecured Creditors* |
|---|---|

## Yields and Spreads Tables

January 31, 2008 vs March 31, 2008

| Bond | NNI a Guarantor | 31-Jan-08 | | | 31-Mar-08 | | |
|---|---|---|---|---|---|---|---|
| | | Trading Price | Yield | Approx. Spread to US Gov't Yield Curve | Trading Price | Yield | Approx. Spread to US Gov't Yield Curve |
| 5yr L+425 due Jul-11 | Yes | 92 5/8 | 9.6% | 718 bps | 85 3/8 | 12.7% | 1,072 bps |
| 7yr 10.125% due Jul-13 | Yes | 99 3/8 | 10.3% | 737 bps | 91 1/8 | 12.5% | 997 bps |
| 10yr 10.75% due Jul-16 - Existing | Yes | 100 3/8 | 10.7% | 753 bps | 91 | 12.5% | 926 bps |
| | | | | | | | |
| 5-yr 1.75% Convertible due Apr-12 | Yes | 77.961 (4-Feb-08) | | -------------- | 68.250 (28-Mar-08) | | -------------- |
| 7-yr 2.12% Convertible due Apr-14 | Yes | 72.863 (29-Jan-08) | | -------------- | 61.500 | | -------------- |
| | | | | | | | |
| 6.875% due Sep-23 | No | 73 3/8 | 10.4% | 617 bps | 61 1/8 | 12.7% | 852 bps |
| 7.875% due Jun-26 | No | 75 5/8 | 11.0% | 666 bps | 64 1/8 | 13.1% | 879 bps |

June 29, 2006

| Bond | NNI a Guarantor | Trading Price 29-Jun-06 | Yield | Approx. Spread to US Gov't Yield Curve |
|---|---|---|---|---|
| **5yr L+425 due Jul-11** | Yes | Issued at Par | LIBOR + 425bps (floating rate) | |
| **7yr 10.125% due Jul-13** | Yes | Issued at Par | 10.125% | 492 bps |
| **10yr 10.75% due Jul-16** | Yes | Issued at Par | 10.75% | 553 bps |
| | | | | |
| **6.875% due Sep-23** | No | 79 5/8 | 9.3% | 387 bps |
| **7.875% due Jun-26** | No | 81 5/8 | 10.0% | 464 bps |

March 22, 2007

| Bond | NNI a Guarantor | Trading Price 22-Mar-07 | Yield | Approx. Spread to US Gov't Yield Curve |
|---|---|---|---|---|
| **5yr L+425 due Jul-11** | Yes | 106 5/8 | 7.8% | 326 bps |
| **7yr 10.125% due Jul-13** | Yes | Not available | | |
| **10yr 10.75% due Jul-16** | Yes | 111 1/8 | 8.3% | 380 bps |
| | | | | |
| **5 yr 1.75% Convertible due Apr-12** | Yes | Issued at Par | --------------- | --------------- |
| **7yr 2.125% Convertible due Apr-14** | Yes | Issued at Par | --------------- | --------------- |
| | | | | |
| **6.875% due Sep-23** | No | 92 7/8 | 7.6% | 279 bps |
| **7.875% due Jun-26** | No | 96 3/8 | 8.3% | 339 bps |

May 21, 2008

| Bond | NNI a Guarantor | Trading Price 21-May-08 | Yield | Approx. Spread to US Gov't Yield Curve |
|---|---|---|---|---|
| **5yr L+425 due Jul-11** | Yes | 93 3/8 | 9.5% | 675 bps |
| **7yr 10.125% due Jul-13** | Yes | 98 5/8 | 10.5% | 731 bps |
| **10yr 10.75% due Jul-16** | Yes | Add-on issued at 99 | 10.9% | 785 bps |
| | | | | |
| **5 yr 1.75% Convertible due Apr-12** | Yes | 75 | -------------- | --------------- |
| **7yr 2.125% Convertible due Apr-14** | Yes | 68.50 | -------------- | --------------- |
| | | | | |
| **6.875% due Sep-23** | No | 67 5/8 | 11.4% | 702 bps |
| **7.875% due Jun-26** | No | 69 1/8 | 12.1% | 760 bps |

February 22, 2007 vs April 20, 2007

| Bond | NNI a Guarantor | 22-Feb-07 | | | 20-Apr-07 | | |
|---|---|---|---|---|---|---|---|
| | | Trading Price | Yield | Approx. Spread to US Gov't Yield Curve | Trading Price | Yield | Approx. Spread to US Gov't Yield Curve |
| 5yr L+425 due Jul-11 | Yes | 107 5/8 | 7.5% | 276 bps | 107 5/8 | 7.4% | 277 bps |
| 7yr 10.125% due Jul-13 | Yes | Not available | | | Not available | | |
| 10yr 10.75% due Jul-16 - Existing | Yes | 112 7/8 | 8.2% | 351 bps | 112 7/8 | 8.2% | 354 bps |
| | | | | | | | |
| 6.875% due Sep-23 | No | 91 7/8 | 7.8% | 281 bps | 93 3/8 | 7.6% | 265 bps |
| 7.875% due Jun-26 | No | 97 1/8 | 8.2% | 323 bps | 99 1/4 | 8.0% | 301 bps |