# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    CORDARO, THERESE
            24 BRUNSWICK RD
            CEDAR GROVE, NJ 07009

Please note that your claim # 910 in the above referenced case and in the amount of
    $64,000.00 allowed at $35,502.46 has been transferred **(unless previously expunged by court order)** to:

        VONWIN CAPITAL MANAGEMENT, LP
        TRANSFEROR: CORDARO, THERESE
        ROGER VON SPIEGEL, MANAGING DIRECTOR
        261 FIFTH AVENUE, 22ND FLOOR
        NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13535 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/09/2014                    David D. Bird, Clerk of Court

                                  /s/ Kimberly Murray

                                  By: Epiq Bankruptcy Solutions, LLC
                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 9, 2014.