# EXHIBIT B

```
TIME: 15:31:39                                    NORTEL NETWORKS INC.
DATE: 05/09/14                                     CREDITOR LISTING                                            PAGE:   1

Name                                      Address
CORDARO, THERESE                          24 BRUNSWICK RD CEDAR GROVE NJ 07009
CORRE OPPORTUNITIES QUALIFIED MASTER FND  TRANSFEROR: SONAR CREDIT PARTNERS II, LL ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF AMERICAS, 29TH FLOOR NEW YORK, NY 10019
SONAR CREDIT PARTNERS II, LLC             TRANSFEROR: SEAPORT V LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
VONWIN CAPITAL MANAGEMENT, LP             TRANSFEROR: CORDARO, THERESE ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016

Total Number of Records Printed
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006