# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

                    Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  REID, DOUGLAS M                          REID, DOUGLAS M
             JAMES J TANCREDI, ESQ                     C/O JAMES J TANCREDI, ESQ
             DAY PITNEY LLP                            DAY PITNEY LLP
             242 TRUMBULL STREET                       242 TRUMBULL STREET
             HARTFORD CT 06103                         HARTFORD, CT 06103

Please note that your claim # 5427 in the above referenced case and in the amount of
    $312,578.73 has been transferred **(unless previously expunged by court order)** to:

                                            HAIN CAPITAL HOLDINGS, LLC
                                            TRANSFEROR: REID, DOUGLAS M
                                            ATTN: AMANDA RAPOPORT
                                            301 ROUTE 17, 7TH FLOOR
                                            RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13436     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/05/2014                            David D. Bird, Clerk of Court

                                            /s/ Kimberly Murray
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 5, 2014.