# EXHIBIT B

```
TIME: 16:48:11                              NORTEL NETWORKS INC.                                                   PAGE:    1
DATE: 05/02/14                                CREDITOR LISTING

Name                         Address
ASHCRAFT, RICHARD D.         6417 ROSEBUD DR. ROWLETT TX 75089
GRAY, STEVEN J.              317-411 W. MORGAN ST. RALEIGH NC 27601
HAIN CAPITAL HOLDINGS, LLC   TRANSFEROR: ASHCRAFT, RICHARD D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC   TRANSFEROR: GRAY, STEVEN J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC   TRANSFEROR: PIERCE, LINDA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC   TRANSFEROR: REID, DOUGLAS M ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC   TRANSFEROR: THOMPSON, CHRISTOPHER CLAY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC   TRANSFEROR: WOHLFORD, ROBERT E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
PIERCE, LINDA                11054 COUNTY RD. 2464 TERRELL TX 75160
REID, DOUGLAS M              C/O JAMES J TANCREDI, ESQ DAY PITNEY LLP 242 TRUMBULL STREET HARTFORD CT 06103
REID, DOUGLAS M              JAMES J TANCREDI, ESQ DAY PITNEY LLP 242 TRUMBULL STREET HARTFORD CT 06103
SALTSMAN, ALTON              5205 THE DYKE RALEIGH NC 27606
THOMPSON, CHRISTOPHER CLAY   10812 FOX HEDGE RD MATTHEWS NC 28105
VONWIN CAPITAL MANAGEMENT, LP TRANSFEROR: SALTSMAN, ALTON ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WOHLFORD, ROBERT E.          6012 KNIGHT CREST COURT CHARLOTTE NC 28210

Total Number of Records Printed         15
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006