## Schedule B - Third Party Documents

| Trial Ex. No. | DocID | Dep. Ex. No. |
| --- | --- | --- |
| TR31678 | DELOITTE_UK_00000228 | |
| TR40274 | DELOITTE_UK_00000264 | |
| TR40275 | DELOITTE_UK_00000454 | |
| TR31684 | DELOITTE_UK_00000459 | |
| TR40314 | DTUS 00001344 | |
| TR43662 | GT-NRTL-00007913 | |
| TR49721 | PWC-NRTL-00000201 | |
| TR49722 | PWC-NRTL-00000315 | |
| TR49723 | PWC-NRTL-00000760 | |
| TR49724 | PWC-NRTL-00009195 | |
| TR49725 | PWC-NRTL-00036754 | |
| TR49726 | PWC-NRTL-00036845 | |
| TR49727 | PWC-NRTL-00036863 | |
| TR49728 | PWC-NRTL-00037254 | |
| TR49739 | TW-NRTL-00000011 | |
| TR49740 | TW-NRTL-00000018 | |
| TR49741 | TW-NRTL-00000057 | |
| TR49742 | TW-NRTL-00000058 | |
| TR49743 | TW-NRTL-00000069 | |
| TR49744 | TW-NRTL-00000070 | |
| TR49745 | TW-NRTL-00000076 | |
| TR49746 | TW-NRTL-00000083 | |
| TR49747 | TW-NRTL-00000146 | |
| TR49748 | TW-NRTL-00000152 | |
| TR49749 | TW-NRTL-00000169 | |
| TR49750 | TW-NRTL-00000189 | |
| TR49751 | TW-NRTL-00000228 | |
| TR49752 | TW-NRTL-00000442 | |
| TR49753 | TW-NRTL-00000538 | |
| TR49754 | TW-NRTL-00000564 | |
| TR49755 | TW-NRTL-00000565 | |
| TR49756 | TW-NRTL-00000572 | |
| TR49757 | TW-NRTL-00000574 | |
| TR49758 | TW-NRTL-00000580 | |
| TR49759 | TW-NRTL-00000584 | |
| TR49760 | TW-NRTL-00000593 | |
| TR49761 | TW-NRTL-00000600 | |
| TR49762 | TW-NRTL-00000610 | |
| TR49763 | TW-NRTL-00000622 | |
| TR49764 | TW-NRTL-00000633 | |
| TR49765 | TW-NRTL-00000645 | |
| TR49766 | TW-NRTL-00000655 | |

## Schedule B - Third Party Documents

| | | |
|---|---|---|
| TR49767 | TW-NRTL-00000668 | |
| TR49768 | TW-NRTL-00000679 | |
| TR49769 | TW-NRTL-00000692 | |
| TR49770 | TW-NRTL-00000703 | |
| TR49771 | TW-NRTL-00000816 | |
| TR32216 | TW-NRTL-00001049 | |
| TR49772 | TW-NRTL-00002132 | |
| TR49773 | TW-NRTL-00002139 | |
| TR49774 | TW-NRTL-00002165 | |
| TR49775 | TW-NRTL-00002190 | |
| TR49776 | TW-NRTL-00002324 | |
| TR49777 | TW-NRTL-00002346 | |
| TR49778 | TW-NRTL-00002366 | |
| TR49779 | TW-NRTL-00002387 | |
| TR49780 | TW-NRTL-00002406 | |
| TR49781 | TW-NRTL-00002426 | |
| TR49782 | TW-NRTL-00002453 | |
| TR49783 | TW-NRTL-00002480 | |
| TR49784 | TW-NRTL-00002485 | |
| TR49785 | TW-NRTL-00002498 | |
| TR49786 | TW-NRTL-00002540 | |
| TR49787 | TW-NRTL-00002594 | |
| TR49788 | TW-NRTL-00002614 | |
| TR49789 | TW-NRTL-00002627 | |
| TR49790 | TW-NRTL-00002640 | |
| TR49791 | TW-NRTL-00002772 | |
| TR49792 | TW-NRTL-00002847 | |
| TR49793 | TW-NRTL-00002924 | |
| TR49794 | TW-NRTL-00002930 | |
| TR49795 | TW-NRTL-00002931 | |
| TR49796 | TW-NRTL-00002942 | |
| TR49797 | TW-NRTL-00002943 | |
| TR49798 | TW-NRTL-00003086 | |