```
                IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                          )   Case No. 09-10138(KG)
                                )   (Jointly Administered)
                                )
NORTEL NETWORKS, et al.,        )   Chapter 11

                                )   Courtroom 3
                                )   824 Market Street
           Debtors.             )   Wilmington, Delaware
                                )
                                )   May 8, 2014
                                )   11:00 a.m.


                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JUDGE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE
             BEFORE THE HONORABLE FRANK NEWBOULD
                ONTARIO SUPERIOR COURT JUSTICE

APPEARANCES:

For Debtors:                    Morris Nichols Arsht & Tunnell LLP
                                BY: DEREK ABBOTT, ESQ.
                                BY: ANN CORDO, ESQ.
                                1201 North Market St., 18th Floor
                                Wilmington, DE  19899-1347
                                (302) 351-9357

                                Cleary Gottlieb Steen & Hamilton
                                BY: LISA SCHWEITZER, ESQ.
                                BY: JEFFREY ROSENTHAL, ESQ.
                                BY: JACKIE MOESSNER, ESQ.
                                BY: INNA ROSENBERG, ESQ.
                                BY: KYLE DANDELE, ESQ.
                                BY: ALEXANDER MCCOWEN, ESQ.
                                One Liberty Plaza
                                New York, NY  10006
                                (212) 225-2000


ECRO:                           GINGER MACE

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Official Committee
Of Unsecured Creditors:    Akin Gump Strauss Hauer & Feld
                           BY: FRED HODARA, ESQ.
                           BY: ROBERT JOHNSON, ESQ.
                           BY: DAVID BOTTER, ESQ.
                           BY: CHRIS SAMIS, ESQ.
                           One Bryant Park
                           New York, NY  10035
                           (212) 872-1000

For Canadian Debtors
& Monitor:                 Allen & Overy
                           BY: JACOB PULTMAN, ESQ.
                           BY: JOSEPH BADKE-BERKOW, ESQ.
                           1221 Avenue of the Americas
                           New York, NY  10020
                           (212) 610-6300

                           Buchanan Ingersoll & Rooney, PC
                           BY: MARY CALOWAY, ESQ.
                           1105 North Market St., Ste. 1900
                           Wilmington, DE  19801-1054
                           (302) 552-4214
                           BY: MARY CALOWAY, ESQ.
                           (302) 552-4209

For UK Pension
Claimants:                 Bayard, PA
                           BY: JUSTIN R. ALBERTO, ESQ.
                           222 Delaware Ave., Ste. 900
                           Wilmington DE  19899
                           (302) 429-4226

                           Willkie Farr & Gallagher, LLP
                           BY: SAMEER ADVANI, ESQ.
                           BY: EUGENE CHANG, ESQ.
                           BY: ANDREW HANRAHAN, ESQ.
                           BY: ROBERT KOFSKY, ESQ.
                           787 Seventh Avenue
                           New York, NY  10019-6099
                           (212) 728-8000

```
For Joint
Administrators:              Young Conaway Stargatt & Taylor
                             BY: JAIME CHAPMAN, ESQ.
                             BY: JOHN DORSEY, ESQ.
                             Rodney Square
                             1000 North King Street
                             Wilmington, DE  19801
                             (302) 571-6000

                             Hughes Hubbard & Reed LLP
                             BY: FARA TABATABAI, ESQ.
                             BY: NEIL OXFORD, ESQ.
                             One Battery Park Plaza
                             New York, NY  10005
                             (212) 837-6000

For Ad Hoc Bondholder
Group:                       Pachulski Stang Ziehl & Jones
                             BY: PETER KEANE, ESQ.
                             919 North Market Street
                             17th Floor
                             Wilmington, DE  19801
                             (302) 652-4100

                             Milbank Tweed Hadley & McCloy
                             BY: NICK BASSETT, ESQ.
                             BY: ALAND MILLER, ESQ.
                             One Chase Manhattan Plaza
                             New York, NY  10005
                             (212) 530-5000

For Wilmington Trust:        Katten Muchin Rosenman, LLP
                             BY: DAVID CRICHLOW, ESQ.
                             575 Madison Avenue
                             New York, NY
                             (212) 940-8800

For U. S. Trustee:           Office of the U. S. Trustee
                             BY: MARK KENNEY, ESQ.
                             844 King Street, Ste. 2207
                             Lockbox 35
                             Wilmington, DE  19801
                             (302) 573-6491
```

```
For CCC:                  DLA Piper, LLP, U.S.
                          BY: SELINDA A. MELNIK, ESQ.
                          BY: TIMOTHY HOEFFNER, ESQ.
                          919 N. Market St., Ste. 1500
                          Wilmington, DE  19801
                          (302) 468-5650


For Ericsson/Bidco:       Paul Weiss
                          BY: STEPHEN SHIMSHAK, ESQ.
                          BY: DIANE MEYERS, ESQ.
                          1285 Avenue of the Americas
                          New York, NY  10019-6064
                          (212) 373-3000


For Microsoft:            Gibson Dunn
                          BY: MITCHELL KARLAN, ESQ.
                          200 Park Avenue
                          New York, NY  10166-0193
                          (212) 351-4000


                          Brown, Wynn McGarry Nimeroff
                          BY: JAMIE NIMEROFF, ESQ.
                          Two Commerce Square
                          2001 Market St., Ste. 3420
                          Philadelphia, PA  19103-7042
                          (267) 861-5335

TELEPHONIC APPEARANCES:

For Debtor Nortel
Networks, Inc.:           Cleary Gottlieb Steen & Hamilton
                          BY: DARRYL STEIN, ESQ.
                          (212) 225-2000


                          Tory's LLP
                          BY: ADAM M. SLAVENS, ESQ.
                          (416) 865-7333

For the Monitor,
Ernst & Young:            Allen & Overy, LLP
                          BY: DANIEL GUYDER, ESQ.
                          (212) 756-1132


For Official Committee
Of Unsecured Creditors:   Akin Gump Strauss Hauer & Feld, LLP
                          BY: MATTHEW FAGEN, ESQ.
                          (212) 872-8051
```

```
For Nortel Networks
U.K. Pension:                    Hogan Lovells, U.S., LLP
                                 BY: MATTHEW BULLEN, ESQ.
                                 BY: ANGELA DIMSDALE-GILL, ESQ.
                                 (212) 728-8881

                                 Willkie Farr & Gallagher, LLP
                                 BY: NICHOLAS W. CHIUCHIOLO, ESQ.
                                 BY: BRIAN E. O'CONNOR, ESQ.
                                 (212) 728-8000

                                 Thornton Grout Finnigan, LLP
                                 BY: REBECCA KENNEDY, ESQ.
                                 BY: MICHAEL S. SHAKRA, ESQ.
                                 (416) 304-1014

For Bank of America:             Bank of America
                                 BY: ESTHER CHUNG
                                 (646) 855-6705

For Wilmington Trust:            Katten Muchin Rosenman, LLP
                                 BY: KAREN B. DINE, ESQ.
                                 (212) 940-8772

For Successor/Trustee
Wilmington Trust
National Association:            Dentons Canada, LLP
                                 BY: KENNETH D. KRAFT, ESQ.
                                 (416)863-4374

For Davidson Kempner:            DK Partners
                                 BY: EPHRAIM DIAMOND
                                 (646) 282-5641

For Creditor, Former
Employees of Nortel
Canada:                          Koskie Minsky, LLP
                                 BY: ARI KAPLAN, ESQ.
                                 BY: BARBARA WALANCIK, ESQ.
                                 (416) 595-2087

For Employees Ad Hoc:            Monzack Mersky McLaughlin & Browder
                                 BY: RACHEL B. MERSKY, ESQ.
                                 (302) 656-8162

For Joint
Administrators:                  Ernst & Young, LLP
                                 BY: DAN MINDEL, ESQ.
                                 (724) 321-2961
```

```
For Creditor,
Bondholders:              Milbank Tweed Hadley McCloy, LLP
                          BY: THOMAS MATZ, ESQ.
                          (212) 530-5885
For Bank of New York,
Mellon:                   Vedder Price, PC
                          BY: MICHAEL J. RIELA, ESQ.
                          (212) 407-7766


For Tellabs Operations:   Bryan Cave, LLP
                          BY: FAISAL DELAWALLA
                          (312) 602-5000


For Hitachi:              Morrison & Foerster
                          BY: JENNIFER S. FEISTRILTZER, ESQ.
                          BY: MICHAEL G. O'BRYAN, ESQ.
                          (415) 268-7000


For Law Debenture
Trust:                    Patterson Belknap Webb & Tyler
                          BY: BRIAN GUINEY, ESQ.
                          BY: DANIEL A. LOWENTHAL, ESQ.
                          (212) 336-2305


For Superintendent of
Financial Services
as Administrator:         Pallare Roland & Rosenberg
                          BY: LILY HARMER, ESQ.
                          (416) 646-4326


For Creditor, CAW-
Canada and George
Borosh, et al.:           CAW Canada
                          BY: BARRY WADSWORTH
                          (416) 495-6564


For Interested Party:     Aurelius Capital Management, LP
                          BY: MATTHEW A. ZLOTO
                          (646) 445-6518


For Interested Party:     Cassels Brock & Blackwell, LLP
                          BY: MICHAEL J. WUNDER, ESQ.
                          (416) 860-6484


For Interested Party:     DebtWire
                          BY: KYLE YOUNKER
                          (646) 412-5308


For Interested Party:     Reorg Research, Inc.
```

```
                                   BY: KENT COLLIER
                                   (212) 257-4383

For Interested Party:              Stone Lion Capital Partners
                                   BY: JUSTIN BRASS
                                   (212) 843-1242

For Interested Party:              Dow Jones & Co.
                                   BY: PEG BRICKLEY
                                   (215) 462-0953

For Interested Party:              Thompson & Reuters
                                   BY: THOMAS HALS
                                   (610) 544-2712

For Interested Party:              DW Investment Management
                                   BY: RYAN K. KALAAU
                                   (212) 751-5733

For Interested Party:              Weil Gotshall & Manges, LLP
                                   BY: FRANK GRESE, ESQ.
                                   (212) 310-8192

For Interested Party:              Farallon Capital Management
                                   BY: MICHAEL LINN
                                   (415) 421-2132

For Interested Party:              Perry Capital
                                   BY: RICHARD PAIGE
                                   (212) 583-4000

For Interested Party:              CRT Capital Group, LLC
                                   BY: KEVIN J. STARKE, ESQ.
                                   (203) 569-6421
```

1  WILMINGTON, DELAWARE, THURSDAY, MAY 8, 2014, 11:10 A.M.

2            THE COURT:  Good morning, everyone.  Please be

3  seated.  Good to see everyone a little closer in this

4  courtroom.

5            MR. ABBOTT:  Good morning, Your Honor.

6            THE COURT:  Good morning, Mr. Abbott.  We're

7  waiting for, I guess, Justice Newbould to come in.

8            MR. ABBOTT:  Correct, Your Honor.

9            THE COURT:  All right.  Good morning, Justice

10  Newbould.

11            JUSTICE NEWBOULD:  Good morning, Judge Gross.

12  Before we get going, I have a few comments to make.  To say

13  the least, I have not had [indiscernible] for what's going

14  on, and quite an unhappy camper.  These motions filed two

15  weeks before the trial should not have been brought.  This

16  is all trial time.  Money is being wasted.  I can only

17  imagine the tens of thousands of dollars on all these

18  briefs, all the case law put together, [indiscernible]

19  letters, is wasted money.  There are pensioners here, at

20  least 6,000 in U.K. have already died.  The last motion I

21  heard should not have been brought.  It was obvious, I saw

22  the material that was being fought over that wasn't worth

23  it.  It shouldn't have taken me to suggest the resolution.

24  That was a huge waste of money.  And today is a waste of

25  money.  There are three "C"s, as you all know, in our court,

1  courtesy, communication, common sense.  There has been

2  courtesy.  There has been some communication.  They often

3  say with common sense that it's not as common as it should

4  be.  I see a complete lack of common sense on what's being

5  done here.  What's going on is there's [indiscernible], and

6  you should be sticking to your trial, I think, not to this.

7  Where is that responsibility?  To their class and to the

8  Court.  [indiscernible] lawyer, and these motions have been

9  so [indiscernible], shouldn't happen.  The fees charged to

10  date in this case, shocking -- completely shocking.  And I

11  must say that I find these motions and the amount of money

12  spent on them to be offensive.  I've read all the material,

13  and I'll tell you what I plan to do.  With two exceptions,

14  I'm going to strike all these motions, dismiss them, and

15  with leave to argue this at the end of the case, I'll go

16  through the list.

17        The Motion to Strike Testimony of Mr. Bereskin,

18  I'm going to dismiss, and that can argued at the end of the

19  trial.

20        The Motion with respect to Mr. Stratton and Mr.

21  Burshtein is a matter for Judge Gross.

22        The Motion -- in regard to the Monitor's Motion

23  regarding ultimate issue testimony contained in the EMEA

24  foreign law reports is dismissed.  It can be argued at the

25  end of the case.

1          The UKPC Motion to Excluding  the evidence

2   proffered by two persons regarding Chinese patent

3   enforcement is dismissed.   It can be argued at the end of

4   the case.

5          The UKPC Motion to Strike the Report of Mr.

6   McConnell, I understand it's been settled.   If it hadn't

7   been, I would've dismissed ,it too, on the same basis.

8          The U.S. Interests' Motion to Strike the Expert

9   Reports Dealing with Pro Rata Distribution is dismissed.   It

10  can be argued at the end of the case.

11         So far as the Motion and all these objections,

12  2,000-some odd, to the Canadian Allocation Group striking

13  their objections, that motion is dismissed.   That should be

14  worked out.   If people want to spend time during the trial

15  to argue about that, it'll come off their allocated time.

16  After we're done, we'll deal with the motion regarding

17  documents at trial.

18         Judge Gross.

19         THE COURT:  All right.  Well, I concur with

20  Justice Newbould with the exception of the Bereskin,

21  Stratton and Burshtein matter.   And I am satisfied having

22  read the reports and the papers, that the Bereskin and

23  Stratton reports are in fact rebuttal report.  I don't think

24  there's any question about it.  The experts, Mr. Greene and

25  Cox and Reichert and Berringblut [ph] clearly  read the

1  MRDA, and their interpretation of the MRDA formed their

2  opinion.  And accordingly the Bereskin and Stratton reports,

3  I think, are appropriate rebuttal reports, and I will not

4  strike those reports.

5         As far as the Burshtein report is concerned, I'm

6  a little bit more troubled because of the timeliness on it.

7  And I would like to hear a little explanation as to why

8  there was such a lengthy delay in filing that report by the

9  calculation provided by the [indiscernible] debtors.  That

10  was about a six-week delay.  Six weeks, in a normal case,

11  might not be terribly lengthy, but in the context of this

12  case, I think it is troublesome to me, and I would like to

13  hear something about that.  Mr. Abbott, we haven't given you

14  an opportunity to say anything thus far.

15         MR. ABBOTT:  Your Honor, you're in charge.

16         THE COURT:  All right.  So yes, please, on the

17  Burshtein report, I'd really like to have an explanation.

18         MR. ABBOTT:  Your Honor, there's one, perhaps,

19  thing that I might try to add.

20         THE COURT:  Yes.

21         MR. ABBOTT:  Good morning, Mr. Justice Newbould

22  and Your Honor.  Derek Abbott for the U.S. Debtors.  Your

23  Honor, one of the motions on the Agenda is the motion with

24  respect to treating confidentiality matters at trial.  There

25  are counsel for a number of the parties here, a number of --

1            THE COURT:  Yes.

2            MR. ABBOTT:  -- purchasers, a number of folks who

3   are interested in it.  Some of them, Your Honor, would like

4   the opportunity, during the course of today's hearing, to

5   move in and out of the courtroom a little bit to spend some

6   time in the hallway to try to resolve as many of those

7   matters as possible.

8            THE COURT:  All right.

9            MR. ABBOTT:  I just wanted to make the Court

10  aware of that, and invite folks who think that it would be

11  appropriate or a useful way to spend some time to do that in

12  the interim today if that's possible.

13           THE COURT:  That's fine, and we'll put that at

14  the end, I think, Justice Newbould and I, and that will be

15  fine.  That will then work.

16           MR. ABBOTT:  If that would be acceptable for them

17  to sort of start that process now, Your Honor, that would be

18  helpful.

19           THE COURT:  Very well.  Okay.

20           MR. ABBOTT:  Second minor logistic issue --

21           THE COURT:  And I do want to hear from you on

22  logistics, any logistics concerns at the end --

23           MR. ABBOTT:  And this is really more of a Court's

24  convenience issue.  Your Honor --

25           THE COURT:  Yes.

1          MR. ABBOTT:  -- the parties have been talking

2    about submitting electronic media with the briefs with

3    hyper-linked exhibits and that sort of thing.  We understood

4    there were all going to be aggregated together, and

5    submitted at once.  We understand that our Canadian

6    colleagues either were going to submit just their briefs

7    hyper-linked this morning on some sort of drive and if Your

8    Honor wants them aggregated or you would rather have them

9    piecemealed by the various core parties, we just want to

10   make sure that we're doing what the Court would find most

11   convenient and useful.

12         THE COURT:  And Justice Newbould as well, yes.  I

13   think, first of all, I certainly, in reading the pre-trial

14   briefs, and they're very helpful and very, very well done by

15   all parties, and I think that would be helpful at this

16   point.  I think if we could get them aggregated as you said,

17   Mr. Abbott, that would be more helpful to me, and I don't

18   know about Justice Newbould.  He certainly can speak for

19   himself.

20         JUSTICE NEWBOULD:  That's fine.  That's fine.

21         MR. ABBOTT:  Okay.  Your Honor, we'll prepare an

22   aggregated hard drive that has all of them, and submit that.

23   We'll coordinate among counsel and get that submitted to

24   Your Honor.

25         THE COURT:  That will be very helpful.  Thank

1  you, Mr. Abbott, and everyone.

2           MR. ABBOTT:  And Your Honor, I'll cede the podium

3  now so you can hear about that Bereskin report as you wish.

4           THE COURT:  Thank you.  Good morning.

5           MR. PULTMAN:  Good morning, Judge Gross.  Good

6  morning, Justice Newbould.  If I may re-introduce myself to

7  Your Honor --

8           THE COURT:  Please.

9           MR. PULTMAN:  Jacob Pultman of Allen & Overy,

10 LLP, on behalf of the Canadian debtors and the Monitor.  I

11 say re-introduce myself because it has been some time since

12 I've seen Your Honor, but I understand we're going to be

13 spending some time together --

14          THE COURT:  Yes.

15          MR. PULTMAN:  -- in the coming months.  Your

16 Honor, we take the direct comments of both Justice Newbould

17 and Your Honor very directly with respect to Mr. Bereskin.

18 We take it with respect to Mr. Stratton.

19          THE COURT:  Yes.

20          MR. PULTMAN:  Those two witnesses are experts who

21 speak to either custom and practice --

22          THE COURT:  Yes.

23          MR. PULTMAN:  -- on an IP perspective or legal

24 issues on Ontario law with respect to the MRDA.

25          THE COURT:  Yes, and I'm a little different

1  situation, obviously, than Justice Newbould because I am

2  permitted to take into account that evidence from -- on

3  foreign law.

4            MR. PULTMAN:  And we have no quibble with Your

5  Honor with respect to that; in fact, under the order that

6  was put in place several years back, Your Honor had one of

7  two ways to hear Ontario law.  Your Honor could've heard it

8  from the Canadian Court, from the Ontario Court directly or

9  parties had the right, under the order, to introduce expert

10  evidence with respect to Ontario law.

11            THE COURT:  Right.

12            MR. PULTMAN:  And what we face on the day that

13  experts were first designated, on January 8th, was listing of

14  those two IP lawyers and eminent lawyers from Ontario who

15  have a tremendous amount of experience in IP law.  And we

16  waited to see whether or not they would in fact put in

17  reports, and then would make the determination whether or

18  not we would be required to respond to those issues.  In

19  fact January 24th came and went, and Mr. Stratton from the

20  UKPC did not put in a report with respect to IP issues or

21  legal issues, and Mr. Bereskin did not put in a report with

22  respect to IP or legal issues or even custom and practice

23  issues as he calls them.  What happened was another month

24  went by, and a month later, on February 28th, we, for the

25  first time get reports.  We get reports from Mr. Stratton.

1  We get reports from Mr. Bereskin.  We were of the view that

2  those two reports, even to the extent Your Honor said that

3  they respond to and rebut, in some sense, the expertise that

4  has been put forward by other experts that we put in.  We

5  put in four valuation and accounting and transfer pricing

6  experts, and that Your Honor has said those reports from Mr.

7  Stratton and the report from Mr. Bereskin respond, we were

8  then faced with a situation where for the first time we

9  actually had a report from the experts from the U.S., and

10 from the UKPC, who were clearly speaking to the legal issue.

11 In fact, Mr. Stratton was very clear about what it was he

12 was doing.  He said he's there to provide expert testimony

13 to prove Canadian law to assist the U.S. Bankruptcy Court

14 concerning the interpretation of intellectual property

15 agreements such as the MRDA that are governed by the laws of

16 the Province of Ontario.  And very clearly, we have in front

17 of us now four the first time on February 28th, an expert

18 report from an expert in Ontario law who is going to opine

19 on Ontario law with respect to the MRDA.  And we are then

20 put to the test, which is we need to respond to that expert.

21 And the reason why that's a little tricky is because while

22 they may have disclosed his identify and the subject matter

23 back on January 8th, when January 24th came along, they did

24 not in fact submit the expert reports of those two IP law

25 experts.  It wasn't until the end of February, February 28th,

1  I believe it was a Friday, when we were faced with, for the

2  first time, these expert reports on Ontario law to assist

3  Your Honor primarily, also to assist Justice Newbould with

4  respect to Mr. Bereskin on custom and practice, but

5  specifically to help Your Honor on Ontario law.

6           So what they've now chosen to do on February 28th

7  is put that in.  And we immediately went to work to prepare

8  Mr. Burshtein's report.  It wasn't six weeks.  It was three

9  weeks from the following Monday.  It was centrally March

10 24th, we provided them with the expert report of Mr.

11 Burshtein.  Now Mr. Burshtein's expert report speaks

12 directly to the MRDA, to IP legal issues to Ontario law to

13 the governing facts with respect to the MRDA.  He also

14 speaks to somewhat the custom and usage issue.  Now Your

15 Honor, we don't believe that that's a delay.  We could've

16 done something different, and as Justice Newbould started

17 this morning, we could've said, we object.  We think that

18 the Bereskin report, we think that the Stratton reports are

19 improper, they don't meet with the spirit or the letter of

20 the original order.  What they do [indiscernible] IP experts

21 on Ontario law.  We could have taken that tactic.

22           THE COURT:  Which you did eventually.

23           MR. PULTMAN:  Well eventually what we did was we

24 said, here is Mr. Burshtein's report that responds directly

25 to these two experts.  These two experts should've been

1  provided to us a month earlier, but we didn't come in and do

2  what I understand from our eminent purest in Canada, we

3  shouldn't do.  We didn't come in and complain for the sake

4  of complaining.  We didn't come in and make a to-do for the

5  sake of a to-do.  We said this is the important issue in

6  this case.  In fact, in some respect it's the central issue

7  in this case; the MRDA and its interpretation under Ontario

8  law.  We didn't ignore it.  We brought in immediately, in

9  three and a half weeks, we brought in an expert that we

10 retained, that we brought up to speed, that we shared with

11 him the other reports of Mr. Bereskin, we shared with him

12 the reports of Mr. Stratton.  We prepared a responsive

13 report and we shared it with everyone on March 24th.  Now,

14 I'm not expecting kudos from everyone for having done

15 exactly that because this is the type of case where it's

16 much easier to point fingers and complain, and while I

17 wasn't here at the last conference in March, when Your Honor

18 heard a variety of arguments, I have no doubt that Your

19 Honor heard enough complaints about enough things.  And I'm

20 not in here to point fingers and say this is bad faith or

21 that's bad faith.  Your Honors have concluded that those are

22 appropriate reports to be heard.  Your Honors have concluded

23 that they rebut in some respect the issues, but what they

24 actually do, even if they rebut or respond to or deal with

25 in rebuttal, the [indiscernible] valuation and transfer

1  pricing and commonest expert, what they do at their heart is

2  speak to IP law and how Ontario law, with respect to IP

3  issues governs the MRDA.  And what we did was respond to it

4  and we provided an expert report.  We also provided the

5  opportunity for that expert to be examined.  We provided it

6  then.  We provided it since.  We provide it today, Your

7  Honor.  And I appreciate that we are on the eve of trial,

8  and I appreciate that may not be everyone's easiest thing to

9  take a day and take the deposition of Mr. Burshtein, but

10 today is not the first day we've offered it and today is not

11 the last day we'll offer it.  What we did was we said here's

12 his expert report.  He's a busy professional.  Here are days

13 he's available.  We will make him available to the parties

14 for deposition on the same terms as every other expert in

15 the case.  You have his expert report.  You need time to

16 consult with your expert, take the time to consult with your

17 expert, and take the deposition.  But rather than play the

18 game, because they call us out on it, they say why didn't

19 you come to the March conference and complain.  There have

20 been more than enough complaints, and our goal was to avoid

21 that, and no good deed goes unpunished.  So I stand here

22 being asked well why did you delay.  And the answer was we

23 didn't delay.  We acted according to both the spirit and the

24 letter of the rules and we offered everyone the opportunity

25 to take the deposition.  Now we've offered the opportunity

1   to take the deposition with the full reservation of rights.

2   As a U.S. lawyer, that means to me, everyone reserves all

3   rights, something I've heard many times in this courtroom,

4   something I've heard many times of the course of my

5   practice.  And what it means to me is everyone gets to  make

6   whatever objections they're going to make.  So if they want

7   to say that they took it and that it's without prejudice to

8   anything they want to do with it, and that we should or we

9   shouldn't, then Burshtein should or shouldn't come in, they

10  are capable of coming up here and making all of this

11  argument.  And we still have offered that deposition.  They

12  have chosen not to take it.  And I'm not telling you because

13  they chose not to take it, they're forever precluded from

14  taking that deposition.  In fact, they can take it.

15          Now what's the harm, essentially, of bringing Mr.

16  Burshtein in?  Well, they claim it's disruptive.  The people

17  who are going to testify as experts in this case are not

18  testifying today.  They're not testifying next week.

19  They're not testifying for several weeks.

20          THE COURT:  I saw that from the -- yes from the

21  witness schedule.

22          MR. PULTMAN:  And from the schedule, Your Honor,

23  it's very clear that Mr. Bereskin, Mr. Stratton are not

24  scheduled for a while.  Lawyers who are putting those

25  witnesses on have every availability between now and then of

1    taking Mr. Burshtein's one-day deposition under the same

2    rules as everyone else.  There are hundreds of lawyers in

3    this case.  There are thousands of documents.  There is a

4    tremendous amount that's gone on to date.  Well, what's the

5    harm to us, Your Honor will ask, if Mr. Burshtein is

6    precluded.  And the answer is go back to the Pennypack case.

7    The Pennypack case  says there are four factors, Your Honor,

8    needs to consider.  The main factors that Your Honor needs

9    to consider is prejudice and the ability to cure prejudice.

10   So to the extent anyone here argues that they're prejudiced

11   by delay, they've had the report now since March 24th, six

12   weeks ago.  They've had more than enough opportunity to

13   prepare.  They had more than enough opportunity still to

14   take his deposition, so there's no interference with the

15   trial.  It's an obvious the third factor cure is very easy

16   to cure.  And finally, bad faith.  There is no bad faith

17   here, and I stand before Your Honor and will stand before

18   Your Honor many times in the coming weeks and the

19   credibility of counsel and the credibility of the debtor,

20   the Canadian debtors and the Monitor is paramount.

21            THE COURT:  Well I accept your statement of good

22   faith because I sensed that you were surprised by the

23   reports that you are attempting to rebut by Burshtein.  I

24   accept that.  Okay?

25            MR. PULTMAN:  Finally, Your Honor, there have

1  been cases, because bad faith is the kind of thing that the

2  courts don't often like to look at.  The AstraZeneca case is

3  the case which says you don't need bad faith and we can look

4  beyond bad faith, but that case does something important in

5  Pennypack, and it says goes back to the Pennypack Third

6  Circuit decision and the cases since then.  One factor that

7  you need to consider is the importance of the evidence.  And

8  you can't ignore it and you can't just say what's the harm.

9  And this is a central witness to rebut central testimony

10 that's being put before Your Honor.  And it's that

11 centrality, it's the importance of witnesses, two witnesses

12 to speak to the legal, the Ontario law governing the MRDA

13 and the custom and practice in the industry with respect to

14 IP issues.  It's those two experts who must be rebutted by

15 the Monitor.  It's for that reason, Your Honor, that the

16 Pennypack factors were clearly militate in favor of

17 admission of Mr. Burshtein.  If Your Honor has no questions,

18 I'd defer to my colleague.

19         THE COURT:  Thank you, Mr.Pultman.

20         MR. PULTMAN:  Thank you, Your Honor.

21         THE COURT:  Mr. Rosenthal.  I hear reservation of

22 rights so much that I try using it at home all the time, and

23 it really is not successful.  I must tell you.

24     (laughter)

25         MR. ROSENTHAL:  Good morning, Your Honor.

1            THE COURT:  Good morning.

2            MR. ROSENTHAL:  Good morning, Justice Newbould.

3    Jeff Rosenthal, Cleary, Gottlieb, Steen and Hamilton, on

4    behalf of the U.S. Debtors.

5            THE COURT:  Yes.

6            MR. ROSENTHAL:  I will try to be as brief as

7    possible to respond to Mr. Pultman's points.  A few things

8    to note at the outset, Pennypack is a Motion to Strike.  The

9    Pennypack standards apply to the striking of our expert

10   reports, and they failed to meet them.  The Pennypack

11   factors do not apply to a Motion to Admit a New Expert

12   Report.  If they had their expert report on February 28th,

13   then we'd be analyzing under Pennypack.  They haven't cited

14   any authority applicable for the purposes of what they're

15   seeking today.  I think that's a key distinction.

16            I want to just talk a little bit about some of

17   the issues that Mr. Pultman raised because I think that

18   there is a much deeper history here that's relevant.  First,

19   with regard to the timing, back in January, I was here

20   before Your Honor and Mr. Justice Morawetz and we were

21   seeking a modification of the discovery plan.  We suggested

22   that representative depositions don't make sense in this

23   case and that the courts ought to forego representative

24   depositions.  And we said that should be applied equally

25   across the board; don't just not take it of our people, but

1  take it of everybody.  And counsel for the Monitor said the

2  litigation timetable and discovery plan were "the result of

3  extensive negotiations and agreement".  Then counsel for the

4  CCC got up and said, Your Honors, we have planned

5  accordingly relying on the protocol and we believe that it

6  would be prejudicial and unfair in the extreme at this stage

7  to change the rules on the CCC.  That's at pages 151 to 162

8  of the transcript.  And I lost.  I lost the request that all

9  parties don't have to do representative depositions because

10 we had a carefully negotiated court approved discovery plan

11 that we all relied upon.  And now the shoe is on the other

12 foot.  Because now they're saying, after the fact, after

13 we've had a deadline for disclosure of expert

14 [indiscernible], deadlines for submission of reports,

15 submission of rebuttal reports, which Your Honor has

16 concluded was completely appropriate and timely on our

17 behalf.  Now in the middle of expert depositions, they

18 should be entitled to just throw that out the window and put

19 it in a surrebuttal report, but now four days before trial,

20 we should be able to go, during trial, and take this

21 deposition.  We relied on the discovery plan, just as much

22 as the arguments that were made back in January about

23 reliance on the discovery plan.

24          Secondly, I want to talk for a moment about the

25 timing that Mr. Pultman said.  So on February 28th, we serve

1  our report from Mr. Bereskin.  The Monitor has said that

2  they immediately engaged Mr. Burshtein.  We have asked now

3  four times, well, when did you actually first contact him

4  about an expert report.  They haven't responded.  We've put

5  it in court papers.  You've probably noticed it's

6  conspicuously absent that they do not want to disclose when

7  they first contacted them.  At a minimum it was six weeks

8  before they filed their motion.  But interestingly, at the

9  same time that they are having Mr. Burshtein prepare his

10 report, they're having a dialogue with UKPC because there

11 are concerns that with the claims litigation there's a need

12 for surrebuttal reports, and they negotiated protocol.  And

13 they say, you know what, this trial schedule, trial's coming

14 fast, expert depositions are coming up.  We have a right to

15 have this all on the table before expert depositions

16 started.  And they said, we'll allow your rebuttal experts,

17 but they have to be at least on the seven, ten days, two

18 weeks or so before these experts testify because we need

19 time to digest it and prepare it.  And you don't do it once

20 you see what the experts are testifying, and they worked it

21 out.  And  Mr. Advani can talk more about that because he

22 was a firsthand participant in those negotiations.  While

23 this is going on, Mr. Bereskin's writing away.  Nobody tells

24 us anything.  They schedule Mr. Bereskin's deposition.

25 We're here on the 12th of March.  They didn't have to bring a

1    motion then, but they could've raised it.  And by the way,

2    they say, well, they thought we'd work it out and therefore

3    we'd avoid judicial intervention.  That's actually a little

4    bit of revisionist history because at all times, including

5    today, the primary relief that they sought has always been

6    exclusion.  It's not like we thought we'd work it out that

7    Burshtein would come in and therefore we wouldn't have to

8    bother the courts.  Their primary request has always been,

9    up until the moment that Your Honors said it's admitted has

10   been exclusion so there's always been a dispute that was

11   never going to be worked out.  So they should've brought it

12   up when the UKPC was negotiating.  They should've brought it

13   up on the 12th.  They should've brought it up when we were

14   scheduling Mr. Bereskin's deposition.  Instead I was

15   actually already in Toronto getting depositions and two days

16   before I get this rebuttal report with the statement that in

17   the alternative we're going to seek to move it in.  And we

18   immediately objected, within 12 hours or so.  And they come

19   back and they say we're going to file a motion.  Two weeks

20   go by.  We said, where's the motion?  This is pretty urgent.

21   Trial's now a month away.  Finally, April 11th, they file it

22   here; April 14th, they file it in Canada.  They blame us now

23   for opposing the Motion to Shorten that they took six weeks

24   to file, and they say that it's really all our fault.

25          They also argue that, well, we offered that you

1   could take the deposition without prejudice.  We were doing

2   three-a-day expert depositions.  We were halfway through

3   them.  We had a schedule that everybody agreed we were going

4   to have a [indiscernible] to prepare for these, and they

5   said we should've just dropped things, hundreds of -- we

6   don't have hundreds of lawyers.  The personal defendant, Mr.

7   Bereskin, on our team who would be responsible, obviously,

8   Mr. Burshtein, is Ms. Black, our lead Canadian counsel.  Is

9   she now supposed to take a few days off from trial to

10  prepare for this deposition, not be in court, and then to

11  take this deposition?  I can't imagine what they're

12  proposing not being any more prejudicial or maybe they say

13  that just in case you will permit it. She should've take a

14  few days off for preparing for the trial brief or things

15  like that.  This schedule had no fluff in it.  I mean

16  hardly.  We could've all used more time.  And the idea that

17  we should've just on a conditional basis gone and taken a

18  lot of time to prepare for this deposition, and then it's

19  our fault for not doing it.  I think that's frankly

20  preposterous.

21          I think also, Your Honors, with regard to the

22  Bushtein report itself, they say, well they need to -- it's

23  critical.  We have to rebut Mr. Bereskin's custom and

24  practice testimony, but Mr. Burshtein says he is not a

25  custom and practice expert.  I don't understand that this

1  now -- it's gone from these expert reports aren't really

2  even reliable because Your Honors can get it through

3  briefing or ways that are much more reliable, and that's

4  what they'll argue, I'm sure, at trial and at closing; that

5  you should pay more credence to their non-expert briefing

6  than Mr. Bereskin.  And they can brief it.  But now all of a

7  sudden it's critical that they have an expert to rebut Mr.

8  Bereskin on a point that Mr. Bereskin's not even making,

9  which is Ontario law.

10          Secondly, and this again, perhaps one of the most

11  conspicuous things in their opposition brief is, we argued -

12  - in their reply.  We argued an opposition brief that in

13  fact the key issue here is U.S. law, and specifically

14  paragraphs 123 and 124 of Mr. Burshtein's report, entitled

15  United States Licensing Law and United States Credential

16  Standing.  I've got copies.  I could hand it up to Your

17  Honor.

18          THE COURT:  Yes, I have them, of course, but it

19  would take me days to find it.  Thank you, Mr. Rosenthal.

20  Thank you.

21          MR. ROSENTHAL:  And my colleague in Canada may

22  have a copy if Justice Newbould would like to see it, but

23  paragraphs 123 and 124, Mr. Burshtein's report talks about

24  standing.  This is the key aspect of NNI's license, which is

25  the right to sue.  And standing is under U.S. law, standing

1  in the U.S. -- it's a U.S. issue.  And nobody contests that.

2  It's interesting because Mr. Burshtein said I'm not a U.S.

3  lawyer, but here's my understanding, and then he cites a

4  bunch of U.S. cases.  That is where the crux of the -- that

5  they want to put in.  And he has no qualifications to do

6  that.  And they don't need the Canadian law expert to tell

7  you what U.S. law is with regard to standing, and in fact,

8  if NNI has standing to sue under its licenses in United

9  States, their license then goes out the window.  So I think,

10  Your Honor, I think I can cede the podium to Mr. Advani now,

11  but I think it is very clear in light of the complete

12  history here that this would be prejudicial.  I'm not going

13  to accuse anybody of bad faith, but they have waited a long

14  time, a long time to bring this to anybody's attention, and

15  the evidence of how it could've been done more properly is

16  by how they did it with UKPC.  And now we're four days from

17  trial.  Thank you.

18            THE COURT:  Thank you.  Good morning.

19            MR. ADVANI:  Good morning, Judge Gross.  Good

20  morning Justice Newbould.  Sameer Advani from Willkie Farr

21  for the UKP.  As Mr. Rosenthal said, and I think he's

22  covered all the points, just to add color on that one point,

23  and raise one additional point.  The timetable for the

24  claims proceedings mimic and track the same timetable for

25  experts reports and the allocation proceedings.  And when it

1  came time to filing the opening reports, the Canadian

2  Monitor and the Canadian debtors didn't file any opening

3  reports on any of the issues raised by the UKP claims or the

4  EMEA claims.  Instead what they did is they waited to file

5  rebuttal reports.  And even before those rebuttal reports

6  came in, both the EMEA debtors and we objected right away

7  and said that if and when they did file these rebuttal

8  reports, we would want to have the right to file an

9  additional report in response.  And following that, the

10 negotiations ensued for quite some time between my

11 colleagues in Canada and counsel for the Monitor and the

12 Canadian debtor.  And those negotiations ended up in a very

13 detailed protocol, which imposed some very harsh limitations

14 on our client and on the EMEA debtors as with respect to

15 when we would have to get these reports in, with respect to

16 how long they would have a lead time to prepare for the

17 expert depositions.  Some of the depositions were delayed.

18 While this was going on, it was pretty key, and this is

19 again the same timeframe that Mr. Rosenthal was talking

20 about when Mr. Stratton's report and Mr. Bereskin's report

21 was served and while the Canadian debtors and the Monitor

22 had hired Mr. Burshtein and were working on his report.  At

23 no point during this entire negotiation where the issue of

24 additional reports was front and center did it come up. And

25 that's why, Your Honor, we say that the conduct is -- it

1  really raises question because it was happening all at the

2  same time, yet not a word was said during that period.

3            The other point, just very quickly, Your Honor,

4  that I wanted to raise --

5            THE COURT:  One test is bad faith.  The other

6  test is willfulness, of course, and --

7            MR. ADVANI:  Right.

8            THE COURT:  -- you can argue willfulness, which

9  apparently is what you're suggesting.

10            MR. ADVANI:  Right.  And it just raises

11  questions, Your Honor, about how -- you know, whether it was

12  done in the way that -- you know, Mr. Pultman suggested,

13  that they were genuinely not wanting to raise an issue,

14  because the issue was raised.  It was being discussed,

15  albeit in the claimant's context, but it certainly could've

16  been raised and not where they waited, you know, weeks until

17  they first brought it up.

18            The other point is I think it's not necessarily a

19  question of just the Burshtein -- even if we talk about

20  taking his deposition, because I think as Your Honor noted,

21  the other experts, the Canadian debtors all do make

22  interpretations that they made MRDA.  Now you have a witness

23  who's purporting to give, you know, his interpretation of

24  Ontario law.  And so the evidence does overlap, and it may

25  be that after taking that deposition, there might be a need

1   to take the depositions again of the other Canadian experts.

2   It's not just isolated.  And I think that's where the

3   prejudice comes in as well.  That's all I have to present,

4   Your Honor.

5           THE COURT:  Thank you.  Mr. Pultman, yes, sir.

6   Forgive me for my mispronunciation of your name earlier.

7           MR. PULTMAN:  Thank you, Your Honor.  Very

8   briefly, and that response to the question of what was our

9   objective here, and I guess the way to start with what our

10  objective is, is to look at what we did.  Mr. Rosenthal says

11  the primary relief that we sought was striking their expert,

12  striking Mr. Stratton and striking Mr. Bereskin.  And if in

13  fact we had made the motion in March to say strike their

14  experts, then he'd in fact be correct.  But that's not what

15  we did.  What we did was hand him the expert report of Mr.

16  Burshtein and by handing him the expert report of Mr.

17  Burshtein and offering the deposition of Mr. Burshtein we

18  made very clear that while we understand that in our view

19  Mr. Bereskin and Mr. Stratton were IP lawyers, Ontario

20  qualified, giving expertise with respect to IP law, with

21  respect to Ontario law and with respect to in the case of

22  Mr. Bereskin, as he likes to say multiple times, custom and

23  practice, he says it 23 times in an 18-page report and never

24  says the word law.  It is very clear that what we were

25  looking to do was put Mr. Burshtein's expertise in to

1   respond directly to those two experts.  There was no one

2   looking to do anything other than that in the first

3   instance, but the day after they did that, we didn't hear

4   back saying it's difficult to schedule.  We didn't hear back

5   saying this is complex.  What we heard was this does not

6   meet the technical requirements of the order, and because of

7   that we oppose putting in Mr. Burshtein.  So if they come

8   along and said we don't think there was anything wrong with

9   Mr. Bereskin.  We don't think that there was anything wrong

10  with Mr. Stratton.  Mr. Burshtein is the issue, we'd be

11  going along with taking the deposition.  In that case, first

12  there'd be no prejudice, and second, they wouldn't be able

13  to stand up here today and say, no, what you really want Mr.

14  Stratton gone and Mr. Bereskin gone.  We didn't make that

15  motion until they refused to take the deposition of Mr.

16  Burshtein.  So our focus and our primary focus has been to

17  complete the record with respect to these issues.  Now the

18  fact that at paragraph, I think it was 122 and paragraph

19  123, there was imbedded in there some references to U.S.

20  patent law, it may be part of the entirety of the record

21  that Mr. Burshtein can speak to.  It's certainly not the

22  primary purpose of putting him before Your Honor.  It's not

23  the primary purpose in putting him before Your Honor.  It's

24  not the primary purpose of putting him into this record with

25  respect to Ontario law and the MRDA.

1          Finally, the prejudice point, which I think is

2    sort of an easy one, there's always going to be a witness

3    who's going to come in and whose deposition's going to be

4    taken, and you can always create the illusion that, oh, this

5    creates lots of other issues and then what he says may

6    affect someone else.  Someone always goes last, and then

7    there'll be someone after that, Your Honor.  The fact that

8    there is a one-day deposition that needs to be taken from

9    Mr. Burshtein does not cause prejudice.  It doesn't cause

10   harm, and it doesn't preclude this trial from going forward.

11         With that, Your Honor, I appreciate your time on

12   the motion.

13         THE COURT:  Thank you, Mr. Pultman.  Well, I

14   appreciate the arguments of counsel, and here's what I'm

15   going to do.  You know, this record -- the record in this

16   case is so massive that I fear that an appellate judge would

17   look at me and say, Gross, why did you exclude this one

18   expert report, and I don't want to create, if you will, a

19   record which in effect poses an appellate issue where it's

20   not necessary.  So here's what I'm going to do.  I'm going

21   to allow the Burshtein report.  I will direct that Mr.

22   Burshtein be made available for deposition during the week

23   of the break.  I don't want parties to have to be struggling

24   right now to fit in a deposition when they're just days away

25   from the trial.  And that deposition will be taken at the

1  offices of Cleary, Gottlieb in New York, and Mr. Burshtein

2  will not testify prior to his deposition being taken, of

3  course.  So with that, I think we've now completed the

4  ruling on the, if you will, the Bereskin, Stratton,

5  Burshtein motion.

6          JUSTICE NEWBOULD:  We're now, I guess, Judge

7  Gross, with the issue of the sealing of documents.

8          THE COURT:  Justice Newbould, if I may, I just

9  want to make clear what our ruling is on the Motion to

10  Strike all of the Objections of the Canadian Monitor.  And

11  it's impossible for Judges, in advance of a trial, to say

12  that objections -- that this objection is valid, but this

13  one isn't and to sort of preordain that, would, I think,

14  just be wrong for us to do.  At the same time, it does seem

15  that given the other parties' positions and objections, the

16  Canadian Monitor's number of objections really, I think,

17  stands out as a problem and would certainly impact the throw

18  of the case.  That doesn't mean, though, that the Court is

19  necessarily ruling that those objections are not

20  appropriately raised.  But what I think is most appropriate

21  to do is that on Monday, the parties will indicate how many

22  objections they have, for want of a better cure of it, we

23  will assign a minute per objection, thinking that it would

24  probably take that amount of time to raise the objection, to

25  get an answer and to make a ruling; a minute per objection

1  and that amount of time will then be deducted from the

2  allocation of time to that specific party.  That way I think

3  that will sort of give incentive to all of the parties to

4  really hone their objections to what is most necessary.  Mr.

5  Rosenthal, yes, sir.

6           MR. ROSENTHAL:  One clarifying --

7           THE COURT:  Sure.  Sure.

8           MR. ROSENTHAL:  Which is one of the things that

9  we pointed out that was of concern to us is, you know,

10  whereas we in almost all circumstances did, you know, a

11  question.  We objected and there were two questions and

12  there were two objections.  We put down two objections.  I

13  think, you know, we had a hundred total questions covered by

14  82 objections.  We got it from the Canadians, which really

15  made it far more difficult for us to follow [indiscernible]

16  is we would get six pages of testimony, one objection.  I

17  think it needs to be a question and answer per objection

18  because otherwise it's even more work in that we have to

19  figure out what it actually applies to.  So as long as we

20  could have that, I think that your proposal, I think, is an

21  excellent proposal for really helping to streamline and

22  focus the parties on what matters.

23           JUSTICE NEWBOULD:  Mr. Rosenthal --

24           MR. ROSENTHAL:  Yes, Your Honor.

25           JUSTICE NEWBOULD:  -- it strikes me -- I look

1    very quickly at a very long of objections, irrelevant,

2    hearsay, whatever.  I would've thought that you give the

3    Judge a little bit of credit.  We know what this

4    [indiscernible] and what were not.  The [indiscernible] for

5    objections is completely counterproductive it seems to me,

6    you know, a waste of time, that should be worked out.  If

7    you think something's hearsay, then it'll be dealt with and

8    argue it, and we all understand the use of [indiscernible]

9    cannot be made of hearsay.  Just as an example, I would hope

10   that -- I agree entirely with Judge Gross as to what he's

11   saying about these things.  I would hope it would be worked

12   out so you wouldn't be spending time on all these things.

13            MR. ROSENTHAL:  I completely agree, Your Honor.

14   We think that we trust completely, you know, the Judges in

15   this case to look at the testimony and give it the proper

16   weight, and that's why for example with the 6,000-or-so

17   documents we made 11 objections --

18            THE COURT:  Right.

19            MR. ROSENTHAL:  -- not because there are only 11

20   documents that only have any problem with because the courts

21   can waive the evidence make the determinations.  And we did

22   the same with respect to the deposition designations as

23   well, and we hope that Your Honors' directions will allow

24   our adversaries to put the same focus on it.

25            THE COURT:  But your point, Mr. Rosenthal, about

1  the six pages that you are making --

2              MR. ROSENTHAL:  Yes.

3              THE COURT:  -- is that there were numerous

4  questions and answers within those six pages and yet they're

5  only making one objection.

6              MR. ROSENTHAL:  And they just say in pages 44 to

7  52, we object on the basis of this, this, this and this.

8              THE COURT:  And each of those should count as an

9  objection.

10             MR. ROSENTHAL:  Exactly.

11             THE COURT:  Yes.  That's right.

12             MR. ROSENTHAL:  You agree with that, Your Honor?

13             THE COURT:  I do agree with that.

14             MR. ROSENTHAL:  Thank you.

15             THE COURT:  And I think that is the ruling that I

16  would -- that's the ruling that I'm making.

17             MR. ROSENTHAL:  Thank you.

18             THE COURT:  Yes.

19             MR. PULTMAN:  Your Honor --

20             THE COURT:  Mr. Pultman, yes, sir.

21             MR. PULTMAN:  Jacob Pultman again for the

22  Monitor.  We certainly understand.  We hear you loud and

23  clear, and what we have been doing since getting that motion

24  has been to withdraw objections where appropriate, and try

25  and meet and confer to address exactly those issues.  Some

1    of the objections are going to cover multiple documents.  So

2    we have one objection that covers some 234 documents that

3    were produced by the U.S..  They weren't actually produced

4    in the case.  Six months after discovery closes in April, we

5    get on an exhibit list a whole collection of third-party

6    information.  These are articles and journals and all sorts

7    of publications, website addresses and the like.  None of

8    that had been produced to us.  Now we object to it on the

9    basis of hearsay, but we do that, it may be 234 of the

10   objections we've made to the U.S..  We view that as a simple

11   matter to do in one fell swoop, and therefore once we've

12   resolved the document we've withdrawn objections to, and the

13   234 documents, there were fewer than 80 objections that

14   we've made with respect to the U.S. documents.

15           THE COURT:  Okay.

16           MR. PULTMAN:  So we do think that there's been a

17   big to-do about very little that we do think making efforts

18   to sit down with the U.S., making efforts to sit down with

19   the other parties will assist the Court in making this go

20   much more smoothly.

21           THE COURT:  All right.  So the, I guess, the

22   Motion to Strike had its intended benefits.

23           MR. PULTMAN:  Well, if it's intended benefit was

24   getting up to the table, Your Honor, we're always willing to

25   sit down at the table.

1          THE COURT:  All right.  Very well, Mr. Pultman.

2    Thank you.  All right.  Justice Newbould.

3          JUSTICE NEWBOULD:  With respect to the use of

4    documents at the trial -- yes, Mr. Murphy.

5          MR. MURPHY:  I was just going to say, Your Honor,

6    before you leave the issue of the expert reports, there are

7    portions of Mr. Burshtein's report where he does address

8    some of the purported common practice evidence of Mr.

9    Bereskin, so while you indicated that the Burshtein report

10   issue was strictly in the U.S. it may not be to the extent

11   that you admit --

12         JUSTICE NEWBOULD:  I'll accept Judge Gross'

13   ruling.  I'll make the same ruling, that [indiscernible] is

14   required.

15         MR. MURPHY:  We just want to reserve the right to

16   call Mr. Burshtein on if you admit Bereskin's evidence on

17   the common practice.  Some of Burshtein's evidence may be

18   tendered here as well.

19         JUSTICE NEWBOULD:  All right.  Now with respect

20   to the documents, I've seen a lot of information very

21   quickly this morning.  I'll just give you my general view of

22   how I think it should work, but we'll have to hear you all

23   on this.

24         This case is going to be an open courtroom.

25   We're not going to close it.  If there's a document is to be

1  tendered, which there's any issues with third-party

2  confidentiality, because that's what we're dealing with,

3  that document should be given to that party in advance and

4  their position can be taken.  I don't understand, for

5  example, with the Rockstar material I've read this morning,

6  why the document would not be given to NL's counsel at

7  Rockstar.  I don't understand that, and there's a -- I just

8  don't understand it, and it shouldn't be very difficult, but

9  the law, as you know we have it, is that the document has to

10  be identified.  I'm not in favor of making some

11  [indiscernible] ruling at all.  You people know the

12  relevance of the documents.  You -- I don't.  You people

13  know when those documents are produced.  I don't.  But

14  notice should be given to the third party and the position

15  can be provided.  We've got a couple [indiscernible]

16  Microsoft yesterday.  I understand that but that's -- I

17  think that's generally the way I would think it should be

18  done.  I don't -- I'm not sure what Judge Gross would say

19  about that.

20            THE COURT:  I'm in full agreement with you on

21  that.  That is clearly a proprietary confidential document

22  as far as Microsoft is concerned, and we have our Rule 107,

23  in the United States, which covers confidentiality and I

24  think it's applicable certainly to the Microsoft request.  I

25  think, frankly, probably to all of the -- we have three

1  requests for confidential treatment, and I think that

2  confidentiality and Rule 107 is meant to protect that kind

3  of information.

4  JUSTICE NEWBOULD:  So our case law says the same

5  thing.  I would hope that when these [indiscernible] that it

6  can be worked out with counsel.  I don't think any counsel

7  here is unreasonable about these things, but I'm not in

8  favor of just making a wide-open ruling that things would be

9  confidential.  I think it's fine to deal with on a document-

10  by-document basis.

11  THE COURT:  Yes.  Yes, there has to be

12  specificity which the third parties who have responded, I

13  think have clearly stated the specificity.  Now I have a

14  concern about all the pre-trial papers.  I have to tell you,

15  I've read them. I've looked at the exhibits.  I am at a loss

16  to see anything confidential in those papers.  And unless a

17  party wants to come and be specific as to what might be

18  prejudicial and confidential, I would unseal all of those

19  documents.  But again, if there is something specific, I am

20  prepared, and I'm sure that Justice Newbould as well would

21  be prepared to hear it.

22  Ms. Schweitzer, good morning.

23  JUSTICE NEWBOULD:  Before you get into that

24  motion, I wonder if the members of the jury might be

25  excused.  We told the courtroom you could come and go.

1                    UNIDENTIFIED:  Mr. Zigler has our proxy for the

2    UKP on this issue and we don't need to be here for that.

3                    THE COURT:  Anyone is welcome to be excused from

4    this courtroom as well.  Ms. Schweitzer.

5                    MS. SCHWEITZER:  Ms. Schweitzer, I apologize for

6    jumping up. I, first of all, do agree that when we had

7    looked at the pre-trial briefs as well, even with any

8    proposed list of confidential documents, we had reached the

9    same conclusion, which if there were any redaction proposed

10   at all, it would be targeted and discreet.  And now we hear

11   Your Honor's guidance that we should err on the side of

12   inclusion at every point.  The one thing I wanted to note

13   just in fairness to the people who are now in the courtroom

14   is that the counter -- the purchasers and certain licensors

15   counsel were in another room when Your Honor started giving

16   your guidance, and so I don't think they benefitted from

17   hearing what you said in terms of both of Your Honors'

18   direction.  In turn, I wouldn't want to paraphrase it or re-

19   paraphrase it.  I think it was generally that there was an

20   interest in having the open courtroom, that there won't be

21   categorical sealing, that people should get advanced notice

22   or see what documents are going to be used, and that they

23   will have to -- and this part, I don't want to mis-state,

24   but I just want to be clear, is that they would have to make

25   an individualized showing on the documents if they wanted

1  those sealed.

2          I guess my understanding, and again this is very

3  real time, is that the counsel had all been working in

4  another room to come to agreement on the order we were

5  proposing to hand up, which is similar in kind to the one

6  you saw last night, which is that there would be a list of

7  documents which was long, but that would be the ring fence

8  of the confidential documents.  And all that meant was there

9  could be redaction in whole or in part on those documents,

10 and that we wouldn't have the final redactions now, but we

11 would have to work through those to figure out and give

12 guidance as to the confidential portions that would be

13 redacted.  I'm not sure if what I'm hearing from the Courts

14 is maybe you want something even more discreet than that

15 procedure, and we would have to go back and work through the

16 procedures. What we were mostly trying to do was navigate

17 the issue that we're not popping up with purchasers or

18 licensees or anyone coming in everyday at the end of court

19 having a dispute.  In fairness, recognizing that, as you've

20 seen, the people have tried to make a record in the short

21 time provided as to their interest in their own information

22 that they purchased from the debtors or that they view as

23 confidential.  So I don't want to speak on behalf of

24 everyone in the courtroom.  I just wanted Your Honors to

25 understand that the people who were opposing this release

1  were expressing concerns might not have heard the initial

2  guidance and how we're proposing to proceed.  I don't know

3  if anyone else wants to be heard, but I just wanted to level

4  set where everyone's at.

5           THE COURT:  I think counsel have done a

6  remarkable job in this case of addressing concerns such as

7  this, and I speak just for myself right now in saying that I

8  would certainly be comfortable with considering your

9  proposal.  We'll have to see as to how it works, obviously,

10  as the trial proceeds, but a list of confidential documents,

11  which would probably be a fairly discreet list, and then

12  redact it, certainly, I think, would address concerns of

13  this being a public trial.

14           JUSTICE NEWBOULD:  Could I just ask a question?

15           THE COURT:  Yes.  Sure.

16           JUSTICE NEWBOULD:  Would -- with this order,

17  would it be contemplated that before any of these documents

18  are put in, the third party would be notified and given the

19  chance to express their view on it?

20           THE COURT:  I'm seeing head shaking yes in the

21  courtroom.  Yes, Ms. Schweitzer.

22           MS. SCHWEITZER:  I apologize.  To me --

23           JUSTICE NEWBOULD:  Well, there's a head shaking

24  [indiscernible].

25       (Laughter)

1              THE COURT:  Some of them are actually turning.

2              MS. SCHWEITZER:  There you go.

3              THE COURT:  Yes.

4              MS. SCHWEITZER:  Ms. Stam can address this if

5    she'd like.  I think she's at the podium.  Is that right?

6              MS. STAM:  I am.

7              JUSTICE NEWBOULD:  Go ahead, Ms. Stam.

8              MS. STAM:  Good afternoon, Your Honor, good

9    afternoon, Judge Gross.

10             THE COURT:  Good afternoon.

11             MS. STAM:  I thank you very much for you initial

12   directions and comments and I think that you guys have, the

13   two of you, have expressed that a number of concerns that we

14   have all been struggling with.  We all want this trial to be

15   open.  We also, on the debtor perspective, need to and are

16   professionally required to consider these confidentiality

17   issues which as you can appreciate are extensive and

18   particularly with respect to the post-filing purchasers.  We

19   have been working on a proposed process which we think

20   achieves a balance.  The balance of [indiscernible] a list

21   of [indiscernible] documents that relate to a specified

22   category of information, but allowing those documents to be

23   used to the extent that confidential information which is a

24   [indiscernible] term, is either redacted or not presented to

25   your witness [indiscernible].  We think that counsel can

1  ably cross examine around most of these issues, that it will

2  not impede an open trial.  We have been speaking with,

3  specifically on your question regarding notice, counsel to

4  Ericsson and Rockstar Bidco, and I believe in the U.S.,

5  [indiscernible] who represent about 5.7 billion of a $73.3

6  billion of proceeds [indiscernible] who are here.  They are

7  participating.  They've been in contact with all of the

8  buyers and we've given them the opportunity to review the

9  documents, document lists.  What we've been discussing are

10  structures to allow them to do further review.  Everybody

11  likes reviewing documents, I guess.  And we think that we

12  can achieve that and achieve consensus on an order and a

13  process that will kind of address those review

14  [indiscernible], but at the same time allow the trial to

15  start on Monday and allow it to be conducted efficiently

16  without a lot of interruption, without people jumping up

17  every day saying I need to object to the confidential piece

18  of this document.  And I think that there will be only

19  relatively minor amounts of redaction necessary to other

20  file release affidavits.  We agree that we think that they

21  can all be opened up.  They do need to be reviewed once

22  we've agreed on this process.

23             JUSTICE NEWBOULD:  You know the timing when these

24  documents are going to be used so you know how much time

25  you've got to deal with these third parties.

1          MS. STAM:  Absolutely.  And I -- the third

2    parties we have been dealing with, many of them only have

3    one or two documents at issue.  Counsel to Microsoft is in

4    the room.  They have one license agreement.  Those issues we

5    can deal with quite easily.  Counsel to Ericsson, to

6    Rockstar, we can deal with on an ongoing basis.  And we

7    think we can do that pretty reasonably.  I don't want to

8    speak for Ericsson, Rockstar, they can speak for themselves.

9    And the documents -- the timeframe is set out in the order

10   where it allows for prioritizing [indiscernible] be given to

11   review of things that are anticipated to be used in Court

12   before they're --

13          JUSTICE NEWBOULD:  What's the number attached to

14   the number of documents [indiscernible] to be covered by

15   this order?

16          MS. STAM:  So it's in all likelihood just over

17   1,000 documents.  But I'm going to tell you why, because

18   it's not as bad as it sounds.  There are many different --

19          JUSTICE NEWBOULD:  I agree with you.

20      (laughter)

21          MS. STAM:  Well, there are many different ways to

22   designate a trial exhibit, and each of the sales agreements

23   and seller disclosure schedules to them, they are several

24   hundred pages long.  You can choose to designate the

25   document a trial exhibit on a page-by-page basis, 1.1a, 1.1b

1    and so on and so forth, or you can choose to designate it as

2    one large .pdf document.  [indiscernible] parties took

3    different approaches, and that has in some instances

4    resulted in a large number of documents being on the list,

5    but in substance, a very small number of documents that

6    we're talking about.

7              JUSTICE NEWBOULD:  The only other question

8    [indiscernible], have you worked out the form of order with

9    all the counsel?  Are the people here -- I haven't seen the

10   order so I don't know, are the people going to be opposing

11   what you're proposing?

12             MS. STAM:  Yes.  So --

13             JUSTICE NEWBOULD:  Mr. Zigler his head's --

14        (laughter)

15   -- up and down.

16             MS. STAM:  I just will make two points on that.

17   The first is that the other contingent in Canada at least is

18   the Canada revenue [indiscernible].  They've been in

19   discussions with them regarding the Canadian tax related

20   documents.  We are trying to look at it again practically.

21   We have a meeting set up for this afternoon to try to --

22   with the UCC, with the Monitor, with TRA to discuss the

23   documents themselves, and we are hopeful we can come up with

24   an agreed-on list [indiscernible].

25             JUSTICE NEWBOULD:  I was sort of wondering what

1    the interest of the tax people were having it get

2    confidential.

3         MS. STAM:  Well Mr. Lee is here, and he can speak

4    on his own behalf.  My understanding is that there are

5    treaties that the taxing authority is subject to that

6    require certain items be kept confidential.

7         JUSTICE NEWBOULD:  All right.  You said you're

8    hopeful of working that out this afternoon.

9         MS. STAM: We are very hopeful.

10        JUSTICE NEWBOULD:  Good.

11        MS. STAM:  And I think that everyone will take

12   the Court's direction in terms of the -- the assessment of

13   each document [indiscernible] basis.  Mr. Zigler is also

14   here on behalf of the CCC.  They are opposed to our motion

15   probably pretty much in its entirety, and I will let him

16   speak if you'd like to hear from him.

17        JUSTICE NEWBOULD:  All right.  Mr. Zigler.

18        MR. ZIGLER:  Good afternoon, Your Honor. Good

19   afternoon, Judge Gross.

20        THE COURT:  Good afternoon.

21        MR. ZIGLER:  I will be addressing the pattern

22   here.  I understand that Mr. Hoffner, DLA Piper from in the

23   U.S.  It's not that we oppose a motion to seal particular

24   documents that meet the Sierra Club test here in Canada,

25   [audio skip] test in the United States.  A prime example,

1  Mr. Fogel, who's here from Microsoft, we worked out a

2  redaction for the license agreement.  That's not what's

3  really an issue here.  The problem seems to be that everyone

4  paying lip service to the open court concept, but if you saw

5  the draft order that my friend had, it starts with 1,200

6  documents that might or might not be confidential, and we

7  don't even determine what [audio skip] heard until partway

8  through the trial.  And that precludes us from making

9  [indiscernible] our trial briefs, any of the affidavits that

10  we filed, any of the expert reports that have been filed.

11  And when you think of whose interests are at stake here, I'm

12  talking about tens of thousands of former employees and

13  pensioners worldwide, Canada -- Mr. Finnigan did give me his

14  proxy, and a huge public interest not just on their part

15  because they have direct stake, but even public pension

16  guarantee agencies that are -- go public first here in

17  Ontario, public pension benefit guarantee fund is

18  underwriting some of the cost to the extent that there

19  aren't recoveries in this --

20            JUSTICE NEWBOULD:  Let me ask you a question.

21  Are you saying that your pre-trial brief would have to be

22  redacted?  I read the briefs.  Just from reading it, I

23  didn't see anything that looked to me confidential.

24            MR. ZIGLER:  Neither did I, but Your Honor, we

25  all filed all of our briefs under seal for fear that we

1   would be in violation of the --

2           JUSTICE NEWBOULD:   So I got recent authority

3   under courts -- under seal, too.

4           MR. ZIGLER:   Right.

5           JUSTICE NEWBOULD:   [indiscernible] in the corner.

6           MR. ZIGLER:   If they're serious about doing this

7   properly, I think the best way to deal with it is to make

8   clear today, before we leave this room all the trial briefs

9   and books of authority and all the affidavits without

10  exhibits that have been filed, should be made public

11  immediately so the people know what this case is about.  If

12  there were anything ever to be redacted, it might be in some

13  of the exhibits, particularly some of the exhibits that the

14  experts have looked at.  I think that's where the issue is,

15  and there's a practical concern from my client's point.

16          JUSTICE NEWBOULD:   Does the order not deal with

17  exhibits only?

18          MR. ZIGLER:   No.  The order purports to not make

19  public trial briefs and affidavits until such time as

20  they've had a chance to go through them all redact them and

21  that sort of thing.  It is the most ludicrous way to run a

22  trial that I have ever seen.  I can't put it more bluntly.

23  We could be in a position [audio skip] as draft where we're

24  in the middle of a cross examination and counsel has to

25  worry, or the Court has to worry about whether I can ask

1  this question without asking you to clear the courtroom,

2  totally interrupt the flow of the cross examination, cause

3  great delay when we're on a restricted clock, and then clear

4  the courtroom, reopen it, and five minutes later, you've got

5  another questions and you've got to clear the courtroom

6  again.  That's just not workable.  At the end of the day

7  I've looked at a lot of these documents, and a lot of them

8  are Nortel documents that were clients of Nortel, revenue

9  forecasts of Nortel, plans of Nortel with respect to its IP

10 licensing company that never got off the ground.  The

11 patents got a wrong start.  So this is where practically

12 comes out of the reality.  Those documents are referred to

13 by the experts in business valuation context numerous times,

14 not necessarily [indiscernible] but some of the others.  And

15 we can't just shut down the trial every time an expert is

16 cross examined about documents that were created by Nortel

17 four or five years ago that are ancient history because they

18 were part of the confidentiality agreement with one of the

19 purchasers.  All of the purchaser confidentiality agreements

20 that you have before you are subject to applicable law.  If

21 the court says something is public, it has to be made an

22 exhibit of trial.  Someone's got to come before you and show

23 where the prejudice is.  That's our law.  That's where we

24 started this morning.  And the kind of order that my friend

25 had in mind [audio skip] on its head and basically assumes

1   things that are sealed until we unseal them.  I would be

2   quite happy having no [audio skip] today.  I had then a

3   clear direction to release the affidavits and the -- unseal

4   the affidavits, trial briefs and all those materials without

5   reference to the exhibits, and then if anybody has an

6   exhibit that they need redacted, then we could come and talk

7   about that between now and Monday.  Or if somewhere in the

8   course of the trial that we need to take up valuable trail

9   time with that, that's fine.  But at the end of the day,

10  there are commercial interests that some of the purchasers

11  may have had four or five years ago, but really don't mean

12  much now.  And we just get [indiscernible] at trial that

13  thousands of people have an interest in, to deal with those

14  interests.  And that's [audio skip].  I have no problem with

15  like people's license agreements, the Microsoft ones, like

16  the Hitachi one.  The patents of Rockstar bought the patents

17  themselves.  None of those things are really an issue in

18  this trial, and can be redacted, but when you get into these

19  other documents, these other documents, these forecasts,

20  these -- for example the strategy that Nortel used had it

21  created its own IP licensing litigation company.  That's the

22  sort of stuff that makes it into the expert reports and

23  that, in my submission, has -- there is a great public

24  interest of letting that stuff in, making it public without

25  having to close the courtroom.  And that's where it's going

1   to come down to any serious issue.  And maybe the way to

2   send the message, in our submission, from the Courts' point

3   of view, both in Canada and my colleagues will make

4   submissions in the United States, is it's an open trial

5   [audio skip] trial to date is public and if anybody wants an

6   exhibit redacted before it's put into trial, and I

7   appreciate Rockstar and others haven't even seen them all,

8   at some point at the end of the days of the openings,

9   perhaps we can deal with if there are 30 documents, that's

10  fine, but 1,200 documents to start, that seems ludicrous.

11          JUSTICE NEWBOULD:  Just before you turn it over

12  to your U.S. counterpart, you propose that the opening

13  briefs, the affidavits, the expert reports without exhibits

14  go in, in the public record?  That's what you're proposing.

15  Before we turn it over, is there anybody here who's opposed

16  to that?

17          MS. STAM:  Your Honor, I do wish to reply to --

18          JUSTICE NEWBOULD:  Well let the -- we have two

19  courts going here, so --

20          MS. STAM:  I know.

21          JUSTICE NEWBOULD:  I'm just simply asking you a

22  question right now.  Is anybody opposed to the opening

23  allocation briefs, the affidavits and the expert reports

24  without the exhibits be part of public record?

25          MS. STAM:  Your Honor, in my submission,

1  [indiscernible] whether their first priority order gets

2  granted or not, and there are documents that are put in to

3  seal --

4            JUSTICE NEWBOULD:  I'd like an answer to my

5  question.

6            MS. STAM:  We are opposed to it to the extent

7  that we are not given the opportunity to -- for a short

8  period of time to review documents.

9            JUSTICE NEWBOULD:  These briefs, we've had them,

10  we've read them.  All the affidavits are in, the expert

11  reports are in.

12            MS. STAM:  I understand, Your Honor.  And what

13  I'll do is as we're directed.  So that you're aware, what

14  we're talking about is the difference of approximately 48

15  hours.  What we're proposing with respect to the grievances

16  that [indiscernible] publicly on Saturday.

17            UNIDENTIFIED:  Your Honor, may I be heard very

18  briefly?

19            MS. STAM:  Well that they would -- they may be

20  circulated this weekend --

21            JUSTICE NEWBOULD:  All right.

22            MS. STAM:  -- and [indiscernible].

23            JUSTICE NEWBOULD:  [indiscernible] this weekend,

24  I hope [audio skip].

25            THE COURT:  Yes.

1          MR. SHIMSHAK:  Good morning.  My name is Steve

2   Shimshak from Paul Weiss.  We are counsel to Ericsson and to

3   Bidco.  We're not counsel to Rockstar.  That's a separate

4   entity.  But as the Court correctly observed, in combination

5   Bidco and Ericsson are responsible for five and three-

6   quarter billion of the proceeds that are to be divided up in

7   the allocation trial.  That price is reflective of the value

8   of the assets that we acquired, but it's also reflective of

9   the ancillary protections we acquired under our purchase

10  agreements because we not only bought those patents and

11  those assets and the technology, but we also bought a lot of

12  other information that is vital to maintaining the value of

13  those assets in the marketplace free from competitors and

14  free from litigants as we go forward with those assets.  So

15  we have a vital interest in the outcome of this and in the

16  outcome of the treatment of the confidentiality of

17  documents.  We have really two concerns.  The first is

18  substance, and that's protecting what is really confidential

19  and really valuable to our business.  We're mindful of the

20  process that is about to unfold.  We have no interest in

21  being obstructionists or delaying it.  We don't envision

22  that we're actively participating in this in any fashion.

23  We have no skin in this game other than protecting what we

24  purchased.

25          But the other concern is process, and to date and

1   while we're very mindful of the demands that have been on

2   all of the parties in this matter as it's moving forward to

3   trial, we have been brought into this from the perspective

4   of seeing what, if anything, is going to jeopardize our

5   interest only very recently; literally, last week.  So the

6   answer to some of the questions that Justice Newbould has

7   posed is we honestly don't know because we haven't had an

8   opportunity to review all of the documents and we haven't

9   had an opportunity to consider the implications of

10  particular documents and information that might be used at

11  trial.  Nonetheless, despite the limited opportunity that

12  we've had, we have been working literally around the clock

13  in an effort to accommodate both courts because we're

14  appreciative of their needs, but at the same time, strike

15  the appropriate balance where our vital interests are

16  implicated.  The standard that we're using, ultimately, is

17  if someone is going to challenge the confidentiality of a

18  particular document, we've got to be able to defend it and

19  demonstrate why that -- a document should be protected.  So

20  that is always in the back of our minds.  But there's no

21  real ability at this point for us to respond to particular

22  documents if they become an issue, if they're already an

23  issue just by virtue of -- because there's so many positions

24  that have been taken in opposition to the motion.  We're

25  nowhere there.  The order that we've been talking about and

1   that we were working on when we were outside of the

2   courtroom addresses virtually every one of the concerns that

3   has been articulated in the colloquy that has been taking

4   place.  We are given an opportunity to review documents.

5   There are frankly very, very limited time periods for us to

6   respond to the documents that we've seen, and to say whether

7   we object to how they're being categorized, how they're

8   being treated, and then their contemplated process for that

9   that ultimately to be resolved by the Court.

10              On the very specific matter of briefs --

11              THE COURT:  Yes.  And that was --

12              MR. SHIMSHAK:  Okay.  I wanted to address that --

13              THE COURT:  I don't know if you've seen it yet.

14              MR. SHIMSHAK:  We have not seen them.   We

15   learned about them only this morning, but consistent with my

16   remarks the process that's contemplated by the order is that

17   we would get an opportunity to see the briefs on Saturday

18   and we would have 24 hours to say whether we had any

19   concerns about them. It's been represented to us, and I have

20   no reason to doubt it, that the briefs don't contain any

21   confidential information, information that would be

22   sensitive to us, if they're written at a level of generality

23   and, you know, dealing with historic issues, the history of

24   Nortel, the run up to the bankruptcy and of course there's

25   things in there about the auctions and what took place at

1  the auctions, but none, at least as it's been explained to

2  us, at a level of specificity that would trigger any of the

3  concerns that we have.  And we very much hope that's true,

4  but I think it is only fair, since we haven't seen this, and

5  briefs have -- by their nature, pre-trial briefs incorporate

6  things that have been learned in discovery that we have that

7  limited and accelerated opportunity to review.  I anticipate

8  that there's not going to be any issue, but I can't, from

9  the standpoint of my clients' interests, say in advance, go

10 ahead and just file everything when I haven't had an

11 opportunity to see it.  So --

12          JUSTICE NEWBOULD:  Can I ask you --

13          MR. SHIMSHAK:  Of course.  Of course, sir.

14          JUSTICE NEWBOULD:  Is there some reason why you

15 have to wait until Saturday to be given these briefs?

16          MR. SHIMSHAK:  If we were given them now, we

17 could begin to review now.  I mean, I don't -- I'm not part

18 of the process.  I don't know whether they're -- what state

19 they're in, whether people are editing them.  I don't know

20 what's going on, so I would just say, Your Honor, from the

21 time that we get them, we would complete our review in 24

22 hours.

23          JUSTICE NEWBOULD:  I can tell you that there's no

24 lack of ability to forethought [indiscernible].

25      (laughter)

1          THE COURT:  Yes, Ms. Schweitzer, is giving them

2     the documents today.  Is there a reason not to?

3          MS. SCHWEITZER:  Your Honors, the one thing that

4     we just have to start with -- well, I think two points to

5     start with, and let's keep to the pre-trial briefs, and we

6     can get to the other two sets of documents that were raised.

7     In the pre-trial briefs, I personally agree with Your Honor

8     in terms of -- at least in terms of the U.S. brief that we

9     went back and looked and said even with this thousand-

10    document list, let's started in the most conservative pace,

11    we would have very specific targeted redactions that no way

12    would take away from the story or people understanding the

13    theories and understanding the arguments being put forward.

14    They would be pin sight and narrow redactions even in the

15    most conservative way.  And the reason we want to proceed

16    conservatively is because this isn't just a desire to

17    protect abstract confidential information confidentially.

18    The sale agreements themselves have contractual obligations

19    that were approved by both Courts to keep business

20    information, buyer information confidential.  There's also

21    licenses to other counter-parties where we're supposed to

22    keep their identities or terms of those agreements

23    confidential.  So if I were to give Mr. Shimshak or one

24    purchaser an unredacted copy of a brief, that also contains

25    licensor information and they don't -- they're not parties

1   to each other's confidentiality agreements, and effectively

2   crossing beyond reviewing confidential information to each

3   other.  If you allow each to take a day or two to redact

4   what we think should be redacted, which in all cases I

5   believe is narrow, Mr. Zigler, I'm actually a little

6   surprised to hear is saying that his brief can't be put

7   forward, because I think from the estate side everyone who's

8   looked at it said it might not be zero, but it would be

9   narrow redactions.  We could complete them by Saturday. We

10  could give the purchasers a day to look at them, and then we

11  could have them on file Sunday, or if they want it Monday,

12  but the only reason we want to proceed carefully here is

13  every single person in this courtroom, including the

14  purchasers probably, support a public trial.  We also have

15  to balance that against contractual obligations and avoid

16  exposing any of the estate to any potential liability or

17  complaint by a purchaser or by a counter-party to a

18  confidential document.  And so as part of whatever we decide

19  today, we need a ruling and a record that supports that

20  we've provided notice to people, that we have made our best

21  effort in terms of process in trying to get counter-parties

22  contacted and we've given counter-parties an opportunity to

23  look at the documents such that their concerns have been

24  heard so that at the end of the day, the order makes clear

25  that the debtors are not being disposed of for the

1    liability.  We share Mr. Zigler's concerns and interest in

2    making the information public.  We just want to proceed

3    cautiously.  We actually believe that we have spent a lot of

4    time with purchasers going through these documents, and if

5    we take the narrow time to stage the [indiscernible], we can

6    avoid that liability.  We can proceed carefully and we're

7    not holding the ball back on anyone.  So on the pre-trial

8    briefs, I would propose to give everyone the day.  We will

9    get it done as soon as we can.  If it's done tomorrow, we'll

10   give it tomorrow, but just allow us to consider whether

11   those line item redactions are needed or should be discussed

12   with purchasers before we just wholeheartedly release all

13   the information to the world.

14          If you'd like I can move on to the affidavits and

15   expert reports or we can pause there on the briefs.

16          THE COURT:  I understand the concern and not only

17   -- certainly the concerns of the third parties to which I am

18   very sensitive.  I'm frankly a little bit hard put to

19   understand how third-party documents would relate to the

20   issues that are before the Court, but I think there has to

21   be an opportunity to proceed cautiously, so I appreciate

22   your concerns, Ms. Schweitzer, as you've expressed them.

23   And I'm very sensitive to the third-party proprietary and

24   other interests.  So I think -- unless Justice Newbould

25   disagrees with me, I think it is an appropriate --

1          JUSTICE NEWBOULD:  Well, I understand, but I

2    would hope that this process will permit the briefs to be

3    filed in open court on Monday morning.

4          THE COURT:  That's the goal.

5          MS. SCHWEITZER:  Yes, that's the goal, and it

6    would either --

7          JUSTICE NEWBOULD:  I appreciate that.

8          MS. SCHWEITZER:  It would either be a completely

9    public or as I said, at the most with targeted redactions is

10   what I would see.  I don't know if that's consistent --

11         THE COURT:  Yes, that's my understanding.  That's

12   what I'm looking for, Ms. Schweitzer.

13         JUSTICE NEWBOULD:  All right.  And Mr. Zigler

14   have a chance to look at it and if there's anything that has

15   to be dealt with Monday morning, we'll have to deal with it,

16   but I hope that's not the case.  He's not an unreasonable

17   person.  Is the issue with respect to the exhibits, the

18   experts reports and the affidavits, is it the same issue?

19         MS. SCHWEITZER:  The affidavits and expert

20   reports at the highest level are the same issue in terms of

21   balancing the interest.  The affidavits, again, I can't

22   speak to all the affidavits put in by other people, the

23   affidavits a little bit are bandwidth in that we're all --

24   have [indiscernible] fully prepared for trial.  And what we

25   had proposed in the order, unless it's changed in the last

1    couple minutes, is I think three business days before a

2    witness is supposed to testify or scheduled to testify

3    because we're on this rolling basis.  Three days before, you

4    would serve to all the core parties if you thought there

5    should be any redactions and then everyone has a day to

6    respond.  We certainly can include any counter-party who has

7    potential concerns, the purchasers, into that exchange.

8    Again, from the affidavits for the U.S. estate I expect

9    there would be the same thing, very little, if any

10   redactions and certainly ones that wouldn't materially

11   affect the nature of the affidavits.  We just have a

12   bandwidth issue in terms of getting all that out.  We also

13   have deposition testimony that's been designated and that's

14   again just a volume issue.  So what we propose is to keep

15   rolling that.

16           Expert reports, same issue.  The only caveat with

17   expert reports is obviously by their nature they are people

18   with pens and pencils in hand.  They go into all sorts of

19   issues that are -- that, for example, the CRA documents.  If

20   the CRA continues in its position that 100 or 200 documents

21   need to be completely sealed, that's going to limit a lot of

22   these -- our ability to use these documents.  If they show

23   restrain, the will enable us to possible release, you know,

24   larger portions of the different reports.  So I think that

25   that -- the expert reports may be more time consuming.  What

1   we have proposed again is to roll those out before the

2   experts actually testified, but we don't think that rolling

3   process will affect the opening positions being disclosed,

4   which will give people a very good sense, in fact a detailed

5   sense of the issues being litigated.  So we think it's

6   consistent with interest and public disclosure and people

7   understanding litigation positions.  And to that end, we'd

8   note that the opening allocation positions that were filed a

9   year ago are not under seal.  They're on the docket.  So

10  this isn't trial by mystery.  There are statements even

11  publicly available now that show people's initial positions

12  and as of Monday, people will have our pre-trial briefs open

13  as well.

14              THE COURT:  All right, Ms. Schweitzer.  Mr.

15  Johnson?

16              MR. JOHNSON:  Johnson.  That's right.  Robert

17  Johnson from Akin Gump on behalf of the Official United

18  States Committee of Unsecured Creditors.  Good afternoon,

19  Judge Gross and Justice Newbould.  We have constituency of

20  United States creditors and we are a fiduciary here, and we

21  wanted just to assure both Courts that we've been involved

22  in this process, and we have been working with the estates

23  with respect to their order to make sure that any

24  confidentiality restrictions are applied in as a narrow a

25  manner as possible in order to provide free access to the

1   public including United State Creditors and Canadian

2   Creditors, with respect to the briefs especially, also the

3   affidavits.  We think that we now are very close to a

4   process that makes a lot of sense and we think it responds

5   to the objections that have been raised, limited objection

6   raised by the United States Trustee and we do believe that

7   what we have here is going to be workable.  We have a lot of

8   work to do over the next few days, but we are very confident

9   that we'll be able to get those pre-trial briefs available

10  to everyone before trial begins.  Thank you.

11          THE COURT:  All right, Mr. Johnson.  Thank you.

12  Mr. Kenney, do you wish to be heard for the U.S. Trustee?

13  Is this process something that speaks to your concern?

14          MR. KENNEY:  Good morning and good morning,

15  Justice Newbould.  Your Honor, what I'm hearing today and

16  what I saw in the revised proposed form of order does go a

17  long way toward assisting us, and I had some further

18  exchanges with counsel for the debtors this morning on

19  additional provisions.  We think one of the most important

20  things is it going forward as much be done as possible to, I

21  would say, essentially, follow a mantra of draft everything

22  to minimize redaction.

23          THE COURT:  That's right.

24          MR. KENNEY:  And I think as long as everybody

25  keeps that in mind and as long as we have the ability to

1  participate in that process on behalf of the United States

2  Trustee, because we're kind of watching out for everybody's

3  interest, we can assist parties or we can advise the Court

4  where we see the attempts to thread the needle of public

5  disclosure versus protection of commercially sensitive

6  information.

7           THE COURT:  Okay.  Thank you.

8           MR. KENNEY:  Thank you, Your Honor.

9           THE COURT:  I appreciate that.

10          MR. KARLAN:  Your Honor --

11          THE COURT:  Yes, Mr. Karlan, I'm trying to

12  remember who you're representing.

13          MR. KARLAN:  Good morning, Judge. Good morning,

14  Justice Newbould.  Mitchell Karlan from Gibson Dunn and

15  Crutcher on behalf of Microsoft.

16          THE COURT:  Thank you.  Yes.

17          MR. KARLAN:  Judge, we have an objection on file

18  to the debtor's motion, and we also, late last night, so

19  late that I'm sure no one has seen it, filed our own motion,

20  which has not been scheduled for a hearing yet, on this

21  subject.  I just wanted to report to you, Judge Gross, and

22  to Justice Newbould that I share the views of Mr. Shimshak,

23  that we have been meeting throughout this morning with

24  debtor's counsel and the continuing flow of new revised

25  proposed orders which keep appearing on the docket are

1  getting better and I believe the next one will be quite good

2  indeed if -- unless I'm very much mistaken about the state

3  of play in the negotiations.  So I would support the

4  suggestion that a little bit more time to let this bread

5  rise would be a good investment.

6          I did want to just point out or underscore

7  something that's been said already I think by Mr. Shimshak,

8  which is that he and I are complete strangers to this

9  proceeding.  We know nothing about what is in the

10  affidavits, the expert reports, the draft -- or perhaps

11  they've been filed.  I can't quite figure it out -- opening

12  briefs, or anything else.  We don't know anything about

13  what's in the 1,200 documents.  I only know about the one

14  document that I care about. What we have been working with

15  the debtor to try to get changes in the proposed order is to

16  make sure that to the extent any of these, what I call

17  secondary materials, that is not the license agreement

18  itself, but maybe some expert who talks about it or some

19  witness who is going to say what the terms of the license

20  agreement are, to the extent any of that's going to happen,

21  we would at least get some notice of that and some ability

22  to come in and talk to Your Honor about it or perhaps some

23  affirmative application on the part of the debtor to do

24  their best to redact what we've all agreed -- I say we all

25  agreed.  I know there's an objection in Canada, but what the

1 parties of the United States have been working on, have all

2 agreed is the core commercial-sensitive information that is

3 entitled legitimately to some protection.  I am cautiously

4 optimistic we will get there, and with luck you will never

5 see me again in this proceeding.

6 　　　　　　　THE COURT:  Well, thank you for coming today, Mr.

7 Karlan.  It's very helpful.  I agree with your comments.  I

8 share your concern.  Yes, Justice Newbould.

9 　　　　　　　JUSTICE NEWBOULD:  Judge Gross, I don't know if

10 Mr. Fogel wants to say anything.  Mr. Fogel is here

11 representing Microsoft as well.

12 　　　　　　　THE COURT:  Thank you.

13 　　　　　　　JUSTICE NEWBOULD:  So is there anything you want

14 to say, Mr. Fogel?

15 　　　　　　　MR. FOGEL:  Not significantly, just to indicate

16 that whatever the decision, whether we go with the order or

17 some variation thereof, that it's very clear that in the

18 circumstances that the third-party licensees, particularly

19 Microsoft, is given notice before the document is going to

20 be used.  I understand the [indiscernible] won't be used as

21 Justice Gross pointed out.  It's commercial information that

22 really is not relevant to the allocation, and particularly

23 the agreement covers all Nortel patents inside all the

24 Nortel companies.  It doesn't really indicate anything about

25 allocation.  I suspect the agreement is of little use in the

1  trial.  If it does come up, we want to be in a position,

2  whether it be a one-day or a two-day notice to come up and

3  make the argument that it falls within Sierra.  It falls

4  within the U.S. Bankruptcy Rules as to whether it should all

5  be sealed or should partially be redacted.

6         JUSTICE NEWBOULD:  Well, that sounds reasonable

7  to me.

8         MR. FOGEL:  Thank you.

9         THE COURT:  Ms. Schweitzer, yes.  I think it may

10 be helpful if we are given a little bit of time to see if we

11 can work out some of these process issues.  We of course

12 want to be reasonable and want people to be on notice.  We

13 also don't -- are cognizant of the fact that decisions about

14 documents and cross examinations are often made last minute

15 by counsel and parties to a trial, and that that has to be

16 accommodated also at the trial and continue along the

17 [indiscernible].  So I am optimistic that we can work this

18 out, particularly with respect to the Microsoft concern

19 which, you know, is one document, and hopefully also with

20 our other friends.

21        JUSTICE NEWBOULD:  Well, what -- sorry. Mr.

22 Zigler.

23        MR. ZIGLER:  I'm beginning to be concerned that

24 we started with a basic concept and now there's a mysterious

25 order out there that keeps getting changed, and changed and

1  changed, and we won't be leaving the day with something

2  definitive.

3          JUSTICE NEWBOULD:  Well, I'm just not sure about

4  that, but so far I think you've got the first thing you

5  want, was you said before [indiscernible] that there's no

6  order made is [audio skip] briefs should be filed, and it

7  looks like they're going to be able to accomplish that come

8  Monday morning.

9          MR. ZIGLER:  Right.

10          JUSTICE NEWBOULD:  And so I've succeeded so far,

11  but if the parties can work out [indiscernible] and take

12  some time, and I'm sure Judge Gross will agree completely

13  that the parties can work out a procedure order here that

14  protects the interests, but also permits the full trial, and

15  so that -- and if there's advanced notice of a document

16  given to the particular third party so it can be worked out,

17  I'm sure if you need time to work out an order, I'm speaking

18  for myself, but I'm quite happy with that.

19          THE COURT:  Absolutely.

20          UNIDENTIFIED:  Perhaps we should take the time to

21  try to --

22          MS. SCHWEITZER:  Your Honors, just to give you an

23  update in that regard is that I know Mr. Zigler has had his

24  strong views on having a completely open trial, but we all

25  respect that the parties who are the estates have been

1  working 24/7 for the last week, almost literally, with the

2  purchasers and counter parties to come up with this order,

3  and the report I got before they walked in the room, is that

4  they need less than an hour to finish it out, to hopefully

5  come forward with a fully consensual order for everyone's

6  concerns addressed, except for the CCC objection.  So if

7  it's quarter to one now, I might propose if we took an hour

8  lunch break and then I think we would be prepared to come

9  back and present it. The only reason I would like to present

10  it is because I would like to have -- well, first obviously

11  Mr. Zigler should have his opportunity to review it and

12  express his concerns, and his counsel in the U.S.  I'd also

13  like a ruling to be made that has findings that support the

14  release just for a clear record for everyone's interest, so

15  we're at your mercy on your schedule, but I think that from

16  our side, this is -- I understand everyone's very close and

17  just take time to cross the 't's close up a couple issues

18  and to have it typed up; other than, of course, the CCC,

19  which obviously should have their time to be heard.

20          THE COURT:  Well, I'm available.

21          JUSTICE NEWBOULD:  I'm available.  I'd suggest

22  instead of 2:00, I'd suggest 3:00.

23          THE COURT:  That way we'll also have an

24  opportunity to look at it before we come into the court.

25          MS. SCHWEITZER:  That's fine.  If -- would it be

1  all right that -- go ahead.

2          MS. STAM:  Your Honor --

3          JUSTICE NEWBOULD:  Ms. Stam wants to say

4  something.

5          MS. STAM:  I don't mean to interrupt Ms.

6  Schweitzer, but I just want to raise not an additional

7  issue, but hopefully an additional solution, which is that

8  we do have a meeting scheduled now with Mr. Lee to go

9  through the Canadian tax related documents that's going to

10 take place.  We are hoping to reach an agreement on that.  I

11 actually don't think that will impede reaching agreement

12 kind order because, of course, by consent, parties can

13 always agree to amend schedules, but that may not be

14 resolved fully by 3:00.  Otherwise, if the -- if Your Honors

15 are amenable to you having us return at 3:00 with what we

16 hope to be an agreed-on form of order, we would be very

17 content with that.

18         JUSTICE NEWBOULD:  So you're happy with 3:00 or

19 you are or are not happy with 3:00?

20         MS. STAM:  I'm happy with whatever time you'd

21 like us to come back.

22         JUSTICE NEWBOULD:  Well, I guess I'd like you to

23 come back.  I want you to have enough time to work it out,

24 but I don't see the point of running in here at 3:00 if you

25 need another half hour --

1            THE COURT:  That's right.

2            MS. SCHWEITZER:  Can I --

3            JUSTICE NEWBOULD:  So --

4            THE COURT:  How about if --

5            MS. SCHWEITZER:  Is it --

6            THE COURT:  -- you give us a half hour notice --

7            MS. SCHWEITZER:  I would say if we finish, can we

8    aim -- because lawyers work really well on deadlines -- if

9    we aim to have delivered to your chambers the revised order

10   clean and black line by 2:30, and then if we hit that

11   deadline, we can come back at 3:00?  Is that --

12           THE COURT:  That makes sense to me.

13           JUSTICE NEWBOULD:  That's fine.  E-mail it to me.

14   You don't have to have it delivered.

15           MS. SCHWEITZER:  Okay.

16           JUSTICE NEWBOULD:  But --

17           MS. STAM:  That's fine, Your Honors, just a heads

18   up on a very procedural point, I'm not sure how long we have

19   this video reservation, link reservation for today, so I

20   will have to look into that, and I'll have to advise how we

21   may best connect this afternoon.

22           JUSTICE NEWBOULD:  And if it turns out that

23   3:00's not going to work, you need a bit more, just tell us

24   -- just e-mail us and tell us, and we'll try to accommodate

25   you.

1          MS. STAM:  [indiscernible], Your Honor.

2          MS. SCHWEITZER:  And --

3          JUSTICE NEWBOULD:  Everything else need --

4          MS. SCHWEITZER:  The only thing I --

5          JUSTICE NEWBOULD:  Can we just deal with --

6          MS. SCHWEITZER:  Your Honors, the only other

question some people in the courtroom had is just to confirm

is that no other matters relating to the trial will be

discussed when we return, only because people might excuse

themselves from staying around.

11          THE COURT:  Well, maybe -- I would confirm that,

but I want to make sure there are no sort-of questions about

logistics of the trial on Monday that the parties might want

to raise while we're together.

15          UNIDENTIFIED:  Right.  I just have one small

issue.  I just want to alert the Court to two objections

guidance of your client to give us.  There's been an ongoing

discussion between the Monitor and EMEA about two EMEA

witnesses who will be testifying during the allocation phase

who will also have some significant [audio skip] on claims,

but are not able or willing to come back and testify in the

claims portion.  So we have had discussions, agreed that the

examination of those witnesses on claims will take about an

hour each, as I understand it.  What it would require,

Justice Newbould, is for you to make yourself available at

1  some point outside of the sitting hours or truncate sitting

2  hours [indiscernible] a day or two to accommodate that.  And

3  Justice Gross, my understanding that these witnesses want to

4  appear in Delaware during the allocation [audio skip].  So

5  there will have to be courtroom facilities at Delaware

6  [indiscernible] for a two-hour issue.  That's it.

7            JUSTICE NEWBOULD:  Well, I'm sure we can

8  accommodate it.

9            UNIDENTIFIED:  All right.  I just --

10            THE COURT:  We'll accommodate too, of course.  Of

11  course we will.

12            UNIDENTIFIED:  Thank you.

13            THE COURT:  Yes.

14            JUSTICE NEWBOULD:  Okay.  So let's move -- we're

15  going to rise until 3:00 and let you tell us it's going to

16  be over later, and --

17            THE COURT:  Ms. Melnik would like to be heard

18  here, I think, related to trial.

19            MS. MELNIK:  Very quickly

20            THE COURT:  Yes, Ms. Melnik.

21            MS. MELNIK:  Thank you.

22            THE COURT:  Yes.

23            MS. MELNIK:  Thank you. Selinda Melnik, DLA

24  Piper, for the CCC.

25            THE COURT:  Sure.

1          MS. MELNIK:  I just am rising to get

2  clarification about the procedure this afternoon with

3  respect to the proposed order.  And I'm wondering whether it

4  will be sent to the parties first before for some kind of

5  comment before it's submitted to the Courts --

6          MS. SCHWEITZER:  Yes.

7          MS. MELNIK:  -- or what the anticipation is on

8  that.

9          THE COURT:  Are people going to be staying here

10 working on this?  Is that the idea?

11         MS. SCHWEITZER:  Well, I'll make this actually

12 easier.

13         MS. MELNIK:  Thank you.

14         MS. SCHWEITZER:  And I will regret this for the

15 next two and a half hours -- that any core party counsel who

16 wishes to participate in the discussion can come back and

17 participate in the discussion.  And anyone who would like a

18 copy of it when it is e-mailed to the Courts, they can have

19 that as well.  So we will -- every core party for or against

20 is welcome to participate at any level and already finish

21 this off before 2:30.

22         THE COURT:  I'm assuming that the Canadian

23 Creditors Committee will be actively involved in these

24 negotiations, so this order would already reflect their

25 comment.  No?  Am I wrong?

1          MS. SCHWEITZER:  Ms. Stam can speak to that.  I

2    haven't personally engaged with them, but I'm not sure that

3    we've gotten specific targeted feedback other than it should

4    all be public, at least in the U.S.

5          THE COURT:  Ms. Melnik.

6          JUSTICE NEWBOULD:  Well, I think you're right,

7    Judge Gross.  There --

8          MS. STAM:  I think we will continue to invite

9    everyone to participate in Canada who wishes, and to the

10   extent that people wish to come down to the Gowlings firm

11   where we can hook up our computers and work on draft orders

12   and link up on a conference call, we will be happy to make

13   those facilities --

14         MS. MELNIK:  That was a point that I wanted to

15   make sure of, that those in the U.S. and Canada would be

16   working simultaneously together --

17         THE COURT:  Yes.

18         MS. MELNIK:  -- and we have not been included in

19   the deliberations prior to the issuance of the order.

20         THE COURT:  All right.  Well --

21         MS. MELNIK:  Thank you.

22         THE COURT:  I think it's appropriate now in order

23   to expedite the matter --

24         MS. MELNIK:  Thank you.

25         THE COURT:  -- rather than have us come back at

1   2:30 or 3:00 or whenever and have -- there are still some

2   objections that could've been addressed in your --

3           MS. MELNIK:  That's our desire, Your Honor.

4   Thank you.

5           THE COURT:  Sure.  Sure.  All right.  Mr. Abbott.

6           MR. ABBOTT:  Thank you, Your Honor.  Derek Abbott

7   again for the U.S. debtors.  Your Honor, I have a few

8   remarks to make about courtroom logistics, more in the way

9   of trying to cause some information flow.  I'm not sure it's

10  particularly relevant to our colleagues in Canada, so I can

11  wait until that piece is terminated.  I certainly don't want

12  to waste their time.

13          THE COURT:  Sure.  All right.  Justice Newbould.

14          JUSTICE NEWBOULD:  Be back at 3:00.

15          THE COURT:  Yes, sir.

16          MR. ABBOTT:  Thank you, Your Honor.  What I

17  really just wanted to do was summarize sort of in a very

18  pubic way some of the processes that we expect to sort of

19  play out and get people aware of how things hopefully will

20  unfold on Monday morning.

21          THE COURT:  Tremendous effort has been made

22  particularly by Ms. Cordo and her assistants to have this

23  run smoothly, and I'm very grateful to her and them, and

24  let's see what we need to discuss.

25          MR. ABBOTT:  Your Honor, there's been a great

1  deal of --

2          THE COURT:  Whoever wants to be excused certainly

3  can.  I don't think, for example, the third parties

4  necessarily need to be bothered by this.

5          MR. ABBOTT:  Your Honor, very briefly, there's

6  been a great deal of curiosity about what's going on in your

7  courtroom this week.

8          THE COURT:  Yes.

9          MR. ABBOTT:  And what we have done is removed a

10  lot of the seating and installed a lot of counsel tables and

11  we're currently installing all kinds of wiring and monitors

12  and so forth really to ensure a seamless, hopefully a little

13  bit better than we experienced today, video and audio

14  experience for the two Courts.  We've also spent an awful

15  lot of time wiring some of the rest of this building to

16  create an overflow courtroom that'll be down in unused space

17  on the second floor, that will have quite a bit of seating,

18  a number of monitors, so again, you'll be able to see what's

19  going on, both in the Delaware courtroom and in the Canadian

20  courtroom.  At the request of the Court in the Marshall's

21  office, Your Honor, we orchestrated a pass system that's

22  really intended to help with security issues and each

23  allocation group has been issued a certain number of passes,

24  some for seating in the courtroom, some for sort of

25  transient pass, running things up and down as need be.

1   There were four press passes created as well.  Those are

2   going to be available from the Marshalls as I understand it

3   on a first come, first served basis.  I would urge everybody

4   to get to security early.  We expect there may be a large

5   number of folks not unlike today, but probably more, coming

6   through security on Monday morning.

7           THE COURT:  One advantage to going to the second

8   floor, of course, is you never have to go through the

9   security.

10          MR. ABBOTT:  That was my next point, Your Honor,

11  that the overflow courtroom, which will have the audio and

12  video feeds just like will be on the desks and Your Honor's

13  bench in the main courtroom, will be available for everybody

14  to view down on the second floor.  We're still fighting

15  through a little bit.  As you heard, Your Honor, the notion

16  about, God forbid we'd have to clear the courtroom for a

17  piece of confidential information, that's the only thing

18  that would, I think, cause the overflow courtroom to be any

19  different from the main courtroom, but we'll deal with that

20  at trial as issues arise.  And I'm not sure if Your Honor,

21  based on that, has any further questions, but I just wanted

22  to let the world generally know that's how we intended to

23  proceed and hope that folks who are interested that will

24  bypass security, get to that overflow courtroom --

25          THE COURT:  Right.

1          MR. ABBOTT:  -- and be smooth, and if there's any

2   questions, they can certainly reach my office and we'll try

3   to answer questions that arise.

4          THE COURT:  I think I have successfully postponed

5   a fire drill.

6        (laughter)

7          That would've been fun.

8          MR. ABBOTT:  Indeed, Your Honor.

9          MS. SCHWEITZER:  It depends who's testifying at

10  the time.

11       (laughter)

12         THE COURT:  That's true.  That's true.  All

13  right.

14         MR. ABBOTT:  Thank you, Your Honor.  That's all I

15  have on this.

16         THE COURT:  I can't thank you enough for all of

17  your efforts and everyone's cooperation, and hopefully

18  things will run smoothly and we'll be prepared to be

19  flexible if necessary.  All right.

20         MR. ABBOTT:  Thank you.

21         THE COURT:  And we'll be back here, hopefully,

22  around 3:00.  Thank you all.  Stand in recess.

23       (Recess)

24         THE CLERK:  Court is resumed.  Please be seated.

25         JUDGE NEWBOULD:  Ms. Stam, I received and read

1    through this draft Order.  I think that maybe I wasn't

2    hearing you correctly this morning or maybe you weren't

3    hearing me correctly this morning, or maybe a combination,

4    but I can't sign such an Order and let me explain why.  As

5    you know --

6              THE COURT:  Thank you.  Please be seated.

7              JUSTICE NEWBOULD:  Oh, Justice Gross.

8              THE COURT:  Justice Newbould, I remember you.

9              JUSTICE NEWBOULD:  Judge -- how are you?

10             THE COURT:  All right, sir.

11             JUSTICE NEWBOULD:  I started speaking in your

12   absence so I'll just repeat what I said.  What I said was

13   that maybe I wasn't hearing correctly what Counsel were

14   saying this morning about this or they weren't hearing me

15   correctly, or a combination.  But I can't sign this Order and

16   I'm just going to explain why.  As you know, I'm bound by

17   *Hollinger*.  *Hollinger* said this kind of Order cannot be made.

18   I'm in no position to order that anything is confidential if

19   I haven't seen it.  I can't do it.  *Hollinger* says it's got

20   to be on a document-by-document basis.  So far as the

21   documents are concerned, what I thought I was hearing or

22   expressing this morning was something, a simple concept.

23   Before any document is tendered that could have a problem,

24   notice has to be given to the -- you have to get the third

25   party's position.  It may not be a problem.  If it becomes a

1  problem, you have to talk to Counsel.  Counsel, you know,

2  what's confidential and what's not.  But this -- if I sign

3  this, I've declared things confidential [indiscernible].  It

4  reverses the onus of someone coming along to say it shouldn't

5  be confidential and it's completely contrary to what the

6  Court of Appeals said in *Hollinger* and I -- and you can

7  involve that in a Court of Appeal.  So that's the first

8  thing.

9           The second thing is I'm not prepared at this stage

10  to start thinking an order the people can, on reasonable

11  request, clear the Courtroom.  That is the last thing that I

12  want to do in a case like this and if some documents need to

13  be dealt with and the confidentiality provisions or whatever

14  that the parties have agreed or we've ordered can be

15  redacted, then Counsel are going to have to deal with that in

16  an appropriate way but I certainly wouldn't be making any

17  Order today of any kind with the possibility of clearing the

18  Courtroom.

19           So far as the pre-trial briefs are concerned, I

20  don't know why you need an Order.  You're -- you've got a

21  procedure underway which I heard this morning which seemed to

22  make sense, that you're going to try and get it all resolved

23  by Monday morning and for things that have to be deleted, I

24  assume it's typical for something; I don't know, because I

25  didn't see anything in there that struck me as being

1  confidential, but I don't know, I'm in no position at all,

2  but those are my comments.  I don't know if Judge Gross wants

3  to make comments but those are some of my comments.

4         THE COURT:  Well, I sort of have a point and a

5  question about this because it's my understanding Nortel is

6  no longer operating.  It's a defunct corporation at this

7  point.  The only issue relates to third parties, whether or

8  not third parties want to have documents declared

9  confidential, and that's appropriate, and I suspect it will

10  be somewhat limited.  I don't know.  But it seems to me that

11  that really ought to be what the Order addresses, third

12  parties, limited to third parties, because there I think

13  Justice Newbould and I both are, you know, highly sensitive,

14  and you know, in our Third Circuit, we have our own, as Mr.

15  Abbott knows from sitting through a panel that I sat on last

16  week, you know, it's very limited and our Third Circuit

17  frowns upon blanket confidentiality.  I would be I think

18  comfortable entering a Confidentiality Order which indicates

19  that the parties agree on a preliminary basis that the

20  exhibits listed on Schedule A contain confidential

21  information, subject to review by third parties and I don't

22  know how Justice Newbould feels about that, but at that

23  point, the third parties would then be in a position to come

24  in and tell us why the documents should be maintained in a --

25  on a confidential basis.  Ms. Schweitzer?

1              MS. SCHWEITZER:  Your Honors --

2              THE COURT:  And we appreciate how hard you've

3    worked on this so, honestly, I certainly recognize that and I

4    know you're trying to do the right thing.

5              MS. SCHWEITZER:  Right.  We certainly are trying

6    to do the right thing and we recognize what it must feel like

7    to get an Order at 5:00 that's 13 pages or, you know, how

8    many paragraphs and we're telling you that this is actually

9    going to make things more public and while that statement is

10   completely backward and vocative, we are in a case where

11   backwards logic sometimes actually gets you to the right

12   place and I think that to address that point, because I think

13   it's very sympathetic and is actually the exact point that

14   we're working at, is that maybe if we just take one minute,

15   recognizing the hour, and step back one step just to explain

16   that we are, in fact, working exactly to the same goals that

17   you are, which is that Nortel, as a consolidated group of

18   affiliates all over the world, has very narrow interests in

19   the confidentiality of our documents.  Certainly if there was

20   a privileged document that we felt that there was a concern

21   about, privilege, you know, certainly, that hasn't been a

22   forward-front issue given that it's an inner-company dispute

23   but that could be something that actually wasn't driving this

24   exercise.

25              THE COURT:  Right.

1          MS. SCHWEITZER:  We also have settlements with the

2    IRS and relationships with the CRA.  With the IRS, the

3    settlement, which does come up and is discussed, is one of

4    many things along the way.  We have a prior Order in this

5    case saying that has to be sealed.  Those settlement terms

6    are confidential.  That is a complete third-party interest,

7    it's interest of the Government and so we don't have the

8    power to override that interest as Debtors.  But again, it's

9    not our interest.  That's a confidential settlement that was

10   reached with the Government five years ago now.

11         THE COURT:  Right.

12         MS. SCHWEITZER:  In the same way the CRA, and Ms.

13   Stam has been working and the Monitor has been working with

14   talking to the CRA.  I can't speak to that, but again, that's

15   a third-party interest.

16         From the licenses, these are intellectual property

17   licenses which are routinely protected as confidential in the

18   industry and people would say that's kind of generally

19   recognized as competitive sensitive information; the terms of

20   licenses, scopes of licenses, royalty rights being charged

21   because companies, in fact, go person, to person, to person

22   offering the same or different deals.  So again, those

23   licenses, that is completely third-party driven and it's

24   driven by existing contracts.  That's what we're talking

25   about putting under seal, an existing contract with an

1  existing confidentiality obligation to a third-party where

2  that third-party has, in fact, in many instances, appeared

3  and said I reaffirm how concerning this is to me.

4            THE COURT:  Sure.

5            MS. SCHWEITZER:  The last category is the

6  purchasers and we would look and say well, what do the

7  purchasers now care about Nortel documents and the main

8  concern of the purchasers hasn't been a hypothetical concern,

9  and while it looks like a large volume of documents, it's

10 actually -- what we did in the interest of time was designate

11 the universe of documents and then work to figure out maybe

12 it's only one page of a hundred page document or maybe it's

13 only -- we were talking downstairs about one column of a

14 document that we don't care about.  We need the document.  We

15 do not need that column.  The purchasers feel very strongly

16 that column needs to go and be protected.  And so we think

17 that while this looks like a big Order, and it is a big

18 Order; it's got lots of provisions, and while it looks like a

19 very long list of documents that, in fact, part of this is

20 all of us working so quickly to identify these concerns, the

21 purchasers' concerns would be things like customer contract

22 terms.

23            THE COURT:  Sure.

24            JUSTICE NEWBOULD:  I understand, and what I

25 understand -- I understand.  I wasn't suggesting that these

1  things are or are not confidential.  I'm not suggesting that.

2  What I am saying is that I can't tell, and I've got a Court

3  of Appeal telling me you can't do this and if you leave a

4  list of documents, you can -- however you want to do it,

5  [indiscernible] third parties agree to it or you agree on

6  redaction, I can do that.  But to declare them confidential

7  now is something I'm not permitted to do.

8           MS. SCHWEITZER:  Okay.  So Your Honor, and I

9  understand that and maybe hope is all not lost.  If we can

10  look at the -- we were struggling with the same issue and we

11  completely respect that CCC, Counsel's point to that, that

12  findings should be made on individual documents, we're also

13  very cognizant of the fact of -- to the prior discussion

14  today, one minute an objection to a thousand documents means

15  that we've used up our trial time trying to figure out if we

16  can have a trial and so what we attempted to do was to have a

17  two-part Order is first to take the Schedule A which says

18  this is the universe of documents and then if you look at

19  paragraph five, that we actually defined categories of

20  confidential information for the documents, and the idea that

21  the documents by being placed in Schedule A, we are not

22  saying, per se, that document will be sealed entirely.  What

23  we're saying is something in the review caused a flag to go

24  up and once it's on that list, you have to look to paragraph

25  five and there are categories of confidential information

1    described there.  So we say that there are lists of customer

2    contracts.  There are customer contracts that have

3    confidentiality provisions.  There's royalty rates.  There's

4    employee information like personal home addresses.  There's

5    the tax documents that are specifically to NNI's settlement

6    so that if we did make individualized showings, the

7    individualized showing would fall into these categories.

8              THE COURT:  Sure.

9              MS. SCHWETIZER:  And what we tried to do is not

10   come in with a thousand documents a thousand ways showing a

11   thousand individual redactions.  We tried to work with as

12   much specificity as possible to make the list such that it's

13   self-executing once we have that list.  We also have a fail-

14   safe in paragraph -- at the end, 13 -- which says that if

15   anyone looking at this says, hey wait, this isn't

16   confidential, we can come back and if we come back and tag

17   it, that counter-party has to make the individualized

18   showing; again, not with the idea that they would come back

19   and have a trial of about 15,000 documents.  But if there was

20   a concern to openness, we can work through that.  What's not

21   in the Order may or may not have gotten in there.  We also

22   talked about there's about 20 core documents relating to like

23   IPCO financials that we would actually meet and confer and

24   try to all work on redaction so that we're not futzing around

25   because, again, we know these need to come out at trial and

1  we know we cannot seal the Courtroom and we know we need a

2  practical solution.  What we're trying to get past today is

3  to have some framework in place so we're not coming back and

4  having a long and painful hearing.

5          JUSTICE NEWBOULD:  What's wrong with the framework

6  that says these documents in Schedule A can't be reduced

7  until the third parties have been given them and there's

8  either agreement by the third-party or there are going to be

9  redactions that Counsel try to agree on what the redactions

10  are and until that happens, the document can't be introduced

11  as an exhibit.  You don't have to declare it confidential.

12  It's still the same process.  We're not declaring it

13  confidential right now.  It would be a list of documents that

14  have to go through that process.  What's wrong with that?

15          MS. SCHWEITZER:  I think actually, that's quite a

16  constructive conversation because I think when we actually,

17  and we can go back and look at the Order and people may have

18  a different reaction, but to me, I think that what we had in

19  here was effectively that we put it as sealed and say and

20  then if someone disagrees or we agree later, we can unseal

21  it.  So it might actually only be a couple word changes in

22  the Order.  Instead of calling them confidential today, we'll

23  call them the designated documents, right?  And we'll say

24  these are the designated documents.  They remain under seal

25  until they are --

1              JUSTICE NEWBOULD:  Oh.  Oh, I'm not prepared to

2     say anything's under seal.  I can't do it at this stage.

3              MS. SCHWEITZER:  Well, but I guess --

4              JUSTICE NEWBOULD:   But they can [indiscernible].

5              MS. SCHWEITZER:  Remaining under seal and can't be

6     introduced, again, we can work on other wording.  I guess the

7     question is is in the interim, if we have, for example, a

8     witness statement that contains this document, the witness

9     statement also couldn't be introduced until we resolve that

10    and we'd have to -- in the Pre-Trial Brief, if it contains

11    the designated document information, we would redact that,

12    provisionally again, so that the information is not

13    introduced.  We certainly can work through that mechanic to

14    get us to the same result.  I think everyone's very

15    committed.  I cannot over-express how hard the purchasers and

16    counter-parties have worked and Microsoft again said --

17             JUSTICE NEWBOULD:  Well, I appreciate that.

18             MS. SCHWEITZER:  I'm sorry?

19             JUSTICE NEWBOULD:  I appreciate that.  There's no

20    question you're working hard.  I'm not questioning that one

21    iota.  [Indiscernible].

22             THE COURT:  And the third parties in particular.

23             MS. SCHWEITZER:  And so -- Jenny, I don't know if

24    you have a reaction but certainly, we can look back at the

25    Order and to say that they're not going to be introduced and

1  then instead of talking about it in terms of sealed and

2  having an unsealing or a second bite at it, if we say that

3  they are designated and won't be introduced until we have --

4  I guess the question is until what?  If we all agree on the

5  redactions and then we come forward, if we were to agree, can

6  we then make the showings to Your Honor on some sort of grid

7  or matrix following the Section 5 showings so that we're not

8  paging through, you know, a one line or one column on a

9  document solely in order to make the showing of sealing?

10            JUSTICE NEWBOULD:  See, I expect that there'll be

11  no difficulty with Counsel.  We've heard from Microsoft.  I

12  expect that if you look at the documents Counsel agreed to

13  what should or shouldn't be redacted, I'd be very surprised

14  that Counsel are going to say no, that sentence must be in

15  and somebody says that sentence must out.  That would

16  surprise me.  I think it's a process, as you say, you're

17  going to go through.  You're going to deal with the third

18  parties, you're going to find out their position, and you're

19  going to try and work it out and I think that's terrific.

20            MS. SCHWEITZER:  Okay.  Jenny, do you want to talk

21  about this one or -- I'm putting you on the spot.

22            MS. STAM:  [Indiscernible].  Thank you again for

23  seeing us so late today and for bearing with us while we try

24  to sort through these issues here.  Certainly trying to deal

25  with what we can in the timeframe that we have to do it and

1  we want to ensure that we are secure to all applicable law

2  but also create a process where we are not encumbered unduly

3  by advanced notice working redactions out in advance with

4  respect to documents that may or may not ever even get

5  submitted in open Court.  I think -- I agree with Ms.

6  Schweitzer that we should and we can work on language to

7  address the specific concerns that -- in *Hollinger*.  I think

8  that there are some practical technical issues, particularly

9  as it relates to what has physically been filed so far in the

10  case which may be distinct from what has been introduced or

11  admitted but the -- my understanding, and this goes back to

12  Mr. Abbott's comment this morning, is that documents are

13  being filed with hyperlinks to the exhibits themselves and we

14  will not have an opportunity to have reviewed and agreed on

15  all redactions by tomorrow.  So I don't know, Your Honor, how

16  you would like to do that --

17          JUSTICE NEWBOULD:  So what's -- just give me an

18  example.  What documents were filed with hyperlinks to the

19  document?

20          MS. STAM:  My understanding, and someone is --

21  there are probably many people who are in a better position

22  to speak to this than I am, but for example, the opening

23  Briefs I thought were at issue this morning in terms of what

24  would be filed with hyperlinks to the documents.

25          MS. SCHWEITZER:  So if Your Honor --

1           JUSTICE NEWBOULD:  What I understood --

2           MS. SCHWEITZER:  If I could give you --

3           JUSTICE NEWBOULD:  I'm just going to say --

4           MS. SCHWEITZER:  Oh, go ahead.

5           JUSTICE NEWBOULD:  Sure.  I was just going to say

6    what I understood this morning was that that issue was likely

7    going to be worked out before Monday morning as to what

8    needed to come out of the Briefs.  I thought that's the

9    initial plan this morning.

10          MS. STAM:  I think that that's right.  I think

11   that there's two -- I think there are two distinct issues.

12   One is what is in the text of the Brief itself which is

13   probably, you know, very negligible in terms of what needs to

14   come out but what you physically have or will have, subject

15   to Ms. Schweitzer telling me I'm wrong, is an electronic copy

16   of the Briefs and probably other documents that have been

17   hyperlinked to the exhibits themselves that are in your

18   possession.

19          JUSTICE NEWBOULD:  But who will get those once the

20   trial starts?

21          THE COURT:  Well, can't we delay providing those

22   hyperlinked Briefs until we've sorted out all of the

23   confidentiality concerns?

24          MS. SCHWEITZER:  Yes, certainly, we can.

25          MS. STAM:  If you --

1          THE COURT:  That would help, for one.

2          MS. STAM:  Absolutely we can.

3          JUSTICE NEWBOULD:  That would help, sure.

4          MS. SCHWEITZER:  And then on the filing of the

5    pre-trial briefs, again, every -- I've just been trying to be

6    practical about this.  I think, again, we all expect that

7    there would be very light redactions, if anything.

8          THE COURT:  Sure.

9          MS. SCHWEITZER:  But if there were to be

10   redactions, that we would have to have an Order or have a

11   finding or something that would enable us to, in fact, file

12   it with redactions.  And so if the standard would be that we

13   have to make an individualized showing for each redaction for

14   each Brief, that would be time-consuming.  Of course, we're

15   willing to do it.  I don't know if we can do it in a way that

16   if the core parties agree or, you know -- because they will

17   have had -- all the core parties will have a chance to review

18   and comment or challenge a redaction before we come in.

19   We're just trying to balance, again, the interest in getting

20   these on the docket quickly and to not making a side show of

21   something that seems like a very big issue but we're working

22   at all practicality to keep the redactions small.

23          THE COURT:  Let me see if I can be somewhat

24   helpful.  As I look at the categories in paragraph five of

25   the Order, these are matters which, in my mind, will clearly

1  be confidential; customer lists, personal information and the

2  like.  So the redactions that fall within these categories I

3  don't think will be challenged and I think that these

4  probably cover virtually all of the material that would be

5  redacted.  These, by their very nature, are confidential

6  proprietary material.  So I don't have a problem with

7  redactions and saying that these categories are highly

8  confidential.

9        JUSTICE NEWBOULD:  I agree.  I have no difficulty

10  with that, saying that that's the kind of thing.

11        MS. SCHWEITZER:  Okay.  So would it be possible

12  then that to the extent that the core parties; I'm thinking

13  out loud here, are that let's get past the pre-trial briefs.

14  That's the first thing with the Monday deadline.

15        THE COURT:  Right.

16        MS. SCHWEITZER:  If we could follow our --

17  regardless of the Order; we'll work on the Order, but if we

18  can follow our idea that we've identified the documents,

19  we'll mark according to these categories.  We'll exchange on

20  the schedule we propose which is -- we exchanged drafts on

21  Saturday or proposals Saturday; counters on Sunday; that if

22  we can agree on those, that Monday, we can file redacted

23  versions with the Court and then refer to it and say the

24  redactions are consistent with these categories of identified

25  documents or we'll somehow reference this list of

1    confidential materials so that we can just get those Briefs

2    on file.

3                    THE COURT:  Yes.

4                    Ms. SCHWEITZER:  Is that acceptable to the Courts?

5                    THE COURT:  It is to me.

6                    JUSTICE NEWBOULD:  Yes.

7                    MS. SCHWEITZER:  Okay.  So we've gotten past pre-

8    trial briefs.  That's good.  And then with respect to

9    exhibits, if the core parties can agree on exhibits, that we

10   have this list identified and if we can agree again on

11   redactions or narrowing --

12                   THE COURT:  Yes.

13                   MS. SCHWEITZER:  -- that we again, the Courts

14   could support that in some sort of Consent Order or

15   submission or acknowledgment, again, by working across these

16   categories to say that once we've reviewed them or we're

17   going to introduce them, if we don't have an objection, that

18   we can -- we don't have to keep having a hearing to introduce

19   a redacted version if we're following these categories.  Is

20   that, again, acceptable?

21                   JUSTICE NEWBOULD:  Could I ask you a question, Ms.

22   Schweitzer, because having been thrown into this not too long

23   ago, I have to admit I'm not entirely certain who the core

24   parties are and who the parties are -- what parties are not

25   core parties.

1          MS. SCHWEITZER:  Okay.  Well, there's not many

2    people not left as core parties, and I do apologize that we

3    do talk in shorthand too much around here.  The core parties

4    are the Debtor Estates for U.S., Canada, and EMEA, the

5    Monitor, the Joint Administrator, the Canadian Creditor

6    Committee, the U.S. Creditor Committee, the Bondholder

7    Committee, basically, the litigants in the --

8          JUSTICE NEWBOULD:  Okay.

9          MS. SCHWEITZER:  -- allocation proceedings.

10         THE COURT:  Right.  The U.K. proceedings.

11         MS. SCHWEITZER:  UKP; I don't want to leave them

12   out.

13         THE COURT:  Right.

14         MS. SCHWEITZER:  Directors and Officers.  But it's

15   the litigants that have been showing up on the Pension -- I'm

16   sorry, on the Allocation Briefs.  And so if -- and it was

17   what we would call the parties in interest in the litigation.

18   And so if we can get agreement with ourselves, and again,

19   then we can proceed forward.  I mean we understand that you

20   don't want to front identify documents.  I think we're

21   perfectly prepared to say we've identified a universe of a

22   thousand documents.  We have to proceed forward for witness

23   Affidavits, deposition destinations.  We have a process

24   whereby what -- however we rate it in the Order, we are

25   designating and sharing with each other, right, on a growing

1  basis and we have the opportunity before anything becomes

2  public that we've -- all the core parties, all these

3  litigants, have looked at it --

4              THE COURT:  Yes.

5              MS. SCHWEITZER:  -- and agreed and then if there's

6  an issue, we can come I guess before Your Honors but at least

7  we know that we certainly are working in good faith to come

8  together.  And then the only thing I'm thinking is that,

9  obviously, the purchasers and the licensees want input in

10 process and the bigger concern is if there was a disagreement

11 between the core parties and those parties, I think the

12 licensees will probably be a more discreet universe and

13 that's -- quite frankly, they don't want the terms of their

14 license revealed.

15             THE COURT:  Sure.

16             MS. SCHWEITZER:  And if there needs to be a

17 finding, I'm sure they would happily come and make the

18 statements on the record to that effect.  They've put

19 submissions into that effect.  The documents themselves have

20 confidentiality provisions.  So I think that that's something

21 we can probably navigate through.  The purchaser documents,

22 there's one or two sets of documents.  They're a little

23 trickier, just not that we're going to have a disagreement,

24 but they just require a little more rolling up our sleeves in

25 conversations.  So I'm trying to think of how we follow these

1   procedures and get to the right answer without using the word

2   sealing and confidential.

3             THE COURT:  Mr. Karlan?

4             JUSTICE NEWBOULD:  Okay.  Well, I appreciate the

5   procedure.

6             THE COURT:  A man of vast experience.

7             MR. KARLAN:  That means I'm old I think.

8             THE COURT:  About my age.

9             MR. KARLAN:  So stipulated, Judge.

10            THE COURT:  Yes, and about my age.  Mr. Karlan,

11  yes?

12            MR. KARLAN:  Judge, Mitch Karlan, from Gibson

13  Dunn, on behalf of Microsoft.  I agree; not that it matters

14  whether I agree or not, but I agree with the sentiments that

15  both Courts have expressed just now that the interests that

16  we're really talking about here are the interests of third

17  parties and I am perfectly comfortable.  I think what I'm

18  hearing between the lines is that the burden here of coming

19  forward and making showings ought to be with the third

20  parties whose interests are at stake here.  Part of -- indeed

21  almost all of this afternoon was spent in very difficult but

22  I think productive conversations, hammering out a series of

23  processes --

24            THE COURT:  Yes.  Yes.

25            MR. KARLAN:  -- whereby -- which are largely

1  reflected in the Order, although there are some other things

2  that are not in the Order yet, whereby third parties like

3  Microsoft would finally get access to the documents which we

4  don't have.  So, on the one hand, I'm perfectly happy to bear

5  the burden of saying look, these are our documents; these are

6  our interests; we would like them sealed; here's why; here's

7  why they should be confidential.  On the other hand, I don't

8  have them.  So what I really liked was the suggestion of the

9  Justice that documents not be admitted to evidence that

10 contain confidential information of third parties, I believe,

11 until those third parties have been given the documents and

12 given a reasonable opportunity to come before the two Courts

13 and say here's what we ought to be entitled to and we're

14 prepared to do that and I understand there's a trial date.

15 We're not looking to delay anything.  We will act with great

16 expedition but we need the documents.  Thank you.

17         THE COURT:  Yes.

18         MR. KARLAN:  Thank you, Your Honor.

19         THE COURT:  Yes, I certainly understand that.  Ms.

20 Schweitzer?

21         MS. SCHWEITZER:  I apologize and I -- just two

22 other points because we're just trying to think practically

23 here is that one of the things that I think would not be an

24 issue but it's a difference in the Canadian and the U.S.

25 practice is that through Your Honors' assistance, we've given

1    you the entire universe of potential trial exhibits.

2                    THE COURT:  Yes.

3                    MS. SCHWEITZER:  That you have electronic access

4    to.  And in the U.S., we wouldn't normally consider that on

5    the record or marked exhibits --

6                    THE COURT:  No.

7                    MS. SCHWEITZER:  -- until they're actually marked

8    such --

9                    THE COURT:  And not until they're admitted.

10                   MS. SCHWEITZER:  Right.  And such that the public

11   couldn't walk in and access them.

12                   THE COURT:  That's right.

13                   JUSTICE NEWBOULD:  That's what I was asking

14   before, yes.

15                   MS. SCHWEITZER:  And it --

16                   JUSTICE NEWBOULD:  That's what I was asking

17   before.  What will be trial and what will -- if we get

18   something [indiscernible], does the public have access to

19   that or is it just that paper copy that's filed?

20                   MS. SCHWEITZER:  Well, so my understanding --

21   Jenny can speak to that.  I think that there's a difference

22   in Canadian practices raising some concerns about that so.

23                   THE COURT:  Oh.  Oh.

24                   MS. STAM:  Well, I'm not sure if it's a difference

25   between Canadian practice and U.S. practice or just the

1   special nature of this Nortel trial but my understanding is

2   we either have or will tomorrow provide an electronic

3   database of all of the documents.  I don't believe that it

4   would be -- I believe that in terms of the physical Court

5   file, it gets processed through the Court Office but it's an

6   electronic database.  We're not filing additional paper

7   copies separately other than what we had previously given

8   you.  If we can work out a way that we are not technically

9   sealing those documents, that they are not publically

10  available until this other process is put in place and

11  showings are made then I think that that gets us where we

12  need to be.

13          JUSTICE NEWBOULD:  Right.

14          MS. STAM:  And, frankly, I think that what we're

15  really talking about is not so much the electronic database

16  but when we show up in Court with our exhibits that we want

17  to put to a witness on Wednesday and there's extra copies

18  floating around and someone asks whether they can have a copy

19  of that or not and I think that's what we're really talking

20  about.

21          JUSTICE NEWBOULD:  I understand.

22          MS. STAM:  And that's what we can -- I think

23  that's what we should try to deal with on an ongoing basis

24  going forward.

25          JUSTICE NEWBOULD:  Because it's going to -- these

1  documents are going to become an issue only when the

2  particular witness is in the box and the documents are to be

3  used.  I assume that's the case.

4         MS. STAM:  From a practical matter, I think that

5  that's right, Your Honor.  From a technical legal standpoint,

6  I believe that they have been admitted as exhibits in the

7  trial.

8         MS. SCHWEITZER:  I think in that same way, it

9  would be a witness Affidavit, and again, I don't think the

10 witness Affidavits are the largest thing but they might cite

11 to an exhibit document to -- but if we had a witness

12 Affidavit that was, again, submitted to the Courts prior to

13 someone's testimony, it could have the same effect, but

14 again, it would be a more narrow, as-you-go type issue.  The

15 last thing would be the expert reports which often are not

16 filed on the docket but since -- given the nature of the

17 trial -- or the hope was we could file the expert reports

18 prior to the testimony so people have access to those.  So

19 again, it comes up in expert reports just by their nature.  I

20 would expect to implicate these issues.  The other thing is,

21 quite frankly, for the Estates perspective of avoiding any

22 liability or confusion that the reason we tried to specify

23 the categories and the scope of review to you before is

24 recognizing how quickly we're moving, recognizing we're

25 trying to do our best, but recognizing also that in making

1  the determination we should have an open trial, that we could

2  be affecting confidentiality obligations we have and we're

3  trying to avoid liability for the Estates or later claims.

4  So we're --

5         JUSTICE NEWBOULD:  When's the first expert?

6  When's the first expert?  How many weeks out is the first

7  expert?

8         MS. STAM:  Well, in many respects, it depends on

9  how long people decide to cross-examine the fact --

10        JUSTICE NEWBOULD:  Well, give me your best guess.

11        MS. SCHWEITZER:  Right.

12        MS. STAM:  I would expect, and this is without

13  prejudice, not for at least the first two weeks.

14        MS. SCHWEITZER:  Yes.  I think --

15        JUSTICE NEWBOUL:  What I --

16        MS. SCHWEITZER:  -- it would be the last --

17        JUSTICE NEWBOULD:  What I was going to suggest --

18  yes, I just want to raise something.  I am assuming that once

19  an expert's in the box that Counsel may want to put to that

20  expert another expert's report and deal with it that way.

21  That would mean by the time the first expert gets in the box,

22  you've got to have sorted out what documents can or cannot be

23  admitted with respect to all the experts, I assume.  Does

24  that sound right?

25        MS. STAM:  I think that with a caveat that, you

1  know, there is an expectation that there will be documents

2  put to the fact witnesses appearing before the experts.

3            JUSTICE NEWBOULD:  I understand that too.

4            MS. STAM:  Yes.

5            JUSTICE NEWBOULD:  I understand that too.

6            MS. SCHWEITZER:  Yes.

7            THE COURT:  Well, let me also say this.  Look, if

8  a purchaser or a licensee comes in and says this is a highly

9  confidential document, I think the burden is on someone else

10 to say it's not.  In other words, I am comfortable that a

11 third party who is not looking to spend a fortune in this

12 process as a purchaser, as a licensee, is going to be

13 reasonable in its designations and those designations are

14 going to fall within the categories in paragraph five of the

15 Order I have.

16           MS. SCHWEITZER:  Yes.

17           THE COURT:  And if Microsoft says its

18 confidential, unless someone comes before me and says here,

19 Judge, as to why it's not confidential, I'm going to be

20 content.

21           MS. SCHWEITZER:  Right.

22           JUSTICE NEWBOULD:  Yes.

23           MS. STAM:  Your Honor --

24           MS. SCHWEITZER:  I actually -- sitting here,

25 again, I mean brainstorming out loud, but I was thinking

1   maybe we thread the needle this way, which maybe it's late,

2   maybe this is crazy but instead of [indiscernible] today that

3   as a wholesale matter these are confidential documents

4   because I do appreciate the position that puts the Courts in

5   and we want you to be able to withstand appeal, is that maybe

6   that we can instead say that instead of the Schedule A

7   documents not being -- being filed under seal, we use Justice

8   Newbould's very constructive language that they not be

9   introduced into evidence or otherwise filed --

10          JUSTICE NEWBOULD:  Judge Gross [indiscernible].

11          MS. SCHWEITZER:  And then we -- instead of saying

12   that there's a finding they're confidential information, that

13   we say that the parties are going to review all of the

14   Schedule A documents consistent with the paragraph five

15   categories to consider if there's confidential information

16   that would require -- or there are redactions that would be

17   required to address confidentiality concerns and then we can

18   follow the procedures.  But instead of just having the up-

19   front confidentiality and reviewing it under seal, we just

20   use your formulation of it which is that we're not going to

21   introduce it or publically file it pending the dispute and

22   pending the review and if there's a dispute, instead of

23   saying remain under seal, we'll just say we'll continue not

24   to publically display those pending the determination, and

25   that way -- and then we'll say if we've reached agreement

1   that we can then; this might be the one little step, if all

2   the core parties have agreed, can we then say at that point

3   it's confidential, because I would like to get that end point

4   that at some point, it turns into a confidential document.

5          THE COURT:  Well, I have case law that says while

6   Courts generally make a finding of good cause before issuing

7   a Protective Order, a Court need not do so where the parties

8   stipulate to such an Order.  I would be satisfied with the

9   parties agreeing.  That -- I don't know --

10         JUSTICE NEWBOULD:  Well --

11         THE COURT:  Yes?

12         JUSTICE NEWBOULD:  I was just going to say that

13  process though, Ms. Schweitzer, as you put out, I'm quite

14  happy with that process so and I know Ms. Stam understands

15  what I'm saying as well in terms of -- so I'm quite happy

16  saying let's list the documents.  It doesn't get introduced

17  until this process has gone through and then Counsel

18  obviously would have to work together because if somebody

19  wants these documents sooner than someone else, then they're

20  going to have to identify it and they're going to have to try

21  and get that out to the third party and make sure all that's

22  happening.

23         MS. SCHWEITZER:  Yes, I'm --

24         JUSTICE NEWBOULD:  Like I said, the process we

25  just -- I'm quite happy with it.

1          MS. SCHWEITZER:  Okay.  I'm having people grab my

2     sleeve telling me there's a mechanical issue so if you don't

3     mind.

4          THE COURT:  Yes, Mr. Shimshak?

5          MR. SHIMSHAK:  Yes.

6          THE COURT:  Yes, sir?

7          MR. SHIMSHAK:  I wanted clarification on something

8     that Ms. Stam said because I think I really do need to

9     understand it as a matter of Canadian practice.

10          THE COURT:  All right.

11          MR. SHIMSHAK:  I thought I heard her say that

12     there was going to be delivered to each of the Courts an

13     electronic database or any ability to access documents and

14     that that was going to happen as soon as Monday.

15          THE COURT:  I've already got it.

16          MR. SHIMSHAK:  You've already received it?  All

17     right.  So and then I thought I heard her say that there is

18     conceivably a technical argument that at that point, since

19     it's delivered, I thought I heard her say to the Clerk in

20     Canada that the documents were conceivably public at that

21     point because if that is so, then that's going to be a

22     completely unworkable arrangement because the next thing that

23     could happen is one of our competitors could go to the

24     Courthouse and say I'd like all of the documents on that

25     electronic database.  So I'd really like to understand what

1   is going to be happening here because I think that's like

2   13,000 documents.

3            THE COURT:  It's not a problem here.

4            JUSTICE NEWBOULD:  I didn't understand that they

5   were going to become public like that.  It's just like having

6   a summation database that we -- everybody can access, the

7   lawyers and the Judge can access the documentation.  But I --

8            MR. SHIMSHAK:  Well, I --

9            JUSTICE NEWBOULD:  I'm with you on that.

10           MR. SHIMSHAK:  I would just like confirmation that

11  a consequence of delivering the documents to Your Honor

12  through the Courts or whatever in Canada because I'm not a

13  Canadian lawyer.  My wife's Canadian but that's as close to

14  Canada as I get, is --

15           JUSTICE NEWBOULD:  Oh, you're [indiscernible]?

16       (laughter)

17           MR. SHIMSHAK:  I think so.  That it is not -- that

18  the process there is not going to inadvertently result in

19  these documents becoming publically accessible.

20           JUSTICE NEWBOULD:  Ms. Stam?

21           MS. STAM:  Your Honor, I think, and this is

22  subject to Mr. Zigler potentially convincing you otherwise I

23  suppose, but I think we are going to need some relief today

24  and part of it may be, if we agree on this process, a

25  declaration that the delivery of the hardware is not deemed

1   to have filed the documents in and of itself.

2             JUSTICE NEWBOULD:  Is not what?

3             MS. STAM:  Is not deemed to have filed the

4   documents in and of itself, to clarify that point.

5             JUSTICE NEWBOULD:  If Judge Gross is happy, then

6   I'm happy with that because actually he wants --

7             THE COURT:  Yeah, I'm very -- yes, I'm content

8   with that if they want to --

9             JUSTICE NEWBOULD:  I don't think anybody's

10  stressed with that.  All we're getting is a database to

11  access documents but until they're introduced at trial, they

12  wouldn't be exhibits.  That's my understanding.

13            MS. STAM:  So -- and this is the point, and I

14  apologize because I really am not the most appropriate person

15  to be speaking to this, they are all going to be admitted as

16  trial exhibits because their initial --

17            JUSTICE NEWBOULD:  10,000 to 20,000 documents?

18            MS. STAM:  Well, it's more like 13 to 16,000

19  documents.

20            JUSTICE NEWBOULD:  16,000.

21            MS. STAM:  But they are documents that have been

22  referred to in other form.  Because this trial is -- the

23  direct part of the trial is being submitted primarily by --

24  in writing, we're not doing any direct examinations.  You

25  have reports.  You have affidavits.  You have briefs, and

1  they've all referred to these documents.  The fact that

2  they're not referred to in open Court, my understanding at

3  least, is that it does not mean that they are not a trial

4  exhibit.

5       JUSTICE NEWBOULD:  All right.  So if I understand

6  you, I mean I brought out the declaration today, but if I

7  understand you, eventually, once you get this procedure in

8  place to deal with third-party documents, then what this file

9  will not be this -- we'll call it the A list, it would not

10 become part of the public record until that process has gone

11 through to determine whether or not they had to be redacted

12 or not.  Is that your plan?

13      MS. STAM:  I think we would have to work through

14 the details a little bit and I would actually have to --

15      JUSTICE NEWBOULD:  Okay.

16      MS. STAM:  -- look at this database to see how it

17 would be physically done.  But I am certain that we can work

18 the mechanics of that out if the spirit of it is acceptable

19 to both yourself and Judge Gross.

20      MS. SCHWEITZER:  And also Your Honors balancing

21 [indiscernible] open disclosure versus costs, which we're all

22 very mindful of, is that if it -- to the extent that the

23 exhibits are being made available as they're being used or as

24 they're being submitted in submissions that it might -- it

25 takes a long time to set up these databases and segregate

1  documents in the databases and if it -- if everyone was okay

2  with it, the other solution is just to say that these

3  databases are for you to access -- you know, it's

4  effectively a repository for you to call up documents when

5  you want and that they're just flat-out not going to be made

6  available publically until the end of trial when all the

7  evidentiary confidentiality issues have been addressed so

8  that we don't have to spend more time and resources for

9  sorting and designating and having these discussions of

10 partial redactions only because it does take a lot of time

11 and money to have every one of these conversations and

12 reconcile so many Estate's views on them.  I don't know if

13 that's acceptable but it's just a cost and time issue to

14 throw it out there.

15        THE COURT:  Well, aren't we really entering an

16 Order that says we're maintaining a -- I know it's a tricky

17 word here, maintaining the confidentiality of these documents

18 only for so long as the procedures set forth in the Order can

19 be accomplished?  That's really what we're doing it seems to

20 me.  It's an Interim Order to some degree.

21        JUSTICE NEWBOULD:  Yes.  It's just a question of

22 language that I'd be happy without even the word confidential

23 in there and just say that this list can't -- these documents

24 can't be used, introduced until the process has been gone

25 through.  Mr. Zigler wants to say something.

1          MR. ZIGLER:  Well, I have a practical concern,

2   Your Honor and it's real simple.  We can deal with the Trial

3   Briefs on the weekend, but come Monday morning, we spend

4   Monday and Tuesday giving you our opening arguments.  That's

5   the schedule, and I don't see that there would be any

6   problem.  I doubt if anything would get redacted.  No one's

7   going to point you to exhibits in an opening argument in any

8   event.  The problem starts Wednesday morning.  We're going to

9   be calling two, three witnesses a day.  Their evidence-in-

10  chief is the Affidavit.  There are exhibits to those

11  Affidavits, each of those witnesses subject to cross-

12  examination, and any exhibit within the [indiscernible] of

13  filed exhibits can be put to one of those witnesses on cross-

14  examination.  We're meeting people in chief this week so I

15  can easily say, all right, at the end of -- why don't we at

16  the end of the day today, and I know there are some concerns

17  that the Estates have, give them all the Briefs, give them

18  the Affidavits and the exhibits referred to; that is the

19  purchases, because I respect their concern.  Wednesday

20  morning, we're going to be referring witnesses to exhibits.

21  And does that leave enough time?

22          JUSTICE NEWBOULD:  Well, I saw on the draft Order

23  that so far as the witnesses on Wednesday are concerned, it

24  has to be the third parties and there's a time -- I forget

25  the day but there's one day before, one day before that --

1            MR. ZIGLER:  Right.

2            JUSTICE NEWBOULD:  But we are where we are though.

3    What's the alternative?

4            MR. ZIGLER:  Well, I think there's no alternative

5    other than where you start.  We tried to work this Order out

6    and what it did is, in fact, it did flip the onus the way the

7    Court of Appeals said you shouldn't and that such a

8    [indiscernible] in paragraph 13, you know, we came back and

9    said hey, any one of these people have to prove things in the

10   ordinary course.  But that was --

11           JUSTICE NEWBOULD:  That language can be worked out

12   overnight --

13           MR. ZIGLER:  Well, perhaps.  The only concern I

14   have is that we not slow the purchasers down -- not slow the

15   purchasers down at all.  If we can leave today with the

16   things that Ms. Schweitzer is really -- and Ms. Stam are

17   concerned about, we have an open trial, an Order that there

18   is no liability on anybody here for compliant with the Order

19   you make today and providing the purchasers with all they

20   need in accordance with this timeframe, we can live with

21   that.

22           JUSTICE NEWBOULD:  Okay.  Okay.

23           MS. STAM:  Your Honor, this isn't --

24           MS. SCHWEITZER:  Go ahead, Jenny.

25           MS. STAM:  I'm sorry.  I did want to make one more

1  point which maybe is primarily mechanical but I wanted to

2  float it as a possibility for the -- a fix in the Order.

3  These documents are all technically subject to the existing

4  Protective Order, which, although in and of itself does not

5  apply to the trial, could apply on an interim basis to the

6  Schedule A documents while [indiscernible] is in place.

7           JUSTICE NEWBOULD:  Well, I'm not -- I can't cite

8  something and say something's confidential.  That's why I --

9  I wouldn't be happy with that.  I've got a problem with

10 *Hollinger* so I'd rather have the Order say this list of

11 documents will not go in until the procedure has been carried

12 out with respect to the third parties.

13          MS. STAM:  Okay.

14          JUSTICE NEWBOULD:  All right?  And then it's going

15 to achieve exactly what everybody wants, but they'll be

16 declaring them confidential.

17          MS. STAM:  I understand.

18          JUSTICE NEWBOULD:  Because that's the problem I've

19 got in *Hollinger*.  Yes, sir?

20          MS. SCHWEITZER:  So, Your Honor --

21          MR.  HOLLEY:  So it's Jeff Holley [phonetic].

22 Just going back to the point Mr. Zigler raised.

23          JUSTICE NEWBOULD:  So you represent --

24          MR. HOLLEY:  Ericsson and Bidco.  Rockstar, Bidco.

25 The concern though is with respect to the witnesses, we have

1  to have a process in place where a party cross-examining a

2  witness isn't going to put a confidential document to that

3  witness.  So we're talking about, you know, the purchasers

4  are faced with a problem right now because they need to

5  review these documents or they have to be given those

6  documents by parties who are going to cross-examine them.

7            JUSTICE NEWBOULD:  Yes, I understand that and it

8  seems to me that Counsel are going to have to.  Counsel are

9  going to -- they're going to know what they want to put to

10  the witness and if it's one of these documents in

11  Schedule A --

12            MR. HOLLEY:  Right.

13            JUSTICE NEWBOULD:  -- that process is going to

14  have to be gone through before they do it.

15            MR. HOLLEY:  That's --

16            JUSTICE NEWBOULD:  That satisfies your concern

17  does it not?

18            MR. HOLLEY:  It might if we had sufficient [audio

19  skip]  to get the document and be able to come to Court and

20  make an objection, in one way to sort of try to deal with --

21            JUSTICE NEWBOULD:  So my guess is that you're not

22  going to find a whole lot of objections.  My guess is Counsel

23  are going to agree with you what needs to be redacted.

24  That's my understanding.

25            MR. HOLLEY:  But it would have to be clear that

1   Counsel will come to the purchasers with the documents they

2   intend to use on cross-examination.  Alternatively,

3   certainly, another way to try and deal with your *Hollinger*

4   concern is for us to provide you with the 200 or 300

5   documents that are [indiscernible] that relate to my client,

6   Ericsson, and Rockstar and Bidco.  If the concern is set them

7   up by categories so that you can see yourselves that, yes,

8   they're properly [audio skip].

9           MS. SCHWEITZER:  Yes, and to --

10          THE COURT:  And then we could make a

11  determination, Justice Newbould, as required by *Hollinger* and

12  other cases in the States --

13          MS. SCHWEITZER:  Yes.

14          THE COURT:  -- that these are, in fact,

15  confidential.

16          JUSTICE NEWBOULD:  I'm with you.  If the parties

17  agree, as I guess my expectation is they will, as to what

18  needs to be redacted and what is confidential, then it will

19  be easy for us; just say you can't introduce them; you have

20  to put -- use the redacted version or whatever.

21          MS. SCHWEITZER:  Yes.

22          THE COURT:  Yes.

23          MS. SCHWEITZER:  That's very helpful.  And Your

24  Honors, just so you understand because, again, we're talking

25  in shorthand very quickly, the -- Mr. Zigler I believe had

1   made reference to paragraph 13 of the Order.  The revised

2   Order that you have in front of you should have had paragraph

3   13 added in here.  It was that the triple -- I'm sorry, the

4   Canadian Creditor made a request which said if we're

5   including a document on the Schedule A it's without prejudice

6   to the right of a core party; again, the Nortel litigants, to

7   challenge the inclusion on Schedule A, and I might be

8   working --

9          JUSTICE NEWBOULD:  *Hollinger* says that this --

10   you're reversing the onus.

11          MS. SCHWEITZER:  Well, that's the thing.  And then

12   it says that they can take it off.  If they take it -- if

13   they challenge it and they flag it, then the party alleging

14   the confidentiality has to make the showing and I think that

15   the purchaser Counsel was okay with that, and the idea being

16   let's go forward but if viewed just as a second bite, I think

17   the concern there is that we -- which I think we have heard,

18   is the paragraph five categories, the general confidential

19   information, we're not coming back to re-litigate this, the

20   gateways screening of documents.  We're not -- that it

21   wouldn't be that tomorrow or a month from now that there's a

22   more dissent that just says not confidential and we're having

23   a trial on 800 documents on an individualized showing.  And

24   then again, I understood that there was comfort being given

25   from Counsel to the Canadian Creditor Committee that the

1  requests, if this was invoked, would be for specific

2  documents and that the Notice would be very specific as to

3  the -- either this is not confidential because X, Y, Z,

4  specific reasons stated, or that we think it is confidential

5  but it needs to be overridden and that exercise would be

6  prompt so that the buyers can be done with this, right?  The

7  buyers want their comfort and to be done with it and I think

8  that, again, this would leave the onus on the purchaser if

9  something was flagged.  Maybe this gets tweaked a little in

10 terms of the staging of whether it's never becoming

11 confidential or it was out of limbo or whichever the wording

12 is, but the idea being that if -- that -- which I think we've

13 gotten, and it's very constructive, is the idea that these

14 broad categories are the ones we should be using and that

15 we're not re-litigating from scratch what we're looking for

16 in the documents and that the exercise isn't being repeated

17 over and over and over again for two months.  So just so you

18 understood the reference to that paragraph.

19          THE COURT:  Yes.  That's helpful.

20          JUSTICE NEWBOULD:  The --

21          THE COURT:  And I do -- and it does not shift the

22 burden to the objecting party.

23          JUSTICE NEWBOULD:  Right.

24          MR. SHIMSHAK:  Your Honor, I'd like to just

25 summarize --

1          JUSTICE NEWBOULD:  Thank you.

2          MR. SHIMSHAK:  -- to make sure I understand what's

3    going on.  So --

4          THE COURT:  Mr. Shimshak, yes.

5          MR. SHIMSHAK:  So we have an --

6          JUSTICE NEWBOULD:  [Indiscernible].

7          MR. SHIMSHAK:  Well, we'll see how good I am at

8    it.  We have an understanding that the electronic databases

9    are not going to be publically available until such time as

10   the documents are moved into evidence and that there will be

11   an interval where we will have an opportunity to review those

12   documents because I accept what Ms. Stam says.  It's not

13   always the case -- it's not going to be the case in this

14   trial that documents will just be introduced into evidence as

15   they're used to examine witnesses.  Unfortunately for both

16   Courts, what happens in trials is thousands of documents are

17   introduced into evidence with the agreement of the parties

18   and you're basically told to go look at them later when

19   you're writing your Decisions and Findings of Fact and

20   Conclusions of Law.  It's not all based just on testimony and

21   use in examining witnesses.  A lot of things are going to go

22   in on a wholesale basis but before they go in on a wholesale

23   basis, I want to have the understanding that we will have the

24   opportunity, and this is a category of documents right now

25   that the companies, really, and the parties believe, are not

1  confidential but that we will have an opportunity to look at

2  those documents to see whether we disagree, and we accept

3  that the burden is on us, if we disagree as to those

4  documents, we can come in and seek to protect them and I

5  suppose we're going to have to reach an agreement on what

6  that interval was but my understanding was that that might be

7  as soon as Monday.  I don't know if that's still going to be

8  the case or whatever but I think we're -- we should have an

9  appropriate interval to examine those documents.

10             Second, there's a category of documents that

11  frankly the parties agree, with the exception of the Canadian

12  Creditor's Committee, which wanted an option to challenge

13  those documents but going back to the comments about

14  stipulations, the parties actually agree that there's a

15  category of documents that should be labeled as confidential.

16  So in that sense, there's an agreement among the parties to

17  treat the documents confidentially and to respect the

18  confidentiality and whether an Order is needed to confirm

19  that agreement is a separate question.  I think the fact that

20  we conceivably needed an Order to confirm that agreement was

21  presenting problems for the Canadian Court and I understand

22  that as a matter of Canadian law.  But I think the parties

23  should be free to agree to whatever they want, frankly, and

24  to preserve that confidentiality until such time as someone

25  doesn't think it should be confidential.

1          And then third, to the extent documents in that

2   designated category, because as I said, the Canadian

3   Creditor's Committee wanted to get at some of those documents

4   or at least preserve the ability to do so.  I think we should

5   deal with that on a document-by-document basis and we be

6   given a fair opportunity to come in and say well, these are

7   the reasons why we believe this document is highly

8   confidential, and frankly, the position was articulated that

9   even if the document was highly confidential that there can

10  be balancing and that, as a matter of Canadian law, sometimes

11  the needs of the trial override confidentiality.  I don't

12  know whether that principle is correct or not.  I understand

13  the logic of it.  But, for example, if Counsel felt that that

14  was a use for a document, he would articulate that that was

15  the reason and the reasons why that, on balance,

16  confidentiality, even if it existed, because he maybe doesn't

17  want to concede it exists at all, but if it did exist, it

18  would be -- it should be overridden.  We could -- I think

19  that we're capable of dealing with all of that.  But from our

20  perspective, the threshold concerns are that things do not go

21  in and become part of the record without us having a fair

22  opportunity to review the items and to be heard if we

23  disagree with their characterization or proposed use.

24          JUSTICE NEWBOULD:  Okay.  Thank you.  I speak for

25  myself.  That's a fair position to take.

1          THE COURT:  Yes.

2          JUSTICE NEWBOULD:  I'm wondering, you've been

3  working 24/7.  I don't know if you're sleeping at night or

4  not but I hope you are.  I'm just going to make a practical

5  suggestion here.  I don't know what people say.  It's 20

6  after 6 now.  What I was going to suggest was that you [audio

7  skip] comments and see if you can come up with another draft

8  sometime tomorrow and send it to us and we can look at it and

9  it may be a very quick thing or we may have to have another

10 -- whether a telephone conference call or whatever and

11 speaking for myself, I'm quite happy to do it on the weekend

12 by telephone --

13         THE COURT:  Sure.

14         JUSTICE NEWBOULD:  -- with everybody if we need to

15 have further discussions to sort of fine tune what the Order

16 would say.  Again that's just a suggestion as to how we

17 proceed now.

18         THE COURT:  I just want Counsel for the third --

19 for the purchasers to appreciate that we as Judges are very,

20 very sensitive to what is confidential, proprietary.  You

21 will have an opportunity to protect your client before us as

22 the need arises.

23         MS. SCHWEITZER:  And I think that's constructive.

24 I think we should do that and we can all go back.  I'll leave

25 one little seed in everyone's mind is that the one thing that

1    we were trying to accomplish with the Order is to have some

2    procedure that -- and we've really gotten the purchasers

3    comfortable by using these categories; that they didn't have

4    to sit in Court every day and monitor --

5                THE COURT:  Sure.

6                MS. SCHWEITZER:  -- and come up with an exhibit

7    that comes out of the blue and so to the extent that in the

8    end, the procedure can be that -- and, quite frankly, it's

9    the balance of looking at all thousand documents versus

10    looking at a smaller subset where you don't necessarily want

11    to show all the other core parties all of your strategic

12    thinking, right, about which documents you might use that

13    week.

14                THE COURT:  Right.

15                MS. SCHWEITZER:  And so you don't want to preview

16    exhibits.  So the one advantage of having this categorical

17    execution is we don't have to shop it around every time for

18    the counter-parties, right?  We don't have to go to the

19    purchaser and show them the exact redactions.  We don't have

20    to go to all the parties and we don't have to do all thousand

21    documents up front.  If we move to not pre-designating and

22    have to reach agreement, the only little scent of hesitancy

23    is that people are going to want to do all of the documents

24    at that point so as to not front run strategy, as to not say

25    oh, your witness is coming tomorrow; here's the 10 documents

1    I plan to use against them; let's go agree on redactions

2    tonight, right, and then we have to call the purchaser and it

3    becomes very -- it brings us down instead of simplifying

4    things.  So we will go back.  We will work with the mandate

5    that's been given, that we can start with the categories, but

6    we do have to get some point of agreement on mechanics.

7    That's the only pause that we've been struggling with is that

8    how not to make this an everyday hearing and every day on the

9    last minute on the Courthouse steps or in front of Your

10    Honors having discussions about line items and documents.

11         THE COURT:  We don't want that either.

12         MS. SCHWEITZER:  Exactly.  You know, and that --

13         JUSTICE NEWBOULD:  But that procedure that you've

14    got in place, talking about that you've got to give notice to

15    third parties and what not, that's going to -- all Counsel

16    are going to have to comply with that so they can't the day

17    -- the night before say oh, here's your document.  It has to

18    be sent to the third parties.  They're going to get a lot.

19    They're going to have to -- any Counsel is going to have to

20    decide in a timely way what they want to use so that the

21    third parties can be given the kind of notice that you've

22    sort of provided for in here.

23         MS. SCHWEITZER:  Right.  I think that's right.  I

24    think that the only hope of the Order was by using these

25    categories that they were so self-executing by having them

1  declared confidential.  Now, 10 people could pick up the

2  document, redact it the exact same way, and that the

3  purchasers then don't have to worry about looking over our

4  shoulders.  If this is our guidelines for us to use as a

5  springboard to agree on specific redactions, then it sort of

6  -- everything becomes a conversation instead of having a

7  presumption that if you followed the rules and the categories

8  and you apply that to a document, then that's going to work.

9  We're now starting from this is the start of the

10 conversation.  You have to go redact the document, socialize

11 it with everyone and when it passes that test, then it

12 becomes confidential.

13           THE COURT:  Isn't it the third parties who are

14 going to designate the redactions and they'll be the same for

15 all of the parties with respect to a document?  In other

16 words, a document is not going to have four or five different

17 sets of redactions.  What's confidential is -- forgive that

18 word but what's confidential is confidential.

19           MS. SCHWEITZER:  Yes.

20           THE COURT:  And --

21           MS. SCHWEITZER:  Yes.  I think that there's one

22 little tension there which is that if it's a document let's

23 say that has three counter-parties' confidential information,

24 let's just say it's sale agreement.

25           THE COURT:  All right.

1          MS. SCHWEITZER:  Just right off the top of my

2    head.  A Schedule to a sale agreement says here are all the

3    counter-party licenses.

4          THE COURT:  Yes.

5          MS. SCHWEITZER:  The counter -- each one of those

6    counter-parties doesn't want their name discussed.

7          THE COURT:  Sure.

8          MS. SCHWEITZER:  Right?

9          THE COURT:  Sure.

10          MS. SCHWEITZER:  And so we can't go to each of

11    those purchasers and show them that document to say -- or to

12    each rental license counter-parties and say do you agree to

13    have your name redacted because we'd have to do a hundred

14    redactions to show and so -- but certainly if it had

15    purchaser information and licensure information and CRA

16    information in one document, they can't socialize an

17    unredacted form of that document.

18          THE COURT:  Of course.

19          MS. SCHWEITZER:  So the logistics of implementing

20    it become tricky.  And also, we haven't, quite frankly show

21    -- to show the purchasers the documents that we think are

22    theirs but we also held back some documents saying they have

23    the same stuff as we're talking about but because they have

24    someone else's stuff, or Nortel confidential stuff, we're not

25    showing them to you right now.  So we can navigate through

1    anything but that was -- the hope was to have the categories

2    approved.  Everyone knows the categories are being

3    implemented and then the Nortel folks can execute on it if

4    someone was in Court and someone saw an issue or someone saw

5    with a belief or something that we were sharing, a purchaser

6    could pop up.  But to go through every exhibit and every

7    deposition designation and every Affidavit on a real time

8    basis of socializing each line item is just time-consuming.

9    So we recognize the intention.  We recognize the interests in

10   having an individualized showing.  We completely want to do

11   what we need to do under the law.  We're navigating that

12   practical reality of the tension between spending the time to

13   do everything so you're not previewing your strategy and not

14   -- you know, but the tension that taking too much time over-

15   analyzing documents you may never use or you might just be

16   able to only show three pages of or somehow otherwise

17   practically solving the problem.

18             THE COURT:  You're exhausting me just listening to

19   the process.  If there is a fair process in play I will

20   approve it.  That's what I'm saying.

21             JUSTICE NEWBOULD:   Yes, me too.

22             MS. STAM:  I just want to add that I think what

23   Ms. Schweitzer said -- I will be very brief.  The concern --

24   we want to put in a process -- a place in process that's

25   fair.  As Mr. Zigler alluded to, they are going to be,

1  starting next Wednesday, two to three witnesses appearing per

2  day and as much as we all want to be prepared in advance, I

3  think the reality is is that decisions on documents sometimes

4  get made very last minute.  Sometimes they get made when you

5  decide whether you want to do rebuttal exam.  And approaching

6  the issue from the framework, agreed on definitions that we

7  can responsibly redact and responsible Counsel is

8  [indiscernible] solution.

9             JUSTICE NEWBOULD:  Is a what?

10            MS. STAM:  Is a [indiscernible] solution.  We've

11 given -- we are -- I think we have no problem giving

12 documents to the purchasers, to other parties and accepting

13 proposed redactions on a reasonable timeframe but we do want,

14 and I'm sure the purchasers want to avoid having sit in the

15 trial every day and you're looking at redactions at the very

16 last minute every day.

17            JUSTICE NEWBOULD:  All right.  Now, Mr. Zigler,

18 you wanted to say something?

19            MR. ZIGLER:  Well, just the one ethical concern

20 because I don't want to see an Order if it says -- because

21 cross-examinations and examinations are living breathing

22 things that change very quickly as Ms. Stam just said and

23 this is where I agree with Ms. Schweitzer in terms of

24 strategy.  I may be the second person to cross-examine a

25 witness.  I may have had no intention of putting a certain

1   document to them but it came up and you have to make these

2   decisions all the time.

3         JUSTICE NEWBOULD:  You just have to deal with it.

4         MR. ZIGLER:  Yes, I think we just have to deal

5   with it but I think we have to appreciate that unless -- I

6   thought well in advance, once they have counter-plea of

7   documents to look at and are of concern to them, we may be

8   talking about those documents in Court because that's

9   [indiscernible] for trial.

10         JUSTICE NEWBOULD:  That's a question.  Among these

11   documents, how long is it going to take to provide them to

12   the third parties?

13         MS. STAM:  Your Honor, that seems like it's a

14   little question, and it probably isn't.  The purchasers --

15         JUSTICE NEWBOULD:  Counsel said what

16   [indiscernible].

17         MS. STAM:  The purchasers already have copies of

18   the documents that we, the Debtors, identified as what we

19   thought are confidential information, contained confidential

20   information and those are the documents that you see on

21   Schedule A.  They've also been shown documents that we

22   thought we should probably show them out of an abundance of

23   caution because they may have related to the business at some

24   point but we didn't think we confidential and we've been in

25   negations with them about that for the last couple days.

1  What they haven't seen are the remaining I would say 4,000

2  documents that relate to this first part of the trial, and I

3  mean -- when I say that, I don't mean the allocation part of

4  the trial, not the claims part, that have also been

5  designated for use, potential use, during this first part of

6  the trial and I think that that's the realm of the documents.

7  They haven't had them for very long and, you know, that's a

8  fair point that Mr. Shimshak made, but they do have them.

9           JUSTICE NEWBOULD:  Yes.  Well, I would have

10 thought, Mr. Zigler, that you've got to go through, and all

11 Counsel have to go through what's on Schedule A to determine

12 what it is you want to use and to make sure whether some

13 other document -- you're going to have [indiscernible] what's

14 considered confidential.  You're going to have to make a

15 judgment call as to whether any document you want to use

16 falls within that and whether or not [indiscernible] it's

17 been given to the purchaser.  I'm not suggesting it's easy

18 but there's no way around it.

19           MR. ZIGLER:  I'd be happy to look through the

20 documents because we tried to do so last night and to talk to

21 some of the parties but we don't necessarily -- we think

22 paragraph five, the list there, is a little over-broad.

23 There's some over-reaching where you get the things that are

24 five, six years old that, you know, forecasts into the -- we

25 don't think are confidential so we may have a typical C&R

1  type issue here where if somebody says something's

2  confidential and we say, you know, no, this is too old and

3  out of date.

4           JUSTICE NEWBOULD:  You better be safe and make

5  sure it's been sent out to the third party.

6           MR. ZIGLER:  Well, again, Ms. Stam has sent them

7  all out and so I [audio skip] look through the

8  [indiscernible] Schedule that might come up in the trial.

9  Whether we raise them or somebody else raises them and flag

10 to the purchasers right now that we don't necessarily agree

11 that those things should be sealed and perhaps negotiate a

12 redaction but if not, it may -- we'll have to have that

13 debate.  There may be no more than 10 or 20 documents that

14 fall into that category and so --

15          THE COURT:  Ms. Meyers, did you wish to be heard

16 for Ericsson?  You've been waiting?

17          MS. MEYERS:  Thank you, Your Honor.

18          THE COURT:  Yes.

19          MS. MEYERS:  The -- I know we've been speaking a

20 lot.  The process that we actually had set out in the

21 Order --

22          THE COURT:  Yes.

23          MS. MEYERS:  -- was we had been given the

24 documents on Schedule A.  We've reviewed them.  The Canadian

25 Creditor's Committee has a -- they have copies.  They, you

1   know, obviously can have a couple of days to review, see if

2   they have a problem.  We defined -- here's the schedule.

3   What's confidential?  There's a category of documents that

4   we've all agreed; maybe not the Creditor's Committee, but

5   everyone else has agreed fall within -- you know, should be

6   protected.

7                THE COURT:  Yes.

8                MS. MEYERS:  Personal information, licenses.  We

9   have all agreed to that.  All we want to do is have an

10  opportunity to look at the Trial Briefs.  We've been told

11  that the confidential information is not being disclosed in

12  those documents.  It should be a very easy read.

13               THE COURT:  That should be, yes.

14               MS. MEYERS:  That should be an easy read.  We'd

15  like to take a look at the other documents that have been

16  determined to be not confidential, just to make sure that

17  there's nothing that falls within those categories.  We're

18  not reopening the discussion of what the categories are.

19  Give us the 10 days and as they said in the Order is that if

20  somebody uses what's on the list of non-confidential between

21  now and the time that we raise our hand and say you know

22  what, we think that document should really go on Schedule A,

23  and so if it took us too long to identify it, it's too late

24  if it was used.  So --

25               MS. SCHEITZER:  Too late for the purchaser.

1          MS. MEYERS:  It's too late for the purchasers to

2  object.

3          MS. SCHWEITZER:  Yes.

4          THE COURT:  After 10 days.

5          MS. MEYERS:  Not even after 10 days.

6          THE COURT:  Oh.

7          MS. MEYERS:  That if on Wednesday if a witness is

8  testifying and someone uses the document that's now on the

9  non-confidential and if after that we determine that it

10  should have been on Schedule A, it's too late.

11          THE COURT:  All right.  That helps.

12          MS. SCHWEITZER:  For the non-confidential

13  documents, they're willing to say go forward; use them.  If

14  we catch it in the next 10 days, we'll bring it to your

15  attention but if the cat has gotten out of the bag and you've

16  used it, we understand that we've, you know, lost the right

17  to have it so.

18          MS. MEYERS:  But that cat out of the bag wouldn't

19  be delivering the database to the Courts.

20          THE COURT:  No.

21          MS. SCHWEITZER:  And that --

22          MS. MEYERS:  With every document.

23          THE COURT:  No.  No.

24          MS. SCHWEITZER:  And that also wouldn't be for

25  Schedule A documents which we've now flagged and the only

1    concern I guess I have when I hear Mr. Zigler talk is the

2    idea of that if he doesn't think or if people don't think

3    that there should be an individualized showing or at a last

4    minute someone just decides to use a document that we're not

5    going to try to comply with the Schedule 5 definitions.  I

6    think we should -- the Debtors and the core parties should be

7    committed to try to comply with these categories and to at

8    least respect and not disclose information.

9           MS. MEYERS:  We believe from our perspective that

10   given that after the 10 days, after we've reviewed all of

11   these documents, if we haven't raised it, we will not be here

12   again.

13          THE COURT:  Okay.

14          MS. MEYERS:  That under the Order, the parties to

15   the trial are going to -- required to respect what has been

16   put on Schedule A and what is, you know, considered in these

17   categories to be confidential and that's it.  If someone's

18   going to be produced -- is going to be introducing a document

19   that is on Schedule A, they had to have complied with the

20   redaction so that they're in conformity with the Order.

21          THE COURT:  That's right.

22          MS. MEYERS:  And that we would have -- and that

23   would be that.  Now, it seems to me that in the same period

24   of time that there's -- that with that same 10-day period, if

25   there's something on Schedule A that the Canadian Creditor

1  doesn't feel belongs within this category that they should --

2  you know, that --

3          THE COURT:  They'll talk to your first and then if

4  you don't reach agreement, you'll come before the Court.

5          MS. MEYERS:  Yes.  But after that, whatever is --

6  whether it's costs or it's -- the attorneys have to respect

7  the Order and that, you know, we're really relying on the

8  good faith of Counsel and that we would not be sitting here

9  in trial and if the night before somebody's going to

10  introduce something, they have to show it to us, they would

11  just have an obligation to do it.

12          THE COURT:  Yes.

13          MS. MEYERS:  And we would -- that would be it.

14  We're not going to be involved in any way.

15          THE COURT:  And if they don't, they're in

16  violation of the Order.

17          MS. MEYERS:  Of the Order, exactly.  Thank you,

18  Your Honor.

19          THE COURT:  Yes.  Thank you.  Thank you, Ms.

20  Meyers.  Mr. Karlan?

21          MR. KARLAN:  Very, very short.  Judge, I didn't

22  want to leave either Court with a misimpression that was a

23  question from the Justice about how long it would take for us

24  to get through certain things.  The purchasers and we are in

25  different situations.  We have not seen any of the documents.

1  We have reached an agreement with the Cleary firm, much of

2  which is set forth in the draft Order but some of which

3  actually is not but has been reduced to a writing between us,

4  and I assume that even though we're not going to be getting

5  an Order this evening that that agreement will be complied

6  with.  We will be getting as -- what we've been asked -- what

7  we've asked for and has been agreed to.

8            THE COURT:  Sure.

9            MR. KAPLAN:  And we will move forward promptly on

10 that.

11           MS. SCHWEITZER:  Just --

12           MR. KAPLAN:  Sure.  Go ahead.

13           MS. SCHWEITZER:  Just to be clear that what we had

14 discussed with Microsoft, and I'll put it on the record

15 because I think it is being affected by everything going on,

16 was the idea that we would run search terms which we're

17 perfectly willing to do.  They're going to give us five

18 reasonable specific search terms today.  The Debtors will run

19 those search terms against the fact Affidavits, trial

20 exhibits and deposition destinations.  And then we will

21 provide to outside Counsel, to Microsoft, solely for the

22 purpose of confidentiality review; not for any other purpose;

23 not for keeping; not for using against anyone, to determine

24 where the search terms have hit to determine whether there's

25 a confidentiality issue and if there -- if they -- the part

1   that might have to be tweaked now, as we had said if we all

2   agree, we can add it to Schedule A.  If we don't agree, they

3   have to come in and make a showing.  That part we need to

4   maneuver with.  We're perfectly willing in the interim to

5   proceed with the search terms at least to get that moving and

6   to thread the needle at the back end of how all these

7   redactions or designations are going to happen.  But as I

8   said, Mr. Karlan, I think because this is a licensee and I

9   think that that is a more discreet issue and hopefully can be

10   dealt with in a standard way for all licensees or in a

11   similar way that we might have to generally refer to licenses

12   that were in place but that there should be a way of

13   navigating that without sealing in Courtrooms ever.

14              THE COURT:  Very well.

15              JUSTICE NEWBOULD:  Okay.  So where are we now?

16   Are we going to adjourn now and then come back in the morning

17   or what are we going to do?

18              THE COURT:  I think they're going to go back and

19   make some revisions.

20              MS. STAM:  Well, speaking --

21              JUSTICE NEWBOULD:  Yes?

22              THE COURT:  I'm sorry, Ms. Stam.  Go ahead.

23              MS. STAM:  No, I apologize, Your Honor.  I did not

24   mean to interrupt you.  I think that that would be

25   constructive if we could have the evening to work on --

1              JUSTICE NEWBOULD:  Sure.

2              MS. STAM:  -- some revisions, both with the

3   purchasers as well as I mentioned the CRA's in the room this

4   morning.  We have an ongoing --

5              JUSTICE NEWBOULD:  I understand.

6              MS. STAM:  -- dialog with them.

7              JUSTICE NEWBOULD:  So what time is good tomorrow?

8   Is 11 too aggressive?

9              THE COURT:  I have an 11:00 emergency hearing of

10  all things tomorrow morning and --

11             MS. SCHWEITZER:  1:00?  Could we say --

12             THE COURT:  2?  2:00?

13             MS. SCHWEITZER:  -- 1 or 2?

14             THE COURT:  Why don't -- is 2:00 reasonable for

15  you, Justice Newbould?

16             JUSTICE NEWBOULD:  Sure.

17             MS. SCHWEITZER:  Can we make this a telephonic

18  hearing so that --

19             THE COURT:  Oh, yes.  We -- I think in fairness to

20  all the parties who are preparing, certainly.  2:00.

21             MS. STAM:  I think we can do an inter-telephonic

22  hearing with the Delaware Court for 2:00.  I might suggest

23  that --

24             JUSTICE NEWBOULD:  So telephonic means we'll just

25  be on the telephone.  Is that what you mean?

1              MS. STAM:  Yes.

2              JUSTICE NEWBOULD:  I never heard that word before.

3              MS. SCHWEITZER:  In a telephone company they

4    [indiscernible].

5              MS. STAM:  The core parties -- I think it might be

6    productive for us to aim to provide both Your Honor and Judge

7    Gross with an update some time mid-morning on the progress

8    we're making because if for some unforeseeable reason we've

9    hit a snag and need some interim direction, we might get it

10   from you in writing in advance of the 2:00 appearance.

11             JUSTICE NEWBOULD:  That's fine.  As I said, I am

12   quite willing to have telephonic discussions over the weekend

13   if need be.

14             THE COURT:  People know how to reach me.  I know

15   how to reach Justice Newbould and we can certainly make any

16   arrangements necessary.

17             MS. SCHWEITZER:  Perfect.  Thank you, Your Honors,

18   and we really do appreciate you staying late for this.  We

19   know that we keep talking about how hard we're working but we

20   know you're working equally hard to make this --

21             JUSTICE NEWBOULD:  I want you to get some sleep

22   tonight?

23             MS. SCHWEITZER:  I slept four hours last night.  I

24   was the partner-invoked exception to the 24/7 rule.

25             THE COURT:  Mr. Abbott?

1          MR. ABBOTT:  Your Honor, I have one very easy

2   question and one I think pretty easy question.  Just some

3   clarification, the hard drive that we had talked about

4   aggregating earlier --

5          THE COURT:  Yes.

6          MR. ABBOTT:  -- was going to include opening

7   Briefs, hyperlinked, as well as expert reports and deposition

8   designations.  I believe I heard Your Honor say that that can

9   wait until we've had an opportunity to get through this

10  process.

11         MS. SCHWEITZER:  Right.

12         THE COURT:  It can for me. I've read the pre-trial

13  briefs.  I've looked at --

14         MS. SCHWEITZER:  Right.

15         THE COURT:  I've looked at, you know, the

16  Affidavits.

17         MS. SCHWEITZER:  So just so both of you

18  understand, I think we explained before, the only purpose of

19  a hyperlinked Brief is that while you're reading the Brief,

20  if there's a citation, you can pass through to it.

21         THE COURT:  Right.

22         MS. SCHWEITZER:  So I think that, speaking

23  hopefully for everyone, it would be equally accommodating of

24  providing them if they're not filed on the docket or made

25  public or just holding off and providing them.  Those

1    solutions are equally good to us.

2                MS. STAM:  Just as a point of practice, it may

3    behoove Your Honors to accept the hard drives with the

4    hyperlinked documents so that you have them in advance of

5    Monday.  Your Honors are entitled to have the fully

6    unredacted versions --

7                JUSTICE NEWBOULD:  Sure.

8                MS. STAM:  -- irrespective of how we

9    [indiscernible]  the documents.

10               JUSTICE NEWBOULD:  Well, we'll make an Order that

11   our being provided is not filing them.

12               MS. STAM:  Correct.

13               THE COURT:  That's right.

14               JUSTICE NEWBOULD:  [Indiscernible] category --

15               THE COURT:  All right, fine.

16               MS. SCHWEITZER:  Okay.

17               MS. STAM:  That's correct.

18               THE COURT:  I will take them then.  I will take it

19   I should say.

20               MS. SCHWEITZER:  Can we just not put that on the

21   record then?

22               MS. STAM:  And I --

23               THE COURT:  Yes, we will not make that -- that

24   will not be public.  That will be for the Judge's use only,

25   Judge and Justice.

1          MR. ABBOTT:  Thank you, Your Honor.  Now for the

2    easy question.

3          THE COURT:  Yes.

4          MR. ABBOTT:  Unless Mr. Justice Morawetz, do you

5    have -- or excuse me -- Newbould.  Did you have a question?

6    I didn't mean to interrupt.

7          JUSTICE NEWBOULD:  Ms. Stam has something she

8    wanted to say.

9          MS. STAM:  Oh, I'm happy to wait until Mr. Abbott

10   is finished.

11         JUSTICE NEWBOULD:  Oh, okay.

12         MR. ABBOTT:  Easy question.

13         THE COURT:  Yes.

14         MR. ABBOTT:  Mr. Justice Newbould was kind enough

15   to say that American lawyers appearing in Canada did not need

16   to robe unless they became obstreperous.

17         THE COURT:  That's right.

18         MR. ABBOTT:  And we had a similar question today

19   from the gallery which was I understand there will be

20   situations where Canadian lawyers will be traveling to

21   Delaware, perhaps to examine witnesses and vice-versa, and we

22   just wanted to be clear whether or not those folks needed to

23   be admitted pro hac vice or the Court can make some sort of

24   blanket ruling that forgave that Local Rule here just for the

25   purposes of this --

1            THE COURT:  Yes.

2            MR. ABBOTT:  -- unique trial.

3            THE COURT:  For purposes of this case, I will not

4    require them to be admitted pro hac vice.  They're appearing

5    as lawyers from the Canadian case, in effect, and --

6            MR. ABBOTT:  In the joint hearing.  Thank you,

7    Your Honor.

8            JUSTICE NEWBOULD:  Doesn't the protocol permit

9    that as we've been doing already?

10            THE COURT:  I believe it does.

11            JUSTICE NEWBOULD:  Yes.

12            MS. STAM:  It does, Your Honors.

13            JUSTICE NEWBOULD:  Yes.  So it shouldn't be --

14            THE COURT:  No.

15            MS. STAM:  The last --

16            THE COURT:  Ms. Stam?

17            MS. STAM:  The last point I wanted to make and I'm

18    sorry.  I didn't mean to interrupt.  I'm happy to -- it

19    relates to the claims portion of the case and so I'm happy to

20    make it after we disconnect from the video link or right now,

21    whichever you and Judge Gross, appear but we haven't dealt

22    with the documents related to the claims portion of the case

23    and so I did have a very brief submission to make.

24            JUSTICE NEWBOULD:  Okay.  Why don't we sign off so

25    that Judge Gross doesn't have to take the time to do it and

1  then we'll just have a chat here?

2          THE COURT:  All right, everyone.

3          MS. SCHWEITZER:  Just to --

4          THE COURT:  Oh, yes?

5          MS. TABATABAI:  I'm so sorry.  Judge Gross,

6  Justice Newbould, this is Fara Tabatabai for the EMEA

7  Debtors.

8          THE COURT:  Yes.

9          MS. TABATABAI:  I'm the only person here for EMEA

10  and that includes in the Canadian Courtroom I believe.  So I

11  hate to burden the Court, but I would appreciate if we keep

12  the video linked just so I --

13          THE COURT:  Oh, sure.

14          MS. TABATABAI:  -- can hear what's going on about

15  the claims documents because that's obviously something

16  that's relevant to us.

17          JUSTICE NEWBOULD:  Okay.

18          THE COURT:  That's certainly acceptable.

19          MS. TABATABAI:  Thank you.

20          THE COURT:  You bet.

21          MS. STAM:  I will be very brief, and I don't think

22  it's controversial --

23          THE COURT:  I'll wait.

24          MS. STAM:  Ms. Tabatabai and I have been speaking

25  about this but [indiscernible] that we've been talking about

1    in all of this document sharing and disclosure is we

2    prioritize the documents relating to the part of the trial

3    that are in May and June.  We anticipate doing almost the

4    exact same thing for the documents in July and we would

5    anticipate being back before Your Honor well before that

6    time, not burdening Judge Gross.

7              JUSTICE NEWBOULD:  Look, we can -- if we can serve

8    out an Order for this, it will be a template for what you

9    want to do in the future.

10             MS. STAM:  Absolutely.  I just wanted to make that

11   clear.  And what you will see though, Your Honor, is a

12   confirmation that the Protective Order for those documents

13   continues to apply until we've dealt with it for the claims

14   portion of the trial.

15             JUSTICE NEWBOULD:  I understand.  Okay.  Thank you

16   very much, everybody.

17             THE COURT:  Everyone, good evening.  We'll stand

18   in recess.

19

1        (Whereupon, at 6:46 p.m., the hearing was adjourned)

2                        CERTIFICATION

3             I   certify   that   the   foregoing   is   a   correct

4    transcript   from   the   electronic   sound   recording   of   the

5    proceedings in the above-entitled matter.

6

7

8    _____        11 May 2014
9    Tammy Kelly, Transcriber                    Date
10   Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**10-day**(1) 138:24

**18-page**(1) 32:23

**2,000-some**(1) 10:12

**6,000-or-so**(1) 37:16

**a.m**(2) 1:15 8:2

**abbott**(43) 1:26 8:6 8:7 8:9 11:13 11:15 11:18 11:21 11:22 12:2 12:9 12:16 12:20 12:23 13:1 13:17 13:21 14:1 14:2 80:5 80:6 80:6 80:16 80:25 81:5 81:9 82:10 83:1 83:8 83:14 83:20 86:15 143:25 144:1 144:6 146:1 146:4 146:9 146:12 146:14 146:18 147:2 147:6

**abbott's**(1) 95:12

**ability**(8) 21:9 58:21 60:24 65:22 67:25 69:21 111:13 125:4

**able**(10) 24:20 33:12 58:18 67:9 72:7 76:21 81:18 109:5 119:19 131:16

**ably**(1) 47:1

**about**(92) 10:15 10:24 11:10 11:13 13:2 13:18 14:3 16:11 18:19 23:16 24:22 24:24 25:4 25:21 28:23 30:20 31:11 31:19 37:11 37:25 39:17 41:19 42:7 42:14 47:5 49:6 51:12 52:6 52:11 52:25 53:16 54:7 56:14 57:20 58:25 59:15 59:19 59:25 69:2 69:9 69:12 69:13 69:14 69:18 69:22 70:24 71:13 72:3 75:4 76:12 76:18 76:23 78:2 80:8 81:6 82:16 84:14 86:5 86:22 87:21 88:25 89:7 89:13 89:14 91:19 91:22 91:22 94:1 94:21 97:6 100:8 102:10 102:16 104:22 105:15 105:20 117:17 119:3 124:13 127:12 128:10 128:14 129:3 130:23 133:8 133:25 139:23 143:19 144:3 148:14 148:25

**above-entitled**(1) 150:5

**absence**(1) 84:12

**absent**(1) 25:6

**absolutely**(4) 48:1 72:19 97:2 149:10

**abstract**(1) 61:17

**abundance**(1) 133:22

**accelerated**(1) 60:7

**accept**(6) 21:21 21:24 40:12 123:12 124:2 145:3

**acceptable**(6) 12:16 99:4 99:20 114:18 115:13 148:18

**accepting**(1) 132:12

**access**(11) 66:25 103:3 104:3 104:11 104:18 106:18 111:13 112:6 112:7 113:11 115:3

**accessible**(1) 112:19

**accommodate**(5) 58:13 75:24 77:2 77:8 77:10

**accommodated**(1) 71:16

**accommodating**(1) 144:23

**accomplish**(2) 72:7 127:1

**accomplished**(1) 115:19

**accordance**(1) 117:20

**according**(2) 19:23 98:19

**accordingly**(2) 11:2 24:5

**account**(1) 15:2

**accounting**(1) 16:5

**accuse**(1) 29:13

**achieve**(3) 47:12 47:12 118:15

**achieves**(1) 46:20

**acknowledgment**(1) 99:15

**acquired**(2) 57:8 57:9

**across**(2) 23:25 99:15

**act**(1) 103:15

**acted**(1) 19:23

**actively**(2) 57:22 78:23

**actually**(30) 6:9 18:4 26:3 26:15 36:19 39:3 46:1 62:5 63:3 66:2 74:11 78:11 81:8 87:11 87:3 87:23 89:10 90:19 91:23 92:15 92:16 92:21 104:7 108:24 113:6 114:14 124:14 135:20 140:3

**adam**(1) 4:37

**add**(1) 11:19 29:22 131:22 141:2

**added**(1) 121:3

**additional**(7) 29:23 30:9 30:24 67:19 74:6 74:7 105:6 113:10 121:12 123:18

**address**(9) 38:25 40:7 45:12 46:4 47:13 59:12 87:12 95:7 109:17

**addressed**(3) 73:6 80:2 115:7

**addresses**(4) 39:7 59:2 86:11 91:4

**addressing**(2) 45:6 50:21

**adjourn**(1) 141:16

**adjourned**(1) 150:1

**administered**(1) 1:6

**administrator**(2) 6:28 100:5

**administrators**(2) 3:2 5:48

**admission**(1) 2:17

**admit**(4) 23:11 40:11 40:16 99:23

**admitted**(9) 26:9 95:11 103:9 104:9 106:6 107:23 113:15 146:23 147:4

**advance**(8) 35:11 41:3 60:9 95:3 132:2 133:6 143:10 145:4

**advanced**(3) 43:21 72:15 95:3

**advani**(7) 2:38 25:21 29:10 29:19 29:20 31:7 31:10

**adversaries**(1) 57:24

**advise**(2) 68:3 75:20

**affect**(3) 34:6 65:11 66:3

**affected**(1) 140:15

**affecting**(1) 107:2

**affidavit**(4) 106:9 106:12 116:10 131:7

**affidavits**(26) 47:20 51:9 52:9 52:19 54:3 54:4 55:13 55:23 56:10 63:14 64:18 64:19 64:21 66:21 66:23 65:8 65:11 67:3 69:10 100:23 106:10 113:25 116:11 116:18 140:19 144:16

**affiliates**(1) 87:18

**affirmatively**(1) 69:23

**after**(15) 10:16 24:12 24:12 31:25 33:3 34:7 39:4 126:6 137:4 137:5 137:9 138:10 138:10 139:5 147:20

**afternoon**(12) 46:8 46:9 46:10 49:21 50:8 50:18 50:19 50:20 66:18 75:21 78:2 102:21

**again**(45) 28:10 30:19 32:1 38:21 42:19 44:2 49:20 53:6 64:21 65:8 65:14 66:1 70:5 80:7 81:8 88:10 88:14 88:22 91:18 91:25 93:6 93:12 93:16 94:22 97:5 97:6 97:19 99:10 99:13 99:15 99:20 100:18 106:9 106:12 106:14 106:19 108:25 120:24 121:6 121:22 121:22 127:11 127:21 126:16 135:6 148:7

**against**(5) 62:15 78:19 128:1 140:19 140:23

**age**(2) 102:8 102:10

**agencies**(1) 51:16

**agenda**(1) 11:23

**aggregated**(4) 13:4 13:8 13:16 13:22

**aggregating**(1) 144:4

**aggressive**(1) 142:8

**ago**(6) 21:12 53:17 54:11 66:9 88:10 99:23

**agree**(40) 37:10 37:13 38:12 38:13 43:6 47:20 48:19 61:7 70:7 72:12 74:13 86:19 90:5 90:5 92:9 92:20 94:4 94:5 95:5 97:16 98:9 98:22 99:9 99:10 102:13 102:14 102:14 102:24 119:23 120:17 124:11 124:14 124:23 128:1 129:5 130:12 132:23 136:1 136:5 136:9 137:6 140:7

**agreed**(16) 27:3 47:22 69:24 69:25 70:2 76:22 85:14 94:12 95:14 101:12 126:1 136:2 136:6 136:15 136:16 140:5

**agreed-on**(2) 49:24 74:16

**agreeing**(1) 110:9

**agreement**(26) 41:20 44:4 48:4 51:2 53:18 69:17 69:20 70:23 70:25 74:10 74:11 92:8 100:18 109:25 123:17 124:5 124:16 124:19 124:20 127:22 128:6 129:24 130:2 139:4 140:1 140:5

**agreement"**(1) 24:3

**ahead**(7) 46:7 60:10 74:1 96:4 117:24 140:12 141:22

**aim**(3) 75:8 75:9 143:6

**akin**(3) 2:5 4:46 66:17

**al**(1) 3:27

**albeit**(1) 31:15

**alberto**(1) 2:32

**alert**(1) 76:16

**alexander**(1) 1:38

**all**(67) 8:10 8:17 8:18 8:19 8:26 9:12 9:14 10:11 10:19 11:16 12:8 13:4 13:13 13:15 13:22 20:2 20:10 22:22 24:8 24:11 25:15 26:4 26:24 27:16 28:6 29:22 31:1 31:21 32:3 35:10 36:3 36:10 37:8 37:12 39:6 39:21 40:1 40:2 40:19 40:22 41:11 41:25 42:14 42:18 43:6 43:10 44:3 44:8 46:14 46:14 47:7 47:21 48:16 49:9 50:7 50:17 51:25 51:25 52:8 52:9 53:19 54:4 55:7 56:10 56:21 58:2 58:8 62:4 63:12 64:13 64:22 64:23 65:6 65:12 65:18 66:14 67:11 69:24 69:24 70:1 70:23 70:23 71:4 72:24 74:1 74:7 77:9 79:4 79:20 80:5 80:13 81:11 83:12 83:14 83:16 83:19 83:22 84:10 85:22 86:1 87:18 89:20 90:9 91:24 94:4 95:1 95:15 96:22 97:9 97:17 97:22 98:4 101:2 101:2 102:21 105:3 107:23 109:13 110:1 110:21 111:10 111:16 111:24 113:10 113:11 114:5 114:21 115:6 116:15 116:17 117:25 117:19 118:3 118:14 123:20 125:17 125:19 126:24 127:9 127:11 127:11 127:20 127:20 127:23 128:15 129:15 129:25 130:2 132:1 132:17 133:2 134:10 135:7 136:4 136:9 139:9 139:17 141:1 141:6 141:10 142:10 142:20 145:15 148:2 149:1

**alleging**(1) 121:13

**allen**(3) 2:15 4:41 14:9

**allocated**(1) 10:15

**allocation**(14) 10:12 29:25 36:2 55:23 57:7 66:8 70:22 70:25 76:19 77:4 81:23 100:9 100:16 134:3

**allow**(8) 25:16 34:21 37:23 47:10 47:14 47:15 62:3 63:10

**allowing**(1) 46:22

**allows**(1) 48:10

**alluded**(1) 131:25

**almost**(4) 36:10 73:1 102:21 149:3

**along**(6) 16:23 33:8 33:11 71:16 85:4 88:24

**already**(10) 8:21 26:15 58:22 69:7 78:20 78:24 111:15 111:16 131:17 147:9

**also**(37) 17:13 17:13 19:4 26:25 27:21 46:15 50:13 57:8 57:11 61:20 61:24 62:14 65:12 67:2 68:18 71:13 71:16 71:19 72:14 73:12 73:23 76:20 81:14 88:1 90:12 91:13 91:21 93:9 95:2 106:25 108:7 114:20 130:20 132:22 133:21 134:4 137:24

**alternative**(3) 26:17 117:3 117:4

**alternatively**(1) 120:2

**although**(2) 103:1 118:4

**always**(10) 26:5 26:8 26:10 34:2 34:4 34:6 39:24 58:20 74:13 123:13

**amenable**(1) 74:15

**amend**(1) 74:13

**america**(2) 5:17 5:17

**american**(1) 146:15

**americas**(2) 2:18 41:2

**among**(3) 13:23 124:16 133:10

**amount**(5) 9:11 15:15 21:4 35:24 36:1

**amounts**(1) 47:19

**analyzing**(2) 23:13 131:15

**ancient**(1) 53:17

**ancillary**(1) 5:59

**and**(301) 6:33 8:15 8:25 9:5 9:7 9:8 9:10 9:11 9:13 9:14 9:18 9:20 10:11 10:21 10:21 10:22 10:22 10:24 10:25 10:25 11:1 11:2 11:2 11:3 11:7 11:12 11:22 12:5 12:10 12:13 12:14 12:14 12:21 12:23 13:3 13:4 13:7 13:9 13:11 13:12 13:14 13:14 13:15 13:17 13:22 13:23 14:1 14:2 14:10 14:17 14:21 14:25 15:4 15:12 15:14 15:15 15:17 15:19 15:19 15:21 15:22 15:24 16:3 16:5 16:5 16:6 16:7 16:9 16:16 16:19 16:22 16:22 17:4 17:17 17:14 17:16 18:1 18:3 18:4 18:7 18:9 18:13 18:16 18:19 18:20 18:25 19:1 19:2 19:3 19:4 19:7 19:8 19:9 19:17 19:19 19:20 19:21 19:22 19:23 19:24 20:7 20:8 20:10 20:11 20:12 20:20 20:25 21:6 21:9 21:16 21:17 21:17 21:18 21:19 21:20 22:3 22:5 22:6 22:7 22:8 22:9 22:10 22:12 22:13 22:22 23:3 23:10 23:20 23:20 23:23 23:24 24:1 24:2 24:3 24:4 24:5 24:6 24:8 24:11 24:16 24:18 24:20 24:21 24:24 24:24 25:19 25:20 25:21 26:1 26:2 26:7 26:15 26:17 26:18 26:23 26:24 27:14 27:10 27:16 27:17 27:18 27:23 27:25 28:3 28:4 28:6 28:10 28:13 28:14 28:15 28:21 28:23 28:25 29:1 29:3 29:5 29:6 29:7 29:14 29:16 29:21 29:23 29:24 29:25 30:2 30:3 30:5 30:6 30:17 30:18 30:19 30:21 30:22 30:24 30:24 31:6 31:10 31:16 31:24 31:24 32:2 32:8 32:9 32:12 32:12 32:16 32:17 32:19 32:21 32:22 32:23 33:6 33:8 33:12 33:13 33:14 33:16 33:18 33:25 34:3 34:4 34:5 34:6 34:10 34:14 34:17 34:18 34:25 35:1 35:16 35:17 35:25 36:1 36:11 36:11 36:17 36:21 37:4 37:7 37:8 37:15 37:16 37:21 37:23 38:4 38:4 38:6 38:7 38:8 38:15 38:22 38:23 38:24 38:25 38:25 39:6 39:6 39:7 39:11 39:12 41:4 41:7 41:8 41:14 41:22 41:23 42:1 42:2 42:6 42:13 42:17 42:18 42:20 42:25 43:3 43:10 43:10 43:14 43:16 43:22 43:23 44:2 44:8 44:10 44:11 44:15 44:15 45:2 45:7 45:11

**and**(301) 45:18 46:12 46:12 46:15 46:17 47:4 47:4 47:8 47:11 47:12 47:12 47:15 47:18 48:1 48:6 48:9 48:22 48:23 49:1 49:1 49:3 49:15 49:23 50:3 50:1 50:15 51:6 51:15 51:11 51:12 51:14 52:9 52:9 52:15 52:17 52:20 52:24 53:3 53:4 53:5 53:7 53:14 53:22 53:24 53:25 54:3 54:4 54:5 54:6 54:7 54:12 54:14 54:18 54:22 54:25 55:1 55:3 55:5 55:6 55:7 55:23 56:2 56:12 56:22 57:2 57:5 57:5 57:10 57:11 57:13 57:15 57:18 57:19 57:25 57:25 58:8 58:10 58:19 59:5 59:8 59:11 59:18 59:19 59:23 59:24 59:25 60:3 60:4 60:7 60:10 61:5 61:5 61:9 61:13 61:14 61:15 61:25 62:1 62:10 62:15 62:18 62:19 62:22 63:3 63:4 63:23 64:12 64:15 64:24 64:25 65:13 65:18 66:6 66:6 66:7 66:12 66:19 66:20 66:22 67:1 67:4 67:6 67:14 67:15 67:17 67:24 67:25 68:14 68:18 68:21 68:24 69:1 69:8 69:21 69:22 70:4 70:22 71:2 71:12 71:14 71:15 71:16 71:19 71:24 71:25 71:25 72:7 72:12 72:10 72:11 72:22 72:14 72:15 73:2 73:2 73:9 73:11 73:12 73:16 73:18 75:10 75:10 75:20 75:22 75:24 76:2 76:18 76:21 77:2 77:15 77:16 78:8 78:14 78:16 78:19 79:2 79:11 79:12 79:15 79:18 80:1 80:19 80:22 80:22 80:23 80:23 81:9 81:10 81:10 81:11 81:12 81:13 81:19 81:22 81:25 82:11 82:20 82:23 83:1 83:1 83:2 83:17 83:17 83:18 83:21 83:25 84:4 84:15 85:2 85:5 85:6 85:6 85:12 85:13 85:22 85:23 86:1 86:4 86:9 86:18 86:13 86:14 86:16 86:21 86:24 87:2 87:3 87:6 87:8 87:9 87:10 87:12 87:13 87:15 88:2 88:3 88:7 88:12 88:13 88:18 88:18 88:23 89:3 89:6 89:6 89:7 89:8 89:9 90:1 90:8 90:9 90:9 90:11 90:16 90:16 90:18 90:20 90:24 90:25 91:9 91:16 91:16 91:19 91:23 91:23 91:25 92:1 92:3 92:4 92:7 92:10 92:17 92:17 92:18 92:19 92:19 92:21 92:23 93:5 93:10 93:15 93:16 93:22

**and**(17) 145:25 146:18 146:21 146:21 147:5 147:17 147:21 147:23 147:25 148:10 148:21 148:24 149:1 149:3 149:4 149:11

**andrew**(1) 2:40

**angela**(1) 5:4

**anj**(1) 1:27

**another**(9) 15:23 43:15 44:4 53:5 74:25 107:20 120:3 126:7 126:9

**answer**(8) 19:22 21:6 35:25 36:17 56:4 58:6 83:3 102:1

**answers**(1) 38:4

**anticipate**(3) 60:7 149:3 149:5

**anticipated**(1) 48:11

**anticipation**(1) 78:7

**any**(49) 10:24 12:22 23:14 27:12 30:2 30:3 37:20 41:1 42:6 43:3 43:9 45:17 51:9 51:10 55:1 57:22 59:18 59:20 60:2 60:8 62:16 62:16 65:5 65:6 65:9 66:23 69:16 69:20 78:15 78:20 82:18 82:21 83:1 84:23 85:16 85:17 106:21 111:13 113:24 116:6 116:17 116:7 116:12 117:19 134:15 139:14 139:25 140:22 143:15

**anybody**(6) 29:13 54:5 55:5 55:15 55:22 117:18

**anybody's**(2) 29:14 113:9

**anyone**(8) 21:10 43:3 44:18 45:3 63:7 78:17 91:15 140:23

**anything**(23) 11:14 20:8 25:24 33:2 33:8 33:9 42:16 51:23 52:12 58:4 64:14 69:12 69:12 70:10 70:73 70:24 84:18 85:25 97:7 101:1 103:15 116:6 131:1

**anything's**(1) 93:2

**apologize**(6) 43:5 45:22 100:2 103:21 113:14 141:23

**apparently**(1) 31:9

**appeal**(3) 85:7 90:3 109:5

**appeals**(3) 85:6 117:7

**appear**(2) 77:4 147:21

**appearance**(1) 143:10

**appearances**(1) 4:29

**appeared**(1) 89:2

**appearing**(5) 68:25 108:2 132:1 146:15 147:4

**appellate**(2) 34:16 34:19

**applicable**(2) 23:14 41:24 53:20 95:1

**application**(1) 69:23

**applied**(2) 23:24 66:24

**apples**(1) 36:19

**apply**(6) 23:19 23:19 118:15 118:5 129:8 148:23

**appreciate**(18) 19:17 19:8 34:11 34:14 46:17 55:7 63:21 64:7 68:9 87:2 93:17 93:19 102:4 109:4 126:19 133:5 143:18 148:11

**appreciative**(1) 58:14

**approaches**(1) 49:3

**approaching**(1) 132:5

| Word | Page:Line |
|---|---|
| **appropriate**(13) 11:3 12:11 18:22 24:16 35:20 38:24 58:15 63:25 79:22 85:16 86:9 113:14 124:9 | |

**appropriately**(1) 35:20
**approve**(1) 131:20
**approved**(3) 24:10 61:19 131:2
**approximately**(1) 56:14
**april**(3) 26:21 26:22 39:4
**are**(229) 8:20 8:26 10:23 11:3 11:25 12:3 14:20 16:15 16:19 17:18 18:21 19:7 19:12 20:10 20:17 20:17 20:23 20:24 21:2 21:3 21:7 21:23 25:9 25:11 25:14 25:20 28:3 35:19 37:19 38:1 39:1 39:6 40:6 41:13 43:13 43:22 45:18 46:1 46:15 46:17 47:6 47:6 47:9 47:24 48:11 48:18 48:21 48:25 49:17 47:6 49:20 49:23 50:4 50:9 50:14 51:11 51:16 51:21 53:8 53:12 53:17 53:20 54:1 54:10 54:17 55:9 56:2 56:2 56:6 56:7 56:10 56:11 57:2 57:5 57:6 58:15 59:4 59:5 60:19 62:25 63:11 63:20 64:20 64:23 65:17 65:19 66:9 66:10 66:20 66:24 67:3 67:8 68:25 69:8 69:20 71:10 71:13 71:14 72:25 74:10 74:15 74:19 74:19 76:12 76:21 78:9 80:1 82:1 82:23 84:9 84:21 85:15 85:19 86:2 86:3 86:13 87:5 87:10 87:16 87:17 88:6 88:16 88:17 90:1 90:1 90:21 90:25 91:1 91:2 91:5 92:8 92:10 92:24 92:25 94:3 94:14 95:1 95:2 95:8 95:12 95:21 96:21 96:11 96:17 97:25 98:5 98:7 98:13 98:24 99:24 99:24 100:4 100:24 101:7 102:16 102:20 102:25 103:1 103:2 103:5 103:5 105:9 105:11 106:1 106:2 106:10 106:15 108:13 109:3 109:13 109:16 112:23 113:15 113:21 114:3 114:23 115:3 116:10 116:16 116:23 117:2 117:2 117:16 118:3 119:4 119:6 119:8 119:19 119:23 120:5 120:14 122:14 123:9 123:10 123:16 123:21 123:25 125:16 125:20 126:4 126:19 127:23 128:16 129:13 130:2 130:21 131:2 131:25 132:11 132:21 133:7 133:19 133:20 134:1 134:23 134:25 136:18 138:15 139:24 141:7 141:15 141:16 141:17 142:20 145:1 145:5 149:3

**aren't**(3) 28:1 51:19 115:15
**argue**(6) 9:15 10:15 26:25 28:4 31:8 37:8
**argued**(6) 9:18 9:24 10:3 10:10 28:11 28:12
**argues**(1) 21:10
**argument**(4) 20:11 71:3 111:18 116:7
**arguments**(5) 18:18 24:22 34:14 61:13 116:4
**ari**(1) 5:39
**arise**(2) 82:20 83:3
**arises**(1) 126:22
**around**(9) 47:1 58:12 76:10 83:22 91:24 100:3 105:18 127:17 134:18

**arrangement**(1) 111:22
**arrangements**(1) 143:16
**arsht**(1) 1:25
**article**(1) 79:6
**articles**(1) 39:6
**articulate**(1) 123:14
**articulated**(2) 59:3 125:8
**as-you-go**(1) 106:14
**ask**(6) 21:5 45:14 51:20 52:25 60:12 99:21
**asked**(4) 19:22 25:2 140:6 140:7
**asking**(4) 53:1 55:21 104:13 104:16
**asks**(1) 105:18
**aspect**(1) 28:24
**assessment**(1) 50:12
**assets**(4) 57:11 57:13 57:14
**assign**(1) 35:23
**assist**(5) 16:13 17:2 17:3 39:19 68:3
**assistance**(1) 103:25
**assistants**(1) 80:22
**assisting**(1) 67:17
**association**(1) 5:27
**assume**(4) 85:24 106:3 107:23 140:4
**assumes**(1) 53:25
**assuming**(2) 78:22 107:18
**assure**(1) 66:21
**astrazeneca**(1) 22:2
**attached**(1) 48:13
**attempted**(1) 90:16
**attempting**(1) 21:23
**attempts**(1) 68:4
**attention**(2) 29:14 137:15
**attorneys**(1) 139:6
**auctions**(2) 59:25 60:1
**audio**(17) 50:25 51:7 52:23 53:25 54:2 54:14 55:5 56:24 72:6 75:04 77:4 81:13 82:11 119:18 120:8 126:6 135:7

**aurelius**(1) 6:38
**authority**(4) 23:14 50:5 52:2 52:9
**availability**(1) 20:25
**available**(14) 19:13 19:13 34:22 66:11 67:9 73:20 73:21 76:25 82:2 82:13 105:10 114:23 115:6 123:9

**ave**(1) 2:33
**avenue**(5) 2:18 2:42 3:34 4:12 4:18
**avoid**(6) 19:20 26:6 62:15 63:6 107:3 132:14
**avoiding**(1) 106:21
**aware**(3) 12:10 56:13 80:19
**awful**(5) 25:23 26:21 30:6 34:24 61:12
**awful**(1) 81:14

**back**(41) 15:6 16:23 21:1 21:5 22:25 23:19 24:22 26:19 33:4 33:4 44:15 58:20 61:9 63:7 73:9 74:21 74:23 75:11 76:21 78:16 79:25 80:14 83:21 87:5 91:16 91:16 91:18 92:3 92:17 93:24 95:11 117:8 118:22 121:19 124:13 126:24 128:4 130:22 141:6 141:16 141:18 149:5

**backward**(1) 87:10
**backwards**(1) 87:11
**bad**(10) 18:20 18:21 21:16 21:16 22:1 22:3 22:4 29:13 31:5 48:18

**badke-berkow**(1) 2:17
**bag**(2) 137:15 137:18
**balance**(7) 46:20 46:20 58:15 62:15 97:19 125:15 127:9

**balancing**(3) 64:21 114:20 125:10
**ball**(1) 63:7
**bandwidth**(2) 64:23 65:12
**bank**(3) 5:17 5:17 6:6
**bankruptcy**(5) 1:1 1:19 16:13 59:24 71:4
**barbara**(1) 5:40
**barry**(1) 6:35
**based**(2) 82:21 123:20
**basic**(1) 71:24
**basically**(3) 53:25 100:7 123:18
**basis**(20) 10:7 27:17 38:7 39:9 42:10 48:6 48:25 50:13 65:3 82:3 84:20 86:19 86:25 101:1 105:23 118:5 123:22 123:23 125:5 131:8

**bassett**(1) 3:26
**battery**(1) 3:13
**bayard**(1) 2:31
**bear**(1) 103:4
**bearing**(1) 94:23
**became**(1) 146:16
**because**(84) 11:6 14:11 15:1 16:21 19:18 20:12 21:22 22:1 23:17 24:9 24:12 25:10 25:18 25:21 26:4 28:2 29:2 31:1 31:14 31:20 33:6 36:18 37:19 37:20 41:2 48:17 51:15 53:17 57:10 58:7 58:13 58:23 61:16 62:7 65:3 68:2 73:10 74:12 75:8 76:9 85:24 86:5 86:12 87:12 88:21 91:25 92:16 97:16 99:22 103:22 105:25 109:4 110:3 110:18 111:8 113:22 111:22 112:1 112:12 113:6 113:14 113:16 113:22 115:10 116:19 118:18 119:4 120:24 123:2 123:22 125:2 125:16 130:13 130:23 132:20 132:20 133:8 133:23 134:20 140:15 141:8 143:8 148:15

**become**(6) 58:22 106:1 112:5 114:10 125:21 130:20
**becomes**(5) 84:25 101:1 128:3 129:6 129:12
**becoming**(2) 112:19 122:10
**been**(102) 8:16 8:22 9:1 9:2 9:8 10:6 10:7 13:1 14:11 16:4 17:25 19:20 22:1 26:3 26:10 26:10 29:15 31:16 33:16 38:23 38:24 39:8 39:16 44:3 46:14 46:19 47:2 47:7 47:9 48:2 49:18 51:10 52:10 58:1 58:3 58:12 58:24 58:25 59:3 59:19 60:1 60:6 62:23 65:13 66:21 66:22 67:5 68:20 68:23 69:7 69:11 69:14 70:1 72:25 76:17 79:18 80:2 80:21 80:25 81:16 81:23 83:7 87:21 88:13 88:13 89:8 92:7 95:9 95:10 96:16 97:5 99:20 100:15 103:11 106:6 113:21 115:7 115:24 118:11 126:2 128:5 128:17 133:21 134:4 134:17 135:5 135:16 135:19 135:23 136:10 136:15 137:10 138:15 140:3 140:6 140:7 147:9 148:24 148:9

**before**(63) 1:18 1:20 8:13 8:16 21:17 21:17 22:10 23:20 24:19 25:8 25:15 25:18 26:16 30:5 33:22 33:23 40:6 42:23 45:17 48:12 52:8 53:20 53:22 55:11 55:15 63:12 60:25 63:1 65:3 66:1 67:10 70:19 72:5 73:3 73:24 78:4 78:5 78:21 84:23 96:7 97:18 101:1 101:6 103:12 104:14 104:17 106:23 108:2 108:18 110:6 116:25 116:25 119:14 123:22 126:21 128:17 139:4 139:9 143:2 144:18 149:5 149:5

**begin**(1) 60:17
**beginning**(1) 71:23
**begins**(1) 67:10
**behalf**(10) 14:10 23:4 24:17 44:23 50:4 50:14 66:17 68:1 68:15 102:13

**behoove**(1) 145:3
**being**(36) 8:17 8:23 9:4 19:22 22:10 27:12 31:14 35:2 45:13 49:4 57:21 59:7 59:8 61:13 62:25 66:3 66:5 85:25 88:20 90:21 95:13 109:7 109:7 113:23 114:23 114:23 114:24 121:15 121:24 122:12 122:16 131:2 136:11 140:15 141:11 149:5

**belief**(1) 131:5
**believe**(19) 17:1 17:15 24:5 47:4 62:5 63:3 67:6 69:1 103:10 105:3 105:4 106:6 120:25 123:25 125:7 132:9 144:10 147:10 148:10

**belknap**(1) 6:21
**belongs**(1) 139:1
**bench**(1) 82:13
**benefit**(2) 39:23 51:17
**benefits**(1) 39:22
**benefitted**(1) 43:16

**bereskin**(24) 9:17 10:20 10:22 11:2 14:3 14:17 15:21 16:1 16:7 17:14 17:18 18:11 20:23 25:1 27:7 28:8 30:20 40:16

**bereskin's**(7) 25:23 25:24 26:14 27:23 28:8 30:20 40:16

**berringblut**(1) 10:25
**best**(6) 52:7 62:20 69:24 75:21 106:25 107:10
**bet**(1) 149:20
**better**(5) 35:22 69:1 81:13 95:21 135:4
**between**(10) 20:25 30:10 54:7 76:18 101:11 102:18 104:25 131:12 136:20 140:3

**beyond**(2) 22:4 62:2
**bidco**(6) 47:4 57:3 57:5 118:24 118:24 120:6
**big**(4) 39:17 89:17 89:17 97:21
**bigger**(1) 101:10
**billion**(3) 47:5 47:6 57:6
**bit**(14) 11:6 12:5 23:16 26:4 37:3 63:18 64:23 69:4 71:10 75:23 81:13 81:17 82:15 114:14

**bite**(2) 94:2 121:16
**black**(2) 27:8 75:10
**blackwell**(1) 6:42
**blame**(1) 86:17
**blanket**(2) 86:17 146:24
**blue**(1) 127:7
**bluntly**(1) 52:22
**board**(1) 23:25
**bondholder**(2) 3:17 100:6
**bondholders**(1) 6:3
**books**(1) 52:9
**boroish**(1) 6:34
**both**(16) 14:16 19:23 30:6 43:17 55:3 58:13 61:19 66:21 81:19 86:3 102:15 114:19 123:15 142:2 143:6 144:17

**bother**(1) 26:8
**bothered**(1) 81:4
**botter**(1) 2:8
**bought**(5) 54:16 57:10 57:11
**bound**(1) 84:16
**box**(3) 106:2 107:19 107:21
**brainstorming**(1) 108:25
**brass**(1) 7:5
**bread**(1) 69:4
**break**(2) 34:23 73:8
**breathing**(1) 132:21
**brian**(2) 5:9 6:22
**brickley**(1) 7:9
**brief**(17) 23:6 24:14 28:6 28:11 32:12 51:1 61:8 61:24 62:6 93:10 96:12 97:14 131:23 144:19 144:19 147:23 148:21

**briefing**(2) 28:3 28:5
**briefly**(3) 32:8 56:18 81:5
**briefs**(46) 8:19 13:2 13:6 13:14 43:7 51:9 51:22 51:25 52:8 52:19 54:4 55:13 55:23 56:9 59:10 59:17 59:20 60:5 60:5 60:15 61:7 63:8 63:15 64:2 66:12 67:2 67:9 69:12 72:6 85:19 95:23 96:6 96:16 96:22 97:5 98:13 99:1 99:8 100:16 113:25 116:3 116:17 136:10 144:7 144:13

**bring**(3) 25:25 29:14 137:14
**bringing**(1) 20:15
**brings**(1) 128:3
**broad**(1) 122:14
**brock**(1) 6:42
**brought**(11) 8:16 8:22 18:8 18:9 18:10 26:11 26:2 26:13 31:17 58:3 114:6

**browder**(1) 5:43
**brown**(1) 6:11
**bryan**(1) 6:11
**bryant**(1) 2:10
**buchanan**(1) 2:22
**building**(1) 81:15
**bullen**(1) 5:3
**bunch**(1) 29:4
**burden**(6) 102:18 103:5 108:9 122:22 124:3 148:11
**burdening**(1) 149:6
**burshtein**(33) 9:21 10:21 11:5 11:17 17:11 19:9 20:9 22:3 25:2 25:9 26:7 27:17 26:24 29:2 30:22 31:19 32:16 32:17 33:7 33:10 33:16 33:21 34:9 34:21 34:22 35:1 35:5 40:9 40:16

**burshtein's**(9) 17:8 17:11 17:24 21:1 28:14 28:23 32:25 40:7 40:17

**bushtein**(1) 27:22
**business**(5) 53:19 61:19 65:1 133:23
**busy**(1) 19:12

**but**(188) 11:11 14:12 17:4 18:1 18:23 19:9 19:17 22:4 23:25 24:19 25:8 25:17 26:1 27:24 28:6 28:18 28:22 29:3 29:11 29:13 31:15 32:14 33:5 35:12 35:20 37:25 39:9 40:22 41:6 41:13 41:16 42:7 42:10 43:24 44:7 44:10 45:1 45:10 46:22 47:14 48:17 49:5 51:4 51:15 51:24 53:14 54:1 54:18 55:10 57:4 57:8 57:11 57:25 58:14 58:20 59:15 60:1 60:4 60:8 62:8 62:12 63:10 63:20 64:1 64:16 66:2 67:8 69:8 69:25 72:4 72:11 72:14 72:18 72:24 73:15 74:6 74:7 74:13 74:14 74:24 75:16 76:12 76:21 79:2 79:22 82:5 82:19 82:21 84:4 84:15 85:2 85:16 86:1 86:2 86:3 86:10 86:22 87:23 88:8 88:14 90:6 91:19 92:18 93:3 93:4 93:24 95:2 95:11 95:22 96:14 96:14 97:4 97:9 97:12 98:1 98:7 100:6 100:25 108:25 109:2 109:9 112:7 112:12 112:23 113:11 113:6 113:13 114:2 114:17 115:13 116:3 116:25 117:3 118:24 119:20 124:22 127:2 128:4 129:3 131:1 131:11 131:16 131:19 132:13 133:24 134:8 134:18 134:21 135:12 136:4 137:15 137:20 139:5 140:2 140:3 141:7 141:12 143:19 147:21 148:11 148:25

**buyer**(1) 61:20
**buyers**(3) 47:8 122:6 122:7
**by-document**(1) 42:10
**bypass**(1) 82:24
**cc** (1) 134:25
**calculation**(1) 114:9
**call**(11) 19:18 40:16 69:16 79:12 92:23 100:17 114:9 115:4 126:10 128:2 134:15

**calling**(2) 92:22 116:9
**calls**(1) 15:23
**caloway**(2) 3:23 2:27
**came**(6) 15:19 16:23 30:1 30:6 117:8 133:1
**camper**(1) 8:15
**can**(145) 8:17 9:18 9:24 10:3 10:10 13:18 14:3 20:14 41:4 41:15 42:6 46:4 46:17 46:25 47:12 47:21 48:5 48:6 48:7 48:8 48:24 49:1 49:23 50:3 52:25 54:18 55:9 60:12 60:23 61:6 63:5 63:6 63:9 63:14 63:15 65:6 68:3 68:3 71:11 71:17 72:11 72:13 72:16 74:12 75:2 75:7 75:11 76:5 77:7 78:16 78:18 79:1 79:11 80:1 81:13 83:2 83:6 85:10 85:14 90:4 90:6 90:9 90:16 91:10 91:20 92:17 92:20 93:4 93:6 93:13 93:24 94:25 95:6 96:24 97:2 97:15 97:23 98:18 98:22 98:22 99:1 99:9 99:10 99:18 100:18 100:18 101:7 102:11 102:16 103:24 107:22 112:1 121:6 124:6 124:21 124:22 125:2 125:10 125:24 138:25 146:20 147:5 148:10

**canada**(22) 5:27 5:38 6:33 6:34 18:2 26:22 28:21 30:11 49:17 49:18 50:24 51:13 55:3 69:25 79:9 79:15 80:10 100:4 111:20 112:12 112:14 146:15

**canadian**(41) 2:14 10:12 13:5 14:10 15:8 16:13 21:20 27:8 29:6 30:1 30:2 30:12 30:21 31:21 32:1 35:10 35:16 49:19 67:1 74:9 78:22 81:19 100:5 103:24 104:22 104:25 111:9 112:13 112:13 121:14 121:21 124:21 124:21 124:22 125:2 125:10 135:24 138:25 146:20 147:5 148:10

**canadians**(1) 36:14
**cannot**(5) 37:9 84:17 92:1 93:15 107:22
**can't**(28) 22:8 22:8 27:11 52:22 53:15 60:8 62:6 64:21 69:11 83:16 84:3 84:15 84:19 88:14 90:2 90:3 92:6 92:10 93:2 93:5 96:21 115:23 115:24 118:7 120:19 128:16 130:10 130:16

**capable**(2) 20:10 125:19
**capital**(5) 6:38 7:4 7:25 7:29 7:33
**care**(3) 69:14 89:7 89:14
**carefully**(3) 24:10 62:12 63:6
**carried**(1) 118:11
**case**(46) 1:5 8:19 9:10 9:15 9:25 10:4 10:10 11:10 14:16 18:9 18:15 19:15 20:17 21:3 21:6 21:7 22:2 22:3 22:4 23:23 27:13 32:21 33:11 34:16 35:18 37:15 39:4 40:24 42:4 45:6 52:11 64:16 85:12 87:2 88:5 95:10 100:5 110:5 123:13 123:18 124:8 124:13 147:5 147:19 147:22

**cases**(5) 22:1 22:6 29:4 62:4 120:12
**cassels**(1) 6:42
**cat**(2) 137:15 137:18
**catch**(1) 137:14
**categorical**(2) 43:21 127:16
**categories**(26) 90:19 90:25 91:7 97:24 98:2 98:7 98:19 98:24 99:16 99:19 106:23 108:14 109:15 120:7 121:18 122:14 123:5 128:25 129:7 131:1 131:2 136:17 136:18 138:7 138:17

**categorized**(1) 59:7
**category**(10) 46:22 89:5 123:24 124:10 124:15 125:2 135:14 136:3 139:1 145:14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| cause(6) 34:9 34:9 53:2 80:9 82:18 110:6 | | come(61) 8:8 10:15 18:1 18:3 18:4 19:19 20:9 26:7 26:18 30:24 33:7 34:3 42:17 42:25 44:4 49:23 53:22 54:6 55:1 69:22 71:1 71:2 72:7 73:2 73:5 73:8 73:24 74:21 74:23 75:1 76:21 78:16 79:10 79:25 82:3 86:23 88:3 91:10 91:16 91:16 91:18 91:25 94:5 96:8 96:14 97:18 101:6 101:7 101:17 103:12 116:3 119:19 120:1 124:4 125:6 126:7 127:6 135:8 139:4 141:3 141:16 | | consensual(1) 73:5 | | court(273) 1:1 1:21 8:3 8:7 8:10 8:26 9:8 10:19 11:16 11:20 12:1 12:8 12:9 12:13 12:19 12:21 12:25 13:10 13:12 13:25 14:4 14:18 14:14 14:19 14:22 14:25 15:8 15:8 15:11 16:13 17:22 20:20 21:21 22:19 22:21 23:1 23:5 24:10 25:5 27:10 28:18 29:18 31:5 31:8 32:5 34:13 35:8 35:18 36:7 37:18 37:25 38:3 38:8 38:11 38:13 38:15 38:18 38:20 39:15 39:19 39:21 40:1 41:20 42:11 43:3 44:18 45:5 45:15 45:20 46:1 46:3 46:10 48:11 50:20 51:4 52:25 53:21 56:25 57:4 59:9 59:11 59:13 61:1 63:16 63:20 64:3 64:4 64:11 66:14 67:11 67:23 68:3 68:7 68:9 68:11 68:16 70:6 70:12 71:9 72:19 73:20 73:23 73:24 75:1 75:4 75:6 75:12 76:11 76:16 77:10 77:13 77:17 77:20 77:22 77:25 78:9 78:22 79:5 79:17 79:20 79:22 79:25 80:5 80:13 80:15 80:21 81:2 81:8 81:20 82:7 82:25 83:4 83:12 83:16 83:21 83:24 84:6 84:8 84:10 85:6 85:7 86:4 87:2 87:25 88:11 89:4 89:23 90:2 91:8 93:22 95:5 96:21 97:1 97:8 97:23 98:15 98:23 99:3 99:5 99:12 100:10 100:13 101:4 101:15 102:3 102:6 102:8 102:10 102:24 103:17 103:19 104:2 104:6 104:9 104:12 104:23 105:4 105:5 105:16 108:7 108:17 110:5 110:7 110:11 111:4 111:6 111:10 111:15 112:3 113:7 114:15 117:7 119:19 120:10 120:14 120:22 122:19 122:21 123:4 124:21 126:1 126:13 126:18 127:4 127:5 127:14 128:11 129:13 129:20 129:25 130:4 130:7 130:9 130:18 131:4 131:18 133:8 135:15 135:18 135:22 136:7 136:13 137:4 137:6 137:11 137:20 137:22 138:13 138:21 139:3 139:4 139:12 139:15 139:19 139:22 140:8 141:14 141:18 141:22 142:9 142:12 142:14 142:19 142:22 143:14 143:25 144:5 144:12 144:15 144:20 145:13 145:15 145:18 145:23 146:3 146:13 146:17 146:23 147:1 147:3 147:10 147:14 147:16 148:2 148:4 148:8 148:11 148:13 148:18 148:20 148:23 149:17 |
| caused(1) 90:23 | | | | consensus(1) 47:12 | | |
| caution(1) 133:23 | | | | consent(2) 74:12 99:14 | | |
| cautiously(3) 63:3 63:21 70:3 | | | | consequence(1) 112:11 | | |
| cave(1) 6:11 | | | | conservative(2) 61:10 61:15 | | |
| caveat(2) 65:16 107:25 | | | | conservatively(1) 61:16 | | |
| caw(2) 6:32 6:34 | | | | consider(8) 21:8 21:9 22:7 46:16 58:9 63:10 104:4 | | |
| cce(8) 4:1 24:4 24:7 50:14 73:6 73:18 77:24 90:11 | | | | 109:15 | | |
| cede(2) 14:2 29:10 | | comes(6) 32:3 53:12 106:19 108:8 108:18 127:7 | | considered(2) 134:14 138:16 | | |
| center(1) 30:24 | | comfort(2) 121:24 122:7 | | considering(1) 45:8 | | |
| central(3) 18:6 22:9 22:9 | | comfortable(5) 45:8 86:18 102:17 108:10 127:3 | | consistent(5) 59:15 64:10 66:6 98:24 109:14 | | |
| certainly(1) 22:11 | | coming(13) 14:15 20:10 21:18 25:13 25:14 44:18 | | consolidated(1) 87:17 | | |
| centrally(1) 17:9 | | 70:6 82:5 85:4 92:3 102:18 121:19 127:25 | | conspicuous(1) 28:11 | | |
| certain(7) 43:14 50:6 81:23 99:23 114:17 132:25 139:24 | | | | conspicuously(1) 25:6 | | |
| | | comment(4) 78:5 78:25 95:12 97:18 | | constituency(1) 66:19 | | |
| | | comments(9) 8:13 14:16 46:12 70:7 86:2 86:3 86:3 124:13 126:7 | | constructive(5) 92:16 109:8 122:13 126:23 141:25 | | |
| certainly(31) 13:13 13:18 31:15 33:21 35:17 38:22 41:24 45:8 45:12 63:17 65:6 65:10 80:11 81:2 83:2 85:16 87:3 87:5 87:19 87:21 93:13 93:24 94:24 96:24 101:7 103:19 120:3 130:14 142:20 143:15 148:18 | | | | consult(2) 19:16 19:16 | | |
| | | commerce(1) 4:24 | | consuming(1) 65:25 | | |
| | | commercial(2) 54:10 70:21 | | contact(2) 25:3 47:7 | | |
| | | commercial-sensitive(1) 70:2 | | contacted(2) 25:7 62:22 | | |
| | | commercially(1) 68:5 | | contain(3) 59:20 86:20 103:10 | | |
| certification(1) 150:2 | | committed(2) 93:15 138:7 | | contained(2) 9:23 133:19 | | |
| certify(1) 150:3 | | committee(12) 2:4 4:45 66:18 78:23 100:6 100:6 100:7 121:25 124:12 125:3 135:25 136:4 | | contains(3) 61:24 93:8 93:10 | | |
| challenge(5) 58:17 97:18 121:7 121:13 124:12 | | | | contemplated(3) 45:17 59:8 59:16 | | |
| challenged(1) 98:3 | | | | content(3) 74:17 108:20 113:7 | | |
| chambers(1) 75:9 | | common(6) 9:1 9:3 9:3 9:4 40:8 40:17 | | contests(1) 29:1 | | |
| chance(4) 45:19 52:20 64:14 97:17 | | commonest(1) 19:1 | | context(3) 11:11 31:15 53:13 | | |
| chang(1) 2:39 | | communication(2) 9:1 9:2 | | contingent(1) 49:17 | | |
| change(2) 24:7 132:22 | | companies(3) 70:24 88:21 123:25 | | continue(3) 71:16 79:8 109:23 | | |
| changed(4) 64:25 71:25 71:25 72:1 | | company(3) 53:10 54:21 143:3 | | continued(1) 2:2 | | |
| changes(2) 69:15 92:21 | | competitive(1) 88:19 | | continues(2) 65:20 149:13 | | |
| chapman(1) 3:3 | | competitors(2) 57:13 111:23 | | continuing(1) 68:24 | | |
| chapter(1) 1:8 | | complain(3) 18:3 18:16 19:19 | | contract(2) 88:3 89:24 | | |
| characterization(1) 125:23 | | complaining(1) 18:4 | | contracts(3) 88:24 91:2 91:2 | | |
| charge(1) 111:15 | | complaint(1) 62:17 | | contractual(2) 61:18 62:15 | | |
| charged(2) 9:9 88:20 | | complaints(2) 18:19 19:20 | | contrary(1) 85:5 | | |
| chase(1) 3:28 | | complete(5) 9:4 29:11 33:17 60:21 62:9 69:8 88:6 | | controversial(1) 148:22 | | |
| chat(1) 148:1 | | completed(1) 35:3 | | convenience(1) 12:24 | | |
| chief(2) 116:10 116:14 | | completely(15) 9:10 24:16 37:5 37:13 37:14 64:8 65:21 72:12 72:24 85:5 87:10 88:23 90:11 111:22 131:10 | | convenient(1) 13:11 | | |
| chinese(1) 10:2 | | | | conversation(3) 92:16 129:6 129:10 | | |
| chiuchiolo(1) 5:8 | | | | conversations(5) 101:25 102:22 115:11 | | |
| choose(2) 48:24 49:1 | | | | convincing(1) 112:22 | | |
| chose(1) 20:13 | | complex(1) 33:5 | | cooperation(1) 83:17 | | |
| chosen(2) 17:6 20:12 | | compliant(1) 117:18 | | coordinate(1) 13:23 | | courtrooms(1) 141:13 |
| chris(1) 2:9 | | complied(2) 138:19 140:5 | | copies(5) 10:5 105:17 133:17 135:25 | | courts(24) 22:2 23:23 26:8 37:20 44:13 52:3 55:19 |
| chung(1) 5:18 | | comply(3) 128:16 138:5 138:7 | | copy(6) 28:22 61:24 78:18 96:15 104:19 105:18 | | 58:13 61:19 66:21 78:5 78:18 81:14 99:4 99:13 |
| circuit(3) 22:6 86:14 86:16 | | computers(1) 79:11 | | cordo(2) 1:27 80:22 | | 102:15 103:12 106:12 109:4 110:6 111:12 112:12 |
| circulated(1) 56:20 | | conaway(1) 3:2 | | core(21) 13:9 65:4 70:2 78:15 78:19 91:22 97:16 | | 123:16 137:19 |
| circumstances(2) 36:10 70:18 | | concede(1) 125:17 | | 97:17 98:12 99:9 99:22 99:25 100:2 100:3 101:2 | | |
| citation(1) 144:20 | | conceivably(3) 111:18 111:20 124:20 | | 101:11 110:22 121:16 127:11 138:6 143:5 | | courts(1) 11:5 |
| cite(2) 106:10 118:7 | | concept(3) 51:4 71:24 84:22 | | | | court's(2) 12:23 50:12 |
| cited(1) 23:13 | | concern(25) 36:9 42:14 52:15 57:25 63:16 67:13 | | corner(1) 52:5 | | cover(2) 39:1 98:4 |
| cites(1) 29:3 | | 70:8 71:18 87:20 89:8 89:8 91:20 101:10 116:1 | | corporation(1) 86:6 | | covered(2) 29:12 36:13 48:14 |
| claim(1) 20:16 | | 116:19 117:13 118:25 119:16 120:4 120:6 121:17 | | correct(8) 8:9 32:14 125:12 145:12 145:17 150:3 | | covers(3) 39:2 41:23 70:23 |
| claimants(1) 2:31 | | 131:23 132:19 133:7 138:1 | | correctly(5) 57:4 84:2 84:3 84:13 84:15 | | cox(1) 1:20 |
| claimant's(1) 11:15 | | | | cost(2) 51:18 115:13 | | cra(6) 65:19 65:20 88:2 88:12 88:14 130:15 |
| claims(13) 25:11 29:24 30:3 30:4 76:20 76:22 76:23 107:3 134:4 147:19 147:22 148:15 149:13 | | concerned(7) 11:5 41:22 71:23 84:21 85:19 116:23 117:17 | | costs(2) 114:21 139:6 | | cray(1) 109:2 |
| | | | | could(32) 13:16 17:21 27:1 28:16 36:20 42:25 44:9 45:14 52:23 54:6 60:17 62:9 62:10 62:11 84:23 87:23 96:2 98:16 99:14 99:21 106:13 106:17 107:1 111:23 111:23 118:5 120:10 125:18 129:1 136:9 141:25 142:11 | | cra's(1) 142:3 |
| | | | | | | create(4) 34:4 34:18 81:16 95:2 |
| clarification(3) 78:2 111:7 144:3 | | concerning(2) 16:14 89:3 | | | | created(3) 53:16 54:21 82:1 |
| clarify(1) 113:4 | | concerns(25) 12:22 25:11 45:1 45:6 45:12 46:13 | | | | creates(1) 34:5 |
| clarifying(1) 36:6 | | 57:17 59:2 59:19 60:3 62:23 63:1 63:17 63:22 65:7 | | | | credence(1) 28:5 |
| class(1) 9:7 | | 73:6 73:12 89:20 89:21 95:7 96:23 104:22 109:17 | | couldn't(2) 93:9 104:11 | | credential(1) 28:15 |
| clean(1) 75:10 | | 116:16 125:20 | | could've(5) 15:7 17:15 17:17 26:1 27:16 29:15 31:15 | | credibility(2) 21:19 21:19 |
| clear(26) 12:11 20:23 29:11 32:18 32:24 35:9 38:23 43:24 52:8 53:11 53:3 53:5 54:3 62:24 70:17 73:14 82:16 85:11 119:25 140:13 146:22 149:11 | | | | 80:2 | | credit(1) 37:3 |
| | | concluded(3) 18:21 22:12 24:16 | | | | creditor(8) 5:36 6:2 6:32 100:5 100:6 121:4 121:25 |
| | | conclusion(1) 43:9 | | | | 138:25 |
| | | conclusions(1) 123:20 | | counsel(53) 11:25 13:23 21:19 24:1 24:3 27:8 30:11 34:14 41:6 42:6 42:16 43:15 44:3 45:5 46:25 47:3 48:3 48:5 49:9 52:24 57:2 57:3 67:18 68:24 71:15 73:12 78:15 81:10 84:13 85:1 85:1 85:15 92:9 94:11 94:12 94:14 107:19 110:17 119:8 119:18 119:22 120:1 121:15 121:25 125:13 126:18 128:15 128:19 132:7 133:11 134:11 139:8 140:21 | | |
| clearing(1) 85:17 | | | | | | |
| clearly(7) 10:25 16:10 16:16 22:16 41:21 42:13 97:25 | | concur(1) 10:19 | | | | creditors(7) 2:5 4:46 66:18 66:20 67:1 67:2 78:23 |
| clearys(3) 1:32 4:32 23:3 35:1 140:1 | | conditional(1) 27:17 | | | | creditor's(4) 124:12 125:3 135:25 136:4 |
| clerk(2) 83:24 111:19 | | conduct(1) 30:25 | | | | crichlow(1) 3:33 |
| client(4) 30:14 76:17 120:5 126:21 | | conducted(1) 47:15 | | | | critical(2) 27:23 28:7 |
| clients(1) 53:8 | | confer(2) 38:25 91:23 | | | | cross(8) 47:1 52:24 53:2 53:16 71:14 73:17 116:11 116:13 |
| clients'(1) 60:9 | | conference(4) 14:17 19:19 79:12 120:10 | | | | |
| client's(1) 52:15 | | confident(1) 67:8 | | | | |
| clock(2) 53:3 58:12 | | confidential(92) 41:21 42:1 42:9 42:16 42:18 43:8 | | | | cross-examination(1) 120:2 |
| close(6) 40:25 54:25 67:3 73:16 73:17 112:13 | | 44:8 44:12 44:23 45:10 46:23 47:17 50:2 50:6 51:6 | | | | cross-examinations(1) 132:21 |
| closer(1) 8:4 | | 51:23 57:18 59:21 61:17 61:20 62:3 62:22 62:18 | | counsel's(1) 90:11 | | cross-examine(3) 107:9 119:6 132:24 |
| closes(1) 39:4 | | 82:17 84:18 85:2 85:3 85:5 86:1 86:9 86:20 86:25 | | count(1) 38:8 | | cross-examining(1) 119:1 |
| closing(1) 8:4 | | 88:6 88:9 88:17 90:1 90:6 90:20 90:25 91:16 92:11 | | counter(3) 43:14 73:2 130:5 | | crossing(1) 62:2 |
| club(1) 50:24 | | 92:13 92:22 98:1 98:5 98:8 99:1 102:1 103:7 103:10 | | counter-parties(7) 61:21 62:21 62:22 93:16 127:18 130:6 130:12 | | crt(1) 7:33 |
| cognizant(2) 72:13 90:13 | | 108:9 108:18 108:19 109:3 109:12 109:15 110:3 | | | | crutcher(1) 68:15 |
| colleague(2) 22:18 28:21 | | 110:4 115:22 118:8 118:16 119:2 120:15 120:18 | | | | crux(1) 29:4 |
| colleagues(4) 13:6 30:11 55:3 80:10 | | 121:18 121:22 122:3 122:4 122:11 124:1 124:15 | | counter-parties'(1) 129:23 | | cure(4) 21:9 21:15 21:16 35:22 |
| collection(1) 39:5 | | 124:25 125:8 125:9 126:20 129:1 129:12 129:17 | | counter-party(4) 62:17 65:6 91:17 130:3 | | curiosity(1) 81:6 |
| collier(1) 7:1 | | 129:18 129:18 129:23 130:24 133:19 133:19 133:24 | | counter-plea(1) 133:6 | | currently(1) 81:11 |
| colloquy(1) 59:3 | | 134:14 134:25 135:2 136:3 136:11 136:16 138:17 | | counterpart(1) 55:12 | | custom(8) 14:21 15:22 17:4 17:14 22:13 27:23 27:25 |
| color(1) 20:22 | | | | counterproductive(1) 37:5 | | 32:22 |
| column(4) 89:13 89:15 89:16 94:8 | | confidentiality(31) 11:24 41:2 41:22 46:2 46:16 | | country(1) 59:21 | | |
| combination(3) 57:4 84:3 84:15 | | 53:18 53:19 57:16 58:17 62:1 66:24 85:13 86:17 | | couple(6) 41:15 65:1 73:17 92:21 133:25 136:1 | | |
| | | 86:18 87:19 89:1 91:3 96:23 101:20 107:2 109:17 | | course(18) 12:4 20:4 28:18 31:6 35:3 54:8 59:24 | | customer(4) 89:21 91:1 91:2 98:1 |
| | | 109:19 115:7 115:17 121:14 124:8 124:24 125:11 | | 60:13 60:13 71:3 73:18 74:12 77:10 77:11 82:8 | | dan(1) 5:49 |
| | | 125:16 140:22 140:25 | | 97:14 117:10 130:18 | | dandele(1) 1:37 |
| | | | | | | daniel(2) 4:42 6:23 |
| | | confidentially(2) 61:17 124:17 | | | | darryl(1) 4:33 |
| | | confirm(4) 76:7 76:11 124:18 124:20 | | | | data(1) 1:45 |
| | | confirmation(2) 112:10 149:12 | | | | database(9) 105:3 105:6 105:15 111:13 111:25 112:6 |
| | | conformity(1) 138:20 | | | | 113:10 114:16 137:19 |
| | | confusion(1) 106:22 | | | | |
| | | connect(1) 75:21 | | | | databases(4) 114:25 115:1 115:3 123:8 |
| | | | | | | date(7) 9:10 21:4 55:5 57:25 103:14 135:3 150:9 |

| Word | Page:Line |
|---|---|

david(2) 2:8 3:33
davidson(1) 5:32
day(26) 15:12 19:9 19:10 19:11 33:3 47:17 53:6 54:9 62:3 62:10 62:24 63:8 65:5 72:1 77:2 116:9 116:16 116:25 116:25 116:25 127:4 128:8 128:16 132:2 132:15 132:16
days(20) 19:12 24:19 25:17 26:15 27:9 27:14 28:19 29:16 34:24 55:8 65:1 65:3 67:8 133:25 136:1 136:19 137:4 137:23 137:24 138:10
deadline(3) 24:13 75:11 98:14
deadlines(2) 24:14 75:8
deal(27) 10:16 18:24 42:9 47:25 48:5 48:6 52:7 52:16 54:13 55:9 64:15 76:5 81:1 81:6 82:9 85:15 94:17 94:24 105:23 107:20 114:8 116:2 119:20 120:23 125:5 133:3 133:4
dealing(5) 10:9 41:2 48:2 59:23 125:19
deals(1) 88:22
dealt(6) 37:7 64:15 85:13 141:10 147:21 149:13
debate(1) 135:13
debenture(1) 6:20
debtor(7) 4:31 31:19 30:12 46:15 69:15 69:23 100:4
debtors(22) 1:12 1:25 2:14 11:9 11:22 14:10 21:20 23:4 30:2 30:6 30:14 30:21 31:21 44:22 62:25 78:15 80:7 88:8 133:18 136:18 140:18 148:7
debtor's(2) 68:18 68:24
debtwire(1) 6:46
decide(4) 62:18 107:9 128:20 132:5
decides(1) 138:4
decision(2) 23:6 70:16
decisions(4) 71:13 123:19 132:3 132:2
declaration(2) 112:25 114:6
declare(2) 90:6 92:11
declared(3) 85:3 86:8 139:1
declaring(2) 92:12 118:16
deducted(1) 36:1
deed(1) 19:21
deemed(2) 112:25 113:3
deeper(1) 23:13
defend(1) 58:18
defendant(1) 27:6
defer(1) 22:18
defined(2) 90:19 136:2
definitions(2) 132:6 138:5
definitive(1) 72:2
defunct(1) 86:6
degree(1) 115:20
delawalla(1) 6:12
delaware(6) 1:2 1:2 2:33 8:2 77:4 77:5 81:19 142:22 146:21
delay(9) 11:8 11:10 17:15 19:22 19:23 21:11 53:3 96:21 103:15
delayed(1) 30:17
delaying(1) 57:21
deleted(1) 85:23
deliberations(1) 79:19
delivered(4) 75:9 75:14 111:12 111:19
delivering(2) 112:11 137:19
delivery(1) 112:25
demands(1) 58:1
demonstrate(1) 58:19
dentons(1) 5:27
depends(2) 83:9 107:8
deposition(32) 19:9 19:14 19:17 19:25 20:1 20:11 20:14 21:1 21:14 24:21 25:24 26:14 27:1 27:10 27:11 27:18 31:20 31:25 32:17 33:11 33:16 34:22 34:24 34:25 35:2 42:9 52:13 100:23 131:7 140:20 144:7
depositions(11) 23:22 23:24 24:9 24:17 25:14 25:15 26:15 27:2 30:17 30:17 32:1
deposition's(1) 34:3
derek(1) 1:26 11:22 80:6
described(1) 91:1
designate(5) 48:22 48:24 49:1 89:10 129:14
designated(6) 15:13 65:13 92:23 92:23 93:11 94:3 125:2 134:5
designating(2) 100:25 115:9
designation(1) 131:7
designations(5) 37:22 108:13 108:13 141:7 144:8
desire(2) 61:16 80:3
desks(1) 82:12
despite(1) 58:11
destinations(2) 100:23 140:20
detailed(2) 30:13 66:4
details(1) 114:14
determination(4) 15:17 107:1 109:24 120:11
determinations(1) 37:3
determine(6) 51:7 114:11 134:11 137:9 140:23 140:24
determined(1) 136:16
dialog(1) 142:6
dialogue(1) 125:10
diamond(1) 5:33

diane(1) 4:11
diaz(1) 1:45
did(34) 15:20 15:21 16:23 17:22 17:23 19:3 19:11 19:22 25:3 29:16 30:4 30:7 30:24 32:10 32:15 32:15 33:3 34:17 36:10 37:21 51:13 51:24 69:6 89:10 91:6 117:6 117:6 117:25 125:17 135:15 141:23 146:5 146:15 147:23
didn't(19) 18:1 18:3 18:4 18:8 19:18 19:23 25:25 30:2 33:3 33:4 33:14 51:23 85:25 112:4 127:3 133:24 139:21 146:6 147:18
died(1) 8:21
difference(4) 56:14 103:24 104:21 104:24
different(11) 14:25 17:16 48:18 48:21 49:3 65:24 82:19 88:22 129:12 129:16 139:25
difficult(4) 33:4 36:15 41:8 102:21
difficulty(2) 94:11 98:9
digest(1) 25:19
dimedale-gill(1) 5:4
din(1) 5:22
direct(5) 14:16 34:21 51:15 113:23 113:24
directed(1) 56:13
direction(4) 43:18 50:12 54:3 143:9
directions(2) 37:23 46:12
directly(5) 14:17 15:8 17:12 17:24 33:1
directors(1) 100:14
disagree(3) 124:2 124:3 125:23
disagreement(2) 101:10 101:23
disagrees(2) 63:25 92:20
disclose(2) 25:6 138:8
disclosed(3) 16:22 66:3 136:11
disclosure(6) 24:13 48:23 66:6 68:5 114:21 149:1
disconnect(1) 147:20
discovery(7) 23:21 24:2 24:10 24:21 24:23 39:4 60:6
discreet(5) 43:10 44:14 45:11 101:12 141:9
discuss(2) 49:22 80:24
discussed(6) 31:14 63:11 76:9 88:3 130:6 140:14
discussing(1) 47:9
discussion(5) 76:18 78:16 78:17 90:13 136:18
discussions(6) 49:19 76:22 115:9 126:15 128:10
dismiss(2) 9:14 9:18
dismissed(5) 9:24 10:3 10:7 10:9 10:13
display(1) 109:24
disposed(1) 62:25
dispute(5) 26:10 44:19 87:22 109:21 109:22
disruptive(1) 20:16
dissent(1) 121:22
distinct(2) 95:11 96:11
distinction(1) 23:15
distribution(1) 10:9
district(1) 1:2
divided(1) 57:6
dla(3) 4:1 50:22 77:23
docket(5) 66:9 68:25 97:20 106:16 144:24
document(59) 39:12 40:25 41:3 41:6 41:9 41:21 42:9 47:9 47:18 48:25 49:2 50:13 58:18 58:19 61:10 62:18 69:14 70:19 71:19 72:15 84:23 87:20 89:12 89:14 89:14 90:22 92:10 93:8 93:11 94:9 95:19 106:11 108:9 110:4 119:2 119:19 121:5 125:7 125:9 125:14 128:17 129:10 129:10 129:15 129:22 130:11 130:16 134:23 134:1 134:13 134:15 135:1 136:22 137:8 137:22 138:4 138:18 149:1
document-by-document(2) 84:20 125:5
documentation(1) 112:7
documents(196) 10:11 29:16 39:1 39:2 39:13 39:14 40:4 40:20 41:12 41:13 42:19 43:8 43:22 43:25 44:7 44:8 44:9 45:10 45:17 46:21 46:22 47:9 47:11 47:24 48:3 48:9 48:14 48:17 49:4 49:5 49:20 49:23 50:24 51:6 53:7 53:8 53:22 53:16 54:19 54:19 55:9 55:10 56:2 56:6 57:17 58:8 58:10 58:22 59:4 59:6 61:2 61:6 62:23 63:4 63:19 65:19 65:20 65:22 69:11 71:14 74:9 84:21 85:12 86:8 86:24 87:19 89:7 89:9 89:11 89:19 90:4 90:12 90:14 90:18 90:20 90:21 91:5 91:10 91:19 91:22 92:6 92:13 92:23 92:24 94:12 95:4 95:12 95:18 95:24 96:16 98:18 98:25 100:20 100:22 101:21 101:22 103:3 103:5 103:9 103:11 103:16 103:16 105:9 106:1 106:2 107:22 108:1 109:3 109:7 109:14 110:16 110:19 111:13 111:20 111:24 112:2 112:11 112:14 112:16 112:20 115:4 115:11 115:17 115:23 118:3 118:6 118:11 119:5 119:6 119:10 120:1 120:7 121:23 122:2 122:16 123:10 123:12 123:14 123:16 124:2 124:4 124:9 124:10 124:13 124:15 124:17 125:1 125:3 127:9 127:12 127:21 127:23 127:25 128:24 130:21 130:22 131:5 131:13 132:5 132:7 132:8 133:11 133:18 133:20 133:21 134:2 134:6 134:20 135:13 135:24 136:3 136:12 136:15 137:13 137:25 138:11 139:25 145:4 145:9 147:22 148:15 149:2 149:4 149:12
does(20) 22:4 31:24 33:5 34:9 35:14 40:7 52:16 67:16 71:1 88:3 104:18 107:23 114:3 115:6 116:21 118:4 119:17 121:22 122:1 147:10 147:12
doesn't(12) 34:9 34:10 35:18 70:24 110:16 124:25 125:16 130:6 138:2 139:1 147:8 147:25

doing(10) 13:10 16:12 27:1 27:19 38:23 52:6 113:24 115:19 147:9 149:3
dollars(1) 8:18
done(16) 45:5 63:9 63:9 67:20 81:9 114:17 122:6 122:7
don't(106) 10:23 13:17 17:15 17:19 22:22 22:3 23:22 23:25 24:9 25:16 27:6 27:25 29:6 33:8 33:9 34:18 34:23 41:14 41:17 41:8 41:12 41:13 41:18 42:6 43:2 43:16 43:23 44:23 45:2 48:7 49:10 51:7 54:11 57:21 58:7 59:13 59:20 60:17 60:18 60:19 61:25 64:10 66:2 69:12 70:9 71:13 74:5 74:11 74:24 75:14 80:11 81:3 85:20 85:24 86:1 86:2 86:10 86:21 88:7 89:14 92:11 93:23 95:15 97:19 98:3 98:6 99:17 99:18 100:11 100:20 100:23 103:4 103:7 105:3 106:9 110:9 111:2 113:9 115:8 115:12 116:5 116:15 124:7 125:11 126:3 126:5 127:10 127:15 127:17 127:18 127:21 127:20 128:11 129:3 132:20 134:3 134:21 134:25 135:10 138:2 139:4 139:15 141:2 142:14 147:24 148:21
dorsey(1) 3:4
doubt(3) 18:18 59:20 116:6
dow(1) 7:8
down(14) 36:12 39:18 39:18 39:25 49:15 53:15 55:1 79:10 81:16 81:23 82:14 117:14 117:15 128:3
downstairs(1) 89:13
draft(9) 51:5 52:23 67:21 69:10 79:11 84:1 116:22 126:7 140:2
drafts(1) 98:20
drill(1) 83:5
drive(3) 13:7 13:22 144:3
driven(2) 88:23 88:24
drives(1) 145:3
driving(1) 87:23
dropped(1) 27:5
dunn(3) 4:16 68:14 102:13
during(10) 10:14 12:4 24:20 30:23 31:2 34:22 76:19 77:4 134:5
e-mail(2) 75:13 75:24
e-mailed(1) 78:18
each(17) 38:8 48:22 50:13 62:1 62:2 62:3 76:24 81:22 97:13 97:14 100:25 111:12 116:11 130:5 130:10 130:12 131:8
earlier(3) 18:1 32:6 144:4
early(1) 82:4
easier(2) 18:16 78:12
easiest(1) 19:9
easily(2) 48:5 116:15
easy(10) 15:15 34:2 120:19 134:17 136:12 136:14 144:1 144:2 146:2 146:12
ecro(1) 1:43
editing(1) 61:9
either(5) 34:19 101:18 101:19 106:13 147:5
effectively(5) 62:1 92:19 115:4
efficiently(1) 47:15
effort(3) 58:13 62:21 80:21
efforts(3) 39:17 39:18 133:8
either(10) 13:6 14:21 46:24 64:6 64:8 92:8 105:2 122:3 128:11 139:22
electronic(11) 1:51 13:2 96:15 104:3 105:2 105:6 105:15 111:13 111:25 123:8 150:4
else(9) 21:2 34:6 45:3 69:12 76:3 108:9 110:19 135:9 136:5
else's(1) 130:24
emea(9) 9:23 30:4 30:6 30:14 76:18 76:18 100:4 148:6 148:9
emergency(1) 142:9
eminent(2) 51:1 137:7
employee(1) 91:4
employees(3) 5:37 5:43 51:12
enable(2) 65:23 97:11
encumbered(1) 95:2
end(21) 9:5 9:18 9:25 10:3 10:10 12:4 12:22 16:25 44:18 53:6 54:9 55:8 62:24 66:7 91:14 110:3 115:6 116:16 116:16 127:8 141:6
ended(1) 30:12
enforcement(1) 10:3
engaged(2) 25:2 79:2
engaged(9) 18:19 18:19 19:20 21:12 21:13 74:23 83:16 116:21 146:14
ensued(1) 30:10
ensure(2) 81:12 95:1
entering(2) 81:16 115:15
entire(2) 30:23 104:1
entirely(3) 37:10 90:22 99:23
entirety(2) 33:20 50:15
entitled(5) 24:18 28:14 70:3 103:13 145:1

entity(1) 57:4
envision(1) 57:21
ephraim(1) 3:33
equally(4) 23:24 143:20 144:23 145:1
ericsson(8) 47:4 48:5 48:8 57:2 57:5 118:24 120:6 135:16
ericsson/bidco(1) 4:9
ernst(2) 4:41 5:48
esq(1) 43:11
especially(1) 67:2
essence(126) 1:26 1:27 1:33 1:34 1:35 1:36 1:37 1:38 2:6 2:7 2:8 2:9 2:16 2:17 2:23 2:27 2:32 2:38 2:39 2:40 2:41 3:3 3:4 3:11 3:12 3:19 3:26 3:27 3:33 3:39 4:2 4:3 4:10 4:11 4:17 4:23 4:33 4:37 4:42 4:47 5:3 5:4 5:8 5:9 5:13 5:14 5:22 5:28 5:39 5:40 5:44 5:49 6:4 6:8 6:16 6:17 6:22 6:29 6:43 7:22 7:34
essentially(2) 20:15 67:21
estate(2) 62:12 65:8
estates(6) 66:22 72:25 100:4 106:21 107:3 116:17
estate's(1) 115:12
esther(1) 5:18
ethical(1) 132:19
eugene(1) 2:9
eve(1) 19:7
even(22) 15:22 16:2 18:24 28:2 28:8 30:5 31:9 36:18 43:7 44:14 51:7 51:15 55:7 61:9 61:14 66:10 95:4 115:22 125:9 125:16 137:5 140:4
evening(3) 140:5 141:25 149:17
event(1) 116:8
eventually(3) 17:22 17:23 114:7
ever(4) 52:12 52:22 95:4 141:13
every(19) 19:14 20:25 43:12 47:17 53:15 59:2 62:13 78:19 97:5 115:11 127:4 127:17 128:8 131:6 131:6 131:6 131:7 132:15 132:16 137:22
everybody(10) 24:1 27:3 47:10 67:24 82:13 112:6 118:15 126:14 149:16
everybody's(1) 68:2
everyday(2) 44:18 128:8
everyone(24) 8:3 8:4 14:1 18:13 18:14 19:24 20:2 20:5 21:2 44:24 50:11 51:3 62:7 63:8 65:5 67:10 79:9 115:1 129:1 131:2 136:5 144:23 148:2 149:17
everyone's(8) 19:18 45:4 73:5 73:14 73:16 83:17 93:14 126:25
everything(6) 60:10 67:21 76:3 129:6 131:13 140:15
evidence(15) 10:1 15:2 15:10 22:7 29:15 31:24 37:21 40:8 40:16 40:17 103:9 109:9 123:10 123:14 123:17
evidence-in(1) 116:9
evidentiary(1) 115:7
exact(4) 87:13 127:19 129:2 149:4
exactly(7) 18:15 38:10 38:25 87:16 118:15 128:12 139:17
exam(1) 132:5
examination(5) 52:24 53:2 76:23 116:12 116:14
examinations(3) 71:14 113:24 132:21
examine(4) 47:13 123:5 124:9 146:21
examined(2) 19:5 53:16
examining(1) 123:21
example(11) 37:9 37:16 41:5 50:25 54:20 65:19 81:3 93:7 95:18 95:22 123:5
excellent(1) 36:21
except(1) 73:6
exception(3) 10:20 124:11 134:24
excerpts(1) 9:13
exchange(2) 65:7 98:19
exchanged(1) 98:20
exchanges(1) 67:18
exclude(1) 34:17
excluding(1) 10:1
exclusion(2) 26:6 26:10
excuse(2) 76:9 146:5
exercised(3) 42:25 43:3 81:2
execute(1) 131:3
execution(1) 127:17
exercise(3) 87:24 122:5 122:16
exhausting(1) 13:13
exhibit(12) 39:5 48:22 48:25 53:22 54:6 55:6 92:11 106:11 114:4 116:12 116:16 127:8
exhibits(29) 13:3 42:15 52:10 52:13 52:13 52:17 54:5 55:13 55:24 64:17 86:20 95:13 96:17 99:9 99:18 104:1 104:5 105:16 106:6 113:12 113:16 114:23 116:7 116:10 116:13 116:18 116:20 127:16 140:20
exist(1) 125:17
existed(1) 125:16
existing(4) 88:24 88:25 89:1 118:3
exists(1) 125:17
expect(8) 65:8 80:18 82:4 94:10 94:12 97:6 107:12

| Word | Page:Line |
|---|---|

expectation(2) 108:1 120:17
expecting(1) 18:14
expedite(1) 79:23
expedition(1) 103:16
experience(2) 44:20:6
experienced(1) 81:13
expert(60) 10:8 15:9 16:12 16:17 16:18 16:20 16:24 17:2 17:10 17:11 18:9 19:1 19:4 19:5 19:12 19:14 19:15 19:16 19:17 23:9 23:11 23:12 24:13 24:17 25:4 25:14 25:15 27:2 27:25 28:1 28:7 29:6 30:17 32:11 32:15 32:16 34:18 46:6 51:10 53:15 54:22 55:13 55:23 56:10 63:15 64:19 65:16 65:17 65:25 69:10 69:18 106:15 106:17 106:19 107:5 107:6 107:7 107:20 107:21 144:7

expertise(3) 16:3 32:20 32:25
experts(26) 10:24 14:20 15:3 16:4 16:6 16:9 16:25 17:20 17:25 17:25 20:17 22:14 25:16 25:20 29:25 31:21 32:1 32:14 33:1 52:14 53:13 64:18 66:2 107:23 108:2

expert's(2) 107:19 107:20
explain(3) 84:4 84:16 87:15
explained(2) 60:1 144:18
explanation(2) 11:7 11:17
exposing(1) 62:16
express(2) 43:9 73:12
expressed(3) 46:13 63:22 102:15
expressing(2) 45:1 84:22
extensive(2) 24:3 46:17
extent(13) 16:2 21:10 40:10 46:23 51:18 56:6 69:16 69:20 79:10 98:12 114:22 125:1 127:7

extra(1) 105:17
extreme(1) 24:6
face(1) 15:12
faced(3) 66:17 81:1 119:4
facilities(2) 77:5 79:13
fact(31) 10:23 15:5 15:16 15:19 16:11 16:24 18:6 20:14 24:12 28:13 29:7 32:13 32:14 33:8 34:7 66:4 71:13 87:16 88:21 89:2 89:19 90:13 97:11 107:9 108:2 114:1 117:6 120:14 123:19 124:19 140:19

factor(2) 21:15 22:6
factors(4) 21:7 21:8 22:16 23:11
facts(1) 17:13
fagen(1) 4:47
fail(1) 91:13
failed(1) 23:10
fair(7) 60:4 125:6 125:21 125:25 131:19 131:25 134:8
fairly(1) 45:11
fairness(3) 43:13 44:19 142:19
faisal(1) 6:12
faith(12) 18:20 18:21 21:16 21:16 21:22 22:1 22:3 22:24 29:13 31:5 101:7 139:8

fall(5) 91:7 98:2 108:14 135:14 136:5
falls(4) 71:3 73:1 134:16 136:17
far(11) 10:11 11:5 11:14 36:15 41:22 72:4 72:10 84:20 85:19 95:9 116:23

fara(2) 3:11 148:6
farallon(1) 7:25
farr(3) 2:37 5:7 29:20
fashion(1) 57:2
fast(1) 25:14
fault(2) 26:24 27:19
favor(3) 22:16 41:10 42:8
fear(2) 34:16 51:5
february(7) 15:24 16:17 16:25 16:25 17:6 23:12
feedback(1) 79:3
feeds(1) 82:12
feel(3) 87:6 89:15 139:1
feels(1) 86:22
fees(1) 9:9
feistritzer(1) 6:16
feld(2) 2:5 4:46
felt(1) 39:11
felt(2) 87:20 125:13
fence(1) 44:7
few(6) 8:13 23:7 27:9 27:14 67:8 80:7
fewer(1) 39:13
fiduciary(1) 66:20
fighting(1) 82:14
file(19) 26:19 26:21 26:22 26:24 30:2 30:4 30:7 30:8 47:20 60:10 62:11 68:17 97:11 98:22 99:2 105:15 106:17 109:21 114:8

filed(23) 8:15 25:8 51:10 51:10 51:25 52:10 64:3 66:8 68:19 69:11 72:3 90:19 95:13 95:18 95:24 104:19 106:16 109:9 110:3 111:3 113:3 116:13 144:24

filing(5) 11:8 30:1 97:4 105:6 145:11
final(1) 140:10
finally(5) 21:16 21:25 26:21 34:1 103:3
financial(1) 6:27
financials(1) 91:23
find(5) 9:11 13:10 28:19 94:18 119:22
finding(4) 97:11 101:17 109:12 110:6

findings(3) 73:13 90:12 123:19
fine(13) 12:13 12:15 13:20 13:20 42:9 54:9 55:10 73:25 75:13 75:17 126:15 143:11 145:15

fingers(2) 18:16 18:20
finish(3) 73:4 75:7 78:20
finished(1) 146:10
finnigan(2) 5:12 51:13
fire(1) 83:5
firm(2) 79:10 140:1
first(34) 13:13 15:13 15:25 16:8 16:17 17:2 19:10 23:18 25:3 25:7 31:17 33:2 33:11 43:6 49:17 51:16 56:1 57:17 72:4 73:10 78:4 82:3 82:3 85:7 90:17 87:14 107:5 107:6 107:6 107:13 107:21 134:2 134:5 139:3

firsthand(1) 15:22
fit(1) 34:24
five(15) 53:4 53:17 54:11 57:5 88:10 90:19 90:25 97:24 108:14 109:14 121:18 129:16 134:22 134:24 140:17

fix(1) 118:2
flag(3) 90:23 121:13 135:9
flagged(2) 122:9 137:25
flat-out(1) 115:5
flexible(1) 83:19
flip(1) 117:6
float(1) 118:2
floating(1) 105:18
floor(5) 1:28 3:21 81:17 82:8 82:14
flow(3) 53:2 68:24 80:9
fluff(1) 27:15
focus(4) 33:16 33:16 36:22 37:24
foerster(1) 6:15
fogel(6) 51:1 70:10 70:10 70:14 70:15 71:8
folks(6) 12:2 12:10 82:5 82:23 131:3 146:22
follow(6) 36:15 67:21 98:16 98:18 101:25 109:18
followed(1) 129:7
following(4) 17:9 30:9 94:7 99:19
foot(1) 24:12
for(212) 1:2 1:25 2:4 2:14 2:30 3:1 3:17 3:32 3:38 4:1 4:9 4:16 4:31 4:40 4:45 5:1 5:17 5:21 5:25 5:32 5:36 5:43 5:47 6:2 6:6 6:11 6:15 6:20 6:26 6:32 6:38 6:42 6:46 6:50 7:4 7:8 7:12 7:16 7:21 7:25 7:29 7:33 8:8 8:14 9:21 11:22 11:25 12:16 13:18 15:24 16:8 17:1 18:3 18:4 18:14 19:5 19:14 19:20 20:24 22:15 23:14 24:1 24:3 24:13 24:14 24:24 25:12 26:23 27:4 27:10 27:14 27:14 27:18 27:19 29:21 29:23 29:24 30:10 30:11 30:16 32:6 34:22 35:11 35:14 35:22 36:15 36:21 37:4 37:16 38:21 41:4 42:1 43:1 43:2 43:5 45:7 46:11 48:8 48:8 48:17 49:21 51:2 51:25 54:20 56:7 57:5 58:21 59:5 59:8 62:25 64:12 64:24 65:8 65:19 67:12 67:18 68:2 68:20 70:6 72:18 73:1 73:5 73:6 73:14 73:14 75:19 76:25 77:6 77:24 78:4 78:14 78:19 80:7 81:3 81:14 81:24 81:24 82:13 82:16 85:23 85:24 90:20 93:7 94:22 94:23 95:22 97:1 97:13 97:13 100:4 100:22 106:21 107:3 107:13 115:3 115:4 115:8 115:18 117:18 118:2 120:19 122:1 122:15 122:17 123:15 124:21 125:13 125:14 126:18 126:19 127:17 128:22 129:14 129:14 133:9 133:25 134:5 134:7 135:16 136:25 137:7 137:12 137:24 139:23 140:7 140:21 140:22 140:23 140:23 141:10 142:14 142:22 143:6 143:18 144:12 144:23 145:24 146:1 146:24 146:7 147:3 148:6 148:9 149:4 149:8 149:18 149:12 149:13

forbid(1) 82:16
forecasts(3) 53:9 54:19 134:24
forego(1) 23:23
foregoing(1) 150:3
foreign(2) 9:24 15:3
forethought(1) 60:24
forever(1) 20:13
forgave(1) 146:24
forget(1) 116:24
forgive(2) 32:6 129:17
form(5) 49:8 67:16 74:16 113:22 130:17
formed(1) 11:1
former(2) 5:36 51:12
formulation(1) 109:20
forth(4) 49:1 81:12 115:18 140:2
fortune(1) 118:3
forward(16) 16:4 34:10 57:14 58:2 61:13 62:7 67:20 73:5 94:5 100:19 100:22 102:19 105:24 121:16 137:13 140:9

forward-front(1) 87:22
fought(1) 8:23
four(16) 1:6 16:17 21:7 24:19 25:3 29:16 53:17 54:11 82:1 129:16 143:23

framework(3) 92:3 92:5 132:6
frank(2) 1:20 7:22
frankly(12) 27:19 41:25 59:5 63:18 101:13 105:14 106:21 124:11 124:23 125:8 127:8 130:20

fred(1) 2:6
free(4) 57:13 57:14 66:25 124:23
friday(1) 17:1
friend(2) 51:5 53:24

friends(1) 71:20
from(77) 1:21 15:2 15:8 15:8 15:14 15:19 15:25 16:1 16:6 16:7 16:9 16:9 16:10 16:18 17:9 18:2 29:20 34:8 34:10 34:25 36:1 36:14 43:3 43:16 44:13 44:22 50:16 50:22 51:1 51:8 51:22 52:15 55:2 57:2 57:13 57:14 58:3 60:8 60:20 61:12 62:7 65:8 66:17 68:14 73:15 76:10 82:2 82:19 86:15 88:16 94:11 95:10 102:12 106:4 106:5 121:21 121:25 122:15 125:19 129:9 132:16 138:9 139:23 143:10 146:19 147:5 147:20 150:4

front(8) 16:16 30:24 100:20 100:20 121:2 127:21 127:24 128:9

frowns(1) 86:17
full(3) 30:1 41:20 72:14
fully(4) 64:24 73:5 74:14 145:5
fun(1) 81:17
fund(1) 51:17
further(4) 41:17 67:17 82:21 126:15
future(1) 149:9
futzing(1) 91:24
gallagher(2) 2:37 5:7
gallery(1) 146:19
game(2) 19:18 57:23
gateways(1) 121:20
general(2) 48:21 121:18
generality(1) 59:22
generally(6) 41:17 43:19 82:22 88:18 110:6 141:11
genuinely(1) 31:13
george(1) 6:33
get(61) 8:13 13:16 13:23 15:25 15:25 16:1 26:16 28:2 30:15 55:25 36:16 39:5 42:23 43:21 50:1 54:12 54:18 59:17 60:21 61:6 62:21 63:9 67:9 69:15 69:21 70:4 78:1 80:19 82:4 82:24 84:24 85:22 87:7 92:2 93:14 95:4 96:19 98:13 99:1 100:18 102:1 103:3 104:17 110:3 110:16 110:21 112:14 114:7 116:6 119:19 125:13 128:6 128:18 132:4 134:23 139:24 141:5 143:9 143:21 144:9

gets(7) 20:5 56:1 87:11 105:5 105:11 107:21 122:9
getting(10) 26:15 38:23 39:24 65:12 69:1 71:25 97:19 113:10 140:4 140:6

gibson(3) 4:16 68:14 102:12
ginger(1) 1:43
give(23) 31:23 36:3 37:2 37:15 40:21 44:11 51:13 61:23 62:10 63:8 63:10 64:4 72:22 75:6 76:17 95:7 96:2 107:10 116:17 116:17 128:14 136:19 140:17

given(33) 11:13 35:15 41:3 41:6 41:14 45:18 47:8 48:16 56:7 59:4 60:15 60:16 62:22 70:19 71:10 72:16 84:24 87:22 92:7 103:11 103:12 103:25 105:7 106:16 119:5 121:24 125:6 128:5 128:21 130:12 134:17 135:23 138:10

giving(5) 32:20 43:15 61:1 116:4 132:11
goal(3) 19:20 64:4 64:5
goals(1) 87:16
god(1) 82:16
goes(5) 19:21 22:5 29:9 34:6 95:11
going(144) 8:13 8:14 9:5 9:14 9:18 13:4 13:6 14:12 16:18 20:6 20:17 25:23 26:1 26:17 26:19 27:3 29:12 30:18 33:11 34:2 34:3 34:3 34:10 34:15 34:20 39:11 40:5 40:24 40:25 43:22 47:24 48:17 49:10 54:25 55:19 58:4 58:17 60:8 60:20 63:4 65:21 67:7 67:20 69:19 69:20 70:17 74:9 75:23 77:15 77:15 78:9 81:6 81:19 82:22 82:7 84:9 83:25 87:9 92:8 93:25 94:14 94:17 94:17 94:18 94:19 95:23 96:5 96:7 99:17 101:23 105:24 105:25 106:1 107:17 108:12 108:14 108:19 109:3 109:20 110:12 110:20 111:12 111:14 111:21 112:1 112:5 112:18 112:23 113:15 115:5 116:7 116:8 116:20 118:14 118:22 119:2 119:3 119:9 119:18 119:22 119:23 123:3 123:9 123:13 124:5 124:7 124:20 126:6 127:23 128:19 128:19 128:19 129:8 129:14 129:16 131:25 133:11 134:13 134:14 138:5 138:15 138:18 138:19 139:14 140:4 140:15 141:7 141:16 141:17 144:10 144:14 144:14

gone(9) 21:4 27:17 28:1 33:14 33:14 110:17 114:10 115:24 119:14
good(43) 8:3 8:4 8:6 8:7 8:10 8:12 11:21 14:4 14:5 14:5 19:21 21:21 22:25 23:1 23:22 29:19 29:19 42:22 46:8 46:8 46:10 50:10 50:18 50:18 50:20 57:1 66:4 66:18 67:14 67:14 68:13 68:13 69:1 69:5 99:8 101:7 110:6 123:7 139:8 142:7 145:1 149:17

got(25) 24:4 28:16 36:14 41:15 47:25 52:2 53:4 53:5 53:10 53:11 53:22 58:18 72:4 73:3 84:19 85:20 89:18 90:2 107:22 111:15 118:9 118:19 128:14 128:14 134:10

gotshall(1) 7:21
gotten(6) 79:3 91:21 99:7 122:13 127:2 137:15
gottlieb(4) 1:32 4:32 23:3 35:1
governed(1) 16:15
governing(2) 17:13 22:12

government(2) 88:7 88:10
governs(1) 19:3
gowlings(1) 79:10
grab(1) 111:1
granted(1) 56:2
grateful(1) 80:23
great(5) 53:3 54:23 80:25 81:6 103:15
greene(1) 10:24
grese(1) 7:22
grid(1) 94:6
grievances(1) 56:15
gross(29) 1:18 8:12 9:21 10:18 14:5 29:19 34:17 35:7 37:10 41:18 46:9 50:9 56:19 68:21 70:9 70:21 72:12 77:3 79:7 84:7 86:2 109:10 113:5 114:9 143:7 147:21 147:25 148:5 149:6

gross'(1) 40:12
ground(1) 53:10
group(5) 3:18 7:33 10:12 81:23 87:17
grout(1) 51:2
growing(1) 100:25
guarantee(2) 51:16 51:17
guess(16) 8:8 32:9 35:6 39:21 44:2 47:11 74:22 93:3 93:6 94:4 101:6 107:10 119:21 119:22 120:17 138:1

guidance(5) 43:11 43:16 44:12 45:2 76:17
guidelines(1) 129:4
guiney(1) 6:22
gump(3) 2:5 4:46 66:17
guyder(1) 4:42
guys(1) 46:12
hac(2) 146:23 147:4
had(56) 8:14 15:6 15:9 16:9 21:11 21:12 21:13 23:12 24:10 24:13 27:23 30:22 32:13 36:13 39:8 39:22 43:6 43:8 44:3 51:5 56:9 58:7 58:9 58:12 59:18 60:10 64:25 67:17 72:23 76:7 76:22 92:12 93:17 96:1 114:11 119:18 120:25 121:2 130:14 132:25 134:7 146:18

hadley(2) 3:25 6:3
hadn't(1) 10:6
half(4) 18:9 74:25 75:6 78:15
halfway(1) 27:2
hallway(1) 12:6
hals(1) 7:13
hamilton(3) 1:32 4:32 23:3
hammering(1) 102:22
hand(7) 28:16 32:15 44:5 65:18 103:4 103:7 136:21
handing(1) 32:16
hanrahan(1) 2:40
happen(5) 39:20 110:11 111:14 111:23 141:7
happened(1) 15:23
happening(3) 31:1 110:22 112:1
happens(2) 92:10 123:16
happily(1) 101:17
happy(19) 54:2 72:18 74:18 74:19 74:20 79:12 103:4 110:14 110:15 110:25 113:5 113:6 115:22 118:9 126:11 134:19 146:9 147:18 147:19

hard(9) 13:22 63:18 87:2 93:15 93:20 143:19 143:20 144:3 145:3
hardly(1) 27:16
hardware(1) 112:25
harm(4) 20:15 21:5 22:8 34:10
harmer(1) 6:29
harrisburg(1) 1:47
harsh(1) 30:13
has(65) 9:1 9:2 13:22 14:11 16:4 16:6 22:17 24:15 25:1 26:5 26:8 26:9 29:5 29:8 33:16 38:24 41:9 42:11 43:1 49:3 52:24 52:25 53:21 54:5 54:23 58:6 59:3 59:3 63:20 64:4 64:18 65:5 65:6 68:19 68:20 71:15 72:23 73:13 80:21 81:23 82:21 84:24 87:18 88:5 88:13 88:13 89:2 91:17 95:9 95:10 110:17 114:10 115:24 116:24 118:11 122:13 128:8 128:13 128:17 135:18 135:23 135:25 137:15 138:15 140:3 140:7 146:7

hasn't(2) 87:21 89:8
hate(1) 148:11
hauer(2) 2:5 4:46

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| have(301) 8:13  8:14  8:16  8:21  8:22  8:24  9:8  11:17  13:1  13:8  15:4  15:15  16:16  16:22  17:21  18:18  18:21  18:22  19:15  19:19  20:11  20:12  20:25  21:25  24:4  24:9  25:2  25:14  25:15  25:17  25:25  26:7  27:4  27:24  27:23  28:7  28:18  28:22  29:13  30:8  30:15  30:16  31:22  32:3  34:23  35:2  36:18  36:20  37:20  38:23  39:2  40:22  41:9  41:22  41:25  42:12  42:13  42:13  42:14  43:23  43:24  44:10  44:11  44:15  44:20  45:1  45:5  45:9  46:12  46:13  46:14  46:19  47:2  48:2  48:2  48:4  49:8  49:21  51:10  51:15  51:21  52:10  52:14  52:22  53:20  54:11  54:13  54:14  55:18  57:15  57:17  57:20  57:23  58:1  58:3  58:12  58:24  59:14  59:18  59:19  60:3  60:5  60:6  60:6  60:15  61:4  61:11  61:18  62:11  62:14  62:20  62:23  63:3  64:14  64:15  64:24  65:11  65:13  66:1  66:12  66:19  66:22  67:5  67:7  67:7  67:25  68:17  68:23  69:14  70:1  70:1  72:25  73:10  73:11  73:18  73:19  73:23  74:8  74:23  75:9  75:14  75:14  75:18  75:20  75:20  76:15  76:20  76:22  77:5  78:18  79:18  79:25  80:1  80:7  80:22  81:9  81:17  82:8  82:11  82:16  83:4  83:15  84:23  84:3  85:1  85:14  85:15  85:23  86:4  86:8  86:14  88:1  88:4  88:7  90:16  90:24  91:2  91:13  91:13  91:19  91:21  92:3  92:7  92:11  92:14  92:17  93:7  93:10  93:16  93:24  94:3  94:25  95:14  95:14  96:14  96:14  96:19  96:24  97:10  97:13  97:14  97:17  98:6  98:9  99:10  99:17  99:18  99:23  100:15  100:22  100:23  101:1  101:3  101:19  101:23  102:15  103:4  103:8  103:11  104:3  104:6  105:2  105:18  106:6  106:14  106:14  107:1  107:2  107:22  108:15  110:2  110:15  110:18  110:20  113:1  113:3  113:21  113:25  113:25  114:13  114:14  115:7  115:8  115:11  116:14  117:9  117:14  117:17  118:10  118:25  119:1  119:5  119:8  119:14  119:25  120:19  121:2  121:12  121:17  123:5  123:8  123:11  123:23  123:23  124:1  124:5  124:8  126:9  126:9  126:15  126:21  127:1  127:17  127:18  127:19  127:20  127:22  128:2  128:6  128:16  128:19  128:19  129:3  129:10  129:16  130:13  130:13  130:22  130:23  131:1  132:4  133:1  133:3  133:4 | | him(11) 18:11  18:11  19:12  25:3  32:15  32:16  33:22  33:23  33:24  50:15  50:16<br><br>himself(1) 13:19<br>hired(1) 30:22<br>his(17) 16:22  19:12  19:15  21:14  25:9  30:22  31:20  31:23  35:2  49:13  50:4  51:13  62:6  72:23  73:11  73:12  73:12<br><br>historic(1) 59:23<br>history(5) 23:18  26:4  29:12  53:17  59:23<br>hit(3) 75:10  140:24  143:9<br>hitachi(2) 6:15  54:16<br>hoc(2) 3:17  5:43<br>hodara(1) 2:6<br>hoeffner(1) 4:3<br>hoffner(1) 50:22<br>hogan(1) 5:2<br>holding(2) 63:7  144:25<br>holley(7) 118:21  118:21  118:24  119:12  119:15  119:18  119:25<br><br>hollinger(10) 84:17  84:17  84:19  85:6  95:7  118:10  118:19  120:3  120:11  121:9<br><br>home(2) 22:22  91:4<br>hone(1) 36:4<br>honestly(2) 58:7  87:3<br>honor(12) 8:9  8:11  15:18  11:22  11:23  12:3  12:17  12:24  13:8  13:21  13:24  14:2  14:7  14:12  14:16  14:17  15:5  15:6  15:7  16:2  16:6  17:3  17:5  17:15  18:17  18:19  19:7  20:22  21:5  21:7  21:8  21:17  21:18  21:25  22:10  22:11  22:15  22:17  22:20  22:25  23:20  24:15  28:17  29:10  30:25  31:3  31:11  31:20  32:4  32:7  33:22  33:23  34:7  34:11  36:24  37:13  38:12  38:19  39:24  40:5  43:15  46:8  50:18  51:24  55:17  55:25  56:12  56:17  60:20  61:7  67:15  68:8  68:10  69:22  74:2  76:1  80:3  80:6  80:7  80:16  80:25  81:5  81:21  82:10  82:15  82:20  83:8  83:14  90:8  94:6  95:15  95:25  103:18  106:5  108:23  112:11  112:21  116:2  117:23  118:20  122:24  133:13  135:17  139:18  141:23  143:6  144:1  144:8  146:1  147:7  149:1  149:11 | | impossible(1) 35:11<br>improper(1) 17:19<br>inadvertently(1) 112:18<br>inc(2) 4:32  6:50<br>incentive(1) 36:1<br>include(2) 65:6  144:6<br>included(1) 79:18<br>includes(1) 148:10<br>including(4) 26:4  62:13  67:1  121:5<br>inclusion(2) 43:12  121:7<br>incorporate(1) 60:5<br>indeed(3) 69:2  83:8  102:20<br>indicate(3) 35:21  70:15  70:24<br>indicated(1) 40:9<br>indicates(1) 86:18<br>indiscernible(77) 8:14  8:19  9:5  9:8  9:9  11:9  17:20  18:25  24:14  27:4  36:15  37:4  37:4  38:8  40:13  41:11  41:15  42:5  45:24  46:20  46:21  46:24  46:25  47:5  47:6  47:14  48:10  48:14  49:2  49:8  49:18  49:24  50:13  51:9  52:5  53:14  54:12  56:1  56:16  56:22  56:23  62:4  63:5  64:24  70:20  71:17  72:5  72:11  76:1  77:2  77:6  85:3  90:5  93:4  93:21  94:22  104:18  109:2  109:10  112:15  114:21  116:12  117:8  118:6  120:5  123:6  132:8  132:10  133:9  133:16  134:13  134:16  135:8  143:4  145:9  145:14  148:25<br><br>individual(2) 90:12  91:11<br>individualized(8) 43:25  91:6  91:7  91:17  97:13  121:23  131:10  138:3<br><br>industry(2) 22:13  88:18<br>information(43) 39:6  40:20  42:3  44:21  46:22  46:23  57:12  58:10  59:21  59:22  59:24  60:1  60:22  62:2  63:2  63:13  68:6  70:2  70:21  80:9  82:17  86:21  88:19  90:20  90:25  91:4  93:11  93:12  98:1  103:10  109:12  109:15  121:19  129:23  130:15  130:16  132:3  132:20  136:8  136:11  138:8<br><br>ingersoll(1) 2:22<br>initial(5) 45:1  46:11  66:11  96:9  113:16<br>inna(1) 1:36<br>inner-company(1) 87:22<br>input(1) 101:9<br>inside(1) 70:23<br>installed(1) 81:10<br>installing(1) 81:11<br>instance(1) 33:3<br>instances(2) 49:3  89:2<br>instead(13) 26:14  30:4  73:22  92:22  94:1  109:2  109:6  109:6  109:11  109:18  109:22  128:3  129:6<br><br>intellectual(2) 16:14  88:16<br>intend(1) 120:2<br>intended(4) 39:22  39:23  81:22  82:22<br>intention(2) 131:9  132:25<br>inter-telephonic(1) 142:21<br>interest(22) 43:20  44:21  50:1  51:14  54:13  54:24  57:15  57:20  58:5  63:1  64:21  66:6  68:3  73:14  88:5  88:7  88:8  88:9  88:15  89:10  91:19  97:19  100:17<br><br>interested(14) 6:38  6:42  6:46  6:50  7:1  7:8  7:12  7:16  7:21  7:25  7:29  7:33  12:3  82:23<br><br>interesting(1) 29:2<br>interestingly(1) 25:8<br>interests(13) 51:11  54:10  54:14  58:15  60:9  63:24  72:14  87:18  102:16  102:16  102:20  103:6  131:9<br><br>interests(1) 10:8<br>interference(1) 21:14<br>interim(6) 12:12  93:7  115:20  118:5  141:4  143:9<br>interpretation(4) 11:1  16:14  18:7  31:23<br>interpretations(1) 31:22<br>interrupt(5) 53:2  74:5  141:24  146:6  147:18<br>interruption(1) 47:16<br>interval(3) 123:11  124:6  124:9<br>intervention(1) 26:3<br>into(21) 15:2  33:24  42:3  53:18  54:22  55:6  58:3  65:7  65:18  73:24  75:20  91:7  99:22  101:19  109:9  110:4  123:10  123:14  123:17  134:24  135:14<br><br>introduce(6) 15:9  99:17  99:18  109:21  120:19  139:10<br>introduced(13) 92:10  93:6  93:9  93:13  93:25  94:3  95:10  109:9  110:16  111:15  124:16  123:17<br><br>introducing(1) 138:18<br>investment(2) 71:16  69:5<br>invite(2) 12:10  79:8<br>invoked(1) 122:1<br>involve(1) 85:7<br>involved(3) 66:21  78:23  139:14<br>iota(1) 93:21<br>ipco(1) 91:23<br>irrelevant(1) 37:1<br>irrespective(1) 145:8<br>irs(2) 88:2  88:2<br>isn't(9) 35:13  61:16  66:10  91:15  117:23  119:2  122:16  129:13  133:14<br><br>isolated(1) 32:2 | | issuance(1) 79:19<br>issue(53) 9:23  12:20  12:24  16:10  17:14  18:5  18:6  28:13  29:1  30:23  31:13  31:14  33:10  34:19  35:7  40:6  40:10  43:2  44:17  48:3  51:3  52:14  54:17  55:1  58:22  58:23  60:8  64:17  64:18  64:20  65:12  65:14  65:16  74:7  76:16  77:6  86:7  87:22  90:10  95:23  96:6  97:21  101:6  103:24  106:1  106:14  111:2  115:13  131:4  132:6  135:1  140:25  141:9<br><br>issued(1) 81:23<br>issues(32) 14:24  15:18  15:20  15:21  15:22  15:23  17:12  18:23  19:3  22:14  23:17  30:3  33:17  34:5  38:25  41:1  46:17  47:1  48:4  59:23  63:20  65:19  66:5  71:11  73:17  81:22  82:20  94:24  95:8  96:11  106:20  115:7<br><br>issuing(1) 110:6<br>item(2) 63:11  131:8<br>items(3) 50:6  125:22  128:10<br>its(10) 18:7  29:8  39:22  50:15  53:9  53:25  54:21  65:20  108:13  108:17<br><br>itself(6) 27:22  69:18  96:12  113:1  113:4  118:4<br>it'll(2) 10:15  37:7<br>it's(116) 9:3  10:6  18:6  18:15  20:7  20:16  20:23  21:15  22:10  22:11  22:14  22:15  25:5  26:6  26:9  26:24  27:18  27:22  28:1  28:7  29:1  29:2  31:18  32:2  33:4  33:21  33:22  33:23  34:19  35:11  36:18  39:24  41:24  42:9  48:16  48:18  50:23  54:25  55:4  55:6  57:8  58:2  59:19  60:1  63:9  64:25  66:5  70:7  70:17  70:21  73:7  77:15  78:5  79:22  80:9  84:19  85:5  85:24  86:5  86:6  86:16  87:13  87:22  88:7  88:8  88:23  89:9  89:12  89:12  89:18  90:24  91:12  92:12  94:16  100:14  103:24  104:24  105:5  105:25  108:10  108:19  109:1  110:3  111:9  112:3  112:5  113:18  115:3  115:13  115:16  115:20  115:21  116:2  118:14  118:21  119:10  121:5  122:17  123:12  123:13  123:20  126:5  127:8  129:22  129:24  131:3  131:14  134:16  134:17  135:5  136:23  137:1  137:10  139:6  139:6  148:22<br><br>i'd(14) 11:17  22:18  56:4  73:12  73:21  73:22  74:22  94:13  111:24  111:25  115:22  118:10  122:24  134:19<br><br>i'll(3) 9:13  9:15  14:2  40:12  40:13  40:21  56:13  75:20  78:11  84:12  126:24  140:14  148:23<br><br>i'm(103) 9:14  9:18  11:5  14:25  18:14  18:19  20:12  28:4  29:2  29:12  34:14  34:20  38:16  38:16  41:10  41:18  41:20  42:7  42:20  44:13  44:13  45:20  48:17  51:11  55:21  60:17  62:5  63:18  63:23  64:12  67:15  68:11  68:19  69:2  71:23  72:3  72:12  72:17  72:17  72:18  73:20  73:21  74:20  75:18  77:7  78:3  78:22  79:2  80:9  80:23  82:20  84:16  84:18  85:9  86:1  90:1  90:7  93:1  93:18  93:20  94:21  96:3  96:5  98:12  99:23  100:15  101:8  101:17  101:25  102:7  102:17  103:4  104:24  108:19  110:13  110:15  110:15  110:22  110:25  111:1  112:9  112:12  113:6  113:7  113:17  117:25  118:7  120:16  121:6  126:2  126:4  126:11  126:12  126:12  126:14  126:24  128:12  128:18  129:15  130:16  131:1  131:20  132:14  134:17  141:22  146:9  147:17  147:18  147:19  148:5  148:9<br><br>i've(20) 9:12  14:12  20:3  20:4  28:16  40:20  41:5  42:15  42:15  53:7  70:23  85:3  90:2  97:5  111:15  118:9  118:18  144:12  144:13  144:15<br><br>jackie(1) 1:35<br>jacob(3) 2:16  14:9  38:21<br>jaime(1) 3:3<br>jamie(1) 4:23<br>january(6) 15:13  15:19  16:23  23:19  24:22<br>jeff(2) 23:3  118:21<br>jeffrey(1) 1:24<br>jennifer(1) 6:16<br>jenny(4) 93:23  94:20  100:21  117:24<br>jeopardize(1) 58:4<br>job(1) 45:6<br>john(1) 3:54<br>johnson(6) 2:7  66:15  66:16  66:16  66:17  67:11<br>joint(4) 3:1  5:47  100:5  147:6<br>jointly(1) 1:6<br>jones(2) 3:18  7:8<br>joseph(1) 2:17<br>journals(1) 39:6<br>judge(39) 1:18  1:19  8:12  9:21  10:18  14:9  30:19  34:16  35:6  37:3  37:10  40:12  41:18  46:9  50:19  66:19  68:13  68:17  68:21  70:9  72:12  79:7  83:25  84:9  86:2  102:9  102:12  108:19  109:10  112:7  113:5  114:19  139:21  143:6  145:21  147:25  148:5  149:6<br><br>judges(3) 35:11  37:14  126:19<br>judge's(1) 145:24<br>judgment(3) 134:15<br>judicial(1) 26:3<br>jury(1) 149:4<br>jumping(2) 43:6  47:16<br>june(1) 149:23<br>jury(1) 42:24 |
| have(46) 133:5  133:6  133:17  133:23  134:4  134:8  134:9  134:11  134:13  134:14  134:25  135:12  135:13  135:15  135:21  136:2  136:12  136:24  137:6  137:10  137:17  137:18  138:19  138:22  139:6  139:10  139:11  139:16  139:25  140:6  140:12  140:14  140:24  141:1  143:1  143:11  144:11  141:25  142:4  142:9  143:12  144:1  144:9  145:4  145:5  146:5  146:5  147:23  147:25  148:1  148:24 | | honors(3) 37:23  43:17  103:25<br>honor's(2) 43:11  82:12<br>hook(1) 79:11<br>hope(15) 37:9  37:11  37:23  42:5  56:24  60:3  64:2  64:16  74:16  82:23  90:9  106:17  126:4  128:24  131:1<br><br>hopeful(3) 49:23  50:8  50:9<br>hopefully(6) 71:19  73:4  74:7  80:19  81:12  83:17  83:21  141:9  144:23<br><br>hoping(1) 74:10<br>hour(6) 73:4  73:7  74:25  75:6  76:24  77:1  77:2  78:15  143:23 | | | | |

Word Page:Line

**just**(142) 12:9 13:6 13:9 22:8 23:16 23:25 24:18 24:21 27:5 27:13 27:17 29:22 31:3 31:10 31:19 32:2 34:24 35:8 35:14 37:9 38:6 40:5 40:15 40:21 41:7 42:8 43:13 43:24 44:24 45:3 45:7 45:14 48:16 49:16 51:14 51:22 53:6 53:15 54:12 55:11 55:21 58:23 60:10 60:20 61:4 61:16 63:2 63:10 63:12 65:11 65:14 66:21 68:21 69:6 70:15 72:3 72:22 73:14 73:17 74:6 75:17 75:23 75:24 76:5 76:7 76:15 76:16 77:9 78:1 80:17 82:12 82:21 84:12 84:16 87:14 87:15 95:17 96:3 96:5 97:5 97:19 99:1 101:23 101:24 102:15 103:21 103:22 104:19 104:25 106:19 107:18 109:18 109:19 109:23 110:12 110:25 112:5 112:10 115:2 115:5 115:13 115:21 115:23 118:22 120:19 120:24 121:16 121:22 122:17 122:24 123:14 123:20 126:4 126:16 126:18 129:24 130:1 131:8 131:15 131:18 131:22 132:19 132:22 133:3 133:4 136:16 138:4 139:11 140:11 140:13 142:24 144:2 144:17 144:25 145:2 145:20 146:22 146:24 148:1 148:3 148:12 149:10

**justice**(206) 1:21 8:8 8:10 8:12 10:20 11:21 12:14 13:12 13:18 13:20 14:6 14:16 15:1 17:3 17:16 23:2 23:20 28:22 29:20 35:6 35:8 36:23 36:25 40:2 40:3 40:12 40:19 42:4 42:20 42:23 45:14 45:16 45:23 46:7 47:23 48:13 48:19 49:7 49:13 49:25 50:7 50:10 50:17 51:20 52:2 52:5 52:16 55:11 55:18 55:21 56:4 56:9 56:21 56:23 58:6 60:12 60:14 60:23 63:24 64:1 64:7 64:13 66:19 67:15 68:14 68:22 70:8 70:9 70:13 70:21 71:6 71:21 72:3 72:10 73:21 74:3 74:18 74:22 75:3 75:13 75:16 75:22 76:3 76:5 76:25 77:3 77:7 77:14 79:6 80:13 80:14 84:7 84:7 84:8 84:9 84:11 86:13 86:22 89:24 92:5 93:1 93:4 93:17 93:19 94:10 95:17 96:1 96:3 96:5 96:19 97:3 98:9 99:6 99:21 100:8 102:4 103:9 104:13 104:16 105:13 105:21 105:25 107:5 107:10 107:15 107:17 108:3 108:5 108:22 109:7 109:10 110:10 110:12 110:24 112:4 112:9 112:15 112:20 113:2 113:5 113:9 113:17 113:20 114:5 114:15 115:21 116:22 117:2 117:11 117:22 118:7 118:14 118:18 118:23 119:7 119:13 119:16 119:21 120:11 120:16 121:9 122:20 122:23 123:1 123:6 125:24 126:2 126:14 128:13 131:21 132:9 132:17 133:3 133:10 133:15 134:9 135:4 139:23 141:15 141:21 142:1 142:5 142:7 142:15 142:16 142:24 143:2 143:11 143:15 143:21 145:7 145:10 145:14 145:25 146:4 146:7 146:11 146:14 147:8 147:11 147:13 147:24 148:6 148:17 149:7 149:15

**justin**(2) 2:32 7:5
**kalaau**(1) 7:17
**kaplan**(3) 5:39 140:9 140:12
**karen**(1) 5:22
**karlan**(18) 4:17 68:10 68:11 68:13 68:14 68:17 70:7 102:3 102:7 102:9 102:10 102:12 102:12 102:25 103:18 139:20 139:21 141:8

**katten**(2) 3:32 5:21
**keane**(1) 3:19
**keep**(9) 61:5 61:19 61:22 65:14 68:25 97:22 99:18 143:19 148:11

**keeping**(1) 140:23
**keeps**(2) 67:25 71:25
**kelly**(1) 150:9
**kempner**(1) 5:32
**kennedy**(1) 5:13
**kenneth**(1) 5:28
**kenney**(5) 3:39 67:12 67:14 67:24 68:8
**kent**(1) 7:1
**kept**(1) 50:6
**kevin**(2) 1:18 7:34
**key**(4) 23:15 28:13 28:24 30:18
**kind**(14) 22:1 42:2 44:5 47:13 53:24 68:2 74:12 78:4 84:17 85:17 88:18 98:10 128:21 146:14

**kinds**(1) 81:11
**king**(2) 3:6 3:40
**know**(95) 8:26 13:18 25:13 31:11 31:12 31:16 31:23 34:15 36:9 36:10 36:13 37:3 37:6 37:14 41:9 41:11 41:13 45:2 47:23 47:24 49:10 52:11 55:20 58:7 59:13 59:23 60:18 60:19 64:10 65:23 69:9 69:12 69:13 69:25 70:9 71:19 72:23 82:22 84:5 84:16 85:1 85:20 85:24 86:1 86:2 86:10 86:13 86:14 86:16 86:22 87:4 87:7 87:21 91:25 92:1 92:1 93:23 94:8 95:15 96:13 97:15 97:16 101:7 108:1 110:9 110:14 115:3 115:12 115:16 116:16 117:8 119:3 119:9 124:7 125:12 126:3 126:5 128:12 131:14 134:7 134:24 135:2 135:19 136:1 136:5 136:21 137:16 138:16 139:2 139:7 143:14 143:14 143:19 143:20 144:15

**knows**(2) 86:15 131:2
**kofsky**(1) 2:41
**koskie**(1) 5:38
**kraft**(1) 5:28
**kudos**(1) 18:14
**kyle**(2) 1:37 6:47
**labeled**(1) 124:15
**lack**(2) 9:4 60:24
**language**(4) 95:6 109:8 115:22 117:11
**large**(4) 49:2 49:4 82:4 89:9
**largely**(1) 102:25

**larger**(1) 65:24
**largest**(1) 106:10
**last**(24) 8:21 18:17 19:11 34:6 44:6 58:5 64:25 68:18 71:14 73:1 85:11 86:15 89:5 106:15 107:16 128:9 132:4 132:16 133:25 134:20 138:3 143:23 147:15 147:17
**late**(9) 68:18 68:19 94:23 109:1 136:23 136:25 137:1 137:10 143:18

**later**(6) 15:24 53:4 77:16 92:20 107:3 123:18
**laughter**(8) 22:24 45:25 48:20 49:14 60:25 83:6 83:11 112:16

**law**(42) 6:20 8:19 9:24 14:24 15:3 15:7 15:10 15:15 16:13 16:18 16:19 16:24 17:2 17:5 17:12 17:21 18:8 19:2 19:2 22:12 28:9 28:13 28:15 28:25 29:6 29:7 31:24 32:20 32:21 32:24 33:20 33:25 41:9 42:4 53:20 53:23 95:1 110:5 123:20 124:22 125:10 131:11

**laws**(1) 16:15
**lawyer**(4) 9:8 20:2 29:3 112:13
**lawyers**(11) 15:14 15:14 20:24 21:2 27:6 32:19 75:8 112:7 146:15 146:20 147:5

**lead**(2) 27:8 30:16
**learned**(2) 59:15 60:6
**least**(14) 8:14 8:21 25:17 49:17 60:1 61:8 69:21 79:4 101:6 107:13 114:3 125:4 138:8 141:5

**leave**(10) 9:15 40:6 52:8 90:3 100:11 116:21 117:15 122:8 126:24 139:22

**leaving**(1) 72:1
**lee**(2) 50:3 74:8
**left**(1) 100:2
**legal**(7) 14:23 15:21 15:22 16:10 17:12 22:12 106:5
**legitimately**(1) 70:3
**lengthy**(2) 11:8 11:11
**less**(1) 73:4
**let**(9) 50:15 51:20 55:18 69:4 77:15 82:22 84:4 97:23 108:7

**letter**(2) 17:19 19:24
**letters**(1) 8:20
**letting**(1) 54:24
**let's**(10) 61:5 61:10 77:14 80:24 98:13 110:16 121:16 128:1 129:22 129:24

**level**(5) 45:3 59:22 60:2 64:20 78:20
**liability**(6) 62:16 63:1 63:6 106:22 107:3 117:18
**liberty**(1) 1:39
**license**(9) 28:24 29:9 48:4 51:2 54:15 69:17 69:19 101:14 130:12

**licensee**(3) 108:8 108:12 141:8
**licensees**(5) 44:18 70:18 101:9 101:12 141:10
**licenses**(10) 29:8 61:21 88:16 88:17 88:20 88:20 88:23 130:3 136:8 141:11

**licensing**(3) 28:15 53:10 54:21
**licensor**(1) 61:25
**licensors**(1) 43:14
**licensure**(1) 130:15
**light**(2) 29:11 97:7
**like**(49) 11:7 11:12 11:17 12:3 22:2 26:6 27:15 28:22 39:7 46:5 50:16 54:15 54:15 56:4 63:14 72:7 73:9 73:10 73:13 74:21 74:22 77:17 78:17 82:12 85:12 87:6 89:9 89:17 89:18 89:21 91:4 91:22 95:16 97:21 98:2 103:2 103:6 110:3 110:24 111:24 111:25 112:1 112:5 112:5 112:10 113:18 122:24 133:13 136:15

**liked**(1) 103:8
**likelihood**(1) 48:16
**likely**(1) 96:6
**likes**(2) 32:22 47:11
**lily**(1) 6:29
**limbo**(1) 122:11
**limit**(1) 65:21
**limitations**(1) 30:13
**limited**(7) 58:11 59:5 60:7 67:5 86:10 86:12 86:16
**line**(5) 63:11 75:10 94:8 128:10 131:8
**lines**(1) 102:18
**link**(3) 75:19 79:12 147:20
**linked**(1) 148:12
**linn**(1) 7:26
**lion**(1) 7:4
**lip**(1) 51:4
**lisa**(1) 1:33
**list**(24) 9:16 39:5 43:8 44:6 45:10 45:11 46:20 49:4 49:24 61:10 89:19 90:4 90:24 91:12 91:13 92:13 98:25 99:10 110:16 114:9 115:23 118:10 134:22 136:20
**listed**(1) 86:20
**listening**(1) 131:18
**listing**(1) 15:13
**lists**(3) 47:9 91:1 98:1
**literally**(3) 58:5 58:12 73:1
**litigants**(5) 57:14 100:7 100:15 101:3 121:6
**litigated**(1) 66:5
**litigation**(5) 24:2 25:11 54:21 66:7 100:17

**little**(29) 8:4 11:6 11:7 12:5 14:25 16:21 23:16 26:3 37:3 39:17 62:5 63:18 64:23 65:9 69:4 70:25 71:10 81:12 82:15 101:22 101:24 110:1 114:14 122:9 126:25 127:22 129:22 133:14 134:22

**live**(1) 117:20
**living**(1) 132:21
**llc**(1) 7:33
**llp**(20) 1:25 2:37 3:10 3:32 4:1 4:36 4:41 4:46 5:2 5:7 5:12 5:21 5:27 5:38 5:48 6:3 6:11 6:42 7:21 14:10
**local**(1) 146:24
**lockbox**(1) 3:41
**logic**(2) 87:11 125:13
**logistic**(1) 12:20
**logistics**(5) 12:22 12:22 76:13 80:8 130:19
**long**(21) 29:13 29:14 30:16 36:19 37:1 44:7 48:24 67:17 67:24 67:25 75:18 89:19 92:4 99:22 107:9 114:25 115:18 133:11 134:7 136:23 139:23

**longer**(1) 86:6
**look**(32) 22:2 22:3 32:10 34:17 36:25 37:15 49:20 62:10 62:23 64:14 73:24 75:20 89:6 90:10 90:18 90:24 92:17 93:24 94:12 97:24 103:5 108:7 114:16 123:18 124:1 126:8 133:7 134:19 135:7 136:10 136:15 149:7

**looked**(10) 42:15 43:7 51:23 52:14 53:7 61:9 62:8 101:3 144:13 144:15

**looking**(11) 32:25 33:2 64:12 91:15 103:15 108:11 122:15 127:9 127:10 129:3 132:15

**looks**(4) 72:7 89:9 89:17 89:18
**loss**(1) 42:15
**lost**(4) 24:8 24:8 90:9 137:16
**lot**(18) 27:18 40:20 47:16 53:7 53:7 57:11 63:3 65:21 67:4 67:7 81:10 81:10 81:15 115:10 119:22 123:21 128:18 135:20

**lots**(2) 34:5 89:18
**loud**(3) 38:22 98:13 108:25
**lovells**(1) 5:2
**lowenthal**(1) 6:23
**luck**(1) 70:4
**ludicrous**(2) 52:21 55:10
**lunch**(1) 73:8
**mace**(1) 1:43
**made**(28) 24:22 31:22 32:13 32:18 34:22 36:15 37:9 37:17 39:10 39:14 52:10 53:21 62:20 71:14 72:6 73:13 80:21 84:17 90:12 105:11 114:23 115:5 121:1 121:4 132:4 132:4 134:8 144:24

**madison**(1) 3:34
**main**(4) 21:8 82:13 82:19 89:7
**maintained**(1) 86:24
**maintaining**(3) 57:12 115:16 115:17
**make**(67) 8:13 12:9 13:10 15:17 18:4 19:13 20:5 20:6 23:22 31:21 33:14 35:9 35:25 37:21 40:13 43:24 44:20 49:16 52:7 52:18 55:3 66:23 69:16 71:3 76:12 76:25 78:11 79:12 79:15 80:8 85:22 86:3 87:9 91:6 91:12 91:17 94:6 94:9 97:13 101:17 110:6 110:21 117:19 117:25 119:20 120:10 121:14 123:2 126:4 128:8 133:1 134:12 134:14 135:4 136:16 141:3 141:19 142:17 143:15 143:20 145:10 145:23 146:23 147:17 147:20 147:23 149:10

**makes**(4) 54:22 62:24 67:4 75:12
**making**(18) 20:10 28:8 38:1 38:5 38:16 39:17 39:18 39:19 41:10 42:8 51:8 54:24 63:2 85:16 97:20 102:19 106:25 143:8

**man**(1) 102:6
**management**(3) 6:38 7:16 7:25
**mandate**(1) 128:4
**maneuver**(1) 141:4
**manges**(1) 7:21
**manhattan**(1) 3:28
**manner**(1) 66:25
**mantra**(1) 67:21
**many**(17) 12:6 20:3 20:4 21:18 35:21 48:2 48:18 48:21 58:23 87:8 88:4 89:2 95:21 100:1 107:6 107:8 115:12
**march**(7) 17:9 18:13 18:17 19:19 21:11 25:25 32:13
**mark**(2) 3:39 98:19
**marked**(2) 104:5 104:7
**market**(6) 1:11 1:28 2:24 3:20 4:4 4:25
**marketplace**(1) 57:13
**marshalls**(1) 82:2
**marshall's**(1) 81:20
**mary**(2) 2:23 2:27
**massive**(1) 34:16
**material**(5) 8:23 9:12 41:5 98:4 98:6
**materially**(1) 65:10
**materials**(3) 54:4 69:17 99:1
**matrix**(1) 94:7
**matter**(13) 9:21 10:21 16:22 39:11 58:2 59:10 79:23 106:4 109:3 111:9 124:22 125:10 150:5

**matters**(6) 11:24 12:7 36:22 76:8 97:25 102:13

**matthew**(3) 4:47 5:3 6:39
**matz**(1) 6:4
**may**(43) 1:14 8:2 14:6 16:22 19:8 28:21 31:24 33:20 34:5 35:8 39:9 40:10 40:17 54:11 56:17 56:19 65:25 71:9 74:13 75:21 82:4 84:25 91:21 91:21 92:17 95:4 95:4 95:10 107:19 112:24 126:9 126:9 131:15 132:24 132:25 133:7 133:23 134:25 135:12 135:13 145:2 149:3 150:8

**maybe**(21) 27:12 44:14 55:1 69:18 76:11 84:1 84:2 84:3 84:13 87:14 89:11 89:12 90:9 109:1 109:1 109:2 109:5 118:1 122:9 125:16 136:4

**mccloy**(2) 3:25 6:3
**mcconnell**(1) 10:6
**mccowen**(1) 1:38
**mcgarry**(1) 4:22
**mclaughlin**(1) 5:43
**mean**(16) 27:15 35:18 54:11 60:17 74:5 100:19 107:21 108:25 114:3 114:6 134:3 134:3 141:24 142:25 146:6 147:18

**means**(5) 20:2 20:5 90:14 102:7 142:24
**meant**(2) 42:2 44:8
**mechanic**(1) 93:13
**mechanical**(2) 111:2 118:1
**mechanics**(2) 114:18 128:6
**media**(1) 13:2
**meet**(6) 17:19 23:10 33:6 38:25 50:24 91:23
**meeting**(4) 49:21 68:23 74:8 116:14
**mellon**(1) 6:7
**melnik**(16) 4:2 77:17 77:19 77:20 77:21 77:23 77:23 78:1 78:7 78:13 79:5 79:14 79:18 79:21 79:24 80:3

**members**(1) 42:24
**mentioned**(1) 142:3
**mercy**(1) 73:15
**mersky**(2) 5:43 5:44
**message**(1) 55:2
**meyers**(19) 4:11 135:15 135:17 135:19 135:23 136:8 136:14 137:1 137:5 137:7 137:18 137:22 138:9 138:14 138:22 139:5 139:13 139:17 139:20

**michael**(5) 5:14 6:8 6:17 6:43 7:26
**microsoft**(18) 4:16 41:16 41:22 41:24 48:3 51:1 54:15 68:15 70:11 70:19 71:18 93:16 94:11 102:13 103:3 108:17 140:14 140:21

**mid-morning**(1) 143:7
**middle**(2) 24:17 52:24
**might**(29) 11:11 11:19 31:25 42:17 42:24 45:1 51:6 51:6 52:12 58:10 62:8 73:7 76:9 76:13 92:21 106:10 110:1 114:24 119:18 121:7 124:6 127:12 131:15 135:8 141:1 141:11 142:22 143:5 143:9

**milbank**(2) 3:25 6:3
**militate**(1) 22:16
**miller**(1) 3:27
**mimic**(1) 29:24
**mind**(5) 53:25 67:25 97:25 111:3 126:25
**mindel**(1) 5:49
**mindful**(3) 57:19 58:1 114:22
**minds**(1) 58:20
**minimize**(1) 67:22
**minimum**(1) 25:7
**minor**(2) 12:20 47:19
**minsky**(1) 5:38
**minute**(9) 35:23 35:25 71:14 87:14 90:14 128:9 132:4 132:16 138:4

**minutes**(2) 53:4 65:1
**mis-state**(1) 43:23
**misimpression**(1) 139:22
**mispronunciation**(1) 32:6
**mistaken**(1) 69:2
**mitch**(1) 102:12
**mitchell**(2) 4:17 68:14
**modification**(1) 23:21
**moessner**(1) 1:35
**moment**(2) 24:24 26:9
**monday**(21) 17:9 35:21 47:15 54:7 62:11 64:3 64:15 66:12 72:8 76:13 80:20 82:6 85:23 96:7 98:14 98:22 111:14 116:3 116:4 124:7 145:5

**money**(6) 8:17 8:20 8:25 8:26 9:11 115:11
**monitor**(17) 2:15 4:40 14:10 21:20 22:15 24:1 25:1 30:2 30:11 30:21 35:10 38:22 49:22 76:18 88:13 100:5 127:4

**monitors**(2) 81:11 81:18
**monitor's**(2) 9:22 35:16
**month**(5) 15:23 15:24 18:1 26:21 121:21
**months**(3) 14:15 39:4 122:17
**monzack**(1) 5:43
**morawetz**(2) 23:20 146:4
**more**(32) 11:6 12:23 13:17 19:20 21:12 21:13 25:21 27:12 27:16 28:3 28:5 29:15 36:15 36:18 39:20 44:14 52:22 65:25 69:4 75:23 80:8 82:5 87:9 101:12 101:24 106:14 113:18 115:8 117:25 121:22 135:13 141:9

| Word | Page:Line |
|---|---|

**morning**(51) 8:3 8:6 8:7 8:10 8:12 11:21 13:7 14:4 14:5 14:6 17:17 22:25 23:1 23:2 29:18 29:19 29:20 40:21 41:5 42:22 53:24 57:1 59:15 64:3 64:15 67:14 67:14 67:18 68:13 68:13 68:23 72:8 80:20 82:6 84:2 84:3 84:14 84:22 85:21 85:23 95:12 95:23 96:6 96:7 96:9 116:3 116:8 116:20 141:16 142:4 142:10

**morris**(1) 1:25
**morrison**(1) 6:15
**most**(11) 13:10 28:10 35:20 36:4 47:1 52:21 61:10 61:15 64:9 67:19 113:14

**mostly**(1) 61:14
**motion**(32) 8:21 9:17 9:20 9:22 9:22 10:1 10:5 10:8 10:11 10:13 10:16 11:23 23:18 23:11 25:8 26:1 26:19 26:20 26:23 32:13 33:15 34:12 35:5 35:9 38:23 39:22 42:24 50:14 50:23 58:24 68:18 68:19

**motions**(5) 8:15 9:8 9:11 9:14 11:23
**move**(6) 12:5 26:17 63:14 77:14 127:21 140:9
**moved**(1) 123:10
**moving**(5) 58:2 106:24 141:5
**mr.pultman**(1) 22:19
**mrda**(12) 11:1 11:1 14:24 16:15 16:19 17:12 17:13 18:7 19:3 22:12 23:22 33:25

**much**(20) 18:16 22:22 23:18 24:21 28:3 39:20 46:11 47:24 50:15 54:2 60:3 67:20 69:2 91:12 100:3 105:15 131:14 132:2 140:1 149:16

**muchin**(2) 3:32 5:21
**multiple**(2) 32:22 39:1
**murphy**(3) 40:4 40:5 40:15
**must**(6) 9:11 22:14 22:23 87:6 94:14 94:15
**myself**(6) 14:6 14:11 45:7 72:18 125:25 126:11
**mysterious**(1) 71:24
**mystery**(1) 66:10
**name**(4) 32:6 57:1 130:6 130:13
**narrow**(7) 61:14 62:5 62:9 63:5 66:24 87:18 106:14
**narrowing**(1) 99:11
**national**(1) 5:27
**nature**(7) 60:5 65:11 65:17 98:5 105:1 106:16 106:19
**navigate**(2) 44:16 101:21 130:25
**navigating**(2) 131:11 141:13
**necessarily**(7) 31:18 35:19 53:14 81:4 127:10 134:21 135:10

**necessary**(5) 34:20 36:4 47:19 83:19 143:16
**need**(45) 16:20 19:15 22:3 22:7 25:11 25:18 27:22 29:6 31:25 43:2 46:15 47:17 47:21 54:6 54:8 62:19 65:21 72:17 73:4 74:25 75:23 76:3 80:24 81:4 81:25 85:12 85:20 89:14 89:15 91:25 92:1 103:16 105:12 110:7 111:8 112:23 117:20 119:6 124:14 126:22 131:11 141:3 143:9 143:13 145:20

**needed**(5) 63:11 96:8 123:18 124:20 146:22
**needle**(3) 68:4 109:1 141:6
**needs**(12) 21:8 34:8 36:17 58:14 89:16 96:13 101:16 119:23 120:18 122:5 125:11

**negations**(1) 133:25
**negligible**(1) 96:13
**negotiate**(1) 135:11
**negotiated**(2) 24:10 25:12
**negotiating**(1) 26:12
**negotiation**(1) 30:23
**negotiations**(6) 24:3 25:22 30:10 30:12 69:3 78:24
**nell**(1) 3:12
**neither**(1) 51:24
**networks**(3) 1:8 4:32 5:1
**never**(8) 26:11 32:23 53:10 70:4 82:8 122:10 131:15 143:2

**new**(13) 1:40 2:11 2:19 2:43 3:14 3:29 3:35 4:13 4:19 6:6 23:11 78:6 18:24

**newboul**(1) 107:15

**newbould**(198) 1:20 8:8 8:11 8:12 10:20 11:21 12:14 13:12 13:18 13:20 14:6 14:16 15:1 17:3 17:16 23:2 28:22 29:20 35:6 35:8 36:23 36:25 40:2 40:3 40:12 40:19 42:4 42:20 42:23 45:14 45:16 45:23 46:7 47:23 48:13 48:19 49:7 49:13 49:25 50:7 50:10 50:17 51:20 52:2 52:5 52:16 55:11 55:18 55:21 56:4 56:9 56:21 56:23 58:6 60:12 60:14 60:23 63:24 64:1 64:7 64:13 66:19 67:15 68:14 68:22 70:8 70:9 70:11 71:6 71:21 72:3 72:10 73:21 74:3 74:18 74:22 75:3 75:13 75:16 75:22 76:3 76:5 76:25 77:7 77:14 79:6 80:13 80:14 83:25 84:7 84:8 84:9 84:11 86:13 86:22 89:24 92:5 93:1 93:4 93:17 93:19 94:10 95:17 96:1 96:3 96:5 96:19 97:3 98:9 99:6 99:21 100:8 102:4 104:13 104:16 105:13 105:21 105:25 107:15 107:17 107:18 108:15 108:17 108:22 110:10 110:12 110:24 112:4 112:9 112:15 112:20 113:2 113:5 113:9 113:17 113:20 114:15 115:21 116:22 117:2 117:11 117:22 118:7 118:14 118:18 119:4 119:13 119:16 119:21 120:11 120:16 121:19 122:20 122:23 123:1 123:6 123:24 126:2 126:14 128:13 131:21 132:9 132:17 133:3 133:10 133:15 134:9 135:4 141:15 141:21 142:1 142:5 142:15 146:11 146:15 146:17 146:20 146:24 147:2 147:8 147:13 147:24 148:6 148:7 148:17 149:7 149:15

**newbould's**(1) 109:8
**next**(8) 20:18 67:8 69:1 78:15 82:10 111:22 132:1 137:14

**nicholas**(1) 5:8
**nichols**(1) 1:25
**nick**(1) 3:26
**night**(7) 44:6 68:18 126:3 128:17 134:20 139:9
**nimeroff**(2) 4:22 4:23
**nl's**(1) 41:16
**nni**(1) 39:8
**nni's**(2) 28:24 91:5
**nobody**(2) 25:23 29:1
**non-confidential**(3) 136:20 137:9 137:12
**non-expert**(1) 28:5
**none**(3) 39:7 54:17 60:1
**nonetheless**(1) 58:1
**normal**(1) 11:10
**normally**(1) 104:4
**nortel**(20) 1:8 4:31 5:1 5:37 53:8 53:8 53:9 53:9 53:16 54:20 59:24 70:23 70:24 86:5 87:17 89:7 89:16 107:18 136:24 131:3

**north**(4) 1:28 2:24 3:6 3:20
**not**(237) 8:14 8:16 8:22 9:3 9:6 11:3 11:11 15:16 15:18 15:20 15:21 16:24 18:14 18:20 19:8 19:10 20:12 20:12 20:13 20:17 20:18 20:19 20:23 22:23 23:11 23:25 25:6 26:6 27:10 27:12 27:19 27:24 28:8 29:2 29:12 31:2 31:13 31:16 31:18 32:2 32:14 33:5 33:21 33:22 33:24 34:9 34:20 35:2 35:19 37:4 37:19 40:10 40:25 41:6 41:10 41:18 42:7 44:13 44:17 45:1 46:24 47:2 48:18 50:23 51:2 51:6 51:14 52:16 52:18 53:6 53:14 56:2 56:7 57:3 57:10 59:14 60:8 60:17 61:2 61:25 62:8 62:25 63:16 64:16 64:16 64:16 66:20 69:17 70:15 70:22 72:3 74:6 74:13 74:19 75:18 75:23 76:21 79:2 79:18 80:9 82:5 82:20 84:25 85:2 85:9 86:8 88:9 89:15 90:1 90:7 90:21 91:9 91:18 91:20 91:21 91:24 92:3 92:12 93:1 93:12 93:20 93:25 94:7 95:2 95:4 97:20 99:22 99:23 99:24 100:1 100:2 101:23 102:14 102:8 105:19 105:19 106:15 106:16 107:8 108:11 108:19 109:7 109:8 109:20 109:23 110:7 112:3 112:12 112:17 112:18 112:25 113:2 113:3 113:14 114:8 114:11 114:11 114:12 114:21 117:15 117:14 118:4 118:7 118:11 118:15 118:17 118:18 119:1 119:8 119:21 120:21 121:22 122:3 122:5 122:17 123:9 123:12 123:13 123:20 123:20 126:4 127:21 127:24 127:24 128:5 128:15 129:16 130:24 131:13 134:16 134:16 134:17 135:12 136:4 136:11 136:16 137:5 138:4 138:8 138:11 139:8 139:14 139:25 140:4 140:8 140:20 140:23 140:23 144:23 144:24 145:11 145:20 145:23 145:24 145:16 146:22 147:3 149:6

**note**(3) 23:8 43:12 66:8
**nothing**(1) 31:20
**nothing**(2) 69:9 136:17
**notice**(15) 41:14 43:17 62:20 69:21 70:19 71:2 71:12 72:15 75:6 84:24 95:3 122:2 128:14 128:21

**noticed**(1) 25:5
**notified**(1) 45:19
**notion**(1) 82:15
**now**(70) 12:17 14:3 16:17 17:6 17:11 17:14 18:13 19:20 20:15 20:25 21:11 24:11 24:12 24:17 24:19 25:2 26:21 26:22 27:9 28:1 28:6 29:10 29:16 31:22 33:17 34:24 35:3 35:6 39:8 40:19 42:13 43:10 43:13 44:10 45:7 54:7 54:12 55:22 60:16 60:17 66:11 67:3 71:24 73:7 74:8 79:22 88:10 89:7 90:7 92:13 102:16 119:4 121:21 123:24 126:16 126:17 129:1 129:9 130:25 132:17 135:10 136:21 137:8 137:25 138:23 141:1 141:15 141:16 146:1 147:20

**nowhere**(1) 58:25

**number**(12) 11:25 11:25 21:25 36:16 46:13 48:13 48:14 49:4 49:5 81:18 81:23 82:5

**numerous**(2) 38:3 53:13
**object**(6) 17:17 38:7 39:8 47:17 59:7 137:2
**objected**(3) 26:18 30:6 36:11
**objecting**(1) 122:22
**objection**(16) 35:12 35:23 35:24 35:25 36:16 36:17 38:5 38:9 39:2 67:5 68:17 69:25 73:6 90:14 99:17 119:20
**objections**(25) 10:11 10:13 20:6 35:10 35:12 35:15 35:16 35:19 35:22 36:4 36:12 36:12 36:14 37:1 37:5 37:17 38:24 39:1 39:10 39:12 39:13 67:5 76:16 80:2 119:22

**objective**(2) 32:9 32:10
**obligation**(2) 89:1 139:11
**obligations**(3) 61:18 62:15 107:2
**observed**(1) 57:4
**obstreperous**(1) 146:16
**obstructionists**(1) 57:21
**obtain**(2) 8:22 21:15
**obviously**(10) 15:1 27:7 45:9 65:17 73:10 73:19 101:9 110:18 136:1 148:19

**odd**(1) 10:12
**off**(9) 10:15 27:9 27:14 53:10 78:21 121:12 130:1 144:25 147:24

**offensive**(1) 9:12
**offer**(1) 19:11
**offered**(5) 19:10 19:24 19:25 20:11 26:25
**offering**(2) 32:17 88:22
**office**(4) 3:38 81:21 83:2 105:5
**officers**(1) 100:14
**offices**(1) 35:1
**official**(3) 2:4 4:45 66:17
**often**(4) 9:2 22:2 71:14 106:15
**okay**(30) 11:21 19:21 21:24 39:15 59:12 68:7 75:15 77:14 90:8 94:20 98:1 99:7 100:1 100:8 102:4 111:1 114:15 115:1 117:22 117:22 118:3 121:15 125:24 138:13 141:15 145:16 146:11 147:24 148:17 149:15

**old**(3) 102:7 134:24 135:2
**once**(11) 13:5 25:19 39:11 47:21 90:24 91:13 96:19 99:16 107:18 114:17 133:6

**one**(74) 1:39 2:10 3:13 3:28 11:18 11:23 15:6 22:6 28:10 29:22 29:23 31:5 33:1 34:2 34:17 35:13 36:6 36:9 36:16 38:5 39:2 39:11 43:12 44:5 48:3 48:4 49:2 53:18 54:16 59:2 61:3 61:23 67:19 68:19 69:1 69:13 71:19 73:7 76:15 82:7 87:14 87:15 88:3 89:12 89:13 90:14 93:20 94:8 94:9 94:21 96:12 97:1 101:22 103:4 103:23 110:1 111:23 115:11 116:13 116:25 116:25 117:9 117:25 119:10 119:20 126:25 126:25 127:16 129:21 135:10 136:14 139:14 144:1 144:2

**one-day**(3) 21:1 34:8 71:2
**ones**(3) 54:15 65:10 122:13
**one's**(1) 116:6
**ongoing**(4) 48:6 76:17 105:23 142:4
**only**(38) 8:17 17:19 37:20 38:5 47:18 48:2 49:7 52:17 57:10 58:5 59:15 60:4 62:12 63:16 65:16 69:13 73:9 76:4 76:6 76:9 82:17 86:7 89:12 89:13 92:21 101:8 106:1 115:10 115:18 117:13 127:22 128:7 128:24 131:16 137:25 144:24 148:4 149:22

**ontario**(22) 1:21 14:24 15:7 15:8 15:10 15:14 16:16 16:18 16:19 17:2 17:5 17:12 17:21 18:7 19:2 22:12 28:9 31:24 32:19 32:21 33:25 51:17

**onus**(4) 85:14 117:6 121:10 122:8
**open**(14) 40:24 43:20 46:15 47:2 51:4 55:4 64:3 66:12 72:24 95:5 107:1 114:2 114:21 117:17

**opened**(1) 47:21
**opening**(11) 30:1 30:2 55:12 55:22 66:3 66:8 69:11 95:22 116:4 116:7 144:6

**openings**(1) 55:8
**openness**(1) 91:20
**operating**(1) 86:6
**operations**(1) 6:11
**opine**(1) 16:18
**opinion**(1) 11:2
**opportunity**(31) 11:14 12:4 19:5 19:24 19:25 21:12 21:13 47:8 56:7 58:8 58:9 58:11 59:4 59:17 60:7 60:11 62:22 63:21 73:11 73:24 95:14 101:1 103:12 123:11 123:24 124:1 125:6 125:22 126:21 136:10 144:9

**opposed**(2) 33:7 50:23
**opposed**(4) 50:15 55:22 56:6
**opposing**(3) 26:23 44:25 49:10
**opposition**(3) 28:11 28:12 58:24
**optimistic**(2) 70:4 71:17
**option**(1) 124:12
**orchestrated**(1) 81:21

**order**(99) 15:5 15:9 17:20 33:6 44:4 45:16 47:12 48:9 48:15 49:8 49:10 51:5 52:16 52:18 53:24 56:1 58:25 59:16 62:24 64:25 66:23 66:25 67:16 69:15 70:16 71:25 72:6 72:13 72:17 73:2 73:5 74:12 74:16 75:9 78:3 78:24 79:19 79:22 84:1 84:4 84:15 84:17 84:18 85:10 85:17 85:20 86:4 86:17 88:4 89:17 89:18 90:17 91:21 92:17 92:22 93:25 94:9 97:10 97:25 98:17 98:17 99:14 100:24 103:1 103:2 108:15 112:16 116:22 117:5 117:17 117:18 118:2 118:4 118:10 121:1 121:2 124:18 124:20 126:15 127:1 128:24 132:15 135:21 136:19 138:14 138:20 139:7 139:16 139:17 140:2 140:5 145:10 149:8 149:12

**ordered**(1) 85:14
**orders**(2) 68:25 79:11
**ordinary**(1) 117:10
**original**(1) 17:20
**other**(51) 16:4 18:11 19:14 24:11 31:3 31:5 31:18 31:21 32:1 33:2 34:5 35:15 39:19 47:19 49:7 49:17 54:19 54:19 57:12 57:23 57:25 61:6 61:21 62:3 63:24 64:22 71:20 73:18 76:6 76:8 79:3 96:16 100:25 103:1 103:7 103:22 105:7 105:10 106:20 108:10 113:22 115:2 117:5 120:12 127:11 129:15 132:12 134:13 136:15 140:22

**others**(2) 53:14 55:7
**otherwise**(6) 34:8 74:14 109:9 112:22 131:16
**other's**(1) 62:1
**ought**(4) 23:23 86:11 102:19 103:13
**our**(64) 8:26 13:5 18:2 19:20 23:9 23:25 24:16 25:1 26:24 27:7 27:8 27:19 30:14 32:8 32:9 32:18 33:16 33:16 35:9 37:24 41:22 42:4 43:1 50:14 51:9 51:25 53:23 55:2 57:9 57:19 58:4 58:15 58:20 62:19 65:22 66:12 68:19 71:20 73:16 79:11 80:3 80:10 86:14 86:14 96:16 87:19 88:9 90:15 98:16 98:18 101:24 103:5 103:16 106:16 106:23 111:23 116:4 125:19 129:3 129:4 136:21 138:9 145:11

**ourselves**(1) 100:18
**out**(74) 10:14 12:5 19:18 24:18 25:21 26:2 26:6 26:11 29:9 35:17 36:9 36:19 37:6 37:22 44:11 48:9 49:8 50:8 51:1 53:12 65:12 66:1 68:2 69:6 69:11 70:21 71:11 71:18 71:25 72:11 72:23 72:16 72:17 73:4 74:23 75:22 80:19 89:11 90:15 90:15 91:25 94:15 94:18 94:19 95:3 96:7 96:8 96:14 96:22 98:13 100:12 102:22 105:8 107:22 108:25 110:13 110:21 114:6 114:18 115:14 117:5 117:11 118:12 122:17 127:7 133:22 135:3 135:15 137:16 137:25 137:25 138:14 148:9

**outcome**(2) 57:15 57:16
**outset**(1) 23:8
**outside**(3) 59:1 77:1 140:21
**over**(13) 8:23 48:16 55:11 55:15 67:8 77:16 87:18 122:17 122:17 122:17 129:3 131:14 143:12

**over-broad**(1) 134:22
**over-express**(1) 93:15
**over-reaching**(1) 134:23
**overflow**(4) 81:12 82:18 82:24
**overlap**(1) 31:24
**overnight**(1) 117:13
**overridden**(2) 122:5 125:18
**override**(2) 88:8 125:11
**overy**(3) 2:15 4:41 14:9
**own**(5) 44:21 50:4 54:21 68:19 86:14
**oxford**(1) 3:12
**o'bryan**(1) 6:17
**o'connor**(1) 5:9
**p.m**(1) 150:1
**pace**(1) 61:10
**pachulski**(1) 3:18
**page**(2) 89:12 89:12
**page-by-page**(1) 48:25
**pages**(6) 24:7 36:16 38:1 38:4 38:6 48:24 87:7
**page**(1) 9:48
**paige**(1) 7:30
**painful**(1) 92:4
**pallare**(1) 6:28
**panel**(1) 86:15
**paper**(2) 104:19 105:6
**papers**(4) 10:22 55:5 42:14 42:16
**paragraph**(14) 33:18 33:18 90:19 90:24 91:14 97:24 108:14 109:14 117:8 121:1 121:2 121:18 122:18 134:22
**paragraphs**(3) 28:14 28:23 87:8
**paramount**(1) 21:20
**paraphrase**(2) 43:18 43:19
**park**(3) 2:10 3:13 4:18
**part**(22) 33:20 43:23 44:9 51:14 53:18 55:24 60:17 62:18 69:23 89:19 102:20 112:24 113:23 114:10 125:21 134:2 134:3 134:4 134:5 140:25 141:3 149:2

**partial**(1) 115:10
**partially**(1) 71:5
**participant**(1) 25:22
**participate**(5) 68:1 78:16 78:17 78:20 79:9
**participating**(2) 47:7 57:22

| Word | Page:Line |
|------|-----------|

particular(7) 50:23 58:10 58:18 58:21 72:16 93:22 106:2

particularly(8) 46:18 52:13 70:18 70:22 71:18 80:10 80:22 95:8

parties(90) 11:25 13:1 13:9 13:15 15:9 19:13 24:9 34:23 35:21 36:3 36:22 39:19 42:12 47:25 48:2 49:2 58:2 61:25 63:17 65:4 68:3 70:1 71:15 72:11 72:13 72:25 73:2 74:12 76:13 78:4 81:3 85:14 86:7 86:8 86:12 86:12 86:9 86:21 86:23 90:5 92:7 93:22 94:18 97:16 97:17 98:12 99:9 99:24 99:25 100:2 100:3 100:17 101:2 101:11 101:11 102:17 102:20 103:2 103:10 103:11 109:13 110:2 110:7 110:9 116:24 118:12 119:6 120:16 123:17 123:25 124:11 124:14 124:16 124:22 127:11 127:20 128:15 128:18 128:21 129:13 129:15 132:12 133:12 134:21 138:6 138:14 142:20 143:5

parties'(1) 35:15

partner-invoked(1) 143:24

partners(2) 5:32 7:4

partway(1) 51:7

party(29) 6:38 6:42 6:46 6:50 7:4 7:8 7:12 7:16 7:21 7:25 7:29 7:33 36:2 41:3 41:14 42:17 45:18 72:16 78:15 78:19 108:11 110:21 119:1 121:6 121:13 122:22 135:5

party's(1) 84:25

pass(3) 81:21 81:25 144:20

passes(3) 81:23 82:1 129:11

past(3) 92:2 98:13 99:7

patent(2) 10:2 33:20

patents(5) 53:11 54:16 54:16 57:10 70:23

pattern(1) 50:21

patterson(1) 6:21

paul(2) 4:9 57:2

pause(2) 63:15 128:7

pay(1) 28:5

paying(1) 51:4

pdf(1) 49:2

peg(1) 7:9

pencils(1) 65:18

pending(3) 109:21 109:22 109:24

pennsylvania(1) 1:47

pennypack(9) 21:6 22:5 22:5 22:16 23:8 23:9 23:10 23:13

pens(1) 65:18

pension(5) 2:30 5:2 51:15 51:17 100:15

pensioners(2) 8:20 51:13

people(44) 10:14 20:16 23:25 41:11 41:12 43:13 43:21 44:20 44:25 47:16 49:9 49:10 50:1 52:11 54:13 60:19 61:12 62:20 64:22 65:17 66:4 66:6 72:12 76:7 76:9 78:9 79:10 80:19 85:10 88:18 92:17 95:21 100:2 106:18 107:9 111:1 116:14 117:9 126:5 127:23 129:1 138:2 143:14

people's(2) 54:15 66:11

per(5) 35:23 35:25 36:17 90:22 132:1

perfect(1) 143:17

perfectly(5) 100:21 102:17 103:14 140:17 141:4

perhaps(9) 11:18 28:10 55:9 69:10 69:22 72:20 117:13 135:11 146:21

period(4) 31:2 56:8 138:23 138:24

periods(1) 59:5

permit(3) 27:13 64:2 147:8

permits(1) 72:14

permitted(2) 15:2 90:7

perry(1) 7:29

person(8) 62:13 64:17 88:21 88:21 88:21 113:14 132:24 148:9

personal(4) 27:6 91:4 98:1 136:8

personally(2) 61:7 79:2

persons(1) 10:2

perspective(6) 14:23 46:15 58:3 106:21 125:20 138:9

pertain(1) 51:7

phase(1) 76:19

philadelphia(1) 4:26

phonetic(1) 118:21

physical(1) 105:4

physically(3) 95:9 96:14 114:17

pick(1) 119:1

piece(3) 47:17 80:11 82:17

piecemealed(1) 13:9

pin(1) 61:14

piper(3) 4:1 50:22 77:24

place(13) 15:6 59:4 59:25 74:10 87:12 92:3 105:10 114:8 118:6 119:1 128:14 131:24 141:12

placed(1) 90:21

plan(9) 9:13 23:21 24:2 24:10 24:21 24:23 96:9 114:12 128:1

planned(1) 24:4

plans(1) 53:9

play(4) 19:17 69:3 80:19 131:19

plaza(1) 3:19 3:13 3:28

please(5) 8:3 11:16 14:8 83:24 84:6

podium(3) 14:2 29:10 46:5

point(44) 13:16 18:16 18:20 28:8 29:22 29:23 30:23 31:3 31:18 34:1 37:25 43:12 52:15 55:2 55:8 58:21 69:6 74:24 75:18 77:1 79:14 82:10 86:4 86:7 86:23 87:12 87:13 90:11 110:2 100:3 110:4 111:18 111:21 113:4 113:13 116:7 118:1 118:22 127:24 128:6 133:24 134:8 145:2 147:1

pointed(2) 36:9 70:21

points(5) 23:7 29:22 49:16 61:4 103:22

pop(1) 131:6

popping(1) 44:17

portion(4) 76:22 147:19 147:22 149:14

portions(3) 40:7 44:12 65:24

posed(1) 58:7

poses(1) 34:19

position(14) 41:4 41:16 52:23 65:20 71:1 84:18 84:25 86:1 86:23 94:18 95:21 109:4 125:8 125:25

positions(6) 35:15 58:23 66:3 66:7 66:8 66:11

possession(1) 96:18

possibility(2) 85:17 118:2

possible(8) 12:7 12:12 23:7 65:23 66:25 67:20 91:12 98:11

post-filing(1) 46:18

postponed(1) 8:43

potential(6) 62:16 65:7 104:1 134:5

potentially(1) 112:22

power(1) 88:8

ppearances(2) 1:23 2:1

practical(8) 52:15 92:2 95:8 97:6 106:4 116:1 126:4 131:12

practicality(1) 97:22

practically(4) 49:20 53:11 103:22 131:17

practice(15) 14:21 15:22 17:4 20:5 22:13 27:24 27:25 32:23 40:8 40:17 103:25 104:25 104:25 111:9 145:2

practices(1) 104:22

pre(1) 99:7

pre-designating(1) 127:21

pre-trial(15) 13:13 42:14 43:7 51:21 60:5 61:5 61:7 63:7 66:12 67:9 85:19 93:10 97:5 98:13 144:12

preclude(1) 34:10

precluded(2) 20:13 21:6

precludes(1) 51:8

prejudice(11) 20:7 21:9 21:9 27:1 32:3 33:12 34:1 34:9 53:23 107:13 121:5

prejudiced(1) 21:10

prejudicial(4) 24:6 27:12 29:12 42:18

preliminary(1) 86:19

preordain(1) 35:13

prepare(9) 13:21 17:7 21:13 25:9 25:19 27:4 27:10 27:18 30:16

prepared(11) 18:12 42:20 42:21 64:24 73:8 83:18 85:9 93:1 100:21 103:14 132:2

preparing(2) 27:14 142:20

preposterous(1) 27:20

present(3) 32:3 73:9 73:9

presented(1) 46:24

presenting(1) 124:21

preserve(2) 124:24 125:4

press(1) 82:1

presumption(1) 129:7

pretty(5) 26:20 30:18 48:7 50:15 144:2

preview(1) 127:15

previewing(1) 131:13

previously(1) 105:7

price(2) 6:7 57:7

pricing(2) 16:5 19:1

primarily(3) 17:3 113:23 118:1

primary(7) 26:5 26:8 32:11 33:16 33:22 33:23 33:24

prime(1) 50:25

principle(1) 125:2

prior(6) 35:22 79:19 88:4 90:13 106:12 106:18

prioritize(1) 149:2

prioritizing(1) 48:10

priority(1) 56:1

privilege(1) 87:21

privileged(1) 87:20

pro(3) 10:5 9 146:23 147:4

probably(15) 25:5 35:24 41:25 45:11 50:15 62:14 82:5 95:21 96:13 96:16 98:4 101:12 101:21 133:14 133:22

problem(17) 35:17 37:20 51:3 54:14 84:23 84:25 85:1 98:6 112:3 116:6 116:8 118:9 118:18 119:4 131:17 132:11 136:2

problems(1) 124:21

procedural(1) 75:18

procedure(10) 44:15 72:13 78:2 85:21 102:5 114:7 118:11 127:12 127:8 128:13

procedures(4) 44:16 102:1 109:18 115:18

proceed(11) 45:2 61:15 62:12 63:2 63:6 63:21 82:23 100:19 100:22 126:17 141:5

proceeding(2) 69:9 70:5

proceedings(7) 1:17 1:51 29:24 29:25 100:9 100:10 150:5

proceeds(3) 45:10 47:6 57:6

process(41) 12:17 46:19 47:13 47:22 57:20 57:25 59:8 59:16 60:18 62:21 64:2 66:3 66:22 67:4 67:13 68:1 71:11 92:12 92:14 94:16 95:2 100:23 101:10 105:10 108:12 110:13 110:14 110:17 110:24 112:18 112:24 114:10 115:24 119:1 119:13 131:19 131:19 131:24 131:24 135:20 140:10

processed(1) 105:5

processes(2) 80:18 102:23

produced(6) 1:52 39:3 39:3 39:8 41:13 138:18

productive(2) 102:22 143:6

professional(1) 19:12

professionally(1) 46:16

proffered(1) 10:2

progress(1) 143:7

prompt(1) 122:6

promptly(1) 140:9

proper(1) 37:15

properly(3) 29:15 52:7 120:8

property(2) 16:14 88:16

proposal(3) 36:20 36:21 45:9

proposals(1) 98:7

propose(5) 55:12 63:8 65:14 73:7 98:20

proposed(11) 43:8 43:9 46:19 64:25 66:1 67:16 68:25 69:15 78:3 125:23 132:13

proposing(6) 27:12 44:5 45:2 49:11 55:14 56:15

proprietary(4) 41:21 63:23 98:6 126:20

protect(4) 42:2 61:17 124:4 126:22

protected(4) 58:19 88:17 89:16 136:6

protecting(2) 57:18 57:23

protection(2) 68:5 70:3

protective(3) 110:7 118:4 149:12

protects(1) 72:14

protocol(4) 24:5 25:12 30:13 147:8

prove(2) 16:13 117:9

provide(8) 16:12 19:6 66:25 105:2 120:4 133:11 140:21 143:6

provided(12) 11:9 17:10 18:1 19:4 19:4 19:5 19:6 41:15 44:21 62:20 128:22 145:11

providing(4) 96:21 117:19 144:24 144:25

province(1) 16:16

provisionally(1) 93:12

provisions(5) 67:19 85:13 89:18 91:3 101:20

proxy(2) 43:1 51:14

public(1) 80:18

public(29) 45:13 51:14 51:15 51:16 51:17 52:10 52:19 53:21 54:23 54:24 55:5 55:14 55:24 62:14 63:2 64:9 66:6 67:1 68:4 79:4 87:9 101:2 104:10 104:18 111:20 112:5 114:10 144:25 145:24

publically(6) 105:9 109:21 109:24 112:19 115:6 123:9

publications(1) 39:7

publicly(2) 56:16 66:11

pullman(26) 2:16 14:5 14:9 14:9 14:15 14:20 14:23 15:4 15:12 17:23 20:22 21:25 22:20 23:17 24:25 31:12 32:5 32:7 34:13 38:19 38:20 38:21 38:21 39:16 39:23 40:1

pullman's(1) 23:7

purchase(1) 57:9

purchased(2) 44:22 57:24

purchaser(45) 53:19 61:24 62:17 101:21 108:8 108:12 121:15 122:8 127:19 128:2 130:15 131:5 134:17 136:25

purchasers(36) 12:4 43:14 44:17 46:18 53:19 54:10 62:10 62:14 63:4 63:12 65:7 73:22 89:6 89:7 89:15 93:15 101:9 117:14 117:15 117:19 119:3 120:1 126:19 127:2 129:3 130:1 132:12 132:14 133:14 133:17 135:10 137:1 139:24 142:3

purchasers'(1) 89:21

purchases(1) 116:19

purest(1) 18:2

purported(1) 40:8

purporting(1) 31:23

purports(1) 52:18

purpose(6) 33:22 33:23 33:24 140:22 140:22 144:18

purposes(3) 23:14 146:25 147:3

put(41) 8:19 12:13 15:6 15:16 15:20 15:21 16:4 16:4 16:5 16:20 17:7 22:10 24:18 25:4 29:5 32:25 36:12 37:24 45:18 52:22 55:6 56:2 61:3 62:6 63:18 64:22 92:19 101:18 105:10 105:17 107:19 108:2 110:13 116:13 119:2 119:9 120:20 131:24 138:16 140:14 145:20

puts(1) 109:4

putting(8) 20:24 33:7 33:22 33:23 33:24 88:25 94:21 132:25

qualifications(1) 29:5

qualified(1) 32:20

quarter(2) 57:6 73:7

question(30) 10:24 31:1 31:19 32:8 36:11 36:17 45:14 47:3 49:7 52:10 53:1 55:22 56:5 76:7 86:5 93:7 93:20 94:4 99:21 115:21 124:19 133:10 133:14 139:23 144:2 144:2 146:2 146:5 146:12 146:18

questioning(1) 93:20

questions(11) 22:17 31:11 36:11 36:13 38:4 53:5 58:6 76:12 82:21 83:2 83:3

quibble(1) 15:4

quick(1) 126:9

quickly(9) 31:3 37:1 40:21 77:19 89:20 97:20 106:24 120:25 132:22

quite(18) 8:15 30:10 48:5 54:2 69:1 69:11 72:18 81:17 92:15 101:13 106:21 110:13 110:15 110:25 126:11 127:18 130:20 143:12

rachel(1) 5:44

raise(9) 29:23 31:4 31:13 35:24 74:6 76:14 107:18 135:9 136:21

raised(11) 23:17 26:1 30:3 31:14 31:16 35:20 61:6 67:5 67:6 118:22 138:11

raises(3) 31:1 31:10 135:9

raising(1) 104:22

rata(1) 10:9

rate(1) 100:24

rata's(1) 91:3

rather(4) 13:8 19:17 79:25 118:10

re-introduce(2) 14:6 14:11

re-litigate(1) 121:19

re-litigating(1) 122:15

reach(7) 74:10 83:2 124:5 127:22 139:4 143:14

reached(4) 43:8 88:10 109:25 140:1

reaching(1) 74:11

reaction(2) 92:18 93:24

read(11) 9:12 10:22 10:25 41:5 42:15 51:22 56:10 83:25 136:12 136:14 144:12

reading(3) 13:13 51:22 144:19

reaffirm(1) 89:3

real(4) 44:3 58:21 116:2 131:7

reality(3) 53:12 131:12 132:3

really(39) 11:17 12:23 22:23 26:24 28:1 31:1 33:13 35:16 36:4 36:14 36:21 51:3 54:1 54:7 57:17 57:18 57:19 70:22 70:24 75:8 80:17 81:12 81:22 86:11 102:16 103:8 105:15 105:19 111:8 111:25 113:14 115:15 115:19 117:16 123:25 127:2 136:22 139:7 143:18

realm(1) 134:6

reason(11) 16:21 22:15 59:20 60:14 61:2 61:15 62:12 73:9 106:22 125:15 143:8

reasonable(8) 71:6 71:12 85:10 103:12 108:13 132:13 140:18 142:14

reasonably(1) 48:7

reasons(3) 122:4 125:7 125:15

rebecca(1) 5:13

rebut(7) 16:3 18:23 18:24 21:23 22:9 27:23 28:7

rebuttal(10) 10:23 11:3 18:25 24:15 25:16 26:16 30:5 30:5 30:7 132:5

rebutted(1) 22:14

received(2) 83:25 111:16

recent(1) 53:5

recently(1) 58:5

recess(3) 83:22 83:23 149:18

recognize(2) 87:3 87:16 131:9 131:9

recognized(1) 88:19

recognizing(5) 44:19 87:15 106:24 106:24 106:25

reconcile(1) 115:12

record(17) 33:17 33:20 33:24 34:15 34:15 34:19 44:20 55:14 55:24 62:19 73:14 101:18 104:5 114:10 125:21 140:14 145:21

recorded(1) 1:51

recording(1) 150:4

recoveries(1) 51:19

redacted(8) 45:12 52:20 62:3 69:24 93:11 129:2 129:10 132:7

redaction(11) 43:9 44:9 47:19 51:2 67:22 90:6 91:24 97:13 97:18 135:12 138:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| redactions(33) 44:10 61:11 61:14 62:9 63:11 64:9 65:5 65:10 91:11 92:9 92:9 94:5 95:3 95:15 97:7 97:10 97:12 97:22 98:2 98:7 98:8 99:2 99:11 109:16 115:10 127:19 128:1 129:5 129:14 129:17 130:14 132:13 132:15 141:7 | | responsive(1) 18:12 | | say(31) 8:13 9:3 9:11 11:14 14:11 18:20 19:18 20:7 22:8 25:13 26:2 26:19 26:24 27:12 27:22 30:25 32:13 32:22 33:13 34:17 35:11 38:6 40:5 41:18 59:6 59:18 60:9 60:20 67:21 69:19 69:24 70:10 70:14 74:3 75:7 85:4 88:18 89:6 91:1 92:19 92:23 93:2 93:25 94:2 94:14 94:16 96:3 96:5 98:23 99:16 100:21 103:13 108:7 108:10 109:6 109:13 109:23 109:25 110:2 110:12 111:11 111:17 111:19 111:24 115:2 115:23 115:25 116:15 118:8 118:10 120:19 125:6 126:5 126:16 127:24 128:17 129:23 129:24 130:11 130:12 132:18 134:1 134:3 135:2 136:21 137:13 142:11 144:8 145:19 146:8 146:15 | | sensed(1) 21:22 |
| | rest(1) 81:15 | | | | sensitive(7) 59:22 63:18 63:23 68:5 86:13 88:19 126:20 |
| reduced(2) 92:6 140:3 | | restrain(1) 65:23 | | | | |
| reed(1) 3:10 | | restricted(1) 53:3 | | | | sent(4) 78:4 128:18 135:5 135:6 |
| refer(2) 98:23 141:11 | | restrictions(1) 66:24 | | | | sentence(2) 94:14 94:15 |
| reference(4) 54:5 98:25 121:1 122:18 | | result(3) 24:2 93:14 112:18 | | | | sentiments(1) 102:14 |
| references(1) 33:19 | | resulted(1) 49:4 | | | | separate(2) 57:3 124:19 |
| referred(5) 53:12 113:22 114:1 114:2 116:18 | | resumed(1) 83:24 | | | | separately(1) 105:7 |
| referring(1) 116:20 | | retained(1) 18:10 | | saying(22) 24:12 33:4 33:5 37:11 45:7 47:17 51:21 | | series(1) 102:22 |
| reflect(1) 78:24 | | return(2) 74:15 76:9 | | 62:6 84:14 88:5 90:2 90:22 90:23 98:7 98:10 103:5 | | serious(2) 52:6 55:1 |
| reflected(1) 103:1 | | rett(1) 7:12 | | 109:11 109:23 110:15 110:16 130:22 131:20 | | serve(3) 24:25 54:9 149:7 |
| reflective(2) 57:7 57:8 | | revealed(1) 101:14 | | | | served(2) 30:21 82:3 |
| refused(1) 13:15 | | revenue(2) 49:18 53:8 | | says(28) 21:7 22:3 22:5 27:24 32:10 32:23 32:24 | | service(3) 1:45 1:52 51:4 |
| regard(5) 9:22 23:19 27:21 29:7 72:23 | | reverses(1) 85:4 | | 34:5 42:4 53:21 84:19 90:17 91:14 91:15 92:6 94:15 | | services(2) 1:45 6:27 |
| regarding(5) 9:23 10:2 10:16 47:3 49:19 | | reversing(1) 121:10 | | 108:8 108:17 108:18 110:5 115:16 121:9 121:12 | | set(8) 45:4 48:9 49:21 114:25 115:18 120:6 135:20 |
| regardless(1) 98:11 | | review(22) 47:8 47:10 47:13 48:11 56:8 58:8 59:4 | | 121:22 123:12 130:2 132:20 135:1 | | 140:2 |
| regret(1) 78:14 | | 60:7 60:17 60:21 73:11 86:21 90:23 97:17 106:23 | | | | |
| reichert(1) 10:25 | | 109:13 109:22 119:5 123:11 125:22 136:1 140:22 | | scent(1) 127:22 | | sets(3) 61:6 101:22 129:17 |
| relate(4) 46:21 63:19 120:5 134:2 | | | | schedule(34) 20:21 20:22 25:13 25:24 27:3 27:15 | | settled(1) 10:6 |
| related(5) 49:19 74:9 77:18 133:23 147:22 | | reviewed(5) 47:21 95:14 99:16 135:24 138:10 | | 33:3 73:15 86:20 90:17 90:21 92:6 98:20 109:6 | | settlement(4) 88:3 88:5 88:9 91:5 |
| relates(3) 86:7 95:5 147:19 | | reviewing(3) 47:11 62:2 109:19 | | 109:14 116:5 118:6 119:11 121:5 121:7 130:2 133:21 | | settlements(1) 88:1 |
| relating(3) 76:8 91:22 149:2 | | revised(4) 67:16 68:24 75:9 121:1 | | 134:11 135:8 135:24 136:2 136:22 137:10 137:25 | | seven(1) 25:17 |
| relationships(1) 88:2 | | revisionist(1) 20:24 | | 138:5 138:16 138:19 138:25 141:2 | | seventh(1) 2:42 |
| relatively(1) 47:19 | | revisions(2) 141:19 142:2 | | | | several(3) 15:6 20:19 48:23 |
| release(6) 44:25 47:20 54:3 63:12 65:23 73:14 | | richard(1) 7:30 | | scheduled(4) 20:24 65:2 68:20 74:8 | | shaking(2) 45:20 45:23 |
| relevance(1) 41:12 | | riela(1) 6:8 | | schedules(2) 48:23 74:13 | | shakra(1) 5:14 |
| relevant(4) 23:18 70:22 80:10 148:16 | | right(101) 8:10 10:19 11:16 12:8 15:9 15:11 25:14 | | scheduling(1) 26:14 | | share(3) 63:1 68:22 70:8 |
| reliable(2) 28:2 28:3 | | 28:25 30:6 30:8 31:7 31:10 34:24 37:18 38:11 39:21 | | scheitzer(1) 136:25 | | shared(3) 18:10 18:11 18:13 |
| reliance(1) 24:23 | | 40:1 40:2 40:15 40:19 45:7 46:5 50:7 50:17 52:4 | | schuylkill(1) 1:46 | | sharing(3) 100:25 131:5 149:1 |
| relied(2) 24:11 24:21 | | 55:22 56:21 64:13 66:14 66:16 67:11 67:23 72:9 | | schweitzer(127) 1:33 42:22 43:4 43:5 43:5 45:21 | | she(3) 27:9 27:13 146:7 |
| reluct(3) 32:11 112:23 | | 74:1 75:1 76:15 77:9 79:6 79:20 80:5 80:13 82:25 | | 45:22 46:2 46:4 61:1 61:3 63:22 64:5 64:8 64:12 | | she'd(1) 46:5 |
| relying(2) 24:5 139:7 | | 83:13 83:19 84:10 87:4 87:5 87:6 87:11 87:25 88:1 | | 64:19 66:14 71:9 72:22 73:25 74:6 75:2 75:5 75:7 | | she's(1) 46:5 |
| remain(2) 92:24 109:23 | | 92:13 92:23 94:10 98:15 100:10 100:15 100:25 102:1 | | 75:15 76:2 76:4 76:6 78:6 78:11 78:14 79:1 83:9 | | shift(1) 122:21 |
| remaining(3) 93:5 134:1 | | 104:10 104:12 105:13 106:5 107:11 107:24 108:21 | | 86:25 87:1 87:5 88:1 88:12 89:5 90:8 92:15 93:3 | | shimshak(24) 4:10 57:1 57:2 59:12 59:14 60:13 |
| remarkable(1) 45:6 | | 111:10 111:17 114:5 116:15 117:1 118:14 119:4 | | 93:5 93:18 93:23 94:20 95:6 95:25 96:2 96:4 96:15 | | 60:16 61:23 68:22 69:7 111:4 111:5 111:7 111:11 |
| remarks(2) 59:16 80:8 | | 119:12 121:6 122:6 122:23 123:24 127:12 127:14 | | 96:24 97:4 97:9 97:18 98:16 99:4 99:7 99:13 99:22 | | 111:16 112:8 112:10 112:17 122:24 123:2 123:4 |
| remember(2) 68:12 84:8 | | 127:18 128:2 128:23 128:23 129:25 130:1 133:1 | | 100:1 100:9 100:11 100:14 101:5 101:16 101:18 | | 123:5 123:7 134:8 |
| removed(1) 81:9 | | 130:25 132:17 135:10 137:11 137:16 138:21 144:11 | | 103:21 104:3 104:7 104:10 104:15 104:20 106:8 | | |
| rental(1) 130:12 | | 144:14 144:21 145:15 145:15 146:17 147:20 148:2 | | 107:11 107:14 107:16 108:6 108:16 108:21 108:24 | | shocking(2) 9:10 9:10 |
| reopen(1) 53:4 | | | | 109:11 110:13 110:23 111:1 114:20 117:16 117:24 | | shoe(1) 24:11 |
| reopening(1) 136:18 | | rights(4) 20:1 20:3 22:22 88:20 | | 118:20 120:9 120:13 120:21 120:23 121:11 126:23 | | shop(1) 127:17 |
| reorg(1) 6:50 | | ring(1) 44:7 | | 127:6 127:15 128:12 128:23 129:19 129:21 130:1 | | short(3) 44:20 56:7 139:21 |
| repeat(1) 84:12 | | rise(2) 69:5 77:15 | | 130:5 130:8 130:10 130:19 131:23 132:23 137:3 | | shorten(1) 26:23 |
| repeatedly(1) 122:16 | | rising(1) 78:1 | | 137:12 137:21 137:24 140:11 140:13 142:11 142:13 | | shorthand(2) 100:3 120:25 |
| reply(2) 28:12 55:17 | | robe(1) 146:16 | | 142:17 143:3 143:17 143:23 144:11 144:14 144:17 | | should(6) 8:14 8:22 9:3 9:6 10:13 20:8 20:9 23:24 |
| report(45) 10:5 10:23 11:5 11:8 11:17 14:3 15:20 | | robert(3) 2:7 2:41 66:16 | | 144:22 145:16 145:20 148:3 | | 24:18 24:20 28:5 37:6 38:8 40:22 41:3 41:14 41:17 |
| 15:21 16:7 16:9 16:18 17:8 17:10 17:11 17:18 17:24 | | rockstar(10) 41:5 41:7 47:4 48:6 48:8 54:16 55:7 | | | | 43:11 43:21 52:10 58:19 62:4 63:11 65:5 71:4 71:5 |
| 18:13 19:4 19:12 19:15 21:11 23:12 23:12 24:19 | | 57:3 118:24 120:6 | | schwetizer(1) 91:9 | | 72:6 72:20 73:11 73:19 79:3 86:24 90:12 94:13 95:6 |
| 25:1 25:4 25:10 26:16 27:22 28:14 28:23 30:9 30:20 | | | | scope(1) 106:23 | | 103:7 105:23 107:1 121:2 122:14 124:8 124:15 |
| 30:20 30:22 32:15 32:16 32:23 34:18 34:21 40:7 | | rodney(1) 3:5 | | scopes(1) 88:20 | | 124:23 124:25 125:4 125:18 126:24 133:22 135:11 |
| 40:9 68:21 73:3 107:20 | | roland(1) 6:28 | | scratch(1) 122:15 | | 136:5 136:12 136:13 136:14 136:22 137:10 138:3 |
| | | roll(1) 66:1 | | screening(1) 121:20 | | 138:6 138:6 139:1 141:12 145:19 |
| reports(52) 9:24 10:9 10:22 10:23 11:2 11:3 11:4 | | rolling(4) 65:3 65:15 66:2 101:24 | | seal(13) 50:23 51:25 52:3 56:3 66:9 88:25 92:1 | | |
| 15:17 15:25 15:25 16:1 16:2 16:6 16:8 17:7 17:18 | | room(6) 43:15 44:4 48:4 52:8 73:3 142:3 | | 92:5 92:19 92:23 93:3 109:7 109:19 109:23 | | shoulders(1) 129:4 |
| 18:11 18:12 18:22 21:23 23:10 24:14 24:15 25:12 | | rooney(1) 2:36 | | | | shouldn't(10) 8:24 9:9 18:3 20:9 41:8 85:4 |
| 28:1 29:25 30:1 30:3 30:5 30:8 30:18 30:15 30:24 | | rosenberg(2) 3:32 5:21 | | sealed(10) 44:1 54:1 65:21 71:5 88:5 90:22 92:19 | | 126:15 |
| 40:6 51:10 62:5 63:11 65:3 55:23 56:11 63:15 64:18 | | rosenman(2) 2:36 6:28 | | 94:1 103:6 135:11 | | should've(7) 17:25 26:11 26:12 26:13 27:5 27:13 |
| 64:20 65:16 65:17 65:24 65:25 69:10 106:16 106:17 | | roseman(25) 3:32 22:11 22:25 23:2 23:3 23:6 28:19 | | | | 127:6 |
| 106:19 113:25 144:9 | | 28:21 29:21 30:19 32:10 36:5 36:6 36:8 36:23 36:24 | | sealing(6) 35:7 43:21 94:9 102:2 105:9 141:13 | | |
| | | 37:13 37:19 37:25 38:2 38:6 38:10 38:12 38:14 | | seamless(1) 81:12 | | show(14) 53:22 65:22 66:11 97:20 105:16 127:11 |
| repository(1) 115:4 | | 38:17 | | search(5) 140:16 140:18 140:19 140:24 141:5 | | 127:19 130:11 130:14 130:20 130:21 131:16 133:22 |
| represent(2) 47:5 118:23 | | | | seated(3) 8:4 83:24 84:6 | | 139:10 |
| representative(3) 23:22 23:23 24:9 | | routinely(1) 48:17 | | seating(3) 81:10 81:17 81:24 | | |
| represented(1) 59:19 | | royalty(2) 88:20 91:3 | | second(10) 12:20 33:12 81:17 82:7 82:14 85:9 94:2 | | showing(13) 43:25 91:7 91:10 91:18 94:9 97:13 |
| representing(2) 68:12 70:11 | | rule(4) 41:22 42:2 143:24 146:24 | | 121:16 124:10 137:24 | | 100:15 121:14 121:23 130:25 131:10 138:3 141:3 |
| reproduced(6) 24:8 36:8 41:24 80:21 85:11 121:4 | | rules(5) 19:24 21:2 24:7 71:4 129:7 | | | | |
| requests(2) 42:1 122:1 | | ruling(13) 35:4 35:9 35:19 35:25 38:15 38:16 40:13 | | secondary(1) 69:17 | | showings(5) 91:6 94:6 94:7 102:19 105:11 |
| require(5) 50:6 76:24 101:24 109:16 147:4 | | 40:13 41:11 42:8 62:19 73:13 146:24 | | secondly(2) 24:24 28:10 | | shown(1) 133:21 |
| required(6) 15:18 40:14 46:16 109:17 120:11 138:15 | | | | section(1) 94:7 | | shut(1) 53:15 |
| requirements(1) 33:6 | | run(7) 52:21 59:24 80:23 83:18 127:24 140:16 140:18 | | screen(1) 95:1 | | side(4) 43:11 62:7 73:16 97:20 |
| research(1) 6:50 | | running(2) 74:24 81:25 | | security(5) 81:22 82:4 82:6 82:9 82:24 | | sierra(2) 50:24 71:3 |
| reservation(4) 20:1 22:21 75:19 75:19 | | ryan(1) 7:17 | | see(31) 8:4 9:4 15:16 25:20 28:22 42:16 43:22 45:9 | | sight(1) 61:14 |
| reserve(1) 140:15 | | | | 51:23 59:17 60:11 64:10 68:4 70:5 71:10 74:24 | | sign(4) 84:4 84:15 85:2 147:24 |
| reserves(1) 20:2 | | safe(2) 91:14 135:4 | | 80:24 81:18 85:20 94:10 97:23 114:16 116:5 120:7 | | significant(1) 76:20 |
| resolution(1) 8:24 | | said(48) 13:16 16:2 16:6 16:12 17:17 17:24 18:5 | | 123:7 124:2 126:7 132:20 133:20 134:1 139:25 | | significantly(1) 70:15 |
| resolve(2) 12:6 93:9 | | 19:11 23:24 24:1 24:4 24:25 25:1 25:16 26:9 26:20 | | | | similar(3) 44:5 141:11 146:18 |
| resolved(4) 39:12 59:9 74:14 85:22 | | 27:5 29:2 29:21 30:7 31:2 33:8 43:17 50:7 61:9 63:2 | | seed(1) 126:25 | | simple(3) 39:10 84:22 116:2 |
| resources(1) 115:8 | | 64:9 69:7 72:5 84:12 84:12 84:17 85:6 89:3 93:16 | | seeing(3) 45:20 58:4 94:23 | | simplifying(1) 128:3 |
| respect(49) 9:20 11:24 14:17 14:18 14:24 15:5 15:10 | | 110:24 111:8 117:7 117:9 121:4 125:2 131:23 132:22 | | seek(2) 26:17 124:4 | | simply(1) 55:21 |
| 15:20 15:22 16:19 17:4 17:13 18:6 18:23 19:2 22:13 | | 133:15 136:19 141:1 141:8 143:11 | | seeking(2) 23:15 23:21 | | simultaneously(1) 79:16 |
| 30:14 30:15 32:20 32:21 32:21 33:17 33:25 37:22 | | | | seen(1) 135:14 | | since(8) 14:11 19:6 21:11 22:6 38:23 60:4 106:16 |
| 39:14 40:3 40:19 46:18 53:9 56:15 64:17 66:23 67:2 | | sake(2) 18:3 18:5 | | seemed(1) 85:21 | | 111:18 |
| 71:18 72:25 78:3 90:11 95:4 99:8 107:23 116:19 | | sale(3) 61:18 129:24 130:2 | | seems(9) 37:5 51:3 55:10 86:10 97:21 115:19 119:8 | | |
| 118:12 118:25 124:17 129:15 138:8 138:15 139:6 | | sales(1) 48:22 | | 133:13 138:23 | | single(1) 62:13 |
| | | same(33) 10:7 19:14 21:1 25:9 29:24 30:19 31:2 | | | | sir(8) 32:5 36:5 38:20 60:13 80:15 84:10 111:6 |
| respects(1) 107:8 | | 35:14 37:22 37:24 40:13 42:4 43:9 47:14 58:14 | | seen(14) 14:12 40:20 44:20 49:9 52:22 55:7 59:6 | | sit(5) 39:18 39:18 39:25 127:4 132:14 |
| respond(5) 15:18 16:3 16:7 16:20 18:24 19:3 33:7 | | 64:18 64:20 65:9 65:16 65:19 72:24 129:12 130:23 | | 59:13 59:14 60:4 68:19 84:19 134:1 139:25 | | sitting(5) 77:1 77:1 86:15 108:24 139:8 |
| 33:11 58:21 59:6 65:6 | | 92:12 93:14 106:8 106:13 129:12 129:24 130:23 | | | | situation(2) 15:16 8 |
| | | 138:23 138:24 149:4 | | segregate(1) 114:25 | | situation(2) 139:25 146:20 |
| responded(2) 25:4 42:12 | | | | self-executing(2) 91:13 128:25 | | six(10) 11:10 17:8 21:1 21:5 26:23 36:16 38:1 38:4 |
| responds(2) 17:24 67:4 | | sameer(2) 2:38 29:20 | | selinda(2) 4:2 77:23 | | 39:4 134:24 |
| response(2) 30:9 32:8 | | sami(1) 2:9 | | seller(1) 48:23 | | |
| responsibility(1) 9:7 | | sat(1) 86:15 | | sell(2) 55:2 126:8 | | six-week(1) 11:10 |
| responsible(3) 27:7 57:5 132:7 | | satisfied(2) 10:21 110:8 | | sensei(19) 9:1 9:3 9:4 16:3 23:22 66:4 66:5 67:4 | | skin(1) 57:23 |
| responsibly(1) 132:7 | | satisfies(1) 119:16 | | 75:12 85:22 124:16 | | skip(15) 50:25 51:7 52:23 53:25 54:2 54:14 55:5 |
| | | saturday(6) 56:16 59:17 60:15 62:9 98:21 98:21 | | | | 54:7 72:6 76:20 77:4 119:19 120:8 126:7 135:7 |
| | | saw(8) 8:22 20:20 44:6 51:4 67:16 116:22 131:4 | | | | |
| | | | | | | slavens(1) 4:37 |
| | | | | | | sleep(1) 143:21 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**sleeping(1)** 126:3
**sleeve(1)** 111:2
**sleeves(1)** 101:24
**slept(1)** 143:23
**slow(2)** 117:14 117:14
**small(3)** 49:5 76:15 97:22
**smaller(1)** 127:10
**smooth(1)** 83:1
**smoothly(3)** 39:20 80:23 83:18
**snag(1)** 143:9
**socialize(2)** 129:10 130:16
**socializing(1)** 131:8
**solely(2)** 94:9 140:21
**solution(5)** 74:7 92:2 115:2 132:8 132:10
**solutions(1)** 145:1
**solving(1)** 131:17
**some(79)** 9:2 12:3 12:5 12:11 13:7 14:11 14:13 16:3 18:6 18:23 23:16 30:10 30:13 30:17 33:19 38:25 39:2 40:8 40:17 41:10 46:1 49:3 51:18 52:12 52:13 53:14 54:10 55:8 58:6 60:14 67:17 69:18 69:18 69:21 69:21 69:22 70:3 70:17 71:11 72:12 76:7 76:20 77:1 78:4 80:1 80:9 80:18 81:15 81:24 81:24 85:12 86:3 92:3 94:6 95:9 99:14 103:1 104:22 110:4 112:23 115:20 116:16 125:3 127:1 128:6 130:22 133:23 134:12 134:21 134:23 140:22 141:9 142:2 143:7 143:8 143:9 143:21 144:2 146:23
**somebody(5)** 94:15 110:18 135:1 135:9 136:20
**somebody's(1)** 139:9
**somehow(2)** 98:25 131:16
**someone(8)** 34:6 34:6 34:7 58:17 85:4 92:20 95:20 105:18 108:9 108:18 110:19 124:24 130:24 131:4 131:4 131:14 137:8 138:4
**someone's(3)** 53:22 106:13 138:17
**something(32)** 11:13 17:16 20:3 20:4 22:4 42:19 44:14 53:21 67:13 69:7 72:1 74:4 84:22 85:24 87:23 90:7 90:23 97:11 97:21 101:20 104:18 107:18 111:7 115:25 118:8 122:9 131:5 132:18 138:25 139:10 146:7 148:15
**something's(3)** 37:7 118:8 135:1
**sometime(1)** 126:8
**sometimes(4)** 97:11 125:10 132:3 132:4
**somewhat(3)** 7:14 86:10 97:23
**somewhere(1)** 54:7
**soon(3)** 63:9 111:14 124:7
**sooner(1)** 110:19
**sorry(6)** 71:21 93:18 100:16 117:25 121:3 141:22 147:18 148:5

**sort(21)** 12:17 13:13 13:7 34:2 35:13 36:3 49:25 52:21 54:22 80:17 80:18 81:24 86:4 94:6 94:24 99:22 120:16 122:16 128:22 129:5 146:23

**sort-of(1)** 76:12
**sorted(2)** 96:22 107:22
**sorting(1)** 115:9
**sorts(2)** 39:6 65:18
**sought(2)** 26:5 32:11
**sound(3)** 1:51 107:24 150:4
**sounds(2)** 48:18 71:6
**space(1)** 81:16
**speak(7)** 13:18 14:21 19:2 22:12 33:21 34:5 47:48:8 48:3 50:16 64:22 79:1 88:14 95:22 104:21 125:24

**speaking(10)** 16:10 47:2 72:17 84:11 113:15 126:11 135:19 141:20 144:22 148:24

**speaks(3)** 17:11 17:14 67:13
**special(1)** 105:1
**specific(12)** 36:2 42:17 42:19 59:10 61:11 79:3 95:7 122:1 122:2 122:4 129:5 140:18

**specifically(4)** 17:5 28:13 47:3 91:5
**specificity(4)** 42:12 42:13 60:1 91:5
**specified(1)** 46:21
**specify(1)** 106:22
**speed(1)** 18:10
**spend(6)** 10:14 12:5 12:11 108:11 115:8 116:3
**spending(3)** 14:13 37:12 131:12
**spent(4)** 9:12 63:3 81:14 102:21
**spirit(3)** 17:19 19:23 118:18
**spot(1)** 9:7
**springboard(1)** 129:5
**square(2)** 3:5 4:24
**stage(4)** 24:6 63:5 85:9 93:2
**staging(1)** 122:10
**stake(3)** 51:11 51:15 102:20

**stam(88)** 46:4 46:6 46:7 46:8 46:11 48:1 48:16 48:21 49:12 49:16 50:3 50:9 50:11 55:17 55:20 55:25 56:6 56:12 56:19 56:22 74:2 74:3 74:5 74:20 75:17 76:1 79:1 79:8 83:25 88:13 94:22 95:20 96:10 96:25 97:2 104:24 105:14 105:22 106:4 107:8 107:12 107:25 108:4 108:23 110:14 111:8 112:20 112:21 113:3 113:13 113:18 113:21 114:13 114:16 117:16 117:23 117:25 118:13 118:17 123:12 131:22 132:10 132:22 133:13 133:17 135:6 141:20 141:22 141:23 142:10 142:11 142:14 143:1 143:5 145:2 145:8 145:12 145:17 145:22 146:7 146:9 147:12 147:15 147:16 147:17 148:21 148:24 149:10

**stand(6)** 19:21 21:17 21:17 33:13 83:22 149:17
**standard(3)** 58:16 97:12 141:10
**standards(1)** 23:9
**standing(6)** 28:16 28:24 28:25 28:25 29:7 29:8
**standpoint(2)** 60:9 106:5
**stands(1)** 35:17
**stang(1)** 3:18
**stargatt(1)** 3:2
**starke(1)** 7:34
**start(11)** 12:17 32:9 47:15 53:11 55:10 61:4 61:5 85:10 117:5 128:5 129:9

**started(7)** 17:16 25:16 43:15 53:24 61:10 71:24 84:11
**starting(2)** 129:9 132:1
**starts(3)** 51:5 96:20 116:8
**state(3)** 60:18 67:1 69:2
**stated(2)** 42:13 122:4
**statement(5)** 21:21 26:16 87:9 93:8 93:9
**statements(2)** 66:10 101:18
**states(14)** 1:1 1:19 25:18 28:15 29:9 41:23 50:25 55:4 66:18 66:20 67:6 68:1 70:1 120:12

**staying(3)** 76:10 78:9 143:18
**ste(5)** 2:24 2:33 3:40 4:4 4:25
**steen(3)** 1:32 4:32 23:3
**stein(1)** 4:33
**step(3)** 87:15 87:15 110:1
**stephen(1)** 4:10
**steps(1)** 128:9
**steve(1)** 57:1
**sticking(1)** 9:6
**still(6)** 20:11 21:13 80:1 82:14 92:12 124:7
**stipulate(1)** 110:8
**stipulated(1)** 102:9
**stipulations(1)** 124:14
**stone(1)** 7:4
**story(1)** 61:12
**strangers(1)** 69:8
**strategic(1)** 127:11
**strategy(4)** 54:20 127:24 131:13 132:24
**stratton(17)** 9:20 10:21 10:23 11:12 14:18 15:19 15:25 16:7 16:11 17:18 18:12 20:23 32:12 32:19 33:10 33:14 35:4

**stratton's(1)** 30:20
**strauss(2)** 2:5 4:46
**streamline(1)** 36:21
**street(5)** 1:11 1:46 3:6 3:20 3:40
**stressed(1)** 110:10
**strictly(1)** 40:10
**strike(10)** 9:1 14:7 10:5 10:8 11:4 23:8 32:13 35:10 39:22 58:14

**strikes(1)** 36:25
**striking(5)** 10:12 23:9 32:11 32:12 32:12
**strong(1)** 72:24
**strongly(1)** 89:15
**struck(1)** 85:25
**structures(1)** 47:10
**struggling(4)** 34:23 46:14 90:10 128:7
**stuff(5)** 54:22 54:24 130:23 130:24 130:24
**subject(9)** 16:22 50:5 53:20 68:21 86:21 96:14 112:22 116:11 118:3

**submission(7)** 24:14 24:15 54:23 55:2 55:25 99:15 147:23

**submissions(3)** 55:4 101:19 114:24
**submit(3)** 13:6 13:22 16:24
**submitted(7)** 13:5 13:23 78:5 95:5 106:12 113:23 114:24

**submitting(1)** 13:2
**subset(1)** 127:10
**substance(2)** 49:5 57:18
**succeeded(1)** 72:10
**successful(1)** 22:23
**successfully(1)** 83:4
**successor/trustee(1)** 5:25
**such(13)** 11:8 16:15 45:6 52:19 62:23 84:4 91:12 104:8 104:10 110:8 117:7 123:9 124:24

**sudden(1)** 28:7
**sue(2)** 28:5 29:8
**sufficient(1)** 119:18
**suggest(6)** 8:24 73:21 73:22 107:17 126:6 142:22
**suggested(2)** 23:21 31:12

**suggesting(4)** 31:9 89:25 90:1 134:17
**suggestion(4)** 69:4 103:8 126:5 126:16
**summarize(2)** 80:17 122:25
**summation(1)** 112:6
**sunday(2)** 62:11 98:21
**superintendent(1)** 6:26
**superior(1)** 1:21
**support(4)** 62:19 63:9 73:13 99:14
**supports(1)** 62:19
**suppose(2)** 112:23 124:5
**supposed(3)** 27:9 61:21 65:2
**sure(50)** 13:10 28:4 36:7 36:7 41:18 42:20 44:13 45:15 66:23 68:19 69:16 72:3 72:12 72:17 75:18 76:12 77:7 77:25 79:2 79:15 80:5 80:5 80:9 80:13 82:20 89:4 89:23 91:8 96:5 97:3 97:8 101:15 101:17 104:24 110:21 123:2 126:13 127:5 130:7 130:9 132:14 134:12 135:6 136:16 140:8 140:12 142:1 142:16 145:7 148:13

**surprise(1)** 94:16
**surprised(3)** 21:22 62:6 94:13
**surrebuttal(2)** 24:19 25:12
**suspect(2)** 70:25 86:9
**swoop(1)** 39:11
**sympathetic(1)** 87:13
**system(1)** 81:21
**tabatabai(7)** 3:11 148:5 148:6 148:8 148:14 148:19 148:24

**table(3)** 25:15 39:24 39:25
**tables(1)** 81:10
**tactic(1)** 17:21
**tag(1)** 91:16
**take(46)** 16:14 16:18 15:2 19:9 19:9 19:16 19:17 19:25 20:1 20:12 20:13 20:14 21:14 23:25 24:1 24:20 27:1 27:9 27:11 27:13 28:19 32:1 33:15 35:24 50:11 54:8 61:12 62:3 63:5 72:11 72:20 73:7 74:10 76:23 87:14 90:17 115:10 121:12 121:12 125:25 133:11 136:15 139:23 145:18 145:18 147:8

**taken(9)** 8:24 17:21 27:17 34:4 34:8 34:25 35:2 41:4 58:24

**takes(1)** 114:25
**taking(7)** 20:14 21:1 31:20 31:25 33:11 59:3 131:14
**talk(23)** 23:16 24:24 25:21 31:19 54:6 69:22 85:1 94:20 100:3 134:20 138:1 139:3

**talked(2)** 91:22 144:3
**talking(30)** 13:1 30:19 49:6 51:12 56:14 58:25 88:14 88:24 89:13 94:1 102:16 105:15 105:19 119:3 120:24 128:14 130:23 133:8 143:19 148:25

**talks(2)** 28:23 69:18
**tammy(1)** 150:9
**targeted(4)** 43:10 61:11 64:9 79:3
**tax(4)** 49:19 50:1 74:9 91:5
**taxing(1)** 50:5
**taylor(1)** 3:12
**team(1)** 27:7
**technical(4)** 33:6 95:8 106:5 111:18
**technically(2)** 105:8 118:3
**technology(1)** 57:11
**telephone(4)** 126:10 126:12 142:25 143:3
**telephonic(4)** 4:29 142:17 142:24 143:12
**tell(11)** 9:13 22:23 29:6 42:14 48:17 60:23 75:23 75:24 77:15 86:24 90:2

**tellabs(1)** 6:11
**telling(5)** 20:12 87:8 90:3 96:15 111:2
**tells(1)** 25:23
**template(1)** 149:8
**ten(1)** 25:17
**tender(2)** 40:18 41:1 84:23
**tens(2)** 3:18 51:12
**tension(3)** 129:22 131:12 131:14
**term(1)** 46:24
**terminated(1)** 80:11
**terms(26)** 19:14 43:17 50:12 61:8 61:8 61:22 62:21 64:20 65:12 69:19 88:5 88:19 89:22 94:1 95:23 96:13 101:13 105:4 110:15 122:10 122:23 140:16 140:18 140:19 140:24 141:5

**terribly(1)** 11:11
**terrific(1)** 94:19
**test(6)** 16:20 31:5 31:6 50:24 50:25 129:11
**testified(1)** 66:2
**testify(6)** 20:17 25:18 35:2 65:2 65:2 76:21
**testifying(7)** 20:18 20:18 20:19 25:20 76:19 83:9
**testimony(11)** 9:17 9:25 16:12 22:9 27:24 36:16 37:15 65:13 106:13 106:18 123:20

**text(1)** 96:12
**than(301)** 15:1 19:17 19:20 21:12 21:13 28:6 33:2 39:13 44:14 57:23 73:4 73:18 79:3 79:25 81:13 95:22 105:7 110:19 117:5 135:13

**thank(51)** 13:25 14:4 22:19 22:20 28:19 28:20 29:17 29:18 32:5 32:7 34:13 38:14 38:17 40:2 46:11 67:10 67:11 68:7 68:8 68:16 70:6 70:12 71:8 77:12 77:21 77:23 78:13 79:21 79:24 80:4 80:6 80:16 83:14 83:16 83:20 83:22 84:6 94:22 103:16 103:18 123:1 125:24 135:17 139:17 139:19 139:19 143:17 146:1 147:6 148:19 149:15

**that(301)** 8:23 8:23 8:25 9:3 9:7 9:11 9:18 10:13 10:13 10:15 10:22 11:8 11:9 11:13 11:19 12:10 12:10 12:11 12:13 12:14 12:15 12:16 12:17 12:17 13:3 13:5 13:10 13:15 13:17 13:22 13:22 13:23 13:25 14:3 15:2 15:5 15:5 15:12 16:1 16:2 16:3 16:4 16:6 16:15 16:20 17:7 17:15 17:17 17:18 17:21 17:24 18:9 18:10 18:10 18:15 18:18 18:21 18:23 19:5 19:9 19:19 19:22 20:2 20:7 20:7 20:8 20:11 20:14 20:20 20:23 21:8 21:10 21:22 21:23 21:24 22:1 22:4 22:6 22:10 22:15 22:15 22:22 23:17 23:17 23:22 23:23 23:24 24:5 24:8 24:11 24:18 24:22 24:25 25:1 25:6 25:9 25:11 25:21 26:2 26:6 26:9 26:10 26:16 26:23 26:24 26:25 26:25 27:3 27:13 27:15 27:16 27:25 28:3 28:4 28:7 28:8 28:12 29:1 29:4 29:4 29:6 29:12 29:22 30:7 30:9 30:19 30:25 31:2 31:4 31:12 31:13 31:22 31:25 31:25 32:8 32:11 32:18 32:18 32:24 33:2 33:3 33:7 33:9 33:11 33:15 33:16 33:18 33:21 34:4 34:7 34:7 34:8 34:11 34:16 34:16 34:21 34:25 35:3 35:12 35:12 35:13 35:15 35:18 35:19 35:21 35:23 35:24 36:1 36:2 36:2 36:3 36:8 36:9 36:18 36:20 36:20 37:2 37:6 37:10 37:14 37:20 37:23 38:1 38:3 38:12 38:13 38:15 38:16 38:23 39:2 39:2 39:8 39:9 39:10 39:13 39:16 39:17 40:9 40:11 40:13 41:3 41:3 41:7 41:9 41:16 41:19 41:21 41:21 42:1 42:2 42:5 42:5 42:8 42:20 42:23 43:2 43:6 43:11 43:14 43:19 43:20 43:22 43:24 44:3 44:6 44:7 44:8 44:10 44:12 44:14 44:17 44:19 44:22 44:22 44:25 45:7 45:17 46:5 46:12 46:13 46:13 46:21 46:23 46:25 47:1 47:11 47:12 47:13 47:18 47:20 47:20 48:7 48:11 49:3 49:5 49:16 49:17 50:4 50:5 50:5 50:8 50:11 50:22 50:23 50:24 51:3 51:5 51:6 51:8 51:9 51:10 51:16 51:18 51:21 51:23 51:25 52:10 52:13 52:21 52:22 53:8 53:10 53:16 53:17 53:20 53:24 54:1 54:6 54:7 54:8 54:9 54:10 54:12 54:20 54:22 54:23 54:24 54:24 54:25

**that(301)** 55:16 56:2 56:7 56:13 56:16 56:19 57:6 57:7 57:8 57:12 57:20 57:22 58:1 58:6 58:10 58:11 58:16 58:19 58:20 58:24 58:25 59:1 59:2 59:3 59:6 59:8 59:9 59:11 59:12 59:16 59:20 59:21 60:2 60:3 60:6 60:6 60:6 60:8 60:21 60:23 61:3 61:6 61:8 61:10 61:14 61:24 62:6 62:15 62:19 62:19 62:20 62:23 62:24 62:25 63:3 63:6 63:20 64:2 64:7 64:14 64:23 65:7 65:10 65:12 65:15 65:19 65:19 65:20 65:24 65:25 66:2 66:7 66:8 66:8 66:11 66:21 66:23 67:3 67:4 67:5 67:6 67:9 67:13 67:25 68:1 68:9 68:19 68:22 68:23 69:4 69:8 69:16 69:17 69:21 70:2 70:16 70:17 70:18 70:21 71:3 71:6 72:13 71:13 71:15 71:17 71:23 71:25 72:4 72:5 72:7 72:13 72:13 72:15 72:18 72:23 72:23 72:25 73:3 73:13 73:13 73:15 73:23 74:1 74:7 74:10 74:11 74:13 74:17 75:10 75:11 75:12 75:20 75:22 76:8 76:11 76:13 76:22 77:2 77:3 78:8 78:10 78:15 78:19 78:22 79:1 79:2 79:10 79:14 79:14 79:15 80:2 80:11 80:18 81:17 82:10 82:11 82:18 82:19 82:21 82:23 82:24 83:3 83:7 84:1 84:13 84:18 84:23 85:7 85:11 85:15 85:14 85:15 85:22 85:23 86:11 86:16 86:19 86:19 86:22 86:22 87:3 87:8 87:9 87:12 87:12 87:13 87:14 87:16 87:16 87:20 87:20 87:21 87:22 87:23 87:23 88:5 88:6 88:9 88:9 89:25 89:1 90:2 90:6 90:9 90:11 90:11 90:11 90:15 90:19 90:20 90:22 90:24 91:1 91:2 91:5 91:6 91:12 91:13 91:14 91:17 91:18 91:20 91:23 91:24 92:6 92:9 92:10 92:13 92:14 92:14 92:18 92:19 93:8 93:9 93:11 93:12 93:13 93:17 93:19 93:20 93:25 94:7 94:10 94:12 94:14 94:15 94:25 94:25 95:1 95:6 95:9 95:16 96:10 96:11 96:16 96:17 97:11 97:17 97:18 97:25 98:3 98:4 98:9 98:10 98:11 98:12 98:13 98:18 98:21 98:22 99:1 99:4 99:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that(301)** 99:13 99:14 99:16 99:17 99:20 100:2 100:15 100:19 101:2 101:7 101:8 101:18 101:19 101:20 101:23 102:7 102:13 102:14 102:15 102:15 102:18 103:2 103:9 103:9 103:14 103:19 103:23 103:23 103:25 104:3 104:4 104:10 104:19 104:19 104:21 104:21 104:22 105:3 105:4 105:8 105:9 105:11 105:11 105:14 105:16 105:19 106:4 106:6 106:8 106:12 106:22 106:25 107:1 107:18 107:19 107:19 107:20 107:21 107:24 107:25 107:25 108:1 108:3 108:5 108:10 109:2 109:4 109:5 109:6 109:6 109:8 109:12 109:12 109:13 109:16 109:16 109:20 109:25 110:1 110:2 110:3 110:4 110:5 110:9 110:12 110:14 110:21 111:8 111:11 111:14 111:14 111:17 111:18 111:18 111:20 111:20 111:21 111:22 111:24 112:4 112:5 112:6 112:9 112:10 112:17 112:17 112:25 113:4 113:6 113:8 113:10 113:21 114:1 114:3 114:10 114:12 114:17 114:18 114:22 114:24 115:2 115:5 115:8 115:16 115:22 115:23 116:5 116:17 116:18 116:21 116:23 116:25 117:7 117:10 117:11 117:14 117:16 117:17 117:21 118:9 119:2 119:7 119:13 119:16 119:21 119:25 120:5 120:5 120:7 120:7 120:14 121:2 121:3 121:9 121:12 121:14 121:15 121:17 121:20 121:21 121:22 121:24 121:25 122:2 122:4 122:5 122:6 122:8 122:12 122:13 122:14 122:16 122:18 123:8 123:10 123:23 123:25 124:1 124:3 124:6 124:10 124:14 124:15 124:16 124:19 124:19 124:20 124:24 125:1 125:5 125:8 125:9 125:10 125:12 125:13 125:13 125:14 125:14 125:15 125:19 125:20 126:6 126:19 126:24 126:25 126:25 127:2 127:3 127:7 127:7 127:8 127:12 127:24 128:5 128:7 128:7 128:11 128:12 128:13 128:13 128:16 128:20 128:21 128:24 128:25 129:2 129:7 129:8 129:11 129:17 129:21 129:22 130:1 130:17 130:21 131:1 131:5 131:11 131:14 131:22 132:3 132:6 132:22 133:5 133:13 133:18 133:20 133:21 133:25 134:2 134:3 134:4 134:8 134:10 134:16 134:24 135:8 135:10 135:11 135:12 135:13 135:14 135:16 136:10 136:3 136:9 136:11 136:13 136:14 136:15 136:16 136:17 137:2 137:16 137:21 137:24 138:2 138:4 138:9

**that(64)** 138:10 138:14 138:19 138:20 138:22 138:22 138:23 138:23 138:24 138:24 138:24 138:25 139:1 139:2 139:5 139:7 139:8 139:13 139:22 140:4 140:5 140:5 140:10 140:13 140:16 141:1 141:3 141:5 141:9 141:9 141:11 141:12 141:12 141:13 141:24 141:24 142:8 142:23 142:25 143:2 143:9 143:14 144:8 144:8 144:19 144:22 145:4 145:10 145:20 145:23 145:23 145:24 146:15 146:24 146:24 147:9 147:25 148:10 148:25 149:3 149:5 149:9 149:10 149:12 150:3

**that'll(1)** 81:16

**that's(131)** 12:12 12:13 13:20 13:20 16:21 17:15 18:21 21:4 22:10 23:15 23:18 24:7 26:3 27:19 28:3 30:25 32:2 32:3 32:14 37:16 38:11 38:16 41:2 41:16 41:17 51:2 52:14 53:6 53:23 53:23 54:9 54:14 54:21 54:25 55:9 55:14 57:3 57:18 59:16 60:3 64:4 64:5 64:10 64:11 64:11 64:16 65:13 65:13 65:21 66:16 67:23 69:7 69:20 73:25 74:9 75:1 75:13 75:17 77:6 80:3 81:21 82:17 82:22 83:12 83:12 83:14 85:7 86:9 87:7 88:9 88:14 88:18 88:24 92:15 94:19 96:8 96:10 98:10 98:14 99:8 101:13 101:13 104:12 104:13 104:16 104:19 105:19 105:22 105:23 106:3 106:5 110:21 111:21 112:17 115:13 115:13 115:19 116:4 118:18 119:15 119:24 120:23 121:11 122:19 124:7 125:25 126:16 126:23 128:5 128:7 128:15 128:23 131:20 134:23 133:8 133:10 134:6 134:17 137:8 138:17 138:21 143:11 145:13 145:17 146:17 148:15 148:16 148:18

**the(301)** 1:1 1:2 1:18 1:20 2:18 3:38 4:12 4:40 8:3 8:7 8:10 8:14 8:16 8:18 8:19 8:21 8:23 8:24 9:7 9:9 9:11 9:12 9:15 9:16 9:17 9:18 9:18 9:20 9:22 9:22 9:23 9:24 9:25 10:1 10:1 10:3 10:4 10:5 10:5 10:7 10:8 10:8 10:10 10:10 10:11 10:12 10:14 10:16 10:19 10:20 10:20 10:22 10:22 10:22 10:24 10:25 11:1 11:2 11:5 11:6 11:8 11:9 11:11 11:16 11:16 11:20 11:22 11:23 11:23 11:23 11:25 12:1 12:4 12:4 12:5 12:6 12:8 12:9 12:12 12:13 12:14 12:19 12:21 12:22 12:25 13:1 13:2 13:9 13:10 13:13 13:13 13:25 14:2 14:4 14:8 14:10 14:10 14:14 14:15 14:16 14:19 14:22 14:24 14:25 15:5 15:8 15:8 15:9 15:9 15:11 15:12 15:17 15:19 15:24 16:1 16:2 16:3 16:7 16:8 16:9 16:9 16:10 16:10 16:13 16:14 16:15 16:15 16:16 16:17 16:19 16:20 16:21 16:22 16:24 16:25 17:1 17:9 17:10 17:12 17:13 17:13 17:14 17:18 17:18 17:19 17:20 17:22 18:3 18:4 18:5 18:6 18:7 18:11 18:12 18:15 18:17 18:23 18:25 19:3 19:4 19:7 19:9 19:10 19:11 19:13 19:14 19:15 19:16 19:17 19:17 19:19 19:22 19:23 19:24 19:24 19:25 19:25 20:1 20:1 20:4 20:15 20:16 20:20 20:20 20:20 20:22 21:1 21:4 21:6 21:6 21:7 21:8 21:19 21:20 21:21 21:14 21:15 21:18 21:19 21:20 21:20 21:21 21:22 22:1 22:2 22:3 22:5 22:10 22:11 22:12 22:12 22:12 22:12 22:13 22:13 23:4 23:5 23:8 23:9 23:10 23:14 23:17 23:19 23:21 23:23 23:25 24:1 24:1 24:4 24:5 24:6 24:7 24:8 24:8 24:11 24:11 24:12 24:17 24:18 24:21 24:22 24:23 24:24 25:1 25:8 25:11 25:15 25:17 25:20 25:25 26:1 26:5 26:8 26:9 26:12 26:13 26:16 26:17 26:20 26:23 27:1 27:6 27:14 27:16 27:21 28:10 28:13 28:18 28:24 28:25 29:1 29:4 29:9 29:10 29:11 29:15 29:18 29:21 29:22 29:23 29:23 29:24 29:25

**the(301)** 30:1 30:1 30:2 30:3 30:3 30:3 30:6 30:8 30:9 30:11 30:11 30:14 30:16 30:17 30:19 30:21 30:21 30:23 30:25 31:1 31:3 31:5 31:5 31:8 31:12 31:14 31:15 31:18 31:19 31:21 31:21 31:24 32:1 32:1 32:3 32:5 32:8 32:9 32:11 32:13 32:15 32:16 32:17 32:21 32:24 33:3 33:6 33:6 33:10 33:11 33:13 33:17 33:17 33:20 33:20 33:22 33:23 33:24 33:25 34:1 34:4 34:7 34:12 34:13 34:14 34:15 34:21 34:22 34:23 34:25 35:2 35:3 35:4 35:4 35:5 35:7 35:8 35:9 35:10 35:10 35:14 35:15 35:15 35:17 35:18 35:18 35:21 35:24 36:1 36:3 36:7 36:8 36:14 36:22 37:2 37:4 37:8 37:14 37:15 37:15 37:16 37:18 37:20 37:21 37:22 37:22 37:22 37:25 37:25 38:1 38:3 38:7 38:8 38:11 38:13 38:15 38:15 38:16 38:18 38:20 38:21 39:1 39:3 39:4 39:7 39:8 39:9 39:10 39:12 39:12 39:14 39:15 39:18 39:19 39:19 39:21 39:21 39:24 39:25 40:1 40:3 40:4 40:6 40:6 40:8 40:9 40:10 40:10 40:13 40:15 40:17 40:20 41:1 41:6 41:9 41:11 41:12 41:14 41:14 41:17 41:20 41:23 41:24 41:25 42:4 42:11 42:12 42:13 42:14 42:15 42:24 42:24 42:25 43:1 43:3 43:7 43:8 43:11 43:12 43:13 43:13 43:14 43:14 43:20 43:25 44:3 44:4 44:5 44:7 44:8 44:10 44:12 44:13 44:15 44:17 44:18 44:20 44:20 44:22 44:24 44:25 45:1 45:5 45:10 45:15 45:18 45:18 45:20 45:20 46:1 46:3 46:5 46:10 46:12 46:15 46:18 46:20 46:23 47:4 47:7 47:8 47:18 47:14 47:14 47:17 47:23 48:1 48:4 48:9 48:9 48:13 48:14 48:21 48:24 49:4 49:7 49:8 49:9 49:9 49:9 49:10 49:17 49:17 49:18 49:19 49:22 49:22 50:1 50:1 50:5 50:12 50:12 50:12 50:14 50:20 50:21 50:22 50:24 50:25 51:2 51:3 51:4 51:5 51:8 51:9 51:10 51:18 51:18 51:22 52:1 52:5 52:7 52:8 52:9 52:11 52:13 52:13 52:13 52:14 52:16 52:18 52:21 52:24 52:25 53:1 53:2 53:3 53:4 53:5 53:6 53:6 53:10 53:10 53:12 53:13 53:14

**the(301)** 53:15 53:18 53:18 53:19 53:21 53:22 53:24 54:3 54:3 54:4 54:5 54:7 54:8 54:9 54:9 54:10 54:15 54:16 54:16 54:16 54:20 54:21 54:22 54:25 55:1 55:2 55:2 55:4 55:8 55:8 55:8 55:12 55:13 55:13 55:14 55:18 55:22 55:25 55:23 55:24 56:6 56:7 56:10 56:10 56:14 56:14 56:15 56:25 57:4 57:6 57:7 57:7 57:8 57:9 57:11 57:12 57:13 57:15 57:15 57:16 57:16 57:17 57:19 57:25 58:1 58:2 58:3 58:5 58:6 58:8 58:9 58:11 58:12 58:14 58:15 58:16 58:17 58:20 58:24 58:25 59:1 59:2 59:3 59:6 59:9 59:10 59:11 59:13 59:16 59:16 59:17 59:20 59:23 59:24 59:24 59:25 60:1 60:2 60:9 60:18 60:20 61:1 61:2 61:3 61:5 61:6 61:7 61:8 61:10 61:12 61:12 61:13 61:14 61:15 61:18 62:7 62:10 62:12 62:13 62:16 62:23 62:24 62:24 62:24 62:25 62:25 63:2 63:5 63:5 63:7 63:7 63:8 63:13 63:13 63:13 63:14 63:15 63:16 63:16 63:17 63:17 63:19 63:20 63:23 64:2 64:4 64:4 64:5 64:9 64:11 64:16 64:17 64:17 64:18 64:18 64:19 64:20 64:20 64:21 64:21 64:22 64:22 64:22 64:25 64:25 64:57 65:8 65:8 65:9 65:11 65:11 65:16 65:19 65:20 65:23 65:24 65:25 66:1 66:5 66:5 66:8 66:9 66:14 66:17 66:22 66:25 67:2 67:2 67:5 67:6 67:8 67:11 67:12 67:16 67:18 67:19 67:23 67:25 68:1 68:3 68:4 68:4 68:7 68:9 68:11 68:16 68:18 68:22 68:24 68:25 69:1 69:2 69:3 69:3 69:9 69:10 69:10 69:13 69:13 69:15 69:15 69:16 69:17 69:19 69:19 69:20 69:23 69:23 69:25 69:25 70:1 70:2 70:6 70:12 70:16 70:16 70:17 70:18 70:19 70:20 70:22 70:23 70:23 70:25 70:25 71:3 71:4 71:9 71:13 71:16 71:16 71:18 72:1 72:4 72:11 72:13 72:14 72:14 72:16 72:19 72:20 72:25 72:25 73:3 73:1 73:3 73:7 73:8 73:9 73:12 73:13 73:17 73:18 73:20 73:23 73:24 74:9 74:14 74:24 75:1 75:4 75:6 75:9 75:12 76:4 76:6 76:7 76:8 76:11 76:13 76:13 76:16 76:18 76:19 76:21 76:22 77:1 77:7 77:10 77:13 77:17 77:20 77:22

**the(301)** 77:24 77:25 78:2 78:3 78:4 78:5 78:7 78:9 78:10 78:14 78:16 78:17 78:18 78:22 78:22 79:4 79:5 79:9 79:10 79:15 79:17 79:19 79:19 79:19 79:20 79:22 79:23 79:25 80:5 80:7 80:8 80:13 80:15 80:18 80:21 81:2 81:3 81:8 81:10 81:14 81:15 81:17 81:19 81:19 81:20 81:20 81:20 81:24 82:2 82:7 82:7 82:8 82:11 82:11 82:12 82:13 82:14 82:15 82:16 82:17 82:18 82:19 82:22 82:25 83:4 83:10 83:12 83:16 83:21 83:24 84:6 84:8 84:10 84:20 84:24 84:24 85:4 85:5 85:7 85:9 85:10 85:11 85:11 85:13 86:19 86:22 86:23 86:24 87:2 87:4 87:6 87:11 87:13 87:15 87:16 87:18 87:19 87:25 88:1 88:2 88:2 88:2 88:4 88:7 88:7 88:10 88:11 88:12 88:12 88:13 88:14 88:16 88:17 88:19 88:22 89:4 89:5 89:5 89:6 89:7 89:8 89:10 89:11 89:14 89:15 89:20 89:23 90:10 90:10 90:13 90:13 90:17 90:18 90:20 90:20 90:21 90:23 91:5 91:6 91:8 91:12 91:14 91:17 91:18 91:21 91:5 92:5 92:7 92:8 92:9 92:10 92:12 92:17 92:22 92:23 92:24 93:6 93:7 93:8 93:10 93:11 93:12 93:14 93:15 93:22 93:22 93:24 94:4 94:4 94:6 94:7 94:9 94:12 94:17 94:21 94:25 95:7 95:9 95:11 95:13 95:18 95:22 95:24 96:8 96:8 96:12 96:19 96:21 96:17 96:19 96:21 96:22 97:1 97:4 97:4 97:8 97:12 97:16 97:17 97:19 97:20 97:22 97:23 97:24 97:25 98:1 98:2 98:4 98:10 98:12 98:12 98:13 98:14 98:14 98:15 98:17 98:17 98:18 98:20 98:23 98:23 99:3 99:4 99:5 99:9 99:12 99:13 99:23 99:20 100:1 100:4 100:5 100:5 100:6 100:6 100:7 100:7 100:10 100:10 100:13 100:15 100:15 100:16 100:17 100:17 100:24 101:1 101:2 101:4 101:8 101:9 101:10 101:10 101:11 101:11 101:15 101:17 101:18 101:19 101:21 102:1 102:1 102:3 102:4 102:6 102:8 102:10 102:14 102:15 102:16 102:18 102:18 102:19 102:24 103:1 103:2 103:3 103:4 103:5 103:7 103:8 103:11 103:12 103:16 103:17 103:19 103:23 103:24 103:24 104:1 104:2

**the(301)** 104:4 104:5 104:6 104:9 104:10 104:12 104:18 104:23 104:25 105:3 105:4 105:5 105:15 106:1 106:2 106:2 106:3 106:6 106:6 106:12 106:13 106:14 106:15 106:16 106:16 106:16 106:17 106:17 106:18 106:20 106:21 106:22 106:23 106:23 107:1 107:3 107:5 107:6 107:6 107:9 107:10 107:19 107:21 107:21 107:23 108:2 108:2 108:7 108:9 108:14 108:18 108:17 109:1 109:4 109:6 109:13 109:14 109:18 109:18 109:21 109:21 109:24 110:1 110:2 110:3 110:5 110:11 110:16 110:21 110:24 111:4 111:6 111:10 111:11 111:15 111:19 111:20 111:22 111:23 111:24 112:5 112:6 112:7 112:7 112:13 112:13 112:17 112:18 112:18 112:19 113:22 113:23 113:24 114:4 114:9 114:10 114:14 114:18 114:22 114:22 115:1 115:2 115:6 115:6 115:15 115:15 115:18 115:22 115:24 116:2 116:3 116:5 116:8 116:10 116:12 116:16 116:16 116:17 116:17 116:18 116:18 116:18 116:21 116:21 116:24 116:25 117:3 117:6 117:6 117:6 117:9 117:13 117:14 117:14 117:15 117:15 117:18 117:19 118:2 118:2 118:3 118:5 118:10 118:11 118:12 118:18 118:22 118:25 118:25 119:3 119:10 119:19 120:1 120:6 120:10 120:20 120:22 120:25 121:1 121:1 121:3 121:3 121:5 121:6 121:6 121:7 121:10 121:11 121:13 121:14 121:15 121:15 121:17 121:18 121:18 121:19 121:25 121:25 122:2 122:3 122:6 122:8 122:10 122:11 122:12 122:13 122:14 122:16 122:16 122:18 122:19 122:20 122:21 122:22 122:23 122:23 123:10 123:13 123:13 123:17 123:17 123:23 123:25 123:25 123:25 124:1 124:10 124:11 124:11 124:13 124:14 124:16 124:17 124:17 124:19 124:21 124:22 125:1 125:2 125:4 125:5 125:7 125:8 125:9 125:11 125:11 125:13 125:15 125:20 125:21 125:25 125:25 126:1 126:9 126:13 126:15 126:16 126:18 126:19 126:22 126:25 127:1 127:2 127:5 127:7 127:7 127:8 127:19 127:11 127:14 127:16 127:18 127:18 127:19 127:20 127:22 127:23 127:25 128:2 128:4 128:5 128:7 128:8 128:9 128:11 128:16 128:17 128:18 128:20 128:21 128:24 128:24 129:1 129:2 129:2 129:7 129:7 129:9

**the(246)** 129:9 129:10 129:13 129:14 129:14 129:15 129:20 129:25 130:1 130:2 130:4 130:5 130:7 130:9 130:18 130:19 130:21 130:21 130:23 131:1 131:1 131:2 131:3 131:9 131:9 131:11 131:12 131:12 131:14 131:17 131:18 131:19 131:24 132:5 132:5 132:6 132:6 132:11 132:14 132:15 132:19 132:22 132:23 132:13 132:14 132:18 133:18 133:18 133:22 133:23 133:25 134:1 134:2 134:3 134:4 134:4 134:6 134:6 134:17 134:19 134:22 134:23 134:24 134:24 135:5 135:7 135:13 135:19 135:19 135:19 135:20 135:20 135:22 135:23 135:24 136:2 136:4 136:7 136:10 136:11 136:13 136:15 136:18 136:19 136:19 136:20 136:21 136:25 137:1 137:4 137:6 137:8 137:8 137:11 137:12 137:14 137:15 137:15 137:16 137:18 137:19 137:19 137:20 137:23 137:25 138:1 138:5 138:6 138:10 138:13 138:14 138:14 138:15 138:19 138:20 138:22 138:23 138:23 139:1 139:3 139:6 139:7 139:7 139:9 139:12 139:15 139:16 139:17 139:18 139:19 139:20 139:20 139:23 139:25 140:1 140:3 140:3 140:8 140:10 140:14 140:20 140:23 140:25 141:3 141:5 141:6 141:14 141:14 141:15 141:16 141:18 141:21 141:22 142:3 142:5 142:8 142:9 142:12 142:14 142:19 142:20 142:22 142:24 142:25 143:5 143:7 143:10 143:13 143:24 143:25 143:25 144:3 144:11 144:14 144:15 144:15 144:18 144:19 144:21 144:24 145:1 145:2 145:3 145:5 145:9 145:13 145:15 145:20 145:22 145:22 145:23 145:24 146:1 146:3 146:13 146:17 146:20 146:23 146:24 147:1 147:3 147:4 147:6 147:8 147:10 147:14 147:15 147:16 147:17 147:17 147:20 147:22 147:22 147:25 148:2 148:4 148:6 148:8 148:9 148:10 148:11 148:12 148:13 148:15 148:18 148:20 148:23 149:2 149:2 149:3 149:4 149:9 149:12 149:13 149:14 149:17 150:1 150:3 150:4 150:5

**their(44)** 9:7 10:13 10:15 11:1 11:1 13:6 19:1 23:12 25:8 26:8 28:5 28:12 29:9 32:11 32:13 36:4 41:4 44:21 44:21 45:19 51:14 56:1 58:14 59:8 60:5 62:8 62:15 65:5 66:23 69:24 73:19 78:24 80:12 94:18 98:5 101:13 106:19 113:16 116:9 116:19 122:7 125:23 130:22

**theirs(1)** 130:22

**them(84)** 9:12 9:14 12:3 12:16 13:8 13:8 13:16 13:22 15:23 17:10 23:10 25:7 27:3 28:18 42:15 46:1 47:8 47:10 48:2 48:23 49:19 52:20 52:20 53:7 54:1 55:7 56:9 56:10 59:14 59:15 59:19 60:16 60:19 60:21 116:12 116:17 116:17 118:16 119:6 120:6 119:18 121:24 127:19 128:3 130:12 130:16 130:25 133:1 133:7 133:11 133:22 133:25 134:7 134:8 135:6 135:9 135:14 135:24 137:13 142:14 144:25 145:4 145:11 145:18 147:4

**themselves(8)** 48:8 49:23 54:17 61:18 76:10 95:1 96:17 101:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**then**(76) 12:15 15:17 16:8 16:19 19:6 20:9 20:25 22:6 23:13 24:3 26:1 27:10 27:18 29:6 32:24 34:5 34:6 36:1 37:7 45:11 53:3 54:2 54:5 54:6 59:8 62:10 65:5 73:8 75:10 85:16 86:23 90:17 92:20 94:1 94:5 94:6 97:4 98:12 98:23 99:8 100:19 101:5 101:8 105:11 109:11 109:17 109:25 110:1 110:2 110:17 110:19 111:17 111:21 113:5 114:8 118:14 120:10 120:18 121:11 121:13 121:24 125:1 128:2 129:3 129:18 129:11 131:3 139:3 140:20 141:16 145:18 145:21 148:1

**theories**(1) 61:13

**there**(111) 8:20 8:26 9:1 9:2 11:8 11:24 13:4 16:12 19:19 21:2 21:3 21:7 21:16 21:25 23:18 25:10 31:25 33:1 33:8 33:9 33:19 34:8 36:11 36:12 37:19 38:3 39:13 40:6 42:11 42:19 43:9 43:19 43:20 44:6 44:8 46:2 47:18 48:18 48:21 50:4 51:18 52:12 54:10 54:23 55:9 55:15 56:2 58:25 59:5 59:25 60:14 61:2 63:15 63:20 65:4 65:9 66:10 70:4 70:13 71:25 76:12 77:5 79:7 80:1 82:1 82:4 85:25 86:12 87:19 87:20 90:25 91:1 91:12 91:19 91:21 92:8 95:8 95:21 96:11 97:7 97:9 101:10 101:16 103:11 108:1 109:16 111:12 111:17 112:18 115:14 115:23 116:5 116:10 116:16 117:17 121:17 121:24 123:10 125:9 129:22 131:19 134:22 135:13 138:3 140:25 141:12 146:19

**therefore**(3) 26:2 26:7 39:11

**thereof**(1) 70:17
**there'd**(1) 33:12
**there'll**(3) 34:7 94:10
**there's**(61) 9:5 10:24 11:18 21:14 25:11 26:10 34:2 39:16 40:25 41:1 41:7 45:23 52:15 58:20 58:23 59:24 60:8 60:23 61:20 64:14 69:20 72:25 72:15 76:17 80:25 81:3 83:1 91:3 91:3 91:4 91:22 92:7 93:19 96:11 100:1 101:5 101:22 103:14 104:21 105:17 109:12 109:15 109:22 111:2 116:24 116:25 117:4 121:21 124:10 124:14 124:16 129:21 134:18 134:23 136:3 136:17 138:24 138:25 140:24 141:6

**these**(88) 8:15 8:18 9:8 9:11 9:14 10:11 17:2 17:25 17:25 25:18 27:4 28:1 30:7 30:15 33:17 37:11 37:12 39:6 42:5 42:7 45:17 46:16 47:1 47:23 47:25 53:7 54:18 54:19 54:19 54:20 56:9 60:15 63:4 65:22 65:22 69:16 71:11 77:3 78:23 88:16 89:20 89:25 91:7 91:25 92:6 92:24 94:24 97:20 97:25 98:2 98:3 98:5 98:7 98:19 98:24 99:15 99:19 102:11 103:15 103:5 105:25 106:20 109:3 110:19 112:9 114:1 114:25 115:2 115:9 115:11 115:17 115:23 117:3 118:3 119:15 119:10 120:14 122:13 125:6 127:3 128:24 133:1 133:13 136:17 138:24 139:6 140:24 144:20

**they**(171) 9:2 15:16 16:3 16:22 16:23 17:19 17:20 18:23 18:23 18:24 19:1 19:18 19:18 20:6 20:7 20:8 20:9 20:11 20:13 20:14 20:16 21:13 23:10 23:12 23:13 24:17 25:2 25:4 25:6 25:7 25:8 25:9 25:12 25:13 25:16 25:17 25:20 25:24 25:25 26:1 26:2 26:5 26:11 26:12 26:13 26:18 26:19 26:21 26:22 26:22 26:23 26:24 26:25 27:4 27:12 27:22 27:22 28:6 28:7 29:5 29:6 29:13 29:16 30:4 30:4 30:7 30:16 31:13 31:16 31:17 32:22 33:4 33:7 33:12 33:15 35:22 38:6 38:13 38:16 43:22 43:24 43:25 44:22 44:22 47:6 47:20 47:21 48:4 48:8 48:23 50:14 51:15 53:17 54:6 56:19 58:22 61:14 61:25 62:11 63:17 63:18 65:22 73:3 73:4 78:18 83:2 84:14 91:18 92:22 92:25 93:4 94:3 97:16 101:13 101:17 101:24 103:7 105:9 105:18 106:6 106:10 109:8 112:4 113:8 113:11 113:15 113:21 114:3 114:11 117:19 119:4 119:5 119:9 120:17 120:21 121:12 121:13 121:18 121:22 122:3 122:6 122:8 123:13 123:24 125:7 127:16 128:8 129:4 129:9 132:23 134:2 134:5 135:2 139:1 140:5 141:8 141:2 146:16

**they'll**(4) 28:4 118:15 129:14 139:3
**they're**(47) 13:14 20:6 20:13 20:18 20:19 21:10 23:14 24:12 25:10 27:11 34:24 38:4 48:12 52:6 58:22 59:7 59:7 59:22 60:18 60:19 61:25 66:9 72:7 93:25 101:22 104:7 104:9 109:12 110:19 110:20 113:11 114:2 114:23 114:23 119:9 119:19 120:8 123:15 123:18 128:19 137:13 138:20 139:15 140:25 141:2 143:3 146:16

**they've**(10) 17:6 21:11 21:12 47:7 49:18 52:20 69:11 114:11 134:11 133:21

**thing**(28) 11:19 13:3 19:8 22:1 42:5 43:12 52:21 61:3 65:9 72:4 76:4 82:17 85:8 85:9 85:11 87:4 87:6 98:10 98:14 101:8 106:10 106:15 106:20 111:22 121:11 126:9 126:25 149:4

**things**(37) 18:19 23:7 27:5 27:14 28:11 36:8 37:11 37:12 42:7 42:8 43:18 45:3 54:17 59:25 60:20 80:19 81:25 83:18 85:3 85:23 87:9 88:4 89:21 90:1 103:1 103:23 117:17 117:16 123:21 125:20 128:4 132:22 134:23 135:11 139:8 139:24 142:10

**think**(184) 9:6 10:23 11:3 11:12 12:10 13:14 13:13 13:15 13:16 17:17 17:18 23:15 23:17 27:19 27:21 29:9 29:10 29:11 29:21 31:18 31:20 32:2 33:8 33:9 33:18 34:1 35:3 35:13 35:16 35:20 36:2 36:13 36:17 36:20 36:20 37:7 37:14 38:15 39:16 39:17 40:22 41:17 41:17 41:24 41:25 42:1 42:6 42:9 42:13 43:16 43:19 45:5 45:12 46:5 46:12 46:19 46:25 47:11 47:18 47:20 48:7 50:1 51:11 52:7 52:14 60:4 61:4 62:4 62:7 63:20 63:24 63:25 65:1 65:24 66:2 66:5 67:5 67:4 67:19 67:24 69:7 71:9 72:4 73:8 73:15 74:11 77:18 79:6 79:8 79:22 81:3 82:18 83:4 84:1 86:12 86:17 87:12 87:12 89:16 92:15 92:16 92:18 93:14 94:16 94:19 95:5 95:7 96:10 96:10 96:11 97:6 98:3 98:3 100:20 101:11 101:20 102:7 102:17 102:22 103:22 103:23 104:21 105:11 105:14 105:19 105:22 106:4 106:8 106:9 107:14 107:25 108:9 111:3 112:1 112:17 112:21 112:23 113:9 114:13 117:4 118:24 118:25 119:7 120:22 121:1 122:22 124:8 124:19 124:22 124:25 125:4 125:18 126:23 126:24 128:23 128:24 129:21 130:21 131:22 132:3 132:11 133:4 133:5 133:24 134:6 134:21 134:25 135:14 136:20 138:2 138:2 138:6 140:15 141:8 141:9 141:11 141:24 142:19 142:21 143:5 144:2 144:18 144:22 148:21

**thinking**(6) 35:23 85:10 98:12 101:8 108:25 127:12

**third**(40) 21:15 22:5 41:14 42:12 45:18 47:25 48:1 63:17 72:16 81:3 84:24 86:7 86:8 86:11 86:12 86:14 86:16 86:21 86:23 90:5 92:7 93:22 94:7 102:18 102:19 103:2 103:10 103:11 108:11 110:21 116:24 118:12 125:1 126:18 128:15 128:18 128:21 129:13 133:12 135:5

**third-party**(12) 39:5 41:1 63:19 63:23 70:18 88:6 88:15 88:23 89:1 89:2 92:8 114:8

**this**(222) 8:4 8:16 9:6 9:10 9:15 11:11 12:23 13:7 13:15 17:17 18:5 18:6 18:7 18:15 18:20 20:3 20:10 20:17 21:3 22:9 23:22 24:6 24:20 25:13 25:15 25:23 26:16 26:20 27:10 27:11 27:15 27:18 27:25 28:10 28:24 29:12 29:14 30:18 30:18 30:23 33:5 33:5 33:24 34:4 34:10 34:15 34:17 35:12 35:12 37:3 37:15 38:7 38:7 38:7 38:7 38:9 39:4 40:15 40:20 40:21 40:23 41:8 43:23 44:2 44:25 45:6 45:7 45:13 45:16 46:4 46:14 47:18 47:22 48:15 49:21 50:8 51:19 52:6 52:8 52:11 53:1 53:11 53:24 54:18 56:20 56:25 57:5 57:22 57:23 58:2 58:3 58:21 59:15 60:4 61:9 61:16 62:13 64:2 65:3 66:10 66:22 67:13 67:18 68:20 68:23 69:4 69:8 70:5 71:17 73:2 73:16 75:19 75:21 78:2 78:10 78:11 78:14 78:21 78:24 80:22 81:4 81:7 81:15 83:15 84:1 84:2 84:3 84:14 84:14 84:15 84:17 84:22 85:3 85:9 85:12 85:21 86:5 86:6 87:3 87:8 87:23 88:4 89:3 89:17 89:19 90:3 90:18 91:15 91:15 93:2 93:8 94:21 95:11 95:12 95:22 95:23 96:5 96:9 97:6 98:25 99:10 99:22 102:21 105:1 105:10 107:12 108:7 108:8 108:11 109:1 109:2 110:1 110:17 110:21 112:24 113:13 113:15 113:22 114:7 114:8 114:9 116:1 116:25 116:6 117:5 117:15 118:16 118:20 121:22 122:1 122:3 122:6 122:8 122:9 122:13 123:24 125:7 127:16 128:8 129:4 129:9 132:23 134:2 134:5 135:2 139:1 140:5 140:8 148:25 149:1 149:8

**thomas**(2) 6:4 7:13
**thompson**(1) 7:12
**thornton**(1) 5:12
**those**(79) 11:4 12:6 14:10 15:16 15:18 16:2 16:6 16:24 18:21 20:24 22:14 25:22 30:5 30:12 33:1 35:19 38:4 38:8 38:25 41:13 42:16 42:18 44:1 44:9 44:11 46:22 47:13 48:4 53:12 54:4 54:13 54:17 57:10 57:11 57:13 57:14 61:22 61:24 67:9 76:23 79:13 79:15 82:1 84:2 86:3 86:5 88:8 92:22 96:11 96:21 98:22 99:1 101:11 103:1 105:9 106:18 108:13 109:24 116:10 116:11 116:13 118:5 123:11 124:2 124:3 124:24 134:15 135:1 135:10 135:13 136:12 136:24 137:20 141:8 141:18 146:22 149:12

**though**(6) 35:18 110:13 117:2 118:25 140:4 149:11
**thought**(14) 26:2 26:6 37:2 65:4 84:21 95:23 96:8 111:11 111:17 111:19 133:13 133:19 133:22 134:10
**thousand**(8) 61:9 90:14 91:10 91:10 91:11 100:22 127:9 127:20
**thousands**(5) 8:18 21:3 51:12 54:13 123:16
**thread**(3) 68:4 109:1 141:6
**three**(11) 8:26 17:8 18:9 41:25 57:5 65:1 65:3 116:9 129:23 131:16 132:1
**three-a-day**(1) 27:2
**threshold**(1) 125:20
**through**(38) 9:16 27:2 28:2 44:11 44:15 51:8 52:20 93:13 94:8 94:17 94:24 101:21 103:25 105:5 110:17 112:12 114:11 114:13 115:25 119:14 130:25 131:16 134:10 134:11 134:13 139:24 144:9 146:24
**throughout**(1) 68:23
**throw**(3) 24:18 35:17 115:14
**thrown**(1) 99:22
**thursday**(1) 8:2

**thus**(1) 11:14
**time**(79) 8:17 10:14 10:15 12:6 12:11 14:11 14:13 15:25 16:8 16:17 17:12 19:15 19:16 22:22 25:9 25:19 27:16 27:18 29:14 29:14 30:1 30:10 30:16 31:2 34:11 35:14 35:24 36:1 36:2 37:6 37:12 44:3 44:21 47:14 47:24 52:19 53:15 54:9 56:8 58:14 59:5 60:21 63:4 63:5 65:25 69:4 71:10 72:12 72:17 72:20 73:17 73:19 74:20 74:23 80:21 80:21 83:10 89:10 90:15 107:21 114:25 115:8 115:13 116:21 116:20 123:9 124:24 127:17 131:7 131:12 131:14 133:2 136:21 138:24 142:7 147:25 149:6

**time-consuming**(2) 97:14 131:8
**timeframe**(5) 30:19 48:9 94:25 117:20 132:13
**timeliness**(1) 11:6
**timely**(2) 24:16 128:20
**times**(8) 20:3 20:4 21:18 25:3 26:4 32:22 32:23 53:13
**timetable**(3) 24:2 29:23 29:24
**timing**(3) 23:19 24:25 47:23
**timothy**(1) 4:3
**to-do**(3) 18:4 18:5 39:17
**today**(31) 8:25 12:12 19:6 19:10 19:10 20:18 23:15 26:5 33:13 52:8 54:2 61:2 62:19 67:15 70:6 75:19 81:13 82:5 85:17 90:14 92:22 94:23 109:2 112:23 114:6 116:16 117:15 117:19 140:18 146:18

**today's**(1) 12:4
**together**(7) 8:19 13:4 14:13 76:14 79:16 101:8 110:18
**told**(3) 42:25 123:18 136:10
**tomorrow**(9) 63:9 63:10 95:15 105:2 121:21 126:8 127:25 142:7 142:10

**tonight**(2) 128:2 143:22
**too**(16) 10:7 26:23 49:2 59:25 73:7 136:23
**top**(1) 130:1
**toronto**(1) 26:15
**tory's**(1) 4:36
**total**(1) 36:13
**totally**(1) 53:2
**toward**(1) 67:17
**tra**(1) 49:22
**track**(1) 29:24
**trail**(1) 54:8
**transcriber**(1) 150:9
**transcript**(4) 1:17 1:52 24:8 150:4
**transcription**(2) 1:45 1:52
**transfer**(2) 16:5 18:25
**transient**(1) 81:25
**traveling**(1) 146:20
**treat**(1) 124:17
**treated**(1) 59:8
**treaties**(1) 50:5
**treating**(1) 11:24
**treatment**(2) 42:1 57:16
**tremendous**(3) 15:15 21:4 80:21
**trial**(95) 8:16 8:17 9:6 9:19 10:14 10:17 11:24 19:7 21:15 24:19 24:20 24:23 25:19 28:9 29:17 34:10 34:25 35:11 40:4 45:10 45:13 46:14 47:2 47:14 48:22 48:25 51:8 51:19 52:8 52:19 52:22 53:15 53:22 54:4 54:5 54:6 55:5 55:6 57:7 58:3 58:11 62:14 64:16 66:10 67:10 71:1 71:15 71:16 72:14 72:24 76:8 76:13 77:18 82:20 90:16 91:19 91:25 96:20 99:8 103:14 104:1 104:17 105:1 106:7 106:17 108:13 113:14 115:6 116:2 117:17 118:5 121:23 123:14 125:11 132:15 133:9 134:2 134:6 135:8 136:10 138:15 139:10 140:19 147:2 149:2 149:14

**trials**(1) 123:16
**trial's**(2) 25:13 26:21
**trickier**(1) 101:23
**tricky**(3) 16:21 115:16 130:20
**tried**(6) 44:20 91:9 91:11 106:22 117:5 134:20
**trigger**(1) 60:2
**triple**(1) 12:13
**troubled**(1) 11:6
**troublesome**(1) 11:12
**true**(3) 60:3 83:12 83:12
**truncate**(1) 77:1
**trust**(5) 3:32 5:21 5:26 6:21 37:14
**trustee**(5) 3:38 3:38 67:6 67:12 68:2
**try**(31) 11:19 12:6 22:22 23:6 23:23 26:1 26:23 34:19 38:24 49:21 69:15 72:21 75:24 83:2 85:22 91:24 92:9 94:19 94:23 105:23 110:20 119:20 123:18 123:21 126:5 131:5 131:25 134:14 134:6 135:8
**trying**(17) 44:16 49:20 62:21 68:11 80:9 87:4 87:5 90:15 92:2 94:24 97:5 97:19 101:25 103:22 106:25 107:3 127:1

**tuesday**(1) 116:4
**tune**(1) 126:15
**tunnell**(1) 1:25
**turn**(3) 43:18 55:11 55:15
**turning**(1) 46:1
**turns**(2) 75:22 110:4
**tweaked**(2) 122:9 141:1

**tweed**(2) 3:25 6:3
**two**(42) 4:24 8:15 9:13 10:2 14:20 15:7 15:14 16:2 16:24 17:25 17:25 22:11 22:14 25:17 26:15 26:19 33:1 36:11 36:12 36:12 46:13 48:3 49:16 55:18 57:17 61:4 61:6 62:3 76:16 76:18 77:2 78:15 81:14 96:11 96:11 101:22 103:12 103:21 107:13 116:9 122:17 132:1

**two-day**(1) 71:2
**two-hour**(1) 77:6
**two-part**(1) 90:17
**tyler**(1) 6:21
**type**(3) 18:15 106:14 135:1
**typed**(1) 73:18
**typical**(2) 85:24 134:25
**u.k.**(3) 5:2 8:20 100:10
**u.s.**(37) 4:1 5:2 10:8 11:22 16:9 16:13 20:2 23:4 28:13 28:25 29:1 29:1 29:2 29:4 29:7 33:19 39:3 39:10 39:14 39:18 40:10 47:4 54:23 55:12 61:8 65:8 67:12 71:4 73:12 79:4 79:15 80:7 100:4 100:6 103:24 104:4 104:25

**uk**(2) 49:21 29:21
**ukc**(4) 29:21 30:3 43:2 100:11
**ukpc**(7) 10:11 10:15 25:10 26:10 25:10 26:12 29:16

**ultimate**(1) 9:23
**ultimately**(2) 58:16 59:9
**under**(21) 15:5 15:9 18:7 21:3 23:13 28:25 29:8 51:25 52:3 52:3 57:9 86:7 89:23 92:24 93:2 93:5 109:7 109:19 109:23 131:11 138:14

**underscore**(1) 69:6
**understand**(48) 10:6 13:5 14:12 18:2 27:25 32:18 37:8 38:22 41:4 41:7 41:8 41:16 44:25 50:22 56:12 63:16 63:19 64:1 70:20 73:16 76:24 82:2 89:24 89:25 89:25 90:9 100:19 103:14 103:19 105:21 108:3 108:5 111:9 111:25 112:4 114:5 114:7 118:17 119:7 120:24 123:2 124:21 125:12 137:16 142:5 144:18 146:19 149:15

**understanding**(19) 29:3 44:2 50:4 61:12 61:13 64:11 66:7 77:3 86:5 95:11 95:20 104:20 105:1 113:12 114:2 119:24 123:8 123:23 124:6

**understands**(1) 110:14
**understood**(5) 13:3 96:1 96:6 121:24 122:18
**underway**(1) 85:21
**underwriting**(1) 51:18
**unduly**(1) 95:2
**unfair**(1) 34:6
**unfold**(2) 57:20 80:20
**unforeseeable**(1) 143:8
**unfortunately**(1) 123:15
**unhappy**(1) 81:5
**unidentified**(10) 43:1 56:17 72:20 76:15 77:9 77:12 100:2 147:2
**unique**(1) 47:2
**united**(14) 1:1 1:19 28:15 28:15 29:8 41:23 50:25 55:4 66:17 66:20 67:1 67:6 68:1 70:1
**universe**(5) 89:11 90:18 100:21 101:12 104:1
**unless**(8) 42:16 63:24 64:25 69:2 108:18 133:5 146:4 146:16

**unlike**(1) 82:5
**unpunished**(1) 19:21
**unreasonable**(2) 42:7 64:16
**unredacted**(3) 61:24 130:17 145:6
**unseal**(4) 42:18 54:1 54:7 132:12
**unsealing**(1) 94:2
**unsecured**(3) 2:5 4:46 66:18
**until**(32) 16:25 26:9 31:16 33:15 51:7 52:19 54:1 60:15 77:15 80:11 92:7 92:10 92:25 93:9 94:3 94:4 96:22 103:11 104:9 105:10 110:17 113:11 114:10 115:6 115:24 118:11 123:9 124:24 144:9 146:19 149:13

**unused**(1) 81:16
**unworkable**(1) 11:22
**update**(2) 72:23 143:7
**upon**(2) 24:11 86:17
**urge**(1) 8:23
**urgent**(1) 26:20
**usage**(1) 117:14
**use**(23) 37:8 40:3 65:22 70:25 109:7 109:20 120:2 120:20 123:21 124:15 125:23 127:12 128:1 128:20 129:4 131:15 134:5 134:5 134:12 134:15 137:13 138:4 145:24

**used**(25) 27:16 43:22 46:23 47:24 48:11 54:20 58:10 70:20 70:20 90:15 106:3 114:23 115:24 123:24 136:24 137:16

**useful**(2) 12:1 13:11
**uses**(2) 136:20 137:8
**using**(7) 22:22 58:16 102:1 122:14 127:3 128:24 140:23

**valid**(1) 35:12
**valuable**(2) 54:8 57:19
**valuation**(3) 16:5 18:25 53:13

| Word | Page:Line |
|---|---|
| value(2) 57:7 57:12 | |
| variation(1) 70:17 | |
| variety(1) 18:18 | |
| various(1) 13:9 | |
| vast(1) 102:6 | |
| vedder(1) 6:7 | |
| version(2) 99:19 120:20 | |
| versions(2) 98:23 145:6 | |
| versus(3) 68:5 114:21 127:9 | |
| very(88) 12:19 13:14 13:14 13:18 14:17 16:16 20:23 21:15 29:11 30:12 30:13 31:3 32:7 32:18 32:24 37:1 37:1 39:17 40:1 40:20 41:8 44:2 46:11 49:5 50:9 56:17 58:1 58:5 59:5 59:5 59:10 60:3 61:11 63:18 63:23 65:9 66:4 67:3 67:8 69:2 70:7 70:17 73:16 74:16 75:18 77:19 80:17 80:23 81:5 86:16 87:13 87:18 89:15 89:19 90:13 93:14 94:13 96:13 97:7 97:21 98:5 102:21 109:8 113:7 114:22 120:23 120:25 122:2 122:13 126:9 126:19 126:20 128:3 131:23 132:4 132:15 132:22 134:7 136:12 139:21 139:21 141:14 144:1 147:23 148:21 149:16 | |
| vice(2) 146:23 147:4 | |
| vice-versa(1) 146:21 | |
| video(5) 75:19 81:13 82:12 147:20 148:12 | |
| view(8) 16:1 32:18 39:10 40:21 44:22 45:19 55:3 82:14 | |
| viewed(1) 121:16 | |
| views(3) 68:22 72:24 115:12 | |
| violation(2) 52:1 139:16 | |
| virtually(2) 59:2 98:4 | |
| virtue(1) 58:23 | |
| vital(3) 57:12 57:15 58:15 | |
| vocative(1) 87:10 | |
| volume(2) 65:14 89:19 | |
| wadsworth(1) 6:35 | |
| wait(6) 60:15 80:11 91:15 144:9 146:9 | |
| waited(4) 15:16 29:13 30:4 31:16 | |
| waiting(2) 8:8 135:16 | |
| waive(1) 37:21 | |
| walancik(1) 5:40 | |
| walk(1) 104:11 | |
| walked(1) 73:3 | |
| want(82) 10:14 12:21 13:9 20:6 20:8 23:16 24:24 25:6 29:5 30:8 33:13 34:18 34:23 35:9 35:22 40:15 43:18 43:23 43:24 44:14 44:23 46:14 48:7 61:15 62:11 62:12 63:2 69:6 70:13 71:1 71:12 71:12 72:5 74:6 74:23 76:12 76:13 76:16 77:3 80:11 85:12 86:8 90:4 94:20 95:1 100:11 100:20 101:9 101:13 105:16 107:10 109:1 109:5 111:15 117:25 119:9 122:7 123:23 124:23 125:17 126:18 127:10 127:15 127:22 128:11 128:20 130:6 131:10 131:22 131:24 132:2 132:5 132:13 132:14 132:20 134:12 134:15 136:9 139:22 143:21 149:9 | |
| wanted(21) 12:9 31:4 43:12 43:25 44:24 45:3 59:12 66:21 68:21 79:14 80:17 82:21 111:7 118:1 124:12 125:3 132:18 146:8 146:22 147:17 149:10 | |
| wanting(1) 31:13 | |
| wants(12) 13:8 42:17 45:3 55:5 70:10 74:3 81:2 86:2 110:19 113:16 115:25 118:15 | |
| was(117) 8:22 8:23 8:25 11:8 11:10 15:6 15:13 15:23 16:11 16:11 16:12 17:1 17:8 17:19 17:23 19:3 19:11 19:20 19:22 23:19 24:16 25:7 25:22 26:10 26:21 26:14 30:18 30:18 30:19 30:21 30:24 31:1 31:2 31:11 31:14 31:14 32:8 32:11 32:15 32:25 33:1 33:5 33:8 33:9 33:18 33:19 36:9 39:23 40:5 40:10 43:19 43:19 44:7 44:8 44:16 49:25 50:1 74:3 80:17 82:10 84:12 84:12 84:22 87:20 89:20 89:10 90:16 91:19 92:19 96:5 96:6 96:6 100:16 101:10 102:21 103:8 104:13 104:16 106:12 106:17 107:17 108:25 110:12 111:12 111:14 115:7 117:10 121:3 121:15 121:24 122:9 122:24 124:6 124:20 125:8 125:9 125:14 125:14 126:6 128:24 131:1 131:1 131:4 133:5 136:24 139:22 140:16 143:24 144:6 146:14 146:19 150:1 | |
| wasn't(8) 8:23 16:25 17:8 18:17 84:1 84:13 87:23 89:25 | |
| waste(4) 8:25 8:25 37:6 80:12 | |
| wasted(2) 8:17 8:20 | |
| watching(1) 68:2 | |
| way(34) 12:11 26:1 31:12 32:9 36:2 41:17 52:7 52:21 55:1 61:11 61:15 68:17 73:23 80:8 80:18 85:16 88:4 88:12 97:15 105:8 106:18 107:20 109:1 109:25 117:6 119:20 120:3 128:20 129:2 134:18 139:14 141:10 141:11 141:12 | |
| ways(4) 15:7 28:3 48:21 91:10 | |
| webb(1) 6:21 | |
| website(1) 39:7 | |
| wednesday(6) 105:17 116:8 116:19 116:23 132:1 | |
| week(8) 20:18 34:22 58:5 73:1 81:7 86:16 116:14 127:13 | |
| weekend(5) 56:20 56:23 116:3 126:11 143:12 | |

| Word | Page:Line |
|---|---|
| weeks(15) 8:16 11:10 17:8 17:9 18:9 20:19 21:12 21:18 25:7 25:18 26:19 26:23 31:16 107:6 107:13 | |
| weight(1) 37:16 | |
| weil(1) 7:21 | |
| weiss(2) 4:9 57:2 | |
| welcome(2) 43:3 78:20 | |
| well(82) 10:19 12:19 13:12 13:14 17:23 19:22 20:16 21:4 21:21 25:3 26:2 26:25 27:22 32:3 34:13 37:23 39:23 40:1 40:18 42:20 43:4 43:7 45:23 48:21 50:3 55:18 56:19 61:4 64:1 66:13 70:6 70:11 71:6 71:21 72:3 73:10 73:20 74:22 75:8 76:11 77:7 78:11 78:19 79:6 79:20 82:1 86:4 89:6 93:3 93:17 96:21 100:1 102:4 104:20 104:24 107:8 107:10 108:7 110:5 110:10 110:15 112:8 113:8 115:15 116:1 116:22 117:4 117:13 118:7 121:11 123:7 125:6 132:19 133:8 134:9 135:6 141:14 141:20 142:3 144:7 145:10 149:5 | |
| went(4) 15:19 15:24 17:7 61:9 | |
| were(39) 13:4 13:6 15:13 16:1 16:7 16:10 17:1 21:22 22:16 23:20 24:2 24:22 26:13 27:1 27:2 27:3 30:17 30:22 31:13 32:19 32:24 36:11 36:12 37:4 38:3 39:3 39:13 43:9 43:15 44:4 44:16 44:25 45:1 50:1 52:12 53:8 53:16 53:18 59:1 59:1 60:16 61:6 61:19 61:23 66:8 82:1 84:13 89:13 90:10 94:5 95:18 95:23 97:9 111:20 112:25 127:18 135:1 141:12 | |
| weren't(3) 39:3 84:2 84:14 | |
| we'd(10) 23:13 26:2 26:3 26:6 33:10 66:7 82:16 93:10 130:13 136:14 | |
| we'll(35) 10:16 12:13 13:21 13:23 19:11 25:16 40:22 45:9 63:9 64:15 67:9 73:23 75:24 77:10 82:19 83:2 83:18 83:21 92:22 92:23 98:17 98:19 98:19 98:25 109:23 109:23 109:25 114:9 123:7 135:12 137:14 142:24 145:10 148:1 149:17 | |
| we're(98) 8:7 10:16 13:10 14:12 15:25 26:17 26:19 29:16 35:6 39:24 40:25 41:2 44:17 45:2 49:6 52:23 53:3 56:13 56:14 56:15 57:3 57:19 57:22 58:1 58:13 58:16 58:24 61:21 63:6 64:23 65:3 68:2 73:15 76:14 77:14 81:11 82:14 87:8 87:14 88:24 90:12 90:23 91:24 92:2 92:3 92:12 94:7 97:14 97:19 97:21 99:16 99:19 100:20 101:23 102:16 103:13 103:15 103:22 105:6 105:14 105:19 106:24 106:24 107:2 107:4 109:20 113:10 113:24 114:21 115:16 115:19 116:8 116:16 116:20 119:3 120:24 121:4 121:19 121:20 121:22 122:15 122:15 124:5 124:8 125:19 129:9 130:23 130:24 131:11 136:17 138:4 139:7 139:14 140:4 140:16 141:4 143:8 143:19 | |
| we've(55) 19:10 19:25 24:13 25:4 35:3 39:10 39:11 39:12 39:14 41:15 47:8 47:9 47:22 56:9 56:10 58:12 58:18 58:25 59:6 62:20 62:22 66:21 79:3 79:2 81:14 85:14 90:15 94:11 96:22 98:18 99:7 99:16 100:21 104:2 104:17 104:17 105:2 108:1 114:9 110:19 118:11 120:1 120:17 122:1 122:3 123:23 124:1 126:21 128:4 131:19 136:17 138:4 143:18 143:19 | |
| what(175) 9:13 13:10 15:12 15:23 16:11 17:6 17:20 17:23 18:2 18:23 19:1 19:3 19:11 20:5 23:14 25:13 25:20 27:11 30:4 31:9 32:8 32:9 32:10 32:14 32:15 32:24 33:5 33:13 34:5 34:14 34:20 35:9 35:20 36:4 36:19 36:22 37:3 37:4 37:10 38:23 41:2 41:18 42:17 43:17 43:22 44:13 44:16 49:2 49:11 49:25 51:7 52:11 55:14 56:12 56:13 56:15 57:18 57:23 58:4 59:25 60:18 62:4 64:10 64:12 64:24 65:14 65:25 67:7 67:15 67:16 69:9 69:14 69:19 69:24 69:25 71:21 74:15 76:24 78:7 80:16 80:24 81:9 84:12 84:12 84:13 84:21 85:5 86:11 87:6 88:24 89:6 89:10 89:24 90:2 90:16 90:22 91:9 92:2 92:9 92:18 94:4 94:13 94:25 95:9 95:10 95:18 95:23 96:1 96:6 96:7 96:12 96:13 96:14 99:24 100:12 100:24 102:17 103:8 103:13 104:13 104:16 104:17 105:7 105:15 105:22 105:23 107:15 107:17 107:22 110:15 111:25 113:2 114:8 115:19 117:6 118:15 119:19 123:20 127:18 128:15 129:17 123:12 123:16 124:5 126:5 126:6 126:15 126:20 128:15 128:20 131:1 131:20 131:22 132:9 133:15 133:18 134:1 134:12 136:18 136:23 138:15 138:16 140:6 140:6 140:13 141:17 142:7 142:25 149:8 149:11 | |
| whatever(12) 20:6 37:2 62:18 70:16 74:20 85:13 112:12 120:20 124:8 124:23 126:10 139:5 | |
| what's(27) 8:14 9:4 9:5 20:15 21:4 22:8 48:13 51:2 60:20 69:13 81:6 81:18 85:2 85:2 91:20 92:5 92:14 95:17 117:3 123:2 129:17 129:18 134:11 134:13 136:3 136:20 148:14 | |
| when(34) 16:23 17:1 18:17 25:3 25:6 26:12 26:13 29:25 30:7 30:15 30:20 34:24 41:13 42:5 43:6 43:15 47:23 51:11 53:3 54:18 59:1 60:10 76:9 78:18 92:16 105:16 106:1 115:4 118:23 129:11 132:4 133:4 138:1 | |
| whenever(1) 80:1 | |
| when's(2) 107:5 107:6 | |

| Word | Page:Line |
|---|---|
| where(38) 9:7 16:8 18:15 29:4 30:23 31:16 32:2 34:19 38:24 40:7 45:4 48:10 52:14 52:23 53:11 53:23 53:23 54:25 58:15 61:21 68:4 79:11 87:10 89:1 95:2 105:11 110:7 117:21 128:9 135:1 135:1 127:10 132:23 134:23 135:1 140:24 141:15 146:20 | |
| whereas(1) 36:10 | |
| whereby(3) 100:24 102:25 103:2 | |
| whereupon(1) 150:1 | |
| where's(1) 26:20 | |
| whether(31) 15:16 15:17 31:11 52:25 56:1 59:6 59:18 60:18 60:19 63:10 70:16 71:2 71:4 78:3 86:7 102:14 105:18 114:11 122:10 124:2 124:18 125:12 126:10 132:5 134:12 134:15 134:16 135:9 139:6 140:24 146:22 | |
| which(64) 16:20 17:22 22:3 24:15 28:9 28:24 30:13 31:8 34:1 34:19 36:8 36:14 41:1 41:23 42:12 43:9 44:5 44:6 44:7 45:11 46:7 46:19 46:23 62:4 63:17 66:4 68:20 68:25 69:8 71:19 73:9 74:7 82:11 85:21 85:21 86:18 87:17 88:5 88:7 90:17 91:14 91:10 95:24 99:18 94:11 94:17 94:23 94:25 95:3 95:5 95:13 95:18 95:24 97:12 98:6 98:11 98:23 98:24 99:8 100:18 100:25 101:4 102:2 140:2 140:16 146:19 | |
| whichever(2) 122:11 147:21 | |
| while(18) 16:21 18:16 20:24 25:22 30:18 30:21 32:18 40:9 58:1 76:14 87:9 89:9 89:17 89:18 94:23 110:5 118:6 144:19 | |
| who(34) 12:2 12:10 14:20 15:14 16:10 16:18 20:17 20:24 22:14 27:7 42:12 43:13 44:25 47:5 47:6 65:6 68:12 69:18 69:19 72:25 76:19 76:20 78:15 78:17 79:9 82:23 95:21 96:19 99:23 99:24 108:11 119:6 129:13 142:20 | |
| whoever(1) 81:4 | |
| whole(3) 39:5 44:9 119:22 | |
| wholeheartedly(1) 63:12 | |
| wholesale(3) 109:3 123:22 123:22 | |
| whom(3) 34:3 51:11 102:20 | |
| who's(6) 31:23 34:3 51:1 55:15 62:7 83:9 | |
| why(24) 11:7 16:21 19:18 19:22 30:25 34:17 37:16 41:6 48:17 58:19 60:14 84:4 84:16 85:20 86:24 103:6 103:7 108:19 116:15 118:8 125:7 125:15 142:14 | |
| wide-open(1) 42:8 | |
| wife's(1) 112:13 | |
| will(107) 11:3 12:14 12:15 13:25 19:13 21:5 21:17 23:6 27:13 34:18 34:21 34:25 35:2 35:4 35:21 35:23 36:1 36:3 37:23 39:19 43:23 47:1 47:13 47:18 49:16 50:11 50:15 50:21 55:3 63:8 64:2 65:23 66:3 66:4 66:12 69:5 70:4 70:4 72:12 74:11 75:20 76:8 76:19 76:20 76:23 77:5 77:11 78:4 78:14 78:19 78:23 79:8 79:12 80:19 81:17 82:11 82:12 82:13 82:23 83:18 86:9 90:22 95:14 96:14 96:19 97:16 97:17 97:25 98:3 101:12 103:15 104:17 104:17 105:2 108:1 114:9 118:11 120:1 120:17 121:18 123:12 123:24 124:1 128:4 131:19 134:13 143:23 124:1 126:21 128:4 128:24 131:19 136:17 138:4 143:18 143:19 | |
| willfulness(2) 31:6 31:8 | |
| willing(7) 39:24 76:21 97:15 137:13 140:17 141:4 143:12 | |
| willkie(3) 2:37 5:7 29:20 | |
| wilmington(12) 1:12 1:29 2:25 2:34 3:7 3:22 3:32 3:42 4:5 5:21 5:26 8:2 | |
| window(2) 24:18 29:9 | |
| wiring(2) 81:11 81:15 | |
| wish(5) 14:3 55:17 67:12 79:10 135:15 | |
| wishes(2) 78:16 79:9 | |

| Word | Page:Line |
|---|---|
| with(261) 9:3 9:13 9:15 9:20 10:9 10:16 10:19 10:20 11:23 13:2 13:2 14:17 14:18 14:24 15:4 15:5 15:10 15:20 15:21 16:8 16:19 17:1 17:3 17:10 17:13 17:19 18:10 18:11 18:13 18:24 19:2 19:16 19:16 20:1 20:8 21:14 22:13 23:19 25:10 25:11 26:16 27:21 29:7 29:16 30:14 30:15 32:9 32:20 32:20 32:21 33:8 33:10 33:11 33:17 33:24 34:22 35:7 35:7 37:7 37:10 37:16 37:20 37:22 38:12 38:13 39:14 39:17 40:8 43:2 44:7 45:8 45:16 46:14 46:18 47:2 47:7 47:25 48:2 48:5 48:6 48:19 49:8 49:9 49:22 49:22 49:22 49:23 51:5 52:7 52:16 53:9 53:18 54:9 54:13 54:14 55:9 56:15 57:14 59:15 59:23 61:4 61:5 61:7 61:9 63:4 63:12 63:25 64:9 64:15 64:15 64:17 65:16 65:18 66:6 66:22 66:23 67:2 67:18 68:23 69:14 70:4 70:7 70:16 71:18 71:19 71:24 72:1 72:18 73:1 73:2 73:5 74:8 74:15 74:17 74:18 74:19 74:20 76:5 78:2 79:2 81:22 82:19 85:13 85:15 85:17 88:1 88:2 88:2 88:10 88:13 88:18 88:20 90:10 91:10 91:11 91:18 92:5 92:14 94:11 94:17 94:23 94:25 95:5 95:13 95:18 95:24 97:12 98:6 98:19 98:23 98:24 99:8 100:18 100:25 101:4 102:2 107:25 107:25 109:14 110:8 110:14 110:25 112:9 113:6 113:8 113:10 114:8 115:2 116:2 116:17 117:19 117:20 118:9 118:9 118:12 118:25 119:20 119:23 120:1 120:3 120:4 120:16 121:15 122:6 122:7 123:17 124:11 125:5 125:17 125:23 126:7 126:14 127:1 127:12 128:4 128:5 128:7 128:16 129:11 129:15 131:5 132:13 133:3 133:5 133:25 137:22 138:5 138:7 138:19 138:20 138:24 139:2 140:1 140:6 140:14 141:4 141:5 141:10 142:2 142:22 143:7 145:3 147:22 149:13 | |
| withdraw(1) 38:24 | |
| withdrawn(1) 39:12 | |
| within(11) 26:8 38:4 71:3 71:4 98:2 108:14 116:12 134:16 136:5 136:17 139:1 | |
| without(16) 20:7 27:1 47:16 47:16 52:9 53:1 54:4 54:24 55:13 55:24 102:1 107:12 115:22 121:5 125:21 141:13 | |
| withstand(1) 109:5 | |
| witness(21) 20:21 22:19 31:22 34:2 46:25 65:2 69:19 93:8 93:8 100:22 105:17 106:2 106:9 106:10 106:11 119:2 119:3 119:10 127:25 132:25 137:7 | |
| witnesses(18) 14:20 20:25 22:11 22:11 76:19 76:23 77:3 108:2 116:9 116:11 116:13 116:20 116:23 118:25 123:15 123:21 132:1 146:21 | |
| wonder(1) 42:24 | |
| wondering(3) 49:25 78:3 126:2 | |
| won't(43) 43:20 70:20 72:1 94:3 | |
| word(8) 31:22 32:24 92:21 102:1 115:17 115:22 129:18 143:2 | |
| wording(2) 93:6 122:11 | |
| words(2) 108:10 129:16 | |
| work(35) 12:15 71:7 72:11 72:13 72:17 74:23 75:8 75:23 79:11 89:11 91:11 91:20 91:24 93:6 93:13 94:19 95:6 98:17 105:8 110:18 114:13 114:17 117:5 128:4 129:8 141:25 | |
| workable(2) 53:6 67:7 | |
| worked(13) 10:14 25:20 26:11 37:6 37:11 42:6 49:8 51:1 72:16 87:3 93:16 96:7 117:11 | |
| working(26) 30:22 44:3 46:19 50:8 58:12 59:1 66:22 69:14 70:1 73:1 78:10 79:16 87:14 87:16 88:13 88:13 89:20 93:20 95:21 97:21 99:15 101:7 121:8 126:3 143:19 143:20 | |
| works(1) 45:9 | |
| world(3) 63:13 82:22 87:18 | |
| worldwide(1) 51:13 | |
| worry(3) 52:25 52:25 129:3 | |
| worth(1) 8:23 | |
| would(160) 11:7 11:12 12:3 12:10 12:16 12:17 13:8 13:10 13:15 13:17 15:16 15:17 15:18 24:6 26:7 27:7 28:19 28:22 29:12 30:8 30:15 30:16 34:16 35:13 35:17 35:23 36:16 37:9 37:11 37:11 38:16 41:6 41:17 41:18 42:5 42:8 42:18 42:20 43:10 43:24 44:6 44:7 44:11 44:12 44:15 45:8 45:11 45:12 45:16 45:17 45:18 51:21 52:1 54:1 56:19 59:7 59:18 59:21 60:2 60:20 60:21 61:11 61:12 61:14 62:8 63:8 63:19 64:2 64:6 64:6 64:10 65:4 65:9 67:21 69:3 69:5 69:21 73:8 73:9 73:10 73:25 74:3 76:1 76:17 76:24 77:17 78:17 78:24 79:15 82:3 82:18 86:17 86:23 88:18 89:6 89:21 91:7 91:18 92:13 93:11 94:15 95:16 95:24 97:1 97:3 97:7 97:10 97:12 97:14 98:4 98:11 100:17 100:20 103:5 103:8 103:23 103:24 106:9 106:14 106:15 106:20 107:12 107:16 107:22 109:10 109:16 110:3 110:18 110:20 111:14 111:22 112:22 112:25 114:24 116:11 116:25 117:25 122:2 122:5 122:15 125:14 125:18 126:14 134:1 134:9 138:22 138:23 138:9 139:10 139:13 139:13 139:20 140:16 141:24 144:23 148:11 149:4 | |

| Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|

**wouldn't**(13) 26:7 33:12 37:12 43:18 44:10 65:10 85:16 104:4 113:12 118:9 121:21 137:18 137:24

**would've**(3) 10:7 37:2 83:7
**writing**(5) 25:23 113:24 123:19 140:3 143:10
**written**(1) 59:22
**wrong**(8) 33:8 33:9 35:14 53:11 78:25 92:5 92:14 96:15

**wunder**(1) 6:43
**www.diazdata.com**(1) 1:49
**wynn**(1) 4:22
**yeah**(1) 113:7
**year**(1) 66:9
**years**(5) 15:6 53:17 54:11 88:10 134:24
**yes**(105) 11:16 11:20 12:1 12:25 13:12 14:14 14:19 14:22 14:25 20:20 23:5 28:18 32:5 36:5 36:24 38:2 38:11 38:18 38:20 40:4 42:11 42:11 45:15 45:20 45:21 46:3 49:12 56:25 59:11 61:1 64:5 64:11 68:11 68:16 70:8 71:9 77:13 77:20 77:22 78:6 79:17 80:15 81:8 96:24 99:3 99:6 99:12 101:4 102:10 102:11 102:24 102:24 103:17 103:19 104:2 104:14 107:14 107:18 108:4 108:6 108:16 108:22 110:11 110:23 111:4 111:5 111:6 113:7 115:21 118:19 119:7 120:7 120:9 120:13 120:21 120:22 122:19 123:4 126:1 129:19 129:21 130:4 131:21 133:4 134:9 135:18 135:22 136:7 136:13 137:3 139:5 139:12 139:19 141:21 142:19 143:1 144:5 145:23 146:3 146:13 147:1 147:11 147:13 148:4 148:8

**yesterday**(1) 41:16
**yet**(5) 31:2 38:4 59:13 68:20 103:2
**york**(11) 1:40 2:11 2:19 2:43 3:14 3:29 3:35 4:13 4:19 6:6 35:1

**you**(301) 8:26 9:6 9:13 11:13 12:21 13:8 13:16 14:1 14:3 14:3 14:4 17:22 19:15 19:15 19:19 19:22 20:12 21:22 21:23 22:3 22:7 22:8 22:8 22:19 22:20 22:23 25:3 25:13 25:19 25:20 26:25 27:13 28:5 28:19 28:20 29:7 29:17 29:18 31:8 31:11 31:12 31:16 31:22 31:23 32:5 32:7 33:13 34:4 34:13 34:15 34:17 34:18 35:4 36:9 36:10 36:13 37:2 37:6 37:7 37:12 37:14 38:1 38:12 38:14 38:17 38:22 40:2 40:6 40:9 40:11 40:16 40:21 40:22 41:9 41:11 41:12 41:12 41:20 42:14 42:23 42:25 43:17 44:6 44:14 46:2 46:11 46:11 46:12 46:13 46:17 47:23 47:24 48:17 48:19 48:24 49:1 49:8 50:7 51:4 51:11 51:20 51:21 53:1 53:20 53:20 53:22 54:18 55:11 55:12 55:21 59:23 60:12 60:14 60:23 62:3 65:3 65:4 65:23 67:10 67:11 67:12 68:7 68:8 68:16 68:21 70:4 70:6 70:12 70:13 71:8 71:19 72:4 72:5 72:17 72:22 74:15 74:19 74:22 74:23 74:24 75:6 75:14 75:23 75:25 76:25 77:12 77:15 77:21 77:23 78:13 79:21 79:24 80:4 80:6 80:16 82:8 82:15 83:14 83:16 83:20 83:22 84:2 84:2 84:5 84:6 84:8 84:9 84:16 84:24 85:1 85:1 85:6 86:13 86:14 86:16 87:7 87:8 87:11 87:17 87:21 90:3 90:3 90:4 90:4 90:5 90:18 90:24 92:11 93:24 94:8 94:12 94:16 94:20 94:21 94:22 95:16 96:2 96:13 96:14 96:25 97:16 99:21 100:19 103:16 103:18 104:1 104:3 105:8 106:23 107:25 109:5 110:13 111:2 112:9 112:22 113:24 113:25 113:25 114:6 114:7 114:7 115:3 115:3 115:4 115:5 116:4 116:7 117:5 117:7 117:8 117:19 118:23 119:23 120:4 120:7 120:16 120:19 120:19 120:24 121:2 121:2 122:17 123:1 125:24 126:4 126:6 126:7 126:20 127:10 127:12 127:15 128:12 129:7 129:8 129:10 130:12 130:25 131:14 131:15 131:15 132:4 132:5 132:18 133:1 133:3 133:20 134:7 134:12 134:15 134:23 134:24 135:2 135:4 135:15 135:17 135:25 136:5 136:21 137:16 138:16 139:2 139:4 139:7 139:17 139:19 139:19 141:24 142:15 142:25 143:10 143:17 143:18 143:21 144:15 144:17 144:20 145:4 146:1 146:4

**you**(8) 146:5 147:6 147:21 148:19 148:20 149:8 149:11 149:15

**young**(3) 3:2 4:41 5:48
**younker**(1) 6:47
**your**(180) 8:6 8:9 9:6 11:15 11:18 11:22 11:22 12:3 12:17 12:24 13:7 13:21 13:24 14:2 14:7 14:12 14:15 14:17 15:4 15:6 15:7 16:2 16:6 17:3 17:5 17:14 18:17 18:18 18:21 18:22 19:6 19:16 19:16 20:22 21:5 21:7 21:8 21:17 21:18 21:21 21:25 22:10 22:15 21:21 22:20 22:25 23:20 24:4 24:15 25:16 26:9 27:21 28:2 28:16 29:10 30:25 31:3 31:11 31:20 32:4 32:6 32:7 33:22 33:23 34:7 34:11 34:11 36:20 36:24 37:13 37:23 37:25 38:12 38:19 39:24 40:5 43:11 43:15 43:16 43:17 44:24 45:8 46:8 46:25 47:3 50:18 51:21 52:14 55:12 55:17 55:25 56:12 56:17 60:20 61:3 61:7 63:22 67:13 67:15 68:8 68:10 69:22 70:7 70:8 72:22 73:15 73:15 74:2 74:14 75:9 75:17 76:1 76:6 76:17 80:2 80:3 80:6 80:7 80:16 80:25 81:5 81:6 81:21 82:10 82:12 82:15 82:20 83:8 83:14 83:17 84:11 87:1 90:8 94:6 95:15 95:25 96:17 101:6 103:18 103:25 106:5 107:10 108:23 109:20 112:11 112:21 114:12 114:20 116:2 117:23 118:20 119:16 120:3 120:23 122:24 123:19 126:21 127:11 127:25 128:9 128:17 130:13 131:13 131:13 133:13 135:17 137:14 139:3 139:18 141:23 143:6 143:17 144:1 144:8 145:3 145:5 146:1 147:7 147:12 149:5 149:11

**yourself**(2) 76:25 114:19
**yourselves**(1) 120:7
**you'd**(3) 50:16 63:14 74:20
**you'll**(2) 81:18 139:4
**you're**(30) 11:15 31:9 49:11 50:7 55:14 56:13 68:12 74:18 79:6 85:20 85:22 87:4 93:20 94:16 94:17 94:18 94:18 112:15 119:21 121:10 123:18 123:19 126:3 131:13 131:18 132:15 134:13 134:14 143:20 144:19

**you've**(19) 25:5 44:19 47:25 53:4 53:5 59:13 63:22 72:4 85:20 87:2 107:22 111:16 126:2 128:13 128:14 128:21 134:10 135:16 137:15

**zero**(1) 62:8
**ziehl**(1) 3:18
**zigler**(33) 43:1 49:13 50:13 50:17 50:18 50:21 51:24 52:4 52:6 52:18 62:5 64:13 71:22 71:23 72:9 72:23 73:11 112:22 115:25 116:1 117:1 117:4 117:13 118:22 120:25 131:25 132:17 132:19 133:4 134:10 134:19 135:6 138:1

**zigler's**(1) 63:1
**zloto**(1) 6:39
**"t's**(1) 73:17
**"c"s**(1) 8:26
**"the**(1) 24:2