# Notice Recipients

District/Off: 0311−1          User: Brandon              Date Created: 5/12/2014
Case: 09−10138−KG            Form ID: ntcBK             Total: 78

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV
aty     Andrew R. Remming          aremming@mnat.com
aty     Ann C. Cordo              acordo@mnat.com
aty     Ann C. Cordo              acordo@mnat.com
aty     Ann C. Cordo              acordo@mnat.com
aty     Christopher M. Samis        samis@rlf.com
aty     Christopher M. Samis        samis@rlf.com
aty     Derek C. Abbott           dabbott@mnat.com
aty     Derek C. Abbott           dabbott@mnat.com
aty     Elihu Ezekiel Allinson, III      ZAllinson@SHA−LLC.com
aty     Eric D. Schwartz          eschwartz@mnat.com
aty     James L. Bromley          jbromley@cgsh.com
aty     Jennifer R. Hoover         jhoover@beneschlaw.com
aty     Jennifer R. Hoover         jhoover@beneschlaw.com
aty     Kathleen A. Murphy         kathleen.murphy@bipc.com
aty     Mark S. Kenney           mark.kenney@usdoj.gov
aty     Mary Caloway             mary.caloway@bipc.com
aty     Mona A. Parikh           mona.parikh@bipc.com
aty     Nancy G. Everett          neverett@winston.com
aty     Peter James Duhig         peter.duhig@bipc.com
aty     Raymond Howard Lemisch       rlemisch@klehr.com
aty     Sarah R Stafford          sstafford@beneschlaw.com
aty     Shelley A. Kinsella         sak@elliottgreenleaf.com
aty     Shelley A. Kinsella         sak@elliottgreenleaf.com
aty     Tamara K. Minott          tminott@mnat.com
aty     William M. Alleman, Jr.       walleman@mnat.com

                                                    TOTAL: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Nortel Networks Inc., et al.     2221 Lakeside Boulevard      Richardson, TX 75082
frep    Allen &Overy LLP,     1221 Avenue of the Americas     New York, NY 10020
aty     Wilson−Milne     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Aatif Iqbal     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Adam M. Slavens     79 Wellington Street West     30th Floor     Box 270, TD Centre     Toronto     ON, M5K 1N2 CANADA
aty     Alexandra S. McCown     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Andrew Gray     79 Wellington Street West     30th Floor     Box 270, TD Centre     Toronto     ON, M5K 1N2 CANADA
aty     Ann Nee     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Ashley E. Siegel     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Avram E. Luft     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Brent M. Tunis     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Claire N. Rajan     Allen &Overy LLP     1101 New York Avenue, NW     11th Floor     Washington, DC 20005
aty     Daniel D. Queen     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Darryl G. Stein     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     David H Herrington     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Elizabeth C. Block     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Inna Rozenberg     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     J. Anne Marie Beisler     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Jacob S. Pultman     Allen &Overy LLP     1221 Avenue of the Americas     New York, NY 10020
aty     Jacqueline Moessner     Cleary Gottlieb Steen &Hamilton LLP     1 Liberty Plaza     New York, NY 10006
aty     James Gotowiec     79 Wellington Street West     30th Floor     Box 270, TD Centre     Toronto     ON, M5K 1N2 CANADA
aty     James P. Barabas     Allen &Overy LLP     1221 Avenue of the Americas     New York, NY 10020
aty     Jennifer M. Westerfield     Cleary Gottlieb Steen &Hamilton, LLP     One Liberty Plaza     New York, NY 10006
aty     Jeremy R. Opolsky     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Jesse D.H. Sherrett     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Joseph Badtke−Berkow     1221 Avenue of the Americas     New York, NY 10020
aty     Justin L. Ormand     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Kamal Sidhu     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Ken Coleman     Allen &Overy LLP     1221 Avenue of the Americas     New York, NY 10020
aty     Kyle A. Dandelet     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006

| aty | Laena Keyashian | Allen &Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| aty | Lauren L. Peacock | Cleary Gottlieb Steen &Hamilton LLP | 1 Liberty Plaza | New York, NY 10006 |
| aty | Lisa Kraidin | Allen &Overy LLP | 1221 Avenue of The Americas | New York, NY 10020 |
| aty | Louis A. Lipner | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Margot Gianis | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Mark S. Grube | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Marla Decker | Clery Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Matthew Gurgel | Cleary Gottlieb Steen &Hamilton LLP | 1 Liberty Plaza | New York, NY 10006 |
| aty | Michelle Parthum | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Molly Reynolds | 79 Wellington Street West | 30th Floor | Box 270, TD Centre | Toronto | ON, M5K 1N2 CANADA |
| aty | Nathan T. Horst | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Neil P Forrest | Cleary Gottlieb Steen &Hamiton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Nora K Abularach | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Rene E. Thorne | Jackson Lewis LLP | 650 Poydras Street | Suite 1900 | New Orleans, LA 70130 |
| aty | Robert J. Ryan | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Sarah Brynn Lyerly | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Scott A. Bomhof | Torys LLP | 79 Wellington Street West | 30th Floor | Box 270, TD Centre | Toronto, ON M5K 1N2 |
| aty | Scott D. McCoy | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Sheila R. Block | 79 Wellington Street West | 30th Floor | Box 270 TD Centre | Toronto | ON, M5K 1N2 CANADA |
| aty | Shira Kaufman | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Temidayo Aganga–Williams | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht &Tunnell LLP | 1201 North Market Street | Wilmington, DE 19801 |

TOTAL: 52