IN THE UNITED STATES BANKRUPTCY COURT

FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Nortel Networks, Inc., et. al | ) | Case No. 09-10138 KG |
| | ) | |
| Debtors | ) | Chapter 11 |
| | ) | |

REQUEST FOR REMOVAL FROM SERVICE LIST

Mera NN and Mera Networks and their undersigned counsel, Vivian A. Houghton, Esquire, hereby request that they be removed from the CM/ECF noticing list and any other service list in this case.

/S/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 West Street
Wilmington, Delaware 19801
(302) 658-0518
Attorney for Mera NN &
Mera Networks