Court File No.  09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### AFFIDAVIT OF BRIAN MCFADDEN
### (sworn April 10, 2014)

I, **BRIAN MCFADDEN**, of the Town of Baie D'Urfé, in the Province of Quebec,

**MAKE OATH AND SAY:**

1.      I am a former employee of Nortel Networks Limited ("NNL"), and as such have personal knowledge of the matters deposed to herein.

   **Biographical Information**

2.      I obtained a Bachelor of Science degree in Engineering from the University of Waterloo in 1977. Upon graduation, I was employed by Bell Canada as a network engineer. In 1979, I became a customer engineer at Northern Electric, a predecessor to NNL.

3.      I was employed by NNL and its predecessor companies between 1979 and 2005. Through my work experience, I have personal knowledge of the lines of business structure employed by NNL and its subsidiaries (collectively "Nortel") as well as its research and development activities ("R&D").

4.      During my career at NNL, I served in a number of engineering and management

positions, including in systems engineering, product marketing and product management. I worked for Nortel in Seoul, Korea in 1981-1983 and at Maidenhead, England, in 1983-1986. Throughout my postings abroad, I remained an employee of NNL. I was paid out of Canada and declared my income with the Canada Revenue Agency. Found at NNC-NNL06892397 is a true copy of an e-mail describing certain highlights of my career at Nortel.

5.     In 1991, I joined the Optical Networking Group, based in Montreal as the Director of Product Management. The optical business of NNL was the forerunner to its Metro Ethernet Networks ("MEN") business, which provided optical and metropolitan area networking solutions for carrier and enterprise customers.

6.     From 2000 and 2001, I was the President of Metro Optical Networks, a division of Optical Networks. In late 2001, I became President of Optical Long Haul Networks. Found at NNC-NNL06542357 is a true copy of a Functional Organization Chart for Nortel dated December 14, 2001, showing my position at page 3, and my line of business reporting structure at page 7.

7.     Optical Long Haul Networks was renamed "Optical Networks" in 2002. From 2002 to 2004, I was President of Optical Networks. Found at NNC-NNL07281107 is a true copy of a Functional Organization Chart for Nortel dated July 25, 2002, showing my position at page 2 and my line of business reporting structure at page 6. Found at NNC-NNL07281176 is a true copy of a Functional Organization Chart for Nortel dated May 26, 2004, showing my position at page 2 and my line of business reporting structure at page 5.

8.     As President of Optical Networks, I ran one of the four lines of business that reported to Frank Dunn, the CEO of NNL. In 2004, the other three lines of business were: (i)

Wireless, (ii) Wireline, and (iii) Enterprise. The names of these lines of business changed
or evolved from time to time with Nortel's product focus.

9.      My primary responsibility as President of Optical Networks was in global sales and
customer relationships. I was also involved in R&D, as described below, because R&D
was managed through the lines of business, not NNL's subsidiaries.

Chief Technology Officer Role

10.     In or about August 2004, I became Chief Technology Officer ("CTO"), reporting to the
then CEO of NNL, William Owens. I assumed the position of Chief Research Officer
("CRO") in April 2005, without a significant change in responsibilities. Found at NNC-
NNL06896480 is a true copy of an email describing the change in position from CTO to
CRO. Found at NNC-NNL10730349 is a true copy of a Functional Organization Chart
dated September 7, 2005, showing my position on page 2 and the team that reported to
me on page 23. For simplicity, unless indicated otherwise, a reference to CTO in this
affidavit includes the position of CRO.

11.     The CTO's office was based in Ottawa. The CTO was an employee of NNL. The CTO's
mandate at Nortel was defined as follows: "Keeping the future in front of Nortel and its
customers and ... ensuring that Nortel remains at the forefront of technology leadership."
Found at NNC-NNL06892309 is a description of the CTO's mandate and role.

12.     The CTO was accountable for Nortel's future network strategy and architectural vision,
network security, R&D effectiveness, advanced technology research and maintaining its
technology leadership. The role of a CTO at Nortel involved working with the business
units based within the lines of business that were responsible for particular products, in
order to develop the next generation technologies necessary to maintain Nortel's
leadership in the future. It also involved interacting with Nortel's major customers to

anticipate their future technology needs.    Found at NNC-NNL10721988 is a description of the CTO's main areas of accountability.

Organization of the CTO Office

13.    Upon taking office, I established my leadership team, as set out in the email dated October 1, 2004, found at NNC-NNL10721988.    Three Senior Vice Presidents of advanced technology for the business lines reported to the CTO office – Enterprise, Wireline/Optical and Wireless – as shown in the Functional Organization Chart found at NNC-NNL10730349.    A Senior Vice President of R&D effectiveness also reported to me, as did Chief Scientists and Chief Architects from the various regions.    Finally, HR, legal and finance staff were assigned to the CTO office for corporate support.

Conclusion of Employment at Nortel

14. In November 2005, with the arrival of Mike Zafirovski as the new Chief Operating Officer, I was terminated as a result of a change in the company's strategic direction, and received a severance package.    I have a claim against Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (together, the "Canadian Debtors") for amounts primarily relating to the loss of my supplementary pension under the Supplementary Executive Retirement Plan.

**The Centrality of Ottawa for Nortel's R&D Efforts**

15.    NNL's Ottawa campus was home to the largest concentration of Nortel's R&D employees.    Nearly all of the R&D employees located in Ottawa were employed by NNL. Ottawa was also the location of Nortel's advanced technology R&D leadership.    No

major decision regarding R&D direction or funding was taken without approval from Ottawa.

16.   In fact, all of Nortel's R&D activities were performed in Ottawa before the 1980s. Laboratories were later established in other jurisdictions, as Nortel began to expand globally, but Ottawa remained the primary centre of R&D throughout Nortel's history. Ottawa remained the location of Nortel's residual historic R&D skill sets and knowledge base, which were drawn on by other laboratories that began to perform R&D. Found at NNC-NNL06909859 is a true copy of an e-mail sent from my office to a group of clients' Chief Information Officers visiting the Ottawa campus. The email states that Nortel's Ottawa campus was Nortel's largest site globally and home to about 40% of the company's R&D workforce. A true copy of a map showing all of Nortel's research facilities and employees as at 2002 is found at Exhibit 21188, along with maps broken down by line of business.

17.   During my tenure as Nortel's CTO between 2004 and 2005, approximately 500 R&D personnel operating in laboratories around the world reported to me. The majority of these individuals were based in Ottawa. The CTO was directly accountable to NNL only, and not to any of Nortel's business lines or subsidiaries. Found at NNC-NNL06904131 is an internal e-mail stating that the CTO was accountable to NNL.

18.   There were also representatives of the CTO office in various laboratories around the world. Some of these engineers were working on R&D effectiveness directly with the product development teams in those laboratories, while some of them supported the product management and sales teams for the lines of business.

Global R&D Direction

19.     Starting in mid-1990s, Nortel was managed on the basis of the lines of business, rather
        than on the basis of local legal entities. For instance, Optical Networks, of which I
        served as President, was a line of business employing staff based in locations around the
        world, who cooperated to sell products and satisfy customer needs. The geographic
        location of a particular employee determined the entity which paid his or her salary and
        the employment laws governing the relevant employment relationship. The advanced
        technology R&D leadership of each product group within a particular line of business
        was located in Ottawa.

20.     Similarly, Nortel did not allocate R&D budgets by geographic entity or subsidiary, such
        as NNI, NNUK etc., but rather by line of business. In a bottom-up exercise, the leaders of
        the R&D function within each line of business worked with Finance to formulate a view
        of their R&D requirements for the upcoming year. Once a budget for a Nortel's R&D
        activity was allocated, spending was incurred by the relevant line of business, rather than
        geographic location.     The only exceptions to this principle were the Advanced
        Technology Programs, discussed in paragraphs 22-23 below. The Advanced Technology
        Programs were managed directly by the office of the CTO in Ottawa, and their budget
        was not allocated as part of the R&D budget for a particular line of business.

21.     Most laboratories worked with several lines of business (see maps at Exhibit 21188).
        Laboratories often worked collaboratively to produce all required modules for a given
        product or line of business. Work was assigned to a given laboratory on the basis of cost
        and technical expertise. Each of the lines of business had its own Vice President of
        R&D, with several R&D directors located in the laboratories carrying out work on the
        line's behalf. Individual scientists and engineers were assigned to a line of business
        R&D director.

Advanced Technology Programs

22.    As the CTO, I was responsible for the management of Nortel's Advanced Technology
       Programs.   The Advanced Technology Programs consisted of a group of 200-300
       individuals based primarily in Ottawa focused on the next generation of products. The
       Advanced Technology Programs were efforts to direct Nortel's R&D so as to anticipate
       product developments several years in advance of their deployment in the market by
       Nortel's customers. Advanced technology research operated on a longer timeframe (3 to
       5 years from concept to deployment) than product-related R&D (1 to 2 years). The team
       also worked with the relevant standards bodies, to ensure that future technology standards
       anticipated the predicted R&D developments.   Of all Nortel R&D programs, the
       Advanced Technology Programs produced the greatest impact in terms of innovation and
       patent filings.

23.    All Advanced Technology Programs were based in Ottawa and were operated by NNL.
       Indeed, regardless of a customer's location, the Ottawa-based advanced technology R&D
       staff was occasionally granted access to the customers' own R&D laboratories, to
       facilitate advanced project cooperation. Accordingly, while product development R&D
       groups within each of Nortel's lines of business reported directly to the heads of their
       business units, the Advanced Technology Programs personnel within each line of
       business reported directly to the CTO's office at NNL.

R&D Cabinet

24.    As the CTO, I was responsible for Nortel's Vice Presidents' R&D Cabinet. The R&D
       Cabinet consisted of Vice Presidents for R&D of each of the business units, as well as the
       CTO's Vice Presidents of Advanced Technology and the CTO's VP of R&D

Effectiveness. The R&D Cabinet was meant to facilitate discussions of R&D issues common across the enterprise. These issues included site strategy, uniform designing process, platform convergence and other projects.

25.    The R&D Cabinet met every two weeks in Ottawa and was always chaired by NNL personnel. Members of the Cabinet also attended quarterly meetings with the Presidents of each of Nortel's lines of business. Found at NNC-NNL06901388 is a true copy of an e-mail describing the structure of the R&D Cabinet.

Patent Filing and Licensing

26. As the CTO, I was aware of the importance of protecting the intellectual property generated by Nortel, through the filing for patent protection. It is my understanding that the general practice was that patents were assigned either directly by the inventors to NNL, or by the inventors to the local Nortel subsidiaries that employed them and then from that Nortel subsidiary subsequently to NNL. Requests for licensing and cross-licensing generally required my approval. If a line of business suggested licensing a patent to a customer or a joint venture partner with respect to certain technology, it presented the business case to me for approval.

27.    Due to the central position of the Ottawa laboratories in Nortel's R&D effort, the patent awards ceremonies recognizing the leading inventors among Nortel's employees were held primarily in Ottawa, although they were sometimes held in other locations to recognize local achievements. The awards ceremonies incentivized innovation within Nortel by rewarding the inventors whose contributions were most consequential for Nortel's long-term success, regardless of their location.

Importance of R&D to Customer Relations

28.    Part of my responsibilities in overseeing the Advanced Technology Programs was to
       interact with customers of Nortel's lines of business around the world and anticipate their
       future technology needs, in order to direct Nortel's advanced technology R&D efforts
       accordingly.   The R&D effort generally, and the Advanced Technology Programs in
       particular, were crucial to initiating relationships with and developing sales from
       customer for Nortel's products.  As a technology company, in order to attract and retain
       its customer base, Nortel had to ensure that its innovation anticipated the technology its
       customers would wish to employ in the future.   R&D, and the intellectual property
       created from it, was the primary drive of Nortel's value and profit.   For this reason,
       Nortel spent more on R&D as a percentage of revenue than any of its competitors.
       Nortel's efforts to tailor its R&D to future customers' needs were directed by NNL from
       Ottawa.  Found at NNC-NNL07353099 is an e-mail stating that Nortel spent more on
       R&D as proportion of revenue than its competitors, including Alcatel, Cisco and
       Ericsson.

29.    During my tenure as the CTO, approximately once a week, I hosted representatives of
       Nortel's customers at our facilities in Ottawa.  These representatives included R&D and
       technology staff, as well as marketing and operations personnel.  During these meetings, I
       and members of my team demonstrated to these customers the prototypes of Nortel's
       potential new products, shared with them Nortel's technology plans for the future and
       reviewed Nortel's positions on industry standards.  For their part, during such meetings,
       Nortel's customers shared plans for the development of their networks and services.  In
       many cases, the sharing of information necessitated the execution of non-disclosure
       agreements.

30.     My work with customers required me to be conscious of the new firms in the telecommunications, finance and e-commerce fields, which were disrupting the existing ways of doing business. Accordingly, Nortel consolidated its R&D decision-making even further, in order to promote reuse of innovation, avoid duplicative "silos" where parallel research was conducted, and facilitate accountability. These efforts were led by the CTO office and other members of the NNL leadership team. Found at NNC-NNL06909463 are the messages I conveyed to the CEO in November 2005, regarding the need for further R&D consolidation in Ottawa.

### Nortel's Integrated "Matrix" Management Structure

31.     The lines of business operated and reported within Nortel on a functional basis, rather than based on legal entities and geographic regions in which Nortel carried on business. Nortel had a "matrix" management structure. Below, I describe Nortel's management structure from the perspective of the Optical Networks line of business, of which I was President of between 2000 and 2004.

32.     As can be seen on p. 2 of the Functional Organization Chart dated May 26, 2004 (found at NNC-NNL07281176), the top line reporting to the CEO represents the Presidents of the lines of business, responsible for Nortel's product lines. The second line represents Presidents of the regions, responsible for Nortel's sales areas. The third line represents C-suite officers, responsible for Nortel's corporate support of products and sales in the areas of operations, finance, technology, legal and HR.

33.     The C-suite officers group, together with the Presidents of the lines of business, constituted the President's Cabinet, which was the most senior decision-making body at Nortel from an operational perspective.     It met for one- or two-day sessions

approximately 10 times per year.

34.   The Presidents' Cabinet was not organized geographically, but rather functionally. The presence of Presidents' of Sales for each region was the only recognition of geographic divisions.

35.   Likewise, within the Optical Networks line of business, the personnel reporting to me were responsible for products, regions, and corporate support, as can be seen on p. 5 of the Functional Organization Chart dated May 26, 2004 (found at NNC-NNL07281176).

