Court File No. 09-CL-7950

**ONTARIO**

**SUPERIOR COURT OF JUSTICE**

**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

**REPLY AFFIDAVIT OF BRIAN MCFADDEN**
**(sworn April 25, 2014)**

I, **BRIAN MCFADDEN**, of the Town of Baie D'Urfé, in the Province of Quebec,

**MAKE OATH AND SAY:**

1. I am a former employee of Nortel Networks Limited ("NNL"), and as such have personal knowledge of the matters deposed to herein. This affidavit is further to my affidavit sworn April 10, 2014 (my "First Affidavit").

2. I have reviewed the Declaration of Michael Orlando dated April 11, 2014 (the "Orlando Declaration"). Paragraph 19 of the Orlando Declaration discusses Nortel's lines of business and refers to "particular types of Nortel customers and the types of networking technology." To be clear, Nortel's lines of business were organized around product lines and related services. Using Mr. Orlando's language, many "types of Nortel customers" from around the world purchased products from Nortel's lines of business, often from multiple lines of business. "Types of networking technology", i.e. products, could be sold independently or combined in various ways across the lines of business and across

the globe to provide networking solutions to our customers wherever they were located. As I indicated in my First Affidavit, as President of both the Optical and Metro Ethernet Networks lines of business at different times, I was always based in Canada. However, Nortel's lines of business were global in nature and were not tied to regions.

3.  I have reviewed John Ray's affidavit dated April 11, 2014. In paragraph 15, he states that "NNI had all of the administrative and operational functions to operate on a standalone basis." Like many technology companies, the most critical functional activity for Nortel was R&D. NNI would have required sufficient R&D capacity to create and support the products from the various lines of business in order to run as a standalone business. During my tenure, NNI certainly did not have all of the R&D capabilities to function as a standalone entity. In particular, it had very limited R&D capability in the optical sphere, and most of its wireless advanced research activities were carried out under Dr. Al Javed's direction, in Ottawa. As discussed in my First Affidavit, R&D work took place in various laboratories around the world in a collaborative fashion. However, given the centrality of Ottawa to Nortel's R&D efforts, Canada was the location where all business units carried out their R&D activities and where the majority of next-generation technology research was being performed.    With the R&D consolidation efforts that were taking place at Nortel at the time of my departure, this trend was expected to continue.   A U.S. standalone business would have required sufficient R&D resources to support its existing product base and fulfill future customer technology needs, which NNI during my tenure did not have for all lines of business and all Advanced Technology Programs.  I have no reason to believe NNI ever obtained that R&D capacity after my departure, given how expensive and difficult it would have been, if achievable at all.

3

4. In respect of the Optical business, given the heavy concentration of the Optical workforce in Ottawa, if any effort had been made to consolidate R&D in a single geographic location or entity, Canada would have been the only viable option to do so.

5. I have reviewed the affidavit of Andrew Jeffries affirmed March 25, 2014 (the "Jeffries Affidavit") and the affidavit of Simon Daniel Brueckheimer, affirmed April 9, 2014 (the "Brueckheimer Affidavit"). At paragraph 26 of the Jeffries Affidavit, and at paragraph 34 of the Brueckheimer Affidavit, Messrs. Jeffries and Brueckheimer describe their understanding of the assignment of patents by employees to Nortel and the significance of which Nortel entity held the patents. As the CTO of Nortel, I was aware of the importance Nortel placed on its intellectual property. It was my understanding that patents were assigned to NNL. During my tenure at Nortel, I had never heard the suggestion that NNI, or any other non-Canadian entity, owned any of Nortel's intellectual property. Due to their importance, matters related to the acquisition and ownership of intellectual property, like patents, were handled by Nortel's legal team.

6. As a result, I disagree with the comments at paragraphs 24 and 26 of the Orlando Affidavit, which I have reviewed, to the effect that it was commonly understood, regarding intellectual property at Nortel, "that NNL held legal title for administrative convenience only" and that all of NNL, NNI, NNUK, NNSA and NN Ireland "enjoyed full economic and beneficial ownership rights". That was certainly not my understanding during my time with Nortel, including as CTO. Indeed, I never heard any discussions of intellectual property ownership by NNI, NNUK or any other non-Canadian Nortel entity, whether "economic", "beneficial" or otherwise.

7. At paragraphs 43-51 of the Jeffries Affidavit, Mr. Jeffries discusses the Smart Antenna Technology. While researchers and engineers from the U.K. did work on particular R&D

4

projects in this area, the overall R&D effort in respect of the Smart Antenna Technology was overseen by Dr. Al Javed, the Vice-President of Advanced Wireless Technologies, in Ottawa.  An example of such direction is found in an email from Dr. Javed to Mr. Marc La Fay, the T-Mobile USA Senior Account Manager, found at Exhibit 21182.  At the relevant time, Dr. Javed and his Ottawa team led the efforts to develop the Smart Antenna Technology (referred to as the "Adaptive Antenna" technology in this correspondence).

8.  The Smart Antenna Technology is but one example of the way in which R&D projects were organized at Nortel.  Nortel was organized along global product lines and, similarly, global R&D projects.  R&D was therefore organized around a particular project, not particular geographical locations or legal entities, and was managed on a global basis.

9.  I have reviewed the affidavit of Geoffrey Hall, affirmed April 10, 2014 (the "Hall Affidavit").    At paragraphs 78-82 of the Hall Affidavit, Mr. Hall describes his understanding of the considerations that led to the closing of the R&D facilities operated by NNUK and the reduction in the number of NNUK R&D personnel.  In fact, the cost of employing R&D personnel was the prevailing consideration in the decision-making process.  R&D was too costly for Nortel to keep performing extensively in the U.K.  As Exhibit 21188 demonstrates, the marginal cost of an extra R&D person was higher in the U.K. than in Ottawa.  Similarly, as Exhibit 21185 demonstrates, the cost per person of R&D personnel was higher in the U.K. than in Ottawa.

10. In selecting R&D facilities for consolidation, Nortel sought to preserve the facilities where a "critical mass" of R&D personnel and skill sets existed.  Exhibit 21201 is an internal presentation dated December 20, 2004, which lists some of the considerations which drove Nortel's R&D effectiveness alignment efforts.  It also indicates that the U.K.

and Galway sites were below the "critical mass" in headcount.    The presentation recommended exiting the Harlow site entirely in 2005.

11. R&D activities can generally be divided into "Research" activities and "Development" activities.    The majority of Nortel's Research, including the work of its Advanced Technology Programs described in my First Affidavit, was performed in Ottawa.    A substantial portion of Nortel's Development activities, such as optimization and local adaptation, was performed under the direction of the lines of business.    Research activities were far more likely than development activities to generate the kind of intellectual property that would result in patents.

