# ATTACHMENT INFO

Name:       Exec. Org. Charts-June 28  2006.ppt

Size:       287KB (293,376 bytes)

Modified:   Monday, July 3, 2006 2:43 PM

Comments:   UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

CONFIDENTIAL



# Nortel Networks
# Functional Organization Charts

For Internal Use

**June 28, 2006**

RESTRICTED



Rev: June 28, 2006

**President and Chief Executive Officer**
Mike Zafirovski

- **Executive Vice-President and Chief Financial Officer** — Peter Currie
- **Executive Vice-President Corporate Operations** — Dennis Carey
- **Executive Vice-President and President EMEA** — Steve Pusey
- **President North America** — Dion Joannou
- **President Mobility and Converged Core Networks** — Richard Lowe
- **President Enterprise Solutions and Packet Networks** — Steve Slattery
- **President CALA and Emerging Markets Strategy** — Martha Bejar

- **President Global Services** — Dietmar Wendt
- **President Metro Ethernet Networks** — Philippe Morin
- **President Asia Region** — Michael Pangia
- **Senior Vice-President Global Operations and Quality** — Joel Hackney
- **Chairman, LG-Nortel JV and President, LG-Nortel Business Unit** — Peter MacKinnon

- **Chief Strategy Officer** — George Riedel
- **Chief Marketing Officer** — Lauren Flaherty
- **Chief Legal Officer** — David Drinkwater
- **Chief Compliance Officer** — Robert Bartzokas
- **Chief Technology Officer** — John Roese
- ***CEO Nortel Government Solutions** — Chuck Saffell

\* Reports to Nortel Government Solutions

Rev: June 28, 2006

**EMERGENCY COVER**



| | |
|---|---|
| **President and Chief Executive Officer**<br>Mike Zafirovski | |

**Executive Vice-President and Chief Financial Officer**
Peter Currie
*Cover: K. Stevenson*

**Executive Vice-President Corporate Operations**
Dennis Carey
*Cover: B. Donovan*

**Executive Vice-President and President EMEA**
Steve Pusey
*Cover: D. Edwards*

**President North America**
Dion Joannou
*Cover: R. Dodd*

**President Mobility and Converged Core Networks**
Richard Lowe
*Cover: P. MacKinnon*

**President Enterprise Solutions and Packet Networks**
Steve Slattery
*Cover: A. Khadbai*

**President CALA and Emerging Markets Strategy**
Martha Bejar
*Cover: A. Barrios*

**President Global Services**
Dietmar Wendt
*Cover: D. Downing*

**President Metro Ethernet Networks**
Philippe Morin
*Cover: S. McFeely*

**President Asia Region**
Michael Pangia
*Cover: S. Tsui*

**Senior Vice-President Global Operations and Quality**
Joel Hackney
*Cover: J. Haydon*

**Chairman, LG-Nortel JV and President, LG-Nortel Business Unit**
Peter MacKinnon
*Cover: Paul House*

**Chief Strategy Officer**
George Riedel
*Cover: K. Pecot*

**Chief Marketing Officer**
Lauren Flaherty
*Cover: W. Durow*

**Chief Legal Officer**
David Drinkwater
*Cover: G. A. Davies*

**Chief Compliance Officer**
Robert Bartzokas
*Cover: D. Moore*

**Chief Technology Officer**
John Roese
*Cover: TBD*

***CEO Nortel Government Solutions**
Chuck Saffell
*Cover: M. Paige*

* Reports to Nortel Gorvernment Solutions

Nortel Proprietary Information

3





Rev: June 28, 2006

# CORPORATE OPERATIONS

Executive Vice-President
Corporate Operations

Dennis Carey

- Senior Vice-President Business Transformation — Bill Donovan
- Chief Information Officer — Albert Hitchcock
- Chief Ethics Officer — Susan Shepard
- Global Human Resources — Martin Cozyn
- Global Compensation and Benefits — Elena King
- Global HR Services — Debbie Barnes

- Global Environment, Safety and BCP — Richard Dipper
- Knowledge Services — Gayle Lanier
- Change Management — Augie Rojas
- Diversity — Robin Smith

Nortel Proprietary Information

5



Rev: June 28, 2006

# EMEA

**Executive Vice-President and President, EMEA**

Steve Pusey

---

**Germany and Central**

Holger Hegemann

**Eastern Europe and Israel**

Sorin Lupu

**Enterprise EMEA**

Peter Kelly

**France, Southern Europe and Africa**

Michel Clement

**Northern Europe, Netas and ME**

Darryl Edwards

---

**C and W**

Stephen Bates

**BT**

Mark Weeks

**Orange**

Christine Landrevot

**Vodafone**

Pierpaolo Gigliotti

---

**Marketing and Solutions EMEA**

Tim Watkins

**Product Support and Engineering EMEA**

Peter Newcombe

**Business Operations**

Scott Wickware

**Business Development**

Pierfrancesco DiGiuseppe

---

**Services EMEA**

Curt Hopkins

**Legal**

Christian Waida

**IS**

Dave Quane

**Finance**

Henry Birt

**HR EMEA** (Acting)

Tony Meehan

**Regional Opns.**

Dan Connor

Nortel Proprietary Information

6



Rev: June 28, 2006

# NORTH AMERICA

**President**
**North America**

**Dion Joannou**

| Service Provider Sales | Enterprise Sales | VAR Sales | Global Systems Integrators |
|---|---|---|---|
| Randy Dodd | Robert Riccitelli | Jeff Taylor | Chip Dailey |

| North America Solutions | Federal Champions Leader | Sales Engineering | Marketing Channels and Distribution |
|---|---|---|---|
| Dan Mondor | Peter Murphy | Doug Kaye | Eric Schoch |

| Strategic Planning and Market Development | US Government and Community Relations | Sales Support Operations | Business Operations |
|---|---|---|---|
| Gil Simoes | Greg Farmer | Tonya Lowe | Daniel Peiretti |

| NA Service and Operations | Legal | Finance | Human Resources | IS Business Management | Structured Finance NA |
|---|---|---|---|---|---|
| Alfredo DeCardenas | Claudio Morfe | Karen Sledge | Stephen Jones | Maribel Carrion | Eduardo Santoyo |

Nortel Proprietary Information

7



Rev:  June 28, 2006

# MOBILITY & CONVERGED CORE NETWORKS

**President**
**Mobility and Converged**
**Core Networks**

**Richard Lowe**

| GSM/UMTS Access Solutions | Product GM CDMA | Product GM WiMAX/WLAN | Product GM Multimedia Converged Networks | Carrier Network Management & Greater China R&D | Carrier Platforms & Lab Ops |
|---|---|---|---|---|---|
| Alain Biston | Doug Wolff | Mark Whitton | Alan Stoddard | Kalli LeFevre | Harold Graham |

| GSM/UMTS India | GSM/UMTS Core | GSM/UMTS Core R&D | Product Strategy & Architecture | Commercial & Strategic Marketing | Business Operations |
|---|---|---|---|---|---|
| Paul Challoner | Deb Bourland | Lorne Hinz | David Hudson | Dave Murashige | Christina Richards |

| Finance | Global Services Introduction | Chairman, LG-Nortel JV and President, LG Nortel Business Unit | Global Operations and Services-Carrier | Wireless Advanced Technology | Human Resources | Legal |
|---|---|---|---|---|---|---|
| Leith Tessy | Jeff Rea | Peter MacKinnon | Alfredo de Cardenas / Dan Connor | John Hoadley | Kevin Marcellus | Paul Knudsen |

Nortel Proprietary Information

8



Rev: June 28, 2006

# ENTERPRISE SOLUTIONS

**President
Enterprise Solutions**

**Steve Slattery**

**Converged Data Portfolio**

**Aziz Khadbai**

**Multimedia Applications**

*(Acting)*
**Steve Slattery**

**Enterprise and SMB Communication**

**Alex Pierson**

**Commercial Marketing and Business Ops.**

**Steve Horowitz**

**Enterprise CTO and Network Architecture**

**Phil Edholm**

**Global Marketing Enterprise Solutions**

**Ruchi Prasad**

**Human Resources**

**Luc Sicotte**

**Legal**

**Tom Prowse**

**Finance**

**Lorrie Mathers**

**Chairman, LG-Nortel JV and President, LG Nortel Business Unit**

**Peter MacKinnon**

Nortel Proprietary Information

9



Rev: June 28, 2006

# CALA AND EMERGING MARKETS STRATEGY

**President**
**Caribbean and Latin America**
**and Emerging Markets Strategy**

**Martha Bejar**

| Sales Leader Brazil — Juan Chico | Sales Leader and Telefonica and CALA Region — Alvio Barrios | Sales Leader Groupo Carso and Mexico and Central America — Pablo Vazquez | Sales Leader Cable and Wireless — Tom Noble | Strategy/Market Development — Mayra Luis-Castillo |

| MCCN — Kevin Taylor | Business Operations Prime — Jan Hice | Marketing Operations Prime — George Terry III | ESPN and Enterprise Sales Leader — Bert Milan | Global Services — Cameron Holden | Metro Ethernet Networks — Manny Terrero |

| Legal — Jacqueline Hea | HR *(Interim)* Mary Ellen Colontonio | Treasury — TBD | Finance — Michael Kales | Corporate Marketing and Communications — Ernesto Ortiz | Customer Opns. CALA — Luis Guerra | Corporate Security — John Stabler | Information Services — Maribel Carrion |

Nortel Proprietary Information

10



Rev: June 28, 2006

# GLOBAL SERVICES

President
Global Services

Dietmar Wendt

- Global Svcs. Bus. Transformation — Stan Chilton
- Advanced Services and Solutions — Vivian Hudson
- Service Product Group Leader — David Downing
- Services Marketing and Business Development — Curt Hopkins
- Global Business Solutions — Charles Salameh

- Business Operations — Diane Earl
- Services Business Development — Matthias Roebel
- Finance — Peter Chronowic
- HR — Richard Beed
- Legal — Tom Gigliotti
- Information Services — Bruce McCaughey

Nortel Proprietary Information

11



Rev: June 28, 2006

# METRO ETHERNET NETWORKS

**President**
**Metro Ethernet Networks**

**Philippe Morin**

---

**Wireless Market Development**

Todd Morris

**Residential Market Development**

TBD

**Enterprise and Business Services Market Development**
TBD

---

**Optical Product Management**

Sam Bucci

**Carrier Ethernet Product Management**

Pat Walsh

**Services Enablement**

Scott McFeely

**R&D**

Dino DiPema

---

**Architecture**

TBD

**Legacy and Commercial Operations**

Larry Coathup

**Marketing**

Richard Byrd

**Business Operations**

David Elkaim

---

**Master Black Belt**

TBD

**Human Resources**

Jo-Ann Taylor-Ryan

**Finance**

TBD

Nortel Proprietary Information

12



Rev: June 28, 2006

# ASIA – (Greater China)

```
                    President
                    Asia Region
                   Michael Pangia
```

| COO, ES and PN Greater China | Business Effectiveness Greater China | MCCN Greater China | Carrier Accounts Sales Greater China |
|---|---|---|---|
| Stephen Tsui | Shawn Fleck | Jay Huang | Edmond Lo |

| MD, Hong Kong | MD, Taiwan | NNCE - JV | GDNT – JV GC RSCC Leader |
|---|---|---|---|
| David Wong | Jackson Wu | Albert Chan | Tony Wang |

| Legal Greater China | Human Resources Greater China | Global Operations Greater China | Finance Greater China | Information Systems | Corporate Marketing and Communications |
|---|---|---|---|---|---|
| Wee Meng Chuan | Kelly Cheung | Henry So | Sidney Chan | Raymond Leung | Jolia Kua |

