CONFIDENTIAL | December 2005 |

Perspectives on Affordability

# N⊘RTEL
## NETWORKS

LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

EXHIBIT
21580
PENGAD 800-631-6989

NNC - NNL07180325

CONFIDENTIAL

NØRTEL
NETWORKS

## Qualification

- For settlement purposes only. This document and any discussions related thereto are privileged and confidential settlement discussions which are protected under Rule 408 of the Federal Rules of Evidence and shall not be used by any recipient for any purpose in any judicial or administrative forum.

- The information contained in this report includes material non-public information about Nortel Networks Corporation and its subsidiaries ("Nortel" or the "Company") and is provided to the Securities Plaintiffs and their advisors subject to the terms of the confidentiality agreements between them and the Company.

- This report contemplates facts and conditions known and existing as of the date of the report. Events and conditions subsequent to this date could have a profound effect upon the Company's ability to attain its projections.

- Management is responsible for the assumptions that form the basis of the analysis in this report. They reflect management's judgment as of December 2005, of expected future operating conditions affecting the Company. There will normally be differences between the projected and actual results because events and circumstances frequently do not occur as expected. Those differences may be material and adverse and are further qualified by the disclosure of risks in the Company's SEC filings.

- The conclusions arrived herein are not intended and should not be construed as investment advice in any manner whatsoever.

LAZARD

NORTEL
NETWORKS

PERSPECTIVES ON AFFORDABILITY

## Settlement Currency Trade-Off

Assuming a reasonable total settlement amount is agreed, the settlement currency needs to have an appropriate balance between cash and equity in order to ensure Nortel's long-term viability and the creation of shareholder value. As significant current and potential future shareholders, the objectives of Nortel and the Plaintiffs should be aligned in this respect

- Total settlement must be reasonable in both its level of cash consideration and equity dilution especially in light of market expectations



**LIQUIDITY ISSUES**

Excessive utilization of Company's liquidity would impair Company's long term viability

- Adverse market reaction (negative credit outlook, downgrades, potential default under EDC facility)

- Increased refinancing challenges (increased borrowing cost, need for bridge financing, use of cash to cover shortfall in refinancing)

- Negative customer perception (long-term viability concern)

TOTAL SETTLEMENT VALUE

Cash           Equity

Financial Distress           Avoid Adverse Market Reaction

**EQUITY CONSIDERATIONS**

Maintaining strong liquidity, post-settlement creates positive financial momentum

- Elimination of litigation overhang likely provides catalyst for long term equity appreciation

- Ability to refinance on market terms

- Financial flexibility is maintained to implement strategic plan

- Customers and credit agencies will respond more favorably

1 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL



NORTEL NETWORKS

# Overview of Nortel Business

## 2005E REVENUE BY END MARKET

$11.0 billion

## 2005E REVENUE BY GEOGRAPHY

$11.0 billion

## 2005E EARNINGS CONTRIBUTION

Total: $994 million (3)
($184 million Mgmt EBT)

## TOTAL ADDRESSABLE MARKET

| Business Segment | Addressable Mkt. Size (4) | Nortel Share | Nortel Rank | '05 - '08 Growth |
|---|---|---|---|---|
| CDMA | $13 bn | 19% | # 2 | (1%) |
| GSM / UMTS | $50 bn | 7% | # 5 | GSM (3%)<br>UMTS 33% |
| CPN | $29 bn | 9% | # 5 | 4% |
| Enterprise | $42 bn | 6% | # 4 | 6% |
| TOTAL | $134 bn | 8% | | 5% |

Weaker competitive position in higher growth markets

(1) EMEA: Europe, Middle East and Africa region.
(2) CALA: Caribbean, Latin America region.
(3) Figure reflects EBT before corporate expense.
(4) 2005 market forecast.

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

**NORTEL**
NETWORKS                                                          PERSPECTIVES ON AFFORDABILITY

## State of the Business

Continuing transition period

- New CEO
- Projected 2005:  Revenue $11.0B, Gross Margin 41%, Mgmt EBT $184M, Net Loss ($109M)
- Cash decline in 2005 by over $900 million (inclusive of investments)
- Slow GSM/UMTS traction
  - Growth in revenues due to BSNL (significant loss making venture)
  - Loss of major contracts
- Erosion of CDMA margins
- Enterprise pricing and competitive pressures
- CPN – TDM decline faster than Succession take-up
- Operating expense reduction targets proving to be a challenge

Additional Key Concerns

- Refinancing concerns
- Credit rating issues
- UK Pensions regulatory environment
- Customer concerns

3 | L A Z A R D

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL



**NORTEL NETWORKS**

PERSPECTIVES ON AFFORDABILITY

## Nortel is Facing Significant Challenges

Nortel is focused on the actions that are necessary to improve its competitive position and performance. The steps and "headwinds" that management must address dictate the importance of cash and financial flexibility

**Operational Restructuring Needs**
- Reducing headcount and improving R&D effectiveness to improve competitiveness requires the ability to invest

**Volatile Business Model**
- CDMA business produces 70% of operating earnings
- 50% of CDMA revenue comes from 2 customers whose strategic initiatives involve reducing CDMA spend
- Nortel must invest to generate next "cash cow" businesses as the CDMA business is maturing

**Growing Overseas**
- Growth opportunities are outside North America
- Higher working capital requirements
    - long receivable collection timelines
    - restricted cash in local jurisdictions

**Cash Funding Pressure**
- Growing pension funding pressure (will increase to over $300 million per year from $150 million in 2005)
- Enhanced pension requirements
- Need for cash reserves to maintain board confidence in local country solvency
- Restructuring in Europe creates cash funding requirements
- Continued BSNL losses
- Potential fines from regulators

**NORTEL'S CASH PRESSURES**

**Maintaining cash flexibility is a corporate imperative**

**Preliminary 2006 Outlook**
- EBT range of $200-$500 million with EBITDA of $500 to $800 million
    - Likely cash flow break even given risks
    - Well below "core" EBITDA of $1 billion identified as critical to refinancing efforts
- New CEO committed to raise performance – requires significant organizational change

**No Committed Borrowing Facilities**
- Cash is the only source of funding
- No near term prospects to establish revolving credit facilities at corporate level

4 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

**NORTEL**
NETWORKS

## Customers Reinforce these Market Concerns

Customer concerns regarding Nortel's financial position and ability to invest in the technologies they need for their business further reinforces the need to minimize the cash that can be contributed to a potential settlement without adversely affecting the business

- Ericsson and Nokia are aggressively launching campaigns to capitalize on Nortel's financial weakness

| CUSTOMER | LTM CUSTOMER RANKING/REVENUE ** | COMMENT |
|---|---|---|
| CINGULAR | • #2 GSM / UMTS customer<br>• $436 million revenue ** | • Viability and market position were documented as a key element of their decision to select LME, Siemens and Lucent (and not Nortel) for a major project |
| DEUTSCHE TELEKOM AG / T-MOBILE | • #4 GSM / UMTS customer<br>• $266 million revenue ** | • Concerned about Nortel's R&D investment and have a concern that Nortel will drop a product as a result<br>• Substantial concerns over credit risk<br>• Very close to losing Access position in the U.K |
| VODAFONE | • #6 GSM / UMTS customer<br>• $308 million revenue ** | • "In penalty box" due to balance sheet concerns and have missed bidding on new projects globally<br>• Required to materially reduce pricing and improve terms to win business – cost $100 million + |
| O2 | • #9 GSM / UMTS customer<br>• $124 million revenue ** | • President O2 – " I'm pleased with your UMTS technology and the current performance but I have one question, will you be there in 6 months, 1 year or more. I'm building the network of the future for my company and I can't make a wrong decision…." |
| TELSTRA | • CPN / CDMA customer<br>• $116 million revenue ** | • Concerned with financial viability of Nortel<br>• Loss of large bid in 2005 (including a transition project from CDMA to UMTS network) and concern over Nortel's financial viability was a major reason for the loss |

** Total customer revenue, 90-95% GSM/UMTS with exception to Telstra (CPN/CDMA customer).

5 | L A Z A R D

ATTORNEY-CLIENT PRIVILEGED<br>PRELIMINARY AND CONFIDENTIAL<br>PREPARED AT THE REQUEST OF COUNSEL



**NORTEL** NETWORKS                                                                 PERSPECTIVES ON AFFORDABILITY

## Nortel is Significantly Less Profitable than its Peers

($ in millions)

Nortel is competing against companies who have materially greater scale and more focused product lines

- Nortel on a percentage of revenue basis spends significantly more on R&D than its peers and yet is significantly less profitable as measured by EBITDA margin

  - Financial flexibility and liquidity are important to make the investments and undertake operational restructuring necessary to become more competitive

**EBITDA MARGIN**
2003 - 2005E AVERAGE

Cisco 37.4%, Nokia 18.2%, Lucent 17.1%, Ericsson 15.3%, Alcatel 11.8%, Motorola 11.6%, Avaya 10.6%, Siemens 8.8%, Nortel 6.1%

**R&D SPENDING AS A % OF REVENUES**
2003 - 2005E AVERAGE

Nortel 18.7%, Ericsson 18.4%, Lucent 15.1%, Cisco 14.3%, Nokia 12.2%, Alcatel 12.0%, Motorola 10.4%, Avaya 8.4%, Siemens 6.5%

*Source: Company SEC filings and Wall Street research*

6 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

**NORTEL**
NETWORKS

PERSPECTIVES ON AFFORDABILITY

## Nortel has the Weakest Comparative Capital Structure

($ in millions)

Nortel has the most leveraged capital structure among all of its peers. Nortel's cash balance has been the principal support for its rating by S&P and Moody's

"Given the stresses Standard & Poor's Rating Services continues to see in the telecom industry and highly variable cash flows, maintenance of ample adequate liquidity continues to be a critical rating factor" – *Standard & Poor's, November 2005*

"The SGL-3 speculative grade liquidity rating reflect the company's substantial current cash balances, expectations for negative free cash flow in 2005, limited sources of committed external liquidity, significant near term debt maturities and limited potential asset sales" – *Moody's, July 2005*

### Comparable Company Debt and Capitalization Analysis

| Company | Senior Unsecured Credit Rating | | | | Total Debt [1] | Unfunded Pension/OPEB Obligations [2] | Cash | Net Debt | Total Debt / | | LTM EBITDA / Interest |
| | S&P | | Moody's | | | | | | TEV | LTM EBITDA | |
| | Rating | Outlook | Rating | Outlook | | | | | | | |
| Alcatel | BB | Stable | Ba1 | Positive | $4,513 | $117 | $4,889 | (3376) | 21.2% | 2.3x | 7.5x |
| Lucent | B | Positive | B1 | Positive | 5,434 | 4,857 | 4,930 | 504 | 60.6% | 2.9 | 5.5 |
| **Median** | | | | | | | | | 30.9% | 2.6x | 6.3x |
| Cisco | NR | NA | NR | NA | $0 | NA | $13,490 | ($13,490) | NM | NM | NM |
| Ericsson | BBB- | Stable | Baa3 | Positive | 3,482 | $1,317 | 8,985 | (5,503) | 5.3% | 0.8x | 13.5x |
| Motorola | BBB+ | Stable | Baa2 | Stable | 4,319 | 1,854 | 12,731 | (8,412) | 8.6% | 0.9 | 14.2 |
| Nokia | A | Negative | A1 | Stable | 424 | 65 | 13,214 | (12,790) | 0.6% | 0.1 | NM |
| **Median** | | | | | | | | | 5.3% | 0.8x | 13.9x |
| Avaya | BB | Stable | B2 | Positive | $30 | 1,434 | $750 | ($720) | 0.7% | 0.1x | 51.2x |
| Siemens | AA- | Stable | Aa3 | Stable | 14,944 | 4,206 | 11,909 | 3,934 | 15.5% | 1.3 | 14.8 |
| **Median for All Peers** | | | | | | | | | 8.6% | 0.9x | 13.9x |
| **Nortel Wall Street/External** | D- | Stable | B3 | Negative | $3,683 | $2,848 | $3,170 | $513 | 25.2% | 6.1x | 3.3x |

Source: Company SEC filings and Wall Street research.
(1) Excludes preferred stock.
(2) Unfunded Pension/OPEB obligations excluded from Net Debt and Total Debt figures, but displayed here to reveal size of unfunded obligations.

7 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

## NORTEL NETWORKS

## ....and its Liquidity is Well Below its Peers

($ in millions)

An analysis of relative liquidity indicates that Nortel's current liquidity is substantially lower than its peers, even accounting for its smaller size

- Applying the median of the Liquidity/LTM Revenue and Days Liquidity statistics of Nortel's peers shown below suggests Nortel should have in excess of $4 billion in available liquidity
  - This is significantly higher than Nortel's expected year-end liquidity of $2.8 billion

| | | S&P Sec. Unsec. Rating | LTM Revenue | Cash [1] | Revolver Availability [2] | Total Liquidity [3] | LTM Cash COGS and SG&A [4] | Liquidity/ LTM Revenue | Days Sales [5] | Days Payable [6] | Inventory Turnover [7] | Days Liquidity [8] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investment Grade | Siemens | AA- | 100,665 | 11,909 | $5,528 | $17,437 | $76,813 | 19.2% | 83 | 69 | 4.2x | 83 |
| | Nokia | A | 40,055 | 13,314 | N/A | 13,314 | 29,007 | 33.0% | 51 | 11 | 12.4 | 166 |
| | Motorola | BBB+ | 35,232 | 12,721 | 3,784 | 13,515 | 27,244 | 44.0% | 50 | 53 | 10.5 | 208 |
| | Ericsson | BBB- | 19,521 | 8,985 | 1,000 | 9,985 | 11,477 | 53.9% | 104 | 53 | 4.0 | 316 |
| | | | | | | | Mean | 37.5% | 74 | 60 | 7.7x | 194 |
| | | | | | | | Median | 38.5% | 71 | 58 | 7.2 | 187 |
| Non-Investment Grade | Alcatel | BB | $15,438 | $4,889 | $1,202 | $6,090 | $14,363 | 39.4% | 116 | 150 | 4.9x | 190 |
| | Avaya | BB | 4,902 | 750 | 195 | 945 | 3,516 | 19.3% | 64 | 56 | 5.0 | 68 |
| | Lucent | B | 9,443 | 4,930 | N/A | 4,930 | 6,373 | 52.2% | 54 | 53 | 7.3 | 282 |
| | | | | | | | Mean | 37.0% | 78 | 89 | 5.7x | 187 |
| | | | | | | | Median | 39.4% | 64 | 56 | 5.0 | 190 |

**ALL COMPS SUMMARY:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Mean | 37.3% | 76 | 71 | 6.9x | 188 |
| | | | | | | | Median | 39.0% | 64 | 56 | 5.0 | 190 |
| | | | | | | | Adj. Average [9] | 37.8% | 73 | 56 | 7.1 | 197 |

| Nortel | B- | 10,641 | $3,070 | N/A | $3,070 | 28,313 | 28.9% | 90 | 88 | 6.8x | 128 |

Memo Nortel Suggested Liquidity
Nortel LTM Revenue x 39.4%    $4,200
Nortel LTM (COGS + SG&A) * 190/365    4,223

*Source: Company SEC filings and Wall Street research*
(1) Includes marketable securities.
(2) Includes total available lines on revolvers and other credit facilities. *Source: Company filings, Wall Street research, Rating Agencies research.*
(3) Liquidity is defined as the sum of cash and available lines of credit.
(4) Excludes Depreciation and Amortization.
(5) Days Sales = 365/(Sales/Accounts Receivable).
(6) Days Payable = 365/(COGS/Accounts Payable).
(7) Inventory Turnover = COGS/Inventory.
(8) Days Liquidity = (Cash + Availability)/[(LTM COGS + SG&A)/365].
(9) Excludes high and low observations.

