Court File No.  09-CL-7950

ONTARIO

SUPERIOR COURT OF JUSTICE

(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

**AFFIDAVIT OF ANGELA de WILTON**

**(SWORN APRIL 11, 2014)**

I, **Angela de Wilton,** of the City of Ottawa, in the Province of Ontario, **MAKE OATH AND SAY:**

1.      I am a former employee of Northern Telecom Limited, and subsequently Nortel Networks Limited ("NNL"). As such, I have personal knowledge of the matters to which I depose save and except where I have stated that I rely on information and belief, and where so stated I believe such information to be true.

**Background and Employment with NNL and its Predecessors**

2.      I obtained my undergraduate degree in Chemical Physics from the University of Bristol (UK) in 1977. I worked from September 1977 to January 1980 in an industrial research and development ("R&D") position at the Parker Pen Company Limited (UK). Subsequently, after moving to Canada, I obtained a PhD in Chemistry from Carleton University in Ottawa in 1984.

3.      I began working with Northern Telecom Electronics Limited ("NTEL"), in Ottawa, in 1985. From 1985 to 1988, I was employed in a contract position as a member of scientific staff ("MSS") and postdoctoral fellow at NTEL, a position that was funded in part under a

postdoctoral industrial research scholarship from the Natural Sciences and Engineering Research Council of Canada. I became regularly employed as a MSS at NTEL in Ottawa in 1988. I remained in this role until 1989.

4.     In January of 1989, I transferred to NNL (then called Northern Telecom Limited or "NTL") and became a member of the Patent Department in Ottawa, the predecessor to what was subsequently known as the IP Law Group. The IP Law Group was responsible for IP law across NNL and its subsidiaries (collectively "Nortel"). I qualified as a patent agent in 1991 and subsequently became registered to practice as a patent agent in both Canada and the United States.

5.     While in the IP Law Group, I eventually moved into the role of Director, Intellectual Property, reporting to the Vice President, Intellectual Property. In this role, I was responsible for coordinating the patent program for Advanced Technology R&D programs at facilities in Canada, United States, United Kingdom, and Europe. Subsequently, I was part of the IP Law Operations Team responsible for the  global patent program. I had regular interactions with employees in Canada, the United States, the United Kingdom and other countries.

6.     In late 2001, I took on an advisory role as Director, IP Strategy. In this role, I worked with other members of the IP Law Group, the Chief Technology Officer and members of the Chief Technology Office/Advanced Technology programs at Nortel. I also continued to assist with IP activities such as evaluation of inventions for patentability, management of preparation and prosecution of patent applications, patent maintenance and the overall management of NNL's intellectual property portfolio.

7.     I left NNL in 2007 and received a settlement from NNL in respect of termination of my employment and a transfer of benefits from the Canadian pension fund.  Accordingly, I have no outstanding financial interest in the outcome of these proceedings.

### Assignment of IP to NNL

8. During my tenure, research and development carried out in the facilities of NNL and its subsidiaries resulted in new technologies (inventions) for which patent protection was sought. At all times during my employment with NNL, I was aware that all employees, whether employed by NNL or a subsidiary, were required to assign directly or indirectly to NNL any intellectual property, including inventions and associated patent rights, which they generated during the course of their employment, in accordance with the terms of their employment agreements and agreements between NNL and its subsidiaries. Copies of representative NNL employment agreements are referenced below.[1] I signed a similar agreement when I was hired. I recall that the mechanisms for assignment varied from time to time during my employment. However, in general, rights in inventions, including patent applications and patents, were either assigned directly by the inventors to NNL, or by the inventors to the local NNL subsidiary that employed them, and then assigned from that NNL subsidiary to NNL. Whatever practice was in place at any given time, with only a handful of exceptions, the assignment documentation would invariably provide that the entire right, title and interest in and to the invention and the application was ultimately assigned to NNL.

9. To my knowledge, at all times during my tenure in the IP Law Group, the standard patent assignment templates used to prepare assignments for recordation in the relevant patent offices included an assignment to a Canadian legal entity (i.e. NNL, Nortel Networks Corporation or "NNC", and NTL, or their predecessors). A sample of one of the assignment templates is attached.[2]

---

[1] NNC-NNL11771974 and NNC-NNL11771975.

[2] NNC-NNL11771973.

10.    I have reviewed the attached representative samples of inventor assignments that were submitted and recorded in the Canadian Intellectual Property Office or the U.S. Patent and Trademark Office ("USPTO").[3] As set out in these assignments, the subject inventions and patent applications were assigned to NNL.

11.    I have also reviewed samples of Patent Assignment Abstract of Title documents generated by a search with the word "Nortel" in the USPTO Assignment Database accessible at http://.assignments.uspto.gov/assignments/. The documents that I have reviewed also confirm my recollection that in the overwhelming majority of cases, NNL was the entity to which patents were ultimately assigned.[4]

12.    As well, NNL created and maintained an internally-developed database (Global Patent System, or "GPS") to log details of all new invention disclosure submissions. NNL also used a commercially-available docketing system (PC Master, and later IP Master by Master Data Center) listing all pending applications and patents worldwide in its patent portfolio. These databases provided information comprising inventor information, assignee information, and other particulars for each patent application. These databases allowed for detailed spreadsheets to be generated by NNL for patent portfolio management and analysis purposes. Representative samples of these spreadsheets are attached.[5] Although I did not create these spreadsheets and they are dated after my employment at NNL, they are similar to spreadsheets that I routinely generated and worked on during my tenure. The first spreadsheet, NNI_00770079, is dated in 2009. I am advised by Selena Kim, counsel to the Canadian Debtors, and verily believe that the

---

[3] NNC-NNL11771971, NNC-NNL11772012, NNI_ICEBERG_00077218, NNC-NNL11756000, NNC-NNL11756001, NNC-NNL11756002, NNC-NNL11756003, NNC-NNL11756004, and NNC-NNL11756005.

[4] See CCC0085993, CCC0087671, CCC0088115 and CCC0088540 for abstracts recording assignments relating to patents sold in the Residual Patent Sale.

[5] CCC0067164 and NNI_00770079.

second spreadsheet, CCC0067164, is a list of all patents and applications that were transferred to Rockstar Bidco. My review of both of these spreadsheets confirms my recollection that the overwhelming majority of patents and patent applications were assigned to NNL. For example, an analysis of NNI_00770079 and the information contained in the column entitled "App Assignee" reveals that over 95 percent of the assigned patents and applications were assigned to Canadian entities, (i.e. NNL, NNC or NTL). Similarly, an analysis of CCC0067164 reveals that over 98 percent of the assigned patents and applications were assigned to NNL.

<u>Source of Patented Inventions</u>

13.    It is also possible from the above spreadsheets to determine which laboratories generated the inventions for which patent protection was subsequently sought. As outlined in the spreadsheets, each invention disclosure submission was associated with an Invention Disclosure Number ("Disc. No."). This is a unique identifier for the invention, which incorporates a unique numeric identifier (e.g. 4 or 5 digits) as well as a two letter Location Code corresponding to the R&D location of the first-named inventor.[6]  Generally, the first-named inventor was the primary inventor of the invention.

14.    My review of the data listed in the above referenced patent spreadsheets CCC0067164 and NNI_00770079 reveals that approximately 50 percent of all the patents and applications listed in those spreadsheets have a Location Code for a primary inventor working in a Canadian R&D facility, e.g. Location Code RO for Ottawa and SC for Calgary. This is consistent with my recollection that the Canadian entities/research laboratories were, for many years, the source of around half of all inventions resulting in patent application filings and issued patents in NNL's patent portfolio, based on analysis such as included in the spreadsheet analysis attached to US_EMEA_PRIV_00011987, which I generated during my employment.

---

[6] US_EMEA_Canada_PRIV_00011987, NNC-NNL11772036 and NNC-NNL11772035.

15.   I have reviewed a copy of each and every document that I refer to in this affidavit prior to swearing it.

**SWORN BEFORE ME** at the City of
Ottawa, on April 11, 2014.

_____
Commissioner for taking affidavits

**Julien Bernard Bourgeois,
a Commissioner, etc., Province of
Ontario, while a Student-at-Law.
Expires May 16, 2015.**

_____
**Angela de Wilton**

6

# INDEX

## AFFIDAVIT OF ANGELA de WILTON (sworn April 11, 2014)

### INDEX

| Tab | Paragraph Referred to in Affidavit | Trial Exhibit Number | Bates Number |
|---|---|---|---|
| 1. | 8 | TR45736 Redacted | NNC-NNL11771974 |
| 2. | 8 | TR45737 Redacted | NNC-NNL11771975 |
| 3. | 9 | TR45735 | NNC-NNL11771973 |
| 4. | 10 | TR45734 | NNC-NNL11771971 |
| 5. | 10 | TR45738 | NNC-NNL11772012 |
| 6. | 10 | TR48837 | NNI_ICEBERG_0077218 |
| 7. | 10 | TR45614 | NNC-NNL11756000 |
| 8. | 10 | TR45615 | NNC-NNL11756001 |
| 9. | 10 | TR11115 | NNC-NNL11756002 |
| 10. | 10 | TR45616 | NNC-NNL11756003 |
| 11. | 10 | TR45617 | NNC-NNL11756004 |
| 12. | 10 | TR45618 | NNC-NNL11756005 |
| 13. | 11 | TR40236 | CCC0085993 |
| 14. | 11 | TR40237 | CCC0087671 |
| 15. | 11 | TR40238 | CCC0088115 |
| 16. | 11 | TR40239 | CCC0088540 |
| 17. | 12 | TR40197 Redacted | CCC0067164 |
| 18. | 12 | TR47338 | NNI_00770079 |

- 2 -

| Tab | Paragraph Referred to in Affidavit | Trial Exhibit Number | Bates Number |
|---|---|---|---|
| 19. | 13 | TR50594 <br><br> Redacted | US_EMEA_Canada_PRIV_00011987 |
| 20. | 13 | TR45744 | NNC-NNL11772036 |
| 21. | 13 | TR45743 | NNC-NNL11772035 |

# TAB 1

A

# NORTEL



## Agreement relating to intellectual property and confidentiality

In consideration of my employment respectively and collectively by Nortel Networks Limited (hereinafter called "the Company"), I agree to the following:

1. I am under no obligation, to anyone, including a former employer, in any manner whatsoever which is in any way an impediment to my entering into this Agreement or which imposes any restriction on the activities or duties which may be assigned to me from time to time by the Company.

2. I hereby assign to the Company all my rights in and to all inventions, discoveries, improvements, designs, know-how, technical or commercial information, computer programs in any form, written materials, data bases, integrated circuit topologies, plans, diagrams, drawings, models, and other things, which I may conceive, develop or reduce to practice during the period of my services with the Company and which:

    i. relate, directly or indirectly, to the Company's present or reasonably fore seeable business or research or development; or,

    ii. result from any work performed by me for the Company; or,

    iii. are created or made using any equipment, supplies, facility, resources, or "Confidential Information" of the Company,

whether or not they are made during or after working hours, on or off the Company's premises, or alone or with others.

3. I shall make prompt and full disclosure to the Company of any of the things covered in paragraph 2. During and subsequent to my employment, I shall execute all documents, and provide such assistance, as may be reasonably required by the Company to obtain, maintain, enforce, protect or grant any rights which I have assigned to the Company and which the Company may desire in respect of such things in all countries of the world.

4. I shall not (except as expressly permitted by the Company in writing) at any time during and subsequent to my employment with the Company:

    i. disclose, or authorize the disclosure, to anyone other than authorized officers or employees of the Company; or,

    ii. use for non-Company purposes or other non-permitted purposes,

any of the Company's Confidential Information or any information disclosed to the Company by a third party in circumstances which oblige the Company to protect such information from unauthorized use and/or disclosure.

5. "Confidential Information" for the purposes of this Agreement shall mean all information, including trade secrets, formulae, patterns, compilations, programs, de vices, methods, techniques, or processes, of a business, planning, marketing, scientific, technical, or other nature, that derives actual or potential value from not being generally known, or readily ascertainable.

6. I shall keep on the Company's premises (except when required elsewhere in connection with the conduct of the Company's business) and shall deliver to the Company upon termination of my employment, all things including models, circuits, instructions, drawings, notes, files, memoranda or other writings, software programs in source code or object code form, and magnetically or electronically stored information, which embody or contain any of the rights or information described in paragraphs 2 and 4 above. I further agree not to make or retain any copy, duplication, facsimile, reproduction or replication of any of the foregoing.

7. This Agreement shall supersede any and all previous oral or written communications, discussions or agreements between me and the Company relating to the general subject matter addressed herein.

8. I shall reaffirm this Agreement or execute such further or other agreements with respect to the general subject matter addressed herein as the Company, or an affiliate company (being Nortel Networks Limited's direct or indirect subsidaries) may from time to time require.

