**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc. et al. | : | Case No. 09-10138-KG |
| | : | |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Stephan W. Milo hereby withdraws his appearance as counsel for Media5 Corporation in the above-captioned case, and requests that service upon him of all future service of notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further request that he be removed from the electronic (ECF) service list in the above-captioned case.

WHARTON, ALDHIZER & WEAVER, PLC

/s/ Stephan W. Milo
Stephan W. Milo, Esquire (VA Bar No. 42156)
WHARTON, ALDHIZER & WEAVER, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, Virginia 24401
Telephone: (540) 213-7440
Facsimile: (540) 213-0390

14005185