# EXHIBIT B

```
TIME: 15:15:15                        NORTEL NETWORKS INC.                                          PAGE:    1
DATE: 05/14/14                           CREDITOR LISTING

Name                       Address
BRIEDA, PAUL               49 APPLE BLOSSOM CRESCENT GEORGETOWN ON L7G 6L4 CANADA
LIQUIDITY SOLUTIONS, INC.  TRANSFEROR: BRIEDA, PAUL ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601

Total Number of Records Printed     2
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006