

| | |
|---|---|
| From: | Williams, John (TORWM:0049) |
| Sent: | Wednesday, April 11, 2007 11:38 AM |
| To: | McCorkle, Michael (TORWM:0049) |
| Cc: | Stevenson, Kate (TORWM:0007) |
| Subject: | RE: Cash level requirements |

Couple of quick comments and questions:

- this implicitly assumes the restricted entities (JVs plus China) cash will stay constant. In the assumption of a $2.0B min cash level it assumes $530 remains in the JVs. We are at risk if we assume $2B but the cash grows at the restricted entities to a much larger % of the $2B. The converse is true, if the cash shrinks at the restricted entities then presumably our minimum cash level is lower than $2B. We need to consider whether we can gain better insight into the likely cash balances of these entities, however, as you highlight, given our inability to forecast cash in general, it is difficult to see how we might be able to do that on an entity basis.

- of the available cash, what is the cost to repatriate to the purchasing entity (not sure if that is Canada or the US). These costs should be reflected as transaction financing charges – from my quick and dirty analysis (not including cost of repatriation) I think financing charges (foregone interest income on cash balances, plus charges associated with new debt will represent a significant magnitude and may make the transaction, uneconomic given the merger economics are not robust. Very important that the financing charges be incurred in the US for tax deductibility purposes otherwise this may be a deal killer. Also, I already anticipate Bear suggesting a significant amount of convertible debt to try and reduce the financing charges.

John



EXHIBIT
21052

| | |
|---|---|
| From: | McCorkle, Michael (TORWM:0049) |
| Sent: | Wednesday, April 11, 2007 11:08 AM |
| To: | Stevenson, Kate (TORWM:0007) |
| Cc: | Williams, John (TORWM:0049) |
| Subject: | Cash level requirements |

Kate, this is a quite lengthy analysis, but the bottom line is that it supports the basic position that $2B really is our minimum level of cash on an ongoing basis, without any buffer for large projects, unforeseen events, etc. I have added detail so that you can see the logic process I went through to get to that conclusion.

I have taken a new look at our minimum cash needs, using the March 30 Global Cash report (attached), which uses end-February Treasury cash balances. Total Treasury cash was approximately $3500 at that point (including restricted cash), but q4 cash is expected to end the quarter at $3400, so I reduced the NNI numbers by the $100 difference. [The biggest change having come from Success payments.] All analysis is net of the Convert funds, as they are earmarked for the Sept 1 repayment. I reviewed it from both a bottoms-up perspective (ie, the minimum amount of operating cash required, and/or trapped at, each entity) and top down (ie, the excess available today at the main entities--NNI, NNUK, Germany, Ireland and Holland--that can be brought back if needed). Both ways, I get close to the $2B number as a minimum number. Lots of assumptions, of course. And with no assumed cushion.

From a bottoms up perspective:

The most restrictive pool is composed of funds in JVs (Netas, LG, NNCE and GDNT), funds at Nortel Govt Solutions, funds in China and Restricted cash. This totals $530M.

All of CALA is using $40M of funds, disbursed among 8 countries, so nothing is available to bring back from CALA. If any of the large projects under discussion such as MVS (Mexico) or Digicel (Guatemala) are won, they will need to rely on NNI funding to support the working capital requirement.

In Asia, net of the JVs and China funds discussed above, we have $143M of cash. This is spread amongst 14 countries, with the largest amounts in Hong Kong ($52) and Australia ($17). While we may be able to squeeze something out of HK, this entity acts as a regional lending hub (Austar in Australia, eg), and so it does need some excess. (Or we would need to increase the NNUK minimum by whatever level we decree HK, to keep the same funds available, so with no net gain.)

1

In Europe and Middle East (net of NNUK, Ireland, Holland, France and Germany--discussed below) cash totals $148M. This is spread amongst 20+ countries, including East Europe ($39), Italy ($22), Egypt ($17), Spain ($10), etc. and is at a minimum level.

In NNUK, Ireland, Holland, France and Germany, I asked Debbie Phelan to forecast the 3 month liquidity requirement of each entity based on her analysis and discussions with each entity, and I am using that figure as the "minimum" requirement for each. This results in minimum cash needs of $120 at NNUK, $20 at Ireland, $8 in Holland, $18 in France, and $30 in Germany. There are no formal restrictions on funds movements, however there are variables which could impact movements, including the UK Pension situation and UMTS divestiture activity in France. This is all a rapidly moving target, of course (for example, about $50m of the $101 balance in France has gone out since these numbers were prepared). And if we win large, working capital intensive projects such as Mobily (Saudi), DBD (Germany) and Bollore (France) it would be these countries that would provide the funding. As another example, the assumption that we can get Holland down to $8 assumes that there won't be a need to reactivate the ABN loan in India--if we don't meet our targets there, we could need to re-borrow some funds under that facility.

Canada has $321M cash, which is a minimum since Canada is a large net user of funds ($500M+ per quarter).

We have determined on a number of occasions that minimum NNI cash s/b at the $500M level, based on intra-quarter flows, since it has its own large needs, since it regularly has significant flows in either direction related to transfer payments with the rest of the world, and since NNL relies on an interco loan from NNI to satisfy the quarterly CCBA Solvency test.

Putting all this together, total minimum global needs come to $1878.

From a top down perspective:

Available excess funds are concentrated in 6 entities:

NNI: 1188 available - 500 min = 688

NNUK: 310-120=190

Ireland:132-20=112

Holland: 361-8=353

France: 101-18=83

Germany:107-30=77

Total available = 1503

Total minimum global needs: 3400 - 1503 = $1897.

There are two governors on how much cash we can take out of the system. The first is the basic minimum working capital needs at each entity (bottoms up approach) and the second is an analysis of what is available at the large entities (top down). These should usually come to the same thing (as they do now with a rounding error) unless there are any restrictions making the funds unavailable. This could be for any number of reasons: (1) last year, the bottoms up approach suggested we could take X out of the system, but had we done that it would have taken NNI below the $500M level, with which we were uncomfortable; (2) UK pension issues; (3) expectations of large w/c needs at one or more entity.

The most restrictive pool has remained at around the same levels: as China cash has reduced, it has been replaced with LG balances, which continue to grow.

In determining what our true minimum cash levels are, we need to take into consideration various factors, including: (1) proven inability to forecast cash beyond one quarter out; (2) lack of real insight as to what the project-related working capital needs will be; (3) our global cash generation forecast--if we believe we will be a net cash user in the next few quarters, we do not want to go down to $2B, as NNI in particular will be stessed as it attempts to fund (and provide the Liquidity test for) Canada.

I will need to update all the numbers above once the final g/l balances are in, around the middle of next week, but do not expect any material changes.

<< File: Global Cash Commentary March 2007.xls >>

Mike

CONFIDENTIAL                                      NNC-NNL06710850 / 2