

| From: | McCorkle, Michael (TORWM:0049) |
|---|---|
| Sent: | Friday, July 27, 2007 1:13 PM |
| To: | Alcalde, Gabriela (TORWM:0049); Freemantle, Simon (MOP:7550); Jones, Trevor (TORWM:0049); Williams, John (TORWM:0049); Alvergue, Carlos (TORWM:1114) |
| Subject: | Minimum cash |

I have put together a chart pack today to go through with Kate, after which we will discuss it with Drinkwater. Is based on the latest Cashflash. You will see that I pulled the last chart from one of Carlos' packages. Not sure exactly what it adds, except to clearly make the point that we have significant volatility in our balances. Might be worth adding one of yours on NNI intraquarter fluctuations, Gabriela?

I am pretty comfortable with the overall conclusions. However:
--I am aware that I have a good $100m more in the "minimum" for NA than Gabriela and Trevor think is entirely necesssary.
--The global minima haven't been set with too much sophistication. For all the "small" countries I pretty much just assumed that whatever they have now is what they need, and they will need no more. For NNUK, NNIF, Germany, etc., I tried to use the minima which we have discussed previously.

We will undoubtedly get pushback on this from DD, M&A and Strategy, as it appears (correctly!) that I am being quite conservative, and since every dollar we don't use is a new debt or equity dollar they need to worry about, but that's fine. I don't need to tell you all that the only thing we know for sure about a Nortel forecast on cash is that it will be wrong. Just want to be sure that you all either generally agree with my conclusions, or if you have don't that you let me know how and why.

Latest Cashflash also included, fyi.

Thanks
Mike

Global cash needs
July 2007.pp...

Cash July 20
2007_consol.xls

EXHIBIT
21047

CONFIDENTIAL                    NNC-NNL07711144 / 1

# ATTACHMENT INFO

Name:       Global cash needs July 2007.ppt

Size:       334KB (340,992 bytes)

Modified:   Friday, July 27, 2007 1:06 PM

Comments:   UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

HIGHLY CONFIDENTIAL

# Global Cash as at July 20, 2007

| Region | Total |
|---|---|
| Canada | $1,380 |
| US | $1126 |
| North America | $2505 |
| UK | $258 |
| Europe | $931 |
| UK/Europe | $1189 |
| Greater China | $197 |
| LG Nortel | $216 |
| ASIA PAC | $125 |
| ASIA | $538 |
| Cala | $41 |
| NGS | $84 |
| TOTAL | $4356 |

Nortel Confidential Information



# Global Cash Requirements

> $4.36B Global Treasury cash (as at July 20, 2007) fits into four categories

1. $1.15B reserved for Sept convert repayment
2. $625m tied up in JVs, NGS, China, and Restricted Cash (cash collateralized l/c and bond support)
   - Of which $216m LGN, $197m China incl. JVs, $78m Netas, $50m Restricted Cash
1. Minimum working capital needs outside of North America (60+ entities)
   - Asia    $120-150m
   - CALA    $40-50m
   - EMEA    $340-400m
1. North America minimum WC needs of ~$600m
   - NNI    $500m
   - Canada $100m

> Ongoing required minimum of ~$1.8B-2B (2 = 3 = 4 above) subject to specific assumptions:
   - Ongoing business is FCF neutral at worst
     - Confidence in overall outlook
     - Seasonal nature of business
     - FCF neutral must be outside of Category 2 (eg, LGN, LGN cash is growing but is not available)
   - No unexpected large needs (new project-related cash drain, penalties, new restructurings, etc.)

> Historically weak forecasting abilities argue for caution in approaching minimum

> Given uncertainties above, plus first half seasonality, minimum range s/b $2.3 to $2.5B

## Sufficient cash balances critical to business

*Nortel Confidential Information

2



# Global Movement

Weekly Cash Flow Movements

Marked Confidential Information

* Normalized to exclude Outliers: Other-Real estate proceeds, Alcatel-Lucent proceeds, Flextronics…etc., the restricted cash increase relating to the litigation settlement and financing inflows/outflows
* Included in the movements are: AR,Securitization, AP, Corporate Tax, Loans/Bonds, Interco, Interco Loans, Payroll/Pension/Benefits and Preferred Dividend Outflows

