



From: McCorkle, Michael [MOP:7575:EXCH]
Sent: April 19, 2005 9:54:51 PM
To: Stevenson, Kate [BRAM:0007:EXCH]
Subject: RE: Q1 Cash

I spoke to Trevor about this before I left tonight and just ended up more confused rather than less. I hate the words "task force," but it does seem that if we really want to get a handle on forecasting cash, and then to be able to identify weaknesses when the forecasts go astray, maybe we need to identify all responsible parties—I have no idea who but am sure Peter and Trevor can identify—and get everyone in a room together to tell us why this apparently simple task is in fact an untamed monster and what we can do to at least improve our ability to track it.

Maybe that is all that can be said tomorrow to Peter. That this is far more difficult to forecast than one would logically think, for the reasons that Peter D and Trevor can explain, but that we will get all responsible groups together and see what we can do to get a better handle on it.

I am not an invitee to the meeting, but would be happy to attend should you wish.

Mike

-----Original Message-----
From: Stevenson, Kate [BRAM:0007:EXCH]
Sent: 19 April 2005 19:08
To: Jones, Trevor [BRAM:0049:EXCH]; Dans, Peter [BRAM:1114:EXCH]
Subject: Q1 Cash

I need you two to agree on a common approach and format for reviewing Q1 cash. From the simple chart that Peter and I discussed with PWC on Friday, it showed that $190M of the preliminary variance had been identified and, therefore, approximately $50M remained an unidentified gap.

Trevor's chart showing a more detailed update shows $110M in unidentified variances. It's disturbing that, on the surface, the amount that we cannot explain has doubled. I know that it's complicated by different approaches and formats, but this is not going to be reassuring to PWC.

We need to keep it simple. Peter asked for more explanation on the items identified to him Friday. Questions he had, for example, were what specifically happened in North America? Why was the $25M in tax paid out on March 31st? Why did we have such a surprise on the FX variance?

Please coordinate. I'm available if you need to reach me tonight or prior to tomorrow's 8:30 a.m. session.

Thanks.

Kate