



EXHIBIT 21654

| | |
|---|---|
| From: | Jones, Trevor [BRAM:0049:EXCH] |
| Sent: | Friday, January 13, 2006 1:40 PM |
| To: | Stevenson, Kate [BRAM:0007:EXCH]; McCorkle, Michael [BRAM:0049:EXCH] |
| Subject: | RE: Cash Results - Draft 1 Advance 1 |

I see the analysis having to come from the FPA side. Basically, they need to provide a new forecast that takes into consideration amounts already collected in Q405. As we have a hard time forecasting beyond 3 months, this is not an easy task despite the fact that it doesn't necessarily look all that difficult to do!

We had a call yesterday on forecasting for NNL and NNI. This is a new process that I am trying to put in place using some of our forecasting successes in Cala. Unfortunately, the forecast solution from FPA for cash collections in Q1 was simply to back out the "extra" amounts they received in Q4 from the Q1 forecast. It was perhaps a little early for them to understand the true impact.

Unfortunately, we have the same problem on AP side. Forecasting is a trending model. I don't know what the impact was in Q4 from Cash Council forecast. Carlos will need to provide that when he collects all of the information as compares to Cash Council forecast.

Trevor


*Trevor Jones*
*Global Treasury Operations & Credit*
*Tel: 905-863-4342*
*Cell: 416-708-0548*
*Fax: 905-863-8259*
*email: trevorjones@nortel.com*


-----Original Message-----
**From:** Stevenson, Kate [BRAM:0007:EXCH]
**Sent:** Friday, January 13, 2006 12:35 PM
**To:** McCorkle, Michael [BRAM:0049:EXCH]; Jones, Trevor [BRAM:0049:EXCH]
**Subject:** FW: Cash Results - Draft 1 Advance 1

FYI.

Kate
-----Original Message-----
**From:** Currie, Peter [BRAM:0007:EXCH]
**Sent:** Friday, January 13, 2006 7:15 AM
**To:** Stevenson, Kate [BRAM:0007:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH]
**Subject:** FW: Cash Results - Draft 1 Advance 1

While great news (in an absolute sense), this is a substantial miss. We need to understand the causal factors, in a much more detailed manner than "big league". We also need to decide how much this outcome in Q4 will influence our outlook for Q1 and FY2006. Based on the processes each of you normally undertake, how long will the analysis take?

Peter

-----Original Message-----
**From:** Donoghue, Adrian [BRAM:1162:EXCH]
**Sent:** Friday, January 13, 2006 6:33 AM

1

HIGHLY CONFIDENTIAL      NNC-NNL11100858 / 1

**To:** Currie, Peter [BRAM:0007:EXCH]
**Subject:** Fw: Cash Results - Draft 1 Advance 1

Fyi

----------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Alvergue, Carlos [BRAM:0085:EXCH] <calvergu@americasm01.nt.com>
To: Donoghue, Adrian [BRAM:1162:EXCH] <adriando@americasm01.nt.com>; Stevenson, Kate [BRAM:0007:EXCH] <kbsteven@americasm01.nt.com>
CC: GREWAL, TONY [BRAM:0300:EXCH] <TONYGR@AmericasM01.nt.com>; Jones, Trevor [BRAM:0049:EXCH] <trevorjones@americasm01.nt.com>; Williams, John [BRAM:0049:EXCH] <jwilliam@americasm01.nt.com>; McCorkle, Michael [BRAM:0049:EXCH] <mccorkle@americasm01.nt.com>; Lamba, Charanjit [BRAM:0300:EXCH] <clamba@americasm01.nt.com>
Sent: Fri Jan 13 06:15:30 2006
Subject: Cash Results - Draft 1 Advance 1

Good news our cash landed at $3050 in the books. Much better that our cash council of around $2.8M. For now I can only attribute this to improved collection efforts by the team and $37M of VoIT Delta. Once I get the key variance drivers I will send you the details

2

HIGHLY CONFIDENTIAL        NNC-NNL11100858 / 2