

| | |
|---|---|
| From: | Doolittle, John [BRAM:0088:EXCH] |
| Sent: | Wednesday, March 22, 2006 11:59 AM |
| To: | Donoghue, Adrian [BRAM:1162:EXCH] |
| Subject: | RE: UK Funding |

I met with Sunny this morning and he is working on the forecast.

Where do things stand with the updated numbers for the banks? Sunny mentioned that the revised outlook- if approved- leaves us perilously close to the covenant levels. Has Treasury talked to you about this? If not, I will discuss with McCorkle and Williams.

JD

-----Original Message-----
From: Donoghue, Adrian [BRAM:1162:EXCH]
Sent: Tuesday, March 21, 2006 3:34 PM
To: Doolittle, John [BRAM:0088:EXCH]
Subject: RE: UK Funding

Yes good plan

-----Original Message-----
From: Doolittle, John [BRAM:0088:EXCH]
Sent: Tuesday, March 21, 2006 3:33 PM
To: Donoghue, Adrian [BRAM:1162:EXCH]
Subject: RE: UK Funding

I expected that you would. Do you want me to review with Carlos and track you down tomorrow?

JD

-----Original Message-----
From: Donoghue, Adrian [BRAM:1162:EXCH]
Sent: Tuesday, March 21, 2006 3:32 PM
To: Doolittle, John [BRAM:0088:EXCH]
Subject: RE: UK Funding

I share your concerns

-----Original Message-----
From: Doolittle, John [BRAM:0088:EXCH]
Sent: Tuesday, March 21, 2006 3:31 PM
To: Donoghue, Adrian [BRAM:1162:EXCH]
Subject: RE: UK Funding

Here are my concerns:

- this forecast is a 'special purpose' forecast that is not used by management to run the business. It uses high-level assumptions on market growth to produce a revenue forecast. I believe that cost percentages are flexed to meet the target of 35% of revenues thereby

EXHIBIT 21633

1

HIGHLY CONFIDENTIAL                    NNC-NNL10940428 / 1

producing billions of dollars of profit over the life of the forecast. We use this as part of our Deferred Tax analysis but we really do not rely upon because it has not proven accurate.

- if we provide this to PWC - and we may have to- we should expect that they will want to audit the assumptions. We have already told them that we do not have a long term forecast.

I believe that Carlos is in tomorrow AM. I will discuss this with him.

JD

-----Original Message-----
From: Donoghue, Adrian [BRAM:1162:EXCH]
Sent: Tuesday, March 21, 2006 3:17 PM
To: Doolittle, John [BRAM:0088:EXCH]
Subject: RE: UK Funding

Likely in about 60-90 min. OK ?

-----Original Message-----
From: Doolittle, John [BRAM:0088:EXCH]
Sent: Tuesday, March 21, 2006 3:14 PM
To: Donoghue, Adrian [BRAM:1162:EXCH]
Subject: FW: UK Funding


Adrian- can you give me a call on this.

Thanks

JD

-----Original Message-----
From: Currie, Peter [BRAM:0007:EXCH]
Sent: Tuesday, March 21, 2006 2:55 PM
To: Poos, Johannus [BRAM:0048:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
Cc: Stevenson, Kate [BRAM:0007:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH]; Shane, Catherine [BRAM:0014:EXCH]; Doolittle, John [BRAM:0088:EXCH]
Subject: RE: UK Funding

Let's ensure all participants on the PwC call get the same (and complete) information.

       Peter


-----Original Message-----
From: Poos, Johannus [BRAM:0048:EXCH]
Sent: Tuesday, March 21, 2006 2:25 PM
To: Currie, Peter [BRAM:0007:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
Cc: Stevenson, Kate [BRAM:0007:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH]; Shane, Catherine [BRAM:0014:EXCH]; Doolittle, John [BRAM:0088:EXCH]
Subject: Re: UK Funding


Mike:
If you can get the necessary clearance today or tomorrow, I would suggest the numbers get delivered before Peter's call with PWC. If we can get them something to look at before the call, the process will move much quicker. Let me know if that is acceptable and I'll give you

2

HIGHLY CONFIDENTIAL                                NNC-NNL10940428 / 2

a contact while I'm travelling. I believe we should funnel the info through Ken, but I'll confirm once I'm clear on timing. Thanks for all your help.

