

From: McCorkle, Michael (TORWM:0049)
Sent: November 20, 2006 2:49:31 PM
To: Stevenson, Kate (TORWM:0007)
CC: Williams, John (TORWM:0049)
Subject: Cash balances

Rationale for minimum cash balance of $2B:

While global cash balance is currently $2.6B, half of that is outside North America, with limited accessibility.
Most of that is tied up as the operational funds of the businesses
More than $200m in China
More than $200m in JVs
Limited ability to repatriate for regulatory and cost reasons
Largest source of non-North American liquidity is NNUK
Current balance $278m, of which $100-150m could be loaned to NNI
UK Pensions considerations a possible constraint
Existing interco loans are already over $800m
NNI minimum cash balance is critical
Any acquisition would be funded via NNI cash
NNI cash fluctuates up to $[200-300]m intra-quarter
NNL Controller must be in position to sign monthly "solvency letter" in support of dividend payments on NNL's preferred shares
NNL is a cost center, spending about $400m per quarter
Controller relies on availability of interco loan from NNI in amounts of at least $400m

Critically, all of this also assumes that the net effect of ongoing operating cash flows and one-off cash outflows such as restructurings is a positive number, because we will be leaving NNI at minimum operating levels, with no room for error.

Mike


EXHIBIT 21557
12-6-13