

A/C

TR21339

EXHIBIT
21339

From: McCorkle, Michael [BRAM:0049:EXCH]
Sent: Tuesday, December 06, 2005 8:52 AM
To: Stevenson, Kate [BRAM:0007:EXCH]
Cc: Tkaczyk, Carol [BRAM:0007:EXCH]
Subject: Available cash

Here is the chart. Sorry it didn't get to you last night. I may have some minor tweeks to make to it, but it is correct in all major aspects as of Nov 30. The caveats are as discussed in my previous email:

1.  UK funds may not be available due to Pension and related issues.
2.  We are making pretty broad assumptions about what minimum cash levels are for each entity. Actually getting the cash back from each one could be difficult in some and not worth the effort in others.
3.  Assumes that no additional cash is needed systemwide for anything, such as M&A, increased working capital for new projects (or existing ones), Q1 cash bonus payments, etc. And does not factor in first quarter expected inflows (eg Flex $60, real estate $75) or outflows (eg Pensions $67, interest $124, M&A $226).
4.  November 29 Cash Council projected cash to fall in Q4 to $2.8B from $3.0B in Q3.

So conclusion that $1,594 is "available" is optimistic by some amount which could range from, say, $100M to a much higher amount depending on how you view the UK issues in particular.

Mike

Available
consolidated_N

1

CONFIDENTIAL                    NNC-NNL11102686 / 1

# ATTACHMENT INFO

Name:      Available Cash_consolidated_Nov 30 2005.xls

Size:      21KB (20,480 bytes)

Modified:  Monday, December 5, 2005 5:13 PM

Comments:  UNSUPPORTED OR EXCLUDED FILE TYPE

ATTACHMENT INFO

A/C

TR21339

## AVAILABLE TREASURY CASH ANALYSIS

| | Nov 30 '05 Cash | Restricted | JV/ Regulatory | Unavailable Cash — Liquidity Requirement | Total Unavailable Cash | Available Cash — Total |
|---|---|---|---|---|---|---|
| **North America** | | | | | | |
| PEC | $1,466 | $62 | | $450 | $512 | $954 |
| | $50 | | $50 | | $50 | $0 |
| Sub Total | $1,516 | $62 | $50 | $450 | $562 | $954 |
| **EMEA** | | | | | | |
| UK | $401 | $0 | $0 | $30 | $30 | $371 |
| Other | $445 | $51 | $83 | $97 | $231 | $214 |
| Sub Total | $846 | $51 | $83 | $127 | $261 | $585 |
| **Asia** | | | | | | |
| Hong Kong | $74 | $1 | | $50 | $51 | $23 |
| China | $156 | | $156 | | $156 | $0 |
| GDNT - JV | $60 | | $60 | | $60 | $0 |
| LG Nortel | $14 | | $14 | | $14 | $0 |
| Other | $101 | | $17 | $70 | $87 | $14 |
| Sub Total | $405 | $1 | $247 | $120 | $368 | $37 |
| CALA | $51 | | | $33 | $33 | $18 |
| Total | $2,818 | $114 | $380 | $730 | $1,224 | $1,594 |