

From: Stevenson, Kate [BRAM:0007:EXCH]
Sent: Saturday, June 24, 2006 11:40:34 AM
To: McCorkle, Michael [BRAM:0049:EXCH]
CC: Doolittle, John [BRAM:1162:EXCH]
Subject: RE: JPM Conference Call Sunday - 8AM

Mike,

Here are my thoughts, to add to yours.

On the options, unless we're desperate, or if the book ends up much better than anybody
expects, I don't think that a $2B HY deal is in the cards. I may be wrong, but the marginal
cost of bringing investors in to get to $2B in this market would be too high.

If we do nothing, with MZ may be tempted to do, we are betting the ranch. We'd be betting
that the market is at least as good or better in early September, effectively our next window,
AND that the company is showing results - Q2 results have to be strong, and the cost cutting
initiatives have to be much more specific. The market would have us under an even bigger
microscope having pulled this deal.

I actually think we are best proceeding with a transaction, as long as we bring in at least $1B.
I know that anything at the $1.3B level or less just pays out the interim facility, but at least it
gives us the term capital we need.

As to whether to supplement with a secured bank facility, we need to make a decision as to
how much we really need to comfortably manage the business through this transition. My gut
tells me we could live with total proceeds of $1.5B-$1.75B. We have to justify strongly the
capital needs and risks to our cash forecast to MZ as his priority is to minimize cost.

Kate


-----Original Message-----
From: McCorkle, Michael [BRAM:0049:EXCH]
Sent: Saturday, June 24, 2006 10:58 AM
To: Stevenson, Kate [BRAM:0007:EXCH]
Cc: Doolittle, John [BRAM:1162:EXCH]
Subject: RE: JPM Conference Call Sunday - 8AM


I will invite JW to the call as well. I spoke with him yesterday--as usual, he has some very
good ideas, and we can use his sharp mind to help us assure we are reviewing all options.

I just got off the phone with Raj to get some more detail from him.

He and I agree that we basically have 5 options:

(1) Raise $2B regardless of cost. We may or may not be able to do this at all, but he at least

CONFIDENTIAL

views this as a possibility as long as we are willing to pay the price--will wait for us to hear from Casey tomorrow. If it is possible, it would likely be in the range of L + 400-450 on the FRN and mid 10s on the fixed tranches. His caveat is that while a number of players are signaling that they are interested in coming in, they have not yet been specific on size.

(2) the other extreme is the do nothing option. In this scenario, we pull the deal and hope to get back to market prior to YE. We need to be very careful about this one in terms of whether we have the resources to get by until then and also in terms of meeting the cash covenant. But to paraphrase Terry S, the fact that we would not be repaying the $1.3B is more the banks' problem than ours.

(3) Raise less than $2B, and leave it at that. In this case, there is no reason from a cash standpoint for us to do anything unless we raise something in excess of $1.3B because we don't end up with new cash.

(4) Do a convert. I think we all agree that this is a bad strategy. Would only work, for example, in conjunction with (3) above. That is, we raise something less than $2B with an intent to do a convert in the next few months (certainly not right now).

(5) Raise less than $2B and make up the difference via a bank facility. He does not think that this could be totally covenant-free (ie, would need to keep the same cash covenant we have now) but I think we should push back on that and try to get it without covenants. One way or the other, unless we have a robust covenant package, which of course we do not want, they will be syndicating any facility we end up with to the same lenders who are currently in our secured Tranche A since our relationship banks would not want to keep it in that case. They are looking at this as a two year senior secured facility (stays within the $1.8B maturities). We discussed making it a 5 year facility with an "accordian feature" allowing an acceleration within, say, 90 days of Sept 1 08 if we have not dealt with that maturity in a manner satisfactory to the banks by then. Doesn't really make sense though, and would only emphasize that this is a real issue. This would likely be priced around L + 300-325 (compared to L + 200 on Tranche A today).

For my money, options 1 and 5 are the only really good ones. The advantage of 5 over 1 is that there are no prepay penalties, so if the market clears up we can replace it with moe reasonably priced permanent capital quite easily. Disdvantages are the covenant and the fact that it is only two years and comes due prior to our having to $1.8B to deal with.

Mike

-----Original Message-----
From: Stevenson, Kate [BRAM:0007:EXCH]
Sent: 24 June 2006 02:07
To: McCorkle, Michael [BRAM:0049:EXCH]
Subject: JPM Conference Call Sunday - 8AM


To be arranged by JPM with MZ, PWC (who may not join), and us. To get a market update and set pricing guidance.

A/C                                                                          TR49034

Mike, I feel as though we're in a total vaccum.  No information whatsoever from JPM on where the book is, or where we may end up.  I feel there's been zero transparency.

It would be dangerous to go on this call without us first understanding the status.  The purpose of the call is to decide on the price talk that JPM will go out with early Monday.

We may have to work hard to convince MZ not to pull out altogether.

PWC thinks we can live with a $1.3B deal, if that's all we can get.

My biggest worry is that we've committed, with great reluctance, to continue marketing and using scarce time to dedicate to this deal without one clue of what we can achieve.  If we have to pull this because we can't even raise $1B, we're in deep trouble.  With the AGM and everything Mike and Peter have going, we are killing ourselves right now with blind faith.  It feels very bad.

So I think we ought to hear from JPM first so we have time to consider our options.  I think I'll have to be strongly opinionated to convince MZ of the right thing to do, so I'll need to be prepared.

What do you think?

Kate
--------------------------
Sent from my BlackBerry Wireless Handheld

CONFIDENTIAL                                      NOR-CAN00064619 / 3