


**Offering memorandum**                                  **Strictly confidential**



# Nortel Networks Limited
## U.S.$2,000,000,000

### U.S.$450,000,000 10.750% Senior Notes due 2016
**Issue price: 100%**
### U.S.$550,000,000 10.125% Senior Notes due 2013
**Issue price: 100%**
### U.S.$1,000,000,000 Floating Rate Senior Notes due 2011
**Issue price: 100%**

## Fully and unconditionally guaranteed by Nortel Networks Corporation and initially guaranteed by Nortel Networks Inc.

*Interest on the 10.750% Senior Notes due 2016 and on the 10.125% Senior Notes due 2013 is payable January 15 and July 15. Interest on the Floating Rate Senior Notes due 2011 is payable January 15, April 15, July 15 and October 15.*

The 10.750% Senior Notes due 2016, or the 2016 Fixed Rate Notes, will mature on July 15, 2016, and the first interest payment date will be January 15, 2007. The 10.125% Senior Notes due 2013, or the 2013 Fixed Rate Notes, will mature on July 15, 2013, and the first interest payment date will be January 15, 2007. The Floating Rate Senior Notes due 2011, or the Floating Rate Notes, will mature on July 15, 2011, and the first interest payment date will be October 15, 2006. The 2016 Fixed Rate Notes and the 2013 Fixed Rate Notes are referred to collectively herein as the Fixed Rate Notes. The Fixed Rate Notes and the Floating Rate Notes are referred to collectively herein as the Notes. The 2016 Fixed Rate Notes, the 2013 Fixed Rate Notes and the Floating Rate Notes individually are each referred to as a Series of Notes. Interest on the Notes will accrue from July 5, 2006.

The Floating Rate Notes will bear interest at a rate per annum, reset quarterly, equal to three-month LIBOR plus 4.250%.

Nortel Networks Limited, or the Company, may redeem all or a portion of the 2016 Fixed Rate Notes at any time on or after July 15, 2011 at the prices described in this offering memorandum. In addition, the Company may redeem all or a portion of the 2013 Fixed Rate Notes at any time and, prior to July 15, 2011, all or a portion of the 2016 Fixed Rates Notes, at a price equal to 100% of the principal amount thereof plus a "make-whole" premium. Prior to July 15, 2009, the Company may also redeem up to 35% of each Series of Notes at the prices described in this offering memorandum with the proceeds of certain equity offerings. In addition, in the event of certain changes in applicable withholding taxes, the Company may redeem the Notes of each Series in whole, but not in part, at the prices described in this offering memorandum. Upon a Change of Control (as defined under "Description of the Notes—Certain Definitions"), the Company will be required to offer to purchase the Notes at 101% of the principal amount thereof, together with accrued and unpaid interest to the date of purchase.

The Notes will be senior unsecured obligations of the Company and will rank *pari passu* with all other senior obligations of the Company and effectively junior to all secured obligations of the Company to the extent of the value of the property securing such obligations. The Notes will be guaranteed, jointly and severally, by Nortel Networks Corporation, or NNC, and will also initially be guaranteed by Nortel Networks Inc., or NNI. Each guarantee will be the direct, unconditional, unsecured and unsubordinated obligation of the respective guarantor and will rank equally and ratably without preference among themselves and at least equally with other senior unsecured obligations of the respective guarantor, except to the extent prescribed by law. The Notes and related guarantees will be effectively subordinated to all liabilities of the subsidiaries of NNC that are not guarantors (other than the Company) to the extent of the value of such subsidiaries. For more detailed information on the Notes and the guarantees, including circumstances under which NNI's guarantee will be released, see "Description of the Notes" beginning on page 42.

**See "Risk factors" beginning on page 25 and the risk factors set forth in the documents attached hereto for a discussion of certain risks that you should consider in connection with an investment in the Notes.**

The Notes have not been registered under the U.S. Securities Act of 1933, as amended, or the Securities Act, or the securities laws of any other jurisdiction. We are offering the Notes only to qualified institutional buyers under Rule 144A and to persons outside the United States under Regulation S.

The Notes will not be listed on any securities exchange. Notes that are sold to qualified institutional buyers are expected to be eligible for trading in the PORTAL® market.

We expect that delivery of the Notes will be made to investors in book-entry form through The Depository Trust Company on or about July 5, 2006.

*Joint book-running managers*

## JPMorgan                                       Citigroup

## RBC Capital Markets   ABN AMRO Incorporated   Credit Suisse   Deutsche Bank Securities

June 29, 2006.

HIGHLY CONFIDENTIAL

In making your investment decision, you should rely only on the information contained or incorporated by reference in this offering memorandum. We and the initial purchasers have not authorized any other person to provide you with any other information. If anyone provides you with different or inconsistent information, you should not rely on it.

We and the initial purchasers are offering to sell the Notes only in places where offers and sales are permitted.

You should not assume that the information contained or incorporated by reference in this offering memorandum is accurate as of any date other than the date on the front cover of this offering memorandum or the date of any document incorporated by reference herein.

# Table of contents

| | Page |
|---|---|
| Summary | 1 |
| Risk factors | 25 |
| Use of proceeds | 37 |
| Ratio of earnings to fixed charges of NNC | 38 |
| Capitalization of NNC | 39 |
| Description of other indebtedness of NNC | 40 |
| Description of the Notes | 42 |
| Book-entry settlement and clearance | 72 |
| Exchange offer and registration rights agreement | 75 |
| Certain U.S. federal income tax considerations | 77 |
| Certain Canadian federal income tax considerations | 80 |
| Plan of distribution | 81 |
| Transfer restrictions | 84 |
| Incorporation of certain documents by reference | 88 |

| | Page |
|---|---|
| Where you can find more information | 89 |
| Legal matters | 90 |
| Independent registered chartered accountants | 90 |
| Annex A: NNC Current Report on Form 8-K dated June 16, 2006* | A-1 |
| Annex B: NNC Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2006 | B-1 |
| Annex C: NNC Annual Report on Form 10-K/A for the year ended December 31, 2005** | C-1 |
| Annex D: Item 9A ("Controls and Procedures") of the NNC Annual Report on Form 10-K for the year ended December 31, 2003 | D-1 |

* Includes, among other things, new financial statements as of December 31, 2004 and 2005 and for each year in the three-year period ended December 31, 2005, and new Management's Discussion and Analysis of Financial Condition and Results of Operations, or MD&A, restated or revised only to reflect our new segments as a result of the change in our reportable segments in the first quarter of 2006.

** With the exception of the audited consolidated financial statements and related notes in Item 8 and the MD&A in Item 7 thereof, which have been replaced by the audited consolidated financial statements and MD&A included in the Current Report on Form 8-K attached as Annex A.

