# Incorporation of certain documents by reference

This offering memorandum incorporates by reference the documents set forth below.

| Filings of NNC (SEC File No. 001-07260) | Period/Date |
|---|---|
| Annual Report on Form 10-K/A (with the exception of the audited consolidated financial statements and related notes in Item 8 and the MD&A in Item 7 thereof, which have been replaced by the audited consolidated financial statements and MD&A included in Annex A; as a result of the change in our reportable segments in the first quarter of 2006, we have revised our financial statements to reflect our new segments) | Fiscal year ended December 31, 2005. |
| Quarterly Report on Form 10-Q | Quarterly period ended March 31, 2006. |
| Proxy Statement on Schedule 14A | April 28, 2006. |
| Current Reports on Form 8-K or 8-K/A | January 31, 2006, February 1, 2006, February 8, 2006, February 14, 2006, February 22, 2006, March 9, 2006, March 10, 2006 (except Item 2.02 thereof), March 17, 2006, March 23, 2006, March 27, 2006, April 6, 2006, April 20, 2006, April 25, 2006, May 4, 2006, May 9, 2006, May 19, 2006, June 2, 2006, June 6, 2006 (except Item 2.02 thereof), June 16, 2006 (except Item 7.01 thereof), June 21, 2006, June 27, 2006 (except Item 7.01 thereof). |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 100

| Filings of NNL (SEC File No. 000-30758) | Period/Date |
|---|---|
| Annual Report on Form 10-K (with the exception of the audited consolidated financial statements and related notes in Item 8 and the MD&A in Item 7 thereof, which have been replaced by the audited consolidated financial statements and MD&A included in NNL's Current Report on Form 8-K to be dated June 16, 2006; as a result of the change in NNL's reportable segments in the first quarter of 2006, NNL has revised its financial statements to reflect its new segments) | Fiscal year ended December 31, 2005. |
| Quarterly Report on Form 10-Q | Quarterly period ended March 31, 2006. |
| Current Reports on Form 8-K or 8-K/A | January 31, 2006, February 1, 2006, February 8, 2006, February 14, 2006, February 22, 2006, March 9, 2006, March 10, 2006 (except Item 2.02 thereof), March 17, 2006, March 23, 2006, March 27, 2006, April 6, 2006, April 20, 2006, April 25, 2006, May 4, 2006, May 9, 2006, May 19, 2006, June 2, 2006, June 6, 2006 (except Item 2.02 thereof), June 16, 2006 (except Item 7.01 thereof), June 21, 2006, June 27, 2006 (except Item 7.01 thereof). |

We will provide to each person, including any beneficial owner, to whom an offering memorandum is delivered, upon written or oral request at no cost to the requester a copy of any or all of the reports or documents that have been incorporated by reference in this offering memorandum but not delivered with this offering memorandum. Requests for these reports or documents must be made to the Corporate Secretary at Nortel Networks Corporation, 8200 Dixie Road, Suite 100, Brampton, Ontario, Canada, L6T 5P6, telephone number (905) 863-0000. The incorporated reports and other documents may be accessed at our website at www.nortel.com. The information on the website is not part of this offering memorandum.

# Where you can find more information

NNC and NNL file annual, quarterly and current reports, proxy statements and other information with the SEC. You may read and copy any of the information on file with the SEC at the SEC's Public Reference Room at 100 F Street, NE., Washington, DC 20549. You may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. In addition, the SEC maintains an Internet site at http://www.sec.gov that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC. NNC's and NNL's filings with the SEC are also available to the public from commercial document retrieval services.

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 101

Nortel Networks Corporation common shares are listed on the New York and Toronto stock exchanges. NNC's 4.25% Convertible Notes due 2008 and NNL's related guarantee are also listed on the New York Stock Exchange. Reports and other information concerning NNC or NNL may be inspected at the offices of the New York Stock Exchange, 20 Broad Street, New York, New York 10005.

# Legal matters

The validity of the Notes will be passed upon for us by Gordon A. Davies, Esq., Corporate Secretary and General Counsel—Securities of NNC and NNL. Certain matters under U.S. law in connection with the offering will be passed upon for us by Cleary Gottlieb Steen & Hamilton LLP and certain matters under Canadian law in connection with the offering will be passed upon for us by Ogilvy Renault LLP. Certain matters under U.S. law in connection with the offering will be passed upon for the initial purchasers by Cahill Gordon & Reindel LLP and certain matters under Canadian law in connection with the offering will be passed upon for the initial purchasers by Blake, Cassels & Graydon LLP.

# Independent registered chartered accountants

The consolidated financial statements of NNC and NNL as of December 31, 2004 and 2005 and for each of the years in the three-year period ended December 31, 2005, and management's report on the effectiveness of internal control over financial reporting as of December 31, 2005, attached to and incorporated by reference in this offering memorandum, have been audited by Deloitte & Touche LLP, independent registered chartered accountants, as stated in their reports attached to and incorporated by reference in this offering memorandum, which reports (1) express an unqualified opinion on the consolidated financial statements and consolidated financial statement schedule and include an explanatory paragraph referring to the restatement of the consolidated financial statements as of December 31, 2004 and for the years ended December 31, 2004 and 2003, and includes a separate report titled Comments by Independent Registered Chartered Accountants on Canadian-U.S. Reporting Differences referring to changes in accounting principles that have a material effect on the comparability of the financial statements, (2) express an unqualified opinion on management's assessment of the effectiveness of NNC and NNL's internal control over financial reporting, and (3) express an adverse opinion on the effectiveness of NNC and NNL's internal control over financial reporting because of material weaknesses.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 102

## Annex A:
## NNC Current Report on Form 8-K dated June 16, 2006*

* Includes, among other things, new financial statements as of December 31, 2004 and 2005 and for each year in the three-year period ended December 31, 2005, and new Management's Discussion and Analysis of Financial Condition and Results of Operations, or MD&A, restated or revised only to reflect our new segments as a result of the change in our reportable segments in the first quarter of 2006.

A-1

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 103

(This page intentionally left blank)

HIGHLY CONFIDENTIAL

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 8-K
## CURRENT REPORT

### Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported) June 16, 2006

# NORTEL NETWORKS CORPORATION
*(Exact name of registrant as specified in its charter)*

| CANADA | 001-07260 | NOT APPLICABLE |
|---|---|---|
| *(State or other jurisdiction of incorporation)* | *(Commission File Number)* | *(IRS Employer Identification No.)* |

| 8200 DIXIE ROAD, SUITE 100, BRAMPTON, ONTARIO, CANADA | L6T 5P6 |
|---|---|
| *(Address of principal executive offices)* | *(Zip Code)* |

**Registrant's telephone number, including area code 905-863-0000**

---

**(Former name or former address, if changed since last report.)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 105

**Item 7.01    *Regulation FD Disclosure***

Nortel Networks Corporation (the "Company") is making publicly available by furnishing under cover of this Current Report on Form 8-K certain supplementary financial information, including "Adjusted EBITDA" and "Consolidated Fixed Charges" (measures relevant to covenants under the Notes referred to in Item 8.01 below) and ratio of earnings to fixed charges data, in each case for the periods specified, attached hereto as Exhibits 99.5 and 99.6.

**Item 8.01.    *Other Events.***

On June 16, 2006, the Company announced that its principal direct operating subsidiary, Nortel Networks Limited ("NNL"), commenced a proposed offering of senior unsecured notes (the "Notes") to qualified institutional buyers pursuant to Rule 144A under the U.S. Securities Act of 1933, as amended (the "Securities Act"), and to persons outside of the United States under Regulation S under the Securities Act, subject to market and other conditions. The Notes to be issued by NNL would be fully and unconditionally guaranteed by the Company and initially guaranteed by the Company's indirect subsidiary, Nortel Networks Inc. ("NNI"). The press release announcing the proposed offering is being issued pursuant to and in accordance with Rule 135c under the Securities Act and a copy of this press release is attached hereto as Exhibit 99.4 and incorporated by reference herein.

