## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Pro forma disclosure required due to a change in accounting policy*

Had Nortel applied the fair value based method to all stock-based awards in all periods, reported net earnings (loss) and earnings (loss) per common share would have been adjusted to the pro forma amounts indicated below for the following years ended December 31:

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net earnings (loss) — reported | $(2,575) | $ (207) | $ 293 |
| Stock-based compensation — reported | 89 | 117 | 55 |
| Deferred stock option compensation — reported[a] | — | — | 16 |
| Stock-based compensation — pro forma[b] | (96) | (224) | (481) |
| Net earnings (loss) — pro forma | $(2,582) | $ (314) | $ (117) |
| Basic earnings (loss) per common share: |  |  |  |
| Reported | $ (0.59) | $(0.05) | $ 0.07 |
| Pro forma | $ (0.60) | $(0.07) | $(0.03) |
| Diluted earnings (loss) per common share: |  |  |  |
| Reported | $ (0.59) | $(0.05) | $ 0.07 |
| Pro forma | $ (0.60) | $(0.07) | $(0.03) |

(a) Deferred stock option compensation — reported, represented the amortization of deferred stock option compensation related primarily to unvested stock options held by employees of companies acquired in a purchase acquisition. For the years ended December 31, 2005, 2004 and 2003, the amounts were net of tax of nil, nil and nil, respectively.

(b) Stock-based compensation — pro forma expense for the years ended December 31, 2005, 2004 and 2003 was net of tax of nil, nil and nil, respectively.

### (w)  Recent accounting pronouncements

(i)  In March 2004, the EITF reached consensus on Issue No. 03-1, "The Meaning of Other-Than-Temporary Impairment and Its Application to Certain Investments" ("EITF 03-1"). EITF 03-1 provides guidance on determining when an investment is considered impaired, whether that impairment is other than temporary and the measurement of an impairment loss. EITF 03-1 is applicable to marketable debt and equity securities within the scope of SFAS No. 115, "Accounting for Certain Investments in Debt and Equity Securities" ("SFAS 115"), and SFAS No. 124, "Accounting for Certain Investments Held by Not-for-Profit Organizations", and equity securities that are not subject to the scope of SFAS 115 and not accounted for under the equity method of accounting. The FASB, at its June 29, 2005 Board meeting, decided not to provide additional guidance on the meaning of other-than-temporary impairment, but instead issued proposed FASB Staff Position ("FSP") FSP 03-1-a, "Implementation Guidance for the Application of Paragraph 16 of EITF Issue No. 03-1", as final, superseding EITF 03-1 and EITF Topic No. D-44, "Recognition of Other-Than-Temporary Impairment upon the Planned Sale of a Security Whose Cost Exceeds Fair Value". The final FSP, retitled FSP FAS 115-1 and FAS 124-1, "The Meaning of Other-Than-Temporary Impairment and Its Application to Certain Investments" ("FSP FAS 115-1 and FAS 124-1"), will be applied prospectively and the effective date is for reporting periods beginning after December 15, 2005. The adoption of FSP FAS 115-1 and FAS 124-1 is not expected to have a material impact on Nortel's results of operations and financial condition.

(ii)  In November 2004, the FASB issued SFAS No. 151, "Inventory Costs" ("SFAS 151"). SFAS 151 requires that abnormal amounts of idle facility expense, freight, handling costs and wasted material (spoilage) be recognized as current period charges rather than capitalized as a component of inventory costs. In addition, SFAS 151 requires allocation of fixed production overheads to inventory based on the normal capacity of the production facilities. This statement is effective for inventory costs incurred during fiscal years beginning after June 15, 2005. The guidance should be applied prospectively. The adoption of SFAS 151 is not expected to have a material impact on Nortel's results of operations and financial condition.

(iii)  In December 2004, the FASB issued SFAS No. 123 (Revised 2004), "Share-Based Payment" ("SFAS 123R"), which requires all share-based payments to employees, including grants of employee stock options, to be recognized as compensation expense in the consolidated financial statements based on their fair values. SFAS 123R also modifies certain measurement and expense recognition provisions of SFAS 123 that will impact Nortel, including

HIGHLY CONFIDENTIAL          NNC-NNL06705393 / 129

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

the requirement to estimate employee forfeitures each period when recognizing compensation expense and requiring that the initial and subsequent measurement of the cost of liability-based awards each period be based on the fair value (instead of the intrinsic value) of the award. This statement is effective for Nortel as of January 1, 2006. Nortel previously elected to expense employee stock-based compensation using the fair value method prospectively for all awards granted or modified on or after January 1, 2003 in accordance with SFAS 148. SAB 107, "Share-Based Payment" ("SAB 107"), was issued by the SEC in March 2005, and provides supplemental SFAS 123R application guidance based on the views of the SEC. The adoption of SFAS 123R is not expected to have a material impact on Nortel's results of operations and financial condition for the 2006 fiscal year.

(iv) In May 2005, the FASB issued SFAS No. 154, "Accounting Changes and Error Corrections" ("SFAS 154"), which replaces APB Opinion No. 20, "Accounting Changes", and SFAS No. 3, "Reporting Accounting Changes in Interim Financial Statements — An Amendment of APB Opinion No. 28". SFAS 154 provides guidance on the accounting for and reporting of changes in accounting principles and error corrections. SFAS 154 requires retrospective application to prior period financial statements of voluntary changes in accounting principles and changes required by new accounting standards when the standard does not include specific transition provisions, unless it is impracticable to do so. SFAS 154 also requires certain disclosures for restatements due to correction of an error. SFAS 154 is effective for accounting changes and corrections of errors made in respect of fiscal years beginning after December 15, 2005, and is required to be adopted by Nortel as of January 1, 2006. The impact that the adoption of SFAS 154 will have on Nortel's consolidated results of operations and financial condition will depend on the nature of future accounting changes adopted by Nortel and the nature of transitional guidance provided in future accounting pronouncements.

(v) In September 2005, the EITF reached consensus on Issue No. 04-13, "Accounting for Purchases and Sales of Inventory with the Same Counterparty" ("EITF 04-13"). EITF 04-13 provides guidance on the purchase and sale of inventory to another entity that operates in the same line of business. The purchase and sale transactions may be pursuant to a single contractual arrangement or separate contractual arrangements and the inventory purchased or sold may be in the form of raw materials, work-in-process or finished goods. EITF 04-13 applies to new arrangements entered into, or modifications or renewals of existing arrangements, in reporting periods beginning after March 15, 2006. The impact of the adoption of EITF 04-13 on Nortel's consolidated results of operations and financial condition will depend on the nature of future arrangements entered into, or modifications or renewals of existing arrangements, by Nortel.

(vi) In November 2005, the FASB issued FSP FAS 123R-3, "Transition Election Related to Accounting for the Tax Effects of Share-Based Payment Awards" ("FSP FAS 123R-3"). FSP FAS 123R-3 provides an elective alternative transition method, to SFAS 123R, in accounting for the tax effects of share-based payment awards to employees. The elective method comprises a computational component that establishes a beginning balance of the Additional Paid In Capital ("APIC") pool related to employee compensation and a simplified method to determine the subsequent impact on the APIC pool of employee awards that are fully vested and outstanding upon the adoption of SFAS 123R. The impact on the APIC pool of awards partially vested upon, or granted after, the adoption of SFAS 123R should be determined in accordance with the guidance in SFAS 123R, if adopted. The guidance in FSP FAS 123R-3 is effective for Nortel in the first quarter of 2006. Nortel is currently assessing whether it will adopt the transition election of FSP FAS 123R-3 and what the impact would be on Nortel's results of operations and financial condition.

## 3. Accounting changes

### (a) Consolidation of Variable Interest Entities

In January 2003, the FASB issued FIN 46, "Consolidation of Variable Interest Entities — an interpretation of Accounting Research Bulletin No. 51, 'Consolidated Financial Statements'" ("FIN 46"). FIN 46 clarifies the application of consolidation guidance to those entities defined as VIEs (which include, but are not limited to, special purpose entities, trusts, partnerships, certain joint ventures and other legal structures) in which equity investors do not have the characteristics of a "controlling financial interest" or there is not sufficient equity at risk for the entity to finance its activities without additional subordinated financial support. FIN 46 applied immediately to all VIEs created after January 31, 2003 and by the beginning of the first interim or annual reporting period commencing after June 15, 2003 for VIEs created prior to February 1, 2003. In October 2003, the FASB issued FSP FIN 46-6, "Effective Date of FASB

16

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Interpretation No. 46'', deferring the effective date for applying the provisions of FIN 46 for VIEs created prior to February 1, 2003 to the end of the first interim or annual period ending after December 15, 2003. While the criteria for deferral were met, Nortel elected early application of FIN 46 (see note 15).

In December 2003, the FASB issued FIN 46R which amends and supersedes the original FIN 46. Effective December 2003, Nortel adopted FIN 46R. Any impacts of applying FIN 46R to an entity to which FIN 46 had previously been applied are considered immaterial to Nortel's results of operations and financial condition and Nortel's accounting treatment of VIEs.

