## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following is a reconciliation of income taxes, calculated at the Canadian combined federal and provincial income tax rate, to the income tax benefit (expense) included in the consolidated statements of operations for each of the years ended December 31:

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Income taxes at Canadian rates (2005 — 34.5%, 2004 — 33.3%, 2003 — 35.8%) | $ 892 | $ 80 | $ (48) |
| Difference between Canadian rates and rates applicable to subsidiaries in the U.S. and other jurisdictions | 34 | (2) | (23) |
| Valuation allowances on tax benefits | (138) | (203) | (16) |
| Utilization of losses | 18 | 2 | 98 |
| Tax benefit of investment tax credits, net of valuation allowance | 39 | 43 | 41 |
| Shareholder litigation settlement | (854) | — | — |
| Adjustments to provisions and reserves | 141 | 25 | 29 |
| Foreign withholding and other taxes | (13) | (14) | (13) |
| Corporate minimum taxes | (14) | (8) | (9) |
| Impact of non-taxable/(non-deductible) items and other differences | (49) | 107 | 24 |
| Income tax benefit (expense) | $ 56 | $ 30 | $ 83 |
| Details of Nortel's income (loss): | | | |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net loss of associated companies: | | | |
| Canadian, excluding gain (loss) on sale of businesses and assets | $(2,622) | $ (306) | $ (242) |
| U.S. and other, excluding gain (loss) on sale of businesses and assets | 83 | (25) | 372 |
| Gain (loss) on sale of businesses and assets | (47) | 91 | 4 |
| | $(2,586) | $ (240) | $ 134 |
| Income tax benefit (expense): | | | |
| Canadian, excluding gain (loss) on sale of businesses and assets | $ 21 | $ 16 | $ 188 |
| U.S. and other, excluding gain (loss) on sale of businesses and assets | 35 | 14 | (105) |
| | $ 56 | $ 30 | $ 83 |
| Income tax benefit (expense): | | | |
| Current | $ (23) | $ (16) | $ 30 |
| Deferred | 79 | 46 | 53 |
| Income tax benefit (expense) | $ 56 | $ 30 | $ 83 |
| Details of movement in valuation allowance | | | |
| Opening Valuation Allowance | $(3,717) | $(3,416) | $(3,046) |
| Amounts charged to income tax benefit (expense) | (116) | (201) | 82 |
| Amounts charged to other comprehensive loss | (72) | (57) | (20) |
| Other (additions)/deductions[a] | 495 | (43) | (432) |
| Closing Valuation Allowance | $(3,410) | $(3,717) | $(3,416) |

---

(a) Other additions and deductions represent the net impacts of foreign exchange, deferred tax assets that expired during the period, tax rate changes, and tax return and other adjustments.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 153

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following table shows the significant components included in deferred income taxes as of December 31:

|  | 2005 | 2004 |
|---|---|---|
| Assets: |  |  |
| Tax benefit of loss carryforwards | $ 4,433 | $ 4,990 |
| Investment tax credits, net of deferred tax liability | 1,174 | 1,123 |
| Provisions and reserves | 786 | 734 |
| Post-retirement benefits other than pensions | 306 | 255 |
| Plant and equipment | 96 | 133 |
| Pension plan liabilities | 610 | 442 |
| Deferred compensation | 256 | 208 |
|  | 7,661 | 7,885 |
| Valuation allowance | (3,410) | (3,717) |
|  | 4,251 | 4,168 |
| Liabilities: |  |  |
| Provisions and reserves | 109 | 157 |
| Plant and equipment | 34 | — |
| Unrealized foreign exchange and other | 206 | 162 |
|  | 349 | 319 |
| Net deferred income tax assets | $ 3,902 | $ 3,849 |

No deferred income tax asset has been recorded at this time with respect to any tax benefit relating to the proposed shareholder litigation settlement (see notes 22 and 23) since the amount of the settlement that is deductible for income tax purposes cannot be reasonably determined until such time as the definitive agreements have been concluded.

Nortel has not provided for foreign withholding taxes or deferred income tax liabilities for temporary differences related to the undistributed earnings of foreign subsidiaries since Nortel does not currently expect to repatriate these earnings. It is not practical to reasonably estimate the amount of additional deferred income tax liabilities or foreign withholding taxes that may be payable should these earnings be distributed in the future.

As of December 31, 2005, Nortel had the following net operating and capital loss carryforwards and tax credits which are scheduled to expire in the following years:

|  | Net Operating Losses | Capital Losses[a] | Tax Credits[b] | Total |
|---|---|---|---|---|
| 2006 - 2008 | $ 135 | $ 1 | $ 322 | $ 458 |
| 2009 - 2011 | 1,594 | — | 643 | 2,237 |
| 2012 - 2018 | 674 | 11 | 368 | 1,053 |
| 2019 - 2025 | 2,682 | — | 235 | 2,917 |
| Indefinitely | 2,669 | 4,436 | 33 | 7,138 |
|  | $7,754 | $4,448 | $1,601 | $13,803 |

(a) The capital losses related primarily to the U.K. and may only be used to offset future capital gains. Nortel has recorded a full valuation allowance against this future tax benefit.
(b) Global investment tax credits of $39, $43 and $41 have been applied against the income tax provision in 2005, 2004 and 2003, respectively. Unused tax credits can be utilized to offset deferred taxes payable primarily in Canada.

### 9. Employee benefit plans

Nortel maintains various retirement programs covering substantially all of its employees, consisting of defined benefit, defined contribution and investment plans.

Nortel has four kinds of capital accumulation and retirement programs: balanced capital accumulation and retirement programs (the ''Balanced Program'') and investor capital accumulation and retirement programs (the ''Investor Program'') available to substantially all of its North American employees; flexible benefits plan, which includes a group

HIGHLY CONFIDENTIAL   NNC-NNL06705393 / 154

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

personal pension plan (the "Flexible Benefits Plan"), available to substantially all of its employees in the U.K.; and traditional capital accumulation and retirement programs that include defined benefit pension plans (the "Traditional Program") which are closed to new entrants in the U.K. and portions of which are closed to new entrants in the U.S. and Canada. Although these four kinds of programs represent Nortel's major retirement programs and may be available to employees in combination and/or as options within a program, Nortel also has smaller pension plan arrangements in other countries.

Nortel also provides other benefits, including post-retirement benefits and post-employment benefits. Employees in the Traditional Program are eligible for their existing company sponsored post-retirement benefits or a modified version of these benefits, depending on age or years of service. Employees in the Balanced Program are eligible for post-retirement benefits at reduced company contribution levels, while employees in the Investor Program have access to post-retirement benefits by purchasing a Nortel-sponsored retiree health care plan at their own cost.

Nortel's policy is to fund defined benefit pension and other benefits based on accepted actuarial methods as permitted by regulatory authorities. The funded amounts reflect actuarial assumptions regarding compensation, interest and other projections. Pension and other benefit costs reflected in the consolidated statements of operations are based on the projected benefit method of valuation. A measurement date of September 30 is used annually to determine pension and other post-retirement benefit measurements for the pension plans and other post-retirement benefit plans that make up the majority of plan assets and obligations.

In 2005, the impact of reductions in discount rates more than offset the favorable impacts of strong pension asset returns and the contributions made by Nortel. As a result, Nortel was required to adjust the minimum pension liability for certain plans, representing the amount by which the accumulated benefit obligation less the fair value of the plan assets was greater than the recorded liability. The effect of this adjustment and the related foreign currency translation adjustment was to increase accumulated other comprehensive loss (before tax) by $216, decrease intangible assets by $3 and increase pension liabilities by $213.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 155

### NORTEL NETWORKS CORPORATION

#### Notes to Consolidated Financial Statements — (Continued)

The following details the unfunded status of the defined benefit plans and post-retirement benefits other than pensions, and the associated amounts recognized in the consolidated balance sheets as of December 31:

