## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Proposed Class Action Settlement*

On February 8, 2006, Nortel announced that, as a result of the previously announced mediation process it entered into with the lead plaintiffs in two significant class action lawsuits pending in the U.S. District Court for the Southern District of New York and based on the recommendation of a senior Federal Judge, Nortel and the lead plaintiffs had reached an agreement in principle to settle these lawsuits (the ''Proposed Class Action Settlement''). This settlement would be part of, and is conditioned on, Nortel reaching a global settlement encompassing all pending shareholder class actions and proposed shareholder class actions commenced against Nortel and certain other defendants following its announcement of revised financial guidance during 2001 and its revision of certain of its 2003 financial results and restatement of other prior periods. The Proposed Class Action Settlement was also conditioned on Nortel and the lead plaintiffs reaching agreement on corporate governance related matters and the resolution of insurance related issues and the receipt of all required court, securities regulatory and stock exchange approvals.

On March 17, 2006, Nortel announced that Nortel and the lead plaintiffs reached an agreement on the related insurance and corporate governance matters including Nortel's insurers agreeing to pay $228.5 in cash towards the settlement and Nortel and NNL agreeing with their insurers to certain indemnification obligations. On April 3, 2006, the insurance proceeds were placed into escrow by the insurers. Nortel believes that these indemnification obligations would be unlikely to materially increase its total payment obligations under the Proposed Class Action Settlement. The insurance payments would not reduce the amounts payable by Nortel as noted below. Nortel also agreed to certain corporate governance enhancements, including the codification or certain of their current governance practices (such as the annual election by their directors of a non-executive Board chair) in their respective Board of Directors written mandates and the inclusion in Nortel Network's Corporation respective annual proxy circular and proxy statement of a report on certain of their other governance practices (such as the process followed for the annual evaluation of the Board, committees of the Board and individual directors). The Proposed Class Action Settlement would contain no admission of wrongdoing by Nortel or any of the other defendants.

Under the terms of the proposed global settlement contemplated by the Proposed Class Action Settlement, Nortel would make a payment of $575 in cash, issue 628,667,750 Nortel Networks Corporation common shares (representing 14.5% of Nortel's equity as of February 7, 2006), and contribute one-half of any recovery in its existing litigation against Nortel's former president and chief executive officer, former chief financial officer and former controller, who were terminated for cause in April 2004, seeking the return of payments made to them under Nortel's bonus plan in 2003. In the event of a share consolidation of Nortel Networks Corporation common shares, the number of Nortel Networks Corporation common shares to be issued pursuant to the Proposed Class Action Settlement would be adjusted accordingly. As a result of the Proposed Class Action Settlement, Nortel has established a litigation provision and recorded a charge to its full-year 2005 financial results of $2,474, of which $575 relates to the proposed cash portion of the Proposed Class Action Settlement, while $1,899 relates to the proposed equity component and will be adjusted in future quarters based on the fair value of the Nortel Networks Corporation common shares issuable until the finalization of the settlement. As of June 14, 2006, the fair value of the proposed equity component was approximately $1,333. The cash amount bears interest commencing March 23, 2006 at a prescribed rate and is to be held in escrow on June 1, 2006 pending satisfactory completion of all conditions to the Proposed Class Action Settlement. Any change to the terms of the Proposed Class Action Settlement as a result of ongoing discussions with the lead plaintiffs would likely also result in an adjustment to the litigation provision.

Nortel and the lead plaintiffs are continuing discussions towards a definitive settlement agreement. At this time, it is not certain that such an agreement can be reached, that each of the actions noted above can be brought into, or otherwise bound by, the proposed settlement, if finalized, or that such an agreement would receive the required court and other approvals in all applicable jurisdictions. The timing of any developments related to these matters is also not certain. The Proposed Class Action Settlement and the litigation provision charge taken in connection with the Proposed Class Action Settlement do not relate to ongoing regulatory and criminal investigations and do not encompass a related Employment Retirement Income Security Act (''ERISA'') class action or the pending application in Canada for leave to commence a derivative action against certain current and former officers and directors of Nortel. For additional information see note 22.

The provision for the proposed equity component of the Proposed Class Action Settlement will continue to be adjusted in future quarters based on the fair value of the Nortel Networks Corporation common shares issuable, until the

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 194

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

finalization of the settlement. On June 1, 2006, Nortel deposited $575 plus interest of $5 into escrow pursuant to the Proposed Class Action Settlement.

### *Tasman Networks Acquisition*

On February 24, 2006, Nortel acquired Tasman Networks Inc. ("Tasman Networks"), an established networking company that provides a portfolio of secure enterprise routers, for $99.5 in cash and assumed liabilities.

### *Partial termination of outsourcing contract*

Effective February 28, 2006, Nortel terminated a portion of an information services outsourcing contract. In connection with the termination, Nortel agreed to pay $50 to acquire certain hardware and software assets and the rights under certain warranty, maintenance, support and other contracts, and to settle all outstanding claims with the service provider.

### *Debt securities*

As a result of the delayed filing of Nortel's and NNL's 2005 Annual Reports and Nortel's and NNL's Quarterly Reports on Form 10-Q for the quarter ended March 31, 2006 (the "2006 First Quarter Reports") with the SEC, Nortel and NNL were not in compliance with their obligations to deliver their respective SEC filings to the trustees under Nortel's and NNL's public debt indentures. With the filing of the 2006 First Quarter Reports with the SEC and the delivery of the 2006 First Quarter Reports to the trustees under Nortel's and NNL's public debt indentures, Nortel and NNL are now in compliance with their delivery obligations under the public debt indentures. Approximately $500 of notes of NNL (or its subsidiaries) and $1,800 of convertible debt securities of Nortel were outstanding under such indentures as of March 31, 2006.

### *Stock Exchanges and Regulatory Actions*

As a result of the delay in filing the 2005 Annual Reports and the 2006 First Quarter Reports, Nortel was in breach of the continued listing requirements of the NYSE and TSX. With the filing and delivery of the 2006 First Quarter Reports to the NYSE and TSX, Nortel and NNL are now in compliance with the continued listing requirements of the NYSE and TSX.

On April 10, 2006, the OSC issued a final order prohibiting all trading by Nortel's directors, officers and certain current and former employees in its and NNL's securities. This order will remain in effect until two full business days following the receipt by the OSC of all filings required to be made by Nortel and NNL pursuant to Ontario securities laws. After the filing of the 2006 First Quarter Reports, Nortel and NNL applied for and obtained a revocation of the OSC management cease trade order.

### *Stock-based compensation plans*

As a result of the Third Restatement, Nortel suspended, as of March 10, 2006, the purchase of Nortel Networks Corporation common shares under the ESPPs; the exercise of outstanding options granted under the 2000 Plan or the 1986 Plan, or the grant of any additional options under those plans, or the exercise of outstanding options granted under employee stock option plans previously assumed by Nortel in connection with mergers and acquisitions; and the purchase of units in a Nortel stock fund or purchase of Nortel Networks Corporation common shares under Nortel defined contribution and investments plans, until such time, at the earliest, that Nortel became compliant with U.S. and Canadian securities regulatory requirements. Upon the filing of the 2006 First Quarter Reports, the suspension of the above transactions was lifted. Certain individuals, however, remained restricted in their ability to trade in securities of Nortel Networks Corporation until certain cease trade orders associated with the delayed filings were lifted by certain securities commissions in Canada, the last remaining cease trade order having been lifted on June 9, 2006.

81

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 195

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Debt Repayment*

On June 15, 2006, we repaid the outstanding principal amount of 7.40% Notes due June 15, 2006 in the amount of $150.

*Completion of Flextronics Calgary plant transfer*

On May 8, 2006, Nortel completed the transfer of its Calgary manufacturing operations and related assets including product integration, testing, repair and logistics operations to its manufacturing service provider, Flextronics. For additional information, see note 9.

## 24. Reconciliation from U.S. GAAP to Canadian GAAP

New Canadian regulations allow issuers that are required to file reports with the SEC, upon meeting certain conditions, to satisfy their Canadian continuous disclosure obligations by using financial statements prepared in accordance with U.S. GAAP. Accordingly, for fiscal 2005 and 2004, Nortel is including in the notes to its consolidated financial statements a reconciliation highlighting the material differences between its financial statements prepared in accordance with U.S. GAAP as compared to financial statements prepared in accordance with accounting principles generally accepted in Canada ("Canadian GAAP"). Subsequent to 2005, no further reconciliation or financial statement presentation in accordance with Canadian GAAP will be required under current Canadian regulations. Nortel will therefore not present Canadian GAAP financial statements or a reconciliation from U.S. GAAP to Canadian GAAP in 2006. Prior to 2004, Nortel prepared financial statements (with accompanying notes) and Management's Discussion and Analysis — Canadian Supplement in accordance with Canadian GAAP and Canadian securities regulations, all of which were presented as a separate report and filed with the relevant Canadian securities regulators in compliance with its Canadian continuous disclosure obligations.

