EXHIBIT 99.2

ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS — TABLE OF CONTENTS

| | |
|---|---|
| **Business Overview** | 1 |
| Our Business | 1 |
| Our Segments | 2 |
| How We Measure Performance | 2 |
| Our Business Environment | 3 |
| Our Strategy | 3 |
| **Developments in 2005 and 2006** | 4 |
| 2005 Consolidated Results Summary | 4 |
| Significant Business Developments | 5 |
| *Management* | 5 |
| *Proposed Class Action Settlement* | 5 |
| *Credit and Support Facilities* | 6 |
| *Acquisitions* | 7 |
| *Joint Ventures* | 7 |
| *Evolution of Our Supply Chain Strategy* | 8 |
| *Optical Components Operations* | 8 |
| *Bharat Sanchar Nigam Limited Contract* | 8 |
| **Restatements; Nortel Audit Committee Independent Review; Material Weaknesses; Related Matters** | 9 |
| First and Second Restatements and Independent Review | 9 |
| Material Weaknesses in Internal Control over Financial Reporting | 9 |
| Third Restatement | 10 |
| Revenue Independent Review | 19 |
| Regulatory Actions and Pending Litigation | 20 |
| **Results of Operations — Continuing Operations** | 21 |
| Consolidated Information | 21 |
| *Revenues* | 21 |
| *Geographic Revenues* | 23 |
| Gross Profit and Gross Margin | 24 |
| Operating Expenses | 25 |
| *Selling, General and Administrative Expense* | 25 |
| *Research and Development Expense* | 25 |
| *Special Charges* | 26 |
| (Gain) Loss on Sale of Businesses and Assets | 28 |
| Shareholder Litigation Settlement Expense | 28 |
| Other Income — Net | 28 |
| Interest Expense | 29 |
| Income Tax Benefit (Expense) | 30 |
| Segment Information | 30 |
| *Mobility and Converged Core Networks* | 32 |
| *Enterprise Solutions and Packet Networks* | 34 |
| *Other* | 36 |
| **Results of Operations — Discontinued Operations** | 37 |
| **Liquidity and Capital Resources** | 38 |
| Cash Flow | 38 |
| *Operating activities* | 38 |
| *Investing activities* | 41 |
| *Financing activities* | 41 |
| Future Uses and Sources of Liquidity | 41 |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 223

| | |
|---|---|
| Future Uses of Liquidity | 41 |
|    *Contractual cash obligations* | 42 |
|    *Purchase obligations* | 42 |
|    *Outsourcing contracts* | 43 |
|    *Obligations under special charges* | 43 |
|    *Pension and post-retirement obligations* | 43 |
|    *Other long-term liabilities reflected on the balance sheets* | 43 |
|    *Customer financing* | 43 |
|    *Acquisitions* | 44 |
| Future Sources of Liquidity | 44 |
|    *Credit facilities* | 45 |
|    *Available support facility* | 46 |
|    *Shelf registration statement and base shelf prospectus* | 47 |
| Credit Ratings | 47 |
| **Off-Balance Sheet Arrangements** | 48 |
| Bid, Performance Related and Other Bonds | 48 |
| Receivables Securitization and Certain Variable Interest Transactions | 48 |
| Other Indemnifications or Guarantees | 50 |
| **Application of Critical Accounting Policies and Estimates** | 50 |
| Revenue Recognition | 50 |
| Provisions for Doubtful Accounts | 52 |
| Provisions for Inventory | 53 |
| Provisions for Product Warranties | 53 |
| Income Taxes | 54 |
|    *Tax asset valuation* | 54 |
|    *Tax contingencies* | 55 |
| Goodwill Valuation | 56 |
| Pension and Post-retirement Benefits | 57 |
| Special Charges | 58 |
| Other Contingencies | 58 |
| **Accounting Changes and Recent Accounting Pronouncements** | 59 |
| Accounting Changes | 59 |
| Recent Accounting Pronouncements | 59 |
| **Canadian Supplement** | 61 |
| Accounting Changes | 61 |
| Outstanding Share Data | 63 |
| **Market Risk** | 63 |
| **Equity Price Risk** | 64 |
| **Environmental Matters** | 64 |
| **Legal Proceedings** | 64 |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 224

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF
## FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*This Management's Discussion and Analysis of Financial Condition and Results of Operation, or MD&A, gives effect to the change in our reportable segments effective January 1, 2006. The discussion presented herein has been revised only to reflect the change in our reportable segments and replaces in its entirety the corresponding portions of the MD&A included in our Annual Report on Form 10-K/A for the year ended December 31, 2005, or the 2005 Annual Report. You should read this MD&A in combination with the audited consolidated financial statements prepared in accordance with accounting principles generally accepted in the United States, or U.S. GAAP, which have been restated only to reflect the change in our reportable segments and are included in our Current Report on Form 8-K dated June 16, 2006, or the Restated Financial Statements. The discussion included herein does not reflect any further change in our reportable segments either as a result of our establishment of an operating segment that focuses on providing professional services, which we expect to become a reportable segment in the second half of 2006, or our announcement on May 16, 2006 of a new business initiative to drive market share in the video bandwidth market, as to which we are currently assessing the impact on our reportable segments. For more information, see the MD&A section of our Quarterly Report on Form 10-Q for the quarter ended March 31, 2006, or the 2006 First Quarter Report.*

*Certain statements in this MD&A contain words such as "could", "expects", "may", "anticipates", "believes", "intends", "estimates", "plans", "envisions", "seeks" and other similar language and are considered forward-looking statements or information under applicable securities laws. These statements are based on our current expectations, estimates, forecasts and projections about the operating environment, economies and markets in which we operate. These statements are subject to important assumptions, risks and uncertainties, which are difficult to predict and the actual outcome may be materially different. Although we believe expectations reflected in such forward-looking statements are reasonable based upon the assumptions in this MD&A, they may prove to be inaccurate and consequently our actual results could differ materially from our expectations set out in this MD&A. In particular, the risk factors described in the "Risk Factors" sections of the 2005 Annual Report and our 2006 First Quarter Report could cause actual results or events to differ materially from those contemplated in forward-looking statements. Unless required by applicable securities laws, we disclaim any intention or obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

*Where we say "we", "us", "our", "NNC", or "Nortel", we mean Nortel Networks Corporation or Nortel Networks Corporation and its subsidiaries, as applicable, and where we refer to the "industry", we mean the telecommunications industry. All dollar amounts in this MD&A are in millions of United States, or U.S., dollars unless otherwise stated.*

*The common shares of Nortel Networks Corporation are publicly traded on the New York Stock Exchange, or NYSE, and Toronto Stock Exchange, or TSX, under the symbol "NT". Nortel Networks Limited, or NNL, is our principal direct operating subsidiary and its results are consolidated into our results. Nortel holds all of NNL's outstanding common shares but none of its outstanding preferred shares. NNL's preferred shares are reported in minority interests in subsidiary companies in the audited consolidated balance sheets and dividends and the related taxes are reported in minority interests — net of tax in the audited consolidated statements of operations.*

### Business Overview

**Our Business**

Nortel is a global supplier of communication equipment serving both service provider and enterprise customers. We deliver products and solutions that help simplify networks, improve productivity as well as drive value creation and efficiency for consumers. Our next-generation technologies span access and core networks, support multimedia and business-critical applications, and help eliminate today's barriers to efficiency, speed and performance by simplifying networks and connecting people with information. Our networking solutions consist of hardware, software and services. Our business activities include the design, development, assembly, marketing, sale, licensing, installation, servicing and support of these networking solutions. As a substantial portion of our business has a technology focus, we are dedicated to making strategic investments in research and development, or R&D. We believe one of our core strengths is strong customer loyalty from providing value to our customers through high reliability networks, a commitment to ongoing support, and evolving solutions to address product technology trends.

1

**Our Segments**

During 2005, our operations were organized into four reportable segments: Carrier Packet Networks, Code Division Multiple Access, or CDMA, Networks, Global System for Mobile communications, or GSM, and Universal Mobile Telecommunications Systems, or UMTS, Networks and Enterprise Networks. On September 30, 2005, we announced a new organizational structure, effective January 1, 2006, that we expect will strengthen our enterprise focus, drive product efficiencies, and enhance our delivery of global services. The new alignment includes two product groups: (i) Enterprise Solutions and Packet Networks, which combines optical networking solutions (included in our Carrier Packet Networks segment in 2005), data networking and security solutions and portions of circuit and packet voice solutions (included in both our Carrier Packet Networks segment and Enterprise Networks segment in 2005) into a unified product group; and (ii) Mobility and Converged Core Networks, which combines our CDMA solutions and GSM and UMTS solutions (each a separate segment in 2005) and other circuit and packet voice solutions (included in our Carrier Packet Networks segment in 2005).

