until two full business days following the receipt by the OSC of all filings required to be made by us and NNL pursuant to Ontario securities laws.

### Stock exchanges

As a result of the delay in filing this report and the anticipated delay in filing the 2006 First Quarter Reports with the SEC, we are in breach of the continued listing requirements of the NYSE and the TSX. The TSX has granted us and NNL an extension up to April 30, 2006 by which to file our 2005 Form 10-Ks. To date, neither the NYSE nor the TSX has commenced any suspension or delisting procedures in respect of Nortel Networks Corporation common shares and other of our and NNL's listed securities. The commencement of any suspension or delisting procedures by either exchange remains, at all times, at the discretion of such exchange.

### Annual Shareholders' Meeting

On April 6, 2006, we announced the postponement of our Annual Shareholders' Meeting for 2005 to June 29, 2006 due to the delay in filing this report.

## Revenue Independent Review

As described in our 2003 Annual Report, management identified certain accounting practices and errors related to revenue recognition that it determined required adjustment as part of the Second Restatement. In light of the resulting corrections to previously reported revenues totaling approximately $3.4 billion, the Audit Committee determined to review the facts and circumstances leading to the restatement of these revenues for specific transactions identified in the Second Restatement, with a particular emphasis on the underlying conduct, or the Revenue Independent Review. The Audit Committee sought a full understanding of the historic events that required the revenues for these specific transactions to be restated and intended to consider any appropriate additional remedial measures, including those involving internal controls and processes. The Audit Committee engaged WilmerHale to advise it in connection with this review. Because of the significant accounting issues involved in the inquiry, WilmerHale retained Huron Consulting Services LLC, or Huron, to provide expert accounting assistance, and Huron was involved in all phases of WilmerHale's work. The Audit Committee launched its independent review after the Second Restatement was completed and did not seek to have WilmerHale and Huron audit or otherwise review the substantive accuracy of our restated financial statements or review other aspects of our accounting practices not adjusted in the Second Restatement.

The Revenue Independent Review focused principally on transactions that accounted for approximately $3.0 billion of the $3.4 billion in restated revenue, with a particular emphasis on transactions that accounted for approximately $2.6 billion in 2000. That emphasis was appropriate because (1) the size of the revenue restatement for 2000 ($2.8 billion of the total restated revenue of $3.4 billion) and (2) the same types of errors made in 2000 reoccurred in subsequent years. As more fully described in Item 9A of the 2003 Annual Report, the revenue adjustments that were part of the Second Restatement primarily related to certain categories of transactions, and the Revenue Independent Review has examined transactions in each of these categories.

The Revenue Independent Review found that, in an effort to meet internal and external targets, the senior corporate finance management team, none of whom are current employees, changed our accounting policies several times during 2000, either to defer revenue out to a subsequent period or pull revenue into the current period. After changing internal accounting policies, senior corporate finance management did not understand the relevant U.S. GAAP requirements, misapplied these U.S. GAAP requirements, and in certain circumstances, turned a blind eye to these U.S. GAAP requirements. As a result, the Revenue Independent Review concluded that Nortel recognized revenue for numerous transactions without regard for the proper accounting and this conduct was driven by the need to close revenue and earnings gaps.

The independent review of the facts leading to the initial erroneous recognition of revenues that were restated as a result of the Second Restatement is now complete. While the focus of the Revenue Independent Review was on the underlying conduct related to the transactions discussed above that were restated, this review found no additional accounting errors that should be investigated by management for possible restatement.

In the Independent Review Summary approved by the Board of Directors and included in our 2003 Annual Report, the Board of Directors adopted a framework of governing remedial principles to prevent recurrence of the inappropriate accounting conduct, to rebuild a finance environment based on transparency and integrity, and to ensure sound financial reporting and comprehensive disclosure. The Board of Directors directed management to implement those principles,

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 243

through a series of remedial measures, across the company, to prevent any repetition of past misconduct and re-establish a finance organization with values of transparency, integrity, and sound financial reporting as its cornerstone. Management's ongoing implementation efforts are described below and will continue following the filing of this report. The Board of Directors has monitored the implementation efforts to date and will continue to regularly monitor management's implementation efforts.

### Regulatory Actions and Pending Litigation

We are under investigation by the SEC and the OSC Enforcement Staff. In addition, we have received U.S. federal grand jury subpoenas for the production of certain documents sought in connection with an ongoing criminal investigation being conducted by the U.S. Attorney's Office for the Northern District of Texas, Dallas Division. Further, the Integrated Market Enforcement Team of the Royal Canadian Mounted Police, or RCMP, has advised us that it would be commencing a criminal investigation into our financial accounting situation. Regulatory sanctions may potentially require us to agree to remedial undertakings that may involve the appointment of an independent adviser to review, assess and monitor our accounting practices, financial reporting and disclosure processes and internal control systems. We will continue to cooperate fully with all authorities in connection with these investigations and reviews.

In addition, numerous class action complaints and other actions have been filed against us and NNL, including class action complaints under ERISA and an application in Canada for leave to commence a derivative action against certain of our current and former officers and directors.

As described above under "Significant Business Developments — Proposed Class Action Settlement," on February 8, 2006, we announced the Proposed Class Action Settlement of all pending and proposed shareholder class actions. This settlement would be part of, and is conditioned on our reaching a global settlement encompassing all pending shareholder class actions and proposed shareholder class actions commenced against us and certain other defendants following our announcement of revised financial guidance during 2001 and our revision of our 2003 financial results and restatement of other prior periods. The Proposed Class Action Settlement is also conditioned on the receipt of all required court, securities regulatory and stock exchange approvals. On March 17, 2006, we announced that we and the lead plaintiffs reached an agreement on the related insurance and corporate governance matters including our insurers agreeing to pay $228.5 in cash towards the settlement and us agreeing with our insurers to certain indemnification obligations. We believe that these indemnification obligations would be unlikely to materially increase our total cash payment obligations under the Proposed Class Action Settlement. The insurance payments would not reduce the amounts payable by us as noted below. We also agreed to certain corporate governance enhancements, including the codification of certain of our current governance practices (such as the annual election by our directors of a non-executive Board chair) in our Board of Directors written mandate and the inclusion in our annual proxy circular and proxy statement of a report on certain of our other governance practices (such as the process followed for the annual evaluation of the Board, committees of the Board and individual directors). The Proposed Class Action Settlement would contain no admission of wrongdoing by us or any of the other defendants. The Proposed Class Action Settlement does not relate to the ongoing regulatory and criminal investigations and does not encompass the related ERISA class action or the pending application in Canada for leave to commence a derivative action against certain of our current and former officers and directors. For more information, see "Developments in 2005 and 2006 — Significant Business Developments — Proposed Class Action Settlement".

Our pending civil litigation and regulatory and criminal investigations are significant and, if decided against us, including if we are not able to reach a global definitive settlement in the case of the civil litigation proposed to be encompassed by the Proposed Class Action Settlement, could materially adversely affect our business, results of operations, financial condition or liquidity by requiring us to pay substantial judgments, settlements, fines, sanctions or other penalties, or requiring us to issue equity or equity related securities which could potentially result in the significant dilution of existing shareholders equity positions.

For additional information, see "Liquidity and Capital Resources", the "Legal Proceedings" and "Risk Factors" sections of this report and "Contingencies" in note 22 of the accompanying audited consolidated financial statements. For more information on the Proposed Class Action Settlement, see also "Significant Business Developments — Proposed Class Action Settlement".

HIGHLY CONFIDENTIAL          NNC-NNL06705393 / 244

## Results of Operations — Continuing Operations

**Consolidated Information**

*Revenues*

*Demand Trends for Our Network Solutions*

The following table sets forth our external revenues by category of network solutions:

| | For the Years Ended December 31, | | | 2005 vs 2004 | | 2004 vs 2003 | |
|---|---|---|---|---|---|---|---|
| | **2005** | **2004** | **2003** | **$ Change** | **% Change** | **$ Change** | **% Change** |
| CDMA solutions[a] | $ 2,316 | $2,215 | $2,355 | $ 101 | 5 | $(140) | (6) |
| GSM and UMTS solutions | 2,800 | 2,412 | 1,883 | 388 | 16 | 529 | 28 |
| Circuit and packet voice solutions | 2,750 | 2,584 | 2,990 | 166 | 6 | (406) | (14) |
| Optical networking solutions | 1,179 | 955 | 1,173 | 224 | 23 | (218) | (19) |
| Data networking and security solutions | 1,331 | 1,339 | 1,499 | (8) | (1) | (160) | (11) |
| Other[b] | 147 | 11 | 32 | 136 | 1,236 | (21) | (66) |
| Total | $10,523 | $9,516 | $9,932 | $1,007 | 11 | $(416) | (4) |

(a) CDMA solutions include revenues from traditional TDMA solutions (which were no longer significant in 2005).
(b) Other includes our revenues from NGS, which we acquired in June 2005, and various other network solutions.

