| (Millions of U.S. dollars) | Year ended December 31, | | | Three months ended March 31, | |
|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2005 | 2006 |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | 134 | (240) | (2,586) | (77) | (160) |
| Income tax benefit (expense) | 83 | 30 | 56 | (16) | (23) |
| Minority interests—net of tax | (59) | (46) | (50) | (14) | 9 |
| Equity in net earnings (loss) of associated companies—net of tax | (36) | – | 4 | 1 | (2) |
| Net earnings (loss) from continuing operations | 122 | (256) | (2,576) | (106) | (176) |
| Net earnings (loss) from discontinued operations—net of tax | 183 | 49 | 1 | 2 | – |
| Net earnings (loss) before cumulative effect of accounting change | 305 | (207) | (2,575) | (104) | (176) |
| Cumulative effect of accounting change—net of tax | (12) | – | – | – | 9 |
| Net earnings (loss) | $ 293 | $ (207) | $ (2,575) | $ (104) | $ (167) |

(1) Represents net after-tax gains or losses classified in NNC's consolidated statement of operations as gains or losses on the sale of businesses and assets and includes related costs. Consists primarily of: for 2003, the recognition of the remaining unamortized deferred gain related to the sale of substantially all of the assets of NNC's Cogent Defence Systems business during the year ended December 31, 2001; for 2004, a gain of $78 million related to the sale of certain assets in CALA for which we received $80 million in proceeds and a gain of approximately $30 million related to the sale of our directory and operator services business to VoltDelta Resources LLC; for 2005, charges related to the divestiture of our remaining manufacturing operations to Flextronics; for the three months ended March 31, 2005, a loss of $21 million on sale of businesses and assets related to the ongoing divestiture of our remaining manufacturing operations to Flextronics.; and for the three months ended March 31, 2006, a gain of $19 million on the sale of certain assets and a gain of $18 million on the sale of our Brampton facility.

## Balance Sheet Data

| (Millions of U.S. dollars) | As of December 31, 2005 | As of March 31, 2006 | |
|---|---|---|---|
| | | Actual | As Adjusted |
| Total assets | $18,112 | $17,841 | $17,769 |
| Unrestricted cash and cash equivalents | 2,951 | 2,695 | 2,623 |
| Accounts receivable—net | 2,862 | 2,620 | 2,620 |
| Inventories—net | 1,804 | 1,984 | 1,984 |
| Accounts payable—net(2) | 1,166 | 1,053 | 1,053 |
| Plant and equipment—net | 1,564 | 1,531 | 1,531 |
| Total debt(3) | 3,896 | 3,926 | 4,476 |
| Total shareholders' equity | 786 | 675 | 675 |

(2) Accounts payable—net is defined as trade and other accounts payable and notes payable.

(3) Total debt includes long-term debt, long-term debt due within one year, loan payable and notes payable. Notes payable as of December 31, 2005 was $11 million and as of March 31, 2006 was $13 million.

2

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 302

**Other Financial Data and Credit Statistics**

| (Millions of U.S. dollars, except ratios) | Year ended December 31, | | | Three months ended March 31, | | Twelve months ended March 31, 2006 |
| --- | --- | --- | --- | --- | --- | --- |
| | 2003 | 2004 | 2005 | 2005 | 2006 | As adjusted(4) |
| Net cash from (used in) operating activities of continuing operations . . . . . . . . . . . . . . . . . . . . . | $(140) | $(179) | $(180) | $(263) | $(174) | – |
| Net cash from (used in) investing activities of continuing operations . . . . . . . . . . . . . . . . . . . . . | 145 | (138) | (425) | 28 | (100) | – |
| Net cash from (used in) financing activities of continuing operations . . . . . . . . . . . . . . . . . . . . . | (359) | (110) | (60) | (21) | 4 | – |
| Adjusted EBITDA(5) . . . . . . . . . . . . . . . . . . . . . . . . | 818 | 602 | 913 | 113 | 17 | 817 |
| Capital expenditures . . . . . . . . . . . . . . . . . . . . . . . . | 169 | 276 | 258 | 54 | 99 | 303 |
| Cash interest paid . . . . . . . . . . . . . . . . . . . . . . . . . . . | 186 | 189 | 203 | 84 | 105 | 224 |
| Consolidated Fixed Charges(6) . . . . . . . . . . . . . . . | 241 | 235 | 256 | 62 | 82 | 276 |
| Consolidated Fixed Charges Coverage Ratio(7) . . . | 3.39 | 2.56 | 3.56 | – | – | 2.96 |
| Ratio of net debt to Adjusted EBITDA(8) . . . . . . . | | | 1.04 | – | – | 2.27 |

(4) On a historical basis for the twelve months ended March 31, 2006, Ratio of net debt to Adjusted EBITDA was 1.51, all other numbers were as presented in this column.

(5) We have presented Adjusted EBITDA because it is a financial measure that is used as a factor in testing whether the Company, the Guarantors and their subsidiaries may incur additional funded debt under the terms of the Notes and the related indenture (see ''Description of the Notes—Certain Definitions'' and ''—Certain Covenants that will Cease to Apply During Suspension Period''). Adjusted EBITDA is derived from EBITDA, which is defined as net earnings (loss) from continuing operations before interest expense (excluding interest income), income tax expense (benefit), depreciation and amortization and cash dividends paid by NNL on outstanding preferred shares (including taxes paid in respect of such dividends).

Adjusted EBITDA and EBITDA, as presented, may not be comparable to similarly titled measures of other companies. Adjusted EBITDA and EBITDA, which are non-GAAP financial measures, have important limitations as analytical tools and you should not consider them in isolation or as substitutes for analysis of NNC's consolidated results as reported under U.S. GAAP. For example, Adjusted EBITDA:

- does not reflect NNC's consolidated cash expenditures, or future requirements for capital expenditures, or contractual commitments including pension and other post-retirement obligations;

- does not reflect the significant interest expense, or the cash requirements necessary to service interest or principal payments, on NNC's consolidated indebtedness and other obligations;

- does not reflect tax payments that represent a reduction in cash available to NNC and its subsidiaries;

- does not reflect expenses resulting from payments or distributions in connection with certain shareholder litigation or regulatory or law enforcement investigations;

- does not necessarily reflect changes in, or cash requirements for, NNC's consolidated working capital needs including the timing of the receipt of cash from our customers for the sales of our solutions or the timing of our payments of costs relating to these sales; and

- does not reflect any cash requirements for the assets being depreciated and amortized that may have to be replaced in the future.

Because of these limitations, we rely primarily on our results under U.S. GAAP. The SEC may require that Adjusted EBITDA and EBITDA be presented differently or not at all in filings we make with it. See ''Non-GAAP financial measures'' for additional information. Adjusted EBITDA and EBITDA also differ in important respects from Management EBT discussed in the MD&A section of our 2006 First Quarter Report. Adjusted EBITDA and EBITDA should not be viewed as substitute measures of our cash flow or reliable predictors of our cash flow or our ability to generate earnings or cash to service our indebtedness.

3

HIGHLY CONFIDENTIAL          NNC-NNL06705393 / 303

The following table reconciles Adjusted EBITDA for NNC on a consolidated basis to EBITDA and to the most directly comparable U.S. GAAP measure, net earnings (loss) from continuing operations. We have presented a reconciliation to EBITDA because it is a measure that is commonly used by investors in evaluating high yield debt instruments and Adjusted EBITDA is derived from EBITDA.

| (Millions of U.S. dollars) | Year ended December 31, | | | Three months ended March 31, | | Twelve months ended March 31, 2006(a) |
|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2005 | 2006 | |
| Net earnings (loss) from continuing operations ..... | $ 122 | $(256) | $(2,576) | $(106) | $(176) | $(2,646) |
| Interest expense(b) ........................... | 206 | 202 | 218 | 53 | 70 | 235 |
| Income tax expense (benefit) ................... | (83) | (30) | (56) | 16 | 23 | (49) |
| Depreciation and amortization................. | 546 | 340 | 302 | 81 | 60 | 281 |
| Dividends on preferred shares(c) ............... | 35 | 33 | 38 | 9 | 12 | 41 |
| EBITDA.................................. | $ 826 | $ 289 | $(2,074) | $ 53 | $ (11) | $(2,138) |
| Net (income) loss of equity investments except cash distributions(d)........................... | 36 | 1 | (4) | (1) | 2 | (1) |
| Restructuring charges(e) ...................... | 288 | 181 | 170 | 14 | 5 | 161 |
| (Gain) loss on sale of businesses and assets(f) ..... | (4) | (91) | 47 | 22 | (35) | (10) |
| Loss on BSNL contract(g)...................... | – | 162 | 148 | 6 | – | 142 |
| Customer bankruptcy settlement(h).............. | (53) | – | – | – | – | – |
| Customer financing receivable restructuring gains(i) | (122) | (98) | (10) | (10) | – | – |
| Non-cash compensation expense(j) .............. | 45 | 118 | 88 | 18 | 16 | 86 |
| Restatement costs(k) .......................... | 5 | 97 | 102 | 33 | 17 | 86 |
| Finance transformation costs(l) ................. | – | – | 40 | 6 | 14 | 48 |
| Gain related to sale of EADS interest(m) ......... | (96) | – | – | – | – | – |
| Shareholder litigation settlement expense(n) ...... | – | – | 2,474 | – | 19 | 2,493 |
| Foreign exchange gains ........................ | (107) | (57) | (68) | (28) | (10) | (50) |
| Adjusted EBITDA .......................... | $ 818 | $ 602 | $ 913 | $ 113 | $ 17 | $817 |

(a)   Calculated by adding NNC's audited consolidated financial data for the year ended December 31, 2005 and NNC's unaudited condensed consolidated financial data for the three months ended March 31, 2006 and subtracting NNC's unaudited condensed consolidated financial data for the three months ended March 31, 2005. Amounts presented for the twelve months ended March 31, 2006 are not necessarily indicative of financial results for the full year 2006.

