## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

of Nortel's equity as of February 7, 2006), and contribute one-half of any recovery in Nortel's existing litigation against Messrs. Frank Dunn, Douglas Beatty and Michael Gollogly, Nortel's former senior officers who were terminated for cause in April 2004, seeking the return of payments made to them under Nortel's bonus plan in 2003. In addition, Nortel's insurers agreed to pay $228.5 in cash towards the settlement. Nortel has recorded an asset of $228.5 to reflect the insurance proceeds with an offsetting increase in the shareholder litigation settlement provision included in other accrued liabilities. On April 3, 2006 the insurance proceeds were placed in escrow by the insurers. In the event of a share consolidation of Nortel Networks Corporation common shares, the number of Nortel Networks Corporation common shares to be issued pursuant to the Proposed Class Action Settlement would be adjusted accordingly. The total settlement amount would include all plaintiffs' court-approved attorneys' fees. As a result of the Proposed Class Action Settlement, Nortel has established a litigation provision and recorded a charge to its full-year 2005 financial results of $2,474 (net of insurance proceeds), and an additional $19 for the three months ended March 31, 2006 for a fair value mark-to-market adjustment of the Nortel Networks Corporation common shares. Of the total net shareholder lawsuit charges recorded as of March 31, 2006, $575 relates to the proposed cash portion of the Proposed Class Action Settlement, while $1,918 relates to the proposed equity component and will continue to be adjusted in future quarters based on the fair value of the Nortel Networks Corporation common shares issuable until the finalization of the settlement. Any change to the terms of the Proposed Class Action Settlement would likely result in an adjustment to the litigation provision.

Nortel and the lead plaintiffs in the Nortel I Class Action and the Nortel II Class Action are continuing discussions towards a definitive settlement agreement based on the Proposed Class Action Settlement. At this time, it is not certain that such an agreement can be reached, that each of the actions noted above can be brought into, or otherwise bound by, the proposed settlement, if finalized, or that any such definitive settlement agreement would receive the required court and other approvals in all applicable jurisdictions, and the timing of any developments related to these matters is not certain.

In addition to the shareholder class actions encompassed by the Proposed Class Action Settlement, Nortel is also subject to ongoing regulatory and criminal investigations and related matters relating to its accounting restatements, and to certain other class actions, securities litigation and other actions described below. The Proposed Class Action Settlement and the litigation provision charge taken in connection with the Proposed Class Action Settlement do not relate to these matters. Nortel has not provided any additional provisions at this time for any potential judgments, fines, penalties or settlements that may arise from these other pending investigations or actions (other than for professional fees and expenses incurred).

On April 5, 2004, Nortel announced that the SEC had issued a formal order of investigation in connection with Nortel's previous restatement of its financial results for certain periods, as announced in October 2003, and Nortel's announcements in March 2004 regarding the likely need to revise certain previously announced results and restate previously filed financial results for one or more periods. The matter had been the subject of an informal SEC inquiry. On April 13, 2004, Nortel announced that it had received a letter from the staff of the Ontario Securities Commission (the "OSC") advising that there is an OSC Enforcement Staff investigation into the same matters that are the subject of the SEC investigation.

On May 14, 2004, Nortel announced that it had received a federal grand jury subpoena for the production of certain documents, including financial statements and corporate, personnel and accounting records, in connection with an ongoing criminal investigation being conducted by the U.S. Attorney's Office for the Northern District of Texas, Dallas Division. On August 23, 2005, Nortel received an additional federal grand jury subpoena in this investigation seeking production of additional documents, including documents relating to the Nortel Retirement Income Plan and the Nortel Long-Term Investment Plan.

On August 16, 2004, Nortel received a letter from the Integrated Market Enforcement Team of the Royal Canadian Mounted Police ("RCMP") advising Nortel that the RCMP would be commencing a criminal investigation into Nortel's financial accounting situation.

A purported class action lawsuit was filed in the U.S. District Court for the Middle District of Tennessee on December 21, 2001, on behalf of participants and beneficiaries of the Nortel Long-Term Investment Plan (the "Plan") at any time during the period of March 7, 2000 through the filing date and who made or maintained Plan investments in Nortel Networks Corporation common shares, under the Employee Retirement Income Security Act ("ERISA") for Plan-wide relief and alleging, among other things, material misrepresentations and omissions to induce Plan participants to

39

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

continue to invest in and maintain investments in Nortel Networks Corporation common shares in the Plan. A second purported class action lawsuit, on behalf of the Plan and Plan participants for whose individual accounts the Plan purchased Nortel Networks Corporation common shares during the period from October 27, 2000 to February 15, 2001 and making similar allegations, was filed in the same court on March 12, 2002. A third purported class action lawsuit, on behalf of persons who are or were Plan participants or beneficiaries at any time since March 1, 1999 to the filing date and making similar allegations, was filed in the same court on March 21, 2002. The first and second purported class action lawsuits were consolidated by a new purported class action complaint, filed on May 15, 2002 in the same court and making similar allegations, on behalf of Plan participants and beneficiaries who directed the Plan to purchase or hold shares of certain funds, which held primarily Nortel Networks Corporation common shares, during the period from March 7, 2000 through December 21, 2001. On September 24, 2002, plaintiffs in the consolidated action filed a motion to consolidate all the actions and to transfer them to the U.S. District Court for the Southern District of New York. The plaintiffs then filed a motion to withdraw the pending motion to consolidate and transfer. The withdrawal was granted by the District Court on December 30, 2002. A fourth purported class action lawsuit, on behalf of the Plan and Plan participants for whose individual accounts the Plan held Nortel Networks Corporation common shares during the period from March 7, 2000 through March 31, 2001 and making similar allegations, was filed in the U.S. District Court for the Southern District of New York on March 12, 2003. On March 18, 2003, plaintiffs in the fourth purported class action filed a motion with the Judicial Panel on Multidistrict Litigation to transfer all the actions to the U.S. District Court for the Southern District of New York for coordinated or consolidated proceedings pursuant to 28 U.S.C. section 1407. On June 24, 2003, the Judicial Panel on Multidistrict Litigation issued a transfer order transferring the Southern District of New York action to the U.S. District Court for the Middle District of Tennessee (the "Consolidated ERISA Action"). On September 12, 2003, the plaintiffs in all the actions filed a consolidated class action complaint. On October 28, 2003, the defendants filed a motion to dismiss the complaint and a motion to stay discovery pending disposition of the motion to dismiss. On March 30, 2004, the plaintiffs filed a motion for certification of a class consisting of participants in, or beneficiaries of, the Plan who held shares of the Nortel Stock Fund during the period from March 7, 2000 through March 31, 2001. On April 27, 2004, the Court granted the defendants' motion to stay discovery pending resolution of defendants' motion to dismiss. On June 15, 2004, the plaintiffs filed a First Amended Consolidated Class Action Complaint that added additional current and former officers and employees as defendants and expanded the purported class period to extend from March 7, 2000 through to June 15, 2004. On June 17, 2005, the plaintiffs filed a Second Amended Consolidated Class Action Complaint that added additional current and former directors, officers and employees as defendants and alleged breach of fiduciary duty on behalf of the Plan and as a purported class action on behalf of participants and beneficiaries of the Plan who held shares of the Nortel Networks Stock Fund during the period from March 7, 2000 through June 17, 2005. On July 8, 2005, the defendants filed a Renewed Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint. On July 29, 2005, plaintiffs filed an opposition to the motion, and defendants filed a reply memorandum on August 12, 2005. On March 30, 2006, the defendants filed an additional motion to dismiss raising the jurisdictional challenge that all former plan participants, including one of the named plaintiffs, lack standing to assert a claim under ERISA. On April 17, 2006, the plaintiffs filed a motion to strike this motion to dismiss. On May 5, 2006, the defendants filed a reply brief in support of this motion to dismiss.

