We estimate total charges to earnings associated with the 2004 Restructuring Plan in the aggregate of approximately $410 comprised of approximately $240 with respect to the workforce reductions and approximately $170 with respect to the real estate actions. No additional special charges are expected to be recorded with respect to the other cost containment actions. We incurred aggregate charges of $342 in 2004 and 2005 and $6 in the first quarter of 2006, with the remainder of approximately $62 expected to be substantially incurred during the balance of 2006.

The associated total cash costs of the 2004 Restructuring Plan of approximately $360 are expected to be split approximately $230 for workforce reductions and $130 for real estate actions. Approximately 10% and 50% of these cash costs were incurred in 2004 and 2005, respectively, and approximately 5% were incurred in the first quarter of 2006 and 10% are expected to be incurred during the balance of 2006. The remaining 25% of the cash costs relate to the real estate actions and are expected to be incurred through 2022 for ongoing lease costs related to impacted real estate facilities.

In 2003, we initiated activities to exit certain leased facilities and leases for assets no longer used across all segments.

During 2001, we implemented a work plan to streamline operations and activities around core markets and leadership strategies in light of the significant downturn in both the telecommunications industry and the economic environment, and capital market trends impacting operations and expected future growth rates, or the 2001 Restructuring Plan.

During the three months ended March 31, 2006, we continued to implement these restructuring work plans. Special charges provisions recorded from January 1, 2006 to March 31, 2006 were as follows:

| | Workforce reduction | Contract settlement and lease costs | Plant and equipment write downs | Total |
|---|---|---|---|---|
| **2004 Restructuring Plan** | | | | |
| Provision balance as of December 31, 2005 . . . . . . . . . . . . . . . . . | $ 21 | $ 61 | $ — | $ 82 |
|    Revisions to prior accruals . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 4 | — | 6 |
|    Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (13) | (5) | — | (18) |
| Provision balance as of March 31, 2006 . . . . . . . . . . . . . . . . . . . . | $ 10 | $ 60 | $ — | $ 70 |
| **2001 Restructuring Plan** | | | | |
| Provision balance as of December 31, 2005 . . . . . . . . . . . . . . . . . | $ 3 | $213 | $ — | $216 |
|    Revisions to prior accruals . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | (2) | — | (1) |
|    Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1) | (16) | — | (17) |
| Provision balance as of March 31, 2006 . . . . . . . . . . . . . . . . . . . . | $ 3 | $195 | $ — | $198 |
| Total provision balance as of March 31, 2006[a] . . . . . . . . . . . . . . | $ 13 | $255 | $ — | $268 |

---

(a) As of March 31, 2006 and December 31, 2005, the short-term provision balance was $84 and $95, respectively, and the long-term provision balance was $184 and $203, respectively.

Under the 2004 Restructuring Plan, we recorded revisions to prior accruals of $6 and special charges of $25 (which included revisions to prior accruals of $(2)) for the three months ended March 31, 2006 and 2005, respectively. Under the 2001 Restructuring Plan, we recorded revisions to prior accruals of $(1) and $(11) for the three months ended March 31, 2006 and 2005, respectively.

The following table outlines total special charges incurred by segment for each of the three months ended March 31:

| | 2004 Restructuring Plan | | 2001 Restructuring Plan | | Total Special Charges | |
|---|---|---|---|---|---|---|
| | 2006 | 2005 | 2006 | 2005 | 2006 | 2005 |
| *Special charges by segment:* | | | | | | |
| Mobility and Converged Core Networks . . . . . . . . . . . . . . . . . | $ 3 | $ 13 | $ — | $ (1) | $ 3 | $ 12 |
| Enterprise Solutions and Packet Networks . . . . . . . . . . . . . . . . | 3 | 12 | (1) | (10) | 2 | 2 |
| **Total special charges** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 6 | $ 25 | $ (1) | $(11) | $ 5 | $ 14 |

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 371

For additional information related to our restructuring activities, see "Special charges" in note 6 of the accompanying unaudited condensed consolidated financial statements.

**(Gain) Loss on Sale of Businesses and Assets**

In the first quarter of 2006, gain on sale of businesses and assets of $35 was primarily due to a gain of $19 on the sale of certain assets and a gain of $18 on the sale of our Brampton facility.

In the first quarter of 2005, loss on sale of businesses and assets of $22 was primarily due to a loss of $21 on sale of businesses and assets related to the ongoing divestiture of our remaining manufacturing operations to Flextronics.

For additional information relating to these asset sales, see "Acquisitions, divestitures and closures" in note 9 of the accompanying unaudited condensed consolidated financial statements.

**Shareholder Litigation Settlement Expense**

Shareholder litigation settlement expense of $19 was recorded during the three months ended March 31, 2006 as a result of a fair value mark-to-market adjustment at quarter end of the proposed equity component of the Proposed Class Action Settlement. For additional information, see "Developments in 2006 — Significant Business Developments — Proposed Class Action Settlement".

**Other Income — Net**

The components of other income — net were as follows:

|  | For The Three Months Ended March 31, | |
|  | 2006 | 2005 |
|---|---|---|
| Interest income[a] | $ 16 | $ 14 |
| Gain (loss) on sale or write down of investments | (1) | (5) |
| Currency exchange gains[b] | 10 | 28 |
| Other — net | 44 | 17 |
| Other income — net | $ 69 | $ 54 |

(a) Interest income on our short-term investments.

(b) Currency exchange gains were primarily related to day-to-day transactional activities.

In the first quarter of 2006, other income — net was $69, which (other than interest income and currency exchange gains detailed above) primarily included:

- dividend income of $13 on our short-term investments;
- a gain of $26 related to the sale of a note receivable from Bookham, Inc.; and
- income of $4 related to the sub-lease of facilities.

In the first quarter of 2005, other income — net was $54, which (other than interest income and currency exchange gains detailed above) primarily included:

- a gain of $10 resulting from a restructured customer financing arrangement;
- dividend income of $9 on our short-term investments; and
- income of $5 related to the sub-lease of facilities; partially offset by
- losses of $5 related to changes in fair value of derivative financial instruments that did not meet the criteria for hedge accounting.

**Interest Expense**

Interest expense increased $17 in the first quarter of 2006 compared to the first quarter of 2005 primarily due to securitization charges relating to the Bharat Sanchar Nigam Limited, or BSNL, receivables and higher borrowing costs. For further details, see "Developments in 2006 — Significant Business Developments — Credit and Support Facilities".

60

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 372

**Income Tax Benefit (Expense)**

During the three months ended March 31, 2006, we recorded a tax expense of $23 on a pre-tax loss of $160 from continuing operations before minority interests and equity in net earnings (loss) of associated companies. The tax expense of $23 was primarily related to the drawdown of our deferred tax assets and current tax provisions in certain taxable jurisdictions, and various corporate minimum and other taxes. In addition, we recorded additional valuation allowances against the tax benefit of losses realized in some jurisdictions.

In the first quarter of 2005, we recorded a tax expense of $16 on a pre-tax loss of $77 from continuing operations before minority interests and equity in net earnings (loss) of associated companies. We recorded a tax expense against the earnings of certain taxable entities and recorded additional valuation allowances against the tax benefit of current period losses of other entities. The tax benefit was primarily a result of R&D related incentives, favorable audit settlements, and a release of valuation allowances in certain jurisdictions, partially offset by tax expense recorded against the earnings of certain taxable entities and corporate minimum and other taxes.

**Segment Information**

Management EBT is a measure that includes the cost of revenues, SG&A expense, R&D expense, interest expense, other income (expense) — net, minority interests - net of tax and equity in net earnings (loss) of associated companies — net of tax. Interest attributable to long-term debt has not been allocated to a reportable segment and is included in ''Other''. ''Other'' represents miscellaneous business activities and corporate functions. None of these activities meet the quantitative criteria to be disclosed separately as reportable segments. Costs associated with shared services and other corporate costs are allocated to the segments based on usage determined generally by headcount. Costs not allocated to the segments are primarily related to our corporate compliance and other non-operational activities and are included in ''Other''. See ''Segment information — General description'' in note 5 of the accompanying unaudited condensed consolidated financial statements.

