## Cautionary Notice Regarding Forward Looking Information

Actual results or events could differ materially from those contemplated in forward-looking statements as a result of the following (i) risks and uncertainties relating to our restatements and related matters including: our most recent restatement and two previous restatements of our financial statements and related events; the negative impact on us and NNL of our most recent restatement and delay in filing our financial statements and related periodic reports, legal judgments, fines, penalties or settlements, or any substantial regulatory fines or other penalties or sanctions, related to the ongoing regulatory and criminal investigations of us in the U.S. and Canada; any significant pending civil litigation actions not encompassed by our Proposed Class Action Settlement; any substantial cash payment and/or significant dilution of our existing shareholders' equity positions resulting from the finalization and approval of our Proposed Class Action Settlement, or if such Proposed Class Action Settlement is not finalized, any larger settlements or awards of damages in respect of such class actions; any unsuccessful remediation of our material weaknesses in internal control over financial reporting resulting in an inability to report our results of operations and financial condition accurately and in a timely manner; the time required to implement our remedial measures; our inability to access, in its current form, our shelf registration filed with the SEC, and our below investment grade credit rating and any further adverse effect on our credit rating due to our restatements of our financial statements; any adverse affect on our business and market price of our publicly traded securities arising from continuing negative publicity related to our restatements; our potential inability to attract or retain the personnel necessary to achieve our business objectives; any breach by us of the continued listing requirements of the NYSE or TSX causing the NYSE and/or the TSX to commence suspension or delisting procedures; (ii) risks and uncertainties relating to our business including: yearly and quarterly fluctuations of our operating results; reduced demand and pricing pressures for our products due to global economic conditions, significant competition, competitive pricing practice, cautious capital spending by customers, increased industry consolidation, rapidly changing technologies, evolving industry standards, frequent new product introductions and short product life cycles, and other trends and industry characteristics affecting the telecommunications industry; any material and adverse affects on our performance if our expectations regarding market demand for particular products prove to be wrong or because of certain barriers in our efforts to expand internationally; any reduction in our operating results and any related volatility in the market price of our publicly traded securities arising from any decline in our gross margin, or fluctuations in foreign currency exchange rates; any negative developments associated with our supply contract and contract manufacturing agreements including as a result of using a sole supplier for key optical networking solutions components, and any defects or errors in our current or planned products; any negative impact to us of our failure to achieve our business transformation objectives; additional valuation allowances for all or a portion of our deferred tax assets; our failure to protect our intellectual property rights, or any adverse judgments or settlements arising out of disputes regarding intellectual property; changes in regulation of the Internet and/or other aspects of the industry; any failure to successfully operate or integrate our strategic acquisitions, or failure to consummate or succeed with our strategic alliances; any negative effect of our failure to evolve adequately our financial and managerial control and reporting systems and processes, manage and grow our business, or create an effective risk management strategy; and (iii) risks and uncertainties relating to our liquidity, financing arrangements and capital, including: the impact of our most recent restatement and two previous restatements of our financial statements; any inability of us to manage cash flow fluctuations to fund working capital requirements or achieve our business objectives in a timely manner or obtain additional sources of funding; high levels of debt, limitations on us capitalizing on business opportunities because of credit facility covenants, or on obtaining additional secured debt pursuant to the provisions of indentures governing certain of our public debt issues and the provisions of our credit facilities; any increase of restricted cash requirements for us if we are unable to secure alternative support for obligations arising from certain normal course business activities, or any inability of our subsidiaries to provide us with sufficient funding; any negative effect to us of the need to make larger defined benefit plans contributions in the future or exposure to customer credit risks or inability of customers to fulfill payment obligations under customer financing arrangements; any negative impact on our ability to make future acquisitions, raise capital, issue debt and retain employees arising from stock price volatility and further declines in the market price of our publicly traded securities, or any future share consolidation resulting in a lower total market capitalization or adverse effect on the liquidity of our common shares. For additional information with respect to certain of these and other factors, see our 2005 Annual Report, the ''Risk Factors'' section of this report, and our other securities filings with the SEC. Unless otherwise required by applicable securities laws, we disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

HIGHLY CONFIDENTIAL        NNC-NNL06705393 / 391

### ITEM 3. Quantitative and Qualitative Disclosures About Market Risk

Market risk represents the risk of loss that may impact the consolidated financial statements of Nortel due to adverse changes in financial market prices and rates. Nortel's market risk exposure is primarily a result of fluctuations in interest rates and foreign exchange rates. Disclosure of market risk is contained in ''Market Risk'' in the MD&A section of this report and in our 2005 Annual Report filed with the SEC on May 1, 2006.

HIGHLY CONFIDENTIAL　　　　NNC-NNL06705393 / 392

## ITEM 4. Controls and Procedures

### Management Conclusions Concerning Disclosure Controls and Procedures

We carried out an evaluation under the supervision and with the participation of management, including the CEO and CFO (Mike S. Zafirovski and Peter W. Currie, respectively), pursuant to Rule 13a-15 under the Unites States Securities Exchange Act of 1934, or the Exchange Act, of the effectiveness of our disclosure controls and procedures as at March 31, 2006 (the end of the period covered by this report).

In making this evaluation, the CEO and CFO considered, among other matters:

- our successive restatements of our financial statements, including the Third Restatement;
- the findings of the Independent Review summarized in the "Summary of Findings and of Recommended Remedial Measures of the Independent Review," submitted to the Audit Committee in January 2005 by WilmerHale and Huron Consulting Services LLC, or the Independent Review Summary, included in Item 9A of our 2003 Annual Report;
- the material weaknesses in our internal control over financial reporting that we and our independent registered chartered accountants, Deloitte, have identified (as more fully described below);
- management's assessment of our internal control over financial reporting and conclusion that our internal control over financial reporting was not effective as at December 31, 2005 (including the matters disclosed under "Management's Assessment and Observations" included in Item 9A of our 2005 Annual Report), and Deloitte's attestation report with respect to that assessment and conclusion, each pursuant to the requirements of Section 404 of the Sarbanes-Oxley Act of 2002, or SOX 404, included in Item 9A of our 2005 Annual Report;
- the conclusion of the CEO and CFO that our disclosure controls and procedures, as at December 31, 2005 were not effective, included in Item 9A of our 2005 Annual Report;
- the findings of the Revenue Independent Review included in Item 9A of our 2005 Annual Report;
- the findings of the Internal Audit Review described more fully below; and
- the remedial measures we have identified, developed and begun to implement to address these issues.

Based on this evaluation, the CEO and CFO have concluded that our disclosure controls and procedures as at March 31, 2006 were not effective to provide reasonable assurance that information required to be disclosed in the reports we file and submit under the Exchange Act is recorded, processed, summarized and reported as and when required and that it is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

In light of this conclusion, we have applied compensating procedures and processes as necessary to ensure the reliability of our financial reporting. Accordingly, management believes, based on its knowledge, that (i) this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which they were made, not misleading with respect to the period covered by this report and (ii) the financial statements, and other financial information included in this report, fairly present in all material respects our financial condition, results of operations and cash flows as at, and for, the periods presented in this report.

