


| | |
|---|---|
| **From:** | McCorkle, Michael [BRAM:0049:EXCH] |
| **Sent:** | Saturday, January 14, 2006 5:48 PM |
| **To:** | Stevenson, Kate [BRAM:0007:EXCH] |
| **Subject:** | RE: Project Peace - Syndication Update |

Happy for John and me to do the call alone. Would want to be sure we get some feedback from you on both John and my thoughts on fees first, though. Are you okay, subject to your comments, that we throw that our as a strawman?

Thanks
-----Original Message-----
**From:** Stevenson, Kate [BRAM:0007:EXCH]
**Sent:** 13 January 2006 20:54
**To:** McCorkle, Michael [BRAM:0049:EXCH]
**Subject:** FW: Project Peace - Syndication Update

Mike,

I deliberately tried to keep it as positive as possible as there's no use showing our frustration to Peter on JPM or he'll lose confidence in them. It's not so simple as being able to switch over to CSFB at any time!

Let me know, or respond directly to both of us, if you think I've missed anything important.

Thanks, and also, let me know when you get a chance if you think I'm needed for the Sunday session with Raj and Charlie. May be best for you and John to see the first iteration from JPM.

Kate
-----Original Message-----
**From:** Stevenson, Kate [BRAM:0007:EXCH]
**Sent:** Friday, January 13, 2006 8:50 PM
**To:** Currie, Peter [BRAM:0007:EXCH]
**Cc:** McCorkle, Michael [BRAM:0049:EXCH]
**Subject:** Project Peace - Syndication Update

Peter,

The feedback from JPM tonight is that they have taken our request very seriously, and brought all key decision makers in the firm up to speed today. They do completely understand the rationale for our request for a club deal with the delay in syndication.

They have made good progress, but are not yet there entirely. They did not have all the answers to our questions at this point, and though the direction is right, we do not have a full understanding yet of the implications, both structural and cost, to this approach.

We agree that a 4-handed deal - JPM, Citibank, RBC, and EDC makes sense. This will maximize speed and confidentiality, and help keep the diligence to a manageable level. Also, the more players we add, the more costly this could become because of the need to distribute HY economics to any bank in the club.

On structure, the key element JPM focused on was what kind of commitment we would have to make in order to provide them with clear market access following the "syndication commencement date," to be

1

determined. Understanding our objective is to have the club hold the paper until following the filing of the 10K, JPM nonetheless wants to continue to explore scenarios of earlier syndication. For instance, they identified a hypothetical scenario whereby we provided an update on 2005 guidance in mid-February. It could be advantageous to go into syndication at that time rather than following the 10K.

In addition, the timing of the filing of the 10K, if it were to go to the deadline of March 15th, would mean a late March syndication when the focus would be on Q1.

Other factors which could influence syndication include the status of litigation and M&A activity.

On cost, JPM is working through this, but expects that both the coupon and the fees will increase, or at least there will be a flex provision to this in order to cover additional risk to syndication.

We have arranged a follow-up call on Sunday and will know more then. We will need to pin down all the elements of this deal as soon as possible next week, both to our own satisfaction, and also to be able to communicate fairly and promptly to the other firms in the deal. As JPM will be here on Tuesday for the business diligence, we may need you then to have a side discussion with Berenson. We will also likely need the time in person with JPM to nail this all down.

I have copied Mike McCorkle on this in case he has anything to add. We will of course keep you updated, and may need your help on Monday or Tuesday to give JPM a nudge.

Kate

2