

CONFIDENTIAL  |  December 2008  |

Perspectives on Affordability

# N◉RTEL
## NETWORKS

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

LAZARD

PENGAD 800-631-6989

EXHIBIT

21580

NNC - NNL07180325

CONFIDENTIAL

NORTEL
NETWORKS

## Qualification

- For settlement purposes only. This document and any discussions related thereto are privileged and confidential settlement discussions which are protected under Rule 408 of the Federal Rules of Evidence and shall not be used by any recipient for any purpose in any judicial or administrative forum.

- The information contained in this report includes material non-public information about Nortel Networks Corporation and its subsidiaries ("Nortel" or the "Company") and is provided to the Securities Plaintiffs and their advisors subject to the terms of the confidentiality agreements between them and the Company.

- This report contemplates facts and conditions known and existing as of the date of the report. Events and conditions subsequent to this date could have a profound effect upon the Company's ability to attain its projections.

- Management is responsible for the assumptions that form the basis of the analysis in this report. They reflect management's judgment as of December 2005, of expected future operating conditions affecting the Company. There will normally be differences between the projected and actual results because events and circumstances frequently do not occur as expected. Those differences may be material and adverse and are further qualified by the disclosure of risks in the Company's SEC filings.

- The conclusions arrived herein are not intended and should not be construed as investment advice in any manner whatsoever.

LAZARD

NORTEL
NETWORKS                                                              PERSPECTIVES ON AFFORDABILITY

## Settlement Currency Trade-Off

Assuming a reasonable total settlement amount is agreed, the settlement currency needs to have an appropriate balance between cash and equity in order to ensure Nortel's long-term viability and the creation of shareholder value. As significant current and potential future shareholders, the objectives of Nortel and the Plaintiffs should be aligned in this respect

- Total settlement must be reasonable in both its level of cash consideration and equity dilution especially in light of market expectations

| LIQUIDITY ISSUES | TOTAL SETTLEMENT VALUE | EQUITY CONSIDERATIONS |
|---|---|---|
| Excessive utilization of Company's liquidity would impair Company's long term viability | | Maintaining strong liquidity, post-settlement creates positive financial momentum |



Liquidity Issues:

Excessive utilization of Company's liquidity would impair Company's long term viability

- Adverse market reaction (negative credit outlook, downgrades, potential default under EDC facility)

- Increased refinancing challenges (increased borrowing cost, need for bridge financing, use of cash to cover shortfall in refinancing)

- Negative customer perception (long-term viability concerns)

Equity Considerations:

Maintaining strong liquidity, post-settlement creates positive financial momentum

- Elimination of litigation overhang likely provides catalyst for long term equity appreciation

- Ability to refinance on market terms

- Financial flexibility is maintained to implement strategic plan

- Customers and credit agencies will respond more favorably

Financial Distress                                    Avoid Adverse Market Reaction

LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL



## Overview of Nortel Business

**NORTEL NETWORKS**

PERSPECTIVES ON AFFORDABILITY

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

LAZARD

NORTEL
NETWORKS                                                          PERSPECTIVES ON AFFORDABILITY

## State of the Business

Continuing transition period

- New CEO
- Projected 2005: Revenue $11.0B, Gross Margin 41%, Mgmt EBT $184M, Net Loss ($109M)
- Cash decline in 2005 by over $900 million (inclusive of investments)
- Slow GSM/UMTS traction
  - Growth in revenues due to BSNL (significant loss making venture)
  - Loss of major contracts
- Erosion of CDMA margins
- Enterprise pricing and competitive pressures
- CPN – TDM decline faster than Succession take-up
- Operating expense reduction targets proving to be a challenge

Additional Key Concerns

- Refinancing concerns
- Credit rating issues
- UK Pensions regulatory environment
- Customer concerns

3| LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL



**NORTEL** NETWORKS

## Nortel is Facing Significant Challenges

Nortel is focused on the actions that are necessary to improve its competitive position and performance. The steps and "headwinds" that management must address dictate the importance of cash and financial flexibility

**Operational Restructuring Needs**
* Reducing headcount and improving R&D effectiveness to improve competitiveness requires the ability to invest

