


TR45491

NNC-NNL11428747

Non-printable excel spreadsheet