


TR45492

NNC-NNL11428748

Non-printable excel spreadsheet