


TR45493

NNC-NNL11428749

Non-printable excel spreadsheet