

16

TR45494

NNC-NNL11428750

Non-printable excel spreadsheet

Commercial List Court File No: 09-CL-7950

IN THE MATTER OF
THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C 36,
AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## - COMMERCIAL LIST

Proceeding commenced at Toronto

## AFFIDAVIT OF
## MICHAEL W. MCCORKLE

**GOODMANS LLP**
Barristers & Solicitors
333 Bay Street, Suite 3400, Toronto, Ontario
M5H 2S7

Benjamin Zarnett LSUC#17247M –
bzarnett@goodmans.ca
Jay Carfagnini LSCU#22293T –
jcarfagnini@goodmans.ca
Jessica Kimmel LSUC#32312W –
jkimmel@goodmans.ca
Joseph Pasquariello LSUC# 38390C –
jpasquariello@goodmans.ca
Peter Ruby LSUC# 38239P –
pruby@goodmans.ca

Tel: 416.979.2211 / Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

**GOWLING LAFLEUR HENDERSON LLP**
Barristers & Solicitors
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, ON  M5X 1G5

Derrick Tay LSUC#: 21152A –
derrick.tay@gowlings.com
Jennifer Stam LSUC#: 46735J –
jennifer.stam@gowlings.com

Tel:   416.862.5697 / Fax:   416.862.7661

Lawyers for the Applicants