## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

#### (j) Provision for doubtful accounts

The provision for doubtful accounts for trade, notes and long-term receivables due from customers is established based on an assessment of a customer's credit quality, as well as subjective factors and trends, including the aging of receivable balances. Generally, these credit assessments occur prior to the inception of the credit exposure and at regular reviews during the life of the exposure.

Customer financing receivables are receivables from customers with deferred payment terms. Customer financing receivables are considered impaired when they are classified as non-performing, payment arrears exceed 90 days or a major credit event such as a material default has occurred, and management determines that collection of amounts due according to the contractual terms is doubtful. Provisions for impaired customer financing receivables are recorded based on the expected recovery of defaulted customer obligations, being the present value of expected cash flows, or the realizable value of the collateral if recovery of the receivables is dependent upon a liquidation of the assets. Nortel recognizes recoveries on non-performing receivables once cash payment has been received. Interest income on impaired customer finance receivables is recognized as the cash payments are collected.

#### (k) Inventories

Inventories are valued at the lower of cost (calculated generally on a first-in, first-out basis) or market value. The cost of finished goods and work in process is comprised of material, labor and manufacturing overhead. Provisions for inventory are based on estimates of future customer demand for products, including general economic conditions, growth prospects within the customer's ultimate marketplaces and market acceptance of current and pending products. Full provisions are generally recorded for surplus inventory in excess of one year's forecast demand or inventory deemed obsolete. In addition, Nortel records a liability for inventory purchase commitments with contract manufacturers and suppliers for quantities in excess of its future demand forecasts in accordance with Nortel's excess and obsolete inventory policies.

Inventory includes certain direct and incremental deferred costs associated with arrangements where title and risk of loss were transferred to customers but revenue was deferred due to other revenue recognition criteria not being met.

#### (l) Receivables sales

Transfers of accounts receivable that meet the criteria for surrender of control under FASB Statement of Financial Accounting Standard ("SFAS") No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities", are accounted for as sales. Generally, Nortel retains servicing rights and, in some cases, provides limited recourse when it sells receivables. A gain or loss is recorded as an operating expense (recovery) within selling, general and administrative ("SG&A") at the date of the receivables sale. The gain or loss is based upon, in part, the previous carrying amount of the receivables involved in the transfer allocated between the assets sold and the retained interests, based on their relative fair values at the date of the transfer. Fair value is generally estimated based on the present value of the estimated future cash flows expected under management's assumptions, including discount rates assigned commensurate with risks.

#### (m) Investments

Investments in publicly traded equity securities of companies over which Nortel does not exert significant influence are classified as available for sale and carried at fair value, based on quoted market prices. Unrealized holding gains and losses related to these securities are excluded from net earnings (loss) and are included in OCI until such gains or losses are realized or an other-than-temporary impairment is determined to have occurred. Gains and losses are realized when the securities are sold.

Investments in equity securities of private companies over which Nortel does not exert significant influence are accounted for using the cost method. Investments in associated companies and joint ventures are accounted for using the equity method. An impairment loss is recorded when there has been a loss in value of the investment that is other-than-temporary.

Nortel monitors its investments for factors indicating other-than-temporary impairment and records a charge to net earnings (loss) when appropriate.

96

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

#### (n) Plant and equipment

Plant and equipment are stated at cost less accumulated depreciation. Depreciation is generally calculated on a straight-line basis over the expected useful lives of the plant and equipment. The expected useful life of a building is twenty to forty years, machinery and equipment including related capital leases is three to ten years, and capitalized software is three to ten years.

#### (o) Software development and business re-engineering costs

##### Software development costs

Costs to develop, acquire or modify software solely for Nortel's internal use are capitalized pursuant to SOP No. 98-1, "Accounting for Costs of Computer Software Developed or Obtained for Internal Use" ("SOP 98-1"). SOP 98-1 requires qualified internal and external costs related to such software incurred during the application development stage to be capitalized, and any preliminary project costs related to such software and post-implementation costs to be expensed as incurred.

##### Business re-engineering costs

Internal and external costs of business process re-engineering activities are expensed pursuant to EITF Issue No. 97-13, "Accounting for Costs Incurred in Connection with a Consulting Contract or an Internal Project that Combines Business Process Reengineering and Information Technology Transformation" ("EITF 97-13"). Information technology transformation projects typically involve implementation of enterprise software packages whereby entities must re-engineer their business processes to connect into the software, rather than modify the software to connect into their existing business processes. Software development costs relating to the information technology transformation are capitalized under SOP 98-1 as described above.

#### (p) Impairment or disposal of long-lived assets

##### Long-lived assets held and used

Nortel tests long-lived assets or asset groups held and used for recoverability when events or changes in circumstances indicate that their carrying amount may not be recoverable. Circumstances which could trigger a review include, but are not limited to: significant decreases in the market price of the asset or asset group; significant adverse changes in the business climate or legal factors; the accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of the asset; current period cash flow or operating losses combined with a history of losses or a forecast of continuing losses associated with the use of the asset; and a current expectation that the asset will more likely than not be sold or disposed of significantly before the end of its previously estimated useful life.

Recoverability is assessed based on the carrying amount of the asset or asset group and the sum of the undiscounted cash flows expected to result from the use and the eventual disposal of the asset or asset group. An impairment loss is recognized when the carrying amount is not recoverable and exceeds the fair value of the asset or asset group. The impairment loss is measured as the amount by which the carrying amount exceeds fair value.

##### Long-lived assets held for sale

Long-lived assets are classified as held for sale when certain criteria are met, which include: management's commitment to a plan to sell the assets; the assets are available for immediate sale in their present condition; an active program to locate buyers and other actions to sell the assets have been initiated; the sale of the assets is probable and their transfer is expected to qualify for recognition as a completed sale within one year; the assets are being actively marketed at reasonable prices in relation to their fair value; and it is unlikely that significant changes will be made to the plan to sell the assets or that the plan will be withdrawn.

Nortel measures long-lived assets held for sale at the lower of carrying amount or fair value, less cost to sell. These assets are not depreciated.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 100

**NORTEL NETWORKS CORPORATION**

**Notes to Consolidated Financial Statements — (Continued)**

*Long-lived assets to be disposed of other than by sale*

Nortel classifies assets that will be disposed of other than by sale as held and used until the disposal transaction occurs. The assets continue to be depreciated based on revisions to their estimated useful lives until the date of disposal or abandonment.

Recoverability is assessed based on the carrying amount of the asset or asset group and the sum of the undiscounted cash flows expected to result from the remaining period of use and the eventual disposal of the asset or asset group. An impairment loss is recognized when the carrying amount is not recoverable and exceeds the fair value of the asset or asset group. The impairment loss is measured as the amount by which the carrying amount exceeds fair value.

Fair value for the purposes of measuring impairment or a planned disposal of long-lived assets is determined using quoted market prices or the anticipated cash flows discounted at a rate commensurate with the risk involved.

### (q) Goodwill

Goodwill represents the excess of the purchase price of an acquired business over the fair value of the identifiable assets acquired and liabilities assumed. Nortel tests for impairment of goodwill on an annual basis as of October 1, and at any other time if events occur or circumstances change that would indicate that it is more likely than not that the fair value of a reporting unit has been reduced below its carrying amount.

Circumstances that could trigger an impairment test include: a significant adverse change in the business climate or legal factors; an adverse action or assessment by a regulator; unanticipated competition; the loss of key personnel; a change in reportable segments; the likelihood that a reporting unit or significant portion of a reporting unit will be sold or otherwise disposed of; the results of testing for recoverability of a significant asset group within a reporting unit; and the recognition of a goodwill impairment loss in the financial statements of a subsidiary that is a component of a reporting unit.

The impairment test for goodwill is a two-step process. Step one consists of a comparison of the fair value of a reporting unit with its carrying amount, including the goodwill allocated to the reporting unit. Measurement of the fair value of a reporting unit is based on one or more fair value measures, including present value techniques of estimated future cash flows and estimated amounts at which the unit as a whole could be bought or sold in a current transaction between willing parties. Nortel also considers its market capitalization as of the date of the impairment test. If the carrying amount of the reporting unit exceeds its fair value, step two requires the fair value of the reporting unit to be allocated to the underlying assets and liabilities of that reporting unit, resulting in an implied fair value of goodwill. If the carrying amount of the reporting unit goodwill exceeds the implied fair value of that goodwill, an impairment loss equal to the excess is recorded in net earnings (loss).

### (r) Intangible assets

Intangible assets consist of acquired technology and other intangible assets. Acquired technology represents the value of the proprietary know-how that was technologically feasible as of the acquisition date. Intangible assets are amortized to net earnings (loss) on a straight-line basis over their estimated useful lives, generally two to ten years, or based on the expected pattern of benefit to future periods using estimates of undiscounted cash flows.