36.   The top line of my direct reports represents general managers of Nortel's product lines, i.e. optical networks, ethernet, cable solutions and broadband access. These Product Line Managers or "PLMs" were responsible for preparing and maintaining the product development roadmap, from product concept to market readiness. The PLMs had direct interaction with customers to clarify customer requirements and product development timelines. They also decided which products received R&D investment.

37.   On the second line were representatives of the regions, by way of a dotted line report.

38.   On the third line were corporate support staff, being representatives of finance, HR and legal, who reported to central finance, HR and legal, but also into my line of business. These functional employees were dedicated to the Optical line of business.

The Geographic Location of the Line of Business

39.   Leaders for all the business units were located in North America, either in the U.S. or Canada. The Optical Networks unit was managed out of Montreal, where I was based. Global operations, which included the manufacturing and delivery part of the business, were managed by the President of Global Operations in Montreal.

40.   Several of Nortel's large clients were designated as its "lead customers". Nortel's

customers were located worldwide; however, the majority of its lead customers, with which Nortel worked closely to develop the first generation of products, were located in North America and Asia Pacific. In the case of Optical Networks during my tenure, MCI was a lead customer.

Lead Customers

41.     The importance of a lead customer, beyond the revenue it provided, was in that client's ability to align its technological development with Nortel's R&D efforts. In this way, Nortel's lead customers worked closely with Nortel to develop and refine innovative products, leading up to their deployment in the broader market.

42.     Lead customers engaged directly with Nortel's Advanced Technology Programs personnel and participated in regular interactions with Nortel. Once every few months, lead customers' R&D staff were hosted at NNL's Ottawa laboratory. Alternatively, lead customers regularly hosted Nortel's personnel at their own R&D locations. The sharing of information, including discussions of future platforms, was such that non-disclosure agreements were often signed. Lead customers participated in Nortel's advanced technology trials and helped shape the global direction of Nortel's R&D. These trials granted Nortel a strategic advantage in anticipating future customer requirements. Furthermore, when such interactions with lead customers resulted in new business, they provided R&D funding which enabled Nortel to fully commercialize certain of its advanced technology innovations through new products. Each of AT&T, Verizon, MCI, Bell Canada, Sprint and British Telecom was a lead customer and interacted with Nortel's R&D personnel in this manner.

Employees of the Line of Business

43.    Remuneration of business unit heads was generally paid by the legal entity operating in their country of residence, although they rendered services on behalf of the entire Nortel group. As set out above, my employer was NNL throughout.

44.    Employees who reported to me or supported the Optical Networks line of business worked for various legal entities around the world. Further, my line of business funded specific product specialists on customer accounts teams located around the world. All employees who worked at various corporate entities around the world were employed and paid by the local corporate entities, and all local employment laws were respected.

Integrated Nature of Nortel's R&D

45.    A convergence of technology underpinned all of Nortel's products and business segments. Although Nortel's lines of business were organized along technology lines, the technologies themselves flowed across all business segments. For example, packet technology was utilized in products manufactured by all lines of business. However, the prominence of a technology differed from one product group to the next. For example, with Optical Networks, optical technology was primary and packet technology was secondary.

46.    To facilitate R&D, employees were at times moved between lines of business. For instance, on at least one occasion, employees were moved from wireless to optical in order to reuse the common technology.

47.    Nortel's products also had common platforms (hardware and software) and tools as well. An R&D Effectiveness group, which reported to me as CTO, was created in order to use these common underlying technologies and to facilitate reaching common development

goals across all product lines.

48.    As discussed in paragraph 20 above, the R&D budgeting process was a bottom-up exercise performed once per year, which provided NNL with oversight over the strategy, funding and execution of major R&D activity undertaken by Nortel anywhere around the globe. The budgeting process was not based on geography or subsidiaries. Overall, Ottawa's position as the location of Nortel's largest R&D laboratories, the location of its R&D leadership, as well as of the Advanced Research Programs made Ottawa the "heart of much of the company's R&D efforts." Found at Exhibit 21202 is a letter to the editor written by Nortel leadership describing Ottawa as the "heart of much of the company's R&D efforts."

49.    My experience as the President of Optical Networks reinforces the centrality of NNL to the overall R&D effort of Nortel's lines of business. As President of Optical Networks, I supervised a VP of Optical R&D based in Ottawa that ran the development program for the optical product line. He collaborated with directors of various laboratories around the world to focus the R&D work.

50.    Optical Networks, similarly to other lines of business, had a VP of R&D who was responsible for developing the R&D plan that would match the capabilities that the product management and marketing teams wanted to take to market. Each VP of R&D also supported existing products in the line of business. The VP of R&D worked with PLMs for multiple products in the line of business.

51.    The main research centre for Optical Networks was in Ottawa with approximately 80% of its workforce located there. Other research laboratories that contributed to Optical Networks were located in Harlow, Belfast and in various locations in the United States. The laboratory in Ottawa was the largest and most productive. The main purpose of the

laboratories outside of Ottawa was to ensure compatibility of Nortel interfaces with local networks.

52.    Optical Networks' R&D arrangement was typical of most lines of business. For example, the majority of advanced technology R&D for Nortel's wireless business was performed in Ottawa, although some R&D projects, including UMTS/GSM research were conducted out of France. R&D was also undertaken in Richardson, Texas, primarily in order to adapt products to customer specifications.

Sales in the Line of Business

53.    Nortel had account teams that interfaced with the major accounts such as a Verizon, British Telecom and AT&T. Those account teams had responsibility for generating revenues by selling the Optical Networks products as well as products from other lines of business.

54.    All of our product mandates were global, meaning that the account teams sold all Nortel products through all Nortel entities in all regions. The account team developed a sales strategy to maximize orders and revenues from a particular account over time across all the product lines. Part of that sales strategy was to identify the resources and support the account team needed from each of the business units in order to execute on that strategy. The regional entities were responsible for day-to-day interaction at the local level with customers for pre-sales, account management and post-sales support.

55.    As President of the Optical Networks line of business, I had a very strong relationship with all the major account teams, including negotiating annual targets for sales and revenue, and funding of product specialists on the teams. The line of business supported the sales teams for major bids and requests for proposals, including engineering support

from the Ottawa laboratory.

56.  Also, as President of the Optical Networks line of business, I participated directly in contract negotiations with major customers, including with Reliance Infocom of India. I also participated in on-going negotiations in respect of existing supply agreements with Nortel's major customers such as MCI, Worldcom, AT&T and Verizon.

57.  I have reviewed a copy of each and every document that I refer to in my affidavit prior to swearing it.

**SWORN BEFORE ME** at the Town of Baie D'Urfé, in the Province of Québec, on April _10_, 2014.

_____
Lawyer, member of the Barreau du Québec _# 310000-6_

GUILLAUME LEAHY

_____
**BRIAN MCFADDEN**

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-35. AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS
CORPORATION, et. al.

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985. c. C-36, AS
AMENDED

---

*ONTARIO*
SUPERIOR COURT OF JUSTICE

Proceeding commenced at TORONTO

---

**AFFIDAVIT OF BRIAN MCFADDEN**
(sworn April 10, 2014)

---

**KOSKIE MINSKY LLP**
Mark Zigler / Susan Philpott / Ari Kaplan
Lawyers for the Canadian Former Employees and Disabled
Employees through their court appointed Representative

**McCARTHY TÉTRAULT LLP**
R. Paul Steep / James D. Gage / Barbara J. Boake
Lawyers for Morneau Shepell Ltd., as administrator of the
Nortel Canada registered pension plans

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
Ken Rosenberg / Lily Harmer / Massimo Starnino
Lawyers for the Superintendent of Financial Services as
Administrator of the Pension Benefits Guarantee Fund

**CAW- CANADA LEGAL DEPARTMENT**
Barry Wadsworth
Lawyers for the Canadian Autoworkers Union

**SHIBLEY RIGHTON LLP**
**NELLIGAN O'BRIEN PAYNE LLP**
Arthur O. Jacques / Thomas McRae / Steve Levitt
Lawyers for active and transferred employees of
Nortel Canada

# INDEX

## INITIAL AFFIDAVIT OF BRIAN MCFADDEN (sworn April 10, 2014)

### INDEX

| Tab | Paragraph Referred to in Affidavit | Trial Exhibit Number | Bates Number |
|---|---|---|---|
| 1. | 4 | TR44784 | NNC-NNL06892397 |
| 2. | 6 | TR44669 | NNC-NNL06542357 |
| 3. | 7 | TR44895 | NNCNNL07281107 |
| 4. | 7, 32, 35 | TR44896 | NNC-NNL07281176 |
| 5. | 10 | TR50890 | NNC-NNL06896480 |
| 6. | 10, 13 | TR45170 | NNC-NNL10730349 |
| 7. | 11 | TR44782 | NNC-NNL06892309 |
| 8. | 12, 13 | TR45169 | NNC-NNL10721988 |
| 9. | 16 | TR44794 | NNC-NNL06909859 |
| 10. | 16, 21 | TR21188 | NNC-NNL07376624 (Exhibit 21188) |
| 11. | 17 | TR44792 | NNC-NNL06904131 |
| 12. | 25 | TR44791 | NNC-NNL06901388 |
| 13. | 28 | TR44900 | NNC-NNL07353099 |
| 14. | 30 | TR44793 | NNC-NNL06909463 |
| 15. | 48 | TR21202 | NNC-NNL06894301 (Exhibit 21202) |

# Tab 1

| | |
|---|---|
| **From:** | LeBlanc, Velma [CAR:8E00:EXCH] |
| **Sent:** | Friday, March 18, 2005 3:30 PM |
| **To:** | McFadden, Brian [CAR:0001:EXCH]; Lapointe, Jean [CAR:0S03:EXCH] |
| **Subject:** | Bio |

**Brian McFadden** is the Chief Technology Officer of Nortel. Appointed to this position in August, 2004, Brian is responsible for keeping the future in front of Nortel and its customers and for ensuring that Nortel remains at the forefront of technology leadership. As part of this role, Brian has accountability for the Company's next-generation architectural vision, technology and portfolio roadmaps, advanced technology research, incubating new businesses and new business models, and R&D effectiveness. Brian is also leading the Company's Security initiatives.

Prior to his role as CTO, Brian was President of Optical Networks for Nortel and, prior to that, President of Nortel's Optical Metro business, where he led the team that successfully completed the acquisition of Ottawa-based networking start-up Cambrian Systems in December 1998.

During his 25-year career with Nortel, Brian has held a variety of key roles across the company, including in systems engineering, product marketing, and product management, including global product line responsibility for Nortel's industry-leading OC-192 and OC-48 fiber-optic transmission systems.

Brian's career with Nortel has also included assignments in Seoul, Korea; Maidenhead, England; and Ottawa and Montreal, Canada.

Brian holds a B.A.Sc. in Electrical Engineering from the University of Waterloo (1977). Based in Ottawa, Canada, Brian is married and has two children.

**HIGHLY CONFIDENTIAL**        NNC-NNL06892397 / 1

# Tab 2

# ATTACHMENT INFO

Name:   Exec. Org. ChartsJan RS. 2002-v.3.ppt

Size:   207KB (211,456 bytes)