12. The Hall Affidavit (at paragraphs 47-67), the Brueckheimer Affidavit (at paragraphs 42-43), the Jeffries Affidavit (at paragraphs 28-55), and the Affidavit of Peter Newcombe, affirmed April 11, 2014 (at paragraphs 20-24), describe different understandings of the contributions by employees of NNUK to Nortel's R&D.    As the former CTO of Nortel, I have a broad perspective on Nortel's global R&D effort.    Research resulting in innovation was a global effort at Nortel.    While research engineers in the U.K. made important contributions to this effort, Ottawa was the largest source of innovative research.    A substantial portion of this innovative research was funded by the CTO office, which I headed, and which was based in Ottawa, and carried out through the Advanced Technology Programs, described in my First Affidavit.

13. Furthermore, as Exhibit 21188 indicates, the majority of technological platforms, which were deployed across various Nortel products, were developed in Ottawa.    These included DMS (Nortel's digital switching platform), Passport (its package switching platform), its Optical Networking platform and its Operations, Administration and Maintenance software.    These platforms, which lay at the foundation of Nortel's success

6

as a technology enterprise, were all developed in Ottawa, with NNUK and other entities around the world either adapting the products for local markets or developing particular components of these products at the direction of NNL.

14. As Exhibit 21201A demonstrates, the Ottawa R&D site was unique in supporting all four of Nortel's business units (CDMA, UMTS/GSM, Wireline/Optical and Enterprise) with a critical mass of R&D staff.

15. I have reviewed a copy of each and every document that I refer to in my affidavit prior to swearing it.

**SWORN BEFORE ME** at the Town of Baie D'Urfé, in the Province of Quebec, on April 25, 2014.

_____
Lawyer, member of the Barreau du Québec

GUILLAUME LEAHY
# 310000—6

_____
**BRIAN MCFADDEN**

# INDEX

**REPLY AFFIDAVIT OF BRIAN MCFADDEN (sworn April 25, 2014)**

**INDEX**

| Tab | Paragraph Referred to in Affidavit | Trial Exhibit Number | Bates Number |
|-----|-----------------------------------|----------------------|--------------|
| 1. | 7 | TR21182 | Exhibit 21182 (NNC-NNL06893851) |
| 2. | 9, 13 | TR21188 | Exhibit 21188 (NNC-NNL07376624) |
| 3. | 9 | TR21185 | Exhibit 21185 (NNC-NNL06900352) |
| 4. | 10 | TR21201 | Exhibit 21201 (NNC-NNL06444716) |
| 5. | 14 | TR21201A | Exhibit 21201A |

# Tab 1

A

TR21182



EXHIBIT

10-21-13

21182

McFadden

| | |
|---|---|
| **From:** | Leveille, Denise [CAR:2A60:EXCH] on behalf of Javed, Al [CAR:2A60:EXCH] |
| **Sent:** | Monday, January 10, 2005 4:10 PM |
| **To:** | La Fay, Marc [BLVWA:3139:EXCH] |
| **Cc:** | Pariseau, Bruno [RICH1:7130:EXCH]; Fetzko, Gordon [BLVWA:3139:EXCH]; Stepler, Paul [RICH1:3139:EXCH]; Robillard, Christophe [CTF:6203:EXCH]; De Lannoy, Arnaud [CTF:8G00:EXCH]; Jeffries, Andy [HAL02:HD40:EXCH]; Wilson, Keith [HAL02:HD23:EXCH]; Wilson, Fiona [HAL02:HD52:EXCH]; McLaughlin, Jim [SYLV:3139:EXCH]; Shaikh, Nadeem [NGD:7466:EXCH]; Hardy, David [NGD:7466:EXCH]; Luton, Gregoire [CTF:6203:EXCH]; Laune, Marthe [CTF:8G00:EXCH]; Jezouin, Jean-Luc [CTF:0104:EXCH]; McFadden, Brian [BAN:X672:EXCH] |
| **Subject:** | RE: Adaptive antennas for T-Mobile US - internal meeting |

Marc,
In my discussions with TenXC, they are ready and willing to work with Nortel, but on an exclusive basis. They want to keep the doors open for collaboration with Nokia & Ericsson.

To include them in our meeting with T-Mobile is possible.  I am setting up a meeting with their CEO and Bruno to start talking about possible business arrangements.

Regards,
Al

-----Original Message-----
**From:**   La Fay, Marc [BLVWA:3139:EXCH]
**Sent:**   Wednesday, January 05, 2005 8:40 PM
**To:**     Pariseau, Bruno [RICH1:7130:EXCH]; Fetzko, Gordon [BLVWA:3139:EXCH]; Stepler, Paul [RICH1:3139:EXCH]; Robillard, Christophe [CTF:6203:EXCH]; De Lannoy, Arnaud [CTF:8G00:EXCH]; Javed, Al [CAR:2A60:EXCH]; Jeffries, Andy [HAL02:HD40:EXCH]; Wilson, Keith [HAL02:HD23:EXCH]; Wilson, Fiona [HAL02:HD52:EXCH]; McLaughlin, Jim [SYLV:3139:EXCH]; Shaikh, Nadeem [NGD:7466:EXCH]; Hardy, David [NGD:7466:EXCH]; Luton, Gregoire [CTF:6203:EXCH]; Laune, Marthe [CTF:8G00:EXCH]
**Subject:** RE: Adaptive antennas for T-Mobile US - internal meeting

Thanks for the minutes Bruno.

I just would like to re-enforce the message about the ABSOLUTE NECESSITY to re-energize Nortel's involvement with TenXc.

Gord Fetzko and myself met today with Grant Castle, Director for T-Mobile Corporate Access Engineering, and Grant mentioned to us that the lack of Adaptive Antenna solution in Nortel portfolio was a real concern when considering the future of their New York network. This future is still being assessed under the Spectrum Efficiency RFI evaluation process.

T-Mobile is convinced that Adaptive Antenna is a "must have" now that technology evolutions have made this solution more attractive, both technically and commercially.

When asked about a suggestion for 3rd party partner, Grant only mentioned TenXc as is see them as the perfect match for Nortel.

We are committed with T-Mobile for a feedback session on Adaptive Antenna projects in the next 4 weeks timeframe, it would be very powerful to have TenXc be actually part of it.

Al, Bruno,
Do you think such involvement would be possible?

Best Regards,

Marc La Fay

1

T-Mobile USA Senior Account Manager
Nortel Networks
Tel: (+1) 425 450 7614 (ESN 257)
Cell phone: (+1) 206227 7091
e-mail: marclf@nortelnetworks.com

-----Original Appointment-----
| | |
|---|---|
| From: | Pariseau, Bruno [RICH1:7130:EXCH] |
| Sent: | Wednesday, January 05, 2005 4:17 PM |
| To: | Pariseau, Bruno [RICH1:7130:EXCH]; La Fay, Marc [BLVWA:3139:EXCH]; Fetzko, Gordon [BLVWA:3139:EXCH]; Stepler, Paul [RICH1:3139:EXCH]; Robillard, Christophe [CTF:6203:EXCH]; De Lannoy, Arnaud [CTP:8G00:EXCH]; Javed, Al [CAR:2A60:EXCH]; Jeffries, Andy [HAL02:HD40:EXCH]; Wilson, Keith [HAL02:HD23:EXCH]; Wilson, Fiona [HAL02:HD52:EXCH]; McLaughlin, Jim [SYLV:3139:EXCH]; Shaikh, Nadeem [NGD:7466:EXCH]; Hardy, David [NGD:7466:EXCH] |
| Subject: | Updated: Adaptive antennas for T-Mobile US - internal meeting |
| When: | Wednesday, January 12, 2005 8:00 AM-9:00 AM (GMT-08:00) Pacific Time (US & Canada); Tijuana. |
| Where: | ESN 427-5262 (972-684-5262) PC:4441340# |

<u>Minutes of meeting 010505</u>

1- Al and his team will set up call with TenXC this week or early next to review technology maturity and understand feasibility to interwork with Nortel BSS for a potential trial. Capacity gain of 100% is expected with this techno with the first release. More than 100% could be achieved with future releases.