Nortel Proprietary Information

13



Rev: June 28, 2006

# ASIA – (Asia Pacific)

**President Asia Region**

Michael Pangia

| | | | | | |
|---|---|---|---|---|---|
| **Enterprise Networks Asia Pacific** — Rick Seeto | **Carrier Networks Asia Pacific** — Anthony McLachlan | **Leader Japan Sales** — Nick Vreugdenhil | **Leader ASEAN Sales** — James Demers | **Leader ANZ Sales** — Mark Stevens | **Leader Pakistan Sales** — Kamal Ahmed |

| | | | | |
|---|---|---|---|---|
| **Business Operations Asia Pacific** — Viva Lee | **Leader India Enterprise Sales** — Ravi Chauhan | **Leader India Carrier Sales** — Rajan Mehta | **Global Operations Asia Pacific** — Barry Murash | **Finance Asia Pacific** — Brian Hoppe |

| | | | | | |
|---|---|---|---|---|---|
| **Legal Asia Pacific** — Andrew Grant | **Human Resources Asia Pacific** — John Holding | **Real Estate Asia Pacific** — Gwendy Arnott | **Corporate Security** — Ian Barlow | **Information Systems** — Raymond Leung | **Corporate Marketing and Communications** — Jolia Kua |

Nortel Proprietary Information

14



**Rev: June 28, 2006**

# GLOBAL OPERATIONS AND QUALITY

Senior Vice-President
Global Operations & Quality

Joel Hackney

Chief Procurement Officer — John Haydon

Global Manufacturing Services — Don McKenna

Order Management — Joe Flanagan

OSP — Martha Burkey

CSAT — Rolf Hendricksen

Quality — *(Acting)* Bruce Lancaster

Technology Intro and Support — Jeff Rea

EMEA — Dan Connor

North America — Alf deCardenas

CALA — Luis Guerra

Asia Pacific — Barry Murash

Greater China — Henry So

Supply Chain Transformation — Jeff Townley

Business Operations — Nina Yan

HR — Robert Holmes

Finance — Peter Chronowic

Information Systems — Marykay Wells

Legal Counsel — Tom Gigliotti



Rev:  June 28, 2006

# LG-NORTEL

Chairman, LG-Nortel JV
and President, LG-Nortel
Business Unit

Peter MacKinnon

LG-Nortel
Chief Operating
Officer, Korea
Paul House

LG-Nortel
Head R&D
Liaison
Enis Erkel

LC Prod. Champion
IMS / Carrier

Tony Janssen

Business
Operations

Manar Alazma

Legal

Mitsuru Ohki

LG-Nortel
Chief Financial
Officer, Korea
Peter Dans

Human Resources

Larry Schruder

LC Prod. Champion
Enterprise

Andrew Birchard

Nortel Proprietary Information

16





Nortel Proprietary Information

Rev: June 28, 2006

# Law



**Chief Legal Officer**

**David Drinkwater**

| General Counsel - Corporate and Corporate Secretary | General Counsel – Operations | General Counsel - Supply Chain and Global Services | General Counsel - Mobility and Core Networks and Enterprise Solutions and Packet Networks | Assistant General Counsel – Intellectual Property Law |
|---|---|---|---|---|
| Gordon A. Davies | Bill LaSalle | Tom Gigliotti | Paul Knudsen | Tim Collins |

**Human Resources**

Mary Ellen Colontonio

**Finance**

Carlos Alvergue



**Rev: June 28, 2006**

# COMPLIANCE

**Chief Compliance Officer**

**Robert Bartzokas**

| Internal Audit Services Corporate, IT, Americas, and Special Projects<br>**David Johnston** | Internal Audit Services EMEA, Asia Pac and Greater China<br>**Perry Christian** | Corporate Security<br>**Tim Williams** |

| Compliance North America and CALA a.k.a Amercias<br>**Lisa Gressel** | Compliance EMEA<br>**(OPEN)** | Compliance Asia Pac and Greater China<br>**(OPEN)** |

| Human Resources<br>**Linda Gillespie** | Finance<br>**Carlos Alvergue** | Legal<br>**Gordon A. Davies** |

Nortel Proprietary Information

20



Rev:  June 28, 2006

# TECHNOLOGY

**Chief Technology Officer**

John Roese

---

**Chief Architect**

Peter Carbone

**R&D Effectiveness and Global Business Transformation**

Mike Langlois

**Advanced Technology Initiatives**

Gord Quinn

**Advanced Technology Next Generation Wireless Access**

John Hoadley

---

**Legal**

Tim Collins

**Human Resources**

Liz Ward

**Global Technology and Ottawa Communications**

Velma Leblanc

**Finance**

Gord Campbell

---

Nortel Proprietary Information

21



Rev: June 28, 2006

# NORTEL GOVERNMENT SOLUTIONS

Proxy Board: Ji m Frey, Tom McInerney, Greg Newbold

CEO and Chairman
Chuck Saffell

Vice Chairman Dave Karlgaard

| Strategic Business Development Denis Brown | Legal & Contracts Steve Szeremeta | Product & Services Operations Mike Paige | HR Christina Correira | Technology Control Alan Harbitter |

| Security Steve Szeremeta (acting) | Information Technology Chuck Owlett | | Finance Ken Carpenter |

| Civilian Agencies Sector Products & Services Satya Akula | Criminal Justice Sector Products & Services Roy Carter | Dept of Homeland Security Sector Products & Services Pat Schambach | Intel Sector Products & Services Bob Dunn | Dept of Defence Sector Products & Services Bob Veschi |

| Strategic Planning & PEC Integration Paul Rice | Sales Engineering Siafa Sherman | Quality Assurance Bill Merring | Social Security TSRP Project Ben Moses | Nortel Products Maintenance and Install Bill O'Neill |

Nortel Proprietary Information

22

A/C



EXHIBIT
21499

TR21499

A/C

## Important Notice

* Nortel and its affiliates, employees and representatives expressly disclaim any and all liability relating to, or resulting from the use of, any of the information or other statements contained in, or for omissions from, this presentation or any other written or oral communications transmitted or made available to a prospective purchaser or any of its affiliates or representatives.

* No representation or warranty, express or implied, is made by Nortel and its affiliates, employees or representatives as to the truth, accuracy or completeness of the information contained in this presentation or any other written or oral communications transmitted or made available to a prospective purchaser or any of its affiliates or representatives.  Only those particular representations and warranties which may be made by the Nortel in one or more definitive written agreements for the sale of its business, when, as and if executed, and subject to such limitations and restrictions as may be specified in such definitive agreements, shall have any legal effect.

* Nothing contained in this presentation is, or should be relied upon as, a promise or forecast of the future.  The presentation is not intended to provide the sole basis for the evaluation of the business and does not purport to contain all of the information that may be required to evaluate the proposed transaction.  Prospective purchasers should conduct and rely solely on their own review, investigation and analysis of such business data and financial, property and other relevant information they deem necessary or appropriate.

* Neither the delivery of the presentation nor the execution of definitive documentation shall, under any circumstances, create any implication that there has been no change in the affairs of the business since the date hereof.  Nortel undertakes no obligation to provide the recipient of this presentation with access to any additional information or to update this presentation or any additional information which may be provided.

* Use of the presentation is governed by the terms of the previously executed Confidentiality Agreement which strictly limits the use, circulation and reproduction of the information embodied herein.  Any person in possession of the presentation should read and understand such Confidentiality Agreement before reading or circulating the presentation.  The presentation may not be photocopied, reproduced, or distributed to others in whole or in part without the prior written consent of Nortel.  Recipients of the presentation are bound by the Confidentiality Agreement and agree that all of the information contained herein is of a confidential nature, that they will not, directly or indirectly, disclose, or permit their agents, representatives, or affiliate to disclose, such information, and that they will use the presentation and any related information only to evaluate a specific transaction with Nortel and for no other purpose.  Upon request, the recipient will promptly return this presentation and any additional information it has been provided.

# Agenda

- ○ Business Update

- ○ Financial Results

- ○ Financial Outlook

- ○ Accounting Update

- ○ Treasury / Pension Update

A/C

## Business Update - Q3 2008

- Third quarter revenue & margin in line with September 17th expectations
- Revenues down 14%
  - Significant decline in Carrier Networks (down 24%)
  - Enterprise essentially flat excluding deferred revenue
- Significant reduction in SG&A and R&D spend
  - Both year-over-year and sequentially
- Orders $2.0B; Metro Ethernet and Global Services grew year-over-year
- Cash balance $2.3B at quarter end
  - Plus reclass of $346M to ST investments over $2.6B
- Challenging environment and stronger U.S. currency result in full year guidance update to around lower end of range

TR21499

A/C

# Business Update - Decisive Actions to Reshape Nortel & Reduce Cost

## New Operating Structure
- Vertically integrated business model
- Leaner corporate structure
  - Decentralization of many corporate functions
- Greater agility & effectiveness
- Business leaders with greater scope of accountability

## Restructuring
- 1,300 net positions eliminated: $140 savings in 2009
- Remainder of 2007, 2008: 1,200 net positions; $120 savings in 2009

## Cost Containment Continues at Accelerated Pace
- Hiring freeze; no annual salary increases through 2009
- Significant reduction in discretionary spend
- Comprehensive review of all real estate as well as consultant & professional service relationships

# $400M Gross Annual Cost Savings in 2009

TR21499



A/C

TR21499

NNI_00928847.ppt

A/C



TR21499

# Financial Results - P&L Summary

| US$ (except EPS) | Q3 2008 | YoY B/(W) | YTD 2008 | YoY B/(W) |
|---|---|---|---|---|
| Revenue | $2,319 | (14.3%) | $7,699 | (0.7%) |
| Gross Margin | 39.2% | (385 bps) | 41.4% | (16 bps) |
| SG&A | $514 | $99 | $1,686 | $126 |
| R&D | $377 | $39 | $1,238 | $10 |
| Mgmt Operating Margin* | 0.7% | (424 bps) | 3.4% | 135 bps |
| Net Loss | $3,413 | ($3,440) | $3,664 | ($3,551) |
| EPS | $6.85 | ($6.90) | $7.36 | ($7.12) |

- Revenue & Gross Margin in-line with September 17th announcement
- Year-over-year Gross Margin improvement in Enterprise, off-set by declines in Carrier, Metro Ethernet and Global Services
- Solid Operating Expense performance
    - Significant SG&A and R&D reductions
- Several other items impacting earnings
    - Deferred tax asset, non-cash write down of $2.1B
    - Goodwill, non-cash write down of $1.1B
    - Income tax, including approximately $54M in charges related to prior tax years
    - Minority interest, associated tax costs related to the profitability LG-NT joint venture

* See chart titled "Non-GAAP Measures"

A/C

TR21499

A/C

## Financial Results - Cash Flow

| US$M | Q3 2008 | YoY B/(W) | YTD 2008 | YoY B/(W) |
|---|---|---|---|---|
| Net Cash from Operations | ($144) | ($5) | ($478) | $342 |
| Net Cash from (used in) Investing | ($510) | ($401) | ($594) | ($1,008) |
| Net Cash from (used in) Financing | ($14) | $1,129 | ($58) | ($12) |
| F/X | ($99) | ($145) | ($98) | ($186) |
| Net Increase (decrease) in Cash | ($767) | $578 | ($1,228) | ($864) |
| Cash Balance | $2,304 | | $2,304 | |
| Cash & Short-Term Investments*" | $2,650 | | $2,650 | |