8 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

**NORTEL** NETWORKS

<span style="float:right">PERSPECTIVES ON AFFORDABILITY</span>

## Limited Empirical Evidence that a Settlement is Reflected in the Market
($ in millions)

There is no compelling evidence to suggest the market has factored the cost of a settlement into Nortel's share price. Only 2 out of 16 analysts actually consider the litigation in their valuation. Providing a significant amount of cash and equity as part of a settlement will likely surprise the market and credit agencies

■ Nortel trades at a premium to its closest competitor Lucent and to the median of its peers

"Nortel trades at a considerable premium to Lucent, despite Nortel's continuing cash burn, inferior technology position, more precarious balance sheet and exposure to likely $1 billion + lawsuit settlements" – *Bernstein, November 3, 2005*

| ANALYST TARGETS | | | | | | | | COMPARABLE COMPANY VALUATION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | EPS Target | | Price | Premium/ | Mentions Litigation | Litigation Impacts | | TEV/Revenue | | P/E | | 04-06 Revenue |
| Firm | Date | 2005E | 2006E | Target | Discount[1] | Risk | Valuation | Company | LTM | 05E | 05E | 06E | Growth |
| A.G Edwards & Sons | 12/1/2005 | $0.08 | $0.17 | None | NA | Yes | NA | Alcatel | 1.38x | 1.35x | 17.4x | 15.8x | 8.7% |
| Oppen Securities | 11/30/2005 | 0.12 | 0.12 | $4.50 | 40.6% | No | No | Lucent | 1.42 | 1.39 | 16.0 | 15.9 | 6.5% |
| RBG Capital Markets | 11/28/2005 | (0.01) | 0.20 | 4.00 | 25.0% | Yes | No | | | | | | |
| National Bank Financial | 11/14/2005 | 0.06 | 0.18 | 4.50 | 40.6% | No | No | Median | 1.40x | 1.37x | 16.7x | 15.9x | 7.3% |
| Baird | 11/7/2005 | 0.05 | 0.33 | 4.00 | 25.0% | Yes | No | | | | | | |
| Morgan Stanley | 11/4/2005 | 0.06 | 0.22 | 5.20 | 56.3% | No | No | Cisco | 3.94x | 3.89x | 18.1x | 16.0x | 9.0% |
| Prudential Equity Group | 11/3/2005 | 0.09 | 0.24 | 4.00 | 25.0% | Yes | No | Ericsson | 3.52 | 3.46 | 17.9 | 16.7 | 17.8% |
| Jefferies & Company | 11/3/2005 | 0.05 | 0.15 | 2.60 | (18.8%) | Yes | Yes | Motorola | 1.42 | 1.35 | 20.1 | 17.4 | 6.8% |
| Buckingham Research | 11/3/2005 | 0.08 | 0.19 | None | NA | No | NA | Nokia | 1.77 | 1.74 | 19.2 | 17.5 | 7.2% |
| Bernstein Research | 11/3/2005 | 0.04 | 0.14 | 2.50 | (21.9%) | Yes | Yes | | | | | | |
| Pacific Crest Securities | 11/3/2005 | 0.07 | 0.19 | None | NA | No | NA | Median | 2.64x | 2.60x | 18.6x | 17.1x | 8.1% |
| CIBC World Markets | 11/2/2005 | 0.08 | 0.24 | None | NA | No | NA | | | | | | |
| Citigroup | 11/2/2005 | 0.06 | 0.22 | 4.00 | 25.0% | No | No | Avaya | 0.89x | 0.87x | 17.8x | 16.3x | 7.6% |
| Moors & Cabot | 11/2/2005 | 0.07 | 0.15 | 5.50 | 9.4% | Yes | No | Siemens | 1.07 | 1.04 | 24.0 | 16.0 | 9.5% |
| Bear Stearns | 11/2/2005 | 0.07 | 0.18 | None | NA | No | NA | | | | | | |
| Deutsche Bank | 11/2/2005 | 0.01 | 0.12 | 3.00 | (8.3%) | No | NA | Median | 0.98x | 0.96x | 20.9x | 16.2x | 8.6% |
| Median | | $0.07 | $0.18 | $4.00 | 25.0% | | | Median for All Peers | 1.42x | 1.37x | 18.0x | 16.2x | 7.9% |
| | | | | | | | | Nortel - External/Wall Street | 1.44x | 1.39x | 45.7x | 18.0x | 8.2% |

(1) Reflects premium/(discount) to Nortel's current price of $3.20 as of 12/15/05.

⁹|LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

NORTEL
NETWORKS                                                    PERSPECTIVES ON AFFORDABILITY

## Rating Agencies Confirm Nortel's Analysis

Both S&P and Moody's confirm Nortel's assessment that it has the weakest credit profile amongst its peers and a reduction in its liquidity to settle litigation would be viewed negatively

■ S&P recently completed (November 17, 2005 report) a peer comparison of Nortel's closest rated competitors and Nortel ranked the lowest on all four dimensions

> "Nortel's liquidity is the weakest of the three, given a cash balance of only $3 billion, debt maturities of $1.46 billion in 2006 and negative free operating cash flow"

| SUMMARY OF RANKINGS | | | | | |
|---|---|---|---|---|---|
| Company | Corporate Credit Rating | Credit Ranking | Business Profile Ranking [1] | Financial Profile Ranking [2] | Financial Policy/Accounting/ Governance Ranking |
| Alcatel | BB/Stable/B | 1 | 1 | 1 | 1 |
| Lucent | B/Positive/B-1 | 2 | 2 | 2 | 2 |
| Nortel | B-/Stable/B-2 | 3 | 3 | 3 | 3 |

(1)  1 represents the least business risk; 3 represents the most business risk.
(2)  1 represents the strongest financial profile; 3 represents the weakest comparative financial profile.

■ Currently on Negative outlook with Moody's. Assessment in July 2005 of what could drive ratings down highlights the risk in a settlement

> "the ratings could face further downward pressure to the extent (i) Nortel experiences slower recovery of revenue growth and profitability than expected.....(iii) Nortel materially reduces its financial flexibility, particularly through acquisitions or from judgments or settlements against the company from outstanding litigation or penalties resulting from federal investigations"

10 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

**NORTEL**
NETWORKS

## Refinancing is Directly Linked to Litigation Outcome

As a result of the uncertainty surrounding the outcome of settlement discussions, Nortel is facing significant challenges in refinancing its debt maturing in 2006

- **Nortel is unable to access high yield market**
  - Nortel has been ready to proceed with JP Morgan and Citibank as likely lead underwriters
  - Status of settlement discussions makes a public high yield offering not executable at this time
  - A settlement which reduces Nortel's cash and/or credit rating or no settlement may further limit Nortel's access to public markets
- **Alternatives being pursued include a bridge or interim facilities and a private offering with alternative lenders**
  - Materially less attractive terms relative to both pricing, structure, and maturity
  - Some amount of financing will be secured with balance either unsecured or more likely repaid using cash
    - — Nortel can secure up to approximately $650 million without having to secure other indebtedness
  - Discussions over alternatives have highlighted the importance of cash from a credit perspective (minimum cash covenants as a condition)
- <u>Bridge or interim financing outcome will not be well received by rating agencies, equity analysts or customers</u>

11 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

NORTEL
NETWORKS                                                        PERSPECTIVES ON AFFORDABILITY

## Recent Cash Issue: UK Pensions and Regulatory Environment

A new body "Pensions Regulator" replaced OPRA (Occupational Regulatory Authority) and was given broader powers

- Pensions Regulator has adopted a risk based approach with stated objective of preventing problems from developing. Any significant change to the financial standing of Nortel's UK subsidiary ( including a return of capital) and potential similar changes outside the UK could lead the regulator to issue:

  - Contribution Notices

  - Financial Support Directions

- Effectively imposes limitations on the use of cash at Nortel's UK subsidiary

- In addition, new UK Pensions Act requires negotiation of a long-term Funding agreement to replace current agreement signed on June 14, 2005

  - Currently negotiating a Long-term Agreement which could double annual contributions (current agreement requires annual contributions of at least $85m).

- New Pension Protection Fund levies could add significant additional risk-based premium requirements

12 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL.
PREPARED AT THE REQUEST OF COUNSEL.



NORTEL NETWORKS

# Perspectives on Affordability

($ in millions)

Nortel has a limited amount of core cash it can distribute and remain viable

**NORTEL'S CASH IS CRITICAL GIVEN:**

- Significant business risk
- Weak credit profile
- Restricted access to capital markets
- Customer concerns as to long-term viability
- Increased cash demands on business

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

**NORTEL**
NETWORKS

## Conclusion: Nortel Cannot Afford a Material Amount of Cash in a Settlement

An objective assessment of Nortel's current credit profile and competitive position indicates that Nortel cannot afford a material amount of cash to be used in a settlement given the issues facing the Company today

| | COMMENT |
|---|---|
| **SIGNIFICANT BUSINESS RISK** | ■ Sub par scale combined with broad product mix requiring significant R&D spend has resulted in lagging profitability<br>■ Significant customer concentration adds to business risk and potential for volatility<br>■ Reliance on declining cash cow businesses; need to reinvest in growth opportunities |
| **WEAK CREDIT PROFILE** | ■ Weakest credit statistics and credit rating of any of its peers<br>■ No access to working capital lines; cash is the foundation of Nortel's current ratings<br>■ One downgrade away from CCC rating which would severely impact Nortel's ability to compete |
| **RESTRICTED ACCESS TO CAPITAL MARKETS** | ■ Nortel unable to access high yield market given uncertainty around settlement<br>■ Nortel may have to pursue a secured bridge financing and utilize cash to address 2006 maturities |
| **NEGATIVE CUSTOMER REACTION** | ■ Customers are concerned about Nortel's financial condition and ability to invest in and service contracts over extended periods<br>■ Their concerns are affecting Nortel's business today and need to be alleviated not exacerbated as a result of a settlement |
| **INCREASED CASH DEMANDS ON BUSINESS** | ■ Increase pension funding obligations around the world<br>■ Restructuring initiatives to reduce headcount and better focus R&D create significant one-time cash outlays<br>■ Nortel needs to be opportunistic in pursuing investments in growing markets |

> A settlement that further widens the gap between Nortel and its competitors and reduces Nortel's ability to take the necessary steps to improve its performance will only serve to reduce the value of the shares in Nortel that the Plaintiff's hold today and may receive in a settlement

14 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL



# 2007 Budget Presentation

Peter Currie
February 21, 2007
Board of Directors Meeting





## Agenda

- 2007 Budget Highlights
- 2007 Total Nortel Budget and P&L Trend
- Risks and Opportunities to Budget
- 2007 Nortel Budget Details
- Restructuring Summary
- Cash Flow, Liquidity and Balance Sheet Summary
- Business Transformation in 2007
- Next Steps
- Backup
  - P&Ls by LC
  - P&Ls by Region
  - Success Bonus profile
  - B/S Peer Comparison

# 2007 Budget Highlights



- Comprehensive process followed to arrive at this proposal
- Budget is now final, with outstanding actions completed
- Revenue growth of approximately 4% (adjusting for UMTS Access) is in line with market dynamics
- Gross margin improvements due to strong productivity, the sale of low margin UMTS Access business, favourable Enterprise mix, overall focus on more profitable Revenue opportunities
- SG&A & R&D reductions are aggressive and consistent with announced goals
- Restructuring (presented to board on Feb 8) to eliminate costs and drive improvements is a fundamental component of this budget
- 2006 Actuals shown are based on Draft 9 (subject to change)

**2007 Budget and Restructuring Plan in Place**

Nortel Confidential Information

##  Budget vs 2006 Actual

| TOTAL NORTEL | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 2,378 | 2,681 | 2,759 | 3,330 | 11,148 | 2,381 | 2,745 | 2,956 | 3,257 | 11,339 |
| Gross Margin $ | 920 | 1,108 | 1,169 | 1,460 | 4,656 | 905 | 1,053 | 1,124 | 1,316 | 4,408 |
| Gross Margin % | 38.7% | 41.3% | 42.4% | 43.8% | 41.8% | 38.0% | 38.7% | 38.0% | 40.4% | 38.9% |
| SG&A - (incl bad debt) | 585 | 555 | 547 | 566 | 2,253 | 599 | 599 | 605 | 686 | 2,489 |
| % of Rev | 24.6% | 20.7% | 19.8% | 17.0% | 20.2% | 25.1% | 21.8% | 20.5% | 21.1% | 22.0% |
| R&D Spending | 445 | 433 | 415 | 419 | 1,712 | 480 | 491 | 481 | 485 | 1,937 |
| % of Rev | 18.7% | 16.1% | 15.0% | 12.6% | 15.4% | 20.2% | 17.9% | 16.3% | 14.9% | 17.1% |
| Operating Margin | (110) | 120 | 207 | 475 | 691 | (173) | (28) | 37 | 145 | (18) |
| Operating Margin % | (4.6%) | 4.5% | 7.5% | 14.3% | 6.2% | (7.3%) | (1.0%) | 1.3% | 4.5% | (0.2%) |
| Total Other Inc/Exp. | 55 | 77 | 76 | 107 | 316 | (5) | 21 | 75 | 109 | 199 |
| Mgmt EBT | (165) | 42 | 131 | 368 | 376 | (167) | (48) | (38) | 36 | (217) |
| Rev % | (6.9%) | 1.6% | 4.7% | 11.1% | 3.4% | (7.0%) | (1.8%) | (1.3%) | 1.1% | (1.9%) |