9. In the event that my employment by the Company is succeeded by employment with an affiliate company, the terms of this Agreement apply until an agreement relating to this subject matter is signed with the affiliate company, and if I do not execute an agreement with such affiliate company relating to this subject matter, terms identical to those set forth in this Agreement shall apply immediately in favour of such affiliate company upon commencement of my employment and until such an agreement is executed with such affiliate company.

MY SIGNATURE HEREUNDER INDICATES UNDERSTANDING AND ACCEPTANCE OF THE ABOVE AND AN ACKNOWLEDGEMENT OF RECEIPT OF A COPY OF THIS AGREEMENT.

EMPLOYEE NUMBER (GLOBAL ID): ▮▮▮▮▮▮

EMPLOYEE'S NAME: ▮▮▮▮▮▮

EMPLOYEE'S SIGNATURE: ▮▮▮▮▮▮

WITNESS' NAME: ▮▮▮▮▮▮

WITNESS' SIGNATURE: ▮▮▮▮▮▮

DATE: 2006.02.20

April 2001

HIGHLY CONFIDENTIAL

A                                                                                          TR45736

 **NORTEL**                                                    

## Conflict of Interest

### APPENDIX A

### Acknowledgement by New Nortel Networks Employees Regarding
### Guide to Ethical Business Practices, Corporate Policy and Procedure

To:   Nortel Networks

From:  ▓▓▓▓▓▓▓▓▓▓▓    Department: ___DP10___

       Employee's full legal name (print)

Subject: Business Ethics

In compliance with Corporate Procedure 201.06 – Guide to Ethical Business Practices:
Compliance, Enforcement, and Conflict of Interest, I have reviewed:

• *"Living the Values: A Guide to Ethical Business Practices at Nortel Networks"*,

• *Corporate Policy 200.01 -- Ethical Business Practices, and*

• *Corporate Procedure 201.06 – Guide to Ethical Business Practices: Compliance,*
  *Enforcement and Conflict of Interest.*

I understand the contents of the above-described documents and will comply with
them.  I understand that failure to comply with them could result in disciplinary action,
which may include dismissal and/or, where applicable for violations of law,
involvement of law enforcement authorities having jurisdiction over the matter.

▓▓▓▓▓▓▓▓▓▓▓       Feb 20/06
_____    _____
Signature of Employee          Date

▓▓▓▓▓▓▓▓▓
_____
Global ID

NOTE: Corporate Procedure 201.06 requires that all employees must have an executed original of this
Acknowledgement form in their personnel file.

**HIGHLY CONFIDENTIAL**                                          NNC-NNL11771974 / 2

A

TR45736

| NOTICE OF CONTINUING OBLIGATIONS UNDER NORTEL NETWORKS INVENTION & TRADE SECRET AGREEMENT AND ACTIONS TO TAKE IF YOU HAVE BEEN DESIGNATED A "REPORTING" OR "NON-REPORTING" INSIDER | |
|---|---|
| Employee Name: | Last Day Worked: 26 MAR 2009 |
| Global ID: | Termination Effective Date: 9 APR 2009 |
| FROM:    Human Resources | |
| SUBJECT: CONTINUING OBLIGATIONS UNDER NORTEL NETWORKS INVENTION & TRADE SECRET AGREEMENT | |

Date:  March 26, 2009

Dear ███████████

Upon or during your employment with **Nortel Networks Corporation and/or Nortel Networks Technology Limited** ("**Nortel**") you executed the Nortel Invention & Trade Secret Agreement or the BNR Agreement Relating to Intellectual Property and Confidentiality. This notice is to once again remind you of the continuing obligations, as applicable and as outlined within those documents. You hereby reaffirm that following your employment with Nortel, you shall not disclose or authorize the disclosure of any trade secret or confidential information relating to any activity of Nortel, or its clients, or any inventions or discoveries which may belong to Nortel or its clients, to any person other than authorized officers or personnel of Nortel.

If you have any questions concerning those obligations, please contact HR Shared Services.

Finally, you confirm that you have accounted for and returned to Nortel all property (including but not limited to documents (hard copy and/or electronic versions), company car, telephone(s), PDA's, credit cards, equipment, keys and passes, (including Nortel ID badge) belonging to Nortel or any Affiliated Company which is or has been in your possession or under your control. Hard copy and electronic versions of documents shall include but not be limited to (i) correspondence, files, e-mails, memos, reports, minutes, plans, records, surveys, software, diagrams, computer print-outs, computer hard drives and disks, manuals, customer documentation or any other medium for storing electronic information; and (ii) the Information as described in the documents attached to this Agreement identified as DATA PRESERVATION INSTRUCTIONS (the "Instructions"). Your signature at the end of this Agreement confirms that you have read, understood, agreed and given consent concerning the statements in the Instructions.

Also, it is important to note and follow the following, if you have been designated a "Reporting" or "Non-Reporting" Insider pursuant to Corporate Policy 320.28 of Nortel Networks Corporation (and under applicable Canadian/US securities legislation for Reporting Insiders). First, you will cease to have this designation effective 12:01 a.m. the day following your employment termination date. If you are a "Reporting" Insider, you understand that you are required to amend your insider profile within 10 days of your employment termination date on the Canadian System for Electronic Disclosure by Insiders (SEDI) to indicate that you are no longer employed. You should contact the Insider Reporting Department at (905) 863-1220 and fax (905) 863-8524 for assistance in amending the SEDI profile.

I have read and understand the above obligations.

███████████████████████████

**Employee Signature**

March - 27 / 09

**Date**

Canada Standard Termination Package
For Resignation or Retirement (sftcpy)

**HIGHLY CONFIDENTIAL**                    NNC-NNL11771974 / 3

# TAB 2

A

# NØRTEL



## Agreement relating to intellectual property and confidentiality

In consideration of my employment respectively and collectively by Nortel Networks Limited (hereinafter called "the Company"), I agree to the following:

1. I am under no obligation, to anyone, including a former employer, in any manner whatsoever which is in any way an impediment to my entering into this Agreement or which imposes any restriction on the activities or duties which may be assigned to me from time to time by the Company

2. I hereby assign to the Company all my rights in and to all inventions, discoveries, improvements, designs, know-how, technical or commercial information, computer programs in any form, written materials, data bases, integrated circuit topologies, plans, diagrams, drawings, models, and other things, which I may conceive, develop or reduce to practice during the period of my services with the Company and which;

    i. relate, directly or indirectly, to the Company's present or reasonably fore seeable business or research or development; or,

    ii. result from any work performed by me for the Company; or,

    iii. are created or made using any equipment, supplies, facility, resources, or "Confidential Information" of the Company

whether or not they are made during or after working hours, on or off the Company's premises, or alone or with others.

3. I shall make prompt and full disclosure to the Company of any of the things covered in paragraph 2. During and subsequent to my employment, I shall execute all documents, and provide such assistance, as may be reasonably required by the Company to obtain, maintain, enforce, protect or grant any rights which I have assigned to the Company and which the Company may desire in respect of such things in all countries of the world

4. I shall not (except as expressly permitted by the Company in writing) at any time during and subsequent to my employment with the Company;

    i. disclose, or authorize the disclosure, to anyone other than authorized officers or employees of the Company; or,

    ii. use for non-Company purposes or other non-permitted purposes

any of the Company's Confidential Information or any information disclosed to the Company by a third party in circumstances which oblige the Company to protect such information from unauthorized use and/or disclosure.

5. "Confidential Information" for the purposes of this Agreement shall mean all information, including trade secrets, formulas, patterns, compilations, programs, devices, methods, techniques, or processes, of a business, planning, marketing, scientific, technical, or other nature, that derives actual or potential value from not being generally known, or readily ascertainable

6. I shall keep on the Company's premises (except when required elsewhere in connection with the conduct of the Company's business) and shall deliver to the Company upon termination of my employment, all things including models, circuits, instructions, drawings, notes, files, memoranda or other writings, software programs in source code or object code form, and magnetically or electronically stored information, which embody or contain any of the rights or information described in paragraphs 2 and 4 above. I further agree not to make or retain any copy duplication, facsimile, reproduction or replication of any of the foregoing

7. This Agreement shall supersede any and all previous oral or written communications, discussions or agreements between me and the Company relating to the general subject matter addressed herein.

8. I shall reaffirm this Agreement or execute such further or other agreements with respect to the general subject matter addressed herein as the Company, or an affiliate company (being Nortel Networks Limited's direct or indirect subsidiaries) may from time to time require.

9. In the event that my employment by the Company is succeeded by employment with an affiliate company, the terms of this Agreement apply until an agreement relating to this subject matter is signed with the affiliate company, and if I do not execute an agreement with such affiliate company relating to this subject matter, terms identical to those set forth in this Agreement shall apply immediately in favour of such affiliate company upon commencement of my employment and until such an agreement is executed with such affiliate company.

MY SIGNATURE HEREUNDER INDICATES UNDERSTANDING AND ACCEPTANCE OF THE ABOVE AND AN ACKNOWLEDGEMENT OF RECEIPT OF A COPY OF THIS AGREEMENT

EMPLOYEE NUMBER (GLOBAL ID): ▮▮▮▮▮

EMPLOYEE'S NAME: ▮▮▮▮▮▮▮▮

EMPLOYEE'S SIGNATURE: _____

WITNESS' NAME: ▮▮▮▮▮

WITNESS' SIGNATURE: _____

DATE: _____

April 2001

HIGHLY CONFIDENTIAL

NNC-NNL11771975 / 1

# TAB 3

A *                                                                      TR45735

FILE NO. (Insert #)                                 PATENT APPLICATION
(Insert Country)                                           ASSIGNMENT

**FOR VALUABLE CONSIDERATION,** the receipt of which is hereby acknowledged, I (we) the undersigned, whose full post office address(es) is(are) listed below my (our) name(s), do hereby sell, assign and transfer to:

**NORTEL NETWORKS LIMITED**

(hereinafter "Nortel"), its successors, assigns and legal representatives, whose full post office address is:

> 2351 Boulevard Alfred-Nobel
> St. Laurent, Quebec
> Canada, H4S 2A9

all their right, title, and interest worldwide in and to the invention relating to

> (Insert Title)

as described in an application for letters patent filed concurrently herewith or filed in (Insert Country) on (Insert Date) and given serial number (Insert Serial Number), as well as all rights and privileges including priority rights arising from the aforesaid application and corresponding applications in other countries, all continuations, continuations-in-part, divisions, renewals, substitutes or reissues thereof, and all the rights and privileges under any and all letters patent that may be granted for said invention.

I (We) undertake without charges to Nortel but at its request and expense to execute all documents, take all oaths and do all reasonable acts to enable Nortel, its successors assigns and legal representatives to procure and maintain patent or any other intellectual property protection for said invention in any and all countries and to vest title thereto to Nortel, its successors assigns and legal representatives.

THE UNDERSIGNED hereby authorizes Nortel's Intellectual Property Law Group to correct clerical errors in this Assignment or to insert any further identification or other information necessary or desirable to make this Assignment suitable for recordal in a domestic or foreign Patent Office.

_____          _____
(Insert Assignor Name)                    (Insert Date)
(Insert Assignor Address)

CONFIDENTIAL                    NNC-NNL11771973 / 1

2

_____
Witness Signature

_____
Witness Name (Print)

CONFIDENTIAL

# TAB 4

A

05-08-2002

| FORM PTO-1595 | | U.S. Department of Commerce |
| --- | --- | --- |
| 14561RRUS02U | 102081053 | Patent and Trademark Office |

To the Honorable Commissioner of Patents and Trademarks. Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and Address of receiving party(ies): |
| --- | --- |
| 1)  Peter Wenzel | Name:  Nortel Networks Limited. |
| 2)  Kuntal Chowdhury | Address: 2351 Boulevard Alfred-Nobel |
| 4-30-02 | City:  St. Laurent |
| | State:  Quebec, CANADA    Zip: H4S 2A9 |
| | Additional name(s) & address(es) attached? ___ Yes  _X_ No |

3. Nature of Conveyance:

_X_  Assignment          _____  Merger

_____  Security Agreement      _____  Change of Name

_____  Other

Execution Date: __04/29/02 (Wenzel); 04/29/02 (Chowdhury)__

4. Application number(s) or patent number(s).          *10135617*

_X_  This document is being filed together with a new application.