5

# ATTACHMENT INFO

**Name:**       Global cash needs July
2007.ppt^PowerPointPresentation.ppt

**Size:**       209KB (213,504 bytes)

**Modified:**   Tuesday, February 21, 2006 4:40 PM

**Comments:**   UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

HIGHLY CONFIDENTIAL





>BUSINESS MADE **SIMPLE**

Refinancing of Interim Facility
Board of Directors

February 28, 2006

Nortel Confidential Information

1



# Overview of Transaction

- $1.5B launch offering
  - Use of Proceeds:
    - Immediately repay the $1.3B Interim Facility
      - Avoid syndication
      - Rebate of $3.87M in fees, avoidance of additional $3.25M step up fee
    - Repay $150M June 15, 2006 debt at maturity
  - New issuance of floating and fixed tranches
  - Execute swaps on fixed tranches
- Investment Grade (IG) Indenture
  - Expect to issue with IG Indenture in order to maintain flexibility, with following add-ons:
    - Restricted Payments and Limit on Additional Indebtedness
    - Change of Control put
- HY issuers do issue with IG Indentures, but is not the norm
  - Overall appetite may decrease, esp. in weak market, as some investors may not accept
  - Believe market will accept rationale: Market cap and global presence unusual for HY issuers

**Structure – balances corporate flexibility with key investor protections**

2

# Refinancing Plans

- $1.5B offering of new senior notes via a 144-A unregistered offering (with registration rights).
  - $[500]M 7-yr floating
  - $[500]M 8-yr fixed
  - $[500]M 10-yr fixed
  - ➤ Strategy – Launch $1.5B offering with [3] tranches but size of each tranche not indicated. If oversubscribed would like ability to upsize the offering to $1.75B

Use of Proceeds
- Repay $1.3B Interim Facility at closing
- Repay $150 Jun 06 at maturity
- General corporate purposes

## Pro Forma $1.5B Refinancing*



* For illustrative purposes $1.5B shown evenly divided among 3 tranches. Actual size of each tranche will be dependent on market conditions

**Improved debt maturity profile**

Nortel Confidential Information

3

# Indicative terms – Senior Unsecured Notes

**Issuer:** Nortel Networks Capital Corporation (the "Issuer")
**Amount:** $1,500 million
**Issue:** Senior Unsecured

| | Floating Rate Notes | Fixed Rate Notes | |
| --- | --- | --- | --- |
| **Size:** | $500 million | Up to $1,500 million | |
| **Tenor (years):** | 7 | 8 | 10 |
| **Call Structure:** | NC3 | NCL | NC5 |
| **Call Premium Structure:** | 102, 101 | -- | 50%, 33%, 16% of coupon |
| **Coupon:** | L+337.5 bps | 8.00% | 8.375% |
| Treasury: | -- | 4.56% | 4.55% |
| Spread (bps): | -- | 344 | 383 |
| CDS (midpoint): | -- | 298 | 325 |
| LIBOR (3 month): | 4.77% | -- | -- |

**Distribution:** 144A with registration rights; registered within 15 months - 25 bps premium for every quarter thereafter (up to 100 bps cap)

**Guarantors:** Guarantees from Nortel Networks Inc. (suspended upon achieving I.G. ratings), Nortel Networks Limited, and Nortel Networks Corporation. NNI guarantee provided to existing debt

**Assumed Ratings:** B3 / B- (negative/positive)

**Covenants:** Same as existing indenture, with the addition of (a) restrictions on restricted payments (dividend and stock repurchases only), (b) incurrence of indebtedness

**Covenants suspension:** Upon attainment of Baa3 and BBB- senior unsecured rating

# High Yield Syndicate



|  | | Total # | Economics |
|---|---|---|---|
| **Joint Bookrunners** | JPM    Citibank | 2 | 83% |
| **Lead Managers** | RBC CSFB DB ABN | 4 | 17% |
| **Total Underwriters** | | 6 | 100% |

**Syndicate reflects key relationships**

- Minimum economics agreed at 2% of Amount ($30M fees) as part of the Engagement Letter
- 93% of the economics determined through participation in Interim Facility (JPM, Citibank, and RBC)
- 7% available for key relationships

Nortel Confidential Information

5

Nortel Confidential Information



# Summary Board Authority

Seeking authorization for:

> NNCC, NNC, NNL, and NNI to enter into Purchase Agreement to issue up to an Amount of $1.75B in senior notes

> Offering to include a maximum of [4] tranches of fixed and floating notes, with a minimum tranche size of $150M

> Maturities ranging from 5 to 10 years

> Underwriting fees of 2% of the Amount

> Maximum spread of [450]bps over relevant US Treasury note on fixed tranches, and [415]bps over 3-month US Libor on floating tranches

Delegation of pricing to any two of CEO, CFO, and Treasurer

Documentation in form as approved by CLO

Nortel Confidential Information

3



**Backup**

citigroup⌐

corporate and
investment banking

Nortel Confidential Information



# Restrictions that will Cease to Apply During Investment-Grade Suspension Period

## Limitation on Incurrence of Additional Funded Debt

> NNC and its Subsidiaries are prohibited from incurring additional indebtedness for borrowed money unless:

- Consolidated Fixed Charge Coverage Ratio is greater than 2.0 to 1.0 after giving effect to additional indebtedness, or
- a specific carve-out is provided in the indenture.
- Carve-outs include:
  - existing debt,
  - indebtedness in an amount up to 15% of NNC's Consolidated Tangible Net Assets,
  - intercompany debt,
  - certain refinancings of existing debt,
  - up to $250,000,000 of debt intended for working capital purposes at foreign subsidiary level, and
  - certain purchase money indebtedness.