John
----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Currie, Peter [BRAM:0007:EXCH] <PCURRIE@AmericasM01.nt.com>
To: McCorkle, Michael [BRAM:0049:EXCH] <MCCORKLE@AmericasM01.nt.com>
CC: Stevenson, Kate [BRAM:0007:EXCH] <KBSTEVEN@AmericasM01.nt.com>; Poos, Johannus [BRAM:0048:EXCH] <JPOOS@AmericasM01.nt.com>; Donoghue, Adrian [BRAM:1162:EXCH] <adriando@americasm01.nt.com>; Shane, Catherine [BRAM:0014:EXCH] <CMSHANE@AmericasM01.nt.com>; Doolittle, John [BRAM:0088:EXCH] <JDOOLIT@AmericasM01.nt.com>
Sent: Tue Mar 21 14:05:37 2006
Subject: RE: UK Funding

OK, I understand the context. I agree on the need to discuss and Thursday should be fine. As for the longer term forecast, I am conceptually OK with the idea of sharing the goodwill/deferred tax asset outlook -- please ensure Adrian and John Doolittle are also supportive -- and let's make 150% sure that we have them wrapped in tight disclosure (and safe harbour) language.

                              Peter


        -----Original Message-----
        From: McCorkle, Michael [BRAM:0049:EXCH]
        Sent: Tuesday, March 21, 2006 1:51 PM
        To:   Currie, Peter [BRAM:0007:EXCH]
        Cc:   Stevenson, Kate [BRAM:0007:EXCH]; Poos, Johannus [BRAM:0048:EXCH]; Donoghue, Adrian [BRAM:1162:EXCH]; Shane, Catherine [BRAM:0014:EXCH]
        Subject:    FW: UK Funding
        Importance: High
        Sensitivity: Confidential

        Peter,

        We are trying to set up a couple of meetings with you--the first to brief you on the current situation in the UK, hopefully tomorrow evening after John arrives back in Toronto, and the second with Price Waterhouse on Thursday morning so that we can discuss primarily the two items which they have identified as outstanding issues. The first of these is the answer to the question "what do we need our liquidity for which prevents us from paying down the UK deficit more rapidly?" The second is the question of provision of long term forecasts. As to this second question, this is clearly something which PwC is not going to drop and which they view as extremely significant. I wonder if you and Adrian would be comfortable sharing with Price Waterhouse our 10 year goodwill impairment and tax forecast which Finance has put together, as long as it was wrapped in sufficient disclosures?

        We are working with Catherine to set up the timing, but I did want to let you know the reason for the calls.

            Mike

            -----Original Message-----
            From: Poos, Johannus [BRAM:0048:EXCH]

3

```
Sent: 21 March 2006 06:05
To:    Stevenson, Kate [BRAM:0007:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
Subject:     UK Funding
Importance: High
Sensitivity: Confidential
```

Kate & Mike:

It is very hard to describe the status of these discussions. I think Ken was confident that he could deliver a 7 year deal, provided we delivered credit enhancement, but it looks like much has changed. PwC will not be supportive, and have threatened to terminate the relationship. They argue that a company that cannot provide projections cannot be viewed as a going concern, and additionally, NNUK has sufficient current assets to provide a significant up front contribution (if not retire the complete deficit). Given the position expressed by PwC, the Trustees cannot agree with our current proposal….even if it was a guaranteed 7 year deal vs the 10 year deal currently proposed (Is credit default insurance available? That could solve a number of problems). I have it (unofficially) that some members are advocating a 3 year deal. I don't know the annual costs of such a plan….5 years is GBP97m.

In any event, we need to engage PwC directly to resolve the issues expressed in the attached letter. I am meeting with the working group later today, and possibly PwC, to pave the way for direct dialogue. The Trustee has not wanted direct contact, but I believe that is the only way this will get resolved. We need to answer the attached letter.

We need to do 2 things:
1. Convince PwC, through scenarios, that we view the Company as a going concern. They understand the projections may vary wildly, but they need to understand the ranges of future expectations over the term of this agreement; and
2. We need to convince both PwC and the Trustee that we cannot afford to pay at a faster rate. In this regard, Kate's short message is all that the Trustees require….something from senior mgt that they can put in their files to support all of the verbal advice given to date. You may want to expand on some of Kate's points, but the letter need not be longer than a page.

Lastly, I've met with 2 senior individuals in the UK business community ( Ken arranged this) who felt the urge to warn me that our plan is very much on the Regulator's radar, and we need PwC support to avoid any confrontation. This discussion with PwC is urgent (Wednesday if possible)! I'll try to clear the way today, but I would strongly suggest that all senior finance officers available to participate, do so, including Peter Currie, if possible. I view this meeting as the most critical of the past 13 months, and may require a follow up face to face meeting. I know you are all actively engaged in other pressing matters, but this can have far reaching implications if we're unsuccessful.

<< File: PWC Letter 03.03.06.doc >>

John Poos
Director, Global Pensions
Nortel Networks
8200 Dixie Road, Suite 100
Brampton, L6T 5P6
Phone 905-863-8402
Fax 905-863-8256
Email jpoos@nortel.com

4