Each of Nortel Networks Corporation's and Nortel Networks Limited's principal executive offices are located at 8200 Dixie Road, Suite 100, Brampton, Ontario, Canada, L6T 5P6, telephone number (905) 863-0000. Nortel Networks Inc.'s principal executive offices are located at 4008 E. Chapel Hill-Nelson Highway, Research Triangle Park, North Carolina 27709, telephone number (615) 432-4000. Nortel's website is located at www.nortel.com. The information on the website is not part of this offering memorandum.

i

References to "NNC" refer to Nortel Networks Corporation without its subsidiaries. References to "NNL" or the "Company" refer to Nortel Networks Limited without its subsidiaries. References to "NNI" refer to Nortel Networks Inc. without its subsidiaries. Unless the context otherwise requires, where we say "we," "us," "our" or "Nortel," we mean NNC or NNC and its subsidiaries, as applicable. References to the "Guarantors" refer to NNC and NNI (or, during a suspension period (as defined herein), to NNC). References to the "Issuers" refer to the Company and the Guarantors. Where we refer to the "industry," we mean the telecommunications industry.

NNL is the principal direct operating subsidiary of NNC. NNC holds all of NNL's outstanding common shares but none of NNL's outstanding preferred shares. NNL's most recent Annual Report on Form 10-K and Quarterly Report on Form 10-Q, as well as certain of NNL's other filings with the U.S. Securities and Exchange Commission, or SEC, are incorporated by reference herein. See "Incorporation of certain documents by reference".

**This offering memorandum is a confidential document that we are providing only to prospective purchasers of the Notes. You should read this offering memorandum, including the documents incorporated by reference herein, before making a decision whether to purchase any Notes. You must not:**

- **use this offering memorandum for any other purpose;**

- **make copies of any part of this offering memorandum or give a copy of it to any other person; or**

- **disclose any information in this offering memorandum to any other person.**

**The Issuers have prepared this offering memorandum and are solely responsible for its contents. You are responsible for making your own examination of us and your own assessment of the merits and risks of investing in the Notes. You may contact us if you need any additional information. By purchasing any Notes, you will be deemed to have acknowledged that:**

- **you have reviewed this offering memorandum;**

- **you have had an opportunity to request any additional information that you need from us; and**

- **the initial purchasers are not responsible for, and are not making any representation to you concerning, our future performance or the accuracy or completeness of this offering memorandum.**

**None of the Issuers are providing you with any legal, business, tax or other advice in this offering memorandum. You should consult with your own advisors as needed to assist you in making your investment decision and to advise you whether you are legally permitted to purchase Notes.**

**You must comply with all laws that apply to you in any place in which you buy, offer or sell any Notes or possess this offering memorandum. You must also obtain any consents or approvals that you need in order to purchase Notes. We and the initial purchasers are not responsible for your compliance with these legal requirements.**

**The Issuers are offering the Notes and related guarantees in reliance on exemptions from the registration requirements of the Securities Act. These exemptions apply to offers and sales of securities that do not involve a public offering in the United States. The Notes and related**

ii

HIGHLY CONFIDENTIAL NNC-NNL06705393 / 4

guarantees have not been recommended by any federal, state or foreign securities authorities and such authorities have not determined that this offering memorandum is accurate or complete. Any representation to the contrary is a criminal offense.

The Notes and related guarantees have not been and will not be qualified for sale under the securities laws of any province or territory of Canada. The Notes and related guarantees may not be offered or sold, directly or indirectly, in Canada except pursuant to an available exemption from the prospectus requirements of the applicable provincial or territorial securities laws.

The Notes are subject to restrictions on transfer and resale as described under "Transfer restrictions." By purchasing any Notes, you will be deemed to have made certain acknowledgements, representations and agreements as described in that section of this offering memorandum. You may be required to bear the financial risks of investing in the Notes for an indefinite period of time.

## Notice to New Hampshire residents

NEITHER THE FACT THAT A REGISTRATION STATEMENT OR AN APPLICATION FOR A LICENSE HAS BEEN FILED UNDER RSA 421-B WITH THE STATE OF NEW HAMPSHIRE NOR THE FACT THAT A SECURITY IS EFFECTIVELY REGISTERED OR A PERSON IS LICENSED IN THE STATE OF NEW HAMPSHIRE CONSTITUTES A FINDING BY THE SECRETARY OF STATE THAT ANY DOCUMENT FILED UNDER RSA 421-B IS TRUE, COMPLETE AND NOT MISLEADING. NEITHER ANY SUCH FACT NOR THE FACT THAT AN EXEMPTION OR EXCEPTION IS AVAILABLE FOR A SECURITY OR A TRANSACTION MEANS THAT THE SECRETARY OF STATE HAS PASSED IN ANY WAY UPON THE MERITS OR QUALIFICATIONS OF, OR RECOMMENDED OR GIVEN APPROVAL TO, ANY PERSON, SECURITY OR TRANSACTION. IT IS UNLAWFUL TO MAKE, OR CAUSE TO BE MADE, TO ANY PROSPECTIVE PURCHASER, CUSTOMER OR CLIENT ANY REPRESENTATION IN-CONSISTENT WITH THE PROVISIONS OF THIS PARAGRAPH.

## Presentation of financial and other information; material weaknesses; SEC review

Unless otherwise indicated, all financial information included in this offering memorandum is derived from NNC's historical consolidated audited balance sheet as of December 31, 2005 and consolidated audited statements of operations, changes in equity and comprehensive income (loss) and cash flows for the years ended December 31, 2003, 2004 and 2005 and NNC's historical unaudited condensed consolidated financial statements as of March 31, 2006 and for the three month periods ended March 31, 2005 and 2006, which have been prepared on the basis of accounting principles generally accepted in the United States, or U.S. GAAP. Unless otherwise indicated, all references to dollars and "$" shall mean United States dollars.

We and our independent registered chartered accountants have identified a number of material weaknesses related to our internal control over financial reporting and concluded that our internal control over financial reporting was ineffective as of December 31, 2005. We continue to identify, develop and implement remedial measures to address these material

iii

weaknesses, which remain unremedied. These material weaknesses, if not fully addressed, could result in accounting errors such as those underlying the restatements of our consolidated financial statements more fully discussed in the "Controls and Procedures" sections of NNC's Annual Report on Form 10-K for the year ended December 31, 2003, or the 2003 Annual Report, and NNC's Annual Report on Form 10-K/A for the year ended December 31, 2005, or the 2005 Annual Report, each of which are attached hereto. After considering these material weaknesses among other matters, our chief executive officer, or CEO, and chief financial officer, or CFO, have concluded, most recently as of March 31, 2006, that our disclosure controls and procedures are not effective to provide reasonable assurance that information required to be disclosed in the reports we file and submit under the U.S. Securities Exchange Act of 1934, as amended, or the Exchange Act, is recorded, processed, summarized and reported as and when required.

In addition, in part as a result of the compensating procedures and processes that we are applying to our financial reporting process, during the preparation of our financial statements for recent periods (including 2004, 2005 and interim periods in 2005), we identified a number of adjustments to correct accounting errors related to prior periods, including the errors corrected in the most recent restatement. In the past, we also recorded adjustments that were immaterial to the then-current period and to the prior periods in the financial statements for the then-current period (many of these adjustments have now been recorded in the appropriate prior periods in connection with the restatement of our consolidated financial statements for the years ended December 31, 2003 and 2004 and the quarters ended March 31, 2004 and 2005, June 30, 2004 and 2005, and September 30, 2004 and 2005, or the Third Restatement). As long as we continue to have material weaknesses in our internal control over financial reporting, we may in the future identify similar adjustments to prior period financial information. Adjustments that may be identified in the future could require further restatement of our financial statements.