The Company and NNL are also making publicly available certain additional information. This additional information includes new audited consolidated financial statements as of December 31, 2005 and 2004 and for each of the years in the three-year period ended December 31, 2005, restated only to reflect the change in the Company's and NNL's reportable segments effective January 1, 2006, as well as the management's discussion and analysis of financial condition and results of operations ("MD&A") section and portions of the business description contained in the Company's Annual Report on Form 10-K/A for the year ended December 31, 2005 (the "Company Form 10-K/A") and NNL's Annual Report on Form 10-K for the year ended December 31, 2005 (the "Business Description"), also revised only to reflect the new reportable segments. The Company's new financial statements, MD&A and portions of the Business Description are attached hereto as Exhibits 99.1, 99.2 and 99.3, respectively, and are incorporated by reference herein. The new financial statements and MD&A supersede and replace in their entirety the corresponding historical audited consolidated financial statements (Item 8) and MD&A section (Item 7) included in the Company's Form 10-K/A. The new Business Description should be read together with Item 1 included in the Company's Form 10-K/A.

**Item 9.01.    *Financial Statements and Exhibits.***

(d)  *Exhibits*

23    Consent of Deloitte & Touche LLP.

99.1  Audited Consolidated Financial Statements and the notes thereto of the Company, prepared in accordance with United States generally accepted accounting principles, as of December 31, 2005 and 2004 and for each of the years in the three year period ended December 31, 2005, restated only to reflect the change in reportable segments.

99.2  The MD&A, revised only to reflect the change in reportable segments.

99.3  Portions of the Business Description, revised only to reflect the change in reportable segments.

99.4  Press release issued by the Company on June 16, 2006

99.5  Supplementary financial information of the Company referred to in Item 7.01.

99.6  Computation of Ratio of Earnings from Continuing Operations to Fixed Charges of the Company for the years ended December 31, 2005, 2004, 2003, 2002 and 2001.

HIGHLY CONFIDENTIAL                NNC-NNL06705393 / 106

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

NORTEL NETWORKS CORPORATION

By:          /s/ Katherine B. Stevenson
                     Katherine B. Stevenson
                        Treasurer

By:          /s/ Anna Ventresca
                     Anna Ventresca
                     Assistant Secretary

Dated: June 16, 2006

3

HIGHLY CONFIDENTIAL

## EXHIBIT INDEX

| Exhibit No | Description |
|---|---|
| 23 | Consent of Deloitte & Touche LLP. |
| 99.1 | Audited Consolidated Financial Statements and the notes thereto of the Company, prepared in accordance with United States generally accepted accounting principles, as of December 31, 2005 and 2004 and for each of the years in the three year period ended December 31, 2005, restated only to reflect the change in reportable segments. |
| 99.2 | The MD&A, revised only to reflect the change in reportable segments. |
| 99.3 | Portions of the Business Description, revised only to reflect the change in reportable segments. |
| 99.4 | Press release issued by the Company on June 16, 2006. |
| 99.5 | Supplementary financial information of the Company referred to in Item 7.01. |
| 99.6 | Computation of Ratio of Earnings from Continuing Operations to Fixed Charges of the Company for the years ended December 31, 2005, 2004, 2003, 2002 and 2001. |

4

HIGHLY CONFIDENTIAL

EXHIBIT 23

## CONSENT OF INDEPENDENT REGISTERED CHARTERED ACCOUNTANTS

We consent to the incorporation by reference in the following Registration Statements and Amendments of Nortel Networks Corporation ("Nortel") of our report dated April 28, 2006, except as to notes 5, 6, 7, 10, 21 and 23, which are as of June 15, 2006 relating to the financial statements and financial statement schedule of Nortel and to our report dated April 28, 2006 relating to management's report on the effectiveness of internal control over financial reporting (which report on the financial statements expressed an unqualified opinion, includes an explanatory paragraph relating to the restatement of the financial statements as of December 31, 2004 and for the years ended December 31, 2004 and 2003, and includes a separate report titled Comments by Independent Registered Chartered Accountants on Canadian-U.S. Reporting Differences referring to changes in accounting principles that have a material effect on the comparability of the financial statements; and which report on internal control over financial reporting expressed an unqualified opinion on management's assessment of the effectiveness of Nortel's internal control over financial reporting and an adverse opinion on the effectiveness of Nortel's internal control over financial reporting because of material weaknesses) appearing in the Current Report on Form 8-K of Nortel to be dated June 16, 2006:

- Registration Statement on Form S-3
  (Nortel Networks/BCE 1985 Stock Option Plan and the
  Nortel Networks/BCE 1999 Stock Option Plan)
  (333-11888)

- Registration Statement on Form S-3 and all Post-Effective Amendments thereto
  (Qtera Corporation)
  (333-11454)

- Registration Statement on Form S-3 and all Post-Effective Amendments thereto
  (Dividend Reinvestment Plan)
  (33-62270)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Stock Purchase Plan)
  (333-11270)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks NA Inc. 1998 Employee Stock Purchase Plan)
  (333-9570)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks NA Inc. 1994 Stock Option Plan)
  (333-9066)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Qtera Corporation Amended and Restated Stock Incentive Plan)
  (333-11452)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Periphonics Corporation 1995 Stock Option Plan, as Amended and
  Periphonics Corporation 1995 Non-Employee Director Stock Option Plan)
  (333-10980)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Clarify Inc. 1991 Stock Option/Stock Issuance Plan,
  Clarify Inc. 1999 Non-Executive Stock Option/Stock Issuance Plan,
  Clarify Inc. Amended and Restated 1995 Stock Option/Stock Issuance Plan,
  Clarify Inc. Non-Employee Directors Option Plan,
  OBJIX Systems Development, Inc. Stock Plan and
  Certain Separate Option Agreements)
  (333-11110)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
  (333-11342)

HIGHLY CONFIDENTIAL

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
  (333-6152)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
  (33-88214)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
  (33-61904)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
  (33-11640)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Promatory Communications, Inc. 1997 Stock Plan and
  Promatory Communications, Inc. 1999 Stock Plan)
  (333-11798)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Inc. Long-Term Investment Plan)
  (333-7366)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Inc. Long-Term Investment Plan)
  (33-25333)

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks Corporation 2000 Stock Option Plan)
  (333-11876)

- Registration Statement on Form S-8
  (Xros, Inc. 1999 Stock Plan)
  (333-12176)

- Registration Statement on Form S-8
  (Architel Systems Corporation 1994 Flexible Stock Incentive Plan,
  1996 Stock Option Plan of Architel Systems Corporation,
  Amended and Restated Accugraph Corporation 1996 Stock Option Plan,
  Accugraph Corporation Key Employee Stock Option Plan and
  Accugraph Corporation 1992 Directors and Officers Stock Option Plan)
  (333-12228)

- Registration Statement on Form S-8
  (CoreTek, Inc. 1998 Employee, Director and Consultant Stock Option Plan)
  (333-12286)

- Registration Statement on Form S-8
  (EPiCON, Inc. 1995 Stock Plan, as Amended)
  (333-12644)

- Registration Statement on Form S-8
  (Alteon WebSystems, Inc. 2000 Non Statutory Incentive Plan,
  1999 Equity Incentive Plan,
  1999 Stock Purchase Plan and
  Pharsalia Technologies, Inc. 2000 Equity Incentive Plan)
  (333-12760)

- Registration Statement on Form S-8
  (Sonoma Systems 1996 Stock Option Plan, as Amended and
  Sonoma Systems 1999 Stock Option Plan, as Amended)
  (333-49304)

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 110

- Registration Statement on Form S-8 and all Post-Effective Amendments thereto
  (Nortel Networks U.S. Deferred Compensation Plan)
  (333-11558)

- Registration Statement on Form S-3
  (JDS Uniphase Corporation)
  (333-57510)

- Registration Statement on Form S-8
  (Nortel Networks Stock Purchase Plan)
  (333-70482)