#### (b) Accounting for Certain Financial Instruments with Characteristics of both Liabilities and Equity

In May 2003, the FASB issued SFAS No. 150, ''Accounting for Certain Financial Instruments with Characteristics of both Liabilities and Equity'' (''SFAS 150''). SFAS 150 clarifies the accounting for certain financial instruments with characteristics of both liabilities and equity, including mandatorily redeemable non-controlling interests, and requires that those instruments be classified as liabilities on the balance sheets. Previously, many of those financial instruments were classified as equity. SFAS 150 became effective for financial instruments entered into or modified after May 31, 2003 and otherwise became effective at the beginning of the first interim period beginning after June 15, 2003. In November 2003, the FASB issued FSP FAS 150-3, ''Effective Date, Disclosures, and Transition for Mandatorily Redeemable Financial Instruments of Certain Nonpublic Entities and Certain Mandatorily Redeemable Non-controlling Interests under FASB Statement No. 150, Accounting for Certain Financial Instruments with Characteristics of Both Liabilities and Equity'' (''FSP FAS 150-3''), which deferred indefinitely the effective date for applying the specific provisions within SFAS 150 related to the classification and measurement of mandatorily redeemable non-controlling interests.

Nortel continues to consolidate two enterprises with limited lives, which have mandatory liquidation at the end of their prescribed lives in 2024. Upon liquidation, the net assets of these entities will be distributed to the owners based on their relative interests at that time. The minority interests included in the consolidated balance sheets related to these entities were a total of $57 and $47 as at December 31, 2005 and 2004, respectively. As of December 31, 2005, the fair value of these minority interests was approximately $94. The adoption of SFAS 150, as amended by FSP FAS 150-3, did not have a material impact on Nortel's results of operations and financial condition.

#### (c) The Effect of Contingently Convertible Debt on Diluted Earnings per Share

On September 30, 2004, the EITF reached a consensus on Issue No. 04-8, ''The Effect of Contingently Convertible Instruments on Diluted Earnings per Share'' (''EITF 04-8''), which addresses when the dilutive effect of contingently convertible debt instruments should be included in diluted earnings (loss) per share. EITF 04-8 requires that contingently convertible debt instruments be included in the computation of diluted earnings (loss) per share regardless of whether the market price trigger has been met. EITF 04-8 also requires that prior period diluted earnings (loss) per share amounts presented for comparative purposes be restated. EITF 04-8 became effective for reporting periods ending after December 15, 2004. The adoption of EITF 04-8 did not have a material impact on Nortel's diluted earnings (loss) per share.

#### (d) Implicit Variable Interests

In March 2005, the FASB issued FSP FIN 46(R)-5, ''Implicit Variable Interests under FASB Interpretation No. 46 (revised December 2003), Consolidation of Variable Interest Entities'' (''FSP FIN 46R-5''). FSP FIN 46R-5 provides guidance for a reporting enterprise on determining whether it holds an implicit variable interest in VIEs or potential VIEs when specific conditions exist. This FSP is effective in the first period beginning after March 3, 2005 in accordance with the transition provisions of FIN 46. The adoption of FSP FIN 46R-5 had no material impact on Nortel's results of operations and financial condition.

#### (e) Accounting for Electronic Equipment Waste Obligations

In June 2005, the FASB issued FSP FAS 143-1, ''Accounting for Electronic Equipment Waste Obligations'' (''FSP FAS 143-1''). FSP FAS 143-1 provides guidance on how commercial users and producers of electronic equipment should recognize and measure asset retirement obligations associated with the European Union (''EU'') Directive

17

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

2002/96/EC on Waste Electrical and Electronic Equipment. FSP FAS 143-1, along with the EU Directive, effectively obligates a commercial user to accrue costs associated with the retirement of a specified asset that qualifies as historical waste equipment. FSP FAS 143-1 directs the commercial user to apply the provisions of SFAS No. 143, "Accounting for Asset Retirement Obligations", and the related FIN 47, "Accounting for Conditional Asset Retirement Obligations", to an obligation associated with historical waste. FSP FAS 143-1 applies to the later of Nortel's fiscal quarter ended June 30, 2005 or the date of the adoption of the law by the applicable EU-member country. In the second, third and fourth quarters of 2005, Nortel adopted FSP FAS 143-1 with respect to those EU-member countries that enacted the directive into country specific laws. The adoption of FSP FAS 143-1 did not have a material impact on Nortel's results of operations and financial condition for the fiscal year ended December 31, 2005. Due to the fact that certain EU-member countries have not yet enacted country-specific laws, Nortel cannot estimate the impact of applying this guidance in future periods.

### 4.  Restatement of previously issued financial statements

Nortel has effected successive restatements of prior periods' financial results. Following the restatement (effected in December 2003) of its consolidated financial statements for the years ended December 31, 2002, 2001 and 2000 and for the quarters ended March 31, 2003 and June 30, 2003 (the "First Restatement"), the Audit Committees of Nortel and NNL's Boards of Directors (the "Audit Committee") initiated an independent review of the facts and circumstances leading to the First Restatement (the "Independent Review") and engaged Wilmer Cutler Pickering Hale & Dorr LLP ("WilmerHale") to advise it in connection with the Independent Review. This review, and other errors and accounting issues identified by management, led to the restatement (effected in 2005) of Nortel's consolidated financial statements for the years ended December 31, 2002 and 2001 and the quarters ended March 31, 2003 and 2002, June 30, 2003 and 2002 and September 30, 2003 and 2002 (the "Second Restatement").

Over the course of the Second Restatement process, Nortel, together with its independent registered chartered accountants, identified a number of material weaknesses in Nortel's internal control over financial reporting as at December 31, 2003. Five of those material weaknesses continued to exist as at December 31, 2004 and 2005. In addition, in January 2005, Nortel and NNL's Boards of Directors adopted in their entirety the governing principles for remedial measures identified through the Independent Review. Nortel continues to develop and implement these remedial measures.

As part of these remedial measures and to compensate for the unremedied material weaknesses in its internal control over financial reporting, Nortel undertook intensive efforts in 2005 to enhance its controls and procedures relating to the recognition of revenue. These efforts included, among other measures, extensive documentation and review of customer contracts for revenue recognized in 2005 and earlier periods. As a result of the contract review, it became apparent that certain of the contracts had not been accounted for properly under U.S. GAAP. Most of these errors related to contractual arrangements involving multiple deliverables, for which revenue recognized in prior periods should have been deferred to later periods, under SAB 104 and SOP 97-2.

In addition, based on Nortel's review of its revenue recognition policies and discussions with its independent registered chartered accountants as part of the 2005 audit, Nortel determined that in its previous application of these policies, Nortel misinterpreted certain of these policies principally related to complex contractual arrangements with customers where multiple deliverables were accounted for using the percentage-of-completion method of accounting under SOP 81-1, as described in more detail below:

- Certain complex arrangements with multiple deliverables were previously fully accounted for under the percentage-of-completion method of SOP 81-1, but elements outside of the scope of SOP 81-1 should have been examined for separation under the guidance in EITF 00-21; and
- Certain complex arrangements accounted for under the percentage-of-completion method did not meet the criteria for this treatment in SOP 81-1 and should instead have been accounted for using completed contract accounting under SOP 81-1.

In correcting for both application errors, the timing of revenue recognition was frequently determined to be incorrect, with revenue having generally been recognized prematurely when it should have been deferred and recognized in later periods.

18

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 132

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

Management's determination that these errors required correction led to the Audit Committee's decision on March 9, 2006 to effect a further restatement of Nortel's consolidated financial statements (the "Third Restatement"). Nortel has restated its consolidated balance sheet as of December 31, 2004 and consolidated statements of operations, changes in equity and comprehensive income (loss) and cash flows for each of the years ended December 31, 2004 and 2003. The Third Restatement also corrected other miscellaneous accounting errors, as well as the classification of certain items within the consolidated statements of operations and cash flows, as described below. The impact of the Third Restatement to periods prior to 2003 was a net increase of $70 to opening accumulated deficit as of January 1, 2003.

The following tables present the impact of the Third Restatement on Nortel's previously issued consolidated statements of operations for the years ended December 31, 2004 and 2003. The effects of the restatement on the consolidated balance sheet as of December 31, 2004 are shown following the discussion below.