| | Defined Benefit Plans | | Post-Retirement Benefits | |
|---|---|---|---|---|
| | 2005 | 2004 | 2005 | 2004 |
| **Change in benefit obligation:** | | | | |
| Benefit obligation — beginning | $ 8,311 | $ 7,378 | $ 719 | $ 754 |
| Service cost | 123 | 122 | 8 | 9 |
| Interest cost | 458 | 422 | 42 | 43 |
| Plan participants' contributions | 6 | 8 | 8 | 8 |
| Plan amendments | 3 | 1 | — | (22) |
| Actuarial loss (gain) | 835 | 398 | 82 | (57) |
| Acquisitions/divestitures/settlements | 9 | — | — | — |
| Special and contractual termination benefits | 21 | 7 | — | — |
| Curtailments | 9 | — | (1) | — |
| Benefits paid | (541) | (506) | (43) | (43) |
| Foreign exchange | (282) | 481 | 19 | 27 |
| Benefit obligation — ending | $ 8,952 | $ 8,311 | $ 834 | $ 719 |
| **Change in plan assets:** | | | | |
| Fair value of plan assets — beginning | $ 6,105 | $ 5,415 | $ — | $ — |
| Actual return on plan assets | 919 | 542 | — | — |
| Employer contributions | 174 | 284 | 35 | 35 |
| Plan participants' contributions | 6 | 8 | 8 | 8 |
| Acquisitions/divestitures/settlements | (4) | — | — | — |
| Special termination benefits | — | 2 | — | — |
| Benefits paid | (541) | (506) | (43) | (43) |
| Foreign exchange | (203) | 360 | — | — |
| Fair value of plan assets — ending | $ 6,456 | $ 6,105 | $ — | $ — |
| Unfunded status of the plans | $(2,496) | $(2,206) | $(834) | $(719) |
| Unrecognized prior service cost (credit) | 16 | 18 | (44) | (48) |
| Unrecognized net actuarial losses (gains) | 2,125 | 1,955 | 129 | 44 |
| Contributions after measurement date | 40 | 34 | 4 | 8 |
| Net amount recognized | $ (315) | $ (199) | $(745) | $(715) |
| Amounts recognized in the accompanying consolidated balance sheets consist of: | | | | |
| Other liabilities — long-term | $(1,533) | $(1,508) | $(725) | $(686) |
| Other liabilities — current | (332) | (93) | (20) | (29) |
| Intangible assets — net | 37 | 40 | — | — |
| Other assets | 2 | 1 | — | — |
| Foreign currency translation adjustment | 163 | 229 | — | — |
| Accumulated other comprehensive loss | 1,348 | 1,132 | — | — |
| Net amount recognized | $ (315) | $ (199) | $(745) | $(715) |

The following details selected information for defined benefit plans, all of which have accumulated benefit obligations in excess of the fair value of plan assets as of December 31:

| | 2005 | 2004 |
|---|---|---|
| Projected benefit obligation | $8,938 | $8,293 |
| Accumulated benefit obligation | $8,312 | $7,692 |
| Fair value of plan assets | $6,438 | $6,086 |

42

HIGHLY CONFIDENTIAL   NNC-NNL06705393 / 156

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

The following details the net pension expense, all related to continuing operations, and the underlying assumptions for the defined benefit plans for the years ended December 31:

| | 2005 | 2004 | 2003 |
|---|---|---|---|
| **Pension expense:** | | | |
| Service cost | $ 123 | $ 122 | $ 122 |
| Interest cost | 458 | 422 | 401 |
| Expected return on plan assets | (427) | (411) | (395) |
| Amortization of prior service cost | 2 | 4 | 9 |
| Amortization of net losses | 97 | 77 | 50 |
| Settlement losses | — | — | 41 |
| Curtailment losses | 12 | — | — |
| Special and Contractual termination benefits | 21 | 7 | 8 |
| Net pension expense | $ 286 | $ 221 | $ 236 |
| **Weighted-average assumptions used to determine benefit obligations as of December 31:** | | | |
| Discount rate | 5.1% | 5.7% | 5.8% |
| Rate of compensation increase | 4.4% | 4.5% | 4.2% |
| **Weighted-average assumptions used to determine net pension expense for years ended December 31:** | | | |
| Discount rate | 5.7% | 5.8% | 6.3% |
| Expected rate of return on plan assets | 7.4% | 7.4% | 7.8% |
| Rate of compensation increase | 4.5% | 4.2% | 4.2% |

The following details the amounts included within other comprehensive income (loss) for the years ended December 31:

| | Defined Benefit Plans | |
|---|---|---|
| | 2005 | 2004 |
| Increase in minimum pension liability adjustment included in other comprehensive income (loss) | $216 | $117 |

The following details the net cost components, all related to continuing operations, and underlying assumptions of post-retirement benefits other than pensions for the years ended December 31:

| | 2005 | 2004 | 2003 |
|---|---|---|---|
| **Post-retirement benefit cost:** | | | |
| Service cost | $ 8 | $ 9 | $ 9 |
| Interest cost | 42 | 43 | 40 |
| Expected return on plan assets | — | — | — |
| Amortization of net losses (gains) | — | 2 | (1) |
| Amortization of prior service cost | (4) | (3) | (3) |
| Net post-retirement benefit cost | $46 | $51 | $45 |
| **Weighted-average assumptions used to determine benefit obligations as of December 31:** | | | |
| Discount rate | 5.4% | 5.9% | 6.0% |
| **Weighted-average assumptions used to determine net post-retirement benefit cost for years ended December 31:** | | | |
| Discount rate | 5.9% | 6.0% | 6.8% |
| Weighted-average health care cost trend rate | 7.8% | 8.3% | 8.5% |
| Weighted-average ultimate health care cost trend rate | 4.8% | 4.8% | 4.8% |

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 157

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

Assumed health care cost trend rates have a significant effect on the amounts reported for health care plans. A one percentage point change in assumed health care cost trend rates would have the following effects for the years ended December 31:

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Effect on aggregate of service and interest costs |  |  |  |
| 1% increase | $ 5 | $ 5 | $ 5 |
| 1% decrease | $ (4) | $ (4) | $ (4) |
| Effect on accumulated post-retirement benefit obligations |  |  |  |
| 1% increase | $ 86 | $ 67 | $ 66 |
| 1% decrease | $(70) | $(55) | $(55) |

As of December 31, 2005, the expected benefit payments for the next ten years for the defined benefit plans and the post-retirement benefits other than pensions are as follows, along with the expected reimbursement amounts related to the Medicare Prescription Drug, Improvement and Modernization Act of 2003 (the "MPDIM Act"):

|  | Defined Benefit Plans | Post-Retirement Benefit Plans | Expected MPDIM Subsidy (Post-Retirement Benefit Plans) |
|---|---|---|---|
| 2006 | $ 490 | $ 41 | $(1) |
| 2007 | 459 | 43 | (1) |
| 2008 | 470 | 45 | (1) |
| 2009 | 485 | 46 | (1) |
| 2010 | 501 | 48 | (1) |
| 2011 - 2015 | 2,797 | 253 | (8) |

The target allocation percentages and the year-end percentages based on actual asset balances of the defined benefit plans as of December 31 are as follows:

|  | 2005 | | 2004 | |
|---|---|---|---|---|
|  | Target | Actual | Target | Actual |
| Debt instruments | 43% | 41% | 41% | 40% |
| Equity securities | 56% | 57% | 59% | 59% |
| Other | 1% | 2% | 0% | 1% |

The primary investment performance objective is to obtain competitive rates of return on investments at or above their assigned benchmarks while minimizing risk and volatility by maintaining an appropriately diversified portfolio. The benchmarks selected are industry-standard and widely-accepted indices. The defined benefit plans maintain a long-term perspective in regard to investment philosophy and return expectations which are reflective of the fact that the liabilities of the defined benefit plans mature over an extended period of time. The investments have risk characteristics consistent with underlying defined benefit plan demographics and liquidity requirements, and are consistent and compliant with all regulatory standards.

The primary method of managing risk within the portfolio is through diversification among and within asset categories, and through the utilization of a wide array of active and passive investment managers. Broadly, the assets are allocated between debt and equity instruments. Included within the debt instruments are government and corporate fixed income securities, money market securities, mortgage-backed securities and inflation indexed securities. Generally, these debt instruments are considered investment grade. Included in equity securities are developed and emerging market stocks of companies at a variety of capitalization levels. The securities are predominantly publicly traded. The amount of employer and related-party securities that the defined benefit plans may hold is governed by the statutory limitations of the jurisdictions of the applicable plans. Included in equity securities of the defined benefit plans are common shares of Nortel Networks Corporation, held directly or through pooled funds, with an aggregate market value of $5 (0.1 percent of total plan assets) and $11 (0.2 percent of total plan assets) as of December 31, 2005 and 2004, respectively.

As a policy, assets within the defined benefit plans are reviewed to the target allocations at least on a quarterly basis and adjustments made as appropriate. The plans commission periodic asset and liability studies to determine the optimal allocation of the portfolio's assets. These studies consider a variety of the plan characteristics, including membership,

44

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

benefits and liquidity needs, and utilize mean-variance analysis of historic and projected investment returns to develop a range of acceptable asset mixes among a variety of asset classes.

To develop the expected long-term rate of return on assets assumption, Nortel considered the weighted-average historical returns and the future expectations for returns for each asset class.

Nortel expects to make cash contributions of approximately $335 in 2006 to the defined benefit plans, including a portion related to a pension funding agreement in the United Kingdom that requires additional contributions through April 2007 and approximately $20 in 2006 to the post-retirement benefit plans. Nortel currently is in discussions with the Trustee of Nortel's pension plan in the U.K. to establish a long term funding agreement which would increase the level of 2006 contributions.

Under the terms of the Balanced Program, Investor Program and Traditional Program, eligible employees may contribute a portion of their compensation to an investment plan. Based on the specific program that the employee is enrolled in, Nortel matches a percentage of the employee's contributions up to a certain limit. The cost of these investment plans was $67, $75 and $73 for the years ended December 31, 2005, 2004 and 2003, respectively.