The consolidated financial statements of Nortel have been prepared in accordance with U.S. GAAP and the accounting rules and regulations of the SEC which differ in certain material respects from those principles and practices that Nortel would have followed had its consolidated financial statements been prepared in accordance with Canadian GAAP. There are no significant differences between U.S. and Canadian GAAP that impact the consolidated statement of cash flows.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 196

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following is a reconciliation of the net earnings (loss) between U.S. GAAP and Canadian GAAP and accumulated deficit and earnings per share data under Canadian GAAP for the years ended December 31, 2005, 2004 and 2003:

| | 2005 | 2004 As restated* | 2003 As restated* |
|---|---|---|---|
| **Net earnings (loss)** | | | |
| U.S. GAAP | $ (2,575) | $ (207) | $ 293 |
| Deferred stock option compensation[a] | — | — | 16 |
| Derivative accounting[b][i][iv] | (14) | 32 | (22) |
| Financial instruments[e] | (79) | (64) | (79) |
| Stock option expense[f] | (4) | (8) | (5) |
| Cumulative effect of accounting change — net of tax[i][vi] | — | — | 12 |
| Other | 13 | (11) | (46) |
| **Canadian GAAP** | $ (2,659) | $ (258) | $ 169 |
| **Canadian GAAP:** | | | |
| Accumulated deficit | | | |
| Deficit at the beginning of the period[c][i][v] | $(32,606) | $(32,339) | $(32,389) |
| Adjustment as of January 1, 2003 due to restatement* | — | — | (70) |
| Net earnings (loss) | (2,659) | (258) | 169 |
| Accretion of prepaid forward purchase contracts | (5) | (9) | (49) |
| Deficit at the end of the period | $(35,270) | $(32,606) | $(32,339) |
| **Canadian GAAP:** | | | |
| Basic earnings (loss) per common share | | | |
| — from continuing operations | $ (0.61) | $ (0.07) | 0.00 |
| — from discontinued operations | 0.00 | 0.01 | 0.04 |
| Basic earnings (loss) per common share | $ (0.61) | $ (0.06) | $ 0.04 |
| Diluted earnings (loss) per common share | | | |
| — from continuing operations | $ (0.61) | $ (0.07) | 0.00 |
| — from discontinued operations | 0.00 | 0.01 | 0.04 |
| Diluted earnings (loss) per common share | $ (0.61) | $ (0.06) | $ 0.04 |

---

\* See notes 4 and 24(i)

HIGHLY CONFIDENTIAL          NNC-NNL06705393 / 197

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

The following details the material differences between U.S. GAAP and Canadian GAAP for balance sheet information as of December 31, 2005 and 2004:

| | 2005 | | | 2004 | | |
|---|---|---|---|---|---|---|
| | | | | | As restated* | |
| | U.S. GAAP | Adjustments | Canadian GAAP | U.S. GAAP | Adjustments | Canadian GAAP |
| **ASSETS** | | | | | | |
| Current assets[(g)] | $ 8,867 | $ 5 | $ 8,872 | $ 8,850 | $ 6 | $ 8,856 |
| Investments[(d)(g)] | 244 | (34) | 210 | 299 | (35) | 264 |
| Plant and equipment — net | 1,564 | — | 1,564 | 1,640 | (1) | 1,639 |
| Goodwill[(a)] | 2,592 | (895) | 1,697 | 2,303 | (910) | 1,393 |
| Intangible assets — net[(h)] | 172 | (37) | 135 | 78 | (40) | 38 |
| Deferred income taxes — net[(h)] | 3,629 | (197) | 3,432 | 3,738 | (218) | 3,520 |
| Other assets[(b)(h)] | 1,044 | 35 | 1,079 | 867 | (9) | 858 |
| Total assets | $18,112 | $(1,123) | $16,989 | $17,775 | $(1,207) | $16,568 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| Current liabilities[(g)(j)(v)] | $ 8,068 | $ (110) | $ 7,958 | $ 5,935 | $ (40) | $ 5,895 |
| Long-term debt[(b)(e)] | 2,439 | (192) | 2,247 | 3,852 | (277) | 3,575 |
| Deferred income taxes — net[(h)] | 104 | 12 | 116 | 144 | 14 | 158 |
| Other liabilities[(b)(c)(h)] | 5,935 | (1,302) | 4,633 | 3,578 | (1,279) | 2,299 |
| Total liabilities | 16,546 | (1,592) | 14,954 | 13,509 | (1,582) | 11,927 |
| Minority interests in subsidiary companies[(c)] | 780 | (57) | 723 | 626 | (47) | 579 |
| Total shareholders' equity[(b)(c)(d)(g)(h)] | 786 | 526 | 1,312 | 3,640 | 422 | 4,062 |
| Total liabilities and shareholders' equity | $18,112 | $(1,123) | $16,989 | $17,775 | $(1,207) | $16,568 |

* See notes 4 and 24(i)

The significant differences between U.S. GAAP and Canadian GAAP that impact the consolidated financial statements of Nortel include the following:

### (a)  Business combinations

All of Nortel's business combinations have been accounted for using the purchase method. Until June 30, 2001, under Canadian GAAP, when common share consideration was involved, the purchase price of Nortel's acquisitions was determined based on the average trading price per Nortel Networks Corporation common share for a reasonable period before and after the date the transaction was closed. Under U.S. GAAP, when common share consideration was involved, the purchase price of the acquisitions was determined based on the average price per Nortel Networks Corporation common share for a reasonable period before and after the date the acquisition was announced or the date on which the exchange ratio became fixed. After June 30, 2001, treatment under Canadian GAAP was the same as under U.S. GAAP for measurement of share consideration. As a result of the difference between Canadian GAAP and U.S. GAAP until June 30, 2001, the value of purchase price consideration assigned to acquisitions may have varied significantly depending on the length of time between the announcement date and the closing date of the transaction and the volatility of Nortel Networks Corporation common share price within that time frame.

Stock options assumed on acquisitions were recorded at fair value for acquisitions on or after July 1, 2000 under U.S. GAAP, and for acquisitions on or after July 1, 2001 under Canadian GAAP. Beginning with acquisitions completed subsequent to July 1, 2000, U.S. GAAP requires an allocation of a portion of the purchase price to deferred compensation related to the intrinsic value of unvested options held by employees of the companies acquired. The deferred compensation is amortized to net earnings (loss) based on the remaining vesting period of the option awards. With the adoption of The Canadian Institute of Chartered Accountants ("CICA") Handbook Section 3870, "Stock-based Compensation and Other Stock-based Payments", on January 1, 2002, unearned compensation is recorded on unvested options held by employees of acquired companies. Previously, there was no requirement to record deferred compensation in respect of such unvested options under Canadian GAAP. The difference in accounting for options issued from the

HIGHLY CONFIDENTIAL

**NORTEL NETWORKS CORPORATION**

**Notes to Consolidated Financial Statements — (Continued)**

value ascribed under U.S. GAAP, as part of acquisitions discussed above, can result in a different balance being ascribed to goodwill under U.S. GAAP.

The potential differences in the initial measurement of goodwill in business combinations under Canadian GAAP and U.S. GAAP may result in a difference in the amount of any subsequent goodwill impairment charge. Effective January 1, 2002, under both U.S. GAAP and Canadian GAAP, the method used in accounting for goodwill changed from an amortization method to an impairment only method, thereby eliminating any impact on net earnings (loss) due to the amortization of different amounts of goodwill during these periods.

### (b) Derivative accounting

Under U.S. GAAP, effective January 1, 2001, Nortel adopted SFAS 133, which was subsequently amended by SFAS No. 138, "Accounting for Certain Derivative Instruments and Certain Hedging Activities — an Amendment of SFAS No. 133", and SFAS 149. Under Canadian GAAP, gains and losses on derivatives that are designated as hedges and that manage the underlying risks of anticipated transactions are not recorded until the underlying hedged item is recorded in net earnings (loss) and hedge ineffectiveness is not recorded until settlement. Under U.S. GAAP, the accounting for changes in the fair value of a derivative depends on the intended use of the derivative and the resulting designation. For fair value hedges, changes in the fair value of the derivative and of the hedged item attributable to the hedged risk are reported in net earnings (loss) from continuing operations immediately. For cash flow hedges, the effective portion of the gains or losses is reported as a component of other comprehensive income (loss) and the ineffective portion is reported in net earnings (loss) from continuing operations immediately. Foreign currency hedges can be either fair value hedges or cash flow hedges and are accounted for accordingly.

Under U.S. GAAP, an embedded derivative is accounted for at fair value separate from the host contract when certain specified conditions are met. Under Canadian GAAP, embedded derivatives are not accounted for separately from the host contract.

### (c) Financial instruments

Under Canadian GAAP, a financial instrument that contains both a liability and equity component must be allocated to those components based on fair value. As a result, the $1,800 proceeds on the 4.25% Convertible Senior Notes issued on August 15, 2001, convertible at the holders' option into Nortel Networks Corporation common shares, were allocated based on the fair value of the debt component calculated at $1,325, with the residual of $475 being assigned to the equity component. Under Canadian GAAP, the debt component is accreted to the face value of the 4.25% Convertible Senior Notes over their seven year term, with the resulting charge recorded in interest expense. Under U.S. GAAP, such instruments are not broken out into their component parts but rather are reported as the type of instrument of which they are principally comprised. Therefore, the 4.25% Convertible Senior Notes are reported as debt under U.S. GAAP.

In November 2004, the Emerging Issues Committee ("EIC") of the Canadian Institute of Chartered Accountants ("CICA") issued EIC No. 149, "Accounting for Retractable or Mandatorily Redeemable Shares" ("EIC 149"). EIC 149 clarifies the accounting for certain financial instruments with characteristics of both liabilities and equity and requires that those instruments be classified as liabilities and measured at their redemption value on the balance sheets with retroactive application unless certain criteria are met.

Nortel consolidates two enterprises with limited lives, which have mandatory liquidation requirements at the end of their prescribed lives in 2024. Upon liquidation, the net assets of these entities will be distributed to the owners based on their relative interests at that time. As result of the EIC 149 requirement, the mandatorily redeemable non-controlling interests of the two enterprises are classified as financial liabilities and recorded at their redemption values, where in this particular case, redemption value is fair value, under Canadian GAAP. Changes in the redemption values are reflected in net earnings. Under US GAAP, the non-controlling interests remain in minority interest, with note disclosure of their fair values. The impact of this difference in the years ended December 31, 2005, 2004 and 2003 is to reclassify $57, $47 and $41 from minority interest to long-term liabilities, increase or decrease the long-term liability to $91, $71 and $67, with increases (decreases) of $(10), $2 and $(16), respectively, to net earnings (loss) and a $10 increase to the 2003 opening accumulated deficit.

85

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

#### (d)  Investments

Under U.S. GAAP, certain investment securities deemed available-for-sale by Nortel are remeasured to fair value each period, with unrealized holding gains (losses) included in other comprehensive income (loss) until realized. Under Canadian GAAP, these investments are recorded at historical cost unless a loss that is considered other than temporary occurs.

#### (e)  Other financial statement presentation differences

Under Canadian GAAP, global investment tax credits are deducted from R&D expense while under U.S. GAAP, these amounts are required to be deducted from the income tax benefit (expense). The impact of this difference in the years ended December 31, 2005, 2004 and 2003 of $39, $43 and $41, respectively, was to increase or decrease net earnings (loss) from continuing operations before income taxes, non-controlling interests and equity in net loss of associated companies under Canadian GAAP, with a corresponding increase or decrease in income tax benefit (expense).

#### (f)  Other

Under U.S. GAAP, translation adjustments for self-sustaining subsidiaries are reported as a component of other comprehensive income (loss) whereas, under Canadian GAAP, these translation adjustments are classified as foreign currency translation adjustment, also a component of shareholders' equity.