These organizational changes resulted in a change to our reportable segments. Commencing in the first quarter of 2006, Mobility and Converged Core Networks and Enterprise Solutions and Packets Networks form our reportable segments and are described below:

- Mobility and Converged Core Networks provides mobility networking solutions using (i) CDMA solutions and GSM and UMTS solutions and (ii) carrier circuit and packet voice solutions. Mobility networking refers to communications networks that enable end-users to be mobile while they send and receive voice and data communications using wireless devices, such as cellular telephones, personal digital assistants and other computing and communications devices. These networks use specialized network access equipment and specialized core networking equipment that enable an end-user to be connected and identified when not in a fixed location. In addition, our carrier circuit and packet voice solutions provide a complete range of voice solutions to our service provider customers, including local, toll, long-distance and international gateway capabilities using either circuit or packet-based switching technologies. These service provider customers include local and long distance telephone companies, wireless service providers, cable operators and other communication service providers.

- Enterprise Solutions and Packet Networks provide (i) enterprise circuit and packet voice solutions, (ii) data networking and security solutions and (iii) optical networking solutions. Our solutions for enterprises are used to build new networks and transform existing communications network into a more cost effective, packet-based network supporting data, voice and multimedia communications. Our optical networking and carrier data networking and security solutions provide voice, data and multimedia communication solutions to our service provider customers that operate wireline networks.

"Other" represents miscellaneous business activities and corporate functions and includes the results from Nortel Government Solutions Incorporated, or NGS (formerly PEC Solutions Inc.). None of these activities meet the quantitative criteria to be disclosed separately as reportable segments. Costs associated with shared services and other corporate costs are allocated to the segments based on usage determined generally by headcount. Costs not allocated to the segments are primarily related to our corporate compliance, interest attributable to our long-term debt and other non-operational activities and are included in "Other".

The segment data related to our 2005, 2004, and 2003 full year results of operations have been restated to conform to our new reportable segments that we began reporting in the first quarter of 2006. We are providing this data to facilitate analysis by the users of our consolidated financial statements. The related segment portions of our MD&A from the 2005 Annual Report have also been revised and are presented below. This revised MD&A information replaces in its entirety the corresponding portions of the MD&A in the 2005 Annual Report. The change in our reportable segments had no impact to our consolidated statement of operations, consolidated balance sheet or consolidated statement of cash flows.

**How We Measure Performance**

Our president and chief executive officer, or CEO, has been identified as our chief operating decision maker, or CODM, in assessing the performance and allocating resources to our operating segments. The primary financial measure used by the CODM is management earnings (loss) before income taxes, or Management EBT. This measure includes the cost of revenues, selling, general and administrative, or SG&A, expense, R&D expense, interest expense, other income (expense) — net, minority interests — net of tax and equity in net earnings (loss) of associated companies — net of tax. Interest attributable to long-term debt is not allocated to a reportable segment and is included in "Other". The CODM

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 226

does not review asset information on a segmented basis in order to assess performance and allocate resources. See "Segment information — General description" in note 6 of the accompanying audited consolidated financial statements.

In addition, from time to time, we monitor performance in the following areas: status with our key customers on a global basis; the achievement of expected milestones of our key R&D projects; and the achievement of our key strategic initiatives. In an effort to ensure we are creating value for our customers and maintaining strong relationships with those customers, we monitor our project implementation, customer service levels and the status of key customer contracts. We also conduct regular customer satisfaction and loyalty surveys to monitor customer relationships. With respect to our R&D projects, we measure content, quality and timeliness versus project plans.

**Our Business Environment**

With the growth of data, voice and multimedia communications over the public telephone network, the public Internet and private voice and data communications networks, disparate networks are migrating to converged high performance packet networks that can support most types of communications traffic and applications. Converged voice and data networks incorporating packet-based technologies provide an opportunity for service providers to offer new revenue generating services while reducing annual operating costs and an opportunity for enterprises to become more cost effective and productive. We believe our key advantage lies in our ability to transition and upgrade our enterprise and service provider customers' voice and data networks to a multimedia-enabled Internet Protocol, or IP, networks with carrier grade reliability.

The demand for voice over IP, or VoIP, and broadband access to IP based networks and third generation, or 3G, wireless networks were a source of industry growth in 2005, and we expect spending in these areas will continue to expand the market for services and solutions provided by communications equipment vendors. We anticipate this demand to lead to further investment in network infrastructure, including optical technologies, and application convergence. Regulatory developments, including the anticipated grant of new national licenses for 3G wireless services in China, are also expected to have a positive impact on industry demand for next generation wireless services.

At the same time, the market for traditional voice and second generation wireless technologies is expected to continue to decline. These significant technology shifts have resulted in service providers and enterprises limiting their investment in mature technologies as they focus on maximizing return on invested capital, requiring communications equipment vendors to leverage their installed base in legacy markets. Furthermore, pricing pressures continue to increase as a result of global competition, particularly from suppliers situated in emerging markets with low cost structures like China. Consolidation among customers, leading to fewer and larger customers, many of whom are focusing on improving the efficiency of their combined networks rather than network expansion, is also increasing pricing pressure. In addition, significant consolidation among communications equipment vendors is commencing and is expected to continue.

While we have seen encouraging indicators in certain parts of the market, we can provide no assurance the growth areas that have begun to emerge will continue in the future. See the "Risk Factors" section of this report for factors that may negatively impact our results.

**Our Strategy**

We continue to drive our business forward with a renewed focus on execution and operational excellence through (i) the transformation of our businesses and processes; (ii) integrity renewal and (iii) growth imperatives.

Our plan for business transformation is expected to address our biggest operational challenges and is focused on simplifying our organizational structure, reflecting the alignment of carrier and enterprise networks, and maintains a strong focus on revenue generation as well as quality improvements and cost reduction through a program known as Six Sigma. This program contemplates the transformation of our business in six key areas: services, procurement effectiveness, revenue stimulation (including sales and pricing), R&D effectiveness, general and administrative effectiveness, and organizational and workforce effectiveness. Employees throughout our organization are engaged in supporting various objectives in each of these areas.

We remain focused on integrity renewal through a commitment to effective corporate governance practices, remediation of our material weaknesses in our internal controls and ethical conduct. We have enhanced our compliance function to increase compliance with applicable laws, regulations and company policies and to increase employee awareness of our code of ethical business conduct.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 227

Our growth imperatives are motivated by a desire to increase profitable growth and focus on areas where we can attain a leadership position and a minimum market share of twenty percent in key technologies. Some areas in which we plan to increase our investment include products compliant with the Worldwide Interoperability for Microwave Access, or WiMAX, standard, the IP Multimedia Subsystem, or IMS, architecture, and IPTV. As part of this strategy, we have decided to redirect funding from our services edge router business and to sell certain assets of our blade server switch business unit.

We have developed our strategy with a view to maximizing the effectiveness of our strategic alliances and capturing the benefits of growing technology convergence in the marketplace. We believe our strategy will position us to respond to evolving technology and industry trends and enable us to provide end-to-end solutions that are developed internally and through our strategic alliances. We expect to continue to play an active role in influencing emerging broadband and wireless standards. Furthermore, we believe cooperation of multiple vendors is critical to the success of our communications solutions for both service providers and enterprises.

Recent key strategic and business initiatives include our finance transformation project, which will implement, among other things, a new information technology platform (SAP) to provide an integrated global financial system; growing our business with U.S. government clients through PEC Solutions, Inc. (now Nortel Government Solutions, Incorporated), or PEC, which we acquired in June 2005; establishing a greater presence in Asia Pacific through our recently established joint venture with LG Electronics, Inc., or LG; our proposed joint venture with Huawei Technologies Co., Ltd, or Huawei, to develop ultra broadband access solutions; strengthening our end-to-end convergence solutions and focus on the enterprise market, including the acquisition of Tasman Networks Inc., or Tasman Networks; and evolving our supply chain strategy.