The following discusses significant demand trends in 2005 and 2004 for our various network solutions, which impacted our consolidated revenues. We make reference to demand trends in developing and developed countries. Other than the United States and Canada, which we consider developed, each of our geographic regions encompass both developed and developing countries. Other factors also impacted our 2005 and 2004 revenues, and this discussion should be read together with the "Geographic Revenues" and "Segment Information" sections.

*CDMA Solutions*

- In 2005, revenues from our CDMA solutions (which increased 5% over 2004) were positively impacted by significant expansion to meet increased subscriber demand, primarily in developed countries, and the evolution of wireless networks to next generation CDMA technologies, which facilitate mobile high speed data services. Demand for new CDMA technologies was generally greater in developed countries with an installed base of CDMA solutions. In addition, network completions and industry consolidation negatively impacted our revenues in certain regions. Revenues from TDMA solutions were not significant.

  In 2004, revenues from our CDMA solutions (which decreased 6% over 2003) were negatively impacted by substantial declines in TDMA solutions across all regions as customers continued to migrate from the mature TDMA technology to GSM and CDMA wireless technologies. Revenues from CDMA solutions were positively impacted in developed countries by factors that positively impacted revenues in 2005. Network completions during the first half of 2003 negatively impacted our revenues in certain regions.

*GSM and UMTS Solutions*

- In 2005, revenues from our GSM and UMTS solutions (which increased 16% over 2004) reflected increases in both GSM solutions and UMTS solutions. Revenues from our GSM solutions were positively impacted by greater infrastructure sales, particularly in developing countries, related to increasing demand by subscribers. In addition, industry consolidation and a mature installed base of GSM solutions negatively impacted our revenues in certain regions. Revenues from our UMTS solutions were positively impacted by higher subscriber demand to support progressively more sophisticated communication services and continued transition to this next generation technology primarily in developed countries where demand for these services is highest and to a lesser extent in developing countries. In addition, industry consolidation negatively impacted our revenues in the U.S.

  In 2004, revenues from our GSM and UMTS solutions (which increased 28% over 2003) reflected increases in both GSM solutions and UMTS solutions. Revenues from these solutions were impacted in all regions by the same factors that were present in 2005. In addition, new contracts were obtained in certain regions.

21

*Circuit and Packet Voice Solutions*

- In 2005, revenues from our circuit and packet voice solutions (which increased 6% over 2004) were positively impacted by an increase in packet voice solutions offset by declines in circuit voice solutions. Revenues from packet voice solutions were positively impacted by increased demand for next-generation packetized communications, including VoIP, which resulted in reduced expenditures, primarily by service providers, for circuit voice solutions that do not readily accommodate these forms of communication. Demand for circuit and packet voice solutions varied across developed and developing countries.

  In 2004, revenues from our circuit and packet voice solutions (which decreased 14% over 2003) were negatively impacted by a substantial decrease in circuit voice solutions partially offset by an increase in packet voice solutions. Revenues from circuit voice solutions were negatively impacted due to continued reductions in capital expenditures by our service provider customers and a reduction in spending on our mature products in all regions where these solutions are marketed. Packet voice solutions were impacted in all regions by the same factors that positively impacted revenues in 2005. In addition, revenues from packet voice solutions were negatively impacted by enterprise customers in certain regions reducing their spending on certain of our products.

*Data Networking and Security Solutions*

- In 2005, revenues from our data networking and security solutions (which remained essentially flat over 2004) were negatively impacted by reduced demand for our legacy routing solutions and a mature router access market. Revenues were positively impacted by demand for IP based services and related next generation routing solutions, which include features such as power over Ethernet. This demand varied across developed and developing countries depending on the rate of network upgrade and expansion.

  In 2004, revenues from our data networking and security solutions (which decreased 11% over 2003) were impacted by factors that negatively impacted revenues in 2005, particularly in developed countries and in relation to our mature products due to the ongoing shift toward IP based services.

*Optical Networking Solutions*

- In 2005, revenues from our optical networking solutions (which increased 23% over 2004) were positively impacted by increased demand for multimedia and other communications at broadband network speeds. Revenues from our metro networking solutions were positively impacted by the delivery of triple play services (data, voice and multimedia) by a range of service providers, particularly in developed countries where these services are readily available. Revenues from our long-haul solutions were positively impacted by network expansion by wireless and other service providers in developed countries where the focus is on maximizing return on invested capital by increasing the capacity utilization rates and efficiency of existing networks to meet fluctuation in subscriber demand.

  In 2004, revenues from our optical networking solutions (which decreased 19% over 2003) were negatively impacted by reduced spending by service providers in developed countries on long-haul solutions as they continued to focus on maximizing return on invested capital by increasing their capacity utilization rates and efficiency of existing networks to meet fluctuations in subscriber demand partially offset by increases in metro networking solutions, particularly in developed countries, for the same reasons that positively impacted these revenues in 2005. Significant excess inventories and capacity related to optical networking solutions continued to exist in a number of regions which also resulted in ongoing pricing pressures.

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 246

*Geographic Revenues*

The following table summarizes our geographic revenues based on the location of the customer:

| | For the Years Ended December 31, | | | 2005 vs 2004 | | 2004 vs 2003 | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2004 | 2003 | $ Change | % Change | $ Change | % Change |
| United States | $ 5,206 | $4,636 | $5,329 | $ 570 | 12 | $(693) | (13) |
| EMEA | 2,725 | 2,498 | 2,253 | 227 | 9 | 245 | 11 |
| Canada | 576 | 560 | 599 | 16 | 3 | (39) | (7) |
| Asia Pacific | 1,404 | 1,261 | 1,258 | 143 | 11 | 3 | — |
| CALA | 612 | 561 | 493 | 51 | 9 | 68 | 14 |
| Consolidated | $10,523 | $9,516 | $9,932 | $1,007 | 11 | $(416) | (4) |

*2005 vs. 2004*

From a geographic perspective, the 11% increase in revenues in 2005 compared to 2004 was primarily due to a:

- 12% increase in revenues in the U.S. primarily due to a substantial increase in packet voice and optical networking solutions, a significant increase in CDMA solutions and an improvement in data networking and security solutions. The increase in optical networking solutions was negatively impacted by a decrease in optical networking solutions in the first quarter of 2005 due to shipping delays to our customers as a result of the completion of a portion of the Flextronics transaction relating to manufacturing facilities in Montreal. The increase in revenues in the U.S. was also significantly impacted by our acquisition of PEC in the second quarter of 2005 and the recognition of previously deferred revenues upon deployment of a software upgrade related to packet voice solutions. These increases in revenue were partially offset by a substantial decrease in circuit voice solutions and lower revenues from GSM and UMTS solutions;
- 9% increase in revenues in EMEA primarily due to a substantial increase in GSM and UMTS solutions and packet voice solutions and a significant increase in optical networking solutions. These increases in revenue were partially offset by a substantial decrease in CDMA solutions due to network completions and industry consolidation, a significant decrease in circuit voice solutions and a decline in data networking and security solutions;
- 3% increase in revenues in Canada primarily due to a substantial increase in CDMA solutions, packet voice solutions and data networking and security solutions, a significant increase in optical networking solutions and favorable foreign exchange rate fluctuation impact associated with the strengthening of the Canadian dollar against the U.S. dollar; partially offset by a substantial decrease in circuit voice solutions and a substantial decrease in GSM solutions primarily due to industry consolidation. The increase in optical networking solutions was negatively impacted by a decrease in optical networking solutions in the first quarter of 2005 due to shipping delays to our customers as a result of the completion of a portion of the Flextronics transaction relating to manufacturing facilities in Montreal;
- 11% increase in revenues in Asia Pacific primarily due to a substantial increase in GSM and UMTS solutions (due primarily to the Bharat Sanchar Nigam Limited, or BSNL contract). This increase was partially offset by a substantial decrease in CDMA solutions due to the impact of network completions during the first half of 2004; and
- 9% increase in revenues in CALA due primarily to a substantial increase in GSM solutions and optical networking solutions and significant increase in circuit and packet voice solutions partially offset by a substantial decrease in data networking and security solutions and significant decrease in CDMA solutions in the first half of 2005.