(b)   Does not give effect to interest income.

(c)   Represents cash dividends paid by NNL on outstanding preferred shares (including taxes paid in respect of such dividends), which are included as part of minority interests in NNC's consolidated financial statements. These amounts are included in the calculation of Consolidated Fixed Charges described below in footnote 6.

(d)   Represents the net income or loss of joint ventures in which NNC or a subsidiary of NNC is a party and the net income or loss of entities that are not subsidiaries of NNC, in each case except to the extent of cash dividends or distributions paid to NNC or to a subsidiary of NNC by such joint venture or other entity.

(e)   Represents charges (including amounts to be settled in cash) related to exit and disposal activities approved by the board of directors of NNC as part of a restructuring plan. Restructuring charges in 2003, 2004, 2005 and 2006 consist of charges relating to two restructuring plans. We implemented a restructuring plan to streamline our operations and activities around our core markets and leadership strategies during 2001, or the 2001 Restructuring Plan, in light of the significant downturn in both the telecommunications industry and the economic environment, and capital market trends impacting our operations and expected future growth rates. This restructuring plan was adjusted during 2001, 2002 and 2003 to reflect the continued decline in the industry and economic environment, and in the capital markets. In addition, we initiated activities in 2003 to exit certain leased facilities and leases for assets no longer used across all segments. In the third quarter of 2004, we announced a strategic plan that included the 2004 Restructuring Plan. For more information on the 2004 Restructuring Plan, see the MD&A section of our 2005 Annual Report. We may incur restructuring charges of this nature in the future as our business and the telecommunications industry continue to evolve.

4

(f)     Represents net after-tax gains or losses classified in NNC's consolidated statement of operations as gains or losses on the sale of businesses and assets. See footnote 1 for more information.

(g)     Represents losses, charges and costs attributed to the contracts with Bharat Sanchar Nigam Limited, or BSNL. The definition of Adjusted EBITDA excludes these losses, charges and costs attributed to BSNL contracts existing on the issue date of the Notes, but not any expansion option, extension, renewal or replacement of those contracts. For more information on the BSNL contract, see the MD&A section of our 2005 Annual Report.

(h)     Represents a one-time reduction in accruals of $53 million associated with a certain customer bankruptcy settlement in the third quarter of 2003. The definition of Adjusted EBITDA excludes this item, but if there are any similar items that occur after March 31, 2006, they will not be excluded.

(i)      Represents favorable settlements of $122 million in 2003, $45 million in 2004 and nil in 2005 related to the sale or restructuring of customer financing receivables due to subsequent collections for amounts exceeding NNC's original estimates of net recovery, which are included in SG&A expense; and gains of $53 million in 2004 (all of which was recorded in the fourth quarter of 2004) and $10 million in 2005 (all of which was recorded in the first quarter of 2005) resulting from restructured customer financing arrangements, which are included in other income (expense). The definition of Adjusted EBITDA excludes these items, but if there are any similar items that occur after March 31, 2006, they will not be excluded.

(j)      Represents non-cash compensation expense related to stock-based compensation plans included as applicable in cost of revenues, SG&A expense and R&D expense.

(k)     Represents costs attributable to the First, Second and Third Restatements and any related internal control remedial measures. Considerable effort and resources have been expended on our restatement activities in 2004, 2005 and 2006. We and our independent auditors have identified a number of material weaknesses related to our internal control over financial reporting and concluded that our internal control over financial reporting is ineffective, which could continue to cause us to incur additional costs in relation to the remediation of these material weaknesses. For more information, see the "Controls and Procedures" section in the 2005 Annual Report and 2006 First Quarter Report.

(l)      Represents costs attributable to our ongoing finance transformation project, which includes, among other things, the implementation of a new information technology platform (SAP) to provide an integrated global financial system. For more information, see the "Controls and Procedures" section in the 2005 Annual Report and 2006 First Quarter Report.

(m)    Represents a non-cash gain of $96 million in 2003 related to the sale of our interest in EADS Telecom S.A.S. (formerly EADS Defence and Security Networks S.A.S.) in conjunction with changes in ownership of our French and German operations.

(n)     Represents charges taken as a result of our Proposed Class Action Settlement. See "—Company overview—Recent Developments—Proposed Class Action Settlement" for more information. We adjusted the equity component in the first quarter of 2006 and will further adjust it in future quarters based on the fair value of the NNC common shares issuable until the finalization of the settlement. We may incur additional costs in the future in connection with the settlement of, or satisfaction of any judgment resulting from, any shareholder litigation or regulatory or law enforcement investigation. The definition of Adjusted EBITDA excludes these costs relating to matters disclosed or incorporated by reference in this offering memorandum.

(5)     We have presented Consolidated Fixed Charges because it is a financial measure that is used as a factor in testing whether the Company, the Guarantors and their subsidiaries may incur additional funded debt under the terms of the Notes and the related indenture (see "Description of the Notes—Certain Definitions" and "—Certain Covenants that will Cease to Apply During Suspension Period").

Consolidated Fixed Charges, as presented, may not be comparable to similarly titled measures of other companies. Consolidated Fixed Charges is a non-GAAP financial measure, and you should not consider it in isolation or as substitutes for analysis of NNC's consolidated results as reported under U.S. GAAP. The SEC may require that Consolidated Fixed Charges be presented differently or not at all in filings we make with it. See "Non-GAAP financial measures" for additional information. Consolidated Fixed Charges also differs in important respects from fixed charges as calculated for purposes of the ratio of earnings to fixed charges under SEC rules, which is presented under "Ratio of earnings to fixed charges of NNC".

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 305

The following table sets out the composition of Consolidated Fixed Charges:

| (Millions of U.S. dollars) | Year ended December 31, | | | Three months ended March 31, | | Twelve months ended March 31, |
|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2005 | 2006 | 2006(a) |
| Interest expense(b) .................................. | $206 | $202 | $218 | $53 | $70 | $235 |
| Dividends on preferred shares(c) ..................... | 35 | 33 | 38 | 9 | 12 | 41 |
| **Consolidated Fixed Charges** ........................ | $241 | $235 | $256 | $62 | $82 | $276 |

(a)   Calculated by adding NNC's audited consolidated financial data for the year ended December 31, 2005 and NNC's unaudited condensed consolidated financial data for the three months ended March 31, 2006 and subtracting NNC's unaudited condensed consolidated financial data for the three months ended March 31, 2005. Amounts presented for the twelve months ended March 31, 2006 are not necessarily indicative of financial results for the full year 2006.

(b)   Does not give effect to interest income.

(c)   Represents cash dividends paid by NNL on outstanding preferred shares (including taxes paid in respect of such dividends), which are reflected in NNC's consolidated financial statements as minority interests.

(7)   Represents the ratio of Adjusted EBITDA to Consolidated Fixed Charges. See footnote 5 for a description of Adjusted EBITDA and footnote 6 for a description of Consolidated Fixed Charges.