On May 18, 2004, a purported class action lawsuit was filed in the U.S. District Court for the Middle District of Tennessee on behalf of individuals who were participants and beneficiaries of the Plan at any time during the period of December 23, 2003 through the filing date and who made or maintained Plan investments in Nortel Networks Corporation common shares, under the ERISA for Plan-wide relief and alleging, among other things, breaches of fiduciary duty. On September 3, 2004, the Court signed a stipulated order consolidating this action with the Consolidated ERISA Action described above. On June 16, 2004, a second purported class action lawsuit, on behalf of the Plan and Plan participants for whose individual accounts the Plan purchased Nortel Networks Corporation common shares during the period from October 24, 2000 to June 16, 2004, and making similar allegations, was filed in the U.S. District Court for the Southern District of New York. On August 6, 2004, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order to transfer this action to the U.S. District Court for the Middle District of Tennessee for coordinated or consolidated proceedings pursuant to 28 U.S.C. section 1407 with the Consolidated ERISA Action described above. On August 20, 2004, plaintiffs filed a notice of opposition to the conditional transfer order with the Judicial Panel. On December 6, 2004, the Judicial Panel denied the opposition and ordered the action transferred to the U.S. District Court for the Middle District of Tennessee for coordinated or consolidated proceedings with the Consolidated ERISA Action described above. On January 3, 2005, this action was received in the U.S. District Court for the Middle District of Tennessee and consolidated with the Consolidated ERISA Action described above.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 352

**NORTEL NETWORKS CORPORATION**

Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

On December 21, 2005, an application was filed in the Ontario Superior Court of Justice for leave to commence a shareholders' derivative action on Nortel's behalf against certain current and former officers and directors, of Nortel alleging, among other things, breach of fiduciary duties, breach of duty of care and negligence, and unjust enrichment in respect of various alleged acts and omissions including causing or permitting Nortel to issue alleged materially false and misleading statements regarding expected growth in revenues and earnings for 2000 and 2001 and endorsing or permitting accounting practices relating to provisions not in compliance with GAAP. The proposed derivative action would seek on Nortel's behalf, among other things, compensatory damages of Canadian $1,000 and punitive damages of Canadian $10 from the individual defendants (the "Proposed Ontario Derivative Action"). In the Proposed Ontario Derivative Action, the defendants are the same and the allegations are substantially similar to the derivative complaint in the U.S. Derivative Action. The Proposed Ontario Derivative Action would also seek an order directing Nortel's Board of Directors to reform and improve Nortel's corporate governance and internal control procedures as the Court may deem necessary or desirable and an order that Nortel pay the legal fees and other costs in connection with the Proposed Ontario Derivative Action. The application for leave to commence the Proposed Ontario Derivative Action has not yet been heard. However, in response to a motion brought by the applicants to preserve potential claims against the possible expiration of potential limitation periods, Nortel consented to an order, entered February 14, 2006, permitting the applicants to file and have issued by the Court, on an interim basis and pending final determination of the application, the Proposed Ontario Derivative Action without prejudice to Nortel's position on the merits of the application itself. The order provides that no further steps shall be taken against the individual defendants in the Proposed Ontario Derivative Action unless the application is granted and if the application is denied the Proposed Ontario Derivative Action is to be discontinued.

Except as otherwise described herein, in each of the matters described above, the plaintiffs are seeking an unspecified amount of monetary damages. Nortel is unable to ascertain the ultimate aggregate amount of monetary liability or financial impact to Nortel of the above matters, which, unless otherwise specified, seek damages from the defendants of material or indeterminate amounts or could result in fines and penalties. With the exception of $2,474 and the related fair value adjustment of $19, which Nortel has taken as a charge in its 2005 and three months ended March 31, 2006 financial results, respectively, as a result of the Proposed Class Action Settlement, Nortel has not made any provisions for any potential judgments, fines, penalties or settlements that may result from these actions, suits, claims and investigations. Nortel cannot determine whether these actions, suits, claims and proceedings will, individually or collectively, have a material adverse effect on the business, results of operations, financial condition or liquidity of Nortel. Except for matters encompassed by the Proposed Class Action Settlement, as to which Nortel and the lead plaintiffs are continuing discussions towards a definitive settlement agreement, Nortel intends to defend these actions, suits, claims and proceedings, litigating or settling cases where in management's judgement it would be in the best interest of shareholders to do so. Nortel will continue to cooperate fully with all authorities in connection with the regulatory and criminal investigations.

Nortel is also a defendant in various other suits, claims, proceedings and investigations which arise in the normal course of business.

*Environmental matters*

Nortel's operations are subject to a wide range of environmental laws in various jurisdictions around the world. Nortel seeks to operate its business in compliance with such laws. Nortel is subject to new European product content laws and product takeback and recycling requirements that will require full compliance commencing in July 2006. As a result of these laws and requirements, Nortel will incur additional compliance costs. Although costs relating to environmental matters have not resulted in a material adverse effect on the business, results of operations, financial condition or liquidity in the past, there can be no assurance that Nortel will not be required to incur such costs in the future. Nortel is actively working on compliance plans and risk mitigation strategies relating to the new laws and requirements. Although Nortel is working with its strategic suppliers in this regard, it is possible that some of Nortel's products may not be compliant by the legislated compliance date. In such event, Nortel expects that it will have the ability to rely on available exemptions under the new legislation for most of such products and currently expects minimal disruption to the distribution of such products. Nortel intends to manufacture products that are compliant with all applicable legislation and meet its quality and reliability requirements.

41

**NORTEL NETWORKS CORPORATION**

Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

Nortel has a corporate environmental management system standard and an environmental program to promote such compliance. Moreover, Nortel has a periodic, risk-based, integrated environment, health and safety audit program. Nortel's environmental program focuses its activities on design for the environment, supply chain and packaging reduction issues. Nortel works with its suppliers and other external groups to encourage the sharing of non-proprietary information on environmental research.

Nortel is exposed to liabilities and compliance costs arising from its past and current generation, management and disposal of hazardous substances and wastes. As of March 31, 2006, the accruals on the consolidated balance sheet for environmental matters were $28. Based on information available as of March 31, 2006, management believes that the existing accruals are sufficient to satisfy probable and reasonably estimable environmental liabilities related to known environmental matters. Any additional liabilities that may result from these matters, and any additional liabilities that may result in connection with other locations currently under investigation, are not expected to have a material adverse effect on the business, results of operations, financial condition and liquidity of Nortel.

Nortel has remedial activities under way at 14 sites which are either currently or previously owned or occupied facilities. An estimate of Nortel's anticipated remediation costs associated with all such sites, to the extent probable and reasonably estimable, is included in the environmental accruals referred to above in an approximate amount of $28.

Nortel is also listed as a potentially responsible party under the U.S. Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") at four Superfund sites in the U.S. (at two of the Superfund sites, Nortel is considered a *de minimis* potentially responsible party). A potentially responsible party within the meaning of CERCLA is generally considered to be a major contributor to the total hazardous waste at a Superfund site (typically 10% or more, depending on the circumstances). A *de minimis* potentially responsible party is generally considered to have contributed less than 10% (depending on the circumstances) of the total hazardous waste at a Superfund site. An estimate of Nortel's share of the anticipated remediation costs associated with such Superfund sites is expected to be *de minimis* and is included in the environmental accruals of $28 referred to above.

Liability under CERCLA may be imposed on a joint and several basis, without regard to the extent of Nortel's involvement. In addition, the accuracy of Nortel's estimate of environmental liability is affected by several uncertainties such as additional requirements which may be identified in connection with remedial activities, the complexity and evolution of environmental laws and regulations, and the identification of presently unknown remediation requirements. Consequently, Nortel's liability could be greater than its current estimate.

**19. Subsequent events**

*Stock Exchanges and Regulatory Actions*

On April 10, 2006, the OSC issued a final order prohibiting all trading by Nortel's directors, officers and certain current and former employees in its and NNL's securities. This order will remain in effect until two full business days following the receipt by the OSC of all filings required to be made by Nortel and NNL pursuant to Ontario securities laws. Nortel and NNL plan to apply to the OSC to have this order revoked now that it and NNL have become current with their financial reporting obligations under Ontario securities laws. The OSC may, in its discretion, revoke the order where in its opinion doing so would not be prejudicial to the public interest.

As a result of the delay in filing the 2005 Annual Reports and the 2006 First Quarter Reports, Nortel was in breach of the continued listing requirements of the NYSE and TSX. With the filing and delivery of the 2006 First Quarter Reports to the NYSE and TSX, Nortel and NNL will be in compliance with the continued listing requirements of the NYSE and TSX.