HIGHLY CONFIDENTIAL                                NNC-NNL06705393 / 373

The following tables set forth revenues and Management EBT of our reportable segments, "Other" and reconciliation to Net earnings (loss) from continuing operations:

| | For The Three Months Ended March 31, | | | |
| | 2006 | 2005 | $ Change | % Change |
|---|---|---|---|---|
| **Revenues** | | | | |
| Mobility and Converged Core Networks | $1,426 | $1,486 | $ (60) | (4) |
| Enterprise Solutions and Packet Networks | 871 | 878 | (7) | (1) |
| Total reportable segments | 2,297 | 2,364 | (67) | (3) |
| Other[a] | 85 | 25 | 60 | 240 |
| **Total revenues** | $2,382 | $2,389 | $ (7) | (0) |
| **Management EBT** | | | | |
| Mobility and Converged Core Networks | $ 118 | $ 190 | $ (72) | (38) |
| Enterprise Solutions and Packet Networks | (49) | (33) | (16) | (48) |
| Total reportable segments | 69 | 157 | (88) | (56) |
| Other[a] | (228) | (209) | (19) | (9) |
| **Total management EBT** | $ (159) | $ (52) | $(107) | (206) |
| Amortization of intangibles | $ (5) | $ (2) | $ (3) | (150) |
| Special charges | (5) | (14) | 9 | 64 |
| Gain (loss) on sale of businesses and assets | 35 | (22) | 57 | 259 |
| Shareholder litigation settlement expense | (19) | — | (19) | — |
| Income tax benefit (expense) | (23) | (16) | (7) | (44) |
| **Net earnings (loss) from continuing operations** | $ (176) | $ (106) | $ (70) | (66) |

(a) "Other" represents results from NGS and miscellaneous business activities and corporate functions.

The following table sets forth the positive (negative) contribution to segment Management EBT by each of its components relative to the comparable prior year period:

| | For The Three Months Ended March 31, 2006 Compared to Three Months Ended March 31, 2005 | | | | |
| | Gross Profit | SG&A | R&D | Other items[a] | Total $ change |
|---|---|---|---|---|---|
| Mobility and Converged Core Networks | $ (93) | $ — | $ 3 | $18 | $ (72) |
| Enterprise Solutions and Packet Networks | (24) | 8 | (7) | 7 | (16) |
| Total reportable segments | (117) | 8 | (4) | 25 | (88) |
| Other | 13 | (25) | — | (7) | (19) |
| Total change | $(104) | $(17) | $(4) | $18 | $(107) |

(a) "Other items" is comprised of interest expense, other income (expense) — net, minority interests — net of tax and equity in net loss of associated companies — net of tax. Interest attributable to long-term debt has not been allocated to a reportable segment and is included in "Other".

The following discussion should be read together with "Consolidated Information — Revenues", which discusses certain demand trends for our networking solutions and geographical factors that impacted our revenues.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 374

### *Mobility and Converged Core Networks*

#### *Revenues*

The following chart summarizes recent quarterly revenues for Mobility and Converged Core Networks:



#### *Q1 2006 vs. Q1 2005*

Mobility and Converged Core Networks revenues decreased 4% primarily due to significantly lower GSM and UMTS solutions and slight decline in CDMA solutions; partially offset by a substantial increase in packet voice solutions. Overall revenues were impacted by pricing pressures driven by increased competition for service provider customers and industry consolidation.

Revenues from packet voice solutions in this segment increased substantially in EMEA, Canada and CALA and increased significantly in the U.S. Circuit voice solutions declined substantially in EMEA and Asia Pacific and significantly in Canada and increased significantly in the U.S. Revenues from CDMA solutions were lower in the U.S. and EMEA, and decreased substantially in CALA, partially offset by a substantial increase in Asia Pacific and Canada. Revenues from GSM and UMTS solutions declined substantially in the U.S. and were lower in EMEA; partially offset by a substantial increase in Asia Pacific.

#### *Management EBT*

Management EBT for the Mobility and Converged Core Networks segment decreased by $72 in the first quarter of 2006 compared to the first quarter of 2005 primarily as a result of the items discussed below.

Mobility and Converged Core Networks gross margin decreased by approximately 5 percentage points (while gross profit decreased by $93) primarily due to:

- unfavorable product mix associated with increased sales of our next generation packet voice and UMTS solutions which typically have lower gross margins in the early stages of product evolution than our traditional circuit voice and GSM solutions; and
- continued pricing pressures and customer mix primarily in the U.S. and Asia Pacific due to increased competition; partially offset by
- continued improvements in our cost structure primarily as a result of lower material pricing.

Mobility and Converged Core Networks SG&A expense remained essentially flat primarily due to:

- increased sales and marketing expenses as a result of the LG-Nortel joint venture; offset by
- the continued impact of on going spending actions and cost savings due to our workforce reduction under the 2004 Restructuring Plan.

Mobility and Converged Core Networks R&D expense decreased $3 primarily due to:

- the continued impact of our workforce reductions that targeted a level of R&D expense that was more representative of the volume of our business; partially offset by
- investment in targeted next-generation wireless programs to increase the feature content in our portfolio solutions; and
- increased expenses as a result of the LG-Nortel joint venture.

Mobility and Converged Core Networks other items expense decreased by $18 primarily due to minority interest as a result of the LG-Nortel joint venture.

63

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 375

### Enterprise Solutions and Packet Networks
#### Revenues

The following chart summarizes recent quarterly revenues for Enterprise Solutions and Packet Networks:



#### Q1 2006 vs. Q1 2005

Enterprise Solutions and Packet Networks revenues decreased by approximately 1% primarily due to a significant decrease in data networking and security solutions revenues; partially offset by LG-Nortel joint venture and a slight increase in our optical networking solutions and circuit and packet voice solutions.

Revenues from circuit and packet voice solutions increased significantly in Asia Pacific and Canada, partially offset by lower revenues in the U.S., CALA and EMEA. Revenues from data networking and security solutions decreased substantially in EMEA and Canada and were lower in the U.S., partially offset by substantially higher revenues in Asia Pacific and slightly higher revenues in CALA. Revenues from our optical networking solutions increased substantially in Canada, EMEA and CALA and significantly in the U.S., partially offset by a substantial decline in Asia Pacific.

#### Management EBT

Management EBT for the Enterprise Solutions and Packet Networks segment decreased by $16 in the first quarter of 2006 compared to the first quarter of 2005 primarily as a result of the items discussed below.

Enterprise Solutions and Packet Networks gross margin decreased by approximately 2 percentage points (while gross profit decreased by $24) primarily due to:

- recovery in inventory provisions in the first quarter of 2005 not repeated in the first quarter 2006 primarily due to sale of optical inventory that was previously fully provided for;
- pricing pressures on our data products due to increased competition for enterprise customers; and
- increased costs due to the effect of EUED compliance activities; partially offset by
- continued improvements in our cost structure including lower material pricing.

Enterprise Solutions and Packet Networks SG&A expense decreased by $8 primarily due to:

- favorable foreign exchange rate impacts associated with the weakening of the Euro and British pound partially offset by strengthening of the Canadian dollar against the U.S. dollar; and
- continued improvements in our cost structure and cost savings due to our workforce reduction under the 2004 Restructuring Plan; partially offset by
- increase in sales and marketing expenses primarily related to the LG-Nortel joint venture.

Enterprise Solutions and Packet Networks R&D expense increased by $7 primarily due to:

- increased spending on R&D programs related to IP technologies and the LG-Nortel joint venture; partially offset by
- more effectively prioritizing investment in data products.

Enterprise Solutions and Packet Networks other items expense decreased by $7 primarily due to minority interest as a result of the LG-Nortel joint venture.

### Other
#### Management EBT

Other Management EBT decreased by $19 in the first quarter of 2006 compared to the first quarter of 2005 primarily as a result of the items discussed below.

HIGHLY CONFIDENTIAL       NNC-NNL06705393 / 376

Other segment SG&A expense increased by $25 primarily due to:

- unfavorable foreign exchange rate impacts associated with the strengthening of the Canadian dollar against the U.S. dollar partially offset by favorable foreign exchange rate impacts associated with the strengthening of the U.S. dollar against Euro and British pound;
- increase in sales and marketing expenses primarily related to Nortel's acquisition of NGS; and
- increased costs associated with our business transformation initiatives, internal control remedial measures and investment in our finance process; partially offset by
- lower costs related to our restatement related activities; and
- cost savings associated with our 2004 Restructuring Plan and cost containment initiatives.

Other segment R&D expense remained essentially flat primarily due to savings associated with the 2004 Restructuring Plan, offset by unfavorable foreign exchange rate impacts associated with the strengthening of the Canadian dollar against the U.S. dollar and increases in employee related expenses.