### Material Weaknesses in Internal Control Over Financial Reporting

Management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. Our internal control over financial reporting is intended to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. GAAP. Our internal control over financial reporting should include those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of our assets;
- provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with U.S. GAAP, and that receipts and expenditures are being made only in accordance with authorizations of management and the Board of Directors; and
- provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of our assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 393

inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

As previously disclosed in Item 9A of our 2005 Annual Report, management, including the CEO and CFO, assessed the effectiveness of our internal control over financial reporting, and concluded that five material weaknesses in our internal control over financial reporting existed, as at December 31, 2005. These material weaknesses, which are the same material weaknesses that existed as at December 31, 2004 and as first reported in our 2003 Annual Report, are:

- lack of compliance with written Nortel procedures for monitoring and adjusting balances related to certain accruals and provisions, including restructuring charges and contract and customer accruals;
- lack of compliance with Nortel procedures for appropriately applying applicable GAAP to the initial recording of certain liabilities, including those described in SFAS No. 5, and to foreign currency translation as described in SFAS No. 52;
- lack of sufficient personnel with appropriate knowledge, experience and training in U.S. GAAP and lack of sufficient analysis and documentation of the application of U.S. GAAP to transactions, including, but not limited to, revenue transactions;
- lack of a clear organization and accountability structure within the accounting function, including insufficient review and supervision, combined with financial reporting systems that are not integrated and which require extensive manual interventions; and
- lack of sufficient awareness of, and timely and appropriate remediation of, internal control issues by Nortel personnel.

As used above, "material weakness" means a significant deficiency (within the meaning of Public Company Accounting Oversight Board Auditing Standard No. 2), or combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of our annual or interim financial statements will not be prevented or detected.

These material weaknesses, if not fully addressed, could result in accounting errors such as those underlying the multiple restatements of our consolidated financial statements more fully discussed in our 2005 Annual Report.

**Internal Audit Review of Facts and Circumstances Surrounding Third Restatement**

Following the announcement of the Third Restatement on March 10, 2006, the Audit Committee directed the Internal Audit group to conduct a review of the facts and circumstances surrounding the Third Restatement principally to review the underlying conduct of the initial recording of the errors and any overlap of items restated in the Third Restatement and the Second Restatement. Internal Audit engaged third party forensic accountants to assist in the review. The review is now complete and Internal Audit has reported its findings to the Audit Committee. The findings are as follows:

*Conduct*

- no evidence was found of intent to improperly record revenues associated with the contracts included in the Third Restatement nor was any evidence of misconduct found other than what was previously reported by WilmerHale in connection with the Independent Review and Revenue Independent Review;

*Why items in the Third Restatement were not discovered in the Second Restatement*

- a Global Revenue Governance, or GRG, group was formed in the second quarter of 2004 and the Company planned to implement a top-down contract review independent of the Second Restatement process to improve documentation for contract terms and conditions;
- later in that same quarter, concerns were raised in the restatement process regarding possible revenue recognition issues;
- the Company addressed the concerns by initiating a review of a sampling of contracts focused on the specific revenue recognition issues identified, rather than an extensive top-down review of contracts;
- resources available to the revenue review process in 2004 were limited due to other restatement and 2004 reporting activities;
- constraints in resources were dealt with by the GRG group requesting regional finance employees to conduct contract reviews which resulted in some inconsistency in reviews and interpretations of contracts;
- notwithstanding the foregoing, the employees involved in the Second Restatement process believed that all material issues had been satisfactorily addressed;
- a top-down extensive contract review was implemented in 2005 and continued into 2006 leading to the identification of items contained in the Third Restatement;

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 394

- additionally, no evidence was found that the scope of the activities associated with completing the Third Restatement was limited.

## Remedial Measures

We have identified, developed and begun to implement remedial measures in light of the findings of the Independent Review and Revenue Independent Review, and of management's assessment of the effectiveness of internal control over financial reporting, to strengthen our internal control over financial reporting and disclosure controls and procedures, and to address the material weaknesses in our internal control over financial reporting.

At the recommendation of the Audit Committee, the Board of Directors adopted all of the recommendations for remedial measures contained in the Independent Review Summary. Those governing remedial principles were designed to prevent recurrence of the inappropriate accounting conduct found in the Independent Review, to rebuild a finance environment based on transparency and integrity, and to ensure sound financial reporting and comprehensive disclosure. The governing remedial principles included:

- establishing standards of conduct to be enforced through appropriate discipline;
- infusing strong technical skills and experience into the finance organization;
- requiring comprehensive, on-going training on increasingly complex accounting standards;
- strengthening and improving internal controls and processes;
- establishing a compliance program throughout the Company which is appropriately staffed and funded;
- requiring management to provide clear and concise information, in a timely manner, to the Board of Directors to facilitate its decision-making; and
- implementing an information technology platform that improves the reliability of financial reporting and reduces the opportunities for manipulation of results.

See the Independent Review Summary for further information concerning these governing principles as they relate to three identified categories — people, processes and technology.

The Board of Directors recognized that its adoption of these governing principles was the beginning of a long and vitally important process. It directed management to develop a detailed plan and timetable for the implementation of these remedial measures. Management developed an implementation plan, which was approved by the Board of Directors, and has begun implementation of that plan. Certain remedial measures that management has been implementing include: the hiring of key senior management including our CFO, Controller and Chief Audit, Security and Compliance Officer; reorganization of the finance organization to segregate control and planning and forecasting responsibilities; strengthening of the internal audit function; and continual review and improvements to controls around the review and approval of accounting entries. The Board of Directors continues to monitor the ongoing implementation efforts.

In February 2005, the Board of Directors approved a program to transform our finance organization's structure, processes and finance systems to create a more effective organization with segregated functions and clear accountabilities built around global standard processes based on SAP. SAP is a software package that will allow us to consolidate many of our numerous computer systems into an integrated finance system. We expect that the global phased SAP finance implementation will reduce the chance of error, including through a significant reduction in manual journal entries, improve speed of the consolidation process and increase transparency of journal entries to senior management.

Management has also identified, developed and begun to implement a number of measures to strengthen our internal control over financial reporting and disclosure controls and procedures, and to address the material weaknesses in our internal control over financial reporting. These measures include the compensating procedures and processes that we have applied, in light of our material weaknesses and ineffective internal control over financial reporting and disclosure controls and procedures, to ensure the reliability of our financial reporting.

Management also has taken, and will continue to take where appropriate, steps to augment the organization with individuals of requisite skill to address the material weaknesses. We have taken disciplinary action with respect to some employees, including employee terminations where appropriate. Senior management has regularly communicated to our employees, through education sessions, 'town hall' meetings and training, that it will not tolerate accounting conduct that involves the misapplication of U.S. GAAP and will hold employees accountable for their actions and decisions.

We expect that full implementation of the remedial measures contained in the Independent Review Summary and full remediation of our material weaknesses, our internal control over financial reporting and our disclosure controls and procedures will continue to take significant time and effort, due largely to the complexity and extensive nature of some of the remediation required and a need to increase the co-ordination of remedial efforts within the Company in order to

83

implement one comprehensive remediation plan with a well defined set of objectives and agreed upon timelines. These initiatives were impacted in 2005 and in 2006 to date by the substantial efforts needed to reestablish our current financial reporting in accordance with U.S. and Canadian securities laws, the significant turnover in our finance personnel, changes in our accounting systems and continuing documentation weaknesses. Management continues to assess the internal and external resources that will be needed to continue to implement, support, sustain and monitor the effectiveness of our ongoing and future remedial efforts. For a further discussion of certain management observations related to the complexity of the remedial efforts, see Item 9A of our 2005 Annual Report.