**Volatile Business Model**
* CDMA business produces 70% of operating earnings
* 50% of CDMA revenue comes from 2 customers whose strategic initiatives involve reducing CDMA spend
* Nortel must invest to generate next "cash cow" businesses as the CDMA business is maturing

**Growing Overseas**
* Growth opportunities are outside North America
* Higher working capital requirement
    * long receivable collection timelines
    * restricted cash in local jurisdictions

**Cash Funding Pressure**
* Growing pension funding pressure (will increase to over $300 million per year from $150 million in 2005)
* Enhanced pension requirements
* Need for cash reserves to maintain board confidence in local country solvency
* Restructuring in Europe creates cash funding requirements
* Continued BSNL losses
* Potential fines from regulators

**NORTEL'S CASH PRESSURES**

**Maintaining cash flexibility is a corporate imperative**

**Preliminary 2006 Outlook**
* EBT range of $200-$500 million with EBITDA of $500 to $800 million
    * Likely cash flow break even given risks
    * Well below "core" EBITDA of $1 billion identified as critical to refinancing efforts
* New CEO committed to raise performance – requires significant organizational change

**No Committed Borrowing Facilities**
* Cash is the only source of funding
* No near term prospects to establish revolving credit facilities at corporate level

4 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

**NORTEL**
NETWORKS

PERSPECTIVES ON AFFORDABILITY

## Customers Reinforce these Market Concerns

Customer concerns regarding Nortel's financial position and ability to invest in the technologies they need for their business further reinforces the need to minimize the cash that can be contributed to a potential settlement without adversely affecting the business

- Ericsson and Nokia are aggressively launching campaigns to capitalize on Nortel's financial weakness



| CUSTOMER | LTM CUSTOMER RANKING/REVENUE ** | COMMENT |
|---|---|---|
| CINGULAR | | ▪ Viability and market position were documented as a key element of their decision to select LME, Siemens and Lucent (and not Nortel) for a major project |
| DEUTSCHE TELEKOM AG / T-MOBILE | | ▪ Concerned about Nortel's R&D investment and have a concern that Nortel will drop a product as a result<br>▪ Substantial concerns over credit risk<br>▪ Very close to losing Access position in the U.K |
| VODAFONE | | ▪ "In penalty box" due to balance sheet concerns and have missed bidding on new projects globally<br>▪ Required to materially reduce pricing and improve terms to win business – cost $100 million + |
| O2 | | ▪ President O2 – " I'm pleased with your UMTS technology and the current performance but I have one question, will you be there in 6 months, 1 year or more. I'm building the network of the future for my company and I can't make a wrong decision..." |
| TELSTRA | | ▪ Concerned with financial viability of Nortel<br>▪ Loss of large bid in 2005 (including a transition project from CDMA to UMTS network) and concern over Nortel's financial viability was a major reason for the loss |

** Total customer revenue, 90-95% GSM/UMTS with exception to Telstra (CPN/CDMA customer).

$^5$ LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL



## Nortel is Significantly Less Profitable than its Peers

(in millions)

Nortel is competing against companies who have materially greater scale and more focused product lines

- Nortel on a percentage of revenue basis spends significantly more on R&D than its peers and yet is significantly less profitable as measured by EBITDA margin
  - Financial flexibility and liquidity are important to make the investments and undertake operational restructuring necessary to become more competitive

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

NORTEL NETWORKS

## Nortel has the Weakest Comparative Capital Structure
($ in millions)

Nortel has the most leveraged capital structure among all of its peers. Nortel's cash balance has been the principal support for its rating by S&P and Moody's

"Given the stresses Standard & Poor's Rating Services continues to see in the telecom industry and highly variable cash flows, maintenance of ample adequate liquidity continues to be a critical rating factor" – *Standard & Poor's, November 2005*

" The SGL-3 speculative grade liquidity rating reflect the company's substantial current cash balances, expectations for negative free cash flow in 2005, limited sources of committed external liquidity, significant near term debt maturities and limited potential asset sales" – *Moody's, July 2005*