### (s) Warranty costs

As part of the normal sale of product, Nortel provides its customers with product warranties that extend for periods generally ranging from one to six years from the date of sale. A liability for the expected cost of warranty-related claims is established when the product is delivered and completed. In estimating warranty liability, historical material replacement costs and the associated labor costs to correct the product defect are considered. Revisions are made when actual experience differs materially from historical experience. Warranty-related costs incurred before revenue is recognized are capitalized and recognized as an expense when the related revenue is recognized. Known product defects are specifically accrued for as Nortel becomes aware of such defects.

98

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

#### (t)  Pension, post-retirement and post-employment benefits

Pension expense, based on management's assumptions, consists of: actuarially computed costs of pension benefits in respect of the current year's service; imputed returns on plan assets and imputed interest on pension obligations; and straight-line amortization under the corridor approach of experience gains and losses, assumption changes and plan amendments over the expected average remaining service life of the employee group.

The expected costs of post-retirement and certain post-employment benefits, other than pensions, for active employees are accrued in the consolidated financial statements during the years employees provide service to Nortel. These costs are recorded based on actuarial methods and assumptions. Other post-employment benefits are recognized when the event triggering the obligation occurs.

The over-funded or under-funded status of defined benefit pension and post-retirement plans is recognized as an asset or liability, respectively, on the consolidated balance sheet.

#### (u)  Derivative financial instruments

Nortel records derivatives as assets and liabilities measured at fair value. The accounting for changes in the fair value depends on whether a derivative has been designated as a hedge under hedge accounting, and the type of hedging relationship designated. For a derivative designated as a fair value hedge, changes in the fair value of the derivative and of the hedged item attributable to the hedged risk are recognized in net earnings (loss) in the period in which the changes occur. For a derivative designated as a cash flow hedge, the effective portions of changes in the fair value of the derivative are recorded in OCI and are recognized in net earnings (loss) when the hedged item affects net earnings (loss). The ineffective portion of changes in the fair value of the derivative in a cash flow hedge are recognized in other income (expense) — net in the period in which the changes occur. If the derivative has not been designated as a hedging instrument for accounting purposes or if a designated hedging relationship is no longer highly effective, changes in the fair value of the derivative are recognized in net earnings (loss) in the period in which the changes occur.

When a fair value hedging relationship is terminated because the derivative is sold or the hedge relationship is de-designated, the fair value basis adjustment recorded on the hedged item is recognized in the same manner as the other components of the hedged item. For a cash flow hedge that is terminated because the derivative is sold, expired, or the relationship is de-designated, the amount in OCI is to be realized when the hedged item affects net earnings (loss). If a cash flow or fair value hedging relationship is terminated because the underlying hedged item is repaid or is sold, or it is no longer probable that the hedged forecasted transaction will occur, the accumulated balance in OCI or the fair value basis adjustment recorded on the hedged item is recorded immediately in net earnings (loss).

Nortel's policy is to formally document the terms of the relationships between derivative instruments and hedged items to which hedge accounting will be applied. This documentation includes Nortel's risk management objectives and strategy for undertaking various hedge transactions. Where hedge accounting will be applied, this process includes linking all derivatives to specific assets and liabilities on the consolidated balance sheet or to specific firm commitments or forecasted transactions. Nortel also formally assesses, both at the hedge's inception and on an ongoing basis, whether the derivatives that are used in designated hedging relationships are highly effective in offsetting changes in fair values or cash flows of hedged items.

Nortel may also invest in warrants to purchase securities of other companies as a strategic investment or receive warrants in various transactions. Warrants that relate to publicly traded companies or that can be net share settled are deemed to be derivative financial instruments. Such warrants, however, are generally not eligible to be designated as hedging instruments. In addition, Nortel may enter into certain commercial contracts containing embedded derivative financial instruments. Generally for these embedded derivatives, the economic characteristics and risks are not clearly and closely related to the economic characteristics and risks of the host contract, and therefore the embedded derivatives are separated from the host contract and the changes in fair value each period are recorded in net earnings (loss).

#### (v)  Share-based compensation

Nortel employees and directors have been issued share-based awards from a number of share-based compensation plans that are described in note 18.

99

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Effective January 1, 2006, Nortel adopted SFAS No. 123R, "Share-Based Payment" ("SFAS 123R"), which revises SFAS No. 123, "Accounting for Stock-Based Compensation" ("SFAS 123"). Nortel adopted SFAS 123R using the modified prospective transition approach and, accordingly, the results of prior periods have not been restated. Under the modified prospective transition approach, the provisions of SFAS 123R are generally applied only to share-based awards granted, modified, repurchased or cancelled on January 1, 2006 and thereafter. Nortel voluntarily adopted fair value accounting for share-based awards effective January 1, 2003 (under SFAS 123, as amended by SFAS No. 148, "Accounting for Stock-Based Compensation — Transition and Disclosure — an Amendment of SFAS 123"), using the prospective method. Under this method, Nortel measured the cost of share-based awards granted or modified on or after January 1, 2003 using the fair value of the award and began recognizing that cost in the consolidated statements of operations over the vesting period. Nortel will recognize the remaining previously unrecognized cost of these awards over the remaining service period following the provisions of SFAS 123R. Nortel recognizes compensation expense for stock options and Restricted Stock Units ("RSUs") over the requisite service period. The requisite service period for a stock option or RSU is equal to the vesting period of the awards, as they vest solely based on employee service. Performance Stock Units ("PSUs") have an employee service condition and a market condition, both of which are based on a three-year period. As such, the requisite service period for PSUs is also equal to its vesting period.

Nortel Networks Corporation common shares, deliverable upon the settlement or exercise of awards issued under Nortel's share-based compensation plans, may be new shares issued from treasury or shares purchased in privately negotiated transactions or in the open market.

The accounting for Nortel's significant share-based compensation plans under the fair value based method is as follows:

#### Stock options

The fair value at grant date of stock options is estimated using the Black-Scholes-Merton option-pricing model. Compensation expense is recognized on a straight-line basis over the stock option vesting period of the entire award based on the estimated number of stock options that are expected to vest. When exercised, stock options are settled through the issuance of shares and are therefore treated as equity awards.

#### RSUs

RSUs are settled with Nortel Networks Corporation common shares and are valued on the grant date using the grant date market price of the underlying shares. This valuation is not subsequently adjusted for changes in the market price of the shares prior to settlement of the award. Each RSU granted under the SIP (as defined in note 18) represents one Nortel Networks Corporation common share. Compensation expense is recognized on a straight-line basis over the vesting period of the entire award based on the estimated number of RSU awards that are expected to vest. RSUs awarded to executive officers beginning in 2005, and employees from January 1, 2007, prospectively vest in equal installments on the first three anniversary dates of the grant of the award. All RSUs currently granted have been classified as equity instruments as their terms require that they be settled in shares.

#### PSUs

PSUs are settled with Nortel Networks Corporation common shares and are valued using a Monte Carlo simulation model. The extent to which PSUs vest and settle at the end of a three year performance period will depend upon the level of achievement of certain market performance criteria based on the total shareholder return on the Nortel Networks Corporation common shares compared to the total shareholder return on the common shares of a comparative group of companies included in the Dow Jones Technology Titans Index (the "Technology Index"). The number of awards expected to be earned, based on achievement of the PSU market condition, is factored into the grant date Monte Carlo valuation of the PSU award. The grant date fair value is not subsequently adjusted regardless of the eventual number of awards that are earned based on the market condition. Compensation expense is recognized on a straight-line basis over the three-year vesting period. Compensation expense is reduced for estimated PSU awards that will not vest due to not meeting continued employment vesting conditions. All PSUs currently granted have been classified as equity instruments as their terms require that they be settled in shares.

100

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 103

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Stock appreciation rights ("SARs")*

Stand-alone SARs or SARs in tandem with options may be granted under the SIP (as defined in note 18). As of December 31, 2007, no tandem SARs have been granted under the SIP. SARs that are settled in cash are accounted for as liability awards and SARs that are settled in Nortel Networks Corporation common shares are accounted for as equity awards. Upon the exercise of a vested stand-alone SAR, a holder will be entitled to receive payment, in cash, Nortel Networks Corporation common shares or any combination thereof of an amount equal to the excess of the market value of a Nortel Networks Corporation common share on the date of exercise over the subscription or base price under the SAR. Stand-alone SARs awarded under the SIP generally vest in equal installments on the first four anniversary dates of the grant date of the award. All SARs currently granted will be settled in cash at the time of vesting and as such have been classified as liability awards based on this cash settlement provision. The fair value of outstanding SARs is remeasured each period through the date of settlement. Compensation expense is amortized over the requisite service period (generally the vesting period) of the award based on the proportionate amount of the requisite service that has been rendered to date.

*Employee stock purchase plans ("ESPPs")*

Nortel has stock purchase plans for eligible employees to facilitate the acquisition of Nortel Networks Corporation common shares at a discount. The discount is such that the plans are considered compensatory under the fair value based method. Nortel's contribution to the ESPPs is recorded as compensation expense on a quarterly basis as the obligation to contribute is incurred.