Modified:   Friday, January 4, 2002 12:34 AM

Comments:   UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

CONFIDENTIAL       NNC-NNL06542357 / 1



# Nortel Networks
# Functional Organization Charts

For Internal Use

**December 14, 2001**

RESTRICTED

INTERNAL USE ONLY



REV: December 14, 2001

2

Vice Chairman

John A. Roth

**RESTRICTED**

INTERNAL USE ONLY

**NORTEL NETWORKS**

REV:  December 14, 2001

**President and Chief Executive Officer**

Frank A. Dunn

**President Metro & Enterprise Networks**

Frank Plastina

**President Wireless Networks**

Pascal Debon

**President Optical Long Haul Networks**

Brian McFadden

**President Americas**

Gary Donahee

**President Europe, Middle East and Africa**

Steve Pusey

**President Asia**

Masood Tariq

**President Global Customer Care & Supply Chain Operations**

Chahram Bolouri

**Chief Financial Officer**

Terry Hungle

**Chief Technology Officer**

Greg Mumford

**Chief Legal Officer**

Nicholas DeRoma

**Senior Vice President Human Resources**

William Donovan

**Chief Marketing Officer**

Alan Kember

3

INTERNAL USE ONLY

**REV: December 14, 2001**

**NORTEL NETWORKS**

## *EMERGENCY COVERAGE*



**President and Chief Executive Officer**
Frank A. Dunn
*Cover: F. Plastina*

**President Metro & Enterprise Networks**
Frank Plastina
*Cover: O. Rodriguez*

**President Wireless Networks**
Pascal Debon
*Cover: P. MacKinnon*

**President Optical Long Haul Networks**
B. McFadden
*Cover: V. Hudson*

**President Americas**
Gary Donahee
*Cover: S. Schilling*

**President Europe, Middle East and Africa**
Steve Pusey
*Cover: M. Collins*

**President Asia**
Masood Tariq
*Cover: K. Pecot*

**President Global Customer Care & Supply Chain Operations**
Chahram Bolouri
*Cover: R. Lowe*

**Chief Financial Officer**
Terry Hungle
*Cover: D. Beatty*

**Chief Technology Officer**
Greg Mumford
*Cover: TBD*

**Chief Legal Officer**
Nicholas DeRoma
*Cover: D. Noble*

**Senior Vice President Human Resources**
William Donovan
*Cover: M. Cozyn*

**Chief Marketing Officer**
Alan Kember
*Cover: A. Valia*

4

INTERNAL USE ONLY

**REV: December 14, 2001**

# NORTEL NETWORKS

## METRO AND ENTERPRISE NETWORKS



President
Metro and Enterprise Networks

Frank Plastina

---

President
Intelligent Internet

Oscar Rodriguez

President
Metro Optical

Marco Pagani

President
Carrier VoIP

Sue Spradley

President
Circuit Switching

Vickie Yohe

Global Labs
Strategy

Abdul Khawar

---

Local Premise
Solutions

Nick Pegley

Enterprise
Business Internet

Alex Pierson

Customer Contact
& Voice Portal
Solutions
Barry O'Sullivan

Lab Consolidation
And Preside

Rod McPherson

Advanced Technology
Investment

Ryan Stark

---

Human Resources

Stephen Jones

Finance

Ken Taylor

Legal

Tom Gigliotti

INTERNAL USE ONLY



**NORTEL NETWORKS**

**WIRELESS NETWORKS**

REV: December 14, 2001

President
Wireless Networks
Pascal Debon

Finance
Michael Gollogly

Human Resources
Luc Sicotte

Legal
Bill Lasalle

Operations
Kieran Gunning

Americas
Peter MacKinnon

EMEA
Tim Watkins

Asia
Jean-Luc Jezouin

Strategic Marketing
Dave Murashige

Network Engineering
Ibrahim Gedeon

Technology
Al Javed

Service Introduction
Dan Connor

CDMA / TDMA
Steve Slattery

GSM
Jean-Claude Lebigre

UMTS
Alain Biston

6

REV: December 14, 2001

**NORTEL NETWORKS**

# OPTICAL LONG HAUL NETWORKS



**President**
Optical Long Haul Networks
**Brian McFadden**

**Optical Networks**
Vivian Hudson

**Product Management**
Philippe Morin

**Optical Components**
Barbara Callaghan

**Product Development**
Rich Cowper

**Network Architecture**
Louis Rene Pare

**Qtera**
Reg Wilcox

**Xros**
Greg Reznick

**Americas Region**
Dan Mondor

**EMEA Region**
Peter Newcombe

**Asia Pacific Region**
James Demers

**Finance**
Mike Pangia

**Human Resources**
Helen Cooper

**STL Systemhouse**
Yvan Girard

**Legal**
Tim Collins

7

INTERNAL USE ONLY

REV: December 14, 2001

NORTEL NETWORKS

GLOBAL CUSTOMER CARE & SUPPLY CHAIN OPERATIONS



**President**
**Global Customer Care &**
**Supply Chain Operations**

Chahram Bolouri

**Customer and Product Operations**

Richard Lowe

**Information Services CIO**

Richard Ricks

**Marketing Operations/OSP**

Tonya Lowe

**Supplier Strategy**

Ken Bradley

**Quality & Customer Satisfaction**

Eric Ross

**Supply Chain Quality**

Barry D'Amour

**EMEA Global Customer Care Services**

John Haydon

**Asia Global Customer Care Services**

Steve Clemons

**Americas Customer Order Operations**

Pat Rhodes

**Global Network Readiness & Support**

Andrew Twynham

**Legal**

John Manaras

**Communications**

Velma LeBlanc

**Finance**

Ken Crosson

**Human Resources**

Lynn Evans

INTERNAL USE ONLY



NORTEL NETWORKS

REV: December 14, 2001

FINANCE

**Chief Financial Officer**

Terry Hungle

| Controller | General Auditor | Vice President Tax | Treasurer |
|---|---|---|---|
| D.C. Beatty | R.B. Kaye | K. Bush | K.B. Stevenson |

| Planning & Consolidation | Investor Relations | Global Ops | Global Business Development |
|---|---|---|---|
| P. Browne | A.M. McMonagle | K. Crosson | C. Johnson |

| Wireless Networks | Optical Long Haul Networks | Metro & Enterprise Networks | Asia | EMEA | Americas |
|---|---|---|---|---|---|
| M. Gollogly | M. Pangia | K. Taylor | R. Ferguson | J.M. Gasnier | J. Kinney |

INTERNAL USE ONLY

9



**NORTEL NETWORKS**

**AMERICAS**

REV: December 14, 2001

President Americas
Gary R. Donahee

Finance & Bus. Development — J. Kinney

Human Resources — R. Holmes

Legal — C. Morfe

President Corp. Accts. — S. Schilling

Tier 3 Accounts — J. Skinner

West Region — W. Megura

Northeast Region — A. Cioffi

Central Region — C. Doherty

Canadian Region — D. Michelides

CALA — W. Estridge

AT&T BB — J. Gheraldi

Sprint — R. Dodd

Telus — D. Buffett

BellSouth — C. Vowels

Verizon — J. Neville

Qwest — R. Harris

BCE — K. McDougald

WorldCom — J. Biard

Cingular Wireless — R. Swanson

SBC — L. Zaia

AT&T Wireless — R. Ricitelli

Americas Leadership Category Prime Int Int/Met Op & Ent — B. Burke

Americas Leadership Category Prime VoIP — M. Bejar

Americas Leadership Category Prime Wireless — P. MacKinnon

Americas Leadership Category Prime Optical Internet — D. Mondor



EMEA

REV:  December 14, 2001

11

INTERNAL USE ONLY



ASIA PACIFIC

REV: December 14, 2001

12

INTERNAL USE ONLY



NORTEL NETWORKS

CHIEF LEGAL OFFICER

REV:  December 14, 2001

**Chief Legal Officer**

Nicholas J. DeRoma

**Intellectual Property**

Arthur  Fisher

**Corporate Secretary**

Deborah Noble

**Mergers & Acquisitions**

Richard Tallman

**Litigation**

Ernest Higginbotham

**Managing Attorney**

Roger Schecter

**Americas**

Claudio Morfe

**Global Customer Care & Supply Chain Operations & Corporate Marketing**

John Manaras

**Europe, Middle East And  Africa & Wireless Networks**

William LaSalle

**Employment**

Mark Cooper

**Asia Pacific**

Louise Pearson

**Corporate Security**

Timothy Williams

**Optical Long Haul Networks**

Timothy Collins

**Metro and Enterprise Networks**

Thomas Gigliotti

13

INTERNAL USE ONLY

# HUMAN RESOURCES

**NORTEL NETWORKS**

REV: December 14, 2001

October 2001

14

**Senior Vice-President Human Resources**

Bill Donovan

**HR, Corporate Finance, Legal, HR**

Sherry Smith

**HR, Global Customer Care & Supply Chain Operations**

Lynn Evans

**HR, Strategy & Services**

Martin Cozyn

**Executive Assistant**

Kathy Wheeler

**HR, Optical Long Haul Networks & CTO**

Helen Cooper

**HR, Asia**

Tony Preston

**HR, Mergers, Acquisitions & Divestitures**

Mary Ellen Colontonio

**HR Corp. Marketing**

Kim Logan

**HR, Wireless Networks**

Luc Sicotte

**HR, EMEA**

Geoff Lloyd

**Employee Relations**

Lewis Lockhart

**Employee Communications**

Richard Byrd

**HR, Metro & Enterprise Networks**

Stephen Jones

**HR, Americas**

Robert Holmes

**HR, Regions**

Fred Reller

INTERNAL USE ONLY

**REV:  December 14, 2001**



# NORTEL NETWORKS

## CHIEF MARKETING OFFICER

**Chief Marketing Officer**

Alan Kember

- **Government and Community Relations** — Greg Farmer
- **Canadian Government Relations** — Peter Washburn
- **Corporate Relations** — John Strimas
- **Corp. Marketing Customer Loyalty and Product P.R.** — Richard Jung

- **Global Employee Communications** — Richard Byrd
- **Regional Marketing AP** — Jolia Kua
- **Regional Marketing EMEA** — Michael O'Hara
- **Corporate Strategy and Industry Analysts** — Ashoka Valia

- **Market, Competitive and Customer Intelligence** — Joanne Steinberg
- **Nortel Publishing** — Andy Lark
- **Human Resources** — Kim Logan
- **Corporate Services Finance** — Michael Kales

15

INTERNAL USE ONLY

# Tab 3

# ATTACHMENT INFO

Name:        Org Charts 2000 to Present.zip?Exec.
             Org. Charts-July 2002-v.1.ppt

Size:        218KB (222,208 bytes)

Modified:    Friday, July 26, 2002 9:38 AM

Comments:    UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

HIGHLY CONFIDENTIAL        NNC-NNL07281107 / 1



# Nortel Networks
# Functional Organization Charts

For Internal Use

July 25, 2002

RESTRICTED

INTERNAL USE ONLY



REV: July 25, 2002

INTERNAL USE ONLY

2



**NORTEL NETWORKS**

REV: July 25, 2002

*EMERGENCY COVERAGE*

**President and Chief Executive Officer**
**Frank A. Dunn**
*Cover: F. Plastina*
*G. Donahee*

**President Metro & Enterprise Networks**
**Frank Plastina**
*Cover: S. Spradley*
*O. Rodriguez*

**President Wireless Networks**
**Pascal Debon**
*Cover: S. Slattery*
*M. Gollogly*

**President Optical Networks**
**B. McFadden**
*Cover: G. Mumford*
*P. Morin*

**President Americas**
**Gary Donahee**
*Cover: R. Burke*
*S. Schilling*

**President Europe, Middle East and Africa**
**Steve Pusey**
*Cover: M. Collins*
*C. Doherty*

**President Asia**
**Masood Tariq**
*Cover: R. Mao*
*J. Giamatteo*

**President Global Customer Care & Supply Chain Operations**
**Chahram Bolouri**
*Cover: R. Lowe*
*R. Ricks*

**Chief Financial Officer**
**Douglas Beatty**
*Cover: K. Stevenson*

**Chief Technology Officer**
**Greg Mumford**
*Cover: R. Stark*

**Chief Legal Officer**
**Nicholas DeRoma**
*Cover: D. Noble*
*W. Lasalle*

**Senior Vice President Human Resources**
**William Donovan**
*Cover: M. Cozyn*
*L. Evans*

**Chief Marketing Officer**
**Alan Kember**
*Cover: A. McMonagle*
*R. Jung*

3

**NORTEL NETWORKS**

**REV: July 25, 2002**

## METRO AND ENTERPRISE NETWORKS



**President Metro and Enterprise Networks**

Frank Plastina

**President & GM Intelligent Internet**

Oscar Rodriguez

**President & GM Optical Ethernet**

Marco Pagani

**President & GM Carrier VoIP**

Sue Spradley

**Enterprise Marketing**

Bob Burke

**Service Provider Product Marketing**

Al Safarikas

**Enterprise Network Management**

Clive Foreman

**Human Resources**

Stephen Jones

**Finance**

Ken Taylor

**Legal**

Tom Gigliotti

INTERNAL USE ONLY



NORTEL NETWORKS

WIRELESS NETWORKS

REV: July 25, 2002

President
Wireless Networks

Pascal Debon

Strategic Marketing

Dave Murashige

Technology &
Product Strategy

Mark Whitton

President & GM
CDMA / TDMA

Steve Slattery

President & GM
GSM-GPRS

Vivian Hudson

President & GM
UMTS

Alain Biston

Finance

TBA

Human Resources

Luc Sicotte

Legal

Bill Lasalle

Americas

Peter MacKinnon

EMEA

Tim Watkins

Asia

Jean-Luc Jezouin

Operations
Richard Lowe

5

INTERNAL USE ONLY

REV: July 25, 2002

**NORTEL NETWORKS**

## OPTICAL NETWORKS



INTERNAL USE ONLY



INTERNAL USE ONLY



NORTEL NETWORKS

EMEA

REV: July 25, 2002

8

INTERNAL USE ONLY

**President EMEA** — Steve Pusey

Leadership Category:
- Enterprise Networks — P. Kelly
- Optical Networks — P. Newcombe
- Wireless Networks — T. Watkins
- Carrier Networks — C. Doherty

Regional Sales Team:
- UK, Ireland & N. Europe — M. Collins
- France & EMEA — M. Clement
- Germany/ NNI / Netas / EE — D. Edwards
- Italy, Greece Cyprus, Malta — T. Quattrin
- Iberia — J. Casamitjana
- Vodafone — D. Joannou
- Enterprise Channels & Partners — B. Shakespeare

Functional Support:
- IS — A. Hitchcock
- Legal — B. Lasalle
- Finance — M. Gasnier
- HR — G. Lloyd
- Marketing & Bus. Strat. — C. Doherty
- Customer Care — J. Haydon



**NORTEL NETWORKS**

REV: July 25, 2002

Asia Pacific

President
Asia Pacific
Masood Tariq

ASEAN
Francois Lancon

Emerging Markets
Mark Stevens

Japan & Korea
John Giamatteo

Greater China
Robert Mao

Australia &
New Zealand
Steve Wood

Unified Network
Solutions & Bus Ops
Ken Pecot

Global Carrier
Robert Richardson

India
Ashoka Valia
Joseph Samuel

Business Partners
& ES
Barry Southern

Human Resources
Tony Preston

Finance
Robert Ferguson

Supply Chain Ops
Bill Ozer

Legal
Louise Pearson

Information Sys
Raymond Leung

Global Customer
Care Services
Steve Clemons

Corp Marketing &
Communications
Jolia Kua

INTERNAL USE ONLY

9



**NORTEL NETWORKS**

REV: July 25, 2002

**GLOBAL CUSTOMER CARE & SUPPLY CHAIN OPERATIONS**

President
Global Customer Care & Supply Chain Operations

Chahram Bolouri

Chief Information Officer — Richard Ricks

Wireless Operations — Richard Lowe

Metro & Enterprise Operations — Michael Pangia

Optical Operations — Claude Dubois

Optical Component Operations — Liam Nagle

Global Quality & Processes — Pat Rhodes

EMEA Customer Care Services — John Haydon

Asia Customer Care Services — Steve Clemons

Global Network Services — Doug Michaelides

Global Market Planning — Tonya Lowe

Supply Management — Michael O'Flynn

Communications — Velma LeBlanc

Finance — Ken Crosson

Human Resources — Lynn Evans

Legal Counsel — John Manaras

10

INTERNAL USE ONLY



NORTEL NETWORKS

REV: July 25, 2002

FINANCE

**Chief Financial Officer**

Douglas Beatty

**Controller**
M. Gollogly

**General Auditor**
A. Donoghue

**Vice President Tax**
K. Bush

**Treasurer**
K.B. Stevenson

**Planning & Consolidation**
P. Browne

**Investor Relations**
A.M. McMonagle

**Global Ops**
K. Crosson

**Global Business Development**
C. Johnson

**Wireless Networks**
TBA

**Optical Finance**
D. Hamilton

**Metro & Enterprise Networks**
K. Taylor

**Asia**
R. Ferguson

**EMEA**
J.M. Gasnier

**Americas**
J. Kinney

INTERNAL USE ONLY



**NORTEL NETWORKS**

REV: July 25, 2002

TECHNOLOGY

Chief Technology Officer
**Greg Mumford**

Network Architect
**Phil Edholm**

Leader Cross Portfolio Integration
**Rod McPherson**

Leader Advanced Technology
**Ryan Stark**

Market, Competitive & Customer Intelligence
**Joanne Steinberg**

Leader Advanced Technology Wireless
**Mark Whitton**

Leader Optical
**Gary Adams**

Human Resources
**Helen Cooper**

Finance
**Michael Kales**

Communications
**Michelle Murray**

Legal Counsel
**Art Fisher**

INTERNAL USE ONLY



NORTEL NETWORKS

REV: July 25, 2002

CHIEF LEGAL OFFICER

**Chief Legal Officer**

Nicholas J. DeRoma

**Intellectual Property**

Arthur Fisher

**Corporate Secretary**

Deborah Noble

**Mergers & Acquisitions**

Richard Tallman

**Litigation**

Ernest Higginbotham

**Managing Attorney**

Roger Schecter

**Americas**

Claudio Morfe

**Global Customer Care & Supply Chain Operations & Corporate Marketing**

John Manaras

**EMEA & Wireless Networks**

William LaSalle

**Employment**

Mark Cooper

**Asia Pacific**

Louise Pearson

**Corporate Security**

Timothy Williams

**Optical Networks**

Timothy Collins

**Metro and Enterprise Networks**

Thomas Gigliotti

13

INTERNAL USE ONLY



NORTEL NETWORKS

HUMAN RESOURCES

REV: July 25, 2002



**Senior Vice-President Human Resources**

Bill Donovan

---

**HR, Metro & Enterprise Networks**

Stephen Jones

**HR, Wireless Networks**

Luc Sicotte

**HR, Optical Networks & CTO**

Helen Cooper

**HR, Global Customer Care & Supply Chain Operations**

Lynn Evans

**HR, Corporate Finance, Legal**

Sherry Smith

---

**HR, Americas**

Robert Holmes

**HR, EMEA**

Geoff Lloyd

**HR, Asia**

Tony Preston

**HR, Strategy & Services**

Martin Cozyn

---

**Employee Relations**

Lewis Lockhart

**HR, Mergers, Acquisitions & Divestitures**

Mary Ellen Colontonio

**Executive Assistant**

Kathy Wheeler

**Employee Communications**

Richard Byrd

---

14

INTERNAL USE ONLY



**NORTEL NETWORKS**

**CHIEF MARKETING OFFICER**

REV: July 25, 2002

**Chief Marketing Officer**

Alan Kember

Government and Community Relations

Greg Farmer

Canadian Government Relations

Peter Washburn

Corporate Communications and Exec Support

John Strimas

Corp. Marketing Customer Loyalty and Product P.R.