2- Fixed multibeam (3 per sector) techno will be productized for Sprint and can possibly be reused for GSM. 100% capacity gain can be expected. Solution relies on new antenna with passive beamformer. One BCCH per beam would be required but sectorization gain would limit the need for additional BCCH frequency to 50%. (ex.: a 4X12 plan would have to migrate to 2X18 when the site evolves from 3 to 9 sectors). Sectorization would also limit FL to 12% vs 16% with EFR due to angle scatter. (see enclosed package from Keith). Need to clearly demonstrate why one BCCH per beam is the preferred option. (Limited additional BCCH requirement, impact on GPRS/EDGE operation etc.) Action: Marthe/Keith

3- T-Mobile operates S121212 sites today in a 20+20 Mhz environment with 18 or 21 frequencies for BCCH. Need to work from this model (Marc maybe we can help confirm this with TMO before the workshop) and where 3 beams of 4 radios each per sector would be implemented (using H2D, 2 radios/polarization/beam would be supported). As only 6 sectors per site can be provisioned today, we would need to define two sites and replace one S12K extension cabinet by a standalone BTS. Light synchronization feature (available only with V15.1 and TMO will only implement V15.1.1 (4Q05) - need workaround) would be required for 9 beam configuration to be supported. Otherwise, possible implementation using 5+1 sectors shall be investigated. Detailed site configuration requirement spec shall be produced for the workshop including link budget and capacity impact, feeder requirements etc. Action: Keith/Gregoire/Marthe

4- Need to define set of KPI that will validate capacity/performance improvements during trial. A cluster of 9 sectors sites might actually be required to prove gain with a reduced frequency hopping list. Action: Nadeem it would be nice if engineering support this action.

5- Need to define timeline for trial and eventual productization. Availability of RFS antennas and beamformer and cost for trial has to be confirmed. Action: Andy/Keith

Regards,
Bruno
-----------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------
As a follow up action from the recent T-Mobile RFI meeting on spectral efficiency, we are requested to present a more detailed position on adaptive antennas for GSM/EDGE at 1900. To address this request we would like to hold a 1 or 1/2 day workshop in Seattle or New York in Janauary to review the different options with them and define the way forward including the planning of possible testing and/or trial sessions.

Two development axis seem to be possible at this point; 1 internal with fixed beam technology and 1 using TenXC adaptive beamforming technology from Ottawa. The fixed beam technology was already investigated by PLM and WTL for Cingular and will likely be productized for the Sprint CDMA customer. Since the technology will be commercialized for CDMA, we need to review what is required to trial and productize it for GSM. The second option

2

CONFIDENTIAL

from TenXC is apparently not available yet but will be 1H05 for trial. TMO is already in discussions with them and WTL has also already met them earlier this year to better understand the cost benefits compared to fixed beams. I think we should develop a detailed position/opinion on both options and present this to TMO at the January workshop. As TMO is already investigating this on its own they will welcome a second opinion and this will further firm up their confidence in our capabilities to serve the New York market with our GSM solutions.

Regards,
Bruno

3

CONFIDENTIAL         NNC-NNL06893851 / 3

# Tab 2





# Global R&D Investment Strategy and recommendations for Nortel Networks

Mike Langlois         CTO Office

**LC Primes:**
Steve Shevell          Wireless
Dennis Cote            Enterprise
Ron Wellard            Optical
Steve Bolding          Wireline

**Other Contributors:**
Abdul Khawar
Lee Clark-Sellers
Ricki Li
Raymond Mark
Many Global Senior R&D Leaders

**NORTEL**
**NETWORKS**

NORTEL NETWORKS CONFIDENTIAL



NNC~NNL07376624

















If Nortel started from scratch
What would our R&D labs Model be
for our 14,000 employees?
.......

Well we don't get a chance to start
from scratch, but we can set our course
for 2-4 years from now....

NORTEL
NETWORKS



# Lab Types and Mandates

## Core Product / Platform Lab

### Culture and Mindset
- Enterprising, visionary, creative
- Business savvy
- Industry aware
- Franchise players

### Core Competencies
- State of the art technology
- Extensive SW and HW skills
- Technology depth & breadth

### Mandate and Ownership of
- Network solution architectures primarily
- Product architecture owner
- Core technology — HW, CPU, OS&A
- Carrier-Grade DNA (platforms)
- Design supporting functions
- Outsourcing as required
- Reports to Portfolio group owning the Portfolio R&D control

### Work Contents
- New products development and architecture evolution

## Regional Market Support Lab

### Culture and Mindset
- Business minded
- Current with local regulations
- CSP driven

### Core Competencies
- Broad portfolio breadth of
- Software development skills
- Good understanding of
  - Customer network architecture
  - Customer business model
  - Customer feature, relationship

### Mandate and Ownership
- Defined market, 1 of 3 market regions
- Regional Solution requirements
- Customer product, feature/support
- Customer satisfaction
- Does not own a product or architecture
- Team size: 150 min to 200 +
- Reports to Portfolio Group

### Work Contents
- Provide SW acquisitions / acquisitions
- Sustaining functions

## Resource Lab (contract)

### Culture and Mindset
- Task orientation
- Reaction sensitive

### Core Competencies
- Software development skills
- Quick knowledge build up
- Assemble and disassemble teams quickly

### Mandate and Ownership
- Non-Model Lab
- R&D Cost efficiency net of productivity loss
- Ability to ramp up and down on domains
- Does not own a product or architecture
- Work content driven by Portfolio Group

### Work Contents
- Software acquisitions
- Architecturally stable functions
- Sustaining functions (low entries)
- Specialized research





COST CONSIDERATIONS (Marginal Cost of 1 extra R&D person)
(Lab Compensation Rates after Local R&D Tax Credits
(Includes Salary, Fringe and Bonus)

Legend:
- Netas JV
- Beijing
- India Contract
- GDNT JV
- Ottawa
- Brazil/Galway/Belfast
- Calgary/Australia
- Germany/UKR/Vienna
- Dallas
- France
- Boston
- RTP
- Santa Clara

•Does Not include R&D efficiencies/benefits from massive collocation
•Grow work in Beijing/Netas based on cost reasons versus GDNT/India



## Recommendations

"Nortel" Platforms should use Ottawa as the default choice
  (see backups for Platform Definition)
  unless clear business reasons dictate otherwise.( Eg. Common Wireless
  access common platform may not be in Ottawa)
  Ottawa has only proven track record for carrier grade platforms.
  (History: DMS, Optical, Passport, Network Mgmt)
  (Future: OME, MSE, NSP)

- Design new carrier platforms to **really** be "platforms". (tools,arch,stream
- Core labs in NA and Paris should develop "product " instances,
  reference design re-use and applications on top of these platforms.
- Regional labs **focus on** market support, local adaptations & local servic
- Each regional lab must have a clear documented and agreed to mandat
- Site considerations should be taken very seriously before any
  new product development or partnership
  can be launched (including OEMs) . IC consultation required.
- All regional labs should formalize a process for scouting local technolog
  companies for new ideas/technology or radical approaches and
  centralize this information for potential investment actions by LC
  investment council.