- Reclassified $362M cash to investments, due to investments in The Reserve Primary Fund
  - $10M impairment booked
  - $346M in short-term investments; $6M in long-term investments
  - $184M received October 31, 2008
- Cash from operations was negatively impacted by a net loss from operations and release of deferred revenue, partially offset by positive working capital of $155M
  - Working capital driven by good performance in receivables, partially offset by unfavourable movements in inventory
- Cash conversion cycle decreased by 6 days year-over-year

TR21499

NNI_00928847.ppt

NORTEL

## Financial Results - Goodwill and Deferred Tax Write-Down

### Goodwill Write-Down
- Non-cash charge of $1,142 million
- Write-off of Goodwill in MEN & ES
- Fair value of Goodwill less than carrying value due to continued challenging market conditions

### Deferred Tax Asset Write-Down
- Non-cash charge of $2,069 million
- Write-down of tax assets for accounting purposes only
- Driven by uncertain market conditions and shortening timeframe of recoverable period

A/C

# Financial Forecast - Operating Margin "Stretched Plan"

| ($ US Millions) | 2006 [1] FY | 2007 FY | 2008 FY | 2009 FY | 2010 FY |
|---|---|---|---|---|---|
| Revenue | 10,759 | 10,949 | 10,849 | 10,400 | 11,074 |
| YoY Growth | n/a | 1.8% | -0.9% | -4.1% | 6.5% |
| Gross Margin $ | 4,192 | 4,614 | 4,576 | 4,411 | 4,721 |
| Gross Margin % | 39.0% | 42.1% | 42.2% | 42.4% | 42.6% |
| SG&A | 2,421 | 2,490 | 2,297 | 2,124 | 2,106 |
| % of Rev | 22.5% | 22.7% | 21.2% | 20.4% | 19.0% |
| R&D Spending | 1,701 | 1,723 | 1,644 | 1,547 | 1,518 |
| % of Rev | 15.8% | 15.7% | 15.2% | 14.9% | 13.7% |
| Operating Margin | 70 | 401 | 635 | 740 | 1,097 |
| Operating Margin % | 0.7% | 3.7% | 5.9% | 7.1% | 9.9% |

[1] Excludes UMTS

NNI_00928847.ppt

A/C

# Financial Forecast – Operating Margin "Balanced Plan"

| ($ US Millions) | 2006 [1] FY | 2007 FY | 2008 FY | 2009 FY | 2010 FY |
|---|---|---|---|---|---|
| Revenue | 10,759 | 10,949 | 10,494 | 10,200 | 10,608 |
| YoY Growth | n/a | 1.8% | -4.2% | -2.8% | 4.0% |
| Gross Margin $ | 4,192 | 4,614 | 4,391 | 4,335 | 4,508 |
| Gross Margin % | 39.0% | 42.1% | 41.8% | 42.5% | 42.5% |
| SG&A | 2,421 | 2,490 | 2,230 | 2,104 | 2,054 |
| % of Rev | 22.5% | 22.7% | 21.3% | 20.6% | 19.4% |
| R&D Spending | 1,701 | 1,723 | 1,602 | 1,518 | 1,468 |
| % of Rev | 15.8% | 15.7% | 15.3% | 14.9% | 13.8% |
| Operating Margin | 70 | 401 | 559 | 713 | 985 |
| Operating Margin % | 0.7% | 3.7% | 5.3% | 7.0% | 9.3% |

[1] Excludes UMTS

Note: 2008 forecast for "Balanced Plan" is at the lower end of our previously stated guidance.

TR21499

NNI_00928847.ppt

A/C

# Financial Forecast - Net Income

| ($ US Millions) | 2006 [1] FY | 2007 FY | 2008 FY | 2009 FY | 2010 FY |
|---|---|---|---|---|---|
| Operating Margin | 70 | 401 | 559 | 713 | 985 |
| Operating Margin % | 0.7% | 3.7% | 5.3% | 7.0% | 9.3% |
| Special Charges | 105 | 210 | 295 | 138 | 0 |
| Sale of Bus [1] | (40) | (31) | (10) | 0 | 0 |
| Amort of Intangibles/IPRD | 48 | 50 | 46 | 52 | 37 |
| S/H lawsuit settlements | (219) | (19) | 0 | 0 | 0 |
| Pref Dividends | 38 | 42 | 38 | 0 | 0 |
| Investment Inc | (140) | (221) | (117) | (60) | (60) |
| Interest Expense | 340 | 381 | 320 | 336 | 336 |
| Other | (78) | (241) | 21 | (40) | (40) |
| Minority Interest | 21 | 73 | 144 | 44 | 69 |
| Goodwill Impairement | 0 | 0 | 1142 | 0 | 0 |
| Tax | 60 | 1114 | 2271 | 142 | 336 |
| GAAP Net Income/(Loss) | (65) | (957) | (3591) | 101 | 307 |
| S/O - Basic | 433,933 | 483,868 | 498,491 | 498,491 | 498,491 |
| GAAP E/(L)PS | (0.15) | (1.98) | (7.20) | 0.20 | 0.62 |

[1] Excludes UMTS

TR21499

A/C

# Financial Forecast - Cash Flow

| USD $M | 2008 | | | | | 2009 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY |
| Operating Margin | 129 | 114 | 17 | 299 | 559 | 32 | 106 | 218 | 357 | 713 |
| Deferred Margin | (56) | (262) | (64) | (198) | (580) | (7) | (22) | (41) | (65) | (135) |
| **Net Operating Margin** | **73** | **(148)** | **(47)** | **101** | **(21)** | **25** | **84** | **177** | **292** | **578** |
| Depreciation | 82 | 86 | 86 | 80 | 334 | 80 | 80 | 80 | 80 | 320 |
| Success Accruals | 33 | 38 | (12) | 16 | 75 | 40 | 50 | 60 | 80 | 230 |
| Pension & PRB Expense | 27 | 27 | 19 | 28 | 101 | 48 | 48 | 48 | 48 | 192 |
| Stock Options Accruals | 21 | 21 | 22 | 22 | 86 | 21 | 21 | 21 | 21 | 84 |
| **Cash Operating Margin** | **236** | **24** | **68** | **247** | **575** | **214** | **283** | **386** | **521** | **1,404** |
| PRB / PEB Payments | (18) | (18) | (16) | (20) | (72) | (19) | (19) | (20) | (20) | (78) |
| Funded / Unfunded Pension | (111) | (29) | (71) | (64) | (275) | (55) | (55) | (130) | (77) | (317) |
| Restructuring (P2007 and P 2008) | (51) | (60) | (61) | (57) | (229) | (52) | (47) | (43) | (25) | (167) |
| Restructuring (P2009) | 0 | 0 | 0 | (17) | (17) | (42) | (38) | (16) | (7) | (103) |
| CAPEX | (51) | (36) | (42) | (40) | (169) | (25) | (25) | (25) | (25) | (100) |
| Net Interest Inc/(Exp) | (73) | (29) | (73) | (29) | (204) | (105) | (32) | (107) | (32) | (276) |
| Success Payments | (122) | 0 | 0 | 0 | (122) | (75) | 0 | 0 | 0 | (75) |
| Cash Taxes Paid | (30) | (40) | (35) | (35) | (140) | (35) | (35) | (35) | (35) | (140) |
| **Committed Payments** | **(456)** | **(212)** | **(298)** | **(262)** | **(1,228)** | **(408)** | **(251)** | **(376)** | **(221)** | **(1,256)** |
| Flex Contractual Items | (31) | 0 | (70) | 0 | (101) | 0 | 0 | 0 | 0 | 0 |
| LG Earnout Payment | 0 | 0 | (51) | 0 | (51) | 0 | 0 | 0 | 0 | 0 |
| M&A Related | (11) | 5 | 10 | 46 | 50 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | (32) | 33 | (38) | (37) | 70 | 0 | 0 | 0 | 70 |
| **One Time Items** | **(42)** | **(27)** | **(78)** | **8** | **(139)** | **70** | **0** | **0** | **0** | **70** |
| Changes in Working Capital | (56) | 71 | 2 | (152) | (135) | 62 | (85) | (122) | (3) | (148) |
| Foreign Exchange | 9 | (8) | (99) | (82) | (180) | 0 | 0 | 0 | 0 | 0 |
| **Net Inc / (Dec) in Cash** | **(309)** | **(152)** | **(405)** | **(241)** | **(1,107)** | **(62)** | **(53)** | **(112)** | **297** | **70** |
| Movements (To) / From St Inv. | 0 | 0 | (362) | 264 | (98) | 40 | 40 | 0 | 0 | 80 |
| **Closing Cash** | **3,223** | **3,071** | **2,304** | **2,327** | **2,327** | **2,305** | **2,292** | **2,180** | **2,477** | **2,477** |
| **Closing Cash & St Inv.** | **3,223** | **3,071** | **2,666** | **2,425** | **2,425** | **2,363** | **2,310** | **2,198** | **2,495** | **2,495** |

TR21499

NNI_00928847.ppt

A/C

# Financial Forecast - Carrier Networks

| ($ US Millions) | 2006 [1] FY | 2007 FY | 2008 FY | 2009 FY | 2010 FY |
|---|---|---|---|---|---|
| Revenue | 4,674 | 4,494 | 4,373 | 3,647 | 3,805 |
| YoY Growth | n/a | -3.9% | -2.7% | -16.6% | 4.3% |
| Gross Margin $ | 2,056 | 2,220 | 2,072 | 1,661 | 1,733 |
| Gross Margin % | 44.0% | 49.4% | 47.4% | 45.5% | 45.6% |
| SG&A | 516 | 510 | 462 | 372 | 379 |
| % of Rev | 11.0% | 11.3% | 10.6% | 10.2% | 10.0% |
| R&D Spending | 947 | 868 | 806 | 704 | 672 |
| % of Rev | 20.3% | 19.3% | 18.4% | 19.3% | 17.7% |
| Operating Margin | 593 | 842 | 804 | 585 | 682 |
| Operating Margin % | 12.7% | 18.7% | 18.4% | 16.0% | 17.9% |

[1] Excludes UMTS

TR21499

NNI_00928847.ppt

# Financial Forecast - Enterprise Solutions

| ($ US Millions) | 2006 FY | 2007 FY | 2008 FY | 2009 FY | 2010 FY |
|---|---|---|---|---|---|
| Revenue | 2,292 | 2,619 | 2,620 | 2,782 | 2,949 |
| YoY Growth | n/a | 14.3% | 0.0% | 6.2% | 6.0% |
| Gross Margin $ | 1,015 | 1,193 | 1,215 | 1,334 | 1,429 |
| Gross Margin % | 44.3% | 45.6% | 46.4% | 48.0% | 48.5% |
| SG&A | 679 | 769 | 774 | 740 | 745 |
| % of Rev | 29.6% | 29.4% | 29.5% | 26.6% | 25.3% |
| R&D Spending | 381 | 433 | 439 | 423 | 429 |
| % of Rev | 16.6% | 16.5% | 16.8% | 15.2% | 14.6% |
| Operating Margin | (45) | (9) | 2 | 171 | 255 |
| Operating Margin % | -2.0% | -0.3% | 0.1% | 6.2% | 8.6% |