**Tough first quarter anticipated, offset by significant improvements QoQ thereafter – target $600M OM achievement**



# Nortel P&L Trend 2004-



| $M USD | 2007 Budget | 2006 Estimate | 2005 | 2004 |
|---|---|---|---|---|
| Revenues | 11,148 | 11,339 | 10,523 | 9,516 |
| Gross Margin | 4,658 | 4,406 | 4,306 | 3,942 |
| GM % | 41.8% | 38.8% | 40.9% | 41.4% |
| SG&A | 2,253 | 2,489 | 2,413 | 2,123 |
| SG&A % | 20.2% | 22.0% | 22.9% | 22.4% |
| R&D | 1,712 | 1,937 | 1,856 | 1,960 |
| R&D % | 15.4% | 17.1% | 17.6% | 20.6% |
| Operating Margins | 694 | (18) | 37 | (151) |
| Operating Margins | 6.2% | -0.2% | 0.4% | -1.6% |
| Purchased IPR&D | | 25 | | 0 |
| Acquired Technology and Other | 22 | 27 | 17 | 9 |
| Special charges | 353 | 108 | 170 | 184 |
| Gain on sale of business | (117) | (106) | 47 | (91) |
| Shareholder (Recovery)/Lawsuit Expense | 0 | (219) | 2,474 | 0 |
| Other (Income)/Expense | 213 | (318) | (536) | (212) |
| Interest Expense - LT Debt | | 274 | 207 | 192 |
| Interest Expense - Other | | 68 | 11 | 10 |
| EBT(LBT) - Continuing Operations | 114 | 95 | (2,586) | (240) |
| Tax (Recovery)/Charge | | 56 | (52) | (50) |
| Minority Interest - Net | 103 | 54 | 59 | 46 |
| Equity (Earnings)/Loss - Net | | 0 | (4) | 0 |
| Net earnings from Cont Ops | 12 | (29) | (2,576) | (151) |
| Net Earnings from Disc Ops Net of Tax | | 0 | (1) | (49) |
| Net Earnings/(Loss) - Total Operations | 12 | (29) | (2,575) | (207) |
| Avg Shares O/S - Diluted | 465,266 | 433,933 | 430,769 | 433,676 |
| EPS/(LPS) - Proforma (NEBT) | $ 0.8024 | $ (0.5001) | $ 0.1752 | $ (0.4312) |

Note 1
AVERAGE SHARES O/S for 2007 :

| | |
|---|---|
| 2006 O/S shares | 433,933 |
| Add: shares from litigation settlement $62,667 / 2 | 31,433 |
| Total estimate shares O/S for 2007 | 465,366 |

Note 2
NEBT = GM - SG&A - R&D - Other (Income)/Expense - Interest Expense LT Debt - Interest Expense Other - Minority Interest - Equity (Earnings)/Loss

| NEBT(NLBT) | 375 | (217) | 93 | (167) |
|---|---|---|---|---|

**Significant improvement in earnings driven by reduced operating expenses**

Nortel Confidential Information

# Risks and Opportunities

*$M USD*



|  | Revenue | | Margin (EBT) | |
|---|---|---|---|---|
| **RISKS:** | | | | |
| WIMAX | $ | 100 | $ | 25 |
| GSM Falloff | $ | 200 | $ | 50 |
| Enterprise Growth | $ | 250 | $ | 100 |
| Operations CR assumptions - % risk - Q4 performance | | -- | $ | 100 |
| SGA execution risk | | -- | $ | 75 |
|  | **$** | **550** | **$** | **350** |
| **OPPORTUNITIES:** | | | | |
| Optical (PBT) momentum | $ | 250 | $ | 100 |
| Pricing uptake | $ | 100 | $ | 50 |
|  | **$** | **350** | **$** | **150** |
| **NET** | **$** | **200** | **$** | **200** |

**Confidence Level at 75%**

Nortel Confidential Information

# Revenue Trend



| Revenue | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 |
| **MCCBb** | 5,127.7 | 1,123.0 | 1,297.4 | 1,293.7 | 1,514.3 | 5,977.3 | 1,282.1 | 1,623.4 | 1,541.5 | 1,825.4 |
| CCM4 Core | 2,567.2 | 598.5 | 611.4 | 632.5 | 744.7 | 2,510.9 | 476.4 | 542.5 | 704.0 | 788.1 |
| WiMAX | 118.5 | 12.1 | 11.5 | 36.0 | 60.3 | 0.3 | | | 0.3 | 0.3 |
| GSM | 1,336.2 | 253.3 | 254.2 | 259.3 | 366.5 | 1,570.5 | 393.1 | 437.2 | 400.9 | 343.4 |
| UMTS | 124.5 | 5.9 | 62.8 | 30.7 | 35.1 | 831.3 | 178.3 | 226.9 | 162.9 | 263.1 |
| Legacy Voice | 298.3 | 82.0 | 78.5 | 72.5 | 65.2 | 454.8 | 119.8 | 147.5 | 66.8 | 100.8 |
| Succession Voice | 741.6 | 171.2 | 177.5 | 172.8 | 219.3 | 509.4 | 120.4 | 79.3 | 104.9 | 104.3 |
| **MEN:** | 1,580.7 | 314.5 | 364.2 | 431.0 | 466.0 | 1,857.6 | 305.6 | 464.9 | 439.9 | 455.1 |
| Services Edge (SE) | 324.5 | 60.3 | 74.4 | 92.1 | 97.7 | 440.1 | 91.2 | 102.5 | 101.2 | 100.4 |
| Optical | 1,196.1 | 245.5 | 281.8 | 313.4 | 355.5 | 1,180.0 | 218.5 | 298.3 | 319.3 | 348.8 |
| BroadBand Networks | 42.0 | 8.7 | 10.4 | 11.1 | 13.7 | 21.4 | 0.7 | 4.3 | 5.1 | 8.1 |
| MSN Executive | 28.1 | 1.8 | 2.5 | 4.4 | 19.3 | 7.2 | 2.1 | 0.5 | 3.4 | 0.3 |
| **ES:** | 2,643.3 | 578.1 | 635.2 | 724.3 | 903.6 | 2,323.9 | 438.8 | 478.7 | 505.6 | 800.3 |
| Ent Data Nwk (EDN) | 917.1 | 205.9 | 220.3 | 229.8 | 256.0 | 709.3 | 135.0 | 154.5 | 179.5 | 256.7 |
| ES Voice (EVSE) | 1,336.5 | 270.5 | 311.5 | 374.1 | 378.6 | 1,079.4 | 227.4 | 265.8 | 273.7 | 316.5 |
| Ent Apps (EMA) | 312.5 | 77.5 | 72.9 | 76.8 | 85.7 | 262.0 | 56.8 | 55.7 | 90.7 | 75.5 |
| En & Services Mgmt | - | - | - | - | - | 3.0 | 0.4 | 1.2 | 0.9 | 0.4 |
| ES Executive | 276.2 | 19.4 | 29.5 | 43.8 | 183.5 | 272.0 | 9.2 | 8.2 | 64.1 | 173.3 |
| **GMAS Services:** | 1,291.8 | 299.4 | 338.4 | 346.2 | 380.8 | 1,235.5 | 290.8 | 308.7 | 316.3 | 318.9 |
| Plan and Deploy | 99.5 | 13.6 | 18.5 | 30.3 | 36.9 | 23.2 | 4.8 | 5.5 | 5.3 | 6.2 |
| RES Mandad | 1,007.9 | 234.4 | 249.0 | 257.1 | 267.4 | 1,067.3 | 252.6 | 267.2 | 267.5 | 280.0 |
| RMS Spends | 205.0 | 48.6 | 54.2 | 53.5 | 53.6 | 145.0 | 33.1 | 36.0 | 42.3 | 33.3 |
| NAS Apps | 19.0 | 4.8 | 3.5 | 5.3 | 5.4 | - | - | - | - | - |
| **NGS Services** | 256.0 | 63.0 | 63.0 | 64.0 | 63.0 | 239.6 | 62.7 | 61.3 | 67.5 | 57.1 |
| Other | - | - | - | - | - | 6.1 | 1.7 | 0.5 | 2.2 | 1.4 |
| **Total Nortel** | 11,148.2 | 2,375.0 | 2,881.1 | 2,799.3 | 3,225.3 | 11,386.5 | 2,381.5 | 2,744.8 | 3,088.8 | 3,397.2 |

**Enterprise, Succession, and Services growth offsets UMTS & GSM**

Nortel Confidential Information



## Revenue by Region by LC

| Revenue | 2007 Budget | | | | | |
|---|---|---|---|---|---|---|
| | **NORTEL** | **MCCN** | **ES** | **MEN** | **SVCS** | **NGS Services** |
| *North America* | 5,629 | 3,202 | 1,148 | 686 | 597 | - |
| *NGS* | 458 | 9 | 169 | 13 | 13 | 255 |
| *CALA* | 709 | 394 | 134 | 82 | 98 | -- |
| *EMEA* | 2,410 | 684 | 786 | 480 | 460 | -- |
| *Asia* | 1,229 | 524 | 297 | 271 | 137 | - |
| *LG* | 713 | 316 | 312 | 59 | 27 | - |
| *Total Nortel* | 11,148 | 5,128 | 2,843 | 1,591 | 1,331 | 255 |

**Loss of UMTS access revenue in EMEA offset by growth across all other regions**

Nortel Confidential Information

# Deferred Revenue Assumptions

*in $US M*



| Regions | Q1 | | Q2 | | Q3 | | Q4 | | TY07 | | Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adds | Rel | Adds | Rel | Adds | Rel | Adds | Rel | Adds | Rel | Pick-Up |
| NA | 137 | 250 | 147 | 183 | 189 | 144 | 172 | 173 | 626 | 781 | 125 |
| EMEA | 81 | 104 | 84 | 146 | 84 | | 86 | 81 | 335 | 413 | 78 |
| ASIAPAC | 29 | 40 | 32 | 26 | 37 | 20 | 49 | 21 | 146 | 107 | (39) |
| CALA | 6 | 16 | 2 | 16 | 3 | 18 | 1 | 10 | 6 | 64 | 63 |
| LG | 147 | 99 | 111 | 98 | 91 | 74 | 128 | 208 | 477 | 480 | 3 |
| MGS | 6 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 25 | 22 |
| TOTAL | 395 | 533 | 375 | 470 | 380 | 340 | 436 | 493 | 1,586 | 1,837 | 251 |

| Revenue Pick-Up | | | | | | | | | | | |

| LCs | Q1 | | Q2 | | Q3 | | Q4 | | TY07 | | Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adds | Rel | Adds | Rel | Adds | Rel | Adds | Rel | Adds | Rel | Pick-Up |
| ES | 89 | 116 | 90 | 96 | 101 | 97 | 119 | 99 | 398 | 408 | 10 |
| MEN | 18 | 36 | 20 | 13 | 123 | 240 | 38 | 17 | 112 | 63 | |
| MCCN | 221 | 330 | 200 | 291 | 188 | 160 | 217 | 309 | 827 | 1,091 | 264 |
| Services | 65 | 50 | 64 | 69 | 61 | 162 | 61 | 68 | 249 | 253 | 5 |
| TOTAL | 395 | 533 | 375 | 470 | 380 | 340 | 436 | 493 | 1,586 | 1,837 | 251 |

| Revenue Pick-Up | | | | | | | | | | | |

**Majority of Deferred Revenue releases expected in 1st half in MCCN**

Nortel Confidential Information



# R&D Expense Trend



Reduction YoY with sale of UMTS Access offset by diligent program review and Inves

# Other Income & Expense



| | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| *Interest Income* | (10) | (10) | (10) | (10) | (40) | (15) | (16) | (15) | (23) | (69) |
| *Liscensing Income - LC's various* | (3) | (3) | (3) | (3) | (12) | (5) | (2) | (5) | (5) | (17) |
| *Dividend Income* | (14) | (14) | (14) | (14) | (57) | (13) | (10) | (12) | (13) | (48) |
| *Long Term Debt Interest* | 80 | 86 | 81 | 81 | 329 | 59 | 59 | 92 | 83 | 293 |
| *Preferred Share Dividends* | 14 | 14 | 14 | 14 | 56 | 10 | 12 | 17 | 16 | 55 |
| *Minority Interest* | (7) | 1 | 8 | 40 | 40 | (20) | (13) | 1 | 47 | 15 |
| *Other - Bookham/Fringe/Health & Welfare trust/Sox etc.* | (4) | 4 | 0 | 0 | 0 | (21) | (9) | (3) | 4 | (30) |
| *Total Other (Income)/Expense* | 55 | 77 | 78 | 108 | 316 | (5) | 21 | 75 | 108 | 199 |

**Additional Interest expense and minority interest in 2007**

Nortel Confidential Information

## 2007 Restructuring Plan Overview



- Restructuring Plan is required to meet the 2007 Budget Targets and drive our Business Transformation and business model
- The Plan covers 2007 (Phase 1) and 2008 (Phase 2), and consists of the following activities:
  - General HC reductions to reduce cost structure
  - Shift of activities from high-cost to low-cost locations
  - Program/Product line reduction or shutdown
  - Real Estate Portfolio reductions
- The Plan impacts 3993 HC (1106 HC to be added back in low cost regions for a net HC impact of 2887)
- The Plan will cost $393M, and will result in annualized savings of $418M

Nortel Confidential Information

## 2007-08 Restructuring Summary – by P&L Line



| | 2007 Plan Total | 2008 Plan Total | 2007-2008 Plans Total |
|---|---|---|---|
| COS/OCNIS Heads | 772 | 0 | 772 |
| SG&A Heads | 687 | 520 | 1,207 |
| R&D Heads | 1,321 | 693 | 2,014 |
| Heads | 2780 | 1213 | 3,993 |
| **Cost $M** | | | |
| COS/OCNIS | 51.7 | 0.0 | 52 |
| SG&A | 52.1 | 31.3 | 83 |
| R&D | 133.2 | 52.0 | 185 |
| Real Estate | 54.3 | 7.0 | 73 |
| Total Cost | 291.2 | 90.3 | 393 |
| **Savings $M** | | | Annualized |
| COS/OCNIS | 51.2 | 0.0 | |
| SG&A | 53.4 | 37.7 | |
| R&D | 81.3 | 30.6 | |
| Real Estate | 14.3 | 26.2 | |
| Total Savings | 200.2 | 94.5 | |
| Net Benefits | -91.0 | 4.2 | |

The Plan impacts 3993 HC, with adds of ___ HC for a net reduction of 2687 HC. Total costs, including RE is $393 ___ annualized savings of $41 ___

# Liquidity and Capital Needs





- Cash position improved and improving, but net debt and debt ratios well outside peer norm
- $1.8B convertible going current on September 1 2007—market will expect action
- Minimum cash levels ~$2B due to fixed charges, global working capital needs, trapped cash
- Cash cushion advisable for proactive flexibility and for unforeseen needs
- Forecast strong 2007 working capital improvement offset by pension and restructuring costs—preventing build up of cash reserves