Execution date of the application:  04/29/02 (Wenzel); 04/29/02 (Chowdhury )

Title: **IDENTIFICATION OF UNUSED RESOURCES IN A PACKET DATA NETWORK**

Docket No: 14561RRUS02U

| A. Patent Application No.(s) | B. Patent No.(s) |
| --- | --- |
| S.N. | |
| Additional numbers attached? _____ Yes _X_ No | Additional numbers attached? _____ Yes _X_ No |

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Number of applications and patents involved: ____(1)____ |
| --- | --- |
| Name:      James A. Harrison | |
| GARLICK HARRISON & MARKISON | |
| Address: P.O. Box 670007 | |
| City:      Dallas | |
| State:     TX      Zip: 75367 | 7. Amount of fee enclosed or authorized to be charged: $40 |

DO NOT USE THIS SPACE

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

_4/30/02_
Date

James A. Harrison    Reg. No.40,401

05/07/2002 DBYRME   00000093 10135617
01 FC:581               40.00 OP

**PATENT**
**REEL: 012857 FRAME: 0518**

A

TR45734

Atty Docket No. 14561RRUS02U

## ASSIGNMENT

**WHEREAS,** the undersigned inventors, hereinafter called the "Assignors", have invented a new and useful invention entitled:

### IDENTIFICATION OF UNUSED RESOURCES IN A PACKET DATA NETWORK

for which reference a full description is here made in an application for Letters Patent of the United States filed herewith.

**WHEREAS, Nortel Networks Limited, World Trade Center of Montreal,** having a principal office and place of business at 2351 Boulevard Alfred-Nobel, St. Laurent, Quebec H4S 2A9, Canada, hereinafter called the "Assignee", is desirous of acquiring the entire right, title and interest in and to said invention, the application above identified, and in, to and under Letters Patent which may be obtained for said invention, as hereinafter more fully set forth;

**NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN,** be it known that for valuable and legally sufficient consideration, the receipt of which by the Assignors from the Assignee is hereby acknowledged, the Assignors have sold, assigned and transferred, and by these presents do sell, assign and transfer unto the Assignee, its successors and assigns, the entire right, title and interest in and to the invention and the application herein above identified, and all Letters Patents that may issue for the said invention, and all divisions, reissues, substitutions, continuations, and extensions thereof, to have and to hold for the sole and exclusive use and benefit of the Assignee, its successors and assigns to the full end of the term for which any and all of said Letters Patents for the said invention may issue.

**FURTHER,** be it known that the Assignors have sold, assigned and transferred, and by these presents do sell, assign and transfer unto the Assignee, its successors and assigns, the entire foreign rights to the invention disclosed in said application, in all countries of the world, including the right to file applications and obtain patents under the terms of the International Convention for the Protection of Industrial Property, and of the European Patent Convention, and further agree to execute any and all patent applications, assignments, affidavits, and any other papers in connection therewith necessary to perfect such patent rights.

**PATENT
REEL: 012857 FRAME: 0519**

NNC-NNL11771971 / 2

A

TR45734

Atty Docket No. 14561RRUS02U

    And the Assignors hereby covenant and agree, for themselves and their legal representatives, that they will assist the Assignee in the prosecution of the application herein identified; in the making and prosecution of any other applications for Letters Patent that the Assignee may elect to make covering the invention herein identified, as herein before set forth, including any application for reissue, application for reexamination, application for foreign patent rights, or any proceeding in the United States Patent and Trademark Office affecting the invention, investing in the Assignee exclusive title in and to all such other applications and Letters Patent; and in the prosecution of any interference which may arise involving said invention, or any application or Letters Patents herein contemplated; that he will promptly execute and deliver to the Assignee any and all additional papers and make all lawful oaths which may be requested by the Assignee to fully carry out the terms of this assignment; and further that they will communicate to Assignee, or to its successors, assigns, and legal representatives, any facts known respecting said invention, and at the expense of the Assignee, testify in any legal proceedings, and generally do everything possible to aid the Assignee, its successors, assigns and nominees to obtain and enforce proper patent protection for said invention in all countries.

    And the Commissioner of Patents and Trademarks is hereby authorized and requested to issue all Letters Patent to the Assignee in accordance with the terms of the assignment.

    **IN TESTIMONY WHEREOF,** the Assignors have hereunto set their hand on the date indicated below.

Dated: _04/29/02_                    _Peter Wenzel_
                                     Peter Wenzel


Dated: _____              _____
                                     Kuntal Chowdhury


**PATENT
REEL: 012857 FRAME: 0520**

NNC-NNL11771971 / 3

A

TR45734

Received: 4/29/02 19:12;   972 685 3123 -> Garlick & Harrison; Page 4
APR-29-2002  19:18    CDMA MARKET SUPPORT           972 685 3123    P.04

Atty Docket No. 14561RRUS02U

And the Assignors hereby covenant and agree, for themselves and their legal representatives, that they will assist the Assignee in the prosecution of the application herein identified; in the making and prosecution of any other applications for Letters Patent that the Assignee may elect to make covering the invention herein identified, as herein before set forth, including any application for reissue, application for reexamination, application for foreign patent rights, or any proceeding in the United States Patent and Trademark Office affecting the invention, investing in the Assignee exclusive title in and to all such other applications and Letters Patent; and in the prosecution of any interference which may arise involving said invention, or any application or Letters Patents herein contemplated; that he will promptly execute and deliver to the Assignee any and all additional papers and make all lawful oaths which may be requested by the Assignee to fully carry out the terms of this assignment; and further that they will communicate to Assignee, or to its successors, assigns, and legal representatives, any facts known respecting said invention, and at the expense of the Assignee, testify in any legal proceedings, and generally do everything possible to aid the Assignee, its successors, assigns and nominees to obtain and enforce proper patent protection for said invention in all countries.

And the Commissioner of Patents and Trademarks is hereby authorized and requested to issue all Letters Patent to the Assignee in accordance with the terms of the assignment.

**IN TESTIMONY WHEREOF,** the Assignors have hereunto set their hand on the date indicated below.

Dated: _____

Dated: _04/29/02_

Peter Wenzel
_____

Kuntal Chowdhury

RECORDED: 04/30/2002

PATENT
REEL: 012857 FRAME: 0521

NNC-NNL11771971 / 4

# TAB 5

A                                                                                                          TR45738

FILE NO. 920602-106309                                    PATENT APPLICATION
                                                                ASSIGNMENT

**FOR VALUABLE CONSIDERATION**, the receipt of which is hereby
acknowledged, I (we) the undersigned, whose full post office address(es) is(are) listed
below my (our) name(s), do hereby sell, assign and transfer to:

### NORTEL NETWORKS LIMITED

(hereinafter "Nortel"), its successors, assigns and legal representatives, whose full post
office address is:

> 2351 Boulevard Alfred-Nobel
> St. Laurent, Quebec
> Canada, H4S 2A9

all their right, title, and interest worldwide in and to the invention relating to

**"Scaling OAM for Point-to-Point Trunking"**

as described in an application for letters patent filed concurrently herewith or filed in United
States on August 28, 2007 and given serial number 11/845,930, as well as all rights and
privileges including priority rights arising from the aforesaid application and corresponding
applications in other countries, all continuations, continuations-in-part, divisions, renewals,
substitutes or reissues thereof, and all the rights and privileges under any and all letters
patent that may be granted for said invention.

I (We) undertake without charges to Nortel but at its request and expense to execute all
documents, take all oaths and do all reasonable acts to enable Nortel, its successors assigns
and legal representatives to procure and maintain patent or any other intellectual property
protection for said invention in any and all countries and to vest title thereto to Nortel, its
successors assigns and legal representatives.

THE UNDERSIGNED hereby authorizes Nortel's Intellectual Property Law Group to
correct clerical errors in this Assignment or to insert any further identification or other
information necessary or desirable to make this Assignment suitable for recordal in a
domestic or foreign Patent Office.


_____                     3/10/2007
Robert Friskney                              (Insert Date)
78 Albert Gardens, Harlow,
Essex, CM17 9QG, UK

_____                     SIMON PRAGC
Witness Signature                           Witness Name (Print)

A

TR45738

2

*Simon Parry (signature)*
Simon Parry
15 Mallows Green Road, Manuden,
Bishop's Stortford, Essex CM23 1DG
UK

3 OCT 2007
(insert Date)

*Witness Signature*

ROGER FRICKNEY
Witness Name (Print)

David Allan
852 Forest St, Ottawa,
Ontario, K2B 5P9, CA

(insert Date)

Witness Signature

Witness Name (Print)

*Nigel L Bragg (signature)*
Nigel Bragg
Homewards, Chapel Road,
Weston Colville, Cambridgeshire,
CB1 5NX, UK

03-10-07
(insert Date)

*Witness Signature*

SIMON PARRY
Witness Name (Print)

NNC-NNL11772012 / 2

A

TR45738



Simon Parry
15 Mallows Green Road, Manuden,
Bishop's Stortford, Essex, CM23 1DG,
UK

(insert Date)

Witness Signature          Witness Name (Print)

David Allan
852 Forest St, Ottawa,
Ontario, K2B 5P9, CA

19 Sept 2007
(insert Date)

Witness Signature          J. CHIOSAVI
                          Witness Name (Print)

Nigel Bragg
Homewards, Chapel Road,
Weston Colville, Cambridgeshire,
CB1 5NX, UK

(insert Date)

Witness Signature          Witness Name (Print)

NNC-NNL11772012 / 4

**TAB 6**

. A

CASE: IS 0554 -Ward -Jeffries-Wilson 17

## ASSIGNMENT

<u>Joint Inventorship</u>

**WHEREAS, Christopher Robert Ward** of 14 Princes Gate, Bishop's Stortford, Hertfordshire, CM23 4DF, **Andrew William Jeffries** of Finches, Wood End, Widdington, Saffron Walden, CB11 3SN and **Keith Stewart Wilson** of 8 Elsenham Hall, Bishop's Stortford, Hertfordshire, CM22 6DP.

hereinafter called the "Assignors", have made a new and useful invention entitled:

### A BASE STATION ANTENNA ARRANGEMENT

for a full description of which reference is here made to an application for Letters Patent of the United States executed by them of even date herewith.

**WHEREAS, NORTHERN TELECOM LIMITED**, a Canadian company having a principal office and place of business at, World Trade Center of Montreal, 380 St Antoine Street West, 8th floor, Montreal, Quebec H2Y 3Y4, Canada hereinafter called the "Assignee", is desirous of acquiring the entire right, title and interest in the United States in and to said invention, the application above identified, and in, to and under Letters Patent which may be obtained for said invention, as hereinafter more fully set forth;

**NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN**, be it known that for valuable and legally sufficient consideration, the receipt of which by the said Assignors from the said Assignee is hereby acknowledged, the said Assignors have sold, assigned and transferred, and by these presents do sell, assign and transfer unto the said Assignee, the entire right, title and interest for the United States in and to the invention and application hereinabove identified, and any Letters Patent of the United States that may issue for the said invention, to have and to hold for the sole and exclusive use and benefit of the said  Assignee, its successors and assigns to the full end of the term for which any and all of said `Letters Patent for the said invention may issue.

Nortel Confidential; Evaluation Material provided pursuant to patent transaction NDA

HIGHLY CONFIDENTIAL

A

ASSIGNMENT OF INVENTION STUDY NO. 0554
Case: WARD-JEFFRIES-WILSON 17

And the said Assignors do hereby covenant and agree, for themselves and their legal representatives, that they will assist the said Assignee in the prosecution of the application herein identified; in the making and prosecution of any other applications for Letters Patent that the said Asignee may elect to make covering the invention herein identified, as hereinbefore set forth, including any application for reissue, application for reexamination, or any proceeding in the United States Patent and Trademark Office affecting said invention, investing in the said Assignee like exclusive title in and to all such other applications and Letters Patent; and in the prosecution of any interference which may arise involving said invention, or any application or Letters Patent Herein contemplated; and that they will promptly execute and deliver to the said Assignee any and all additional papers which may be requested by the said Assignee to fully carry out the terms of this assignment.

And the Commissioner of Patents and Trademarks is hereby authorized and requested to issue Letters Patent to the said Assignee in accordance with the terms of the assignment.

**IN TESTIMONY WHEREOF,** the said Assignors have hereunto set their hands on the date indicated below.

Dated: 24/9/97

CHRISTOPHER ROBERT WARD

Dated: 24/9/97.

ANDREW WILLIAM JEFFRIES

Dated: 24/9/97

KEITH STEWART WILSON

Nortel Confidential; Evaluation Material provided pursuant to patent transaction NDA

HIGHLY CONFIDENTIAL

# TAB 7

A

TR45614

H04B

# SMART & BIGGAR

BARRISTERS & SOLICITORS

438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO, CANADA M5G 2K8

Industry Canada
Canada
OPIC          CIPO

October 6, 2000

The Commissioner of Patents
Ottawa-Hull, Canada

3    OCT  6  2000    3

OCT 6 2000

Dossier
File

Dear Sir:

We enclose the necessary papers in connection with the enclosed application, together with
a remittance to cover the filing fees.