> Restriction does not limit receivables securitizations or performance bonds.

## Restricted Payments

> NNC and NNL are restricted from declaring or paying dividends on, or purchasing or redeeming, NNC's capital stock or NNL's preferred stock except if:

- no default exists under the indenture, Nortel could incur $1 of debt under Consolidated Fixed Charge Coverage ratio and the payment fits within the Restricted Payments Basket (determined by calculating 50% of NNC's Consolidated Net Income 100% of equity proceeds and the amount of any debt converted to equity), or
- the payment fits within certain carve-outs including:
  - purchase or dividends payable in stock,
  - pursuant to benefit plans or NNC's rights plans,
  - payment of dividends on NNL's existing preferred stock,
  - payments to satisfy shareholder litigation or regulatory or enforcement proceedings, and
  - a $25,000,000 additional basket.

Nortel Confidential Information

10



# Restrictions Applicable at All Times

**Negative Pledge**

> If NNC, NNL or any Restricted Subsidiary grants any lien other than a Permitted Lien, it must equally and ratably secure the Notes.

> Restricted Subsidiary means NNI or NNCC during a suspension period and any subsidiary (other than the PEC entities) at all other times.

> Permitted Liens include:
> - existing liens and certain refinancings thereof,
> - liens securing debt in an amount up to 15% of NNC's Consolidated Net Tangible Assets,
> - liens existing when a new subsidiary is acquired,
> - liens securing intercompany obligations,
> - certain judgment liens, and
> - liens securing up to $250,000,000 of Foreign Subsidiary indebtedness.

## Amalgamation, Merger, Conveyance, Transfer or Lease

> NNC, NNL, NNCC or NNI (during a non-investment grade period) may only merge or amalgamate with another company or sell substantially all of its assets if the surviving company:
> - assumes its obligations under Notes,
> - no default exists under the indenture after giving effect to the transaction, including the "incurrence" of all indebtedness of the acquired or acquiring company.

## Change of Control
Bondholder "put" (Nortel must offer to repurchase bonds) at 101% of principal if any person or "group":
- acquires 50% of NNC's voting stock, or
- NNC ceases to directly or indirectly own 100% of the stock of NNL or NNCC (in most situations), or
- buys substantially all of NNC's or NNL's assets, or
- NNC or NNL is dissolved.

Nortel Confidential Information

11



# Summary terms

Issuer:    NNCC (permanent guarantees by NNC, NNL and by NNI while sub investment grade)

Amount:    Up to $1,500 million

Offerings:    $[ ] M of Sr Floating Rate Notes due 2013;   NC-[2]
$[ ] M of Sr Fixed Rate Notes due 2014;   [NCL]
$[ ] M of Sr Fixed Rate Notes due 2016;   NC-[5]

Coupon:    Fixed: [ 8.375]%   Float: 3-m Libor + [3.5]%

Ranking:    Senior Unsecured pari passu with existing debt – guarantees to be provided to existing debt

Distribution:    144A/Reg S with registration rights: registered within 15 months   (25 bps step-up to 100bps cap)

Change of Control:    Investor put option at 101%

Incurrence Covenants:    During the period when we are not investment grade:

- Restricted Payments - common dividends or share buybacks limited to a basket based on 50% of Net Income, subject to certain adjustments.

- Additional Indebtedness - limitation on the ability to incur additional indebtedness unless ratio of Ebitda/Fixed Charges > 2.0, subject to certain carve-outs.  Initial basket of 15% of CNTA plus an additional $250M intended to be used for foreign subsidiary working capital which is not subject to the incurrence test

At all times

- Amalgamation or Merger – permitted if no default (after giving effect to the assumption of any acquired indebtedness) and the surviving entity assumes obligations.

- Negative pledge – limits the amount of secured indebtedness up to 15% of CNTA

Nortel Confidential Information

13

# Fees

| | First Time Issuers | First Time and Existing Issuers |
|---|---|---|
| **Gross Spread** | | |
| Average | 2.56% | 2.15% |
| Median | 2.50% | 2.25% |
| Sample Size | 27 | 95 |
| **Total Economics to Bookrunners:** | | |
| Average | 83.1% | 77.7% |
| Median | 90.0% | 78.0% |
| Sample Size | 47 | 145 |
| **Per Bookrunner:** | | |
| Average | 57.2% | 52.2% |
| Median | 50.0% | 45.6% |
| Sample Size | 47 | 145 |

## Inclusion in syndicate very important to relationship banks

Nortel Confidential Information

2

14