For more detailed information on the risks related to these matters, see the "Risk factors" sections of the 2005 Annual Report and NNC's Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2006, or the First Quarter 2006 Report, each of which is attached hereto.

In the course of filing with the SEC the registration statement that we have agreed to file relating to the Notes and the guarantees, we may be required to make changes to the description of our business and other information and financial data. While we believe that, except as noted below, the financial data included in this offering memorandum have been prepared in a manner that complies in all material respects with U.S. GAAP and the regulations published by the SEC, comments by the SEC on our financial data or other information in the registration statement for the exchange offer required by the registration rights agreement may require modification or reformulation of the data we present in this offering memorandum.

This offering memorandum includes only very limited disclosure of financial information for NNI, a Guarantor, and does not include the tabular disclosure with respect to NNI that will be required in the registration statement that we have agreed to file relating to the Notes and the guarantees and in any Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K filed by NNC and NNL following the issuance of the Exchange Notes (as defined herein). In addition, the "Use of proceeds" section in this offering memorandum does not include the

iv

current interest rates of the $1.3 billion one-year credit facility, or the 2006 Credit Facility, that will be required in the above-mentioned registration statement.

The consolidated financial statements and related information of the Company are incorporated by reference herein and readers are cautioned that there are material differences between the financial information presented for NNC under "Summary—Selected historical consolidated financial information of NNC" and the Company. For example, NNC's audited consolidated balance sheet as of December 31, 2005 and audited consolidated statements of operations, changes in equity and comprehensive income (loss) and cash flows for the year ended December 31, 2005 are materially different from the corresponding consolidated audited financial statements of NNL, relating primarily to (i) the shareholder litigation expense which was recognized in the consolidated audited financial statements of NNC but was not recognized in the consolidated audited financial statements of NNL; (ii) the reporting of the Company's Existing Preferred Stock (as defined under "Description of the Notes—Certain Definitions") in the item minority interests in subsidiary companies in the audited consolidated balance sheets of NNC and the reporting of dividends and the related taxes in minority interests—net of tax in the audited consolidated statements of operations of NNC; and (iii) the reporting of NNC's 4.25% Convertible Senior Notes due September 1, 2008 in the audited consolidated balance sheets of NNC and related interest expense in the audited consolidated statements of operations of NNC which are not reported in the audited consolidated financial statements of the Company. We have not provided financial information for the Company because the Company is the principal direct operating subsidiary of NNC and its results are consolidated into NNC's results. In addition, the Notes are fully and unconditionally guaranteed by NNC and certain financial covenants in the indenture for the Notes are calculated based on the consolidated financial information of NNC.

Commencing in the first quarter of 2006, we met the criteria under Statement of Financial Accounting Standards No. 131 to change our reportable segments to reflect the two product groups that we announced on September 30, 2005. The restated segment data included in Annex A to this offering memorandum does not reflect any further change in our reportable segments either as a result of our establishment of an operating segment that focuses on providing professional services, which we expect to become a reportable segment in the second half of 2006, or our announcement on May 16, 2006 of a new business initiative to drive market share in the video bandwidth market, as to which we are currently assessing the impact on our reportable segments.

## Non-GAAP financial measures

The SEC has adopted rules to regulate the use in filings with the SEC and in public disclosures of "non-GAAP financial measures." These rules govern the manner in which non-GAAP financial measures are publicly presented.

We have included non-GAAP financial measures in this offering memorandum, including Adjusted EBITDA, net debt and Consolidated Fixed Charges, that may not comply with the SEC rules governing the presentation of non-GAAP financial measures. We have presented Adjusted EBITDA and Consolidated Fixed Charges because they are financial measures used as factors in testing whether the Company, the Guarantors and their subsidiaries may incur additional funded debt under the terms of the Notes and the related indenture, among other things. We have also presented the ratio of net debt to Adjusted EBITDA, because we believe it provides information that is useful to understand our past financial performance and prospects for the

HIGHLY CONFIDENTIAL

future and because it is a measure that is commonly used by investors in understanding high yield debt instruments. These measures are derived on the basis of methodologies other than in accordance with U.S. GAAP. See "Summary—Selected historical consolidated financial information of NNC" for a description of the calculation of Adjusted EBITDA, net debt and Consolidated Fixed Charges and a quantitative reconciliation of (1) Adjusted EBITDA to EBITDA and to the most directly comparable U.S. GAAP measure, net income (loss) from continuing operations and (2) Consolidated Fixed Charges to the most directly comparable U.S. GAAP measure, interest expense. Our measurements of Adjusted EBITDA, net debt and Consolidated Fixed Charges may not be comparable to those of other companies. The SEC may require that these measures be presented differently or not at all in filings we make with it.

# Enforcement of civil liabilities

Each of NNC and NNL is a Canadian corporation. A substantial portion of their assets are located in Canada and many of their directors and executive officers, and some of the experts named in this document, are residents of Canada. As a result, it may be difficult for investors to effect service within the United States upon NNC or NNL or those directors, officers and experts. Execution by United States courts of any judgment obtained against NNC or NNL or any of their directors, officers and experts in United States courts would be limited to their assets or those of that person in the United States. Gordon A. Davies, Esq., General Counsel—Corporate and Corporate Secretary of NNC and NNL, has advised the Issuers that there is doubt as to the enforceability in Canada of United States judgments or liabilities in original actions in Canadian courts predicated solely upon the civil liability provisions of the federal securities laws of the United States.

# Forward-looking statements

Certain statements in this offering memorandum or in the documents incorporated by reference herein may contain words such as "could", "expects", "may", "anticipates", "believes", "intends", "estimates", "plans", "envisions", "seeks" and other similar language and are considered forward-looking statements or information under applicable securities legislation. These statements are based on our current expectations, estimates, forecasts and projections about the operating environment, economies and markets in which we operate. These statements are subject to important assumptions, risks and uncertainties, which are difficult to predict and the actual outcome may be materially different.

Actual results or events could differ materially from those contemplated in forward-looking statements as a result of the following:

(i) risks and uncertainties relating to our restatements and related matters, including:

- our most recent restatement and two previous restatements of our financial statements and related events;

- the negative impact on NNC and NNL of their most recent restatement and delay in filing their financial statements and related periodic reports;

- legal judgments, fines, penalties or settlements, or any substantial regulatory fines or other penalties or sanctions, related to the ongoing regulatory and criminal investigations of us in the U.S. and Canada;

vi

- any significant pending civil litigation actions not encompassed by our proposed class action settlement;

- any substantial cash payment and/or significant dilution of Nortel's existing equity positions resulting from the finalization and approval of our proposed class action settlement, or if such proposed class action settlement is not finalized, any larger settlements or awards of damages in respect of such class actions;

- any unsuccessful remediation of our material weaknesses in internal control over financial reporting resulting in an inability to report our results of operations and financial condition accurately and in a timely manner;

- the time required to implement our remedial measures;

- our inability to access, in its current form, our shelf registration filed with the SEC, and our below investment grade credit rating and any further adverse effect on our credit rating due to our restatements of our financial statements;

- any adverse effect on our business and market price of our publicly traded securities arising from continuing negative publicity related to our restatements;