- Registration Statement on Form S-3
  (Shasta Networks, Inc.)
  (333-10310)

- Registration Statement on Form S-8
  (Nortel Networks Company Savings Plan)
  (333-70504)

- Registration Statement on Form S-8
  (Nortel Networks Ireland Share Participation Scheme and
  Nortel Networks Shannon Share Participation Scheme)
  (333-70512)

- Registration Statement on Form S-3 and all Post-Effective Amendments thereto
  (Common Shares, Preferred Shares, Debt Securities, Guarantees,
  Warrants to Purchase Equity Securities, Warrants to Purchase Debt Securities,
  Share Purchase Contracts, Share Purchase or Equity Units of Nortel Networks Corporation and
  Guaranteed Debt Securities of Nortel Networks Limited)
  (333-88164)

- Registration Statement on Form S-8
  (Nortel Networks Stock Purchase Plan)
  (333-106633)

- Registration Statement on Form S-8
  (Long-Term Investment Plan)
  (333-106654)

- Registration Statement on Form S-8
  (Nortel Networks Ireland Share Participation Scheme and Nortel Networks Shannon
  Share Participation Scheme — listing of additional shares)
  (333-107685)

- Registration Statement on Form S-8
  (Nortel Global Stock Purchase Plan, Nortel U.S. Stock Purchase Plan and
  Nortel Stock Purchase Plan for Members of the Nortel Savings and Retirement Program)
  (333-126250)


/s/   Deloitte & Touche LLP

Independent Registered Chartered Accountants

Toronto, Canada
June 15, 2006

(This page intentionally left blank)

HIGHLY CONFIDENTIAL

**EXHIBIT 99.1**

**ITEM 8.   Consolidated Financial Statements and Supplementary Data**

## INDEX TO CONSOLIDATED FINANCIAL STATEMENTS

|  | PAGE |
|---|---|
| Report of Independent Registered Chartered Accountants | 1 |
| Consolidated Statements of Operations | 2 |
| Consolidated Balance Sheets | 3 |
| Consolidated Statements of Changes in Equity and Comprehensive Income (Loss) | 4 |
| Consolidated Statements of Cash Flows | 5 |
| Notes to Consolidated Financial Statements | 6 |

\*\*\*\*\*\*\*\*

| | |
|---|---|
| Quarterly Financial Data (Unaudited) | 92 |
| Consolidated Statements of Operations | 92 |
| Consolidated Balance Sheets | 98 |
| Condensed Consolidated Statements of Cash Flows | 99 |
| Supplemental information | 101 |

i

(This page intentionally left blank)

HIGHLY CONFIDENTIAL

## REPORT OF INDEPENDENT REGISTERED CHARTERED ACCOUNTANTS

To the Shareholders and Board of Directors of Nortel Networks Corporation

We have audited the accompanying consolidated balance sheets of Nortel Networks Corporation and its subsidiaries ("Nortel") as of December 31, 2005 and 2004 and the related consolidated statements of operations, changes in equity and comprehensive income (loss) and cash flows for each of the years in the three year period ended December 31, 2005. These financial statements are the responsibility of Nortel's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, these consolidated financial statements present fairly, in all material respects, the financial position of Nortel as of December 31, 2005 and 2004 and the results of its operations and its cash flows for each of the years in the three year period ended December 31, 2005 in accordance with accounting principles generally accepted in the United States of America.

As described in Notes 4 and 24(i) to the consolidated financial statements, the accompanying consolidated financial statements of Nortel as of December 31, 2004 and for the years ended December 31, 2004 and 2003 have been restated. We therefore withdraw our previous report dated April 29, 2005 on those financial statements, as originally filed.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of Nortel's internal control over financial reporting as of December 31, 2005, based on the criteria established in Internal Control — Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission, and our report dated April 28, 2006 expressed an unqualified opinion on management's assessment of the effectiveness of Nortel's internal control over financial reporting and an adverse opinion on the effectiveness of Nortel's internal control over financial reporting because of material weaknesses.

/s/ Deloitte & Touche LLP

Independent Registered Chartered Accountants

Toronto, Canada
April 28, 2006, except as to notes 5, 6, 7, 10, 21 and 23, which are as of June 15, 2006

## COMMENTS BY INDEPENDENT REGISTERED CHARTERED ACCOUNTANTS ON CANADIAN-U.S. REPORTING DIFFERENCES

In the United States, the standards of the Public Company Accounting Oversight Board (United States) for auditors require the addition of an explanatory paragraph (following the opinion paragraph) when there are changes in accounting principles that have a material effect on the comparability of the Company's financial statements, such as the changes described in Note 3 to the financial statements. Our report to the Shareholders and Board of Directors of Nortel dated April 28, 2006 with respect to the financial statements is expressed in accordance with Canadian reporting standards which would not include a reference to such changes in accounting principles in the auditors' report when the change is properly accounted for and adequately disclosed in the financial statements.

/s/ Deloitte & Touche LLP

Independent Registered Chartered Accountants

Toronto, Canada
April 28, 2006

1

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Consolidated Statements of Operations for the years ended December 31

|  | 2005 | 2004 As restated* | 2003 As restated* |
|---|---|---|---|
|  |  | (Millions of U.S. dollars, except per share amounts) | |
| Revenues | $10,523 | $9,516 | $9,932 |
| Cost of revenues | 6,217 | 5,574 | 5,723 |
| Gross profit | 4,306 | 3,942 | 4,209 |
| Selling, general and administrative expense | 2,413 | 2,133 | 1,966 |
| Research and development expense | 1,856 | 1,960 | 1,968 |
| Amortization of intangibles | 17 | 9 | 101 |
| Deferred stock option compensation | — | — | 16 |
| Special charges | 170 | 181 | 288 |
| (Gain) loss on sale of businesses and assets[a] | 47 | (91) | (4) |
| Shareholder litigation settlement expense | 2,474 | — | — |
| Operating earnings (loss) | (2,671) | (250) | (126) |
| Other income — net | 303 | 212 | 466 |
| Interest expense | | | |
| Long-term debt | (207) | (192) | (178) |
| Other | (11) | (10) | (28) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (2,586) | (240) | 134 |
| Income tax benefit | 56 | 30 | 83 |
|  | (2,530) | (210) | 217 |
| Minority interests — net of tax | (50) | (46) | (59) |
| Equity in net earnings (loss) of associated companies — net of tax | 4 | — | (36) |
| Net earnings (loss) from continuing operations | (2,576) | (256) | 122 |
| Net earnings from discontinued operations — net of tax | 1 | 49 | 183 |
| Net earnings (loss) before cumulative effect of accounting change | (2,575) | (207) | 305 |
| Cumulative effect of accounting change — net of tax | — | — | (12) |
| Net earnings (loss) | $(2,575) | $ (207) | $ 293 |
| Basic earnings (loss) per common share | | | |
| — from continuing operations | $ (0.59) | $(0.06) | $ 0.03 |
| — from discontinued operations | 0.00 | 0.01 | 0.04 |
| Basic earnings (loss) per common share | $ (0.59) | $(0.05) | $ 0.07 |
| Diluted earnings (loss) per common share | | | |
| — from continuing operations | $ (0.59) | $(0.06) | $ 0.03 |
| — from discontinued operations | 0.00 | 0.01 | 0.04 |
| Diluted earnings (loss) per common share | $ (0.59) | $(0.05) | $ 0.07 |

(a) Includes related costs.