### Consolidated Statement of Operations for the year ended December 31, 2004

| | As Previously Reported | Revenues and Cost of Revenues Adjustments | Other Adjustments | As Restated |
|---|---|---|---|---|
| Revenues | $9,828 | $ (312) | $ — | $9,516 |
| Cost of revenues | 5,750 | (180) | 4 | 5,574 |
| Gross profit | 4,078 | (132) | (4) | 3,942 |
| Selling, general and administrative expense | 2,138 | — | (5) | 2,133 |
| Research and development expense | 1,959 | — | 1 | 1,960 |
| Amortization of intangibles | 10 | — | (1) | 9 |
| Special charges | 180 | — | 1 | 181 |
| (Gain) loss on sale of businesses and assets | (98) | — | 7 | (91) |
| Operating earnings (loss) | (111) | (132) | (7) | (250) |
| Other income — net | 231 | — | (19) | 212 |
| Interest expense | | | | |
|     Long-term debt | (193) | — | 1 | (192) |
|     Other | (10) | — | — | (10) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (83) | (132) | (25) | (240) |
| Income tax benefit | 29 | 1 | — | 30 |
| | (54) | (131) | (25) | (210) |
| Minority interests — net of tax | (46) | — | — | (46) |
| Net earnings (loss) from continuing operations | (100) | (131) | (25) | (256) |
| Net earnings from discontinued operations — net of tax | 49 | — | — | 49 |
| Net earnings (loss) before cumulative effect of accounting change | (51) | (131) | (25) | (207) |
| Cumulative effect of accounting change — net of tax | — | — | — | — |
| Net earnings (loss) | $ (51) | $(131) | $ (25) | $ (207) |
| Basic and diluted earnings (loss) per common share | | | | |
|     — from continuing operations | $(0.02) | $(0.03) | $(0.01) | $ (0.06) |
|     — from discontinued operations | 0.01 | 0.00 | 0.00 | 0.01 |
| Basic and diluted earnings (loss) per common share | $(0.01) | $(0.03) | $(0.01) | $ (0.05) |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 133

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

**Consolidated Statement of Operations for the year ended December 31, 2003**

| | As Previously Reported | Revenues and Cost of Revenues Adjustments | Other Adjustments | As Restated |
|---|---|---|---|---|
| Revenues | $10,193 | $ (261) | $ — | $9,932 |
| Cost of revenues | 5,852 | (139) | 10 | 5,723 |
| Gross profit | 4,341 | (122) | (10) | 4,209 |
| Selling, general and administrative expense | 1,939 | — | 27 | 1,966 |
| Research and development expense | 1,960 | — | 8 | 1,968 |
| Amortization of intangibles | 101 | — | — | 101 |
| Deferred stock option compensation | 16 | — | — | 16 |
| Special charges | 284 | — | 4 | 288 |
| (Gain) loss on sale of businesses and assets | (4) | — | — | (4) |
| Operating earnings (loss) | 45 | (122) | (49) | (126) |
| Other income — net | 445 | (10) | 31 | 466 |
| Interest expense | | | | |
| Long-term debt | (181) | — | 3 | (178) |
| Other | (28) | — | — | (28) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | 281 | (132) | (15) | 134 |
| Income tax benefit | 80 | 3 | — | 83 |
| | 361 | (129) | (15) | 217 |
| Minority interests — net of tax | (63) | 4 | — | (59) |
| Equity in net earnings (loss) of associated companies — net of tax | (36) | — | — | (36) |
| Net earnings (loss) from continuing operations | 262 | (125) | (15) | 122 |
| Net earnings from discontinued operations — net of tax | 184 | — | (1) | 183 |
| Net earnings (loss) before cumulative effect of accounting change | 446 | (125) | (16) | 305 |
| Cumulative effect of accounting change — net of tax | (12) | — | — | (12) |
| Net earnings (loss) | $ 434 | $ (125) | $ (16) | $ 293 |
| Basic and diluted earnings (loss) per common share | | | | |
| — from continuing operations | $ 0.06 | $(0.03) | $(0.00) | $ 0.03 |
| — from discontinued operations | 0.04 | 0.00 | 0.00 | 0.04 |
| Basic and diluted earnings (loss) per common share | $ 0.10 | $(0.03) | $(0.00) | $ 0.07 |

**Revenues and cost of revenues adjustments**

The Third Restatement adjustments that related to revenue recognition errors resulted in a net decrease to revenues of $312 and $261 for the years ended December 31, 2004 and 2003, respectively. These errors related to revenue previously recognized that should have been deferred to subsequent periods. Corresponding adjustments to cost of revenues were made, resulting in a net decrease to cost of revenues of $180 and $139 related to the revenue recognition adjustments, and a total net decrease of $176 and $129 including other adjustments, for the years ended December 31, 2004 and 2003 respectively.

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 134

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

| | Revenues | | Cost of Revenues | |
| --- | --- | --- | --- | --- |
| | 2004 | 2003 | 2004 | 2003 |
| As previously reported | $9,828 | $10,193 | $5,750 | $5,852 |
| Adjustments: | | | | |
| Application of SOP 81-1 | $ (84) | $ (118) | $ (55) | $ (103) |
| Interaction between multiple revenue recognition accounting standards | (174) | (49) | (127) | (26) |
| Application of SAB 104 and SOP 97-2 | (38) | (84) | 14 | (36) |
| Other revenue recognition adjustments | (16) | (10) | (12) | 26 |
| Other adjustments[a] | — | — | 4 | 10 |
| As restated | $9,516 | $ 9,932 | $5,574 | $5,723 |

(a) For further details see explanations of 'Other adjustments'.

### Application of SOP 81-1

Nortel determined that in certain arrangements, it had misinterpreted the guidance in SOP 81-1 relating to the application of percentage-of-completion accounting. Under the percentage-of-completion method, revenues are generally recorded based on a measure of the percentage of costs incurred to date relative to the total expected costs of the contract. In certain circumstances where a reasonable estimate of costs cannot be made, but it is assured that no loss will be incurred, revenue is recognized to the extent of direct costs incurred ("zero margin accounting"). If a reasonable estimate of costs cannot be made and Nortel is not assured that no loss will be incurred, revenue should be recognized using completed contract accounting.

For certain arrangements accounted for under the percentage-of-completion method which included rights to future software upgrades, Nortel has now determined that it did not have a sufficient basis to estimate the total costs of the arrangements, due to the inability to estimate the cost of providing these future software upgrades. In addition, in one arrangement, Nortel had previously applied zero margin accounting on the basis that it believed that no loss would be incurred. Nortel has now determined that assurance that no loss would be incurred exists only in very limited circumstances, such as in cost recovery arrangements. Accordingly, Nortel has determined that percentage-of-completion accounting should not have been used to account for these specific arrangements, and the completed contract method should have been applied under SOP 81-1. Under the completed contract method, revenues and certain costs are deferred until completion of the arrangement, which results in a delay in the timing of revenue recognition as compared to arrangements accounted for under percentage-of-completion accounting.

### Interaction between multiple revenue recognition accounting standards

Nortel determined there were accounting errors related to the application of SOP 81-1, SOP 97-2 and related interpretive guidance under EITF 00-21.

Some of Nortel's customer arrangements have multiple deliverable elements for which different accounting standards may govern the appropriate accounting treatment. For those arrangements that contained more-than-incidental software and involved significant production, modification or customization of software or software related elements ("customized elements"), Nortel had previously applied the percentage-of-completion method of accounting under SOP 81-1 to all the elements under the arrangement, in accordance with its interpretation of SOP 97-2. This included certain future software, software-related or non-software related deliverables.

Nortel has now determined that it should have applied the separation criteria set forth in EITF 00-21 and SOP 97-2 to non-software and software/software-related elements, respectively, to determine whether the various elements under these arrangements should be treated as separate units of accounting. Generally, the applicable separation criteria in EITF 00-21 and SOP 97-2 requires sufficient objective and reliable evidence of fair value for each element. If an undelivered non-SOP 81-1 element cannot be separated from an SOP 81-1 element, depending on the nature of the elements and the timing of their delivery, the combined unit of accounting may be required to be accounted for under SOP 97-2 rather than under SOP 81-1. SOP 97-2 provides that the entire revenue associated with the combined elements should typically be deferred until the earlier of the point at which (i) the undelivered element(s) meet the criteria for separation or (ii) all elements within the combined unit of accounting have been delivered. Once there is only one

21

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

remaining element to be delivered within the unit of accounting, the deferred revenue is recognized based on the revenue recognition guidance applicable to the last delivered element.

For certain of Nortel's multiple element arrangements involving customized elements where elements such as PCS, specified upgrade rights and/or non-essential hardware or software products remained undelivered, Nortel frequently determined that the undelivered element could not be treated as a separate unit of accounting because fair value could not be established for all undelivered non-customized elements. Accordingly, Nortel should not have accounted for the revenue using percentage-of-completion accounting. Instead, the revenue should have been deferred in accordance with SOP 97-2 until such time as the fair value of the undelivered element could be established or all remaining elements have been delivered. Once there is only one remaining element to be delivered within the unit of accounting, the deferred revenue is recognized based on the revenue recognition guidance applicable to that last element.

### *Application of SAB 104 and SOP 97-2*

Primarily as a result of Nortel's contract review, Nortel determined that in respect of certain contracts providing for multiple deliverables, revenues had previously been recognized for which the revenue recognition criteria under SOP 97-2 or SAB 104, as applicable, had not been met. These errors related primarily to situations in which the fair value of an undelivered element under the arrangement could not be established.

In certain arrangements, Nortel had treated commitments to make available a specified quantity of upgrades during the contract period as PCS. Under SOP 97-2, where fair value cannot be established for PCS, revenue is recognized for the entire arrangement ratably over the PCS term. Nortel has now determined that commitments to make available a specified quantity of upgrades do not qualify as PCS and should be accounted for as a separate element of the arrangement from the PCS. Fair value could not be established for these commitments to make available a specified quantity of upgrades and as a result, the revenue related to the entire arrangement should have been deferred until the earlier of when (i) fair value of the undelivered element could be established or (ii) the undelivered element is delivered. Adjustments were made to defer the revenue and related costs until the upgrades were delivered.