Under the terms of the Balanced Program and Flexible Benefits Plan, Nortel contributes a fixed percentage of employees' eligible earnings to a defined contribution plan arrangement. The cost of these plan arrangements was $20, $20 and $17 for the years ended December 31, 2005, 2004 and 2003, respectively.

### 10. Acquisitions, divestitures and closures

#### *Acquisitions*

##### *PEC Solutions, Inc.*

On June 3, 2005, Nortel Networks Inc. (''NNI''), an indirect subsidiary of Nortel, indirectly acquired approximately 26,693,725 shares of PEC Solutions, Inc. (''PEC'') representing approximately 95.6 percent of the outstanding shares of common stock of PEC, through a cash tender offer at a price of $15.50 per share. The aggregate cash consideration in connection with the acquisition of PEC (including $33 paid on June 9, 2005, with respect to stock options) was approximately $449, including estimated costs of acquisition of $8. Nortel acquired more than 90 percent of the outstanding shares of PEC pursuant to the tender offer. Any shares that were not purchased in the tender offer ceased to be outstanding and were converted into the right to receive cash in the amount of $15.50 per share.

PEC (now NGS) provides professional technology services that enable government entities to use the Internet to enhance productivity and improve services to the public. PEC's primary customers are executive agencies and departments of the U.S. Federal Government, the U.S. Federal Judiciary and prime contractors to the U.S. government. Nortel expects the PEC acquisition to allow Nortel to pursue opportunities in areas that complement Nortel's existing products and to increase its competitiveness in the government market. In order to comply with the U.S. National Industrial Security Program and to mitigate foreign ownership, control or influence, voting control of PEC must be vested in citizens of the U.S. Accordingly, proxy holders for Nortel's shares of PEC have been appointed and approved by the U.S. Defense Security Service. In accordance with a proxy agreement executed in July 2005, the proxy holders exercise all prerogatives of ownership with complete freedom to act independently and have assumed full responsibility for the voting stock. Notwithstanding, for accounting purposes, Nortel has determined that PEC is a VIE, and Nortel is the primary beneficiary (see note 15).

This acquisition was accounted for using the purchase method. Nortel has recorded approximately $278 of non-amortizable intangible assets associated with the acquisition of PEC, which assets consist solely of goodwill. The goodwill of PEC is not deductible for tax purposes, and has been allocated to Nortel's Other segment.

The allocation of the purchase price presented below is based on management's best estimate of the relative values of the assets acquired and liabilities assumed in the PEC acquisition.

45

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following table sets out the purchase price allocation information for the PEC acquisition.

| | |
|---|---:|
| **Purchase price** | **$449** |
| **Assets acquired:** | |
| Cash and cash equivalents | $ 26 |
| Accounts receivable — net | 65 |
| Other current assets | 34 |
| Investments | 8 |
| Plant and equipment — net | 32 |
| Intangible assets — net | 84 |
| Goodwill | 278 |
| Other assets | 5 |
| | 532 |
| **Less liabilities assumed:** | |
| Trade and other accounts payable | 6 |
| Payroll and benefit-related liabilities | 24 |
| Other accrued liabilities | 17 |
| Long-term debt | 33 |
| Other liabilities | 3 |
| | 83 |
| **Fair value of net assets acquired** | **$449** |

As a result of the acquisition of PEC, a net deferred tax liability of $23 was recognized, due to differences between the estimated fair value of assets acquired and liabilities assumed, and PEC's tax basis in those assets and liabilities. This deferred tax liability is fully offset, however, by an adjustment to Nortel's deferred tax valuation allowance because Nortel will be able to offset the tax liability by drawing down previously unrecognized loss carryforwards.

The estimated fair values and amortization periods of other intangible assets are as follows:

| | Fair Value | Amortization Period (Years) |
|---|---:|---:|
| Trade name | $ 3 | 1 |
| Software licenses | 1 | 5 |
| Customer contracts and relationships | 80 | 10 |
| Total other intangible assets | $84 | |

The consolidated financial statements of Nortel include PEC's operating results from the date of the acquisition. The following unaudited pro forma information presents a summary of consolidated results of operations of Nortel and PEC as if the acquisition had occurred on January 1, 2004, with pro forma adjustments to give effect to amortization of intangible assets and certain other adjustments:

| | 2005 | 2004 |
|---|---:|---:|
| Revenues | $10,632 | $9,723 |
| Net earnings (loss) | $(2,584) | $ (196) |
| Basic earnings (loss) per common share | $ (0.60) | $(0.05) |
| Diluted earnings (loss) per common share | $ (0.60) | $(0.05) |

### LG-Nortel Co. Ltd. Joint Venture

On November 3, 2005, Nortel entered into a joint venture with LG Electronics Inc. ("LG") named LG-Nortel Co. Ltd. ("LG-Nortel"). LG-Nortel combines the telecommunications infrastructure business of LG with Nortel's South Korean distribution and services business to offer telecom and networking solutions to customers in the Republic of Korea and other markets globally. Nortel acquired approximately 1,000,001 common shares of LG-Nortel, which represents ownership of 50 percent plus one share of the common shares of the joint venture in exchange for consideration consisting principally of cash and its South Korean distribution and services business totaling approximately $155.

46

HIGHLY CONFIDENTIAL  NNC-NNL06705393 / 160

### NORTEL NETWORKS CORPORATION

#### Notes to Consolidated Financial Statements — (Continued)

Separately, LG will be entitled to payments from Nortel over a two-year period based on achievement by LG-Nortel of certain business goals, up to a maximum of $80. In conjunction with the formation of the joint venture, certain related party agreements were entered into between LG-Nortel and LG including those for the supply of equipment and between LG-Nortel and Nortel including those for product distribution, service supply and R&D services.

The aggregate purchase price for Nortel's interest in LG-Nortel is approximately $155, including estimated costs of acquisition of $10. The allocation of the purchase price presented below is based on management's current best estimate of the relative values of the assets acquired and liabilities assumed in LG-Nortel. However, because a full valuation of those assets and liabilities has not yet been finalized, the final allocation of the purchase price may differ from the allocation presented below, and the difference may be material. Any contingent payments would be recorded as an adjustment to the purchase price.

The following table sets out the preliminary purchase price allocation information for LG-Nortel.

| | |
|---|---:|
| **Purchase price** | **$155** |
| **Assets acquired:** | |
| Accounts receivable — net | $186 |
| Other current assets | 5 |
| Investments | 9 |
| Plant and equipment — net | 20 |
| Intangible assets — net | 26 |
| Goodwill | 64 |
| Other assets | 37 |
| | 347 |
| **Less liabilities assumed:** | |
| Trade and other accounts payable | 20 |
| Payroll and benefit-related liabilities | 12 |
| Other accrued liabilities | 14 |
| Minority interests in subsidiary companies | 146 |
| | 192 |
| **Fair value of net assets acquired** | **$155** |

The preliminary estimates of the fair values and amortization periods of other intangible assets are as follows:

| | Fair Value | Amortization Period (Years) |
|---|---:|---:|
| Patents | $26 | 10 |

LG-Nortel is being consolidated under FIN 46R as Nortel has determined that LG-Nortel is a VIE, and Nortel is the primary beneficiary (see note 15). The consolidated financial statements of Nortel include the operating results of LG-Nortel from November 3, 2005, the date of the formation of the joint venture.

*Nortel Networks Germany and Nortel Networks France*

On October 19, 2002, Nortel, through various subsidiaries, entered into a number of put option and call option agreements as well as a share exchange agreement with European Aeronautic Defence and Space Company EADS N.V. ("EADS"), its partner at that time in three European joint ventures. The written options were marked to fair value through the consolidated statements of operations at each period end until they were exercised. At December 31, 2002, Nortel estimated the fair value of the written options to be approximately $81, which was included within other accrued liabilities, and the corresponding loss was recorded in other income (expense) — net during the year ended December 31, 2002. A further mark to fair value adjustment and loss of $18 was recorded during the year ended December 31, 2003. The purchased options and the share exchange were initially recorded at fair value and were assessed for impairment throughout their term until they were exercised or expired. The estimated fair values of the options were based on an estimate of the current fair values of the respective joint ventures using an option-pricing model that is dependent on the assumptions used concerning the amount of volatility and the discount rates that reflect varying degrees of risk.

47

    NNC-NNL06705393 / 161

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

On July 1, 2003, EADS exercised its put option to sell its minority interest of 45 percent in Nortel Networks France S.A.S. ("NNF") to Nortel. On July 18, 2003, Nortel exercised its call option and share exchange rights to acquire the minority interest held by EADS of 42 percent in Nortel Networks Germany GmbH & Co. KG ("NNG") and to sell Nortel's equity interest of 41 percent in EADS Telecom S.A.S., formerly EADS Defence and Security Networks S.A.S. ("EADS Telecom") to EADS. The transactions were completed on September 18, 2003.