Under both U.S. and Canadian GAAP, compensation expense should be recognized if an employee is eligible for retirement at the date of grant or becomes eligible during the vesting period and is eligible for acceleration of vesting upon retirement. The SEC has provided relief from this interpretation for awards granted prior to the adoption of SFAS 123R; however, no such relief exists under Canadian GAAP. Nortel has made an adjustment of $17 (including $13 related to prior periods) for compensation expense under Canadian GAAP in the year ended December 31, 2005.

#### (g)  Joint ventures

Nortel has a number of joint ventures with other parties. Under U.S. GAAP, investments in joint ventures are generally accounted for under the equity method, whereas, under Canadian GAAP, the proportionate consolidation method is used. The difference in accounting does not impact net earnings (loss), but does impact certain other consolidated financial statement items.

#### (h)  Pension and other post-retirement benefits

Under U.S. GAAP, a minimum pension liability adjustment must be recognized in the amount of the excess of the unfunded accumulated benefit obligation over the recorded pension benefit liability. An offsetting intangible pension asset is recorded equal to the unrecognized prior service costs, with any difference recorded in accumulated other comprehensive loss. No such adjustments are required under Canadian GAAP.

#### (i)  Canadian GAAP Restatement Adjustments

As part of the Third Restatement, Nortel determined that, for the year ended December 31, 2004, it had incorrectly applied the requirement in EIC 149 that required it to classify the mandatorily redeemable non-controlling interests of two enterprises as financial liabilities at their redemption values. For details on the difference from U.S. GAAP as a result of the application of EIC 149, see note 24(c).

#### (j)  Accounting changes

##### (i)  Determining whether an arrangement contains a lease

In December 2004, the EIC issued abstract 150, "Determining Whether an Arrangement Contains a Lease" ("EIC 150"). EIC 150 provides guidance on how to determine whether an arrangement contains a lease that is within the scope of CICA Handbook Section 3065, "Leases". The guidance in EIC 150 is based on whether the arrangement conveys to the purchaser the right to use a tangible asset, and is effective for Nortel for arrangements entered into or

86

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

modified after January 1, 2005. Equivalent guidance in U.S. GAAP has already been adopted by Nortel. The adoption of EIC 150 did not have any material impact on Nortel's results of operations and financial condition.

### (ii) Financial Instruments — disclosure and presentation

In January 2004, the CICA issued amendments to CICA Handbook Section 3860, "Financial Instruments — Disclosure and Presentation" ("Section 3860"), to require obligations that must or may be settled at the issuer's option by a variable number of the issuer's own equity instruments to be presented as liabilities. Thus, securities issued by an enterprise that give the issuer unrestricted rights to settle the principal amount in cash or in the equivalent value of its own equity instruments will no longer be presented as equity. The amendments to Section 3860 are applicable to Nortel beginning January 1, 2005 on a retroactive basis. The adoption of the amendments to Section 3860 did not have any material impact on Nortel's results of operations and financial condition.

### (iii) Accounting by a customer (including a reseller) for certain consideration received from a vendor

In January 2005, the EIC issued amended abstract 144, "Accounting by a Customer (including a Reseller) for Certain Consideration Received from a Vendor". The amendment is effective retroactively for periods commencing on or after February 15, 2005. The amendment requires companies to recognize the benefit of non-discretionary rebates for achieving specified cumulative purchasing levels as a reduction of the cost of purchases over the relevant period, provided the rebate is probable and reasonably estimimable. Otherwise, the rebates would be recognized as purchasing milestones are achieved. The adoption of the new amendment did not have a material impact on Nortel's results of operations and financial condition.

### (iv) Derivative accounting

Effective January 1, 2004, Nortel adopted CICA Accounting Guideline ("AcG") 13, "Hedging Relationships" ("AcG-13"), which establishes specific criteria for derivatives to qualify for hedge accounting. Nortel had been previously applying these criteria under U.S. GAAP. Therefore, there was no impact on adoption of AcG-13.

Concurrent with the adoption of AcG-13, Nortel also adopted the CICA's EIC 128, "Accounting for Trading, Speculative or Non-Hedging Derivative Financial Instruments" ("EIC 128"), which requires that certain freestanding derivative instruments that give rise to a financial asset or liability, and do not qualify for hedge accounting under AcG-13, be recognized on the balance sheet and measured at fair value, with changes in fair value recognized in earnings (loss) in each period. As a result of the adoption of EIC 128, certain warrants, which had been previously recorded at cost under Canadian GAAP, are required to be recorded at fair value consistent with U.S. GAAP. The impact of this accounting change, which has been recorded prospectively as at January 1, 2004, was an increase to investments and other income of $23 during the year ended December 31, 2004.

### (v) Revenue recognition

In December 2003, the EIC issued abstract 142, "Revenue Arrangements with Multiple Deliverables" ("EIC 142"). EIC 142 addresses how to determine whether an arrangement involving multiple deliverables contains more than one unit of accounting. EIC 142 also addresses how arrangement consideration should be measured and allocated to the separate units of accounting in the arrangement. EIC 142 was applicable to Nortel beginning January 1, 2004 and was applied prospectively. The application of EIC 142 did not have a material impact on Nortel's results of operations and financial condition.

In December 2003, the EIC issued abstract 141, "Revenue Recognition" ("EIC 141"). EIC 141 summarizes the principles set forth in SAB 101, which was issued by the SEC. Under EIC 141, performance is achieved in a transaction involving the sale of goods when all of the following criteria are met: persuasive evidence of an arrangement exists; delivery has occurred or services have been rendered; and the seller's price to the buyer is fixed or determinable. EIC 141 was applicable to Nortel beginning January 1, 2004 and was applied prospectively. The application of EIC 141 did not have a material impact on Nortel's results of operations and financial condition.

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 201

**NORTEL NETWORKS CORPORATION**

**Notes to Consolidated Financial Statements — (Continued)**

*(vi)    Asset retirement obligations*

Under U.S. GAAP, Nortel adopted SFAS 143 "Accounting for Asset Retirement Obligations" ("SFAS 143"), effective January 1, 2003, and recorded a cumulative effect of accounting change, net of tax, within net earnings (loss) on the date of adoption. Nortel adopted similar Canadian guidance, CICA Handbook Section 3110, "Asset Retirement Obligations", effective January 1, 2004, with retroactive restatement of prior periods. Under Canadian GAAP, the cumulative effect of adoption as of January 1, 2003 was recorded as an adjustment to opening accumulated deficit, as opposed to an adjustment within net earnings (loss) under U.S. GAAP, resulting in a difference of $12. The retroactive adjustment to net earnings (loss) for the years ended December 31, 2003 and 2002 under Canadian GAAP was not significant. Plant and equipment — net, other liabilities and accumulated deficit as of December 31, 2003 have been increased by $4, $16 and $12, respectively, to reflect the retroactive restatement.

*(vii)    Stock-based compensation*

In November 2001, the CICA issued Handbook Section 3870, "Stock-based Compensation and Other Stock-based Payments" ("Section 3870"), which was revised in November 2003. Section 3870 establishes standards for the recognition, measurement and disclosure of stock-based compensation and other stock-based payments made in exchange for goods and services and applies to transactions, including non-reciprocal transactions, in which an enterprise grants common shares, stock options or other equity instruments, or incurs liabilities based on the price of common shares or other equity instruments. Section 3870 outlines a fair value based method of accounting required for certain stock-based transactions, effective January 1, 2002, and applied to awards granted on or after that date.

Prior to October 1, 2003, as permitted by Section 3870, Nortel did not adopt the provisions in respect of the fair value based method of accounting for its employee stock-based transactions.

On October 1, 2003, Nortel elected to expense employee stock-based compensation using the fair value based method prospectively for all awards granted, modified or settled on or after January 1, 2003, in accordance with the transitional provisions of Section 3870 and concurrent with the adoption of expense recognition under the fair value based method for U.S. GAAP.

*(viii)    Restructuring charges*

Under U.S. GAAP, effective January 1, 2003, Nortel adopted SFAS 146. SFAS 146 requires that costs associated with an exit or disposal activity be recognized when the liability is incurred. Under Canadian GAAP, EIC 134, "Accounting for Severance and Termination Benefits" ("EIC 134"), and EIC 135, "Accounting for Costs Associated with Exit and Disposal Activities (Including Costs Incurred in a Restructuring)" ("EIC 135"), were issued to harmonize Canadian GAAP requirement with SFAS 146. Effective April 1, 2003, Nortel adopted EIC 134 and EIC 135.

*(ix)    Impairment and disposal of long-lived assets*

In May 2003, the CICA issued an updated Section 3475 "Disposal of Long-Lived Assets and Discontinued operations" ("Section 3475"). In April 2003, the CICA issued Handbook Section 3063, "Impairment of Long-Lived Assets" ("Section 3063").

Section 3475 provides criteria for classifying long-lived assets as held for sale and requires the measurement of such assets at the lower of their carrying amount and their fair value less costs to sell. It also requires that long-lived assets that are classified as held for sale are not amortized. Section 3475 also provides criteria for classifying a disposal as a discontinued operation and specifies the presentation and disclosure for discontinued operations and other disposals of long-lived assets.

Section 3475 requires a long-lived asset which is to be disposed of other than by sale to be classified as held and used until it is disposed of. Section 3475 replaces the disposal provisions in the former Section 3475, "Discontinued Operations" and Section 3061, "Property, Plant and Equipment" ("Section 3061").

Section 3063 requires an impairment loss for a long-lived asset to be held and used to be recognized when events or changes in circumstances cause its carrying value to exceed its total undiscounted cash flows from its use and eventual

88

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

disposition. The impairment loss is calculated by deducting the fair value of the asset from its carrying value. Section 3063 replaces the write down provisions in Section 3061.

Section 3475 is applicable for disposal activities initiated by a company's commitment to a plan on or after May 1, 2003. Section 3063 is applicable for years beginning on or after April 1, 2003; early adoption was permitted. Nortel adopted these standards effective January 1, 2003. The adoption of Sections 3475 and 3063, which are substantially consistent with U.S. GAAP, did not have a material impact on the results of operations and financial condition of Nortel.

Prior to the adoption of Section 3063, an impairment loss was recognized in an amount equal to the excess of the carrying value of plant and equipment, net of related provisions for future removal and site restoration costs and future income taxes, and the anticipated net recoverable amount of the asset(s). Net recoverable amount is an amount equal to the anticipated cash flows net of directly attributable general and administrative costs, carrying costs, future removal and site restoration costs and future income taxes, plus the expected residual value, if any.