### Developments in 2005 and 2006

**2005 Consolidated Results Summary**

Summary of selected financial data:

|  | 2005 | % of Revenues | 2004 | % of Revenues | 2003 | % of Revenues |
|---|---|---|---|---|---|---|
|  |  |  | (Millions of U.S. dollars) |  |  |  |
| Revenues | $10,523 |  | $9,516 |  | $9,932 |  |
| Gross profit | 4,306 | 40.9 | 3,942 | 41.4 | 4,209 | 42.4 |
| Operating expenses |  |  |  |  |  |  |
| Selling, general and administrative expense | 2,413 | 22.9 | 2,133 | 22.4 | 1,966 | 19.8 |
| Research and development expense | 1,856 | 17.6 | 1,960 | 20.6 | 1,968 | 19.8 |
| Special charges | 170 | 1.6 | 181 | 1.9 | 288 | 2.9 |
| Gain (loss) on sale of businesses and assets | (47) | (0.4) | 91 | 1.0 | 4 | 0.0 |
| Shareholder litigation settlement expense[a] | 2,474 | 23.5 | — |  | — |  |
| Operating earnings (loss) | (2,671) | (25.4) | (250) | (2.6) | (126) | (1.3) |
| Other income — net | 303 | 2.9 | 212 | 2.2 | 466 | 4.7 |
| Interest expense | 218 | 2.1 | 202 | 2.1 | 206 | 2.1 |
| Income tax benefit | 56 | 0.5 | 30 | 0.3 | 83 | 0.8 |
| Net earnings (loss) from continuing operations | (2,576) | (24.5) | (256) | (2.7) | 122 | 1.2 |
| Net earnings (loss) from discontinued operations — net of tax | 1 | 0.0 | 49 | 0.5 | 183 | 1.8 |
| Net earnings (loss) | $(2,575) | (24.5) | $(207) | (2.2) | $293 | 3.0 |

(a) Relates to proposed settlement of certain shareholder class action litigation first announced on February 8, 2006.

As discussed under "Restatements; Nortel Networks Audit Committee Independent Review; Material Weaknesses; Related Matters", we have restated our consolidated financial statements for 2004, 2003, 2002, 2001 and the first, second and third quarters of 2005 and 2004. See also note 4 to the accompanying audited consolidated financial statements.

Our revenues increased by approximately 11 percent in 2005 compared to 2004. The increase in revenues was across all of our geographic regions and particularly in the U.S., Asia Pacific, EMEA and CALA regions. In 2005, Carrier Packet Networks revenues were $2,828, an increase of 9 percent compared to 2004; CDMA Networks revenues were $2,321, an increase of 5 percent compared to 2004; GSM and UMTS Networks revenues were $2,799, an increase of 16 percent

HIGHLY CONFIDENTIAL                                                    NNC-NNL06705393 / 228

compared to 2004; Enterprise Networks revenues were $2,570, an increase of 12 percent compared to 2004. For further information related to the changes in revenue by segment, see "Results of Operations — Continuing Operations — Segment Information".

Our gross margin remained essentially flat in 2005 compared to 2004 primarily due to gross margin decreases in CDMA Networks and Enterprise Networks offset by increases in Carrier Packet Networks. Overall, we continue to see improvements in our cost structure as a result of lower material pricing and significant recoveries in our inventory provisions related to the sale of certain optical inventory that was previously provided for, partially offset by unfavorable product mix, negative gross margin impact from our contract with Bharat Sanchar Nigam Limited, or BSNL, and competitive pricing pressures.

During 2005, SG&A expense as a percentage of revenues remained essentially flat compared to 2004. During 2005, SG&A expense included higher costs related to our internal control remedial measures, investment in our finance processes and restatement related activities, unfavorable foreign exchange rate fluctuation, lower bad debt recoveries, increase in sales and marketing expense arising from the consolidation of the results of PEC and LG-Nortel, increased expense related to the Mike Zafirovski settlement with Motorola and costs associated with executive departures; partially offset by cost savings associated with the restructuring plan announced in 2004, or 2004 Restructuring Plan and a reduction in our stock-based compensation related to the Restricted Stock Unit, or RSU, program.

R&D expense as a percentage of revenues decreased by approximately 3 percentage points to 17.6% in 2005 compared to 2004 primarily due to the continued favorable impact of the savings associated with our 2004 Restructuring Plan partially offset by increased investments in targeted product areas, primarily in our Enterprise Networks segment, and unfavorable foreign exchange impacts.

Special charges as a percentage of revenue remained essentially flat in 2005 compared to 2004 primarily due to activities associated with the implementation of our 2004 Restructuring Plan that were substantially completed in the first half of 2005.

For further information related to the changes in operating expenses, see "Results of Operations — Continuing Operations — Operating Expenses".

Shareholder litigation settlement expense of $2,474 was recorded during the year ended December 31, 2005, as a result of an agreement in principle reached for the settlement of certain shareholder class action litigation. For additional information see, "Developments in 2005 and 2006 — Significant Business Developments — Proposed Class Action Settlement".

**Significant Business Developments**

*Management*

Mr. Mike S. Zafirovski was appointed president and CEO, effective November 15, 2005. Mr. Zafirovski succeeded Mr. William A. Owens as chief executive officer.

A lawsuit filed on October 18, 2005 by Motorola, Inc., Mr. Zafirovski's former employer, was subsequently settled on October 31, 2005 and provides that Mr. Zafirovski cannot disclose Motorola trade secrets or confidential information, and Mr. Zafirovski and we have agreed for a specified period to refrain from hiring or recruiting Motorola employees under certain circumstances. The settlement also includes restrictions, until July 1, 2006, on Mr. Zafirovski's communications with certain specified companies, some of which are our customers, and limitations on his ability to advise us on competitive strategy or analysis relative to Motorola for a defined period. Mr. Zafirovski has paid Motorola $11.5, which is part of his separation payment from Motorola, and we have reimbursed Mr. Zafirovski for his repayment and selected legal costs and $12 for expenses, including income taxes, that relate to this repayment.

*Proposed Class Action Settlement*

On February 8, 2006, we announced that, as a result of the previously announced mediation process we entered into with the lead plaintiffs in two significant class action lawsuits pending in the U.S. District Court for the Southern District of New York and based on the recommendation of a senior Federal Judge, we and the lead plaintiffs have reached an agreement in principle to settle these lawsuits, or the Proposed Class Action Settlement. This settlement would be part of, and is conditioned on, our reaching a global settlement encompassing all pending shareholder class actions and proposed shareholder class actions commenced against us and certain other defendants following our announcement of revised financial guidance during 2001 and our revision of certain of our 2003 financial results and restatement of other

5

prior periods. The Proposed Class Action Settlement is also conditioned upon the receipt of all required court, securities regulatory and stock exchange approvals. On March 17, 2006, we announced that we and the lead plaintiffs reached an agreement on the related insurance and corporate governance matters including our insurers agreeing to pay $228.5 in cash towards the settlement and us agreeing with our insurers to certain indemnification obligations. On April 3, 2006, the insurance proceeds were placed into escrow by the insurers. We believe that these indemnification obligations would be unlikely to materially increase our total cash payment obligations under the Proposed Class Action Settlement. The insurance payments would not reduce the amounts payable by us as noted below. We also agreed to certain corporate governance enhancements, including the codification or certain of our current governance practices (such as the annual election by our directors of a non-executive Board chair) in our Board of Directors written mandate and the inclusion in our annual proxy circular and proxy statement of a report on certain of our other governance practices (such as the process followed for the annual evaluation of the Board, committees of the Board and individual directors). The Proposed Class Action Settlement would contain no admission of wrongdoing by us or any of the other defendants.

Under the terms of the proposed global settlement contemplated by the Proposed Class Action Settlement, we would make a payment of $575 in cash, issue 628,667,750 of Nortel Networks Corporation common shares (representing 14.5% of our equity as of February 7, 2006), and contribute one-half of any recovery in our existing litigation against our former president and chief executive officer, former chief financial officer and former controller, who were terminated for cause in April 2004, seeking the return of payments made to them under our bonus plan in 2003. In the event of a share consolidation of Nortel Networks Corporation common shares, the number of Nortel Networks Corporation common shares to be issued pursuant to the Proposed Class Action Settlement would be adjusted accordingly. As a result of the Proposed Class Action Settlement, we have established a litigation provision and recorded a charge to our full-year 2005 financial results of $2,474, of which $575 relates to the proposed cash portion of the Proposed Class Action Settlement, while $1,899 relates to the proposed equity component and will be adjusted in future quarters based on the fair value of the Nortel Networks Corporation common shares issuable until the finalization of the settlement. The cash amount bears interest commencing March 23, 2006 at a prescribed rate and is to be held in escrow on June 1, 2006 pending satisfactory completion of all conditions to the Proposed Class Action Settlement. Any change to the terms of the Proposed Class Action Settlement as a result of ongoing discussions with the lead plaintiffs would likely also result in an adjustment to the litigation provision.

Discussions are ongoing regarding a process to resolve the Canadian actions as part of the terms of the Proposed Class Action Settlement and we and the lead plaintiffs are continuing discussions towards a definitive settlement agreement. At this time, it is not certain that such an agreement can be reached, that each of the actions noted above can be brought into, or otherwise bound by, the proposed settlement, if finalized, or that such an agreement would receive the required court and other approvals in all applicable jurisdictions. The timing of any developments related to these matters is also not certain. The Proposed Class Action Settlement and the litigation provision charge taken in connection with the Proposed Class Action Settlement do not relate to ongoing regulatory and criminal investigations and do not encompass a related Employment Retirement Income Security Act, or ERISA, class action or the pending application in Canada for leave to commence a derivative action against certain of our current and former officers and directors.