*2004 vs. 2003*

From a geographic perspective, the 4% decrease in revenues in 2004 compared to 2003 was primarily due to a:

- 13% decrease in revenues in the U.S. primarily due to a substantial decrease in circuit voice solutions, optical networking solutions and data networking and security solutions. The decrease is also due in part to a substantial decrease in revenues due to the recognition of revenues in 2003 deferred from prior periods that did not occur to the same extent in 2004 as described under "Segment Information — Enterprise Solutions and Packet Networks". These declines were partially offset by an increase in GSM and UMTS solutions;

23

HIGHLY CONFIDENTIAL

- 7% decrease in revenues in Canada primarily due to a substantial decrease in circuit voice solutions, CDMA solutions and significant decrease in optical networking solutions due to network completions during the first half of 2003. These decreases were partially offset by a substantial increase in GSM and UMTS solutions;
- revenues in Asia Pacific were essentially flat. CDMA solutions and optical networking solutions revenues decreased substantially primarily due to network completions during the first half of 2003. These declines were offset by a substantial increase in GSM and UMTS solutions and an improvement in data networking and security solutions; partially offset by:
- 11% increase in revenues in EMEA primarily due to a substantial increase in GSM and UMTS solutions and CDMA solutions partially offset by decrease in circuit voice solutions related to reduced spending by service provider customers and significant decrease in optical networking solutions; and
- 14% increase in revenues in CALA primarily from a substantial increase in GSM solutions, packet voice solutions and data networking and security solutions. These increases were partially offset by significant decrease in CDMA solutions and a slight decrease in optical networking solutions.

**Gross Profit and Gross Margin**

| | For the Years Ended December 31, | | | 2005 vs 2004 | | 2004 vs 2003 | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2004 | 2003 | Change | % Change | Change | % Change |
| Gross profit | $4,306 | $3,942 | $4,209 | $ 364 | 9 | $ (267) | (6) |
| Gross margin | 40.9% | 41.4% | 42.4% | (0.5pts) | | (1.0pts) | |

Gross profit increased $364 (while gross margin decreased by approximately 0.5 percentage points) in 2005 compared to 2004 primarily due to:

- an increase of approximately $570 due to overall higher sales volumes;
- an increase of approximately $240 due to continued improvements in our cost structure primarily as a result of lower material pricing;
- an increase of $45 primarily due to recoveries in our inventory provisions related to the sale of certain optical inventory that was previously provided for and lower warranty costs as a result of improved product quality in the first half of 2005; and
- an estimated project loss of approximately $148 in 2005 compared to a project loss of $160 in 2004 related to the BSNL contract in India. For further information related to the BSNL contract, see "Developments in 2005 and 2006 — Significant Business Developments — Bharat Sanchar Nigam Limited Contract"; partially offset by
- a decrease of $482 primarily as a result of (i) pricing pressures on certain of our products due to increased competition for service provider and enterprise customers; and (ii) unfavorable product mix associated with increased sales of our next generation products which typically have lower gross margins in the early stages of product evolution than our traditional network expansion products and circuit switching technologies; and
- a decrease of $21 related to our employee bonus plans primarily in the first half of 2005.

Gross profit decreased $267 and gross margin decreased by approximately 1.0 percentage points in 2004 compared to 2003 primarily due to:

- a decrease of approximately $534 primarily as a result of (i) pricing pressures on certain of our products due to increased competition for service provider and enterprise customers; (ii) unfavorable product mix associated with increased sales of our next generation products which typically have lower gross margins in the early stages of product evolution; and (iii) lower sales volumes of network expansion products and software upgrades that typically have higher margins;
- an estimated project loss of approximately $160 related to a contract with BSNL in India recognized in 2004. For further information related to the BSNL contract, see "Developments in 2005 and 2006 — Significant Business Developments — Bharat Sanchar Nigam Limited Contract";
- a decrease of approximately $235 due to overall lower sales volumes; and
- a one-time reduction in accruals of $53 associated with a certain customer bankruptcy settlement in the third quarter of 2003 not repeated in 2004; partially offset by
- an estimated increase of approximately $425 due to continued improvements in our cost structure primarily as a result of lower material pricing;
- an increase of approximately $205 primarily due to (i) an absence of significant inventory provision costs that were incurred in prior years as a result of excess inventories due to a decline in revenues in the Carrier Packet Networks segment of our business; and (ii) lower warranty costs as a result of improved product quality; and

24

**HIGHLY CONFIDENTIAL**                    NNC-NNL06705393 / 248

- an approximate $85 decrease in expenses related to our employee return to profitability, or RTP, and regular bonus plans which were not incurred in 2004.

## Operating Expenses

### Selling, General and Administrative Expense

| | For the Years Ended December 31, | | | 2005 vs 2004 | | 2004 vs 2003 | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2004 | 2003 | $ Change | % Change | $ Change | % Change |
| SG&A expense | $2,413 | $2,133 | $1,966 | $ 280 | 13 | $ 167 | 8 |
| As % of revenues | 22.9% | 22.4% | 19.8% | 0.5pts | | 2.6pts | |

SG&A expense increased $280 (and remained essentially flat as a percentage of revenues) in 2005 compared to 2004 primarily due to:

- net trade and customer financing receivable recoveries of approximately $9 in 2005 compared with recoveries of $118 realized primarily in the second half of 2004;
- costs related to our internal control remedial measures and investments in our finance processes and restatement related activities of approximately $211 in 2005 compared to approximately $136 in 2004;
- an increase in sales and marketing expense in the second half of 2005 of approximately $53 arising from the consolidation of the results of PEC and LG-Nortel;
- increased expenses of $26 related to our employee bonus plans;
- unfavorable foreign exchange rate fluctuation impacts associated with the strengthening of the Canadian dollar against the U.S. dollar;
- expenses of approximately $39 incurred in the fourth quarter of 2005 related to our agreement to reimburse Mr. Zafirovski for his settlement with Motorola and increased costs associated with the departure of senior executives; partially offset by
- cost savings associated with our 2004 Restructuring Plan and cost containment initiatives; and
- a decrease of approximately $25 in our stock-based compensation primarily due to costs incurred for our RSU program in the first quarter of 2004 that was not repeated in 2005.

SG&A expense increased $167 and increased from 19.8% to 22.4% as a percentage of revenues in 2004 compared to 2003 primarily due to:

- costs related to our restatement activities of approximately $115 in 2004;
- significant unfavorable foreign exchange impacts associated with the strengthening of the Canadian dollar, euro and British pound against the U.S. dollar;
- an increase in expense related to our stock-based compensation plans, including restricted stock unit and stock option programs; and
- net trade and customer financing receivable recoveries totaling $118 in 2004 compared to a recovery of $189 in 2003. Recoveries were higher in 2003 as a result of favorable settlements related to the sale or restructuring of various receivables and net recoveries on other trade and customer financing receivables due to subsequent collections for amounts exceeding our original estimates of net recovery; partially offset by
- a decrease of approximately $120 related to our RTP and regular bonus plans in 2004 compared to 2003.

For a discussion of our SG&A expense by segment, see "Management EBT" under "Segment Information".

### Research and Development Expense

| | For the Years Ended December 31, | | | 2005 vs 2004 | | 2004 vs 2003 | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2004 | 2003 | $ Change | % Change | $ Change | % Change |
| R&D expense | $1,856 | $1,960 | $1,968 | $ (104) | (5) | $ (8) | (0) |
| As % of revenues | 17.6% | 20.6% | 19.8% | (3.0pts) | | 0.8pts | |

25

R&D expense as a percentage of revenues decreased by approximately 3.0 percentage points to 17.6% in 2005 compared to 2004 and remained essentially flat in 2004 compared to 2003. R&D expense in 2005 decreased primarily due to:

- cost savings associated with our 2004 Restructuring Plan; partially offset by
- increased investments in targeted product areas, primarily in Enterprise Networks;
- increased expense of approximately $24 related to our employee bonus plans; and
- unfavorable foreign exchange impacts associated with the strengthening of the Canadian dollar against the U.S. dollar.

Our continued strategic investments in R&D are aligned with targeting technology leadership in anticipated growth areas. In 2005, we maintained a technology focus and commitment to invest in new innovative solutions where we believed we would achieve the greatest future benefit from this investment and we intend to continue this practice in 2006.

We expect to continue to manage R&D expense according to the requirements of our business, allocating resources and investment where customer demand dictates, and reducing resources and investment where opportunities for improved efficiencies present themselves. Our R&D efforts are currently focused on secure and reliable converged networks including:

- network applications (VoIP and multimedia solutions) for enterprise and service provider customers;
- services edge capability to realize simplification of customer network operations and broadband access technologies, including wireless and wireline; and
- next-generation packet transport for converged networks.