(8)   We have presented the ratio of net debt to Adjusted EBITDA, because we believe it provides information that is useful to understand our past financial performance and prospects for the future and because it is a measure that is commonly used by investors in evaluating high yield debt instruments. Net debt is defined as total debt less unrestricted cash and cash equivalents and, as presented, may not be comparable to similarly titled measures of other companies. The SEC may require that net debt be presented differently or not at all in filings we make with it. See "Non-GAAP financial measures" for additional information. Net debt as of December 31, 2005 and March 31, 2006 comprises total debt of $3,896 million and $3,926 million, respectively, less unrestricted cash and cash equivalents of $2,951 million and $2,695 million, respectively. Cash and cash equivalents as of March 31, 2006 does not reflect the deposit into escrow on June 1, 2006 of $575 million (plus accrued interest of $5 million) pursuant to the Proposed Class Action Settlement, the repayment at maturity of the outstanding $150 million aggregate principal amount of 7.40% Notes due June 15, 2006 and other post March 31, 2006 impacts on cash. See footnote 4 for a description of total debt and footnote 5 for a description of Adjusted EBITDA.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 306

EXHIBIT 99.6

## Computation of Ratio of Earnings to Fixed Charges

| | Three Months Ended March 31, 2006 | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2005 | 2004 | 2003 | 2002 | 2001 |
| | | (Millions of U.S. dollars, except ratio) | | | | |
| **Fixed Charges:** | | | | | | |
| Interest expensed and capitalized ................ | $ 70 | $ 218 | $ 202 | $206 | $ 276 | $ 311 |
| Amortized premiums, discounts and capitalized expenses related to indebtedness ............... | 2 | 9 | 8 | 4 | 1 | — |
| One-third of rental expenses on operating leases[a] .. | 15 | 58 | 60 | 87 | 156 | 252 |
| Preference security dividend requirements of consolidated subsidiaries .................... | — | — | 0 | — | — | — |
| Total Fixed Charges......................... | $ 87 | $ 285 | $ 270 | $297 | $ 433 | $ 563 |
| **Earnings:** | | | | | | |
| Pretax income from continuing operations before adjustment for minority interests in consolidated subsidiaries or income or loss from equity investees ................................. | $(160) | $(2,586) | $(240) | $134 | $(3,411) | $(25,838) |
| Fixed Charges (see above)..................... | 87 | 285 | 270 | 297 | $ 433 | 563 |
| Amortization of capitalized interest .............. | — | — | — | (2) | (2) | — |
| Distributed income of equity investees ........... | — | — | — | — | — | — |
| Pre-tax losses of equity investees for which charges arising from guarantees are included in fixed charges .................................. | (2) | 4 | — | (36) | (17) | (150) |
| Less: | | | | | | |
| Interest capitalized ......................... | — | — | — | — | 4 | — |
| Preference security dividend requirement of consolidated subsidiaries .................. | — | — | — | — | — | — |
| Minority interest in pretax income of subsidiaries that have not incurred fixed charges ......... | 9 | (50) | (46) | (59) | 5 | (34) |
| Total Earnings ............................... | $ (66) | $(2,347) | $ (16) | $334 | $(2,988) | $(25,459) |
| Ratio of Earnings to Fixed Charges[b] .............. | — | — | — | 1.1 | — | — |

(a) Considered to be representative of interest factor in rental expense.
(b) The earnings of NNC calculated in accordance with U.S. GAAP were inadequate to cover fixed charges for the years ended December 31, 2005, 2004, 2002 and 2001 by $2,632, $286, $3,421, $26,022, and for the three months ended March, 31, 2006 by $153.

(This page intentionally left blank)

**Annex B:**
**NNC Quarterly Report on Form 10-Q**
**for the Quarterly Period Ended March 31, 2006**

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 309

(This page intentionally left blank)

HIGHLY CONFIDENTIAL

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# FORM 10-Q

☑     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Quarterly Period Ended March 31, 2006**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Transition Period From _____ to _____

Commission file number: 001-07260

# Nortel Networks Corporation
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Canada** | **Not Applicable** |
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| **8200 Dixie Road, Suite 100** | **L6T 5P6** |
| **Brampton, Ontario, Canada** | *(Zip Code)* |
| *(Address of Principal Executive Offices)* | |

**Registrant's Telephone Number Including Area Code (905) 863-0000**

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☑     No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑     Accelerated filer ☐     Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐     No ☑

Indicate the number of shares outstanding of each of the issuer's classes of common stock as of May 15, 2006.

**4,335,644,313 shares of common stock without nominal or par value**

HIGHLY CONFIDENTIAL

## TABLE OF CONTENTS

### PART I
### FINANCIAL INFORMATION

|  |  | PAGE |
|---|---|---|
| ITEM 1. | Condensed Consolidated Financial Statements (unaudited) | 1 |
| ITEM 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 44 |
| ITEM 3. | Quantitative and Qualitative Disclosures About Market Risk | 80 |
| ITEM 4. | Controls and Procedures | 81 |

### PART II
### OTHER INFORMATION

| ITEM 1. | Legal Proceedings | 85 |
|---|---|---|
| ITEM 1A. | Risk Factors | 86 |
| ITEM 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 92 |
| ITEM 6. | Exhibits | 93 |
| SIGNATURES | | 95 |

All dollar amounts in this document are in United States dollars unless otherwise stated.

NORTEL, NORTEL (Logo), NORTEL NETWORKS, The GLOBEMARK, NT, and NORTEL > BUSINESS MADE SIMPLE are trademarks of Nortel Networks.

MOODY'S is a trademark of Moody's Investor Services, Inc.

NYSE is a trademark of the New York Stock Exchange, Inc.

SAP is a trademark of SAP AG.

S&P and STANDARD & POOR'S are trademarks of The McGraw-Hill Companies, Inc.

All other trademarks are the property of the respective owners.

i

HIGHLY CONFIDENTIAL

# NORTEL NETWORKS CORPORATION

## Condensed Consolidated Statements of Operations (unaudited)

| | Three months ended March 31, | |
|---|---|---|
| | 2006 | 2005 |
| | | As restated * |
| | (Millions of U.S. dollars, except per share amounts) | |
| Revenues | $2,382 | $2,389 |
| Cost of revenues | 1,474 | 1,377 |
| Gross profit | 908 | 1,012 |
| Selling, general and administrative expense | 595 | 578 |
| Research and development expense | 478 | 474 |
| Amortization of intangibles | 5 | 2 |
| Special charges | 5 | 14 |
| (Gain) loss on sale of businesses and assets[a] | (35) | 22 |
| Shareholder litigation settlement expense | 19 | — |
| Operating earnings (loss) | (159) | (78) |
| Other income — net | 69 | 54 |
| Interest expense | | |
|    Long-term debt | (46) | (50) |
|    Other | (24) | (3) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (160) | (77) |
| Income tax benefit (expense) | (23) | (16) |
| | (183) | (93) |
| Minority interests — net of tax | 9 | (14) |
| Equity in net earnings (loss) of associated companies — net of tax | (2) | 1 |
| Net earnings (loss) from continuing operations | (176) | (106) |
| Net earnings from discontinued operations — net of tax | — | 2 |
| Net earnings (loss) before cumulative effect of accounting change | (176) | (104) |
| Cumulative effect of accounting change — net of tax (note 16) | 9 | — |
| Net earnings (loss) | $ (167) | $ (104) |
| Basic earnings (loss) per common share | | |
|    — from continuing operations | $ (0.04) | $ (0.02) |
|    — from discontinued operations | 0.00 | 0.00 |
| Basic earnings (loss) per common share | $ (0.04) | $ (0.02) |
| Diluted earnings (loss) per common share | | |
|    — from continuing operations | $ (0.04) | $ (0.02) |
|    — from discontinued operations | 0.00 | 0.00 |
| Diluted earnings (loss) per common share | $ (0.04) | $ (0.02) |

(a) Includes related costs.

* See note 3

*The accompanying notes are an integral part of these condensed consolidated financial statements*

1

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 313

## NORTEL NETWORKS CORPORATION

### Condensed Consolidated Balance Sheets (unaudited)

| | March 31, 2006 | December 31, 2005 |
|---|---|---|
| | (Millions of U.S. dollars, except for share amounts) | |

### ASSETS

**Current assets**

| | | |
|---|---|---|
| Cash and cash equivalents | $ 2,695 | $ 2,951 |
| Restricted cash and cash equivalents | 77 | 77 |
| Accounts receivable — net | 2,620 | 2,862 |
| Inventories — net | 1,984 | 1,804 |
| Deferred income taxes — net | 388 | 377 |
| Other current assets | 823 | 796 |
| Total current assets | 8,587 | 8,867 |
| Investments | 246 | 244 |
| Plant and equipment — net | 1,531 | 1,564 |
| Goodwill | 2,680 | 2,592 |
| Intangible assets — net | 166 | 172 |
| Deferred income taxes — net | 3,606 | 3,629 |
| Other assets | 1,025 | 1,044 |
| Total assets | $17,841 | $18,112 |

### LIABILITIES AND SHAREHOLDERS' EQUITY

**Current liabilities**

| | | |
|---|---|---|
| Trade and other accounts payable | $ 1,069 | $ 1,180 |
| Payroll and benefit-related liabilities | 778 | 801 |
| Contractual liabilities | 297 | 346 |
| Restructuring liabilities | 84 | 95 |
| Other accrued liabilities | 4,384 | 4,200 |
| Long-term debt due within one year | 168 | 1,446 |
| Loan payable | 1,300 | — |
| Total current liabilities | 8,080 | 8,068 |
| Long-term debt | 2,445 | 2,439 |
| Deferred income taxes — net | 109 | 104 |
| Other liabilities | 5,778 | 5,935 |
| Total liabilities | 16,412 | 16,546 |
| Minority interests in subsidiary companies | 754 | 780 |