*Credit and Support Facilities*

As a result of the delayed filing of Nortel's and NNL's 2005 Annual Reports with the SEC, certain events of default occurred under the 2006 Credit Facility and the EDC Support Facility. On May 9, 2006, Nortel entered into an amendment and waiver with the lenders under the 2006 Credit Facility and with EDC under the EDC Support Facility. The amendment and waiver agreements, among other things, waived the events of defaults that had occurred under the facilities due to the need to restate and make adjustments to Nortel's and NNL's financial results for prior periods as well as the delay that occurred in filing its 2005 Annual Reports and extending the required filing date under the 2006

42

## NORTEL NETWORKS CORPORATION

### Notes to Condensed Consolidated Financial Statements (unaudited) — (Continued)

Credit Facility and the EDC Support Facility of Nortel's and NNL's 2006 First Quarter Reports. The amendment and waiver under the 2006 Credit Facility removed the minimum Adjusted EBITDA covenant and revised the minimum cash covenant to require that Nortel's consolidated unrestricted cash and cash equivalents exceed $1,250 at all times and $1,500 on the last day of each fiscal quarter. The amendment and waiver under the 2006 Credit Facility also made certain adjustments to the restrictions on the incurrence of liens and the provisions determining the percentage of lenders required to amend or waive the terms of the 2006 Credit Facility.

On May 19, 2006, Nortel entered into a further amendment of the 2006 Credit Facility to modify the interest rate applicable to the Tranche A Term Loans and the Tranche B Term Loans. The amendment revised the definition of "Applicable Margin" contained in the 2006 Credit Facility to mean 200 basis points in the case of Tranche A Term Loans that are LIBOR loans (amended from 225 basis points), 100 basis points in the case of Tranche A Term Loans that are Base Rate loans (amended from 125 basis points), 325 basis points in the case of Tranche B Term Loans that are LIBOR loans (amended from 300 basis points), and 225 basis points in the case Tranche B Term Loans that are Base Rate loans (amended from 200 basis points). The Tranche A Loans as of February 14, 2006 had an interest rate of 6.875% while the Tranche B Loans as of February 14, 2006 had an interest rate of 7.625%. As of May 19, 2006, the Tranche A loans bear interest at 7.125% and the Tranche B loans bear interest at 8.375%.

*Completion of Flextronics Calgary plant transfer*

On May 8, 2006, Nortel completed the transfer of its Calgary manufacturing operations and related assets including product integration, testing, repair and logistics operations to its manufacturing service provider, Flextronics. For additional information, see note 9.

*Proposed Class Action Settlement*

The provision for the proposed equity component of the Proposed Class Action Settlement will continue to be adjusted for in future quarters based on the fair value of the Nortel Networks Corporation common shares issuable, until the finalization of the settlement. On June 1, 2006, Nortel deposited $575 plus interest of $5 into escrow pursuant to the Proposed Class Action Settlement.

HIGHLY CONFIDENTIAL　　NNC-NNL06705393 / 355

## ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS — TABLE OF CONTENTS

| | |
|---|---:|
| **Business Overview** | 46 |
| Our Business | 46 |
| Our Segments | 46 |
| How We Measure Performance | 47 |
| Our Strategy | 47 |
| **Developments in 2006** | 48 |
| Consolidated Results Summary | 48 |
| Significant Business Developments | 49 |
| *Proposed Class Action Settlement* | 49 |
| *Credit and Support Facilities* | 50 |
| *Acquisitions* | 50 |
| *Joint Ventures* | 50 |
| *Evolution of Our Supply Chain Strategy* | 50 |
| **Restatements; Material Weaknesses; Related Matters** | 51 |
| First and Second Restatements, Independent Review and Revenue Independent Review | 51 |
| Material Weaknesses in Internal Control over Financial Reporting | 51 |
| Third Restatement | 51 |
| Third Restatement Impacts | 53 |
| Other Regulatory Actions and Pending Litigation | 54 |
| **Results of Operations — Continuing Operations** | 55 |
| Consolidated Information | 55 |
| *Revenues* | 55 |
| *Geographic Revenues* | 56 |
| Gross Profit and Gross Margin | 57 |
| Operating Expenses | 57 |
| *Selling, General and Administrative Expense* | 57 |
| *Research and Development Expense* | 58 |
| *Special Charges* | 58 |
| (Gain) Loss on Sale of Businesses and Assets | 60 |
| Shareholder Litigation Settlement Expense | 60 |
| Other Income — Net | 60 |
| Interest Expense | 60 |
| Income Tax Benefit (Expense) | 61 |
| Segment Information | 61 |
| *Mobility and Converged Core Networks* | 63 |
| *Enterprise Solutions and Packet Networks* | 64 |
| *Other* | 64 |
| **Liquidity and Capital Resources** | 65 |
| Cash Flow | 65 |
| *Operating activities* | 65 |
| *Investing activities* | 67 |
| *Financing activities* | 67 |
| *Credit facilities* | 68 |
| Future Uses and Sources of Liquidity | 68 |
| Future Uses of Liquidity | 69 |
| *Contractual cash obligations* | 69 |

HIGHLY CONFIDENTIAL                         NNC-NNL06705393 / 356

|   |   |
|---|---|
| *Customer financing* | 69 |
| Future Sources of Liquidity | 69 |
| *Available support facility* | 70 |
| *Shelf registration statement and base shelf prospectus* | 71 |
| Credit Ratings | 71 |
| **Off-Balance Sheet Arrangements** | 71 |
| Bid, Performance Related and Other Bonds | 71 |
| Receivables Securitization and Certain Variable Interest Transactions | 72 |
| **Application of Critical Accounting Policies and Estimates** | 73 |
| Provisions for Doubtful Accounts | 73 |
| Provisions for Inventory | 74 |
| Provisions for Product Warranties | 75 |
| Tax Asset Valuation | 75 |
| Goodwill Valuation | 76 |
| Special Charges | 76 |
| **Accounting Changes and Recent Accounting Pronouncements** | 76 |
| Accounting Changes | 76 |
| Recent Accounting Pronouncements | 77 |
| **Outstanding Share Data** | 77 |
| **Market Risk** | 77 |
| **Equity Price Risk** | 78 |
| **Environmental Matters** | 78 |
| **Legal Proceedings** | 78 |
| **Cautionary Notice Regarding Forward Looking Information** | 79 |

HIGHLY CONFIDENTIAL         NNC-NNL06705393 / 357

# MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*You should read this Management's Discussion and Analysis of Financial Condition and Results of Operation, or MD&A, in combination with the accompanying unaudited condensed consolidated financial statements prepared in accordance with accounting principles generally accepted in the United States, or U.S. GAAP.*

*Certain statements in this MD&A contain words such as "could", "expects", "may", "anticipates", "believes", "intends", "estimates", "plans", "envisions", "seeks" and other similar language and are considered forward-looking statements or information under applicable securities laws. These statements are based on our current expectations, estimates, forecasts and projections about the operating environment, economies and markets in which we operate. These statements are subject to important assumptions, risks and uncertainties, which are difficult to predict and the actual outcome may be materially different. Although we believe expectations reflected in such forward-looking statements are reasonable based upon the assumptions in this MD&A, they may prove to be inaccurate and consequently our actual results could differ materially from our expectations set out in this MD&A. In particular, the risk factors described in the "Risk Factors" section of this report and in our Annual Report on Form 10-K/A for the year ended December 31, 2005, or the 2005 Annual Report, could cause actual results or events to differ materially from those contemplated in forward-looking statements. Reference is also made to the "Cautionary Notice Regarding Forward Looking Information" below. Unless required by applicable securities laws, we disclaim any intention or obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

*Where we say "we", "us", "our", "NNC", or "Nortel", we mean Nortel Networks Corporation or Nortel Networks Corporation and its subsidiaries, as applicable, and where we refer to the "industry", we mean the telecommunications industry. All dollar amounts in this MD&A are in millions of United States, or U.S., dollars unless otherwise stated. Certain 2005 amounts are presented on a restated basis as described under "Restatements; Material Weaknesses; Related Matters — Third Restatement", and reclassified to conform to our new segments unless otherwise stated. Restated amounts presented herein are consistent with those disclosed in our 2005 Annual Report.*

*The common shares of Nortel Networks Corporation are publicly traded on the New York Stock Exchange, or NYSE, and Toronto Stock Exchange, or TSX, under the symbol "NT". Nortel Networks Limited, or NNL, is our principal direct operating subsidiary and its results are consolidated into our results. Nortel holds all of NNL's outstanding common shares but none of its outstanding preferred shares. NNL's preferred shares are reported in minority interests in subsidiary companies in the unaudited condensed consolidated balance sheets and dividends and the related taxes are reported in minority interests — net of tax in the unaudited condensed consolidated statements of operations.*

## Business Overview

### Our Business

Nortel is a global supplier of communication equipment serving both service provider and enterprise customers. We deliver products and solutions that help simplify networks, improve productivity as well as drive value creation and efficiency for consumers. Our next-generation technologies span access and core networks, support multimedia and business-critical applications, and help eliminate today's barriers to efficiency, speed and performance by simplifying networks and connecting people with information. Our networking solutions consist of hardware, software and services. Our business activities include the design, development, assembly, marketing, sale, licensing, installation, servicing and support of these networking solutions. As a substantial portion of our business has a technology focus, we are dedicated to making strategic investments in research and development, or R&D. We believe one of our core strengths is strong customer loyalty from providing value to our customers through high reliability networks, a commitment to ongoing support, and evolving solutions to address product technology trends.