Other segment other items expense increased by $7 primarily due to:

- an increase in interest expense primarily due to securitization charges relating to BSNL receivables and higher borrowing costs; and
- lower net foreign exchange transactional and translation gains; partially offset by
- a gain related to the sale of our note receivable from Bookham; and
- gains related to changes in fair value of derivative financial instruments that do not meet the criteria for hedge accounting.

### Liquidity and Capital Resources

#### Cash Flow

Cash and cash equivalents excluding restricted cash decreased $256 during the three months ended March 31, 2006 to $2,695 as of March 31, 2006, primarily due to cash payments of $98, net of cash acquired, relating to our acquisitions of Tasman Networks, expenditures for plant and equipment of $99, and an outflow from operations of $174 which included cash payments for restructuring of $35 and payments of approximately $91 for pension funding, partially offset by cash proceeds of $87 relating to the sale of our Brampton facility and $30 relating to the sale of certain investments.

On June 1, 2006, we deposited $575 plus accrued interest of $5 into escrow pursuant to the Proposed Class Action Settlement.

The following table summarizes our cash flows by activity and cash on hand as of March 31:

| | For The Three Months Ended March 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Net cash from (used in) operating activities of continuing operations | $ (174) | $ (263) |
| Net cash from (used in) investing activities of continuing operations | (100) | 28 |
| Net cash from (used in) financing activities of continuing operations | 4 | (21) |
| Effect of foreign exchange rate changes on cash and cash equivalents | 14 | (35) |
| Net cash from (used in) continuing operations | (256) | (291) |
| Net cash from (used in) operating activities of discontinued operations | — | 36 |
| Net increase (decrease) in cash and cash equivalents | (256) | (255) |
| Cash and cash equivalents at beginning of period | 2,951 | 3,685 |
| Cash and cash equivalents at end of period | $2,695 | $3,430 |

#### Operating activities

In recent years, our operating results have produced negative cash flow from operations due in large part to our inability to reduce operating expenses as a percentage of revenue, the continued negative impact on gross margin due to competitive pressures, product mix and other factors discussed throughout our MD&A. In addition, we have made significant payments related to our restructuring programs and pension plans.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 377

In the first quarter of 2006, our cash flows used in operating activities were $174 due to net loss from continuing operations of $176, less adjustments of $262 related to the net change in our operating assets and liabilities plus net adjustments of $264 for non-cash and other items.

In the first quarter of 2006, the primary adjustments to our net earnings from continuing operations for non-cash and other items were shareholder litigation settlement expense of $19 and amortization and depreciation of $60, substantially all of which was depreciation, stock option expense of $25, foreign exchange impacts on long-term assets and liabilities and other items of $105, other liabilities of $73 and deferred income taxes of $16, partially offset by gain on sale of businesses and assets of $34.

In the first quarter of 2005, our cash flows used in operating activities were $263 due to a net loss from continuing operations of $106, less $262 related to the change in our operating assets and liabilities, plus adjustments of $105 for non-cash and other items.

In the first quarter of 2005, the primary adjustments to our net loss from continuing operations for non-cash and other items were amortization and depreciation of $81, substantially all of which was depreciation, and stock option expense of $18. In addition, other adjustments included deferred income taxes, gain on sale of businesses and assets and other items, partially offset by foreign exchange impacts on long-term assets and liabilities, accounted for the remaining $6.

### Changes in Operating Assets and Liabilities

In the first quarter of 2006, the use of cash of $262 relating to the net change in our operating assets and liabilities was primarily due to restructuring outflows, other changes in operating assets and liabilities, pension funding and $2 increase in cash flows associated with our working capital performance as discussed further below under "Working capital metrics". We had cash outflows for restructuring activities of $35 related to our 2004 and 2001 Restructuring Plan and approximately $91 for pension funding.

Other changes in operating assets and liabilities included the following:

* income tax payments of $27 in the first quarter of 2006 compared to $14 in the first quarter of 2005 primarily due to an increase in taxable income in certain taxable jurisdictions; and
* a decrease of $111 from other changes in operating assets and liabilities primarily due to deferred costs and other assets, partially offset by an increase in deferred revenue.

In the first quarter of 2005, the use of cash of $262 relating to the change in our operating assets and liabilities was primarily due to a $183 reduction in cash flows associated with our accounts receivable, inventory and accounts payable, $128 relating to restructuring outflows, $69 for pension funding and $14 relating to income taxes payments primarily due to an increase in income in certain taxable jurisdictions and other changes in operating assets and liabilities partially offset by $74 relating to the collection of long-term or customer financing receivables and $58 relating to the other changes in operating assets and liabilities.

We expect to pay $575 (plus accrued interest of $5) in cash related to the Proposed Class Action Settlement. The cash amount bears interest commencing March 23, 2006 at a prescribed rate and has been placed in escrow on June 1, 2006 pending satisfactory completion of all conditions to the Proposed Class Action Settlement. Such cash payments would relate only to the encompassed actions and would not relate to certain ERISA and derivative actions and the ongoing regulatory and criminal investigations. On March 17, 2006, we announced that we and the lead plaintiffs reached an agreement on the related insurance and corporate governance matters including our insurers agreeing to pay $228.5 in cash towards the settlement and us agreeing with our insurers to certain indemnification obligations. We believe that these indemnification obligations would be unlikely to materially increase our total cash payment obligations under the Proposed Class Action Settlement. On April 3, 2006, the insurance proceeds were placed into escrow by the insurers. The insurance payments would not reduce the amounts payable by us. For more information, see "Developments in 2006 — Significant Business Developments — Proposed Class Action Settlement". We expect cash contributions for pension funding for the 12 months commencing March 31, 2006, to be approximately $361, including a portion related to increased pension funding in the United Kingdom. In addition, we expect cash outflows for the 12 months commencing March 31, 2006, of approximately $110 related to both our 2001 Restructuring Plan and 2004 Restructuring Plan, and payments in the second quarter of 2006 related to our employee bonus program in 2006 based on our 2005 performance. For the 12 months commencing March 31, 2006, we expect to generate minimal cash from the sale of customer financing receivables.

66

*Working capital metrics*

Working capital for each segment is primarily managed by our regional finance organization which manages accounts receivable performance and by our global operations organization which manages inventory and accounts payable.

|  | Q1 2006 | Q4 2005 |
|---|---|---|
| Days sales outstanding in accounts receivable | 99 | 86 |
| Net inventory days | 165 | 132 |
| Days of purchases outstanding in accounts payable | 64 | 58 |

Days sales outstanding in accounts receivables, or DSO, measures the average number of days our accounts receivables are outstanding. DSO is a metric that approximates the measure of the average number of days from when we recognize revenue until we collect cash from our customers. DSO for each quarter is calculated by dividing the quarter end accounts receivable-net balance by revenues for the quarter, in each case as determined in accordance with U.S. GAAP, and multiplying by 90 days.

DSO increased by approximately 13 days as of March 31, 2006 compared to December 31, 2005, primarily due to the impact of outstanding receivables related to the BSNL contract and a collection of a significant receivable in Asia Pacific in the fourth quarter of 2005 that was not repeated in the first quarter of 2006. In 2006, we expect to focus on improving our collections process; however, we expect to experience fluctuations in collections performance in individual quarters.

Net inventory days, or NID, is a metric that approximates the average number of days from procurement to sale of our product. NID for each quarter is calculated by dividing the average of the current quarter and prior quarter inventories — net by the cost of revenues for the quarter, in each case as determined in accordance with U.S. GAAP, and multiplying by 90 days. Finished goods inventory includes certain direct and incremental costs associated with arrangements where title and risk of loss was transferred to the customer but revenue was deferred due to other revenue recognition criteria not being met. As of March 31, 2006 and December 31, 2005, these deferred costs totaled $2,110 and $2,014, respectively.

NID increased by approximately 33 days as of March 31, 2006 compared to December 31, 2005, primarily due to the impact of higher deferred costs associated with the deferred revenue and higher inventory levels built up prior to the outsourcing of our manufacturing operations in Calgary to Flextronics. As of March 31, 2006 and December 31, 2005, the NID without deferred costs associated with deferred revenues was 39 days and 36 days, respectively. In 2006, we expect that NID will fluctuate from quarter to quarter as future cost of sales and inventory levels fluctuate due in part to the movement in the deferred costs associated with deferred revenues.

Days of purchases outstanding in accounts payable, or DPO, is a metric that approximates the average number of days from when we receive purchased goods and services until we pay our suppliers. DPO for each quarter is calculated by dividing the quarter end trade and other accounts payable by the cost of revenues for the quarter, in each case, as determined in accordance with U.S. GAAP, and multiplying by 90 days.