In addition, in part as a result of the compensating procedures and processes that we are applying to our financial reporting process, during the preparation of our financial statements for recent periods (including 2004, 2005 and interim periods in 2005), we identified a number of adjustments to correct accounting errors related to prior periods, including the errors corrected in the Third Restatement. In the past, we also recorded adjustments that were immaterial to the then current period and to the prior periods in the financial statements for the then current period. As long as we continue to have material weaknesses in our internal control over financial reporting, we may in the future identify similar adjustments to prior period financial information. Adjustments that may be identified in the future could require further restatement of our financial statements.

### Changes in Internal Control Over Financial Reporting

During the fiscal quarter ended March 31, 2006, the following changes occurred in our internal control over financial reporting that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting:

- The appointment of Dennis J. Carey as our Executive Vice-President, Corporate Operations, which includes human resources, ethics and information services;
- The completion of the reorganization of the finance organization to separate the control and financial planning and analysis functions, with the Control group having had exclusive authority to initiate, approve and post general ledger entries commencing with the closing of the books and records as of March 31, 2006;
- In the first quarter of 2006, as part of the remediation efforts discussed above, we conducted a review process for new contracts and amendments to existing contracts entered into during the quarter that have a total revenue impact in excess of $5 million;
- The repatriation of certain company-wide information technology functions, services and processes, which had previously been outsourced to Computer Science Corporation.

In February 2006, we acquired Tasman Networks Inc. Management is assessing the impact of this transaction on our internal control over financial reporting.

HIGHLY CONFIDENTIAL        NNC-NNL06705393 / 396

## PART II

## OTHER INFORMATION

**ITEM 1.  Legal Proceedings**

On May 25, 2006, Mr. Michael Gollogly filed a Statement of Claim in the Ontario Superior Court of Justice against Nortel and NNL asserting claims for wrongful dismissal and seeking compensatory, aggravated and punitive damages, damages for mental distress, pre and post- judgment interest and costs.

Other than referenced above, there were no material developments in our material legal proceedings as previously reported in our 2005 Annual Report. For additional discussion of our material legal proceedings, see ''Contingencies'' in note 18 of the accompanying unaudited consolidated condensed financial statements and the ''Risk Factors'' section of this report.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 397

## ITEM 1A.    Risk Factors

Certain statements in this Quarterly Report on Form 10-Q contain words such as "could", "expects", "may", "anticipates", "believes", "intends", "estimates", "plans", "envisions", "seeks" and other similar language and are considered forward-looking statements. These statements are based on our current expectations, estimates, forecasts and projections about the operating environment, economies and markets in which we operate. In addition, other written or oral statements which are considered forward looking may be made by us or others on our behalf. These statements are subject to important risks, uncertainties and assumptions, which are difficult to predict and the actual outcome may be materially different. In particular, the risks described below could cause actual events to differ materially from those contemplated in forward-looking statements. Unless required by applicable securities laws, we do not have any intention or obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

In addition to the other information set forth in this report, you should carefully consider the factors discussed in the "Risk Factors" section in our 2005 Annual Report, which could materially affect our business, results of operations, financial condition or liquidity. The risks described in our 2005 Annual Report are not the only risks facing Nortel. Additional risks and uncertainties not currently known to us or that we currently believe are immaterial also may materially adversely affect our business, results of operations, financial condition and/or liquidity. The risks described in our 2005 Annual Report have not materially changed, other than as set forth below.

### Risks Relating to Our Restatements and Related Matters

*Our three restatements of our consolidated financial statements and related events have had, and will continue to have, a material adverse effect on us.*

As described in the "MD&A" and "Controls and Procedures" sections of our 2005 Annual Report, we have effected successive restatements of prior periods financial results. As described in more detail in our 2003 Annual Report, following the First Restatement, the Audit Committee initiated the Independent Review, and engaged WilmerHale, to advise it in connection with the Independent Review. This review and related work led to a variety of actions, including the termination for cause of our and NNL's former president and chief executive officer, chief financial officer and controller in April 2004 and seven additional individuals with significant responsibilities for financial reporting in August 2004, and ultimately to the Second Restatement.

Over the course of the Second Restatement process, we, together with our independent registered chartered accountants, identified a number of material weaknesses in our internal control over financial reporting as at December 31, 2003. Five of those material weaknesses continued to exist as at March 31, 2006. In addition, in January 2005, our and NNL's Boards of Directors adopted in their entirety the governing principles for remedial measures identified through the Independent Review. We continue to develop and implement these remedial measures.

As part of these remedial efforts and to compensate for the unremedied material weaknesses in our internal control over financial reporting, we undertook intensive efforts in 2005 to validate and enhance our controls and procedures relating to the recognition of revenue. These efforts included, among other measures, extensive documentation and review of customer contracts for revenue recognized in 2005 and earlier periods. As a result of the contract review, it became apparent that certain of the contracts had not been accounted for properly under U.S. GAAP. Most of these errors related to contractual arrangements involving multiple deliverables, for which revenue recognized in prior periods should have been deferred to later periods under SOP 97-2 and SAB 104.

In addition, based on our review of our revenue recognition policies and discussions with our independent registered chartered accountants as part of the 2005 audit, we determined that in our previous application of these policies, we misinterpreted certain of these policies principally related to complex contractual arrangements with customers where multiple deliverables were accounted for using the percentage-of-completion method of accounting under SOP 81-1.

Management's determination that these errors required correction led to the Audit Committee's decision on March 9, 2006 to effect the Third Restatement. The need for the Third Restatement resulted in a delay in filing the 2005 Annual Reports and the 2006 First Quarter Reports. Following the announcement of the Third Restatement on March 10, 2006, the Audit Committee directed the Internal Audit group to conduct a review of the facts and circumstances surrounding the Third Restatement principally to review the underlying conduct of the initial recording of the errors and any overlap of items restated in the Third Restatement and the Second Restatement, or the Internal Audit Review. Internal Audit engaged third party forensic accountants to assist in the review. The work underlying the Internal Audit Review is now complete and Internal Audit has reported its findings to the Audit Committee.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 398

For more information on our restatements and related matters, see the "MD&A" and "Controls and Procedures" sections of this report and the 2005 Annual Report and note 3 of the accompanying unaudited condensed consolidated financial statements. As a result of these events, we have become subject to the following key risks, each of which is described in more detail in the 2005 Annual Report. Each of these risks could have a material adverse effect on our business, results of operations, financial condition and liquidity.

- We are subject to ongoing regulatory and criminal investigations in the U.S. and Canada, which could require us to pay substantial fines or other penalties and we cannot predict the timing of developments in these matters.
- It is uncertain at this time if and when the Proposed Class Action Settlement will be finalized and approved. If the Proposed Class Action Settlement is finalized and approved, it would require us to pay $575 million in cash (which has already been placed into an escrow account pending finalization of the Proposed Class Action Settlement) and would result in a significant dilution of existing equity positions.
- We are subject to additional significant pending civil litigation actions, which are not encompassed by the Proposed Class Action Settlement and which, if decided against us or as a result of settlement, could require us to pay substantial judgments, settlements, fines or other penalties and could result in the dilution of existing equity positions, and we cannot predict the timing of developments in these matters.
- Material adverse legal judgments, fines, penalties or settlements, including the Proposed Class Action Settlement, could have a material adverse effect on our business, results of operations, financial condition and liquidity, which could be very significant.
- We and our independent registered chartered accountants have identified a number of material weaknesses related to our internal control over financial reporting and we have concluded that our internal control over financial reporting was ineffective as of December 31, 2005. These material weaknesses remain unremedied, which could continue to impact our ability to report our results of operations and financial condition accurately and in a timely manner.
- Full implementation of the governing principles of the Independent Review as they relate to remedial measures and the full remediation of our material weaknesses, internal control over financial reporting and disclosure controls and procedures will continue to take significant time and effort.
- Our credit ratings are below investment grade, and we are currently unable to access, in its current form, our shelf registration statement filed with the SEC, each of which may adversely affect our liquidity.
- Continuing negative publicity has adversely affected and may continue to adversely affect our business and the market price of our publicly traded securities.
- We may not be able to attract or retain the personnel necessary to achieve our business objectives.
- Any future delays in filing our periodic reports could cause us to breach our public debt indentures and our obligations under our credit and support facilities. In such circumstances, it is possible that the holders of our public debt or our lenders would seek to accelerate the maturity of our debt or that EDC or the lenders would not grant us further waivers.
- Any future breach of the continued listing requirements of the NYSE and/or TSX could cause the NYSE and/or the TSX to commence suspension or delisting procedures.