### Comparable Company Debt and Capitalization Analysis

| Company | Senior Unsecured Credit Rating | | | | Total Debt (1) | Unfunded Pension/OPEB Obligations (2) | Cash | Net Debt | Total Debt / | | LTM EBITDA / Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S&P | | Moody's | | | | | | TEV | LTM EBITDA | |
| | Rating | Outlook | Rating | Outlook | | | | | | | |
| Alcatel | BB | Stable | Ba1 | Positive | $4,513 | $117 | $4,889 | ($376) | 21.2% | 2.3x | 7.5x |
| Lucent | B | Positive | B1 | Positive | 5,424 | 4,857 | 4,033 | 504 | 40.0% | 2.9 | 5.5 |
| Median | | | | | | | | | 30.5% | 2.6x | 6.5x |
| Cisco | NR | NA | | | $9 | NA | $13,492 | ($13,490) | NM | NM | NM |
| Ericsson | BBB- | Stable | Baa3 | Positive | 3,482 | $1,317 | 8,985 | (5,503) | 3.3% | 0.8x | 13.5x |
| Motorola | BBB+ | Stable | Baa2 | Stable | 4,319 | 1,874 | 12,731 | (8,412) | 8.0% | 0.9 | 14.2 |
| Nokia | A | Negative | A1 | Stable | 424 | 65 | 13,214 | (12,790) | 0.6% | 0.1 | NM |
| Median | | | | | | | | | 3.3% | 0.8x | 13.9x |
| Avaya | BB | Stable | B2 | Positive | 150 | 1,434 | $758 | ($720) | 0.7% | 0.1x | 31.2x |
| Siemens | AA- | Stable | Aa3 | Stable | 14,944 | 4,206 | 11,000 | 3,834 | 13.9% | 1.9 | 14.8 |
| Median for All Peers | | | | | | | | | 8.6% | 0.9x | 13.9x |
| Nortel Wall Street/External | B- | Stable | B3 | Negative | $3,983 | $2,848 | $3,070 | $813 | 25.2% | 6.1x | 3.0x |

Source: Company SEC filings and Wall Street research
(1) Excludes preferred stock.
(2) Unfunded Pension/OPEB obligations excluded from Net Debt and Total Debt figures, but displayed here to reveal size of unfunded obligations.

7 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

# ....and its Liquidity is Well Below its Peers

($ in millions)

An analysis of relative liquidity indicates that Nortel's current liquidity is substantially lower than its peers, even accounting for its smaller size

- Applying the median of the Liquidity/LTM Revenue and Days Liquidity statistics of Nortel's peers shown below suggests Nortel should have in excess of $4 billion in available liquidity
  - This is significantly higher than Nortel's expected year-end liquidity of $2.8 billion

| | Company | S&P Sen. Unsec. Rating | LTM Revenue | Cash [2] | Revolver Availability [3] | Total Liquidity [3] | LTM Cash COGS and SG&A [4] | Liquidity/ LTM Revenue | Days Sales [5] | Days Payable [6] | Inventory Turnover [7] | Days Liquidity [8] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Siemens | AA- | $94,665 | $11,998 | $5,528 | $17,437 | $74,833 | 19.2% | 83 | 69 | 4.2x | 83 |
| | Nokia | A | 49,635 | 13,314 | N.A. | 13,314 | 39,067 | 33.0% | 81 | 61 | 13.4 | 186 |
| | Motorola | BBB+ | 35,276 | 12,731 | 9,784 | 13,315 | 31,244 | 44.8% | 54 | 55 | 10.2 | 208 |
| | Ericsson | BBB- | 33,531 | 8,945 | 1,000 | 9,945 | 31,477 | 53.9% | 104 | 55 | 4.0 | 315 |
| | | | | | | Mean | | 37.5% | 74 | 60 | 7.7x | 194 |
| | | | | | | Median | | 38.9% | 71 | 58 | 7.3 | 197 |
| | Alcatel | BB | $19,439 | $4,489 | $1,302 | $6,000 | $18,703 | 30.4% | 116 | 135 | 4.8x | 116 |
| | Avaya | NR | 4,902 | 756 | 193 | 945 | 3,916 | 19.3% | 84 | 56 | 9.0 | 93 |
| | Lucent | B | 9,441 | 4,930 | N.A. | 4,930 | 4,372 | 52.2% | 54 | 55 | 7.3 | 292 |
| | | | | | | Mean | | 37.0% | 78 | 82 | 7.2x | 187 |
| | | | | | | Median | | 30.4% | 84 | 56 | 7.3 | 190 |
| | | | | ALL COMPS SUMMARY | | | | | | | | |
| | | | | | | Mean | | 37.5% | 82 | 78 | 7.4x | 191 |
| | | | | | | Median | | 30.4% | 84 | 56 | 7.3 | 190 |
| | | | | | | Average | | 37.6% | 83 | 59 | 7.4 | 147 |
| | Nortel | B- | $10,681 | $3,570 | NA | $3,570 | $9,312 | 29.5% | 92 | 58 | 3.6x | 136 |