*Pro forma disclosure required due to a change in accounting policy*

Had Nortel applied the fair value based method to all share-based awards in all periods, reported net earnings (loss) and earnings (loss) per common share would have been adjusted to the pro forma amounts indicated below for the following year ended December 31:

|  | 2005 |
|---|---|
| Net loss — reported ............................................................ | $(2,610) |
| Share-based compensation — reported .......................................... | 89 |
| Share-based compensation — pro forma[(i)] .................................... | (96) |
| Net loss — pro forma .......................................................... | $(2,617) |
| Basic loss per common share: |  |
| Reported ..................................................................... | $ (6.02) |
| Pro forma .................................................................... | $ (6.03) |
| Diluted loss per common share: |  |
| Reported ..................................................................... | $ (6.02) |
| Pro forma .................................................................... | $ (6.03) |

(i) Share-based compensation — pro forma expense for the year ended December 31, 2005 was net of tax of nil.

*(w) Guarantees*

Nortel has entered into agreements which contain features that meet the definition of a guarantee under FIN 45, "Guarantor's Accounting and Disclosure Requirements for Guarantees, Including Indirect Guarantees of Indebtedness of Other" ("FIN 45"). These arrangements create two types of obligations for Nortel:

(i)  Nortel has a non-contingent and immediate obligation to stand ready to make payments if certain future triggering events occur. For certain guarantees, a liability must be recognized for the stand ready obligation at the inception of the guarantee; and

(ii)  Nortel has an obligation to make future payments if those certain future triggering events do occur. A liability must be recognized when it becomes probable that one or more future events will occur, triggering the requirement to make payments under the guarantee and when the payment can be reasonably estimated.

101

HIGHLY CONFIDENTIAL    NNC-NNL06005571 / 104

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Nortel's requirement to make payments (either in cash, financial instruments, other assets, Nortel Networks Corporation common shares or through the provision of services) to a third party will be triggered as a result of changes in an underlying economic characteristic (such as interest rates or market value) that is related to an asset, a liability or an equity security of the guaranteed party or a third party's failure to perform under a specified agreement.

### *(x)   Recent accounting pronouncements*

(i)     In February 2007, the FASB issued SFAS No. 159, "The Fair Value Option for Financial Assets and Financial Liabilities — Including an amendment of FASB Statement No. 115" ("SFAS 159"). SFAS 159 allows the irrevocable election of fair value as the initial and subsequent measurement attribute for certain financial assets and liabilities and other items on an instrument-by-instrument basis. Changes in fair value would be reflected in earnings as they occur. The objective of SFAS 159 is to improve financial reporting by providing entities with the opportunity to mitigate volatility in reported earnings caused by measuring related assets and liabilities differently without having to apply complex hedge accounting provisions. For Nortel, SFAS 159 is effective as of January 1, 2008. Nortel has elected not to apply the fair value option for any of its eligible financial instruments and other items.

(ii)    In June 2007, the EITF reached a consensus on EITF Issue No. 06-11, "Accounting for Income Tax Benefits on Dividends on Share-Based Payment Awards" ("EITF 06-11"). EITF 06-11 provides accounting guidance on how to recognize the realized tax benefits associated with the payment of dividends under a share-based payment arrangement. EITF 06-11 requires that the realized tax benefits associated with dividends on unvested share-based payments be charged to equity as an increase in additional paid-in capital and included in the pool of excess tax benefits available to absorb potential future tax deficiencies on share-based payment awards. Nortel will adopt the provisions of EITF 06-11 on January 1, 2008. The adoption of EITF 06-11 is not expected to have a material impact on Nortel's results of operations and financial condition.

(iii)   In June 2007, the EITF reached a consensus on EITF Issue No. 07-3, "Accounting for Advance Payments for Goods or Services to be Received for Use in Future Research and Development Activities" ("EITF 07-3"). EITF 07-3 provides clarification surrounding the accounting for non-refundable research and development advance payments, whereby such payments should be recorded as an asset when the advance payment is made and recognized as an expense when the research and development activities are performed. Nortel will adopt the provisions of EITF 07-3 on January 1, 2008. The implementation of EITF 07-3 is not expected to have a material impact on Nortel's results of operations and financial condition.

(iv)    In April 2007, the FASB issued FASB Staff Position ("FSP"), FIN 39-1, an amendment to paragraph 10 of FIN 39, "Offsetting of Amounts Related to Certain Contracts" ("FSP FIN 39-1"). FSP FIN 39-1 replaces the terms "conditional contract" and "exchange contracts" in FIN 39 with the term "derivative instruments" as defined in SFAS No. 133, "Accounting for Derivatives Instruments and Hedging Activities" ("SFAS 133"). FSP FIN 39-1 also amends FIN 39 to allow for the offsetting of fair value amounts recognized for the right to reclaim cash collateral (a receivable), or the obligation to return cash collateral (a payable) against fair value amounts recognized for derivative instruments executed with the same counterparty under the same master netting arrangement. Nortel will adopt the provisions of FSP FIN 39-1 on January 1, 2008. The implementation of FSP FIN 39-1 is not expected to have a material impact on Nortel's results of operations and financial condition.

(v)     In September 2006, the FASB issued SFAS No. 157, "Fair Value Measurements" ("SFAS 157"). SFAS 157 establishes a single definition of fair value and a framework for measuring fair value in U.S. GAAP and requires expanded disclosures about fair value measurements. SFAS 157 is effective for financial statements issued for fiscal years beginning after November 15, 2007. Nortel plans to partially adopt the provisions of SFAS 157 on January 1, 2008. The effective date for SFAS 157 as it relates to fair value measurements for non-financial assets and liabilities that are not measured at fair value on a recurring basis has been deferred to fiscal years beginning after December 15, 2008. Nortel plans to adopt the deferred portion of SFAS 157 on January 1, 2009. Nortel does not currently expect the adoption of SFAS 157 to have a material impact on its results of operations and financial conditions, but will continue to assess the evolving guidance.

(vi)    In September 2007, the EITF reached a consensus on EITF Issue No. 07-1, "Collaborative Arrangements" ("EITF 07-1"). EITF 07-1 addresses the accounting for arrangements in which two companies work together to

102

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

achieve a common commercial objective, without forming a separate legal entity. The nature and purpose of a company's collaborative arrangements are required to be disclosed, along with the accounting policies applied and the classification and amounts for significant financial activities related to the arrangements. Nortel will adopt the provisions of EITF 07-1 on January 1, 2009. The adoption of EITF 07-1 is not expected to have a material impact on Nortel's results of operations and financial condition.

(vii)  In December 2007, the FASB issued SFAS 141R, "Business Combinations" ("SFAS 141R"), replacing SFAS 141, "Business Combinations". SFAS 141R revises existing accounting guidance for how an acquirer recognizes and measures in its financial statements the identifiable assets, liabilities, any noncontrolling interests, and the goodwill acquired. SFAS 141R is effective for fiscal years beginning after December 15, 2008. Nortel plans to adopt the provisions of SFAS 141R on January 1, 2009. The adoption of SFAS 141R will impact the accounting for business combinations completed by Nortel on or after January 1, 2009.

(viii)  In December 2007, the FASB issued SFAS 160, "Noncontrolling Interests in Consolidated Financial Statements — An Amendment of ARB 51" ("SFAS 160"). SFAS 160 establishes accounting and reporting standards for the treatment of noncontrolling interests in a subsidiary. Noncontrolling interests in a subsidiary should be reported as a component of equity in the consolidated financial statements and any retained noncontrolling equity investment upon deconsolidation of a subsidiary is initially measured at fair value. SFAS 160 is effective for fiscal years beginning after December 15, 2008. Nortel plans to adopt the provisions of SFAS 160 on January 1, 2009. The adoption of SFAS 160 will result in the reclassification of minority interests to shareholders' equity. Nortel is currently assessing any further impacts on its results of operations and financial condition.

## 3.  Accounting changes

### (a)  Accounting for Certain Hybrid Financial Instruments

In February 2006, the FASB issued SFAS No. 155, "Accounting for Certain Hybrid Financial Instruments — an amendment to FASB Statements No. 133 and 140" ("SFAS 155"). SFAS 155 simplifies the accounting for certain hybrid financial instruments containing embedded derivatives. SFAS 155 allows fair value measurement, at the option of the entity, for any hybrid financial instrument that contains an embedded derivative that otherwise would require bifurcation under SFAS 133. In addition, it amends SFAS No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities", to eliminate certain restrictions on passive derivative financial instruments that a qualifying special-purpose entity can hold. SFAS 155 is effective for all financial instruments acquired, issued or subject to a re-measurement event occurring after the beginning of an entity's first fiscal year that begins after September 15, 2006. Pursuant to SFAS 155, Nortel has not elected to measure its hybrid instruments at fair value.