Richard Jung

Global Employee Communications

Richard Byrd

Regional Marketing AP

Jolia Kua

Regional Marketing EMEA

Colin Doherty

Corporate Strategy

Roy Hudson

Market, Competitive and Customer Intelligence

Joanne Steinberg

Human Resources

Dale Pratt

Corporate Services Finance

Michael Kales

INTERNAL USE ONLY

# Tab 4

# ATTACHMENT INFO

Name:      Org Charts 2000 to Present.zip?Exec.
           Org. Charts May 26, 2004.ppt

Size:      247KB (252,416 bytes)

Modified:  Monday, May 17, 2004 2:13 PM

Comments:  UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

HIGHLY CONFIDENTIAL



# Nortel Networks
# Functional Organization Charts

For Internal Use

May 26, 2004

RESTRICTED

INTERNAL USE ONLY

NORTEL
NETWORKS

REV: May 26, 2004

**President and Chief Executive Officer**

William Owens

- **President Wireless Networks**
  Pascal Debon

- **President Optical Networks**
  Brian McFadden

- **President Wireline Networks**
  Sue Spradley

  - **President Asia Pacific**
    John Giamatteo

  - **President and Chief Executive Officer Greater China**
    Robert Mao

  - **President Europe, Middle East and Africa**
    Steve Pusey

- **President Enterprise Networks**
  Malcolm Collins

  - **President CALA**
    Dion Joannou

- **President Global Alliances**
  Masood Tariq

- **President Global Operations**
  Chahram Bolouri

- **Chief Financial Officer**
  Bill Kerr

- **Chief Technology Officer**
  Greg Mumford

- **Chief Legal Officer**
  Nicholas DeRoma

- **Senior Vice-President Human Resources**
  William Donovan

2

INTERNAL USE ONLY

REV: May 26, 2004

## *Emergency Coverage*



**NORTEL NETWORKS**

**President and Chief Executive Officer**
William Owens

| President Wireless Networks | President Optical Networks | President Wireline Networks | President Enterprise Networks | President Global Alliances | President Asia Pacific | President and Chief Executive Officer Greater China |
|---|---|---|---|---|---|---|
| Pascal Debon | Brian McFadden | Sue Spradley | Malcolm Collins | Masood Tariq | John Giamatteo | Robert Mao |
| *Cover: R. Lowe S. Slattery* | *Cover: P. Morin* | *Cover: Ken Pecot Randy Dodd* | *Cover: S. Schilling* | *Cover: J. Alvi* | *Cover: S. Wood* | *Cover: Y. Lin* |

| President Europe, Middle East and Africa | President CALA | President Global Operations | Chief Financial Officer | Chief Technology Officer | Chief Legal Officer | Senior Vice President Human Resources |
|---|---|---|---|---|---|---|
| Steve Pusey | Dion Joannou | Chahram Bolouri | Bill Kerr | Greg Mumford | Nicholas DeRoma | William Donovan |
| *Cover: D. Edwards* | *Cover: A. Barrios* | *Cover: J. Whitehurst* | *Cover: K. Stevenson M. Pahapill* | *Cover: P. Carbone* | *Cover: B. LaSalle D. Noble* | *Cover: M. Cozyn E. King* |

3

INTERNAL USE ONLY



REV: May 26, 2004

**WIRELESS NETWORKS**

President
Wireless Networks

Pascal Debon

Product Development

Richard Lowe

Strategic Marketing

Dave Murashige

Technology &
Product Strategy

John Hoadley

Global TSS/Proposals

Helene Auriol

GM Converged
Core Network

Alan Stoddard

President & GM
CDMA / TDMA

Steve Slattery

President & GM
GSM / GPRS / EDGE

Vivian Hudson

President & GM
UMTS

Alain Biston

North America

Peter MacKinnon

Finance

(Acting)

Adrian Donoghue

Human Resources

Luc Sicotte

Legal

Paul Knudsen

IS

Pat Couillard

GM WLAN
Solutions

Mark Whitton

Asia Pacific

Mike Murphy

CALA

Kevin Taylor

Greater China

George Huang

Operations

Jay Whitehurst



**NORTEL NETWORKS**

**OPTICAL NETWORKS**

REV: May 26, 2004

5

INTERNAL USE ONLY

NORTEL NETWORKS

REV: May 26, 2004

WIRELINE NETWORKS



President
Wireline Networks

Sue Spradley

GM TDM

Gayle Lanier

GM MCS
(Acting)
Gord Quinn

GM Succession

Ken Peot

GM MSE

Scott McFeely

GM Shasta

Roy Maclean

GM Carrier Passport

Doug McGregor

Carrier Managed and Hosted Services Leader

Al Safarikas

Sprint Succession Network Implementation

Randolph Wheatley

Business Partner Program

Tom Steffens

Sales North America

Randy Dodd

Marketing
(Acting)
Jim Dondero

GM, Wireless LAN

Mark Whitton

Technology Leader Next Gen Voice/ Multimedia

Gord Quinn

Technology Leader Data Services

David Hudson

Education Leave Harvard AMP

Martha Bejar

Human Resources

Robert Holmes

Finance

Dave Gibson

Legal

Tom Gigliotti



NORTEL NETWORKS

ENTERPRISE NETWORKS

REV: May 26, 2004

President
Enterprise Networks
Malcolm Collins

President
North America Accounts
Steve Schilling

President
U.S. Federal Network
Solutions
C. Saffell

Enterprise
Global Marketing
C. Richardson

GM
Enterprise Data Networks
Atul Bhatnagar

GM
Enterprise Multimedia
Systems
Alex Pierson

GM
Enterprise Multimedia
Applications
Roxann Swanson

GM
Local Premise Solutions
Aziz Khadbai

Asia Pacific
Enterprise Accounts
Rick Seeto

EMEA
Enterprise Accounts
Peter Kelly

CALA
Enterprise Accounts
Juan Chico

Greater China
Enterprise Accounts
Stephen Tsui

Global Operations
Mike Pangia

Legal
Tom Gigliotti

Finance
(Acting)
Peter Chronowic

Human Resources
Stephen Jones

7

INTERNAL USE ONLY

# NORTEL NETWORKS

8

REV: May 26, 2004

## ASIA PACIFIC

**President
Asia Pacific**

**John Giamatteo**

---

**Finance
Brian Hoppe**

**Human Resources
Kate Bishop**

**Global Ops
Barry Murash**

**Corp. Marketing &
Communications
Jolla Kua**

**General Counsel
Louise Moore**

**Information Sys.
Raymond Leung**

**Corporate Security
Ian Barlow**

**Facilities
Nick Swain**

---

**Wireless Networks

Mike Murphy**

**Optical Networks

James Demers**

**Wireline Networks

David Caspari**

**Enterprise Networks

Rick Seeto**

**Marketing Operations

Viva Lee**

---

**Australia &
New Zealand
Steve Wood**

**India

Ashoka Valia**

**ASEAN

Mark Stevens**

**Japan

Nick Vreugdenhil**

**Korea
Soo-Jin Chung**

# NORTEL NETWORKS

**REV: May 26, 2004**

## GREATER CHINA

```
President and
Chief Executive Officer
Greater China

Robert Mao
```

- **Chief Operating Officer China** — Yuan-Hao Lin
- **Sales-CUTC & CMCC, GR & BD** — Edmond Lo
- **Wireless Networks** — George Huang
- **Business Operations** — Viva Lee

- **Hong Kong** — Stephen Tsui
- **Taiwan** — Jackson Wu
- **NNCE - JV** — Albert Chan
- **GDNT - JV** — Tony Wang

- **General Counsel** — Louise Moore
- **Human Resources** — Kelly Cheung
- **Global Operations** — Henry So
- **Finance** — Sidney Chan
- **Information Systems** — Raymond Leung
- **Corporate Marketing & Communications** — Jolia Kua

9

**NORTEL NETWORKS**

10

**EMEA**

REV: May 26, 2004



Org chart — EMEA:

- President EMEA — Steve Pusey
  - Enterprise Networks — P. Kelly
  - Optical Networks — P. Newcombe
  - Wireline Networks — D. Buffett

Regional Sales Team:
- N. Europe & Netas — D. Edwards
- France & MEA — M. Clement
- Italy, Greece Cyprus, Malta — P. DiGiuseppe
- Vodafone — T. Watkins
- North East Europe — R. Piasentin
- S. E. Europe Poland & Israel — S. Lupu
- Germany & Central — Dr. H. Hegemann
- Iberia — J. Casamitjana
- BT — M. Weeks
- Orange — C. Landrevot

Functional Support:
- IS — I. McKeown
- Legal — C. Morfe
- Finance — M. Gasnier
- Business Operations — S. Beard
- HR — G. Lloyd
- Customer Care — M. O'Flynn

Leadership Category

Regional Sales Team

Functional Support

INTERNAL USE ONLY



NORTEL NETWORKS

REV: May 26, 2004

CALA

**President**
**Caribbean & Latin America**

**Dion Joannou**

Sales Leader
Brazil & TIM

Herve Adam

Sales Leader
Telefonica & Tier 2

Alvio Barrios

Sales Leader
Southern Cone

Andrea Cavallari

Sales Leader
Mexico & AMX

Pablo Vazquez-Oria

Sales Leader
Caribbean & C&W

Bert Milan

Sales Leader
BellSouth Int.

Cameron Holden

Bid Management
CALA

Chris Weyand

Business OPS

Gil Simoes

Marketing
Communications
CALA

Ernesto Ortiz

Optical

Francisco Dominguez

Wireless

Kevin Taylor

Wireline

Manuel Terrero

Enterprise

Juan Chico

Legal

Jacqueline Hea

HR

Patricia Bresciani

Treasury

Bill Ellis

Finance

Walter Jankovie

Customer OPS Leader
CALA

Luis Guerra-Sanz

Corporate Security

John Stabler

INTERNAL USE ONLY



NORTEL NETWORKS

GLOBAL OPERATIONS

REV: May 26, 2004

**President Global Operations**

Chahram Bolouri

**Chief Information Officer**

Albert Hitchcock

**Global Operations Wireless**

Jay Whitehurst

**Global Operations Enterprise**

Michael Pangia

**Global Operations Wireline Alfredo DeCardenas**

**Global Operations Optical**

Peter Murphy

**Global Quality & Processes**

Pat Rhodes

**EMEA Customer Care**

Michael O'Flynn

**Greater China Customer Care**

Henry So

**Asia Pacific Customer Care**

Barry Murash

**Global Market Planning**

Tonya Lowe

**Supply Management**

John Haydon

**Global Repair/ Return & Logistics**

Claude Dubois

**Communications**

Velma LeBlanc

**Finance**

Bob Ferguson

**Human Resources**

Martin Cozyn

**Legal Counsel**

Tim Collins

INTERNAL USE ONLY

NORTEL NETWORKS

REV: May 26, 2004

FINANCE



13

INTERNAL USE ONLY

# NØRTEL NETWORKS

REV: May 26, 2004

## TECHNOLOGY

| Chief Technology Officer |
| --- |
| Greg Mumford |

| Advanced Technology | Cross Portfolio OAM Solutions | R&D Investment Strategy & Best Practices | Strategic Planning | Global Technology & Ottawa Communications |
| --- | --- | --- | --- | --- |
| Ryan Stark | Tom Borowiecki | Mike Langlois | Peter Carbone | Brenda Valois |

| Enterprise | Wireline Data | Wireline Voice | Optical | Wireless Technology |
| --- | --- | --- | --- | --- |
| Phil Edholm | David Hudson | Steve Elliott | Louis-Rene Pare | John Hoadley |

| EMEA Region | Asia/Pacific Region Chief Architect | Legal Counsel | Finance | Human Resources |
| --- | --- | --- | --- | --- |
| Geoff Hall | Don Proudfoot | Art Fisher | Michael Kales | Helen Cooper / Pat Vincent |

14



**N⊘RTEL NETWORKS**

REV: May 26, 2004

## CHIEF LEGAL OFFICER



Chief Legal Officer

Nicholas J. DeRoma

---

Intellectual Property

Art Fisher

---

Corporate Secretary

Deborah Noble

---

Litigation

Ernest Higginbotham

---

Assistant Secretary

Gordon Davies

---

Assistant Secretary

Blair Morrison

---

Global Govt. & Community Relations

Greg Farmer

---

Canadian Govt. Relations & International Trade

Peter Washburn

---

Leadership Cat., Global Operations & Employment

Bill LaSalle

---

Asia Pacific & China

Louise Moore

---

EMEA

Claudio Morfe

---

Security

Tim Williams

---

CALA

Jacqueline Hea

---

15

INTERNAL USE ONLY



NORTEL NETWORKS

HUMAN RESOURCES

REV: May 26, 2004

**Senior Vice-President Human Resources**

Bill Donovan

**HR, Wireline Networks** — Robert Holmes

**HR for HR & IS** — Sherry Casey

**HR, Global Operations** — Martin Cozyn

**HR, Mergers, Acquisitions & Divestitures** — Mary Ellen Colontonio

**Global Compensation & Benefits** — Sherry Smith

**HR, Optical Networks & CTO** — Helen Cooper

**HR, Asia Pacific** — Kate Bishop

**Executive Compensation** — Elena King

**Diversity** — John Berry

**HR, Wireless Networks** — Luc Sicotte

**HR, Greater China** — Kelly Cheung

**Employee Relations** — Lewis Lockhart

**Employee Communications** — Richard Byrd

**HR, Enterprise Networks** — Stephen Jones

**HR, EMEA** — Geoff Lloyd

**Global HR Services** — Debbie Barnes

16

INTERNAL USE ONLY

# Tab 5

| | |
|---|---|
| **From:** | LeBlanc, Velma [CAR:0197:EXCH] |
| **Sent:** | Thursday, April 21, 2005 4:08 PM |
| **To:** | McFadden, Brian [CAR:0001:EXCH]; Lapointe, Jean [CAR:0S03:EXCH]; Wagner, Trudy [CAR:0279:EXCH] |
| **Subject:** | FW: Suggesting name change |

FYI ...