NORTEL
NETWORKS

## Recommendations (continued)

* Gradually reduce number of US labs to 3. (SC, and small labs → Boston/Ottaw
* Gradually reduce number of Canadian labs to 2. (Calgary and Ottawa)
* Gradually reduce number of EMEA labs to 3. (Maidenhead and Paris and Neta
* Pick one regional lab in Asia (Beijing) to concentrate Cross-LC solutions .
  Focus R&D on China "fit", fast-feature and solution integration for regi
* Attempt to concentrate more future low cost R&D work into India/Netas.
* Extend relationship of India contract lab to provide localization effort
  and H/W design capability for sustaining legacy products.
* Product OEM/partnership work in China should be low-end.
  very cost sensitive, non leading edge technology products due to
  Intellectual Property technology leak threat.
* Consolidate all Ottawa sites into Carling ASAP (Skyline...) to increase efficienc
  Mobility of designers across LC boundaries.
* Re-enable/encourage healthy movement of people between LC's. It has been vi
  stopped now for almost 2 years. Open talent draft for MSE as example.

NORTE
NET * This recommendation is Not supported by Enterpise

## General Comments

- All regional labs need to be better tied into the LC business directions in order to plan resource skill mix into 2004-2005

- Multi-LC R&D presence in major regional labs beneficial
  - Flexibility of resource movement across LCs based on business ebbs and flows
  - Broaden the knowledge base to better support solutions
    that span LCs in future

- Opportunities in Asia for ODM (Outsource Design and Manufacturing) need to be explored more by LCs by better leverage others R&D $$ and resources (first right of refusal by Selectron/SCI causing TTM issues)

NORTEL
NETWORKS

# Backups



NORTEL
NETWORKS

## What is a "Corporate Platform"

A corporate platform is:

- Architected to allow many asynchronous product releases
- Architected to support many different X-LC product instantiations
- Designed to fit many different application environments from a cost, packaging, OAM and general S/W perspective.
- Architected to allow easy incorporation of commercial S/W.
- Managed as a platform (S/W Rls, config mgmt, tools, GNPS...)
- High Quality and deployable in the tens of thousands of units in carrier grade and enterprise environments.
- Has legs to scale upward and downwards at industry cost points.
- Should allow converge of many existing products in time
- Default position is Carrier Grade for Reliability, Availability, Maintainability, Survivability and Supportability (e.g. see TL9000, RQMS, CG154).

Do we have any platforms today?                                    DMS
Do we have any planned for tomorrow? MSE, OME/Viking and NSP(OAM)

# China R&D Labs OBJECTIVES

Generate/Support massive expansion of Nortel business in Gr. China &
- ➢Sales leverage/support
- ➢Tight Customer Coupling and network requirements
- ➢Feature Velocity
- ➢Customer Satisfaction/Loyalty
* Local customer network and solutions knowledge
* Build up synergy with host LCs
* Cost Reduction for Global R&D for the region
* On-Time Delivery with High Quality

**Market Responsiveness, On-Time Every Time**

## Key Success Factors

* Clear documented lab mandate
* Quality & R&D Efficiency record
* Broad Portfolio Knowledge
  and Expertise
* Ability to put solutions together

**Team Synergy**

## Challenges

* Multi-sites Team's Synergy
* Product Knowledge and Expertise
* FAST Features Delivery
* Language and cultural LC bridging
* IPR controls

**R&D Effectiveness**

# Beijing R&D Overview

## 2003 View for 220 HC

- UMTS 3GPP — 1.2M
- UMTS packet core & OAM — 2.7M
- Passport MDM, 7K/15K/20K — 2.5M
- Succession CS2Kc, EMS & App — 2.8M
- Preside Framework — 0.6M
- Optical OM2K for PRC — 0.8M
- PRC CDMA & Taiwan GSM — 0.6M
- Product training for PRC — 1.0M

## Development Skills

- Operating System: Solaris, HPUX, window, window NT
- Language: C++/C, JAVA, Corba
- Database: Objected Oriented db, Oracle, Informix, Sysbase
- OO Development methodology
- Simulation tools

## Domain & Product Knowledge

- NE data mediation across wireless UMTS & CDMA access, circuit switching, packet network, VOIP, optical
- Network Management function including FM, CM, IM, PM, traff, billing
- GUI development for network management and services
- Integrated element management across all four LC products
- Network Element protocol: SNMP, CMIP, TL1
- IP services, web services, multi-media network applications
- Product training and technical support to end customers

## S/W Development Environment

- Multi-site s/w source control
- Multi-site problem tracking system
- Multi-site documentation control
- Full COWAN access
- Test automation

## Lab Environment

- NMS product integration lab
- PP data labs for training, demo and dev (1K, 4K, 7K, 8K, 8600, 15K, 20K, Shasta)
- Optical integration lab (HDX, DX, OM2K)
- Succession IMS integration lab

- Increasing their expertise in OAM, Data Networking and Optical
- Extension of Global R&D core team in specific technical areas (mediation, PPORT, UMTS, Optical)

# R&D Capability – GDNT (Joint Venture)

## 2002/03 Funding View

| | |
|---|---|
| CDMA Core | 4.00M |
| GSM Core | 1.30M |
| UMTS Trial/IOT | 0.57M |
| UMTS RNC DS | 1.30M |
| Succession/MMP | 2.97M |
| Regional | 1.22M |
| GDNT JV | 5.00M |
| | 16.36MUSD |

## Staff/skills
- 270 People(70 wireless; 30%wireline)
- Protal 60% C++ 40%
- 32% MSc/Phd, 62% BSc
- Science & Engineering background
- 7 yrs in operation
- 37% of population with over 3-4 years working experience in Nortel
- LLR per year 55KUSD

## Programs
- GSM NSS 17 Camel Phase 3 Features, IOT with Periphonics (IVR)
- CDMA MTX and BSS CUTC Phase 2+ and APPW/Taiwan required features
- UMTS Captive lab with regional RNC Design, IOT and Trial support
- DMS100i & CS2Kc (softswitch) Ownership for Greater China/AP
- 1xRTT Open A BSC Development

## Core Competence
- DMS(100i,GSM,MTX,GSP,MMP) Callp, MAP, IS-41, SS7, China Signaling
- Succession (VoIP); CS2Kc/IAD
- Base CDMA Access (BTS/BSC/BSSM)
- Base UMTS/RNC Access

## Environment
- Captive labs & Nortel Core SDE
  - CDMA, GSM, UMTS
  - DMS100i, CS2Kc, IMS
  - NA Captive for HK

- Expertise in DMS Callp, SS7, Wireless and Succession/Wireline.
- Joint Venture business structure with associated rules of engagem

**End of Presentation**

NORTEL
NETWORKS



# Tab 3



## Nortel R&D Leadership Cabinet

**Charter:**

Leading Global R&D Excellence for Nortel
-> R&D becomes a business Asset vs a Cost center
-> "we" make the "right" calls for Nortel R&D
-> Drive consistency and uniformity (metrics, process...)