A/C

TR21499

NNI_00928847.ppt

## Financial Forecast - Metro Ethernet

| ($ US Millions) | 2006 FY | 2007 FY | 2008 FY | 2009 FY | 2010 FY |
|---|---|---|---|---|---|
| Revenue | 1,591 | 1,525 | 1,497 | 1,561 | 1,610 |
| YoY Growth | n/a | -4.1% | -1.8% | 4.3% | 3.1% |
| Gross Margin $ | 587 | 517 | 541 | 565 | 617 |
| Gross Margin % | 36.9% | 33.9% | 36.1% | 36.2% | 38.3% |
| SG&A | 251 | 226 | 223 | 209 | 201 |
| % of Rev | 15.8% | 14.8% | 14.9% | 13.4% | 12.5% |
| R&D Spending | 281 | 311 | 278 | 288 | 278 |
| % of Rev | 17.7% | 20.4% | 18.6% | 18.5% | 17.2% |
| Operating Margin | 55 | (20) | 40 | 68 | 139 |
| Operating Margin % | 3.5% | -1.3% | 2.7% | 4.4% | 8.6% |

A/C

## Financial Forecast – Global Services

| ($ US Millions) | 2006 [1] FY | 2007 FY | 2008 FY | 2009 FY | 2010 FY |
|---|---|---|---|---|---|
| *Revenue* | 1,956 | 2,088 | 2,129 | 2,082 | 2,182 |
| *YoY Growth* | n/a | 6.7% | 2.0% | -2.2% | 4.8% |
| Gross Margin $ | 552 | 704 | 678 | 712 | 751 |
| *Gross Margin %* | 28.2% | 33.7% | 31.8% | 34.2% | 34.4% |
| SG&A | 240 | 294 | 305 | 260 | 254 |
| *% of Rev* | 12.3% | 14.1% | 14.3% | 12.5% | 11.7% |
| R&D Spending | 16 | 24 | 42 | 36 | 31 |
| *% of Rev* | 0.8% | 1.1% | 2.0% | 1.7% | 1.4% |
| Operating Margin | 296 | 386 | 331 | 417 | 466 |
| *Operating Margin %* | 15.1% | 18.5% | 15.5% | 20.0% | 21.3% |

[1] Excludes UMTS

TR21499

# Financial Forecast - Other Segment

| ($ US Millions) | 2006 FY | 2007 FY | 2008 FY | 2009 FY | 2010 FY |
|---|---|---|---|---|---|
| Revenue | 246 | 223 | 230 | 327 | 528 |
| YoY Growth | n/a | -9.3% | 3.1% | 42.3% | 61.5% |
| Gross Margin $ | (18) | (20) | 70 | 138 | 191 |
| Gross Margin % | -7.3% | -9.0% | 30.4% | 42.3% | 36.2% |
| SG&A | 735 | 691 | 533 | 543 | 527 |
| % of Rev | 298.8% | 309.9% | 231.7% | 165.8% | 99.8% |
| R&D Spending | 76 | 87 | 79 | 96 | 108 |
| % of Rev | 30.9% | 39.0% | 34.3% | 29.5% | 20.5% |
| Operating Margin | (829) | (798) | (542) | (501) | (444) |
| Operating Margin % | -337.0% | -357.8% | -235.7% | -153.0% | -84.1% |

AC

TR21499

NNI_00928847.ppt



A/C

## Internal Control over Financial Reporting

* Evaluated as prescribed by Sarbanes-Oxley Act of 2002 (SOX)
* As at Dec-31-2007, there was no Material Weakness
* As at Dec-31-2007, there were 3 Significant Deficiencies:
    - Significant Deficiency - Revenue
    - Significant Deficiency - Income Taxes
    - Significant Deficiency - Cash Flow Statement
* Remediation Plans are currently underway to address the 3 Significant Deficiencies

TR21499

NORTEL                                                        Nortel Confidential Information    Page 22

# Current SOX Significant Deficiencies

* Revenue Significant Deficiency:
  - Control issues relating to the communication of contract changes post execution, the application of revenue guidance, manual journal entry inaccuracies and entitlement data and exceptions.

* Income Tax Significant Deficiency:
  - Inadequate reviews of income tax accrual packages at the regional level resulting in errors in the tax accruals

* Cash Flow Statement Significant Deficiency:
  - Internal controls over the preparation and review of the support for consolidated statement of cash flows were not consistently effective

## SOX compliance program status - 2008

* 2008 Documentation and Testing Status
  - Business Process Toolkits:
    * 100% of the toolkits have been approved for preliminary documentation
    * Interim testing has been completed for 85% of the toolkits
    * 62% of the toolkits have been approved for final documentation
    * Final testing has begun for 17% of the toolkits
  - GCC Toolkits:
    * Interim testing has been completed for 93% of the toolkits

* 2007 Deficiency Remediation
  - Of the 34 business process deficiencies, 32 have been remediated (94%)
  - Of the 87 GCC deficiencies, 82 have been remediated (94%)

* Significant Deficiency Remediation - Status
  - Cash Flow Significant Deficiency:
    * All remediation actions have been completed except SAP configuration changes which are currently in progress and scheduled to be completed in November.
  - Revenue Significant Deficiency:
    * Agreed-upon remediation actions are in progress.
    * Remaining elements of 4 actions are scheduled for Q4 completion
  - Tax Significant Deficiency:
    * Agreed-upon remediation actions are in progress.
    * Remaining elements of 6 actions are scheduled for Q4 completion

A/C

NORTEL

# Balance Sheet – As of September 30, 2008
## $M

| Assets | Q308 | 2007 | Liabilities and Shareholders' Equity | Q308 | 2007 |
|--------|------|------|--------------------------------------|------|------|
| **Current assets** | | | **Current liabilities** | | |
| Cash and cash equivalents | 2,304 | 3,532 | Trade and other accounts payable | 1,056 | 1,187 |
| Short-term investments | 346 | - | Payroll and benefit-related liabilities | 541 | 690 |
| Restricted cash and cash equivalents | 52 | 76 | Contractual liabilities | 214 | 272 |
| Accounts receivable - net | 1,951 | 2,583 | Restructuring liabilities | 117 | 100 |
| Inventories - net | 1,722 | 2,002 | Other accrued liabilities | 2,869 | 3,825 |
| Deferred income taxes - net | 290 | 487 | Long-term debt due within one year | 20 | 698 |
| Other current assets | 462 | 467 | | | |
| **Total current assets** | **7,127** | **9,147** | **Total current liabilities** | **4,817** | **6,772** |
| | | | | | |
| Investments | 163 | 194 | Long-term debt | 4,465 | 3,816 |
| Plant and equipment - net | 1,406 | 1,532 | Deferred income taxes - net | 15 | 17 |
| Goodwill | 1,411 | 2,559 | Other liabilities | 2,496 | 2,875 |
| Intangible assets - net | 167 | 213 | Minority interests | 883 | 830 |
| Deferred income taxes - net | 829 | 2,868 | | | |
| Other assets | 506 | 555 | Shareholders' Equity (Deficit) | (1,067) | 2,758 |
| | | | | | |
| **Total Assets** | **11,609** | **17,068** | **Total Liabilities and Shareholders' Equity (Deficit)** | **11,609** | **17,068** |

TR21499

## Accrued & Other Liabilities

**$M**

| Short Term | Q308 | 2007 |
|---|---|---|
| Outsourcing & SG&A Related Provisions | 241 | 306 |
| Customer Deposits | 25 | 52 |
| Product Related Provisions | 89 | 126 |
| Warranty Provisions | 198 | 214 |
| Deferred Revenue | 1,239 | 1,219 |
| Advance Billings In Excess of Revenues Recognized to Date on Contracts | 786 | 1,490 |
| Miscellaneous Taxes | 37 | 32 |
| Income Taxes Payable | 80 | 96 |
| Deferred Income Tax | 19 | 15 |
| FIN 48 | 20 | 21 |
| Interest Payable | 69 | 91 |
| SEC settlement provision | | 35 |
| Other | 66 | 128 |
| **Other Accrued Liabilities** | **2,869** | **3,825** |

| Long Term | Q308 | 2007 |
|---|---|---|
| Pension | 903 | 1,109 |
| Post-employment & Post-retirement Benefit Liabilities | 860 | 893 |
| Restructuring Liabilities | 162 | 180 |
| Deferred Revenue | 292 | 400 |
| Shareholder Litigation Settlement Provision (note 18) | – | – |
| FIN 48 | 77 | 71 |
| Other Long-term Provisions | 202 | 222 |
| **Other Liabilities** | **2,496** | **2,875** |

*Note: Ties to Other Accrued Liabilities and Other Liabilities Notes*

A/C

## Deferred Revenue

### $M

|                                  | Q308  | 2007  |
|----------------------------------|-------|-------|
| Deferred Revenue - Current       | 1,239 | 1,219 |
| Advance Billings                 | 786   | 1,490 |
|                                  | 2,025 | 2,709 |
| Deferred Revenue - Non-Current   | 292   | 400   |
| **Total Deferred Revenue**       | 2,317 | 3,109 |

TR21499

A/C

NORTEL

## Deferred Revenue Trends

| All Amounts in US$ Millions | Q107 | Q207 | Q307 | Q407 | Q108 | Q208 | Q308 | Q308 % | Q/Q B/(W) |
|---|---|---|---|---|---|---|---|---|---|
| LG-Nortel JV | 340 | 523 | 549 | 620 | 371 | 304 | 300 | 13% | 4 |
| DeutscheBahn (GSM-Rail Germany) | 334 | 338 | 356 | 373 | 397 | 389 | 345 | 15% | 44 |
| Baystack | 414 | 371 | 327 | 293 | 262 | 229 | 188 | 8% | 41 |
| Invoicing in Advance of Work Performed | 699 | 653 | 495 | 435 | 415 | 375 | 308 | 13% | 67 |
| Sprint, Leap, Verizon, Vzn-Wls & O2 | 421 | 436 | 464 | 442 | 476 | 415 | 441 | 19% | (26) |
| Other Customers | 1,223 | 1,079 | 1,121 | 946 | 922 | 817 | 735 | 32% | 82 |
| Total Deferred Revenue | 3,430 | 3,401 | 3,313 | 3,109 | 2,843 | 2,529 | 2,317 | 100% | 212 |

* LG-Nortel JV – 13% of global Q308 deferred revenue balance (Q208 12%).  Major releases in Q1 from KTF initial network acceptance ($265M) & LG Telecom ($63M). Additional Q208 KTF releases. Q208 decline from FX (-$18M). Further FX decline in Q308 of (-$36M).

* DeutscheBahn Germany – 1999 contract, final acceptance received Q407, being amortized over 15 year maintenance period.   Increase in Q108 driven by Euro exchange rate movement against the US Dollar (+$28M).   Decrease in Q308 driven by US Dollar appreciation (-$35M).

* Baystack – Lifetime software upgrade obligation extinguished July 2006, diminishing balance with revenue being released through 2011.  Q308 FX impact (-$11M).