**2007 Budget Balance Sheet**
**Q4 2006: relates to draft #9 Balance Sheet**



### Assets:

| | | | | | | |
|---|---|---|---|---|---|---|
| Cash & Equivalents | | 3,492 | 3,224 | 3,182 | 3,340 | 3,579 |
| Restricted Cash & Equivalents | | 639 | 639 | 839 | 639 | 639 |
| Accounts Receivable Trade & Other | | 2,798 | 2,386 | 2,457 | 2,472 | 2,811 |
| Inventory | | 1,807 | 1,904 | 1,761 | 1,706 | 1,768 |
| Other Current Assets | | 758 | 749 | 753 | 773 | 799 |
| **Total Current Assets** | | 9,950 | 9,178 | 9,104 | 9,287 | 9,862 |
| Investments+ | | 208 | 208 | 208 | 208 | 208 |
| Net PP&E | | 1,531 | 1,529 | 1,524 | 1,464 | 1,462 |
| Goodwill | | 2,519 | 2,519 | 2,519 | 2,519 | 2,519 |
| Long Term Deferred Income Taxes | | 3,815 | 3,800 | 3,785 | 3,770 | 3,755 |
| Other Assets+ LT AR | | 993 | 968 | 968 | 968 | 968 |
| **Total Assets** | | **19,016** | **18,202** | **18,108** | **18,215** | **18,774** |

### Liabilities:

| | | | | | | |
|---|---|---|---|---|---|---|
| Trade and Other Accounts Payable | | 1,130 | 920 | 1,014 | 1,057 | 1,205 |
| Payroll | | 640 | 593 | 606 | 709 | 849 |
| Contractual Liabilities | | 243 | 243 | 243 | 243 | 243 |
| Restructuring | | 97 | 119 | 111 | 64 | 117 |
| Other Accrued Liabilities | | 4,629 | 4,383 | 4,308 | 4,303 | 4,291 |
| Short Term Debt | | 18 | 18 | 18 | 18 | 1,818 |
| **Total Current Liabilities** | | 6,757 | 6,277 | 6,300 | 6,393 | 8,524 |
| Long Term Debt | | 4,446 | 4,446 | 4,446 | 4,446 | 2,646 |
| Deferred Taxes | | 85 | 85 | 85 | 85 | 85 |
| Other Liabilities | | 5,831 | 5,739 | 5,647 | 5,555 | 5,484 |
| **Total Liabilities** | | **17,119** | **16,547** | **16,478** | **16,481** | **16,739** |
| Minority Interest | | 799 | 799 | 811 | 828 | 850 |

### Shareholders' Equity:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Shareholders' Equity** | | 1,098 | 856 | 819 | 907 | 1,185 |
| **Total Liabilities and Shareholders' Equity** | | **19,016** | **18,202** | **18,108** | **18,215** | **18,774** |

Nortel Confidential Information



# 2007 Cash Flow and Working Capital Budget

| | Q1 '07 | Q2 '07 | Q3 '07 | Q4 '07 | 2007 |
|---|---|---|---|---|---|
| **Opening Cash Balance** | 3,492 | 3,224 | 3,182 | 3,341 | 3,492 |
| **Major Ops Drivers** | | | | | |
| Operating Margin | (110) | 120 | 207 | 475 | 691 |
| Dep'n | 75 | 75 | 75 | 75 | 298 |
| Pensions (funded) | (92) | (92) | (92) | (71) | (347) |
| Restructuring | (84) | (103) | (60) | (91) | (337) |
| Working Capital Change | | | | | |
| Change due to Volume | 63 | (102) | (80) | (253) | (372) |
| Change due to Improvements | 142 | 185 | 133 | 45 | 505 |
| Total Working Capital Change | 205 | 83 | 53 | (208) | 133 |
| Success cash impact | (109) | | | | (109) |
| **Cash Flow from Ops** | (104) | 84 | 210 | 380 | 516 |
| | | | | | |
| **Cash Flow from Investing** | | | | | |
| Capex | (75) | (75) | (75) | (75) | (300) |
| Disposal of PP&E | 0 | 0 | 55 | 0 | 55 |
| Restricted cash & equivalents | 0 | 0 | 0 | 0 | 0 |
| Acquisitions of investments and businesses | 0 | 0 | 0 | 0 | 0 |
| Sale of investments and businesses (C) | (74) | (18) | (18) | (18) | (127) |
| **Cash Flow from Investing** | (149) | (93) | (38) | (93) | (372) |
| | | | | | |
| **Cash Flow from Financing** | (14) | (34) | (14) | (14) | (55) |
| F/X Effect | 0 | 0 | 0 | 0 | 0 |
| Net change in cash | (268) | (42) | 158 | 239 | 88 |
| | | | | | |
| **Closing Cash Balance** | 3,224 | 3,182 | 3,341 | 3,580 | 3,580 |

(C) – 2007 – Payment estimate of restructuring costs to Alcatel on sale of UMTS

**Increased Cash Inflows from Working Capital efficiencies offset by Restructuring/Pension Costs**



## Business Transformation in 2007 Budget

| BT TEAMS | 3 YEAR TARGET | 2007 Plan | SAVINGS DRIVERS |
|---|---|---|---|
| **Direct Materials** (J. Hackney/J. Townley) | | $200M | Clean Sheet Design Simplification/Cost Reduction |
| **Services** (D.Wendt/J. Hackney/S. Chilton) | | $100M | Partner & Maintenance Services Shared Tech Services (COE's) |
| **Rev Stimulation & Pricing** (D. Joannou/E. Schoch) | | $125M | Go to Market VoIP initiative Global Pricing |
| **R&D** (Product presidents/H. Graham) | | $150M | Clean Sheet     Test Transformation USDRP     E2E |
| **G&A/Org** (D. Carey/B. Donovan) | | $150M | Spans & Layers     Benchmarking Pension |
| Financial (P. Curry/A Bfield) | | $75M | SAP Implementation Finance business and process transformation |
| | | $800M | |

### $790M of Operating Margin Impact reflected in the 2007 Budget

Nortel Confidential Information



# Backup



# P&L by Region

# North America



| North America | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 1,257.9 | 1,417.6 | 1,374.3 | 1,579.5 | 5,629.3 | 1,210.7 | 1,167.7 | 1,449.5 | 1,565.3 | 5,393.2 |
| Gross Margin $ | 781.8 | 853.2 | 836.2 | 968.3 | 3,439.4 | 718.1 | 651.1 | 890.3 | 995.2 | 3,254.6 |
| Gross Margin % | 62.2% | 60.2% | 60.8% | 61.3% | 61.1% | 59.3% | 55.8% | 61.4% | 63.6% | 60.3% |
| SG&A - (incl bad debt) | 129.8 | 128.9 | 128.5 | 129.7 | 516.9 | 109.3 | 110.8 | 116.7 | 145.5 | 482.3 |
| % of Rev | 10.3% | 9.1% | 9.3% | 8.2% | 9.2% | 9.0% | 9.5% | 8.1% | 9.3% | 8.9% |
| R&D Spending | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of Rev | | | | | | | | | | |
| Operating Margin | 652.0 | 724.3 | 707.7 | 838.6 | 2,922.6 | 608.8 | 540.2 | 773.5 | 849.8 | 2,772.3 |
| Operating Margin % | 51.8% | 51.1% | 51.5% | 53.1% | 51.9% | 50.3% | 46.3% | 53.4% | 54.3% | 51.4% |
| Total Other inc/Exp. | (0.2) | (0.2) | (0.2) | (0.2) | (0.8) | 0.2 | (0.7) | (3.2) | (6.1) | (9.8) |
| Mgmt EBT | 652.2 | 724.5 | 707.9 | 838.8 | 2,923.3 | 608.6 | 540.9 | 776.8 | 855.8 | 2,782.1 |
| Ros % | 51.8% | 51.1% | 51.5% | 53.1% | 51.9% | 50.3% | 46.3% | 53.6% | 54.7% | 51.6% |

21

Nortel Confidential Information

# NGS



| NGS | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 98.5 | 103.4 | 146.1 | 110.4 | 458.3 | 89.1 | 84.6 | 86.5 | 93.2 | 344.4 |
| Gross Margin $ | 40.7 | 44.3 | 62.5 | 46.2 | 193.6 | 29.6 | 31.4 | 37.2 | 36.6 | 133.6 |
| Gross Margin % | 41.3% | 42.8% | 42.8% | 41.9% | 42.2% | 35.7% | 37.1% | 42.9% | 39.2% | 38.8% |
| SG&A - (incl bad debt) | 27.1 | 26.8 | 23.9 | 23.9 | 101.8 | 26.3 | 27.9 | 33.2 | 25.4 | 112.9 |
| % of Rev | 27.5% | 25.9% | 16.4% | 21.7% | 22.2% | 32.8% | 33.0% | 38.4% | 27.3% | 32.8% |
| R&D Spending | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of Rev | | | | | | | | | | |
| Operating Margin | 13.6 | 17.5 | 38.5 | 22.3 | 91.9 | 2.3 | 3.4 | 3.9 | 11.2 | 20.8 |
| Operating Margin % | 13.8% | 16.9% | 26.4% | 20.2% | 20.0% | 2.9% | 4.0% | 4.5% | 12.0% | 6.0% |
| Total Other Inc/Exp. | (0.1) | (0.1) | (0.1) | (0.1) | (0.4) | (0.1) | 0.2 | (0.7) | 1.8 | 1.3 |
| Mgmt EBT | 13.7 | 17.6 | 38.6 | 22.4 | 92.3 | 2.4 | 3.2 | 4.6 | 9.3 | 19.5 |
| Pos % | 13.9% | 17.0% | 26.4% | 20.3% | 20.1% | 3.0% | 3.8% | 5.3% | 10.0% | 5.7% |

Nortel Confidential Information

# CALA



| CALA | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|------|----|----|----|----|-------|----|----|----|----|-------|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 148.5 | 155.9 | 181.7 | 222.5 | 708.6 | 159.5 | 148.4 | 136.8 | 183.5 | 628.2 |
| Gross Margin $ | 57.0 | 59.4 | 70.1 | 86.2 | 272.7 | 60.2 | 50.8 | 48.8 | 80.1 | 239.9 |
| Gross Margin % | 38.4% | 38.1% | 38.6% | 38.8% | 38.5% | 37.7% | 34.2% | 35.6% | 43.6% | 38.2% |
| SG&A - (incl bad debt) | 16.7 | 16.3 | 16.3 | 17.0 | 66.2 | 12.7 | 13.7 | 19.5 | 10.4 | 56.3 |
| % of Rev | 11.2% | 10.4% | 9.0% | 7.6% | 9.3% | 8.0% | 9.2% | 14.3% | 5.7% | 9.0% |
| R&D Spending | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of Rev | | | | | | | | | | |
| Operating Margin | 40.3 | 43.1 | 53.8 | 69.3 | 206.5 | 47.5 | 37.1 | 29.3 | 69.6 | 183.5 |
| Operating Margin % | 27.2% | 27.6% | 29.6% | 31.1% | 29.1% | 29.8% | 25.0% | 21.4% | 37.9% | 28.2% |
| Total Other Inc/Exp. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | 0.5 | 0.2 | 3.5 | 5.0 |
| Mgmt EBT | 40.3 | 43.1 | 53.8 | 69.3 | 206.5 | 46.7 | 36.6 | 29.1 | 66.1 | 178.5 |
| Ros % | 27.2% | 27.6% | 29.6% | 31.1% | 29.1% | 29.3% | 24.7% | 21.3% | 36.0% | 28.4% |

Nortel Confidential Information

# EMEA



| EMEA | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 505.2 | 609.8 | 596.3 | 698.3 | 2,409.6 | 630.0 | 894.4 | 808.0 | 766.8 | 3,099.2 |
| Gross Margin $ | 217.8 | 260.3 | 253.6 | 301.5 | 1,033.0 | 234.8 | 377.9 | 353.5 | 340.1 | 1,306.3 |
| Gross Margin % | 43.1% | 42.7% | 42.5% | 43.2% | 42.9% | 37.3% | 42.3% | 43.8% | 44.9% | 42.3% |
| SG&A - (incl bad debt) | 69.8 | 63.0 | 62.3 | 65.3 | 260.2 | 56.4 | 68.8 | 65.4 | 73.1 | 263.7 |
| % of Rev | 13.8% | 10.3% | 10.4% | 9.4% | 10.8% | 8.9% | 7.7% | 8.1% | 9.7% | 8.5% |
| R&D Spending | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of Rev | | | | | | | | | | |
| Operating Margin | 148.0 | 197.3 | 191.3 | 236.2 | 772.8 | 178.4 | 309.1 | 288.1 | 267.0 | 1,042.7 |
| Operating Margin % | 29.3% | 32.4% | 32.1% | 33.8% | 32.1% | 28.3% | 34.6% | 35.7% | 35.3% | 33.6% |
| Total Other Inc/Exp. | (0.1) | 3.6 | 0.8 | 0.7 | 4.9 | 0.0 | (1.6) | 0.7 | (5.0) | (6.9) |
| Mgmt EBT | 148.2 | 193.7 | 190.6 | 235.5 | 767.9 | 178.4 | 310.6 | 287.5 | 273.0 | 1,049.5 |
| Ros % | 29.3% | 31.8% | 32.0% | 33.7% | 31.9% | 28.3% | 34.7% | 35.6% | 36.1% | 34.0% |

# Asia



| Total Asia | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| *Revenue* | 246.6 | 252.8 | 316.5 | 414.0 | 1,229.0 | 256.5 | 400.1 | 369.6 | 290.0 | 1,316.1 |
| *Gross Margin $* | 79.9 | 85.6 | 102.7 | 158.5 | 426.8 | 80.8 | 144.0 | 140.7 | 83.2 | 448.7 |
| Gross Margin % | 32.4% | 34.0% | 32.5% | 38.3% | 34.7% | 31.3% | 36.0% | 38.1% | 28.7% | 34.0% |
| *SG&A - (incl bad debt)* | 37.3 | 38.3 | 36.7 | 37.3 | 149.6 | 32.6 | 33.2 | 39.1 | 35.5 | 140.3 |
| % of Rev | 15.1% | 15.2% | 11.6% | 9.0% | 12.2% | 12.6% | 8.3% | 10.6% | 12.2% | 10.6% |
| *R&D Spending* | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of Rev | | | | | | | | | | |
| *Operating Margin* | 42.6 | 47.3 | 66.1 | 121.2 | 277.2 | 48.2 | 110.8 | 101.6 | 47.8 | 308.4 |
| Operating Margin % | 17.3% | 18.8% | 20.9% | 29.3% | 22.5% | 18.6% | 27.7% | 27.5% | 16.5% | 23.4% |
| *Total Other Inc/Exp.* | 1.8 | 1.7 | 1.9 | 1.6 | 7.1 | 1.3 | 3.6 | 7.9 | (3.4) | 9.4 |
| *Mgmt EBT* | 40.7 | 45.7 | 64.1 | 119.6 | 270.1 | 46.9 | 108.1 | 93.8 | 51.1 | 299.0 |
| Ros % | 16.5% | 18.1% | 20.3% | 28.9% | 22.0% | 18.2% | 25.8% | 25.4% | 17.6% | 22.7% |