293540

**PCT INFORMATION** (complete only for PCT cases)

International PCT Application No.:                                   Filed:

Request for Entry form/Petition enclosed:          Yes

Voluntary Amendment Enclosed:                      No

Translation of Specification Enclosed:             No


Included is the payment of the Maintenance Fee:    No

Examination Requested under Section 35(1) of the Patent Act:   No

Assignment(s) enclosed:  1                          Yes


| | | |
|---|---|---|
| File No. | 91436-315 | |
| Application by | Nortel Networks Corporation | DEPOT POUR REC. GEN. DU CANADA 033-13655 0881-10 09-87913 |
| | | C/A # 793 K121 |
| Filing Fee | $300.00 | 300.00 |
| | | 2896 BH   005  0001-001 11:16AM 10/13/00 |
| Assignment Fee | $100.00 | DEPOT POUR REC. GEN. DU CANADA 033-13655 0881-10 09-87913 |
| Examination Fee | | |
| | | C/A # 793 K124 |
| Maintenance Fee | | 100.00 |
| | | 2896 BH   005  0001-001 11:16AM 10/13/00 |
| Late Filing Fee | | |
| **TOTAL** Fees | $400.00 | |


The above fees should be charged to our firm's deposit account.

The applicant hereby appoints **SMART & BIGGAR**, of 438 University Avenue, Suite 1500,
Toronto, Ontario, M5G 2K8, Tel. (416)593-5514, Fax (416)591-1690, whose full post office address
for mailing purposes is 438 University Avenue, Suite 1500, Box 111, Toronto, Ontario, M5G 2K8,
Canada, as

(a)      its representative in Canada pursuant to Section 29 of the Patent Act; and

(b)      its patent agent.

Yours truly,

SMART & BIGGAR

MZ/kek

A                                                                    TR45614

FORM 3 CANADA



PETITION FOR GRANT OF A PATENT    OCT 6 200

Industrie  Industry
Canada    Canada 3 5
OPIC      CIPO

OCT 6 2000    3

1.    The applicant, **Nortel Networks Corporation**, whose complete address is **World Trade Center of Montreal, 380 St. Antoine Street West, 8th Floor, Montreal, Quebec, H2Y 3Y4, CA**, requests the grant of a patent for an invention, entitled **METHODS AND DEVICES FOR ADDING AND REMOVING DATA FROM SERIAL DATA STREAMS**, which is described and claimed in the accompanying specification.

2.    The inventors are **Alan J. Hurren; Paul D. Obeda; Steve S. Grabner; Wang-Hsin Peng; Mark T. Cobbold; David D. Kirk; and Paul A. Littlewood**, whose complete addresses are **23 Antler Avenue, Nepean, Ontario, K2J 1Z4, CA; 66-21 Midland Crescent, Nepean, Ontario, K2H 8P6, CA; 259 Bradley Avenue, Vanier, Ontario, K1L 7E8, CA; 667 Windermere, Ottawa, Ontario, K2A 2W9, CA; 42 Hobin Street, Stittsville, Ontario, K2S 1G8, CA; 32 Brando Crescent, Ottawa, Ontario, K1T 2E3, CA; and 140 Ketton Crossing, Duluth, Georgia, 30155, U.S.A.**, respectively, and the applicant owns in Canada the whole interest in the invention.

3.    The applicant requests priority in respect of the application on the basis of the following previously regularly filed application:

| Country of filing | Filing Date | Application Number |
|---|---|---|
| **United States** | **November 17, 1999** | **09/441,514** |

4.    The applicant appoints **SMART & BIGGAR**, whose complete address in Canada is 438 University Avenue, Suite 1500, Box 111, Toronto, Ontario, M5G 2K8, Tel. (416)593-5514, Fax. (416)591-1690, Canada, as the applicant's representative in Canada, pursuant to section 29 of the Patent Act.

5.    The applicant appoints **SMART & BIGGAR**, whose complete address is 438 University Avenue, Suite 1500, Box 111, Toronto, Ontario, M5G 2K8, Tel. (416)593-5514, Fax. (416)591-1690, Canada, as the applicant's patent agent.

NNC-NNL11756000 / 2

A

6.    The applicant requests that Figure No. **2** of the drawings accompany the abstract when it is open to public inspection under section 10 of the *Patent Act* or published.

MZ/kek

NNC-NNL11756000 / 3

A

*5098869*

Case: 10323RO
Attorney Docket: 91436-175

## ASSIGNMENT
## NORTEL NETWORKS CORPORATION

For value received, I, the undersigned, whose full post office address is adjacent my name, hereby sell, assign and transfer to:

NORTEL NETWORKS CORPORATION

whose post office address is:    World Trade Center of Montreal
380 St. Antoine Street West, 8th Floor
Montreal, Quebec
Canada H2Y 3Y4

its successors, assigns and legal representatives, the entire right, title and interest, including priority rights, for all countries, in and to certain inventions relating to:

## METHODS AND DEVICES FOR ADDING AND REMOVING DATA FROM SERIAL
## DATA STREAMS

set forth in an application for letters patent of the UNITED STATES OF AMERICA

executed concurrently herewith,

and all rights and privileges under any and all letters patent that may be granted for said inventions.

Witness Signature

Date 09/11/99

Alan J. Hurren
23 Antler Avenue
Nepean, Ontario
K2J 1Z4  Canada

*Assignor*

Sue McKinnon-Burton
Witness Name *(print)*

[X] Additional Assignors on attached Page 2

1

NNC-NNL11756000 / 4

A

Case: 10323RO
Attorney Docket: 91436-175

Witness Signature

Paul D. Obeda          Date Nov 11/99          *Assignor*
66-21 Midland Crescent
Nepean, Ontario
K2H 8P6 Canada

Witness Name *(print)*

Witness Signature

Date Nov 12/99          *Assignor*

Steve S. Grabner
259 Bradley Avenue
Vanier, Ontario
K1L 7E8 Canada

Sue McKinnon-Burton
Witness Name *(print)*

Witness Signature

Wang-Hsin Peng          Date March 9, 1999          *Assignor*

Harry H. Peng
667 Windermere
Ottawa, Ontario
K2A 2W9 Canada

Sue McKinnon-Burton
Witness Name *(print)*

Witness Signature

Date Nov 11 1999          *Assignor*

Mark T. Cobbold
42 Hobin Street
Stittsville, Ontario
K2S 1G8 Canada

Witness Signature

Witness Name *(print)*

[X] Additional Assignors on attached Page 3

2

NNC-NNL11756000 / 5

A

Case: 10323RO
Attorney Docket: 91436-175

Witness Signature

David D. Kirk _____ Date 11/15/99 -        *Assignor*

David D. Kirk
32 Brando Crescent
Ottawa, Ontario
K1T 2E3  Canada

Susen McKinno-Burton
Witness Name *(print)*

Witness Signature

Paul A. Littlewood _____ Date 11/11/99        *Assignor*

Paul A. Littlewood
140 Ketton Crossing
Duluth, Georgia
30155 U.S.A.

Witness Name *(print)*

3

NNC-NNL11756000 / 6

# TAB 8

Folder Contents    02322905

02322905  METHODS AND DEVICES FOR ADDING AND REMOVING DATA FROM SERIAL

| Act Description | | Received | Filed | File Tab | Pages |
|---|---|---|---|---|---|
| 02322905 0-09 20.35 | COV | 2005-1 2005-10-09 | 2005-10-09 | COV | 001 |
| 02322905 0-09 20.35 | ABS | 2005-1 2005-10-09 | 2005-10-09 | ABS | 001 |
| 02322905 0-09 20.35 | CLM | 2005-1 2005-10-09 | 2005-10-09 | CLM | 009 |
| 02322905 0-09 20.35 | DRW | 2005-1 2005-10-09 | 2005-10-09 | DRW | 004 |
| 02322905 0-09 20.35 | DIS | 2005-1 2005-10-09 | 2005-10-09 | DIS | 019 |
| 02322905 0-09 20.35 | REP | 2005-1 2005-10-09 | 2005-10-09 | REP | 001 |
| 02322905 5-18 10:22 | REP-IP | 2001-0 2001-05-18 | 2001-05-18 | REP-IP | 001 |

TECHSOURCE - PATENT ADMINISTRATION      2013/08/20
Patent Application Data Maintenance        13:34:09

P/A No. 2322905_  Current State : Dead      Suspension Status:
        Classification: H04L 12/861    (2013.01)
Agent . . . . : SMART & BIGGAR
Agent File No. . 91436-315_____
Current Owner  : NORTEL NETWORKS CORPORATION
Small Decl Date. _____    Filing date . . . . . . . 20001006
Other Ld. Open . N  (Y/N)    Laid Open Date . . . . . . 20010517
French . . . . . N  (Y/N)   Method of Correspondence . P (E/P)
Canadian . . . . N  (Y/N)    PCT Indicator. . . . . . : N    Chapter:
License/Sale . . N  (Y/N)   Nat. Entry Date . . . . . _____
PS Inv. Act . . N  (Y/N)    PCT Appl. No. . . . . . . PCT/ __ ____ / _____
Notations . . : N    PCT Publ. No. . . . . . . WO ____ / ____
Old Appl No. . . _____    Withdraw Appl . . . . . . _____
Re-exam Req'd . _____    Re-exam Certif . _____  Re-exam Refused . _____

TECHSOURCE - REGISTRATION        2013/08/20
    Chain of Title List          13:34:14

A *

| S Seq | Role | Name | S Date | Reg No | Typ M |
|---|---|---|---|---|---|
| . 75 | Assignee | NORTEL NETWORKS CORPORATION | A 20001120 | 5098869 | AS N |
| . 70 | Assignor - Full | COBBOLD, MARK T. | I 20001120 | 5098869 | AS N |
| . 65 | Assignor - Full | GRABNER, STEVE S. | I 20001120 | 5098869 | AS N |
| . 60 | Assignor - Full | HURREN, ALAN JAMES | I 20001120 | 5098869 | AS N |
| . 55 | Assignor - Full | KIRK, DAVID D. | I 20001120 | 5098869 | AS N |
| . 50 | Assignor - Full | LITTLEWOOD, PAUL A. | I 20001120 | 5098869 | AS N |
| . 45 | Assignor - Full | OBEDA, PAUL D. | I 20001120 | 5098869 | AS N |
| . 40 | Assignor - Full | PENG, WANG-HSIN | I 20001120 | 5098869 | AS N |
| | | | | | |
| . 35 | Inventor | LITTLEWOOD, PAUL A. | I 20001006 | | |
| . 30 | Inventor | KIRK, DAVID D. | I 20001006 | | |
| . 25 | Inventor | COBBOLD, MARK T. | I 20001006 | | |
| . 20 | Inventor | PENG, WANG-HSIN | I 20001006 | | |
| . 15 | Inventor | GRABNER, STEVE S. | I 20001006 | | |
| . 10 | Inventor | OBEDA, PAUL D. | I 20001006 | | |
| . 5 | Inventor | HURREN, ALAN JAMES | I 20001006 | | |

---

TECHSOURCE - REGISTRATION          2013/08/20
Registration List          13:34:23

| Sel | Reg. No. | C22 | Stat | Type | Date | Comments | Multiple |
|---|---|---|---|---|---|---|---|
| . | 5098869 | N | DO | AS | 2000/11/20 | | N |

# TAB 9

A                                                                    TR11115

CA 02352137 2001-07-04

*JD*

# SMART & BIGGAR 3

*Intellectual Property & Technology Law*

**Industrie Industry**
Canada Canada **3**
OPIC CIPO

JUL - 4 2001 1 8 7

P.O. Box 2999, Station D
55 Metcalfe Street, Suite 900
Ottawa, Canada  K1P 5Y6

| Dossier |
| File |
| Remis à |
| Charged to |

**July 4, 2001**

The Commissioner of Patents
Ottawa-Hull, Canada

*582739*

Dear Sir:

We enclose the necessary papers in connection with the noted below application, together
with a remittance to cover the filing fees.

**PCT INFORMATION** (complete only for PCT cases)
    International PCT Application No.:                                     Filed:
    Request for Entry form/Petition enclosed:
    Voluntary Amendment Enclosed:
    Translation of Specification Enclosed:

**Included is the payment of the Maintenance Fee:**                 **No**
**Examination Requested under Section 35(1) of the Patent Act:**    **No**
**Assignment(s) enclosed: 1**                                      **Yes**
**Please find enclosed a priority document.**

| | | |
|---|---|---|
| File No. | **78983-8** | |
| Application by | **NORTEL NETWORKS LIMITED**<br>**(RAO, Sanjay et al)** | |
| Filing Fee | $300.00 | DEPOT POUR REC. GEH.<br>DU CANADA 033-13655<br>0081-10 99-87913 |
| Assignment Fee | 100.00 | C/A # 6098<br>K121<br>3869 8# 005 0691-003 9:30AM 7/ 9/01   300.00 |
| Examination Fee | | |
| Maintenance Fee | | DEPOT POUR REC. GEH.<br>DU CANADA 033-13655<br>0081-10 99-87913 |
| Late Filing Fee | | C/A # 6098<br>K124 |
| **TOTAL Fees** | **$400.00** | 3869 8# 005 0691-003 9:30AM 7/ 9/01   100.00 |

The above fees should be charged to our firm's deposit account.