- our potential inability to attract or retain the personnel necessary to achieve our business objectives;

- any breach by us of the continued listing requirements of the New York Stock Exchange, or NYSE, or Toronto Stock Exchange, or TSX, causing the NYSE and/or the TSX to commence suspension or delisting procedures;

(ii) risks and uncertainties relating to our business, including:

- yearly and quarterly fluctuations of our operating results;

- reduced demand and pricing pressures for our products due to global economic conditions, significant competition, competitive pricing practice, cautious capital spending by customers, increased industry consolidation, rapidly changing technologies, evolving industry standards, frequent new product introductions and short product life cycles, and other trends and industry characteristics affecting the telecommunications industry;

- any material and adverse effects on our performance if our expectations regarding market demand for particular products prove to be wrong or because of certain barriers in our efforts to expand internationally;

- any reduction in our operating results and any related volatility in the market price of our publicly traded securities arising from any decline in our gross margin, or fluctuations in foreign currency exchange rates;

- any negative developments associated with our supply contract and contract manufacturing agreements including as a result of using a sole supplier for key optical networking solutions components, and any defects or errors in our current or planned products;

- any negative impact to us of our failure to achieve our business transformation objectives;

- additional valuation allowances for all or a portion of our deferred tax assets;

- our failure to protect our intellectual property rights, or any adverse judgments or settlements arising out of disputes regarding intellectual property;

vii

HIGHLY CONFIDENTIAL                                  NNC-NNL06705393 / 9

- changes in regulation of the Internet and/or other aspects of the industry;

- our failure to successfully operate or integrate our strategic acquisitions, or failure to consummate or succeed with our strategic alliances;

- any negative effect of our failure to evolve adequately our financial and managerial control and reporting systems and processes, manage and grow our business, or create an effective risk management strategy; and

(iii) risks and uncertainties relating to our liquidity, financing arrangements and capital, including:

- the impact of our most recent restatement and two previous restatements of our financial statements;

- any inability of us to manage cash flow fluctuations to fund working capital requirements or achieve our business objectives in a timely manner or obtain additional sources of funding;

- high levels of debt, limitations on us capitalizing on business opportunities because of credit facility covenants, or on obtaining additional secured debt pursuant to the provisions of indentures governing certain of our public debt issues and the provisions of our credit facilities;

- any increase of restricted cash requirements for us if we are unable to secure alternative support for obligations arising from certain normal course business activities, or any inability of our subsidiaries to provide us with sufficient funding;

- any negative effect to us of the need to make larger defined benefit plans contributions in the future or exposure to customer credit risks or inability of customers to fulfill payment obligations under customer financing arrangements;

- any negative impact on our ability to make future acquisitions, raise capital, issue debt and retain employees arising from stock price volatility and further declines in the market price of our publicly traded securities, or any future share consolidation resulting in a lower total market capitalization or adverse effect on the liquidity of NNC common shares.

For additional information with respect to certain of these and other factors, see the section entitled "Risk factors" in this offering memorandum, the 2005 Annual Report and NNC's Quarterly Report on Form 10-Q for the quarter ended March 31, 2006, or the 2006 First Quarter Report.

Any forward-looking statements included or incorporated by reference in this offering memorandum speak only as of the date of this offering memorandum or the date of such incorporated document. Unless otherwise required by applicable securities laws, we disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 10

# Registered trademarks

NORTEL, NORTEL (Logo), NORTEL NETWORKS, The GLOBEMARK, NT, and NORTEL > BUSINESS MADE SIMPLE are trademarks of Nortel. MOODY'S is a trademark of Moody's Investor Services, Inc. NYSE is a trademark of the New York Stock Exchange, Inc. SAP is a trademark of SAP AG. S&P and STANDARD & POOR'S are trademarks of The McGraw-Hill Companies, Inc. All other trademarks are the property of their respective owners.

HIGHLY CONFIDENTIAL                     NNC-NNL06705393 / 11

(This page intentionally left blank)

HIGHLY CONFIDENTIAL

# Summary

The following summary should be read in conjunction with, and is qualified in its entirety by, the more detailed information and financial statements (and notes thereto) contained elsewhere or incorporated by reference in this offering memorandum. For a discussion of certain factors to be considered in connection with an investment in the Notes, see "Risk factors."

# Company overview

### Nortel

Nortel is a global supplier of communication equipment serving both service provider and enterprise customers. We deliver products and solutions that help simplify networks, improve productivity as well as drive value creation and efficiency for consumers. Our technologies span access and core networks, support multimedia and business-critical applications, and help eliminate today's barriers to efficiency, speed and performance by simplifying networks and connecting people with information. Our networking solutions consist of hardware, software and services. Our business activities include the design, development, assembly, marketing, sale, licensing, installation, servicing and support of these networking solutions. As a substantial portion of our business has a technology focus, we are dedicated to making strategic investments in research and development, or R&D. We believe one of our core strengths is strong customer loyalty from providing value to our customers through high reliability networks, a commitment to ongoing support, and evolving solutions to address product technology trends.

For the year 2005, we had revenues of $10.52 billion, a net loss of $2.57 billion and Adjusted EBITDA (a measure that is used as a factor in certain tests under the covenants in the indenture for the Notes) of $913 million. For the first three months of 2006, we had revenues of $2.38 billion, a net loss of $167 million and Adjusted EBITDA of $17 million. As of March 31, 2006, our total assets were approximately $17.84 billion and our total shareholders' equity was approximately $675 million. None of our customers represented more than 10% of NNC's consolidated revenues in 2005. During the three months ended March 31, 2006, we had one customer that generated revenues of approximately $275 million or 11.5% of total consolidated revenues. Those revenues did not relate specifically to one of our reportable segments, but rather were earned in both of our reportable segments during the quarter. For additional information on Adjusted EBITDA and a reconciliation of Adjusted EBITDA to EBITDA and to the most directly comparable U.S. GAAP measure, net earnings (loss) from continuing operations, see "—Selected historical consolidated financial information of NNC".

### Our Segments

During 2005, our operations were organized into four reportable segments: Carrier Packet Networks, Code Division Multiple Access, or CDMA, Networks, Global System for Mobile communications, or GSM, and Universal Mobile Telecommunications Systems, or UMTS, Networks and Enterprise Networks. On September 30, 2005, we announced a new organizational structure, effective January 1, 2006, that included, among other things, combining the businesses represented by our four reportable segments at that time into two product groups: (i) Enterprise Solutions and Packet Networks, which combines optical networking solutions

1

(included in our Carrier Packet Networks segment in 2005), data networking and security solution, and portions of circuit and packet voice solutions (included in both our Carrier Packet Networks segment and Enterprise Networks segment in 2005) into a unified product group; and (ii) Mobility and Converged Core Networks, which combines our CDMA solutions and GSM and UMTS solutions (each a separate segment in 2005) and other circuit and packet voice solutions (included in our Carrier Packet Networks segment in 2005). These organizational changes resulted in a change to our reportable segments. Commencing in the first quarter of 2006, Mobility and Converged Core Networks and Enterprise Solutions and Packets Networks form our reportable segments.

See "—Our Strategy" for potential future changes in our reportable segments.