* See note 4

*The accompanying notes are an integral part of these consolidated financial statements*

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 116

## NORTEL NETWORKS CORPORATION

### Consolidated Balance Sheets as of December 31

|  | 2005 | 2004 |
|---|---|---|
|  |  | As restated* |
|  | (Millions of U.S. dollars, except for share amounts) | |

### ASSETS

**Current assets**

| | | |
|---|---|---|
| Cash and cash equivalents | $  2,951 | $  3,685 |
| Restricted cash and cash equivalents | 77 | 80 |
| Accounts receivable — net | 2,862 | 2,510 |
| Inventories — net | 1,804 | 1,962 |
| Deferred income taxes — net | 377 | 255 |
| Other current assets | 796 | 358 |
| **Total current assets** | 8,867 | 8,850 |
| Investments | 244 | 299 |
| Plant and equipment — net | 1,564 | 1,640 |
| Goodwill | 2,592 | 2,303 |
| Intangible assets — net | 172 | 78 |
| Deferred income taxes — net | 3,629 | 3,738 |
| Other assets | 1,044 | 867 |
| **Total assets** | $ 18,112 | $ 17,775 |

### LIABILITIES AND SHAREHOLDERS' EQUITY

**Current liabilities**

| | | |
|---|---|---|
| Trade and other accounts payable | $  1,180 | $    989 |
| Payroll and benefit-related liabilities | 801 | 515 |
| Contractual liabilities | 346 | 571 |
| Restructuring liabilities | 95 | 254 |
| Other accrued liabilities | 4,200 | 3,592 |
| Long-term debt due within one year | 1,446 | 14 |
| **Total current liabilities** | 8,068 | 5,935 |
| Long-term debt | 2,439 | 3,852 |
| Deferred income taxes — net | 104 | 144 |
| Other liabilities | 5,935 | 3,578 |
| **Total liabilities** | 16,546 | 13,509 |
| Minority interests in subsidiary companies | 780 | 626 |

**Guarantees, commitments and contingencies (notes 13, 14 and 22)**

### SHAREHOLDERS' EQUITY

Common shares, without par value — Authorized shares: unlimited;

| | | |
|---|---|---|
| Issued and outstanding shares: 4,339,162,932 for 2005 and 4,272,671,213 for 2004 | 33,932 | 33,840 |
| Additional paid-in capital | 3,281 | 3,283 |
| Accumulated deficit | (35,525) | (32,950) |
| Accumulated other comprehensive loss | (902) | (533) |
| **Total shareholders' equity** | 786 | 3,640 |
| **Total liabilities and shareholders' equity** | $ 18,112 | $ 17,775 |

\* See note 4

*The accompanying notes are an integral part of these consolidated financial statements*

3

## NORTEL NETWORKS CORPORATION

### Consolidated Statements of Changes in Equity and Comprehensive Income (Loss)

| | 2005 | 2004 As restated* | 2003 As restated* |
|---|---|---|---|
| | | (Millions of U.S. dollars) | |
| **Common shares** | | | |
| Balance at the beginning of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 33,840 | $ 33,674 | $ 33,234 |
| Common shares issued (cancelled) — net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 31 | 3 |
| Conversion of prepaid forward purchase contracts . . . . . . . . . . . . . . . . . . . . . . | 82 | 127 | 413 |
| Common shares issued (cancelled) related to acquisitions — net . . . . . . . . . . | (4) | — | (11) |
| Fair value and costs associated with stock option plans and stock purchase plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 8 | 35 |
| Balance at the end of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33,932 | 33,840 | 33,674 |
| **Additional paid-in capital** | | | |
| Balance at the beginning of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,283 | 3,341 | 3,753 |
| Additions resulting from acquisition related share cancellations . . . . . . . . . . . . | — | — | 11 |
| Prepaid forward purchase contracts settled . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (82) | (127) | (413) |
| Fair value and costs associated with stock option plans and stock purchase plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (8) | (8) | (35) |
| Stock option compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 87 | 77 | 26 |
| Restricted stock unit expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | — | — |
| Cancellation of deferred stock options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (1) |
| Balance at the end of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,281 | 3,283 | 3,341 |
| **Deferred stock option compensation** | | | |
| Balance at the beginning of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (17) |
| Amortization of deferred stock option compensation . . . . . . . . . . . . . . . . . . . . . | — | — | 16 |
| Cancellation of deferred stock options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 1 |
| Balance at the end of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — |
| **Accumulated deficit** | | | |
| Balance at the beginning of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (32,950) | (32,743) | (32,966) |
| Adjustment as of January 1, 2003 due to restatement * . . . . . . . . . . . . . . . . . . . . | — | — | (70) |
| Net earnings (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (2,575) | (207) | 293 |
| Balance at the end of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (35,525) | (32,950) | (32,743) |
| **Accumulated other comprehensive loss** | | | |
| Balance at the beginning of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (533) | (553) | (951) |
| Adjustment as of January 1, 2003 due to restatement * . . . . . . . . . . . . . . . . . . . . | — | — | (10) |
| Foreign currency translation adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (146) | 188 | 509 |
| Unrealized gain (loss) on investments — net . . . . . . . . . . . . . . . . . . . . . . . . . . . | (2) | (64) | 70 |
| Unrealized derivative gain (loss) on cash flow hedges — net . . . . . . . . . . . . . | (11) | 6 | 15 |
| Minimum pension liability adjustment — net . . . . . . . . . . . . . . . . . . . . . . . . . . . | (210) | (110) | (186) |
| Other comprehensive income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (369) | 20 | 408 |
| Balance at the end of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (902) | (533) | (553) |
| **Total shareholders' equity** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 786 | $ 3,640 | $ 3,719 |
| **Total comprehensive income (loss) for the year** | | | |
| Net earnings (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ (2,575) | $ (207) | $ 293 |
| Other comprehensive income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (369) | 20 | 408 |
| **Total comprehensive income (loss) for the year** . . . . . . . . . . . . . . . . . . . . . | $ (2,944) | $ (187) | $ 701 |

---

\* See note 4

*The accompanying notes are an integral part of these consolidated financial statements*

4

HIGHLY CONFIDENTIAL

# NORTEL NETWORKS CORPORATION

### Consolidated Statements of Cash Flows for the years ended December 31

|  | 2005 | 2004 As restated* | 2003 As restated* |
|---|---|---|---|
|  |  | (Millions of U.S. dollars) |  |
| **Cash flows from (used in) operating activities** |  |  |  |
| Net earnings (loss) from continuing operations | $(2,576) | $ (256) | $ 122 |
| Adjustments to reconcile net earnings (loss) from continuing operations to net cash from (used in) operating activities, net of effects from acquisitions and divestitures of businesses: |  |  |  |
| Non-cash portion of shareholder litigation settlement expense | 1,899 | — | — |
| Amortization and depreciation | 302 | 340 | 546 |
| Non-cash portion of special charges and related asset write downs | 27 | 6 | 87 |
| Equity in net (earnings) loss of associated companies | (4) | — | 36 |
| Stock option compensation | 88 | 77 | 42 |
| Deferred income taxes | (79) | (46) | (53) |
| Other liabilities | 294 | 271 | 163 |
| (Gain) loss on repurchases of outstanding debt securities | — | — | (4) |
| (Gain) loss on sale or write down of investments, businesses and assets | (20) | (110) | (147) |
| Other — net | 106 | 194 | (53) |
| Change in operating assets and liabilities | (217) | (655) | (879) |
| Net cash from (used in) operating activities of continuing operations | (180) | (179) | (140) |
| **Cash flows from (used in) investing activities** |  |  |  |
| Expenditures for plant and equipment | (258) | (276) | (169) |
| Proceeds on disposals of plant and equipment | 10 | 10 | 38 |
| Restricted cash and cash equivalents | 4 | (17) | 200 |
| Acquisitions of investments and businesses — net of cash acquired | (651) | (5) | (31) |
| Proceeds on sale of investments and businesses | 470 | 150 | 107 |
| Net cash from (used in) investing activities of continuing operations | (425) | (138) | 145 |
| **Cash flows from (used in) financing activities** |  |  |  |
| Dividends paid by subsidiaries to minority interests | (43) | (33) | (35) |
| Increase in notes payable | 70 | 92 | 80 |
| Decrease in notes payable | (83) | (84) | (125) |
| Repayments of long-term debt | — | (107) | (270) |
| Repayments of capital leases payable | (10) | (9) | (12) |
| Issuance of common shares | 6 | 31 | 3 |
| Net cash from (used in) financing activities of continuing operations | (60) | (110) | (359) |
| Effect of foreign exchange rate changes on cash and cash equivalents | (102) | 88 | 176 |
| Net cash from (used in) continuing operations | (767) | (339) | (178) |
| Net cash from (used in) operating activities of discontinued operations | 33 | 22 | 149 |
| Net cash from (used in) investing activities of discontinued operations | — | — | 241 |
| **Net increase (decrease) in cash and cash equivalents** | (734) | (317) | 212 |
| **Cash and cash equivalents at beginning of year** | 3,685 | 4,002 | 3,790 |
| **Cash and cash equivalents at end of year** | $ 2,951 | $3,685 | $4,002 |