In certain multiple element arrangements, Nortel had recognized revenue upon delivery of products under the arrangement although other elements under the arrangement, such as future contractual or implicit PCS, had not been delivered. If sufficient evidence of fair value cannot be established for an undelivered element, revenue related to the delivered products should be deferred until the earlier of when VSOE for the undelivered element can be established or all the remaining elements have been delivered. Once there is only one remaining element, the deferred revenue is recognized based on the revenue recognition guidance applicable to that last undelivered element. For instance, where PCS is the last undelivered element within the unit of accounting, deferred revenue is recognized ratably over the PCS term. As Nortel identified a number of contracts where sufficient evidence of fair value could not be established for the undelivered elements, adjustments were made to defer the revenue and related costs from the periods in which they were originally recorded and until such time as the appropriate criteria recognition were met.

In addition, Nortel identified and corrected certain revenue recognition errors that related to the application of SAB 104 and SOP 97-2. The cumulative adjustments were previously recorded in 2004, rather than restating prior periods, because they were not material either to 2004, or the prior period results as originally reported. As part of the Third Restatement, these adjustments have now been recorded in the appropriate periods as follows:

- A cumulative correction previously recorded in the third quarter of 2004 has now been recorded primarily in 2003, and prior periods resulting in an increase to revenue of $89 in the third quarter of 2004. The adjustment was to correct for previously recognized revenue relating to past sales of Optical Networks equipment which we determined should have been deferred and recognized with the delivery of future contractual PCS and other services over the term of the PCS.
- A cumulative correction in the fourth quarter of 2004 has now been recorded in the appropriate prior periods resulting in an increase to revenue of $40 in the fourth quarter of 2004. The adjustment was to correct for previously recognized revenue related to an EMEA contract which should have been deferred until the delivery of certain undelivered elements such as services.

22

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Other revenue recognition adjustments*

In addition, errors related to application of profit center definitions were identified and corrected. Nortel made other revenue corrections related to the treatment of non-cash incentives, and certain errors related to the classification of revenue. Other revenue recognition adjustments also reflect the impact on cost of revenues of corrections to standard costing on deferred costs (related to deferred revenue) included in inventory, and other adjustments to inventory to correct standard costing.

## Other adjustments

Other miscellaneous adjustments were identified and recorded in the Third Restatement, the more significant of which are summarized below.

*Health and Welfare Trust*

In prior periods, Nortel had incorrectly netted employee benefit plan assets against the post-employment and post-retirement liabilities and incorrectly recognized gains and losses through the consolidated statement of operations related to certain assets held in an employee benefit trust in Canada ("Health and Welfare Trust"). Historically, Nortel had accounted for the assets of the Health and Welfare Trust in accordance with SFAS No. 106 "Employers Accounting for Post Retirement Benefit Plans" ("SFAS 106") and SFAS No. 112, "Employers Accounting for Post-Employment Benefit Plans" ("SFAS 112") which, among other things, permitted the netting of these plan assets against the post-employment and post-retirement liabilities if the assets are appropriately segregated and restricted. Upon further review, Nortel determined that these assets should not have been netted against the liabilities because the Health and Welfare Trust was not legally structured so as to segregate and restrict its assets to meet the definition of plan assets under SFAS 106 and SFAS 112. As a result, Nortel corrected prior periods to present plan assets and liabilities on a gross basis, and to recognize gains and losses in OCI. Nortel further determined that it is the primary beneficiary of the Health and Welfare Trust, which met the definition of a variable interest entity under FIN 46R. As a result, Nortel has corrected prior periods to consolidate the Health and Welfare Trust into its results as of July 1, 2003, the effective date of FIN 46R. The combined impact of these adjustments in the Third Restatement was an increase in cost of revenues of $2 and $10, an increase in selling, general and administrative expense of $3 and $12, an increase in R&D expense of $4 and $6 and an increase in other income of $8 and $9 for the years ended December 31, 2004 and 2003, respectively. As of December 31, 2004, total assets increased by $138 and liabilities increased by $144, including the related foreign exchange impact, as a result of these adjustments.

*Foreign exchange*

Nortel had previously recorded foreign exchange gains in its 2004 consolidated financial statements, to correct a cumulative error from prior periods related to the functional currency designation of an entity in Brazil. This adjustment was previously recorded in 2004 rather than restating the prior periods, because the adjustment was not material either to the 2004 or the prior period results as originally reported. As part of the Third Restatement, the impact of this adjustment has now been recorded in the appropriate prior periods, resulting in a decrease to other income for the year ended December 31, 2004 of $33 and an increase for the year ended December 31, 2003 of $18.

Nortel also identified and corrected additional foreign currency translation errors related to a pension liability under the Supplemental Executive Retirement Plan and historical balances for certain long-term debt issue and discount costs. The impact of the adjustments in the Third Restatement to correct these errors resulted in a net decrease to other income of $3 for the year ended December 31, 2004 and a decrease of $8 for the year ended December 31, 2003.

In addition, the foreign exchange gains and losses, if any, resulting from the Third Restatement adjustments were recorded in other income-net, and are presented in 'Other adjustments' in the consolidated statements of operations tables above.

*Other*

Nortel had previously capitalized legal and professional fees and real estate impairment costs relating to its transaction with Flextronics International Ltd. ("Flextronics") for the divestiture of substantially all of Nortel's remaining

23

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

manufacturing operations and related activities, accumulating those costs in the consolidated balance sheet as deferred costs starting in 2004. Nortel has determined that these costs should instead have been recognized as incurred in prior periods. Accordingly, Nortel has made adjustments to record these costs in the appropriate prior period, resulting in a decrease to gain (loss) on sale of businesses and assets of $6 for the year ended December 31, 2004.

In 2004, Nortel corrected certain other accounting errors it had identified that related to prior periods. These adjustments were previously recorded in 2004 rather than restating prior periods because they were not material to 2004 or to the financial statements as originally reported. However, as part of the Third Restatement, these adjustments have now been recorded in the appropriate prior periods. These adjustments were as follows:

- During 2004, Nortel had recorded a cumulative correction to reclassify an operating lease to a capital lease. These adjustments have now been recorded to the appropriate prior periods which resulted in a decrease in selling, general and administrative expense in the year ended December 31, 2004 of $16 and an increase in the year ended December 31, 2003 of $5.
- Nortel had previously recorded the release of a customer financing provision of $9 in 2004 that should have been recorded in 2003. As a result, selling, general and administrative expense has increased by $9 for the year ended December 31, 2004 and decreased by $9 for the year ended December 31, 2003.
- Nortel has corrected the useful lives of various leasehold improvement assets, included in plant and equipment — net, which resulted in a decrease to depreciation expense for the year ended December 31, 2004 of $6 and an increase for the year ended December 31, 2003 of $3.

### Reclassifications

Nortel had previously classified changes in restricted cash and cash equivalents as a component of net cash from (used in) operating activities of continuing operations. Nortel has now determined that, under SFAS No. 95, "Statement of Cash Flows", changes in restricted cash and cash equivalents should instead be recorded as a component of net cash from (used in) investing activities of continuing operations. Accordingly, Nortel has made adjustments of $17 and $200 for the years ended December 31, 2004 and 2003, respectively, to reclassify changes in restricted cash and cash equivalents from net cash from (used in) operating activities of continuing operations to net cash from (used in) investing activities of continuing operations in the consolidated statements of cash flows.

Certain sublease income has been reclassified in the consolidated statement of operations. The impact of this adjustment resulted in an increase of $10 and $2 in selling, general and administrative expense and cost of revenues, respectively and an increase in other income of $12 for the year ended December 31, 2004. For the year ended December 31, 2003, sublease income of $15 was reclassified from selling, general and administrative expense to other income.

HIGHLY CONFIDENTIAL                                    NNC-NNL06705393 / 138

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

**Balance sheet**

The following table presents the impact of the Third Restatement adjustments on Nortel's previously reported consolidated balance sheet as of December 31, 2004.