During the three months ended September 30, 2003, Nortel recorded the acquisitions of the minority interests of NNF and NNG based on preliminary valuation estimates totaling $241. The purchase price of $241 included $58 of cash, an in-kind component of approximately $82 representing the return of a loan note that was owed to Nortel by EADS Telecom and the remaining shares of EADS Telecom held by Nortel. The allocation of the purchase price resulted in the elimination of $23 of minority interest, settlement of a net liability of $94 related to the put and call options and an increase of approximately $45 in intangible assets and $79 in goodwill. The intangible assets of approximately $45 related primarily to customer contracts and customer relationships and are being amortized based on their expected pattern of benefit to future periods using estimates of undiscounted cash flows, and were included in intangible assets on the consolidated balance sheet as of December 31, 2003. The sale of Nortel's 41 percent interest in EADS Telecom resulted in the receipt of cash of $12 and a reduction in equity investments of $23. As a result of this transaction, Nortel recognized a gain of $79 which is included in other income (expense) — net for the year ended December 31, 2003. Except as noted below, there was no additional impact on the results of operations and financial condition, as NNF and NNG were already included in the consolidated results.

During the three months ended December 31, 2003, the valuation report for NNF and NNG was completed by a third party appraiser. As a result of the finalization of this valuation, an additional gain of $17 was recorded with a corresponding increase in goodwill on the transaction (see note 5 for goodwill by reportable segment).

### *Divestitures*

#### *Manufacturing operations*

On June 29, 2004, Nortel entered into an agreement with Flextronics, regarding the divestiture of substantially all of Nortel's remaining manufacturing operations and related activities, including certain product integration, testing, repair operations, supply chain management, third party logistics operations and design assets.

Nortel and Flextronics have also entered into a four-year supply agreement for manufacturing services (whereby after completion of the transaction, Flextronics will manage approximately $2,500 of Nortel's annual cost of revenues) and a three-year supply agreement for design services. Commencing in the fourth quarter of 2004 and throughout 2005, Nortel completed the transfer to Flextronics of certain of Nortel's optical design activities in Ottawa, Canada and Monkstown, Northern Ireland and the manufacturing activities in Montreal, Canada and Chateaudun, France. In order to allow completion of several major information systems changes that are expected to simplify and improve the quality of operations during the transition, Nortel now expects to transfer the remaining manufacturing operations in Calgary, Canada to Flextronics by the end of the second quarter of 2006. Nortel and Flextronics have agreed that Nortel will retain its Monkstown manufacturing operations and establish a regional supply chain center to lead Nortel's EMEA supply chain operations. Nortel expects that the decision to retain its Monkstown manufacturing operations will result in a reduction of estimated cash proceeds from assets divested of approximately $100.

The successful completion of the agreement with Flextronics will result in the transfer of approximately 2,100 employees to Flextronics, of which approximately 1,450 were transferred as of December 31, 2005. Nortel expects gross cash proceeds ranging between $575 and $625, of which approximately $380 has been received as of December 31, 2005 partially offset by cash outflows incurred to date and expected to be incurred in 2006 attributable to direct transaction costs and other costs associated with the transaction. These proceeds will be subject to a number of adjustments, including potential post-closing date asset valuations and potential post-closing indemnity payments. Any net gain on the sale of this business will be recognized once substantially all of the risks and other incidents of ownership have been transferred.

As of December 31, 2005, Nortel had transferred approximately $247 of inventory and equipment to Flextronics relating to the transfer of the optical design activities in Ottawa and Monkstown and the manufacturing activities in Montreal and Chateaudun and recorded deferred income of approximately $65. As Flextronics has the ability to exercise rights to sell

48

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

back to Nortel certain inventory and equipment after the expiration of a specified period (up to fifteen months) following each respective transfer date, Nortel has retained these assets on its balance sheet to the extent they have not been consumed as part of ongoing operations as at December 31, 2005. Nortel does not expect that rights will be exercised with respect to any material amount of inventory and/or equipment.

During the year ended December 31, 2005, Nortel recorded charges through gain (loss) on sale of businesses and assets of $40, related to this ongoing divestiture to Flextronics. The charges relate to legal and professional fees, pension adjustments and real estate impairments.

### *Directory and operator services business*

On August 2, 2004, Nortel completed the contribution of certain fixed assets, intangible assets including customer contracts, software and other licenses, and liabilities of its directory and operator services ("DOS") business to VoltDelta Resources LLC ("VoltDelta"), a wholly owned subsidiary of Volt Information Sciences, Inc. ("VIS"), in return for a 24 percent interest in VoltDelta which was valued at $57. After a period of two years, Nortel and VIS each have an option to cause Nortel to sell its VoltDelta shares to VIS for proceeds ranging from $25 to $70. As a result of this transaction, approximately 160 Nortel DOS employees in North America and Mexico joined VoltDelta. This non-monetary exchange was recorded at fair value, and Nortel recorded a gain of $30 within sale of businesses and assets during 2004.

On December 28, 2005, VoltDelta entered into a Letter of Agreement to repurchase the 24% minority interest held by Nortel, for an approximate aggregate purchase price equal to $62. The payment terms of the Letter of Agreement included VoltDelta paying Nortel $25 on December 29, 2005, and issuing a promissory note of $37 which was paid in full on February 15, 2006. Nortel continues to provide transitional services to VoltDelta over the initial agreement period of ten years with no additional material financial impact to Nortel. The sale resulted in a net gain of approximately $7.

### *Sale of Arris Group, Inc. investment*

On November 24, 2003, Nortel sold 9 million shares of Arris Group, Inc. ("Arris Group") for cash consideration of $49, which resulted in a gain of $31 reported in other income (expense) — net. Following this transaction, Nortel owned 5 million Arris Group common shares or 6.6 percent of Arris Group outstanding common shares (see note 20).

In March 2004, Nortel sold 1.8 million shares of Arris Group for cash consideration of $17, which resulted in a gain of $13, which was recorded in other income (expense) — net. Following this transaction, Nortel owned 3.2 million Arris Group common shares or 4.2 percent of Arris Group outstanding common shares (see note 20).

During the second quarter of 2005, Nortel sold 3.2 million common shares of Arris Group for net cash proceeds of $27 and recorded a gain of $21 in other income (expense) — net. As a result, Nortel no longer holds any equity interest in Arris Group.

### *Optical components operations*

On November 8, 2002, Nortel sold certain plant and equipment, inventory, patents and other intellectual property and trademarks relating to its optical components business to Bookham, Inc. ("Bookham"). Included in the sale was the transfer of Nortel's transmitter and receiver, pump laser and amplifier businesses located in Paignton, U.K., Harlow, U.K., Ottawa, Canada, Zurich, Switzerland and Poughkeepsie, New York. Nortel also transferred approximately 1,200 employees to Bookham in the transaction. Nortel received 61 million common shares of Bookham, 9 million warrants with a strike price of one-third pence Sterling, notes receivable of $50 and cash of $10. The transaction included a minimum purchase commitment with Bookham requiring Nortel to purchase approximately $120 of product from Bookham between November 8, 2002 and March 31, 2004.

During the three months ended September 30, 2002, Nortel classified the assets sold to Bookham as held for sale and assigned an estimated fair value of $47 to them resulting in a charge of $123 ($89 to cost of revenues and $34 to special charges). A subsequent increase in Bookham's common share price prior to the November 8, 2002 close date resulted in an increase in the value assigned to the consideration received. As a result, Nortel recorded a gain on sale of businesses and assets of $29 during the year ended December 31, 2002.

49

HIGHLY CONFIDENTIAL

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

As a result of the transaction, Nortel received a 29.8 percent ownership interest in Bookham. Due to restrictions on Nortel's ability to vote the common shares, ability to appoint directors to the board or otherwise exercise significant influence over Bookham, the investment has been accounted for using the cost method.

During 2003, Nortel sold 30 million shares of Bookham for cash proceeds of $32 and recorded a gain of $6 which is included in other income (expense) — net for the year ended December 31, 2003. As a result of this transaction, Nortel reduced its ownership interest in Bookham to approximately 14 percent.

On December 2, 2004, Nortel and Bookham entered into a restructuring agreement which, among other changes, extended the maturity date of a senior secured note (the "Series B Note") by one year from November 8, 2005 to November 8, 2006, and eliminated the conversion feature of a senior unsecured note (the "Series A Note"). Bookham also agreed to secure the Series A Note, provide additional collateral for the Series A Note and the Series B Note, and provide Nortel with other debt protection covenants.

In February 2005, Nortel agreed to waive until November 6, 2006 the requirement under the Series A Note and Series B Note for Bookham to maintain a minimum cash balance. In May 2005, Nortel entered into an amendment to adjust the prepayment provisions of these notes and received additional collateral for these notes. In May 2005, Nortel entered into an amendment to its supply agreement with Bookham to include for a twelve month period price increases for certain products, and acceleration of certain planned purchase orders and invoice payment terms. These May 2005 amendments were agreed to by Nortel to provide Bookham with financial flexibility to continue the supply of optical components for Nortel's Enterprise Solutions and Packet Networks products. These notes have been settled subsequent to year end (see note 23). For further information see note 21 and, relating to the Series A Note and Series B Note, see note 23.