### (x)   Guarantees

In February 2003, the CICA issued AcG-14, "Disclosure of Guarantees" ("AcG-14"). AcG-14 expands on previously issued accounting guidance and requires additional disclosure by a guarantor of information about each guarantee, or each group of similar guarantees, even when the likelihood of the guarantor having to make any payments under the guarantee is slight. AcG-14 does not address the recognition or measurement of a guarantor's liability for obligations under a guarantee. Nortel adopted the requirements of AcG-14 effective January 1, 2003, which are substantially consistent with the disclosure requirements under U.S. GAAP for guarantees.

### (xi)   Consolidation of variable interest entities

In June 2003, the CICA issued AcG-15, which is consistent with FASB Interpretation No. 46, "Consolidation of Variable Interest Entities". AcG-15 clarifies the application of consolidation guidance to those entities defined as VIEs (which includes, but is not limited to, special purpose entities, trusts, partnerships, certain joint ventures and other legal structures) in which equity investors do not have the characteristics of a "controlling financial interest" or there is not sufficient equity at risk for the entity to finance its activities without additional subordinated financial support. The requirements of AcG-15 were effective for all annual and interim periods beginning on or after November 1, 2004. Earlier application was encouraged and effective July 1, 2003, Nortel adopted AcG-15 at the same time as equivalent guidance under U.S. GAAP and prospectively began consolidating two VIEs for which Nortel was considered the primary beneficiary.

### (k)   Comparative information

The following tables present consolidated statements of operations and cash flows under Canadian GAAP for the year ended December 31, 2003. For the years ended December 31, 2005 and 2004, in accordance with Canadian securities law requirements, Nortel quantified the effect of material differences between Canadian GAAP and U.S. GAAP on its

89

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 203

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

consolidated statements of operations and did not publish consolidated statement of operations and cash flows for those periods, due to the differences being immaterial.

Consolidated statement of operations for the year ended December 31:

|  | 2003 As Previously Reported | 2003 As Restated* |
|---|---|---|
| Revenues | $10,193 | $9,932 |
| Cost of revenues | 5,851 | 5,723 |
| Gross profit | 4,342 | 4,209 |
| Selling, general and administrative expense | 1,949 | 1,979 |
| Research and development expense | 1,922 | 1,931 |
| Amortization of intangibles | 101 | 101 |
| Special charges | 288 | 292 |
| (Gain) loss on sale of businesses and assets | (7) | (7) |
| Operating earnings (loss) | 89 | (87) |
| Other income (expense) — net | 412 | 410 |
| Interest expense |  |  |
| Long-term debt | (244) | (241) |
| Other | (28) | (28) |
| Earnings (loss) from continuing operations before income taxes, non-controlling interests and equity in net loss of associated companies | 229 | 54 |
| Income tax benefit (expense) | 18 | 20 |
|  | 247 | 74 |
| Non-controlling interests — net of tax | (63) | (52) |
| Equity in net loss of associated companies — net of tax | (37) | (36) |
| Net earnings (loss) from continuing operations | 147 | (14) |
| Net earnings (loss) from discontinued operations — net of tax | 184 | 183 |
| Net earnings (loss) | $ 331 | $ 169 |

* The adjustments for Canadian GAAP, due to the restatement, did not result in any material differences between Canadian and U.S. GAAP.

90

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

Consolidated statement of cash flows for the year ended December 31:

| | 2003 As Previously Reported | 2003 As Restated* |
|---|---|---|
| **Cash flows from (used in) operating activities** | | |
| Net earnings (loss) from continuing operations | $ 147 | $ (14) |
| Adjustments to reconcile net earnings (loss) from continuing operations to net cash from (used in) operating activities, net of effects from acquisitions and divestitures of businesses: | | |
| Amortization and depreciation | 539 | 544 |
| Non-cash portion of special charges and related asset write downs | 87 | 87 |
| Equity in net loss of associated companies | 37 | 37 |
| Stock option compensation | 26 | 31 |
| Future income taxes | (21) | (24) |
| Other liabilities | 106 | 110 |
| (Gain) loss on repurchases of outstanding debt securities | (4) | (4) |
| (Gain) loss on sale or write down of investments, businesses and assets | (150) | (150) |
| Other — net | 109 | 115 |
| Change in operating assets and liabilities | (769) | (850) |
| Net cash from (used in) operating activities of continuing operations | 107 | (118) |
| **Cash flows from (used in) investing activities** | | |
| Expenditures for plant and equipment | (171) | (168) |
| Proceeds on disposals of plant and equipment | 38 | 38 |
| Restricted cash and cash equivalents, net | — | 200 |
| Acquisitions of investments and businesses — net of cash acquired | (58) | (31) |
| Proceeds on sale of investments and businesses | 107 | 107 |
| Net cash from (used in) investing activities of continuing operations | (84) | 146 |
| **Cash flows from (used in) financing activities** | | |
| Increase in notes payable | 80 | 80 |
| Decrease in notes payable | (125) | (125) |
| Repayments of long-term debt | (270) | (270) |
| Repayments of capital leases payable | (12) | (12) |
| Dividends paid by subsidiaries to non-controlling interests | (35) | (35) |
| Issuance of common shares | 3 | 3 |
| Net cash from (used in) financing activities of continuing operations | (359) | (359) |
| Effect of foreign exchange rate changes on cash and cash equivalents | 176 | 176 |
| Net cash from (used in) continuing operations | (160) | (155) |
| Net cash from (used in) operating activities of discontinued operations | 127 | 127 |
| Net cash from (used in) investing activities of discontinued operations | 241 | 241 |
| **Net increase (decrease) in cash and cash equivalents** | 208 | 213 |
| Cash and cash equivalents at beginning of year | 3,793 | 3,793 |
| Cash and cash equivalents at end of year | $4,001 | $4,006 |

---

\* The adjustments for Canadian GAAP, due to the restatement, did not result in any material differences between Canadian and U.S. GAAP.

\* \* \* \* \*

91

**Quarterly Financial Data (Unaudited)**

The following financial data present the impact of the Third Restatement on Nortel's previously issued consolidated statements of operations and cash flows for each of the quarters ended March 31, 2005; June 30, 2005; September 30, 2005; March 31, 2004; June 30, 2004; September 30, 2004; and December 31, 2004 and consolidated balance sheets as at March 31, 2005; June 30, 2005; and September 30, 2005 (refer to note 4 of the accompanying consolidated financial statements for a description of the nature of the adjustments). The quarter ended December 31, 2005 has not been previously reported.

Nortel believes all adjustments necessary for a fair presentation of the results for the periods presented have been made. These amounts have been restated to reflect the correction of errors identified in the Third Restatement.

## Consolidated Statements of Operations (Unaudited)

| | Three Months Ended March 31, 2005 | | Three Months Ended March 31, 2004 | |
|---|---|---|---|---|
| | As Previously Reported | As Restated | As Previously Reported | As Restated |
| | | (Millions of U.S. dollars, except per share amounts) | | |
| Revenues | $2,536 | $2,389 | $2,444 | $2,366 |
| Cost of revenues | 1,479 | 1,377 | 1,391 | 1,353 |
| Gross profit | 1,057 | 1,012 | 1,053 | 1,013 |
| Selling, general and administrative expense | 574 | 578 | 542 | 546 |
| Research and development expense | 474 | 474 | 471 | 471 |
| Amortization of intangibles | 2 | 2 | 3 | 2 |
| Special charges | 21 | 14 | 7 | 7 |
| (Gain) loss on sale of businesses and assets | 1 | 22 | — | 1 |
| Operating earnings (loss) | (15) | (78) | 30 | (14) |
| Other income — net | 46 | 54 | 86 | 85 |
| Interest expense | | | | |
| Long-term debt | (50) | (50) | (44) | (44) |
| Other | (3) | (3) | (8) | (8) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (22) | (77) | 64 | 19 |
| Income tax benefit (expense) | (16) | (16) | 9 | 10 |
| | (38) | (93) | 73 | 29 |
| Minority interests — net of tax | (14) | (14) | (14) | (14) |
| Equity in net earnings (loss) of associated companies — net of tax | 1 | 1 | (1) | (1) |
| Net earnings (loss) from continuing operations | (51) | (106) | 58 | 14 |
| Net earnings from discontinued operations — net of tax | 2 | 2 | 1 | 1 |
| Net earnings (loss) | $ (49) | $ (104) | $ 59 | $ 15 |
| Basic and diluted earnings (loss) per common share | | | | |
| — from continuing operations | $(0.01) | $(0.02) | $ 0.01 | $ 0.00 |
| — from discontinued operations | 0.00 | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $(0.01) | $(0.02) | $ 0.01 | $ 0.00 |

92

HIGHLY CONFIDENTIAL

## Consolidated Statements of Operations (Unaudited)

| | Three Months Ended June 30, 2005 | | Six Months Ended June 30, 2005 | |
| --- | --- | --- | --- | --- |
| | As Previously Reported | As Restated | As Previously Reported | As Restated |
| | (Millions of U.S. dollars, except per share amounts) | | | |
| Revenues | $2,855 | $2,619 | $5,391 | $5,008 |
| Cost of revenues | 1,620 | 1,485 | 3,099 | 2,862 |
| Gross profit | 1,235 | 1,134 | 2,292 | 2,146 |
| Selling, general and administrative expense | 579 | 588 | 1,153 | 1,166 |
| Research and development expense | 479 | 488 | 953 | 962 |
| Amortization of intangibles | 2 | 2 | 4 | 4 |
| Special charges | 90 | 92 | 111 | 106 |
| (Gain) loss on sale of businesses and assets | 36 | 11 | 37 | 33 |
| Operating earnings (loss) | 49 | (47) | 34 | (125) |
| Other income — net | 58 | 74 | 104 | 128 |
| Interest expense | | | | |
| Long-term debt | (51) | (51) | (101) | (101) |
| Other | (1) | (1) | (4) | (4) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | 55 | (25) | 33 | (102) |
| Income tax benefit (expense) | 7 | 9 | (9) | (7) |
| | 62 | (16) | 24 | (109) |
| Minority interests — net of tax | (17) | (17) | (31) | (31) |
| Equity in net earnings (loss) of associated companies — net of tax | 1 | 1 | 2 | 2 |
| Net earnings (loss) from continuing operations | 46 | (32) | (5) | (138) |
| Net earnings from discontinued operations — net of tax | (1) | (1) | 1 | 1 |
| Net earnings (loss) | $ 45 | $ (33) | $ (4) | $ (137) |
| Basic and diluted earnings (loss) per common share | | | | |
| — from continuing operations | $ 0.01 | $(0.01) | $(0.00) | $(0.03) |
| — from discontinued operations | (0.00) | (0.00) | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $ 0.01 | $(0.01) | $(0.00) | $(0.03) |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 207