For additional information, see "Legal Proceedings", "Liquidity and Capital Resources", "Developments in 2005 and 2006 — Restatements; Nortel Networks Audit Committee Independent Review; Material Weaknesses; Related Matters — Third Restatement", the "Risk Factors" section of this report and "Contingencies" in note 22 of the accompanying audited consolidated financial statements.

### *Credit and Support Facilities*

On February 14, 2006, we entered into a new one-year credit facility in the aggregate principal amount of $1,300, or the 2006 Credit Facility. This new facility consists of (i) a senior secured one-year term loan facility in the amount of $850, or Tranche A Term Loans, and (ii) a senior unsecured one-year term loan facility in the amount of $450, or Tranche B Term Loans, and was extended by JPMorganChase Bank, N.A., Citigroup Corporate and Investment Banking, Royal Bank of Canada and Export Development Canada, or EDC. The Tranche A Term Loans are secured equally and ratably with NNL's obligations under the $750 support facility, or the EDC Support Facility, with EDC and NNL's 6.875% Bonds due 2023, or the 2023 Bonds, by a lien on substantially all of the U.S. and Canadian assets of NNL and the U.S. assets of our indirect subsidiary, Nortel Networks Inc., or NNI. The Tranche A Term Loans are also secured equally and ratably with NNL's obligations under the EDC Support Facility by a lien on substantially all of NNC's U.S. and Canadian assets. The Tranche A Term Loans and Tranche B Term Loans are also guaranteed by NNC and NNL and NNL's obligations under the EDC Support Facility are also guaranteed by NNC and NNI, in each case until the maturity or prepayment of the 2006 Credit Facility. The 2006 Credit Facility, which will mature in February 2007, was drawn

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 230

down in the full amount on February 14, 2006 and we used the net proceeds primarily to repay the outstanding $1,275 aggregate principal amount of NNL's 6.125% Notes that matured on February 15, 2006. The Tranche A Loans initially bear interest at 6.875% while the Tranche B Loans initially bear interest at 7.625%. We and NNI agreed to a demand right exercisable at any time after May 31, 2006 pursuant to which we will be required to take all reasonable actions to issue senior unsecured debt securities in the capital markets to repay the 2006 Credit Facility.

Effective October 24, 2005, NNL and EDC entered into an amendment of the EDC Support Facility that maintained the total EDC Support Facility at up to $750, including the existing $300 of committed support for performance bonds and similar instruments, and the extension of the maturity date of the EDC Support Facility for an additional year to December 31, 2007.

As a result of the delayed filing of this report with the SEC, an event of default occurred under the 2006 Credit Facility and EDC has the right to refuse to issue additional support and terminate its commitment under the EDC Support Facility. For more information, see "Restatements; Nortel Networks Audit Committee Independent Review; Material Weaknesses; Related Matters — Third Restatement".

For more information on the 2006 Credit Facility and the EDC Support Facility, see "Liquidity and Capital Resources — Future Sources of Liquidity" and the "Risk Factors" section of this report.

*Acquisitions*

On February 24, 2006, we acquired Tasman Networks, an established networking company that provides a portfolio of secure enterprise routers for $99.5 in cash.

On June 3, 2005, we acquired PEC through a cash tender offer at a price of $15.50 per common share of PEC. The aggregate cash consideration (including $33 with respect to stock options) was approximately $449, including estimated costs of acquisition of $8. This acquisition was accounted for using the purchase method. We recorded approximately $278 of non-amortizable intangible assets associated with the acquisition of PEC, which assets consist solely of goodwill. The goodwill of PEC is not deductible for tax purposes, and has been allocated to our Enterprise Networks segment and will be allocated to our new Enterprise Solutions and Packet Networks segment.

PEC is a professional network technologies integrator which delivers services, systems and secure communication solutions to governmental entities designed to help improve workforce productivity, reduce operational costs and streamline interagency communications. Its primary customers are executive agencies and departments of the U.S. Federal Government, the Federal Judiciary, and prime contractors to the U.S. government. We expect the PEC acquisition to allow us to pursue opportunities in areas that complement our existing products and to increase our competitiveness in the government market.

Our consolidated financial statements include PEC's operating results from the date of the acquisition. For additional financial and other information related to the PEC acquisition, including a proxy agreement related to our ownership interest in PEC, see "Acquisitions, divestitures and closures" in note 10 of the accompanying audited consolidated financial statements.

*Joint Ventures*

On November 9, 2005, we and Huawei Technologies Co., Ltd. entered into a non-binding Memorandum of Understanding to establish a joint venture for developing ultra broadband access solutions. Both sides continue to discuss and evaluate the most effective method of consummating the proposed strategic alliance, which is subject to negotiation, execution of definitive agreements and customary regulatory approvals. See the "Risk Factors" section of this report.

On November 3, 2005, we entered into a joint venture with LG named LG-Nortel Co. Ltd, or LG-Nortel. The joint venture combines the telecommunications infrastructure business of LG with our Republic of Korea distribution and services business to offer telecom and networking solutions to customers in Republic of Korea and plans to offer to other markets globally. We received 50 percent plus one share of the common shares of the joint venture in exchange for consideration consisting of principally cash and our Republic of Korea distribution and services business totaling approximately $155, including estimated costs of acquisition of $10. Separately, LG will be entitled to payments from us over a two-year period up to a maximum of $80 based on achievement by LG-Nortel of certain business goals. The results of LG-Nortel are included in our consolidated financial statements commencing November 3, 2005. The aggregate purchase price based on management's best current estimate of the relative values of the assets acquired and liabilities

assumed in LG-Nortel is approximately $155. For additional financial information related to LG-Nortel, see "Acquisitions, divestitures and closures" in note 10 of the accompanying audited consolidated financial statements.

### *Evolution of Our Supply Chain Strategy*

In 2004, we entered into an agreement with Flextronics International Ltd., or Flextronics, regarding the divestiture of substantially all of our remaining manufacturing operations and related activities, including certain product integration, testing, repair operations, supply chain management, third party logistics operations and design assets. We and Flextronics also entered into a four year supply agreement for manufacturing services (whereby after completion of the transaction Flextronics will manage approximately $2,500 of our annual cost of revenues) and a three-year supply agreement for design services.

Commencing in the fourth quarter of 2004, and throughout 2005, we completed the transfer to Flextronics of certain of our optical design activities in Ottawa, Canada and Monkstown, Northern Ireland and our manufacturing activities in Montreal, Canada and Chateaudun, France. In order to allow completion of several major information systems changes that are expected to simplify and improve the quality of operations during the transition, we now expect to transfer the remaining manufacturing operations in Calgary, Canada to Flextronics by the end of the second quarter of 2006. We and Flextronics have agreed that we will retain our Monkstown manufacturing operations and establish a regional supply chain center to lead our EMEA supply chain operations.

The successful completion of the agreement with Flextronics will result in the transfer of approximately 2,100 employees to Flextronics, of which approximately 1,450 were transferred as of December 31, 2005. We expect gross cash proceeds ranging between $575 and $625, of which approximately $380 has been received as of December 31, 2005, partially offset by cash outflows incurred to date and expected to be incurred in 2006 attributable to direct transaction costs and other costs associated with the transaction. These proceeds will be subject to a number of adjustments, including potential post-closing date asset valuations and potential post-closing indemnity payments. Any net gain on the sale of this business will be recognized once substantially all of the risks and other incidents of ownership have been transferred.

During the year ended December 31, 2005, we recorded a charge through gain (loss) on sale of businesses and assets of $40, related to this ongoing divestiture to Flextronics. The charges relate to legal and professional fees, pension adjustments and real estate impairments.

For additional information related to the Flextronics divestiture, see "Liquidity and Capital Resources" and "Divestitures" in note 10 of the accompanying audited consolidated financial statements.

### *Optical Components Operations*

On December 2, 2004, we entered into a restructuring agreement with Bookham Technology plc, or Bookham, a sole supplier of key optical components for our optical networks solutions in our Carrier Packet Networks segment. In February 2005, we agreed to waive until November 6, 2006 minimum cash balance requirements under certain Bookham notes and in May 2005, we adjusted the prepayment provisions of these notes and received additional collateral for these notes. In May 2005, we amended our supply agreement with Bookham to provide Bookham with financial flexibility to continue the supply of optical components for our optical networks solutions. See "Related party transactions" in note 21 of the accompanying audited consolidated financial statements.

On January 13, 2006, we received $20 in cash plus accrued interest to retire our $20 aggregate principal amount Bookham Series A secured note due November 2007. In addition, we sold our $25.9 aggregate principal amount Bookham Series B secured note due November 2006 for approximately $26 to a group of unrelated investors.