### Special Charges

In 2005, our focus has been on managing each of our businesses based on financial performance, the market conditions and customer priorities. In the third quarter of 2004, we announced the 2004 Restructuring Plan that includes a work plan involving focused workforce reductions, including a voluntary retirement program, of approximately 3,250 employees, real estate optimization and other cost containment actions such as reductions in information services costs, outsourced services and other discretionary spending across all segments, but primarily in Carrier Packet Networks. Substantially all of the employee actions related to the focused workforce reduction were completed by the end of 2005. This workforce reduction is in addition to the workforce reduction resulting from our agreement with Flextronics. For more information on our agreement with Flextronics, see ''Developments in 2005 and 2006 — Evolution of Our Supply Chain Strategy''. We expect the real estate actions relating to the 2004 Restructuring Plan to be substantially complete by the end of 2006.

We estimate total charges to earnings associated with the 2004 Restructuring Plan in the aggregate of approximately $410 comprised of approximately $240 with respect to the workforce reductions and approximately $170 with respect to the real estate actions. No additional special charges are expected to be recorded with respect to the other cost containment actions. We incurred aggregate charges of $165 in 2004 and $177 in 2005, with the remainder expected to be substantially incurred during 2006.

The associated total cash costs of the 2004 Restructuring Plan of approximately $360 are expected to be split equally between the workforce reductions and real estate actions. Approximately 10% and 50% of these cash costs were incurred in 2004 and 2005, respectively, and approximately 15% are expected to be incurred in 2006. The remaining 25% of the cash costs relate to the real estate actions and are expected to be incurred in 2007 through 2022 for ongoing lease costs related to impacted real estate facilities. In addition to the above, we also incurred cash costs of approximately $17 in 2005 for facility improvements related to the real estate actions.

In 2005, we realized cost savings of approximately $340 related to the 2004 Restructuring Plan, which were lower than our previously estimated cost savings of $360 primarily due to additional costs associated with new hires added throughout 2005 and delay in real estate actions. Reductions to cost of revenues, SG&A expense and R&D expense contributed to our total cost savings by approximately 10%, 35% and 55% as a percentage of the realized cost savings, respectively, across all segments but primarily in Carrier Packet Networks. Once the 2004 Restructuring Plan is completed, we anticipate future annualized cost savings of approximately $425 primarily due to reductions to the cost of revenues, SG&A expense and R&D expense at a similar percentage of the realized cost savings across all segments as in 2005. Our estimate of annualized cost savings has been reduced from the previously reported estimate of $450 to approximately $425 primarily due to the costs associated with new hires and certain delays in real estate actions. We expect that this work plan will primarily be funded with cash from operations.

HIGHLY CONFIDENTIAL                              NNC-NNL06705393 / 250

In 2003, we initiated activities to exit certain leased facilities and leases for assets no longer used across all segments.

During 2001, we implemented a work plan to streamline operations and activities around core markets and leadership strategies in light of the significant downturn in both the telecommunications industry and the economic environment, and capital market trends impacting operations and expected future growth rates, or the 2001 Restructuring Plan.

During the years ended December 31, 2005 and 2004, we continued to implement these restructuring work plans. Special charges provisions recorded from January 1, 2004 to December 31, 2005 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| **2004 Restructuring Plan** | | | | |
| Provision balance as of January 1, 2004 | $ — | $ — | $ — | $ — |
| Other special charges | 163 | — | 2 | 165 |
| Cash drawdowns | (38) | — | — | (38) |
| Non-cash drawdowns | — | — | (2) | (2) |
| Foreign exchange and other adjustments | (1) | — | — | (1) |
| Provision balance as of December 31, 2004 | 124 | — | — | 124 |
| Other special charges | 68 | 72 | 30 | 170 |
| Revisions to prior accruals | — | 6 | 1 | 7 |
| Cash drawdowns | (167) | (13) | — | (180) |
| Non-cash drawdowns | — | — | (30) | (30) |
| Foreign exchange and other adjustments | (4) | (4) | (1) | (9) |
| Provision balance as of December 31, 2005 | $ 21 | $ 61 | $ — | $ 82 |
| **2001 Restructuring Plan** | | | | |
| Provision balance as of January 1, 2004 | $ 66 | $ 460 | $ — | $ 526 |
| Other special charges | 7 | — | — | 7 |
| Revisions to prior accruals | (4) | 13 | — | 9 |
| Cash drawdowns | (49) | (167) | — | (216) |
| Non-cash drawdowns | (4) | — | — | (4) |
| Foreign exchange and other adjustments | (1) | 18 | — | 17 |
| Provision balance as of December 31, 2004 | 15 | 324 | — | 339 |
| Revisions to prior accruals | (5) | 1 | (3) | (7) |
| Cash drawdowns | (6) | (107) | — | (113) |
| Non-cash drawdowns | — | — | 3 | 3 |
| Foreign exchange and other adjustments | (1) | (5) | — | (6) |
| Provision balance as of December 31, 2005 | $ 3 | $ 213 | $ — | $ 216 |
| Total provision balance as of December 31, 2005[a] | $ 24 | $ 274 | $ — | $ 298 |

(a) As of December 31, 2005 and 2004, the short-term provision balance was $95 and $254, respectively, and the long-term provision balance was $203 and $209, respectively.

Under the 2004 Restructuring Plan, we recorded special charges of $177 (including revisions to prior accruals of $7) and $165 for the years ended December 31, 2005 and 2004, respectively. Under the 2001 Restructuring Plan, we recorded special charges of $(7), $16 and $288 (including revisions to prior accruals of $(7), $9 and $(53)) for the years ended December 31, 2005, 2004 and 2003, respectively.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 251

The following table outlines special charges incurred by segment for each of the three years ended December 31:

| | 2004 Restructuring Plan | | 2001 Restructuring Plan | | | Total Special Charges | | |
|---|---|---|---|---|---|---|---|---|
| | 2005 | 2004 | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 |
| *Special charges by segment:* | | | | | | | | |
| Carrier Packet Networks | $106 | $ 83 | $(3) | $ 9 | $121 | $103 | $ 92 | $121 |
| CDMA Networks | 11 | 14 | — | 2 | 11 | 11 | 16 | 11 |
| GSM and UMTS Networks | 32 | 21 | (3) | 2 | 74 | 29 | 23 | 74 |
| Enterprise Networks | 28 | 26 | (1) | 2 | 55 | 27 | 28 | 55 |
| Other | — | 21 | — | 1 | 27 | — | 22 | 27 |
| Total special charges | $177 | $165 | $(7) | $16 | $288 | $170 | $181 | $288 |

For additional information related to our restructuring activities, see "Special charges" in note 7 of the accompanying audited consolidated financial statements.

### (Gain) Loss on Sale of Businesses and Assets

In 2005, loss on sale of businesses and assets of $47 was primarily due to charges related to the ongoing divestiture of our remaining manufacturing operations to Flextronics.

In 2004, gain on sale of businesses and assets of $91 was primarily due to a gain of $78 related to the sale of certain assets in CALA for which we received $80 in proceeds and a gain of approximately $30 related to the sale of our directory operator service business to VoltDelta, Resources LLC, or VoltDelta.

In 2003, gain on sale of businesses and assets of $4 was primarily due to the recognition of the remaining unamortized deferred gain related to the sale of substantially all of the assets of our Cogent Defence Systems business in 2001. The remaining unamortized deferred gain of $23 was recognized as a result of the sale of our 41% interest in EADS Telecom S.A.S. (formerly EADS Defence and Security Networks S.A.S.). This gain was partially offset by a loss due to retirement of fixed assets.

For additional information relating to these asset sales, see "Acquisitions, divestitures and closures" in note 10 of the accompanying audited consolidated financial statements.

### Shareholder Litigation Settlement Expense

Shareholder litigation settlement expense of $2,474 was recorded during the year ended December 31, 2005 as a result of an agreement in principle for the proposed settlement of shareholder class action litigation. For additional information, see "Developments in 2005 and 2006 — Significant Business Developments — Proposed Class Action Settlement".

### Other Income — Net

The components of other income — net were as follows:

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| Interest income[a] | $ 73 | $ 70 | $ 84 |
| Gain on sale or write down of investments | 67 | 19 | 143 |
| Currency exchange gains[b] | 68 | 57 | 107 |
| Other — net | 95 | 66 | 132 |
| Other income — net | $303 | $212 | $466 |

(a) Interest income on our short-term investments.
(b) Currency exchange gains were primarily related to day-to-day transactional activities.