**Guarantees, commitments and contingencies (notes 11, 12 and 18)**

### SHAREHOLDERS' EQUITY

Common shares, without par value — Authorized shares: unlimited;

| | | |
|---|---|---|
| Issued and outstanding shares: 4,339,337,625 as of March 31, 2006 and 4,339,162,932 as of December 31, 2005 | 33,935 | 33,932 |
| Additional paid-in capital | 3,295 | 3,281 |
| Accumulated deficit | (35,692) | (35,525) |
| Accumulated other comprehensive loss | (863) | (902) |
| Total shareholders' equity | 675 | 786 |
| Total liabilities and shareholders' equity | $17,841 | $18,112 |

*The accompanying notes are an integral part of these condensed consolidated financial statements*

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 314

# NORTEL NETWORKS CORPORATION

## Condensed Consolidated Statements of Cash Flows (unaudited)

| | Three months ended March 31, | |
|---|---|---|
| | 2006 | 2005 |
| | | As restated * |
| | (Millions of U.S. dollars) | |
| **Cash flows from (used in) operating activities** | | |
| Net earnings (loss) from continuing operations | $ (176) | $ (106) |
| Adjustments to reconcile net earnings (loss) from continuing operations to net cash from (used in) operating activities, net of effects from acquisitions and divestitures of businesses: | | |
| Amortization and depreciation | 60 | 81 |
| Non-cash portion of shareholder litigation settlement expense | 19 | — |
| Equity in net (earnings) loss of associated companies | 2 | (1) |
| Stock option compensation | 25 | 18 |
| Deferred income taxes | 16 | 8 |
| Other liabilities | 73 | 79 |
| (Gain) loss on sale or write down of investments, businesses and assets | (34) | 27 |
| Other — net | 103 | (107) |
| Change in operating assets and liabilities | (262) | (262) |
| Net cash from (used in) operating activities of continuing operations | (174) | (263) |
| **Cash flows from (used in) investing activities** | | |
| Expenditures for plant and equipment | (99) | (54) |
| Proceeds on disposals of plant and equipment | 87 | — |
| Restricted cash and cash equivalents | 3 | 1 |
| Acquisitions of investments and businesses — net of cash acquired | (121) | (2) |
| Proceeds on sale of investments and businesses | 30 | 83 |
| Net cash from (used in) investing activities of continuing operations | (100) | 28 |
| **Cash flows from (used in) financing activities** | | |
| Dividends paid by subsidiaries to minority interests | (18) | (14) |
| Increase in notes payable | 4 | 20 |
| Decrease in notes payable | (3) | (26) |
| Borrowings in loan payable | 1,300 | — |
| Repayment of long-term debt | (1,275) | — |
| Decrease in capital leases payable | (5) | (1) |
| Issuance of common shares | 1 | — |
| Net cash from (used in) financing activities of continuing operations | 4 | (21) |
| Effect of foreign exchange rate changes on cash and cash equivalents | 14 | (35) |
| Net cash from (used in) continuing operations | (256) | (291) |
| Net cash from (used in) operating activities of discontinued operations | — | 36 |
| **Net increase (decrease) in cash and cash equivalents** | (256) | (255) |
| **Cash and cash equivalents at beginning of period** | 2,951 | 3,685 |
| **Cash and cash equivalents at end of period** | $ 2,695 | $3,430 |

\* See note 3

*The accompanying notes are an integral part of these condensed consolidated financial statements*

HIGHLY CONFIDENTIAL                      NNC-NNL06705393 / 315

NORTEL NETWORKS CORPORATION

Notes to Condensed Consolidated Financial Statements (unaudited)
(millions of U.S. dollars, except per share amounts, unless otherwise stated)

## 1. Significant accounting policies

### Basis of presentation

The condensed unaudited consolidated financial statements of Nortel Networks Corporation ("Nortel") have been prepared in accordance with accounting principles generally accepted in the United States ("U.S.") ("GAAP") and the rules and regulations of the U.S. Securities and Exchange Commission (the "SEC") for the preparation of interim financial information. They do not include all information and notes required by U.S. GAAP in the preparation of annual consolidated financial statements. The accounting policies used in the preparation of the unaudited condensed consolidated financial statements are the same as those described in Nortel's audited consolidated financial statements prepared in accordance with U.S. GAAP for the year ended December 31, 2005. Although Nortel is headquartered in Canada, the unaudited condensed consolidated financial statements are expressed in U.S. dollars as the greater part of the financial results and net assets of Nortel are denominated in U.S. dollars.

Nortel makes estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results may differ from those estimates. Estimates are used when accounting for items and matters such as revenue recognition and accruals for losses on contracts, allowances for uncollectible accounts receivable and customer financing, receivables sales, inventory obsolescence, product warranty, amortization, asset valuations, impairment assessments, employee benefits including pensions, taxes and related valuation allowance, restructuring and other provisions, stock-based compensation and contingencies.

Nortel believes all adjustments necessary for a fair statement of the results for the periods presented have been made and all such adjustments were of a normal recurring nature unless otherwise disclosed. The financial results for the three months ended March 31, 2006 are not necessarily indicative of financial results for the full year. The unaudited condensed consolidated financial statements should be read in conjunction with Nortel's Annual Report on Form 10-K/A for the year ended December 31, 2005 filed with the SEC and Canadian Securities Regulatory Authorities (the "2005 Annual Report").

### Comparative figures

Certain 2005 figures in the unaudited condensed consolidated financial statements have been reclassified to conform to the 2006 presentation and certain 2005 figures have been restated as set out in note 3.

### Recent accounting pronouncements

(a) In February 2006, the United States Financial Accounting Standards Board ("FASB") issued Statement of Financial Accounting Standard ("SFAS") No. 155, "Accounting for Certain Hybrid Financial Instruments — an amendment to FASB Statements No. 133 and 140" ("SFAS 155"). SFAS 155 simplifies the accounting for certain hybrid financial instruments containing embedded derivatives. SFAS 155 allows fair value measurement for any hybrid financial instrument that contains an embedded derivative that otherwise would require bifurcation under SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities" ("SFAS 133"). In addition, it amends SFAS No. 140 "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities" ("SFAS 140"), to eliminate the prohibition on a qualifying special-purpose entity from holding a derivative financial instrument that pertains to a beneficial interest other than another derivative financial instrument. SFAS 155 is effective for all financial instruments acquired, issued, or subject to a re-measurement event occurring after the beginning of an entity's first fiscal year that begins after September 15, 2006. Nortel will adopt the provisions of SFAS 155 on January 1, 2007. The implementation of SFAS 155 is not expected to have a material impact on Nortel's results of operations and financial condition.

(b) In March 2006, the FASB issued SFAS No. 156 "Accounting for Servicing of Financial Assets — an amendment of FASB Statement No. 140" ("SFAS 156"). SFAS 156 simplifies the accounting for loan servicing rights and the financial instruments used to hedge risks associated with those rights. SFAS 156 requires that servicing rights be valued initially at fair value, and subsequently accounted for at either fair value, or amortized over the economic life of the related lease. SFAS 156 is effective for fiscal years beginning after September 15, 2006. Nortel will adopt the

4

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 316

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

provisions of SFAS 156 on January 1, 2007. The implementation of SFAS 156 is not expected to have a material impact on Nortel's results of operations and financial condition.

### 2. Accounting changes

#### (a) The Meaning of Other-than-Temporary Impairment and its Application to Certain Investments

As of January 1, 2006, Nortel adopted the United States Emerging Issues Task Force ("EITF") Issue No. 03-1, "The Meaning of Other-Than-Temporary Impairment and Its Application to Certain Investments" ("EITF 03-1"), re-titled FASB Staff Position ("FSP") FAS 115-1 and FAS 124-1, "The Meaning of Other-Than-Temporary Impairment and Its Application to Certain Investments" ("FSP FAS 115-1 and FAS 124-1"). The adoption of FSP FAS 115-1 and FAS 124-1 did not have a material impact on Nortel's results of operations and financial condition.

#### (b) Inventory Costs

As of January 1, 2006, Nortel adopted FASB SFAS No. 151, "Inventory Costs" ("SFAS 151"). The adoption of SFAS 151 did not have a material impact on Nortel's results of operations and financial condition.