### Our Segments

During 2005, our operations were organized into four reportable segments: Carrier Packet Networks, Code Division Multiple Access, or CDMA, Networks, Global System for Mobile communications, or GSM, and Universal Mobile Telecommunications Systems, or UMTS, Networks and Enterprise Networks. On September 30, 2005, we announced a new organizational structure, effective January 1, 2006, that we expect will strengthen our enterprise focus, drive product efficiencies, and enhance our delivery of global services. The new alignment includes two product groups: (i) Enterprise Solutions and Packet Networks, which combines optical networking solutions (included in our Carrier Packet Networks segment in 2005), data networking and security solutions and portions of circuit and packet voice solutions (included in

HIGHLY CONFIDENTIAL　　　NNC-NNL06705393 / 358

both our Carrier Packet Networks segment and Enterprise Networks segment in 2005) into a unified product group; and (ii) Mobility and Converged Core Networks, which combines our CDMA solutions and GSM and UMTS solutions (each a separate segment in 2005) and other circuit and packet voice solutions (included in our Carrier Packet Networks segment in 2005).

These organizational changes resulted in a change to our reportable segments. Commencing in the first quarter of 2006, Mobility and Converged Core Networks and Enterprise Solutions and Packets Networks form our reportable segments and are described below:

- Mobility and Converged Core Networks provides mobility networking solutions using (i) CDMA solutions and GSM and UMTS solutions and (ii) carrier circuit and packet voice solutions. Mobility networking refers to communications networks that enable end-users to be mobile while they send and receive voice and data communications using wireless devices, such as cellular telephones, personal digital assistants and other computing and communications devices. These networks use specialized network access equipment and specialized core networking equipment that enable an end-user to be connected and identified when not in a fixed location. In addition, our carrier circuit and packet voice solutions provide a complete range of voice solutions to our service provider customers, including local, toll, long-distance and international gateway capabilities using either circuit or packet-based switching technologies. These service provider customers include local and long distance telephone companies, wireless service providers, cable operators and other communication service providers.
- Enterprise Solutions and Packet Networks provides (i) enterprise circuit and packet voice solutions, (ii) data networking and security solutions and (iii) optical networking solutions. Our solutions for enterprises are used to build new networks and transform existing communications network into a more cost effective, packet-based network supporting data, voice and multimedia communications. Our optical networking and carrier data networking and security solutions provide voice, data and multimedia communication solutions to our service provider customers that operate wireline networks.

### How We Measure Performance

Our president and chief executive officer, or CEO, has been identified as our chief operating decision maker in assessing the performance and allocating resources to our operating segments. The primary financial measure used by the CEO is management earnings (loss) before income taxes, or Management EBT. This measure includes the cost of revenues, selling, general and administrative, or SG&A, expense, R&D expense, interest expense, other income (expense) — net, minority interests — net of tax and equity in net earnings (loss) of associated companies — net of tax. Interest attributable to long-term debt is not allocated to a reportable segment and is included in "Other". The CEO does not review asset information on a segmented basis in order to assess performance and allocate resources.

### Our Strategy

We continue to drive our business forward with a renewed focus on execution and operational excellence through (i) the transformation of our businesses and processes, (ii) integrity renewal and (iii) growth imperatives.

Our plan for business transformation is expected to address our biggest operational challenges and is focused on simplifying our organizational structure, reflecting the alignment of carrier and enterprise networks, and maintains a strong focus on revenue generation as well as quality improvements and cost reduction through a program known as Six Sigma. This program contemplates the transformation of our business in six key areas: services, procurement effectiveness, revenue stimulation (including sales and pricing), R&D effectiveness, general and administrative effectiveness, and organizational and workforce effectiveness. Employees throughout our organization are engaged in supporting various objectives in each of these areas.

We remain focused on integrity renewal through a commitment to effective corporate governance practices, remediation of our material weaknesses in our internal controls and ethical conduct. We have enhanced our compliance function to increase compliance with applicable laws, regulations and company policies and to increase employee awareness of our code of ethical business conduct.

Our long-term growth imperatives are motivated by a desire to generate profitable growth and focus on areas where we can attain a leadership position and a minimum market share of twenty percent in key technologies. Some areas in which we plan to increase our investment include products compliant with the Worldwide Interoperability for Microwave Access, or WiMAX, standard, the IP Multimedia Subsystem, or IMS, architecture, and IPTV. On May 16, 2006, we announced a new business initiative to drive market share in the growing video bandwidth market, or Metro Ethernet Networks. Metro Ethernet Networks will combine our optical solutions and the carrier portion of our data networking

and security solutions currently included in our Enterprise Solutions and Packet Networks segment, which are designed to deliver innovative Ethernet portfolios with high quality, reliability, and security. We are currently assessing the impact of this new business initiative on our reportable segments.

Recent key strategic and business initiatives include the continued progress of our finance transformation project, which will implement, among other things, a new information technology platform to provide an integrated global financial system; establishing a greater presence in Asia Pacific through our recently established joint venture with LG Electronics, Inc., or LG; strengthening our end-to-end convergence solutions and focus on the enterprise market, including the acquisition of Tasman Networks Inc., or Tasman Networks; and evolving our supply chain strategy.

We are also in the process of establishing an operating segment that focuses on providing professional services in five key areas: integration services, security services, managed services, optimization services and maintenance services, which are currently a component of all of our networking solutions and reportable segments. We expect this operating segment to become a reportable segment in the second half of 2006.

## Developments in 2006

**Consolidated Results Summary**

Summary of selected financial data:

|  | Three Months Ended March 31, 2006 | % of Revenues | Three Months Ended March 31, 2005 | % of Revenues |
|---|---|---|---|---|
|  | (Millions of U.S. dollars) | | | |
| Revenues | $2,382 | | $2,389 | |
| Gross profit | 908 | 38.1 | 1,012 | 42.4 |
| Operating expenses | | | | |
| Selling, general and administrative expense | 595 | 25.0 | 578 | 24.2 |
| Research and development expense | 478 | 20.1 | 474 | 19.8 |
| Special charges | 5 | 0.2 | 14 | 0.6 |
| Gain (loss) on sale of businesses and assets | 35 | 1.5 | (22) | (0.9) |
| Shareholder litigation settlement expense | 19 | 0.8 | — | |
| Operating earnings (loss) | (159) | (6.7) | (78) | (3.3) |
| Other income — net | 69 | 2.9 | 54 | 2.3 |
| Interest expense | 70 | 2.9 | 53 | 2.2 |
| Income tax benefit (expense) | (23) | (1.0) | (16) | (0.7) |
| Net earnings (loss) from continuing operations | (176) | (7.4) | (106) | (4.4) |
| Net earnings (loss) | $ (167) | (7.0) | $ (104) | (4.4) |

Our revenues remained essentially flat in the first quarter of 2006 compared to the first quarter of 2005. In the first quarter of 2006, Mobility and Converged Core Networks revenues were $1,426, a decrease of approximately 4 percent compared to the first quarter of 2005 and Enterprise Solutions and Packet Networks revenues were $871, a decrease of approximately 1 percent compared to the first quarter of 2005. For further information related to the changes in revenue by segment, see "Results of Operations — Continuing Operations — Segment Information".

Our gross margin decreased by 4.3 percentage points and gross profit decreased by $104 in the first quarter of 2006 compared to first quarter of 2005 primarily due to gross margin decrease in both Mobility and Converged Core Networks and Enterprise Solutions and Packet Networks segments. Overall, we continue to see an unfavorable product mix and competitive pricing pressures, partially offset by improvements in our cost structure as a result of lower material pricing.