DPO increased by approximately 6 days as of March 31, 2006 compared to December 31, 2005 primarily due to a continued focus on our objective of adhering to standard contract terms with our suppliers and process improvements for paying our suppliers.

*Investing activities*

In the first quarter of 2006, cash flows used in investing activities were $100 and were primarily due to payments of $121 for acquisitions of investments and businesses, net of cash acquired, including $98 related to our acquisition of Tasman Networks and $99 for the purchase of plant and equipment, which were partially offset by proceeds of $87 related to the sale of our Brampton facility and $30 related to the proceeds on sale of certain investments and businesses which we no longer consider strategic.

In the first quarter of 2005, cash flows from investing activities were $28 and were primarily due to proceeds of $83 including $76 related to transfer of certain manufacturing assets to Flextronics and $7 from the sale of certain investments and business which no longer considered strategic. These amounts were partially offset by $54 in plant and equipment expenditures and $2 associated with acquisition of certain investments and businesses.

*Financing activities*

In the first quarter of 2006, cash flows from financing activities were $4 and were primarily from cash proceeds of $1,300 relating to our draw down under the 2006 Credit Facility, which was primarily used to repay the $1,275 relating

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 379

to the aggregate principal amount of notes payable on February 15, 2006, partially offset by dividends of $18 primarily paid by NNL related to its outstanding preferred shares and repayment of our capital leases of approximately $5.

In the first quarter of 2006, our cash increased by $14 compared to a decrease of $35 in the first quarter of 2005, due to favorable effects of changes in foreign exchange rates primarily of the Euro and the British pound against the U.S. dollar.

In the first quarter of 2005, cash flows used in financing activities were $21 and were primarily due to dividends of $14 primarily paid by NNL related to its outstanding preferred shares and a reduction of our notes payable by net of $6.

In the first quarter of 2005, our discontinued operations generated net cash of $36 related to the continued wind-down of our discontinued operations.

### Credit facilities

On February 14, 2006, we entered into a new one-year credit facility in the aggregate principal amount of $1,300, or the 2006 Credit Facility. This new facility consists of (i) a senior secured one-year term loan facility in the amount of $850, or Tranche A Term Loans, and (ii) a senior unsecured one-year term loan facility in the amount of $450, or Tranche B Term Loans. Tranche A Term Loans are secured equally and ratably with NNL's obligations under the $750 support facility with Export Development Canada, or the EDC Support Facility, and the 2023 Bonds by a lien on substantially all of the U.S. and Canadian assets of NNL and the U.S. assets of NNI. The Tranche A Term Loans are also secured equally and ratably with NNL's obligations under the EDC Support Facility by a lien on substantially all of the U.S. and Canadian assets of NNC. The Tranche A Term Loans and Tranche B Term Loans are also guaranteed by NNC and NNL and NNL's obligations under the EDC Support Facility are also guaranteed by NNC and NNI, in each case until the maturity or prepayment of the 2006 Credit Facility. The 2006 Credit Facility, which will mature in February 2007, was drawn down in the full amount on February 14, 2006 and we used the net proceeds primarily to repay the outstanding $1,275 aggregate principal amount of NNL's 6.125% Notes on February 15, 2006. We and NNI agreed to a demand right exercisable at any time after May 31, 2006 pursuant to which we would be required to take all reasonable actions to issue senior unsecured debt securities in the capital markets to repay the 2006 Credit Facility. This demand right has not been exercised to date.

As described above under "Third Restatement Impacts — Credit and Support Facilities", we entered into an amendment and waiver which, among other things, amended the covenants under the Tranche A Term Loans and the Tranche B Term Loans to now require that our consolidated unrestricted cash and cash equivalents exceed $1,250 at all times and $1,500 on the last day of each fiscal quarter. In addition, the 2006 Credit Facility contains covenants that limit our ability to create liens on our assets and the assets of substantially all of our subsidiaries in excess of certain baskets and permitted amounts and limit our ability and the ability of substantially all of our subsidiaries to merge, consolidate or amalgamate with another person. Payments of dividends on our outstanding preferred shares of NNL and payments under the Proposed Class Action Settlement are permitted. NNI is required to prepay the facility in certain circumstances, including in the event of certain debt or equity offerings or asset dispositions of collateral by NNC, NNL or NNI.

The loans outstanding under the 2006 Credit Facility bear interest based, at NNI's option, either on the "Base Rate" (defined as the higher of the Federal Funds Rate, as published by the Federal Reserve Bank of New York, plus 0.5% and the prime commercial lending rate of JPMorgan Chase Bank, N.A., established from time to time) or the reserve-adjusted London Interbank Offered Rate ("LIBOR"), plus the Applicable Margin. On May 19, 2006, we entered into a further amendment of the 2006 Credit Facility to modify the interest rate applicable to the Tranche A Term Loans and the Tranche B Term loans. The amendment revised the definition of "Applicable Margin" contained in the 2006 Credit Facility to mean 200 basis points in the case of Tranche A Term Loans that are LIBOR loans (amended from 225 basis points), 100 basis points in the case of Tranche A Term Loans that are Base Rate loans (amended from 125 basis points), 325 basis points in the case of Tranche B Term Loans that are LIBOR loans (amended from 300 basis points), and 225 basis points in the case Tranche B Term Loans that are Base Rate loans (amended from 200 basis points). As of February 14, 2006, the Tranche A Loans had an interest rate of 6.875% and the Tranche B Loans had an interest rate of 7.625%. As of May 19, 2006, Tranche A loans had an interest rate of 7.125% and the Tranche B loans had an interest rate of 8.375%.

### Future Uses and Sources of Liquidity

The forward-looking statements below are subject to important risks, uncertainties and assumptions, which are difficult to predict and the actual outcome may be materially different from that anticipated. See the "Risk Factors" section in this report.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 380

**Future Uses of Liquidity**

Our cash requirements for the 12 months commencing March 31, 2006, are primarily expected to consist of funding for operations, including our investments in R&D, and the following items:

- repayment of the 2006 Credit Facility of $1,300 due in February 2007;
- costs in relation to the restatement and remedial measure activities, regulatory and other legal proceedings, including the proposed $575 (plus accrued interest of $5) cash payment payable by NNC related to the Proposed Class Action Settlement. The cash amount bears interest commencing March 23, 2006 at a prescribed rate and is held in escrow on June 1, 2006 pending satisfactory completion of all conditions to the Proposed Class Action Settlement. In addition, the resolution of other matters not encompassed by the Proposed Class Action Settlement, including regulatory and criminal investigations, is uncertain and we may be subject to substantial additional payments, judgments, settlements, fines or penalties;
- pension and post-retirement and post-employment benefit funding of approximately $425;
- capital expenditures of approximately $280;
- repayment of $150 of notes due on June 15, 2006;
- costs related to workforce reduction and other restructuring activities of approximately $110; and
- our finance transformation project which will include, among other things, implementing SAP to provide an integrated global financial system.

Also, from time to time, we may purchase our outstanding debt securities and/or convertible notes in privately negotiated or open market transactions, by tender offer or otherwise, in compliance with applicable laws and may enter into acquisition or joint ventures as opportunities arise. As well, we expect to be required to fund some portion of our aggregate undrawn customer financing commitments as further described below.

*Contractual cash obligations*

Our contractual cash obligations for long-term debt, purchase obligations, operating leases, outsourcing contracts, obligations under special charges, pension and post-retirement obligations and other long-term liabilities reflected on the balance sheet remained substantially unchanged as of March 31, 2006 from the amounts disclosed as of December 31, 2005 in our 2005 Annual Report.

*Customer financing*

Generally, customer financing arrangements may include financing with deferred payment terms in connection with the sale of our products and services, as well as funding for non-product costs associated with network installation and integration of our products and services. We may also provide from time to time funding to our customers for working capital purposes and equity financing. There have been no significant changes to our customer financing commitments during the first quarter of 2006.