*Material adverse legal judgments, fines, penalties or settlements, including the Proposed Class Action Settlement, could have a material adverse effect on our business, results of operations, financial condition and liquidity, which could be very significant.*

- We estimate that our cash will be sufficient to fund the changes to our business model in accordance with our strategic plan (see "Business Overview — Our Strategy" in the MD&A section of this report), fund our investments and meet our customer commitments for at least the next twelve month period commencing March 31, 2006, including cash expenditures outlined under "Liquidity and Capital Resources — Future Uses of Liquidity" in the "MD&A" section of this report. In making this estimate, we have not assumed the need to make any payments in respect of fines or other penalties or judgments or settlements in connection with our pending civil litigation (other than those encompassed by the Proposed Class Action Settlement and for anticipated professional fees and expenses) or regulatory or criminal investigations related to the restatements, which could have a material adverse effect on our business, results of operations, financial condition and liquidity. Any such payments (in addition to those encompassed by the Proposed Class Action Settlement) could materially and adversely affect our cash position, our available cash and cash flow from operations may not be sufficient to pay them, and additional sources of funding may not be available to us on commercially reasonable terms or at all. In addition, we continue to monitor the capital markets for opportunities to refinance upcoming debt maturities, as more fully discussed under "Our high level of debt could materially and adversely affect our business, results of operations, financial condition and liquidity." If we are unable to refinance our existing debt that is coming due in 2007, should we decide to do so, the amount of cash available to

HIGHLY CONFIDENTIAL

NNC-NNL06705393 / 399

finance our operations and other business activities and our ability to pay any judgments, fines, penalties or settlements, if any, would be significantly reduced, which could have a material adverse effect on our business, results of operations, financial condition and liquidity.

These circumstances could have a material adverse effect on our business, results of operations, financial condition and liquidity, including by:

- requiring us to dedicate a substantial portion of our cash and/or cash flow from operations to payments of such judgments, fines, penalties or settlements, thereby reducing the availability of our cash and/or cash flow to fund working capital, capital expenditures, R&D efforts and other general corporate purposes, including debt reduction;
- making it more difficult for us to satisfy our payment obligations with respect to our outstanding indebtedness;
- increasing the difficulty and/or cost to us of refinancing our indebtedness;
- adversely affecting our credit ratings;
- increasing our vulnerability to general adverse economic and industry conditions;
- limiting our flexibility in planning for, or reacting to, changes in our businesses and the industries in which we operate;
- making it more difficult or more costly for us to make acquisitions and investments;
- limiting our ability to obtain, and/or increasing the cost of obtaining, directors' and officers' liability insurance and/or other types of insurance; and
- restricting our ability to introduce new technologies and products and/or exploit business opportunities.

***Any future delays in filing our periodic reports could cause us to breach our public debt indentures and our obligations under our credit and support facilities. In such circumstances, it is possible that the holders of our public debt or our lenders would seek to accelerate the maturity of our debt or that EDC or the lenders would not grant us further waivers.***

Any future delays in filing our periodic reports could cause us to breach our public debt indentures and our obligations under our credit and support facilities. In such circumstances, it is possible that the holders of our public debt or our lenders would seek to accelerate the maturity of our debt or that EDC or the lenders would not grant us further waivers or that the terms of any such waiver would be unfavorable. If an acceleration of our and NNL's obligations were to occur, we and NNL may be unable to meet our respective payment obligations with respect to the related indebtedness. Any such acceleration could also adversely affect our business, results of operations, financial condition and liquidity and the market price of our publicly traded securities.

***Any future breach of the continued listing requirements of the NYSE and TSX could cause the NYSE and/or the TSX to commence suspension or delisting procedures.***

Any future breach of the continued listing requirements could cause the NYSE or TSX to commence suspension or delisting procedures in respect of Nortel Networks Corporation common shares or other of our or NNL's listed securities. The commencement of any suspension or delisting procedures by either exchange remains, at all times, at the discretion of such exchange and would be publicly announced by the exchange.

If a suspension or delisting were to occur, there would be significantly less liquidity in the suspended or delisted securities. In addition, our ability to raise additional necessary capital through equity or debt financing, and attract and retain personnel by means of equity compensation, would be greatly impaired. Furthermore, with respect to any suspended or delisted securities, we would expect decreases in institutional and other investor demand, analyst coverage, market making activity and information available concerning trading prices and volume, and fewer broker-dealers would be willing to execute trades with respect to such securities. A suspension or delisting would likely decrease the attractiveness of Nortel Networks Corporation common shares or other listed securities of Nortel Networks Corporation and NNL to investors and cause the trading volume of Nortel Networks Corporation common shares or other listed securities of Nortel Networks Corporation and NNL to decline, which could result in a decline in the market price of such securities.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 400

## Risks Relating to Our Business

*Negative developments associated with our supply contracts and contract manufacturing agreements including as a result of using a sole supplier for key optical networking solutions components may materially and adversely affect our business, results of operations, financial condition and supply relationships.*

Some of our contracts with customers involve new technologies currently being developed or that we have not yet commercially deployed or that require us to build networks. Some of these contracts contain delivery and installation timetables, performance criteria and other contractual obligations which, if not met, could result in our having to pay substantial penalties or liquidated damages and/or the termination of the contract. Our ability to meet these contractual obligations is, in part, dependent on us obtaining timely and adequate component parts and products from supply contracts and contract manufacturers. Unexpected developments in these supply contracts could have a material adverse effect on our revenues, cash flows and relationships with our customers.

In particular, we currently rely on a sole supplier, Bookham, for key optical networking solutions components, and our supply of such components used in our solutions could be materially adversely affected by adverse developments in that supply arrangement with that supplier. In December 2004, we entered into a restructuring agreement with Bookham. In February 2005, we agreed to waive for a period of time Bookham's obligation to maintain a minimum cash balance under certain secured and unsecured notes and in May 2005 we agreed to adjust the prepayment provisions under these notes, received additional collateral for these notes and amended our supply agreement with Bookham to provide Bookham with financial flexibility to continue the supply of optical networking solutions components. In January 2006, we amended the supply agreement to extend certain purchase commitments and agreed to purchase a minimum of $72 million in products from Bookham in 2006. The inability of this supplier to meet its contractual obligations under our supply arrangements and our inability to make alternative arrangements could have a material adverse effect on our revenues, cash flows and relationships with our customers. For more information, see "Developments in 2005 and 2006 — Optical Components Operations" in the "MD&A" section of our 2005 Annual Report.