Source: Company SEC filings and Wall Street research
(1) Includes marketable securities.
(2) Includes total available lines on revolver and other credit facilities. Source: Company filings, Wall Street research, Ratings Agency research.
(3) Liquidity is defined as the sum of cash and available lines of credit.
(4) Excludes Depreciation and Amortization.
(5) Days Sales = 365/(Sales/Accounts Receivable).
(6) Days Payable = 365/(COGS/Accounts Payable).
(7) Inventory Turnover = COGS/Inventory.
(8) Days Liquidity = (Cash + Availability)/(LTM COGS+SG&A)/365)
(9) Excludes high and low observations.

| Mean Nortel Implied Liqidity | |
|---|---|
| Nortel LTM Revenue x 39.4% | $4,266 |
| Nortel LTM (COGS + SGA) x 116/365 | 4,203 |

8 LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

**NORTEL NETWORKS**

PERSPECTIVES ON AFFORDABILITY

## Limited Empirical Evidence that a Settlement is Reflected in the Market

($ in millions)

There is no compelling evidence to suggest the market has factored the cost of a settlement into Nortel's share price. Only 2 out of 16 analysts actually consider the litigation in their valuation. Providing a significant amount of cash and equity as part of a settlement will likely surprise the market and credit agencies

- Nortel trades at a premium to its closest competitor Lucent and to the median of its peers

  "Nortel trades at a considerable premium to Lucent, despite Nortel's continuing cash burn, inferior technology position, more precarious balance sheet and exposure to likely $1 billion + lawsuit settlements" – *Bernstein, November 3, 2005*

### ANALYST TARGETS

| Firm | Date | EPS Target 2005E | EPS Target 2006E | Price Target | Premium/Discount[1] | Mentions Litigation Risk | Litigation Impacts Valuation |
|---|---|---|---|---|---|---|---|
| A.G. Edwards & Sons | 12/1/2005 | $0.06 | $0.17 | None | NA | Yes | NA |
| Orion Securities | 11/30/2005 | 0.12 | 0.12 | $4.50 | 40.6% | No | No |
| RBC Capital Markets | 11/28/2005 | (0.01) | 0.20 | 4.00 | 25.0% | Yes | No |
| National Bank Financial | 11/14/2005 | 0.06 | 0.18 | 4.50 | 40.6% | No | No |
| Baird | 11/7/2005 | 0.05 | 0.15 | 4.00 | 25.0% | Yes | No |
| Morgan Stanley | 11/4/2005 | 0.06 | 0.22 | 5.06 | 58.3% | No | No |
| Prudential Equity Group | 11/3/2005 | 0.09 | 0.24 | 4.00 | 25.0% | Yes | No |
| Jefferies & Company | 11/3/2005 | 0.09 | 0.13 | 2.60 | (18.8%) | Yes | Yes |
| Burlington Research | 11/3/2005 | 0.08 | 0.19 | None | NA | No | NA |
| Bernstein Research | 11/3/2005 | 0.04 | 0.14 | 2.50 | (21.9%) | Yes | Yes |
| Pacific Crest Securities | 11/23/2005 | 0.07 | 0.19 | None | NA | No | NA |
| CIBC World Markets | 11/2/2005 | 0.08 | 0.24 | None | NA | No | NA |
| Citigroup | 11/2/2005 | 0.06 | 0.22 | 4.00 | 25.0% | Yes | No |
| Morris & Cabot | 11/2/2005 | 0.07 | 0.25 | 3.50 | 9.4% | Yes | No |
| Bear Stearns | 11/2/2005 | 0.07 | 0.16 | None | NA | No | NA |
| Deutsche Bank | 11/2/2005 | 0.03 | 0.12 | 3.00 | (6.3%) | No | NA |
| **Median** | | **$0.07** | **$0.18** | **$4.00** | **25.0%** | | |