### (b)  Accounting for Servicing of Financial Assets

In March 2006, the FASB issued SFAS No. 156, "Accounting for Servicing of Financial Assets — an amendment of FASB Statement No. 140" ("SFAS 156"). SFAS 156 simplifies the accounting for assets and liabilities arising from loan servicing contracts. SFAS 156 requires that servicing rights be valued initially at fair value and subsequently either (i) accounted for at fair value or (ii) amortized over the period of estimated net servicing income (loss), with an assessment for impairment or increased obligation each reporting period. Nortel adopted SFAS 156 on January 1, 2007. The adoption of SFAS 156 has not had a material impact on Nortel's results of operations and financial condition.

### (c)  Accounting for Uncertainty in Income Taxes

In June 2006, the FASB issued FIN 48, clarifying the accounting for uncertainty in income taxes recognized in an entity's financial statements in accordance with SFAS No. 109, "Accounting for Income Taxes" ("SFAS 109"). The interpretation prescribes a recognition threshold and measurement attribute for the financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return. FIN 48 also provides accounting guidance on de-recognition, classification, interest and penalties, accounting in interim periods, disclosure and transition. The evaluation of tax positions under FIN 48 is a two-step process, whereby (1) Nortel determines whether it is more likely than not that the tax positions will be sustained based on the technical merits of the position and (2) for those tax positions that meet the more-likely-than-not recognition threshold, Nortel would recognize the largest amount of tax benefit that has a greater

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 106

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

than 50% likelihood of being realized upon ultimate settlement with the related tax authority. The adoption of FIN 48 resulted in an increase of $1 to opening accumulated deficit as at January 1, 2007. For additional information, see note 7.

On May 2, 2007, the FASB issued FSP FIN 48-1, "Definition of Settlement in FASB Interpretation 48" ("FSP FIN 48-1"). FSP FIN 48-1 amends FIN 48 to provide guidance on how an enterprise should determine whether a tax position is effectively settled for the purpose of recognizing previously unrecognized tax benefits. Nortel applied the provisions of FSP FIN 48-1 effective January 1, 2007. The adoption of FSP FIN 48-1 has not had a material impact on Nortel's results of operations and financial condition.

#### (d)  Accounting for Sabbatical Leave and Other Similar Benefits

In June 2006, the EITF reached a consensus on EITF Issue No. 06-2, "Accounting for Sabbatical Leave and Other Similar Benefits Pursuant to FASB Statement No. 43, Accounting for Compensated Absences" ("EITF 06-2"). EITF 06-2 provides clarification surrounding the accounting for benefits in the form of compensated absences, whereby an employee is entitled to paid time off after working for a specified period of time. EITF 06-2 is effective for fiscal years beginning after December 15, 2006. The adoption of EITF 06-2 has not had a material impact on Nortel's results of operations and financial condition.

#### (e)  How Taxes Collected from Customers and Remitted to Governmental Authorities Should Be Presented in the Income Statement

In June 2006, the EITF reached a consensus on EITF Issue No. 06-3, "How Taxes Collected from Customers and Remitted to Governmental Authorities Should Be Presented in the Income Statement (That Is, Gross Versus Net Presentation)" ("EITF 06-3"). EITF 06-3 provides guidance on how taxes directly imposed on revenue-producing transactions between a seller and customer that are remitted to governmental authorities should be presented in the income statement (i.e. gross versus net presentation). Nortel elected to follow its existing policy of net presentation allowed by EITF 06-3 and, therefore, its adoption of EITF 06-3 has not had any impact on Nortel's results of operations and financial condition.

#### (f)  Share-Based Payment

On January 1, 2006, Nortel adopted SFAS 123R. Nortel previously elected to account for employee share-based compensation using the fair value method prospectively for all awards granted or modified on or after January 1, 2003, in accordance with SFAS No. 148, "Accounting for Share-based Compensation — Transition and Disclosure". SAB No. 107, "Share-Based Payment" ("SAB 107"), was issued by the SEC in March 2005 and provides supplemental SFAS 123R application guidance based on the views of the SEC. As a result of the adoption of SFAS 123R in the first quarter of 2006, Nortel recorded a gain of $9 or $0.02 per common share on a basic and diluted basis as a cumulative effect of an accounting change. There were no other material impacts on Nortel's results of operations and financial condition as a result of the adoption of SFAS 123R. For additional disclosure related to SFAS 123R, see note 18.

#### (g)  Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans — an Amendment of FASB Statements No. 87, 88, 106, and 132(R)

In September 2006, the FASB issued SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans — an Amendment of FASB Statements No. 87, 88, 106, and 132(R)" ("SFAS 158"). SFAS 158 requires an employer to recognize the overfunded or underfunded status of a defined benefit pension and post-retirement plan (other than a multiemployer plan) as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which the changes occur through comprehensive income. Based on the funded status of Nortel's pension and post-retirement benefit plans as of the measurement date of September 30, the adoption of SFAS 158 has had the effect of increasing Nortel's net liabilities for pension and post-retirement benefits and decreasing shareholders' equity by approximately $142, net of taxes, as of December 31, 2006.

Nortel uses a measurement date of September 30 to measure plan assets and benefit obligations annually for the pension plans and other post-retirement benefit plans that make up the majority of plan assets and obligations.

HIGHLY CONFIDENTIAL          NNC-NNL06005571 / 107

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

SFAS 158 also requires an employer to measure the funded status of a plan as of the date of its year end statement of financial position, with limited exceptions. SFAS 158 provides two approaches for an employer to transition to a fiscal year end measurement date, both of which apply to Nortel for its fiscal year ending December 31, 2008. Under the first approach, an employer remeasures plan assets and benefit obligations as of the beginning of the fiscal year that the measurement date provisions are applied. Under the second approach, an employer continues to use the measurements determined for the prior fiscal year end reporting to estimate the effects of the change. Net periodic benefit cost for the period between the earlier measurement date and the end of the fiscal year that the measurement date provisions are applied, exclusive of any curtailment or settlement gain or loss, shall be allocated proportionately between amounts to be recognized as an adjustment of retained earnings and net periodic benefit cost for the fiscal year that the measurement date provisions are applied. Nortel has elected to adopt the second approach to transition to a fiscal year end measurement date for its fiscal year ending December 31, 2008 and is currently assessing the impact on its results of operations and financial condition.

For additional information on Nortel's pension and post-retirement plans, see note 8.

### 4. Consolidated financial statement details

The following tables provide details of selected items presented in the consolidated statements of operations and cash flows for each of the three years ended December 31, 2007, 2006 and 2005, and the consolidated balance sheets as of December 31, 2007 and 2006.

#### *Consolidated statements of operations*

##### *Cost of revenues:*

In August 2004, Nortel entered into a contract with Bharat Sanchar Nigam Limited to establish a wireless network in India. Nortel's commitments for orders received as of December 31, 2007, 2006 and 2005 under this contract have resulted in estimated project losses in each of these years of approximately $39, $13 and $148, respectively, which were recorded as a charge to cost of revenues and accrued within contractual liabilities in the years ended December 31, 2007, 2006 and 2005.

##### *Selling, general and administrative expense:*

SG&A expense includes bad debt (expense) recoveries of ($2), ($5) and $10 in the years ended December 31, 2007, 2006 and 2005, respectively.

##### *Research and development expense:*

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| R&D expense | $1,723 | $1,939 | $1,874 |
| R&D costs incurred on behalf of others[a] | 7 | 16 | 28 |
| Total | $1,730 | $1,955 | $1,902 |

(a) These costs included R&D costs charged to customers of Nortel pursuant to contracts that provided for full recovery of the estimated costs of development, material, engineering, installation and other applicable costs, which were accounted for as contract costs.

##### *Shareholder litigation settlement expense (recovery):*

Nortel recorded a recovery of $54 and $219 for the years ended December 31, 2007 and 2006, respectively, and an expense of $2,474 for the year ended December 31, 2005, related to an agreement to settle certain shareholder class action litigation. For additional information see note 20.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 108

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Other operating income — net:*

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Royalty license income — net | $(31) | $(21) | $(13) |
| Litigation charges (recovery) | (2) | 9 | (10) |
| Other — net | (2) | (1) | — |
| Other operating income — net[a] | $(35) | $(13) | $(23) |

(a) Includes items that were previously reported as non-operating and have been reclassified from "Other income — net" to conform to current presentation.

*Other income — net:*

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Interest and dividend income | $221 | $140 | $115 |
| Gain (loss) on sales and write downs of investments | (5) | (6) | 67 |
| Currency exchange gains (losses) — net | 176 | (12) | 59 |
| Other — net | 33 | 77 | 31 |
| Other income — net | $425 | $199 | $272 |

Hedge ineffectiveness related to designated hedging relationships that were accounted for in accordance with SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities", had no material impact on the net loss for the year ended December 31, 2007 or 2006, and was reported within Other Income — net in the consolidated statements of operations.