-----Original Message-----
| | |
|---|---|
| **From:** | Thorpe, Leigh [CAR:0S03:EXCH] |
| **Sent:** | Thursday, April 21, 2005 3:19 PM |
| **To:** | LeBlanc, Velma [CAR:0197:EXCH] |
| **Subject:** | Suggesting name change |

Velma . . .

Let me bounce something off you:

Now that Brian's title has changed, we're having a bit of trouble understanding how to refer to ourselves so that people can understand our role, especially outside the company. CTO is a commonly used abbreviation, so when we said CTO's Office, people knew what we meant. CRO is not so familiar.

That means we end up writing Chief Research Officer's Office which looks redundant or Chief Research Office, which doesn't seem to parse. I think Corporate Research Office or just Corporate Research would make more sense as a division name, and it is obviously something that the Chief Research Officer (Brian) would logically be in charge of.

What do you think? How can we get this into consideration?

Regards,

. . .**Leigh**

1

**CONFIDENTIAL**        **NNC-NNL06896480 / 1**

# Tab 6

A

# ATTACHMENT INFO

Name:    Exec. Org.-Profile Charts-NNC Brd-Sept. 7, 2005.ppt

Size:    287KB (292,864 bytes)

Modified:    Thursday, August 25, 2005 1:35 PM

Comments:    UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

**CONFIDENTIAL**



# Nortel Networks
# Functional Organization Charts

**For Internal Use**

**September 7, 2005**

**RESTRICTED**

INTERNAL USE ONLY

REV: September 7, 2005

**Vice-Chairman and Chief Executive Officer**
William Owens

Senior Advisor
Pascal Debon

Senior Advisor
Chahram Bolouri

**President Europe, Middle East, Africa and Asia Pacific**
Steve Pusey

**President Enterprise Networks**
Malcolm Collins

**President CDMA**
Richard Lowe

**President Wireline/Optical**
Steve Slattery

**President GSM/UMTS**
Peter MacKinnon

**President Global Services and Operations**
Susan Spradley

**CEO Nortel PEC Solutions**
Charles Saffell

**Chief Strategy Officer**
Dion Joannou

**President CALA**
Martha Bejar

**President and Chief Executive Officer Greater China**
Robert Mao

**North American Sales Carrier Networks**
Randy Dodd

**Strategic Marketing Carrier Networks**
Dave Murashige

**Chief Marketing Officer**
Clent Richardson

**Executive Vice-President and Chief Financial Officer**
Peter Currie

**Chief Legal Officer**
Nicholas DeRoma

**Chief Ethics and Compliance Officer**
Susan Shepard

**Vice President Audit**
Robert Bartzokas

**Chief Information Officer**
Albert Hitchcock

**Senior Vice-President Human Resources**
William Donovan

**Chief Research Officer**
Brian McFadden

REV: September 7, 2005

## EMEA



**President**
**Europe, Middle East, Africa and Asia Pacific**
Steve Pusey

**Enterprise Network**
Peter Kelly

**Optical/Wireline Networks**
Peter Newcombe

**N. Europe & Netas**
Darryl Edwards

**France & MEA**
Michel Clement

**Italy, Greece Cyprus, Malta**
Pierfrancesco DiGiuseppe

**Vodafone**
Tim Watkins

**North East Europe** (Acting)
Igor Marchenko

**S. E. Europe Poland & Israel**
Sorin Lupu

**Germany & Central**
Dr. Holger Hegemann

**Iberia**
Casimir Alonso Segura

**BT**
Mark Weeks

**Orange**
Christine Landrevot

**Business Operations**
Simon Beard

**Business Dev. Government Sector**
Richard Skaife

**Legal**
Christian Waida

**IS**
Ian McKeown

**Finance**
Henry Birt

**HR**
Geoff Lloyd

**Regional Operations**
Dan Connor

INTERNAL USE ONLY



REV: September 7, 2005



## ASIA PACIFIC

**President**
**Europe, Middle East,**
**Africa and Asia Pacific**

**Steve Pusey**

- **India** — Ashoka Valia
- **ASEAN & ANZ** — Mark Stevens
- **Japan** — Nick Vreugdenhil
- **Korea** — Soo-Jin Chung

- **Wireless Networks** — Mike Murphy
- **Wireline/Optical Networks** — James Demers
- **Enterprise Networks** — Rick Seeto
- **Marketing Operations** — Viva Lee

- **Finance** — Brian Hoppe
- **Human Resources** — Kate Bishop
- **Global Ops** — Barry Murash
- **Corp. Marketing & Communications** — Jolia Kua

- **Legal** — Andrew Grant
- **Information Sys.** — Raymond Leung
- **Corporate Security** — Ian Barlow
- **Facilities** — Nathan Perks

INTERNAL USE ONLY

4



REV: September 7, 2005

# ENTERPRISE NETWORKS



**President**
**Enterprise Networks**

**Malcolm Collins**

**GM**
**Enterprise Multimedia Systems**
**Alex Pierson**

**GM**
**Enterprise Multimedia Applications**
**Roxann Swanson**

**GM**
**Local Premise Solutions, Network Mgmt. & SMB**
**Aziz Khadbai**

**GM**
**Enterprise Data Networks**
**Atul Bhatnagar**

**Enterprise Global Marketing and North America Channels**
**Robert Cullen**

**North America Accounts**
**Robert Riccitelli**

**North America Enterprise Sales Engineering**
**Doug Kaye**

**Asia Pacific Enterprise Accounts**
**Rick Seeto**

**EMEA Enterprise Accounts**
**Peter Kelly**

**CALA Enterprise Accounts**
**Juan Chico**

**Greater China Enterprise Accounts**
**Stephen Tsui**

**Global Operations**
**Mike Pangia**

**Legal**
**Tom Gigliotti**

**Finance**
**(Acting)**
**Peter Chronowic**

**Human Resources**
**Stephen Jones**

INTERNAL USE ONLY

5

REV: September 7, 2005



# CDMA

**President CDMA**
Richard Lowe

**Business Operations**
Regina Moldovan

**PLM/NPI CDMA**
Douglas Wolff

**R&D Leader CDMA**
Harold Graham

**Converged OAM Solutions**
Kalli LeFevre

**Product Leader WiMAX/WLAN**
Mark Whitton

**Marketing Leader CDMA**
Steve Searles

**Verizon Wireless Account Team**
Mark Frisch

**RTL MTX/NBSS 14**
Michael Ostapiw

**RTL MTX/NBSS 13**
Mark Slater

**Finance**
Jay Armstrong

**Sprint Account Team**
Karen Hempel

**CALA Wireless Accounts**
Kevin Taylor

**Asia Pacific Wireless Accounts**
Mike Murphy

**Greater China Wireless Accounts**
Jay Huang

**NA Regional Accounts**
Jim Biard

**Human Resources**
Kevin Marcellus

**Wireless Advanced Technology**
John Hoadley

**Telus Account Team**
Greg Best

**BCE Account Team**
Ken McIver

**Wireless Operations**
Alfredo Decardenas

**Legal**
Paul Knudsen

INTERNAL USE ONLY

6

**REV: September 7, 2005**

# WIRELINE / OPTICAL



**President Wireline/Optical**

Steve Slattery

**Business Operations**

Cathy Kuo

**Wireline & Optical Marketing**

James Dondero

**Product Strategy and Network Engineering**

David Hudson

**GM Services Edge**

Scott McFeely

**GM, Broadband Network Solutions**

Walt Megura

**GM, Cable Network Solutions**

Dan Mondor

**GM Optical Networks**

Philippe Morin

**Commercial Marketing**

Eric Xavier Schoch

**GM, Multimedia Converged Networks**

Alan Stoddard

**Business Leader TDM**

Steve Horowitz

**Finance**

Lorrie Mathers

**Legal**

Paul Knudsen

INTERNAL USE ONLY

7



**REV: September 7, 2005**

# GSM / UMTS



**President**
**GSM / UMTS**

**Peter MacKinnon**

| | |
|---|---|
| **Business Operations** | Manar Alazma |
| **GSM / UMTS Solutions** | Alain Biston |
| **Gbl. Prod. Mktg. / Pricing & Americas TSS / Mktg Support** | Alan Pritchard |
| **EMEA & Asia TSS & Marketing Support** | Scott Wickware |
| **GSM / UMTS Core PLM** | Deb Bourland |
| **SGSN /GGSN R&D** | Lorne Hinz |

**TMO USA** — Niel Covey

**Cost Reduction & Supply Mgt.** — Helene Auriol

**GSM / UMTS India** — Paul Challoner

**Finance** — Leith Tessy

**Legal** — Paul Knudsen

8

INTERNAL USE ONLY

REV: September 7, 2005

# GLOBAL SERVICES AND OPERATIONS



**President Global Services and Operations**
Sue Spradley

- **North America** — Alfredo de Cardenas
- **Asia/Pacific** — Barry Murash
- **Greater China** — Henry So
- **EMEA** — Dan Connor
- **CALA** — Luis Guerra
- **Business Ops** — Janet Higgins

- **Enterprise OPS & Services** — Mike Pangia
- **Leader, Advanced Services and Solutions** — Vivian Hudson*
- **Global Foundation Services & Outsourcing** — David Downing
- **Business & Services Marketing Development** — Curt Hopkins
- **Global Carrier Services Into and Core Engineering** — Jeff Rea

- **Global Supply Chain** — John Haydon
- **Supply Chain Ops & Process** — Peter Murphy
- **OSP, Order Mgmt &Marketing Ops** — Tonya Lowe

- **Finance** — Dave Gibson
- **HR** — Robert Holmes
- **Legal Operations** — Tim Collins
- **Legal Services** — Tom Gigliotti
- **Communications Services** — Bob Hester
- **I. S.** — Mary Kay Wells

*Vivian Hudson will be returning from LOA in September, 2005.

9

INTERNAL USE ONLY



# NORTEL PEC SOLUTIONS



**Board of Directors**

*Proxy Board Members*
*Chuck Saffell – Chair*
*Dave Karlgaard – Vice Chair*
*Scot McCauley*
*Paul Rice*
*Mike Paige*
*Alan Harbitter*
*Steve Szeremeta*
*Ken Carpenter*

*Proxy Board*
*Jim Frey*
*Tom McInerney*
*Greg Newbold*

**Chief Executive Officer**

**Chuck Saffell**

President
Product Solutions Group

Mike Paige

President
Service Solutions Group

Paul Rice

Chief Legal Officer

Steve Szeremeta

Facility Control Officer

Bonnie Boyer

Chief Financial Officer

Ken Carpenter

Technology Control Officer

Alan Harbitter

VP Human Resources

Christina Correira

10



REV: September 7, 2005

# STRATEGY PLANNING



**Chief Strategy Officer**

Dion Joannou

**Corporate Business Development**

Hyacinth DeAlmeida

**Corporate Strategy Development**

Ken Pecot

**Strategic Planning Technology**

Peter Carbone

**IS Business Management**

Mary Clement

**Global HR M&A, HR Bus Partner**

Mary Ellen Colontonio

**Corporate Mergers & Acquisitions**

Khush Dadyburjor

**Finance Prime**

Michael Kales

**Global Market Intelligence & Strategy**

Tony Lee

11

INTERNAL USE ONLY

REV: September 7, 2005



# CALA

**President**
**Central and Latin America**
**Martha Bejar**

| Sales Leader Brazil & TIM | Sales Leader Telefonica & RoLA | Sales Leader C&W Caribbean | Sales Leader Mexico & AMX | Sales Leader Caribbean & C&W |
|---|---|---|---|---|
| Rodrigo de Abreu | Alvio Barrios | Cameron Holden | Pablo Vazquez-Oria | Bert Milan |

| Business OPS/ Bid Mgt. CALA | Wireless | Wireline / Optical | Enterprise |
|---|---|---|---|
| Mayra Luis Castillo | Kevin Taylor | Manuel Terrero | Juan Chico |

| Legal | HR | Customer OPS Leader CALA | Finance Acting | Treasury | Corporate Security | Marketing Communications CALA |
|---|---|---|---|---|---|---|
| Jacqueline Hea | Patricia Bresciani | Luis Guerra-Sanz | Michael Kales | Bill Ellis | John Stabler | Ernesto Ortiz |

12

INTERNAL USE ONLY



REV: September 7, 2005

# GREATER CHINA



**President and Chief Executive Officer Greater China**

Robert Mao

**COO & EN LC**

Stephen Tsui

**CTO Wireline LC & Alliance**

Yuanhao Lin

**Wireless LC**

Jay Huang

**Carrier Accounts Sales**

Edmond Lo

**Business Effectiveness**

Shawn Fleck

**MD, Hong Kong**

David Wong

**MD, Taiwan**

Jackson Wu

**NNCE - JV**

Albert Chan

**GDNT - JV**

Tony Wang

**Legal**

Wee Meng Chuan

**Human Resources**

Kelly Cheung

**Global Operations**

Henry So

**Finance**

Sidney Chan

**Information Systems**

Raymond Leung

**Corporate Marketing & Communications**

Jolia Kua

13

INTERNAL USE ONLY



REV: September 7, 2005

# NORTH AMERICAN SALES CARRIER NETWORKS



INTERNAL USE ONLY

14



**REV: September 7, 2005**

# STRATEGIC MARKETING
# CARRIER NETWORKS

15



**Strategic Marketing Carrier Networks**

**Dave Murashige**

- **Sales Marketing** — Laurence Deforeit
- **Carrier Market Strategy** — Bruce Gustafson
- **Wireless Market Relations** — Mark Morell
- **Wireless Strategic Positioning/CI** — Paul LeRossignol
- **Regulatory** — Scott Carlson
- **Microwave Transport Solutions** — John Kovalcik