**Value Add:**

**To Nortel:**    Re-establish World Class R&D Capability
Optimal R&D Effectiveness
Consistent Performance and Metrics

**To Members:**    Broad Knowledge across Portfolios
Best in Class Processes, Technology sharing
Technology Re-use
Consistent definitions, metrics and tools

# Draft

NNC-NNL06900352



## Nortel R&D Leadership Cabinet: Team Structure

**R&D Core Team – Voting**

Project Manager: S. Shevel/R. Tetreault

**Extended Team – Non voting**

| M&A Kush D. | Finance L. Mathers | Global HR T. Wegner/G. Garfen | Real Estate G. Lanier | IS Chris Ashwood | Supply Mgnt John Hayden | Asia/Eastern Europe L. Clark |

**Portfolio Project Primes**

Gary Driver – CDMA Access
Gord Mein – Optical
Gord Adamyk – Services Edge
Rick Daniel – Converged Core
JP Peron – G/U Access
Ajay Vasudeva – Packet Core
Jim O'connor - OAM
Keith Landau - Voice Core
Tom McLellan's – G-Ops Prime

**Site & Support Primes**

China -
Catherine Louis - India
Myron Oleksyshyn - Supply Management

## Nortel R&D Leadership Cabinet – Mode of Operatio

➢ Council team consists CTO, 8 R&D Portfolio Leaders, Enterprise and Global Ops R&D

➢ Extended team to provide supporting activities (SM, FIN, HR, RE, IS, tools, offshore)

➢ Meetings: Bi-Weekly    – 1hr
               Monthly      – 2hr
               Quarterly    – full day

➢ No Delegates for members

➢ Cabinet Program Management: R. Tetreault and S. Shevell (TBD)

# Nortel R&D Leadership Cabinet - Dashboard



| Program | Sponsor | CDMA Access H.Graham | GU Access C.Bajina | Services Edge R.Madsen | Optical D.DiPierre | Global Ops T.McLellar | Packet Core-Wrl Core L.Hnz | Core-Wrl A+Voice K.Landau | Multimode tbd | Application tbd | Local Rem tbd | EDN N. Ilyadis | OAM K. Lefevre |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nortel portfolio Rationalization | R.Lowe | | | | | | | | | | | | |
| R&D Sim Rem | M.Langlois | | | | | | | | | | | | |
| Portfolio Execution | M.Langlois | | | | | | | | | | | | |
| Synchronous | M.Langlois | | | | | | | | | | | | |
| MFP & R&D | L.Mahrra | | | | | | | | | | | | |
| R&D Uniformity | B.McFadden | | | | | | | | | | | | |
| LDA | A.Hunn | | | | | | | | | | | | |
| LEDRP | L.Clark | | | | | | | | | | | | |
| R&D Excellence | B.McFadden | | | | | | | | | | | | |
| OAM | G.Lanier | | | | | | | | | | | | |
| TL9000/SO | G.Lanier | | | | | | | | | | | | |
| Dependability | L.Clark | | | | | | | | | | | | |
| R&D Related Projects | | | | | | | | | | | | | |
| Nortel Cost Plans | G.Qatar | | | | | | | | | | | | |
| Real Estate | G.Lanier | | | | | | | | | | | | |
| MRA | K.D | | | | | | | | | | | | |
| ELCM Metric | G.Lanier | | | | | | | | | | | | |
| 3rd Py Reqs | J.Haydn | | | | | | | | | | | | |
| Captive Consolidation | A.Hower | | | | | | | | | | | | |
| HW Consolidation | H.Graham | | | | | | | | | | | | |
| IP-S | L.Clark | | | | | | | | | | | | |

## Key Metrics



> **R&D Site Plan:**
> Metric 1: Portfolio Level R&D plan to Invest, Cap, reduce or exit targeted sites based on defined site strategy
> Metric 2: Portfolio plan to consolidate functional Excellence in key centers (OAM. H/W, PPORT,GOPS/R&D,etc)
> Metric 3: Portfolio plan to move low complexity/IPR work or Late Life Cycle product sustaining work to low-cost center and achieve 40% low cost and $125K CPP in 2006

> **Portfolio Execution:**
> Metric 1: Portfolio product level decisions are in agreement with outcomes of portfolio team package (Kunis & Co package)
> Metric 2: Portfolio R&D spend in Q4 2005 and 1H 2006 is in line with target from team package
> Metric 3: Headcount reduction and redirection targets by portfolio team package have been achieved

> **S/W Base reduction and Platform Plan:**
> Metric 1: Portfolio has a S/W base reduction and Platform strategy is in place
> Metric 2: Portfolio has a S/W base reduction program in progress and convergence on a S/W platform is proceeding

> **R&D MIPPS:**
> Metric 1: Portfolio area has agreed to Product level MIPPS R&D structure defined by CTO
> Metric 2: Portfolio area has a committed plan to report actuals and 12 month rolling forecast in MIPPS

**Each Metric will have a value of : N/A, Green, Yellow or Red**





CURRENT DISTRIBUTION OF Carrier R&D HEADCOUNT (RFT,NPW,Appropriately Outsourced(India,Rus,Rom)) - PER January 9, 2005 OSM (or equivalent H/C in AO Partners)