TR21499

A/C

N#RTEL

## Q308 Deferred Revenue By LC
## $M

| Sum of GLClosing | LC | | | | | Grand | |
|---|---|---|---|---|---|---|---|
| Reason Code Consol | CN | ENT | GS | MEN | Other | Total | Coverage |
| A - Future Specified Software Deliverables | 494 | 5 | 12 | 3 | | 515 | 22% |
| B - Future Unspecified Software Products | - | 176 | | - | | 176 | 8% |
| C - Postcontract Customer Support (PCS-Bundled Services/Software) | 331 | 162 | 39 | 14 | 2 | 548 | 24% |
| C2 - Postcontract Customer Support (PCS) (Services) | 14 | 0 | 8 | 32 | | 54 | 2% |
| C3 - Postcontract Customer Support (PCS) (S/W Upgrades) | 58 | 13 | 2 | 3 | 1 | 77 | 3% |
| D - Services without Fair Value (Services LC) | 39 | 31 | 7 | 30 | . | 107 | 5% |
| E - Liquidated Damages | 11 | | 0 | 2 | | 13 | 1% |
| F - Product Credits/Customer Incentives | 93 | 2 | 2 | 20 | | 117 | 5% |
| G - Risk of Loss/Title | 0 | - | | 1 | | 1 | 0% |
| H - Right of Return | 0 | | | 0 | | 0 | 0% |
| I - Lack of Persuasive Evidence of an Arrangement | 1 | 0 | 1 | 0 | | 3 | 0% |
| J - Fee not Fixed or Determinable | 0 | | | 0 | | 0 | 0% |
| K - Maintenance Contracts - Stand Alone | 10 | 12 | 102 | 1 | | 125 | 5% |
| L - Billing Milestones/Timing | 142 | 7 | 31 | 18 | 2 | 199 | 9% |
| M - Collectibility is Uncertain | 0 | 0 | 2 | 4 | | 6 | 0% |
| N - Customer Acceptance | 183 | 6 | 20 | 28 | 1 | 239 | 10% |
| O - Partial Hardware Delivered | 42 | 22 | 3 | 24 | 1 | 92 | 4% |
| Unidentified/Multiple Codings | 8 | 7 | 22 | 7 | (1) | 44 | 2% |
| Grand Total | 1,426 | 445 | 252 | 188 | 6 | 2,317 | 100% |

- Balance overall declined - ($212M) or -8% from Q208.
- 30% A-B Future S/W deliverables/products - Baystack $175M, Sprint $203M, Leap $158M, TMO $25, Others $130M.
- 34% C-D PCS/Services w/o FV - Deutsche Bahn $341M, LGJV $100M, Vodafone $31M, and Others $316M.
- 10% Code N related to Customer Acceptances - LGJV $172M and Others $67M.
- 14% K-L Maintenance Contracts/Billing Milestones (Readily Deferred Revenue) Verizon $12M, Verizon WI $14M, Sprint $15M, CUTC $20M, CNCC $24M, and Others $239M.

TR21499

A/C

## Shareholders' Equity (Deficit)
## $M

|  | Q308 | 2007 | Change |
|---|---|---|---|
| Common Stock | 35,581 | 34,028 | 1,553 |
| Paid-in Capital | 3,538 | 5,025 | (1,487) |
| Retained Earnings | (40,229) | (36,532) | (3,697) |
| Accumulated Other Comprehensive Income/ (Loss): |  |  |  |
| Currency Translation adjustment | 594 | 783 | (189) |
| Minimum Pension Adjustment | (565) | (572) | 7 |
| Other | 14 | 26 | (12) |
| Sub-total Accumulated (OCI) | 43 | 237 | (194) |
| Total Equity (Deficit) | (1,067) | 2,758 | (3,825) |

TR21499

NNI_00928847.ppt                                                                                    Page 30

## Receivables
$M

|  | Q308 | 2007 |
|---|---|---|
| Gross A/R - Current | 1,994 | 2,645 |
| Reserves | -43 | -62 |
|  | 2% | 2% |
| Net | 1,951 | 2,583 |

| Gross A/R - Long-term | 49 | 44 |
|---|---|---|
| Reserves | -37 | -35 |
|  | 76% | 80% |
| Net | 12 | 9 |

TR21499

A/C

## Inventories
## $M

| | Q308 | 2007 |
|---|---|---|
| Gross Inventories | 2,548 | 3,118 |
| Reserves | -663 | -907 |
| Net | 1,885 | 2,211 |
| Reserves as a percentage of gross inventories | 26% | 29% |
| Reserves as a percentage of gross inventories, excluding deferred costs | 54% | 64% |

a)   Calculated excluding deferred costs of $1,312 and $1,698 as of September 30, 2008 and December 31, 2007, respectively

TR21499

# Deferred Tax Asset - Rollforward
## $M

The following is a roll-forward of Nortel's deferred income tax asset and valuation allowance
from January 1, 2008 to September 30, 2008

|  | Gross DTA | VA | YTD DTA |
|---|---|---|---|
| Opening DTA - 1.1.2008 | 6,712 | (3,389) | 3,323 |
| VA - Increase/Release | - | (2,069) | (2,069) |
| Goodwill writedowns | 24 | (10) | 14 |
| FIN 48 | (20) | 9 | (11) |
| Deferred Tax Provision | 169 | (208) | (39) |
| Tax Return True-ups | 41 | (52) | (11) |
| Foreign Exchange | (268) | 149 | (119) |
| OCI Adjustment | 5 | (9) | (4) |
| Canada Refundable ITC Credits | 123 | (123) | - |
| UK/France Refundable ITC Credits | 19 | - | 19 |
| Losses acquired | 30 | (30) | - |
| Reclassifications | (10) | 7 | (3) |
| Other | (15) | - | (15) |
| Closing DTA - 9.30.2008 | 6,810 | (5,725) | 1,085 |

A/C

NNI_00928847.ppt



TR21499

A/C

## Liquidity & Capital Structure

- $2.6B of cash and short term investments

- Significant cash outflow in 2008 - cash conservation measures in place

- $1.0B cash needed to operate business (excluding joint ventures and China)

- Balanced debt maturity profile with no maturities until July 2011

- No maintenance covenants in bond indentures

- $750M EDC Support Facility ~ $190M outstanding

# Cash Availability - as of Sept. 30th

| NA | EMEA | ASIA | CALA | TOTAL |
|---|---|---|---|---|
| $1,110M | $878M | $602M | $60M | $2,650M |

* Cash distributed globally and generally available within the group to handle regional cash needs

* Work to ensure cash is available where needed, but can be challenging due to regional needs and regulatory considerations in each country

Noteworthy exceptions:

* Joint Ventures - consolidated fully but economic interest is less than 100%
  - LG Nortel cash $349M
  - NETAS cash $67M
  - GDNT cash $34M

* NA - $362M in Reserve Primary Fund at Sept 30/08 - $184 collected Oct 31/08

**Cash distributed globally - Available with some restrictions**

A/C

# Issuer and Corporate Structure

- NNC is a public holding company which is the issuer of the common stock and convertible notes.

- NNL is a public company and is the primary Canadian operating company and holding company for most of the global subsidiaries. It is a primary obligor under all bond indentures and is the issuer of preferred shares listed on the TSX.

- NNI is a private company and is the primary US operating company. Represented ~42% of 2007 revenues. It is a guarantor under all debt securities except $350 notes.





**Material Obligor Group**

- $575 1.75% convertible notes due 2012
- $575 2.125% convertible notes due 2014
- Common Stock

- $1,000 L+4.25% senior notes due 2011
- $550 10.125% senior notes due 2013
- $1,125 10.75% senior notes due 2016
- $200 6.875% senior notes due 2023**
- C$400 Cumulative preferred shares
- C$350 Non-cumulative preferred shares

- $150 7.875% senior notes due 01/'26**

\* NNCC is a shell financing subsidiary
\*\* Notes do not carry NNI guarantee

TR21499

## Security Maturity Schedule



### DEBT

* $4.175B public debt outstanding

* Other balance sheet debt of $0.3B composed primarily of capital leases

* No public debt maturities due until July 2011 as a result of recent $675M refinancing

* All notes are senior unsecured and there are no maintenance covenants

**No near term maturities or default triggers**

NORTEL

# Bond Indentures – Summary Description

| | $2.675B High Yield | | | | | $1.15B Convertible | |
|---|---|---|---|---|---|---|---|
| Principal o/s US$ M | 1,000 | 550 | 1,125 | 200 | 150 | 575 | 575 |
| Coupon % | 3M LIBOR+4.25% | 10.125% LIBOR + 4.4% | 10.750% | 6.875% | 7.875% | 1.750% | 2.125% |
| Maturity | 15 Jul 2011 | 15 Jul 2013 | 15 Jul 2016 | 1 Sep 2023 | 15 Jun 2026 | 15 Apr 2012 | 15 Apr 2014 |
| Date Issued | July 2006 | July 2006 | July 2006 and May 2008 | Sep 1993 | Jun 1996 | Mar 2007 | Mar 2007 |
| Callable | - | - | July 2011 | - | - | Apr 2011 | Apr 2013 |
| Obligor Group | NNC, NNL, NNI | | | NNL | NNL, NNCC | NNC, NNL, NNI | |
| Debt Incurrence Covenant* Basket | FCCR > 2.0x 15% of NNC CNTA + $250M | | | | | | |
| Negative Pledge (% of CNTA) | NNC 15% | | | NNL 10% | NNL 15% | | |
| Restricted Payments* | 50% of NNC Cumulative Net Income or $25M = $25M | | | | | | |
| Change of Control - Offer to Purchase | Put at 101% | | | | | 100%, potential additional shares | |
| Merger/Transfer of Assets | Successor company restrictions on the transfer of all or substantially all assets | | | | | | |

* Covenants are suspended if notes obtain investment grade rating from Moody's and S&P

- HY covenants are covenant-lite: no restrictions on investments or asset sales
- No maintenance covenants

# Summary of NNL Preferred Shares

## Series 5 Cumulative

| | |
|---|---|
| Offering Amount: | C$400 M (16M shares) |
| Issue Price: | $25 per share |
| Dividend: | If declared, payable monthly at Canadian prime rate (4.30%) |
| Cumulative Dividends: | If not declared, dividends accrue payable once declared |
| Current Price* | C$0.67 share |
| Voting: | If dividends not declared/paid for 24 months voting rights at NNL shareholder meetings |

## Series 7 Non Cumulative

| | |
|---|---|
| Offering Amount: | C$350 M (14M shares) |
| Issue Price: | $25 per share |
| Dividend: | If declared, payable monthly at Canadian prime rate (4.30%) |
| Current Price* | C$0.43 share |
| Voting: | If any dividends not declared in a calendar year -30 days after year end voting rights at NNL shareholder meetings obtained |

* At October [ ], 2008 closing price on TSX

* November 10 - announced suspension of future dividends

* Dividends are discretionary - no default

* Non cumulative shares - any dividends that remain undeclared at the end of 2008 will be permanently extinguished in January 2009. Voting rights obtained for the election of NNL directors. Preferred shares do not vote as a separate class - no ability to influence vote.

* Moody's and S&P downgraded the preferred securities as a result of the dividend suspension

* In a reverse merger - preferred shares remain outstanding

NORTEL

## Credit Ratings

|  | Moody's | S&P |
|---|---|---|
| Corporate Family Rating | B3 | |
| Long Term Corporate Credit Rating | | B- |
| NNL $2.0B Notes | B3 | B- |
| NNC $675M Convertible Notes | B3 | B- |
| NNC $1.15B Convertible Notes | B3 | B- |
| NNL $200M Notes | B3 | CCC |
| NNCC $150M Notes | B3 | CCC |

Preferred Shares:
| | Moody's | S&P |
|---|---|---|
| NNL Series 5 C$400M | Caa3 | C |
| NNL Series 7 C$350M | Caa3 | C |

Following November 10 earnings release:

- Under review with negative implications

- Preferred share ratings were downgraded by S&P following decision to suspend declaration of dividends. Expect Moody's will also downgrade security

A/C

# $750M EDC Support Facility

* EDC provides support for Nortel performance bonding obligations, mitigating the requirement to post cash collateral

* $750M made up of $300M committed facility and $450 uncommitted facility

* Currently ~$190M outstanding

* EDC has the right to suspend or terminate the facility if either Moody's or S&P downgrades the corporate family rating to below B3 and B- respectively.  We are in discussion with EDC for a potential amendment to the covenant.