Nortel Confidential Information

# LG-Korea



| LG-Korea | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 121.4 | 142.3 | 144.4 | 305.2 | 713.4 | 42.7 | 49.6 | 104.9 | 368.5 | 565.7 |
| Gross Margin $ | 35.7 | 41.6 | 80.3 | 110.0 | 237.6 | 1.8 | 12.4 | 15.6 | 154.9 | 184.7 |
| Gross Margin % | 29.4% | 29.2% | 34.8% | 36.0% | 33.3% | 4.3% | 25.0% | 14.9% | 42.0% | 32.7% |
| SG&A - (incl bad debt) | 19.9 | 19.5 | 19.0 | 20.0 | 78.3 | 15.6 | 16.1 | 17.6 | 22.6 | 71.8 |
| % of Rev | 16.4% | 13.7% | 13.1% | 6.6% | 11.0% | 36.4% | 32.4% | 15.8% | 6.1% | 12.7% |
| R&D Spending | 30.4 | 20.5 | 16.3 | 9.5 | 76.7 | 20.8 | 22.5 | 20.0 | 18.0 | 81.0 |
| % of Rev | 25.1% | 14.4% | 11.3% | 3.1% | 10.8% | 48.2% | 45.3% | 19.1% | 4.9% | 14.3% |
| Operating Margin | (14.6) | 1.6 | 15.1 | 80.5 | 82.6 | (34.3) | (26.1) | (22.0) | 114.3 | 31.9 |
| Operating Margin % | (12.1%) | 1.2% | 10.4% | 26.4% | 11.6% | (80.4%) | (52.6%) | (21.0%) | 31.0% | 5.6% |
| Total Other Inc/Exp. | (9.0) | (1.4) | 5.7 | 37.5 | 32.8 | (21.7) | (16.8) | (5.9) | 50.8 | 5.4 |
| Mgmt EBT | (5.6) | 3.0 | 8.4 | 42.9 | 48.8 | (12.6) | (9.3) | (15.1) | 63.5 | 26.5 |
| Ros % | (4.6%) | 2.1% | 6.5% | 14.1% | 7.0% | (29.5%) | (18.7%) | (14.4%) | 17.2% | 4.7% |

2%

Nortel Confidential Information



# P&L by LC

Nortel Confidential Information

# MCCN



**TOTAL NORTEL**

| USD $M | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 1,122.0 | 1,287.4 | 1,203.7 | 1,514.5 | 5,127.7 | 1,282.1 | 1,433.4 | 1,541.5 | 1,620.4 | 5,877.3 |
| | 14.0% | 9.9% | 9.8% | 8.7% | | 9.6% | 8.6% | 14.5% | 14.6% | |
| Gross Margin $ | 444.4 | 539.4 | 516.2 | 682.8 | 2,182.9 | 504.2 | 564.2 | 571.3 | 735.8 | 2,375.6 |
| Gross Margin % | 39.6% | 41.9% | 42.9% | 45.1% | 42.6% | 39.3% | 39.4% | 37.1% | 45.4% | 40.4% |
| SG&A - (Incl bad debt) | 141.6 | 139.6 | 139.2 | 146.5 | 566.8 | 145.4 | 157.8 | 164.2 | 170.7 | 638.1 |
| % of Rev | 12.6% | 10.8% | 11.6% | 9.7% | 11.1% | 11.3% | 11.0% | 10.6% | 10.5% | 10.9% |
| R&D Spending | 236.4 | 220.8 | 203.9 | 201.3 | 862.4 | 295.9 | 303.1 | 301.9 | 287.2 | 1,188.1 |
| % of Rev | 21.1% | 17.2% | 16.9% | 13.3% | 16.8% | 23.1% | 21.1% | 19.6% | 17.7% | 20.2% |
| Operating Margin | 66.4 | 179.1 | 173.1 | 335.1 | 753.7 | 62.9 | 103.3 | 105.3 | 277.8 | 549.4 |
| Operating Margin % | 5.9% | 13.9% | 14.4% | 22.1% | 14.7% | 4.9% | 7.2% | 6.8% | 17.1% | 9.3% |
| Total Other Inc/Exp. | 3.3 | 8.1 | 8.8 | 9.0 | 29.3 | (8.8) | (6.9) | (3.8) | 34.6 | 15.2 |
| Mgmt EBT | 63.1 | 171.0 | 164.3 | 326.0 | 724.4 | 71.6 | 110.2 | 108.1 | 243.3 | 534.2 |
| Ros % | 5.6% | 13.3% | 13.7% | 21.5% | 14.1% | 5.6% | 7.7% | 7.1% | 15.0% | 9.1% |

Nortel Confidential Information

# Enterprise



| TOTAL NORTEL | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 579.1 | 536.2 | 724.3 | 903.8 | 2,843.5 | 438.8 | 475.7 | 608.8 | 800.3 | 2,323.6 |
| | 11.8% | 9.4% | 6.8% | 5.0% | | 12.0% | 13.9% | 9.3% | 7.3% | |
| Gross Margin $ | 253.4 | 292.5 | 345.2 | 426.5 | 1,317.7 | 186.3 | 182.8 | 259.6 | 356.2 | 984.7 |
| Gross Margin % | 43.8% | 46.0% | 47.7% | 47.2% | 46.3% | 42.5% | 38.4% | 42.6% | 44.6% | 42.4% |
| SG&A - (incl bad debt) | 195.3 | 182.3 | 191.3 | 198.6 | 777.5 | 162.2 | 173.0 | 173.4 | 199.8 | 706.3 |
| % of Rev | 33.7% | 30.2% | 26.4% | 22.0% | 27.3% | 37.0% | 36.4% | 28.5% | 25.0% | 30.5% |
| R&D Spending | 107.1 | 108.5 | 101.8 | 105.0 | 420.3 | 89.7 | 90.8 | 98.2 | 108.2 | 386.7 |
| % of Rev | 18.5% | 16.7% | 14.0% | 11.6% | 14.8% | 20.5% | 19.0% | 15.1% | 13.5% | 16.6% |
| Operating Margin | (48.9) | (6.3) | 52.2 | 122.8 | 119.9 | (65.6) | (81.0) | (12.0) | 48.2 | (110.4) |
| Operating Margin % | (8.4%) | (1.0%) | 7.2% | 13.6% | 4.2% | (14.9%) | (17.0%) | (2.0%) | 6.0% | (4.7%) |
| Total Other Inc/Exp. | (13.5) | (9.8) | (5.0) | 23.4 | (4.8) | (9.7) | (12.7) | (5.4) | 8.8 | (18.9) |
| Mgmt EBT | (35.3) | 3.5 | 57.2 | 99.4 | 124.7 | (55.9) | (68.3) | (6.6) | 39.4 | (91.4) |
| Ros % | (6.1%) | 0.5% | 7.0% | 11.0% | 4.4% | (12.7%) | (14.4%) | (1.1%) | 4.9% | (3.9%) |

# Metro Ethernet



| TOTAL NORTEL | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 314.5 | 369.2 | 421.0 | 486.0 | 1,590.7 | 305.8 | 464.9 | 429.0 | 458.1 | 1,657.8 |
| | 13.6% | 8.6% | 5.6% | 2.4% | | 10.8% | 6.0% | 10.4% | 14.7% | |
| Gross Margin $ | 94.1 | 135.8 | 157.7 | 200.5 | 588.0 | 97.9 | 186.9 | 154.0 | 118.4 | 557.? |
| Gross Margin % | 29.9% | 36.8% | 37.4% | 41.3% | 37.0% | 32.0% | 40.2% | 35.9% | 25.8% | 33.8% |
| SG&A - (incl bad debt) | 62.8 | 61.0 | 61.1 | 64.2 | 249.1 | 61.8 | 67.9 | 68.3 | 69.8 | 267.7 |
| % of Rev | 20.0% | 16.5% | 14.5% | 13.2% | 15.7% | 20.2% | 14.6% | 15.9% | 15.2% | 16.2% |
| R&D Spending | 75.2 | 74.6 | 77.4 | 76.5 | 303.7 | 69.9 | 73.1 | 72.4 | 76.1 | 291.4 |
| % of Rev | 23.9% | 20.2% | 18.4% | 15.7% | 19.1% | 22.9% | 15.7% | 16.9% | 16.6% | 17.6% |
| Operating Margin | (43.9) | 0.1 | 19.1 | 59.9 | 35.2 | (33.7) | 45.9 | 13.3 | (27.5) | (2.0) |
| Operating Margin % | (14.0%) | 0.0% | 4.5% | 12.3% | 2.2% | (11.0%) | 9.9% | 3.1% | (6.0%) | (0.1%) |
| Total Other Inc/Exp. | (2.0) | 0.2 | (0.2) | 2.0 | (0.0) | (1.4) | (4.5) | 0.1 | (9.6) | (15.4) |
| Mgmt EBT | (42.0) | (0.0) | 19.4 | 57.9 | 35.2 | (32.3) | 58.5 | 13.2 | (17.9) | 13.4 |
| Ros % | (13.3%) | (0.0%) | 4.6% | 11.9% | 2.2% | (10.6%) | 10.9% | 3.1% | (3.9%) | 0.8% |

Nortel Confidential Information

# Services (OMAS)



| TOTAL NORTEL | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 299.4 | 325.4 | 346.2 | 360.5 | 1,331.5 | 290.6 | 308.7 | 316.3 | 319.9 | 1,235.6 |
| | 6.4% | 5.3% | 5.5% | 6.4% | | 3.5% | 4.2% | 4.8% | 3.7% | |
| Gross Margin $ | 119.3 | 132.6 | 139.0 | 141.1 | 532.1 | 121.0 | 141.0 | 134.5 | 109.9 | 506.3 |
| Gross Margin % | 39.9% | 40.8% | 40.2% | 39.2% | 40.0% | 41.6% | 45.7% | 42.5% | 34.3% | 41.0% |
| SG&A - (incl bad debt) | 59.8 | 59.6 | 62.8 | 65.3 | 247.5 | 38.3 | 42.3 | 41.4 | 52.9 | 174.9 |
| % of Rev | 20.0% | 18.3% | 18.1% | 18.1% | 18.6% | 13.2% | 13.7% | 13.1% | 16.5% | 14.2% |
| R&D Spending | 5.0 | 5.1 | 5.2 | 5.4 | 20.5 | 0.0 | 0.4 | 1.4 | 4.2 | 5.9 |
| % of Rev | 1.7% | 1.6% | 1.5% | 1.5% | 1.5% | | 0.1% | 0.4% | 1.3% | 0.5% |
| Operating Margin | 54.5 | 68.0 | 71.0 | 70.5 | 264.0 | 82.6 | 98.3 | 91.8 | 52.8 | 325.5 |
| Operating Margin % | 18.2% | 20.9% | 20.5% | 19.5% | 19.8% | 28.4% | 31.8% | 29.0% | 16.5% | 26.3% |
| Total Other Inc/Exp. | 0.6 | 1.0 | 0.4 | 1.1 | 3.2 | (5.7) | 5.6 | 2.6 | (3.5) | (1.1) |
| Mgmt EBT | 53.9 | 66.9 | 70.6 | 69.4 | 260.8 | 88.4 | 92.7 | 89.2 | 56.3 | 326.6 |
| Ros % | 18.0% | 20.6% | 20.4% | 19.2% | 19.6% | 30.4% | 30.0% | 28.2% | 17.6% | 26.4% |

# Back-up

- Other P&Ls
- Revenue
- Gross Margin
- SG&A
- R&D
- UMTS Access
- SUCCESS Bonus Profile
- BT Assumptions

# Global Operations



| GOPS | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Standard Mgn $ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Standard Mgn % | . | . | . | . | . | . | . | . | . | . |
| Variance & OCMS | 110.4 | 75.6 | 47.4 | 18.0 | 251.4 | 63.3 | 36.5 | 120.3 | 140.4 | 360.5 |
| Gross Margin $ | (110.4) | (75.6) | (47.4) | (18.0) | (251.4) | (63.3) | (36.5) | (120.3) | (140.4) | (360.5) |
| Gross Margin % | | | | | | | | | | |
| SG&A - (incl bad debt) | 14.2 | 14.1 | 13.2 | 12.4 | 53.9 | 15.8 | 15.7 | 16.3 | 17.7 | 65.4 |
| % of Rev | . | . | . | . | . | . | . | . | . | . |
| R&D Spending | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of Rev | | | | | | | | | | |
| Operating Margin | (324.6) | (89.7) | (60.6) | (30.3) | (305.3) | (79.1) | (53.2) | (136.6) | (158.0) | (426.9) |
| Operating Margin % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Other Inc/Exp. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 | (0.1) | (0.1) | (0.2) |
| Mgmt EBT | (124.6) | (89.7) | (60.6) | (30.3) | (305.3) | (79.1) | (53.2) | (136.5) | (157.9) | (426.7) |
| Ros % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

# LC Prime Spending



| LC Prime | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Standard Mgn $ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Standard Mgn % | - | - | - | - | - | - | - | - | - | - |
| Variance & OCA$S | 148.1 | 127.2 | 114.2 | 118.2 | 507.7 | 108.5 | 122.0 | 199.6 | 180.4 | 610.6 |
| Gross Margin $ | (148.1) | (127.2) | (114.2) | (118.2) | (507.7) | (108.5) | (122.0) | (199.6) | (180.4) | (610.6) |
| Gross Margin % | - | - | - | - | - | - | - | - | - | - |
| SG&A - (incl bad debt) | 43.9 | 44.7 | 44.1 | 45.1 | 177.8 | 48.7 | 53.3 | 54.6 | 44.6 | 201.2 |
| % of Rev | - | - | - | - | - | - | - | - | - | - |
| R&D Spending | 388.4 | 380.2 | 354.1 | 336.3 | 1,459.0 | 435.8 | 440.6 | 449.3 | 435.3 | 1,761.0 |
| % of Rev | - | - | - | - | - | - | - | - | - | - |
| Operating Margin | (580.3) | (552.1) | (512.4) | (499.6) | (2,144.5) | (593.1) | (615.9) | (703.5) | (660.3) | (2,572.8) |
| Operating Margin % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Other Inc/Exp. | (3.1) | (3.1) | (3.1) | (3.1) | (12.5) | (3.4) | (3.7) | (4.3) | (4.6) | (18.0) |
| Mgmt EBT | (577.2) | (548.9) | (509.3) | (496.5) | (2,131.9) | (587.7) | (612.2) | (699.2) | (655.7) | (2,554.8) |
| Rox % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

# Corporate Services



| Total Corporate | 2007 BUDGET | | | | | 2006 ACTUALS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gross Margin $ | (7.3) | (6.9) | (4.3) | (3.6) | (22.1) | (10.5) | (11.4) | (12.9) | (10.9) | (45.2) |
| Gross Margin % | . | . | . | . | . | . | . | . | . | . |
| SG&A - (incl bad debt) | 170.9 | 146.7 | 131.8 | 112.7 | 562.0 | 230.8 | 208.3 | 201.1 | 262.1 | 901.5 |
| % of Rev | . | . | . | . | . | . | . | . | . | . |
| R&D Spending | 18.3 | 23.5 | 23.6 | 24.3 | 89.8 | 10.1 | 9.1 | 9.1 | 8.8 | 37.0 |
| % of Rev | . | . | . | . | . | . | . | . | . | . |
| Operating Margin | (196.5) | (177.1) | (159.6) | (140.5) | (673.9) | (250.6) | (228.7) | (222.7) | (281.8) | (983.7) |
| Operating Margin % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Other Inc/Exp. | (4.4) | (0.7) | (0.7) | (0.6) | (6.4) | (1.1) | (5.7) | (2.8) | 1.5 | (8.0) |
| Mgmt EBT | (192.1) | (176.4) | (159.1) | (139.9) | (667.5) | (249.5) | (223.1) | (219.9) | (283.3) | (975.7) |
| Ros % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