The applicant hereby appoints **SMART & BIGGAR**, of Suite 900, 55 Metcalfe Street,
Ottawa, Ontario K1P 6L5, Tel. (613) 232-2486, Fax (613) 232-8440, whose full post office
address for mailing purposes is P.O. Box 2999, Station D, Ottawa, Ontario K1P 5Y6, Canada,
as

    (a)    its representative in Canada pursuant to Section 29 of the Patent Act; and
    (b)    its patent agent.

        Yours very truly,

        *Smart & Biggar*
        SMART & BIGGAR

ljw

EXHIBIT 11115
WIT: Jensen
DATE: 10/8/12  RPTR: kk



CA 02352137 2001-07-04

FORM 3 CANADA

3  Industrie  Industry  3
   Canada    Canada
   OPIC      OPIC  /4893-8

JUL - 4 2001  1 8 7

PETITION FOR GRANT OF A PATENT

1.  The applicant, NORTEL NETWORKS LIMITED, whose complete address is World
Trade Center of Montreal, 380 St. Antoine Street West, 8th Floor, Montreal, Quebec H2Y
3Y4, Canada , requests the grant of a patent for an invention, entitled BACKHAULING OF
CALL SIGNALING FOR MULTIPLE PROTOCOLS, which is described and claimed in the
accompanying specification.

2.  The inventors are RAO, Sanjay; KHANCHANDANI, Niraj and ERGINCAN, Fahir O.,
whose complete addresses are 103 Carpenter Brook Drive, Apex, North Carolina 27502,
U.S.A.; 6607 Winding Arch Drive, Durham, North Carolina 27713, U.S.A. and Oberer
Schutzenrain 14, Meersburg 88709, Germany, respectively, and the applicant owns in Canada
the whole interest in the invention.

3.  The applicant request priority in respect of the application on the basis of the following
previously regularly filed application:

| Country of filing | Filing Date | Application Number |
|---|---|---|
| U.S.A. | October 31, 2000 | 09/703,154 |

4.  The applicant appoints SMART & BIGGAR, whose complete address in Canada is P.O. Box
2999, Station D, 55 Metcalfe Street, Suite 900, Ottawa, Ontario K1P 5Y6, Tel. (613) 232-2486,
Fax. (613) 232-8440, Canada, as the applicant's representative in Canada, pursuant to section 29
of the Patent Act.

5.  The applicant appoints SMART & BIGGAR, whose complete address is P.O. Box 2999,
Station D, 55 Metcalfe Street, Suite 900, Ottawa, Ontario K1P 5Y6, Tel. (613) 232-2486, Fax.
(613) 232-8440, Canada, as the applicant's patent agent.

6.  The applicant requests that Figure No. 1 of the drawings accompany the abstract when it is
open to public inspection under section 10 of the Patent Act or published.

CA 02352137 2001-07-04



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

7983-8

JANUARY 24, 2001                    PTAS

RHODES & MASON, PLLC
BENJAMIN S. WITHROW
PO BOX 1167
CARY, NC 27512



*101525959A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/31/2000        REEL/FRAME: 011256/0295
                                    NUMBER OF PAGES: 3

BRIEF:  ASSIGNMENT OF ASSIGNOR''S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    RAO, SANJAY                     DOC DATE: 10/31/2000

ASSIGNOR:
    KHANCHANDANI, NIRAJ             DOC DATE: 10/31/2000

ASSIGNOR:
    ERGINCAN, FAHIR O.              DOC DATE: 10/20/2000

ASSIGNEE:
    NORTEL NETWORKS LIMITED
    380 ST. ANTOINE STREET WEST, 8TH
      FLOOR
    WORLD TRADE CENTER OF MONTREAL
    MONTREAL, QUEBEC, CANADA H2Y 3Y4

SERIAL NUMBER: 09703154             FILING DATE: 10/31/2000
PATENT NUMBER:                      ISSUE DATE:

CA 02352137 2001-07-04

011256/0295 PAGE 2

ANTIONE ROYALL, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

TR11115

A

MRD 10:31.00

CA 02352137 2001-07-04

FORM PTO-1595
(Rev. 6-93)
OMB No. 0651-0011 (exp. 4/94)

RECORDATION
PATE

11-24-2000

‖‖‖‖‖‖‖‖‖‖‖‖
101525959

.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

tty. Docket No. 7000-031

To the Commissioner for Patents: Please record the att

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Sanjay Rao<br>Niraj Khanchandani<br>Fahir O. Ergincan | Name: Nortel Networks Limited<br><br>Internal Address: World Trade Center of Montreal<br><br>8th Floor |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | |
| 3. Nature of conveyance: | Street Address: 380 St. Antoine Street West |
| ☒ Assignment          ☐ Merger<br>☐ Security Agreement   ☐ Change of Name<br>☐ Other | City: Montreal   State: Quebec   Zip: H2Y 3Y4<br><br>Country: CANADA |
| Execution Date:   October 31, 2000; October 31, 2000;<br>October 20, 2000 | Additional name(s) & address(es) attached? ☐ Yes ☒ No |

4.   Application number(s) or registration numbers(s):

If this document is being filed together with a new application, the execution date of the application is:   10/31/00;
10/20/00

| A.   Patent Application No.(s) | B.   Patent No.(s) |
|---|---|
| | |

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence<br>concerning document should be mailed: | 6.   Total number of applications and<br>patents involved: .....................................1 |
|---|---|
| Name:  Benjamin S. Withrow<br>RHODES & MASON, P.L.L.C.<br>P.O. Box 1167<br>Cary, NC  27512 | 7.   Total fee (37 CFR 3.41):          $40.00<br>☒ Enclosed<br>☒ Authorized to be charged to deposit account |
| | 8.   Deposit account number:<br><br>18-1164<br>(Attach duplicate of this page if paying by deposit account) |

11/03/2000 JGALTHER 00000007 05700154
04 FC:581                              40.00 OP

DO NOT USE THIS SPACE

9.   Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true*
*copy of the original document.*

| Benjamin S. Withrow | | October 31, 2000 |
|---|---|---|
| Name of Person Signing | Signature | Date |

Total number of pages including cover sheet, attachments, and document:   3

**Mail documents to be recorded with required cover sheet information to:**
**Director of Patents and Trademarks, Box Assignments**
**Washington, D.C.  20231**

A                                                                            TR11115

CA 02352137 2001-07-04

*5/31533*

Docket No. 7000-031

# ASSIGNMENT

**WHEREAS,** the undersigned inventor(s) **Sanjay Rao, Niraj Khanchandani, and Fahir O. Ergincan,** hereinafter called the "Assignor", has invented a new and useful invention entitled:

## BACKHAULING OF CALL SIGNALING FOR MULTIPLE PROTOCOLS

for which reference a full description is here made in an application for Letters Patent of the United States filed herewith.

**WHEREAS, NORTEL NETWORKS LIMITED,** a Canadian company having a principal office and place of business at, World Trade Center of Montreal, 380 St. Antoine Street West, 8th floor, Montrèal, Quebec H2Y 3Y4, Canada hereinafter called the "Assignee", is desirous of acquiring the entire right, title and interest in and to said invention, the application above identified, and in, to and under Letters Patent which may be obtained for said invention, as hereinafter more fully set forth;

**NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN,** be it known that for valuable and legally sufficient consideration, the receipt of which by the Assignor from the Assignee is hereby acknowledged, the Assignor has sold, assigned and transferred, and by these presents does sell, assign and transfer unto the Assignee, its successors and assigns, the entire right, title and interest in and to the invention and the application herein above identified, and all Letters Patents that may issue for the said invention, and all divisions, reissues, substitutions, continuations, and extensions thereof, to have and to hold for the sole and exclusive use and benefit of the Assignee, its successors and assigns to the full end of the term for which any and all of said Letters Patents for the said invention may issue.

**FURTHER,** be it known that the Assignor has sold, assigned and transferred, and by these presents does sell, assign and transfer unto the Assignee, its successors and assigns, the entire foreign rights to the invention disclosed in said application, in all countries of the world, including the right to file applications and obtain patents under the terms of the International Convention for the Protection of Industrial Property, and of the European Patent Convention, and further agrees to execute any and all patent applications, assignments, affidavits, and any other papers in connection therewith necessary to perfect such patent rights.

NNC-NNL11756002 / 6

A

CA 02352137 2001-07-04

Docket No. 7000-031

And the Assignor does hereby covenant and agree, for himself and his legal representatives, that they will assist the Assignee in the prosecution of the application herein identified; in the making and prosecution of any other applications for Letters Patent that the Assignee may elect to make covering the invention herein identified, as hereinbefore set forth, including any application for reissue, application for reexamination, application for foreign patent rights, or any proceeding in the United States Patent and Trademark Office affecting the invention, investing in the Assignee exclusive title in and to all such other applications and Letters Patent; and in the prosecution of any interference which may arise involving said invention, or any application or Letters Patents herein contemplated; that they will promptly execute and deliver to the Assignee any and all additional papers and make all lawful oaths which may be requested by the Assignee to fully carry out the terms of this assignment; and further that they will communicate to Assignee, or to its successors, assigns, and legal representatives, any facts known respecting said invention, and at the expense of the Assignee, testify in any legal proceedings, and generally do everything possible to aid the Assignee, its successors, assigns and nominees to obtain and enforce proper patent protection for said invention in all countries.

And the Commissioner of Patents and Trademarks is hereby authorized and requested to issue all Letters Patent to the Assignee in accordance with the terms of the assignment.

**IN TESTIMONY WHEREOF,** the Assignor has hereunto set his hands on the date indicated below.

Dated: _OCT 31, 2000_

Sanjay Rao
Sanjay Rao

Dated: _Oct 31, 2000_

Niraj Khanchandani

Dated: _Oct 20, 2000_

Fahir O. Ergincan

Page 2

# TAB 10

Folder Contents    02352137

02352137  BACKHAULING OF CALL SIGNALING FOR MULTIPLE PROTOCOLS

| Act | Description | | Received | Filed | File Tab | Pages |
|-----|-------------|---|----------|-------|----------|-------|
| 02352137 7-05 20.35 | COV | | 2006-0 | 2006-07-05 | 2006-07-05 | COV | 001 |
| 02352137 7-05 20.35 | ABS | | 2006-0 | 2006-07-05 | 2006-07-05 | ABS | 001 |
| 02352137 7-05 20.35 | CLM | | 2006-0 | 2006-07-05 | 2006-07-05 | CLM | 010 |
| 02352137 7-05 20.35 | DRW | | 2006-0 | 2006-07-05 | 2006-07-05 | DRW | 005 |
| 02352137 7-05 20.35 | DIS | | 2006-0 | 2006-07-05 | 2006-07-05 | DIS | 014 |
| 02352137 7-05 20.35 | REP | | 2006-0 | 2006-07-05 | 2006-07-05 | REP | 001 |
| 02352137 4-26 18.15 | COV-IP | | 2002-0 | 2002-04-26 | 2002-04-26 | COV-IP | 001 |

---

TECHSOURCE - PATENT ADMINISTRATION          2013/08/20
Patent Application Data Maintenance          14:24:28

P/A No. 2352137_  Current State : Dead          Suspension Status:
        Classification: H04L 29/06      (2006.01)
Agent . . . . : SMART & BIGGAR
Agent File No. . 78983-8_____
Current Owner : NORTEL NETWORKS LIMITED
Small Decl Date. _____  Filing date . . . . . . . 20010704
Other Ld. Open . N  (Y/N)    Laid Open Date . . . . . 20020430
French . . . . . N  (Y/N)    Method of Correspondence . P (E/P)
Canadian . . . . N  (Y/N)    PCT Indicator. . . . . . : N      Chapter:
License/Sale . . N  (Y/N)    Nat. Entry Date . . . . _____
PS Inv. Act . . N  (Y/N)    PCT Appl. No. . . . . . PCT/ __ ____ / _____
Notations . . : N        PCT Publ. No. . . . . . . WO ____ / _____
Old Appl No. . . _____    Withdraw Appl . . . . . _____
Re-exam Req'd . _____  Re-exam Certif . _____ Re-exam Refused . _____

---

TECHSOURCE - REGISTRATION          2013/08/20
Chain of Title List          14:24:33

S Seq  Role      Name              S Date  Reg No  Typ M

TR45616

A *

. 35  Assignee      NORTEL NETWORKS LIMITED      A 20010730 5131533   AS N
. 30  Assignor - Full ERGINCAN, FAHIR O.        I 20010730 5131533   AS N
. 25  Assignor - Full KHANCHANDANI, NIRAJ       I 20010730 5131533   AS N
. 20  Assignor - Full RAO, SANJAY               I 20010730 5131533   AS N

. 15  Inventor      ERGINCAN, FAHIR O.        I 20010704

. 10  Inventor      KHANCHANDANI, NIRAJ       I 20010704
. 5   Inventor      RAO, SANJAY               I 20010704

---

TECHSOURCE - REGISTRATION                2013/08/20
Registration List            14:24:39

Sel Reg. No. C22 Stat Type  Date  Comments                Multiple

. 5131533  N  DO  AS  2001/07/30                    N

NNC-NNL11756003 / 2

# TAB 11

TR45617

A



SMART & BIGGAR

*Intellectual Pr*

P.O. Bo
55 Metcal   CIPO   OPIC
Ottawa, C

2003/06/25
177 - 03
C000054210

662304

June 25, 2003

**The Commissioner of Patents**
Ottawa-Hull, Canada

Dear Sir:

We enclose the necessary papers in connection with the undernoted application, together with a remittance to cover the filing fees.