## Mobility and Converged Core Networks

### Products

Mobility and Converged Core Networks provides mobility networking solutions using CDMA solutions, GSM and UMTS solutions, carrier circuit and packet voice solutions and professional services. Mobility networking refers to communications networks that enable end-users to be mobile while they send and receive voice and data communications using wireless devices, such as cellular telephones, personal digital assistants and other computing and communications devices. These networks use specialized network access equipment and specialized core networking equipment that enable an end-user to be connected and identified when not in a fixed location. In addition, our carrier circuit and packet voice solutions provide a broad range of voice solutions to our service provider customers, including local, toll, long distance and international gateway capabilities using either circuit or packet-based switching technologies. Our service provider customers in this segment include local and long distance telephone companies, wireless service providers, cable operators and other communication service providers.

### CDMA networks solutions

CDMA is a second generation, or 2G, wireless standard, also known as IS-95 or cdmaOne, and is supported globally. CDMA networks are evolving to third generation, or 3G, according to the CDMA 3G 1xRTT (single channel (1x) Radio Transmission Technology) standard, also known as CDMA2000, for voice and high-speed data mobility. CDMA 3G 1xEV-DO, or Evolution Data Optimized, are extensions of CDMA 3G standards for high speed wireless networks for data, voice and multimedia communications. We also provide Time Division Multiple Access, or TDMA, solutions, a 2G wireless standard supported mainly in the United States, Canada and the Caribbean and Latin America region, or CALA. Our Mobility and Converged Core Networks segment is also developing products and services to compete in the emerging broadband wireless segment based on Orthogonal Frequency Division Multiplexing and commonly known as Worldwide Interoperability for Microwave Access, or WiMAX.

### GSM and UMTS networks solutions

GSM is a 2G wireless standard supported globally. GSM networks have evolved to carry data, as well as voice, using the General Packet Radio Standard, or GPRS. GPRS is viewed as a 2.5G technology that provides faster and therefore increased data transmission capabilities. Enhanced Data Rates for Global Evolution, or EDGE, is a further evolution of GSM systems to support higher data speeds. In addition to higher data speeds, EDGE provides increased voice

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 14

capacity for existing GSM operators. An additional variant of the GSM standard, called GSM-R, focuses on the delivery of communications and control services for railway systems. The GSM technologies have now evolved to embrace Wideband CDMA, or WCDMA, which is also referred to as UMTS. UMTS combines WCDMA-based radio access with packet switching technology to provide high capacity, high speed wireless networks for data, voice and multimedia communications. We also offer High Speed Downlink Packet Access, or HSDPA, software upgrades to existing UMTS networks. HSDPA is a technology that provides greater download speeds and interactivity with end-users.

*Carrier circuit and packet voice solutions*

Our carrier circuit and packet voice solutions simplify network architectures by combining voice, multimedia and emerging broadband applications for revenue generating services to one packet network. We are a leader in the development and deployment of highly scalable circuit switched and secure voice over packet solutions such as Voice over Internet Protocol, or VoIP, for wireline and wireless service providers around the world. Our voice over packet solutions offer service providers opportunities for new revenue sources and operating and capital cost reduction, as well as high levels of reliability and network resiliency. Our solutions include the following:

- Our wireline voice over packet network solutions for service providers, which include softswitches and media gateways. The portfolio provides the complete range of voice over packet solutions, including local, toll, long-distance and international gateway capabilities, and enables voice applications to run on the multi-service packet network. These solutions leverage more efficient packet-based, as opposed to circuit-based, technologies that drive reduced capital and operational costs for service providers and provide a platform for the delivery of new revenue-generating services, such as Centrex IP and VoIP virtual private networks.

- Our multimedia communications services portfolio allows our customers to deploy new, enhanced multimedia services, including video, collaboration as well as call control and call management services. The portfolio consists of a session initiation protocol, or SIP, based application server that can enable an interactive user session involving multimedia elements such as video, voice, chat, gaming and virtual reality. For example, users are provided with the flexibility to customize their communications by selecting the medium over which they wish to receive a particular message (such as wireline or wireless telephony, e-mail and instant messaging) and by setting screening criteria such as time of day and day of week, month or year.

- Our portfolio of digital, circuit-based telephone switches provides local, toll, long-distance and international gateway capabilities for service providers. These systems enable service providers to connect end-users making local and long-distance telephone calls. These products can evolve to voice over packet solutions.

- Our Nortel Networks Developers Partner Program develops solutions to drive the interoperability of our VoIP multimedia communications and our digital, circuit-based telephone switch portfolios with third party vendors including infrastructure and application companies.

- Our IP Multimedia Subsystem, or IMS, solution is designed to enable fixed, mobile and cable operators to create a converged core network and rapidly deploy a wide variety of new services. The IMS solution currently is in trial in North America.

3

HIGHLY CONFIDENTIAL

These solutions work alone or in combination with each other to provide traditional voice services, advanced packet voice services and enhanced multimedia services to service providers around the world.

## Markets

The market for our wireless networking solutions is global. We anticipate that industry demand for wireless networking equipment will be impacted by continued subscriber and network traffic growth, and the effectiveness of 2.5G and 3G wireless networking systems including those based on CDMA 3G and UMTS spread spectrum technology. The migration from 2G to 2.5G and 3G wireless communications technologies in various markets is also largely dependent on the effective transition from circuit switching technologies in 2G core networks to packet-based networking technologies in 3G core networks. We believe that our extensive experience in deploying CDMA wireless communications networks combined with our expertise in packet-based networking for wireline networks is a competitive strength during the migration from 2G to 2.5G and 3G wireless communications networks, and in emerging broadband wireless networking segments. Commercial CDMA 3G networks have been launched in the United States, Canada and certain countries in the CALA, Africa, Middle East and the Asia Pacific regions. CDMA networks operating in the 450 MHz radio spectrum are also expanding into Central and Eastern Europe. We anticipate that industry demand for GSM and UMTS wireless networking solutions will be impacted by continued subscriber growth in developing markets requiring network expansion to accommodate an increase in network traffic. In developed markets, a significant number of service providers are evolving their networks with enhanced voice and data capabilities provided by Adaptive MultiRate and EDGE technologies. UMTS networks are being deployed by service providers to meet expected growth in usage levels. Certain service providers are also focusing on upgrading their UMTS networks to support HSDPA. The market for wireless data services is expected to continue to grow.

The market for our carrier circuit and packet voice solutions is global. To meet the growing demand for new revenue generating services and network efficiency, we anticipate growth in demand for packet-based networking equipment that supports the convergence of data, voice and multimedia communications over a single communications network and that provides greater network capacity, reliability, speed, quality and performance. We anticipate a continued increase in deployments of service provider VoIP networks worldwide. While we anticipate growth in VoIP networks, we also anticipate a decline in traditional voice networks. We anticipate an increased emphasis by service providers towards end-user networks in addition to their efforts to modernize the inter-connection of those networks. Increased competition between services providers has led to consolidation of these customers. Cable operators and new Internet service providers are entering the voice and data markets and are increasing the competitive pressure on established service providers. For example, cable operators provide high speed data services as well as voice services by using VoIP technology. Similarly, established service providers are using existing broadband networks and expanding those broadband networks to offer bundled services such as telephone, high speed Internet and television services across those broadband networks.