\* See note 4

*The accompanying notes are an integral part of these consolidated financial statements*

5

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements
(millions of U.S. dollars, except per share amounts, unless otherwise stated)

### 1.  Nortel Networks Corporation

Nortel Networks Corporation ("Nortel") is a global supplier of communication equipment serving both service provider and enterprise customers. Nortel's technologies span access and core networks, support multimedia and business-critical applications. Nortel's networking solutions consist of hardware, software and services. Nortel's business activities include the design, development, assembly, marketing, sale, licensing, installation, servicing and support of these networking solutions.

The common shares of Nortel Networks Corporation are publicly traded on the New York Stock Exchange ("NYSE") and Toronto Stock Exchange ("TSX") under the symbol "NT". Nortel Networks Limited ("NNL") is Nortel's principal direct operating subsidiary and its results are consolidated into Nortel's results. Nortel holds all of NNL's outstanding common shares but none of its outstanding preferred shares. NNL's preferred shares are reported in minority interests in subsidiary companies in the consolidated balance sheets, and dividends and the related taxes on preferred shares are reported in minority interests — net of tax in the consolidated statements of operations.

### 2.  Significant accounting policies

#### Basis of presentation

The consolidated financial statements of Nortel have been prepared in accordance with accounting principles generally accepted in the United States ("U.S.") ("GAAP") and the rules and regulations of the U.S. Securities and Exchange Commission (the "SEC") for the preparation of financial statements. Although Nortel is headquartered in Canada, the consolidated financial statements are expressed in U.S. dollars as the greater part of the financial results and net assets of Nortel are denominated in U.S. dollars.

#### (a)  Principles of consolidation

The financial statements of entities which are controlled by Nortel through voting equity interests, referred to as subsidiaries, are consolidated. Entities which are jointly controlled, referred to as joint ventures, and entities which are not controlled but over which Nortel has the ability to exercise significant influence, referred to as associated companies, are accounted for using the equity method. Variable Interest Entities ("VIEs") (which include, but are not limited to, special purpose entities, trusts, partnerships, certain joint ventures and other legal structures), as defined by the Financial Accounting Standards Board ("FASB") in FASB Interpretation No. ("FIN") 46 (Revised 2003), "Consolidation of Variable Interest Entities — an Interpretation of Accounting Research Bulletin No. 51" ("FIN 46R"), are entities in which equity investors generally do not have the characteristics of a "controlling financial interest" or there is not sufficient equity at risk for the entity to finance its activities without additional subordinated financial support. VIEs are consolidated by Nortel when it is determined that it will, as the primary beneficiary, absorb the majority of the VIEs expected losses and/or expected residual returns. Intercompany accounts and transactions are eliminated upon consolidation and unrealized intercompany gains and losses are eliminated when accounting under the equity method.

#### (b)  Use of estimates

Nortel makes estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results may differ from those estimates. Estimates are used when accounting for items and matters such as revenue recognition and accruals for losses on contracts, allowances for uncollectible accounts receivable and customer financing, receivables sales, inventory obsolescence, product warranty, amortization, asset valuations, asset retirement obligations, impairment assessments, employee benefits including pensions, taxes and related valuation allowances and provisions, restructuring and other provisions, stock-based compensation and contingencies.

#### (c)  Translation of foreign currencies

The consolidated financial statements of Nortel are presented in U.S. dollars. The financial statements of Nortel's operations whose functional currency is not the U.S. dollar (except for highly inflationary economies as described below) are translated into U.S. dollars at the exchange rates in effect at the balance sheet dates for assets and liabilities, and at

6

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 120

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

average rates for the period for revenues and expenses. The unrealized translation gains and losses on Nortel's net investment in these operations, including long-term intercompany advances considered to form part of the net investment, are accumulated as a component of other comprehensive income (loss) ("OCI").

Transactions and financial statements for Nortel's operations in countries considered to have highly inflationary economies and whose functional currency is not the U.S. dollar are translated into U.S. dollars at the exchange rates in effect at the balance sheet dates for monetary assets and liabilities, and at historical exchange rates for non-monetary assets and liabilities. Revenue and expenses are translated at average rates for the period, except for amortization and depreciation which are translated on the same basis as the related assets. Resulting translation gains or losses are reflected in net earnings (loss).

When appropriate, Nortel may hedge a designated portion of the exposure to foreign exchange gains and losses incurred on the translation of specific foreign operations. Hedging instruments used by Nortel can include foreign currency denominated debt, foreign currency swaps and foreign currency forward and option contracts that are denominated in the same currency as the hedged foreign operations. The translation gains and losses on the effective portion of the hedging instruments that qualify for hedge accounting are recorded in OCI; other translation gains and losses are recorded in net earnings (loss).

### (d) Revenue recognition

Nortel's products and services are generally sold as part of a contract and the terms of the contracts, taken as a whole, determine the appropriate revenue recognition methods.

Depending upon the terms of the contract and types of products and services sold, Nortel recognizes revenue under American Institute of Certified Public Accountants Statement of Position ("SOP") 81-1, "Accounting for Performance of Construction-Type and Certain Production-Type Contracts" ("SOP 81-1"), SOP 97-2, "Software Revenue Recognition" ("SOP 97-2"), and SEC Staff Accounting Bulletin ("SAB") 104, "Revenue Recognition" ("SAB 104"), which was preceded by SAB 101, "Revenue Recognition in Financial Statements" ("SAB 101"), prior to December 2003. Revenue is recognized net of cash discounts and allowances.

Effective July 1, 2003, for contracts involving multiple deliverables, where the deliverables are governed by more than one authoritative accounting standard, Nortel generally applies the FASB Emerging Issues Task Force ("EITF") Issue No. 00-21, "Revenue Arrangements with Multiple Deliverables" ("EITF 00-21"), and evaluates each deliverable to determine whether it represents a separate unit of accounting based on the following criteria: (a) whether the delivered item has value to the customer on a standalone basis, (b) whether there is objective and reliable evidence of the fair value of the undelivered item(s), and (c) if the contract includes a general right of return relative to the delivered item, delivery or performance of the undelivered item(s) is considered probable and substantially in the control of Nortel. If objective and reliable evidence of fair value exists for all units of accounting in the arrangement, revenue is allocated to each unit of accounting or element based on relative fair values. In situations where there is objective and reliable evidence of fair value for all undelivered elements, but not for delivered elements, the residual method is used to allocate the contract consideration. Under the residual method, the amount of revenue allocated to delivered elements equals the total arrangement consideration less the aggregate fair value of any undelivered elements. Each unit of accounting is then accounted for under the applicable revenue recognition guidance. So long as elements otherwise governed by separate authoritative accounting standards cannot be treated as separate units of accounting under the guidance in EITF 00-21, the elements are combined into a single unit of accounting for revenue recognition purposes. In this case, revenue allocated to the unit of accounting is deferred until all combined elements have been delivered or, once there is only one remaining element to be delivered, based on the revenue recognition guidance applicable to the last delivered element within the unit of accounting.