### Consolidated Balance Sheet as of December 31, 2004

| | As Previously Reported | Revenues and Cost of Revenues Adjustments | Other Adjustments | As Restated |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current assets** | | | | |
| Cash and cash equivalents | $ 3,686 | $ — | $ (1) | $ 3,685 |
| Restricted cash and cash equivalents | 80 | — | — | 80 |
| Accounts receivable — net | 2,551 | (43) | 2 | 2,510 |
| Inventories — net | 1,414 | 548 | — | 1,962 |
| Deferred income taxes — net | 255 | — | — | 255 |
| Other current assets | 356 | 3 | (1) | 358 |
| **Total current assets** | 8,342 | 508 | — | 8,850 |
| Investments | 159 | — | 140 | 299 |
| Plant and equipment — net | 1,651 | — | (11) | 1,640 |
| Goodwill | 2,303 | — | — | 2,303 |
| Intangible assets — net | 78 | — | — | 78 |
| Deferred income taxes — net | 3,736 | — | 2 | 3,738 |
| Other assets | 715 | 172 | (20) | 867 |
| **Total assets** | $ 16,984 | $ 680 | $111 | $ 17,775 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current liabilities** | | | | |
| Trade and other accounts payable | $ 996 | $ — | $ (7) | $ 989 |
| Payroll and benefit-related liabilities | 515 | — | — | 515 |
| Contractual liabilities | 569 | 1 | 1 | 571 |
| Restructuring liabilities | 254 | — | — | 254 |
| Other accrued liabilities | 2,823 | 771 | (2) | 3,592 |
| Long-term debt due within one year | 15 | — | (1) | 14 |
| **Total current liabilities** | 5,172 | 772 | (9) | 5,935 |
| Long-term debt | 3,862 | — | (10) | 3,852 |
| Deferred income taxes — net | 144 | — | — | 144 |
| Other liabilities | 3,189 | 240 | 149 | 3,578 |
| **Total liabilities** | 12,367 | 1,012 | 130 | 13,509 |
| Minority interests in subsidiary companies | 630 | (4) | — | 626 |
| **SHAREHOLDERS' EQUITY** | | | | |
| Common shares, without par value | 33,840 | — | — | 33,840 |
| Additional paid-in capital | 3,282 | 1 | — | 3,283 |
| Accumulated deficit | (32,583) | (324) | (43) | (32,950) |
| Accumulated other comprehensive loss | (552) | (5) | 24 | (533) |
| **Total shareholders' equity** | 3,987 | (328) | (19) | 3,640 |
| **Total liabilities and shareholders' equity** | $ 16,984 | $ 680 | $111 | $ 17,775 |

25

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

**5.    Consolidated financial statement details**

The following consolidated financial statement details are presented as of December 31, 2005 and 2004 for the consolidated balance sheets and for each of the three years ended December 31, 2005 for the consolidated statements of operations and consolidated statements of cash flows.

*Consolidated statements of operations*

*Cost of revenues:*

In August 2004, Nortel entered into a contract with Bharat Sanchar Nigam Limited ("BSNL") to establish a wireless network in India. Nortel's commitments for orders received as of December 31, 2005 and 2004 under this contract have resulted in estimated project losses in each of these years of approximately $148 and $160, respectively, which were recorded as a charge to cost of revenues and accrued within contractual liabilities in the years ended December 31, 2005 and 2004.

During the year ended December 31, 2003, reversals of provisions of $87 relating to a customer bankruptcy settlement reduced cost of revenues and selling, general and administrative ("SG&A") expense by $53 and $4, respectively, and increased other income (expense) — net by $30.

*Selling, general and administrative expense:*

SG&A expense included bad debt recoveries of $9, $118 and $188 in the years ended December 31, 2005, 2004 and 2003, respectively.

*Research and development expense:*

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| R&D expense | $1,856 | $1,960 | $1,968 |
| R&D costs incurred on behalf of others[a] | 28 | 40 | 72 |
| Total | $1,884 | $2,000 | $2,040 |

---

(a)  These costs included R&D costs charged to customers of Nortel pursuant to contracts that provided for full recovery of the estimated cost of development, material, engineering, installation and other applicable costs, which were accounted for as contract costs.

*Shareholder litigation settlement expense*

During the year ended December 31, 2005, Nortel recorded a charge of $2,474 related to an agreement reached in principle for the proposed global settlement of certain shareholder class action litigation. For additional information see notes 22 and 23.

*Other income — net:*

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Interest income | $ 73 | $ 70 | $ 84 |
| Write down or gain on sale of investments | 67 | 19 | 143 |
| Currency exchange gains | 68 | 57 | 107 |
| Other — net | 95 | 66 | 132 |
| Other income — net | $303 | $212 | $466 |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 140

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

### *Consolidated balance sheets*

#### *Accounts receivable — net:*

| | 2005 | 2004 |
|---|---|---|
| Trade receivables | $2,266 | $2,003 |
| Notes receivable | 122 | 42 |
| Contracts in process | 611 | 574 |
| | 2,999 | 2,619 |
| Less: provision for doubtful accounts | (137) | (109) |
| Accounts receivable — net | $2,862 | $2,510 |

#### *Inventories — net:*

| | 2005 | 2004 |
|---|---|---|
| Raw materials | $ 777 | $ 933 |
| Work in process | 50 | 123 |
| Finished goods | 819 | 1,079 |
| Deferred costs | 2,014 | 1,512 |
| | 3,660 | 3,647 |
| Less: provision for inventory | (1,039) | (1,143) |
| Inventories — net | 2,621 | 2,504 |
| Less: long-term deferred costs[a] | (817) | (542) |
| Current inventories — net | $ 1,804 | $ 1,962 |

(a) Long-term portion of deferred costs is included in other assets.

#### *Other current assets:*

| | 2005 | 2004 |
|---|---|---|
| Prepaid expenses | $198 | $177 |
| Income taxes recoverable | 68 | 38 |
| Current assets of discontinued operations (note 20) | — | 14 |
| Other | 530 | 129 |
| Other current assets | $796 | $358 |

#### *Plant and equipment — net:*

| | 2005 | 2004 |
|---|---|---|
| Cost: | | |
| Land | $ 45 | $ 48 |
| Buildings | 1,265 | 1,278 |
| Machinery and equipment | 2,190 | 2,444 |
| Capital lease assets | 213 | 176 |
| Sale lease-back assets | 80 | 59 |
| | 3,793 | 4,005 |
| Less accumulated depreciation: | | |
| Buildings | (455) | (399) |
| Machinery and equipment | (1,679) | (1,884) |
| Capital lease assets | (78) | (66) |
| Sale lease-back assets | (17) | (16) |
| | (2,229) | (2,365) |
| Plant and equipment — net[a] | $ 1,564 | $ 1,640 |

(a) Included assets held for sale with a carrying value of $136 and $29 as of December 31, 2005 and 2004, respectively, related to owned facilities that were being actively marketed. These assets were written down in previous periods to their estimated fair values less costs to sell. The write downs were included in special charges. Nortel expects to dispose of all of these facilities during 2006.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 141

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Goodwill:*

The following table outlines goodwill by reportable segment:

| | Enterprise Solutions and Packet Networks | Mobility and Converged Core Networks | Other | Total |
|---|---|---|---|---|
| Balance — as of December 31, 2003 | $2,234 | $ 73 | $ — | $2,307 |
| Change: | | | | |
|    Disposal | (2) | (13) | — | (15) |
|    Foreign exchange | 7 | 4 | — | 11 |
| Balance — as of December 31, 2004 | 2,239 | 64 | — | 2,303 |
| Change: | | | | |
|    Additions (note 10) | 36 | 28 | 278 | 342 |
|    Disposal | (38) | — | — | (38) |
|    Foreign exchange | (10) | (5) | — | (15) |
| Balance — as of December 31, 2005 | $2,227 | $ 87 | $278 | $2,592 |

During each of the years ended December 31, 2005 and 2004, Nortel performed its annual goodwill impairment test in accordance with SFAS No. 142, "Goodwill and Other Intangible Assets" ("SFAS 142") and concluded that there was no impairment.

*Intangible assets — net:*

| | 2005 | 2004 |
|---|---|---|
| Other intangible assets[a] | $135 | $38 |
| Pension intangible assets (note 9) | 37 | 40 |
| Intangible assets — net[b] | $172 | $78 |

---

(a) Other intangible assets are being amortized over a weighted average period of approximately nine years ending in 2014. Amortization expense for the next five years commencing in 2006 is expected to be $28, $26, $19, $17 and $14, respectively. The majority of amortization expense is denominated in a foreign currency and may fluctuate due to changes in foreign exchange rates.
(b) The increase related primarily to intangible assets acquired in the PEC Solutions, Inc. acquisition and the formation of the joint venture with LG Electronics Inc., see note 10.

*Other accrued liabilities:*

| | 2005 | 2004 |
|---|---|---|
| Outsourcing and selling, general and administrative related provisions | $ 256 | $ 322 |
| Customer deposits | 38 | 28 |
| Product related provisions | 42 | 57 |
| Warranty provisions (note 13) | 208 | 273 |
| Deferred revenue | 1,289 | 1,420 |
| Miscellaneous taxes | 66 | 53 |
| Income taxes payable | 83 | 112 |
| Interest payable | 65 | 62 |
| Advance billings in excess of revenues recognized to date on contracts | 1,195 | 1,146 |
| Shareholder litigation settlement provision (notes 22 and 23) | 804 | — |
| Other | 154 | 119 |
| Other accrued liabilities | $4,200 | $3,592 |

28

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

*Other liabilities:*

|  | 2005 | 2004 |
|---|---|---|
| Pension, post-employment and post-retirement benefit liabilities | $2,459 | $2,350 |
| Restructuring liabilities (note 7) | 203 | 209 |
| Deferred revenue | 1,073 | 783 |
| Shareholder litigation settlement provision (notes 22 and 23) | 1,899 | — |
| Other long-term provisions | 301 | 236 |
| Other liabilities | $5,935 | $3,578 |

*Minority interests in subsidiary companies:*

|  | 2005 | 2004 |
|---|---|---|
| Preferred shares of NNL (Authorized: unlimited number of Class A and Class B) | | |
| Series 5, issued November 26, 1996 for consideration of Canadian $400[a] | $294 | $294 |
| Series 7, issued November 28, 1997 for consideration of Canadian $350[b] | 242 | 242 |
| Other[c] | 244 | 90 |
| Minority interests in subsidiary companies | $780 | $626 |

(a) As of December 31, 2005 and 2004, 16 million Class A Series 5 preferred shares were outstanding. Since December 1, 2001, holders of Series 5 preferred shares are entitled to, if declared, a monthly floating cumulative preferential cash dividend based on Canadian prime rates.