### Other

On February 3, 2004, Nortel sold approximately 7 million common shares of Entrust Inc. ("Entrust") for cash consideration of $33, and recorded a gain of $18 in other income (expense) — net. As a result of this transaction, Nortel no longer holds any equity interest in Entrust.

On May 7, 2004, Nortel received $80 in proceeds from the sale of certain assets in connection with a customer contract settlement in the CALA region. This resulted in a gain of $78, which was included in (gain) loss on sale of businesses and assets for the year ended December 31, 2004.

## 11. Long-term debt, credit and support facilities

### Long-term debt

The following table shows the components of long-term debt as of December 31:

| | 2005 | 2004 |
|---|---|---|
| 6.125% Notes due February 15, 2006 ...................................................... | $1,275 | $1,275 |
| 7.40% Notes due June 15, 2006[a] ...................................................... | 150 | 150 |
| 4.25% Convertible Senior Notes due September 1, 2008 ................................. | 1,800 | 1,800 |
| 6.875% Notes due September 1, 2023 .................................................... | 200 | 200 |
| 7.875% Notes due June 15, 2026[a] .................................................... | 150 | 150 |
| Other long-term debt with various repayment terms and a weighted-average interest rate of 5.65% for 2005 and 2004 .................................................... | 7 | 3 |
| Fair value adjustment attributable to hedged debt obligations ......................... | 1 | 13 |
| Obligation associated with a consolidated VIE with interest rate of 3.1% for 2005 and 2.9% for 2004 .................................................................... | 83 | 100 |
| Obligations under capital leases and sale leasebacks with a weighted-average interest rate of 8.98% for 2005 and 9.49% for 2004 .................................... | 219 | 175 |
| | 3,885 | 3,866 |
| Less: Long-term debt due within one year......................................... | 1,446 | 14 |
| Long-term debt............................................................... | $2,439 | $3,852 |

---

(a) Notes were issued by Nortel Networks Capital Corporation, an indirect wholly owned finance subsidiary of NNL, and are fully and unconditionally guaranteed by NNL.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 164

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

As of December 31, 2005, the amounts of long-term debt payable for each of the years ending December 31 consisted of:

| | |
|---|---:|
| 2006 | $1,446 |
| 2007 | 19 |
| 2008 | 1,815 |
| 2009 | 15 |
| 2010 | 15 |
| Thereafter | 575 |
| Total long-term debt payable | $3,885 |

On February 8, 2001, NNL completed an offering of $1,500 of 6.125% Notes due on February 15, 2006 (the "6.125% Notes"). The 6.125% Notes pay interest on a semi-annual basis on February 15 and August 15, which began on August 15, 2001. The 6.125% Notes are redeemable, at any time at NNL's option, at a redemption price equal to the principal amount thereof plus accrued and unpaid interest and a make-whole premium.

During the year ended December 31, 2003, Nortel purchased a portion of its 6.125% Notes with a face value of $39. The transaction resulted in a gain of $4 which was included in the consolidated statement of operations within other income (expense) — net for the year ended December 31, 2003.

On August 15, 2001, Nortel completed an offering of $1,800 of 4.25% Convertible Senior Notes (the "Senior Notes"), due on September 1, 2008. The Senior Notes pay interest on a semi-annual basis on March 1 and September 1, which began March 1, 2002. The Senior Notes are convertible at any time by holders into common shares of Nortel Networks Corporation, at an initial conversion price of $10 per common share, subject to adjustment upon the occurrence of certain events. Nortel may redeem some or all of the Senior Notes in cash at any time on or after September 7, 2004 at a redemption price of between 100% and 102.125% of the principal amount of the Senior Notes, depending on the redemption date, plus accrued and unpaid interest and additional interest, if any, to the date of the redemption. In addition, Nortel may be required to redeem the Senior Notes under certain circumstances such as a change in control, or Nortel may redeem the Senior Notes at its option under certain circumstances such as a change in the applicable Canadian withholding tax legislation. NNL is the full and unconditional guarantor of the Senior Notes in the event Nortel does not make payments for the principal, interest, premium, if any, or other amounts, if any, as they are due. The guarantee is a direct, unconditional and unsubordinated obligation of NNL.

As a result of the delay in the filing of Nortel's and NNL's 2003 Annual Reports on Form 10-K (the "2003 Annual Reports"), 2004 Quarterly Reports on Form 10-Q for the first, second and third quarters of 2004 (the "2004 Quarterly Reports"), 2004 Annual Reports on Form 10-K (the "2004 Annual Reports") and 2005 Quarterly Reports on Form 10-Q for the first quarter of 2005 (the "2005 First Quarter Reports", and together with the 2003 Annual Reports, the 2004 Quarterly Reports and the 2004 Annual Reports, the "Reports"), Nortel and NNL were not in compliance with their obligations to deliver their respective SEC filings to the trustees under Nortel's and NNL's public debt indentures. As a result of the delay in the filing of Nortel's and NNL's 2005 Annual Reports on Form 10-K, Nortel and NNL are not in compliance with their obligations to deliver their respective SEC filings to the trustees under Nortel's and NNL's public debt indentures. See note 23 for additional information.

Approximately $1,275 of NNL's 6.125% Notes were due in February 2006 and $150 of Nortel's 7.40% Notes issued by an indirect wholly-owned subsidiary of NNL and guaranteed by NNL are due in June 2006. These Notes have been reclassified from long-term debt to current liabilities in the first quarter of 2005. Nortel expects to have sufficient cash to meet these future obligations. See note 23 for additional information on the repayment of the 6.125% Notes due in February 2006.

### *Support facility*

On February 14, 2003, Nortel's principal operating subsidiary, NNL, entered into an agreement with Export Development Canada ("EDC") regarding arrangements to provide for support of certain performance related obligations arising out of normal course business activities for the benefit of Nortel (the "EDC Support Facility"). On December 10, 2004, NNL

51

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

and EDC amended the terms of the EDC Support Facility by extending the termination date of the EDC Support Facility to December 31, 2006 from December 31, 2005.

The delayed filing of the Reports with the SEC, the trustees under Nortel's and NNL's public debt indentures and EDC gave EDC the right to (i) terminate its commitments under the EDC Support Facility, relating to certain of Nortel's performance related obligations arising out of normal course business activities, and (ii) exercise certain rights against the collateral pledged under related security agreements or require NNL to cash collateralize all existing support.

Throughout 2004 and into 2005, NNL obtained waivers from EDC with respect to these matters to permit continued access to the EDC Support Facility in accordance with its terms while Nortel and NNL worked to complete their filing obligations. The waivers also applied to certain related breaches under the EDC Support Facility relating to the delayed filings and the restatements and revisions to Nortel's and NNL's prior financial results (the "Related Breaches"). In connection with such waivers, EDC reclassified the previously committed $300 revolving small bond sub-facility of the EDC Support Facility as uncommitted support during the applicable waiver period. On May 31, 2005, NNL obtained a permanent waiver from EDC of certain defaults and the Related Breaches by NNL under the EDC Support Facility (the "Permanent Waiver"). As a result of the filing and delivery to the trustees under Nortel's and NNL's public debt indentures and EDC of the 2005 First Quarter Reports and obtaining the Permanent Waiver, NNL was in compliance with its obligations under the EDC Support Facility and the $300 revolving small bond sub-facility was reclassified as committed support.

Effective October 24, 2005, NNL and EDC entered into an amendment of the EDC Support Facility that maintained the total EDC Support Facility at up to $750, including the existing $300 of committed support for performance bonds and similar instruments, and the extension of the maturity date of the EDC Support Facility for an additional year to December 31, 2007. In connection with this amendment (the "EDC Amendment"), all guarantee and security agreements previously guaranteeing or securing the obligations of Nortel and its subsidiaries under the EDC Support Facility and Nortel's public debt securities were terminated and the assets of Nortel and its subsidiaries pledged under the security agreements were released in full. EDC also agreed to provide future support under the EDC Support Facility on an unsecured basis and without the guarantees of NNL's subsidiaries provided that, should NNL or its subsidiaries incur or guarantee certain indebtedness in the future above agreed thresholds of $25 in North America and $100 outside of North America, equal and ratable security and/or guarantees of NNL's obligations under the EDC Support Facility will be required at that time.

As a result of the delayed filing of Nortel's and NNL's 2005 Annual Reports on Form 10-K, an event of default occurred under the EDC Support Facility. See note 23 for additional information.

The EDC Support Facility provides up to $750 in support. As of December 31, 2005, there was approximately $162 of outstanding support utilized under the EDC Support Facility, approximately $142 of which was outstanding under the revolving small bond sub-facility.

## 12. Financial instruments and hedging activities

### Risk management

Nortel's net earnings (loss) and cash flows may be negatively impacted by fluctuating interest rates, foreign exchange rates and equity prices. To effectively manage these market risks, Nortel enters into foreign currency forwards, foreign currency swaps, foreign currency option contracts, interest rate swaps and equity forward contracts. Nortel does not hold or issue derivative financial instruments for trading purposes.