**Consolidated Statements of Operations (Unaudited)**

| | Three Months Ended June 30, 2004 | | Six Months Ended June 30, 2004 | |
| --- | --- | --- | --- | --- |
| | As Previously Reported | As Restated | As Previously Reported | As Restated |
| | (Millions of U.S. dollars, except per share amounts) | | | |
| Revenues | $2,590 | $2,478 | $5,034 | $4,844 |
| Cost of revenues | 1,535 | 1,470 | 2,926 | 2,823 |
| Gross profit | 1,055 | 1,008 | 2,108 | 2,021 |
| Selling, general and administrative expense | 542 | 546 | 1,084 | 1,092 |
| Research and development expense | 493 | 493 | 964 | 964 |
| Amortization of intangibles | 2 | 2 | 5 | 4 |
| Special charges | (1) | (1) | 6 | 6 |
| (Gain) loss on sale of businesses and assets | (75) | (75) | (75) | (74) |
| Operating earnings (loss) | 94 | 43 | 124 | 29 |
| Other income (expense) — net | (18) | (7) | 68 | 78 |
| Interest expense | | | | |
| Long-term debt | (43) | (43) | (87) | (87) |
| Other | (7) | (7) | (15) | (15) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | 26 | (14) | 90 | 5 |
| Income tax benefit (expense) | (7) | (6) | 2 | 4 |
| | 19 | (20) | 92 | 9 |
| Minority interests — net of tax | (8) | (8) | (22) | (22) |
| Equity in net earnings (loss) of associated companies — net of tax | (1) | (1) | (2) | (2) |
| Net earnings (loss) from continuing operations | 10 | (29) | 68 | (15) |
| Net earnings from discontinued operations — net of tax | 6 | 6 | 7 | 7 |
| Net earnings (loss) | $ 16 | $ (23) | $ 75 | $ (8) |
| Basic and diluted earnings (loss) per common share | | | | |
| — from continuing operations | $ 0.00 | $ (0.01) | $ 0.02 | $ (0.00) |
| — from discontinued operations | 0.00 | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $ 0.00 | $ (0.01) | $ 0.02 | $ (0.00) |

94

## Consolidated Statements of Operations (Unaudited)

| | Three Months Ended September 30, 2005 | | Nine Months Ended September 30, 2005 | |
| --- | --- | --- | --- | --- |
| | As Previously Reported | As Restated | As Previously Reported | As Restated |
| | (Millions of U.S. dollars, except per share amounts) | | | |
| Revenues | $2,655 | $2,518 | $8,046 | $7,526 |
| Cost of revenues | 1,648 | 1,540 | 4,747 | 4,402 |
| Gross profit | 1,007 | 978 | 3,299 | 3,124 |
| Selling, general and administrative expense | 572 | 567 | 1,725 | 1,733 |
| Research and development expense | 449 | 443 | 1,402 | 1,405 |
| Amortization of intangibles | 6 | 7 | 10 | 11 |
| Special charges | 37 | 39 | 148 | 145 |
| (Gain) loss on sale of businesses and assets | 4 | 3 | 41 | 36 |
| Operating earnings (loss) | (61) | (81) | (27) | (206) |
| Other income — net | 66 | 53 | 170 | 181 |
| Interest expense | | | | |
| Long-term debt | (55) | (54) | (156) | (155) |
| Other | (2) | (3) | (6) | (7) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (52) | (85) | (19) | (187) |
| Income tax benefit (expense) | (40) | (39) | (49) | (46) |
| | (92) | (124) | (68) | (233) |
| Minority interests — net of tax | (15) | (15) | (46) | (46) |
| Equity in net earnings (loss) of associated companies — net of tax | 1 | 1 | 3 | 3 |
| Net earnings (loss) from continuing operations | (106) | (138) | (111) | (276) |
| Net earnings from discontinued operations — net of tax | 1 | 2 | 2 | 3 |
| Net earnings (loss) | $ (105) | $ (136) | $ (109) | $ (273) |
| Basic and diluted earnings (loss) per common share | | | | |
| — from continuing operations | $ (0.02) | $ (0.03) | $ (0.03) | $ (0.06) |
| — from discontinued operations | 0.00 | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $ (0.02) | $ (0.03) | $ (0.03) | $ (0.06) |

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 209

## Consolidated Statements of Operations (Unaudited)

|  | Three Months Ended September 30, 2004 | | Nine Months Ended September 30, 2004 | |
|  | As Previously Reported | As Restated | As Previously Reported | As Restated |
| --- | --- | --- | --- | --- |
|  | (Millions of U.S. dollars, except per share amounts) | | | |
| Revenues | $2,179 | $2,159 | $7,213 | $7,003 |
| Cost of revenues | 1,393 | 1,382 | 4,319 | 4,205 |
| Gross profit | 786 | 777 | 2,894 | 2,798 |
| Selling, general and administrative expense | 512 | 514 | 1,596 | 1,606 |
| Research and development expense | 501 | 498 | 1,465 | 1,462 |
| Amortization of intangibles | 2 | 2 | 7 | 6 |
| Special charges | 93 | 94 | 99 | 100 |
| (Gain) loss on sale of businesses and assets | (39) | (39) | (114) | (113) |
| Operating earnings (loss) | (283) | (292) | (159) | (263) |
| Other income (expense) — net | 44 | 10 | 112 | 88 |
| Interest expense | | | | |
| Long-term debt | (45) | (44) | (132) | (131) |
| Other | (3) | (3) | (18) | (18) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (287) | (329) | (197) | (324) |
| Income tax benefit (expense) | 30 | 30 | 32 | 34 |
|  | (257) | (299) | (165) | (290) |
| Minority interests — net of tax | (7) | (7) | (29) | (29) |
| Equity in net earnings (loss) of associated companies — net of tax | — | — | (2) | (2) |
| Net earnings (loss) from continuing operations | (264) | (306) | (196) | (321) |
| Net earnings from discontinued operations — net of tax | 5 | 5 | 12 | 12 |
| Net earnings (loss) | $ (259) | $ (301) | $ (184) | $ (309) |
| Basic and diluted earnings (loss) per common share | | | | |
| — from continuing operations | $ (0.06) | $ (0.07) | $ (0.04) | $ (0.07) |
| — from discontinued operations | 0.00 | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $ (0.06) | $ (0.07) | $ (0.04) | $ (0.07) |

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 210

## Consolidated Statements of Operations (Unaudited)

| | Three Months Ended December 31, 2005[a] | Three Months Ended December 31, 2004 | |
| --- | --- | --- | --- |
| | | As Previously Reported[b] | As Restated |
| | (Millions of U.S. dollars, except per share amounts) | | |
| Revenues | $ 2,997 | $2,615 | $2,513 |
| Cost of revenues | 1,815 | 1,431 | 1,369 |
| Gross profit | 1,182 | 1,184 | 1,144 |
| Selling, general and administrative expense | 680 | 542 | 527 |
| Research and development expense | 451 | 494 | 498 |
| Amortization of intangibles | 6 | 3 | 3 |
| Special charges | 25 | 81 | 81 |
| (Gain) loss on sale of businesses and assets | 11 | 16 | 22 |
| Shareholder litigation settlement expense | 2,474 | — | — |
| Operating earnings (loss) | (2,465) | 48 | 13 |
| Other income (expense) — net | 122 | 119 | 124 |
| Interest expense | | | |
| Long-term debt | (52) | (61) | (61) |
| Other | (4) | 8 | 8 |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (2,399) | 114 | 84 |
| Income tax benefit (expense) | 102 | (3) | (4) |
| | (2,297) | 111 | 80 |
| Minority interests — net of tax | (4) | (17) | (17) |
| Equity in net earnings (loss) of associated companies — net of tax | 1 | 2 | 2 |
| Net earnings (loss) from continuing operations | (2,300) | 96 | 65 |
| Net earnings from discontinued operations — net of tax | (2) | 37 | 37 |
| Net earnings (loss) | $(2,302) | $ 133 | $ 102 |
| Basic and diluted earnings (loss) per common share | | | |
| — from continuing operations | $ (0.53) | $ 0.02 | $ 0.01 |
| — from discontinued operations | (0.00) | 0.01 | 0.01 |
| Basic and diluted earnings (loss) per common share | $ (0.53) | $ 0.03 | $ 0.02 |

---

(a) The fourth quarter ended December 31, 2005 had not been previously reported.

(b) Previously reported in the Unaudited Quarterly Financial Data section of the 2004 Annual Report on Form 10-K.

See notes 3, 7 and 10 to the consolidated financial statements in this report for the impact of accounting changes, special charges and acquisitions, divestitures and closures, respectively, that affect the comparability of the selected financial data. Additionally, the following significant items were recorded in the fourth quarters of 2005 and 2004:

- During the fourth quarter of 2005, Nortel recorded a charge of $2,474 related to an agreement reached in principle for the settlement of shareholder class action litigation.
- During the fourth quarter of 2005, Nortel recorded a tax benefit of approximately $140 related to the release of a liability attributed to the retroactive application of the APA.
- During the fourth quarter of 2004, bad debt recoveries of $80, which related primarily to customer financing notes receivable that were restructured and subsequently sold for cash proceeds in the first quarter of 2005, were recorded as a reduction to SG&A expense. Other income (expense) included foreign exchange gains of $43 related to day-to-day transactional activities and a gain of $53 related to the restructured customer financing arrangement for which Nortel received cash proceeds in the fourth quarter of 2004.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 211