On January 13, 2006, we and Bookham amended the current supply agreement and extended certain purchase commitments, which had been scheduled to expire on April 29, 2006. Under the terms of the amended supply agreement, have agreed to purchase a minimum of $72 in products from Bookham in 2006. In addition, we entered into an agreement on the same date, under which we agreed not to sell until after June 30, 2006 the approximately 4 million shares of Bookham common stock that we currently own.

### *Bharat Sanchar Nigam Limited Contract*

In August 2004, we entered into a contract with BSNL to establish a wireless network in India. We recognized revenues of approximately $228 and $20 in 2005 and 2004, respectively, and project losses of approximately $148 and $160, in the corresponding years. We expect to recognize additional revenues of approximately $92 and additional project losses

8

of approximately $19 in 2006. The losses are primarily driven by the existing contractual terms negotiated in response to pricing pressures as a result of the competitive nature of India's telecommunications market and an increase in project implementation costs. The time limit within which BSNL could exercise its 50% business expansion option under the contract has passed and we will not supply BSNL with products or services for this expansion.

**Restatements; Nortel Audit Committee Independent Review; Material Weaknesses; Related Matters**

*First and Second Restatements and Independent Review*

We have effected successive restatements of prior period financial results. Following the restatement (effected in December 2003) of our consolidated financial statements for the years ended December 31, 2002, 2001 and 2000 and for the quarters ended March 31, 2003 and June 30, 2003, or the First Restatement, the Audit Committees of NNC's and NNL's Board of Directors, or the Audit Committee, initiated an independent review of the facts and circumstances leading to the First Restatement, or the Independent Review, and engaged Wilmer Cutler Pickering Hale & Dorr LLP, or WilmerHale, to advise it in connection with the Independent Review. This review and related work led to a variety of actions, including the termination for cause of NNC's and NNL's former CEO, chief financial officer and controller in April 2004 and seven additional individuals with significant responsibilities for financial reporting in August 2004, and ultimately to the restatement of our financial statements for the years ended December 31, 2002 and 2001 and the quarters ended March 31, 2003 and 2002, June 30, 2003 and 2002 and September 30, 2003 and 2002, or the Second Restatement. For more information about the First and Second Restatement, see our 2003 Annual Report on Form 10-K, or the 2003 Annual Report

In January 2005, the Audit Committee reported the findings of the Independent Review, together with its recommendations for governing principles for remedial measures, the summary of which is included in the "Controls and Procedures" section of the 2003 Annual Report. Each of our and NNL's Board of Directors adopted these recommendations in their entirety and directed our management to implement those principles, through a series of remedial measures, across the company, to prevent any repetition of past misconduct and re-establish a finance organization with values of transparency, integrity, and sound financial reporting as its cornerstone. Management's ongoing implementation efforts are described below and will continue following the filing of this report. The Board of Directors has monitored the implementation efforts to date and will continue to regularly monitor management's implementation efforts. See the "Controls and Procedures" section of this report.

*Material Weaknesses in Internal Control over Financial Reporting*

Over the course of the Second Restatement process, we identified a number of reportable conditions, each constituting a material weakness, in our internal control over financial reporting as of December 31, 2003. Five of those material weaknesses continued to exist as of December 31, 2004.

Pursuant to Section 404 of the Sarbanes-Oxley Act of 2002, or SOX 404, and the related SEC rules, management assessed the effectiveness of our internal control over financial reporting as of December 31, 2005, using the criteria issued by the Committee of Sponsoring Organizations of the Treadway Commission, or COSO, in Internal Control-Integrated Framework. Based on that assessment, management determined that those previously identified five material weaknesses continued to exist as of December 31, 2005 and therefore concluded that, as of December 31, 2005, we did not maintain effective internal control over financial reporting based on the COSO criteria. Deloitte issued an attestation report with respect to that assessment and conclusion, which is included in Item 9-A of this report, and concluded that our internal control over financial reporting was not effective as of December 31, 2005. The material weaknesses in our internal control over financial reporting as of December 31, 2005, which remain unremedied, are:

- lack of compliance with written Nortel procedures for monitoring and adjusting balances related to certain accruals and provisions, including restructuring charges and contract and customer accruals;
- lack of compliance with Nortel procedures for appropriately applying applicable GAAP to the initial recording of certain liabilities including those described in Statement of Financial Accounting Standards, or SFAS, No. 5, "Accounting for Contingencies", or SFAS No. 5, and to foreign currency translation as described in SFAS No. 52, "Foreign Currency Translation", or SFAS No. 52;
- lack of sufficient personnel with appropriate knowledge, experience and training in U.S. GAAP and lack of sufficient analysis and documentation of the application of U.S. GAAP to transactions, including but not limited to revenue transactions;

9

- lack of a clear organization and accountability structure within the accounting function, including insufficient review and supervision, combined with financial reporting systems that are not integrated and which require extensive manual interventions; and
- lack of sufficient awareness of, and timely and appropriate remediation of, internal control issues by Nortel personnel.

As used above, the term "material weakness" means a significant deficiency (within the meaning of Public Company Accounting Oversight Board Auditing Standard No. 2), or a combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of our annual or interim financial statements will not be prevented or detected.

We continue to identify, develop and implement remedial measures to address these material weaknesses in our internal control over financial reporting. For more information see the "Controls and Procedures" section of this report and "Risks Related to Our Restatements and Related Matters" in the "Risk Factors" section of this report.

*Third Restatement*

Over the course of the Second Restatement process, Nortel, together with its external independent registered chartered accountants, identified a number of material weaknesses in our internal control over financial reporting as at December 31, 2003. Five of those material weaknesses continued to exist as at December 31, 2004 and 2005. In addition, in January 2005, our and NNL's Boards of Directors adopted in their entirety the governing principles for remedial measures identified through the Independent Review. We continue to develop and implement these remedial measures.

As part of these remedial measures and to compensate for the unremedied material weaknesses in our internal control over financial reporting, we undertook intensive efforts in 2005 to enhance our controls and procedures relating to the recognition of revenue. These efforts included, among other measures, extensive documentation and review of customer contracts for revenue recognized in 2005 and earlier periods. As a result of the contract review, it became apparent that certain of the contracts had not been accounted for properly under U.S. GAAP. Most of these errors related to contractual arrangements involving multiple deliverables, for which revenue recognized in prior periods should have been deferred to later periods, under American Institute of Certified Public Accountants Statement of Position, or SOP, 97-2 "Software Revenue Recognition", and SEC Staff Accounting Bulletin, or SAB, 104 "Revenue Recognition", or SAB 104.

In addition, based on our review of our revenue recognition policies and discussions with our independent registered chartered accountants as part of the 2005 audit, we determined that in our previous application of these policies, we misinterpreted certain of these policies principally related to complex contractual arrangements with customers where multiple deliverables were accounted for using the percentage-of-completion method of accounting under SOP 81-1, as described in more detail below:

- Certain complex arrangements with multiple deliverables were previously fully accounted for under the percentage of completion method of SOP 81-1, but elements outside of the scope of SOP 81-1 should have been examined for separation under the guidance in EITF 00-21; and
- Certain complex arrangements accounted for under the percentage-of-completion method did not meet the criteria for this treatment in SOP 81-1 and should instead have been accounted for using completed contract accounting under SOP 81-1.

In correcting for both application errors, the timing of revenue recognition was frequently determined to be incorrect, with revenue having generally been recognized prematurely when it should have been deferred and recognized in later periods.

Management's determination that these errors required correction led to the Audit Committee's decision on March 9, 2006 to effect a further restatement of our consolidated financial statements (the "Third Restatement"). We have restated our consolidated balance sheet as of December 31, 2004 and consolidated statements of operations, changes in equity and comprehensive income (loss) and cash flows for each of the years ended December 31, 2004 and 2003. The Third Restatement also corrected other miscellaneous accounting errors, as well as the classification of certain items within the consolidated statements of operations and cash flows, as described below. The impact of the Third Restatement to periods prior to 2003 was a net increase of $70 to opening accumulated deficit as of January 1, 2003.

HIGHLY CONFIDENTIAL                           NNC-NNL06705393 / 234

The following tables present the impact of the Third Restatement on our previously reported consolidated statements of operations data for the years ended December 31, 2004 and 2003.