HIGHLY CONFIDENTIAL　　　　　　NNC-NNL06705393 / 252

In 2005, other income — net was $303, which (other than interest income and currency exchange gains detailed above) primarily included a:

- dividend income inclusion of $43 on our short-term investments;
- gain of $21 related to the sale of our remaining Arris Group Inc. shares, $45 related to the sale of Axtel S.A. de CV, or Axtel, shares and $7 related to the sale of shares of VoltDelta;
- gain of $17 related to a customer exclusivity clause settlement;
- income of $22 related to sub-leases of facilities; and
- gain of $10 on customer financing arrangements; partially offset by
- loss of $20 from the sale of certain account receivables; and
- loss of $7 related to changes in fair value of derivative financial instruments that did not meet the criteria for hedge accounting.

In 2004, other income — net was $212, which (other than interest income and currency exchange gains detailed above) primarily included a:

- dividend income of $22 on our short-term investments;
- gain of $52 resulting from a restructured customer financing arrangement;
- gain of $18 related to the sale of our remaining 7 million common shares of Entrust, Inc. for cash consideration of $33. As a result of this transaction, we no longer hold any equity interest in Entrust;
- income of $12 related to sub-leases of facilities;
- gain of $13 related to the sale of Arris Group shares. For additional information on our investment in Arris Group, see "Results of Operations — Discontinued Operations"; and
- gain of $7 related to a certain customer bankruptcy settlement; partially offset by
- loss of $24 related to changes in fair value of derivative financial instruments that did not meet the criteria for hedge accounting;
- loss of $14 related to a write down of our Bookham investment; and
- loss of $7 related to prepaid equity forward purchase contracts that were entered into in connection with the issuance of restricted stock units.

In 2003, other income — net was $466, which (other than interest income and currency exchange gains detailed above) primarily included a:

- gain of $96 related to the sale of our interest in EADS Telecom in conjunction with the changes in ownership of our French and German operations;
- dividend income inclusion of $20 on our short-term investments;
- gain of $31 related to the sale of Arris Group shares. For additional information on our investment in Arris Group see "Results of Operations — Discontinued Operations";
- gain of $30 related to a certain customer bankruptcy settlement;
- gain of $25 resulting from a settlement related to intellectual property use;
- gain of $22 related to changes in fair value of derivative financial instruments that did not meet the criteria for hedge accounting;
- income of $15 related to sub-leases of facilities;
- royalty income inclusion of $15 from patented technology;
- gain of $11 related to sale of certain minority investments; and
- gain of $6 related to sale of a portion of our interest in Bookham.

**Interest Expense**

Interest expense increased $16 in 2005 compared to 2004 and decreased $4 in 2004 compared to 2003. The increase in interest expense in 2005 was primarily due to increases in short-term rates which negatively impacted our floating rate swap exposure compared to 2004. In 2004, we reduced our long-term debt by $134, from $4,000 as of December 31, 2003 to $3,866 as of December 31, 2004, primarily due to the purchase of land and two buildings for $87 that were previously leased by us and a decrease of $30 in the fair value adjustment attributable to hedged debt obligations. For additional information, see "Long-term debt" in note 11 of the accompanying audited consolidated financial statements.

Interest rates on our outstanding notes payable and long-term debt remained essentially flat during these periods.

29

HIGHLY CONFIDENTIAL        NNC-NNL06705393 / 253

We expect an increase in the quarterly interest expense in 2006 primarily due to higher borrowing costs associated with our 2006 Credit Facility that replaced lower cost debt. For further details relating to the repayment of long-term debt, see "Developments in 2005 and 2006 — Significant Business Developments — Credit and Support Facilities".

**Income Tax Benefit (Expense)**

In 2005, we recorded a tax benefit of $56 on a pre-tax loss of $2,586 from continuing operations before minority interests and equity in net earnings (loss) of associated companies. The tax benefit of $56 is primarily related to the release of a liability related to the retroactive application of our advance pricing arrangements, or APA, and various R&D related incentives partially offset by the drawdown of our deferred tax assets and current tax provisions in certain taxable jurisdictions, and various corporate minimum and other taxes. In addition, we recorded additional valuation allowances against the tax benefit of losses realized in some jurisdictions.

In 2004, we recorded a tax benefit of $30 on a pre-tax loss of $240 from continuing operations before minority interests and equity in net loss of associated companies. We recorded a tax expense against the earnings of certain taxable entities and recorded additional valuation allowances against the tax benefit of current period losses of other entities. The tax benefit is primarily a result of R&D related incentives, favorable audit settlements, and a release of valuation allowances in certain jurisdictions, partially offset by tax expense recorded against the earnings of certain taxable entities and corporate minimum and other taxes.

As of December 31, 2005, we have substantial loss carryforwards and valuation allowances in our significant tax jurisdictions. These loss carryforwards will serve to minimize our future cash income related taxes. We will continue to assess the valuation allowance recorded against our deferred tax assets on a quarterly basis. The valuation allowance is in accordance with SFAS No. 109, "Accounting for Income Taxes", which requires that a tax valuation allowance be established when it is more likely than not that some portion or all of a company's deferred tax assets will not be realized. Given the magnitude of our valuation allowance, future adjustments to this valuation allowance based on actual results could result in a significant adjustment to our effective tax rate. For additional information, see "Application of Critical Accounting Policies and Estimates — Tax Asset Valuation".

**Segment Information**

Management EBT is a measure that includes the cost of revenues, SG&A expense, R&D expense, interest expense, other income (expense) — net, minority interests - net of tax and equity in net earnings (loss) of associated companies — net of tax. Interest attributable to long-term debt has not been allocated to a reportable segment and is included in "Other". "Other" represents miscellaneous business activities and corporate functions. None of these activities meet the quantitative criteria to be disclosed separately as reportable segments. Costs associated with shared services and other corporate costs are allocated to the segments based on usage determined generally by headcount. Costs not allocated to the segments are primarily related to our corporate compliance and other non-operational activities and are included in "Other". See "Segment information — General description" in note 6 of the accompanying audited consolidated financial statements.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 254

The following tables set forth revenues and Management EBT of our reportable segments, "Other" and reconciliation to net earnings (loss) from continuing operations:

| | For the Years Ended December 31, | | | 2005 vs 2004 | | 2004 vs 2003 | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2004 | 2003 | $ Change | % Change | $ Change | % Change |
| **Revenues** | | | | | | | |
| Mobility and Converged Core Networks.. | $ 6,234 | $5,741 | $5,561 | $ 493 | 9 | $ 180 | 3 |
| Enterprise Solutions and Packet Networks | 3,998 | 3,688 | 4,262 | 310 | 8 | (574) | (13) |
| Total reportable segments.............. | 10,232 | 9,429 | 9,823 | 803 | 9 | (394) | (4) |
| Other ............................... | 291 | 87 | 109 | 204 | 234 | (22) | (20) |
| **Total revenues** ...................... | $10,523 | $9,516 | $9,932 | $ 1,007 | 11 | $(416) | (4) |
| **Management EBT** | | | | | | | |
| Mobility and Converged Core Networks.. | $ 748 | $ 430 | $ 746 | $ 318 | 74 | $(316) | (42) |
| Enterprise Solutions and Packet Networks | 64 | (129) | (43) | 193 | 150 | (86) | (200) |
| Total reportable segments.............. | 812 | 301 | 703 | 511 | 170 | (402) | (57) |
| Other ............................... | (736) | (488) | (263) | (248) | (51) | (225) | (86) |
| **Total management EBT** .............. | $ 76 | $ (187) | $ 440 | $ 263 | 141 | $(627) | (143) |
| Amortization of intangibles ............ | $ (17) | $ (9) | $ (101) | $ (8) | (89) | $ 92 | 91 |
| Deferred stock option compensation ..... | — | — | (16) | — | — | 16 | 100 |
| Special charges[a] ..................... | (170) | (181) | (288) | 11 | 6 | 107 | 37 |
| Gain (loss) on sale of businesses and assets ............................. | (47) | 91 | 4 | (138) | (152) | 87 | 2,175 |
| Shareholder litigation settlement expense | (2,474) | — | — | (2,474) | — | — | — |
| Income tax benefit ................... | 56 | 30 | 83 | 26 | 87 | (53) | (64) |
| **Net earnings (loss) from continuing operations** ...................... | $(2,576) | $ (256) | $ 122 | $(2,320) | (906) | $(378) | (310) |

(a) For additional information of special charges by reportable segment see note 7 of the Restated Financial Statements.