#### (c) Share-Based Payment

In December 2004, the FASB issued SFAS No. 123 (Revised 2004), "Share-Based Payment" ("SFAS 123R"), which requires all share-based payments to employees, including grants of employee stock options, to be recognized as compensation expense in the consolidated financial statements based on their fair values. SFAS 123R also modifies certain measurement and expense recognition provisions of SFAS 123 that will impact Nortel, including the requirement to estimate employee forfeitures each period when recognizing compensation expense and requiring that the initial and subsequent measurement of the cost of liability-based awards each period be based on the fair value (instead of the intrinsic value) of the award. This statement is effective for Nortel as of January 1, 2006. Nortel previously elected to expense employee stock-based compensation using the fair value method prospectively for all awards granted or modified on or after January 1, 2003 in accordance with SFAS No. 148 "Accounting for Stock Based Compensation — Transition and Disclosure" ("SFAS 148"). SEC Staff Accounting Bulletin ("SAB") 107, "Share-Based Payment" ("SAB 107"), was issued by the SEC in March 2005, and provides supplemental SFAS 123R application guidance based on the views of the SEC. As a result of the adoption of SFAS 123R in the first quarter of 2006, Nortel recorded a gain of $9 as a cumulative effect of an accounting change. There were no other material impacts on Nortel's results of operations and financial condition as a result of the adoption of SFAS 123R. For additional disclosures related to SFAS 123R, see note 16.

#### (d) Accounting Changes and Error Corrections

In May 2005, the FASB issued SFAS No. 154, "Accounting Changes and Error Corrections" ("SFAS 154"), which replaces Accounting Principles Board ("APB") Opinion No. 20, "Accounting Changes", and SFAS No. 3, "Reporting Accounting Changes in Interim Financial Statements — An Amendment of APB Opinion No. 28". SFAS 154 provides guidance on the accounting for and reporting of changes in accounting principles and error corrections. SFAS 154 requires retrospective application to prior period financial statements of voluntary changes in accounting principles and changes required by new accounting standards when the standard does not include specific transition provisions, unless it is impracticable to do so. SFAS 154 also requires certain disclosures for restatements due to correction of an error. SFAS 154 is effective for accounting changes and corrections of errors made in fiscal years beginning after December 15, 2005, and was adopted by Nortel as of January 1, 2006. The impact that the adoption of SFAS 154 will have on Nortel's consolidated results of operations and financial condition will depend on the nature of future accounting changes adopted by Nortel and the nature of transitional guidance provided in future accounting pronouncements.

### 3. Restatement of previously issued financial statements

Nortel has effected successive restatements of prior period financial results. Following the restatement (effected in December 2003) of Nortel's consolidated financial statements for the years ended December 31, 2002, 2001 and 2000 and for the quarters ended March 31, 2003 and June 30, 2003 (the "First Restatement"), the Audit Committees of Nortel's and Nortel Networks Limited ("NNL") Board of Directors (the "Audit Committee") initiated an independent

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 317

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

review of the facts and circumstances leading to the First Restatement (the "Independent Review") and engaged Wilmer Cutler Pickering Hale & Dorr LLP to advise it in connection with the Independent Review. This review and related work led to a variety of actions, and ultimately to the restatement of Nortel's financial statements for the years ended December 31, 2002 and 2001 and the quarters ended March 31, 2003 and 2002, June 30, 2003 and 2002 and September 30, 2003 and 2002 (the "Second Restatement").

In January 2005, the Audit Committee reported the findings of the Independent Review, together with its recommendations for governing principles for remedial measures, the summary of which is included in the "Controls and Procedures" section of the Annual Report on Form 10-K for the year ended December 31, 2003 (the "2003 Annual Report"). Each of Nortel's and NNL's Board of Directors adopted these recommendations in their entirety and directed management to implement those principles, through a series of remedial measures, across the company, to prevent any repetition of past misconduct and re-establish a finance organization with values of transparency, integrity and sound financial reporting as its cornerstone.

As part of these remedial measures and to compensate for the unremedied material weaknesses in Nortel's internal control over financial reporting, Nortel undertook intensive efforts in 2005 to enhance its controls and procedures relating to the recognition of revenue. These efforts included, among other measures, extensive documentation and review of customer contracts for revenue recognized in 2005 and earlier periods. As a result of the contract review, it became apparent that certain of the contracts had not been accounted for properly under U.S. GAAP. Most of these errors related to contractual arrangements involving multiple deliverables, for which revenue recognized in prior periods should have been deferred to later periods, under American Institute of Certified Public Accountants Statement of Position ("SOP") 97-2, "Software Revenue Recognition" ("SOP 97-2"), and SAB No. 104 "Revenue Recognition", ("SAB 104").

In addition, based on Nortel's review of its revenue recognition policies and discussions with its independent registered chartered accountants as part of the 2005 audit, Nortel determined that in its previous application of these policies, it misinterpreted certain of these policies principally related to complex contractual arrangements with customers where multiple deliverables were accounted for using the percentage-of-completion method of accounting under SOP 81-1, "Accounting for Performance of Construction-Type and Certain Production-Type Contracts" ("SOP 81-1"), as described in more detail below:

- Certain complex arrangements with multiple deliverables were previously fully accounted for under the percentage of completion method of SOP 81-1, but elements outside of the scope of SOP 81-1 should have been examined for separation under the guidance in EITF Issue No. 00-21 "Revenue Arrangements with Multiple Deliverables" ("EITF 00-21"); and
- Certain complex arrangements accounted for under the percentage-of-completion method did not meet the criteria for this treatment in SOP 81-1 and should instead have been accounted for using completed contract accounting under SOP 81-1.

In correcting for both application errors, the timing of revenue recognition was frequently determined to be incorrect, with revenue having generally been recognized prematurely when it should have been deferred and recognized in later periods. Management's determination that these errors required correction led to the Audit Committee's decision on March 9, 2006 to effect a further restatement of Nortel's consolidated financial statements (the "Third Restatement") which was effected with the filing of Nortel's and NNL's 2005 Annual Reports with the SEC.

The following tables present the impact of the Third Restatement adjustments on Nortel's previously reported consolidated statements of operations and a summary of the adjustments from the Third Restatement for the three months

6

# NORTEL NETWORKS CORPORATION

## Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

ended March 31, 2005. Restated amounts presented herein are consistent with those disclosed in Nortel's 2005 Annual Report.

**Condensed Consolidated Statement of Operations (unaudited) for the three months ended March 31, 2005**

| | As previously reported | Adjustments | As restated |
|---|---|---|---|
| Revenues | $2,536 | $ (147) | $2,389 |
| Cost of revenues | 1,479 | (102) | 1,377 |
| Gross profit | 1,057 | (45) | 1,012 |
| Selling, general and administrative expense | 574 | 4 | 578 |
| Research and development expense | 474 | — | 474 |
| Amortization of intangibles | 2 | — | 2 |
| Special charges | 21 | (7) | 14 |
| (Gain) loss on sale of businesses and assets | 1 | 21 | 22 |
| Operating earnings (loss) | (15) | (63) | (78) |
| Other income — net | 46 | 8 | 54 |
| Interest expense | | | |
| Long-term debt | (50) | — | (50) |
| Other | (3) | — | (3) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (22) | (55) | (77) |
| Income tax benefit (expense) | (16) | — | (16) |
| | (38) | (55) | (93) |
| Minority interests — net of tax | (14) | — | (14) |
| Equity in net earnings (loss) of associated companies — net of tax | 1 | — | 1 |
| Net earnings (loss) from continuing operations | (51) | (55) | (106) |
| Net earnings from discontinued operations — net of tax | 2 | — | 2 |
| Net earnings (loss) | $ (49) | $ (55) | $ (104) |
| Basic and diluted earnings (loss) per common share | | | |
| — from continuing operations | $(0.01) | $(0.01) | $(0.02) |
| — from discontinued operations | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $(0.01) | $(0.01) | $(0.02) |

7

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

**Adjustments**

The following table summarizes the revenue adjustments and other adjustments to net earnings (loss).

|  | Three months ended March 31, 2005 |
|---|---|
| **Revenues — as previously reported** .......................................... | $2,536 |
| **Adjustments:** | |
| Application of SOP 81-1 ................................................. | 82 |
| Interaction between multiple revenue recognition accounting standards ................ | (183) |
| Application of SAB 104 and SOP 97-2.................................... | (53) |
| Other revenue recognition adjustments ........................................ | 7 |
| **Revenues — as restated** ................................................ | $2,389 |
| **Net earnings (loss) — as previously reported** ................................ | $ (49) |
| **Adjustments:** | |
| Application of SOP 81-1 ................................................. | 9 |
| Interaction between multiple revenue recognition accounting standards ................ | (26) |
| Application of SAB 104 and SOP 97-2.................................... | (26) |
| Other revenue recognition adjustments ........................................ | (3) |
| (Gain) loss on sale of businesses ........................................... | (21) |
| Foreign exchange[(i)] ...................................................... | 2 |
| Other ................................................................ | 10 |
| **Net earnings (loss) — as restated** ........................................ | $ (104) |

---

(i) Includes the foreign exchange gains and losses resulting from the Third Restatement adjustments, and the correction of certain foreign exchange errors.