During the first quarter of 2006, SG&A expense as a percentage of revenues increased by 0.8 percentage points to 25% as a percentage of revenue compared to 24.2% in the first quarter of 2005. During the first quarter of 2006, SG&A expense included higher costs related to our acquisition of Nortel Government Solutions Incorporated, or NGS (formerly PEC Solutions, Inc.), and the formation and consolidation of the LG-Nortel joint venture in the fourth quarter of 2005, unfavorable foreign exchange impacts associated with the strengthening of the Canadian dollar against the U.S. dollar (partially offset by favorable foreign exchange impacts associated with the strengthening of the U.S. dollar against the Euro and the British pound) and increased costs as a result of our business transformation initiatives, internal control remedial measures and investment in our finance processes; partially offset by lower costs related to our restatement activities and cost savings associated with our restructuring plan announced in 2004, or the 2004 Restructuring Plan.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 360

R&D expense as a percentage of revenues increased slightly to 20.1% in the first quarter of 2006 compared to 19.8% in the first quarter of 2005 primarily due to increased investments in targeted product areas, primarily in our Enterprise Solutions and Packet Networks segment, and unfavorable foreign exchange impacts; partially offset by savings associated with our 2004 Restructuring Plan.

Special charges as a percentage of revenue decreased by 0.4 percentage points to 0.2% in the first quarter of 2006 compared to 0.6% in the first quarter of 2005 primarily due to the completion of activities associated with the implementation of our 2004 Restructuring Plan that were substantially completed in the first half of 2005.

For further information related to the changes in operating expenses, see "Results of Operations — Continuing Operations — Operating Expenses".

Shareholder litigation settlement expense of $19 was recorded during the first quarter of 2006 as a result of a fair value mark-to-market adjustment as of March 31, 2006 of the proposed equity component of an agreement in principle reached for the settlement of certain shareholder class action litigation. For additional information, see "Developments in 2006 — Significant Business Developments — Proposed Class Action Settlement".

**Significant Business Developments**

*Proposed Class Action Settlement*

On February 8, 2006, we announced an agreement in principle to settle two significant class action lawsuits pending in the U.S. District Court for the Southern District of New York, or the Proposed Class Action Settlement. This settlement would be part of, and is conditioned on, our reaching a global settlement encompassing all pending shareholder class actions and proposed shareholder class actions commenced against us and certain other defendants following our announcement of revised financial guidance during 2001 and our revision of certain of our 2003 financial results and restatement of other prior periods. The Proposed Class Action Settlement is also conditioned upon the receipt of all required court, securities regulatory and stock exchange approvals. On March 17, 2006, we announced that we and the lead plaintiffs reached an agreement on the related insurance and corporate governance matters including our insurers agreeing to pay $228.5 in cash towards the settlement and us agreeing with our insurers to certain indemnification obligations. We believe that these indemnification obligations would be unlikely to materially increase our total cash payment obligations under the Proposed Class Action Settlement. On April 3, 2006, the insurance proceeds were placed into escrow by the insurers. The insurance payments would not reduce the amounts payable by us as noted below. We also agreed to certain corporate governance enhancements, including the codification of certain of our current governance practices (such as the annual election by our directors of a non-executive Board chair) in our Board of Directors written mandate and the inclusion in our annual proxy circular and proxy statement of a report on certain of our other governance practices (such as the process followed for the annual evaluation of the Board, committees of the Board and individual directors). The Proposed Class Action Settlement would contain no admission of wrongdoing by us or any of the other defendants.

Under the terms of the proposed global settlement contemplated by the Proposed Class Action Settlement, we would make a payment of $575 in cash, issue 628,667,750 of Nortel Networks Corporation common shares (representing 14.5% of our equity as of February 7, 2006), and contribute one-half of any recovery in our existing litigation against our former president and chief executive officer, former chief financial officer and former controller, who were terminated for cause in April 2004, seeking the return of payments made to them under our bonus plan in 2003. In the event of a share consolidation of Nortel Networks Corporation common shares, the number of Nortel Networks Corporation common shares to be issued pursuant to the Proposed Class Action Settlement would be adjusted accordingly. The proposed settlement amount would include all plaintiffs court-approved attorney's fees. As a result of the Proposed Class Action Settlement, we established a litigation provision and recorded a charge to our full-year 2005 financial results of $2,474 (net of insurance proceeds), of which $575 related to the proposed cash portion of the Proposed Class Action Settlement, while $1,899 related to the proposed equity component. We adjusted the equity component in the first quarter of 2006 and will further adjust it in future quarters based on the fair value of the Nortel Networks Corporation common shares issuable until the finalization of the settlement. As of March 31, 2006, the fair value of the proposed equity component increased to $1,918, resulting in an additional shareholder litigation settlement expense of $19. The cash amount bears interest commencing March 23, 2006 at a prescribed rate and was deposited in escrow on June 1, 2006 pending satisfactory completion of all conditions to the Proposed Class Action Settlement. Any change to the terms of the Proposed Class Action Settlement as a result of ongoing discussions with the lead plaintiffs would likely also result in an adjustment to the litigation provision.

49

Discussions are ongoing regarding a process to resolve the Canadian actions as part of the terms of the Proposed Class Action Settlement and we and the lead plaintiffs are continuing discussions towards a definitive settlement agreement. At this time, it is not certain that such an agreement can be reached, that each of the actions noted above can be brought into, or otherwise bound by, the proposed settlement, if finalized, or that such an agreement would receive the required court and other approvals in all applicable jurisdictions. The timing of any developments related to these matters is also not certain. The Proposed Class Action Settlement and the litigation provision charge taken in connection with the Proposed Class Action Settlement do not relate to ongoing regulatory and criminal investigations and do not encompass a related Employment Retirement Income Security Act, or ERISA, class action or the pending application in Canada for leave to commence a derivative action against certain of our current and former officers and directors.

For additional information, see the "Risk Factors" section of this report and "Contingencies" in note 18 of the accompanying unaudited condensed consolidated financial statements.

### *Credit and Support Facilities*

On February 14, 2006, we entered into a new one-year credit facility in the aggregate principal amount of $1,300, or the 2006 Credit Facility. This new facility consists of (i) a senior secured one-year term loan facility in the amount of $850, or Tranche A Term Loans, and (ii) a senior unsecured one-year term loan facility in the amount of $450, or Tranche B Term Loans. The 2006 Credit Facility was drawn down in the full amount on February 14, 2006, and we used the net proceeds primarily to repay at maturity the outstanding $1,275 aggregate principal amount of NNL's 6.125% Notes on February 15, 2006. These loans are now held by a syndicate of banks and institutional investors. We obtained an amendment and waiver of the 2006 Credit Facility and our $750 support facility, or the EDC Support Facility, with Export Development Canada, or EDC, as described below under "Third Restatement Impacts — Credit and Support Facilities".

For more information on the 2006 Credit Facility and the EDC Support Facility, see "Liquidity and Capital Resources — Future Sources of Liquidity" and the "Risk Factors" section of this report.

### *Acquisitions*

On February 24, 2006, we acquired 100% of the common and preferred shares of Tasman Networks, an established networking company that provides a portfolio of secure enterprise routers for approximately $99 in cash and related liabilities. The preliminary purchase price allocation of $99 included approximately $101 of goodwill and $2 in net liabilities assumed.

### *Joint Ventures*

On November 9, 2005, we and Huawei Technologies Co., Ltd. entered into a non-binding Memorandum of Understanding to establish a joint venture for developing ultra broadband access solutions. We and Huawei have now decided not to proceed with a joint venture. The parties are continuing discussions to define the nature that any ongoing alliance or relationship may take. An alliance or relationship, if any, would still be subject to negotiation, execution of definitive agreements and customary regulatory approvals.

### *Evolution of Our Supply Chain Strategy*

In 2004, we entered into an agreement with Flextronics International Ltd., or Flextronics, regarding the divestiture of substantially all of our remaining manufacturing operations and related activities, including certain product integration, testing, repair operations, supply chain management, third party logistics operations and design assets. We and Flextronics also entered into a four year supply agreement for manufacturing services (whereby after completion of the transaction Flextronics will manage approximately $2,500 of our annual cost of revenues) and a three-year supply agreement for design services.

On May 8, 2006, we completed the transfer to Flextronics of our manufacturing operations and related assets in Calgary, Canada including product integration, testing, repair and logistics operations, representing the final transfer of our manufacturing operations to Flextronics.