**Future Sources of Liquidity**

As of March 31, 2006, our primary source of liquidity was cash and we expect this to continue throughout the next 12 months. In addition, over the next 12 months, we expect the collection of cash due from Flextronics as a result of the transfer of certain manufacturing assets completed during the first half of 2006 and the sale of other non-core assets to continue to be a source of cash. We believe our cash will be sufficient to fund the changes to our business model in accordance with our strategic plan (see "Business Overview — Our Strategy"), fund our investments and meet our customer commitments for at least the 12 month period commencing March 31, 2006, including the cash expenditures outlined in our future uses of liquidity. Our ability to generate sustainable cash from operations will be dependent on our ability to generate profitable revenue streams and reduce our operating expenses. If capital spending by our customers changes from what we currently expect, our revenues and cash flows may be materially lower and we may be required to further reduce our investments or take other measures in order to meet our cash requirements. In making this statement, we have not assumed the need to make any payments in respect of fines or other penalties or judgments or settlements in connection with our pending civil litigation not encompassed by the Proposed Class Action Settlement or regulatory or criminal investigations related to the restatements, which could have a material adverse effect on our business, results of operations, financial condition and liquidity, other than anticipated professional fees and expenses.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 381

The Proposed Class Action Settlement, if finalized and approved, will have a material impact on our liquidity as a result of the proposed $575 (plus accrued interest of $5) cash payment. The cash amount bears interest commencing March 23, 2006 at a prescribed rate and has been placed in escrow on June 1, 2006 pending satisfactory completion of all conditions to the Proposed Class Action Settlement. We also expect that the proposed issuance of 628,667,750 Nortel Networks Corporation common shares (which represented 14.5% of our equity as of February 7, 2006) will result in a significant dilution of existing shareholder equity positions and may adversely affect our ability to finance using equity and equity related securities in the future. In the event of a share consolidation of Nortel Networks Corporation common shares, the number of Nortel Networks Corporation common shares to be issued pursuant to the Proposed Class Action Settlement would be adjusted accordingly. The Proposed Class Action Settlement is subject to several conditions. In addition, we continue to be subject to significant regulatory and criminal investigations which could materially adversely affect our business, results of operations, financial condition and liquidity by requiring us to pay substantial fines or other penalties or settlements or by limiting our access to capital market transactions.

We intend to refinance the $1,300 Credit Facility prior to its stated maturity with long-term debt and have assumed that the ability to refinance this debt will be available to us. Our ability and willingness to access the capital markets is based on many factors including market conditions and our overall financial objectives. Currently, our ability is limited by our and NNL's credit ratings, the Third Restatement and related matters. We can provide no assurance that any future long-term capital markets transactions will be completed on favorable terms, or at all. We and NNI agreed to a demand right exercisable at any time after May 31, 2006 pursuant to which we will be required to take all reasonable actions to issue senior unsecured debt securities in the capital markets to repay the 2006 Credit Facility. This demand right has not been exercised to date. Any inability to refinance the 2006 Credit Facility would adversely affect our liquidity. We cannot provide any assurance that our net cash requirements will be as we currently expect, that we will continue to have access to the EDC Support Facility when and as needed or that we will be able to refinance the 2006 Credit Facility or that financings will be available to us on acceptable terms, or at all.

We cannot predict the timing of developments relating to the above matters. See the "Risk Factors" section of this report.

We expect to receive the remainder of the total range of gross proceeds of approximately $575 to $625 from the Flextronics transaction in 2006, which is expected to be partially offset by cash outflows attributable to direct transaction costs and other costs associated with the transaction. See "Developments in 2006 — Significant Business Developments — Evolution of Our Supply Chain Strategy".

*Available support facility*

On February 14, 2003, NNL entered into the EDC Support Facility. As of March 31, 2006, the facility provided for up to $750 in support including:

- $300 of committed revolving support for performance bonds or similar instruments, of which $143 was outstanding; and
- $450 of uncommitted support for performance bonds or similar instruments and/or receivables sales and/or securitizations, of which $20 was outstanding.

The EDC Support Facility provides that EDC may suspend its obligation to issue NNL any additional support if events occur that would have a material adverse effect on NNL's business, financial position or results of operation. The EDC Support Facility does not materially restrict NNL's ability to sell any of its assets (subject to certain maximum amounts) or to purchase or pre-pay any of its currently outstanding debt. In addition, the EDC Support Facility can be suspended or terminated if NNL's senior long-term debt rating by Moody's Investors Service, or Moody's, has been downgraded to less than B3 or if its debt rating by Standard & Poor's, or S&P, has been downgraded to less than B−.

EDC has also agreed to provide future support under the EDC Support Facility on an unsecured basis and without the guarantees of NNL's subsidiaries provided that should NNL or its subsidiaries incur or guarantee certain indebtedness in the future above agreed thresholds of $25 in North America and $100 outside of North America, equal and ratable security and/or guarantees of NNL's obligations under the EDC Support Facility would be required at that time.

Effective February 14, 2006, NNL's obligations under the EDC Support Facility became equally and ratably secured with the 2006 Credit Facility and the 2023 Bonds by a pledge of substantially all of the U.S. and Canadian assets of NNC and NNL and the U.S. assets of NNI and equally and ratably secured with the 2006 Credit Facility by a pledge of substantially all of NNC's U.S. and Canadian assets in accordance with the terms of the EDC Support Facility. NNL's obligations under the EDC Support Facility also were guaranteed by NNC and NNI at such time. These guarantees and security agreements will terminate when the 2006 Credit Facility is repaid.

70

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 382

As described above under "Third Restatement Impacts — Credit and Support Facilities", we entered into an amendment and waiver agreement with respect to certain breaches under the EDC Support Facility relating to the delayed filings and the restatements and revisions to our and NNL's prior financial results.

For information related to our outstanding public debt, see "Long-term debt, credit and support facilities" in note 10 of the accompanying unaudited condensed consolidated financial statements. For information related to our debt ratings, see "Credit Ratings" below. See the "Risk Factors" section of this report for factors that may affect our ability to comply with covenants and conditions in our EDC Support Facility in the future.

### Shelf registration statement and base shelf prospectus

In 2002, we and NNL filed a shelf registration statement with the SEC and a base shelf prospectus with the applicable securities regulatory authorities in Canada, to qualify the potential sale of up to $2,500 of various types of securities in the U.S. and/or Canada. The qualifying securities include common shares, preferred shares, debt securities, warrants to purchase equity or debt securities, share purchase contracts and share purchase or equity units (subject to certain approvals). As of March 31, 2006, approximately $1,700 under the shelf registration statement and base shelf prospectus had been utilized. As of June 6, 2004, the Canadian base shelf prospectus expired. As a result of the delayed filing of our Exchange Act reports with the SEC due to the multiple restatements and revisions to our and NNL's prior financial results, we and NNL continue to be unable to use, in its current form as a short-form shelf registration statement, the remaining approximately $800 of capacity for various types of securities under our SEC shelf registration statement. We will again become eligible for short-form shelf registration with the SEC after we have completed timely filings of our financial reports for twelve consecutive months. See the "Risk Factors" section in this report.

## Credit Ratings

| Rating agency | Rating on long-term debt issued or guaranteed by Nortel Networks Limited/ Nortel Networks Corporation | Rating on preferred shares issued by Nortel Networks Limited | Last update |
|---|---|---|---|
| Standard & Poor's Ratings Service . . . . . | B– | CCC– | February 8, 2006 |
| Moody's Investors Service, Inc. . . . . . . . | B3 | Caa3 | February 8, 2006 |

As a result of the Proposed Class Action Settlement, on February 8, 2006, S&P revised its outlook from stable to positive and at the same time affirmed its "B–" long-term and "B-2" short-term corporate credit ratings on NNL. On May 1, 2006, S&P kept its ratings on NNL, including its "B–" long-term corporate credit rating, on creditwatch with negative implications, where they were placed on March 10, 2006, but indicated that, should we file our 2006 First Quarter Reports during the week of June 5, 2006 as expected and absent any further negative consequences arising from this delayed filing, S&P would likely affirm the "B–" rating and assign a positive outlook. There can be no assurance that our credit ratings will not be lowered or that these ratings agencies will not issue adverse commentaries, potentially resulting in higher financing costs and reduced access to capital markets or alternative financing arrangements. A reduction in our credit ratings may also affect our ability, and the cost, to securitize receivables, obtain bid, performance related and other bonds, access the EDC Support Facility and/or enter into normal course derivative or hedging transactions.

### Off-Balance Sheet Arrangements

### Bid, Performance Related and Other Bonds

We have entered into bid, performance related and other bonds in connection with various contracts. Bid bonds generally have a term of less than twelve months, depending on the length of the bid period for the applicable contract. Performance related and other bonds generally have a term of twelve months and are typically renewed, as required, over the term of the applicable contract. The various contracts to which these bonds apply generally have terms ranging from two to five years. Any potential payments which might become due under these bonds would be related to our non-performance under the applicable contract. Historically, we have not had to make material payments and we do not anticipate that we will be required to make material payments under these types of bonds.