As part of the transformation of our supply chain from a vertically integrated manufacturing model to a virtually integrated model, we are in the process of finalizing the outsourcing of substantially all of our manufacturing capacity to contract manufacturers, including an agreement with Flextronics. On May 8, 2006, we completed the transfer to Flextronics of our manufacturing operations and related assets in Calgary, Canada including product integration, testing, repair and logistics operations, representing the final transfer of our manufacturing operations to Flextronics. We and Flextronics have agreed that we will retain our Monkstown manufacturing operations and establish a regional supply chain center to lead our EMEA supply chain operations. Flextronics also has the ability in certain cases to exercise rights to sell back to us certain inventory and equipment after the expiration of a specified period (of up to fifteen months) following each respective closing date. We do not expect these rights to be exercised with respect to any material amount of inventory and/or equipment. As a result of the divestiture, a significant portion of our supply chain is concentrated with Flextronics. For more information, see "Developments in 2006 — Evolution of Our Supply Chain Strategy" in the "MD&A" section of this report. Outsourcing our manufacturing capability to contract manufacturers involves potential difficulties in designing and maintaining controls relating to the outsourced operations in an effective or timely manner.

We work closely with our suppliers and contract manufacturers to address quality issues and to meet increases in customer demand, when needed, and we also manage our internal manufacturing capacity, quality, and inventory levels as required. However, we may encounter shortages or interruptions in the supply of quality components and/or products in the future. In addition, our component suppliers and contract manufacturers have experienced, and may continue to experience, a consolidation in the industry and financial difficulties, both of which may result in fewer sources of components or products and greater exposure to the financial stability of our suppliers. A reduction or interruption in component supply or external manufacturing capacity, a significant increase in the price of one or more components, or excessive inventory levels could materially and negatively affect our gross margins and our operating results and could materially damage customer relationships.

## Risks Relating to Our Liquidity, Financing Arrangements and Capital

*Cash flow fluctuations may affect our ability to fund our working capital requirements or achieve our business objectives in a timely manner. Additional sources of funds may not be available on acceptable terms or at all.*

Our working capital requirements and cash flows historically have been, and are expected to continue to be, subject to quarterly and yearly fluctuations, depending on such factors as timing and size of capital expenditures, levels of sales, timing of deliveries and collection of receivables, inventory levels, customer payment terms, customer financing

HIGHLY CONFIDENTIAL       NNC-NNL06705393 / 401

obligations and supplier terms and conditions. As of March 31, 2006, our primary source of liquidity was cash and we expect this to continue throughout 2006. Based on past performance and current expectations we do not expect our operations to generate significant cash flow in 2006. In addition, in 2006, we expect our recently completed transfer of certain manufacturing assets to Flextronics, and the sale of other non-core assets to continue to be a source of cash at similar levels as in 2005. We estimate that as our cash will be sufficient to fund the changes to our business model in accordance with our strategic plan (see ''Business Overview — Our Strategy'' in the MD&A section of this report), fund our investments and meet our customer commitments for at least the next twelve month period commencing March 31, 2006, including cash expenditures outlined under ''Liquidity and Capital Resources — Future Uses of Liquidity'' in the ''MD&A'' section of this report. In making this estimate, we have not assumed the need to make any payments in respect of fines or other penalties or judgments or settlements in connection with our pending civil litigation not encompassed by the Proposed Class Action Settlement or regulatory or criminal investigations related to the restatements, which could have a material adverse effect on our business, results of operations, financial condition and liquidity, other than anticipated professional fees and expenses. As more fully discussed under ''Material adverse legal judgments, fines, penalties or settlements, including the Proposed Class Action Settlement, could have a material adverse effect on our business, results of operations, financial condition and liquidity, which could be very significant,'' these payments could materially and adversely affect our cash position, our available cash and cash flow from operations may not be sufficient to pay them, and additional sources of funding may not be available to us on commercially reasonable terms or at all.

We and NNI agreed to a demand right exercisable at any time after May 31, 2006 pursuant to which we will be required to take all reasonable actions to issue senior unsecured debt securities in the capital markets to repay the 2006 Credit Facility. There can be no assurance that we will be able to refinance the 2006 Credit Facility by issuing unsecured debt securities. Any inability to refinance the 2006 Credit Facility would materially adversely affect our liquidity. In addition, we continue to monitor the capital markets for opportunities to refinance upcoming debt maturities, as more fully discussed under ''Our high level of debt could materially and adversely affect our business, results of operations, financial condition and liquidity.'' If we are unable to refinance our existing debt that is coming due in 2007, should we decide to do so, the amount of cash available to finance our operations and other business activities and our ability to pay any judgments, fines, penalties or settlements, if any, would be significantly reduced, which could have a material adverse effect on our business, results of operations, financial condition and liquidity. Other factors, discussed more fully elsewhere in this section, may also result in our net cash requirements exceeding our current expectations and negatively affect the amount of cash available to finance our operations and other business activities, including:

- a greater than expected slowdown in capital spending by service providers and other customers or other changes to our business model could result in materially lower revenues and cash flows;
- costs incurred in connection with restructuring efforts may be higher than originally planned and may not lead to the anticipated cost savings;
- changes in market demand for networking products, which may require increased expenditures to develop and market different technologies;
- we may need to make larger contributions to our defined benefit plans in North America and the U.K. and retirement plans in other countries;
- an increased portion of our cash and cash equivalents may be restricted as cash collateral for customer performance bonds and contracts if the industry or our current condition deteriorates;
- an inability of our subsidiaries to provide us with funding in sufficient amounts could adversely affect our ability to meet our obligations.
- We may seek additional funds from liquidity-generating transactions and other sources of external financing (which may include a variety of debt, convertible debt and/or equity financings), but these financings may not be available to us on acceptable terms or at all. In addition, we may not continue to have access to the EDC Support Facility when and as needed. Our inability to manage cash flow fluctuations resulting from the above factors and the potential reduction, expiry or termination of the EDC Support Facility could have a material adverse effect on our ability to fund our working capital requirements from operating cash flows and other sources of liquidity or to achieve our business objectives in a timely manner. These circumstances could, for example:
- make it more difficult for us to satisfy our obligations under our outstanding debt and other obligations and to pay any judgments, fines, penalties or settlements in connection with our pending civil litigation and investigations;
- require us to delay or reduce capital expenditures or the introduction of new products, sell assets and/or forego business opportunities such as acquisitions, R&D projects or product design enhancements;
- increase our vulnerability to economic downturns, adverse industry conditions and adverse developments in our business, and limit our flexibility in planning for or reacting to such changes; and
- place us at a competitive disadvantage compared to competitors that have greater liquidity.

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 402

***Covenants under the 2006 Credit Facility and the EDC Support Facility impose operating and financial restrictions on us, which may prevent us from capitalizing on business opportunities.***

The agreements governing our credit facilities contain covenants that:

- limit our ability to create liens on our assets and the assets of substantially all of our subsidiaries in excess of certain baskets and permitted amounts;
- limit our ability and the ability of substantially all of our subsidiaries to merge, consolidate, amalgamate with another person;
- require us to maintain at least $1,250 million of unrestricted cash at all times and $1,500 million as of the last day of each fiscal quarter; and
- restrict the ability of our subsidiaries to incur funded debt in excess of certain amounts without guaranteeing NNL's obligations under the EDC Support Facility.

In addition, we may in the future incur and guarantee debt with more restrictive covenants (including maintenance financial tests) that impose significant operating and financial restrictions, including restrictions on our ability to engage in other business activities that may be in our best long-term interests. Failure to comply with the covenants under the credit facilities could materially and adversely affect our business, results of operations, financial condition and liquidity.