### COMPARABLE COMPANY VALUATION

| Company | TEV/Revenue LTM | TEV/Revenue '06E | P/E '05E | P/E '06E | '05-'06 Revenue Growth |
|---|---|---|---|---|---|
| Alcatel | 1.38x | 1.35x | 17.4x | 15.3x | 8.0% |
| Lucent | 1.42 | 1.39 | 14.0 | 13.9 | 6.5% |
| **Median** | **1.40x** | **1.37x** | **16.7x** | **15.9x** | **7.3%** |
| | | | | | |
| Cisco | 3.94x | 3.87x | 18.1x | 16.0x | 9.0% |
| Ericsson | 3.52 | 3.46 | 17.9 | 16.7 | 17.8% |
| Motorola | 1.42 | 1.35 | 20.1 | 17.4 | 6.8% |
| Nokia | 1.77 | 1.74 | 19.2 | 17.5 | 7.2% |
| **Median** | **2.64x** | **2.60x** | **18.6x** | **17.1x** | **8.1%** |
| | | | | | |
| Avaya | 0.89x | 0.87x | 17.3x | 16.3x | 7.6% |
| Siemens | 1.07 | 1.04 | 24.0 | 16.0 | 9.3% |
| **Median** | **0.98x** | **0.95x** | **20.9x** | **16.2x** | **8.6%** |
| | | | | | |
| **Median for All Peers** | **1.42x** | **1.37x** | **18.0x** | **16.2x** | **7.5%** |
| | | | | | |
| **Nortel - External/Wall Street** | **1.44x** | **1.39x** | **45.7x** | **18.0x** | **8.2%** |

(1)   Reflects premium/(discount) to Nortel's current price of $3.20 as of 12/19/05.

9 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

NORTEL
NETWORKS                                                            PERSPECTIVES ON AFFORDABILITY

## Rating Agencies Confirm Nortel's Analysis

Both S&P and Moody's confirm Nortel's assessment that it has the weakest credit profile amongst its peers
and a reduction in its liquidity to settle litigation would be viewed negatively

- S&P recently completed (November 17, 2005 report) a peer comparison of Nortel's closest rated
  competitors and Nortel ranked the lowest on all four dimensions

    "Nortel's liquidity is the weakest of the three, given a cash balance of only $3 billion, debt
    maturities of $1.46 billion in 2006 and negative free operating cash flow"

| SUMMARY OF RANKINGS | | | | | |
|---|---|---|---|---|---|
| Company | Corporate Credit Rating | Credit Ranking | Business Profile Ranking [1] | Financial Profile Ranking [2] | Financial Policy/Accounting/ Governance Ranking |
| Alcatel | BB/Stable/B | 1 | 1 | 1 | 1 |
| Lucent | B/Positive/B-1 | 2 | 2 | 2 | 2 |
| Nortel | B-/Stable/B-2 | 3 | 3 | 3 | 3 |

(1)  1 represent the least business risk; 3 represents the most business risk.
(2)  1 represents the strongest financial profile; 3 represents the weakest comparative financial profile.