### Consolidated balance sheets

*Cash and cash equivalents:*

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Cash on hand and balances with banks | $ 813 | $ 748 | $ 767 |
| Short-term investments | 2,719 | 2,744 | 2,184 |
| Cash and cash equivalents at end of year | $3,532 | $3,492 | $2,951 |

*Accounts receivable — net:*

|  | 2007 | 2006 |
|---|---|---|
| Trade receivables | $2,277 | $2,464 |
| Notes receivable | 12 | 7 |
| Contracts in process | 356 | 402 |
|  | 2,645 | 2,873 |
| Less: provisions for doubtful accounts | (62) | (88) |
| Accounts receivable — net | $2,583 | $2,785 |

106

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Inventories — net:*

|  | 2007 | 2006 |
|---|---|---|
| Raw materials | $ 610 | $ 725 |
| Work in process | 10 | 11 |
| Finished goods | 800 | 727 |
| Deferred costs | 1,698 | 1,952 |
|  | 3,118 | 3,415 |
| Less: provision for inventories | (907) | (1,007) |
| Inventories — net | 2,211 | 2,408 |
| Less: long-term deferred costs[a] | (209) | (419) |
| Current inventories — net | $2,002 | $ 1,989 |

(a) Long-term portion of deferred costs is included in other assets.

*Other current assets:*

|  | 2007 | 2006 |
|---|---|---|
| Prepaid expenses | $152 | $175 |
| Income taxes recoverable | 77 | 64 |
| Current investments | 15 | 51 |
| Other | 223 | 452 |
| Other current assets | $467 | $742 |

*Investments:*

Investments included balances of $101 and $97 as of December 31, 2007 and 2006, respectively, related to long-term investment assets held in an employee benefit trust in Canada, and restricted as to its use in operations by Nortel.

*Plant and equipment — net:*

|  | 2007 | 2006 |
|---|---|---|
| Cost: |  |  |
| Land | $ 38 | $ 35 |
| Buildings | 1,137 | 1,185 |
| Machinery and equipment | 2,176 | 2,048 |
| Assets under capital lease | 215 | 215 |
| Sale lease-back assets | 97 | 92 |
|  | 3,663 | 3,575 |
| Less accumulated depreciation: |  |  |
| Buildings | (395) | (444) |
| Machinery and equipment | (1,608) | (1,488) |
| Assets under capital lease | (107) | (96) |
| Sale lease-back assets | (21) | (17) |
|  | (2,131) | (2,045) |
| Plant and equipment — net[a] | $ 1,532 | $ 1,530 |

(a) There are no material assets held for sale as of December 31, 2007. As of December 31, 2006, assets were held for sale with a carrying value of $52, related to owned facilities that were being actively marketed for sale. These assets were written down in previous periods to their estimated fair values less estimated costs to sell. The write downs were included in special charges. Nortel disposed of all the assets held for sale in 2007, with such disposition having no material impact on net earnings (loss). The assets held for sale had gross and net book values of approximately $168 and $56, respectively, as of the date of their disposition.

107

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

*Goodwill:*

The following table outlines goodwill by reportable segment:

| | Enterprise Solutions | Carrier Networks | Metro Ethernet Networks | Global Services | Other | Total |
|---|---|---|---|---|---|---|
| Balance — as of December 31, 2005[a] | $484 | $165 | $664 | $1,102 | $171 | $2,586 |
| Change: | | | | | | |
| Additions[b] | 9 | — | 14 | 20 | — | 43 |
| Disposals[c] | (9) | (10) | (15) | (22) | — | (56) |
| Foreign exchange | 3 | 4 | 3 | 5 | — | 15 |
| Other[d] | (6) | (15) | (11) | (27) | — | (59) |
| Balance — as of December 31, 2006 | $481 | $144 | $655 | $1,078 | $171 | $2,529 |
| Change: | | | | | | |
| Additions[e] | 2 | 5 | 3 | 8 | — | 18 |
| Disposals | — | — | — | — | — | — |
| Foreign exchange | 1 | 3 | 2 | 6 | — | 12 |
| Balance — as of December 31, 2007 | $484 | $152 | $660 | $1,092 | $171 | $2,559 |

(a) Opening balances for Enterprise Solutions, Carrier Networks and Metro Ethernet Networks have been decreased by $28, $25 and $114, respectively, and the opening balance for Global Services has been increased by $167, to reflect the reclassification of Nortel's network implementation services to Global Services, as described in note 5.

(b) The addition of $43 relates to the goodwill acquired as a result of the acquisition of Tasman Networks Inc. ("Tasman Networks") in 2006. See note 9 for additional information.

(c) Includes a disposal of $42 related to the transfer of Nortel's Calgary manufacturing plant assets to Flextronics Telecom Systems Ltd. ("Flextronics") in 2006. See note 9 for additional information.

(d) Relates primarily to reclassifications in goodwill previously recorded as a result of the finalization of the purchase price allocation for Nortel Government Solutions Incorporated ("NGS"), and LG-Nortel (as defined in note 9). See note 9 for additional information.

(e) The addition of $18 relates to the finalization of the purchase price adjustment with respect to the LG-Nortel (as defined in note 9) joint venture. See note 9 for additional information.

*Intangible assets — net:*

| | 2007 | 2006 |
|---|---|---|
| Cost[a] | $ 338 | $307 |
| Less accumulated amortization | (125) | (66) |
| Intangible assets — net | $ 213 | $241 |

(a) Intangible assets are being amortized over a weighted-average period of approximately six years ending in 2013. Amortization expense for each of the next five years commencing in 2008 is expected to be $58, $52, $37, $22 and $18, respectively. The majority of amortization expense is denominated in a foreign currency and may fluctuate due to changes in foreign exchange rates.

*Other assets:*

| | 2007 | 2006 |
|---|---|---|
| Long-term deferred costs | $209 | $419 |
| Long-term inventories | 27 | — |
| Debt issuance costs | 62 | 55 |
| Hedge assets | 77 | 64 |
| Financial assets | 62 | 60 |
| Other | 118 | 91 |
| Other assets | $555 | $689 |

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 111

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Other accrued liabilities:*

|  | 2007 | 2006 |
|---|---|---|
| Outsourcing and selling, general and administrative related provisions | $ 306 | $ 400 |
| Customer deposits | 52 | 78 |
| Product related provisions | 126 | 93 |
| Warranty provisions (note 12) | 214 | 217 |
| Deferred revenue | 1,219 | 1,127 |
| Advance billings in excess of revenues recognized to date on contracts[a] | 1,490 | 1,352 |
| Miscellaneous taxes | 32 | 75 |
| Income taxes payable | 96 | 72 |
| Deferred income taxes | 15 | — |
| Tax uncertainties (note 7) | 21 | — |
| Interest payable | 91 | 114 |
| Global Class Action Settlement provision (note 20) | — | 814 |
| Other | 163 | 261 |
| Other accrued liabilities | $3,825 | $4,603 |

(a) Includes amounts which may be recognized beyond one year due to the duration of certain contracts.

*Other liabilities:*

|  | 2007 | 2006 |
|---|---|---|
| Pension benefit liabilities | $1,109 | $1,965 |
| Post-employment and post-retirement benefit liabilities | 893 | 794 |
| Restructuring liabilities (note 6) | 180 | 177 |
| Deferred revenue | 400 | 919 |
| Global Class Action Settlement provision (note 20) | — | 1,680 |
| Tax uncertainties | 71 | — |
| Other long-term provisions | 222 | 275 |
| Other liabilities | $2,875 | $5,810 |

*Minority interests in subsidiary companies:*

|  | 2007 | 2006 |
|---|---|---|
| Preferred shares of NNL (Authorized: unlimited number of Class A and Class B) | | |
|    Series 5, issued November 26, 1996 for consideration of Canadian $400[a] | $294 | $294 |
|    Series 7, issued November 28, 1997 for consideration of Canadian $350[b] | 242 | 242 |
| Other[c] | 294 | 243 |
| Minority interests in subsidiary companies | $830 | $779 |

(a) As of December 31, 2007 and 2006, 16 million Class A Series 5 preferred shares were outstanding. Effective December 1, 2001, holders of the Series 5 preferred shares are entitled to receive, if declared, a monthly floating cumulative preferential cash dividend based on Canadian prime rates.

(b) As of December 31, 2007 and 2006, 14 million Class A Series 7 preferred shares were outstanding. Effective December 1, 2002, holders of the Series 7 preferred shares are entitled to receive, if declared, a monthly floating non-cumulative preferential cash dividend based on Canadian prime rates.

(c) Other includes minority interests in LG-Nortel (as defined in note 9) and other joint ventures primarily in Europe and Asia.