REV: September 7, 2005

## MARKETING



**Chief Marketing Officer**

**Clent Richardson**

---

**Corporate Communications**

**Bill Durling**

---

**Global Strategic Marketing**

**Tony Lee**

---

**Global Messaging, Employee Communications & Analyst Relations**

**Richard Byrd**

---

**Global Brand Communications**

**Wes Durow**

---

**Marketing - AsiaPac & Greater China**

**Jolia Kua**

---

**Marketing - EMEA**

**Dave Silke**

---

**Marketing - CALA**

**Ernesto Ortiz**

---

**Global Marketing Events & Executive Briefing Centers**

**Robbie Collins**

---

**Global Planning & Integration**

**Dana Hughens**

16

INTERNAL USE ONLY



REV: September 7, 2005

# FINANCE



17

INTERNAL USE ONLY



REV: September 7, 2005

# LEGAL



**Chief Legal Officer**

Nicholas J. DeRoma

**Intellectual Property**

Claudio Morfe

**Litigation**

Ernest Higginbotham

**Assistant General Counsel-Securities & Corporate Secretary**

Gordon Davies

**Global Govt. & Community Relations**

Greg Farmer

**Nortel PEC Solutions**

Steve Szeremeta

**Carrier Networks**

Bill LaSalle

**Enterprise Networks & Global Services**

Tom Gigliotti

**Security**

Tim Williams

**Global Employment and Labour Law**

Mark Cooper

**Asia Pacific**

Andrew Grant

**Greater China**

Wee Meng Chuan

**EMEA**

Christian Waida

**CALA**

Jacqueline Hea

INTERNAL USE ONLY



REV: September 7, 2005

# ETHICS & COMPLIANCE



**Chief Ethics & Compliance Officer**

Susan Shepard

**Ethics & Compliance Ombudsperson**

Clara Del Villar

**Deputy Ethics & Compliance Officer**

Robert Timberg

**Forensic Accountant**

Bradley Brookman

19

INTERNAL USE ONLY

---



20

**REV: September 7, 2005**

## AUDIT



Vice-President, Audit

Robert Bartzokas

Corporate, CALA, IT & Systems Development

Tom Kwan

EMEA

Jean-Romain Cure

NAAT, Asia Pacific, Greater China & RCSA

*(Acting)*

Robert Bartzokas

INTERNAL USE ONLY



**REV: September 7, 2005**

# INFORMATION SERVICES



**Chief Information Officer**

**Albert Hitchcock**

**IS Technology Services**

Don Dixon

**IS Value Chain Solutions**

Marykay Wells

**IS Product Development Solutions and R&D Support**

Chris Ashwood

**IS Service Delivery**

Robert Rehnlund

**IS Global Compute Services**

Ian McKeown

**IS Finance and HR Solutions and CALA Support**

Maribel Carrion

**IS Ethics, Legal and Audit Solutions**

Brennan Penney

**IS Business Management**

Mary Clement

**IS EMEA Support**

Dave Quane

**IS Asia Pacific and Greater China**

Raymond Leung

**Corporate & Systems Security**

Tim Williams

**HR**

Trudy Wagner

**Finance**

Ed Reed

21

INTERNAL USE ONLY



**REV: September 7, 2005**

# HUMAN RESOURCES



| Senior Vice-President Human Resources |
| Bill Donovan |

| HR |
| Martin Cozyn |

| Compensation & Benefits |
| Elena King |

| HR Services |
| Debbie Barnes |

| EH&S/ Knowledge Services |
| Gayle Lanier |

| Business Analyst |
| Jiten Bhatt |

| Business Analyst |
| Gary Garber |

| Business Analyst |
| Abdul Khawar |

| Business Analyst |
| Wendy McIntire |

22

INTERNAL USE ONLY



REV: September 7, 2005

# RESEARCH



**Chief Research Officer**

Brian McFadden

**Strategy & Architecture**

Peter Carbone

**Advanced Technology Enterprise/Federal**

Silvana Romagnino

**Advanced Technology Wireline/Optical**

Gord Quinn

**Advanced Technology Wireless**

John Hoadley

**R&D Effectiveness & Platforms**

Mike Langlois

**Security**

Rod Wallace

**Chief Scientist EMEA**

Phil Hargrave

**Asia/Pacific Region Chief Architect**

Don Proudfoot

**Legal**

Claudio Morfe

**Human Resources**

Trudy Wagner

**Finance**

Gord Campbell

**Global Technology & Ottawa Communications**

Velma Leblanc

INTERNAL USE ONLY

# Tab 7

| | |
|---|---|
| **From:** | Lapointe, Jean [CAR:0S03:EXCH] |
| **Sent:** | Thursday, March 17, 2005 2:11 PM |
| **To:** | Lapointe, Jean [CAR:0S03:EXCH]; McFadden, Brian [CAR:0001:EXCH]; Borowiecki, Tom [CAR:1A06:EXCH]; Campbell, Gord [CAR:1114:EXCH]; Carbone, Peter [CAR:5049:EXCH]; Javed, Al [CAR:2A60:EXCH]; Langlois, Mike [CAR:OM0A:EXCH]; LeBlanc, Velma [CAR:8E00:EXCH]; Quinn, Gordon [RICH1:4421:EXCH]; Stark, Ryan [CAR:1A00:EXCH]; Wagner, Trudy [CAR:0279:EXCH]; Wallace, Rod [CAR:0S00:EXCH]; Hargrave, Philip [HAL02:0970:EXCH] |
| **Cc:** | Dougherty, Deborah [CAR:P641:EXCH]; Phillips, Joan [CAR:0001:EXCH] |
| **Subject:** | RE: CTO Cabinet Meeting |
| **Sensitivity:** | Confidential |

All,

Sorry I attached the wrong word doc

Here is the right one

Apologies
Jean



CTO Ops
Review.doc

-----Original Message-----
| | |
|---|---|
| **From:** | Lapointe, Jean [CAR:0S03:EXCH] |
| **Sent:** | Thursday, March 17, 2005 11:50 AM |
| **To:** | McFadden, Brian [CAR:0001:EXCH]; Borowiecki, Tom [CAR:1A06:EXCH]; Campbell, Gord [CAR:1114:EXCH]; Carbone, Peter [CAR:5049:EXCH]; Javed, Al [CAR:2A60:EXCH]; Langlois, Mike [CAR:OM0A:EXCH]; LeBlanc, Velma [CAR:8E00:EXCH]; Quinn, Gordon [RICH1:4421:EXCH]; Stark, Ryan [CAR:1A00:EXCH]; Wagner, Trudy [CAR:0279:EXCH]; Wallace, Rod [CAR:0S00:EXCH]; Hargrave, Philip [HAL02:0970:EXCH] |
| **Cc:** | Dougherty, Deborah [CAR:P641:EXCH]; Phillips, Joan [CAR:0001:EXCH] |
| **Subject:** | RE: CTO Cabinet Meeting |
| **Sensitivity:** | Confidential |

Good day all,

Attached is an agenda for the CTO Ops review slated for the 22nd.

The slate is full so we need to be tight and keep it to a level which will enable us to get it all in the alloted time - the plan is a follows;

    - Each leader to prepare a one page slide capturing top 3 priorities - Template attached (Same chart used to capture top 3 priorities for the GIS)
    - Each leader to update the priority status, confirm forecast delivery date, identify dependencies and issues.

From various interactions with CTO, the Mandate below is a first draft capture of our accountabilities.  During this review, we need to capture the value we bring to Nortel, and what are we doing to influence others to move the company in a new direction.

Could you provide your input by Tuesday early AM so I can assemble prior to meeting?

Thanks
Regards
Jean

1

<< File: CTO Ops review - 22 March 05.doc >> << File: CTO OPS Review March 22 Template.ppt >> << File: GIS - template Mar 22.ppt >>

# CTO Mandate

Keeping the future in front of Nortel and its customers and for ensuring that Nortel remains at the forefront of technology leadership.

Accountable for:

- ☐ Nortel's next-generation architectural vision
- ☐ Technology and portfolio roadmaps
- ☐ Advanced technology research
- ☐ Incubating new businesses and new business models
- ☐ R&D effectiveness
- ☐ Security initiatives.

## How do show leadership to achieve?

-----Original Appointment-----
**From:**    Phillips, Joan [CAR:0001:EXCH]   **On Behalf Of** McFadden, Brian [CAR:0001:EXCH]
**Sent:**    Thursday, February 24, 2005 7:50 AM
**To:**    McFadden, Brian [CAR:0001:EXCH]; Borowiecki, Tom [CAR:1A06:EXCH]; Campbell, Gord [CAR:1114:EXCH]; Carbone, Peter [CAR:5049:EXCH]; Javed, Al [CAR:2A60:EXCH]; Langlois, Mike [CAR:OM0A:EXCH]; LeBlanc, Velma [CAR:8E00:EXCH]; Quinn, Gordon [RICH1:4421:EXCH]; Stark, Ryan [CAR:1A00:EXCH]; Wagner, Trudy [CAR:0279:EXCH]; Wallace, Rod [CAR:0S00:EXCH]; Lapointe, Jean [CAR:0S03:EXCH]; Hargrave, Philip [HAL02:0970:EXCH]
**Subject:** Updated: CTO Cabinet Meeting
**When:**   Tuesday, March 22, 2005 12:00 PM-4:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:**   Executive Boardroom
**Importance:**    High
**Sensitivity:**    Confidential

HIGHLY CONFIDENTIAL            NNC-NNL06892309 / 2

# Tab 8

| | |
|---|---|
| **From:** | Office of, Brian-McFadden [BAN:8442:EXCH] |
| **Sent:** | Friday, October 01, 2004 3:51 PM |
| **To:** | Nortel Leaders and R&D Team |
| **Subject:** | Leadership Team for Chief Technology Organization |

Further to Bill Owens' organization announcement of August 19th, I am pleased to announce the leadership team that will be working with me to lead the development of Nortel Networks technology strategy and network architecture vision to ensure our future strength as a technology and innovation leader. This effort includes engaging our customers, our employees and the marketplace to develop and articulate our vision and to shape industry directions. The CTO office also works closely with the carrier and enterprise businesses to create the solutions and customer value that Nortel Networks will bring to market in the years ahead. Underpinning these accountabilities is the CTO's responsibility for the development of Nortel Networks global R&D community and culture of innovation.

The CTO team is organized around five main areas of accountability: Network Strategy and Architecture, R&D Effectiveness, Network Security, Advanced Technology Research, and working with the CMO on the Market Positioning of the company's Technology Leadership.

NETWORK STRATEGY AND ARCHITECTURE
Peter Carbone continues to lead this team with specific responsibilities for developing Nortel Networks strategic network and architecture vision and the incubation of new business ideas and concepts. Much of this work will be centered on understanding the transformation and convergence strategies of our customers. To develop Nortel Networks strategies in these areas and influence the future directions of the industry, Peter's team will engage lead customers with network planning and business analysis projects. Peter will work closely with the CSO, Dion Joannou, for strategy development. Tom Borowiecki will join Peter's team and will leverage his experience in network management and platforms implementations to drive consistent architecture at the network level.

R&D EFFECTIVENESS
Mike Langlois has the responsibility to work with the various lines of business to develop their future platform, technology, and R&D process strategies. This includes the S/W Platform Convergence Initiative, the Design Authority Initiative and the company's global lab strategy. Mike and his team are also accountable for establishing common technology strategies, subject matter expertise and best practices taken from inside the company and from across the industry. Lee Clark will provide leadership for the Solutions Ready Team along with her current responsibilities.

NETWORK SECURITY
In line with the recent mandate for the CTO to develop a corporate-wide security strategy and business framework, Rod Wallace has been selected to lead this effort. Rod will work closely with the CIO, Albert Hitchcock, as well as each of the businesses to develop strategies for their security products, solutions, services and go-to-market offers. Rod will report directly to me.

ADVANCED TECHNOLOGY RESEARCH
The CTO office has the responsibility to work with the various business units to develop their longer term technology and product strategies. This effort involves advanced technology and solutions research including strategic external research projects with academic institutions and government agencies around the world. Strategic contributions to global and regional industry forums are also developed by this team to influence and drive relevant industry standards for networks and services. To ensure an advanced technology focus in each of

1

**HIGHLY CONFIDENTIAL**

our significant customer segments, a dedicated leader from the CTO office will work with each of the businesses as follows:

Ryan Stark will work with Malcolm Collins (Enterprise) and Chuck Saffell (Federal Systems) to develop the Advanced Technology programs for each of their customer segments.

Gord Quinn will work with Steve Slattery and his team to develop and deliver the advanced technology programs for the Wireline and Optical business. Steve Elliott will continue to report to Gord Quinn in his current role.

Al Javed will continue to lead the Wireless Advanced Technologies team and work with Richard Lowe (CDMA) and Peter MacKinnon (GSM/UMTS) to develop and deliver the advanced technology programs for these areas.

MARKET POSITIONING OF NORTEL NETWORKS TECHNOLOGY LEADERSHIP
Brenda Valois will articulate Nortel Networks technology leadership messages, network vision, and innovation focus. She will continue to orchestrate CTO communications and drive strategic engagements that clearly position Nortel Networks as a global technology innovator. This effort includes the leadership of an integrated communications and community engagement plan that leverages Nortel Networks presence in Ottawa -- encompassing media relations, employee communications, and community relations. Effective immediately, Brenda will move over to the CMO and continue to support the CTO on a dotted line basis.

Supporting the Chief Technology Office will be:

- Joan Phillips, Executive Administrative Assistant
- Trudy Wagner, Human Resources
- Gord Campbell, Finance

As the strategy and direction of the CTO organization becomes more defined, I will communicate further. These appointments will be effective October 1, 2004.

Brian McFadden
Chief Technology Officer
Nortel Networks

----

2

# Tab 9

| | |
|---|---|
| **From:** | LeBlanc, Velma [CAR:0197:EXCH] |
| **Sent:** | Friday, November 11, 2005 3:24 PM |
| **To:** | Phillips, Joan [CAR:0001:EXCH]; McFadden, Brian [CAR:0001:EXCH]; Robillard, Jo-Anne [CAR:0197:EXCH] |
| **Cc:** | Lapointe, Jean [CAR:0S03:EXCH] |
| **Subject:** | Draft Note to CIOs |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Brian, as discussed, please have a look and make whatever changes you would like.