## Headcount by Portfolio (OSM)

| Lab | Total Cen 14 | CDMA Access H Graham (Love) | GSM/ UMTS Access C. Sejins (Mackinnon) | Services Edge R. Macken (Slabey) | Optical D DiPerna (Horn) | Core-Succession / MCS/TGM. K.Landeu (Slabey) | Core-Wireless Packet L.Hinz (McKinnon) | Core-Wireless Voice K. Landau (Slabey) | Enterprise Multimedia Systems A. Pierson | Enterprise Multimedia Application R. Swanson | Enterprise Local Prem A. Khadzhei | Enterprise Data N.Illyadis | K. Lefevre (Love) | Total HC | SM spend /yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| France | 207 | | 969 | | | 1 | | 1 | | | | | 225 | 1196 | $248 |
| Santa Clara | 210 | | | | | 1 | | | 4 | 31 | 246 | | | 283 | $59 |
| Bosten | 229 | | | 126 | | | 1 | | | 2 | 1 | 237 | | 367 | $84 |
| RTP | 214 | | | | 491 | | | | | 7 | | | 80 | 578 | $124 |
| Richardson | 177 | 185 | 1 | | 117 | 468 | 983 | 21 | 5 | 1 | | | 142 | 1923 | $340 |
| Other - (sqraih) | 170 | | | | | | | | | | | | 2 | 70 | $0 |
| **High Cost Total** | | 185 | 970 | 126 | | 609 | 469 | 983 | 26 | 46 | 405 | 447 | | 4396 | $855 |
| Montreal | 184 | 68 | | | | | | | | | 1 | | | 70 | $11 |
| New York | 150 | | | | | | | | 71 | | | | | 71 | $11 |
| Germany | 174 | | | | | 70 | | | | | | | | 70 | $12 |
| UK (Belfast,Maid,Har | 167 | | 1 | | 63 | 67 | | 95 | 1 | | 1 | | | 224 | $37 |
| Ottawa | 165 | 391 | 494 | 506 | 623 | 391 | 1 | 211 | 1 | | 94 | 18 | 290 | 3220 | $531 |
| Belleville | 140 | | | 10 | | | | | 280 | 55 | 1 | | | 346 | $48 |
| Toronto | 167 | | | | 1 | 3 | | 1 | | 17 | | | 26 | 48 | $8 |
| Calgary | 179 | 229 | 1 | | | | | 1 | 8 | | 22 | | | 261 | $47 |
| Galway Ireland | 130 | | | | | | | | 15 | 125 | 3 | | | 143 | $19 |
| Other - (sqraih) | 161 | | | 1 | 164 | 3 | | | 1 | 8 | | 13 | | 190 | $31 |
| **Med Cost Total** | | 820 | 564 | 517 | 1063 | 530 | 1 | 309 | 306 | 275 | 121 | 31 | | 4643 | $755 |
| Australia | 96 | | | | | 55 | | | | | | | 33 | 55 | $5 |
| Brazil Contractor | 53 | 43 | | | | | | | | | | | 33 | 76 | $4 |
| Brazil - Lab | 87 | | | | | | | | | | | | 50 | 50 | $4 |
| China Beijing | 76 | | | 58 | 8 | 104 | 11 | | | | | | 338 | 519 | $39 |
| India | 46 | 105 | 279 | 30 | 37 | 300 | 176 | 313 | 197 | 18 | 62 | 30 | 122 | 1871 | $77 |
| GDNT china | 50 | 72 | 46 | | | 66 | | 244 | | | | | | 430 | $22 |
| Russia/Romania | 42 | | 11 | 6 | | 16 | | 48 | 70 | 29 | 17 | 111 | 139 | 447 | $19 |
| Vietnam | 28 | | | 64 | | | | | 19 | | | 28 | | 111 | $3 |
| Natal | 75 | | | | 200 | | | | | | | | | 200 | $15 |
| **Low Cost Total** | | 220 | 336 | 45 | 45 | 686 | 233 | 615 | 286 | 47 | 79 | 169 | 662 | 3759 | $188 |

| | Total | 1025 | 1870 | 681 | 1108 | 1825 | 703 | 1717 | 618 | 368 | 535 | 692 | 1545 | 12651 | $1,799 |
| High Cost % | | 18% | 52% | 19% | 0% | 33% | 67% | 57% | 4% | 13% | 76% | 65% | 29% | 35% |
| Med Cost % | | 80% | 30% | 76% | 96% | 29% | 0% | 18% | 50% | 75% | 23% | 4% | 30% | 37% |
| Low Cost % | | 21% | 18% | 6% | 4% | 38% | 33% | 36% | 46% | 13% | 15% | 24% | 47% | 30% |

| Avg Total CPP | $ 145 | $ 165 | $ 152 | $ 160 | $ | 140 | $ 138 | $ 133 | $ | 98 | $ 128 | $ 134 | $ 173 | $ | 128 | $ 143 |

# Nortel R&D Leadership Cabinet –
# R&D Site Plan: Dashboard Drilldown



| VP | Director | Cat1 | REGN | Jan-05 | Mar-06 | Jun-05 | Sep-05 | Dec-06 | Mar-06 | Jun-06 | Sep-05 | Dec-06 | Delta Dec06-Jan05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MacLean - SE | Matt Ferguson | High | Bill | 21 | 21 | 11 | 11 | 1 | 1 | 1 | 1 | 1 | -20 |
| | | High Total | | 21 | 21 | 11 | 11 | 1 | 1 | 1 | 1 | 1 | -20 |
| | | Med | Ott | 61 | 61 | 44 | 39 | 36 | 36 | 27 | 19 | 14 | -47 |
| | | Med Total | | 61 | 61 | 44 | 39 | 36 | 36 | 27 | 19 | 14 | -47 |
| | | Low | TMA | 72 | 72 | 91 | 91 | 81 | 81 | 81 | 76 | 71 | -1 |
| | | Low Total | | 72 | 72 | 91 | 91 | 81 | 81 | 81 | 76 | 71 | -1 |
| | Richard Krol | Med | Ott | 229 | 220 | 196 | 192 | 171 | 166 | 130 | 124 | 124 | -105 |
| | | | BVW | 14 | 14 | 14 | 13 | 4 | 1 | 0 | 0 | 0 | -14 |
| | | Med Total | | 243 | 234 | 210 | 205 | 175 | 167 | 130 | 124 | 124 | -119 |
| | | Low | Infosys | 31 | 24 | 24 | 48 | 60 | 117 | 117 | 117 | 117 | 86 |
| | | | Beijing | 57 | 56 | 62 | 71 | 63 | 66 | 20 | 20 | 20 | -38 |
| | | Low Total | | 88 | 80 | 86 | 119 | 123 | 183 | 137 | 137 | 137 | 248 |
| | Marten Terpstra | High | Bill | 99 | 101 | 102 | 102 | 90 | 92 | 82 | 81 | 81 | -19 |
| | | High Total | | 99 | 101 | 102 | 102 | 90 | 92 | 82 | 81 | 81 | -18 |
| | | Med | Dtt | 223 | 224 | 235 | 239 | 238 | 238 | 238 | 230 | 230 | 17 |
| | | Med Total | | 223 | 224 | 235 | 239 | 238 | 238 | 238 | 230 | 230 | 17 |
| | | Low | TMA | 5 | 0 | 34 | 76 | 92 | 94 | 91 | 93 | 93 | 93 |
| | | | ITC | 5 | 8 | 15 | 15 | 15 | 11 | 11 | 11 | 11 | 6 |
| | | | Beijing | 0 | 0 | 2 | 2 | 1 | 4 | 7 | 9 | 9 | 9 |
| | | Low Total | | 5 | 8 | 51 | 93 | 108 | 109 | 109 | 113 | 113 | 108 |
| MacLean - SE Total | | | | 812 | 801 | 829 | 897 | 849 | 906 | 804 | 789 | 778 | -32 |