**EDC our strongest financial partner – history of unwavering support**

TR21499

A/C

NNI_00928847.ppt

## Common Shares Outstanding

| Description | As at Sep 30/2008 |
|---|---|
| **Total "Legal" Shares** | **497,276** |
| Other | 180 |
| **Total Shares Issued and Outstanding** | 497,457 |
| Lawsuit shares not yet issued | 1,124 |
| **Total Shares** | **498,580** |

### Exclusions as of September 30th, 2008[1]

| | |
|---|---|
| 1.75% $575 convertible notes | 17,967 |
| 2.125% $575 convertible notes | 17,967 |
| Stock options and share-based awards | 38,356 |

[1] As a result of net loss for the three and nine months ended September 30, 2008 all potential dilutive securities in this period wre considered anti-dilutive

TR21499

A/C



2008 Pension Funded Status

TR21499

## Pension Overview

- Significant proportion of Nortel pension obligation for defined benefit plans exists in UK, Canada and US

- In the second quarter of 2006, Nortel announced changes to its North American pension and post-retirement plans effective January 1, 2008. Changes were implemented as scheduled, and a class action law suit was subsequently commenced in Canada by certain affected employees.

- These changes were originally expected to result in an estimated annual reduction of US$100 million in pension expenses starting in 2008 and savings of more than US$400 million in cash by the year 2012. Recent market volatility will have negatively impacted those estimates.

- On November 21, 2006 Nortel (UK) signed a Funding Agreement with the Trustee of its UK Pension Plan which sets contribution requirements during the term of the agreement expiring on April 5, 2012. Annual contributions under the Agreement are to be reset for the remaining 4 years based on the funded position of the Plan on April 5, 2008, with the expectation that the plan be fully funded by 2012. To date, the reset contribution rate has not been agreed.

A/C

# Major Funded Defined Benefit Plans
# PBO (Accounting) Basis

**US $ Millions**

| | September 30, 2007 – Actual | | | | | September 30, 2008 – Estimated | | | | | Head Counts for Major Funded Plans | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Discount Rate | Assets | Liability | Unfunded | Funded Ratio | Discount Rate | Assets | Liability | Unfunded | Funded Ratio | Actives | Deferred Vesteds | Receiving | Total |
| Canada | 5.61% | $3,449 | $3,487 | $38 | 99% | 6.55% | $2,670 | $2,912 | $242 | 92% | 4,036 | 6,005 | 11,906 | 21,947 |
| US | 6.26% | 1,011 | 1,111 | 100 | 91% | 7.95% | 780 | 980 | 200 | 80% | 7,211 | 11,117 | 4,767 | 23,095 |
| UK | 5.76% | 3,535 | 4,101 | 566 | 86% | 6.25% | 2,718 | 3,729 | 1,011 | 73% | 974 | 22,103 | 20,161 | 43,238 |
| Total Funded | 5.76% | $7,995 | $8,699 | $704 | 92% | 6.58% | $6,168 | $7,621 | $1,453 | 81% | 12,221 | 39,225 | 36,834 | 88,280 |

**Exchange rates**

As of September 30, 2007: $1 CAD ≈ $1.02 US;  £1 ≈ $2.01

As of September 30, 2008: $1 CAD ≈ $0.96 US;  £1 ≈ $1.82

| Estimated Impact of 25 basis points in: | Discount Rates | Inflation |
|---|---|---|
| Canada | ($80) | $39 |
| US | ($21) | N/A |
| UK | ($155) | $155 |

**Assumptions / Notes:**

- FAS 87 accounting discount rate reflects Corporate AA bond yields as of measurement date.
- The Canadian solvency discount rate for immediate annuity purchase was 4.89% for September 30, 2007 and 4.65% for September 30, 2008.
- The US PPA discount rate was 6.21% as of September 30, 2007 and 7.20% as of September 30, 2008. The rates represent the single equivalent rate based on the PPA yield curve (monthly average rates).
- The UK funding discount rate is based on a hypothetical asset portfolio which reflects the underlying liability make up, and therefore isn't as sensitive to changes in Corporate AA bond yields.

TR21499

A/C

# All Defined Benefit Plans and Postretirement Welfare Plans
## PBO (Accounting) Basis

US $ Millions

| | September 30, 2007 – Actual | | | | | September 30, 2008 – Estimated | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Discount Rate | Assets | Liability | Unfunded | Funded Ratio | Discount Rate | Assets | Liability | Unfunded | Funded Ratio |
| Canada | 5.61% | $ 3,449 | $ 3,487 | $ 38 | 99% | 6.55% | $ 2,670 | $ 2,912 | $ 242 | 92% |
| US | 6.26% | 1,011 | 1,111 | 100 | 91% | 7.95% | 780 | 980 | 200 | 80% |
| UK | 5.76% | 3,535 | 4,101 | 566 | 86% | 6.25% | 2,718 | 3,729 | 1,011 | 73% |
| Total | 5.76% | $ 7,995 | $ 8,699 | $ 704 | 92% | 6.58% | $ 6,168 | $ 7,621 | $ 1,453 | 81% |
| Other Plans | 5.28% | 78 | 566 | 488 | 14% | 5.63% | 81 | 522 | 441 | 16% |
| PRW Plans | 5.79% | 0 | 745 | 745 | 0% | 5.95% | 0 | 630 | 630 | 0% |
| Total | 5.74% | $ 8,073 | $10,010 | $1,937 | 81% | 6.48% | $ 6,249 | $ 8,773 | $ 2,524 | 71% |

Assumptions / Notes:
- FAS 87 accounting discount rate reflects Corporate AA bond yields as of measurement date.
- The Canadian solvency discount rate for immediate annuity purchase was 4.89% for September 30, 2007 and 4.65% for September 30, 2008.
- The US PPA discount rate was 6.21% as of September 30, 2007 and 7.20% as of September 30, 2008. The rates represent the single equivalent rate based on the PPA yield curve (monthly average rates).
- The UK funding discount rate is based on a hypothetical asset portfolio which reflects the underlying liability make-up and therefore isn't as sensitive to changes in Corporate AA bond yields.
- Potential changes in assumptions for other countries not incorporated in above
- Assets and liabilities rolled forward from December 31, 2007 measurement assuming no experience gains or losses

TR21499

## Reconciliation of 2007/2008 PBO (Accounting) Changes

| | 9/30/2007 Unfunded | Plan Experience and Expected Changes | Discount Rate | Inflation | Contributions Net of Benefit Accruals | Asset Loss | fx | 9/30/2008 Unfunded |
|---|---|---|---|---|---|---|---|---|
| Canada | $ 38 | $ (5) | $ (321) | $ (42) | $ (24) | $ 610 | $ (14) | $ 242 |
| US | 100 | $ 28 | $ (170) | $ - | $ (20) | $ 262 | $ .. | $ 200 |
| UK | 566 | $ (78) | $ (337) | $ 310 | $ (156) | $ 810 | $ (104) | $ 1,011 |
| Total Funded | $ 704 | $ (55) | $ (828) | $ 268 | $ (200) | $ 1,682 | $ (118) | $ 1,453 |

## Asset Mix of Defined Benefit Plans

| | Equities | Bonds | Other |
|---|---|---|---|
| Canada | 12.5% Can; 37.5% Global | 50% Long Duration | |
| US | 30% US; 20% US | 50% Long Duration | 30% LDI Overlay |
| UK | 16.5% UK; 38.5% Overseas | 23.3% FTSE over 15; 20% Corporate | 1.7% Active Currency |

## Major Funded Defined Benefit Plans
## Estimated Funded Status as of September 30, 2008

|  | US $ Millions | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | September 30, 2008 Accounting -- Estimated | | | | | September 30, 2008 Funding -- Estimated | | | | |
|  | Discount Rate | Assets | Liability | Unfunded | Funded Ratio | Discount Rate | Assets | Liability | Unfunded | Funded Ratio |
| Canada | 6.55% | $ 2,670 | $ 2,912 | $ 242 | 92% | 4.65% | $ 2,670 | $ 3,348 | $ 708 | 79% |
| US | 7.95% | 780 | 980 | 200 | 80% | 7.20% | 780 | 1,043 | 263 | 75% |
| UK | 6.25% | 2,718 | 3,729 | 1,011 | 73% | 6.07% | 2,718 | 3,841 | 1,123 | 71% |
| Total Funded | 6.58% | $ 6,168 | $ 7,621 | $ 1,453 | 81% | 5.64% | $ 6,168 | $ 8,232 | $2,064 | 75% |

Exchange rates

As of September 30, 2008: $1 CAD = $0.96 US;  £1 = $1.82

Assumptions / Notes:

· As of September 30, 2008, the Canadian and UK inflation rates were 2.00% and 3.70%, respectively

· FAS 87 accounting discount rate reflects Corporate AA bond yields as of measurement date.

· The Canadian funding estimates shown are solvency basis. Discount rate shown is for immediate annuity purchase.

· The US funding rate shown is equivalent rate to the PPA yield curve

· UK funding rate is based on a hypothetical portfolio. Rate shown is the equivalent rate as of measurement date.

· US and UK funding estimates have been extrapolated from accounting results using discount rate sensitivity

A/C

TR21499

A/C

## 3-year Funding Requirements (US$M)

Projection as of November 4, 2008

|  | 2007 | 2008 | 2009 | 2010 | 2008-2010 |
|---|---|---|---|---|---|
| Funded DB plans: |  |  |  |  |  |
| - Canada | 43 | 25 | 29 | 125 | 179 |
| - US | 63 | 30 | 70 | 70 | 170 |
| - UK | 171 | 164 | 170 | 170 | 674 |
| - Ireland | 1 | 1 | 1 | 1 | 3 |
| - Australia | 0 | 0 | 0 | 0 | 0 |
| Unfunded DB plans | 60 | 50 | 43 | 43 | 136 |
| Total pensions | 338 | 270 | 313 | 409 | 992 |
| Post Retirement Benefits (PRB) | 38 | 50 | 50 | 50 | 150 |
| Post Employment Benefits (PEB) | 29 | 29 | 29 | 29 | 87 |
| TOTAL | 405 | 349 | 392 | 488 | 1229 |

TR21499

Corporate Procedure No. 303.26 – Cash Management – August 24, 2006



# N⊗RTEL

## Corporate Procedure
## No. 303.26

| Date issued | Subject |
|---|---|
| August 24, 2006 | |
| Replaces issue dated | **CASH MANAGEMENT** |
| December, 16 1997 | |
| Next review date | |
| August 24, 2009 | |

This Corporate Procedure ("Procedure") shall be followed by Nortel Networks Corporation ("NNC") and its subsidiaries and other controlled businesses globally, whether incorporated or unincorporated (collectively, "Nortel").

**1.0    Purpose**

This Procedure outlines the process for managing and reporting on Nortel's global cash balances and Short-Term Debt Obligations.

**2.0    Interpretation**

Responsibility for the interpretation of this Procedure rests with the Treasurer, NNC.

**3.0    Definitions**

3.1    "EFT System" means an electronic funds transfer system which facilitates electronic payments, commonly referred to as a Treasury management systems application.