# Corporate Spending – Gross to Net by Function



| $M US | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Corp. Operations Exec. | 3.0 | | | | | | | 3.0 | 100% |
| Global IS | 389.9 | (126.5) | 32% | (112.4) | 29% | (56.6) | 15% | 94.4 | 24% |
| Knowledge Services | 101.1 | (28.8) | 28% | (56.6) | 56% | (15.7) | 16% | - | 0% |
| Human Resources | 51.0 | (23.0) | 45% | (27.4) | 54% | | | 0.6 | 1% |
| Business Transformation | 11.1 | | | | | | | 11.1 | 100% |
| Environment | 11.7 | | | (1.2) | 11% | (10.5) | 89% | - | 0% |
| Finance | 267.4 | | | (13.4) | 5% | | | 254.0 | 95% |
| Real Estate | 297.6 | (129.9) | 44% | (130.2) | 44% | | | 37.5 | 13% |
| Legal | 59.0 | | | | | | | 59.0 | 100% |
| Chief Marketing Officer | 61.1 | | | | | | | 61.1 | 100% |
| Chief Technology Officer | 75.8 | (74.4) | 98% | | | | | 1.4 | 2% |
| Chief Strategy Officer | 27.2 | (14.3) | 53% | (2.2) | 8% | | | 10.6 | 39% |
| Chief Compliance Officer | 32.2 | | | | | | | 32.2 | 100% |
| Executive | 12.8 | | | | | | | 12.8 | 100% |
| Other | 27.7 | | | | | | | 27.7 | 100% |
| Marketing Services | 4.8 | | | | | (4.8) | | - | 0% |
| **Total Corp Services** | **1,433.3** | **(396.9)** | **28%** | **(343.4)** | **24%** | **(87.6)** | **6%** | **605.4** | **42%** |
| **Less SG&A SUCCESS** | | | | | | | | (42.2) | |
| **Net SG&A** | | | | | | | | 563.2 | |

## Corporate Services – Gross Spending includes SUCCESS bonus



**$M US**
**Expense by Function**

| | 2006 | 2007 | Delta (Incr/Decr) |
|---|---|---|---|
| Corp. Operations Exec. | 2.3 | 3.0 | (0.7) |
| Global IS | 440.0 | 389.9 | 50.1 |
| Knowledge Services | 94.4 | 101.1 | (6.6) |
| Human Resources | 65.2 | 51.0 | 14.2 |
| Business Transformation | 34.3 | 11.1 | 23.3 |
| Environment | 15.3 | 11.7 | 3.6 |
| Finance & Other (excl. Capital) | 400.2 | 295.1 | 105.1 |
| Real Estate (excl Security) | 339.8 | 297.6 | 42.2 |
| Legal | 68.8 | 59.0 | 9.8 |
| Chief Marketing Officer | 52.6 | 61.1 | (8.5) |
| Chief Technology Officer | 46.8 | 75.8 | (29.0) |
| Chief Strategy Officer | 6.8 | 27.2 | (20.4) |
| Chief Compliance Officer | 31.3 | 32.2 | (0.9) |
| Executive | 25.5 | 12.8 | 12.7 |
| Marketing Services | - | 4.8 | (4.8) |
| **Total Corp Services** | **1,623.4** | **1,433.3** | **190.0** |

Nortel Confidential Information

# Non-Op Spending



| NonOp | 2007 BUDGET | | | | | 2006 ACTUAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| USD $M | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| *Revenue* | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Gross Margin $* | (14.3) | (14.2) | (14.2) | (14.2) | (56.9) | (28.6) | (21.6) | (12.7) | (5.6) | (68.5) |
| Gross Margin % | | | | | | | | | | |
| *SG&A - (Incl bad debt)* | 37.7 | 40.0 | 40.2 | 40.3 | 158.2 | 53.7 | 42.4 | 31.2 | 12.3 | 139.5 |
| % of Rev | | | | | | | | | | |
| *R&D Spending* | 2.6 | 2.3 | 2.3 | 5.1 | 12.3 | 14.4 | 14.7 | (5.5) | (1.9) | 21.7 |
| % of Rev | | | | | | | | | | |
| *Operating Margin* | (54.6) | (56.5) | (56.7) | (59.6) | (227.4) | (96.7) | (78.7) | (38.4) | (16.0) | (229.7) |
| Operating Margin % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| *Total Other Inc/Exp.* | 71.0 | 78.7 | 72.7 | 72.4 | 294.8 | 20.8 | 46.0 | 85.3 | 70.7 | 222.8 |
| *Mgmt EBT* | (125.8) | (135.2) | (129.4) | (132.0) | (522.2) | (117.5) | (124.7) | (123.6) | (86.7) | (452.5) |
| Ros % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Nortel Confidential Information

## SUCCESS Bonus Profile – 2006 Actuals



| Success | 2007 BUDGET | | | | | 2006 ACTUALS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Q1-06 | Q2-06 | Q3-06 | Q4-06 | Total | Q1-06 | Q2-06 | Q3-06 | Q4-06 |
| *Other OCNIS* | 77 | 4 | 5 | 19 | 49 | 38 | -- | 5 | 8 | 25 |
| *SG&A* | 77 | 4 | 5 | 19 | 49 | 39 | -- | 6 | ? | 26 |
| *R&D* | 64 | 4 | 4 | 16 | 41 | 33 | -- | 4 | 7 | 22 |
| **Total Nortel** | 218 | 12 | 13 | 53 | 140 | 109 | - | 14 | 22 | 74 |

Nortel Confidential Information

# Peer Comparison



| | | Alcatel-Lucent | | | | | |
|---|---|---|---|---|---|---|---|
| Cash | $3,492 | $10,105 | $899 | $20,681 | $7,006 | $15,640 | $11,242 |
| Total Debt | $4,464 | $9,845 | --- | $6,416 | $2,086 | $4,397 | $411 |
| Net Cash (Debt) | ($972) | $260 | $899 | $14,265 | $4,921 | $11,243 | $10,831 |
| Debt / EBITDA | 8.5x | 7.3x | NM | 0.6x | 0.4x | 0.8x | 0.1x |
| Market Capitalization ($B) [1] | $14.4 | $30.7 | $5.9 | $168.3 | $57.8 | $47.9 | $89.0 |
| Debt / (Debt + Mkt Cap) | 24% | 24% | NM | 4% | 3% | 8% | 1% |
| Ratings Outlook | B3/B- Stable | Ba2 / BB- Stable | Ba3 / BB Stable | A1 / A+ Stable | Baa2 / BBB- Stable | Baa1 / A- Stable | A1 / A Stable |

Nortel Confidential Information



From: Currie, Peter [BRAM:0007:EXCH]
Sent: March 18, 2006 1:26:58 PM
To: Stevenson, Kate [BRAM:0007:EXCH]; Poos, Johannus [BRAM:0048:EXCH]
CC: McCorkle, Michael [BRAM:0049:EXCH]
Subject: RE: Uk funding



I agree with Kate's observation and recommendation. I must say, though, that I am dismayed at the somewhat (apparently) pedantic role being played by PwC and, by extension the plan trustees. We have discussed the company's need for cash repeatedly with the trustees and I thought they actually understood the situation. Similarly, the matter of the longer term plan is a bit academic (and we discussed this with the trustees at the Dec/05 dinner) -- we can put anything we want on a bunch of charts, but if there are so many variables that it could change in the short term (which is the case with us, and it is well chronicled both in the media and with our various constituencies), then such a "forecast" is little more than an exercise in "optics".

I know time seems to be somewhat "elastic" for the trustees, I think we need to find a way to get to some sort of conclusion in the near term. If it is necessary to engage directly with PwC, then let's do that -- and if the trustees want to act as a filter, then we should let them know that is fine, but only if they are prepared to facilitate an outcome and not bureaucratize.

I apologize if the foregoing sounds a bit directive, but we have been at this for months and we are continuing to get "one more thing" from either the trustees or their consultants. Enough. We have lots to do and this matter (while important) is only one of them.

                Peter


-----Original Message-----
From: Stevenson, Kate [BRAM:0007:EXCH]
Sent: Saturday, March 18, 2006 10:39 AM
To: Poos, Johannus [BRAM:0048:EXCH]
Cc: Currie, Peter [BRAM:0007:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
Subject: Re: Uk funding

John,

We have a number of good reasons why we could not afford to invest a large upfront payment in the UK pension plan, ranging from minimum cash levels needed to run our global operations, debt servicing requirements which would be stressed, our debt covenants, the need to fund the settlement by June 1st, continued investment requirements for our our business and growth opportunities, ratings constraints, etc.

I'd recommend that you work with Mike McCorkle and John Williams to flesh out this position.

Kate
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Poos, Johannus [BRAM:0048:EXCH] <JPOOS@AmericasM01.nt.com>
To: Currie, Peter [BRAM:0007:EXCH] <PCURRIE@AmericasM01.nt.com>; Stevenson, Kate [BRAM:0007:EXCH] <KBSTEVEN@AmericasM01.nt.com>
Sent: Sat Mar 18 04:14:30 2006
Subject: Uk funding

Peter and Kate:

Just a brief update on our discussion yesterday. The possibility of a guarantee was well received but the term is an issue...as expected.
There are 2 serious issues, somewhat related:
1. The first is the information provided to PwC. This creates a problem since PwC feel compelled to recommend a very short term. They have no confidence the company will exist beyond the one year where we provided a forecast. Given that our

CONFIDENTIAL                    NOR-CAN00073860 / 1

financials show significant cash, and we can't forecast beyond one year, they are suggesting a very short term....therefor significant upfront contribution.

2. The second issue is related. They want some understanding from senior mgt why we can't afford more. I told them of our need to retain assets for future refinacing activities, the settlement, etc. They understand, but believe we need to formally articulate the reasons why the company cannot dedicate more assets to the UK Plan. Apparantly this is a formal requirement.

The Trustees met separately and are expecting to get back to me on Monday or Tuesday while I'm here. I still think we are close but we may need to help close these 2 issues.

Separately, I met with Roy Gardner. He told me of the actions taken by the Regulator to force a very large contribution (GBP700m) at his company where they wanted to sell a significant asset. Clearly, we need to get a deal that can find support of both the Trustee and PwC or we may be forced to contribute much more than we would currently prefer.

John
------------------------------
Sent from my BlackBerry Wireless Handheld



| | |
|---|---|
| **From:** | Jones, Trevor [BRAM:0049:EXCH] |
| **Sent:** | Friday, January 13, 2006 1:40 PM |
| **To:** | Stevenson, Kate [BRAM:0007:EXCH]; McCorkle, Michael [BRAM:0049:EXCH] |
| **Subject:** | RE: Cash Results - Draft 1  Advance 1 |

I see the analysis having to come from the FPA side.  Basically, they need to provide a new forecast that takes into consideration amounts already collected in Q405.  As we have a hard time forecasting beyond 3 months, this is not an easy task despite the fact that it doesn't necessarily look all that difficult to do!

We had a call yesterday on forecasting for NNL and NNI.  This is a new process that I am trying to put in place using some of our forecasting successes in Cala.  Unfortunately, the forecast solution from FPA for cash collections in Q1 was simply to back out the "extra" amounts they received in Q4 from the Q1 forecast.  It was perhaps a little early for them to understand the true impact.

Unfortunately, we have the same problem on AP side.  Forecasting is a trending model.  I don't know what the impact was in Q4 from Cash Council forecast.  Carlos will need to provide that when he collects all of the information as compares to Cash Council forecast.

Trevor

*Trevor Jones*
*Global Treasury Operations & Credit*
*Tel: 905-863-4342*
*Cell: 416-708-0548*
*Fax: 905-863-8259*
*email: trevorjones@nortel.com*

      -----Original Message-----
      **From:** Stevenson, Kate [BRAM:0007:EXCH]
      **Sent:** Friday, January 13, 2006 12:35 PM
      **To:** McCorkle, Michael [BRAM:0049:EXCH]; Jones, Trevor [BRAM:0049:EXCH]
      **Subject:** FW: Cash Results - Draft 1 Advance 1

      FYI.

      Kate
      -----Original Message-----
      **From:** Currie, Peter [BRAM:0007:EXCH]
      **Sent:** Friday, January 13, 2006 7:15 AM
      **To:** Stevenson, Kate [BRAM:0007:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH]
      **Subject:** FW: Cash Results - Draft 1 Advance 1

      While great news (in an absolute sense), this is a substantial miss. We need to understand the causal factors, in a much more detailed manner than "big league". We also need to decide how much this outcome in Q4 will influence our outlook for Q1 and FY2006. Based on the processes each of you normally undertake, how long will the analysis take?

          Peter

      -----Original Message-----
      **From:** Donoghue, Adrian [BRAM:1162:EXCH]
      **Sent:** Friday, January 13, 2006 6:33 AM

1

**To:** Currie, Peter [BRAM:0007:EXCH]
**Subject:** Fw: Cash Results - Draft 1 Advance 1

Fyi
_____

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Alvergue, Carlos [BRAM:0085:EXCH] <calvergu@americasm01.nt.com>
To: Donoghue, Adrian [BRAM:1162:EXCH] <adriando@americasm01.nt.com>; Stevenson, Kate [BRAM:0007:EXCH] <kbsteven@americasm01.nt.com>
CC: GREWAL, TONY [BRAM:0300:EXCH] <TONYGR@AmericasM01.nt.com>; Jones, Trevor [BRAM:0049:EXCH] <trevorjones@americasm01.nt.com>; Williams, John [BRAM:0049:EXCH] <jwilliam@americasm01.nt.com>; McCorkle, Michael [BRAM:0049:EXCH] <mccorkle@americasm01.nt.com>; Lamba, Charanjit [BRAM:0300:EXCH] <clamba@americasm01.nt.com>
Sent: Fri Jan 13 06:15:30 2006
Subject: Cash Results - Draft 1 Advance 1

Good news our cash landed at $3050 in the books. Much better that our cash council of around $2.8M. For now I can only attribute this to improved collection efforts by the team and $37M of VoIT Delta. Once I get the key variance drivers I will send you the details

2



**From:** Currie, Peter [BRAM:0007:EXCH]
**Sent:** May 16, 2006 4:44:33 PM
**To:** Doolittle, John [BRAM:1162:EXCH]
**Subject:** RE: Our Nortel Cash forecast

OK, the meeting is not on the calendar for tomorrow. We do need to discuss and get this rolling. Please see me when you get in in the morning. Thanks.

    peter

    -----Original Message-----
    **From:** Doolittle, John [BRAM:1162:EXCH]
    **Sent:** Tuesday, May 16, 2006 4:40 PM
    **To:** Currie, Peter [BRAM:0007:EXCH]
    **Subject:** FW: Our Nortel Cash forecast

    Peter

    I hope that you have survived the day.