     Petition Enclosed:   **Yes**

**Included is the payment of the Maintenance Fee:**   No
**Examination Requested under Section 35(1) of the Patent Act:**  No
**Assignment(s) enclosed:**   Yes
**Please note that BRAGG, Nigel L. and BRAGG, Nigel is one and the same individual and the correct form is as shown on the Request for Entry Form.**

File No.     **77550-225**

Application by     **NORTEL NETWORKS LIMITED**
               **(FISHER, Douglas et al)**

Filing Fee     **$300.00**

Title Document Fee   **100.00**

Examination Fee

Maintenance Fee

Late Filing Fee

**TOTAL Fees**     **$400.00**

The above fees should be charged to our firm's deposit account number 6098.

The applicant hereby appoints **SMART & BIGGAR**, of Suite 900, 55 Metcalfe Street, Ottawa, Ontario, K1P 6L5, Tel. (613) 232-2486, Fax (613) 232-8440, whose full post office address for mailing purposes is P.O. Box 2999, Station D, Ottawa, Ontario, K1P 5Y6, Canada, as

(a)     its representative in Canada pursuant to Section 29 of the Patent Act; and

(b)     its patent agent.

Yours truly,

SMART & BIGGAR

jdj

NNC-NNL11756004 / 1

A                                                                                      TR45617



FORM 3 CANADA                                          2003/06/25
                                                      177 - 03            77550-225
                                                      C000054211
                 CIPO      OPIC

1.  The applicant, **NORTEL NETWORKS LIMITED**, whose complete address is **2351 Boulevard Alfred-Nobel, St. Laurent, Quebec H4S 2A9, Canada**, requests the grant of a patent for an invention, entitled **CONCATENATED TRANSMISSION OF SYNCHRONOUS DATA**, which is described and claimed in the accompanying specification.

2.  The inventors are **FISHER, Douglas; BRAGG, Nigel L.; FRISKNEY, Robert and BAKER, Nigel**, whose complete addresses are **18 Weir Pool Crt, Silk Lane, Twyford, Reading, Berkshire, RG10 9GY, United Kingdom; Homewards Chapel Road, Weston Colville, Cambridgeshire, CB1 5NX, United Kingdom; 78 Albert Gardens, Harlow, Essex CM17 9QG United Kingdome, 30 Ashworth Place, Harlow, Essex CM17 9PU, United Kingdom**, respectively, and the applicant owns in Canada the whole interest in the invention.

3.  The applicant requests priority in respect of the application on the basis of the following previously regularly filed application:

| Country of filing | Filing Date | Application Number |
|---|---|---|
| U.S.A. | **June 27, 2002** | **10/185,135** |

4.  The applicant appoints **SMART & BIGGAR**, whose complete address in Canada is P.O. Box 2999, Station D, 55 Metcalfe Street, Suite 900, Ottawa, Ontario K1P 5Y6, Tel. (613) 232-2486, Fax. (613) 232-8440, Canada, as the applicant's representative in Canada, pursuant to section 29 of the Patent Act.

5.  The applicant appoints **SMART & BIGGAR**, whose complete address is P.O. Box 2999, Station D, 55 Metcalfe Street, Suite 900, Ottawa, Ontario K1P 5Y6, Tel. (613) 232-2486, Fax. (613) 232-8440, Canada, as the applicant's patent agent.

6.  The applicant requests that Figure No. **1** of the drawings accompany the abstract when it is open to public inspection under section 10 of the *Patent Act* or published.

A



*476-2130*

UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

OCTOBER 31, 2002                    PTAS

LEE MANN SMITH MCWILLIAMS SWEENEY &
OHLSON - WILLIAM M. LEE, JR.
P.O. BOX 2786
CHICAGO, IL 60690-2786

Under Secretary of Commerce For Intellectual Property and
Director of the United States Patent and Trademark Office
Washington, DC 20231
www.uspto.gov



*102202567A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 08/22/2002          REEL/FRAME: 013212/0809
                                      NUMBER OF PAGES: 3

BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:                             DOC DATE: 07/11/2002
   BRAGG, NIGEL

ASSIGNOR:                             DOC DATE: 07/12/2002
   FRISKNEY, ROBERT

ASSIGNOR:                             DOC DATE: 07/12/2002
   BAKER, NIGEL

ASSIGNEE:
   NORTEL NETWORKS LIMITED
   2351 BOULEVARD ALFRED-NOBEL
   ST. LAURENT, QUEBEC, CANADA H4S 2A9

SERIAL NUMBER: 10185135               FILING DATE: 06/27/2002
PATENT NUMBER:                        ISSUE DATE:

RECEIVED

LEE MANN SMITH
McWILLIAMS, SWEENEY & OHLSON

A                                                                                              TR45617

4/6-2133                                          5232890



**UNITED STATES**
**PATENT AND**
★★★★ **TRADEMARK OFFICE**

NOVEMBER 01, 2002                    PTAS
LEE, MANN, SMITH, MCWILLIAMS ET AL
WILLIAM M. LEE, JR.
P.O. BOX 2786
CHICAGO, IL 60690-2786

Under Secretary of Commerce For Intellectual Property and
Director of the United States Patent and Trademark Office
Washington, DC 20231
www.uspto.gov



*102202596A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 08/22/2002          REEL/FRAME: 013212/0870
                                      NUMBER OF PAGES: 3

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
   FISHER, DOUGLAS                    DOC DATE: 07/25/2002

ASSIGNEE:
   NORTEL NETWORKS LIMITED
   2351 BOULEVARD ALFRED-NOBEL
   ST. LAURENT, QUEBEC, CANADA H4S 2A9

                                      FILING DATE: 06/27/2002
SERIAL NUMBER: 10185135               ISSUE DATE:
PATENT NUMBER:

MARY BENTON, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

RECEIVED
NOV -8
LEE, MANN, SMITH,
McWILLIAMS, SWEENEY & OHLSON

NNC-NNL11756004 / 4

A

FILE NO. 14636ID Fisher

PATENT APPLICATION
ASSIGNMENT

**FOR VALUABLE CONSIDERATION,** the receipt of which is hereby acknowledged, I (we) the undersigned, whose full post office address(es) is(are) listed below my (our) name(s), do hereby sell, assign and transfer to:

**NORTEL NETWORKS LIMITED**

(hereinafter "Nortel"), its successors, assigns and legal representatives, whose full post office address is:

> 2351 Boulevard Alfred-Nobel
> St. Laurent, Quebec
> Canada, H4S 2A9

all their right, title, and interest worldwide in and to the invention relating to

**CONCATENATED TRANSMISSION OF SYNCHRONOUS DATA**

as described in an application for letters patent filed concurrently herewith or filed in (insert country) on and given serial number (insert serial number), as well as all rights and privileges including priority rights arising from the aforesaid application and corresponding applications in other countries, all continuations, continuations-in-part, divisions, renewals, substitutes or reissues thereof, and all the rights and privileges under any and all letters patent that may be granted for said invention.

I (We) undertake without charges to Nortel but at its request and expense to execute all documents, take all oaths and do all reasonable acts to enable Nortel, its successors assigns and legal representatives to procure and maintain patent or any other intellectual property protection for said invention in any and all countries and to vest title thereto to Nortel, its successors assigns and legal representatives.

THE UNDERSIGNED hereby authorizes Nortel's Intellectual Property Law Group to correct clerical errors in this Assignment or to insert any further identification or other information necessary or desirable to make this Assignment suitable for recordal in a domestic or foreign Patent Office.

x _____
Douglas FISHER
18 Weir Pool Crt, Silk Lane
Twyford, Reading
Berkshire, RG10 9GY
United Kingdom

x 25 JULY 2002
Date:

x _____
Witness Signature

x RODNEY. S. CARROLL
Witness Name (Print)

A

2

*Nigel L Bragg* (signature)

Nigel BRAGG
Homewards Chapel Road
Weston Colville
Cambridgeshire, CB1 5NX
United Kingdom

_____ (Witness Signature)
Witness Signature

11 – July – 2002
Date:

SARAH ANDERSON
Witness Name (Print)

_____ (signature)
Robert FRISKNEY
78 Albert Gardens
Harlow, Essex
CM17 9QG
United Kingdom

_____ (Witness Signature)
Witness Signature

12/7/2002
Date:

SARAH ANDERSON
Witness Name (Print)

_____ (signature)
Nigel BAKER
30 Ashworth Place
Harlow, Essex
CM17 9PU
United Kingdom

_____ (Witness Signature)
Witness Signature

12/7/2002.
Date:

SARAH ANDERSON
Witness Name (Print)

# TAB 12

A *                                                                    TR45618

Folder Contents    02433255

02433255  CONCATENATED TRANSMISSION OF SYNCHRONOUS DATA

Act Description              Received  Filed    File Tab  Pages

   02433255      COV    2008-0 2008-06-29 2008-06-29 COV      001
6-29 20.35
   02433255      ABS    2008-0 2008-06-29 2008-06-29 ABS      001
6-29 20.35
   02433255      CLM    2008-0 2008-06-29 2008-06-29 CLM      003
6-29 20.35
   02433255      DRW    2008-0 2008-06-29 2008-06-29 DRW      003
6-29 20.35
   02433255      DIS    2008-0 2008-06-29 2008-06-29 DIS      010
6-29 20.35
   02433255      COV-IP  2003-1 2003-12-01 2003-12-01 COV-IP   001
2-01 10.24
   02433255      CORR    2003-0 2003-09-08 2003-09-18 CORR     002
9-08 12:56

---

TECHSOURCE - PATENT ADMINISTRATION        2013/08/20
Patent Application Data Maintenance          13:23:42

P/A No. 2433255_  Current State : Dead      Suspension Status:
       Classification:
Agent . . . . : SMART & BIGGAR
Agent File No. . 77550-225_____
Current Owner : NORTEL NETWORKS LIMITED
Small Decl date. _____    Filing date . . . . . . . 20030625
Other Ld. Open . N (Y/N)    Laid Open Date . . . . . . 20031227
French . . . . . N (Y/N)    Method of Correspondence . P (E/P)
Canadian . . . . N (Y/N)    PCT Indicator. . . . . . : N    Chapter:
License/Sale . . N (Y/N)    Nat. Entry Date . . . . _____
PS Inv. Act . . N (Y/N)    PCT Appl. No. . . . . . . PCT/__ ____ / _____
Notations . . : N      PCT Publ. No. . . . . . . WO ____ / _____
Old Appl No. . . _____    Withdraw Appl . . . . . . _____
Re-exam Req'd . _____    Re-exam Certif . _____  Re-exam Refused . _____

---

TECHSOURCE - REGISTRATION          2013/08/20
Chain of Title List          13:23:49

S Seq  Role      Name          S Date   Reg No  Typ M

. 45  Assignee          NORTEL NETWORKS LIMITED       A 20030731 5232890   AS N
. 40  Assignor - Full BRAGG, NIGEL L.            I 20030731 5232890   AS N
. 35  Assignor - Full FISHER, DOUGLAS            I 20030731 5232890   AS N
. 30  Assignor - Full BAKER, NIGEL               I 20030731 5232890   AS N
. 25  Assignor - Full FRISKNEY, ROBERT            I 20030731 5232890   AS N


. 20  Inventor        BAKER, NIGEL            I 20030625
. 15  Inventor        FRISKNEY, ROBERT         I 20030625
. 10  Inventor        BRAGG, NIGEL L.          I 20030625
. 5   Inventor        FISHER, DOUGLAS          I 20030625

———

              TECHSOURCE - REGISTRATION           2013/08/20
              Registration List          13:23:57

  Sel Reg. No. C22 Stat Type   Date  Comments              Multiple

. 5232890  N   DO  AS  2003/07/31                  N

NNC-NNL11756005 / 2

# TAB 13

A

TR40236

 **United States Patent and Trademark Office**
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title
***NOTE: Results display only for issued patents and published applications.***
***For pending or abandoned applications please consult USPTO staff.***

**Total Assignments: 4**

| | | | |
|---|---|---|---|
| Patent #: 6125341 | Issue Dt: 09/26/2000 | Application #: 08994450 | Filing Dt: 12/19/1997 |