## Customers

Our customers are wireless and wireline service providers, and their customers are the subscribers for wireless and wireline communications services. The top 20 global wireless service providers collectively account for a majority of all wireless subscribers around the world. We

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 16

are currently focused on increasing our market presence among the top global wireless and wireline service providers.

**Competition**

Our major competitors in the global wireless CDMA infrastructure business have traditionally included Motorola Inc. and Lucent Technologies Inc., or Lucent, with each focusing to varying degrees on the international standards represented by CDMA technologies. More recently, Samsung Electronics Co., Ltd., or Samsung, has emerged as a competitor in the sale of CDMA systems, and Huawei Technologies Co., Ltd., or Huawei, and ZTE Corporation have emerged as competitors in the sale of CDMA systems in China and many other developing countries. Generally, the vendors that compete in the GSM market are the same vendors that compete in the UMTS market. In the GSM and UMTS market, our major competitors are Telefonaktiebolaget LM Ericsson, or Ericsson, Nokia Corporation, Siemens Aktiengesellschaft, or Siemens, Alcatel S.A., or Alcatel, Motorola, Huawei and ZTE Corporation. Lucent, Samsung, NEC Corporation, or NEC, also offer UMTS solutions. Cisco Systems, Inc., or Cisco, also competes in the area of wireless data core network equipment.

Our principal competitors in the market for carrier circuit and packet voice solutions are large communications companies such as Siemens, Alcatel, Cisco, Ericsson and Lucent. We also compete against niche competitors, such as Sonus Systems Limited, BroadSoft, Inc. and Tekelek (which acquired Taqua Inc. in 2004). Certain competitors are also strong on a regional basis, such as Huawei and ZTE Corporation in the Asia Pacific region. Some niche competitors are partnering with larger companies to enhance their product offerings and large communications competitors are also looking for these partnerships or alliances to broaden their product offerings.

**Enterprise Solutions and Packet Networks**

**Products**

Enterprise Solutions and Packet Networks provides enterprise circuit and packet voice solutions, data networking and security solutions and optical networking solutions. Our solutions for enterprises are used to build new networks and by customers who want to transform their existing communications network into a more cost effective, packet-based network supporting data, voice and multimedia communications. Our optical and data networking solutions efficiently transform our customers' networks (both enterprise and carrier) to be more scalable and reliable for the high speed delivery of diverse multimedia communication services.

*Enterprise circuit and packet voice solutions*

Our portfolio of enterprise circuit and packet voice communications solutions includes:

- Our communications servers and remote gateway products which provide converged data, voice and multimedia communications systems using VoIP or SIP. We provide a broad range of VoIP based telephone devices for use in offices and conference rooms, mobile devices for use in wireless local area networks, or WLAN, and personal data assistants and softphones for use in personal and laptop computers.

- Our customer premises-based circuit and packet telephone switching systems which are designed for small, medium and large commercial enterprises and government agencies. These systems provide or can be configured with multiple applications, including voice

5

HIGHLY CONFIDENTIAL

communications features, such as voice messaging, call waiting and call forwarding, as well as advanced voice services, converged multimedia applications and other networking capabilities.

- Our customer contact center, messaging and interactive voice and web service solutions which are advanced communications tools designed to work with our customer premises-based solutions. These tools enable employees to efficiently and productively communicate with business contacts and other employees regardless of where they are located, the applicable time zone or whether they choose to interact over the telephone or the Internet.

### Data networking and security solutions

We offer a broad range of data networking (packet switching and routing), optical, and security solutions for our enterprise customers, including:

- Our data switches, secure routers and associated security products, which provide data switching designed to allow our customers to provide Internet data security and IP services including IP routing, virtual private networks, deep packet inspection, firewall applications, policy management and data traffic flow management. These products also enable our customers to manage and prioritize the Internet content that is provided to end-users and balance the amount of communications traffic on multiple Internet servers.

- Our Ethernet switch portfolio, which is a series of high performance packet switches for our enterprise customers' small to large local area networks that use the Ethernet, a standard computer networking protocol for local area networks. A portfolio of Ethernet switches also supply standards-based Power-Over-Ethernet to various devices, including IP telephones, WLAN access points, security cameras and compatible remote devices.

- Our multi-protocol routers, which offer high-speed, high-capacity and medium-capacity data switching to support a wide range of data communications technologies, including multi-protocol label switching, Asynchronous Transfer Mode, or ATM, IP and frame relay services. Our Ethernet routing switches deliver IP routing and switching.

- Our portfolio of WLAN service switching products, which are designed to provide secure and efficient transmission of WLAN data and voice traffic for mobile users. Our wireless mesh network solution incorporates the latest security standards to protect both user access and network access by providing security between wireless access points. A wireless mesh solution is ideal for WLAN coverage of large open areas, both indoor and outdoor and in areas where Ethernet cabling does not exist and is prohibitive to install. Our WLAN voice products integrate with our communications servers and gateway products to provide a wireless VoIP solution for our customers.

- Our portfolio of optical networking products, which are designed to provide high-speed broadband connectivity between businesses, municipalities, healthcare, financial, and educational institutions. Optical networks are also used to extend the range of storage area networks to enable our customers to consolidate their data servers. Our products enable enterprises to deploy these storage area networks in alternate locations, providing geographic redundancy as part of their business continuity strategy.

We offer a wide range of data networking solutions to our service provider customers. Our wide area network, or WAN, solutions, Carrier Ethernet and IP service platforms enable our service provider customers to offer connectivity solutions and high value services to both enterprises and residential customers. Connectivity solutions include packet services such as IP,

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 18

Ethernet, frame relay and ATM. High-value services, such as IP virtual private networks, enable an enterprise to connect with other enterprise sites and remote users and to securely connect with business partners. These high-value services also provide enhanced network capabilities, such as network security, network address translation and class of service, that enable service providers to offer a wide range of networking services beyond basic connection to the network.

### Optical networking solutions

Our optical networking solutions efficiently transform our customers' networks to be more scalable and reliable for the high speed delivery of diverse multimedia communication services. These solutions include next generation photonic Coarse/Dense Wavelength Division Multiplexing, or C/DWDM, transmission solutions, multiservice synchronous optical transmission solutions, optical switching solutions and network management and intelligence software. We also offer our customers a variety of related professional services. Our solutions include the following:

- Our next generation photonic networking C/DWDM solutions, which allow multiple light wave signals to be transmitted on the same fiber optic strand simultaneously by using different wavelengths of light to distinguish specific signals, thereby increasing the capacity and flexibility of a network.

- Our multiservice synchronous optical transmission systems, which use traditional optical standards, including the SONET standard, the most common standard in the United States and Canada and some countries in the Asia Pacific region, and the SDH standard, the most common standard in the EMEA and CALA regions and many other countries. Our multiservice SONET/SDH solutions comprise optical platforms that integrate diverse protocols and technologies to deliver services over a cost effective, scalable and reliable converged services network.

- Our optical switching solutions, which enable communication signals in optical fibers to be selectively directed or "switched" from one network circuit to another.