For arrangements that include hardware and software where software is considered more than incidental to the hardware, provided that the software is not essential to the functionality of the hardware and the hardware and software represent separate units of accounting, revenue related to the software element is recognized under SOP 97-2 and revenue related to the hardware element is recognized under SOP 81-1 or SAB 104. For arrangements where the software is considered more than incidental and essential to the functionality of the hardware, or where the hardware is not considered a separate unit of accounting from the software deliverables, revenue is recognized for the software and the hardware as a single unit of accounting pursuant to SOP 97-2 for off-the-shelf products and pursuant to SOP 81-1 for customized products.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 121

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Prior to July 1, 2003, for contracts involving multiple elements, Nortel allocated revenue to each element based on the relative fair value or the residual method, as applicable. Provided none of the undelivered elements were essential to the functionality of the delivered elements, revenue related to the software element was recognized under SOP 97-2 and revenue related to the hardware element was recognized under SOP 81-1 or SAB 101.

For elements related to customized network solutions and certain network build-outs, revenues are recognized under SOP 81-1, generally using the percentage-of-completion method. In using the percentage-of-completion method, revenues are generally recorded based on a measure of the percentage of costs incurred to date on a contract relative to the estimated total expected contract costs. Profit estimates on long-term contracts are revised periodically based on changes in circumstances and any losses on contracts are recognized in the period that such losses become known. Generally, the terms of long-term contracts provide for progress billing based on completion of certain phases of work. Contract revenues recognized, based on costs incurred towards the completion of the project, that are unbilled are accumulated in the contracts in progress account included in accounts receivable — net. Billings in excess of revenues recognized to date on long-term contracts are recorded as advance billings in excess of revenues recognized to date on contracts within other accrued liabilities. In certain circumstances where reasonable cost estimates cannot be made for a customized network solution or build-out element and there is no assurance that a loss will not be incurred on the element, all revenues and certain costs are deferred until completion of the element ("completed contract accounting").

Revenue for hardware that does not require significant customization, and where any software is considered incidental, is recognized under SAB 104. Under SAB 104, revenue is recognized provided that persuasive evidence of an arrangement exists, delivery has occurred or services have been rendered, the fee is fixed or determinable and collectibility is reasonably assured.

For hardware, delivery is considered to have occurred upon shipment provided that risk of loss, and title in certain jurisdictions, have been transferred to the customer.

For arrangements where the criteria for revenue recognition have not been met because legal title or risk of loss on products does not transfer to the customer until final payment has been received or where delivery has not occurred, revenue is deferred to a later period when title or risk of loss passes either on delivery or on receipt of payment from the customer. For arrangements where the customer agrees to purchase products but Nortel retains possession until the customer requests shipment ("bill and hold arrangements"), revenue is not recognized until delivery to the customer has occurred and all other revenue recognition criteria have been met.

Engineering, installation and other service revenues are recognized as the services are performed.

Nortel makes certain sales through multiple distribution channels, primarily resellers and distributors. These customers are generally given certain rights of return. For products sold through these distribution channels, revenue is recognized from product sale at the time of shipment to the distribution channel when persuasive evidence of an arrangement exists, delivery has occurred, the fee is fixed or determinable and collectibility is reasonably assured. Accruals for estimated sales returns and other allowances are recorded at the time of revenue recognition and are based on contract terms and prior claims experience.

Software revenue is generally recognized under SOP 97-2. For software arrangements involving multiple elements, Nortel allocates revenue to each element based on the relative fair value or the residual method, as applicable, and using vendor specific objective evidence of fair values, which is based on prices charged when the element is sold separately. Software revenue accounted for under SOP 97-2 is recognized when persuasive evidence of an arrangement exists, the software is delivered in accordance with all terms and conditions of the customer contracts, the fee is fixed or determinable and collectibility is reasonably assured. Revenue related to post-contract support ("PCS"), including technical support and unspecified when-and-if available software upgrades, is recognized ratably over the PCS term.

Under SAB 104 or SOP 97-2, if fair value does not exist for any undelivered element, revenue is not recognized until the earlier of (i) the undelivered element is delivered or (ii) fair value of the undelivered element exists, unless the undelivered element is a service, in which case revenue is recognized as the service is performed once the service is the only undelivered element.

### (e) Research and development

Research and development ("R&D") costs are charged to net earnings (loss) in the periods in which they are incurred. However, costs incurred pursuant to specific contracts with third parties for which Nortel is obligated to deliver a

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 122

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

product are charged to cost of revenues in the same period as the related revenue is recognized. Related global investment tax credits are deducted from the income tax provision.

### (f) Income taxes

Nortel provides for income taxes using the asset and liability method. This approach recognizes the amount of taxes payable or refundable for the current year as well as deferred tax assets and liabilities for the future tax consequence of events recognized in the consolidated financial statements and tax returns. Deferred income taxes are adjusted to reflect the effects of changes in tax laws or enacted tax rates.

In establishing the appropriate income tax valuation allowances, Nortel assesses its net deferred tax assets quarterly and based on all available evidence, both positive and negative, determines whether it is more likely than not that the remaining net deferred tax assets or a portion thereof will be realized.

### (g) Earnings (loss) per common share

Basic earnings (loss) per common share is calculated by dividing the net earnings (loss) by the weighted-average number of Nortel Networks Corporation's common shares outstanding during the period. Diluted earnings (loss) per common share is calculated by dividing the applicable net earnings (loss) by the sum of the weighted-average number of common shares outstanding and all additional common shares that would have been outstanding if potentially dilutive common shares had been issued during the period. The treasury stock method is used to compute the dilutive effect of warrants, options and similar instruments. The if-converted method is used to compute the dilutive effect of convertible debt. A comparison of the conditions required for issuance of shares compared to those existing at the end of the period is used to compute the dilutive effect of contingently issuable shares.

### (h) Cash and cash equivalents

Cash and cash equivalents consist of cash on hand, balances with banks and short-term investments. All highly liquid investments with original maturities of three months or less are classified as cash and cash equivalents. The fair value of cash and cash equivalents approximates the amounts shown in the consolidated financial statements.

### (i) Restricted cash and cash equivalents

Cash and cash equivalents are considered restricted when they are subject to contingent rights of a third party customer under bid, performance related and other bonds associated with contracts that Nortel is not able to unilaterally revoke. Cash and cash equivalents collateral may be provided, often in addition to the payment of fees to the other party, as a result of the general economic and industry environment and NNL's credit rating.

### (j) Provision for doubtful accounts

The provision for doubtful accounts for trade, notes and long-term receivables due from customers is established based on an assessment of a customer's credit quality, as well as subjective factors and trends, including the aging of receivable balances. Generally, these credit assessments occur prior to the inception of the credit exposure and at regular reviews during the life of the exposure.

Customer financing receivables include receivables from customers with deferred payment terms. Customer financing receivables are considered impaired when they are classified as non-performing, payment arrears exceed 90 days or a major credit event such as a material default has occurred, and management determines that collection of amounts due according to the contractual terms is doubtful. Provisions for impaired customer financing receivables are recorded based on the expected recovery of defaulted customer obligations, being the present value of expected cash flows, or the realizable value of the collateral if recovery of the receivables is dependent upon a liquidation of the assets. Interest income on impaired customer finance receivables is recognized as the cash payments are collected.

### (k) Inventories

Inventories are valued at the lower of cost (calculated generally on a first-in, first-out basis) or market. The cost of finished goods and work in process is comprised of material, labor and manufacturing overhead. Provisions for inventory are based on estimates of future customer demand for products, including general economic conditions, growth prospects

9

HIGHLY CONFIDENTIAL  NNC-NNL06705393 / 123

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

within the customer's ultimate marketplaces and market acceptance of current and pending products. In addition, full provisions are generally recorded for surplus inventory in excess of one year's forecast demand or inventory deemed obsolete.

Inventory includes certain direct and incremental deferred costs associated with arrangements where title and risk of loss was transferred to customers but revenue was deferred due to other revenue recognition criteria not being met.