(b) As of December 31, 2005 and 2004, 14 million Class A Series 7 preferred shares were outstanding. Since December 1, 2002, holders of the Series 7 preferred shares are entitled to, if declared, a monthly floating non-cumulative preferential cash dividend based on Canadian prime rates.

(c) Other includes minority interest in joint ventures primarily in Europe and Asia.

### Consolidated statements of cash flows

*Change in operating assets and liabilities:*

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Accounts receivable — net | $(248) | $ (66) | $(197) |
| Inventories — net | (266) | (692) | 352 |
| Income taxes | (58) | (63) | 18 |
| Restructuring liabilities | (138) | (57) | (230) |
| Accounts payable, payroll and contractual liabilities | 283 | 255 | (615) |
| Other operating assets and liabilities | 210 | (32) | (207) |
| Change in operating assets and liabilities | $(217) | $(655) | $(879) |

*Cash and cash equivalents:*

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Cash on hand and balances with banks | $ 767 | $ 773 | $ 761 |
| Short-term investments | 2,184 | 2,912 | 3,241 |
| Cash and cash equivalents at end of year | $2,951 | $3,685 | $4,002 |

29

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Acquisitions of investments and businesses — net of cash acquired:*

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Cash acquired | $ (26) | $ (6) | $ (5) |
| Total net assets acquired other than cash | (651) | (5) | (114) |
| Total purchase price | (677) | (11) | (119) |
| Less: |  |  |  |
| Cash acquired | 26 | 6 | 5 |
| Non-cash consideration paid other than common share options and contingent consideration | — | — | 83 |
| Acquisitions of investments and businesses — net of cash acquired | $(651) | $ (5) | $ (31) |

*Interest and taxes paid (recovered):*

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Cash interest paid | $203 | $189 | $186 |
| Cash taxes paid (recovered) — net | $ 48 | $ 40 | $ (4) |

## 6. Segment information

### General description

During 2005, Nortel's operations were organized into four reportable segments: Carrier Packet Networks, Code Division Multiple Access ("CDMA") Networks, Global System for Mobile communications ("GSM") and Universal Mobile Telecommunications Systems ("UMTS") Networks and Enterprise Networks. On September 30, 2005, Nortel announced a new organizational structure, effective January 1, 2006, that included, among other things, combining the businesses represented by its four reportable segments at that time into two product groups: (i) Enterprise Solutions and Packet Networks, which combines optical networking solutions (included in Nortel's Carrier Packet Networks segment in 2005), data networking and security solutions, and portions of circuit and packet voice solutions (included in both Nortel's Carrier Packet Networks segment and Enterprise Networks segment in 2005) into a unified product group; and (ii) Mobility and Converged Core Networks, which combines Nortel's CDMA solutions and GSM and UMTS solutions (each a separate segment in 2005) and other circuit and packet voice solutions (included in Nortel's Carrier Packet Networks segment in 2005).

These organizational changes resulted in a change to Nortel's reportable segments. Commencing in the first quarter of 2006, Mobility and Converged Core Networks and Enterprise Solutions and Packet Networks form Nortel's reportable segments and are described below:

- Mobility and Converged Core Networks provides mobility networking solutions using (i) CDMA solutions and GSM and UMTS solutions and (ii) carrier circuit and packet voice solutions. Mobility networking refers to communications networks that enable end-users to be mobile while they send and receive voice and data communications using wireless devices, such as cellular telephones, personal digital assistants and other computing and communications devices. These networks use specialized network access equipment and specialized core networking equipment that enable an end-user to be connected and identified when not in a fixed location. In addition, Nortel's carrier circuit and packet voice solutions provide a complete range of voice solutions to its service provider customers, including local, toll, long-distance and international gateway capabilities using either circuit or packet-based switching technologies. These service provider customers include local and long distance telephone companies, wireless service providers, cable operators and other communication service providers.
- Enterprise Solutions and Packet Networks provides (i) enterprise circuit and packet voice solutions, (ii) data networking and security solutions and (iii) optical networking solutions. Nortel's solutions for enterprises are used to build new networks and transform their existing communications network into a more cost effective, packet-based network supporting data, voice and multimedia communications. Nortel's optical networking and carrier data networking and security solutions provide voice, data and multimedia communication solutions to its service provider customers that operate wireline networks.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 144

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

"Other" represents miscellaneous business activities and corporate functions and includes the results from Nortel Government Solutions Incorporated (formerly PEC Solutions Inc.) ("NGS"). None of these activities meet the quantitative criteria to be disclosed separately as reportable segments. Costs associated with shared services and other corporate costs are allocated to the segments based on usage determined generally by headcount. Costs not allocated to the segments are primarily related to Nortel's corporate compliance, interest attributable to its long-term debt and other non-operational activities and are included in "Other".

Nortel's president and chief executive officer (the "CEO") has been identified as the Chief Operating Decision Maker in assessing the performance of the segments and the allocation of resources to the segments. The primary financial measure used by the CEO in assessing performance and allocating resources to the segments is management earnings (loss) before income taxes ("Management EBT"), a measure that includes the cost of revenues, SG&A expense, R&D expense, interest expense, other income (expense) — net, minority interests — net of tax and equity in net earnings (loss) of associated companies — net of tax. Interest attributable to long-term debt is not allocated to a reportable segment and is included in "Other". The CEO does not review asset information on a segmented basis in order to assess performance and allocate resources. The accounting policies of the reportable segments are the same as those applied to the consolidated financial statements. Prior period segment results have been restated only to conform to the current period presentation.

### Segments

The following tables set forth information by segment for the years ended December 31:

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| **Revenues** | | | |
| Mobility and Converged Core Networks | $ 6,234 | $5,741 | $5,561 |
| Enterprise Solutions and Packet Networks | 3,998 | 3,688 | 4,262 |
| Total reportable segments | 10,232 | 9,429 | 9,823 |
| Other | 291 | 87 | 109 |
| **Total revenues** | $10,523 | $9,516 | $9,932 |
| **Management EBT** | | | |
| Mobility and Converged Core Networks | $ 748 | $ 430 | $ 746 |
| Enterprise Solutions and Packet Networks | 64 | (129) | (43) |
| Total reportable segments | 812 | 301 | 703 |
| Other | (736) | (488) | (263) |
| **Total management EBT** | 76 | (187) | 440 |
| Amortization of intangibles | (17) | (9) | (101) |
| Deferred stock option compensation | — | — | (16) |
| Special charges | (170) | (181) | (288) |
| Gain (loss) on sale of businesses and assets | (47) | 91 | 4 |
| Shareholder litigation settlement expense | (2,474) | — | — |
| Income tax benefit (expense) | 56 | 30 | 83 |
| **Net earnings (loss) from continuing operations** | $(2,576) | $ (256) | $ 122 |

31

HIGHLY CONFIDENTIAL        NNC-NNL06705393 / 145

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Product revenues*

The following table sets forth external revenues by product for the years ended December 31:

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| CDMA solutions | $ 2,316 | $2,215 | $2,355 |
| GSM and UMTS solutions | 2,800 | 2,412 | 1,883 |
| Circuit and packet voice solutions | 2,750 | 2,584 | 2,990 |
| Optical networking solutions | 1,179 | 955 | 1,173 |
| Data networking and security solutions | 1,331 | 1,339 | 1,499 |
| Other | 147 | 11 | 32 |
| Total | $10,523 | $9,516 | $9,932 |

For the years ended December 31, 2005, 2004 and 2003, no customer had revenues greater than 10 percent of consolidated revenues.

*Geographic information*

The following table sets forth external revenues by geographic region based on the location of the customer for the years ended December 31:

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| U.S. | $ 5,206 | $4,636 | $5,329 |
| EMEA | 2,725 | 2,498 | 2,253 |
| Canada | 576 | 560 | 599 |
| Asia Pacific | 1,404 | 1,261 | 1,258 |
| CALA | 612 | 561 | 493 |
| Total | $10,523 | $9,516 | $9,932 |

*Long-lived assets*

The following table sets forth long-lived assets representing plant and equipment — net, goodwill and other intangible assets — net by geographic region as of December 31:

|  | 2005 | 2004 |
|---|---|---|
| U.S. | $2,926 | $2,583 |
| EMEA | 475 | 607 |
| Canada | 702 | 744 |
| Other regions[a] | 225 | 87 |
| Total | $4,328 | $4,021 |

[a] The Asia Pacific and CALA regions.

## 7. Special charges

During 2001, Nortel implemented a work plan to streamline operations and activities around core markets and leadership strategies in light of the significant downturn in both the telecommunications industry and the economic environment, and capital market trends impacting operations and expected future growth rates (the "2001 Restructuring Plan").