### Foreign currency risk

Nortel enters into option contracts to limit its exposure to exchange fluctuations on future revenue or expenditure streams expected to occur within the next twelve months, and forward contracts, which are denominated in various currencies, to limit its exposure to exchange fluctuations on existing assets and liabilities and on future revenue or expenditure streams expected to occur within the next twelve months. Option and forward contracts used to hedge future revenue or expenditure streams are designated as cash flow hedges and hedge specific exposures. Option and forward contracts that

HIGHLY CONFIDENTIAL   NNC-NNL06705393 / 166

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

do not meet the criteria for hedge accounting are also used to economically hedge the impact of fluctuations in exchange rates on existing assets and liabilities and on future revenue and expenditure streams.

The following table provides the total notional amounts of the purchase and sale of currency options and forward contracts as of December 31:

|  | 2005[a] | | | 2004[b] | | |
|---|---|---|---|---|---|---|
|  | Buy | Sell | Net Buy/(Sell) | Buy | Sell | Net Buy/(Sell) |
| **Currency Options[e]:** |  |  |  |  |  |  |
| Canadian dollar | $22 | $22 | $0 | $50 | $51 | $(1) |
| **Forwards[e]:** |  |  |  |  |  |  |
| Canadian dollar | $302 | $799 | ($497) | $344 | $16 | $328 |
| British pound | £597 | £27 | £570 | £370 | £0 | £370 |
| Euro | 37€ | 96€ | (59€) | 40€ | 130€ | (90€) |
| Other (U.S. dollar) | $49 | $95 | $(46) | $4 | $55 | $(51) |

(a) All notional amounts of option and forward contracts will mature no later than the end of 2006.
(b) All notional amounts of option and forward contracts matured no later than the end of 2005.
(c) All amounts are stated in source currency.

On January 27, 2003, various cross currency coupon swaps (notional amount of Canadian $350) were terminated. There was no impact to net earnings (loss) on termination as these instruments were not designated as hedges and changes in fair value were previously accounted for in the consolidated statements of operations.

Nortel did not execute any foreign currency swaps in 2005 and had no such agreements in place as of December 31, 2005.

### Interest rate risk

Nortel enters into interest rate swap contracts to minimize the impact of interest rate fluctuations on the fair value of its long-term debt. These contracts swap fixed interest rate payments for floating rate payments and certain swaps are designated as fair value hedges. The fair value adjustment related to the effective portion of interest rate swaps and the corresponding fair value adjustment to the hedged debt obligation included within long-term debt are recorded to interest expense within the consolidated statements of operations. These swap contracts have remaining terms to maturity up to 0.5 years.

The following table provides a summary of interest rate swap contracts and their aggregated weighted-average rates as of December 31:

|  | 2005 | 2004 |
|---|---|---|
| **Interest rate swap contracts:** |  |  |
| Received-fixed swaps — notional amount | $875 | $875 |
| Average fixed rate received | 6.3% | 6.3% |
| Average floating rate paid | 3.9% | 2.5% |

### Equity price risk

From time to time, Nortel enters into equity forward contracts to hedge the variability in future cash flows associated with certain compensation obligations that vary based on future Nortel Networks Corporation common share prices. These contracts fix the price of Nortel Networks Corporation common shares and are cash settled on maturity to offset changes in the compensation liability based on changes in the share price from the inception of the forward contract. These equity forward contracts are not designated in a hedging relationship, and are considered economic hedges of the compensation obligation. They are carried at fair value with changes in fair value recorded in other income (expense) — net. As of December 31, 2005, Nortel did not have any equity forward contracts outstanding. As of December 31, 2004, the total notional amount and fair value of these contracts were $31 and $(9), respectively, and the average fixed Nortel Networks Corporation common share price was $4.52 per share.

53

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 167

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Fair value*

The estimated fair values approximate amounts at which financial instruments could be exchanged in a current transaction between willing parties. The fair values are based on estimates using present value and other valuation techniques that are significantly affected by the assumptions used concerning the amount and timing of estimated future cash flows and discount rates that reflect varying degrees of risk. Specifically, the fair value of interest rate swaps and forward contracts reflected the present value of the expected future cash flows if settlement had taken place on December 31, 2005 and 2004; the fair value of option contracts reflected the cash flows due to or by Nortel if settlement had taken place on December 31, 2005 and 2004; and the fair value of long-term debt instruments reflected a current yield valuation based on observed market prices as of December 31, 2005 and 2004. Accordingly, the fair value estimates are not necessarily indicative of the amounts that Nortel could potentially realize in a current market exchange.

The following table provides the carrying amounts and fair values for financial assets and liabilities for which fair value differed from the carrying amount and fair values recorded for derivative financial instruments in accordance with SFAS 133 as of December 31:

|  | 2005 | | 2004 | |
|---|---|---|---|---|
|  | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| **Financial liabilities:** | | | | |
| Long-term debt due within one year | $1,446 | $1,442 | $ 14 | $ 14 |
| Long-term debt | $2,439 | $2,308 | $3,852 | $3,811 |
| **Derivative financial instruments net asset (liability) position:** | | | | |
| Interest rate swap contracts[a] | $ 3 | $ 3 | $ 15 | $ 15 |
| Forward and option contracts[b] | $ (12) | $ (12) | $ 5 | $ 5 |

(a) Recorded in other assets.
(b) Comprised of other assets of $14 and other liabilities of $26 as of December 31, 2005, and other assets of $31 and other liabilities of $26 as of December 31, 2004.

*Credit risk*

Credit risk on financial instruments arises from the potential for counterparties to default on their contractual obligations to Nortel. Nortel is exposed to credit risk in the event of non-performance, but does not anticipate non-performance by any of the counterparties. Nortel limits its credit risk by dealing with counterparties that are considered to be of high credit quality. The maximum potential loss on all financial instruments may exceed amounts recognized in the consolidated financial statements. However, Nortel's maximum exposure to credit loss in the event of non-performance by the other party to the derivative contracts is limited to those derivatives that had a positive fair value of $6 as of December 31, 2005. Nortel is also exposed to credit risk from customers. However, Nortel's global orientation has resulted in a large number of diverse customers which minimizes concentrations of credit risk.

*Other derivatives*

Nortel may invest in warrants to purchase securities of other companies as a strategic investment or receive warrants in various transactions. Warrants that relate to publicly traded companies or that can be net share settled are deemed derivative financial instruments under SFAS 133. Such warrants are generally not eligible to be designated as hedging instruments as there is no corresponding underlying exposure. In addition, Nortel may enter into certain commercial contracts containing derivative financial instruments.

Hedge ineffectiveness and the discontinuance of cash flow hedges and fair value hedges that were accounted for in accordance with SFAS 133 had no material impact on the net earnings (loss) for the years ended December 31, 2005, 2004 and 2003 and were reported within other income (expense) — net in the consolidated statements of operations.

*Transfers of receivables*

In 2005, 2004 and 2003, Nortel entered into various agreements to transfer certain of its receivables. These receivables were transferred at discounts of $19, $37 and $20 from book value for the years ended December 31, 2005, 2004 and

54

**NORTEL NETWORKS CORPORATION**

Notes to Consolidated Financial Statements — (Continued)

2003, respectively, at annualized discount rates of approximately 2 percent to 8 percent, 2 percent to 6 percent and 2 percent to 6 percent for the years ended December 31, 2005, 2004 and 2003, respectively. Certain receivables have been sold with limited recourse, not exceeding 10 percent, of nil, nil and $7 as of December 31, 2005, 2004 and 2003, respectively.

Under certain agreements, Nortel has continued as servicing agent and/or has provided limited recourse. The fair value of these retained interests is based on the market value of servicing the receivables, historical payment patterns and appropriate discount rates as applicable. Generally, trade receivables that are sold do not experience prepayments. Nortel, when acting as the servicing agent, generally does not record an asset or liability related to servicing as the annual servicing fees are equivalent to those that would be paid to a third party servicing agent. Also, Nortel has not historically experienced significant credit losses with respect to receivables sold with limited recourse and, as such, no liability was recognized.

As of December 31, 2005 and 2004, total accounts receivable transferred and under Nortel's management were $247 and $266, respectively.

There is a possibility that the actual performance of receivables or the cost of servicing the receivables will differ from the assumptions used to determine fair values at the transfer date and at each reporting date. Assuming hypothetical, simultaneous, unfavorable variations of up to 20 percent in credit losses, discount rate used and cost of servicing the receivables, the pre-tax impact on the value of the retained interests and servicing assets would not be significant.