### Consolidated Balance Sheets (Unaudited)

| | March 31, 2005 | | June 30, 2005 | | September 30, 2005 | |
|---|---|---|---|---|---|---|
| | As Previously Reported | As Restated | As Previously Reported | As Restated | As Previously Reported | As Restated |
| | | | (Millions of U.S. dollars) | | | |
| **ASSETS** | | | | | | |
| **Current assets** | | | | | | |
| Cash and cash equivalents................ | $ 3,431 | $ 3,430 | $ 3,060 | $ 3,059 | $ 2,997 | $ 2,996 |
| Restricted cash and cash equivalents ........ | 81 | 81 | 73 | 73 | 73 | 73 |
| Accounts receivable — net ............... | 2,780 | 2,624 | 2,735 | 2,502 | 2,616 | 2,347 |
| Inventories — net....................... | 1,316 | 1,974 | 1,315 | 2,077 | 1,232 | 1,932 |
| Deferred income taxes — net ........... | 248 | 248 | 259 | 259 | 371 | 371 |
| Other current assets ..................... | 424 | 428 | 519 | 507 | 580 | 573 |
| Total current assets ...................... | 8,280 | 8,785 | 7,961 | 8,477 | 7,869 | 8,292 |
| Investments.............................. | 148 | 287 | 154 | 291 | 166 | 311 |
| Plant and equipment (net of restated accumulated depreciation as of March 31, 2005 of $2,361; June 30, 2005 — $2,297; September 30, 2005 — $2,265)............. | 1,594 | 1,586 | 1,581 | 1,576 | 1,575 | 1,572 |
| Goodwill................................ | 2,260 | 2,260 | 2,522 | 2,522 | 2,519 | 2,519 |
| Intangible assets — net .................... | 75 | 75 | 154 | 152 | 150 | 147 |
| Deferred income taxes — net ............... | 3,706 | 3,707 | 3,632 | 3,636 | 3,606 | 3,610 |
| Other assets ............................ | 694 | 758 | 578 | 750 | 579 | 952 |
| Total assets ......................... | $ 16,757 | $ 17,458 | $ 16,582 | $ 17,404 | $ 16,464 | $ 17,403 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| **Current liabilities** | | | | | | |
| Trade and other accounts payable........... | $ 983 | $ 974 | $ 1,144 | $ 1,135 | $ 984 | $ 971 |
| Payroll and benefit-related liabilities ........ | 462 | 460 | 593 | 599 | 536 | 536 |
| Contractual liabilities..................... | 506 | 518 | 436 | 434 | 396 | 425 |
| Restructuring liabilities................... | 152 | 144 | 143 | 140 | 131 | 131 |
| Other accrued liabilities................... | 1,020 | 1,012 | 910 | 908 | 896 | 885 |
| Deferred revenue and advanced billings...... | 1,849 | 2,581 | 1,731 | 2,532 | 1,604 | 2,450 |
| Long-term debt due within one year ........ | 1,290 | 1,289 | 1,449 | 1,442 | 1,455 | 1,452 |
| Total current liabilities ................... | 6,262 | 6,978 | 6,406 | 7,190 | 6,002 | 6,850 |
| Long-term debt........................... | 2,571 | 2,566 | 2,438 | 2,438 | 2,428 | 2,428 |
| Deferred income taxes — net ............... | 144 | 144 | 151 | 151 | 227 | 227 |
| Deferred revenue ........................ | 506 | 787 | 492 | 817 | 625 | 992 |
| Other liabilities.......................... | 2,960 | 2,883 | 2,837 | 2,838 | 2,748 | 2,975 |
| Total liabilities ......................... | 12,443 | 13,358 | 12,324 | 13,434 | 12,030 | 13,472 |
| Minority interests in subsidiary companies ..... | 629 | 626 | 636 | 632 | 641 | 637 |
| Guarantees, commitments and contingencies (refer to notes 13, 14 and 22 of this report) | | | | | | |
| **SHAREHOLDERS' EQUITY** | | | | | | |
| Common shares .......................... | 33,840 | 33,840 | 33,844 | 33,844 | 33,932 | 33,932 |
| Additional paid-in capital .................. | 3,301 | 3,301 | 3,316 | 3,316 | 3,252 | 3,253 |
| Accumulated deficit....................... | (32,632) | (33,054) | (32,587) | (33,087) | (32,692) | (33,223) |
| Accumulated other comprehensive loss ........ | (824) | (613) | (951) | (735) | (699) | (668) |
| Total shareholders' equity ................. | 3,685 | 3,474 | 3,622 | 3,338 | 3,793 | 3,294 |
| Total liabilities and shareholders' equity .... | $ 16,757 | $ 17,458 | $ 16,582 | $ 17,404 | $ 16,464 | $ 17,403 |

98

HIGHLY CONFIDENTIAL

NNC-NNL06705393 / 212

## Condensed Consolidated Statements of Cash Flows (Unaudited)

| | Three Months Ended March 31 | | Six Months Ended June 30 | | Nine Months Ended September 30 | |
|---|---|---|---|---|---|---|
| | As Previously Reported | As Restated | As Previously Reported | As Restated | As Previously Reported | As Restated |
| | | | (Millions of U.S. dollars) | | | |
| **Net cash from (used in):** | | | | | | |
| **Operating activities of continuing operations** . . . . . | $ (262) | $ (263) | $ (159) | $ (153) | $ (304) | $ (297) |
| **Investing activities of continuing operations** | | | | | | |
| Expenditures for plant and equipment . . . . . . . . . . . | (54) | (54) | (119) | (124) | (167) | (176) |
| Proceeds on disposals of plant and equipment . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 10 | 10 | 10 | 10 |
| Restricted cash and cash equivalents . . . . . . . . . . . | — | 1 | 9 | 9 | 9 | 9 |
| Acquisitions of investments and businesses — net | (2) | (2) | (448) | (448) | (449) | (449) |
| Proceeds on sale of investments and businesses . . . | 83 | 83 | 167 | 167 | 308 | 308 |
| Investing activities of continuing operations . . . . . . . . | 27 | 28 | (381) | (386) | (289) | (298) |
| **Financing activities of continuing operations** | | | | | | |
| Dividends paid by subsidiaries to minority interests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (14) | (14) | (24) | (24) | (33) | (33) |
| Increase in notes payable . . . . . . . . . . . . . . . . . . . . | 20 | 20 | 38 | 38 | 58 | 59 |
| Decrease in notes payable . . . . . . . . . . . . . . . . . . . | (26) | (26) | (46) | (46) | (64) | (64) |
| Proceeds from long-term debt . . . . . . . . . . . . . . . . | — | — | — | — | — | — |
| Repayments of long-term debt . . . . . . . . . . . . . . . . | — | — | — | — | — | — |
| Repayments of capital leases payable . . . . . . . . . . | (1) | (1) | (4) | (5) | (8) | (8) |
| Issuance of common shares . . . . . . . . . . . . . . . . . . | — | — | 1 | 1 | 4 | 4 |
| Financing activities of continuing operations . . . . . . . | (21) | (21) | (35) | (36) | (43) | (42) |
| Effect of foreign exchange rate changes on cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . . . . . . | (35) | (35) | (85) | (85) | (86) | (86) |
| Net cash from (used in) continuing operations . . . . . . | (291) | (291) | (660) | (660) | (722) | (723) |
| Net cash from (used in) operating activities of discontinued operations . . . . . . . . . . . . . . . . . . . . . . | 36 | 36 | 34 | 34 | 33 | 34 |
| **Net decrease in cash and cash equivalents** . . . . . . . | (255) | (255) | (626) | (626) | (689) | (689) |
| **Cash and cash equivalents at beginning of period** | 3,686 | 3,685 | 3,686 | 3,685 | 3,686 | 3,685 |
| **Cash and cash equivalents at end of period** . . . . . . | $3,431 | $3,430 | $3,060 | $3,059 | $2,997 | $2,996 |

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 213

## Condensed Consolidated Statements of Cash Flows (Unaudited)

| | 2004 | | | | | |
|---|---|---|---|---|---|---|
| | Three Months Ended March 31 | | Six Months Ended June 30 | | Nine Months Ended September 30 | |
| | As Previously Reported | As Restated | As Previously Reported | As Restated | As Previously Reported | As Restated |
| | | | (Millions of U.S. dollars) | | | |
| **Net cash from (used in):** | | | | | | |
| **Operating activities of continuing operations** . . . . . | $ (340) | $ (341) | $ (257) | $ (257) | $ (447) | $ (448) |
| **Investing activities of continuing operations** | | | | | | |
|   Expenditures for plant and equipment . . . . . . . . . . | (43) | (43) | (102) | (102) | (194) | (194) |
|   Proceeds on disposals of plant and equipment . . . . | 5 | 5 | 10 | 10 | 10 | 10 |
|   Restricted cash and cash equivalents . . . . . . . . . . . | — | 1 | 10 | 10 | (14) | (14) |
|   Acquisitions of investments and businesses — net | (3) | (3) | (6) | (6) | (7) | (7) |
|   Proceeds on sale of investments and businesses . . . | 55 | 55 | 132 | 132 | 143 | 143 |
| Investing activities of continuing operations . . . . . . . | 14 | 15 | 44 | 44 | (62) | (62) |
| **Financing activities of continuing operations** | | | | | | |
|   Dividends paid by subsidiaries to minority interests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (9) | (9) | (16) | (16) | (24) | (24) |
|   Increase in notes payable . . . . . . . . . . . . . . . . . . . . | 10 | 11 | 41 | 52 | 54 | 65 |
|   Decrease in notes payable . . . . . . . . . . . . . . . . . . . . | (13) | (14) | (26) | (37) | (56) | (67) |
|   Proceeds from long-term debt . . . . . . . . . . . . . . . . | — | — | — | — | — | — |
|   Repayments of long-term debt . . . . . . . . . . . . . . . . | (97) | (97) | (98) | (98) | (107) | (107) |
|   Repayments of capital leases payable . . . . . . . . . . . | (3) | (3) | (8) | (8) | (5) | (5) |
|   Issuance of common shares . . . . . . . . . . . . . . . . . . | 30 | 30 | 30 | 30 | 30 | 30 |
| Financing activities of continuing operations . . . . . . . | (82) | (82) | (77) | (77) | (108) | (108) |
| Effect of foreign exchange rate changes on cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | 13 | (9) | (9) | (6) | (6) |
| Net cash from (used in) continuing operations . . . . . . | (395) | (395) | (299) | (299) | (623) | (624) |
| Net cash from (used in) operating activities of discontinued operations . . . . . . . . . . . . . . . . . . . . . . | (3) | (3) | 11 | 11 | 16 | 16 |
| **Net decrease in cash and cash equivalents** . . . . . . . | (398) | (398) | (288) | (288) | (607) | (608) |
| **Cash and cash equivalents at beginning of period** | 3,997 | 4,002 | 3,997 | 4,002 | 3,997 | 4,002 |
| **Cash and cash equivalents at end of period** . . . . . . | $3,599 | $3,604 | $3,709 | $3,714 | $3,390 | $3,394 |