*Consolidated Statement of Operations data for the year ended December 31, 2004*

|  | As Previously Reported | Revenue and Cost of Revenue Adjustments | Other Adjustments | As Restated |
|---|---|---|---|---|
| Revenues | $9,828 | $ (312) | $ — | $9,516 |
| Gross profit | 4,078 | (132) | (4) | 3,942 |
| Operating earnings (loss) | (111) | (132) | (7) | (250) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net loss of associated companies | (83) | (132) | (25) | (240) |
| Net earnings (loss) from continuing operations | (100) | (131) | (25) | (256) |
| Net earnings (loss) from discontinued operations — net of tax | 49 | — | — | 49 |
| Net earnings (loss) | (51) | (131) | (25) | (207) |
| Basic and diluted earnings (loss) per common share | | | | |
| — from continuing operations | $(0.02) | $(0.03) | $(0.01) | $(0.06) |
| — from discontinued operations | 0.01 | 0.00 | 0.00 | 0.01 |
| Basic and diluted earnings (loss) per common share | $(0.01) | $(0.03) | $(0.01) | $(0.05) |

*Consolidated Statement of Operations data for the year ended December 31, 2003*

|  | As Previously Reported | Revenue and Cost of Revenue Adjustments | Other Adjustments | As Restated |
|---|---|---|---|---|
| Revenues | $10,193 | $ (261) | $ — | $9,932 |
| Gross profit | 4,341 | (122) | (10) | 4,209 |
| Operating earnings (loss) | 45 | (122) | (49) | (126) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net loss of associated companies | 281 | (132) | (15) | 134 |
| Net earnings (loss) from continuing operations | 262 | (125) | (15) | 122 |
| Net earnings (loss) from discontinued operations — net of tax | 184 | — | (1) | 183 |
| Net earnings (loss) | 434 | (125) | (16) | 293 |
| Basic and diluted earnings (loss) per common share | | | | |
| — from continuing operations | $ 0.06 | $(0.03) | $0.00 | $ 0.03 |
| — from discontinued operations | 0.04 | 0.00 | 0.00 | 0.04 |
| Basic and diluted earnings (loss) per common share | $ 0.10 | $(0.03) | $0.00 | $ 0.07 |

*Revenues and cost of revenues adjustments*

The Third Restatement adjustments that related to revenue recognition errors resulted in a net decrease to revenues of $312 and $261 for the years ended December 31, 2004 and 2003, respectively. These errors related to revenue previously recognized that should have been deferred to subsequent periods. Corresponding adjustments to cost of revenues were made, resulting in a net decrease to cost of revenues of $180 and $139 related to the revenue recognition adjustments,

11

and a total net decrease of $176 and $129 including other adjustments, for the years ended December 31, 2004 and 2003 respectively.

|  | Revenues | | Cost of Revenues | |
| --- | --- | --- | --- | --- |
|  | 2004 | 2003 | 2004 | 2003 |
| **As previously reported** | $9,828 | $10,193 | $5,750 | $5,852 |
| **Adjustments:** | | | | |
| Application of SOP 81-1 | (84) | (118) | (55) | (103) |
| Interaction between multiple revenue recognition accounting standards | (174) | (49) | (127) | (26) |
| Application of SAB 104 and SOP 97-2 | (38) | (84) | 14 | (36) |
| Other revenue recognition adjustments | (16) | (10) | (12) | 26 |
| Other adjustments[a] | — | — | 4 | 10 |
| **As restated** | $9,516 | $ 9,932 | $5,574 | $5,723 |

(a) For further details see explanations of 'Other adjustments'.

*Application of SOP 81-1*

We determined that in certain arrangements we had misinterpreted the guidance in SOP 81-1 relating to the application of percentage-of-completion accounting. Under the percentage-of-completion method, revenues are generally recorded based on a measure of the percentage of costs incurred to date relative to the total expected costs of the contract. In certain circumstances where a reasonable estimate of costs cannot be made, but it is assured that no loss will be incurred, revenue is recognized to the extent of direct costs incurred ("zero margin accounting"). If a reasonable estimate of costs cannot be made and we are not assured that no loss will be incurred, revenue should be recognized using completed contract accounting.

For certain arrangements accounted for under the percentage-of-completion method which included rights to future software upgrades, we have now determined that we did not have a sufficient basis to estimate the total costs of the arrangements, due to the inability to estimate the cost of providing these future software upgrades. In addition, in one arrangement, we had previously applied zero margin accounting on the basis that we believed that no loss would be incurred. We have now determined that assurance that no loss would be incurred exists only in very limited circumstances, such as in cost recovery arrangements. Accordingly, we have determined that percentage-of-completion accounting should not have been used to account for these specific arrangements, and the completed contract method should have been applied under SOP 81-1. Under the completed contract method, revenues and certain costs are deferred until completion of the arrangement, which results in a delay in the timing of revenue recognition as compared to arrangements accounted for under percentage-of-completion accounting.

*Interaction between multiple revenue recognition accounting standards*

We determined there were accounting errors related to the application of SOP 81-1, SOP 97-2 and related interpretive guidance under EITF 00-21.

Some of our customer arrangements have multiple deliverable elements for which different accounting standards may govern the appropriate accounting treatment. For those arrangements that contained more-than-incidental software and involved significant production, modification or customization of software or software related elements ("customized elements"), we had previously applied the percentage-of-completion method of accounting under SOP 81-1 to all the elements under the arrangement, in accordance with our interpretation of SOP 97-2. This included certain future software, software-related or non-software related deliverables.

We have now determined that we should have applied the separation criteria set forth in EITF 00-21 and SOP 97-2 to non-software and software/software-related elements, respectively, to determine whether the various elements under these arrangements should be treated as separate units of accounting. Generally, the applicable separation criteria in EITF 00-21 and SOP 97-2 requires sufficient objective and reliable evidence of fair value for each element. If an undelivered non-SOP 81-1 element cannot be separated from an SOP 81-1 element, depending on the nature of the elements and the timing of their delivery, the combined unit of accounting may be required to be accounted for under SOP 97-2 rather than under SOP 81-1. SOP 97-2 provides that the entire revenue associated with the combined elements should typically be deferred until the earlier of the point at which (i) the undelivered element(s) meet the criteria for

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 236

separation or (ii) all elements within the combined unit of accounting have been delivered. Once there is only one remaining element to be delivered within the unit of accounting, the deferred revenue is recognized based on the revenue recognition guidance applicable to the last delivered element.

For certain of our multiple element arrangements involving customized elements where elements such as PCS, specified upgrade rights and/or non-essential hardware or software products remained undelivered, we frequently determined that the undelivered element could not be treated as a separate unit of accounting because fair value could not be established for all undelivered non-customized elements. Accordingly, we should not have accounted for the revenue using percentage-of-completion accounting. Instead, the revenue should have been deferred in accordance with SOP 97-2 until such time as the fair value of the undelivered element could be established or all remaining elements have been delivered. Once there is only one remaining element to be delivered within the unit of accounting, the deferred revenue is recognized based on the revenue recognition guidance applicable to that last element.

*Application of SAB 104 and SOP 97-2*

Primarily as a result of our contract review, we determined that in respect of certain contracts providing for multiple deliverables, revenues had previously been recognized for which the revenue recognition criteria under SOP 97-2 or SAB 104, as applicable, had not been met. These errors related primarily to situations in which the fair value of an undelivered element under the arrangement could not be established.

In certain arrangements, we had treated commitments to make available a specified quantity of upgrades during the contract period as PCS. Under SOP 97-2, where fair value cannot be established for PCS, revenue is recognized for the entire arrangement ratably over the PCS term. We have now determined that commitments to make available a specified quantity of upgrades do not qualify as PCS and should be accounted for as a separate element of the arrangement from the PCS. Fair value could not be established for these commitments to make available a specified quantity of upgrades and as a result, the revenue related to the entire arrangement should have been deferred until the earlier of when (i) fair value of the undelivered element could be established or (ii) the undelivered element is delivered. Adjustments were made to defer the revenue and related costs until the upgrades were delivered.

In certain multiple element arrangements, we had recognized revenue upon delivery of products under the arrangement although other elements under the arrangement, such as future contractual or implicit PCS, had not been delivered. If sufficient evidence of fair value cannot be established for an undelivered element, revenue related to the delivered products should be deferred until the earlier of when vendor specific objective evidence, or fair value, or VSOE, for the undelivered element can be established or all the remaining elements have been delivered. Once there is only one remaining element, the deferred revenue is recognized based on the revenue recognition guidance applicable to that last undelivered element. For instance, where PCS is the last undelivered element within the unit of accounting, deferred revenue is recognized ratably over the PCS term. As we identified a number of contracts where sufficient evidence of fair value could not be established for the undelivered elements, adjustments were made to defer the revenue and related costs from the periods in which they were originally recorded and until such time as the appropriate criteria recognition were met.