The following table sets forth the positive (negative) contribution to segment Management EBT by each of its components relative to the comparable prior year period:

| | 2005 vs 2004 | | | | | 2004 vs 2003 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gross Profit | SG&A | R&D | Other Items[a] | Total $ Change | Gross Profit | SG&A | R&D | Other Items[a] | Total $ Change |
| Mobility and Converged Core Networks ........ | $151 | $ 29 | $114 | $24 | $ 318 | $(148) | $ (41) | $(97) | $ (30) | $(316) |
| Enterprise Solutions and Packet Networks ....... | 158 | (18) | 24 | 29 | 193 | (120) | (3) | 92 | (55) | (86) |
| Total reportable segments | 309 | 11 | 138 | 53 | 511 | (268) | (44) | (5) | (85) | (402) |
| Other ................... | 55 | (291) | (34) | 22 | (248) | 1 | (123) | 13 | (116) | (225) |
| Total change .......... | $364 | $(280) | $104 | $75 | $ 263 | $(267) | $(167) | $ 8 | $(201) | $(627) |

(a) "Other items" is comprised of interest expense, other income (expense) — net, minority interests — net of tax and equity in net loss of associated companies — net of tax. Interest attributable to long-term debt has not been allocated to a reportable segment and is included in "Other".

The following discussion should be read together with "Consolidated Information — Revenues", which discusses certain demand trends for our networking solutions and geographical factors that impacted our revenues.

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 255

### Mobility and Converged Core Networks

#### Revenues

The following chart summarizes recent quarterly revenues for Mobility and Converged Core Networks:



#### 2005 vs. 2004

Mobility and Converged Core Networks revenues increased 9% primarily due to significant increase in GSM and UMTS revenues and a slight increase in CDMA revenues.

Revenues from the GSM solutions portion of this segment increased significantly due primarily to a substantial increase in Asia Pacific (due primarily to the BSNL contract described under "Developments in 2005 and 2006 — Significant Business Developments — Bharat Sanchar Nigam Limited Contract" in the MD&A section of our 2005 Annual Report) and substantial increases in EMEA and CALA partially offset by a significant decrease in the U.S. and a substantial decrease in Canada due primarily to industry consolidation which in the U.S. caused the loss of a contract and reduced customer spending due to a mature installed base of GSM solutions. Revenues from UMTS solutions increased substantially in the U.S., EMEA and Asia Pacific.

Revenues from the CDMA solutions portion of this segment increased slightly due primarily to a significant increase in the U.S. and a substantial increase in Canada, partially offset by substantial decreases in Asia Pacific and EMEA due to the impact of network completions during the first half of 2004 and, in the case of EMEA, due to industry consolidation, and a significant decrease in CALA during the first half of 2005. Revenues from TDMA solutions in 2005 were not significant.

Revenues from the packet voice solutions portion of this segment increased substantially in the U.S., EMEA and Canada, and increased significantly in CALA. Circuit voice solutions declined substantially in EMEA and significantly in the U.S. and Canada.

#### 2004 vs. 2003

Mobility and Converged Core Networks revenues increased by 3% primarily due to a substantial increase in GSM and UMTS revenues, partially offset by a substantial decrease in circuit voice revenue and a decrease in CDMA revenue.

Revenues from the GSM and UMTS solutions portion of this segment increased substantially in 2004 compared to 2003. GSM and UMTS solutions revenues increased substantially across all regions due to new contracts in certain regions as new service providers entered the market.

Revenues from the circuit voice solutions portion of this segment decreased substantially in the U.S. and Canada and were lower in EMEA and Asia Pacific. The substantial decrease in circuit voice solutions was partially offset by increase in packet voice solutions across all regions.

Revenues from the CDMA solutions portion of this segment decreased primarily due to substantial decreases in TDMA solutions across all our regions partially offset by a slight increase in revenues from CDMA solutions due to an increase in the U.S. and substantial increases in EMEA and CALA that was partially offset by substantial declines in Asia Pacific and Canada primarily due to network completion during the first half of 2003.

#### Management EBT

Management EBT for the Mobility and Converged Core Networks segment increased by $318 in 2005 compared to 2004 and decreased by $316 in 2004 compared to 2003 primarily as a result of the items discussed below.

HIGHLY CONFIDENTIAL NNC-NNL06705393 / 256

*2005 vs. 2004*

Mobility and Converged Core Networks gross margin decreased by approximately 0.9 percentage points (while gross profit increased $151) primarily due to:

- unfavorable product mix associated with increased sales of our next generation products which typically have lower gross margins in the early stages of product evolution than our traditional solutions;
- pricing pressures on certain of our products due to increased competition for service provider customers; partially offset by
- estimated project loss of approximately $148 in 2005 compared to an estimated project loss of $160 in 2004 related to our contract in India with BSNL;
- a decrease in contract-related costs including a reduction in losses incurred from customer trials in the second quarter of 2004 not repeated in 2005;
- continued improvements in our cost structure primarily as a result of lower material pricing; and
- lower warranty costs during the first half of 2005.

Mobility and Converged Core Networks SG&A expense decreased $29 primarily due to:

- the ongoing focus on efficiencies and cost reduction activities;
- decreases in selling and marketing expenses in our Asia Pacific region; and
- the impact of our workforce reductions across all regions and associated reductions in other related costs such as information services and real estate; partially offset by
- increased expenses related to our employee bonus plan.

Mobility and Converged Core Networks R&D expense decreased $114 primarily due to:

- the impact of lower spending on certain R&D initiatives, including as a result of project timing and completions; and
- the continued impact of our workforce reductions that targeted a level of R&D expense that was more representative of the volume of our business; partially offset by
- incremental investment in targeted new programs;
- increased expenses related to our employee bonus plan; and
- unfavorable foreign exchange rate fluctuation impacts associated with the strengthening of the Canadian dollar against the U.S. dollar.

Mobility and Converged Core Networks other items expense decreased $24 primarily due to a cash settlement of $17 in connection with the release of an exclusivity commitment agreement which has been recorded as a gain in other income (expense).

*2004 vs. 2003*

Mobility and Converged Core Networks gross margin decreased by approximately 4.0 percentage points (while gross profit decreased $148) primarily due to:

- an estimated project loss of approximately $160 related to our contract with BSNL in India recognized in 2004;
- pricing pressures on certain of our products due to increased competition for service provider customers;
- unfavorable product mix associated with increased sales of our next generation products which typically have lower gross margins in the early stages of product evolution; partially offset by
- continued improvements in our cost structure primarily as a result of lower material pricing; and
- lower warranty costs as a result of improved product quality.

Mobility and Converged Core Networks SG&A expense increased by $41 primarily due to:

- unfavorable foreign exchange rate impacts associated with the weakening of the U.S. dollar;
- net trade and customer financing receivable recoveries in 2003 not repeated in 2004;
- planned investment in strategic businesses; and
- increases in employee related expenses; partially offset by
- lower bad debt expense in 2004;
- the continued impact of our workforce reductions across all regions and associated reductions in other related costs such as information services and real estate.

33

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 257

Mobility and Converged Core Networks R&D expense increased $97 primarily due to:

- continued investment in the development of new products;
- unfavorable foreign exchange rate impacts associated with the strengthening of the Canadian dollar against the U.S. dollar; and
- acceleration of programs to increase the feature content in our GSM product offering; partially offset by
- the continued impact of our workforce reductions that targeted a level of R&D expense that was more representative of the volume of our business.

### *Enterprise Solutions and Packet Networks*

#### *Revenues*

The following chart summarizes recent quarterly revenues for Enterprise Solutions and Packet Networks:



#### *2005 vs. 2004*

Enterprise Solutions and Packet Networks revenues increased by 8% primarily due to a substantial increase in optical revenue and increases in our circuit and packet voice revenue.

Revenues from optical networking solutions increased substantially in the U.S. and CALA and increased significantly in EMEA and Canada. The increase in optical networking solutions was negatively impacted by a decrease in optical networking solutions in the first quarter of 2005 due to shipping delays to our customers in the U.S. and Canada as a result of the completion of a portion of the Flextronics transaction relating to manufacturing facilities in Montreal.

Revenues from circuit and packet voice solutions portion of this segment increased significantly in the U.S., EMEA (in both regions primarily due to the recognition of previously deferred revenues upon deployment of a software upgrade) and CALA, were higher in Asia Pacific and decreased in Canada.

Revenues from data networking and security solutions related to our enterprise customers decreased substantially in CALA and significantly in EMEA and Asia Pacific, partially offset by significantly higher revenues in the U.S. and substantially higher revenues in Canada.

Revenues from data networking solutions related to our service provider customer declined significantly in the U.S. and CALA and were higher in EMEA and Asia Pacific.

#### *2004 vs. 2003*

Enterprise Solutions and Packet Networks revenues decreased by 13% primarily due to a significant decrease in optical revenue and decreases in both our circuit and packet voice and data networking and security revenue.