**Revenue Recognition Adjustments:**

*Application of SOP 81-1*

Nortel determined that, in certain arrangements, it had misinterpreted the guidance in SOP 81-1 relating to the application of percentage-of-completion accounting. Under the percentage-of-completion method, revenues are generally recorded based on a measure of the percentage of costs incurred to date relative to the total expected costs of the contract. In certain circumstances where a reasonable estimate of costs cannot be made, but it is assured that no loss will be incurred, revenue is recognized to the extent of direct costs incurred ("zero margin accounting"). If a reasonable estimate of costs cannot be made and Nortel is not assured that no loss will be incurred, revenue should be recognized using completed contract accounting.

For certain arrangements accounted for under the percentage-of-completion method which included rights to future software upgrades, Nortel has determined that it did not have a sufficient basis to estimate the total costs of the arrangements, due to the inability to estimate the cost of providing these future software upgrades. In addition, in one arrangement, Nortel had previously applied zero margin accounting on the basis that it believed that no loss would be incurred. Nortel has determined that assurance that no loss would be incurred exists only in very limited circumstances, such as in cost recovery arrangements. Accordingly, Nortel has determined that percentage-of-completion accounting should not have been used to account for these specific arrangements and the completed contract method should have been applied under SOP 81-1. Under the completed contract method, revenues and certain costs are deferred until completion of the arrangement, which results in a delay in the timing of revenue recognition as compared to arrangements accounted for under percentage-of-completion accounting.

8

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

*Interaction between multiple revenue recognition accounting standards*

Nortel has determined there were accounting errors related to the application of SOP 81-1, SOP 97-2, and related interpretive guidance under EITF 00-21.

Some of Nortel's customer arrangements have multiple deliverable elements for which different accounting standards may govern the appropriate accounting treatment. For those arrangements that contained more-than-incidental software and involved significant production, modification or customization of software or software related elements ("customized elements"), Nortel had previously applied the percentage-of-completion method of accounting under SOP 81-1 to all the elements under the arrangement, in accordance with its interpretation of SOP 97-2. This included certain future software, software-related or non-software related deliverables.

Nortel has determined that it should have applied the separation criteria set forth in EITF 00-21 and SOP 97-2 to non-software and software/software-related elements, respectively, to determine whether the various elements under these arrangements should be treated as separate units of accounting. Generally, the applicable separation criteria in EITF 00-21 and SOP 97-2 requires sufficient objective and reliable evidence of fair value for each element. If an undelivered non-SOP 81-1 element cannot be separated from an SOP 81-1 element, depending on the nature of the elements and the timing of their delivery, the combined unit of accounting may be required to be accounted for under SOP 97-2 rather than under SOP 81-1. SOP 97-2 provides that the entire revenue associated with the combined elements should typically be deferred until the earlier of the point at which (i) the undelivered element(s) meet the criteria for separation or (ii) all elements within the combined unit of accounting have been delivered. Once there is only one remaining element to be delivered within the unit of accounting, the deferred revenue is recognized based on the revenue recognition guidance applicable to the last delivered element.

For certain of Nortel's multiple element arrangements involving customized elements where elements such as post-contract support ("PCS"), specified upgrade rights and/or non-essential hardware or software products remained undelivered, Nortel frequently determined that the undelivered element could not be treated as a separate unit of accounting because fair value could not be established for all undelivered non-customized elements. Accordingly, Nortel should not have accounted for the revenue using percentage-of-completion accounting. Instead, the revenue should have been deferred in accordance with SOP 97-2 until such time as the fair value of the undelivered element could be established or all remaining elements have been delivered. Once there is only one remaining element to be delivered within the unit of accounting, the deferred revenue is recognized based on the revenue recognition guidance applicable to that last element.

*Application of SAB 104 and SOP 97-2*

Primarily as a result of Nortel's contract review, Nortel determined that in respect of certain contracts providing for multiple deliverables, revenues had previously been recognized for which the revenue recognition criteria under SOP 97-2 or SAB 104, as applicable, had not been met. These errors related primarily to situations in which the fair value of an undelivered element under the arrangement could not be established.

In certain arrangements, Nortel had treated commitments to make available a specified quantity of upgrades during the contract period as PCS. Under SOP 97-2, where fair value cannot be established for PCS, revenue is recognized for the entire arrangement ratably over the PCS term. Nortel has determined that commitments to make available a specified quantity of upgrades do not qualify as PCS and should be accounted for as a separate element of the arrangement from the PCS. Fair value could not be established for these commitments to make available a specified quantity of upgrades and as a result, the revenue related to the entire arrangement should have been deferred until the earlier of when (i) fair value of the undelivered element could be established or (ii) the undelivered element is delivered. Adjustments were made to defer the revenue and related costs until the upgrades were delivered.

In certain multiple element arrangements, Nortel had recognized revenue upon delivery of products under the arrangement although other elements under the arrangement, such as future contractual or implicit PCS, had not been delivered. If sufficient evidence of fair value cannot be established for an undelivered element, revenue related to the delivered products should be deferred until the earlier of when vendor specific objective evidence ("VSOE"), for the undelivered element can be established or all the remaining elements have been delivered. Once there is only one remaining element, the deferred revenue is recognized based on the revenue recognition guidance applicable to that last undelivered element. For instance, where PCS is the last undelivered element within the unit of accounting, deferred

9

# NORTEL NETWORKS CORPORATION

## Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

revenue is recognized ratably over the PCS term. As Nortel identified a number of contracts where sufficient evidence of fair value could not be established for the undelivered elements, adjustments were made to defer the revenue and related costs from the periods in which they were originally recorded and until such time as the appropriate recognition criteria were met.

### Other revenue recognition adjustments

In addition, errors related to application of profit center definitions were identified and corrected. Nortel made other revenue corrections related to the treatment of non-cash incentives, and certain errors related to the classification of revenue. Other revenue recognition adjustments also reflect the impact on cost of revenues of corrections to standard costing on deferred costs (related to deferred revenue) included in inventory, and other adjustments to inventory to correct standard costing.

## Other adjustments:

Other miscellaneous adjustments were identified and recorded in the Third Restatement, the more significant of which are summarized below.

Nortel had previously recorded a charge of $27 to (gain) loss on sale of businesses and assets in the second quarter of 2005 to correct a cumulative error related to capitalized legal and professional fees, real estate impairment costs and special termination benefits relating to its transaction with Flextronics International Ltd. (''Flextronics''). Nortel determined that these costs should have been expensed as incurred starting in 2004, and through the first quarter of 2005. As part of the Third Restatement, these adjustments were recorded in the appropriate prior periods resulting in a decrease to the loss on sale of businesses and assets in the second quarter of 2005 of $27 and a corresponding increase of $20 and $7 in the first quarter of 2005 and fourth quarter of 2004, respectively.

In addition, during the first three quarters of 2005, Nortel recorded gains related to inventory transferred to Flextronics as a reduction of cost of revenues. These gains should have been included in the calculation of the (gain) loss on sale of businesses and assets and deferred accordingly. The correction of this error resulted in an increase in cost of revenues of $8 for the first quarter of 2005.

There were no material adjustments to the consolidated statement of cash flows for the three months ended March 31, 2005, as a result of the restatement adjustments recorded for the Third Restatement.

## 4. Consolidated financial statement details

The following consolidated financial statement details are presented for each of the three months ended March 31, 2006 and 2005 for the consolidated statements of operations, as of March 31, 2006 and December 31, 2005 for the consolidated balance sheets and for each of the three months ended March 31, 2006 and 2005 for the consolidated statements of cash flows.

### Consolidated statements of operations

Other income — net:

|  | Three months ended March 31, | |
| --- | --- | --- |
|  | 2006 | 2005 |
| Interest income | $16 | $14 |
| Gain (loss) on sale or write down of investments | (1) | (5) |
| Currency exchange gains (losses) | 10 | 28 |
| Other — net | 44 | 17 |
| Other income (expense) — net | $69 | $54 |

10

### NORTEL NETWORKS CORPORATION

#### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

Hedge ineffectiveness and the discontinuance of cash flow hedges and fair value hedges that were accounted for in accordance with SFAS 133 had no material impact on net earnings (loss) for the three months ended March 31, 2006 and 2005 and were reported within other income (expense) — net in the consolidated statements of operations.

*Consolidated balance sheets*

*Accounts receivable — net:*

|  | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Trade receivables | $2,044 | $2,266 |
| Notes receivable | 69 | 122 |
| Contracts in process | 600 | 611 |
|  | 2,713 | 2,999 |
| Less: provision for doubtful accounts | (93) | (137) |
| Accounts receivable — net | $2,620 | $2,862 |

*Inventories — net:*

|  | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Raw materials | $ 781 | $ 777 |
| Work in process | 56 | 50 |
| Finished goods | 856 | 819 |
| Deferred costs | 2,110 | 2,014 |
|  | 3,803 | 3,660 |
| Less: provision for inventory | (1,033) | (1,039) |
| Inventories — net | 2,770 | 2,621 |
| Less: long-term deferred costs[a] | (786) | (817) |
| Current inventories — net | $ 1,984 | $ 1,804 |

---

(a) Long-term portion of deferred costs is included in other assets.