The successful completion of the agreement with Flextronics resulted in the transfer of approximately 2,100 employees to Flextronics. We expect gross cash proceeds ranging between $575 and $625, of which approximately $450 has been received to date, partially offset by cash outflows incurred to date and expected to be incurred in 2006 attributable to direct transaction costs and other costs associated with the transaction.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 362

For additional information related to the Flextronics divestiture, see "Liquidity and Capital Resources" and "Acquisitions, divestitures and closures" in note 9 of the accompanying unaudited condensed consolidated financial statements.

## Restatements; Material Weaknesses; Related Matters

### First and Second Restatements, Independent Review and Revenue Independent Review

We have effected successive restatements of prior period financial results. In December 2003, we restated our consolidated financial statements for the years ended December 31, 2002, 2001 and 2000 and for the quarters ended March 31, 2003 and June 30, 2003, or the First Restatement. Following an independent review of the facts and circumstances leading to the First Restatement, or the Independent Review, we restated our financial statements for the years ended December 31, 2002 and 2001 and the quarters ended March 31, 2003 and 2002, June 30, 2003 and 2002 and September 30, 2003 and 2002, or the Second Restatement. Management identified certain accounting practices and errors related to revenue recognition that it determined required adjustment as part of the Second Restatement. The Audit Committee determined to review the facts and circumstances leading to the restatement of these revenues for specific transactions identified in the Second Restatement, with a particular emphasis on the underlying conduct, or the Revenue Independent Review. For more information about the First and Second Restatement, see our Annual Report on Form 10-K for the year ended December 31, 2003, or the 2003 Annual Report.

In January 2005, the Audit Committee reported the findings of the Independent Review, together with its recommendations for governing principles for remedial measures, the summary of which is included in the "Controls and Procedures" section of the 2003 Annual Report. Each of our and NNL's Board of Directors adopted these recommendations in their entirety and directed our management to implement those principles, through a series of remedial measures, across Nortel, to prevent any repetition of past misconduct and re-establish a finance organization with values of transparency, integrity, and sound financial reporting as its cornerstone. See the "Controls and Procedures" section of this report. In addition, the Revenue Independent Review was completed in April, 2006. For more information about the Revenue Independent Review, see our 2005 Annual Report.

### Material Weaknesses in Internal Control over Financial Reporting

Over the course of the Second Restatement process, we identified a number of reportable conditions, each constituting a material weakness (within the meaning of Public Company Accounting Oversight Board Auditing Standard No. 2), in our internal control over financial reporting as of December 31, 2003. Five of those material weaknesses continued to exist as of December 31, 2005, as follows:

- lack of compliance with written Nortel procedures for monitoring and adjusting balances related to certain accruals and provisions, including restructuring charges and contract and customer accruals;
- lack of compliance with Nortel procedures for appropriately applying applicable GAAP to the initial recording of certain liabilities including those described in Statement of Financial Accounting Standards, or SFAS, No. 5, "Accounting for Contingencies", or SFAS No. 5, and to foreign currency translation as described in SFAS No. 52, "Foreign Currency Translation", or SFAS No. 52;
- lack of sufficient personnel with appropriate knowledge, experience and training in U.S. GAAP and lack of sufficient analysis and documentation of the application of U.S. GAAP to transactions, including but not limited to revenue transactions;
- lack of a clear organization and accountability structure within the accounting function, including insufficient review and supervision, combined with financial reporting systems that are not integrated and which require extensive manual interventions; and
- lack of sufficient awareness of, and timely and appropriate remediation of, internal control issues by Nortel personnel.

We continue to identify, develop and implement remedial measures to address these material weaknesses in our internal control over financial reporting. For more information see the "Controls and Procedures" section of this report and "Risks Related to Our Restatements and Related Matters" in the "Risk Factors" section of this report.

### Third Restatement

As part of the remedial measures and to compensate for the unremedied material weaknesses in our internal control over financial reporting, we undertook intensive efforts in 2005 to enhance our controls and procedures relating to the recognition of revenue. These efforts included, among other measures, extensive documentation and review of customer

HIGHLY CONFIDENTIAL  NNC-NNL06705393 / 363

contracts for revenue recognized in 2005 and earlier periods. As a result of the contract review, it became apparent that certain of the contracts had not been accounted for properly under U.S. GAAP. Most of these errors related to contractual arrangements involving multiple deliverables, for which revenue recognized in prior periods should have been deferred to later periods, under American Institute of Certified Public Accountants Statement of Position, or SOP, 97-2 "Software Revenue Recognition", and SEC Staff Accounting Bulletin, or SAB, 104 "Revenue Recognition", or SAB 104.

In addition, based on our review of our revenue recognition policies and discussions with our independent registered chartered accountants as part of the 2005 audit, we determined that in our previous application of these policies, we misinterpreted certain of these policies principally related to complex contractual arrangements with customers where multiple deliverables were accounted for using the percentage-of-completion method of accounting under SOP 81-1, "Accounting for Performance of Construction-Type and Certain Production-Type Contracts", or SOP 81-1, as described in more detail below:

- Certain complex arrangements with multiple deliverables were previously fully accounted for under the percentage of completion method of SOP 81-1, but elements outside of the scope of SOP 81-1 should have been examined for separation under the guidance in Emerging Issues Task Force, or EITF, Issue No. 00-21, "Revenue Arrangements with Multiple Deliverables"; and
- Certain complex arrangements accounted for under the percentage-of-completion method did not meet the criteria for this treatment in SOP 81-1 and should instead have been accounted for using completed contract accounting under SOP 81-1.

In correcting for both application errors, the timing of revenue recognition was frequently determined to be incorrect, with revenue having generally been recognized prematurely when it should have been deferred and recognized in later periods. Management's determination that these errors required correction led to the Audit Committee's decision on March 9, 2006 to effect a further restatement of our consolidated financial statements (the "Third Restatement"), which was effected with the filing of our and NNL's 2005 Annual Reports with the SEC. Following the announcement of the Third Restatement on March 10, 2006, the Audit Committee directed the Internal Audit group to conduct a review of the facts and circumstances surrounding the Third Restatement principally to review the underlying conduct of the initial recording of the errors and any overlap of items restated in the Third Restatement and the Second Restatement. Internal Audit engaged third party forensic accountants to assist in the review. The review is now completed and Internal Audit has reported its findings to the Audit Committee. For more information, see the "Controls and Procedures" section of this report.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 364

The following table presents a summary of the adjustments from the Third Restatement for the three months ended March 31, 2005:

|  | Three Months Ended March 31, 2005 |
|---|---:|
| **Revenues — as previously reported** | $2,536 |
| **Adjustments:** | |
| Application of SOP 81-1 | 82 |
| Interaction between multiple revenue recognition accounting standards | (183) |
| Application of SAB 104 and SOP 97-2 | (53) |
| Other revenue recognition adjustments | 7 |
| **Revenues — as restated** | $2,389 |
| **Net earnings (loss) — as previously reported** | $ (49) |
| **Adjustments:** | |
| Application of SOP 81-1 | 9 |
| Interaction between multiple revenue recognition accounting standards | (26) |
| Application of SAB 104 and SOP 97-2 | (26) |
| Other revenue recognition adjustments | (3) |
| (Gain) loss on sale of businesses | (21) |
| Foreign exchange[a] | 2 |
| Other | 10 |
| **Net earnings (loss) — as restated** | $ (104) |

(a) Includes the foreign exchange gains and losses resulting from the Third Restatement adjustments, and the correction of certain foreign exchange errors.

For further information, see note 3 of the accompanying unaudited condensed consolidated financial statements.

**Third Restatement Impacts**

*Credit and Support Facilities*

As a result of the delayed filing of our and NNL's 2005 Annual Reports with the SEC, certain events of default occurred under the 2006 Credit Facility and the EDC Support Facility. On May 9, 2006, we entered into an amendment and waiver with the lenders under the 2006 Credit Facility and with EDC under the EDC Support Facility. The amendment and waiver agreements, among other things, waived the events of default that had occurred under the facilities due to the need to restate and make adjustments to our financial results for prior periods as well as the delay that occurred in filing our 2005 Annual Reports and extended the required filing date under the 2006 Credit Facility and the EDC Support Facility of our and NNL's Quarterly Reports on Form 10-Q for the first quarter of 2006, or the 2006 First Quarter Reports. The amendment and waiver agreement under the 2006 Credit Facility also removed the minimum Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization, or Adjusted EBITDA, covenant and revised the minimum cash covenant to require that our unrestricted cash and cash equivalents exceed $1,250 at all times and $1,500 on the last day of each fiscal quarter (increased from $1,000 at all times as previously required). The amendment and waiver under the 2006 Credit Facility also made certain adjustments to the restrictions on the incurrence of liens and the provisions determining the percentage of lenders required to amend or waive the terms of the 2006 Credit Facility.