71

The following table provides information related to these types of bonds as of:

| | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Bid and performance related bonds[a] | $221 | $222 |
| Other bonds[b] | 42 | 44 |
| Total bid, performance related and other bonds | $263 | $266 |

(a) Net of restricted cash and cash equivalents amounts of $36 and $36 as of March 31, 2006 and December 31, 2005, respectively.
(b) Net of restricted cash and cash equivalents amounts of $28 and $31 as of March 31, 2006 and December 31, 2005, respectively.

The criteria under which bid, performance related and other bonds can be obtained changed due to the industry environment primarily in 2002 and 2001. During that timeframe, in addition to the payment of higher fees, we experienced significant cash collateral requirements in connection with obtaining new bid, performance related and other bonds. Given that the EDC Support Facility is used to support bid and performance bonds with varying terms, including those with at least 365 day terms, we will likely need to increase our use of cash collateral to support these obligations beginning on January 1, 2007 absent a further extension of the facility.

Any bid or performance related bonds with terms that extend beyond December 31, 2007 are currently not eligible for the support provided by this facility. See "Liquidity and Capital Resources — Future Sources of Liquidity — Available support facility" for additional information on the EDC Support Facility and the related security agreements.

**Receivables Securitization and Certain Variable Interest Transactions**

Certain of our lease financing transactions were structured through single transaction variable interest entities, or VIEs, that did not have sufficient equity at risk as defined in the Financial Accounting Standards Board, or FASB, Interpretation, or FIN, No. 46, "Consolidation of Variable Interest Entities — an Interpretation of Accounting Research Bulletin No. 51, "Consolidated Financial Statements", or FIN 46, and in FIN 46 — FIN 46 (Revised 2003), or FIN 46R. VIEs are characterized as entities in which equity investors do not have the characteristics of a "controlling financial interest" or there is not sufficient equity at risk for the entity to finance its activities without additional subordinated financial support. Reporting entities which have a variable interest in such an entity and are deemed to be the primary beneficiary must consolidate the variable interest entity. Effective July 1, 2003, we prospectively began consolidating two VIEs for which we were considered the primary beneficiary following the guidance of FIN 46, on the basis that we retained certain risks associated with guaranteeing recovery of the unamortized principal balance of the VIEs' debt, which represented the majority of the risks associated with the respective VIEs' activities. The amount of the guarantees will be adjusted over time as the underlying debt matures. During 2005, the debt related to one of the VIEs was extinguished and as a result consolidation of this VIE was no longer required. As of March 31, 2006, our consolidated balance sheet included $83 of long-term debt and $83 of plant and equipment — net related to these VIEs. These amounts represented both the collateral and maximum exposure to loss as a result of our involvement with these VIEs.

Effective April 1, 2005, we began consolidating a VIE for which we were considered the primary beneficiary under FIN 46R. The VIE is a cellular phone operator in Russia. Loans to this entity comprise the majority of the entity's subordinated financial support. No creditor of the VIE has recourse to us. This entity's financial results have been consolidated using the most recent financial information available.

On June 3, 2005, we acquired NGS, a VIE, for which we were considered the primary beneficiary under FIN 46R. Our consolidated financial results include NGS's operating results from the date of the acquisition.

On November 2, 2005, we formed LG-Nortel, which is a VIE. We are considered the primary beneficiary under FIN 46R. No creditor of the entity has recourse to us. This entity's financial results have been consolidated from the date of formation.

As of March 31, 2006, we did not have any variable interests related to transfers of financial assets. We have other financial interests and contractual arrangements which would meet the definition of a variable interest under FIN 46R, including investments in other companies and joint ventures, customer financing arrangements, and guarantees and indemnification arrangements. As of March 31, 2006, none of these other interests or arrangements were considered significant variable interests and, therefore, did not meet the requirements for consolidation or disclosure under FIN 46R.

We consolidate certain assets and liabilities held in an employee benefit trust in Canada, a VIE for which we were considered the primary beneficiary under FIN 46R.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 384

We have also conducted certain receivable sales transactions either directly with financial institutions or with multi-seller conduits. Under some of these agreements, we have continued as servicing agent and/or have provided limited recourse. The fair value of these retained interests is based on the market value of servicing the receivables, historical payment patterns, expected future cash flows and appropriate discount rates as applicable. Where we have acted as the servicing agent, we generally have not recorded an asset or liability related to servicing as the annual servicing fees were equivalent to those that would have been paid to a third party servicing agent. Also, we have not historically experienced significant credit losses with respect to receivables sold with limited recourse. As of March 31, 2006, we were not required to, and did not, consolidate or provide any of the additional disclosures set out in FIN 46R with respect to the variable interest entities involving receivable sales.

Additionally, we have agreed to indemnify some of our counterparties in certain receivables securitization transactions. The indemnifications provided to counterparties in these types of transactions may require us to compensate counterparties for costs incurred as a result of changes in laws and regulations (including tax legislation) or in the interpretations of such laws and regulations, or as a result of regulatory penalties that may be suffered by the counterparty as a consequence of the transaction. Certain receivables securitization transactions include indemnifications requiring the repurchase of the receivables if the particular transaction becomes invalid. As of March 31, 2006, we had approximately $286 of securitized receivables which were subject to repurchase under this provision, in which case we would assume all rights to collect such receivables. The indemnification provisions generally expire upon expiration of the securitization agreements, which extend through 2006, or collection of the receivable amount by the counterparty. We are generally unable to estimate the maximum potential liability for all of these types of indemnification guarantees as certain agreements do not specify a maximum amount and the amounts are dependent upon the outcome of future contingent events, the nature and likelihood of which cannot be determined at this time. Historically, we have not made any significant indemnification payments or receivable repurchases under these agreements and no significant liability has been accrued in the accompanying unaudited condensed consolidated financial statements with respect to the obligation associated with these guarantees.

**Application of Critical Accounting Policies and Estimates**

Our accompanying unaudited condensed consolidated financial statements are based on the selection and application of accounting policies generally accepted in the U.S., which require us to make significant estimates and assumptions. We believe that the following accounting policies and estimates may involve a higher degree of judgment and complexity in their application and represent our critical accounting policies and estimates: revenue recognition, provisions for doubtful accounts, provisions for inventory, provisions for product warranties, income taxes, goodwill valuation, pension and post-retirement benefits, special charges and other contingencies.

In general, any changes in estimates or assumptions relating to revenue recognition, provisions for doubtful accounts, provisions for inventory and other contingencies (excluding legal contingencies) are directly reflected in the results of our reportable operating segments. Changes in estimates or assumptions pertaining to our tax asset valuations, our pension and post-retirement benefits and our legal contingencies are generally not reflected in our reportable operating segments, but are reflected on a consolidated basis.

We have discussed the application of these critical accounting policies and estimates with the Audit Committee of our Board of Directors.

We have not identified any changes to the nature of our critical accounting policies and estimates as described in our 2005 Annual Report other than the material changes in the recorded balances and other updates noted below. For further information related to our critical accounting policies and estimates, see our 2005 Annual Report.

**Provisions for Doubtful Accounts**

In establishing the appropriate provisions for trade, notes and long-term receivables due from customers, we make assumptions with respect to their future collectibility. Our assumptions are based on an individual assessment of a customer's credit quality as well as subjective factors and trends. Generally, these individual credit assessments occur prior to the inception of the credit exposure and at regular reviews during the life of the exposure and consider:

- age of the receivables;
- customer's ability to meet and sustain its financial commitments;
- customer's current and projected financial condition;
- collection experience with the customer;
- historical bad debt experience with the customer;

73

- the positive or negative effects of the current and projected industry outlook; and
- the economy in general.

Once we consider all of these individual factors, an appropriate provision is then made, which takes into consideration the likelihood loss and our ability to establish a reasonable estimate.

In addition to these individual assessments, a regional (except Asia Pacific) accounts past due provision is established for outstanding trade accounts receivable amounts based on a review of balances greater than six months past due. A regional trend analysis, based on past and expected write-off activity, is performed on a regular basis to determine the likelihood of loss and establish a reasonable estimate.

The following table summarizes our accounts receivable and long-term receivable balances and related reserves of our continuing operations as of:

| | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Gross accounts receivable | $2,713 | $2,999 |
| Provision for doubtful accounts | (93) | (137) |
| Accounts receivable — net | $2,620 | $2,862 |
| Accounts receivable provision as a percentage of gross accounts receivables | 3% | 5% |
| Gross long-term receivables | $ 60 | $ 57 |
| Provision for doubtful accounts | (34) | (33) |
| Net long-term receivables | $ 26 | $ 24 |
| Long-term receivable provision as a percentage of gross long-term receivables | 57% | 58% |

**Provisions for Inventory**

Management must make estimates about the future customer demand for our products when establishing the appropriate provisions for inventory.