91

HIGHLY CONFIDENTIAL                 NNC-NNL06705393 / 403

**ITEM 2.    Unregistered Sales of Equity Securities and Use of Proceeds**

During the first quarter of 2006, Nortel Networks Corporation issued an aggregate of 120,182 shares upon the exercise of options granted under the Nortel Networks/BCE 1985 Stock Option Plan and the Nortel Networks/BCE 1999 Stock Option Plan. The common shares issued on the exercise of these options were issued outside of the United States to BCE Inc. employees who were not United States persons at the time of option exercise, or to BCE in connection with options that expired unexercised or were forfeited. The common shares issued are deemed to be exempt from registration pursuant to Regulation S under the United States Securities Act of 1933 (the "Securities Act"), as amended. All funds received by Nortel Networks Corporation in connection with the exercise of stock options granted under the two Nortel Networks/BCE stock option plans are transferred in full to BCE pursuant to the terms of the May 1, 2000 plan of arrangement, except for nominal amounts paid to Nortel Networks Corporation to round up fractional entitlements into whole shares. Nortel Networks Corporation keeps these nominal amounts and uses them for general corporate purposes.

| Date of Exercise | Number of Common Shares Issued Without U.S. Registration Upon Exercise of Stock Options Under Nortel/BCE Plans | Range of Exercise Prices Canadian $ |
|---|---|---|
| 1/26/2006 | 2,944 | $34.40 - $46.48 |
| 2/1/2006 | 74,503 | $18.75 - $25.27 |
| 2/2/2006 | 3,628 | $18.75 - $18.75 |
| 2/11/2006 | 39,107 | $31.63 - $51.88 |

**Issuer Purchases of Equity Securities**

The following table sets forth the common shares of Nortel Networks Corporation repurchased during the first quarter of 2006:

| Period | (a) Total Number of Shares (or Units) Purchased | (b) Average Price Paid per Share (or Unit) | (c) Total Number of Shares (or Units) Purchased as Part of Publicly Announced Plans or Programs | (d) Maximum Number (or Approximate Dollar Value) of Shares (or Units) that may yet be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| Jan 1 - 31 | — | — | — | — |
| Feb 1 - 28 | 353,627[1] | US $2.98 | — | — |
| March 1 - 31 | — | — | — | — |
| Total | 353,627 | US $2.98 | — | — |

---

(1) Common shares of Nortel Networks Corporation surrendered by members of Nortel's core executive leadership team for cancellation in connection with the voluntary undertaking by each such member to pay over a three year period an amount equal to the return to profitability bonus paid to such member in 2003, net of tax deductions at source. Such persons may deliver to us additional common shares in connection with such voluntary undertaking from time to time.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 404

## ITEM 6.  Exhibits

Pursuant to the rules and regulations of the Securities and Exchange Commission, Nortel has filed certain agreements as exhibits to this Quarterly Report on Form 10-Q. These agreements may contain representations and warranties by the parties. These representations and warranties have been made solely for the benefit of the other party or parties to such agreements and (i) may have been qualified by disclosures made to such other party or parties, (ii) were made only as of the date of such agreements or such other date(s) as may be specified in such agreements and are subject to more recent developments, which may not be fully reflected in Nortel's public disclosure, (iii) may reflect the allocation of risk among the parties to such agreements and (iv) may apply materiality standards different from what may be viewed as material to investors. Accordingly, these representations and warranties may not describe Nortel's actual state of affairs at the date hereof and should not be relied upon.

| Exhibit No. | Description |
|---|---|
| 10.1* | Commitment Letter dated February 1, 2006 among Nortel Networks Corporation, Nortel Networks Inc., J.P. Morgan Securities Inc., JPMorgan Chase Bank, N.A. and Citigroup Global Markets Inc. (filed as Exhibit 10.1 to Nortel Networks Corporation's Current Report on Form 8-K dated February 2, 2006). |
| 10.2* | Commitment Advice Letter Agreement dated February 1, 2006 among Nortel Networks Corporation, Nortel Networks Inc., Royal Bank of Canada and J.P. Morgan Securities Inc. (filed as Exhibit 10.2 to Nortel Networks Corporation's Current Report on Form 8-K dated February 2, 2006). |
| 10.3* | Commitment Advice Letter Agreement dated February 1, 2006 among Nortel Networks Corporation, Nortel Networks Inc., Export Development Canada and J.P. Morgan Securities Inc. (filed as Exhibit 10.3 to Nortel Networks Corporation's Current Report on Form 8-K dated February 2, 2006). |
| 10.4* | Securities Demand Letter dated February 1, 2006 among Nortel Networks Corporation, Nortel Networks Inc., J.P. Morgan Securities Inc. and JPMorgan Chase Bank, N.A. (filed as Exhibit 10.4 to Nortel Networks Corporation's Current Report on Form 8-K dated February 2, 2006). |
| 10.5* | Credit Agreement dated February 14, 2006 among Nortel Networks Inc., the lenders party thereto, JPMorgan Chase Bank, N.A., J.P. Morgan Securities Inc., Citigroup Global Markets, Inc., Citicorp USA, Inc., Royal Bank of Canada (filed as Exhibit 10.1 to Nortel Networks Corporation's Current Report on Form 8-K dated February 21, 2006). |
| 10.6* | Guarantee Agreement dated February 14, 2006 among Nortel Networks Inc., Nortel Networks Limited, Nortel Networks Corporation, JPMorgan Chase Bank, N.A., and Export Development Canada. (filed as Exhibit 10.2 to Nortel Networks Corporation's Current Report on Form 8-K dated February 21, 2006). |
| 10.7* | U.S. Security Agreement dated February 14, 2006 among Nortel Networks Inc., the subsidiary lien grantors from time to time party thereto, JPMorgan Chase Bank and Export Development Canada. (filed as Exhibit 10.3 to Nortel Networks Corporation's Current Report on Form 8-K dated February 21, 2006). |
| 10.8* | Canadian Security Agreement dated February 14, 2006 among Nortel Networks Limited, Nortel Networks Corporation, the subsidiary lien grantors from time to time party thereto, JPMorgan Chase Bank and Export Development Canada (filed as Exhibit 10.4 to Nortel Networks Corporation's Current Report on Form 8-K dated February 21, 2006). |
| 10.9* | Pascal Debon Letter Agreement dated February 21, 2006, concerning the cessation of Mr. Debon's responsibilities as Senior Advisor of Nortel Networks Corporation and Nortel Networks Limited effective December 23, 2005 (filed as Exhibit 10.75 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2005). |
| 10.10* | Brian McFadden letter agreement dated February 21, 2006, concerning the cessation of Mr. McFadden's responsibilities as Chief Research Officer of Nortel Networks Corporation and Nortel Networks Limited effective December 23, 2005 (filed as Exhibit 10.76 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2005). |
| 10.11* | Notice of Blackout to Nortel Networks Corporation's Board of Directors and Executive Officers Regarding Suspension of Trading dated March 10, 2006 (filed as Exhibit 99.2 to Nortel Networks Corporation's Current Report on Form 8-K dated March 10, 2006). |
| 10.12* | Amendment No. 1 and Waiver dated May 9, 2006 among Nortel Networks Inc., JPMorgan Chase Bank, N.A., as Administrative Agent and Lender, and Citicorp USA, Inc., Royal Bank of Canada and Export Development Canada, as Lenders (filed as Exhibit 10.1 to Nortel Networks Corporation's Current Report on Form 8-K dated May 11, 2006). |
| 10.13* | Amendment No. 1 and Waiver dated May 9, 2006 between Nortel Networks Limited and Export Development Canada (filed as Exhibit 10.2 to Nortel Networks Corporation's Current Report on Form 8-K dated May 11, 2006). |