- Currently on Negative outlook with Moody's. Assessment in July 2005 of what could drive ratings down
  highlights the risk in a settlement

    "the ratings could face further downward pressure to the extent (i) Nortel experiences slower recovery of
    revenue growth and profitability than expected.....(ii) Nortel materially reduces its financial flexibility,
    particularly through acquisitions or from judgments or settlements against the company from outstanding
    litigation or penalties resulting from federal investigations"

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

A/C

TR21580

**NORTEL** NETWORKS

PERSPECTIVES ON AFFORDABILITY

## Refinancing is Directly Linked to Litigation Outcome

As a result of the uncertainty surrounding the outcome of settlement discussions, Nortel is facing significant challenges in refinancing its debt maturing in 2006

- Nortel is unable to access high yield market
  - Nortel has been ready to proceed with JP Morgan and Citibank as likely lead underwriters
  - Status of settlement discussions makes a public high yield offering not executable at this time
  - A settlement which reduces Nortel's cash and/or credit rating or no settlement may further limit Nortel's access to public markets
- Alternatives being pursued include a bridge or interim facilities and a private offering with alternative lenders
  - Materially less attractive terms relative to both pricing, structure, and maturity
  - Some amount of financing will be secured with balance either unsecured or more likely repaid using cash
    - Nortel can secure up to approximately $650 million without having to secure other indebtedness
  - Discussions over alternatives have highlighted the importance of cash from a credit perspective (minimum cash covenants as a condition)
- Bridge or interim financing outcome will not be well received by rating agencies, equity analysts or customers

11|LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL

NORTEL
NETWORKS                                                    PERSPECTIVES ON AFFORDABILITY

## Recent Cash Issue: UK Pensions and Regulatory Environment

A new body "Pensions Regulator" replaced OPRA (Occupational Regulatory Authority) and was given broader powers

- Pensions Regulator has adopted a risk based approach with stated objective of preventing problems from developing. Any significant change to the financial standing of Nortel's UK subsidiary ( including a return of capital) and potential similar changes outside the UK could lead the regulator to issue:

  - Contribution Notices

  - Financial Support Directions

- Effectively imposes limitations on the use of cash at Nortel's UK subsidiary

- In addition, new UK Pensions Act requires negotiation of a long-term Funding agreement to replace current agreement signed on June 14, 2005

  - Currently negotiating a Long-term Agreement which could double annual contributions (current agreement requires annual contributions of at least $85m).

- New Pension Protection Fund levies could add significant additional risk-based premium requirements

12 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL



**NORTEL**
NETWORKS

## Conclusion: Nortel Cannot Afford a Material Amount of Cash in a Settlement

An objective assessment of Nortel's current credit profile and competitive position indicates that Nortel cannot afford a material amount of cash to be used in a settlement given the issues facing the Company today

| | COMMENT |
|---|---|
|  SIGNIFICANT BUSINESS RISK | ▪ Sub par scale combined with broad product mix requiring significant R&D spend has resulted in lagging profitability<br>▪ Significant customer concentration adds to business risk and potential for volatility<br>▪ Reliance on declining cash cow businesses; need to reinvest in growth opportunities |
|  WEAK CREDIT PROFILE | ▪ Weakest credit statistics and credit rating of any of its peers<br>▪ No access to working capital lines; cash is the foundation of Nortel's current ratings<br>▪ One downgrade away from CCC rating which would severely impact Nortel's ability to compete |
| RESTRICTED ACCESS TO CAPITAL MARKETS | ▪ Nortel unable to access high yield market given uncertainty around settlement<br>▪ Nortel may have to pursue a secured bridge financing and utilize cash to address 2006 maturities |
| NEGATIVE CUSTOMER REACTION | ▪ Customers are concerned about Nortel's financial condition and ability to invest in and service contracts over extended periods<br>▪ Their concerns are affecting Nortel's business today and need to be alleviated not exacerbated as a result of a settlement |
| INCREASED CASH DEMANDS ON BUSINESS | ▪ Increase pension funding obligations around the world<br>▪ Restructuring initiatives to reduce headcount and better focus R&D create significant one-time cash outlays<br>▪ Nortel needs to be opportunistic in pursuing investments in growing markets |

A settlement that further widens the gap between Nortel and its competitors and reduces Nortel's ability to take the necessary steps to improve its performance will only serve to reduce the value of the shares in Nortel that the Plaintiff's hold today and may receive in a settlement

14 | LAZARD

ATTORNEY-CLIENT PRIVILEGED
PRELIMINARY AND CONFIDENTIAL
PREPARED AT THE REQUEST OF COUNSEL