HIGHLY CONFIDENTIAL    NNC-NNL06005571 / 112

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Consolidated statements of cash flows*

*Change in operating assets and liabilities excluding Global Class Action Settlement — net:*

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Accounts receivable — net | $ 202 | $ 51 | $(280) |
| Inventories — net | (66) | (42) | 285 |
| Deferred costs | 223 | 97 | (538) |
| Income taxes | 23 | (20) | (58) |
| Accounts payable | 42 | (79) | 189 |
| Payroll, accrued and contractual liabilities | (340) | (257) | 213 |
| Deferred revenue | (424) | (229) | 161 |
| Advance billings in excess of revenues recognized to date on contracts | 149 | 120 | 102 |
| Restructuring liabilities | (7) | (21) | (149) |
| Other | (233) | (69) | (142) |
| Change in operating assets and liabilities excluding Global Class Action Settlement — net | $(431) | $(449) | $(217) |

*Acquisitions of investments and businesses — net of cash acquired:*

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Cash acquired | $ — | $ (1) | $ (26) |
| Total net assets acquired other than cash | (85) | (146) | (651) |
| Total purchase price | (85) | (147) | (677) |
| Less: |  |  |  |
| Cash acquired | — | 1 | 26 |
| Acquisitions of investments and businesses — net of cash acquired | $(85) | $(146) | $(651) |

*Interest and taxes paid:*

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Cash interest paid | $383 | $241 | $203 |
| Cash taxes paid | $ 91 | $ 43 | $ 48 |

## 5.  Segment information

*Segment descriptions*

In the first quarter of 2007, Nortel changed the name of its Mobility and Converged Core Networks segment to Carrier Networks ("CN"). Additionally, revenues from network implementation services consisting of engineering, installation and project management services bundled in customer contracts and previously included with sales in each of its CN, Enterprise Solutions ("ES") and Metro Ethernet Networks ("MEN") segments have been reallocated to its Global Services ("GS") segment for management reporting purposes beginning in 2007. The segments are described below. The amounts reallocated to the GS segment were based primarily on the stated value of the services in the respective bundled customer arrangements. Prior period segment information has been recast to conform to the current segment presentation.

- CN provides mobility networking solutions using (i) Code Division Multiple Access ("CDMA"), Global System for Mobile Communication ("GSM"), and Universal Mobile Telecommunication System ("UMTS") radio access technologies, and fixed and mobile networking solutions using Worldwide Interoperability for Microwave Access ("WiMAX") radio access technology, and (ii) carrier circuit and packet voice solutions. Mobility networking refers to communications networks that enable end users to be mobile while they send and receive voice and data communications using wireless devices such as cellular telephones, personal digital assistants, laptops and other computing and communications devices. These networks use specialized network access equipment and specialized core networking equipment that enable an end user to be connected and identified when not in a fixed location and to roam globally. In addition, Nortel's carrier circuit and packet voice solutions provide a broad range of voice

110

HIGHLY CONFIDENTIAL

NNC-NNL06005571 / 113

**NORTEL NETWORKS CORPORATION**

**Notes to Consolidated Financial Statements — (Continued)**

solutions to its service provider customers for business and residential subscribers, traditional, full featured voice services as well as internet-based voice and multimedia communications services using either circuit or packet-based switching technologies. These service provider customers include local and long distance telephone companies, wireless service providers, cable operators and other communication service providers. Increasingly, CN addresses customers who want to provide services across both wireless as well as wired devices.

- ES provides Unified Communications ("UC") solutions to enterprise customers using (i) Business Optimized Communications and (ii) Business Optimized Networking. Business Optimized Communications comprised of enterprise circuit and packet voice solutions, software solutions for multi-media messaging, conferencing and contact centers and Service Oriented Architecture based communications enabled applications. Business Optimized Networking solutions are inclusive of data networking, wireless LAN, datacenter, and security, Nortel's UC solutions transform an enterprise's existing communications to deliver a unified, real time, multi-media experience including voice, video, email and instant messaging. Nortel's ES customers consist of a broad range of enterprises around the world, including large businesses at their headquarters, data centers, call centers and branch offices, small and medium-size businesses and home offices, as well as government agencies, educational and other institutions and utility organizations.

- GS provides a broad range of services to address the requirements of Nortel's carrier and enterprise customers throughout the entire lifecycle of their networks. The GS portfolio is organized into four main service product groups: (i) network implementation services, including network integration, planning, installation, optimization and security services, (ii) network support services, including technical support, hardware maintenance, equipment spares logistics and on-site engineers, (iii) network managed services, including services related to the monitoring and management of customer networks and providing a range of network managed service options, and (iv) network application services, including applications development, integration and communications-enabled application solutions and hosted multimedia services. Nortel's GS market mirrors that of its carrier and enterprise markets along with a broad range of customers in all geographic regions where Nortel conducts business, including wireline and wireless carriers, cable operators, small and medium-size businesses, large global enterprises and all levels of government.

- MEN combines Nortel's optical networking solutions and the carrier portion of its data networking solutions to transform its carrier and large enterprise customers' networks to be more scalable and reliable for the high speed delivery of diverse multi-media communications services. By combining Nortel's optical expertise and data knowledge, Nortel creates carrier Ethernet solutions that help service providers and enterprises better manage increasing bandwidth demands. Nortel differentiates its MEN solutions by using technology innovation such as Provider Backbone Bridges, Provider Backbone Transport, and 40G Dual Polarization Quadrature Phase Shift Keying to deliver increased network capacity at lower cost per bit and with a simpler operations paradigm. Both metropolitan, or metro, and long haul networks are key focus areas as bandwidth demands are increasing as a result of the growth of network-based broadcast and on-demand video delivery, wireless "backhaul" for a variety of data services including video, as well as traditional business, internet, and private line and voice services.

- Other miscellaneous business activities and corporate functions, including the operating results of NGS, do not meet the quantitative criteria to be disclosed separately as reportable segments and have been reported in "Other". Costs associated with shared services, such as general corporate functions, that are managed on a common basis are allocated to Nortel's reportable segments based on usage determined generally by headcount. A portion of other general and miscellaneous corporate costs and expenses are allocated based on a fixed charge established annually. Costs not allocated to the reportable segments include employee share-based compensation, differences between actual and budgeted employee benefit costs, interest attributable to its long-term debt and other non-operational activities, and are included in "Other".

Nortel's president and chief executive officer (the "CEO") has been identified as the Chief Operating Decision Maker in assessing segment performance and in deciding how to allocate resources to the segments. The primary financial measures used by the CEO in assessing performance and allocating resources to the segments are management earnings (loss) before income taxes ("Management EBT") and operating margin. Management EBT is a measure that includes the cost of revenues, SG&A expense, R&D expense, interest expense, other operating income — net, other income — net, minority interests — net of tax and equity in net earnings (loss) of associated companies — net of tax. Interest attributable to long-

111

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

term debt is not allocated to a reportable segment and is included in "Other". Nortel believes that Management EBT is determined in accordance with the measurement principles most consistent with those used by Nortel in measuring the corresponding amounts in its consolidated financial statements. The accounting policies of the reportable segments are the same as those applied to the consolidated financial statements. The CEO does not review asset information on a segmented basis in order to assess performance and allocate resources.

*Segments*

The following tables set forth information by segment for the years ended December 31:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Revenues** | | | |
| Carrier Networks | $ 4,493 | $ 5,157 | $ 4,915 |
| Enterprise Solutions | 2,620 | 2,292 | 2,061 |
| Global Services | 2,087 | 2,132 | 2,040 |
| Metro Ethernet Networks | 1,525 | 1,591 | 1,347 |
| Total reportable segments | 10,725 | 11,172 | 10,363 |
| Other | 223 | 246 | 146 |
| Total revenues | $10,948 | $11,418 | $10,509 |
| **Management EBT** | | | |
| Carrier Networks | $ 779 | $ 455 | $ 344 |
| Enterprise Solutions | 24 | (26) | 113 |
| Global Services | 380 | 342 | 474 |
| Metro Ethernet Networks | (17) | 69 | (77) |
| Total reportable segments | 1,166 | 840 | 854 |
| Other | (799) | (1,033) | (839) |
| **Total Management EBT** | 367 | (193) | 15 |
| Amortization of intangible assets | (50) | (26) | (17) |
| In-process research and development expense | — | (22) | — |
| Special charges | (210) | (105) | (169) |
| Gain (loss) on sales of businesses and assets | 31 | 206 | (47) |
| Shareholder litigation settlement recovery (expense) | 54 | 219 | (2,474) |
| Regulatory investigation expense | (35) | — | — |
| Income tax benefit (expense) | (1,114) | (60) | 81 |
| **Net earnings (loss) from continuing operations before cumulative effect of accounting change** | $ (957) | $ 19 | $ (2,611) |

*Product and service revenues*

The following table sets forth external revenues by product and service for the years ended December 31:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| CDMA solutions | $ 2,425 | $ 2,311 | $ 1,972 |
| GSM and UMTS solutions | 1,373 | 2,021 | 2,248 |
| Circuit and packet voice solutions | 2,418 | 2,443 | 2,159 |
| Optical networking solutions | 1,185 | 1,128 | 954 |
| Data networking and security solutions | 1,237 | 1,137 | 990 |
| Global services | 2,087 | 2,132 | 2,040 |
| Other | 223 | 246 | 146 |
| Total | $10,948 | $11,418 | $10,509 |

112

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 115

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Nortel had one customer, Verizon Communications Inc., that generated revenues of approximately $1,149 and $1,416 or 11% and 12% of total consolidated revenues for the years ended December 31, 2007 and 2006 respectively. The revenues from this customer for the years ended December 31, 2007 and 2006 did not relate specifically to one of Nortel's reportable segments, but rather were generated throughout all of Nortel's reportable segments. For the year ended December 31, 2005, no customer generated revenues greater than 10% of consolidated revenues.