Once you're OK with the content, Jo-Anne will put it into the Nortel e-mail template (HTML coding required) and then Joan or Jo-Anne will send to the list of CIOs.

I have to leave shortly for several hours, but if you need to reach me, please call my cell at 613-794-9205.

Thanks,
Velma

P.S. Should cc: Richard Dacosta and David Gulas

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

As the Chief Research Officer of Nortel and as your official host on Tuesday, I wanted to thank you for accepting our invitation to visit Nortel's R&D facilities in Ottawa. Our Ottawa campus is Nortel's largest site globally and home to about 40% of the Company's R&D initiatives. We're delighted that you will have the opportunity to see some of those initiatives first hand.

I'm sure you'll find the day interesting and relevant to the plans you are putting in place for networks and services going forward.

I look forward to meeting you.

Best regards,
Brian McFadden
Chief Research Officer

1

CONFIDENTIAL                          NNC-NNL06909859 / 1

# Tab 10





# Global R&D Investment Strategy and recommendations for Nortel Networks

Mike Langlois        CTO Office

**LC Primes:**
Steve Shevell        Wireless
Dennis Cote          Enterprise
Ron Wellard          Optical
Steve Bolding        Wireline

**Other Contributors:**
Abdul Khawar
Lee Clark-Sellers
Ricki Li
Raymond Mark
Many Global Senior R&D Leaders.

**NORTEL**
NETWORKS                NORTEL NETWORKS CONFIDENTIAL





















**If Nortel started from scratch
What would our R&D labs Model be
for our 14,000 employees?**
.......

Well we don't get a chance to start
from scratch, but we can set our course
for 2-4 years from now....

NORTEL
NETWORKS



# Lab Types and Mandates

## Core Product / Platform Lab

### Culture and Mindset
- Enterprising, visionary, creative
- Business savvy
- Industry current
- Franchise players

### Core Competencies
- State of the art technology
- Extensive S/W and H/W skills
- Technology depth & breadth

### Mandate and Ownership of
- Network solution architecture primadation
- Product architectural owner
- Core technology—H/W, CPS, OA&M
- Custom Ground DNA (platforms)
- Design supporting functions
- Outsourcing as required
- Reports to Portfolio group during the Portfolio R&D control

### Work Contents
- New products development and architecture evolution

## Regional Market Support Lab

### Culture and Mindset
- Business oriented
- Current with local regulations
- OB&T driven

### Core Competencies
- Broad portfolio breadth of
- Software development skills
- Good understanding of
  - Customer network architecture
  - Customer business model
  - Customer culture, relationships

### Mandate and Ownership
- Defined market – 1 or 2 market regions
- Regional Solution requirements
- Customer product features/support
- Customer satisfaction
- Does not own a product or architecture
- Team size: 150 max to 200 +
- Reports to Portfolio Group

### Work Contents
- Product S/W adaptations + applications
- Sustaining functions

## Resource Lab (contract)

### Culture and Mindset
- Task orientation
- Time/cost conscious

### Core Competencies
- Software development skills
- Quick knowledge build up
- Assemble and disassemble teams quickly

### Mandate and Ownership
- Non-Model Lab
- R&D cost efficiency and of productivity lean
- Ability to ramp up and down on demand
- Does not own a product or architecture
- Work content driven by Portfolio Group

### Work Contents
- Software applications
- Architecturally stable functions
- Sustaining functions (S/W or H/W)
- Specialized research





COST CONSIDERATIONS (Marginal Cost of 1 extra R&D person)
(Lab Compensation Rates after Local R&D Tax Credits
(Includes Salary, Fringe and Bonus)

Legend:
- Netas JV
- Beijing
- India Contract
- GDNT JV
- Ottawa
- Brazil/Galway/Belfast
- Calgary/Australia
- Germany/UKR/Vienna
- Dallas
- France
- Boston
- RTP
- Santa Clara

Cost

•Does Not include R&D efficiencies/benefits from massive collocation
•Grow work in Beijing/Netas based on cost reasons versus GDNT/India



# Recommendations

"Nortel" Platforms should use Ottawa as the default choice
(see backups for Platform Definition)
unless clear business reasons dictate otherwise.( Eg. Common Wireless
access common platform may not be in Ottawa)
Ottawa has only proven track record for carrier grade platforms.
(History: DMS, Optical, Passport, Network Mgmt)
(Future: OME, MSE, NSP)

- Design new carrier platforms to **really** be "platforms". (tools,arch,stream
- Core labs in NA and Paris should develop "product " instances,
  reference design re-use and applications on top of these platforms.
- Regional labs focus on market support, local adaptations & local servic
- Each regional lab must have a clear documented and agreed to mandate
- Site considerations should be taken very seriously before any
  new product development or partnership
  can be launched (including OEMs) . IC consultation required.
- All regional labs should formalize a process for scouting local technolog
  companies for new ideas/technology or radical approaches and
  centralize this information for potential investment actions by LC
  investment council.



NORTEL
NETWORKS

NORTEL NETWORKS CONFIDENTIAL



## Recommendations (continued)

* Gradually reduce number of US labs to 3. (SC, and small labs → Boston/Ottaw
* Gradually reduce number of Canadian labs to 2. (Calgary and Ottawa)
* Gradually reduce number of EMEA labs to 3. (Maidenhead and Paris and Neta
* Pick one regional lab in Asia (Beijing) to concentrate Cross-LC solutions .
     Focus R&D on China "fit", fast-feature and solution integration for regi
* Attempt to concentrate more future low cost R&D work into India/Netas.
* Extend relationship of India contract lab to provide localization effort
     and H/W design capability for sustaining legacy products.
* Product OEM/partnership work in China should be low-end,
     very cost sensitive, non leading edge technology products due to
     Intellectual Property technology leak threat.
* Consolidate all Ottawa sites into Carling ASAP (Skyline...) to increase efficienc
     Mobility of designers across LC boundaries.
* Re-enable/encourage healthy movement of people between LC's. It has been vi
     stopped now for almost 2 years. Open talent draft for MSE as example.

NORTI
NET     * This recommendation is Not supported by Enterprise

## General Comments

- All regional labs need to be better tied into the LC business directions in order to plan resource skill mix into 2004-2005

- Multi-LC R&D presence in major regional labs beneficial
    - Flexibility of resource movement across LCs based on business ebbs and flows
    - Broaden the knowledge base to better support solutions
                                                           that span LCs in future
- Opportunities in Asia for ODM (Outsource Design and Manufacturing) need to be explored more by LCs by better leverage others R&D $$ and resources (first right of refusal by Selectron/SCI causing TTM issues)





# Backups

NORTEL
NETWORKS



# What is a "Corporate Platform"

A corporate platform is:

- Architected to allow many asynchronous product releases
- Architected to support many different X-LC product instantiations
- Designed to fit many different application environments from a cost, packaging, OAM and general S/W perspective.
- Architected to allow easy incorporation of commercial S/W.
- Managed as a platform (S/W Rls, config mgmt, tools, GNPS...)
- High Quality and deployable in the tens of thousands of units in carrier grade and enterprise environments.
- Has legs to scale upward and downwards at industry cost points.
- Should allow converge of many existing products in time
- Default position is Carrier Grade for Reliability, Availability, Maintainability, Survivability and Supportability (e.g. see TL9000, RQMS, CG154).

Do we have any platforms today?                                    DMS
Do we have any planned for tomorrow? MSE, OME/Viking and NSP(OAM)

## China R&D Labs OBJECTIVES

Generate/Support massive expansion of Nortel business in Gr. China &
- ≻Sales leverage/support
- ≻Tight Customer Coupling and network requirements
- ≻Feature Velocity
- ≻Customer Satisfaction/Loyalty
- • Local customer network and solutions knowledge
- • Build up synergy with host LCs
- • Cost Reduction for Global R&D for the region
- • On-Time Delivery with High Quality

### Market Responsiveness. On Time Every Time

### Key Success Factors

- • Clear documented lab mandate
- • Quality & R&D Efficiency record
- • Broad Portfolio Knowledge
  and Expertise
- • Ability to put solutions together

### Challenges

- • Multi-sites Team's Synergy
- • Product Knowledge and Expertise
- • FAST Features Delivery
- • Language and cultural LC bridging
- • IPR controls

### Team Synergy

### R&D Effectiveness

# Beijing R&D Overview

## 2003 View for 220 HC

| | |
|---|---|
| UMTS 3GPP | 1.2M |
| UMTS packet core & OAM | 2.7M |
| Passport MDM, 7K/15K/20K | 2.5M |
| Succession CS2Ke, EMS & App | 2.8M |
| Presido Framework | 0.5M |
| Optical OM2K for PRC | 0.9M |
| PRC CDMA & Taiwan GSM | 0.6M |
| Product training for PRC | 1.0M |

## Development Skills

- Operating System: Solaris, HPUX, window, window NT
- Language: C++/C, JAVA, Corba
- Database: Objected Oriented db, Oracle, Informix, Sysbase
- OO Development methodology
- Simulation tools

## S/W Development Environment

- Multi-site s/w source control
- Multi-site problem tracking system
- Multi-site documentation control
- Full COWAN access
- Test automation

## Domain & Product Knowledge

- NE data mediation across wireless UMTS & CDMA access, circuit switching, packet network, VOIP, optical
- Network Management function including FM, CM, IM, PM, trail, billing
- GUI development for network management and services
- Integrated element management across all four LC products
- Network Element protocol: SNMP, CMIP, TL1
- IP services, web services, multi-media network applications
- Product training and technical support to end customers

## Lab Environment

- NMS, product integration lab
- PP data labs for training, demo and dev (1K, 4K, 7K, 8K, 8600, 15K, 20K, Shasta)
- Optical integration lab (HDX, DX, OM2K)
- Succession IMS integration lab

- Increasing their expertise in OAM, Data Networking and Optical
- Extension of Global R&D core team in specific technical areas (mediation,PPORT,UMTS,Optical)

# R&D Capability – GDNT (Joint Venture)

## 2002/03 Funding View

| | |
|---|---|
| CDMA Core | 4.00M |
| GSM Core | 1.30M |
| UMTS Trial/IOT | 0.57M |
| UMTS RNC DS | 1.30M |
| Succession/MMP | 2.97M |
| Regional | 1.22M |
| GDNT JV | 5.00M |
| | **16.36MUSD** |

## Staff/skills
- 270 People(70 wireless; 30%wireline)
- Protel 80% C++ 40%
- 32% MSc/Phd, 62% BSc
- Science & Engineering background
- 7 yrs in operation
- 37% of population with over 3-4 years working experience in Nortel
- LLR per year 55KUSD

## Programs
- GSM NSS 17 Camel Phase 3 Features; IOT with Periphonics (IVR)
- CDMA MTX and BSS CUTC Phase 2+ and APPW/Taiwan required features
- UMTS Captive lab with regional RNC Design, IOT and Trial support
- DMS100i & CS2Kc (softswitch) Ownership for Greater China/AP
- 1xRTT Open A BSC Development

## Core Competence
- DMS(100i,GSM,MTX,GSP,MMP) Calip, MAP, IS-41, SS7, China Signaling
- Succession (VoIP); CS2Kc/IAD
- Base CDMA Access (BTS/BSC/BSSM)
- Base UMTS/RNC Access

## Environment
- Captive labs & Nortel Core SDE
  - CDMA, GSM, UMTS
  - DMS100i, CS2Kc, IMS
  - NA Captive for HK

- Expertise in DMS Calip, SS7, Wireless and Succession/Wireline.
- Joint Venture business structure with associated rules of engagem



## End of Presentation

**NORTEL**
NETWORKS



# Tab 11

| | |
|---|---|
| **From:** | Foster, Steve [CAR:NP00:EXCH] |
| **Sent:** | Wednesday, August 10, 2005 9:10 AM |
| **To:** | McFadden, Brian [CAR:0001:EXCH] |
| **Subject:** | RE: CTO Program Summary 10 Aug 05 v5.ppt |

Brian, I don't believe we are stressing our value and contribution to the company enough in this package. It seems to be a list of what we are doing versus why we are doing these; the list of projects, the bulk of the content, will change in six months, but what we are doing, why we are doing it and how we are doing it as an effective, strong contributor to Nortel's business would not.

There is some content of what we are responsible for but even that is described in at least two different ways; there should be one consistent list. In slide 2 we say the main areas are:
- Global R&D site mandate and Governance
- Design Authorities and Technology Standardization
- Industry Standards and architectural leadership
- Brand image and industry mindshare
- Portfolio strategy
- Government and industry telecom policy

In slides 4-6 we say:
- Business Renewal
- R&D leadership and effectiveness
- Strategic Standards
- Participating in Telecom Policy
- Marketing
- Corp Strategy

Then how we execute our mandate has 5 other headings but these are more or less the same headings
- Technology Leadership   and Innovation
- Business Incubation
- Industry Agenda Leadership
- R&D Effectiveness
- University + R&D nets

When we get into these five major areas we just list existing projects not what we are responsible for. The closest is slide 11 on R&D effectiveness but most of the others are just lists; they will change in 6 months.

The org chart on slide 17 should cover the same accountabilities and not new ones. CTO should also change to CRO.

In my mind we should include things like (can be better worded than I have here, but we should take the high ground):
- CRO is accountable to the company (not the LC's)
- We look across the entire portfolio - no one else does
- We identify new business opportunities as we look across the company and also into adjacencies.
- We take ideas into business opportunities to business decisions into the company
- We are actively involved with all the presidents and their business - can give examples here
- We are responsible for avoiding near death experiences due to the new technologies or business models
- We define the technology strategy for the company
- We take new technologies and business models and nurture them, allowing the GM's to focus on their existing near term business, but then having it ready for them when needed - can give examples here
- We are engaged with 150 customer visits and spend more energy with some of our lead customers because we are the only ones that have the breadth
- We have a focus on deliverables, per 1H report
- We have processes for what we do (need to mention them) and how we decide to spend our effort and money and to make sure we are efficient and do it wisely; we have operational excellence.

I hope this is useful to you. If you agree to at least some of what I have here, we will need to make some changes to your deck. I'd be happy to discuss this further with you.