## Baseline Portfolio Plans  vs  Revised Portfolio Plans

> GSM/UMTS Access: HC
  • Transfer GSM R&D Sasken
> OAM
  • Consolidate Platform R&D in Ottawa and China
  • Converge S/W bases onto 1 platform over 2 years
  • late lifecycles EMS products to sustaining in Low Cost sites
  • Exit R&D Brazil
> Optical
  • Divesture of CPL product
  • Move OM5000 and HDX to India/China
  • Exit R&D Belfast by YE 2006
> Core
  • Succession and MCS
    • Exit R&D Germany, exit R&D Harlow
    • Move to Netas/China
  • Wireless Core Voice & Packet and Converged Core
    • Exit R&D Australia (absorb work)
    • Packet Core to India (GGSN by YE06, SGSN by YE07)
    • GSM/UMTS Voice Core:Low Cost
    • Move Service Builder · India
    • Move CDMA NOIS to low cost
> Service Edge
  • Shasta to Sustaining: India
  • Passport to Sustaining: China
⌐ CDMA Access
  • Exit R&D Brazil
  • Transfer Rch based BCS to China, GPS to China/Ottawa
  • HW sustaining from Ottawa & Calgary to Lower cost
  • Transfer CDMA Regression testing to India

**1579  Work transferred to Low cost
538 Work Eliminated**

> GSM/UMTS Access:  Significant Diffe
  • GMS transfer to Sasken in question
  • UMTS significant Reduction
> OAM
  • Similar without HC transfer
  • Move OAM out of France

> Optical: Agree with Addition
  • $15M additional Reduction in broadband investment"
  • HDX outsource to Wipro well under way, per plan (under review)
  • OM5000 still under consideration for outsource
  • CPL divestiture under review
  • Acceleration of Belfast R&D exit by to Q4'05

> Succession: More Aggressive than planned, no transfer
  • Massive cuts in CK2K, Call Server focus RTP

> Wireless Voice/packet Core: Major Difference
  • OEM SGSN,
  • Focus on GGSN

> Service Edge:
  • Very similar  but no transfer to low cost

⌐ CDMA Access:
  ⌐ Similar, but no transfer to low cost

**Carrier (Excl Ops and Enterprise)
$358M R&D Reduction 1635 HC Reduction**

## Cross-Portfolio Actions – Langlois

| Action | Impact / Assumptions / Risks | Status | Remarks |
|---|---|---|---|
| Site Strategy & Outsourcing | · x | | x |
| Lab consolidation | · x | | x |
| SW Platform & Release reduction | · x | | x |
| Project financial tracking on MIPPS | · x | | x |
| | · x | | x |
| | · x | | x |

# Tab 4

A                                                                                        TR21201

**From:**          Fleck, Shawn [NC2:0001:EXCH]
**Sent:**          Monday, December 20, 2004 6:28 AM
**To:**            Owens, Bill [BRAM:0014:EXCH]; Bejar, Martha [BL60:1244:EXCH]; Bolouri, Chahram
[BAN:W778:EXCH]; Collins, Malcolm [NC2:3078:EXCH]; Debon, Pascal
[RICH1:6343:EXCH]; DeRoma, Nicholas [BRAM:0001:EXCH]; Donovan, Bill-HR
[NC2:1097:EXCH]; Giamatteo, John [OSAKI:1000:EXCH]; Hitchcock, Albert
[NC2:RB89:EXCH]; Joannou, Dion [CORD:0100:EXCH]; Kerr, William [BRAM:0014:EXCH];
Mao, Robert [SUNP:ADM1:EXCH]; McCauley, William [VKAR:0001:EXCH]; McFadden,
Brian [BAN:X672:EXCH]; Mumford, Greg [CAR:0001:EXCH]; Pusey, Steve
[MOP:0970:EXCH]; Richardson, Clent [NC2:3078:EXCH]; Saffell, Chuck
[DCB:5093:EXCH]; Spradley, Susan [RICH1:1244:EXCH]
**Subject:**       R&D Site Charges for this morning



Bill Owen's cabinet
dec 2004 S...

*Shawn Fleck*
**Global Business Operations**
**Executive Assistant to CEO**
Tel; 919-997-8302, (ESN 357) or
Tel; 905-863-1816, (ESN 333)
e-mail; flecksh@nortelnetworks.com

1

**CONFIDENTIAL**                                        NNC-NNL06444716 / 11

A

TR21201

## Global R&D Site Strategy -- Level Set



Nortel Business
Portfolio Strategy

R&D Effectiveness
Strategy

Global R&D Site Strategy
driven by Business
and R&D Effectiveness

2

A

TR21201

## Nortel Portfolio / R&D Lab Allocation

| | CDMA | UMTS/GSM | WL/Optical | Enterprise |
|---|---|---|---|---|
| **Core/ Product** | | | | |
| **External Resource JV&Partn** | | | | |

80% Headcount
In Red Sites

A

TR21201



**Nortel R&D Site Direction  heading towards _2010_**

90% of R&D Headcount located in 8 Major Sites TODAY

Progress to date from business and R&D Effectiveness perspective:

Beijing lab growth from 100 to 500 in 15 months, maturity being developed

India (Sasken) equity position being established for long term R&D flexibility and financial gain

Harlow, Germany, Brazil and Wollongong recommended for 2005 R&D exit

4

A

### Global R&D Headcount View by Site





A

TR21201



### R&D Effectiveness alignment to Portfolio Investment Strategy:

Factors considered:

-Ability of receiving lab to grow

-Fed Systems Technology Restrictions

-India is not currently a Nortel lab

-China-Beijing young non-mature lab

    -12 month Growth (100-500-> ???)

    - years to create a mature R&D lab

-Security of IPR (attrition/other)

-Technology consolidation

    - Reduce active S/W bases

    - Platforms

    - H/W and OAM

-Reduce # labs

-Social system timing (3-6 months)

-Restructuring charges

-Program/customer impacts

-New growth Markets

Numbers include
2005 workforce reductions

2005 headcount

1) Nortel Business Portfolio

Strategy Decisions

2) R&D Effectiveness

Strategy

$190K LLR

750
($100M)

$151 K LLR

750
($50M)

$58K LLR

200
($20M)

## Low Cost 30%   Med Cost 40%   High Cost 30%

6

TR21201

A

## Next Steps and recommendations to drive Global Site Strategy

> Assess total Nortel portfolio and decide:
>>What mid-late lifecycle products to sunset/sustain and move those to low-cost
>>What new business initiatives to assign resource headroom in Q2 2005 or earlier
>>Already Planned: Core Portfolio by March 2005 (S. Slattery/ McKinsey/CTO)
>>Recommend: Entire portfolio analysis by Q205 or sooner (Presidents/CXOs)

> Recommend only 8 sites for long term strategic value, or as otherwise agreed by cabinet.