3.2    "Initiator" means the person requesting a payment or preparing a Manual Check or the Treasury employee responsible for setting up a wire payment on an EFT System.

3.3    "Manual Check" means a check which is prepared and signed manually.

Nortel Confidential                                    Page 1 of 5

CONFIDENTIAL                    NNC-NNL20000353 / 1



EXHIBIT
BARTON
31010
9.25.13    QW
PENGAD 800-631-6989

NNC-NNL20000353

Corporate Procedure No. 303.26 – Cash Management – August 24, 2006

3.4 "Non-Trade Payments" means, but is not limited to, payments associated with event specific dates or a one-time only status, payments associated with tax filings, principle or interest payment on a credit facility or capital debt obligations or other Treasury specific obligations, payments associated with equity contributions to an investment, or contribution to a compensation plan or payroll or structure related to Nortel's various pension plans and/or benefits programs.

3.5 "Short-Term Debt Obligations" means short-term loans which are used to finance the company's daily cash flow needs. Such obligations may be created by way of a line of credit, commercial paper or working capital loan. It does not include facilities for the purpose of conducting securitization or factoring.

4.0 **Responsibility**

4.1 The Treasury department ("Treasury") shall:

(a) efficiently manage Nortel's cash balances and Short-Term Debt Obligations;

(b) efficiently manage Nortel's intercompany accounts on an ongoing basis;

(c) implement and maintain appropriate EFT facilities; and

(d) report on Nortel's cash balances and Short-Term Debt Obligations on a weekly basis.

4.2 The Tax department shall:

(a) advise Treasury on the tax implications of cash management strategies, including any potential foreign accrual property income ("FAPI") issues; and

(b) review cash balances on a regular basis (including short-term funds on deposit) for capital tax planning purposes.

5.0 **Process**

5.1 Segregation of Duties

Treasury must ensure that appropriate responsibilities are established to ensure the initiator of a payment is not able to approve the same payment.

5.2 Payment from Bank Accounts

Nortel Confidential                                                    Page 2 of 5

CONFIDENTIAL                              NNC-NNL20000353 / 2

NNC-NNL2000ᴸ

Corporate Procedure No. 303.26 – Cash Management – August 24, 2006

The following guidelines shall be used when effecting payments from bank accounts:

(a)    supplier invoices should be processed and paid by the Accounts Payable department (refer to Corporate Procedure No. 314.20 – Accounts Payable Invoice Processing) or by the Employee Vouchering System ("EVS") group;

(b)    exceptions to section 5.2 (a) should only be made in unique circumstances where such methods of processing would not meet the required timeliness for payment resulting in penalties or Non-Trade Payments. All such internal requests for payment must be submitted to Treasury by completing Appendix "A" – Wire Transfer Request Form. It is the responsibility of the requestor to ensure the Wire Transfer Request Form is approved in accordance with Corporate Procedure 301.01 – Decision Making Authority;

(c)    where check signing machines are used, the machine itself must be kept locked in a secure location. Check number tabulations must be kept and reconciled to usage; and

(d)    rubber stamps are specifically disallowed.

5.3    Deposits to Bank Accounts

Collections of accounts receivables and other monies can be made through the lockbox network established by Accounts Receivable.

Incoming miscellaneous checks submitted for deposit shall be accompanied by a form established by the Miscellaneous Deposit Prime and Control. Contact Treasury for further instructions.

5.4    Management of Cash Balances and Short-Term Debt Obligations

Treasury shall manage Nortel's cash balances and Short-Term Debt Obligations. Treasury shall also review and manage the structure of Nortel's bank accounts in each country to ensure that efficient pooling/netting systems are in place so that, where possible, credit and debit balances are off-set. In addition, Treasury shall review, on an ongoing basis and implement, where appropriate, opportunities to maximize the use of surplus cash balances through cross-border pooling.

5.5    Forecasting

Treasury, in conjunction with the Financial Planning and Analysis department, will prepare short-term cash flow forecasts which Treasury

CONFIDENTIAL        NNC-NNL20000353 / 3

NNC-NNL20000353

Corporate Procedure No. 303.26 – Cash Management – August 24, 2006

requires to efficiently manage Nortel's cash flow needs and Short-Term Debt Obligations.

5.6   Reporting of Cash Balances and Short-Term Debt Obligations

Treasury shall report cash balances and Short-Term Debt Obligations on a weekly basis. This report shall be distributed within Treasury.

5.7   Intercompany Settlements

Treasury shall maintain a global system for settling cross-border intercompany payables and receivables. Treasury shall also coordinate, on an on-going basis, the settling of intercompany receivables and payables to effectively manage Nortel's cash balances and Short-Term Debt Obligations.

5.8   Use of EFT Facilities

Treasury shall oversee the use of all Nortel EFT facilities. No EFT facility shall be established without the prior approval of Treasury. EFT facilities shall be used by Nortel to effect fund transfers, where appropriate.

6.0   **Approvals**

This Procedure is subject to, and the matters referred to herein shall be performed in accordance with, authorities granted by the Board of Directors of applicable Nortel entities, including NNL.

7.0   **Reference Documents**

Corporate Policy 300.31 – Treasury Management

Corporate Procedure 301.01 – Decision Making Authority
Corporate Procedure 303.27 – Intercompany Advances
Corporate Procedure 303.33 - Bank Account Management
Corporate Procedure 303.37 – Regional/Global Cash Pooling

8.0   **Review**

This Procedure shall be reviewed every three years, or earlier, as required.

End of Document

Nortel Confidential

CONFIDENTIAL

NNC-NNL20000353 / 4

NNC-NNL2000.

Corporate Procedure No. 303.26 – Cash Management – August 24, 2006

Approved
by:　　　Katharine B. Stevenson

　　　　　Treasurer

CONFIDENTIAL　　　　　　　　　　NNC-NNL20000353 / 5

NNC-NNL20000353

Corporate Procedure No. 303.37 – Regional/Global Cash Pooling –
November 7, 2006





EXHIBIT

21322



## Corporate Procedure
## No. 303.37

| Date issued | Subject |
|---|---|
| November 7, 2006 | |
| Replaces issue dated | **REGIONAL/GLOBAL CASH POOLING** |
| October 19, 1998 | |
| Next review date | |
| November 7, 2009 | |

**This Corporate Procedure ("Procedure") shall be followed by Nortel Networks Corporation ("NNC") and its subsidiaries and other controlled businesses globally, whether incorporated or unincorporated (collectively, "Nortel").**

### 1.0    Purpose

The purpose of this Procedure is to summarize the guidelines governing the operation of the regional and global cash management Notional Pools within Nortel.

### 2.0    Interpretation

Responsibility for the interpretation of this Procedure rests with the Treasurer, NNC.

### 3.0    Definitions

3.1    "Base Rate" means the rate charged by Citibank London on all borrowings in the U.K. Pound Sterling ("GBP"), Canadian Dollar ("CAD"), Swiss Franc ("CHF") and U.S. Dollar ("USD") Pools (plus the agreed margin).

3.2    "EONIA" means the Euro Overnight Index Average and is the rate used by Citibank London to calculate interest on all overdrafts and credit balances in the EUR Pool (plus or minus the agreed margin).

Corporate Procedure No. 303.37 – Regional/Global Cash Pooling –
November 7, 2006

3.3     "LIBID" means the London Interbank Bid Rate.

3.4     "Notional Pool(ing)" means the Pooling method where there is no
commingling of funds involved with the cash Pools and the integrity of
the accounts is maintained for tax, legal and accounting purposes.
Notional Pooling is performed, both regionally within Nortel geographic
regions and globally, by linking existing regional Notional Pools into one
global cash Notional Pool structure or by other appropriate methods.

3.5     "Pool(ing)" means the method whereby Nortel's single currency bank
accounts are concentrated for the purpose of improving yields on balances
and offsetting cash surpluses and deficits to minimize interest costs.

3.6     "Prime Rate" means the rate charged by Citibank in Singapore on U.S.
Dollar borrowings.

3.7     "SIBID" means the Singapore Interbank Bid Rate.

3.8     "Target Balancing" means the set of standing instructions with Citibank
which ensures a specified account is monitored and when funds are in
excess of a pre-defined threshold, an automatic transfer to a pre-defined
account (e.g., a Pool account) is initiated.

**4.0     Responsibility**

4.1     It is the responsibility of the Treasury department ("Treasury") to:

     (a)     determine the appropriate investment vehicle for regional/global
Notional Pool surplus funds as described in section 5.8 and to
evaluate the benefits of utilizing the Citibank backstop facility
described in section 5.7 instead of internal Nortel funding as
referenced in section 5.7;

     (b)     communicate changes in any of the Pools (i.e., participants,
structure, process, etc.) to both the Tax department and the Control
department ("Control"); and

     (c)     determine if actions carried out through this Procedure are in
accordance with Corporate Procedure 303.30 – Cash Investments
and Safe Custody Arrangements and Corporate Procedure 303.34 –
Counterparty Credit Risk.

4.2     It is the responsibility of the Tax department to monitor Pooling
arrangements for any tax issues relating to the arrangements, including
potential effects of adding new participants.

Corporate Procedure No. 303.37 – Regional/Global Cash Pooling –
November 7, 2006

4.3    It is the responsibility of Control to prepare and post journal entries that
reflect allocations of interest income/expense within each Notional Pool.
Control is also responsible for performing the annual financial soundness
review described in section 5.9.

## 5.0    Process

The following sections highlight country-specific Pooling characteristics
along with general comments that apply to all regional and global
Notional Pools.

5.1    U.K./Europe Notional Pools – Citibank London

There are three U.K./Europe Notional Pools in CAD, CHF and GBP.
Entities participating in Pooling may hold accounts in one or more of the
Pools depending upon their currency requirements. Entities may be
added to or removed from these Pools, from time to time, after consulting
all departments noted in sections 4.1, 4.2 and 4.3. Further, U.K./Europe
Notional Pools may be established by Treasury as required. The
individual currency accounts per participant are Notionally Pooled into
the separate currency Pools, on a daily basis, for the purposes of interest
calculation and to achieve a more favourable yield on surplus balances.

An overdraft facility is set up for the U.K./Europe GBP Notional Pool (see
section 5.7 below).

5.2    Asia Pacific Notional Pool - Citibank Singapore

There is one Asia Pacific Notional Pool in USD. Entities may be added to
or removed from this Pool, from time to time, after consulting all
departments noted in sections 4.1, 4.2 and 4.3. The individual participant
accounts are Notionally Pooled into the Asia Pacific Pool on a daily basis
for the purposes of interest calculation and to achieve a more favourable
yield on surplus balances. For tax reasons, Nortel's Australia account in
the Asia Pacific Notional Pool may not be overdrawn.

Target Balancing: By written agreement between Asia Pacific Treasury
and Citibank Hong Kong, Nortel's Asia surplus USD in its Citibank USD
Hong Kong account, in excess of an agreed amount, are swept on a
weekly basis into its account in the Asia Pacific Notional Pool.
Amendments to this Target Balancing agreement or new Target Balancing
agreements for other Pool participants may be arranged by Asia Pacific
Treasury, as required.

5.3    Global Notional Pool - Citibank London

Corporate Procedure No. 303.37 – Regional/Global Cash Pooling –
November 7, 2006

There are two global Notional Pools in USD and Euros ("EUR"). Entities
participating in Pooling may hold accounts in one or both of the Pools
depending upon their currency requirements. Entities may be added or
removed from these Pools, from time to time, after consulting all
departments noted in sections 4.1, 42 and 4.3. The individual currency
accounts per participant are Notionally Pooled into the separate currency
Pools, on a daily basis, for the purposes of interest calculation and to
achieve a more favourable yield on surplus balances.