    I believe that we are meeting tomorrow afternoon. I need to discuss this with you. We need to get our DSO initiative kicked-off and I had suggested Trevor Jones. I mentioned it to him but he is not interested. I think that we should ask Carlos to take this on. I badly need to re-organize the planning team in Brampton to clarify responsibilities and this would allow me to make the move.

    Kate and I will schedule some time with you to review the details of our cash forecast.

    John

    **From:** Stevenson, Kate [BRAM:0007:EXCH]
    **Sent:** Tuesday, May 16, 2006 4:20 PM
    **To:** Currie, Peter [BRAM:0007:EXCH]; Doolittle, John [BRAM:1162:EXCH]
    **Cc:** Glofcheskie, Terry [BRAM:0065:EXCH]
    **Subject:** RE: Our Nortel Cash forecast

    Peter and John,

    Carlos is preparing a reconciliation, which I think is a useful exercise as we cannot be too detailed in challenging our cash forecasting assumptions.

    But in the meantime, the following are the major disonnects between the assumptions in Tom Astle's National Bank (NB) forecast and Nortel's:

- NB forecast adds back only $20M for employee bonuses. Should be closer to $200M.
- NB assumes $100M cash deduction related to deferred revenue (our analysis is underway on this, but no large cash impact is expected)
- NB model seems to double-count interest as it's included in both GAAP NI and also deducted from cash ($220M)
- NB assumes a $250M fine
- NB assumes $90M in cash investments into Huawei and LG ($30M and $60M, respectively) vs none assumed by Nortel (LG is consolidated in ours)
- Offsetting these more conservative NB assumptions is a more bullish NB view on generating w/c - $40M (positive from A/R and A/P) vs Nortel assumption of w/c usage of over $100M.

We do have a detailed cash forecast which is currently being updated and we will share with you. We still expect to end 2006 with cash well in excess of $2B. This does not include a $1.5B HY issuance which would cover the $150M June bond maturity.

As we all are aware, this sort of cash base is close to our minimum for funding the company's critical needs, and it certainly does not represent a foundation for investing in growth.

Kate


-----Original Message-----
**From:** Currie, Peter [BRAM:0007:EXCH]
**Sent:** Sunday, May 14, 2006 3:58 PM
**To:** Stevenson, Kate [BRAM:0007:EXCH]; Doolittle, John [BRAM:1162:EXCH]
**Subject:** FW: Our Nortel Cash forecast

Kate and John, I pass along for your info. I find it a little unsettling that the most detailed outlook (and comparisons) of cash components I have seen for some time comes from an analyst. Be that as it may, this is now a public document, so we need to be able to refer to it from a credibility perspective. Kate, please have the cash picture from NBF analysed and let's see where they are missing elements (I noted a few, but you will certainly see more). John, per my note on CAPEX, we need to be able to comment if the referenced $380M is right or wrong. We also need a more clearly enunciated outlook on working capital -- how is the optimization project coming together, Kate (who is leading and what is the project timeline)?

Thanks.

        Peter

-----Original Message-----
**From:** Glofcheskie, Terry [BRAM:0065:EXCH]
**Sent:** Saturday, May 13, 2006 8:43 PM
**To:** Currie, Peter [BRAM:0007:EXCH]
**Subject:** FW: Our Nortel Cash forecast

Peter, as discussed - cash flow note. Terry



Terry Glofcheskie
Vice President Investor Relations
Nortel
tglofche@nortel.com
office (905) 863-2209
fax (905) 863-8496

-----Original Message-----
**From:** Astle, Tom [mailto:Tom.Astle@NBFinancial.com]
**Sent:** Thursday, May 11, 2006 2:54 PM
**To:** Glofcheskie, Terry [BRAM:0065:EXCH]
**Cc:** 'jtreadwe@nortelnetworks.com'; Macdonald, Roy [BRAM:0350:EXCH]; 'Diane Jankowski (dianejan@nortelnetworks.com)'
**Subject:** Our Nortel Cash forecast

FYI - published today


**CONFIDENTIAL**                              NOR-CAN02183782 / 2

<<NT CF update 05-06.pdf>>

Tom Astle

National Bank Financial Technology Group

tom.astle@nbfinancial.com

416.869.7935

************************************************* AVIS DE NON-
RESPONSABILITE: Ce document transmis par courrier electronique est destine uniquement a la
personne ou a l'entite a qui il est adresse et peut contenir des renseignements confidentiels et
assujettis au secret professionnel. La confidentialite et le secret professionnel demeurent malgre
l'envoi de ce document a la mauvaise adresse electronique. Si vous n'etes pas le destinataire vise ou
la personne chargee de remettre ce document a son destinataire, veuillez nous en informer sans
delai et detruire ce document ainsi que toute copie qui en aurait ete faite. Toute distribution,
reproduction ou autre utilisation de ce document est strictement interdite. De plus, le Groupe
Financiere Banque Nationale et ses filiales ne peuvent pas etre tenus responsables des dommages
pouvant etre causes par des virus ou des erreurs de transmission. DISCLAIMER: This
documentation transmitted by electronic mail is intended for the use of the individual to whom or
the entity to which it is addressed and may contain information which is confidential and
privileged. Confidentiality and privilege are not lost by this documentation having been sent to the
wrong electronic mail address. If you are not the intended recipient or the person responsible for
delivering it to the intended recipient please notify the sender immediately and destroy this
document as well as any copies of it. Any distribution, reproduction or other use of this document
is strictly prohibited. National Bank Financial Group and its affiliates cannot be held liable for any
damage that may be caused by viruses or transmission errors.
*************************************************

CONFIDENTIAL

From: Doolittle, John [BRAM:0088:EXCH]
Sent: Wednesday, March 22, 2006 10:59:27 AM
To: Donoghue, Adrian [BRAM:1162:EXCH]
Subject: RE: UK Funding

I met with Sunny this morning and he is working on the forecast.

Where do things stand with the updated numbers for the banks? Sunny
mentioned that the revised outlook- if approved- leaves us perilously
close to the covenant levels. Has Treasury talked to you about this? If
not, I will discuss with McCorkle and Williams.

JD

-----Original Message-----
From: Donoghue, Adrian [BRAM:1162:EXCH]
Sent: Tuesday, March 21, 2006 3:34 PM
To: Doolittle, John [BRAM:0088:EXCH]
Subject: RE: UK Funding

Yes good plan

-----Original Message-----
From: Doolittle, John [BRAM:0088:EXCH]
Sent: Tuesday, March 21, 2006 3:33 PM
To: Donoghue, Adrian [BRAM:1162:EXCH]
Subject: RE: UK Funding


I expected that you would. Do you want me to review with Carlos and track
you down tomorrow?

JD

-----Original Message-----
From: Donoghue, Adrian [BRAM:1162:EXCH]
Sent: Tuesday, March 21, 2006 3:32 PM
To: Doolittle, John [BRAM:0088:EXCH]
Subject: RE: UK Funding

I share your concerns

-----Original Message-----
From: Doolittle, John [BRAM:0088:EXCH]
Sent: Tuesday, March 21, 2006 3:31 PM
To: Donoghue, Adrian [BRAM:1162:EXCH]
Subject: RE: UK Funding


Here are my concerns:

- this forecast is a 'special purpose' forecast that is not used by
management to run the business. It uses high-level assumptions on market
growth to produce a revenue forecast. I believe that cost percentages are

CONFIDENTIAL                              NOR-CAN00025496 / 1

flexed to meet the target of 35% of revenues thereby producing billions of dollars of profit over the life of the forecast. We use this as part of our Deferred Tax analysis but we really do not rely upon because it has not proven accurate.

- if we provide this to PWC - and we may have to- we should expect that they will want to audit the assumptions. We have already told them that we do not have a long term forecast.

I believe that Carlos is in tomorrow AM. I will discuss this with him.

JD

-----Original Message-----
From: Donoghue, Adrian [BRAM:1162:EXCH]
Sent: Tuesday, March 21, 2006 3:17 PM
To: Doolittle, John [BRAM:0088:EXCH]
Subject: RE: UK Funding

Likely in about 60-90 min. OK ?

-----Original Message-----
From: Doolittle, John [BRAM:0088:EXCH]
Sent: Tuesday, March 21, 2006 3:14 PM
To: Donoghue, Adrian [BRAM:1162:EXCH]
Subject: FW: UK Funding


 Adrian- can you give me a call on this.

Thanks

JD

-----Original Message-----
From: Currie, Peter [BRAM:0007:EXCH]
Sent: Tuesday, March 21, 2006 2:55 PM
To: Poos, Johannus [BRAM:0048:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
Cc: Stevenson, Kate [BRAM:0007:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH];
Shane, Catherine [BRAM:0014:EXCH]; Doolittle, John [BRAM:0088:EXCH]
Subject: RE: UK Funding

Let's ensure all participants on the PwC call get the same (and complete) information.


        Peter


-----Original Message-----
From: Poos, Johannus [BRAM:0048:EXCH]
Sent: Tuesday, March 21, 2006 2:25 PM
To: Currie, Peter [BRAM:0007:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
Cc: Stevenson, Kate [BRAM:0007:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH];
Shane, Catherine [BRAM:0014:EXCH]; Doolittle, John [BRAM:0088:EXCH]

Subject: Re: UK Funding

Mike:
If you can get the necessary clearance today or tomorrow, I would suggest
the numbers get delivered before Peter's call with PWC. If we can get
them something to look at before the call, the process will move much
quicker. Let me know if that is acceptable and I'll give you a contact
while I'm travelling. I believe we should funnel the info through Ken,
but I'll confirm once I'm clear on timing. Thanks for all your help.

John
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Currie, Peter [BRAM:0007:EXCH] <PCURRIE@AmericasM01.nt.com>
To: McCorkle, Michael [BRAM:0049:EXCH] <MCCORKLE@AmericasM01.nt.com>
CC: Stevenson, Kate [BRAM:0007:EXCH] <KBSTEVEN@AmericasM01.nt.com>; Poos,
Johannus [BRAM:0048:EXCH] <JPOOS@AmericasM01.nt.com>; Donoghue, Adrian
[BRAM:1162:EXCH] <adriando@americasm01.nt.com>; Shane, Catherine
[BRAM:0014:EXCH] <CMSHANE@AmericasM01.nt.com>; Doolittle, John
[BRAM:0088:EXCH] <JDOOLIT@AmericasM01.nt.com>
Sent: Tue Mar 21 14:05:37 2006
Subject: RE: UK Funding

OK, I understand the context. I agree on the need to discuss and Thursday
should be fine. As for the longer term forecast, I am conceptually OK
with the idea of sharing the goodwill/deferred tax asset outlook --
please ensure Adrian and John Doolittle are also supportive -- and let's
make 150% sure that we have them wrapped in tight disclosure (and safe
harbour) language.

                        Peter


        -----Original Message-----
        From:       McCorkle, Michael [BRAM:0049:EXCH]
        Sent: Tuesday, March 21, 2006 1:51 PM
        To:    Currie, Peter [BRAM:0007:EXCH]
        Cc:    Stevenson, Kate [BRAM:0007:EXCH]; Poos, Johannus
[BRAM:0048:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH]; Shane, Catherine
[BRAM:0014:EXCH]
        Subject:    FW: UK Funding
        Importance: High
        Sensitivity:    Confidential

        Peter,

        We are trying to set up a couple of meetings with you--the first to
brief you on the current situation in the UK, hopefully tomorrow evening
after John arrives back in Toronto, and the second with Price Waterhouse
on Thursday morning so that we can discuss primarily the two items which

they have identified as outstanding issues. The first of these is the
answer to the question "what do we need our liquidity for which prevents
us from paying down the UK deficit more rapidly?" The second is the
question of provision of long term forecasts. As to this second
question, this is clearly something which PwC is not going to drop and
which they view as extremely significant. I wonder if you and Adrian
would be comfortable sharing with Price Waterhouse our 10 year goodwill
impairment and tax forecast which Finance has put together, as long as it
was wrapped in sufficient disclosures?

We are working with Catherine to set up the timing, but I did want
to let you know the reason for the calls.

Mike

-----Original Message-----
From:        Poos, Johannus [BRAM:0048:EXCH]
Sent: 21 March 2006 06:05
To:    Stevenson, Kate [BRAM:0007:EXCH]; McCorkle, Michael
[BRAM:0049:EXCH]
Subject:    UK Funding
Importance: High
Sensitivity:        Confidential

Kate & Mike:

It is very hard to describe the status of these discussions. I
think Ken was confident that he could deliver a 7 year deal, provided we
delivered credit enhancement, but it looks like much has changed. PwC
will not be supportive, and have threatened to terminate the
relationship. They argue that a company that cannot provide projections
cannot be viewed as a going concern, and additionally, NNUK has
sufficient current assets to provide a significant up front contribution
(if not retire the complete deficit). Given the position expressed by
PwC, the Trustees cannot agree with our current proposal….even if it was
a guaranteed 7 year deal vs the 10 year deal currently proposed (Is
credit default insurance available? That could solve a number of
problems). I have it (unofficially) that some members are advocating a 3
year deal. I don't know the annual costs of such a plan….5 years is
GBP97m.

In any event, we need to engage PwC directly to resolve the issues
expressed in the attached letter. I am meeting with the working group
later today, and possibly PwC, to pave the way for direct dialogue. The
Trustee has not wanted direct contact, but I believe that is the only way
this will get resolved. We need to answer the attached letter.

We need to do 2 things:
1. Convince PwC, through scenarios, that we view the Company as a
going concern. They understand the projections may vary wildly, but they
need to understand the ranges of future expectations over the term of
this agreement; and
2. We need to convince both PwC and the Trustee that we cannot
afford to pay at a faster rate. In this regard, Kate's short message is

all that the Trustees require….something from senior mgt that they can put in their files to support all of the verbal advice given to date. You may want to expand on some of Kate's points, but the letter need not be longer than a page.

Lastly, I've met with 2 senior individuals in the UK business community ( Ken arranged this) who felt the urge to warn me that our plan is very much on the Regulator's radar, and we need PwC support to avoid any confrontation. This discussion with PwC is urgent (Wednesday if possible)! I'll try to clear the way today, but I would strongly suggest that all senior finance officers available to participate, do so, including Peter Currie, if possible. I view this meeting as the most critical of the past 13 months, and may require a follow up face to face meeting. I know you are all actively engaged in other pressing matters, but this can have far reaching implications if we're unsuccessful.