Inventors: HENRY F. RAUD, PAUL M. BRENNAN

Title: SPEECH RECOGNITION SYSTEM AND METHOD

**Assignment: 1**

Reel/Frame: 008939/0195     Recorded: 12/19/1997     Pages: 2

Conveyance: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors: RAUD, HENRY F.     Exec Dt: 12/17/1997
BRENNAN, PAUL M.     Exec Dt: 12/17/1997

Assignee: NORTHERN TELECOM LIMITED
P.O. BOX 6123, STATION A
MONTREAL, QUEBEC, CANADA H3C 3

Correspondent: DOWELL & DOWELL
RALPH A. DOWELL
2001 JEFFERSON DAVIS HWY., STE. 705
ARLINGTON, VA 22202

**Assignment: 2**

Reel/Frame: 010567/0001     Recorded: 12/23/1999     Pages: 62

Conveyance: CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignor: NORTHERN TELECOM LIMITED     Exec Dt: 04/29/1999

Assignee: NORTEL NETWORKS CORPORATION
WORLD TRADE CENTER OF MONTREAL, 380 ST. ANTOINE STREET WEST, 8TH FLOOR
MONTREAL, QUEBEC, CANADA H2Y 3

Correspondent: NORTEL NETWORKS, INC.
W. GLEN JOHNSON
P.O. BOX 832130
RICHARDSON, TX 75083-2130

**Assignment: 3**

Reel/Frame: 011195/0706     Recorded: 08/30/2000     Pages: 251

Conveyance: CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignor: NORTEL NETWORKS CORPORATION     Exec Dt: 08/30/2000

Assignee: NORTEL NETWORKS LIMITED
WORLD TRADE CENTER OF MONTREAL
380 ST. ANTOINE STREET WEST, 8TH FLOOR
MONTREAL, QUEBEC, CANADA H2Y 3

Correspondent: NORTEL NETWORKS LIMITED
W. GLEN JOHNSON
2100 LAKESIDE BLVD.
M/S 468/05/B10, IP LAW GROUP
RICHARDSON, TX 75082-4399

**Assignment: 4**

Reel/Frame: 027164/0356     Recorded: 10/28/2011     Pages: 269

CCC0085993

A

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** NORTEL NETWORKS LIMITED                          **Exec Dt:** 07/29/2011

**Assignee:** ROCKSTAR BIDCO, LP
C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

**Correspondent:** PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

Search Results as of: 08/29/2013 09:22 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

¦ .HOME ¦ INDEX¦ SEARCH ¦ eBUSINESS ¦ CONTACT US ¦ PRIVACY STATEMENT

CCC0085994

# TAB 14

A

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Patent Query

## Patent Assignment Abstract of Title

***NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.***

### Total Assignments: 3
**Patent #:** 6438555  **Issue Dt:** 08/20/2002  **Application #:** 09431994  **Filing Dt:** 11/02/1999
**Inventor:** SCOTT L. ORTON
**Title:** METHOD AND APPARATUS FOR ACCESSING AN ORDERED ARRAY STRUCTURE

### Assignment: 1
**Reel/Frame:** 010367/0643  **Recorded:** 11/02/1999  **Pages:** 3
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** ORTON, SCOTT L.  **Exec Dt:** 10/29/1999
**Assignee:** NORTEL NETWORKS CORPORATION
WORLD TRADE CENTER OF MONTREAL 380 ST. ANTOINE STREET WEST 8TH FLOOR
MONTREAL, QUEBEC H2Y 3Y4, CANADA
**Correspondent:** NORTEL NETWORKS CORPORATION
VERNON E. WILLIAMS
INTELLECTUAL PROPERTY LAW
2100 LAKESIDE BLVD., M/S 468/05/B10
RICHARDSON, TEXAS 75082

### Assignment: 2
**Reel/Frame:** 011195/0706  **Recorded:** 08/30/2000  **Pages:** 251
**Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
**Assignor:** NORTEL NETWORKS CORPORATION  **Exec Dt:** 08/30/2000
**Assignee:** NORTEL NETWORKS LIMITED
WORLD TRADE CENTER OF MONTREAL
380 ST. ANTOINE STREET WEST, 8TH FLOOR
MONTREAL, QUEBEC, CANADA H2Y 3
**Correspondent:** NORTEL NETWORKS LIMITED
W. GLEN JOHNSON
2100 LAKESIDE BLVD.
M/S 468/05/B10, IP LAW GROUP
RICHARDSON, TX 75082-4399

### Assignment: 3
**Reel/Frame:** 027164/0356  **Recorded:** 10/28/2011  **Pages:** 269
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** NORTEL NETWORKS LIMITED  **Exec Dt:** 07/29/2011
**Assignee:** ROCKSTAR BIDCO, LP
C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
**Correspondent:** PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

Search Results as of: 08/29/2013 10:28 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

CCC0087671

# TAB 15

A

TR40238

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 3**

**Patent #:** 6530032    **Issue Dt:** 03/04/2003    **Application #:** 09401919    **Filing Dt:** 09/23/1999

**Inventors:** STEPHEN D. SHEW, KENNETH G. HAYWARD

**Title:** NETWORK FAULT RECOVERY METHOD AND APPARATUS

**Assignment: 1**

**Reel/Frame:** 010275/0986    **Recorded:** 09/23/1999    **Pages:** 2

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:** SHEW, STEPHEN D.    **Exec Dt:** 09/20/1999

HAYWARD, KENNETH G.    **Exec Dt:** 09/21/1999

**Assignee:** NORTEL NETWORKS CORPORATION
8TH FLOOR
380 ST. ANTOINE ST. WEST
MONTREAL, QUEBEC, CANADA H2Y 3

**Correspondent:** NORTEL NETWORKS CORPORATION
DALLAS F. SMITH
PO BOX 3511
STATION C
OTTAWA, ONTARIO, CAX K1Y 4H7

**Assignment: 2**

**Reel/Frame:** 011195/0706    **Recorded:** 08/30/2000    **Pages:** 251

**Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

**Assignor:** NORTEL NETWORKS CORPORATION    **Exec Dt:** 08/30/2000

**Assignee:** NORTEL NETWORKS LIMITED
WORLD TRADE CENTER OF MONTREAL
380 ST. ANTOINE STREET WEST, 8TH FLOOR
MONTREAL, QUEBEC, CANADA H2Y 3

**Correspondent:** NORTEL NETWORKS LIMITED
W. GLEN JOHNSON
2100 LAKESIDE BLVD.
M/S 468/05/B10, IP LAW GROUP
RICHARDSON, TX 75082-4399

**Assignment: 3**

**Reel/Frame:** 027164/0356    **Recorded:** 10/28/2011    **Pages:** 269

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** NORTEL NETWORKS LIMITED    **Exec Dt:** 07/29/2011

**Assignee:** ROCKSTAR BIDCO, LP
C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

**Correspondent:** PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

Search Results as of: 08/30/2013 04:56 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

CCC0088115

# TAB 16

A

 

**United States Patent and Trademark Office**
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 3**
Patent #: 6640334          Issue Dt: 10/28/2003        Application #: 09405095          Filing Dt: 09/27/1999
Inventor: JOHN H. RASMUSSEN
Title: METHOD AND APPARATUS OF REMOTELY UPDATING FIRMWARE OF A COMMUNICATION DEVICE

**Assignment: 1**
Reel/Frame: 010393/0129          Recorded: 09/27/1999          Pages: 2
Conveyance: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
Assignor: RASMUSSEN, JOHN H.          Exec Dt: 09/23/1999
Assignee: NORTEL NETWORKS CORPORATION
WORLD TRADE CENTER OF MONTREAL, 8TH FLOOR
380 ST. ANTOINE STREET WEST
MONTREAL, QUEBEC, CANADA H2Y 3
Correspondent: SWABEY OGILVY RENAULT
KENT DANIELS
1981 MCGILL COLLEGE AVENUE
SUITE 1600
MONTREAL, QUEBEC, CANADA H3A 2Y3

**Assignment: 2**
Reel/Frame: 011195/0706          Recorded: 08/30/2000          Pages: 251
Conveyance: CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
Assignor: NORTEL NETWORKS CORPORATION          Exec Dt: 08/30/2000
Assignee: NORTEL NETWORKS LIMITED
WORLD TRADE CENTER OF MONTREAL
380 ST. ANTOINE STREET WEST, 8TH FLOOR
MONTREAL, QUEBEC, CANADA H2Y 3
Correspondent: NORTEL NETWORKS LIMITED
W. GLEN JOHNSON
2100 LAKESIDE BLVD.
M/S 468/05/B10, IP LAW GROUP
RICHARDSON, TX 75082-4399

**Assignment: 3**
Reel/Frame: 027164/0356          Recorded: 10/28/2011          Pages: 269
Conveyance: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
Assignor: NORTEL NETWORKS LIMITED          Exec Dt: 07/29/2011
Assignee: ROCKSTAR BIDCO, LP
C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
Correspondent: PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

Search Results as of: 08/29/2013 09:44 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

# TAB 17

# NON-PRINTABLE EXCEL FILE

# TR40197 / CCC0067164

# TAB 18

# NON-PRINTABLE EXCEL FILE

# TR47338 / NNI_00770079

# TAB 19

# NON-PRINTABLE EXCEL FILE

# TR50594 / US_EMEA_Canada_PRIV_00011987

# TAB 20



*IP LAW GROUP GUIDEBOOK*

### IP LAW GROUP DOCKET NUMBERING SYSTEM
### AS OF 1/1/1999

- Each individual application filed should have its own unique identifier (docket number). The unique docket number must be used with both internal and external correspondence. The unique docket number will indicate exactly which case a particular piece of correspondence belongs with.

- The use of a unique identifier will also be particularly helpful for sites using side-level file shelving (as opposed to top access drawers for files). If more than one application is filed in a particular family, using the unique docket number on the side-tab files will display exactly which family, country, and filing type an individual application is. Under the current docket number system, each file would have to be pulled from the shelf in order to view the country/file type information, as opposed to an immediate visual identifier without having to actually maneuver the folders.

**The following outlines the changes to the disclosure/docket numbering system.**

Current procedure in all offices stipulates that Invention Disclosure Submissions are assigned a 6 character disclosure number comprised of a 2-letter prefix code based on the location of the lead inventor followed by a 4-digit number indicating the sequential disclosure number opened for the relevant location code. Under the present system, one is not able to determine whether a case is a continuation, or in what country a particular application was filed.

Effective immediately, we will be using a new twelve-character disclosure numbering system that preserves and expands upon the existing system. For example, **10001 RO US 02 V** is broken down as follows:

| **10001** | **RO** | **US** | 02 | V |
|---|---|---|---|---|
| A unique numeric sequence for disclosures received (regardless of inventor location) | 1st inventor's location code (new list of location codes attached as Attachment 1) | Two-letter WIPO country code indicating where case is filed (WIPO code list attached as Attachment 2) | Numeric indicator based on case number, i.e. 2nd application filed in the US for this family | Application type identification code, i.e. V= divisional application (list of type codes attached as Attachment 3) |

The differences between the current system and the new system are:

*Company Proprietary and Confidential Information*
                                        { DATE \@ "MM/dd/yy" }

A   TR45744

# NORTEL NETWORKS'

*IP LAW GROUP GUIDEBOOK*

1. Order reversal of location code and numeric sequence;
2. 5-digit numeric sequence rather than a 6 digits;
3. Order reversal of case type code and case number;
4. 2-digit case number instead of 1 digit;
5. Case number in family sequence, as opposed to being specific to case type;
6. Entry of entire docket number in database rather than numeric sequence and location code only.

Should you have any comments or questions, please do not hesitate to contact your site Docketing Representative.