Our network management software and intelligence solutions are designed to give our customers the ability to monitor and improve the performance of their networks.

### Markets

We offer enterprise circuit and packet voice and data networking and security solutions to enterprises around the world. We believe enterprise customers are focusing more on how their communications needs integrate into their overall business processes. As a result, we anticipate that global demand for packet-based networking equipment that supports the convergence of data, voice and multimedia communications over a single communications network and that provides greater network capacity, reliability, speed, quality and performance will continue to increase. Globally, enterprise customers continue to invest in equipment for their communications networks, primarily for network security and resiliency, for VoIP, WLANs and for virtual private networks.

We expect that any additional capital spending by our customers will continue to be directed toward opportunities that enhance customer performance, generate revenue and reduce costs in the near term.

The outlook for optical equipment sales is positive, with the optical market currently experiencing increasing growth in metro network deployments for mobile and broadband

7

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 19

backhaul and for video content distribution, with spending growth moderated by pricing pressures.

## Customers

We offer our products and services to a broad range of enterprise customers around the world, including large businesses and their branch offices, small businesses and home offices, as well as government agencies, educational and other institutions and utility organizations. Key industry sectors for our business customers include the telecommunications, high-technology manufacturing, government (including the defense sector), and financial services sectors. We also serve customers in the healthcare, retail, education, hospitality, services, transportation and other industry sectors. We are currently focused on increasing our market presence with enterprise customers. In particular, we intend to focus on leading enterprise customers with high performance networking needs. We use numerous distribution channels for delivering solutions to enterprises, including our own direct sales force for large enterprises and governments, and distributors, resellers and partners for medium-sized and smaller enterprises. Certain of our service provider customers, as well as system integrators, distributors and resellers, also act as distribution channels for our enterprise sales.

We offer our circuit and packet voice solutions and optical solutions to a wide range of service providers including local and long distance telephone companies, wireless service providers, cable operators, Internet service providers as well as other communication service providers. We also offer data networking and security solutions and optical solutions to enterprises for private enterprise networking, as well as to service providers and system integrators that in turn build, operate and manage custom dedicated and shared networks for their customers such as businesses, government agencies and utility organizations.

## Competition

Our principal competitors in the sale of our enterprise circuit and packet voice and data networking and security solutions are Cisco, Avaya Inc., Siemens, Alcatel, NEC and Lucent. Avaya is our largest competitor in the sale of voice equipment while Cisco is our largest competitor in the sale of data networking equipment to enterprises. We also compete with smaller companies that address specific niches in data networking, such as Juniper Networks, Inc., 3Com Corporation, Extreme Networks, Inc., and Enterasys Networks, Inc. We expect competition to remain intense as enterprises look for ways to maximize the effectiveness of their existing networks while reducing ongoing capital expenditures and operating costs.

Our major competitors in the sale of optical networking equipment are Siemens, Alcatel, Cisco and Lucent. Other competitors in optical include Fujitsu Limited, Ericsson (which acquired Marconi in 2005), Huawei, NEC, Ciena Corporation, ADVA International Inc. and ZTE. Some niche competitors are partnering with larger companies to enhance their product offerings and large communications competitors are also looking for these partnerships or alliances to complete their product offerings. Market position in the global market for optical networking equipment can fluctuate significantly on a quarter-by-quarter basis. However, we continue to be a leading global provider of optical networking equipment. No one competitor is dominant in the optical market.

8

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 20

## Our strategy

We continue to drive our business forward with a renewed focus on execution and operational excellence through (i) the transformation of our businesses and processes, (ii) integrity renewal and (iii) growth imperatives.

Our plan for business transformation is expected to address our biggest operational challenges and is focused on simplifying our organizational structure, reflecting the alignment of carrier and enterprise networks, and maintains a strong focus on revenue generation as well as quality improvements and cost reduction through a program known as Six Sigma. This program contemplates the transformation of our business in six key areas: services, procurement effectiveness, revenue stimulation (including sales and pricing), R&D effectiveness, general and administrative effectiveness, and organizational and workforce effectiveness. Employees throughout our organization are engaged in supporting various objectives in each of these areas.

We remain focused on integrity renewal through a commitment to effective corporate governance practices, remediation of our material weaknesses in our internal controls and ethical conduct. We have enhanced our compliance function to increase compliance with applicable laws, regulations and company policies and to increase employee awareness of our code of ethical business conduct.

Our long-term growth imperatives are motivated by a desire to generate profitable growth and focus on areas where we can attain a leadership position and a minimum market share of twenty percent in key technologies. Some areas in which we plan to increase our investment include products compliant with the WiMAX standard, the IMS architecture and IPTV. On May 16, 2006, we announced a new business initiative to drive market share in the growing video bandwidth market, or Metro Ethernet Networks. Metro Ethernet Networks will combine our optical solutions and the carrier portion of our data networking and security solutions currently included in our Enterprise Solutions and Packet Networks segment, which are designed to deliver innovative Ethernet portfolios with high quality, reliability, and security. We are currently assessing the impact of this new business initiative on our reportable segments.

Recent key strategic and business initiatives include the continued progress of our finance transformation project, which will implement, among other things, a new information technology platform to provide an integrated global financial system; establishing a greater presence in Asia Pacific through our recently established joint venture with LG; strengthening our end-to-end convergence solutions and focus on the enterprise market, including the acquisition of Tasman Networks Inc., or Tasman Networks; and evolving our supply chain strategy.

We are also in the process of establishing an operating segment that focuses on providing professional services in five key areas: integration services, security services, managed services, optimization services and maintenance services, which are currently a component of all of our networking solutions and reportable segments. We expect this operating segment to become a reportable segment in the second half of 2006.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 21

## Recent Developments

**Proposed Class Action Settlement**

On February 8, 2006, we announced an agreement in principle to settle two significant class action lawsuits pending in the U.S. District Court for the Southern District of New York, or the Proposed Class Action Settlement. This settlement would be part of, and is conditioned on, our reaching a global settlement encompassing all pending shareholder class actions and proposed shareholder class actions commenced against us and certain other defendants following our announcement of revised financial guidance during 2001 and our revision of certain of our 2003 financial results and restatement of other prior periods. The Proposed Class Action Settlement is also conditioned upon the receipt of all required court, securities regulatory and stock exchange approvals. On March 17, 2006, we announced that we and the lead plaintiffs reached an agreement on the related insurance and corporate governance matters including our insurers agreeing to pay $228.5 million in cash towards the settlement and us agreeing with our insurers to certain indemnification obligations. We believe that these indemnification obligations would be unlikely to materially increase our total cash payment obligations under the Proposed Class Action Settlement. On April 3, 2006, the insurance proceeds were placed into escrow by the insurers. The insurance payments would not reduce the amounts payable by us as noted below. We also agreed to certain corporate governance enhancements, including the codification of certain of our current governance practices (such as the annual election by our directors of a non-executive Board chair) in our Board of Directors written mandate and the inclusion in our annual proxy circular and proxy statement of a report on certain of our other governance practices (such as the process followed for the annual evaluation of the Board, committees of the Board and individual directors). The Proposed Class Action Settlement would contain no admission of wrongdoing by us or any of the other defendants.