### (l) Receivables sales

Transfers of accounts receivable that meet the criteria for surrender of control under FASB Statement of Financial Accounting Standard ("SFAS") No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities", are accounted for as sales. Generally, Nortel retains servicing rights and, in some cases, provides limited recourse when it sells receivables. A gain or loss is recorded in other income (expense) — net at the date of the receivables sale and is based upon, in part, the previous carrying amount of the receivables involved in the transfer allocated between the assets sold and the retained interests based on their relative fair values at the date of the transfer. Fair value is generally estimated based on the present value of the estimated future cash flows expected under management's assumptions, including discount rates assigned commensurate with risks. Retained interests are classified as available-for-sale securities.

Nortel, when acting as the servicing agent, generally does not record an asset or liability related to servicing as the annual servicing fees are equivalent to those that would be paid to a third party servicing agent.

Nortel reviews the fair value assigned to retained interests at each reporting date subsequent to the date of the transfer to determine if there is an other than temporary impairment. Fair value is reviewed using similar valuation techniques as those used to initially measure the retained interest and, if a change in events or circumstances warrants, the fair value is adjusted and any other than temporary impairments are recorded in other income (expense) — net.

### (m) Investments

Investments in publicly traded equity securities of companies over which Nortel does not exert significant influence are accounted for at fair value and are classified as available for sale. Unrealized holding gains and losses related to these securities are excluded from net earnings (loss) and are included in OCI until such gains or losses are realized or an other than temporary impairment is determined to have occurred.

Investments in equity securities of private companies over which Nortel does not exert significant influence are accounted for using the cost method. Investments in associated companies and joint ventures are accounted for using the equity method. An impairment loss is recorded when there has been a loss in value of the investment that is other than temporary.

Nortel monitors its investments for factors indicating other than temporary impairment and records a charge to net earnings (loss) when appropriate.

### (n) Plant and equipment

Plant and equipment are stated at cost less accumulated depreciation. Depreciation is generally calculated on a straight-line basis over the expected useful lives of the plant and equipment. The expected useful lives of buildings are twenty to forty years, and of machinery and equipment are five to ten years. Capitalized software is amortized over three years.

### (o) Software development and business reengineering costs

#### Software development costs

Costs to develop, acquire or modify software solely for Nortel's internal use are capitalized pursuant to SOP No. 98-1, "Accounting for Costs of Computer Software Developed or Obtained for Internal Use" ("SOP 98-1"). SOP 98-1 requires qualified internal and external costs (related to such software) incurred during the application development stage to be capitalized and any preliminary project costs (related to such software) and post-implementation costs to be expensed as incurred.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 124

### NORTEL NETWORKS CORPORATION

#### Notes to Consolidated Financial Statements — (Continued)

*Business reengineering costs*

Internal and external costs of business process reengineering activities are expensed pursuant to EITF Issue No. 97-13, "Accounting for Costs Incurred in Connection with a Consulting Contract or an Internal Project that Combines Business Process Reengineering and Information Technology Transformation" ("EITF 97-13"). Information technology transformation projects typically involve implementation of enterprise software packages whereby entities must reengineer their business processes to connect into the software rather than modify the software to connect into their existing business processes. Software development costs relating to the information technology transformation are capitalized under SOP 98-1 as described above.

#### (p) Impairment or disposal of long-lived assets (plant and equipment and acquired technology)

*Long-lived assets held and used*

Nortel tests long-lived assets or asset groups held and used for recoverability when events or changes in circumstances indicate that their carrying amount may not be recoverable. Circumstances which could trigger a review include, but are not limited to: significant decreases in the market price of the asset; significant adverse changes in the business climate or legal factors; the accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of the asset; current period cash flow or operating losses combined with a history of losses or a forecast of continuing losses associated with the use of the asset; and a current expectation that the asset will more likely than not be sold or disposed of significantly before the end of its previously estimated useful life.

Recoverability is assessed based on the carrying amount of the asset and the sum of the undiscounted cash flows expected to result from the use and the eventual disposal of the asset or asset group. An impairment loss is recognized when the carrying amount is not recoverable and exceeds the fair value of the asset or asset group. The impairment loss is measured as the amount by which the carrying amount exceeds fair value.

*Long-lived assets held for sale*

Long-lived assets are classified as held for sale when certain criteria are met, which include: management's commitment to a plan to sell the assets; the assets are available for immediate sale in their present condition; an active program to locate buyers and other actions to sell the assets have been initiated; the sale of the assets is probable and their transfer is expected to qualify for recognition as a completed sale within one year; the assets are being actively marketed at reasonable prices in relation to their fair value; and it is unlikely that significant changes will be made to the plan to sell the assets or that the plan will be withdrawn.

Nortel measures long-lived assets to be disposed of by sale at the lower of carrying amount or fair value less cost to sell. These assets are not depreciated.

*Long-lived assets to be disposed of other than by sale*

Nortel classifies assets that will be disposed of other than by sale as held and used until the disposal transaction occurs. The assets continue to be depreciated based on revisions to their estimated useful lives until the date of disposal or abandonment.

Recoverability is assessed based on the carrying amount of the asset and the sum of the undiscounted cash flows expected to result from the remaining period of use and the eventual disposal of the asset or asset group. An impairment loss is recognized when the carrying amount is not recoverable and exceeds the fair value of the asset or asset group. The impairment loss is measured as the amount by which the carrying amount exceeds fair value.

Fair value for the purposes of measuring impairment or a planned disposal of long-lived assets is determined using quoted market prices or the anticipated cash flows discounted at a rate commensurate with the risk involved.

#### (q) Goodwill

Goodwill represents the excess of the purchase price of an acquired business over the fair value of the identifiable assets acquired and liabilities assumed. Nortel tests for impairment of goodwill on an annual basis as of October 1 and at any other time if events occur or circumstances change that would indicate that it is more likely than not that the fair value of the reporting unit has been reduced below its carrying amount.

11

HIGHLY CONFIDENTIAL  NNC-NNL06705393 / 125

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Circumstances that could trigger an impairment test include: a significant adverse change in the business climate or legal factors; an adverse action or assessment by a regulator; unanticipated competition; the loss of key personnel; change in reportable segments; the likelihood that a reporting unit or significant portion of a reporting unit will be sold or otherwise disposed of; the results of testing for recoverability of a significant asset group within a reporting unit; and the recognition of a goodwill impairment loss in the financial statements of a subsidiary that is a component of a reporting unit.

The impairment test for goodwill is a two-step process. Step one consists of a comparison of the fair value of a reporting unit with its carrying amount, including the goodwill allocated to the reporting unit. Measurement of the fair value of a reporting unit is based on one or more fair value measures including present value techniques of estimated future cash flows and estimated amounts at which the unit as a whole could be bought or sold in a current transaction between willing parties. Nortel also considers its market capitalization as of the date of the impairment test. If the carrying amount of the reporting unit exceeds the fair value, step two requires the fair value of the reporting unit to be allocated to the underlying assets and liabilities of that reporting unit, resulting in an implied fair value of goodwill. If the carrying amount of the reporting unit goodwill exceeds the implied fair value of that goodwill, an impairment loss equal to the excess is recorded in net earnings (loss).

#### (r) Intangible assets

Intangible assets consist of acquired technology and other intangible assets. Acquired technology represents the value of the proprietary know-how which was technologically feasible as of the acquisition date, and is charged to net earnings (loss) on a straight-line basis over its estimated useful life of two to three years. Other intangible assets are amortized into net earnings (loss) based on their expected pattern of benefit to future periods using estimates of undiscounted cash flows.

#### (s) Warranty costs

As part of the normal sale of product, Nortel provides its customers with product warranties that extend for periods generally ranging from one to six years from the date of sale. A liability for the expected cost of warranty-related claims is established when revenue is recognized. In estimating warranty liability, historical material replacement costs and the associated labor costs to correct the product defect are considered. Revisions are made when actual experience differs materially from historical experience. Known product defects are specifically accrued for as Nortel becomes aware of such defects.

#### (t) Pension, post-retirement and post-employment benefits

Pension expense, based on management's assumptions, consists of: actuarially computed costs of pension benefits in respect of the current year's service; imputed returns on plan assets and imputed interest on pension obligations; and straight-line amortization under the corridor approach of experience gains and losses, assumption changes and plan amendments over the expected average remaining service life of the employee group.