In addition, as described below, activities were initiated in 2003 to exit certain leased facilities and leases for assets no longer used across all segments. The liabilities associated with these activities were measured at fair value and recognized under SFAS 146.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 146

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

In 2004 and 2005, Nortel's focus was on managing each of its businesses based on financial performance, the market and customer priorities. In the third quarter of 2004, Nortel announced a strategic plan that includes a work plan involving focused workforce reductions, including a voluntary retirement program, of approximately 3,250 employees, real estate optimization and other cost containment actions such as reductions in information services costs, outsourced services and other discretionary spending across both segments (the "2004 Restructuring Plan"). Nortel estimates total charges to earnings associated with the 2004 Restructuring Plan in the aggregate of approximately $410 comprised of approximately $240 with respect to the workforce reductions and approximately $170 with respect to the real estate actions. No additional special charges are expected to be recorded with respect to the other cost containment actions. Approximately $165 of the aggregate charges were incurred in 2004 and $177 in 2005 with the remainder expected to be substantially incurred during 2006.

During the years ended December 31, 2005, 2004 and 2003, Nortel continued to implement these restructuring work plans. Special charges recorded from January 1, 2003 to December 31, 2005 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Other | Total | Special Charges |
|---|---|---|---|---|---|---|
| **2004 Restructuring Plan** | | | | | | |
| Provision balance as of January 1, 2004 | $ — | $ — | $ — | $— | $ — | |
| Other special charges | 163 | — | 2 | — | 165 | $165 |
| Revisions to prior accruals | — | — | — | — | — | |
| Cash drawdowns | (38) | — | — | — | (38) | |
| Non-cash drawdowns | — | — | (2) | — | (2) | |
| Foreign exchange and other adjustments | (1) | — | — | — | (1) | |
| Provision balance as of December 31, 2004 | $ 124 | $ — | $ — | $— | $ 124 | |
| Total special charges for the year ended December 31, 2004 | | | | | | $165 |
| Other special charges | $ 68 | $ 72 | $ 30 | $— | $ 170 | $170 |
| Revisions to prior accruals | — | 6 | 1 | — | 7 | 7 |
| Cash drawdowns | (167) | (13) | — | — | (180) | |
| Non-cash drawdowns | — | — | (30) | — | (30) | |
| Foreign exchange and other adjustments | (4) | (4) | (1) | — | (9) | |
| Provision balance as of December 31, 2005 | $ 21 | $ 61 | $ — | $— | $ 82 | |
| Total special charges for the year ended December 31, 2005 | | | | | | $177 |
| **2001 Restructuring Plan** | | | | | | |
| Provision balance as of January 1, 2003 | $ 213 | $ 621 | $ — | $ 9 | $ 843 | |
| Other special charges | 199 | 68 | 74 | — | 341 | $341 |
| Revisions to prior accruals | (44) | 19 | (28) | — | (53) | (53) |
| Cash drawdowns | (274) | (275) | — | (9) | (558) | |
| Non-cash drawdowns | (41) | — | (46) | — | (87) | |
| Foreign exchange and other adjustments | 13 | 27 | — | — | 40 | |
| Provision balance as of December 31, 2003 | $ 66 | $ 460 | $ — | $— | $ 526 | |
| Total special charges for the year ended December 31, 2003 | | | | | | $288 |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 147

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Other | Total | Special Charges |
|---|---|---|---|---|---|---|
| Other special charges | $ 7 | $ — | $ — | $— | $ 7 | $ 7 |
| Revisions to prior accruals | (4) | 13 | — | — | 9 | 9 |
| Cash drawdowns | (49) | (167) | — | — | (216) | |
| Non-cash drawdowns | (4) | — | — | — | (4) | |
| Foreign exchange and other adjustments | (1) | 18 | — | — | 17 | |
| Provision balance as of December 31, 2004 | $ 15 | $ 324 | $ — | $— | $ 339 | |
| Total special charges for the year ended December 31, 2004 | | | | | | $ 16 |
| Revisions to prior accruals | $ (5) | $ 1 | $ (3) | $— | $ (7) | $ (7) |
| Cash drawdowns | (6) | (107) | — | — | (113) | |
| Non-cash drawdowns | — | — | 3 | — | 3 | |
| Foreign exchange and other adjustments | (1) | (5) | — | — | (6) | |
| Provision balance as of December 31, 2005 | $ 3 | $ 213 | $ — | $— | $ 216 | |
| Total special charges for the year ended December 31, 2005 | | | | | | $ (7) |
| Total provision balance as of December 31, 2005[(a)] | $ 24 | $ 274 | $ — | $— | $ 298 | |

(a) As of December 31, 2005 and 2004, the short-term provision balance was $95 and $254, respectively, and the long-term provision balance was $203 and $209, respectively.

Regular full-time (''RFT'') employee notifications resulting in special charges for both restructuring plans were as follows:

| | Employees (Approximate) | | |
|---|---|---|---|
| | Direct[(a)] | Indirect[(b)] | Total |
| RFT employee notifications by period: | | | |
| During 2003 | 400 | 1,400 | 1,800 |
| During 2004 | 200 | 1,700 | 1,900 |
| During 2005 | 61 | 893 | 954 |
| RFT employee notifications for the three years ended December 31, 2005 | 661 | 3,993 | 4,654 |

(a) Direct employees included employees performing manufacturing, assembly, test and inspection activities associated with the production of Nortel's products.
(b) Indirect employees included employees performing manufacturing, management, sales, marketing, research and development and administrative activities.

### 2004 Restructuring Plan

#### Year ended December 31, 2005

For the year ended December 31, 2005, Nortel recorded special charges of $177, which included revisions of $7, related to prior accruals.

Workforce reduction charges of $68 were related to severance and benefit costs associated with 954 employees notified of termination during the year ended December 31, 2005. The workforce reduction provision balance was drawn down by cash payments of $167 during 2005. The workforce reduction was primarily in the U.S., Canada and EMEA and extended across both segments. The remaining provision is expected to be substantially drawn down by the end of the first half of 2006.

Contract settlement and lease costs of $78 included revisions to prior accruals of $6 and consisted of negotiated settlements to cancel or renegotiate contracts and net lease charges related to leased facilities (comprised of office space) and leased furniture that were identified as no longer required primarily in the U.S. and EMEA and in both segments. These lease costs, net of anticipated sublease income, included costs relating to non-cancelable lease terms from the date

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 148

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

leased facilities ceased to be used and termination penalties. During 2005, the provision balance for contract settlement and lease costs was drawn down by cash payments of $13. The remaining provision, net of approximately $32 in estimated sublease income, is expected to be substantially drawn down by the end of 2018.

Plant and equipment charges of $31 were related to current period write downs to fair value less costs to sell owned facilities and plant and manufacturing related equipment. Included in these charges were revisions of $1 related to prior write downs of assets held for sale related primarily to adjustments to original plans or estimated amounts for certain facility closures.

### Year ended December 31, 2004

For the year ended December 31, 2004, Nortel recorded total special charges of $165.

Workforce reduction charges of $163 were related to severance and benefit costs associated with approximately 1,850 employees, of which 1,800 had been notified of termination during 2004. The remaining charge related to termination benefits attributable to ongoing employee benefit arrangements. The workforce reduction was primarily in the U.S., Canada and EMEA and extended across both segments.

During the year ended December 31, 2004, the workforce reduction provision balance was drawn down by cash payments of $38.

Plant and equipment charges of $2 were related to current period write downs to fair value less costs to sell for various leasehold improvements and excess equipment held for sale.

### 2004 Restructuring Plan — by Segment

The following table outlines special charges incurred by segment for each of the two years ended December 31:

| | Workforce reduction | Contract settlement and lease costs | Plant and equipment write downs | Total |
|---|---|---|---|---|
| **2004 Restructuring Plan** | | | | |
| Mobility and Converged Core Networks .................... | $ 87 | $— | $— | $ 87 |
| Enterprise Solutions and Packet Networks ................. | 57 | — | — | 57 |
| Other ............................................... | 19 | — | 2 | 21 |
| Total special charges for the year ended December 31, 2004 .... | $163 | $— | $ 2 | $165 |
| Mobility and Converged Core Networks .................... | $ 43 | $44 | $15 | $102 |
| Enterprise Solutions and Packet Networks ................. | 25 | 34 | 16 | 75 |
| Other ............................................... | — | — | — | — |
| Total special charges for the year ended December 31, 2005 .... | $ 68 | $78 | $31 | $177 |

## 2001 Restructuring Plan

### Year ended December 31, 2005

For the year ended December 31, 2005, Nortel recorded revisions of $(7), of which $(5) related to revisions of prior accruals for workforce reductions.

The workforce reduction provision balance was drawn down by cash payments of $6 during 2005. The remaining provision is expected to be substantially drawn down by the end of 2006.

Revisions of $1 were recorded during the period related to prior contract settlement and lease costs. The provision balance for contract settlement and lease costs was drawn down by cash payments of $107. The remaining provision, net of approximately $183 in estimated sublease income, is expected to be substantially drawn down by the end of 2013.

No new plant and equipment charges were incurred during 2005. Revisions of $(3) to prior write downs of assets held for sale related primarily to adjustments to original plans or estimated amounts for certain facility closures.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 149

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Year ended December 31, 2004*

For the year ended December 31, 2004, Nortel recorded total special charges of $16, which included revisions of $9 related to prior accruals.