Proceeds from receivables for the years ended December 31 were as follows:

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Proceeds from new transfers of financial assets .................................. | $298 | $137 | $651 |
| Proceeds from collections reinvested in revolving period transfers .................. | $260 | $373 | $ 52 |

**13.  Guarantees**

Nortel has entered into agreements that contain features which meet the definition of a guarantee under FIN 45. FIN 45 defines a guarantee as a contract that contingently requires Nortel to make payments (either in cash, financial instruments, other assets, common shares of Nortel Networks Corporation or through the provision of services) to a third party based on changes in an underlying economic characteristic (such as interest rates or market value) that is related to an asset, a liability or an equity security of the guaranteed party or a third party's failure to perform under a specified agreement. A description of the major types of Nortel's outstanding guarantees as of December 31, 2005 is provided below:

*(a)  Business sale and business combination agreements*

In connection with agreements for the sale of portions of its business, including certain discontinued operations, Nortel has typically retained the liabilities of a business which relate to events occurring prior to its sale, such as tax, environmental, litigation and employment matters. Nortel generally indemnifies the purchaser of a Nortel business in the event that a third party asserts a claim against the purchaser that relates to a liability retained by Nortel. Some of these types of guarantees have indefinite terms while others have specific terms extending to June 2008.

Nortel also entered into guarantees related to the escrow of shares in business combinations in prior periods. These types of agreements generally include indemnities that require Nortel to indemnify counterparties for loss incurred from litigation that may be suffered by counterparties arising under such agreements. These types of indemnities apply over a specified period of time from the date of the business combinations and do not provide for any limit on the maximum potential amount.

Nortel is unable to estimate the maximum potential liability for these types of indemnification guarantees as the business sale agreements generally do not specify a maximum amount and the amounts are dependent upon the outcome of future contingent events, the nature and likelihood of which cannot be determined.

55

HIGHLY CONFIDENTIAL                NNC-NNL06705393 / 169

**NORTEL NETWORKS CORPORATION**

Notes to Consolidated Financial Statements — (Continued)

Historically, Nortel has not made any significant indemnification payments under such agreements and no significant liability has been accrued in the consolidated financial statements with respect to the obligations associated with these guarantees.

In conjunction with the sale of a subsidiary to a third party, Nortel guaranteed to the purchaser that specified annual volume levels would be achieved by the business sold over a ten year period ending December 31, 2007. The maximum amount that Nortel may be required to pay under the volume guarantee as of December 31, 2005 is $10. A liability of $8 has been accrued in the consolidated financial statements with respect to the obligation associated with this guarantee as of December 31, 2005.

### (b) *Intellectual property indemnification obligations*

Nortel has periodically entered into agreements with customers and suppliers that include intellectual property indemnification obligations that are customary in the industry. These types of guarantees typically have indefinite terms and generally require Nortel to compensate the other party for certain damages and costs incurred as a result of third party intellectual property claims arising from these transactions.

The nature of the intellectual property indemnification obligations generally prevents Nortel from making a reasonable estimate of the maximum potential amount it could be required to pay to its customers and suppliers. Historically, Nortel has not made any significant indemnification payments under such agreements. As of December 31, 2005, Nortel had no intellectual property indemnification obligations for which compensation would be required.

### (c) *Lease agreements*

Nortel has entered into agreements with its lessors that guarantee the lease payments of certain assignees of its facilities to lessors. Generally, these lease agreements relate to facilities Nortel vacated prior to the end of the term of its lease. These lease agreements require Nortel to make lease payments throughout the lease term if the assignee fails to make scheduled payments. Most of these lease agreements also require Nortel to pay for facility restoration costs at the end of the lease term if the assignee fails to do so. These lease agreements have expiration dates through June 2015. The maximum amount that Nortel may be required to pay under these types of agreements is $44 as of December 31, 2005. Nortel generally has the ability to attempt to recover such lease payments from the defaulting party through rights of subrogation.

Historically, Nortel has not made any significant payments under these types of guarantees and no significant liability has been accrued in the consolidated financial statements with respect to the obligations associated with these guarantees.

### (d) *Third party debt agreements*

From time to time, Nortel guarantees the debt of certain customers. These third party debt agreements require Nortel to make debt payments throughout the term of the related debt instrument if the customer fails to make scheduled debt payments. Under most such arrangements, the Nortel guarantee is secured, usually by the assets being purchased or financed. As of December 31, 2005, Nortel had no third party debt agreements that would require it to make any debt payments for its customers.

### (e) *Indemnification of banks and agents under credit facilities and EDC Support Facility*

As of December 31, 2005, Nortel had agreed to indemnify the banks and agents under its credit facilities against costs or losses resulting from changes in laws and regulations which would increase the banks' costs or reduce their return and from any legal action brought against the banks or agents related to the use of loan proceeds. Nortel has agreed to indemnify EDC under the EDC Support Facility against any legal action brought against EDC that relates to the provision of support under the EDC Support Facility. This indemnification generally applies to issues that arise during the term of the EDC Support Facility. For additional information related to the recent amendment of the EDC Support Facility, see note 11.

56

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Nortel is unable to estimate the maximum potential liability for these types of indemnification guarantees as the agreements typically do not specify a maximum amount and the amounts are dependent upon the outcome of future contingent events, the nature and likelihood of which cannot be determined at this time.

Historically, Nortel has not made any significant indemnification payments under such agreements and no significant liability has been accrued in the consolidated financial statements with respect to the obligations associated with these indemnification guarantees.

Nortel has agreed to indemnify certain of its counterparties in certain receivables securitization transactions. The indemnifications provided to counterparties in these types of transactions may require Nortel to compensate counterparties for costs incurred as a result of changes in laws and regulations (including tax legislation) or in the interpretations of such laws and regulations, or as a result of regulatory penalties that may be suffered by the counterparty as a consequence of the transaction. Certain receivables securitization transactions include indemnifications requiring the repurchase of the receivables if the particular transaction becomes invalid. As of December 31, 2005, Nortel had approximately $247 of securitized receivables which were subject to repurchase under this provision, in which case Nortel would assume all rights to collect such receivables. The indemnification provisions generally expire upon expiration of the securitization agreements, which extend through 2006, or collection of the receivable amounts by the counterparty.

Nortel is generally unable to estimate the maximum potential liability for these types of indemnification guarantees as certain agreements do not specify a maximum amount and the amounts are dependent upon the outcome of future contingent events, the nature and likelihood of which cannot be determined at this time.

Historically, Nortel has not made any significant indemnification payments or receivable repurchases under such agreements and no significant liability has been accrued in the consolidated financial statements with respect to the obligations associated with these guarantees.

### (f) Other indemnification agreements

Nortel has also entered into other agreements that provide indemnifications to counterparties in certain transactions including investment banking agreements, guarantees related to the administration of capital trust accounts, guarantees related to the administration of employee benefit plans, indentures for its outstanding public debt and asset sale agreements (other than the business sale agreements noted above). These indemnification agreements generally require Nortel to indemnify the counterparties for costs incurred as a result of changes in laws and regulations (including tax legislation) or in the interpretations of such laws and regulations and/or as a result of losses from litigation that may be suffered by the counterparties arising from the transactions. These types of indemnification agreements normally extend over an unspecified period of time from the date of the transaction and do not typically provide for any limit on the maximum potential payment amount. In addition, Nortel has entered into indemnification agreements with certain of its directors and officers for the costs reasonably incurred in any proceeding in which they become involved by reason of their position as directors or officers to the extent permitted under applicable law.

The nature of such agreements prevents Nortel from making a reasonable estimate of the maximum potential amount it could be required to pay to its counterparties and directors and officers. The difficulties in assessing the amount of liability result primarily from the unpredictability of future changes in laws, the inability to determine how laws apply to counterparties and the lack of limitations on the potential liability.

Historically, Nortel has not made any significant indemnification payments under such agreements and no significant liability has been accrued in the consolidated financial statements with respect to the obligations associated with these guarantees.

On March 17, 2006, Nortel announced that Nortel, NNL and the lead plaintiffs reached an agreement on the related insurance and corporate governance matters including Nortel's and NNL's insurers agreeing to pay $228.5 in cash towards the settlement and Nortel and NNL agreeing with their insurers to certain indemnification obligations. Nortel and NNL believe that these indemnification obligations would be unlikely to materially increase their total cash payment obligations under the Proposed Class Action Settlement. The insurance payments would not reduce the amounts payable by Nortel or NNL as disclosed in notes 22 and 23. Nortel and NNL also agreed to certain corporate governance

HIGHLY CONFIDENTIAL  NNC-NNL06705393 / 171

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

enhancements, including the codification or certain of their current governance practices (such as the annual election by their directors of a non-executive Board chair) in their respective Board of Directors written mandates and the inclusion in their respective annual proxy circulars and proxy statements of a report on certain of their other governance practices (such as the process followed for the annual evaluation of the Board, committees of the Board and individual directors). The Proposed Class Action Settlement would contain no admission of wrongdoing by Nortel, NNL or any of the other defendants.