100

HIGHLY CONFIDENTIAL

NNC-NNL06705393 / 214

**Supplemental information (Millions of U.S. dollars) (unaudited)**

*(a)  Adjustments*

The following tables summarize the revenue adjustments and other adjustments to net earnings (loss) (refer to note 4 of the accompanying consolidated financial statements for a description of the nature of the adjustments).

| | 2005 | | | 2004 | | | |
|---|---|---|---|---|---|---|---|
| | Three Months Ended March 31 | Three Months Ended June 30 | Three Months Ended September 30 | Three Months Ended March 31 | Three Months Ended June 30 | Three Months Ended September 30 | Three Months Ended December 31 |
| **Revenues — as previously reported** ... | $2,536 | $2,855 | $2,655 | $2,444 | $2,590 | $2,179 | $2,615 |
| **Adjustments:** | | | | | | | |
| Application of SOP 81-1 ............ | 82 | (23) | (13) | (22) | (29) | (17) | (16) |
| Interaction between multiple revenue recognition accounting standards ..... | (183) | (155) | (70) | (19) | (31) | (49) | (75) |
| Application of SAB 104 and SOP 97-2 | (53) | (45) | (62) | (37) | (54) | 42 | 11 |
| Other revenue recognition adjustments .. | 7 | (13) | 8 | — | 2 | 4 | (22) |
| **Revenues — as restated** ............ | $2,389 | $2,619 | $2,518 | $2,366 | $2,478 | $2,159 | $2,513 |
| **Net earnings (loss) — as previously reported** ....................... | $ (49) | $ 45 | $ (105) | $ 59 | $ 16 | $ (259) | $ 133 |
| **Adjustments:** | | | | | | | |
| Application of SOP 81-1 ............ | 9 | (12) | (6) | (3) | (14) | (3) | (8) |
| Interaction between multiple revenue recognition accounting standards ..... | (26) | (12) | (7) | (6) | (7) | (10) | (24) |
| Application of SAB 104 and SOP 97-2 | (26) | (25) | (22) | (23) | (26) | 2 | (5) |
| Other revenue recognition adjustments .. | (3) | (50) | 6 | (9) | 3 | 2 | — |
| (Gain)/loss on sale of businesses ....... | (21) | 25 | — | (1) | — | — | (6) |
| Health and Welfare Trust ............. | — | — | — | — | — | — | (1) |
| Foreign exchange(i) .................. | 2 | 11 | (5) | — | 6 | (34) | (10) |
| Other ............................ | 10 | (15) | 3 | (2) | (1) | 1 | 23 |
| **Net earnings (loss) — as restated** ..... | $ (104) | $ (33) | $ (136) | $ 15 | $ (23) | $ (301) | $ 102 |

| | 2005 | | 2004 | |
|---|---|---|---|---|
| | Six Months Ended June 30 | Nine Months Ended September 30 | Six Months Ended June 30 | Nine Months Ended September 30 |
| **Revenues — as previously reported** ........................... | $5,391 | $8,046 | $5,034 | $7,213 |
| **Adjustments:** | | | | |
| Application of SOP 81-1 ............................... | 59 | 46 | (51) | (68) |
| Interaction between multiple revenue recognition accounting standards | (338) | (408) | (50) | (99) |
| Application of SAB 104 and SOP 97-2 ......................... | (98) | (160) | (91) | (49) |
| Other revenue recognition adjustments........................ | (6) | 2 | 2 | 6 |
| **Revenues — as restated** ............................... | $5,008 | $7,526 | $4,844 | $7,003 |
| **Net earnings (loss) — as previously reported** ................... | $ (4) | $ (109) | $ 75 | $ (184) |
| **Adjustments:** | | | | |
| Application of SOP 81-1................................ | (3) | (9) | (17) | (20) |
| Interaction between multiple revenue recognition accounting standards | (38) | (45) | (13) | (23) |
| Application of SAB 104 and SOP 97-2......................... | (51) | (73) | (49) | (47) |
| Other revenue recognition adjustments....................... | (53) | (47) | (6) | (4) |
| (Gain)/loss on sale of businesses ......................... | 4 | 4 | (1) | (1) |
| Foreign exchange(i)................................. | 13 | 8 | 6 | (28) |
| Other.......................................... | (5) | (2) | (3) | (2) |
| **Net earnings (loss) — as restated** ......................... | $ (137) | $ (273) | $ (8) | $ (309) |

(i) Includes the foreign exchange gains and losses resulting from the Third Restatement adjustments, and the correction of certain foreign exchange errors as described in note 4 of the accompanying consolidated financial statements.

101

*Revenue Recognition Adjustments:*

As described in note 4, the impact of the Third Restatement adjustments that related to revenue recognition errors resulted in corrections to revenue previously recognized that should have been deferred to subsequent periods. The timing of the recognition of revenue is dependent on the satisfaction of various revenue recognition criteria as described in note 4 and therefore will result in quarterly fluctuations which may not reflect the annual trends.

In 2004, Nortel identified and corrected certain errors that related to revenue recognition. The cumulative adjustments were previously recorded in 2004, rather than restating prior periods, because they were not material either to 2004, or the prior period results as originally reported. As part of the Third Restatement, these adjustments have now been recorded in the appropriate periods as follows:

- A cumulative correction previously recorded in the third quarter of 2004 has now been recorded primarily in 2003, and prior periods resulting in an increase to revenue of $80 in the third quarter of 2004. The adjustment was to correct for previously recognized revenue relating to past sales of Optical Networks equipment which we determined should have been deferred and recognized with the delivery of future contractual PCS and other services over the term of the PCS.
- A cumulative correction in the fourth quarter of 2004 has now been recorded in the appropriate prior periods resulting in an increase to revenue of $40 in the fourth quarter of 2004. The adjustment was to correct for previously recognized revenue related to an EMEA contract which should have been deferred until the delivery of certain undelivered elements such as services.

*Other Adjustments:*

Nortel had previously recorded a foreign exchange gain in the third quarter of 2004 to correct a cumulative error from prior periods related to the functional currency designation of an entity in Brazil. As part of the Third Restatement, the impact of this adjustment has now been recorded in the appropriate prior periods, resulting in a decrease to other income in the third quarter of 2004 of $33.

Nortel had previously recorded a charge of $27 to (gain) loss on sale of businesses and assets in the second quarter of 2005 to correct a cumulative error related to capitalized legal and professional fees, real estate impairment costs and special termination benefits relating to its transaction with Flextronics. Nortel determined that these costs should have been expensed as incurred starting in 2004, and through the first quarter of 2005. As part of the Third Restatement, these adjustments have been recorded in the appropriate prior periods resulting in a decrease to the loss on sale of businesses and assets in the second quarter of 2005 of $27 and a corresponding increase of $20 and $7 in the first quarter of 2005 and fourth quarter of 2006, respectively.

In addition, during the first three quarters of 2005, Nortel recorded gains related to inventory transferred to Flextronics as a reduction of cost of revenues. These gains should have been included in the calculation of the (gain) loss on sale of businesses and assets and deferred accordingly. The correction of this error resulted in an increase in cost of revenues of $8, $21, and $10 for the first, second and third quarters of 2005, respectively.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 216

**(b)  Segments**

The following tables sets forth information by segment:

| | 2005 | | | | | |
|---|---|---|---|---|---|---|
| | **Three Months Ended March 31** | | **Three Months Ended June 30** | | **Three Months Ended September 30** | |
| | As Previously Reported | As Restated | As Previously Reported | As Restated | As Previously Reported | As Restated |
| **Revenues** | | | | | | |
| Carrier Packet Networks | $ 664 | $ 598 | $ 743 | $ 724 | $ 754 | $ 715 |
| CDMA Networks | 535 | 535 | 662 | 625 | 539 | 544 |
| GSM and UMTS Networks | 788 | 713 | 719 | 566 | 674 | 580 |
| Enterprise Networks | 547 | 542 | 730 | 703 | 685 | 677 |
| Total reportable segments | 2,534 | 2,388 | 2,854 | 2,618 | 2,652 | 2,516 |
| Other | 2 | 1 | 1 | 1 | 3 | 2 |
| Total revenues | $2,536 | $2,389 | $2,855 | $2,619 | $2,655 | $2,518 |
| **Management EBT** | | | | | | |
| Carrier Packet Networks | $ (31) | $ (59) | $ 26 | $ 7 | $ 48 | $ 30 |
| CDMA Networks | 168 | 155 | 203 | 172 | 137 | 139 |
| GSM and UMTS Networks | 53 | 51 | 27 | (6) | (67) | (70) |
| Enterprise Networks | 23 | 21 | 103 | 82 | 38 | 39 |
| Total reportable segments | 213 | 168 | 359 | 255 | 156 | 138 |
| Other | (224) | (220) | (192) | (191) | (175) | (188) |
| Total Management EBT | (11) | (52) | 167 | 64 | (19) | (50) |
| Amortization of intangibles | (2) | (2) | (2) | (2) | (6) | (7) |
| Special charges | (21) | (14) | (90) | (92) | (37) | (39) |
| Gain (loss) on sale of businesses and assets | (1) | (22) | (36) | (11) | (4) | (3) |
| Income tax benefit (expense) | (16) | (16) | 7 | 9 | (40) | (39) |
| Net earnings (loss) from continuing operations | $ (51) | $ (106) | $ 46 | $ (32) | $ (106) | $ (138) |