In addition, we identified and corrected certain revenue recognition errors that related to the application of SAB 104 and SOP 97-2. The cumulative adjustments were previously recorded in 2004, rather than restating prior periods, because they were not material either to 2004, or the prior period results as originally reported. As part of the Third Restatement, these adjustments have now been recorded in the appropriate periods as follows:

- A cumulative correction previously recorded in the third quarter of 2004 has now been recorded primarily in 2003, and prior periods resulting in an increase to revenue of $89 in the third quarter of 2004. The adjustment was to correct for previously recognized revenue relating to past sales of Optical Networks equipment which we determined should have been deferred and recognized with the delivery of future contractual PCS and other services over the term of the PCS.
- A cumulative correction in the fourth quarter of 2004 has now been recorded in the appropriate prior periods resulting in an increase to revenue of $40 in the fourth quarter of 2004. The adjustment was to correct for previously recognized revenue related to an EMEA contract which should have been deferred until the delivery of certain undelivered elements such as services.

*Other revenue recognition adjustments*

In addition, errors related to application of the profit center definition were identified and corrected. We made other revenue corrections related to the treatment of non-cash incentives, and certain errors related to the classification of

13

revenue. Other revenue recognition adjustments also reflect the impact on cost of revenues of corrections to standard costing on deferred costs (related to deferred revenue) included in inventory, and other adjustments to inventory to correct standard costing.

### *Other adjustments*

Other miscellaneous adjustments were identified and recorded in the Third Restatement, the more significant of which are summarized below.

#### *Health and Welfare Trust*

In prior periods, we had incorrectly netted employee benefit plan assets against the post-employment and post-retirement liabilities and incorrectly recognized gains and losses through the consolidated statement of operations related to certain assets held in an employee benefit trust in Canada, or Health and Welfare Trust. Historically, we had accounted for the assets of the Health and Welfare Trust in accordance with SFAS No. 106 "Employers' Accounting for Post Retirement Benefit Plans" ("SFAS 106") and SFAS No. 112, "Employers' Accounting for Post-Employment Benefit Plans" ("SFAS 112") which, among other things, permitted the netting of these plan assets against the post-employment and post-retirement liabilities if the assets are appropriately segregated and restricted. Upon further review, we determined that these assets should not have been netted against the liabilities because the Health and Welfare Trust was not legally structured so as to segregate and restrict its assets to meet the definition of plan assets under SFAS 106 and SFAS 112. As a result, we corrected prior periods to present plan assets and liabilities on a gross basis, and to recognize gains and losses in OCI.

We further determined that Nortel was the primary beneficiary of the Health and Welfare Trust, which met the definition of a variable interest entity under FIN 46R "Consolidation of Variable Interest Entities". As a result, we corrected prior periods to consolidate the Health and Welfare Trust into our results as of July 1, 2003, the effective date of FIN 46R. The combined impact of these adjustments in the Third Restatement was an increase in cost of revenues of $2 and $10, an increase in selling, general and administrative expense of $3 and $12, an increase in R&D expense of $4 and $6 and an increase in other income of $8 and $9 for the years ended December 31, 2004 and 2003, respectively. As of December 31, 2004, total assets increased by $138 and liabilities increased by $144, including the related foreign exchange impact, as a result of these adjustments.

#### *Foreign exchange*

We had previously recorded foreign exchange gains in our 2004 consolidated financial statements, to correct a cumulative error from prior periods related to the functional currency designation of an entity in Brazil. This adjustment was previously recorded in 2004 rather than restating the prior periods, because the adjustment was not material either to the 2004 or the prior period results as originally reported. As part of the Third Restatement, the impact of this adjustment has now been recorded in the appropriate prior periods, resulting in a decrease to other income for the year ended December 31, 2004 of $33 and an increase for the year ended December 31, 2003 of $18.

We also identified and corrected additional foreign currency translation errors related to a pension liability under the Supplemental Executive Retirement Plan and historical balances for certain long-term debt issue and discount costs. The impact of the adjustments in the Third Restatement to correct these errors resulted in a net decrease to other income of $3 for the year ended December 31, 2004 and a decrease of $8 for the year ended December 31, 2003.

In addition, the foreign exchange gains and losses, if any, resulting from the Third Restatement adjustments were recorded in other income-net, and are presented in 'Other adjustments' in the consolidated statements of operations data tables above.

#### *Other*

We had previously capitalized legal and professional fees and real estate impairment costs relating to the transaction with Flextronics for the divestiture of substantially all of our remaining manufacturing operations and related activities, accumulating those costs in the consolidated balance sheet as deferred costs starting in 2004. We have determined that these costs should instead have been recognized as incurred in prior periods. Accordingly, we have made adjustments to record these costs in the appropriate prior period, resulting in a decrease to gain (loss) on sale of businesses and assets of $6 for the year ended December 31, 2004.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 238

In 2004, we corrected certain other accounting errors we had identified that related to prior periods. These adjustments were previously recorded in 2004 rather than restating prior periods because they were not material to 2004 or to the financial statements as originally reported. However, as part of the Third Restatement, these adjustments have now been recorded in the appropriate prior periods. These adjustments were as follows:

- During 2004, we had recorded a cumulative correction to reclassify an operating lease to a capital lease. These adjustments have now been recorded to the appropriate prior periods which resulted in a decrease in selling, general and administrative expense in the year ended December 31, 2004 of $16 and an increase in the year ended December 31, 2003 of $5.
- We had previously recorded the release of a customer financing provision of $9 in 2004 that should have been recorded in 2003. As a result, selling, general and administrative expense has increased by $9 for the year ended December 31, 2004 and decreased by $9 for the year ended December 31, 2003.
- We have corrected the useful lives of various leasehold improvement assets, included in plant and equipment — net, which resulted in a decrease to depreciation expense for the year ended December 31, 2004 of $6 and an increase for the year ended December 31, 2003 of $3.

*Reclassifications*

We had previously classified changes in restricted cash and cash equivalents as a component of net cash from (used in) operating activities of continuing operations. We have now determined that, under SFAS No. 95, "Statement of Cash Flows", changes in restricted cash and cash equivalents should instead be recorded as a component of net cash from (used in) investing activities of continuing operations. Accordingly, we have made adjustments of $17 and $200 for the years ended December 31, 2004 and 2003, respectively, to reclassify changes in restricted cash and cash equivalents from net cash from (used in) operating activities of continuing operations to net cash from (used in) investing activities of continuing operations in the consolidated statements of cash flows.

Certain sublease income has been reclassified in the consolidated statement of operations. The impact of this adjustment resulted in an increase of $10 and $2 in selling, general and administrative expense and cost of revenues, respectively and an increase in other income of $12 for the year ended December 31, 2004. For the year ended December 31, 2003, sublease income of $15 was reclassified from selling, general and administrative expense to other income.

*Quarterly information*

The following statement of operations data presents the impact of the Third Restatement on our previously issued consolidated statements of operations for each of the quarters ended March 31, 2005, June 30, 2005, September 30, 2005 and March 31, 2004, June 30, 2004, September 30, 2004 and December 31, 2004. The quarter ended December 31, 2005 had not been previously reported.

*Consolidated Statement of Operations data*

|  | Three Months Ended March 31, 2005 | | Three Months Ended March 31, 2004 | |
|---|---|---|---|---|
|  | As Previously Reported | As Restated | As Previously Reported | As Restated |
| Revenues | $2,536 | $2,389 | $2,444 | $2,366 |
| Gross profit | 1,057 | 1,012 | 1,053 | 1,013 |
| Operating earnings (loss) | (15) | (78) | 30 | (14) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (22) | (77) | 64 | 19 |
| Net earnings (loss) from continuing operations | (51) | (106) | 58 | 14 |
| Net earnings from discontinued operations — net of tax | 2 | 2 | 1 | 1 |
| Net earnings (loss) | $ (49) | $ (104) | $ 59 | $ 15 |
| Basic and diluted earnings (loss) per common share |  |  |  |  |
| — from continuing operations | $(0.01) | $(0.02) | $ 0.01 | $ 0.00 |
| — from discontinued operations | 0.00 | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $(0.01) | $(0.02) | $ 0.01 | $ 0.00 |

15

*Consolidated Statement of Operations data*

|  | Three Months Ended June 30, 2005 | | Three Months Ended June 30, 2004 | |
| --- | --- | --- | --- | --- |
|  | As Previously Reported | As Restated | As Previously Reported | As Restated |
| Revenues | $2,855 | $2,619 | $2,590 | $2,478 |
| Gross profit | 1,235 | 1,134 | 1,055 | 1,008 |
| Operating earnings (loss) | 49 | (47) | 94 | 43 |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | 55 | (25) | 26 | (14) |
| Net earnings (loss) from continuing operations | 46 | (32) | 10 | (29) |
| Net earnings from discontinued operations — net of tax | (1) | (1) | 6 | 6 |
| Net earnings (loss) | $ 45 | $ (33) | $ 16 | $ (23) |
| Basic and diluted earnings (loss) per common share |  |  |  |  |
| — from continuing operations | $ 0.01 | $(0.01) | $ 0.00 | $(0.01) |
| — from discontinued operations | (0.00) | (0.00) | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $ 0.01 | $(0.01) | $ 0.00 | $(0.01) |