Revenues from optical long-haul portion of this segment decreased substantially in the U.S., EMEA and Canada and decreased significantly in Asia Pacific and slightly in CALA. Revenues in the metro optical portion of this segment increased primarily due to increased sales to certain service provider customers primarily in the U.S. and EMEA. In 2004, the revenues in the metro optical portion of this segment surpassed the revenues in the optical long-haul portion of this segment.

Revenues from circuit voice solutions portion of this segment decreased significantly primarily due to a substantial decrease in circuit switching and interactive voice response solutions primarily in the U.S. This substantial decrease in revenues was primarily a result of the release of certain software, including in connection with the general availability of Succession 3.0 in the fourth quarter of 2003. The general availability of this software triggered the recognition of

34

associated revenues deferred from prior periods, resulting in a net increase in revenues of $150 in 2003 ($300 in the fourth quarter of 2003) that did not occur to the same extent in 2004. In addition, revenues from certain products associated with various software upgrade marketing programs initiated in 2004 did not meet the criteria for revenue recognition in 2004 and were deferred to future periods. This decrease across all regions primarily associated with our packet voice solutions.

Revenues associated with data networking and security solutions portion related to our enterprise customers decreased slightly primarily due to a decline in revenues associated with our legacy routing portfolio and associated declines in new service contracts and service contract renewals. We also experienced a decline in revenue from certain of our data networking products primarily due to pricing pressures driven by increased competition. In addition, in 2003, we recognized revenues of approximately $60 compared with revenues of approximately $30 in 2004, primarily in the U.S., associated with the delivery of certain data switch upgrades. These declines were partially offset by growth from improved market penetration of certain new products.

Revenues from the data networking and security portion related to our service provider customers decreased significantly primarily due to substantial declines in the U.S., Canada and EMEA.

### Management EBT

Management EBT for the Enterprise Solutions and Packet Networks segment increased by $193 in 2005 compared to 2004 and decreased by $86 in 2004 compared to 2003 primarily as a result of the items discussed below.

### 2005 vs. 2004

Enterprise Solutions and Packet Networks gross margin increased by approximately 0.7 percentage points (while gross profit increased $158) primarily due to:

- sales volumes of software upgrades that typically have higher margins;
- recovery in inventory provisions due to sale of optical inventory that was previously fully provided for; and
- continued improvements in our cost structure primarily as a result of lower material pricing; partially offset by
- pricing pressures on our data products due to increased competition for enterprise customers primarily in EMEA and Asia Pacific; and
- increased expenses related to our employee bonus plan during the first half of 2005.

Enterprise Solutions and Packet Networks SG&A expense increased $18 primarily due to:

- unfavorable foreign exchange rate fluctuation impacts associated with the strengthening of the Canadian dollar against the U.S. dollar;
- increased expenses related to our employee bonus plan;
- increased in bad debt expense; and
- increases in employee related expenses; partially offset by
- continued impact of our workforce reductions across all regions and associated reductions in other related costs such as information services and real estate;

Enterprise Solutions and Packet Networks R&D expense decreased $24 primarily due to:

- the continued impact of our workforce reductions that targeted a level of R&D expense that was more representative of the volume of our business; and
- more effectively prioritizing investment in data products and increased outsourcing to third parties of certain R&D functions; partially offset by
- increased expenses related to our employee bonus plan;
- investment in targeted programs to increase the feature content in our Enterprise Solutions and Packet Networks portfolio, including the acceleration of R&D related to IP technologies; and
- unfavorable foreign exchange rate fluctuation impacts associated with the strengthening of the Canadian dollar against the U.S. dollar.

35

HIGHLY CONFIDENTIAL

*2004 vs. 2003*

Enterprise Solutions and Packet Networks gross margin increased by approximately 2.8 percentage points (while gross profit decreased $120) primarily due to:

- continued improvements in our cost structure primarily as a result of lower material pricing;
- absence of significant inventory provision costs that had been incurred in prior years as a result of excess inventories due to a decline in revenues of our business; and
- lower warranty costs as a result of improved product quality; partially offset by
- unfavorable product mix associated with increased sales of our next generation products which typically have lower gross margins in the early stages of product evolution than our traditional solutions;
- a one-time reduction in accruals of $53 associated with a certain customer bankruptcy settlement in the third quarter of 2003 not repeated in 2004;
- pricing pressures on certain of our products due to increased competition for enterprise customers; and
- lower sales volumes of software upgrades that typically have higher margins.

Enterprise Solutions and Packet Networks SG&A expense increased $3 primarily due to:

- unfavorable foreign exchange rate impacts associated with the strengthening of the Canadian dollar against the U.S. dollar;
- planned investment in strategic businesses;
- increases in employee related and sales and marketing expenses; and
- lower net trade and customer financing receivable recoveries; partially offset by
- the continued impact of our workforce reductions and associated reductions in other related costs such as information services and real estate.

Enterprise Solutions and Packet Networks R&D expense decreased $92 primarily due to:

- the continued impact of our workforce reductions that targeted a level of R&D expense that was more representative of the volume of our business; and
- effectively prioritizing investment in data products and increased outsourcing activity; partially offset by
- continued investment in the accelerated development of certain new voice and data products; and
- unfavorable foreign exchange rate impacts associated with the strengthening of the Canadian dollar against the U.S. dollar.

Enterprise Solutions and Packet Networks other items expense increased by $55 in 2004 compared to 2003 primarily due to:

- release of accruals of $30 from a certain customer bankruptcy settlement in 2003 not repeated in 2004; and
- a gain of $25 in 2003 resulting from a settlement related to intellectual property not repeated in 2004.

### Other

*Management EBT*

Other Management EBT decreased by $248 in 2005 compared to 2004 and decreased by $225 in 2004 compared to 2003 primarily as a result of the items discussed below.

*2005 vs. 2004*

Other segment gross profit increased by approximately $55 primarily due to the consolidation of the results of operations of NGS as a result of the acquisition in June 2005

Other segment SG&A expense increased $291 primarily due to:

- costs associated with our internal control remedial measures, investment in our finance processes and restatement related activities;
- expenses incurred in the fourth quarter of 2005 related to our agreement to reimburse Mr. Zafirovski for his settlement with Motorola and increased costs associated with the departure of senior executives;
- increases in sales and marketing expenses primarily related to our NGS acquisition;
- net trade receivable recoveries realized primarily in the second half of 2004 not repeated in 2005; and

36

HIGHLY CONFIDENTIAL   NNC-NNL06705393 / 260

- unfavorable foreign exchange rate impacts associated with the strengthening of the Canadian dollar against the U.S. dollar; partially offset by
- cost savings associated with our 2004 Restructuring Plan and cost containment initiatives;
- lower stock based compensation in 2005 due to the RSU expense incurred in the first quarter of 2004 that was not repeated in 2005 as the program was terminated in 2005.

Other segment R&D expense increased by $34 primarily due to increases in employee related expenses and unfavorable foreign exchange rate impacts associated with the strengthening of the Canadian dollar against the U.S. dollar, partially offset by savings associated with our 2004 Restructuring Plan.

*2004 vs. 2003*

Other segment SG&A expense increased $123 primarily due to:

- costs associated with our restatement activities and additional investment in our finance organization;
- unfavorable foreign exchange rate impacts associated with the strengthening of the Canadian dollar and euro against the U.S. dollar; and
- an increase in stock based compensation in 2004 which was not allocated to our segments; partially offset by
- a reduction in our employee return to profitability and regular bonus plans.

Other segment R&D expense decreased by $13 primarily due to a reduction in our employee bonus programs, partially offset by an increase in stock based compensation.

Other segment other items expense increased by $116 primarily due to:

- gains related to the sale of our interest in EADS Telecom in conjunction with the changes in ownership of our French and German operations in 2003 not repeated in 2004;
- losses related to changes in fair value of derivative financial instruments that do not meet the criteria for hedge accounting compared to a gain in 2003; and
- a decrease in interest income.

### Results of Operations — Discontinued Operations

In 2005, we recorded net earnings from discontinued operations (net of tax) of $1.

In 2004, we recorded net earnings from discontinued operations (net of tax) of $49. The significant items included in net earnings are summarized below:

- a gain of $32 related to the revaluation of a receivable. On December 23, 2004, a customer financing arrangement was restructured. The notes receivable that were restructured had a net carrying amount of $1, net of a provision of $63. The arrangement increased the net carrying amount of the receivable to $33. On January 25, 2005, we sold this receivable for cash proceeds; and
- a net gain of $17 related to our reassessment of our remaining provisions for discontinued operations consisting of changes in estimates of $13 for liabilities, and $4 for both short-term and long-term receivables.