*Other current assets:*

|  | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Prepaid expenses | $223 | $198 |
| Income taxes recoverable | 73 | 68 |
| Other | 527 | 530 |
| Other current assets | $823 | $796 |

11

HIGHLY CONFIDENTIAL  NNC-NNL06705393 / 323

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

*Plant and equipment — net:*

|  | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Cost: | | |
| Land | $ 40 | $ 45 |
| Buildings | 1,171 | 1,265 |
| Machinery and equipment | 2,262 | 2,190 |
| Capital lease assets | 212 | 213 |
| Sale lease-back assets | 88 | 80 |
| | 3,773 | 3,793 |
| Less accumulated depreciation: | | |
| Buildings | (428) | (455) |
| Machinery and equipment | (1,716) | (1,679) |
| Capital lease assets | (81) | (78) |
| Sale lease-back assets | (17) | (17) |
| | (2,242) | (2,229) |
| Plant and equipment — net[a] | $ 1,531 | $ 1,564 |

(a) Included assets held for sale with a carrying value of $69 and $136 as of March 31, 2006 and December 31, 2005, respectively, related to owned facilities that were being actively marketed. These assets were written down in previous periods to their estimated fair values less costs to sell. The write downs were included in special charges. Nortel expects to dispose of all of these facilities during 2006.

*Goodwill:*

The following table outlines goodwill by reportable segment:

|  | Enterprise Solutions and Packet Networks | Mobility and Converged Core Networks | Other | Total |
|---|---|---|---|---|
| Balance — as of December 31, 2005 | $2,228 | $ 86 | $278 | $2,592 |
| Change: | | | | |
| Additions[a] | 101 | — | — | 101 |
| Disposal | (12) | — | — | (12) |
| Foreign exchange | 3 | 2 | — | 5 |
| Other[b] | — | — | (6) | (6) |
| Balance — as of March 31, 2006 | $2,320 | $ 88 | $272 | $2,680 |

(a) The additions of $101 relate to the estimated goodwill acquired as a result of the Tasman Networks, Inc. ("Tasman Networks") acquisition, during the three months ended March 31, 2006. See note 9 for additional information.

(b) Relates to a $6 reduction of goodwill recorded as part of the acquisition of Nortel Government Solutions Incorporated (formerly PEC Solutions Inc.) ("NGS"), as a result of a tax adjustment.

Due to the change in operating segments and reporting segments as described in note 5, a triggering event occurred requiring a goodwill impairment test in the first quarter of 2006 in accordance with SFAS No. 142, "Goodwill and Other Intangible Assets". Nortel performed this test and concluded that there was no impairment.

12

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 324

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

*Intangible assets — net:*

| | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Other intangible assets[a] | $129 | $135 |
| Pension intangible assets | 37 | 37 |
| Intangible assets — net | $166 | $172 |

(a) Other intangible assets are being amortized over a weighted average period of approximately nine years ending in 2014, based on their expected pattern of benefit to future periods using estimates of undiscounted cash flows. The amortization expense is partially denominated in a foreign currency and may fluctuate due to changes in foreign exchange rates.

*Other accrued liabilities:*

| | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Outsourcing and selling, general and administrative related provisions | $ 247 | $ 256 |
| Customer deposits | 64 | 38 |
| Product related provisions | 56 | 42 |
| Warranty provisions (note 11) | 200 | 208 |
| Deferred revenue | 1,508 | 1,289 |
| Miscellaneous taxes | 57 | 66 |
| Income taxes payable | 66 | 83 |
| Interest payable | 25 | 65 |
| Advance billings in excess of revenues recognized to date on contracts | 1,219 | 1,195 |
| Shareholder litigation settlement provision (note 18) | 804 | 804 |
| Other | 138 | 154 |
| Other accrued liabilities | $4,384 | $4,200 |

*Other liabilities:*

| | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Pension, post-employment and post-retirement benefit liabilities | $2,439 | $2,459 |
| Restructuring liabilities (note 6) | 184 | 203 |
| Deferred revenue | 970 | 1,073 |
| Shareholder litigation settlement provision (note 18) | 1,918 | 1,899 |
| Other long-term provisions | 267 | 301 |
| Other liabilities | $5,778 | $5,935 |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 325

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

*Consolidated statements of cash flows*

*Change in operating assets and liabilities:*

| | Three months ended March 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Accounts receivable — net | $ 244 | $(131) |
| Inventories — net | (129) | (43) |
| Income taxes | (27) | (18) |
| Restructuring liabilities | (30) | (119) |
| Accounts payable, payroll and contractual liabilities | (263) | (118) |
| Other operating assets and liabilities | (57) | 167 |
| Change in operating assets and liabilities | $(262) | $(262) |

*Interest and taxes paid (recovered):*

| | Three months ended March 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Cash interest paid | $105 | $84 |
| Cash taxes paid (recovered) — net | $ 27 | $14 |

## 5. Segment information

*General description*

During 2005, Nortel's operations were organized into four reportable segments: Carrier Packet Networks, Code Division Multiple Access ("CDMA") Networks, Global System for Mobile communications ("GSM") and Universal Mobile Telecommunications Systems ("UMTS") Networks and Enterprise Networks. On September 30, 2005, Nortel announced a new organizational structure, effective January 1, 2006, that included, among other things, combining the businesses represented by its four reportable segments at that time into two product groups: (i) Enterprise Solutions and Packet Networks, which combines optical networking solutions (included in Nortel's Carrier Packet Networks segment in 2005), data networking and security solutions, and portions of circuit and packet voice solutions (included in both Nortel's Carrier Packet Networks segment and Enterprise Networks segment in 2005) into a unified product group; and (ii) Mobility and Converged Core Networks, which combines Nortel's CDMA solutions and GSM and UMTS solutions (each a separate segment in 2005) and other circuit and packet voice solutions (included in Nortel's Carrier Packet Networks segment in 2005).

These organizational changes resulted in a change to Nortel's reportable segments. Commencing in the first quarter of 2006, Mobility and Converged Core Networks and Enterprise Solutions and Packets Networks form Nortel's reportable segments and are described below:

- Mobility and Converged Core Networks provides mobility networking solutions using (i) CDMA solutions and GSM and UMTS solutions and (ii) carrier circuit and packet voice solutions. Mobility networking refers to communications networks that enable end-users to be mobile while they send and receive voice and data communications using wireless devices, such as cellular telephones, personal digital assistants and other computing and communications devices. These networks use specialized network access equipment and specialized core networking equipment that enable an end-user to be connected and identified when not in a fixed location. In addition, Nortel's carrier circuit and packet voice solutions provide a complete range of voice solutions to its service provider customers, including local, toll, long-distance and international gateway capabilities using either circuit or packet-based switching technologies. These service provider customers include local and long distance telephone companies, wireless service providers, cable operators and other communication service providers.
- Enterprise Solutions and Packet Networks provides (i) enterprise circuit and packet voice solutions, (ii) data networking and security solutions and (iii) optical networking solutions. Nortel's solutions for enterprises are used

14

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

to build new networks and transform their existing communications network into a more cost effective, packet-based network supporting data, voice and multimedia communications. Nortel's optical networking and carrier data networking and security solutions provide voice, data and multimedia communication solutions to its service provider customers that operate wireline networks.

"Other" represents miscellaneous business activities and corporate functions and includes the results from NGS. None of these activities meet the quantitative criteria to be disclosed separately as reportable segments. Costs associated with shared services and other corporate costs are allocated to the segments based on usage determined generally by headcount. Costs not allocated to the segments are primarily related to Nortel's corporate compliance, interest attributable to its long-term debt and other non-operational activities and are included in "Other".

Nortel's president and chief executive officer (the "CEO") has been identified as the Chief Operating Decision Maker in assessing the performance of the segments and the allocation of resources to the segments. The primary financial measure used by the CEO in assessing performance and allocating resources to the segments is management earnings (loss) before income taxes ("Management EBT"), a measure that includes the cost of revenues, selling, general and administrative ("SG&A") expense, research and development ("R&D") expense, interest expense, other income (expense) — net, minority interests — net of tax and equity in net earnings (loss) of associated companies — net of tax. Interest attributable to long-term debt is not allocated to a reportable segment and is included in "Other". The CEO does not review asset information on a segmented basis in order to assess performance and allocate resources. The accounting policies of the reportable segments are the same as those applied to the consolidated financial statements. Prior period segment results have been restated to conform to the current period presentation.