*Public Debt Securities*

As a result of the delayed filing of our and NNL's 2005 Annual Reports and the 2006 First Quarter Reports with the SEC, we and NNL were not in compliance with our obligations to deliver our respective SEC filings to the trustees under our and NNL's public debt indentures. With the filing of the 2006 First Quarter Reports with the SEC and the delivery of the 2006 First Quarter Reports to the trustees under our and NNL's public debt indentures, we and NNL will be in compliance with these delivery obligations.

HIGHLY CONFIDENTIAL  NNC-NNL06705393 / 365

*Stock-based Compensation Plans*

As a result of our March 10, 2006 announcement that we and NNL would have to delay the filing of our 2005 Annual Reports, we suspended, as of March 10, 2006, the grant of any new equity and exercise or settlement of previously outstanding awards under the Nortel 2005 Stock Incentive Plan, or SIP, the purchase of Nortel Networks Corporation common shares under the stock purchase plans for eligible employees in eligible countries that facilitate the acquisition of Nortel Networks Corporation common shares; the exercise of outstanding options granted under the Nortel Networks Corporation 2000 Stock Option Plan, or the 2000 Plan, and the Nortel Networks Corporation 1986 Stock Option Plan as amended and restated, or the 1986 Plan, or the grant of any additional options under those plans, or the exercise of outstanding options granted under employee stock option plans previously assumed by us in connection with mergers and acquisitions; and the purchase of units in a Nortel Networks stock fund or purchase of Nortel Networks Corporation common shares under our defined contribution and investment plans, until such time as, at the earliest, we are in compliance with U.S. and Canadian regulatory securities filing requirements. We intend to lift the suspension of these plans as soon as practicable.

*Annual Shareholders' Meeting*

On April 6, 2006, we announced the postponement of our Annual Shareholders' Meeting for 2005 to June 29, 2006 due to the delay in filing our 2005 Annual Report.

*Regulatory Actions and Securities Exchanges*

On April 10, 2006, the Ontario Securities Commission, or OSC, issued a final order prohibiting all trading by our directors, officers and certain current and former employees in our and NNL's securities. This order will remain in effect until at least two full business days following the receipt by the OSC of all filings required to be made by us and NNL pursuant to Ontario securities laws. We and NNL plan to apply to the OSC to have this order revoked now that we and NNL have become current with our financial reporting obligations for the first quarter of 2006 under Ontario securities laws. The OSC may, in its discretion, revoke the order where in its opinion doing so would not be prejudicial to the public interest.

As a result of our delay in filing the 2005 Annual Reports and the 2006 First Quarter Reports we and NNL were in breach of the continued listing requirements of the NYSE and TSX. With the filing and delivery of the 2006 First Quarter Reports, we and NNL will be in compliance with the continued listing requirements of the NYSE and TSX.

**Other Regulatory Actions and Pending Litigation**

We are under investigation by the SEC and the OSC Enforcement Staff. In addition, we received U.S. federal grand jury subpoenas for the production of certain documents sought in connection with an ongoing criminal investigation being conducted by the U.S. Attorney's Office for the Northern District of Texas, Dallas Division. Further, the Integrated Market Enforcement Team of the Royal Canadian Mounted Police, or RCMP, advised us that it would be commencing a criminal investigation into our financial accounting situation. Regulatory sanctions may potentially require us to agree to remedial undertakings that may involve the appointment of an independent adviser to review, assess and monitor our accounting practices, financial reporting and disclosure processes and internal control systems. We will continue to cooperate fully with all authorities in connection with these investigations and reviews.

In addition, numerous class action complaints and other actions have been filed against us and NNL, including class action complaints under the Employee Retirement Income Security Act, or ERISA, and an application in Canada for leave to commence a derivative action against certain of our current and former officers and directors.

Our pending civil litigation and regulatory and criminal investigations are significant and, if decided against us, including if we are not able to reach a global definitive settlement in the case of the civil litigation proposed to be encompassed by the Proposed Class Action Settlement, as described above under "Significant Business Developments — Proposed Class Action Settlement", could materially adversely affect our business, results of operations, financial condition or liquidity by requiring us to pay substantial judgments, settlements, fines, sanctions or other penalties, or requiring us to issue equity or equity related securities which could potentially result in the significant dilution of existing shareholders' equity positions.

For additional information, see "Liquidity and Capital Resources", the "Legal Proceedings" and "Risk Factors" sections of this report and "Contingencies" in note 18 of the accompanying unaudited condensed consolidated financial statements. For more information on the Proposed Class Action Settlement, see also "Developments in 2006 — Significant Business Developments — Proposed Class Action Settlement".

HIGHLY CONFIDENTIAL        NNC-NNL06705393 / 366

**Results of Operations — Continuing Operations**

**Consolidated Information**

*Revenues*

*Demand Trends for Our Network Solutions*

The following table sets forth our external revenues by category of network solutions for each of our reportable segments:

|  | For the Three Months Ended March 31, | | $ Change | % Change |
|---|---|---|---|---|
|  | 2006 | 2005 | | |
| Mobility and Converged Core Networks | | | | |
| CDMA solutions | $ 514 | $ 534 | $(20) | (4) |
| GSM and UMTS solutions | 633 | 713 | (80) | (11) |
| Circuit and packet voice solutions | 279 | 239 | 40 | 17 |
|  | 1,426 | 1,486 | (60) | (4) |
| Enterprise Solutions and Packet Networks | | | | |
| Circuit and packet voice solutions | 339 | 322 | 17 | 5 |
| Optical networking solutions | 250 | 237 | 13 | 5 |
| Data networking and security solutions[a] | 282 | 319 | (37) | (12) |
|  | 871 | 878 | (7) | (1) |
| Other[b] | 85 | 25 | 60 | 240 |
| Total | $2,382 | $2,389 | $ (7) | (0) |

(a) Includes $175 and $203 of revenue from our enterprise customers for the three months ended March 31, 2006 and 2005, respectively.

(b) Other includes our revenues from NGS which we acquired in June 2005, and various other network solutions and miscellaneous business activities and corporate functions.

The following discusses significant demand trends in the first quarter of 2006 for our various network solutions, which impacted our consolidated revenues. We make reference to demand trends in developing and developed countries. Other than the United States and Canada, which we consider developed, each of our geographic regions encompass both developed and developing countries. Other factors also impacted our first quarter 2006 and 2005 revenues, and this discussion should be read together with the "Geographic Revenues" and "Segment Information" sections.

*Mobility and Converged Core Networks*

*CDMA Solutions*

In the first quarter of 2006, revenues from our CDMA solutions (which decreased 4% over the first quarter of 2005) were negatively impacted by network completions in certain regions and reduced customer spending on next-generation products. However, revenues from CDMA solutions were positively impacted by expansion to meet increased subscriber demand in both developed and developing countries. Demand for new CDMA technologies was generally greater in developed countries with an installed base of CDMA solutions.

*GSM and UMTS Solutions*

In the first quarter of 2006, revenues from our GSM and UMTS solutions (which decreased 11% over the first quarter of 2005) reflected a significant decrease in GSM solutions and a significant increase in UMTS solutions. Revenues from our GSM and UMTS solutions were negatively impacted by industry consolidation in the U.S. and a mature installed base of GSM solutions in certain regions. Revenues from our GSM solutions were positively impacted by greater infrastructure sales, particularly in developing countries, related to increasing subscriber demand. Revenues from our UMTS solutions were positively impacted by higher subscriber demand to support progressively more sophisticated communication services and continued transition to this next-generation technology, primarily in developed countries where demand for these services is highest.

*Carrier Circuit and Packet Voice Solutions*

In the first quarter of 2006, revenues from our circuit and packet voice solutions included in our Mobility and Converged Core Networks segment (which increased 17% over the first quarter of 2005) were impacted by a substantial increase in packet voice solutions while our circuit voice solutions remained relatively flat. Revenues from packet voice solutions were positively impacted by increased demand for next-generation packetized communications, including voice over IP, or VoIP. Demand for circuit and packet voice solutions varied across developed and developing countries.

*Enterprise Solutions and Packet Networks*

*Enterprise Circuit and Packet Voice Solutions*

In the first quarter of 2006, revenues from our circuit and packet voice solutions included in our Enterprise Solutions and Packet Networks segment (which increased 5% over the first quarter of 2005) were positively impacted by an increase in next-generation packet voice solutions offset by declines in traditional circuit voice solutions. Demand for circuit and packet voice solutions varied across developed and developing countries.