When making these estimates, we consider general economic conditions and growth prospects within our customers' ultimate marketplace, and the market acceptance of our current and pending products. These judgments must be made in the context of our customers' shifting technology needs and changes in the geographic mix of our customers. With respect to our provisioning policy, in general, we fully reserve for surplus inventory in excess of our 365 day demand forecast or that we deem to be obsolete. Generally, our inventory provisions have an inverse relationship with the projected demand for our products. For example, our provisions usually increase as projected demand decreases due to adverse changes in the conditions mentioned above. We have experienced significant changes in required provisions in recent periods due to changes in strategic direction, such as discontinuances of product lines, as well as declining market conditions. A misinterpretation or misunderstanding of any of these conditions could result in inventory losses in excess of the provisions determined to be appropriate as of the balance sheet date.

Our inventory includes certain direct and incremental deferred costs associated with arrangements where title and risk of loss was transferred to customers but revenue was deferred due to other revenue recognition criteria not being met. We have not recorded provision against this type of inventory.

The following table summarizes our inventory balances and other related reserves of our continuing operations as of:

| | March 31, 2006 | December 31, 2005 |
|---|---|---|
| Gross inventory | $3,803 | $3,660 |
| Inventory provisions | (1,033) | (1,039) |
| Inventories — net[a] | $2,770 | $2,621 |
| Inventory provisions as a percentage of gross inventory | 27% | 28% |

(a) Includes long-term portion of inventory related to the deferred costs, which is included in other assets.

Inventory provisions decreased $6 as a result of $55 of scrapped inventory and $11 reductions due to sale of inventory partially offset by $26 of additional inventory provisions and $34 of reclassifications and other adjustments. In the future,

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 386

we may be required to make significant adjustments to these provisions for the sale and/or disposition of inventory that was provided for in prior periods.

## Provisions for Product Warranties

Provisions are recorded for estimated costs related to warranties given to customers on our products to cover defects. These provisions are calculated based on historical return rates as well as on estimates, which take into consideration the historical material replacement costs and the associated labor costs to correct the product defect. Known product defects are specifically provided for as we become aware of such defects. Revisions are made when actual experience differs materially from historical experience. These provisions for product warranties are part of the cost of revenues and are accrued when the revenue is recognized. They represent the best possible estimate, at the time the sale is made, of the expenses to be incurred under the warranty granted. Warranty terms generally range from one to six years from the date of sale depending upon the product.

We accrue for warranty costs as part of our cost of revenues based on associated material costs and technical support labor costs. Material cost is estimated based primarily upon historical trends in the volume of product returns within the warranty period and the cost to repair or replace the product. Technical support labor cost is estimated based primarily upon historical trends in the rate of customer warranty claims and projected claims within the warranty period.

The following table summarizes the accrual for product warranties that was recorded as part of other accrued liabilities in the consolidated balance sheets as of:

| | |
|---|---|
| Balance as of December 31, 2005 | $208 |
| Payments | (65) |
| Warranties issued | 56 |
| Revisions | 1 |
| Balance as of March 31, 2006 | $200 |

We engage in extensive product quality programs and processes, including actively monitoring and evaluating the quality of our component suppliers. Our estimated warranty obligation is based upon warranty terms, ongoing product failure rates, historical material replacement costs and the associated labor to correct the product defect. If actual product failure rates, material replacement costs, service or labor costs differ from our estimates, revisions to the estimated warranty provision would be required. If we experience an increase in warranty claims compared with our historical experience, or if the cost of servicing warranty claims is greater than the expectations on which the accrual is based, our gross margin could be negatively affected.

## Tax Asset Valuation

Our net deferred tax assets balance, excluding discontinued operations, was $3,885 as of March 31, 2006 and $3,902 as of December 31, 2005. The $17 decrease was primarily due to a drawdown of deferred tax assets in profitable jurisdictions. We currently have deferred tax assets resulting from net operating loss carryforwards, tax credit carryforwards and deductible temporary differences, all of which are available to reduce future taxes payable in our significant tax jurisdictions. Generally, our loss carryforward periods range from seven years to an indefinite period. As a result, we do not expect that a significant portion of these carryforwards will expire in the near future.

We assess the realization of these deferred tax assets quarterly to determine whether an income tax valuation allowance is required. Based on available evidence, both positive and negative, we determine whether it is more likely than not that all or a portion of the remaining net deferred tax assets will be realized. The main factors that we consider include:

- cumulative losses in recent years;
- history of loss carryforwards and other tax assets expiring;
- the carryforward period associated with the deferred tax assets;
- the nature of the income that can be used to realize the deferred tax assets;
- our net earnings (loss); and
- future earnings potential determined through the use of internal forecasts.

In evaluating the positive and negative evidence, the weight given to each type of evidence must be proportionate to the extent to which it can be objectively verified. If it is our belief that it is more likely than not that some portion of these assets will not be realized, an income tax valuation allowance is recorded.

75

HIGHLY CONFIDENTIAL     NNC-NNL06705393 / 387

We are in a cumulative loss position in certain of our material jurisdictions. Primarily for this reason, we have recorded an income tax valuation allowance against a portion of these deferred income tax assets. However, due to the fact that the majority of the carryforwards do not expire in the near future and our future expectations of earnings, we concluded that it is more likely than not that the remaining net deferred income tax asset recorded as of March 31, 2006 will be realized. We continue to review all available positive and negative evidence in each jurisdiction and our valuation allowance may need to be adjusted in the future as a result of this ongoing review. Given the magnitude of our valuation allowance, future adjustments to this allowance based on actual results could result in a significant adjustment to our net earnings (loss).

During the three months ended March 31, 2006, our gross income tax valuation allowance increased to $3,500 compared to $3,410 as of December 31, 2005. The $90 increase was primarily due to the impacts of foreign exchange, deferred taxes that expired during the year and tax return and other adjustments offset by additional valuation allowances recorded against the tax benefit of current period losses in certain jurisdictions. We assessed positive evidence including forecasts of future taxable income to support realization of the net deferred tax assets, and negative evidence including our cumulative loss position, and concluded that the valuation allowances as of March 31, 2006 were appropriate.

**Goodwill Valuation**

The carrying value of goodwill was $2,680 as of March 31, 2006 and $2,592 as of December 31, 2005. The increase primarily relates to our acquisition of Tasman Networks partially offset by the sale of certain assets, foreign exchange fluctuations associated with minority interests and an adjustment of $6 related to the reduction of goodwill originally recorded as part of the acquisition of NGS.

Due to the change in our operating segments and reporting units as described in "Business Overview — Our Segments", a triggering event occurred requiring a goodwill impairment test in the first quarter of 2006 in accordance with SFAS No. 142, "Goodwill and other Intangible Assets". We performed this test and concluded that there was no impairment.

**Special Charges**

At each reporting date, we evaluate our accruals related to workforce reduction charges, contract settlement and lease costs and plant and equipment write downs to ensure that these accruals are still appropriate. As of March 31, 2006, we had $13 in accruals related to workforce reduction charges and $255 in accruals related to contract settlement and lease costs, which included significant estimates, primarily related to sublease income over the lease terms and other costs for vacated properties. In certain instances, we may determine that these accruals are no longer required because of efficiencies in carrying out our restructuring work plan. Adjustments to workforce reduction accruals may also be required when employees previously identified for separation do not receive severance payments because they are no longer employed by Nortel or were redeployed due to circumstances not foreseen when the original plan was initiated. In these cases, we reverse any related accrual to earnings when it is determined it is no longer required. Alternatively, in certain circumstances, we may determine that certain accruals are insufficient as new events occur or as additional information is obtained. In these cases, we would increase the applicable existing accrual with the offset recorded against earnings. Increases or decreases to the accruals for changes in estimates are classified within special charges in the statement of operations.

### Accounting Changes and Recent Accounting Pronouncements

**Accounting Changes**

Our unaudited condensed consolidated financial statements are based on the selection and application of accounting policies, generally accepted in the U.S. For more information related to the accounting policies that we adopted as a result of new accounting standards, see "Accounting changes" in note 2 of the accompanying unaudited condensed consolidated financial statements. The following summarizes the accounting changes that we have adopted:

- The Meaning of Other-than-Temporary Impairment and its Application to Certain Investments — As of January 1, 2006, we adopted the EITF Issue No. 03-1, "The Meaning of Other-Than-Temporary Impairment and Its Application to Certain Investments", or EITF 03-1, re-titled FASB Staff Position, or FSP, FAS 115-1 and FAS 124-1, "The Meaning of Other-Than-Temporary Impairment and Its Application to Certain Investments", or FSP FAS 115-1 and FAS 124-1. The adoption of FSP FAS 115-1 and FAS 124-1 did not have a material impact on our results of operations and financial condition.