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 405

| Exhibit No. | Description |
|---|---|
| 10.14* | Amendment No. 2 dated as of May 19, 2006 among Nortel Networks Inc., Nortel Networks Corporation, Nortel Networks Limited, JPMorgan Chase Bank, N.A., as Administrative Agent, and the Lenders party thereto (filed as Exhibit 10.1 to Nortel Networks Corporation's Current Report on Form 8-K dated May 19, 2006). |
| 10.15 | Forms of Instruments of Award generally provided to recipients of Restricted Stock Units and Performance Stock Units granted under the Nortel 2005 Stock Incentive Plan and Form of Instrument of Grant generally provided to recipients of stock options granted under the Nortel 2005 Stock Incentive Plan. |
| 31.1 | Certification of the Vice-Chairman and Chief Executive Officer pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of the Executive Vice-President and Chief Financial Officer pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32 | Certification of the Vice-Chairman and Chief Executive Officer and Executive Vice-President and Chief Financial Officer pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

\* Incorporated by reference.

HIGHLY CONFIDENTIAL　　　　　　　　NNC-NNL06705393 / 406

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

### NORTEL NETWORKS CORPORATION
**(Registrant)**

Chief Financial Officer                      Chief Accounting Officer

/s/   PETER W. CURRIE                    /s/   PAUL W. KARR

PETER W. CURRIE                      PAUL W. KARR

Executive Vice-President                   Controller

and Chief Financial Officer

Date: June 5, 2006

95

**HIGHLY CONFIDENTIAL**                  **NNC-NNL06705393 / 407**

(This page intentionally left blank)

HIGHLY CONFIDENTIAL

# Annex C:
# NNC Annual Report on Form 10-K/A
# for the Year Ended December 31, 2005**

** With the exception of the audited consolidated financial statements in Item 8 and MD&A in Item 7 thereof, which have been replaced by the audited consolidated financial statements and MD&A included in Annex A.

HIGHLY CONFIDENTIAL                    NNC-NNL06705393 / 409

(This page intentionally left blank)

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K/A
Amendment No. 1

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 or 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2005

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 or 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 001-07260

# Nortel Networks Corporation
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Canada** | **Not Applicable** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **8200 Dixie Road, Suite 100, Brampton, Ontario, Canada** | **L6T 5P6** |
| *(Address of principal executive offices)* | *(Zip Code)* |

Registrant's telephone number including area code: (905) 863-0000

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Shares without nominal or par value | New York Stock Exchange |
| 4.25% Convertible Senior Notes Due 2008 | New York Stock Exchange |

The common shares are also listed on the Toronto Stock Exchange in Canada

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☐   No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to filing requirements for the past 90 days.
Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.
☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer" and "large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one)
Large accelerated filer ☑   Accelerated filer ☐   Non-Accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐   No ☑

On April 17, 2006, 4,335,644,313 common shares of Nortel Networks Corporation were issued and outstanding. Non-affiliates of the registrant held 4,333,778,951 common shares having an aggregate market value of $12,004,567,694 based upon the last sale price on the New York Stock Exchange on April 17, 2006, of $2.77 per share; for purposes of this calculation, shares held by directors and executive officers have been excluded.

**DOCUMENTS INCORPORATED BY REFERENCE**
Nortel Networks 2006 Proxy Circular and Proxy Statement filed with the Commission

HIGHLY CONFIDENTIAL

### ANNUAL REPORT ON FORM 10-K/A
For the fiscal year ended December 31, 2005

### EXPLANATORY NOTE

This Form 10-K/A (the "10-K/A") is being filed to correct a typographical error in Exhibits 31.1, 31.2 and 32 of the Company's Annual Report on Form 10-K for the Year Ended December 31, 2005 (the "10-K") filed with the Securities and Exchange Commission (the "SEC") on April 28, 2006. Inadvertently, the certifications in Exhibits 31.1, 31.2 and 32 included as the date "[ ● ], 2006" instead of "April 28, 2006", the actual date of the signed certificates.

This 10-K/A replaces the 10-K in its entirety. The Company is re-filing the entire 10-K as part of this 10-K/A for it believes this approach is consistent with the view of the Staff of the SEC. Except as described above, no change has been made to the 10-K.

---

### ANNUAL REPORT ON FORM 10-K
For the fiscal year ended December 31, 2005

### EXPLANATORY NOTE

Nortel Networks Corporation previously announced the need to restate its consolidated financial statements for the years ended December 31, 2003 and 2004 and the first nine months of 2005.

The consolidated statements of operations, changes in equity and comprehensive income (loss) and cash flows for the years ended December 31, 2004 and 2003 and the consolidated balance sheet as of December 31, 2004, including the applicable notes, contained in this Annual Report on Form 10-K have been restated. Nortel has also included in this report restated unaudited consolidated financial information for each of the first three quarters of 2005 and each of the quarters in 2004.

In addition, the Third Restatement involved the restatement of Nortel's consolidated financial statements for 2002 and 2001. Amendments to Nortel's prior filings with the United States Securities and Exchange Commission would be required in order for Nortel to be in full compliance with Nortel's reporting obligations under the Securities Exchange Act of 1934. However, any amendments to Nortel's Annual Reports on Form 10-K for the years ended December 31, 2004 and 2003 and the Quarterly Reports on Form 10-Q for the quarterly periods ended March 31, June 30, and September 30, 2005 and 2004, respectively, would in large part repeat the disclosure contained in this report. Accordingly, Nortel does not plan to amend these or any other prior filings. Nortel believes that it has included in this report all information needed for current investor understanding.

Nortel has not restated the separate consolidated financial statements of Nortel's indirect subsidiary, Nortel Networks S.A., originally presented in Nortel's Annual Report on Form 10-K for the year ended December 31, 2003 or the supplemental consolidating financial information presented in Nortel's Annual Report on Form 10-K for the years ended December 31, 2004 and 2003 (as well as in relevant Quarterly Reports on Form 10-Qs during the applicable periods). As certain guarantee and security agreements that gave rise to the requirement to present this information under applicable rules under the Securities and Exchange Act of 1934 were no longer in effect as at December 31, 2005, Nortel is not required to present this information in this Annual Report on Form 10-K and Nortel believes that the restatement of this information would not be relevant for current investor understanding. The previously filed consolidated financial statements of Nortel Networks S.A. and supplemental consolidating financial information should no longer be relied upon.

For a description of the restatements, see "Restatement" in note 4 of the accompanying audited consolidated financial statements and "Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations — Restatements; Nortel Networks Audit Committee Independent Review; Material Weaknesses; Related Matters" contained in this Annual Report on Form 10-K.