*Geographic information:*

The following table sets forth external revenues by geographic region based on the location of the customer for the years ended December 31:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| U.S. | $ 4,974 | $ 5,092 | $ 5,203 |
| Europe, Middle East and Africa ("EMEA") | 2,740 | 3,239 | 2,704 |
| Canada | 822 | 720 | 571 |
| Asia | 1,768 | 1,736 | 1,422 |
| Caribbean and Latin America ("CALA") | 644 | 631 | 609 |
| Total | $10,948 | $11,418 | $10,509 |

*Long-lived assets:*

The following table sets forth long-lived assets representing plant and equipment — net, by geographic region as of December 31:

|  | 2007 | 2006 |
|---|---|---|
| U.S. | $ 441 | $ 509 |
| EMEA | 206 | 213 |
| Canada | 690 | 627 |
| Other regions[a] | 195 | 181 |
| Total | $1,532 | $1,530 |

(a) The Asia and CALA regions.

### 6. Special charges

During the first quarter of 2007, as part of its continuing efforts to increase competitiveness by improving profitability and overall business performance, Nortel announced a restructuring plan that includes workforce reductions of approximately 2,900 positions and shifting an additional 1,000 positions from higher-cost locations to lower-cost locations. During the year ended December 31, 2007, approximately 150 additional positions were identified and incorporated into the plan with associated costs of approximately $15. Other revisions to the original workforce plan included a change in strategy regarding shared services, resulting in approximately 300 fewer position reductions with associated costs of approximately $18. The revised net position reduction is therefore expected to be 2,750. The reductions will occur through both voluntary and involuntary terminations. In addition to the workforce reductions, Nortel announced steps to achieve additional cost savings by efficiently managing its various business locations and consolidating real estate requirements. Collectively, these efforts are referred to as the "2007 Restructuring Plan". Nortel originally estimated the total charges to earnings and cash outlays associated with the 2007 Restructuring Plan would be approximately $390 and $370, respectively, to be incurred over fiscal 2007 and 2008. As a result of higher voluntary terminations and redeployment of employees, Nortel previously revised the total estimated charges to earnings and cash outlays to be approximately $350 and $330, respectively. As of the year ended December 31, 2007, Nortel now expects total charges to earnings and cash outlays to be approximately $340 and $320, respectively. Nortel currently expects that workforce reductions and shifting of positions will account for $260 of the estimated expense, and $80 will relate to real estate consolidation. The workforce reductions are expected to be completed by the end of the first quarter in 2009 and the charges for ongoing lease costs are to be substantially incurred by the end of 2024. Approximately $171 of the total charges relating to the 2007 Restructuring Plan have been incurred in 2007.

113

HIGHLY CONFIDENTIAL    NNC-NNL06005571 / 116

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

During the second quarter of 2006, in an effort to increase competitiveness by improving profitability and overall business performance, Nortel announced a restructuring plan that included workforce reductions of approximately 1,900 employees (the "2006 Restructuring Plan"). The workforce reductions were expected to include approximately 350 middle management positions throughout Nortel, with the balance of the reductions to occur primarily in the U.S. and Canada and span all of Nortel's segments. During the third quarter of 2007, Nortel revised the estimated number of workforce reduction, which included both voluntary and involuntary reductions, to 1,750 employees compared to the original estimate of 1,900 employees. The change in the estimated workforce reduction is primarily due to a reduction in the number of affected middle management positions. Nortel originally estimated the total charges to earnings and cash outlays associated with the 2006 Restructuring Plan to be approximately $100. During the third quarter of 2007, Nortel revised the total costs expected down to $91 as a result of the change in the estimated workforce reduction. During the fourth quarter 2007, the program was determined to be substantially complete resulting in a revised total cost of $85. During 2007, Nortel incurred the remaining $17 resulting in total charges of $85 for the 2006 Restructuring Plan. The cost revisions were primarily due to higher voluntary attrition reducing the number of involuntary actions requiring benefits.

During 2004 and 2001, Nortel implemented work plans to streamline operations through workforce reductions and real estate optimization strategies (the "2004 Restructuring Plan" and the "2001 Restructuring Plan"). All of the charges with respect to the workforce reductions have been incurred and the remainder of the charges for ongoing lease costs are to be substantially incurred by the end of 2016 for the 2004 Restructuring Plan and the end of 2013 for the 2001 Restructuring Plan.

During the years ended December 31, 2007, 2006 and 2005, Nortel continued to implement these restructuring work plans. Provision balances recorded for each of the restructuring plans have been summarized below as of December 31, 2007:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| 2007 Restructuring Plan | $43 | $ 25 | $— | $ 68 |
| 2006 Restructuring Plan | 8 | — | — | 8 |
| 2004 Restructuring Plan | — | 51 | — | 51 |
| 2001 Restructuring Plan | — | 153 | — | 153 |
| Provision balance as of December 31, 2007[(a)] | $51 | $229 | $— | $280 |

(a) As of December 31, 2007 and 2006, the short-term provision balances were $100 and $97, respectively, and the long-term provision balances were $180 and $177, respectively.

The following table summarizes the total special charges incurred for each of Nortel's restructuring plans:

| | 2007 | 2006 | 2005 | Total |
|---|---|---|---|---|
| Special charges by Restructuring Plan: | | | | |
| 2007 Restructuring Plan | $171 | $ — | $ — | $171 |
| 2006 Restructuring Plan | 17 | 68 | — | 85 |
| 2004 Restructuring Plan | 9 | 20 | 180 | 209 |
| 2001 Restructuring Plan | 13 | 17 | (11) | 19 |
| Total | $210 | $105 | $169 | $484 |

Regular full-time ("RFT") employee notifications resulting in special charges for all three restructuring plans were as follows:

| | Employees (approximate) | | |
|---|---|---|---|
| | Direct[(a)] | Indirect[(b)] | Total |
| RFT employee notifications by period: | | | |
| During 2005 | 61 | 893 | 954 |
| During 2006 | 22 | 520 | 542 |
| During 2007 | 217 | 1,654 | 1,871 |
| RFT employee notifications for the three years ended December 31, 2007 | 300 | 3,067 | 3,367 |

(a) Direct employees includes employees performing manufacturing, assembly, test and inspection activities associated with the production of Nortel's products.

114

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

(b) Indirect employees includes employees performing management, sales, marketing, research and development and administrative activities.

### *2007 Restructuring Plan*

#### *Year ended December 31, 2007*

For the year ended December 31, 2007, Nortel recorded special charges of $131 including revisions of ($6), related to severance and benefit costs associated with a workforce reduction of approximately 1,500 employees, of which approximately 1,450 were notified of termination during the year ended December 31, 2007. This portion of the workforce reduction was primarily in the U.S., Canada, and EMEA. The real estate initiative referred to above resulted in costs of $32 during the year ended December 31, 2007. Cash expenditures related to real estate initiatives of $7 were incurred during the year ended December 31, 2007. Approximately half of the total restructuring expense related to the 2007 Restructuring Plan was incurred by the end of 2007.

#### *2007 Restructuring Plan — detail:*

The following table outlines special charges incurred by segment related to the 2007 Restructuring Plan for the year ended December 31, 2007:

| *2007 Restructuring Plan* | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| Carrier Networks | $ 80 | $20 | $5 | $105 |
| Enterprise Solutions | 18 | 4 | 1 | 23 |
| Global Services | 21 | 5 | 1 | 27 |
| Metro Ethernet Networks | 12 | 3 | 1 | 16 |
| Total special charges for the year ended December 31, 2007 | $131 | $32 | $8 | $171 |

Special charges recorded for the 2007 Restructuring Plan for the year ended December 31, 2007 were as follows:

| *2007 Restructuring Plan* | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| Provision balance as of January 1, 2007 | $ — | $— | $— | $ — |
| Other special charges | 137 | 32 | 8 | 177 |
| Revisions to prior accruals | (6) | — | — | (6) |
| Cash drawdowns | (90) | (7) | — | (97) |
| Non-cash drawdowns | (2) | — | (8) | (10) |
| Foreign exchange and other adjustments | 4 | — | — | 4 |
| Provision balance as of December 31, 2007 | $ 43 | $25 | $— | $ 68 |

### *2006 Restructuring Plan*

#### *Year ended December 31, 2007*

For the year ended December 31, 2007, Nortel recorded special charges of $17, including revisions of ($8), related to severance and benefit costs associated with a workforce reduction of approximately 942 employees, of which approximately 400 were notified of termination during the year ended December 31, 2007. Nortel incurred total cash costs related to the 2006 Restructuring Plan of approximately $48 during the year ended December 31, 2007. The provision balance for the 2006 Restructuring Plan was drawn down to $8 during the year ended December 31, 2007.