1

CONFIDENTIAL

Steve

-----Original Message-----
**From:**      McFadden, Brian [CAR:0001:EXCH]
**Sent:**      Tuesday, August 09, 2005 3:43 PM
**To:**        Foster, Steve [CAR:NP00:EXCH]
**Subject:**   FW: CTO Program Summary 10 Aug 05 v5.ppt


| **From:** | Lapointe, Jean [CAR:0S03:EXCH] |
|---|---|
| **Sent:** | Friday, July 29, 2005 6:35 PM |
| **To:** | McFadden, Brian [CAR:0001:EXCH] |
| **Subject:** | CTO Program Summary 10 Aug 05 v5.ppt |

Brian,

This is the latest draft of the charts for your session on the 10th.

Good luck
Kind regards
Jean

<< File: CTO Program Summary 10 Aug 05 v5.ppt >>

CONFIDENTIAL                                        NNC-NNL06904131 / 2

# Tab 12

**From:**           Langlois, Mike [CAR:OM0A:EXCH]
**Sent:**             Thursday, June 30, 2005 3:37 PM
**To:**               McFadden, Brian [CAR:0001:EXCH]
**Subject:**       FW: R&D Cabinet July 6th
**Attachments:**    R&D Cabinet Structure chart V1.ppt

Here is the latest note I sent them...

**From:** Langlois, Mike [CAR:OM0A:EXCH]
**Sent:** Thursday, June 23, 2005 8:39 AM
**To:** Collins, Malcolm [NC2:3078:EXCH]; Bhatnagar, Atul [SC100:8826:EXCH]; Swanson, Roxann [VMMH:RP24:EXCH]; Pierson, Alex [BVW:9P00:EXCH]; Khadbai, AA-Aziz [RICH1:5006:EXCH]
**Subject:** FW: R&D Cabinet July 6th

Malcolm and team:

I lead /chair an executive Nortel R&D Cabinet session every 2 weeks with the 10 most senior R&D leaders in Nortel.

I currently have Brian McFadden, Richard Lowe, Steve Slattery as sponsors to provide air-cover as required.
Enterprise is the only part of Nortel that I currently don't have formally on board and I would like to include Enterprise on this. I think we need to.
I left you a voicemail on this.

I would like to get your endorsement for the R&D Cabinet to include Enterprise and I would recommend that I include Nick Illyadis and Paul Senyshen on the R&D executive Cabinet Core team roster (see attached charts) to represent R&D for data, voice and applications. Paul would co-ordinate with Roxanne and Alex for Voice/Apps.

**R&D Cabinet background:**
We use this cabinet to drive and execute cross-Nortel R&D initiatives such as Site Strategy, Uniform Design Process, Uniform Design Authorities, S/W Base reduction & platform convergence, CMMI, ISO9000, TL9000 and other projects. We also use it to bring all of Nortel R&D to world class levels by sharing and adopting best practices in a Uniform way for Nortel .

The method used here is to establish clear accountability at the R&D portfolio level (example CDMA, Service Edge, Optical....).
Each of these portfolios has an accountable R&D leader (1 of the 10 noted above) to drive progress within their teams.

The sponsors for this R&D Cabinet are Richard Lowe, Brian McFadden, Malcolm Collins (tbc) and Steve Slattery

Enclosed above is a brief package that describes the team structure, goals and mode of operation.
In that package you will see the cross-Nortel topic areas (projects) are on the horizontal (rows) and the individual accountable portfolio leaders are on the vertical (columns).
Ignore the color codes on the chart, they are only representative at this point.

Mike

1

# Tab 13

| | |
|---|---|
| **From:** | Dunn, Frank [BRAM:0014:EXCH] |
| **Sent:** | Thursday, February 19, 2004 1:47 PM |
| **To:** | Spradley, Susan [RICH1:1244:EXCH]; Debon, Pascal [RICH1:6343:EXCH]; Collins, Malcolm [NC2:3078:EXCH]; McFadden, Brian [BAN:X672:EXCH]; Mumford, Greg [CAR:0001:EXCH] |
| **Cc:** | Beatty, Douglas [BRAM:0014:EXCH] |
| **Subject:** | FW: Competitor Comparisons |

Team, fyi. Please note on page 2 it shows that Nortel spends more on R&D, as a percentage of revenue, than ANY OTHER of the big players! Also our SG&A is one of the highest.

Looking for synergies is and will continue to be critical!

Also it has to be! That we improve our market share in 2004!

fad

-----Original Message-----

| | |
|---|---|
| **From:** | Joyner, Mark [NC3:2267:EXCH] |
| **Sent:** | Tuesday, February 10, 2004 8:30 AM |
| **To:** | Dunn, Frank [BRAM:0014:EXCH]; Beatty, Douglas [BRAM:0014:EXCH]; Mcmonagle, Angela [BRAM:0065:EXCH] |
| **Cc:** | Martins, Mario [BRAM:C403:EXCH] |
| **Subject:** | Competitor Comparisons |

Enclosed is the latest competitor comparisons updated for the results of Alcatel, Cisco and Ericsson. In addition, we have added market share information for the telecom infrastructure revenue, service provider and enterprise markets.

Regards,
Mark Joyner


Competitor
nmary 02_09_04 up

1

# Tab 14

| | |
|---|---|
| **From:** | Lapointe, Jean [CAR:0S03:EXCH] |
| **Sent:** | Monday, November 07, 2005 5:46 PM |
| **To:** | McFadden, Brian [CAR:0001:EXCH] |
| **Subject:** | RE: One on One with Mike Z. |

Brian,

My comments -

| | |
|---|---|
| **From:** | McFadden, Brian [CAR:0001:EXCH] |
| **Sent:** | Monday, November 07, 2005 8:32 AM |
| **To:** | Carbone, Peter [CAR:5049:EXCH]; Langlois, Mike [CAR:OM0A:EXCH]; Quinn, Gordon [RICH1:4421:EXCH]; Borowiecki, Tom [CAR:1A06:EXCH]; Hoadley, John [RICH1:2A60:EXCH]; Wallace, Rod [CAR:0S00:EXCH]; Wagner, Trudy [CAR:1469:EXCH]; Lapointe, Jean [CAR:0S03:EXCH]; Phillips, Joan [CAR:0001:EXCH] |
| **Subject:** | One on One with Mike Z. |

Folks,

This week Mike Z. will be meeting one on one with all of his direct reports. My session with him is scheduled for Thursday.

In order to prepare for the session he has sent out a list of 10 questions that he would like to cover with us. I have listed the questions below and I am open to any inputs you might like me to have for this discussion.

Although this is a personal session I will set up a call after the session to give you feedback. I believe I can handle the questions regarding the important things he should know about me and my own career aspirations but, if you are really opinionated on these let me know what you think :)

1) What are the 3-5 most important things about the company that we should preserve and why?
- Preserve and build upon our tradition and history as innovators, and as being a company that is in front in terms of understanding technology. Our rep as thought leaders is eroding and this must be addressed.
- Focus on wireless, Optical (BW will soon be again a major issue, given apps sophistication, and increasing # of media rich sessions) and builders of end-to-end networks (I believe if we can keep this expertise - we will win in long run as networks are getting increasingly complex and sophisticated)
- Services and security - We need to focus more on this as huge market to assist Carriers & SP's operate, evolve and maintain their networks, and so users can trust the networks.
- ASIA Focus -Increase it - Nortel must establish itself as leader with major market presence to retain its reputation as a global major player - no Asia = no global
- Focus on sensor and presence technology and networks, as these are keys to how network intelligence will evolve going forward.
- Focus on applications and network intelligence will be true money maker over the long term
- Consumers more and more important to understand as they will be driving more and more the network requirements (smart fridges, smart cars, multi-media PDA's will drive network requirements going forward) Nortel needs to have increased focus in this area.

2) What are the 3-5 things we really need to change and why?
- Customer base & focus. There will new key players (Yahoo, eBay, American Express, GM OnStar) who were not players 5 years ago. The world is undergoing radical change and Nortel must undergo radical change if Nortel wants to continue to be a player. To respond, Nortel needs to break away from its current contract type R&D role.
- Move to central R&D (In decision making only) - Promotes reuse, busts silos, eliminates duplication, easier accountability
- Have better process to attack new and existing markets, and be more dynamic in terms of looking at innovation on a tri axis basis 1- Market innovation (do more like GE), 2 - Process innovation (Dell and McDonalds) where they are example BIC at business process, and 3- Product innovation. Nortel tends to focus on the latter, and we get beat as we have slow process to monetize our ideas (Health Care, Security, etc)

3) What do you most hope I do?

1

- Appoint Brian McFadden CTO accountable to provide cross corp direction, vision and for R&D investments - have ARB, PMB, IRB report into CTO. Should have been done months ago.
- Accelerate site and portfolio decisions so we can be more effective more quickly, and place more emphasis on innovating in new areas - Identity, Video (IP TV etc), et al
- Re-establish Nortel and R&D leader and be brash about Nortel and its expertise.

4) What are you most worried I will do?
- Not Rock the boat - there is a need to shake up Nortel so everyone embraces change, is singularly focused on new sales (opportunity or markets), and proactively works together.

5) What suggestions do you have for me?
- Institute specific growth targets, market share for each product and services, and focus on the winners, and have courage to stop the laggards
- Drive operational excellence in everything we do by making key measurable performance targets part of everyone's priorities (e.g. 25% of sales must be from products less than 18 months old, or agreed to multiples of R&D to sales)

6) Tell me the most important things I should know about you.
- Public presence and ability to impart Nortel technology message second to none.
- Consummate team player who puts Nortel first - even to self detriment

7) What are your career aspirations and how do you feel about your current status?
- Should be CTO

8) What unifying business (or quality or empowerment or other) processes do you think can be a great foundation for Nortel?

9) What leadership values do you think we should all aspire for?

10) Is there anything else you would like to discuss or ask?

Regards,

Brian McFadden

CONFIDENTIAL                                    NNC-NNL06909463 / 2

# Tab 15

A



| From: | Warren, Christina [BRAM:1419:EXCH] |
|---|---|
| Sent: | Sunday, January 16, 2005 3:34 PM |
| To: | LeBlanc, Velma [CAR:8E00:EXCH]; MacLean, Roy [CAR:SA00:EXCH]; McLellan, Tom [CAR:3499:EXCH] |
| Cc: | Robillard, Jo-Anne [CAR:1523:EXCH]; Byrd, Richard [NC2:8442:EXCH]; Fuller, Ann [CAR:2647:EXCH]; MacKenzie, Marion [BRAM:1801:EXCH]; McFadden, Brian [BAN:X672:EXCH]; Wagner, Trudy [CAR:0279:EXCH] |
| Subject: | Re: FINAL Letter to the Editor |

Velma:  the Citizen doesn't guarantee next day posting of a "letter to the editor" although
it will print it it within a week of posting they say. Today's layout will have already been
determined. Also it is probably a good idea to let Bert know we are doing this to remind him
about how important it is to check the facts with us. Thanks again Ann and Velma for
managing.

Tina
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: LeBlanc, Velma [CAR:8E00:EXCH] <vleblanc@americasm01.nt.com>
To: MacLean, Roy [CAR:SA00:EXCH] <rmaclean@americasm01.nt.com>; McLellan, Tom [CAR:3499:EXCH]
<tommclel@americasm01.nt.com>
CC: Warren, Christina [BRAM:1419:EXCH] <tinawarr@americasm01.nt.com>; Robillard, Jo-Anne
[CAR:1523:EXCH] <jor@americasm01.nt.com>; Byrd, Richard [NC2:8442:EXCH]
<rbyrd@americasm01.nt.com>; Fuller, Ann [CAR:2647:EXCH] <AFULLER@AmericasM01.nt.com>;
MacKenzie, Marion [BRAM:1801:EXCH] <MACKENM@AmericasM01.nt.com>; McFadden, Brian
[BAN:X672:EXCH] <bmcfadden@americasm01.nt.com>; Wagner, Trudy [CAR:0279:EXCH]
<trudyw@americasm01.nt.com>
Sent: Sun Jan 16 14:46:20 2005
Subject: FINAL Letter to the Editor

Roy/Tom - thanks for your help with the Letter to the Editor. I think we're fine to send -
the messages are consistent with the message board & Q&As that were approved last week. As
discussed, we should send today in the event that there is a possibility of this being
published tomorrow. Would be nice to get it into the paper ASAP. (Roy - I'll send submission
details under separate cover).

If it's published tomorrow, then we'll send a note out to all employees, from FYI Ottawa,
flagging the letter for them.

If it's not in tomorrow's paper, then I'd suggest we still send a note out from FYI Ottawa,
along the following lines:

To: All Ottawa Employees
From: Roy MacLean and Tom McLellan
Re: Letter to the Editor at the Ottawa Citizen

We just wanted to make you aware that we have submitted a "Letter to the Editor" at the
Ottawa Citizen (the letter is below), clarifying some of the points in Saturday's Ottawa
Citizen article, re: our Consolidation at Carling. We are not sure if or when the Letter will
be published, but we wanted to let you know that we have taken steps to "set the record
straight."

1

HIGHLY CONFIDENTIAL          NNC-NNL06894301 / 1

Best regards,

Roy Maclean, Services Edge R&D
Tom McLellan, Global Operations Services & Support

**************************************

    Letter to the Editor

    We would like to provide clarification to the article in Saturday's edition, entitled "Nortel to Shut Carling Campus Research Labs," which was misleading. Although the subhead clarified that it was a "portion" of facilities involved, the article further on suggests that Nortel is discontinuing the research and development and operations activities that are being conducted in the 2.5 buildings we will be vacating. We can assure you, that as the Leaders responsible for most of the R&D & operations in those buildings, that is not case. What we are doing on the Carling campus is consolidating our existing operations – including the activities being carried out in the buildings we are vacating – into the 7.5 other buildings on the campus, in an effort to create a more efficient operating model.

    Although Nortel has already undertaken considerable consolidation in Ottawa – by moving almost all of our operations onto the Carling campus – the reality is that we still have a significant amount of unoccupied space, following the industry downturn and our resulting downsizing in recent years to meet new business realities. This is an operating model that is inefficient, expensive, and not in the best interests of our employees or shareholders.

    Hence, our decision to further consolidate on the Carling campus. The R&D & operations activities in those 2.5 buildings are not being shut down – which is the impression we think many of your readers may have taken away – but rather will be relocated to other parts of our campus.

    Our Carling campus remains Nortel's largest site globally, home to the company's largest concentration of R&D employees, and the heart of much of the company's R&D efforts.

    Roy MacLean
    Vice President,  R&D for Services Edge

    Tom McLellan
    Vice President, Global Operations Service & Support

**HIGHLY CONFIDENTIAL**          **NNC-NNL06894301 / 2**