> Recommend that all new R&D sites and technology partnerships need to be approved by Bill Owen's cabinet

> Recommend Capping all sites immediately that are not on agreed to strategic list.

> R&D to exit from 3-5 sites in 2005 and 3-5 in 2006

> Agree to Global Site Strategy Recommendations for Carrier in concert with Portfolio assessment and move 1500 people from High Cost centers to Medium/Low cost centers.
>>500 by June 2005 in current work plan and potential of an incremental 1000 by mid 2006 (Pascal's Cabinet Review Q105)

> Consolidate organization and location in centers of excellence to drive simplicity and innovation . (S/W Platforms, OAM, Access, Core, Ethernet/Packet)

> Proceed with Equity position in India (Sasken) for flexible India beachhead

7

# Tab 5



EXHIBIT
21201A

THIS IS **THE WAY** ...

Nortel Global R&D Site Strategy Discussion

Mike Langlois and Lee Clark

THIS IS N**O**RTEL



Global R&D Site Strategy – Level Set

R&D Effectiveness Strategy

Nortel Business Portfolio Strategy

Global R&D Site Strategy driven by Business and R&D Effectiveness

## Nortel Portfolio / R&D Lab Allocation

80% Headcount in Red Sites

| | CDMA | UMTS/GSM | WL/Optical | Enterprise |
|---|---|---|---|---|
| **Core/Product** | Ottawa<br>Richardson<br>Beijing<br>Calgary<br><br>Brazil | Paris<br>Richardson<br>Ottawa<br><br>Wollongong<br>Montreal<br>China | Ottawa<br>Richardson<br>RTP<br><br>Beijing<br>Maidenhead<br>Boston<br>Montreal<br>Fredrichshafen<br>Monkstown<br>Toronto | Santa Clara<br>Boston<br>Belleville<br>Galway<br>Ottawa<br><br>Long Island<br>Calgary<br>Richardson<br>Maidenhead<br>RTP |
| **External Resource JV&Partner** | TCS<br>Infosys<br>GDNT | Sasken<br>TMA<br>GDNT | Wipro<br>Infosys<br>TMA<br>Netas<br>GDNT | Wipro<br>Infosys<br>Sasken<br>Meta<br>ITC<br>TMA |

R&D teams distributed across multiple locations Impacts R&D effectiveness & efficiency, IT costs and real-estate costs.



Nortel R&D Site Direction heading towards **2010**

Strategic R&D Centers

**~90% of R&D headcount located in 8 Major Sites TODAY**

<u>Progress to date from business and R&D Effectiveness perspective:</u>
Beijing lab growth from 100 to 500 in 15 months, maturity being developed
India (Sasken) equity position being established for long term R&D flexibility and financial gain

Harlow, Germany, Brazil and Wollongong recommended for 2005 R&D exit

Currently 2500 people (25% Nortel R&D) in low cost centers, saving $180M per year (10 year partnerships)
IPR protection/Export Controls/Security constraints well understood and aligned with Fed Systems

# Global R&D Headcount View by Site



90% of total HC

Critical Mass

1 Product Labs

| | |
|---|---|
| On Rich | 4042 |
| France RTP | 2762 |
| China | 1169 |
| Billerica | 880 |
| Calgary | 501 |
| SC | 414 |
| Belleville | 379 |
| UK | 307 |
| Galway | 299 |
| Montreal | 294 |
| New York | 169 |
| Toronto | 161 |
| Wollongon | 132 |
| Brazil | 100 |
| | 74 |
| | 60 |

# R&D Effectiveness alignment to Portfolio Investment Strategy

**Factors considered:**
- Ability of receiving lab to grow
- Fed Systems Technology Restrictions
- India is not currently a Nortel lab
- China-Beijing young non-mature lab
  - 12 month Growth (100->500-> ???)
  - ~ years to create a mature R&D lab
- Security of IPR (attrition/other)
- Technology consolidation
  - Reduce active S/W bases
  - Platforms
  - H/W and OAM
- Reduce # labs
- Social system timing (3-6 months)
- Restructuring charges
- Program/customer impacts
- New growth Markets

**2005 headcount ratios**

Numbers indicate
2005 workforce reductions

1) Nortel Business Portfolio Strategy Decisions

2) R&D Effectiveness Strategy

$190K LLR

France
Dallas
Santa Clara
Boston
RTP

**High Cost 30%**

750 ($100M)

750 ($50M)

$151K LLR

Ottawa

**Med Cost 40%**

200 ($20M)

$58K LLR

India
China
Russia

**Low Cost 30%**

# Next Steps and recommendations to drive Global Site Strategy

> Assess total Nortel portfolio and decide:
>> What mid-late lifecycle products to sunset/sustain and move those to low-cost sites
>> What new business initiatives to assign resource headroom in Q2 2005 or earlier
>> Already Planned: Core Portfolio by March 2005 (S. Slattery/ McKinsey/CTO)
>> Recommend: Entire portfolio analysis by Q205 or sooner (Presidents/CXOs)

^ Recommend only 8 sites for long term strategic value, or as otherwise agreed by cabinet.

^ Recommend that all new R&D sites and technology partnerships need to be approved by Bill Owen's cabinet

^ Recommend Capping all sites immediately that are not on agreed to strategic list.

^ R&D to exit from 3-5 sites in 2005 and 3-5 in 2006

^ Agree to Global Site Strategy Recommendations for Carrier in concert with Portfolio assessment and move 1500 people from High Cost centers to Medium/Low cost centers.
>> 500 by June 2005 in current work plan and potential of an incremental 1000 by mid 2006 (Pascal's Cabinet Review Q105)

> Consolidate organization and location in centers of excellence to drive simplicity and innovation . (S/W Platforms, OAM, Access, Core, Ethernet/Packet)

> Proceed with Equity position in India (Sasken) for flexible India beachhead

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* R.S.C. 1985, c. C-35, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, et. al.

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

*ONTARIO*
SUPERIOR COURT OF JUSTICE

Proceeding commenced at TORONTO

REPLY AFFIDAVIT OF BRIAN MCFADDEN
(sworn April 25, 2014)

KOSKIE MINSKY LLP
Mark Zigler / Susan Philpott / Ari Kaplan
Lawyers for the Canadian Former Employees and Disabled
Employees through their court appointed Representative

McCARTHY TÉTRAULT LLP
R. Paul Steep / James D. Gage / Barbara J. Boake
Lawyers for Morneau Shepell Ltd., as administrator of the
Nortel Canada registered pension plans

PALIARE ROLAND ROSENBERG ROTHSTEIN LLP
Ken Rosenberg / Lily Harmer / Massimo Starnino
Lawyers for the Superintendent of Financial Services as
Administrator of the Pension Benefits Guarantee Fund

CAW- CANADA LEGAL DEPARTMENT
Barry Wadsworth
Lawyers for the Canadian Autoworkers Union

SHIBLEY RIGHTON LLP
NELLIGAN O'BRIEN PAYNE LLP
Arthur O. Jacques / Thomas McRae / Steve Levitt
Lawyers for active and transferred employees of
Nortel Canada