Transfers into and out of the global Notional Pools: In each instance,
European Treasury should be notified in advance of any significant funds
being transferred into and out of the global Notional Pools by 12 noon
London time on the relevant date of transfer so that investment decisions,
made on behalf of the global Pool participants, can be made in a timely
and efficient manner. According to prevailing regulatory restrictions,
certain participants may not be allowed to transfer funds out of their Pool
accounts if, as a result, their accounts would become overdrawn.

Target Balancing: Most of the European participants also hold EUR
accounts with Citibank in their local jurisdictions, mainly for the purposes
of facilitating the centralized management of their local payables and the
efficient transfer of surplus cash from their other local bank accounts into
their respective EUR accounts in the EUR global Notional Pool. Where
possible, Target Balancing arrangements are/will be put in place by
Treasury to automatically fund the payables accounts in the local
jurisdictions and to transfer any local surplus cash into the EUR global
Notional Pool. In addition, Target Balancing arrangements are/will be
put in place by Treasury to fund participants' payables accounts that they
maintain in either of the global Notional Pools.

Overdraft facilities are in place for the global Notional Pools (see section
5.7 below).

5.4    Bank Interest Calculation

Regional Notional Pools: Once the individual currency accounts have
been Notionally Pooled, a daily interest rate, determined by Citibank in
that particular region, is applied to the net balance. Citibank London sets
the rate for the U.K./Europe Notional Pools and Citibank Singapore sets
the rate for the Asia Pacific Notional Pool.

Global Notional Pools: Once the individual currency accounts have been
Notionally Pooled a daily interest rate, determined by Citibank London,
is applied to the net balance.

Corporate Procedure No. 303.37 – Regional/Global Cash Pooling –
November 7, 2006

Rates: The interest rates are based on LIBID (for credit balances) and Base
Rate (for debit balances) for the U.K./Europe Notional Pools and for the
USD global Notional Pool and on EONIA for the EUR global Notional
Pool and on SIBID for the Asia Pacific Notional Pool, plus or minus the
spread applicable to Nortel as referenced in section 5.8. The interest
calculation is performed daily and processed monthly. Bank interest is
paid/(charged) to the Nortel header accounts in the Pool.

5.5     Allocation of Interest and Net Excess Among Participants

Interest Allocation: It should be noted that interest should be allocated to
Nortel entities only on an arm's length basis. With this condition, Nortel
rates for interest allocations shall be based on the rates set by Citibank.
Interest rates for allocation have been set at:

(a)     LIBID less 25 basis points for credit interest and Base Rate plus 100
        basis points for debit interest for both the U.K./Europe Notional
        Pools and the USD global Notional Pool in London;

(b)     EONIA less 75 basis points for credit interest and EONIA plus 100
        basis points for debit interest for the EUR global Notional Pool in
        London; and

(c)     SIBID less 35 basis points for credit interest and Prime Rate for
        debit interest for the Asia Pacific Notional Pool in Singapore.

Using these rates, Citibank generates the necessary bank entries to
allocate interest each month to the Pool participants bank accounts, as
appropriate. Any changes to these rates must be communicated to
Citibank, in writing, by Treasury.

Net Excesses: Any net surplus interest in the header account of a
Notional Pool is to be temporarily credited to the statutory entity which
owns the header account. This bank interest should be uniquely
identified in the chart of accounts.

The excesses that have accumulated (net of all charges related to the
administration of the Pools, as well as any additional interest gained by
investing with third parties as referenced in section 5.8) will be reviewed
annually. If required, Treasury will allocate any net excess out to the Pool
participants on a pro-rata basis before the end of each fiscal year with the
agreement of the U.K. Tax department.

Any fees or charges related to Pooling (for example, electronic banking
costs) will partially offset any excesses in the global header account,
thereby reducing the net excess amount to be allocated to the Pool

Corporate Procedure No. 303.37 – Regional/Global Cash Pooling –
November 7, 2006

participants. These Pooling fees or charges will be booked for accounting
purposes as bank fees/charges.

5.6    Booking of Journal Entries for Interest Allocation

The monthly report of interest allocation by Nortel entity is compiled by
Citibank based on entity participation in the Pool over the period and is
sent to each Nortel entity, as appropriate. Each Nortel regional Control
department books the monthly journal entries to interest income/
(expense) for each entity participating in the Pool. For specific accounting
guidance please contact the Treasury Department.

5.7    Overdrafts: Credit Facility Backstop

Credit facility backstop credit lines for the regional/global Pools are
negotiated between Citibank and Treasury, as required. The interest rate
charged by Citibank to use the credit lines is Base Rate plus 100 basis
points. The intent of the credit lines is to provide temporary bridge
financing in the event a Notional Pool becomes overdrawn. Continuous
usage of the overdraft facility over the long term will prove costly for
Nortel because funding can be provided at a lower cost through other
means. In addition, Treasury has agreed with Citibank on appropriate
daylight overdraft limits to cover intra-day overdrafts in each of the
regional and global Notional Pools.

5.8    Investment of Regional/Global Notional Pool Surplus Funds

Certain investment options for Nortel's regional/global Notional Pool
surplus funds are available from Citibank. Citibank has guaranteed
Nortel will earn a return of LIBID less 25 basis points on both the
U.K./Europe Notional Pools and the global Notional Pools and will earn
a return of SIBID less 35 basis points on the Asia Pacific Notional Pool.
When investing outside the Notional Pool (for instance, in other bank
deposits or in other Citibank investment vehicles, which include liquidity
funds and special U.K. tax-advantaged vehicles) Nortel will achieve
higher interest yields. Note that Nortel is not limited to investing solely
with Citibank. It is to Nortel's advantage, as it is with all money market
investments, to solicit bids from several investment dealers to ensure that
pricing remains competitive. However, it is important to note that overall
counterparty exposure to Citibank must be monitored and maintained
within Nortel-imposed limits in each instance before additional
investments can be placed with Citibank. Meeting this criteria may
warrant using a different financial institution. Corporate Procedure
303.30 – Cash Investments and Safe Custody Arrangements and
Corporate Procedure 303.34 - Counterparty Credit Risk, should be
referred to before making any investment decisions.

Corporate Procedure No. 303.37 – Regional/Global Cash Pooling –
November 7, 2006

5.9　　Financial Soundness Review

Upon a Nortel entity entering into the Pool, Treasury will confirm, in
writing, with Control that the entity is financially sound. In addition,
Control will request annual confirmation from the various regional
Control groups that the entities are financially sound. The regional
Control groups may base their confirmation on the periodic equity
reviews that are carried out between Control, Tax, Legal and Treasury.

5.10　　Timetable Summary

The following is a checklist of significant events and processes in
connection with the Notional Pools:

Daily:　　　　Notional Pooling (sections 5.1, 5.2 and 5.3)
　　　　　　　　Bank Interest Calculation (section 5.4)

Monthly:　　　Interest Allocation (section 5.5)
　　　　　　　　Booking of Journal Entries for Interest Calculation (section
　　　　　　　　5.6)

Annually:　　Review of Excess and Allocation (section 5.5)
　　　　　　　　Financial Soundness Review (section 5.9)

6.0　　**Approvals**

The Treasurer, NNL, must approve all updates to this Procedure.

7.0　　**Reference Documents**

Corporate Procedure 303.30 – Cash Investments and Safe Custody
　　　　　　　　　　　　　　　Arrangements
Corporate Procedure 303.34 - Counterparty Credit Risk

8.0　　**Review**

This Procedure shall be reviewed every three years, or earlier, as
required.

End of Document

Approved　　　Katharine B. Stevenson
by:
　　　　　　　Treasurer

Nortel Confidential　　　　　　　　　　　　　　　　　　Page 7 of 8

A/C

TR21322

Corporate Procedure No. 303.37 – Regional/Global Cash Pooling –
November 7, 2006

| | |
|---|---|
| **From:** | McCorkle, Michael [BRAM:0049:EXCH] |
| **Sent:** | Saturday, January 14, 2006 5:48 PM |
| **To:** | Stevenson, Kate [BRAM:0007:EXCH] |
| **Subject:** | RE: Project Peace - Syndication Update |

Happy for John and me to do the call alone. Would want to be sure we get some feedback from you on both John and my thoughts on fees first, though. Are you okay, subject to your comments, that we throw that our as a strawman?

Thanks
-----Original Message-----
**From:** Stevenson, Kate [BRAM:0007:EXCH]
**Sent:** 13 January 2006 20:54
**To:** McCorkle, Michael [BRAM:0049:EXCH]
**Subject:** FW: Project Peace - Syndication Update

Mike,

I deliberately tried to keep it as positive as possible as there's no use showing our frustration to Peter on JPM or he'll lose confidence in them. It's not so simple as being able to switch over to CSFB at any time!

Let me know, or respond directly to both of us, if you think I've missed anything important.

Thanks, and also, let me know when you get a chance if you think I'm needed for the Sunday session with Raj and Charlie. May be best for you and John to see the first iteration from JPM.

Kate
-----Original Message-----
**From:** Stevenson, Kate [BRAM:0007:EXCH]
**Sent:** Friday, January 13, 2006 8:50 PM
**To:** Currie, Peter [BRAM:0007:EXCH]
**Cc:** McCorkle, Michael [BRAM:0049:EXCH]
**Subject:** Project Peace - Syndication Update

Peter,

The feedback from JPM tonight is that they have taken our request very seriously, and brought all key decision makers in the firm up to speed today. They do completely understand the rationale for our request for a club deal with the delay in syndication.

They have made good progress, but are not yet there entirely. They did not have all the answers to our questions at this point, and though the direction is right, we do not have a full understanding yet of the implications, both structural and cost, to this approach.

We agree that a 4-handed deal - JPM, Citibank, RBC, and EDC makes sense. This will maximize speed and confidentiality, and help keep the diligence to a manageable level. Also, the more players we add, the more costly this could become because of the need to distribute HY economics to any bank in the club.

On structure, the key element JPM focused on was what kind of commitment we would have to make in order to provide them with clear market access following the "syndication commencement date," to be

1

**CONFIDENTIAL**                                      NNC-NNL11083276 / 1

determined. Understanding our objective is to have the club hold the paper until following the filing of the 10K, JPM nonetheless wants to continue to explore scenarios of earlier syndication. For instance, they identified a hypothetical scenario whereby we provided an update on 2005 guidance in mid-February. It could be advantageous to go into syndication at that time rather than following the 10K.

In addition, the timing of the filing of the 10K, if it were to go to the deadline of March 15th, would mean a late March syndication when the focus would be on Q1.

Other factors which could influence syndication include the status of litigation and M&A activity.

On cost, JPM is working through this, but expects that both the coupon and the fees will increase, or at least there will be a flex provision to this in order to cover additional risk to syndication.

We have arranged a follow-up call on Sunday and will know more then. We will need to pin down all the elements of this deal as soon as possible next week, both to our own satisfaction, and also to be able to communicate fairly and promptly to the other firms in the deal. As JPM will be here on Tuesday for the business diligence, we may need you then to have a side discussion with Berenson. We will also likely need the time in person with JPM to nail this all down.

I have copied Mike McCorkle on this in case he has anything to add. We will of course keep you updated, and may need your help on Monday or Tuesday to give JPM a nudge.

Kate

CONFIDENTIAL           NNC-NNL11083276 / 2