    << File: PWC Letter 03.03.06.doc >>


    John Poos
    Director, Global Pensions
    Nortel Networks
    8200 Dixie Road, Suite 100
    Brampton, L6T 5P6
    Phone 905-863-8402
    Fax 905-863-8256
    Email jpoos@nortel.com

To:        Freemantle, Simon [MOP:7550:EXCH][sjfreemantle@americasm01.nt.com]
From:      Doolittle, John [BRAM:0088:EXCH]
Sent:      Tue 3/21/2006 10:02:20 PM
Importance:    Normal
Sensitivity:   None
Subject:   FW: UK Funding
Categories:    <jdoolit@AmericasM01.nt.com>

Simon

Can we discuss this tomorrow AM.

thanks

-----Original Message-----
From: Poos, Johannus [BRAM:0048:EXCH]
Sent: Tuesday, March 21, 2006 2:48 PM
To: Doolittle, John [BRAM:0088:EXCH]
Subject: Re: UK Funding

The UK. I won't be back in the office until Thursday. I have no idea what any of this is. + am trying to get some forecasts to share with the Independent Financial Advisor or this will collapse. Mike can show you their letter. Can you and Mike discuss if this is helpful or not and let me know. Thanks...this is terribly urgent.
John
-----------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Doolittle, John [BRAM:0088:EXCH] <JDOOLIT@AmericasM01.nt.com>
To: Poos, Johannus [BRAM:0048:EXCH] <JPOOS@AmericasM01.nt.com>
Sent: Tue Mar 21 14:43:16 2006
Subject: RE: UK Funding

Where are you- we should discuss

-----Original Message-----
From: Poos, Johannus [BRAM:0048:EXCH]
Sent: Tuesday, March 21, 2006 2:25 PM
To: Currie, Peter [BRAM:0007:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
Cc: Stevenson, Kate [BRAM:0007:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH]; Shane, Catherine [BRAM:0014:EXCH]; Doolittle, John [BRAM:0088:EXCH]
Subject: Re: UK Funding

Mike:
If you can get the necessary clearance today or tomorrow, I would suggest the numbers get delivered before Peter's call with PWC. If we can get them something to look at before the call, the process will move much quicker.
Let me know if that is acceptable and I'll give you a contact while I'm travelling. I believe we should funnel the info through Ken, but I'll confirm once I'm clear on timing.
Thanks for all your help.

John
---------------------------

Sent from my BlackBerry Wireless Handheld

----Original Message-----
From: Currie, Peter [BRAM:0007:EXCH] <PCURRIE@AmericasM01.nt.com>
To: McCorkle, Michael [BRAM:0049:EXCH] <MCCORKLE@AmericasM01.nt.com>
CC: Stevenson, Kate [BRAM:0007:EXCH] <KBSTEVEN@AmericasM01.nt.com>; Poos, Johannus
[BRAM:0048:EXCH] <JPOOS@AmericasM01.nt.com>; Donoghue, Adrian [BRAM:1162:EXCH]
<adriando@americasm01.nt.com>; Shane, Catherine [BRAM:0014:EXCH]
<CMSHANE@AmericasM01.nt.com>; Doolittle, John [BRAM:0088:EXCH]
<JDOOLIT@AmericasM01.nt.com>
Sent: Tue Mar 21 14:05:37 2006
Subject: RE: UK Funding

OK, I understand the context. I agree on the need to discuss and Thursday should be fine. As for the
longer term forecast, I am conceptually OK with the idea of sharing the goodwill/deferred tax asset
outlook -- please ensure Adrian and John Doolittle are also supportive -- and let's make 150% sure that
we have them wrapped in tight disclosure (and safe harbour) language.

         Peter

         ----Original Message-----
         From:   McCorkle, Michael [BRAM:0049:EXCH]
         Sent:    Tuesday, March 21, 2006 1:51 PM
         To:      Currie, Peter [BRAM:0007:EXCH]
         Cc:      Stevenson, Kate [BRAM:0007:EXCH]; Poos, Johannus [BRAM:0048:EXCH]; Donoghue,
Adrian [BRAM:1162:EXCH]; Shane, Catherine [BRAM:0014:EXCH]
         Subject:     FW: UK Funding
         Importance:    High
         Sensitivity:     Confidential

         Peter,

         We are trying to set up a couple of meetings with you—the first to brief you on the current situation
in the UK, hopefully tomorrow evening after John arrives back in Toronto, and the second with Price
Waterhouse on Thursday morning so that we can discuss primarily the two items which they have
identified as outstanding issues. The first of these is the answer to the question "what do we need our
liquidity for which prevents us from paying down the UK deficit more rapidly?" The second is the question
of provision of long term forecasts. As to this second question, this is clearly something which PwC is not
going to drop and which they view as extremely significant. I wonder if you and Adrian would be
comfortable sharing with Price Waterhouse our 10 year goodwill impairment and tax forecast which
Finance has put together, as long as it was wrapped in sufficient disclosures?

         We are working with Catherine to set up the timing, but I did want to let you know the reason for
the calls.

         Mike

         ----Original Message-----
         From:   Poos, Johannus [BRAM:0048:EXCH]
         Sent:    21 March 2006 06:05
         To:      Stevenson, Kate [BRAM:0007:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
         Subject:     UK Funding
         Importance:    High
         Sensitivity:     Confidential

Kate & Mike:

It is very hard to describe the status of these discussions. I think Ken was confident that he could deliver a 7 year deal, provided we delivered credit enhancement, but it looks like much has changed. PwC will not be supportive, and have threatened to terminate the relationship. They argue that a company that cannot provide projections cannot be viewed as a going concern, and additionally, NNUK has sufficient current assets to provide a significant up front contribution (if not retire the complete deficit). Given the position expressed by PwC, the Trustees cannot agree with our current proposal....even if it was a guaranteed 7 year deal vs the 10 year deal currently proposed (Is credit default insurance available? That could solve a number of problems). I have it (unofficially) that some members are advocating a 3 year deal. I don't know the annual costs of such a plan....5 years is GBP97m.

In any event, we need to engage PwC directly to resolve the issues expressed in the attached letter. I am meeting with the working group later today, and possibly PwC, to pave the way for direct dialogue. The Trustee has not wanted direct contact, but I believe that is the only way this will get resolved. We need to answer the attached letter.

We need to do 2 things:
1. Convince PwC, through scenarios, that we view the Company as a going concern. They understand the projections may vary wildly, but they need to understand the ranges of future expectations over the term of this agreement; and
2. We need to convince both PwC and the Trustee that we cannot afford to pay at a faster rate. In this regard, Kate's short message is all that the Trustees require....something from senior mgt that they can put in their files to support all of the verbal advice given to date. You may want to expand on some of Kate's points, but the letter need not be longer than a page.

Lastly, I've met with 2 senior individuals in the UK business community ( Ken arranged this) who felt the urge to warn me that our plan is very much on the Regulator's radar, and we need PwC support to avoid any confrontation. This discussion with PwC is urgent (Wednesday if possible)! I'll try to clear the way today, but I would strongly suggest that all senior finance officers available to participate, do so, including Peter Currie, if possible. I view this meeting as the most critical of the past 13 months, and may require a follow up face to face meeting. I know you are all actively engaged in other pressing matters, but this can have far reaching implications if we're unsuccessful.

<< File: PWC Letter 03.03.06.doc >>

John Poos
Director, Global Pensions
Nortel Networks
8200 Dixie Road, Suite 100
Brampton, L6T 5P6
Phone 905-863-8402
Fax 905-863-8256
Email jpoos@nortel.com

Confidential

| | |
|---|---|
| **From:** | Peter Currie [pcurrie@nortel.com] |
| **Sent:** | Thursday, April 13, 2006 3:27 PM |
| **To:** | ken.gardener@hsbcib.com |
| **Cc:** | Johannus Poos; Clive Gilchrist; ijmorgan@aol.com; Hitesh Mehta; michael.berkowitch@uk.pwc.com; steven.pearson@uk.pwc.com; richard.e.farr@uk.pwc.com |
| **Subject:** | RE: Peter Currie |

Ken, thank you for the opportunity to meet with you, your fellow trustees and your advisors yesterday. We appreciated the time afforded to put the current situations facing Nortel into some context.

I understand your need to reflect on the product of the meeting, and we will certainly respect that. I confess, though, that I am surprised that you have already concluded that Nortel needs to "improve" the offer we shared with you yesterday. We did not enter into this dialogue as a form of negotiation -- I believe we have been forthright and candid with you throughout. The essence is that the Company recognizes the pension situation and has committed to address it, but must do in a manner that also recognizes the legitimate demands placed upon our resources by other stakeholders -- including other pension elements. As we explained yesterday, the Company is in a state of transition, and I personally believe it will emerge as a viable and vital competitor in the global telecommunications equipment market. But, we are not there yet and our resources are constrained. What we shared with you yesterday requires some degree of skill to deliver, but we are committed to do that. Going beyond that point will be problematic.

I understand the pressure facing the trustees, and also acknowledge the state of regulatory involvement in this matter in the UK. It is my hope that the trustees, based on the extensive business experience enjoyed by each, recognize that, as a transnational public company, Nortel must balance multiple pressures simultaneously. We are endeavouring to do just that, specifically in this case.

It is my personal objective to resolve this matter in the very near term and I am assuming that the trustees share this objective.

Again, thank you for the  discussion yesterday and we look forward to your response.

Sincerely,

Peter Currie


-----Original Message-----
From: valerie.kent@hsbcib.com [mailto:valerie.kent@hsbcib.com] On Behalf Of ken.gardener@hsbcib.com
Sent: Thursday, April 13, 2006 7:07 AM
To: Currie, Peter [BRAM:0007:EXCH]
Cc: Poos, Johannus [BRAM:0048:EXCH]; clive.gilchrist@bestrustees.co.uk; ijmorgan@aol.com; Mehta, Hitesh [MOP:0362:EXCH]; michael.berkowitch@uk.pwc.com; steven.pearson@uk.pwc.com; richard.e.farr@uk.pwc.com
Subject: Peter Currie


Dear Peter,

The Group was unanimous in its appreciation of your visit and presentation. 'A class act' was one notable description.

So we respect and thank you for the way you are fulfilling your role.
We trust you will both be able to do likewise in considering our reactions and response.
Unsurprisingly, we think you need to improve your offer.  PWC are working speedily to

formulate their advice for the working party.

After a week or so to enable us to respond, including sharing our counter proposals with the full trustee board, we shall be in communication with you again.  Our aim remains to reach agreement with the company on what you can reasonably afford in dealing with your "debt/obligation". Incidentally, the Oxford English dictionary defines "debt" as "being under obligation to pay something" and "obligation" as "a binding agreement, one enforceable under legal penalty, written contract or bond".

I shall contact my friend, CFO of Astra Zeneca, about international tax shortly with a view to putting you both in contact.

Yours sincerely,

Ken Gardener

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Global Investment Banking - Level 18 & 20

HSBC Bank plc
Registered Office: 8 Canada Square, London E14 5HQ, United Kingdom Registered in England - Number 14259 Authorised and regulated by the Financial Services Authority
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

----------------------------------------
This transmission has been issued by a member of the HSBC Group "HSBC"
for the information of the addressee only and should not be reproduced and/or distributed to any other person. Each page attached hereto must be read in conjunction with any disclaimer which forms part of it.
Unless otherwise stated, this transmission is neither an offer nor the solicitation of an offer to sell or purchase any investment. Its contents are based on information obtained from sources believed to be reliable but HSBC makes no representation and accepts no responsibility or liability as to its completeness or accuracy.

PC0018900



# N&#x2684;RTEL

Mr. Kenneth Gardener
Chairman of the UK Trustee Board
Nortel Networks UK Pension Plan
c/o HSBC Bank plc
8 Canada Square
London  E14 5HQ
United Kingdom

February 17, 2006

Dear Ken:

We are responding to your letter dated February 6, 2006.

We are disappointed that, despite every effort by us, the Trustee has been unable to find sufficient merit in any of the multiple funding proposals submitted by us over the past thirteen months to conclude these discussions. We recognize that the trustees should seek advice from advisors and experts such as PricewaterhouseCoopers LLP, but we are becoming increasingly concerned that a solution may not be found in time for submission at the next meeting of the Board of Nortel in late February or to satisfy the time constraints established by the Scheme Actuary.

We will, of course, continue to cooperate, and will respond to your request for financial information as quickly as possible. We note, however, that we indicated our willingness to share this information at our meeting in December and have just now received your detailed written request. Given that the information will take some time to assemble, we intend to deliver information as it becomes available so that your advisor can complete a review of the information expeditiously.

With regard to credit enhancement, we remind you that we have consistently advised of our limitations in this area. You are aware that the Corporation recently negotiated a one-year credit facility of $1.3B, and will need to replace both that facility and an outstanding debt issue of $1.8B within the next few years. While those debt repayments remain pending, the Corporation is not prepared to reduce its financial flexibility through any form of third party credit enhancement.

CONFIDENTIAL               NNC-NNL10817255 / 1

The specific details of the $1.3B interim credit facility were shared at the working party meeting in January and released to the full Trustee board following execution of the Confidentiality Agreement. Prior to formal announcement, we reviewed the proposed refinancing with U.K. Counsel to ensure compliance with all applicable legal requirements.

With regard to the agreement in principle on the class action settlement, announced on February 8, 2006, both the working party and Trustee Board were advised in December that we were involved in a mediation process with the objective of achieving a settlement agreement. The Corporation's Board of Directors concluded that the proposed settlement was in the best interest of the Corporation in order to avoid protracted litigation which would have been detrimental to the ongoing business and its creditors, including the UK Pension Scheme. The financial community, including the rating agencies, generally viewed the settlement favourably. We intend to provide information to the U.K. Pension Regulator regarding the credit facility and the settlement and will send you a copy of any correspondence we send to the Regulator with respect to either of these two recent transactions.

As indicated earlier, we are concerned about the pace of these discussions. We remain committed to resolving the U.K. funding issue in a timely fashion within the limitations of the Corporation, and we hope that you and your advisors share that commitment. We sincerely hope that we will be able to use the Trustee meeting on March 7, 2006 as an opportunity to come to agreement on a long-term funding plan as we consider it is in the best interests of both the Corporation and the Trustee to do so.

Yours sincerely,

John Poos
Director, Global Pensions

cc: Peter Currie

Nortel
8200 Dixie Road, Suite 100, Brampton, ON L6T 5P6 Canada  T 905.863.8402 F 905.863.8256 jpoos@nortel.com    Page 2 of 2

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, C. c-36, AS AMENDED
AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRAGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION
APPLICATION UNDER THE *COMPANIES CREDITORS' ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

Court File No: 09-CL-7950

---

*Ontario*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
Proceeding commenced at Toronto

---

**AFFIDAVIT OF PETER CURRIE**

---

**OSLER, HOSKIN & HARCOURT LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8

Lyndon Barnes LSUC#: 13350D
Tel: 416-862-6679
Email: lbarnes@osler.com

Alexander Cobb LSUC#: 45363F
Tel: (416) 862-5694
Email: acobb@osler.com

Lawyers for the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited

LEGAL_1:30310885.1