{ FILENAME \p }

*Company Proprietary and Confidential Information*
*{ DATE \@ "MM/dd/yy" }*

# TAB 21



## IP LAW GROUP GUIDEBOOK

| IP LAW GROUP DOCKETING LOCATION CODES | | |
|---|---|---|
| **New Location Code** | **Areas Included** | **Previous Code(s)** |
| AB | Belleville, Brockville, Kingston, London (including BROCK, BVW, CONS, LONS, NEW) | AB, AL, BR, CK |
| AL | Alteon | None |
| AN | Ohio, West Virginia, Kentucky, Tennessee (including 27ST, ACD, DBAR, JEFF, MEDIN, MPLEX, NA, NASHA, NASHC, NASHF, NPTO, NRDC, WMAIN) | AN |
| AR | Arkansas, Louisiana, Mississippi (including CSWY, FINC, MKEE, ROGER) | None |
| AS | Architel Systems Corporation | None |
| AT | Austria (including AVIEN, NKVIE, WIEN) | |
| AU | Australia (including CHATS, MELB, SSOUT, WOLL) | None |
| BA | Billerica - BA | None |
| BE | Belgium (including BELG) | |
| BG | Bulgaria (including GRUEV) | |
| BO | Boston (Bay Networks, Aptis) | |
| BR | Brazil (including ACC, AESA, BCDE, BLOC, BTRC, CMPS, LAURA, PALAD, PROM, RIO, UNID, WNB) | none |
| CH | Switzerland (including TERRA, ZURAG) | |
| CK | Coretek | None |
| CL | Chile (including SAN, TEJA) | |
| CN | China (including ASRB, CLUB, CPZ (Hong Kong), DPING, FAN, GITIC, GNGZO, HNGPU, HQPRN (Hong Kong), NANS, REN, SHANG, SHEK, SHUND, SNSC, SUNP, TGN, TIAO, XIAN, YONG) | CH |
| CO | Colombia (including BGOTA, CALI, CERA, TWEN2) | |
| CZ | Czech Republic (including MATJ) | None |
| DE | Germany (including AZEN, EISEN, FRIED, HAHN, HBURG, IMEN, INGOL, MNHM, STGT, STRAD, STRAS, WRS) | |
| DK | Denmark (including VEST) | |
| DM | Michigan, Minnesota (including COMW, DPARK, W12M, YKD) | DM, DA, RA |
| DN | New Jersey (including FELL, GTREE, HALSY, HILT, HILT2, HSACK, IWAY, JCWAY, MOOR, MTNJ, PARS, SIPP, SYLV) | DN |
| EP | Epicon Inc. | None |
| ES | Spain (including CAST, STALO) | |
| FI | Finland (including HSEAS) | |
| FR | France (including ADC, BOIS, CDUN, CEZ, EO, GOLF, JJU, LAGNY, MLV, QPD, SARIN) | None |
| ID | Ireland, Great Britain (including ALBH, ATR, CARM, CBC, CLOUD, CS1, CS3, CWM02, DUB, GAL, GRANE, HAL02, HAL03, HAL04, HAL05, HAL06, IRE07, LON01, LON02, LON40, MAIFP, MDN03, MDN05, MOP, NPT01, PAI01, PARKS, SPARK, WAK03, WSIDE) | ID, IS, RU |
| GR | Greece (including KIFS) | |
| HQ | Burnaby, Dartmouth, Edmonton, Halifax, Regina, Richmond, St. John's (Newfoundland), St. John's (New Brunswick), Stoney Creek, Vancouver (including ASH, BAXT, CREST, DART, EDM, FSVN, GRNWD, HALF, NFLD, REG3, SSR, STJ) & Waterloo, Ontario | HQ |
| HU (may conflict with HU- Hungary from WIPO codes if we ever have an office in that country) | Northeast, Aptis folks in Massachusetts (including AMH, CROM, DWARE, EASTA, EAVE, FARM, FIRST, FREN, GARD, GLASO, HIGHS, HOPKI, HUMB, LEWIS, LIZD, MAE, NBS, NHBED, NWYK, NY, NYWS, OBTP, OLIV, PERRY, PITT, POTTS, PROVH, REGEN, RIVER, SALNA, SDEAN, STAM, STSTR, THIRD, VALH, WALT, WARW, WHARF, WILM, WMS, WPD); & Washington State | HU, TC |

*Company Proprietary and Confidential Information*

*Updated 23 November 2005*

# NØRTEL NETWORKS

## IP LAW GROUP GUIDEBOOK

| ID | Indonesia (including JPK) | |
|----|---|---|
| II | Indiana, Illinois, Iowa, Missouri, Wisconsin (including CSD, CSWAY, EMAIN, GEYER, MNROE, MPD, NAL, SCH, SGR, SLMO, SPL, STLO, SWACK, URBAN, WAPPL, WYE) | None |
| IK | Inkra Networks, Inc. | None |
| IL | Israel (including GLILW, MODE) | |
| IN | India (including CUNN, KULUP, MYRA, QUTAB, SBNG | None |
| IT | Italy (including BENC, CLM, FIES, IVREA, ITG, MLN01, MONTI, NAVLE, ROME) | |
| JD | JDS Uniphase Corporation | None |
| JP | Japan (including AZABU, KANKU, KASAI, KITKU, KUMA, MATS, MIYKU, NAKU, OAKTY, SHIB, SHKU, SHEKU, SURUG) | RJ |
| KR | Republic of Korea (including HANIL, HKB) | |
| LK | Sri Lanka (including BUDD, MILUM) | None |
| MD | Maryland ((including ASPEN, CALV, GFORD, LINT, MARY, PWD, SEV, TRIB, MDGAI) | |
| MM | MICOM (Simi Valley, CA) (includes LAVE); BBattleground, NE; Petaluma, CA (including JOLMA MCDOW) | |
| MX | Mexico (including APDCA, INSG, MARI, MEXDF, OMG, URBIN) | |
| NL | Netherlands (including HOOF) | |
| NO | Norway (including OSLO) | |
| NM | Albuquerque (including ALBQ) | |
| NL | Netherlands (including HOOF) | |
| NO | Norway (including OSLO) | |
| no WIPO code? | Algeria (including ALG01) Argentina (including CORRS, MAIPU, PARA) Costa Rica (including TRAV) Ecuador (including KENN) Egypt (including THAW) Guam (including PRH) Malaysia (including KEDAH, PENG, PETAL, PNGII) Morocco (including NAJIB) Philippines (including PDR, SBANK, TPAN) Peru (including ISDRO, LROB) Saudi Arabia (including BTC, JEDD) Taiwan (including MIC, TAIWN)Thailand (including BGKOK, TEPKA) Tunisia (including TUNIS) Venezuela (including CCL, ROSAL) | |
| NV | Virginia, Washington, DC  (including CHES, KING, PGON, RLYN, TOMLN, TYCO, TYSN, WPAO) | None |
| NZ | New Zealand (including KITCH) | |
| PL | Poland (including KRUP, WAR) | |
| PR | Puerto Rico (including BBV, TBAJA) | None |
| PT | Portugal (including CAMPO) | |
| PW | Florida, Alabama, South Carolina (including CDRVE, CHPS, COLB, CORD, EXEC, FIVE8, FZONE, MIA1, NFRAN, SAW, TAMP) | |
| QT | Qtera | None |
| RG | Atlanta, Georgia (including ATP, COURT, LFDR, MEMRL, PACES, PCH, PLSNT, WWP, WWP1, WWP2, WWP3) | RG, TA |
| RM | Quebec, Dorval, Montreal, Nuns Island, Lachine,  Laurentian, St. Laurent, Lucern,  Elgin, Aylmer (including BAN, CCM, ISABY, LACH, LACH2, LAUR, LEBOR, MPTO, MTL, QUE, STL) | RM, CL, SM, PL, TM, TL |
| RN | RTP, Raleigh (including AIRPT, ALST, CDC, CDCWH, CMB, CRE, GEER, GWRTP, MB, MDN, MDN27, METC, NC1, NC2, NC3, NCRTP, NCWIN, PERIM, PERPK, PGC, PLAZA, PLZD, PPARK, PPBCS, PPDMS, PPDR, RTEC, SYC, YRK | RN, SN |
| RO | Almonte, Ottawa, Carling, Colonnade, Corkstown, Kanata,  Nepean, Skyline (including ALBT, BCNR, BELL, CAR, CEXP, CRK, EMR, FITZ, FITZ2, FITZ3, FTMS, GTWY, KAN, LEGET, NEP, NORSE, NTPAT, POFS, QUAL, SKPK, SKY, WDLN, WDLN2) | RO, MO, FK |
| RR | Richardson (includes ARA, ARAP, CC, DAMKT, GCF, GROVE, GRWAY, LAKE, NCEX, NGA, NGB, NGD, PAVE, RICH1, RICH2, RICH3, RICH4, RICH5, RICH6, SHER, SHER5, SHER8, SHER9) | |
| RU | Russia (including DUCAT, LENIN) | RS |
| RX | Aurora, Austin, Bellevue, Bisbee, Cordella, Dallas, Denver, Englewood, Fullerton, Hawaii, Houston, Irvine, Irving, Las Vegas, Littleton, Omaha, Overland Park, Pasadena, Phoenix, Portland, Riverside, Sacramento, San Antonio, San Francisco, Sparks, Tulsa, Tustin, Walnut Creek, Westlake Village, (including BARRA, BISBE, CAMP, CARAN, COLG, CSTRT, CVENT, DECK, DOW, DUPON, E45, EGREE, HAMP, HLULU, HOUS, HOWE, IRV, IRVG, IRVTX, JGALT, JGB, KNS, LASV, LATHN, LBELL, MIDWD, MOST, MUIR, NDP, NLA, NWOOD, OYST, PHNIX, PORT, PST, SAC, SCOTT, SPP, SPR, SQBC, SULS, TREAT, | RX |

*Company Proprietary and Confidential Information*

*Updated 23 November 2005*

# N**O**RTEL
## NETWORKS

*IP LAW GROUP GUIDEBOOK*

| | | |
|---|---|---|
| | WALLS) | |
| SC | Calgary (including ATA, ATB, ATC, ENC, ENR, TFIVE, TRL, TTSNE, WBW, WDC, WDP, WNS, WNW, WRW) | SC, RC |
| SE | Sweden (including STOCK) | |
| SG | Singapore (including NBR, SING, TLP) | |
| SK | Slovakia (including RBN) | |
| SS | Santa Clara, Mountain View, Palo Alto, Mission Park, Cypress, Palo Alto (includes AGNEW, CORAV, CYPRS, GAP, HOLD, MCAND, MPK, SC1, SC2, SC3, SC4, SC5, SC6, SC7, SC8, SC9, SC10, SC11, THOMS) Burbank, Chino, Foster City, Hayward, La Palma, Long Beach, Redwood Shores, San Diego, San Ramon (including ATI, BURB, CAMON, CENT, CHESS, CONV, CRAM, HAY1, OBER, PLAC, RB, SEA, WESTV, WINNA, VINT) | |
| ST | Toronto, Barrie, Brampton, Kway, Markham, Islington,  Milton, Weston, Oakville, Mississauga, Willowdale, Woodbridge, North York (including BETH, BRAM, BRED, BRW2, GOUGH, ISL, KWAY, MILT, NORY, OAK, OREN, PIA, PSSC, RRR, SHEP, SNOW, TCF, TOR, WSSD, WYN) | RT, ST, TC |
| TR | Turkey (including NTTR) | TR |
| TW | Winnipeg (including BNI, WINS, WIS) | TW |
| UE | United Arab Emirates (including ABUD) | None |
| VN | Vietnam (including HCM, QUANG) | |
| XR | XROS | None |
| RX | Aurora, Austin, Bellevue, Bisbee, Cordella, Dallas, Denver, Englewood, Fullerton, Hawaii, Houston, Irvine, Irving, Las Vegas, Littleton, Omaha, Overland Park, Pasadena, Phoenix, Portland, Riverside, Sacramento, San Antonio, San Francisco, Sparks, Tulsa, Tustin, Walnut Creek, Westlake Village, (including BARRA, BISBE, CAMP, CARAN, COLG, CSTRT, CVENT, DECK, DOW, DUPON, E45, EGREE, HAMP, HLULU, HOUS, HOWE, IRV, IRVG, IRVTX, JGALT, JGB, KNS, LASV, LATHN, LBELL, MIDWD, MOST, MUIR, NDP, NLA, NWOOD, OYST, PHNIX, PORT, PST, SAC, SCOTT, SPP, SPR, SQBC, SULS, TREAT, WALLS) | |
| ZA | South Africa (including JBG, OAKAV, OMAN) | ZA |

*Company Proprietary and Confidential Information*

*Updated 23 November 2005*

A



*IP LAW GROUP GUIDEBOOK*

{ FILENAME \p }

*Company Proprietary and Confidential Information*

*Updated 23 November 2005*

**CONFIDENTIAL**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-35, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS
CORPORATION, et. al.

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS
AMENDED

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE

Proceeding commenced at TORONTO

**AFFIDAVIT OF ANGELA de WILTON**
(sworn April 11, 2014)

**KOSKIE MINSKY LLP**
Mark Zigler / Susan Philpott / Ari Kaplan
mzigler@kmlaw.ca
Lawyers for the Canadian Former Employees and Disabled
Employees through their court appointed Representative

**McCARTHY TÉTRAULT LLP**
R. Paul Steep / James D. Gage / Barbara J. Boake
psteep@mccarthy.ca
Lawyers for Morneau Shepell Ltd., as administrator of the
Nortel Canada registered pension plans

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
Ken Rosenberg / Lily Harmer / Massimo Starnino
ken.rosenberg@paliareroland.com
Lawyers for the Superintendent of Financial Services as
Administrator of the Pension Benefits Guarantee Fund

**UNIFOR LEGAL DEPT.**
Barry Wadsworth
barry.wadsworth@unifor.org
Lawyers for the Canadian Autoworkers Union

**SHIBLEY          RIGHTON          LLP**
**NELLIGAN          O'BRIEN          PAYNE          LLP**
Arthur    O.    Jacques    /    Thomas    McKae    /    Steve    Levitt
arthur.jacques@shibleyrighton.com
Lawyers    for    active    and    transferred    employees    of
Nortel Canada