Under the terms of the proposed global settlement contemplated by the Proposed Class Action Settlement, we would make a payment of $575 million in cash, issue 628,667,750 of Nortel Networks Corporation common shares (representing 14.5% of our equity as of February 7, 2006), and contribute one-half of any recovery in our existing litigation against our former president and chief executive officer, former chief financial officer and former controller, who were terminated for cause in April 2004, seeking the return of payments made to them under our bonus plan in 2003. In the event of a share consolidation of Nortel Networks Corporation common shares, the number of Nortel Networks Corporation common shares to be issued pursuant to the Proposed Class Action Settlement would be adjusted accordingly. The proposed settlement amount would include all plaintiffs court-approved attorney's fees. As a result of the Proposed Class Action Settlement, we established a litigation provision and recorded a charge to our full-year 2005 financial results of $2,474 million (net of insurance proceeds), of which $575 million related to the proposed cash portion of the Proposed Class Action Settlement, while $1,899 million related to the proposed equity component. We adjusted the equity component in the first quarter of 2006 and will further adjust it in future quarters based on the fair value of the Nortel Networks Corporation common shares issuable until the finalization of the settlement. As of March 31, 2006, the fair value of the proposed equity component increased to $1,918 million, resulting in an additional shareholder litigation settlement expense of $19 million. As of June 14, 2006, the fair value of the proposed equity component was approximately $1,333 million. On June 1, 2006, we deposited the $575 million cash payment plus accrued interest of $5 million into escrow pending satisfactory completion of all conditions to the Proposed Class Action Settlement. On June 21, 2006, we announced that we entered into stipulations and agreements of settlement with the lead plaintiffs. We

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 22

also reached agreement with the plaintiffs in the Canadian actions with respect to the Proposed Class Action Settlement. The settlement remains conditioned, among other things, on receipt of all required court, securities regulatory and stock exchange approvals. Although settlement agreements have been entered into, at this time, there can be no assurance that all conditions to such agreements will be satisfied. The Proposed Class Action Settlement and the litigation provision charge taken in connection with the Proposed Class Action Settlement do not relate to ongoing regulatory and criminal investigations and do not encompass the previously disclosed related ERISA action, the previously disclosed pending application in Canada for leave to commence a derivative action against certain current and former officers and directors of Nortel, and the previously reported proposed Ontario shareholder class action against Nortel and certain current and former directors and certain former officers in respect of the payment of cash bonuses to executives, officers and employees in 2003 and 2004 under the Nortel Networks Return to Profitability bonus program. For additional information, see the "Risk Factors" section, note 18 "Contingencies" of the unaudited condensed consolidated financial statements in the 2006 First Quarter Report incorporated by reference herein and NNC's Current Report on Form 8-K dated June 21, 2006 incorporated by reference herein.

### Credit and Support Facilities

On February 14, 2006, we entered into the 2006 Credit Facility. This new facility consists of (i) a senior secured one-year term loan facility in the amount of $850 million, or Tranche A Term Loans, and (ii) a senior unsecured one-year term loan facility in the amount of $450 million, or Tranche B Term Loans. We will use $1.3 billion of the net proceeds of this offering to repay the 2006 Credit Facility. For more information on the 2006 Credit Facility, see "Liquidity and Capital Resources—Future Sources of Liquidity" in the MD&A section of the 2006 First Quarter Report.

### Acquisitions

On February 24, 2006, we acquired 100% of the common and preferred shares of Tasman Networks, an established networking company that provides a portfolio of secure enterprise routers, for $99 million in cash and related liabilities. The preliminary purchase price allocation of $99 million included approximately $101 million of goodwill and $2 million in net liabilities assumed. For additional information, see "Acquisitions, divestitures and closures" in note 9 of the unaudited condensed consolidated financial statements in the 2006 First Quarter Report.

### Joint Ventures

On November 9, 2005, we and Huawei entered into a non-binding Memorandum of Understanding to establish a joint venture for developing ultra broadband access solutions. We and Huawei have now decided not to proceed with a joint venture. The parties are continuing discussions to define the nature that any ongoing alliance or relationship may take. An alliance or relationship, if any, would still be subject to negotiation, execution of definitive agreements and customary regulatory approvals.

### Evolution of Our Supply Chain Strategy

In 2004, we entered into an agreement with Flextronics International Ltd., or Flextronics, regarding the divestiture of substantially all of our remaining manufacturing operations and related activities, including certain product integration, testing, repair operations, supply chain management, third party logistics operations and design assets. We and Flextronics also entered into a four year supply agreement for manufacturing services (whereby after

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 23

completion of the transaction Flextronics will manage approximately $2,500 million of our annual cost of revenues) and a three-year supply agreement for design services.

On May 8, 2006, we completed the transfer to Flextronics of our manufacturing operations and related assets in Calgary, Canada including product integration, testing, repair and logistics operations, representing the final transfer of our manufacturing operations to Flextronics.

The successful completion of the agreement with Flextronics resulted in the transfer of approximately 2,100 employees to Flextronics. We expect gross cash proceeds ranging between $575 million and $625 million, of which approximately $450 million has been received as of June 5, 2006, partially offset by cash outflows incurred to date and expected to be incurred in 2006 attributable to direct transaction costs and other costs associated with the transaction. These proceeds will be subject to a number of adjustments, including potential post-closing date asset valuations and potential post-closing indemnity payments. Any net gain on the sale of this business will be recognized once substantially all of the risks and other incidents of ownership have been transferred.

During the year ended December 31, 2005, we recorded a charge through gain (loss) on sale of businesses and assets of $40 million related to this ongoing divestiture to Flextronics. The charges relate to legal and professional fees, pension adjustments and real estate impairments. During the three months ended March 31, 2006, no gain (loss) on sale of businesses and assets was recorded related to this ongoing divestiture to Flextronics.

For additional information related to the Flextronics divestiture, see "Liquidity and Capital Resources" in the MD&A section of the 2006 First Quarter Report and "Acquisitions, divestitures and closures" in note 9 of the unaudited condensed consolidated financial statements in the 2006 First Quarter Report.

## Plan to Improve Operating Margin and Business Performance

On June 27, 2006, in connection with our previously announced Business Transformation plan to increase competitiveness by improving operating margins and overall business performance, we announced significant changes to our North American pension programs as well as a net reduction of approximately 1,100 positions globally. We also announced a series of new initiatives to create a world-class Operations organization. The announcement is the latest in a series of actions Nortel is taking to achieve a targeted operating-margin expansion in excess of US$1.5 billion in 2008.

Key actions announced include:

- Pension Plan: changes to control costs and align with industry-benchmarked companies.

- Global Operations: initiatives designed to create a world-class Operations organization to speed customer responsiveness and to instill process excellence while reducing costs.

- Organizational Simplification: flatten the organization and shift to a culture marked by agility and accountability.

The latter two actions result in a reduction of approximately 1,900 positions globally and the creation of approximately 800 new positions in Operations Centers of Excellence. Total cost, both the charge to the income statement and cash, for the Global Operations restructuring and the organizational simplification, is estimated to be approximately US$100 million over the next two years, of which approximately US$35 million of the charge to the income statement is expected to be taken in the second quarter of 2006. The cash cost is expected to be incurred

12

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 24