The expected costs of post-retirement and certain post-employment benefits, other than pensions, for active employees are accrued in the consolidated financial statements during the years employees provide service to Nortel. These costs are recorded based on actuarial methods and assumptions. Other post-employment benefits are recognized when the event triggering the obligation occurs.

#### (u) Derivative financial instruments

Nortel's policy is to formally document all relationships between hedging instruments and hedged items, as well as its risk management objectives and strategy for undertaking various hedge transactions. Where hedge accounting will be applied, this process includes linking all derivatives to specific assets and liabilities on the consolidated balance sheet or to specific firm commitments or forecasted transactions. Nortel also formally assesses, both at the hedge's inception and on an ongoing basis, as applicable, whether the derivatives that are used in hedging transactions are highly effective in offsetting changes in fair values or cash flows of hedged items.

For a derivative designated as a fair value hedge, changes in the fair value of the derivative and of the hedged item attributable to the hedged risk are recognized in net earnings (loss). For a derivative designated as a cash flow hedge, the

12

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

effective portions of changes in the fair value of the derivative are recorded in OCI and are recognized in net earnings (loss) when the hedged item affects net earnings (loss). Ineffective portions of changes in the fair value of cash flow hedges are recognized in other income (expense) — net. If the derivative used in an economic hedging relationship is not designated in an accounting hedging relationship or if it has become ineffective, changes in the fair value of the derivative are recognized in net earnings (loss).

When a cash flow or fair value hedging relationship is terminated because the derivative is sold, terminated or de-designated as a hedge, the accumulated OCI balance to the termination date or the fair value basis adjustment recorded on the hedged item is amortized into other income (expense) — net or interest expense on an effective yield basis over the original term of the hedging relationship. If a cash flow or fair value hedging relationship is terminated because the underlying hedged item is repaid or is sold, or it is no longer probable that the hedged forecasted transaction will occur, the accumulated balance in OCI or the fair value basis adjustment recorded on the hedged item is recorded immediately in net earnings (loss).

Nortel generally classifies cash flows resulting from its derivative financial instruments in the same manner as the cash flows from the item that the derivative is hedging. Typically, this is within cash flows from (used in) operating activities in the consolidated statements of cash flows, or, for derivatives designated as hedges relating to the cash flows associated with settlement of the principal component of long-term debt, within cash flows from (used in) financing activities.

Nortel may also invest in warrants to purchase securities of other companies as a strategic investment or receive warrants in various transactions. Warrants that relate to publicly traded companies or that can be net share settled are deemed to be derivative financial instruments. Such warrants, however, are generally not eligible to be designated as hedging instruments as there is no corresponding underlying exposure. In addition, Nortel may enter into certain commercial contracts containing embedded derivative financial instruments. Generally, for these embedded derivatives, for which the economic characteristics and risks are not clearly and closely related to the economic characteristics and risks of the host contract, the changes in fair value are recorded in net earnings (loss).

In April 2003, the FASB issued SFAS No. 149, "Amendment of Statement 133 on Derivative Instruments and Hedging Activities" ("SFAS 149"). SFAS 149 amends and clarifies the accounting for derivative instruments, including certain derivative instruments embedded in other contracts and hedging activities under SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities" ("SFAS 133"). In particular, SFAS 149 clarifies under what circumstances a contract with an initial net investment meets the characteristic of a derivative as discussed in SFAS 133, when a derivative contains a financing component, amends the definition of an "underlying" to conform it to the language used in FIN 45, "Guarantor's Accounting and Disclosure Requirements for Guarantees, Including Indirect Guarantees of Others — an interpretation of FASB Statements No. 5, 57 and 107 and rescission of FASB Interpretation No. 34" ("FIN 45"), and amends certain other existing pronouncements. SFAS 149 is effective for contracts entered into or modified after June 30, 2003, except as stated below, and for hedging relationships designated after June 30, 2003.

The provisions of SFAS 149 that relate to guidance in SFAS 133 that have been effective for fiscal quarters which began prior to June 15, 2003 continue to be applied in accordance with their respective effective dates. In addition, certain provisions relating to forward purchases or sales of when-issued securities or other securities that do not yet exist are applied to both existing contracts as well as new contracts entered into after June 30, 2003.

Effective July 1, 2003, Nortel applied the requirements of SFAS 149 on a prospective basis to contracts entered into or modified after June 30, 2003. The adoption of SFAS 149 did not have a material impact on Nortel's results of operations and financial condition.

### (v) Stock-based compensation

Nortel employees and directors participate in a number of stock-based compensation plans that are described in note 19.

In December 2002, the FASB issued SFAS No. 148, "Accounting for Stock-Based Compensation Transition and Disclosure — an Amendment of FASB Statement No. 123" ("SFAS 148"), which amended the transitional provisions of SFAS No. 123, "Accounting for Stock-based Compensation" ("SFAS 123"), for companies electing to recognize employee stock-based compensation using the fair value based method.

13

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 127

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Prior to January 1, 2003, Nortel, as permitted under SFAS 123, applied the intrinsic value method under Accounting Principles Board Opinion ("APB") No. 25, "Accounting for Stock Issued to Employees" ("APB 25"), and related interpretations in accounting for its employee stock-based compensation plans.

Effective January 1, 2003, Nortel elected to adopt the fair value based method for measurement and recognition of all stock-based compensation prospectively for all awards granted, modified or settled on or after January 1, 2003. The impact of the adoption of the fair value based method for expense recognition of employee awards resulted in $26 (net of tax of nil) of stock option expense during 2003.

The accounting for Nortel's stock-based compensation plans under the fair value based method is as follows:

### Stock Options

The fair value at grant date of stock options is estimated using the Black-Scholes-Merton option-pricing model. Compensation expense is recognized on a straight-line basis over the stock option vesting period. Adjustments to compensation expense due to not meeting employment vesting requirements are accounted for in the period when they occur.

### Restricted Stock Units ("RSUs"), Deferred Stock Units ("DSUs") and Stock Appreciation Rights ("SARs")

RSUs that are only settled in equity are valued using the grant date market price of the underlying stock. This valuation is not subsequently adjusted for changes in the market price of the stock prior to settlement of the award. Compensation expense is recognized on a straight-line basis over the vesting period based on the estimated number of RSU awards that are expected to vest. If there are performance vesting criteria, such as achievement of earnings or revenue targets, this estimate is updated each period for changes in estimates or as actual results become known. Adjustments to compensation expense for employment vesting requirements are accounted for in the period when they occur.

Grants of RSUs, DSUs or SARs that are settled or may be settled in cash or stock purchased on the open market at the option of employees or directors are accounted for as liabilities. The value of the liability is remeasured each period based on the cumulative compensation expense recognized for the awards at each period end. Prior to vesting, this is determined based on the current market price of the underlying stock at period end, the estimated number of RSU, DSU or SAR awards that are expected to vest calculated in the same manner as equity settled RSUs and the portion of the vesting period that has elapsed. Subsequent to vesting and prior to settlement of the award, changes in Nortel's payment obligations are based on changes in the stock price and are recorded as compensation expense each period.

The payment obligation is established for RSUs on the vesting date of the award, for DSUs on the later of the date of termination of employment and/or directorship, and for SARs on the date of exercise of the award by the employee.

Stock-based awards, which are substantively discretionary in nature, are measured and recorded fully as compensation expense in the period that the issuance and settlement of the award is approved.

### Employee Stock Purchase Plans

Nortel has stock purchase plans for eligible employees in eligible countries, and a stock purchase plan for eligible unionized employees in Canada (collectively, the "ESPPs"), to facilitate the acquisition of common shares of Nortel Networks Corporation at a discount. The discount is such that the plans are considered compensatory under the fair value based method. Nortel's contribution to the ESPPs is recorded as compensation expense on a quarterly basis as the obligation to contribute is incurred.

14