Workforce reduction charges of $7 were related to severance and benefit costs associated with approximately 80 employees notified of termination. The workforce reduction occurred in Canada and related primarily to Nortel's Enterprise Solutions and Packet Networks segment. Offsetting these charges were revisions to prior accruals of $4 which were primarily related to termination benefits where actual costs were lower than the estimated amounts in the Enterprise Solutions and Packet Networks segment. During 2004, the workforce reduction provision balance was drawn down by cash payments of $49.

No new contract settlement and lease costs were incurred during 2004. Revisions to prior accruals of $13 resulted primarily from changes in estimates for sublease income and costs to vacate certain properties, across both segments. During 2004, the provision balance for contract settlement and lease costs was drawn down by cash payments of $167. The remaining provision, net of approximately $248 in estimated sublease income, is expected to be substantially drawn down by the end of 2013.

No new plant and equipment charges were incurred during 2004.

The table below summarizes the total costs estimated to be incurred as a result of the exit activities initiated in 2003, which have met the criteria described in SFAS 146, the balance of these accrued expenses as of December 31, 2005 and the movement in the accrual for the year ended December 31, 2005. These costs are included in the provision balance above for the 2001 Restructuring Plan as of December 31, 2005.

| | Accrued balance as of December 31, 2004 | Costs incurred during 2005 | Payments made during 2005 | Adjustments made during 2005 | Accrued balance as of December 31, 2005 |
|---|---|---|---|---|---|
| Lease costs[a] . . . . . . . . . . . . . . . . . . | $31 | $— | $(1) | $(5) | $25 |

(a) Total estimated costs, net of estimated sublease income, associated with these accruals are $69, of which $19 was drawn down by cash payments of $21 and non-cash adjustments of $(2) prior to January 1, 2005.

*Year ended December 31, 2003*

For the year ended December 31, 2003, Nortel recorded total special charges of $288, which were net of revisions of $53 related to prior accruals.

Workforce reduction charges of $199 were related to severance and benefit costs associated with approximately 1,800 employees notified of termination. The workforce reduction was primarily in the U.S., Canada and EMEA and extended across both segments. Offsetting these charges were revisions to prior accruals of $44 which were primarily related to termination benefits where actual costs were lower than the estimated amounts across both segments. During 2003, the workforce reduction provision balance was drawn down by cash payments of $274 and by a non-cash pension settlement loss of $41.

Contract settlement and lease costs of $68 consisted of negotiated settlements to cancel or renegotiate contracts and net lease charges related to leased facilities (comprised of office, warehouse and manufacturing space) and leased furniture that were identified as no longer required across all segments. These lease costs, net of anticipated sublease income, included non-cancelable lease terms from the date leased facilities ceased to be used and termination penalties. In addition to these charges were revisions to prior accruals of $19 resulting primarily from changes in estimates for sublease income and costs to vacate certain properties, across both segments. During 2003, the provision balance for contract settlement and lease costs was drawn down by cash payments of $275.

Plant and equipment charges of $74 were largely related to current period write downs to fair value less costs to sell for various leasehold improvements and excess optical networking solutions equipment held for sale. Offsetting these charges were revisions of $28 to prior write downs of assets held for sale related primarily to adjustments to original plans or estimated amounts for certain facility closures.

36

HIGHLY CONFIDENTIAL

### NORTEL NETWORKS CORPORATION

#### Notes to Consolidated Financial Statements — (Continued)

*2001 Restructuring Plan — by Segment*

The following table outlines special charges incurred by segment for each of the three years ended December 31:

| | Workforce reduction | Contract settlement and lease costs | Plant and equipment write downs | Total |
|---|---|---|---|---|
| **2001 Restructuring Plan** | | | | |
| Mobility and Converged Core Networks .................. | $ 79 | $44 | $15 | $138 |
| Enterprise Solutions and Packet Networks ................. | 61 | 35 | 28 | 124 |
| Other .............................................. | 15 | 8 | 3 | 26 |
| Total special charges for the year ended December 31, 2003 .... | $155 | $87 | $46 | $288 |
| Mobility and Converged Core Networks .................. | $ (1) | $ 7 | $— | $ 6 |
| Enterprise Solutions and Packet Networks ................. | 4 | 5 | — | 9 |
| Other .............................................. | — | 1 | — | 1 |
| Total special charges for the year ended December 31, 2004 .... | $ 3 | $13 | $— | $ 16 |
| Mobility and Converged Core Networks .................. | $ (4) | $ 1 | $(3) | $ (6) |
| Enterprise Solutions and Packet Networks ................. | (1) | — | — | (1) |
| Other .............................................. | — | — | — | — |
| Total special charges for the year ended December 31, 2005 .... | $ (5) | $ 1 | $(3) | $ (7) |

As described in note 6, segment Management EBT does not include special charges. A significant portion of Nortel's provisions for workforce reductions and contract settlement and lease costs are associated with shared services. These costs have been allocated to the segments in the table above based generally on headcount.

### 8. Income taxes

As of December 31, 2005, Nortel's net deferred tax assets, excluding discontinued operations, were $3,902, reflecting temporary differences between the financial reporting and tax treatment of certain current assets and liabilities and non-current assets and liabilities, in addition to the tax benefit of net operating and capital loss carry forwards and tax credit carry forwards.

In accordance with SFAS No. 109, ''Accounting for Income Taxes'' (''SFAS 109''), Nortel reviews all available positive and negative evidence to evaluate the recoverability of the deferred tax assets. This includes a review of such evidence as the carry forward periods of the significant tax assets, Nortel's history of generating taxable income in its material tax jurisdictions, Nortel's cumulative profits or losses in recent years, and Nortel's forecast of earnings in its material jurisdictions. On a jurisdictional basis, Nortel is in a cumulative loss position in certain of its material jurisdictions. For these jurisdictions, Nortel continues to maintain a valuation allowance against a portion of its deferred income tax assets. Nortel has concluded that it is more likely than not that the remaining deferred tax assets in these jurisdictions will be realized.

Nortel is subject to ongoing examinations by certain tax authorities of the jurisdictions in which it operates. Nortel regularly assesses the status of these examinations and the potential for adverse outcomes to determine the adequacy of the provision for income and other taxes. Nortel believes that it has adequately provided for tax adjustments that are probable as a result of any ongoing or future examinations.

Specifically, the tax authorities in Brazil have completed an examination of prior taxation years and have issued assessments in the amount of $56. Nortel is currently in the process of appealing these assessments and believes that it has adequately provided for tax adjustments that are probable as a result of the outcome of the ongoing appeals process.

In addition, the tax authorities in France have issued two preliminary notices of proposed assessment in respect of the 2001 and 2002 taxation years. These assessments collectively propose adjustments to taxable income of approximately $800 as well as certain adjustments to withholding and other taxes of approximately $50 plus applicable interest and penalties. Other than the withholding and other taxes, Nortel has sufficient loss carry forwards to absorb the entire amount of the proposed assessment. However, no amount has been provided for these assessments since Nortel believes

37

HIGHLY CONFIDENTIAL    

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

that the proposed assessments are without merit and any potential tax adjustments that could result from these ongoing examinations cannot be quantified at this time.

Nortel had previously entered into Advance Pricing Arrangements ("APAs") with the taxation authorities of the U.S. and Canada in connection with its intercompany transfer pricing and cost sharing arrangements between Canada and the U.S. These arrangements expired in 1999 and 2000. In 2002, Nortel filed APA requests with the taxation authorities of the U.S., Canada and the United Kingdom ("U.K.") that applied to the taxation years beginning in 2000. The APA requests are currently under consideration but the tax authorities have not begun to negotiate the terms of the arrangements. Nortel has applied the transfer pricing methodology proposed in the APA requests in preparing its tax returns and accounts beginning in 2001.

As part of the APA applications, Nortel has requested that the methodology adopted in 2001 be applied retroactively to the 2000 taxation year. Such retroactive application would result in an increase in taxable income in certain jurisdictions offset by an equal decrease in taxable income in the other jurisdictions. Nortel had previously concluded that it was probable that the retroactive application of the proposed methodology would be accepted by the tax authorities and prepared its income tax estimates (both current and deferred taxes) on the basis that the 2000 taxation year would be governed by the APA submission. As a result, Nortel had previously provided approximately $140 for taxes and interest in various tax jurisdictions that would be due as a result of retroactive application of the APA. In the fourth quarter of 2005, Nortel obtained new information and as a result can no longer conclude that it is probable that the APA will be retroactively applied. Nortel has recalculated its current and deferred tax balances assuming the 2000 tax year would not be subject to the retroactive application of the APA. As a result, the gross deferred income tax balances in its material jurisdictions were recalculated on an as filed basis, and the liability of $140 for taxes and interest that was previously accrued was released in the fourth quarter of 2005.

The outcome of the APA applications is uncertain and possible additional losses, as they relate to the APA negotiations, cannot be determined at this time. However, Nortel does not believe it is probable that the ultimate resolution of these negotiations will have a material adverse effect on its consolidated financial position, results of operations or cash flows. Despite Nortel's current belief, if this matter is resolved unfavorably, it could have a material adverse effect on Nortel's consolidated financial position, results of operations and cash flows.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 152