### *Product warranties*

The following summarizes the accrual for product warranties that was recorded as part of other accrued liabilities in the consolidated balance sheets as of December 31:

|  | 2005 | 2004 |
| --- | --- | --- |
| Balance at the beginning of the year | $ 273 | $ 387 |
| Payments | (176) | (267) |
| Warranties issued | 190 | 229 |
| Revisions | (79) | (76) |
| Balance at the end of the year | $ 208 | $ 273 |

## 14. Commitments

### *Bid, performance related and other bonds*

Nortel has entered into bid, performance related and other bonds associated with various contracts. Bid bonds generally have a term of less than twelve months, depending on the length of the bid period for the applicable contract. Other bonds primarily relate to warranty, rental, real estate and customs contracts. Performance related and other bonds generally have a term of twelve months and are typically renewed, as required, over the term of the applicable contract. The various contracts to which these bonds apply generally have terms ranging from two to five years. Any potential payments which might become due under these bonds would be related to Nortel's non-performance under the applicable contract. Historically, Nortel has not had to make material payments under these types of bonds and does not anticipate that any material payments will be required in the future.

The following table sets forth the maximum potential amount of future payments under bid, performance related and other bonds, net of the corresponding restricted cash and cash equivalents, as of December 31:

|  | 2005 | 2004 |
| --- | --- | --- |
| Bid and performance related bonds[a] | $222 | $362 |
| Other bonds[b] | 44 | 68 |
| Total bid, performance related and other bonds | $266 | $430 |

(a) Net of restricted cash and cash equivalent amounts of $36 and $36 as of December 31, 2005 and 2004, respectively.
(b) Net of restricted cash and cash equivalent amounts of $31 and $28 as of December 31, 2005 and 2004, respectively.

### *Venture capital financing*

Nortel has entered into agreements with selected venture capital firms where the venture capital firms make and manage investments in start-ups and emerging enterprises. The agreements require Nortel to fund requests for additional capital up to its commitments when and if requests for additional capital are solicited by the venture capital firm. Nortel had remaining commitments, if requested, of $25 as of December 31, 2005. These commitments expire at various dates through to 2012.

### *Purchase commitments*

Nortel has entered into purchase commitments with certain suppliers under which it commits to buy a minimum amount or percentage of designated products in exchange for price guarantees or similar concessions. In certain of these

HIGHLY CONFIDENTIAL        NNC-NNL06705393 / 172

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

agreements, Nortel may be required to acquire and pay for such products up to the prescribed minimum or forecasted purchases. As of December 31, 2005, Nortel had aggregate purchase commitments of $386. Significant purchase commitments are described below.

During the third quarter of 2003, Nortel renegotiated a supply arrangement with a key supplier. The renegotiated agreement requires that $2,800 in aggregate purchases with the supplier be made between June 2003 and June 2009. As of December 31, 2005, the remaining purchase commitment under the agreement was $232. The renegotiated agreement includes a graduated liquidated damages remedy for the benefit of the supplier if the minimum purchase commitment is not met by the end of the agreement in 2009. However, Nortel expects to meet the minimum purchase commitment.

The following table sets forth the expected purchase commitments to be made over the next several years:

|  | 2006 | 2007 | 2008 | Thereafter | Total Obligations |
|---|---|---|---|---|---|
| Purchase commitments | $320 | $56 | $10 | $ — | $386 |

Amounts paid by Nortel under the above purchase commitments during the years ended December 31 2005, 2004 and 2003 were $1,134, $1,088 and $1,082, respectively.

### *Operating leases and other commitments*

As of December 31, 2005, the future minimum payments under operating leases, outsourcing contracts, special charges related to lease commitments accrued for as part of restructuring contract settlement and lease costs and related sublease recoveries under contractual agreements consisted of:

|  | Operating Leases | Outsourcing Contracts | Special Charges | Sublease Income |
|---|---|---|---|---|
| 2006 | $ 98 | $29 | $ 71 | $(20) |
| 2007 | 91 | 17 | 52 | (15) |
| 2008 | 74 | 17 | 45 | (13) |
| 2009 | 51 | 14 | 40 | (11) |
| 2010 | 59 | — | 41 | (11) |
| Thereafter | 340 | — | 200 | (25) |
| Total future minimum payments | $713 | $77 | $449 | $(95) |

Rental expense on operating leases for the years ended December 31, 2005, 2004 and 2003, net of applicable sublease income, amounted to $175, $179 and $260, respectively.

During the year ended December 31, 2003, Nortel entered into sale-leaseback transactions for certain of its properties with a carrying value of approximately $17, which resulted in a loss on disposal of $6.

Expenses related to outsourcing contracts for the years ended December 31, 2005, 2004 and 2003 amounted to $96, $253 and $308, respectively, and were for services provided to Nortel primarily related to a portion of its information services function. The amount payable under Nortel's outsourcing contracts is variable to the extent that Nortel's workforce fluctuates from the baseline levels contained in the contracts. The table above shows the minimum commitment contained in the outsourcing contracts.

### 15. Financing arrangements and variable interest entities

### *Customer financing*

Pursuant to certain financing agreements with its customers, Nortel is committed to provide future financing in connection with purchases of Nortel's products and services. Generally, Nortel facilitates customer financing agreements through customer loans, and Nortel's commitment to extend future financing is generally subject to conditions related to funding, fixed expiration or termination dates, specific interest rates and qualified purposes. Where permitted, customer financings may also be utilized by Nortel's customers for their own working capital purposes and may be in the form of equity financing. Nortel's internal credit committee monitors and attempts to limit Nortel's exposure to credit risk.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 173

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Nortel's role in customer financing consists primarily of arranging financing by matching its customers' needs with external financing sources. Nortel only provides direct customer financing where a compelling strategic customer or technology purpose supports such financing. The following table sets forth customer financing related information and commitments, excluding discontinued operations, as of December 31:

|  | 2005 | 2004 |
|---|---|---|
| Drawn and outstanding — gross | $ 51 | $118 |
| Provisions for doubtful accounts | (35) | (38) |
| Drawn and outstanding — net[(a)] | 16 | 80 |
| Undrawn commitments | 50 | 69 |
| Total customer financing | $ 66 | $149 |

(a) Included short-term and long-term amounts. Short-term and long-term amounts were included in accounts receivable — net and other assets, respectively, in the consolidated balance sheets.

During the years ended December 31, 2005, 2004 and 2003, Nortel recorded net customer financing bad debt expense (recovery) of $4, $(45) and $(122), respectively, as a result of settlements and adjustments to other existing provisions. The recoveries and expense were included in the consolidated statements of operations within SG&A expense.

During the years ended December 31, 2005 and 2004, Nortel entered into certain agreements to restructure and/or settle various customer financing and related receivables, including rights to accrued interest. As a result of these transactions, Nortel received cash consideration of approximately $112 ($36 of the proceeds was included in discontinued operations) and $147, respectively, to settle outstanding receivables of approximately $102 with a net carrying value of $101 ($33 of the net carrying value was included in discontinued operations) and $254 with a net carrying value of $75, for the years ended December 31, 2005 and 2004, respectively.

On December 10, 2004, Nortel entered into an agreement to settle customer financing receivables with a certain customer. As a result of these transactions, Nortel received cash consideration of approximately $16 and a deferred senior unsecured note of $33 (net carrying value of nil) to settle the outstanding receivables of approximately $118 with the net carrying value of nil.

On December 15 and 16, 2004, Nortel sold certain notes receivable and convertible notes receivable that had been received as a result of the restructuring of a customer financing arrangement for total cash proceeds of $116. The net carrying amount of the notes receivable and convertible notes receivable was $61. Nortel recorded a gain of $53, net of transaction costs of $2, in other income (expense) — net for the year ended December 31, 2004.

On December 23, 2004, a customer financing arrangement was restructured. The notes receivable and other accounts receivable that were restructured had a net carrying amount of $12 ($1 of the net carrying amount was included in discontinued operations), net of provisions for doubtful accounts of $182 ($63 of the provision was included in discontinued operations). The restructured notes were valued at $100 as of December 31, 2004 and a gain of $88 ($32 of the gain was included in discontinued operations) was recorded in the fourth quarter of 2004. On January 25, 2005, Nortel sold this receivable, including rights to accrued interest, for cash proceeds of $110.

During the years ended December 31, 2005 and 2004, Nortel reduced undrawn customer financing commitments by $19 ($8 relates to a VIE which Nortel began consolidating effective April 1, 2005) and $111, respectively, as a result of the expiration or cancellation of commitments and changing customer business plans. As of December 31, 2005, all undrawn commitments were available for funding under the terms of the financing agreements.

### *Consolidation of variable interest entities*

Certain lease financing transactions of Nortel were structured through single transaction VIEs that did not have sufficient equity at risk as defined in FIN 46R. Effective July 1, 2003, Nortel prospectively began consolidating two VIEs for which Nortel was considered the primary beneficiary following the guidance of FIN 46, on the basis that Nortel retained certain risks associated with guaranteeing recovery of the unamortized principal balance of the VIEs debt, which represented the majority of the risks associated with the respective VIEs activities. The amount of the guarantees will be adjusted over time as the underlying debt matures. During 2004, the debt related to one of the VIEs was extinguished

60