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 217

| | 2004 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Three Months Ended March 31 | | Three Months Ended June 30 | | Three Months Ended September 30 | | Three Months Ended December 31 | |
| | As Previously Reported | As Restated | As Previously Reported | As Restated | As Previously Reported | As Restated | Previously[i] | As Restated |
| **Revenues** | | | | | | | | |
| Carrier Packet Networks......... | $  683 | $  650 | $  724 | $  698 | $  533 | $  584 | $  685 | $  657 |
| CDMA Networks .............. | 569 | 568 | 567 | 566 | 511 | 493 | 616 | 589 |
| GSM and UMTS Networks ...... | 656 | 614 | 711 | 641 | 543 | 510 | 665 | 646 |
| Enterprise Networks ........... | 534 | 532 | 578 | 564 | 591 | 571 | 651 | 622 |
| Total reportable segments........ | 2,442 | 2,364 | 2,580 | 2,469 | 2,178 | 2,158 | 2,617 | 2,514 |
| Other ........................ | 2 | 2 | 10 | 9 | 1 | 1 | (2) | (1) |
| Total revenues ................. | $2,444 | $2,366 | $2,590 | $2,478 | $2,179 | $2,159 | $2,615 | $2,513 |
| **Management EBT** | | | | | | | | |
| Carrier Packet Networks......... | $  (59) | $  (85) | $  (46) | $  (61) | $ (131) | $ (125) | $   (1) | $  (27) |
| CDMA Networks .............. | 224 | 212 | 173 | 168 | 140 | 133 | 166 | 175 |
| GSM and UMTS Networks ...... | 1 | (15) | (9) | (33) | (179) | (182) | 39 | 33 |
| Enterprise Networks ........... | 17 | 17 | 22 | 15 | 39 | 30 | 92 | 74 |
| Total reportable segments........ | 183 | 129 | 140 | 89 | (131) | (144) | 296 | 255 |
| Other ........................ | (124) | (115) | (197) | (186) | (107) | (135) | (97) | (80) |
| Total Management EBT ......... | 59 | 14 | (57) | (97) | (238) | (279) | 199 | 175 |
| Amortization of intangibles ...... | (3) | (2) | (2) | (2) | (2) | (2) | (3) | (3) |
| Special charges ............... | (7) | (7) | 1 | 1 | (93) | (94) | (81) | (81) |
| Gain (loss) on sales of businesses and asset ................... | — | (1) | 75 | 75 | 39 | 39 | (16) | (22) |
| Income tax benefit (expense) ..... | 9 | 10 | (7) | (6) | 30 | 30 | (3) | (4) |
| Net earnings (loss) from continuing operations ......... | $   58 | $   14 | $   10 | $  (29) | $ (264) | $ (306) | $   96 | $   65 |

(i) During the first quarter of 2005, Nortel changed its reportable segments. The first three quarters of 2005 and the related 2004 comparatives had been previously reported under the new reportable segments. Nortel did not previously report financial data for the fourth quarter of 2004 reflecting its new reportable segments. The amounts for the three months ended December 31, 2004 have been reclassified to conform to the new reportable segments.

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 218

*(c)   Other income — net*

| | 2005 | | | | | |
|---|---|---|---|---|---|---|
| | **Three Months Ended March 31** | | **Three Months Ended June 30** | | **Three Months Ended September 30** | |
| | **As Previously Reported** | **As Restated** | **As Previously Reported** | **As Restated** | **As Previously Reported** | **As Restated** |
| Interest income | $14 | $14 | $15 | $15 | $16 | $16 |
| Gain (loss) on sale or write down of investments | (5) | (5) | 21 | 21 | — | — |
| Currency exchange gains (losses) | 26 | 28 | 8 | 19 | 21 | 16 |
| Other — net | 11 | 17 | 14 | 19 | 29 | 21 |
| Other income — net | $46 | $54 | $58 | $74 | $66 | $53 |

| | 2004 | | | | | |
|---|---|---|---|---|---|---|
| | **Three Months Ended March 31** | | **Three Months Ended June 30** | | **Three Months Ended September 30** | |
| | **As Previously Reported** | **As Restated** | **As Previously Reported** | **As Restated** | **As Previously Reported** | **As Restated** |
| Interest income | $15 | $15 | $ 16 | $ 16 | $ 16 | $ 16 |
| Gain (loss) on sale or write down of investments | 33 | 33 | (1) | (1) | 1 | 1 |
| Currency exchange gains (losses) | 1 | — | (1) | 5 | 53 | 19 |
| Other — net | 37 | 37 | (32) | (27) | (26) | (26) |
| Other income — net | $86 | $85 | $(18) | $ (7) | $ 44 | $ 10 |

*(d)   Accounts receivable — net:*

| | March 31, 2005 | | June 30, 2005 | | September 30, 2005 | |
|---|---|---|---|---|---|---|
| | **As Previously Reported** | **As Restated** | **As Previously Reported** | **As Restated** | **As Previously Reported** | **As Restated** |
| Trade receivables | $1,982 | $1,979 | $1,913 | $1,906 | $1,954 | $1,950 |
| Notes receivable | 198 | 193 | 140 | 140 | 66 | 66 |
| Contracts in process | 707 | 559 | 785 | 559 | 692 | 427 |
| | 2,887 | 2,731 | 2,838 | 2,605 | 2,712 | 2,443 |
| Less: provision for doubtful accounts | (107) | (107) | (103) | (103) | (96) | (96) |
| Accounts receivable — net | $2,780 | $2,624 | $2,735 | $2,502 | $2,616 | $2,347 |

*(e)   Inventories — net:*

| | March 31, 2005 | | June 30, 2005 | | September 30, 2005 | |
|---|---|---|---|---|---|---|
| | **As Previously Reported** | **As Restated** | **As Previously Reported** | **As Restated** | **As Previously Reported** | **As Restated** |
| Raw materials | $ 915 | $ 914 | $ 843 | $ 840 | $ 838 | $ 832 |
| Work in progress | 64 | 64 | 69 | 68 | 45 | 48 |
| Finished goods | 1,003 | 1,135 | 1,042 | 1,133 | 988 | 797 |
| Deferred costs | 799 | 1,488 | 779 | 1,625 | 796 | 2,059 |
| | 2,781 | 3,601 | 2,733 | 3,666 | 2,667 | 3,736 |
| Less: provision for inventory | (1,087) | (1,088) | (1,041) | (1,042) | (1,046) | (1,049) |
| Inventories — net | 1,694 | 2,513 | 1,692 | 2,624 | 1,621 | 2,687 |
| Less: long term deferred costs | (378) | (539) | (377) | (547) | (389) | (755) |
| Current inventories — net | $ 1,316 | $ 1,974 | $ 1,315 | $ 2,077 | $ 1,232 | $ 1,932 |

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 219

### (f)  Acquisitions

On June 3, 2005, NNI, an indirect subsidiary of Nortel, indirectly acquired PEC for approximately $449. The consolidated financial statements of Nortel include PEC's operating results from the date of acquisition. The following unaudited pro-forma information presents a summary of the consolidated results of operations of Nortel and PEC as if the acquisition had occurred on January 1, 2004, with pro-forma adjustments to give effect to amortization of intangible assets and certain other adjustments:

|  | Six Months Ended June 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| Revenues | $5,117 | $4,933 | $7,635 | $7,147 |
| Net loss | $ (144) | $ (12) | $ (282) | $ (301) |
| Basic earnings (loss) per common share | $ (0.03) | $ (0.00) | $ (0.07) | $ (0.07) |
| Diluted earnings (loss) per common share | $ (0.03) | $ (0.00) | $ (0.07) | $ (0.07) |

### (g)  Reconciliation from U.S. GAAP to Canadian GAAP

The following is a reconciliation of the net earnings (loss) between U.S. GAAP and Canadian GAAP and earnings per share data under Canadian GAAP for the three months ended:

|  | 2005 (As restated) Three Months Ended | | | 2004 (As restated) Three Months Ended | | |
|---|---|---|---|---|---|---|
|  | March 31 | June 30 | September 30 | March 31 | June 30 | September 30 |
| **Net earnings (loss)** |  |  |  |  |  |  |
| U.S. GAAP | $ (104) | $ (33) | $ (136) | $ 15 | $ (23) | $ (301) |
| Derivative accounting | (4) | (7) | (4) | 22 | — | — |
| Financial instruments | (17) | (17) | (17) | (16) | (16) | (17) |
| Stock option expense | 1 | 1 | (11) | (8) | — | — |
| Other | — | (1) | 5 | 5 | 1 | 10 |
| **Canadian GAAP** | $ (124) | $ (57) | $ (163) | $ 18 | $ (38) | $ (308) |
| **Canadian GAAP:** |  |  |  |  |  |  |
| Basic and diluted earnings (loss) per common share |  |  |  |  |  |  |
| — from continuing operations | $(0.03) | $(0.01) | $(0.04) | $0.00 | $(0.01) | $(0.07) |
| — from discontinued operations | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $(0.03) | $(0.01) | $(0.04) | $0.00 | $(0.01) | $(0.07) |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 220

## REPORT OF INDEPENDENT REGISTERED CHARTERED ACCOUNTANTS

To the Shareholders and Board of Directors of Nortel Networks Corporation

We have audited the consolidated financial statements of Nortel Networks Corporation and its subsidiaries ("Nortel") as of December 31, 2005 and 2004 and for each of the three years in the period ended December 31, 2005, management's assessment of the effectiveness of Nortel's internal control over financial reporting as of December 31, 2005, and the effectiveness of Nortel's internal control over financial reporting as of December 31, 2005, and have issued our reports thereon dated April 28, 2006 (which report on the consolidated financial statements expressed an unqualified opinion, includes an explanatory paragraph relating to the restatement of the consolidated financial statements as of December 31, 2004 and for the years ended December 31, 2004 and 2003, and includes a separate report titled Comments by Independent Registered Chartered Accountants on Canadian-U.S. Reporting Differences referring to changes in accounting principles that have a material effect on the comparability of the financial statements; and which report on the effectiveness of Nortel's internal control over financial reporting expressed an unqualified opinion on management's assessment of the effectiveness of Nortel's internal control over financial reporting and an adverse opinion on the effectiveness of Nortel's internal control over financial reporting because of material weaknesses); such consolidated financial statements and reports are included elsewhere in this Form 10-K. Our audits also included the consolidated financial statement schedule of Nortel listed in Item 15. This consolidated financial statement schedule is the responsibility of Nortel's management. Our responsibility is to express an opinion based on our audits. In our opinion, such consolidated financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.

/s/ Deloitte & Touche LLP

Independent Registered Chartered Accountants

Toronto, Canada
April 28, 2006

107

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 221

Schedule II
Consolidated

## NORTEL NETWORKS CORPORATION

### Valuation and Qualifying Accounts and Reserves
### Provision For Uncollectibles[a]

| | Balance at Beginning of Year | Charged to Costs and Expenses | Deductions[b] | Balance at End of Year[c] |
|---|---|---|---|---|
| | | U.S. GAAP (millions of U.S. dollars) | | |
| Year 2005 | $ 175 | $ (9) | $ (4) | $170 |
| Year 2004 | $ 483 | $(178) | $130 | $175 |
| Year 2003 | $1,282 | $(188) | $611 | $483 |

(a) Excludes Discontinued Operations.

(b) Includes acquisitions and disposals of subsidiaries and divisions and amounts written off, and foreign exchange translation adjustments.

(c) Includes provisions for uncollectibles on long-term accounts receivable of $33, $65 and $297 as of December 31, 2005, 2004 and 2003, respectively.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 222