*Consolidated Statement of Operations data*

|  | Three Months Ended September 30, 2005 | | Three Months Ended September 30, 2004 | |
| --- | --- | --- | --- | --- |
|  | As Previously Reported | As Restated | As Previously Reported | As Restated |
| Revenues | $2,655 | $2,518 | $2,179 | $2,159 |
| Gross profit | 1,007 | 978 | 786 | 777 |
| Operating earnings (loss) | (61) | (81) | (283) | (292) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (52) | (85) | (287) | (329) |
| Net earnings (loss) from continuing operations | (106) | (138) | (264) | (306) |
| Net earnings from discontinued operations — net of tax | 1 | 2 | 5 | 5 |
| Net earnings (loss) | $ (105) | $ (136) | $ (259) | $ (301) |
| Basic and diluted earnings (loss) per common share |  |  |  |  |
| — from continuing operations | $(0.02) | $(0.03) | $(0.06) | $(0.07) |
| — from discontinued operations | 0.00 | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $(0.02) | $(0.03) | $(0.06) | $(0.07) |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 240

*Consolidated Statement of Operations data*

|  | Three Months Ended December 31, 2004 | |
|---|---|---|
|  | As Previously Reported | As Restated |
| Revenues | $2,615 | $2,513 |
| Gross profit | 1,184 | 1,144 |
| Operating earnings (loss) | 48 | 13 |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | 114 | 84 |
| Net earnings (loss) from continuing operations | 96 | 65 |
| Net earnings from discontinued operations — net of tax | 37 | 37 |
| Net earnings (loss) | $ 133 | $ 102 |
| Basic and diluted earnings (loss) per common share |  |  |
| — from continuing operations | $ 0.02 | $ 0.01 |
| — from discontinued operations | 0.01 | 0.01 |
| Basic and diluted earnings (loss) per common share | $ 0.03 | $ 0.02 |

*Adjustments*

The following table summarizes the revenue adjustments and other adjustments to net earnings (loss). See above, and "Quarterly Financial Data" in this Report for a description of the nature of these adjustments.

|  | 2005 | | | 2004 | | | |
|---|---|---|---|---|---|---|---|
|  | Three Months Ended March 31 | Three Months Ended June 30 | Three Months Ended September 30 | Three Months Ended March 31 | Three Months Ended June 30 | Three Months Ended September 30 | Three Months Ended December 31 |
| **Revenues — as previously reported** | $2,536 | $2,855 | $2,655 | $2,444 | $2,590 | $2,179 | $2,615 |
| **Adjustments:** |  |  |  |  |  |  |  |
| Application of SOP 81-1 | 82 | (23) | (13) | (22) | (29) | (17) | (16) |
| Interaction between multiple revenue recognition accounting standards | (183) | (155) | (70) | (19) | (31) | (49) | (75) |
| Application of SAB 104 and SOP 97-2 | (53) | (45) | (62) | (37) | (54) | 42 | 11 |
| Other revenue recognition adjustments | 7 | (13) | 8 | — | 2 | 4 | (22) |
| **Revenues — as restated** | $2,389 | $2,619 | $2,518 | $2,366 | $2,478 | $2,159 | $2,513 |
| **Net earnings (loss) — as previously reported** | $ (49) | $ 45 | $ (105) | $ 59 | $ 16 | $ (259) | $ 133 |
| **Adjustments:** |  |  |  |  |  |  |  |
| Application of SOP 81-1 | 9 | (12) | (6) | (3) | (14) | (3) | (8) |
| Interaction between multiple revenue recognition accounting standards | (26) | (12) | (7) | (6) | (7) | (10) | (24) |
| Application of SAB 104 and SOP 97-2 | (26) | (25) | (22) | (23) | (26) | 2 | (5) |
| Other revenue recognition adjustments | (3) | (50) | 6 | (9) | 3 | 2 | — |
| Gain on sale of businesses | (21) | 25 | — | (1) | — | — | (6) |
| Health and WelfareTrust | — | — | — | — | — | — | (1) |
| Foreign exchange[i] | 2 | 11 | (5) | — | 6 | (34) | (10) |
| Other | 10 | (15) | 3 | (2) | (1) | 1 | 23 |
| **Net earnings (loss) — as restated** | $ (104) | $ (33) | $ (136) | $ 15 | $ (23) | $ (301) | $ 102 |

(i) Includes the foreign exchange gains and losses resulting from the Third Restatement adjustments, and the correction of certain foreign exchange errors as described in note 4 of the accompanying consolidated financial statements.

17

*Credit and Support Facilities*

As a result of the delayed filing of this report with the SEC, an event of default occurred under the 2006 Credit Facility. As a result of this and certain other related breaches, lenders holding greater than 50% of each tranche under the 2006 Credit Facility have the right to accelerate such tranche, and lenders holding greater than 50% of all of the secured loans under the 2006 Credit Facility have the right to exercise rights against certain collateral. The entire $1,300 under the 2006 Credit Facility is currently outstanding.

In addition, as a result of the delayed filing of this report with the SEC and other related breaches, EDC has the right to refuse to issue additional support and terminate its commitments under the $750 EDC Support Facility or require that NNL cash collateralize all existing support. As of April 14, 2006, there was approximately $162 of outstanding support under the EDC Support Facility.

We are currently in discussions with our lenders under the 2006 Credit Facility and with EDC under the EDC Support Facility to negotiate waivers related to the Third Restatement and the delay in filing this report and the anticipated delay in filing our Quarterly Report on Form 10-Q for the period ended March 31, 2006, or the 2006 First Quarter Report. Although we expect to reach an agreement with the lenders and EDC with respect to the terms of an acceptable waiver, there can be no assurance that we will receive such waivers.

*Public debt securities*

As a result of the delayed filing of this report with the SEC, we and NNL were not in compliance with our obligations to deliver our SEC filings to the trustees under our public debt indentures. The delay in filing this report did not result, and the anticipated delay in filing the 2006 First Quarter Reports (which we are obligated to deliver to the trustees by May 25, 2006) will not result, in an automatic default and acceleration of such long-term debt. Neither the trustee under any such public debt indenture nor the holders of at least 25% of the outstanding principal amount of any series of debt securities issued under the indentures have the right to accelerate the maturity of such debt securities unless we or NNL, as the case may be, fail to file and deliver our required SEC filings within 90 days after the above mentioned holders have given notice of such default to us or NNL. While such notice could have been given at any time after March 30, 2006 as a result of the delayed filing of this report, neither we nor NNL has received such a notice to the date of this report. In addition, any acceleration of the loans under the 2006 Credit Facility would result in a cross-default under the public debt indentures that would give the trustee under any such public debt indenture or the holders of at least 25% of the outstanding principal amount of any series of debt securities issued under the indentures the right to accelerate such series of debt securities. Approximately $500 of debt securities of NNL (or its subsidiaries) and $1,800 of our convertible debt securities (guaranteed by NNL) are currently outstanding under the indentures.

If an acceleration of our and NNL's obligations were to occur, we and NNL may be unable to meet our respective payment obligations with respect to the related indebtedness. Any such acceleration could also adversely affect our business, results of operations, financial condition and liquidity and the market price of our publicly traded securities. See the "Risk Factors" section of this report.

*Stock-based compensation plans*

As a result of our March 10, 2006 announcement that we and NNL would have to delay the filing of our 2005 Form 10-Ks, we suspended, as of March 10, 2006, the grant of any new equity and exercise or settlement of previously outstanding awards under the Nortel 2005 Stock Incentive Plan, or SIP, the purchase of Nortel Networks Corporation common shares under the stock purchase plans for eligible employees in eligible countries that facilitate the acquisition of Nortel Networks Corporation common shares; the exercise of outstanding options granted under the Nortel Networks Corporation 2000 Stock Option Plan, or the 2000 Plan, and the Nortel Networks Corporation 1986 Stock Option Plan as amended and restated, or the 1986 Plan, or the grant of any additional options under those plans, or the exercise of outstanding options granted under employee stock option plans previously assumed by us in connection with mergers and acquisitions; and the purchase of units in a Nortel Networks stock fund or purchase of Nortel Networks Corporation common shares under our defined contribution and investment plans, until such time as, at the earliest, we are in compliance with U.S. and Canadian regulatory securities filing requirements.

*Regulatory actions*

On April 10, 2006, the Ontario Securities Commission, or OSC issued a final order prohibiting all trading by our directors, officers and certain current and former employees in our and NNL's securities. This order will remain in effect

18