In 2003, we recorded net earnings from discontinued operations of $183 (net of tax) primarily related to a number of transactions in 2003 as well as gains of $68 associated with provision reassessments as follows:

- a gain of $14 on the sale of certain assets related to our fixed wireless access operations to Airspan Networks, Inc. for cash consideration of $13 on December 23, 2003;
- a gain of $17 in the fourth quarter of 2003 associated with a cash settlement of $17 related to a certain note receivable which had been previously provisioned;
- a gain of $12 on March 24, 2003 from the sale of 8 million common shares of Arris Group, back to Arris Group for cash consideration of $28 pursuant to a March 11, 2003 agreement. In addition, on March 18, 2003, we assigned our membership interest in Arris Interactive LLC, or Arris, to ANTEC Corporation, an Arris Group company, for cash consideration of $88, resulting in a loss of $2. Also in connection with these transactions, we received $11 upon the settlement of a sales representation agreement with Arris Group and recorded a gain of $11; and
- a gain of $66 in the first quarter of 2003 from the settlement of certain trade and customer financing receivables, the majority of which was previously provisioned.

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 261

Following the March 2003 Arris Group transactions, we reduced our interest in Arris Group to 18.8%, and ceased equity accounting for the investment. As a result, we reclassified our remaining ownership interest in Arris Group as an available-for-sale investment within continuing operations effective in the second quarter of 2003. We continued to dispose of our interest in Arris Group in 2004 and 2003 and the gain or loss on the sale of shares subsequent to the first quarter of 2003 was included in other income (expense) — net. We sold 9 million common shares of Arris Group on November 24, 2003 and 1.8 million shares on March 10, 2004. During the year ended December 31, 2005, we sold our remaining 3.2 million common shares of Arris Group. As a result, we no longer hold any equity interest in Arris Group.

For additional information, see "Discontinued operations" in note 20 of the accompanying audited consolidated financial statements and "Other income (expense) — net".

## Liquidity and Capital Resources

### Cash Flow

Cash and cash equivalents excluding restricted cash decreased $734 during 2005 to $2,951 as of December 31, 2005, primarily due to cash payments of $651, net of cash acquired, relating to our acquisitions of PEC and LG-Nortel, expenditures for plant and equipment of $258, and an outflow from operations of $180 which included cash payments for restructuring of $293 and payments of approximately $180 for pension funding, partially offset by cash proceeds of $470 primarily due to the transfer of manufacturing assets to Flextronics and the sale of certain investments. Fluctuations in foreign exchange rates resulted in a $102 reduction in cash and cash equivalents in 2005.

The following table summarizes our cash flows by activity and cash on hand as of December 31:

| | For the Years Ended December 31, | | |
| --- | ---: | ---: | ---: |
| | 2005 | 2004 | 2003 |
| Net cash from (used in) operating activities of continuing operations | $ (180) | $ (179) | $ (140) |
| Net cash from (used in) investing activities of continuing operations | (425) | (138) | 145 |
| Net cash from (used in) financing activities of continuing operations | (60) | (110) | (359) |
| Effect of foreign exchange rate changes on cash and cash equivalents | (102) | 88 | 176 |
| Net cash from (used in) continuing operations | (767) | (339) | (178) |
| Net cash from (used in) operating activities of discontinued operations | 33 | 22 | 149 |
| Net cash from (used in) investing activities of discontinued operations | — | — | 241 |
| Net increase (decrease) in cash and cash equivalents | (734) | (317) | 212 |
| Cash and cash equivalents at beginning of period | 3,685 | 4,002 | 3,790 |
| Cash and cash equivalents at end of period | $2,951 | $3,685 | $4,002 |

### Operating activities

In recent years our operating results have produced negative cash flow from operations due in large part to our inability to reduce operating expenses as a percentage of revenue, the continued negative impact on gross margin due to competitive pressures and other factors discussed throughout our MD&A. In addition we have made significant payments related to our restructuring programs and pension plans.

In 2005, our cash flows used in operating activities were $180 due to net loss from continuing operations of $2,576, less adjustments of $217 related to the net change in our operating assets and liabilities plus net adjustments of $2,613 for non-cash and other items.

In 2005, the primary adjustments to our net earnings from continuing operations for non-cash and other items were shareholder litigation settlement expense of $1,899, amortization and depreciation of $302, substantially all of which was depreciation, and stock option expense of $88. In 2006, amortization and depreciation is expected to be slightly lower due to the sale of certain assets and stock option expense is expected to be higher than in 2005 due to the planned issuance of stock options in 2006 as part of our employee stock option plans.

In 2004, our cash flows used in operating activities were $179 due to a net loss from continuing operations of $256, plus adjustments of $732 for non-cash and other items less $655 related to the change in our operating assets and liabilities.

38

HIGHLY CONFIDENTIAL　　　　NNC-NNL06705393 / 262

In 2004, the primary adjustments to our net loss from continuing operations for non-cash and other items were amortization and depreciation of $340, substantially all of which was depreciation, and stock option expense of $77. In addition, other adjustments included deferred income taxes, gain on sale of businesses and assets and other items, partially offset by foreign exchange impacts on long-term assets and liabilities, accounted for the remaining $315.

*Changes in Operating Assets and Liabilities*

In 2005, the use of cash of $217 relating to the net change in our operating assets and liabilities was primarily due to restructuring outflows, other changes in operating assets and liabilities, supplemental pension funding and $312 decrease in cash flows associated with our working capital performance as discussed further below under "Working capital metrics". This was partially offset by collection of cash proceeds of approximately $76 from the sale of certain customer financing notes receivable. We had cash outflows for restructuring activities of $293 related to our 2004 and 2001 Restructuring Plan and approximately $180 for pension funding.

Other changes in operating assets and liabilities included the following:

- income tax payments of $48 in 2005 compared to $40 in 2004 primarily due to an increase in taxable income in certain taxable jurisdictions; and
- an increase of $540 from other changes in operating assets and liabilities primarily due to the shareholder litigation settlement provision of $575.

In 2004, the use of cash of $655 relating to the change in our operating assets and liabilities was primarily due to changes in accounts receivable, inventories and accounts payable, restructuring outflows, supplemental pension funding and other changes in assets and liabilities partially offset by collection of long term or customer financing receivables. This included a $648 reduction in cash flows associated with accounts receivable, inventories and accounts payable as discussed further under "working capital metrics" below.

In 2004, we received cash proceeds of approximately $147 from the sale of certain customer financing notes receivable and convertible notes receivable. We had cash outflows for restructuring activities of $254 primarily related to our 2001 Restructuring Plan and approximately $140 in supplemental pension funding cash outflows to contribute to the reduction of our pension deficit. Other significant operating items included payments of approximately $280 in the first quarter of 2004 associated with our employee bonus plan and restricted stock unit program based on 2003 performance. In 2004, we had increase in cash of $560 from other changes in operating assets and liabilities primarily due to an increase in liabilities, including the deferred revenue.

We expect to pay $575 in cash related to the Proposed Class Action Settlement. The cash amount bears interest commencing March 23, 2006 at a prescribed rate and is to be placed in escrow on June 1, 2006 pending satisfactory completion of all conditions to the Proposed Class Action Settlement. Such cash payments would relate only to the encompassed actions and would not relate to certain ERISA and derivative actions and the ongoing regulatory and criminal investigations. On March 17, 2006, we announced that we and the lead plaintiffs reached an agreement on the related insurance and corporate governance matters including our insurers agreeing to pay $228.5 in cash towards the settlement and us agreeing with our insurers to certain indemnification obligations. On April 3, 2006, the insurance proceeds were placed into escrow by the insurers. We believe that these indemnification obligations would be unlikely to materially increase our total cash payment obligations under the Proposed Class Action Settlement. The insurance payments would not reduce the amounts payable by us. For more information, see "Developments in 2005 and 2006 — Proposed Class Action Settlement". We expect cash contributions for pension funding for the full year 2006 to be approximately $335, including a portion related to a pension funding agreement in the United Kingdom that requires additional contributions through April 2007. We are currently in discussions with the Trustee of the United Kingdom pension plan to establish a long-term funding agreement which would increase the level of 2006 contributions. In addition, we expect cash outflows of approximately $110 for the full year 2006 related to both our 2001 Restructuring Plan and 2004 Restructuring Plan, and payments related to our employee bonus program in 2006 based on our 2005 performance. For the full year 2006, we expect to generate minimal cash from the sale of customer financing receivables.

HIGHLY CONFIDENTIAL        NNC-NNL06705393 / 263