### Segments

The following tables set forth information by segment for the three months ended:

|  | March 31, 2006 | March 31, 2005 |
|---|---|---|
| **Revenues** | | |
| Mobility and Converged Core Networks | $1,426 | $1,486 |
| Enterprise Solutions and Packet Networks | 871 | 878 |
| Total reportable segments | 2,297 | 2,364 |
| Other | 85 | 25 |
| **Total revenues** | $2,382 | $2,389 |
| **Management EBT** | | |
| Mobility and Converged Core Networks | $ 118 | $ 190 |
| Enterprise Solutions and Packet Networks | (49) | (33) |
| Total reportable segments | 69 | 157 |
| Other | (228) | (209) |
| **Total Management EBT** | (159) | (52) |
| Amortization of intangibles | (5) | (2) |
| Special charges | (5) | (14) |
| Gain (loss) on sale of businesses and assets | 35 | (22) |
| Shareholder litigation settlement expense | (19) | — |
| Income tax benefit (expense) | (23) | (16) |
| **Net earnings (loss) from continuing operations** | $ (176) | $ (106) |

During the three months ended March 31, 2006, Nortel had one customer which generated revenues of approximately $275 or 11.5% of total consolidated revenues. The revenues did not relate specifically to one of Nortel's reportable segments, but rather were earned throughout both of Nortel's reportable segments. For the three months ended March 31, 2005, no customer generated revenues greater than 10 percent of consolidated revenues.

15

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 327

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

**6. Special charges**

During 2001, Nortel implemented a work plan to streamline operations and activities around core markets and leadership strategies in light of the significant downturn in both the telecommunications industry and the economic environment, and capital market trends impacting operations and expected future growth rates (the "2001 Restructuring Plan").

In addition, as described below, activities were initiated in 2003 to exit certain leased facilities and leases for assets no longer used across all segments. The liabilities associated with these activities were measured at fair value and recognized under SFAS 146.

In 2004 and 2005, Nortel's focus was on managing each of its businesses based on financial performance, the market and customer priorities. In the third quarter of 2004, Nortel announced a strategic plan that includes a work plan involving focused workforce reductions, including a voluntary retirement program, of approximately 3,250 employees, real estate optimization and other cost containment actions such as reductions in information services costs, outsourced services and other discretionary spending across all segments (the "2004 Restructuring Plan"). Nortel estimates total charges to earnings associated with the 2004 Restructuring Plan in the aggregate of approximately $410 comprised of approximately $240 with respect to the workforce reductions and approximately $170 with respect to the real estate actions. No additional special charges are expected to be recorded with respect to the other cost containment actions. Approximately $177 of the aggregate charges were incurred in 2005 and $6 for the three months ended March 31, 2006, with the remainder expected to be substantially incurred during 2006.

During the three months ended March 31, 2006, Nortel continued to implement these restructuring work plans. Special charges recorded from January 1, 2006 to March 31, 2006 were as follows:

| | Workforce reduction | Contract settlement and lease costs | Plant and equipment write downs | Total | Special Charges Three months ended March 31, 2006 |
|---|---|---|---|---|---|
| **2004 Restructuring Plan** | | | | | |
| Provision balance as of December 31, 2005[a] | $21 | $ 61 | $— | $ 82 | |
| Revisions to prior accruals: | | | | | |
| For the three months ended March 31, 2006 | 2 | 4 | — | 6 | $ 6 |
| Cumulative provision (drawdowns) adjustments in 2006: | | | | | |
| Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . | (13) | (5) | — | (18) | |
| Provision balance as of March 31, 2006 . . . . . . | $10 | $ 60 | $— | $ 70 | |
| **2001 Restructuring Plan** | | | | | |
| Provision balance as of December 31, 2005[a] | $ 3 | $213 | $— | $216 | |
| Revisions to prior accruals: | | | | | |
| For the three months ended March 31, 2006 | 1 | (2) | — | (1) | (1) |
| Cumulative provision (drawdowns) adjustments in 2006: | | | | | |
| Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . | (1) | (16) | — | (17) | |
| Provision balance as of March 31, 2006 . . . . . . | $ 3 | $195 | $— | $198 | |
| Total provision balance as of March 31, 2006[a] | $13 | $255 | $— | $268 | |
| Total special charges . . . . . . . . . . . . . . . . . . . . . . | | | | | $ 5 |

(a) As of March 31, 2006 and December 31, 2005, the short-term provision balance was $84 and $95, respectively, and the long-term provision balance was $184 and $203, respectively.

As workforce reductions related to the 2004 and 2001 Restructuring plans are substantially complete, there were no employee notifications during the three months ended March 31, 2006.

16

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

*2004 Restructuring Plan*

*Three months ended March 31, 2006*

During the three months ended March 31, 2006, Nortel recorded revisions of $6, related to prior accruals.

The workforce reduction provision balance was drawn down by cash payments of $13 during the three months ended March 31, 2006. The workforce reduction was primarily in the U.S., Canada and Europe, Middle East and Africa ("EMEA") and extended across both segments. The remaining provision is expected to be substantially drawn down by the end of the first half of 2006.

Contract settlement and lease costs included revisions to prior accruals of $4 for negotiated settlements to cancel or renegotiate contracts and net lease charges related to leased facilities (comprised of office space) and leased furniture that were identified as no longer required primarily in the U.S. and EMEA and in the Mobility and Converged Core Networks segment. These lease costs, net of anticipated sublease income, included costs relating to non-cancelable lease terms from the date leased facilities ceased to be used and termination penalties. During the three months ended March 31, 2006, the provision balance for contract settlement and lease costs was drawn down by cash payments of $5. The remaining provision, net of approximately $32 in estimated sublease income, is expected to be substantially drawn down by the end of 2018.

*Three months ended March 31, 2005*

During the three months ended March 31, 2005, Nortel recorded special charges of $25, which included revisions of $2 related to prior accruals.

Workforce reduction charges of $16, net of revisions to prior accruals of $2, were related to severance and benefit costs associated with approximately 240 employees notified of termination during the three months ended March 31, 2005. The workforce reduction provision balance was drawn down by cash payments of $86 during the three months ended March 31, 2005. The workforce reduction was primarily in the U.S., Canada and EMEA and extended across both segments.

Contract settlement and lease costs of $8 consisted of negotiated settlements to cancel or renegotiate contracts and net lease charges related to leased facilities (comprised of office space) and leased furniture that were identified as no longer required primarily in the U.S. and in the Enterprise Solutions and Packet Networks segment. These lease costs, net of anticipated sublease income, included costs relating to non-cancelable lease terms from the date leased facilities ceased to be used and termination penalties.

17

HIGHLY CONFIDENTIAL   NNC-NNL06705393 / 329

# NORTEL NETWORKS CORPORATION

## Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

*2004 Restructuring Plan — by Segment*

The following table outlines special charges incurred by segment for each of the three months ended March 31:

| | Workforce reduction | Contract settlement and lease costs | Plant and equipment write downs | Total |
|---|---|---|---|---|
| **2004 Restructuring Plan** | | | | |
| Mobility and Converged Core Networks | | | | |
| For the three months ended March 31, 2006 . . . . . . . . . . . . . . | $ 1 | $ 2 | $ — | $ 3 |
| Enterprise Solutions and Packet Networks | | | | |
| For the three months ended March 31, 2006 . . . . . . . . . . . . . . | 1 | 2 | — | 3 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — |
| Total special charges for the three months ended March 31, 2006 | $ 2 | $ 4 | $ — | $ 6 |
| Mobility and Converged Core Networks | | | | |
| For the three months ended March 31, 2005 . . . . . . . . . . . . . . | $ 11 | $ 1 | $ 1 | $13 |
| Enterprise Solutions and Packet Networks | | | | |
| For the three months ended March 31, 2005 . . . . . . . . . . . . . . | 5 | 7 | — | 12 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — |
| Total special charges for the three months ended March 31, 2005 | $ 16 | $ 8 | $ 1 | $25 |

### 2001 Restructuring Plan

*Three months ended March 31, 2006*

During the three months ended March 31, 2006, Nortel recorded revisions of $1 related to prior accruals.

The workforce reduction provision balance was drawn down by cash payments of $1 during the three months ended March 31, 2006. The remaining provision is expected to be substantially drawn down by the end of 2006.

No new contract settlement and lease costs were incurred during the period. The provision balance for contract settlement and lease costs was drawn down by cash payments of $16. The remaining provision, net of approximately $178 in estimated sublease income, is expected to be substantially drawn down by the end of 2013.

*Three months ended March 31, 2005*

During the three months ended March 31, 2005, Nortel recorded revisions of $11 related to prior accruals.

The workforce reduction provision balance was drawn down by cash payments of $2 during the three months ended March 31, 2005.

No new contract settlement and lease costs were incurred during the period. During the three months ended March 31, 2005, the provision balance for contract settlement and lease costs was drawn down by cash payments of $40.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 330