*Optical Networking Solutions*

In the first quarter of 2006, revenues from our optical networking solutions (which increased 5% over the first quarter of 2005) were positively impacted by increased demand for multimedia and other communications at broadband network speeds. Revenues from our metro networking solutions were positively impacted by the delivery of "triple play" services (data, voice and multimedia) by a range of service providers, particularly in developed countries where these services are readily available. Revenues from our long-haul solutions were positively impacted primarily in developed countries where the focus is on maximizing return on invested capital by increasing the capacity utilization rates and efficiency of existing networks to meet fluctuation in subscriber demand.

*Data Networking and Security Solutions*

In the first quarter of 2006, revenues from our data networking and security solutions (which decreased by 12% over the first quarter of 2005) were negatively impacted by reduced demand for our legacy routing solutions and a mature router access market. Revenues were positively impacted by demand for IP based services and related next generation routing solutions.

This demand varied across developed and developing countries depending on the rate of network upgrade and expansion.

*Geographic Revenues*

The following table summarizes our geographic revenues based on the location of the customer:

|  | For the Three Months Ended March 31, | | | |
|---|---|---|---|---|
|  | 2006 | 2005 | $ Change | % Change |
| United States | $1,132 | $1,219 | $(87) | (7) |
| EMEA[a] | 631 | 673 | (42) | (6) |
| Canada | 159 | 112 | 47 | 42 |
| Asia Pacific | 301 | 264 | 37 | 14 |
| CALA[b] | 159 | 121 | 38 | 31 |
| **Consolidated** | $2,382 | $2,389 | $ (7) | (0) |

(a) Europe, Middle East and Africa, or EMEA, region.
(b) Caribbean and Latin America, or CALA, region.

From a geographic perspective, revenues in the first quarter of 2006 remained essentially flat when compared to the first quarter of 2005, primarily due to a:

- 7% decrease in revenues in the U.S. primarily due to substantially lower revenues from GSM and UMTS solutions as a result of industry consolidation of our service provider customers and lower revenues from our CDMA solutions due to reduced customer spending on next-generation products. These decreases were partially offset by an increase in revenues due to the impact of our acquisition of NGS in the second quarter of 2005 and

56

a significant increase in packet voice solutions supplied to our service provider customers and optical networking solutions.

- 6% decrease in revenues in EMEA primarily due to a substantial decline in Data networking and security solutions primarily due to increased competition and lower GSM and UMTS solutions revenues with UMTS growth almost offsetting GSM decline. Revenues in EMEA were negatively impacted by the unfavorable impacts due to the strengthening of the U.S. dollar against the Euro. These decreases were partially offset by a substantial increase in optical networking solutions and a substantial increase in packet voice solutions included in our Mobility and Converged Core Networks segment.
- 42% increase in revenues in Canada primarily due to a substantial increase in optical networking revenues primarily due to the negative impact of shipping delays on our optical solutions revenues in the first quarter of 2005 not repeated in the first quarter of 2006 and a substantial increase in our CDMA revenues primarily due to network expansions, and circuit and packet voice solutions revenues.
- 14% increase in revenues in Asia Pacific primarily due to substantial increases in all network solutions with the exception of our optical networking solutions, which had a substantial decrease due to network completions in the first quarter of 2005. Revenues in Asia Pacific were positively impacted by our LG-Nortel joint venture across CDMA solutions and Circuit and packet voice solutions included in our Enterprise Solutions and Packet Networks segment.
- 31% increase in revenues in CALA primarily due to substantial increases in GSM solutions and optical networking solutions due to new customer contracts and existing customer network expansion and a substantial increase in circuit and packet voice solutions included in our Mobility and Converged Core Networks segment; partially offset by a substantial decrease in CDMA solutions.

**Gross Profit and Gross Margin**

|  | For The Three Months Ended March 31, | | Change | % Change |
|---|---|---|---|---|
|  | 2006 | 2005 | | |
| Gross profit | $908 | $1,012 | $ (104) | (10) |
| Gross margin | 38.1% | 42.4% | (4.3pts) | |

Gross profit decreased $104 (while gross margin decreased by approximately 4.3 percentage points) in the first quarter of 2006 compared to the first quarter of 2005 primarily due to:

- a decrease of approximately $99 primarily as a result of (i) pricing pressures on certain of our products due to increased competition for service provider and enterprise customers; (ii) unfavorable product mix associated with increased sales of our next generation products which typically have lower gross margins in the early stages of product evolution; and (iii) increased costs associated with European Union Environmental Directive compliance, or EUED; and
- a decrease of approximately $40 primarily due to recoveries in inventory provisions due to sale of inventory in the first quarter of 2005 not repeated in the first quarter of 2006; partially offset by
- an increase of approximately $35 due to continued improvements in our cost structure primarily as a result of lower material pricing.

**Operating Expenses**

*Selling, General and Administrative Expense*

|  | For The Three Months Ended March 31, | | $ Change | % Change |
|---|---|---|---|---|
|  | 2006 | 2005 | | |
| SG&A expense | $595 | $578 | $ 17 | 3 |
| As % of revenues | 25.0% | 24.2% | 0.8pts | |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 369

SG&A expense increased by $17 and increased by 0.8 percentage points as a percentage of revenues in the first quarter of 2006 compared to the first quarter of 2005 primarily due to:

- costs of approximately $38 related to our acquisition of NGS and the LG-Nortel joint venture;
- higher costs of approximately $34 related to our internal control remedial measures, investment in our finance processes and business transformation initiatives; and
- unfavorable foreign exchange impacts associated with the strengthening of the Canadian dollar against the U.S. dollar (partially offset by favorable foreign exchange impacts associated with the strengthening of the U.S. dollar against the Euro and the British pound; partially offset by
- lower costs related to our restatement related activities; and
- cost savings associated with the 2004 Restructuring Plan and cost containment initiatives.

For a discussion of our SG&A expense by segment, see "Management EBT" under "Segment Information".

*Research and Development Expense*

|  | For The Three Months Ended March 31, | | | |
|---|---|---|---|---|
|  | 2006 | 2005 | $ Change | % Change |
| R&D expense | $478 | $474 | $ 4 | 1 |
| As % of revenues | 20.1% | 19.8% | 0.3pts | |

R&D expense as a percentage of revenues were slightly higher in the first quarter of 2006, up from 19.8% to 20.1% compared to the first quarter of 2005, primarily due to:

- increased investments in targeted product areas, primarily in the Enterprise Solutions and Packet Networks segment; and
- unfavorable foreign exchange impacts associated with the strengthening of the Canadian dollar against the U.S. dollar; substantially offset by
- cost savings associated with our 2004 Restructuring Plan.

Our continued strategic investments in R&D are aligned with targeting technology leadership in potential growth areas. We continue to maintain a technology focus and commitment to invest in new innovative solutions where we believe we would achieve the greatest future benefit from this investment.

We expect to continue to manage R&D expense according to the requirements of our business, allocating resources and investment where customer demand dictates, and reducing resources and investment where opportunities for improved efficiencies present themselves. Our R&D efforts are currently focused on secure and reliable converged networks including:

- network applications (VoIP and multimedia solutions) for enterprise and service provider customers;
- services edge capability to realize simplification of customer network operations and broadband access technologies, including wireless and wireline; and
- next-generation packet transport for converged networks.

*Special Charges*

In 2005 and the first quarter of 2006, our focus has been on managing each of our businesses based on financial performance, the market conditions and customer priorities. In the third quarter of 2004, we announced the 2004 Restructuring Plan that includes a work plan involving focused workforce reductions, including a voluntary retirement program, of approximately 3,250 employees, real estate optimization and other cost containment actions such as reductions in information services costs, outsourced services and other discretionary spending across both segments, but primarily in Enterprise Solutions and Packet Networks. Substantially all of the employee actions related to the focused workforce reduction were completed by the end of 2005. This workforce reduction is in addition to the workforce reduction resulting from our agreement with Flextronics. For more information on our agreement with Flextronics, see "Developments in 2006 — Significant Business Developments — Evolution of Our Supply Chain Strategy". We expect the real estate actions relating to the 2004 Restructuring Plan to be substantially complete by the end of 2006.

HIGHLY CONFIDENTIAL                NNC-NNL06705393 / 370