76

HIGHLY CONFIDENTIAL

- Inventory Costs — As of January 1, 2006, we adopted FASB SFAS No. 151, "Inventory Costs", or SFAS 151. The adoption of SFAS 151 did not have a material impact on our results of operations and financial condition.
- Share-Based Payment — SFAS No. 123 (Revised 2004), "Share-Based Payment", or SFAS 123R, is effective as of January 1, 2006. We previously elected to expense employee stock-based compensation using the fair value method prospectively for all awards granted or modified on or after January 1, 2003 in accordance with SFAS 148. SAB 107 was issued by the SEC in March 2005, and provides supplemental SFAS 123R application guidance based on the views of the SEC. As a result of the adoption of SFAS 123R, we recorded a gain of $9 as the cumulative effect of this accounting change.
- Accounting Changes and Error Corrections — SFAS No. 154, "Accounting Changes and Error Corrections", or SFAS 154, requires certain disclosures for restatements due to correction of an error. SFAS 154 is effective for accounting changes and corrections of errors made in fiscal years beginning after December 15, 2005, is required to be adopted by us as of January 1, 2006. The impact that the adoption of SFAS 154 will have on our consolidated results of operations and financial condition will depend on the nature of future accounting changes adopted by us and the nature of transitional guidance provided in future accounting pronouncements.

**Recent Accounting Pronouncements**

In February 2006, FASB issued SFAS No. 155, "Accounting for Certain Hybrid Financial Instruments — an amendment to FASB Statements No. 133 and 140", or SFAS 155. SFAS 155 simplifies the accounting for certain hybrid financial instruments containing embedded derivatives. SFAS 155 allows fair value measurement for any hybrid financial instrument that contains an embedded derivative that otherwise would require bifurcation under SFAS 133. In addition, it amends SFAS 140 to eliminate the prohibition on a qualifying special-purpose entity from holding a derivative financial instrument that pertains to a beneficial interest other than another derivative financial instrument. SFAS 155 is effective for all financial instruments acquired, issued, or subject to a remeasurement event occurring after the beginning of an entity's first fiscal year that begins after September 15, 2006. We will adopt the provisions of SFAS 155 on January 1, 2007. The implementation of SFAS 155 is not expected to have a material impact on our results of operations and financial condition.

In March 2006, the FASB issued SFAS No. 156 "Accounting for Servicing of Financial Assets — an amendment of FASB Statement No. 140", or SFAS 156. SFAS 156 simplifies the accounting for loan servicing rights and the financial instruments used to hedge risks associated with those rights. SFAS 156 requires that servicing rights be valued initially at fair value, and subsequently accounted for at either fair value, or amortized over the economic life of the related lease. SFAS 156 is effective for fiscal years beginning after September 15, 2006. We will adopt the provisions of SFAS 156 on January 1, 2007. The implementation of SFAS 156 is not expected to have a material impact on our results of operations and financial condition.

**Outstanding Share Data**

As of May 15, 2006, Nortel Networks Corporation had 4,335,644,313 outstanding common shares.

As of May 15, 2006, 281,103,532 issued and 10,588,633 assumed stock options were outstanding and are exercisable for common shares of Nortel Networks Corporation on a one-for-one basis.

As of May 15, 2006, 6,972,000 restricted stock units were outstanding. Once vested, each restricted stock unit entitles the holder to receive one common share of Nortel Networks Corporation, or in our discretion, cash in lieu of common shares in certain circumstances from treasury or through open market purchases at our option.

In addition, Nortel Networks Corporation previously issued $1,800 of 4.25% Convertible Senior Notes, or Senior Notes, due on September 1, 2008. The Senior Notes are convertible, at any time, by holders into common shares of Nortel Networks Corporation, at an initial conversion price of $10 per common share, subject to adjustment upon the occurrence of certain events including the potential consolidation of Nortel Networks Corporation common shares.

**Market Risk**

Market risk represents the risk of loss that may impact our consolidated financial statements through adverse changes in financial market prices and rates. Our market risk exposure results primarily from fluctuations in interest rates and foreign exchange rates. To manage the risk from these fluctuations, we enter into various derivative-hedging transactions that we have authorized under our policies and procedures. We maintain risk management control systems to monitor market risks and counterparty risks. These systems rely on analytical techniques including both sensitivity analysis and value-at-risk estimations. We do not hold or issue financial instruments for trading purposes.

77

We manage foreign exchange exposures using forward and option contracts to hedge sale and purchase commitments. Our most significant foreign exchange exposures are in the Canadian dollar, the British pound and the euro. We enter into U.S. to Canadian dollar forward and option contracts intended to hedge the U.S. to Canadian dollar exposure on future revenues and expenditure streams. In accordance with SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities", we recognize the gains and losses on the effective portion of these contracts in earnings when the hedged transaction occurs. Any ineffective portion of these contracts is recognized in earnings immediately.

We expect to continue to expand our business globally and, as such, expect that an increasing proportion of our business may be denominated in currencies other than U.S. dollars. As a result, fluctuations in foreign currencies may have a material impact on our business, results of operations and financial condition. We try to minimize the impact of such currency fluctuations through our ongoing commercial practices and by attempting to hedge our major currency exposures. In attempting to manage this foreign exchange risk, we identify operations and transactions that may have exposure based upon the excess or deficiency of foreign currency receipts over foreign currency expenditures. Given our exposure to international markets, we regularly monitor all of our material foreign currency exposures. However, if significant foreign exchange losses are experienced, they could have a material adverse effect on our business, results of operations and financial condition.

A portion of our long-term debt is subject to changes in fair value resulting from changes in market interest rates. We have hedged a portion of this exposure to interest rate volatility using fixed for floating interest rate swaps. The change in fair value of the swaps are recognized in earnings with offsetting amounts related to the change in the fair value of the hedged debt attributable to interest rate changes. Any ineffective portion of the swaps is recognized in income immediately. We record net settlements on these swap instruments as adjustments to interest expense.

Historically, we have managed interest rate exposures, as they relate to interest expense, using a diversified portfolio of fixed and floating rate instruments denominated in several major currencies. We use sensitivity analysis to measure our interest rate risk. The sensitivity analysis includes cash, our outstanding floating rate long-term debt and any outstanding instruments that convert fixed rate long-term debt to floating rate. There have been no significant changes to our market risk during the first quarter of 2006.

### Equity Price Risk

The values of our equity investments in several publicly traded companies are subject to market price volatility. These investments are generally in companies in the technology industry sector and are classified as available for sale. We typically do not attempt to reduce or eliminate the market exposure on these investment securities. We also hold certain derivative instruments or warrants that are subject to market price volatility because their value is based on the common share price of a publicly traded company. These derivative instruments are generally acquired through business acquisitions or divestitures. In addition, derivative instruments may also be purchased to hedge exposure to certain compensation obligations that vary based on future Nortel Networks Corporation common share prices. We do not hold equity securities or derivative instruments for trading purposes.

### Environmental Matters

We are subject to numerous environmental protection laws and regulations in various jurisdictions around the world, primarily due to our manufacturing operations. As a result, we are exposed to liabilities and compliance costs arising from our past and current generation, management and disposition of hazardous substances and wastes.

We have remedial activities under way at 14 of our facilities which are either currently occupied or were previously owned or occupied. We have also been listed as a potentially responsible party at four Superfund sites in the U.S. An estimate of our anticipated remediation costs associated with all such facilities and sites, to the extent probable and reasonably estimable, is included in our environmental accruals in an approximate amount of $28.

For a discussion of Environmental matters, see "Contingencies" in note 18 of the accompanying unaudited condensed consolidated financial statements.

### Legal Proceedings

For additional information related to our legal proceedings, see "Contingencies" in note 18 of the accompanying unaudited condensed consolidated financial statements, "Developments in 2006 — Significant Business Developments — Proposed Class Action Settlement", "Restatements; Material Weaknesses; Related Matters — Other Regulatory Actions and Pending Litigation"; and "Risk Factors" section of this report.

HIGHLY CONFIDENTIAL       NNC-NNL06705393 / 390