# TABLE OF CONTENTS

## PART I

| | | |
|---|---|---:|
| ITEM 1. | Business | 1 |
| | Overview | 1 |
| | Developments in 2005 and 2006 | 2 |
| | Networking solutions | 4 |
| | Wireless networking solutions | 5 |
| | GSM and UMTS Networks | 6 |
| | CDMA Networks | 7 |
| | Enterprise Networks | 8 |
| | Carrier Packet Networks | 11 |
| | Sales and distribution | 14 |
| | Backlog | 14 |
| | Product standards, certification and regulations | 15 |
| | Sources and availability of materials | 15 |
| | Seasonality | 16 |
| | Strategic alliances, acquisitions and minority investments | 16 |
| | Research and development | 16 |
| | Intellectual property | 17 |
| | Employee relations | 17 |
| | Environmental matters | 18 |
| | Financial information by operating segment and product category | 19 |
| ITEM 1A. | Risk Factors | 19 |
| ITEM 1B. | Unresolved Staff Comments | 42 |
| ITEM 2. | Properties | 42 |
| ITEM 3. | Legal Proceedings | 43 |
| ITEM 4. | Submission of Matters to a Vote of Security Holders | 48 |

## PART II

| | | |
|---|---|---:|
| ITEM 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 49 |
| | Securities authorized for issuance under equity compensation plans | 49 |
| | Dividends | 49 |
| | Canadian tax matters | 49 |
| | Sales or other dispositions of shares | 50 |
| | Sales of unregistered securities | 50 |
| ITEM 6. | Selected Financial Data | 51 |
| ITEM 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 54 |
| | Business Overview | 56 |
| | Developments in 2005 and 2006 | 59 |
| | Restatements; Nortel Audit Committee Independent Review; Material Weaknesses; Related Matters | 63 |
| | Results of Operations — Continuing operation | 76 |
| | Results of Operations — Discontinued Operations | 94 |
| | Liquidity and Capital Resources | 95 |
| | Off-balance Sheet Arrangements | 105 |
| | Application of Critical Accounting Policies and Estimates | 107 |
| | Accounting Changes and Recent Accounting Pronouncements | 116 |
| | Canadian Supplement | 118 |
| | Market Risk | 120 |
| | Equity Price Risk | 121 |
| | Environmental Matters | 121 |
| | Legal Proceedings | 121 |
| ITEM 7A. | Quantitative and Qualitative Disclosures about Market Risk | 122 |
| ITEM 8. | Financial Statements and Supplementary Data | 122 |
| ITEM 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 231 |

i

**ITEM 9A.** Controls and Procedures ........................................................... 231
    Management Conclusions Concerning Disclosure Controls and Procedures ...................... 231
    Management's Report on Internal Control Over Financial Reporting ........................... 231
    Report of Independent Registered Chartered Accountants ................................... 233
    Third Restatement ...................................................................... 235
    Revenue Independent Review ............................................................ 237
    Remedial Measures .................................................................... 237
    Changes in Internal Control Over Financial Reporting ..................................... 240
**ITEM 9B.** Other Information .................................................................. 240

### PART III

**ITEM 10.** Directors and Executive Officers of the Registrant ......................................... 241
**ITEM 11.** Executive Compensation ............................................................ 241
**ITEM 12.** Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters    241
**ITEM 13.** Certain Relationships and Related Transactions ............................................ 241
    Indebtedness of Management ............................................................ 241
**ITEM 14.** Principal Accountant Fees and Services ................................................. 242
    Audit fees ........................................................................... 242
    Audit-related fees .................................................................... 242
    Tax fees ............................................................................ 242
    All other fees ....................................................................... 242

### PART IV

**ITEM 15.** Exhibits, Financial Statement Schedules ............................................... 243
**SIGNATURES** ......................................................................... 250

**All dollar amounts in this document are in United States dollars unless otherwise stated.**

NORTEL, NORTEL (Logo), NORTEL NETWORKS, the GLOBEMARK (Logo), NT, and NORTEL >BUSINESS MADE SIMPLE are trademarks of Nortel Networks.

MOODY'S is a trademark of Moody's Investors Service, Inc.

NYSE is a trademark of the New York Stock Exchange, Inc.

SAP design mark is a trademark of SAP Aktiengesellschaft

S&P and STANDARD & POOR'S are trademarks of The McGraw-Hill Companies, Inc.

All other trademarks are the property of their respective owners.

HIGHLY CONFIDENTIAL    NNC-NNL06705393 / 414

## PART I

**ITEM 1. Business**

**Overview**

Nortel is a global supplier of communication equipment serving both service provider and enterprise customers. We deliver products and solutions that help simplify networks, improve productivity as well as drive value creation and efficiency for consumers. Our technologies span access and core networks, support multimedia and business-critical applications, and help eliminate today's barriers to efficiency, speed and performance by simplifying networks and connecting people with information. Our networking solutions consist of hardware, software and services. Our business activities include the design, development, assembly, marketing, sale, licensing, installation, servicing and support of these networking solutions. As a substantial portion of our business has a technology focus, we are dedicated to making strategic investments in research and development, or R&D. We believe one of our core strengths is strong customer loyalty from providing value to our customers through high reliability networks, a commitment to ongoing support, and evolving solutions to address product technology trends.

During 2005, our business was organized into four reportable segments: Carrier Packet Networks; Code Division Multiple Access, or CDMA, Networks; Global System for Mobile communications, or GSM, and Universal Mobile Telecommunications Systems, or UMTS, Networks; and Enterprise Networks. We refer you to the descriptions of each of these segments below.

On September 30, 2005, we announced a new organizational structure that we expect will strengthen our enterprise focus, drive product efficiencies, and enhance our delivery of global services. The new alignment includes two product groups: (i) Enterprise Solutions and Packet Networks, which combines optical networking solutions (included in our Carrier Packet Networks segment in 2005), data networking and security solutions and portions of circuit and packet voice solutions (included in both our Carrier Packet Networks segment and Enterprise Networks segment in 2005) into a unified product group; and (ii) Mobility and Converged Core Networks, which combines our CDMA solutions and GSM and UMTS solutions (each a separate segment in 2005) and other circuit and packet voice solutions (included in our Carrier Packet Networks segment in 2005). By creating two product groups, we expect to simplify our business model and create new cost efficiencies by leveraging common hardware and software platforms. We expect these two product groups to form our reportable segments commencing in the first quarter of 2006.

We are also in the process of establishing an operating segment that focuses on providing professional services in five key areas: integration services, security services, managed services, optimization services and maintenance services; which are currently a component of all of our networking solutions. We expect this operating segment to become a third reportable segment in the second half of 2006.

For financial information by reporting segment and product category, see "Segment information" in note 6 of the accompanying audited consolidated financial statements and "Results of Operations — Continuing Operations — Segment Information" in the Management's Discussion and Analysis of Financial Condition and Results of Operations, or MD&A, section of this report.

The Company's principal executive offices are located at 8200 Dixie Road, Suite 100, Brampton, Ontario, Canada, L6T 5P6, telephone number (905) 863-0000. The Company was incorporated in Canada on March 7, 2000 under the name New Nortel Inc. On May 1, 2000, the Company participated in a Canadian court-approved plan of arrangement under which, among other things, the Company exchanged its common shares for all of the outstanding common shares of Nortel Networks Limited (previously known as Nortel Networks Corporation); Nortel Networks Limited, or NNL, became the principal operating subsidiary of the Company; and the Company changed its name to Nortel Networks Corporation. The Company is not a foreign private issuer, as defined in Rule 3b-4 under the U.S. Securities Exchange Act of 1934, as amended, or the Exchange Act.

Where we say "we", "us", "our" or "Nortel", we mean Nortel Networks Corporation or Nortel Networks Corporation and its subsidiaries, as applicable. References to "the Company" mean Nortel Networks Corporation without its subsidiaries. Where we refer to the "industry", we mean the telecommunications industry.

The Company makes its Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and all amendments to those reports available free of charge under "Investor Relations" on our website at **www.nortel.com** as soon as reasonably practicable after we electronically file this material with, or furnish this material

1

HIGHLY CONFIDENTIAL      NNC-NNL06705393 / 415