115

HIGHLY CONFIDENTIAL

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Year ended December 31, 2006*

Special charges of $68, including revisions of ($1) related to severance and benefit costs associated with a workforce reduction of approximately 910 employees, of which 542 were notified of termination during the year ended December 31, 2006. The workforce reduction was primarily in the U.S. and Canada and extended across all of Nortel's segments, with the majority of the reductions occurring in the CN and ES business segments.

*2006 Restructuring Plan — detail:*

The following table outlines special charges incurred by segment related to the 2006 Restructuring Plan for each of the years ended December 31, 2007 and 2006:

| | Workforce Reduction | Plant and Equipment Write Downs | Total |
|---|---|---|---|
| **2006 Restructuring Plan** | | | |
| Carrier Networks. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $35 | $ 1 | $36 |
| Enterprise Solutions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | — | 14 |
| Global Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | — | 5 |
| Metro Ethernet Networks . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | — | 7 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | — | 6 |
| Total special charges for the year ended December 31, 2006 . . . . . . . . . . . . . . . . . . . . | $67 | $ 1 | $68 |
| Carrier Networks. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 6 | $— | $ 6 |
| Enterprise Solutions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | — | 2 |
| Global Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | — | 7 |
| Metro Ethernet Networks . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | — | 2 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — |
| Total special charges for the year ended December 31, 2007 . . . . . . . . . . . . . . . . . . . . | $17 | $— | $17 |

Special charges recorded for the 2006 Restructuring Plan from January 1, 2006 to December 31, 2007 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| **2006 Restructuring Plan** | | | | |
| Provision balance as of January 1, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $— | $— | $ — |
| Other special charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 68 | — | 1 | 69 |
| Revisions to prior accruals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1) | — | — | (1) |
| Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (28) | — | — | (28) |
| Non-cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (1) | (1) |
| Foreign exchange and other adjustments . . . . . . . . . . . . . . . . . . . . . . . | (1) | — | — | (1) |
| Provision balance as of December 31, 2006 . . . . . . . . . . . . . . . . . . . . . . | $ 38 | $— | $— | $ 38 |
| Other special charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 25 | $— | $— | $ 25 |
| Revisions to prior accruals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (8) | — | — | (8) |
| Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (48) | — | — | (48) |
| Non-cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1) | — | — | (1) |
| Foreign exchange and other adjustments . . . . . . . . . . . . . . . . . . . . . . . | 2 | — | — | 2 |
| Provision balance as of December 31, 2007 . . . . . . . . . . . . . . . . . . . . . . | $ 8 | $— | $— | $ 8 |

116

NORTEL NETWORKS CORPORATION

Notes to Consolidated Financial Statements — (Continued)

### 2004 Restructuring Plan

#### Year ended December 31, 2007

During the year ended December 31, 2007, the provision balance for workforce reduction was drawn down to nil for the 2004 Restructuring Plan. The provision balance for contract settlement and lease costs was drawn down by cash payments of $11 for the 2004 Restructuring Plan during the year ended December 31, 2007. For the 2004 Restructuring Plan, the remaining provision, which is net of approximately $43 in estimated sublease income, is expected to be substantially drawn down by the end of 2016. Tax relief affecting vacated properties in the United Kingdom ("U.K.") has been repealed effective April 2008 resulting in a charge of $2.

#### Year ended December 31, 2006

During the year ended December 31, 2006, Nortel recorded revisions of $20 related to prior accruals.

Contract settlement and lease costs included revisions to prior accruals of $8 for the year ended December 31, 2006, and consisted of negotiated settlements to cancel or renegotiate contracts, and net lease charges related to leased facilities (comprised of office space) and leased furniture that were identified as no longer required. These revisions occurred primarily in the U.S. and EMEA and primarily in the CN segment. The lease costs component, net of anticipated sublease income, included costs relating to non-cancelable lease terms from the date leased facilities ceased to be used and any termination penalties. During the year ended December 31, 2006, the provision balance for workforce reduction and contract settlement and lease costs was drawn down by cash payments of $21 and $21, respectively.

#### Year ended December 31, 2005

Workforce reduction charges of $70 including revisions to prior accruals of $2 were related to severance and benefit costs associated with 954 employees notified of termination during the year ended December 31, 2005. The workforce reduction was primarily in the U.S., Canada and EMEA, and extended across all of Nortel's segments.

Contract settlement and lease costs of $79 included revisions to prior accruals of $7 and consisted of negotiated settlements to cancel or renegotiate contracts and net lease charges related to leased facilities (comprised of office space) and leased furniture that were identified as no longer required primarily in the U.S. and EMEA and in the CN and ES segments. These lease costs, net of anticipated sublease income, included costs relating to non-cancelable lease terms from the date leased facilities ceased to be used and termination penalties.

Plant and equipment charges of $31 were related to current period write downs to fair value less costs to sell owned facilities and plant and manufacturing-related equipment.

117

HIGHLY CONFIDENTIAL                    NNC-NNL06005571 / 120

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*2004 Restructuring Plan — detail:*

The following table outlines special charges incurred by segment for each of the years ended December 31, 2007, 2006 and 2005:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| **2004 Restructuring Plan** | | | | |
| Carrier Networks | $47 | $53 | $21 | $121 |
| Enterprise Solutions | 10 | 12 | 5 | 27 |
| Metro Ethernet Networks | 9 | 10 | 4 | 23 |
| Global Services | 4 | 4 | 1 | 9 |
| Other | — | — | — | — |
| Total special charges for the year ended December 31, 2005 | $70 | $79 | $31 | $180 |
| Carrier Networks | $(1) | $ 4 | $ 5 | $ 8 |
| Enterprise Solutions | — | 1 | 2 | 3 |
| Metro Ethernet Networks | — | 3 | 5 | 8 |
| Global Services | — | — | 1 | 1 |
| Other | — | — | — | — |
| Total special charges for the year ended December 31, 2006 | $(1) | $ 8 | $13 | $ 20 |
| Carrier Networks | $— | $ 3 | $ 1 | $ 4 |
| Enterprise Solutions | — | 2 | — | 2 |
| Metro Ethernet Networks | — | 1 | — | 1 |
| Global Services | — | 2 | — | 2 |
| Other | — | — | — | — |
| Total special charges for the year ended December 31, 2007 | $— | $ 8 | $ 1 | $ 9 |

118

NORTEL NETWORKS CORPORATION

Notes to Consolidated Financial Statements — (Continued)

Special charges recorded for the 2004 Restructuring Plan from January 1, 2005 to December 31, 2007 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| **2004 Restructuring Plan** | | | | |
| Provision balance as of January 1, 2005 | $ 124 | $ — | $ — | $ 124 |
| Other special charges | 68 | 72 | 30 | 170 |
| Revisions to prior accruals | 2 | 7 | 1 | 10 |
| Cash drawdowns | (167) | (13) | — | (180) |
| Non-cash drawdowns | — | — | (30) | (30) |
| Foreign exchange and other adjustments | (4) | (4) | (1) | (9) |
| Provision balance as of December 31, 2005 | $ 23 | $ 62 | $ — | $ 85 |
| Other special charges | $ — | $ — | $ — | $ — |
| Revisions to prior accruals | (1) | 8 | 13 | 20 |
| Cash drawdowns | (21) | (21) | — | (42) |
| Non-cash drawdowns | — | — | (13) | (13) |
| Foreign exchange and other adjustments | 2 | 4 | — | 6 |
| Provision balance as of December 31, 2006 | $ 3 | $ 53 | $ — | $ 56 |
| Other special charges | $ — | $ — | $ — | $ — |
| Revisions to prior accruals | — | 8 | 1 | 9 |
| Cash drawdowns | (3) | (11) | — | (14) |
| Non-cash drawdowns | — | — | (1) | (1) |
| Foreign exchange and other adjustments | — | 1 | — | 1 |
| Provision balance as of December 31, 2007 | $ — | $ 51 | $ — | $ 51 |

*2001 Restructuring Plan*

*Year ended December 31, 2007*

During the year ended December 31, 2007, the provision balance for the workforce reduction was drawn down to nil for the 2001 Restructuring Plan. The provision balance for contract settlement and lease costs was drawn down by cash payments of $41 during the year ended December 31, 2007. The remaining provision, net of approximately $155 in estimated sublease income, is expected to be substantially drawn down by the end of 2013. Tax relief affecting vacated properties in the U.K. has been repealed effective April 2008 resulting in a charge of $5.

*Year ended December 31, 2006*

During the year ended December 31, 2006, Nortel recorded revisions of $16 for contract settlements and lease costs.

*Year ended December 31, 2005*

Revisions of ($3) were recorded during the period related to prior contract settlement and lease costs. The provision balance for contract settlement and lease costs was drawn down by cash payments of $107.

No new plant and equipment charges were incurred during 2005. Revisions of ($3) to prior write downs of assets held for sale related primarily to adjustments to original plans or estimated amounts for certain facility closures.

119

HIGHLY CONFIDENTIAL