# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*2001 Restructuring Plan — detail:*

The following table outlines special charges incurred by segment for each of the years ended December 31, 2007, 2006 and 2005:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| **2001 Restructuring Plan** | | | | |
| Carrier Networks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(2) | $(1) | $ 2 | $ (1) |
| Enterprise Solutions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (3) | (2) | 3 | (2) |
| Metro Ethernet Networks . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (8) | (8) |
| Global Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — |
| Total special charges for the year ended December 31, 2005 . . . . . . . . . . | $(5) | $(3) | $(3) | $(11) |
| Carrier Networks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1 | $10 | $— | $ 11 |
| Enterprise Solutions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 3 | — | 3 |
| Metro Ethernet Networks . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 2 | — | 2 |
| Global Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 1 | — | 1 |
| Total special charges for the year ended December 31, 2006 . . . . . . . . . . | $ 1 | $16 | $— | $ 17 |
| Carrier Networks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(1) | $ 6 | $ 1 | $ 6 |
| Enterprise Solutions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1) | 3 | — | 2 |
| Metro Ethernet Networks . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 2 | — | 2 |
| Global Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 3 | — | 3 |
| Total special charges for the year ended December 31, 2007 . . . . . . . . . . | $(2) | $14 | $ 1 | $ 13 |

Special charges recorded for the 2001 Restructuring Plan from January 1, 2005 to December 31, 2007 were as follows:

| | Workforce Reductions | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| **2001 Restructuring Plan** | | | | |
| Provision balance as of January 1, 2005 . . . . . . . . . . . . . . . . . . . . . . . . | $15 | $ 324 | $— | $ 339 |
| Revisions to prior accruals . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (5) | (3) | (3) | (11) |
| Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (6) | (107) | — | (113) |
| Non-cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 3 | 3 |
| Foreign exchange and other adjustments . . . . . . . . . . . . . . . . . . . . | (1) | (5) | — | (6) |
| Provision balance as of December 31, 2005 . . . . . . . . . . . . . . . . . . . | $ 3 | $ 209 | $— | $ 212 |
| Revisions to prior accruals . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1 | $ 16 | $— | $ 17 |
| Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1) | (53) | — | (54) |
| Non-cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — |
| Foreign exchange and other adjustments . . . . . . . . . . . . . . . . . . . . | (1) | 6 | — | 5 |
| Provision balance as of December 31, 2006 . . . . . . . . . . . . . . . . . . . | $ 2 | $ 178 | $— | $ 180 |
| Revisions to prior accruals . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(2) | $ 14 | $ 1 | $ 13 |
| Cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (41) | — | (41) |
| Non-cash drawdowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (1) | (1) |
| Foreign exchange and other adjustments . . . . . . . . . . . . . . . . . . . . | — | 2 | — | 2 |
| Provision balance as of December 31, 2007 . . . . . . . . . . . . . . . . . . . | $— | $ 153 | $— | $ 153 |

120

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

As described in note 5, segment Management EBT does not include special charges. A significant portion of Nortel's provisions for workforce reductions and contract settlement and lease costs are associated with shared services. These costs have been allocated to the segments in the tables by segment above, based generally on headcount.

### 7. Income taxes

During the year ended December 31, 2007, Nortel recorded a tax expense of $1,114 on earnings from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies of $270. The tax expense of $1,114 is composed of several significant items, including $1,036 of net valuation allowance increase including an increase of $1,064 in Canada, offset by releases in Europe and Asia, $74 of income taxes on profitable entities in Asia and Europe, including a reduction of Nortel's deferred tax assets in EMEA, $29 of income taxes relating to tax rate reductions enacted during 2007 in EMEA and Asia, and other taxes of $17 primarily related to taxes on preferred share dividends in Canada. This tax expense is partially offset by a $25 benefit derived from various tax credits, primarily R&D related incentives, and a $17 benefit resulting from true up of prior year tax estimates including a $14 benefit in EMEA as a result of transfer pricing adjustments.

During the year ended December 31, 2006, Nortel recorded a tax expense of $60 on earnings from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies of $141. The tax expense of $60 is largely comprised of $69 of income taxes resulting from a reduction of Nortel's deferred tax assets in EMEA, $28 of various corporate, minimum and withholding taxes including $15 of income taxes on preferred share dividends in Canada and $13 resulting from true up of prior year tax estimates including a $12 tax expense in EMEA as a result of transfer pricing adjustments. This tax expense is partially offset by $41 benefit derived from various tax credits, primarily R&D related incentives and $19 benefit resulting from valuation allowance reductions in EMEA and Asia.

As of December 31, 2007, Nortel's net deferred tax assets were $3,323 reflecting temporary differences between the financial reporting and tax treatment of certain current assets and liabilities and non-current assets and liabilities, in addition to the tax benefit of net operating loss carryforwards and tax credit carryforwards.

As a result of having adopted FIN 48, Nortel recognized approximately a $1 increase to reserves for uncertain tax positions. This increase was accounted for as a $1 increase to the January 1, 2007 accumulated deficit. Additionally, Nortel reduced its gross deferred tax assets by approximately $1,524, including a reduction of $749 related to the future tax benefit of the Global Class Action Settlement, as referenced in note 20, and $620 related to capital losses.

Nortel had approximately $1,750 of total gross unrecognized tax benefits as of the adoption of FIN 48 at January 1, 2007. As of December 31, 2007, Nortel's gross unrecognized tax benefit was $1,329. Of this total, $60 represented the amount of unrecognized tax benefits that would favorably affect the effective income tax rate in future periods, if recognized. The decrease since adoption of $421 resulted from a $638 decrease related to settlements, offset by an increase of $92 for new uncertain tax positions arising in 2007, combined with an increase of $125 resulting from changes to measurement of existing uncertain tax positions for changes to foreign exchange rates, tax rates and other measurement criteria. Included in the $638 of settlements is $620 related to an agreed reduction of Nortel's capital loss carryforward in the U.K., $9 related to resolution of a previous uncertain tax position in Korea, and $9 related to statute expiration in Brazil of which $6 has favorably impacted the effective tax rate for 2007.

HIGHLY CONFIDENTIAL

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following is a tabular reconciliation of Nortel's change in uncertain tax position under FIN 48:

| | Total Gross Unrecognized Tax Benefits |
|---|---|
| Balance as at January 1, 2007 | $1,750 |
| Increases related to current year tax positions | 27 |
| Increases related to prior year tax positions | 74 |
| Decreases related to prior year tax positions | (9) |
| Expiration of statute of limitations for assessment of taxes | (9) |
| Settlement of tax positions | (629) |
| Foreign exchange | 64 |
| Other | 61 |
| Balance as at December 31, 2007 | $1,329 |

During the year ended December 31, 2007, Nortel recognized approximately $6 in interest and penalties. Nortel had approximately $26 and $32 accrued for the payment of interest and penalties as of January 1, 2007 and December 31, 2007, respectively. There was a $7 decrease in interest accrual directly related to positions settled during the year ended December 31, 2007, offset by an increase of $13 of interest and penalties accrued on existing positions during the year.

Nortel believes it is reasonably possible that $130 of its gross unrecognized tax benefit will decrease during the twelve months ending December 31, 2008. Of this amount, $57 will result from the potential resolution of current advance pricing negotiations, $61 will result from including unrecognized tax benefits on amended income tax returns, and $7 will result from the potential settlement of an audit exposure in South America. It is anticipated that these potential decreases in unrecognized tax benefits would not materially impact Nortel's effective tax rate with the exception of the potential $7 settlement of audit exposure.

Nortel is subject to tax examinations in all major taxing jurisdictions in which it operates and currently has examinations open in Canada, the U.S., France, Australia, Germany and Brazil. In addition, Nortel has ongoing audits in other smaller jurisdictions including, but not limited to, Italy, Poland, Colombia, the Philippines and Puerto Rico. Nortel's 2000 through 2007 tax years remain open in most of these jurisdictions primarily as a result of ongoing negotiations regarding Advance Pricing Arrangements ("APAs") affecting these periods.

Nortel regularly assesses the status of tax examinations and the potential for adverse outcomes to determine the adequacy of the provision for income and other taxes. Specifically, the tax authorities in Brazil have completed an examination of prior taxation years and have issued assessments in the amount of $86 for the taxation years of 1999 and 2000. In addition, the tax authorities in France issued assessments in respect of the 2001, 2002 and 2003 taxation years. These assessments collectively propose adjustments to increase taxable income of approximately $1,236, additional income tax liabilities of $49 inclusive of interest, as well as certain increases to withholding and other taxes of approximately $81 plus applicable interest and penalties. Nortel withdrew from discussions at the tax auditor level during the first quarter of 2007 and is in the process of entering into Mutual Agreement Procedures with competent authority under the Canada-France tax treaty to settle the dispute. Nortel believes that it has adequately provided for tax adjustments that are more likely than not to be realized as a result of any ongoing or future examinations.

In accordance with SFAS 109, Nortel reviews all available positive and negative evidence to evaluate the recoverability of its deferred tax assets. This includes a review of such evidence as the carry forward periods of the significant tax assets, Nortel's history of generating taxable income in its significant tax jurisdictions (namely Canada, the U.S., the U.K. and France), Nortel's cumulative profits or losses in recent years, and Nortel's projections of earnings in its significant jurisdictions. On a jurisdictional basis, Nortel is in a cumulative loss position in certain of its significant jurisdictions. For these jurisdictions, Nortel continues to maintain a valuation allowance against a portion of its deferred income tax assets. Nortel has concluded that it is more likely than not that the remaining deferred tax assets in these jurisdictions will be realized.

Nortel had previously entered into APAs with the taxation authorities of the U.S. and Canada in connection with its intercompany transfer pricing and cost sharing arrangements between Canada and the U.S. These arrangements expired in 1999 and 2000. In 2002, Nortel filed APA requests with the taxation authorities of the U.S., Canada and the U.K. that

122

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

applied to the taxation years beginning in 2001. The APA requests are currently under consideration and the tax authorities are in the process of negotiating the terms of the arrangements. Although Nortel continues to monitor the progress, it is not a party to these negotiations. Nortel has applied the transfer pricing methodology proposed in the APA requests in preparing its tax returns and accounts beginning in 2001.

Nortel has requested that the APAs apply to the 2001 through 2005 taxation years. Nortel is also in the initial stages of preparing a new APA request which Nortel anticipates will be filed to include tax years 2007 through at least 2010 following methods generally similar to those under negotiation for 2001 through 2005, with a request for rollback to 2006. Nortel continues to apply the transfer pricing methodology proposed in the APAs to its current year financial statements and has filed its 2006 corporate income tax returns consistent with the methodology described in its new APA request.

The outcome of the APA application requests is uncertain and possible reallocation of losses, as they relate to the APA negotiations, cannot be determined at this time. However, Nortel believes that, more likely than not, the ultimate resolution of these negotiations will not have a material adverse effect on its consolidated financial position, results of operations or cash flows. Despite Nortel's current belief, if this matter is resolved unfavorably, it could have a material adverse effect on Nortel's consolidated financial position, results of operations and cash flows.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 126

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following is a reconciliation of income taxes, calculated at the Canadian combined federal and provincial income tax rate, to the income tax benefit (expense) included in the consolidated statements of operations for each of the years ended December 31:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Income taxes at Canadian rates (2007 — 34.0%, 2006 — 34.0%, 2005 — 34.5%) | $ (92) | $ (48) | $ 916 |
| Difference between Canadian rates and rates applicable to subsidiaries in the U.S. and other jurisdictions | 52 | 2 | 34 |
| Valuation allowances on tax benefits | (938) | (883) | (163) |
| Tax effect of tax rate changes | (29) | — | — |
| Utilization of losses | — | 36 | 18 |
| Tax benefit of investment tax credits, net of valuation allowance | 29 | 47 | 39 |
| Shareholder litigation settlement (recovery) | — | 749 | (854) |
| Adjustments to provisions and reserves | (10) | (2) | 141 |
| Foreign withholding and other taxes | (23) | (28) | (23) |
| Corporate minimum taxes | (1) | (3) | (14) |
| Impact of non-taxable (non-deductible) items and other differences | (102) | 70 | (13) |
| Income tax benefit (expense) | $(1,114) | $ (60) | $ 81 |
| **Details of Nortel's income (loss):** | | | |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net loss of associated companies: | | | |
| Canadian, excluding gain (loss) on sales of businesses and assets | $ (740) | $ (434) | $(2,652) |
| U.S. and other, excluding gain (loss) on sale of businesses and assets | 979 | 369 | 43 |
| Gain (loss) on sales of businesses and assets | 31 | 206 | (47) |
|  | $ 270 | $ 141 | $(2,656) |
| Income tax benefit (expense): | | | |
| Canadian, excluding gain (loss) on sales of businesses and assets | $(1,070) | $ 16 | $ 10 |
| U.S. and other, excluding gain (loss) on sale of businesses and assets | (44) | (73) | 71 |
| Gain (loss) on sales of businesses and assets | — | (3) | — |
|  | $(1,114) | $ (60) | $ 81 |
| Income tax benefit (expense): | | | |
| Current | $ (95) | $ (29) | $ (35) |
| Deferred | (1,019) | (31) | 116 |
| Income tax benefit (expense) | $(1,114) | $ (60) | $ 81 |
| **Details of movement in valuation allowance** | | | |
| Opening valuation allowance | $(4,431) | $(3,429) | $(3,718) |
| Implementation of FIN 48, net of current period activity | 1,676 | — | — |
| Amounts charged to income tax benefit (expense) | (1,036) | (847) | (148) |
| Amounts charged to other comprehensive loss | 103 | 66 | (58) |
| U.K. capital loss settlement, net of FIN 48 implementation | 555 | — | — |
| Other (additions) deductions[a] | (256) | (221) | 495 |
| Closing valuation allowance | $(3,389) | $(4,431) | $(3,429) |

(a) The significant components of other (additions) deductions for 2007 include an increase of ($213) related to certain operating losses in EMEA for prior years that were added to our deferred tax asset, partially offset by the effects of enacted tax rate changes of $108, with the remainder relating to foreign exchange and reclassifications.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 127

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following table shows the significant components included in deferred income taxes as of December 31:

|  | 2007 | 2006 |
|---|---:|---:|
| **Assets:** | | |
| Tax benefit of loss carryforwards | $ 3,262 | $ 4,609 |
| Investment tax credits, net of deferred tax liabilities | 1,458 | 1,358 |
| Other tax credits | 169 | 117 |
| Deferred revenue | 347 | 269 |
| Provisions and reserves | 302 | 180 |
| Post-retirement benefits other than pensions | 279 | 288 |
| Plant and equipment | 231 | 216 |
| Pension plan liabilities | 309 | 622 |
| Deferred compensation | 93 | 153 |
| Other | 294 | 184 |
| Global Class Action Settlement | — | 749 |
|  | 6,744 | 8,745 |
| Valuation allowance | (3,389) | (4,431) |
|  | 3,355 | 4,314 |
| **Liabilities:** | | |
| Provisions and reserves | — | 104 |
| Plant and equipment | — | 35 |
| Unrealized foreign exchange and other | 32 | 133 |
|  | 32 | 272 |
| Net deferred income tax assets | $ 3,323 | $ 4,042 |

Nortel recorded no tax benefit in 2005 relating to the shareholder litigation settlement (see note 20) since at that time, the determination of the amount of the settlement that was deductible for income tax purposes could not be reasonably determined as the definitive agreements in respect of the settlement were not concluded. Such agreements were concluded in 2006, and although there continues to be some uncertainty as to the full extent of deductibility of the settlement amount, Nortel had included the full shareholder settlement expense in its components of deferred tax assets with a corresponding valuation allowance at December 31, 2006. As a result of the implementation of FIN 48 in 2007, Nortel directly reduced the deferred tax asset component relating to the shareholder settlement.

Nortel has not provided for foreign withholding taxes or deferred income tax liabilities for temporary differences related to the undistributed earnings of foreign subsidiaries since Nortel does not currently expect to repatriate earnings that would create any material tax consequences. It is not practical to reasonably estimate the amount of additional deferred income tax liabilities or foreign withholding taxes that may be payable should these earnings be distributed in the future.

Nortel is in the process of amending a number of previously filed tax returns as a result of the restatements of our financial statements. While most of the significant unamended tax returns reflected tax losses and Nortel does not expect any material impact to either tax expense or deferred tax liabilities, Nortel's Canadian provincial tax returns could result in an additional expense, when completed. Additionally, tax credit carryforward amounts of approximately $477 in respect of the 1994 through to 1997 taxation years have expired, and are not included in the deferred tax assets as of December 31, 2007. Nortel can restore a significant amount of the deferred tax assets by executing a certain tax planning strategy that involves filing amended tax returns.

HIGHLY CONFIDENTIAL    NNC-NNL06005571 / 128

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

As of December 31, 2007, Nortel had the following net operating and capital loss carryforwards and tax credits which are scheduled to expire in the following years:

|  | Net Operating Losses | Capital Losses[a] | Tax Credits[b] |
|---|---|---|---|
| 2008 - 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $    43 | $    26 | $    533 |
| 2011 - 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 58 | 10 | 304 |
| 2014 - 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 391 | 19 | 237 |
| 2020 - 2027 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,313 | — | 364 |
| Indefinitely . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,373 | 1,169 | 20 |
|  | $9,178 | $1,224 | $1,458 |

(a) The capital losses related primarily to the U.K. and may only be used to offset future capital gains. Nortel has recorded a full valuation allowance against this future tax benefit.

(b) Global investment tax credits of $29, $47 and $39 have been applied against the income tax provision in 2007, 2006 and 2005, respectively. Unused tax credits can be utilized to offset deferred taxes payable primarily in Canada.

## 8.   Employee benefit plans

Nortel maintains various retirement programs covering substantially all of its employees, consisting of defined benefit, defined contribution and investment plans.

Nortel has multiple capital accumulation and retirement programs: defined contribution and investment programs available to substantially all of its North American employees; the flexible benefits plan, which includes a group personal pension plan (the "Flexible Benefits Plan"), available to substantially all of its employees in the U.K.; and traditional defined benefit programs that are closed to new entrants. Although these programs represent Nortel's major retirement programs and may be available to employees in combination and/or as options within a program, Nortel also has smaller pension plan arrangements in other countries.

Nortel also provides other benefits, including post-retirement benefits and post-employment benefits. Employees previously enrolled in the capital accumulation and retirement programs offering post-retirement benefits are eligible for company sponsored post-retirement health care and/or death benefits, depending on age and/or years of service. Substantially all other employees have access to post-retirement benefits by purchasing a Nortel-sponsored retiree health care plan at their own cost.

Nortel's policy is to fund defined benefit pension and other post-retirement and post-employment benefits based on accepted actuarial methods as permitted by regulatory authorities. The funded amounts reflect actuarial assumptions regarding compensation, interest and other projections. Pension and other post-retirement and post-employment benefit costs reflected in the consolidated statements of operations are based on the projected benefit method of valuation. A measurement date of September 30 is used annually to determine pension and other post-retirement benefit measurements for the pension plans and other post-retirement benefit plans that make up the majority of plan assets and obligations.

In the second quarter of 2006, Nortel announced changes to its North American pension and post-retirement plans effective January 1, 2008. Nortel reallocated employees enrolled in its traditional defined benefit pension plans to defined contribution plans. In addition, Nortel eliminated post-retirement health care benefits for employees who were not age 50 with five years of service as of July 1, 2006.

For the 2007 year end measurement, the favorable impact of increases in discount rates, pension asset returns, and contributions made to the plans more than offset the unfavorable foreign currency exchange impact driven by the strengthening of the British Pound and Canadian Dollar against the U.S. Dollar and other actuarial assumptions. As a result, the unfunded status of Nortel's defined benefit plans and post-retirement plans decreased from $2,741 as of the measurement date of September 30, 2006 to $1,937 as of the measurement date of September 30, 2007.

In September 2006, the FASB issued SFAS No. 158, which requires an employer to recognize the overfunded or underfunded status of a defined benefit pension and post-retirement plan (other than a multiemployer plan) as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which the

HIGHLY CONFIDENTIAL                    NNC-NNL06005571 / 129

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

changes occur through comprehensive income of a business entity or changes in unrestricted net assets of a not-for-profit organization. SFAS 158 also requires an employer to measure the funded status of a plan as of the date of its year end statement of financial position, with limited exceptions. Nortel is required to initially recognize the funded status of its defined benefit pension and post-retirement plans and to provide the required disclosures as of December 31, 2006. The requirement to measure plan assets and benefit obligations as of the date of the employer's fiscal year end statement of financial position is effective for Nortel for its fiscal year ending December 31, 2008.

The effect of the initial adoption of SFAS 158 was as follows:

| | Before Application of SFAS 158 | Adjustment | After Application of SFAS 158 |
|---|---|---|---|
| Intangible assets — net | $ 262 | $ (21) | $ 241 |
| Other assets — long term | $ 686 | $ 3 | $ 689 |
| Deferred tax assets — long term | $ 3,803 | $ 60 | $ 3,863 |
| Payroll and benefit related liabilities — current | $ (868) | $ 228 | $ (640) |
| Other liabilities — long term | $(5,398) | $(412) | $(5,810) |
| Accumulated other comprehensive loss | $ 479 | $ 142 | $ 621 |

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 130

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

The following details the unfunded status of the defined benefit plans and post-retirement benefits other than pensions, and the associated amounts recognized in the consolidated balance sheets as of December 31:

| | Defined Benefit Plans | | Post-Retirement Benefits | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| **Change in benefit obligation:** | | | | |
| Benefit obligation — beginning | $ 9,210 | $ 8,952 | $ 670 | $ 883 |
| Service cost | 117 | 130 | 3 | 6 |
| Interest cost | 479 | 462 | 37 | 42 |
| Plan participants' contributions | 7 | 6 | 10 | 10 |
| Plan amendments | 1 | — | — | (63) |
| Actuarial loss (gain) | (664) | 40 | (7) | (170) |
| Special and contractual termination benefits[a] | 4 | 13 | — | — |
| Curtailments[a] | (1) | (337) | — | — |
| Benefits paid | (594) | (599) | (46) | (42) |
| Foreign exchange | 706 | 543 | 78 | 4 |
| Benefit obligation — ending | $ 9,265 | $ 9,210 | $ 745 | $ 670 |
| **Change in plan assets:** | | | | |
| Fair value of plan assets — beginning | $ 7,139 | $ 6,456 | $ — | $ — |
| Actual return on plan assets | 562 | 551 | — | — |
| Employer contributions | 353 | 323 | 36 | 32 |
| Plan participants' contributions | 7 | 6 | 10 | 10 |
| Benefits paid | (594) | (599) | (46) | (42) |
| Foreign exchange | 606 | 402 | — | — |
| Fair value of plan assets — ending | $ 8,073 | $ 7,139 | $ — | $ — |
| Funded status of the plans | $(1,192) | $(2,071) | $(745) | $(670) |
| Contributions after measurement date | 56 | 71 | 11 | 9 |
| Net amount recognized | $(1,136) | $(2,000) | $(734) | $(661) |
| Amounts recognized in the accompanying consolidated balance sheets consist of: | | | | |
| Other liabilities — long-term | $(1,109) | $(1,965) | $(692) | $(625) |
| Other liabilities — current | (49) | (40) | (42) | (36) |
| Other assets | 22 | 5 | — | — |
| Net amount recognized | $(1,136) | $(2,000) | $(734) | $(661) |
| Amounts recognized in accumulated other comprehensive income (loss) — before tax — consists of: | | | | |
| Prior service cost (credit) | $ 12 | $ 13 | $ (80) | $ (71) |
| Net actuarial loss (gain) | 816 | 1,475 | 16 | (2) |
| Net amount recognized | $ 828 | $ 1,488 | $ (64) | $ (73) |

(a) Curtailments and special and contractual termination benefits resulted from the 2006 and 2007 Restructuring Plan activity, as set out in note 6.

The accumulated benefit obligation for all defined benefit plans was $9,032 and $8,930 at December 31, 2007 and 2006, respectively. The following details selected information for defined benefit plans, all of which have accumulated benefit obligations in excess of the fair value of plan assets as of December 31:

| | 2007 | 2006 |
|---|---|---|
| Projected benefit obligation | $6,858 | $9,194 |
| Accumulated benefit obligation | $6,656 | $8,914 |
| Fair value of plan assets | $5,648 | $7,117 |

HIGHLY CONFIDENTIAL  NNC-NNL06005571 / 131

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

The following details the amounts recognized in other comprehensive income (loss), including foreign currency translation adjustments, for the years ended December 31:

| | Defined Benefit Pension Plans | | Post-Retirement Benefits | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Prior service cost (credit) | $  1 | $  — | $  — | $— |
| Amortization of prior service credit (cost) | (4) | — | 14 | — |
| Net actuarial loss (gain) | (750) | — | (10) | — |
| Amortization of net actuarial loss | (105) | — | — | — |
| Increase (decrease) in minimum pension liability adjustment included in other comprehensive income (loss) | — | (130) | — | — |
| Net recognized in other comprehensive income | $(858) | $(130) | $  4 | $— |

The amounts in accumulated other comprehensive income (loss) that are expected to be recognized as components of pension expense (credit) during the next fiscal year are as follows:

| | Defined Benefit Pension Plan | Post-Retirement Benefits | Total |
|---|---|---|---|
| Prior service cost (credit) | $ 4 | $(10) | $(6) |
| Net actuarial loss (gain) | $41 | $ — | $41 |

The following details the components of net pension expense, all related to continuing operations, and the underlying assumptions for the defined benefit plans for the years ended December 31:

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Pension expense:** | | | |
| Service cost | $ 117 | $ 130 | $ 123 |
| Interest cost | 479 | 462 | 458 |
| Expected return on plan assets | (504) | (457) | (405) |
| Amortization of prior service cost | 4 | 2 | 2 |
| Amortization of net losses | 105 | 130 | 118 |
| Curtailment losses (gains) | (1) | (6) | 12 |
| Special and contractual termination benefits | 4 | 13 | 21 |
| Net pension expense | $ 204 | $ 274 | $ 329 |
| **Weighted-average assumptions used to determine benefit obligations as of December 31:** | | | |
| Discount rate | 5.8% | 5.1% | 5.1% |
| Rate of compensation increase | 4.5% | 4.5% | 4.4% |
| **Weighted-average assumptions used to determine net pension expense for years ended December 31:** | | | |
| Discount rate | 5.1% | 5.1% | 5.7% |
| Expected rate of return on plan assets | 7.1% | 7.2% | 7.4% |
| Rate of compensation increase | 4.5% | 4.4% | 4.5% |

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following details the net cost components, all related to continuing operations, and underlying assumptions of post-retirement benefits other than pensions for the years ended December 31:

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Post-retirement benefit cost:** | | | |
| Service cost | $ 3 | $ 6 | $ 8 |
| Interest cost | 37 | 42 | 44 |
| Amortization of prior service cost | (14) | (5) | (4) |
| Amortization of net losses (gains) | — | 1 | 3 |
| Curtailment losses (gains) | — | (29) | — |
| Net post-retirement benefit cost | $ 26 | $ 15 | $ 51 |
| **Weighted-average assumptions used to determine benefit obligations as of December 31:** | | | |
| Discount rate | 5.8% | 5.4% | 5.4% |
| **Weighted-average assumptions used to determine net post-retirement benefit cost for years ended December 31:** | | | |
| Discount rate | 5.4% | 5.4% | 5.9% |
| Weighted-average health care cost trend rate | 6.6% | 8.0% | 7.8% |
| Weighted-average ultimate health care cost trend rate | 4.7% | 4.8% | 4.8% |

Assumed health care cost trend rates have a significant effect on the amounts reported for health care plans. A one percentage point change in assumed health care cost trend rates would have the following effects for the years ended December 31:

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Effect on aggregate of service and interest costs | | | |
| 1% increase | $ 3 | $ 4 | $ 5 |
| 1% decrease | $ (2) | $ (3) | $ (4) |
| Effect on accumulated post-retirement benefit obligations | | | |
| 1% increase | $ 43 | $ 43 | $ 86 |
| 1% decrease | $(36) | $(36) | $(70) |

As of December 31, 2007, the expected benefit payments for the next ten years for the defined benefit plans and the post-retirement benefits other than pensions are as follows, along with the expected reimbursement amounts related to the Medicare Prescription Drug, Improvement and Modernization Act of 2003 (the "MPDIM Act"):

| | Defined Benefit Plans | Post-Retirement Benefit Plans | Expected MPDIM Act Subsidy (Post-Retirement Benefit Plans) |
|---|---|---|---|
| 2008 | $ 540 | $ 53 | $ 2 |
| 2009 | $ 543 | $ 53 | $ 2 |
| 2010 | $ 552 | $ 54 | $ 2 |
| 2011 | $ 564 | $ 55 | $ 3 |
| 2012 | $ 579 | $ 55 | $ 3 |
| 2013-2017 | $3,076 | $273 | $20 |

130

HIGHLY CONFIDENTIAL          NNC-NNL06005571 / 133

NORTEL NETWORKS CORPORATION

Notes to Consolidated Financial Statements — (Continued)

The target investment allocation percentages for plan assets and the year end percentages based on actual asset balances of the defined benefit plans as of December 31 are as follows:

|  | 2007 | | 2006 | |
|---|---|---|---|---|
|  | Target | Actual | Target | Actual |
| Debt instruments | 46% | 44% | 43% | 43% |
| Equity securities | 52% | 53% | 56% | 54% |
| Other | 2% | 3% | 1% | 3% |

The primary investment performance objective is to obtain competitive rates of return on investments at or above their assigned benchmarks while minimizing risk and volatility by maintaining an appropriately diversified portfolio. The benchmarks selected are industry-standard and widely-accepted indices. The defined benefit plans maintain a long-term perspective in regard to investment philosophy and return expectations which are reflective of the fact that the liabilities of the defined benefit plans mature over an extended period of time. The investments have risk characteristics consistent with underlying defined benefit plan demographics and liquidity requirements, and are consistent and compliant with all regulatory standards.

The primary method of managing risk within the portfolio is through diversification among and within asset categories, and through the utilization of a wide array of active and passive investment managers. Broadly, the assets are allocated between debt and equity instruments. Included within the debt instruments are government and corporate fixed income securities, money market securities, mortgage-backed securities and inflation indexed securities. Generally, these debt instruments are considered investment grade. Included in equity securities are developed and emerging market stocks of companies at a variety of capitalization levels. The securities are predominantly publicly traded. The amount of employer and related-party securities that the defined benefit plans may hold is governed by the statutory limitations of the jurisdictions of the applicable plans. Included in equity securities of the defined benefit plans are Nortel Networks Corporation common shares, held directly or through pooled funds, with an aggregate market value of $2 (0.02% of total plan assets) and $4 (0.06% of total plan assets) as of December 31, 2007 and 2006, respectively.

As a policy, assets within the defined benefit plans are reviewed to the target allocations at least on a quarterly basis and adjustments made as appropriate. The plans commission periodic asset and liability studies to determine the optimal allocation of the portfolio's assets. These studies consider a variety of the plan characteristics, including membership, benefits and liquidity needs, and utilize mean-variance analysis of historic and projected investment returns to develop a range of acceptable asset mixes among a variety of asset classes.

To develop the expected long-term rate of return on assets assumption, Nortel considered the weighted-average historical returns and the future expectations for returns for each asset class.

Nortel expects to make cash contributions of approximately $270 in 2008 to the defined benefit plans and approximately $50 in 2008 to the post-retirement benefit plans.

Under the terms of certain defined contribution plans, eligible employees may contribute a portion of their compensation to an investment plan. Based on the specific program in which the employee is enrolled, Nortel matches a percentage of the employee's contributions up to a certain limit. In certain other defined contribution plans, Nortel contributes a fixed percentage of employees' eligible earnings to a defined contribution plan arrangement. The cost of these investment plans was $97, $99 and $87 for the years ended December 31, 2007, 2006 and 2005, respectively.

## 9. Acquisitions, divestitures and closures

### Acquisitions

#### Tasman Networks Inc.

On February 24, 2006, Nortel completed the acquisition of Tasman Networks, an established communication equipment provider that sells secure, high performance, wide area network IP routers and converged service routers, for approximately $99 in cash and assumed liabilities. The acquisition of Tasman Networks gives Nortel access to low-latency technology to handle packets in secure enterprise environments.

131

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Under the acquisition agreement, Nortel acquired 100% of the common and preferred shares of Tasman Networks and the working capital, property and equipment, contractual rights, licenses, operating leases, intellectual property and employees related to Tasman Networks' business. The purchase price allocation of $99 includes approximately $58 of intangible assets acquired and $2 in net liabilities assumed, with the remaining $43 (including $6 of acquisition costs) allocated to goodwill. The allocation of the purchase price is based on management's valuation of the assets acquired and liabilities assumed.

In connection with the acquisition, Nortel acquired technology that has been incorporated into certain of its existing router products. Tasman Networks' existing technology was valued to reflect the present value of the operating cash flows expected to be generated by the existing software technology after taking into account the cost to realize revenue from the technology, the relative risks of the product, and an appropriate discount rate to reflect the time value of invested capital. The fair value of the existing technology was determined to be $35. Tasman Networks had a new router product under development at the date of acquisition. Based on the stage of development of the product at the time of the valuation, and the expected applications of the router, Nortel valued this technology under development separately at $16 based on its expected cash flows, taking into account the cost to realize the revenue from the technology, the relative risk of the product and an appropriate discount rate to reflect the time value of invested capital. The fair value of the non-contractual and contractual customer relationships was similarly determined to be $7.

Certain other intangibles, such as non-competition agreements, trade names, patents and copyrights, were considered and concluded to not exist. None of the goodwill, intangibles or in-process research and development amounts is expected to be deductible for tax purposes.

The following table sets out the purchase price allocation information for Tasman Networks:

| | |
|---|---:|
| **Purchase price** | $ 99 |
| **Assets acquired:** | |
| Other assets — net | $ 6 |
| Intangible assets — net | 58 |
| Goodwill | 43 |
| | 107 |
| **Less liabilities assumed:** | |
| Trade and other accounts payable | 3 |
| Other accrued liabilities | 5 |
| | 8 |
| **Fair value of net assets acquired** | $ 99 |

The fair values and amortization periods of the intangible assets acquired are as follows:

| | Fair Value | Amortization Period (Years) |
|---|---:|---:|
| Existing router technology | $19 | 10 |
| Access router technology | 16 | 7 |
| In-process research and development ("IPR&D") | 16[(a)] | — |
| Non-contractual customer relationships | 7 | 8 |
| Total intangible assets | $58 | |

(a) Nortel expensed $16 for in-process research and development in the second quarter of 2006.

The results of operations of Tasman Networks have been consolidated into Nortel's results of operations as of February 24, 2006, and were not material to Nortel's consolidated results of operations.

132

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*LG-Nortel Co. Ltd. business venture*

On November 3, 2005, Nortel entered into a business venture with LG Electronics Inc. ("LGE"), named LG-Nortel Co. Ltd. ("LG-Nortel"). Certain assets of Nortel's South Korean distribution and services business were combined with the service business and certain assets of LGE's telecommunications infrastructure business. In exchange for a cash contribution of $155 paid to LGE, Nortel received 50% plus one share of the equity in LG-Nortel. LGE received 50% less one share of the equity in the business venture. The purpose of the business venture is to create a world-class telecommunications systems and related solutions supplier that leverages the product portfolio, quality, reputation, and global brands of Nortel and LGE. The business venture focuses primarily on providing solutions to the Korean carrier and enterprise market as well as leveraging LGE's technologies and products on a global scale. In conjunction with the formation of the business venture, certain related party agreements were entered into between LG-Nortel and Nortel, including those for product distribution, trademark licences and R&D services. As a result of the finalization of the purchase price adjustment, a net deferred tax liability of $8 was recognized due to differences between the adjusted value of the assets acquired and liabilities assumed and LG-Nortel's tax basis in those assets and liabilities.

The following table sets out the purchase price allocation information for LG-Nortel as at December 31, 2006:

| | |
|---|---:|
| **Purchase price** | $155 |
| **Assets acquired:** | |
| Accounts receivable — net | $165 |
| Other current assets | 26 |
| Investments | 14 |
| Plant and equipment — net | 17 |
| Intangible assets — net | 126 |
| Deferred income taxes — net | 2 |
| Other assets — net | 24 |
| | 374 |
| **Less liabilities assumed:** | |
| Trade and other accounts payable | 25 |
| Payroll and benefit-related liabilities | 12 |
| Other accrued liabilities | 11 |
| Deferred income taxes — net | 10 |
| Other liabilities | 61 |
| Minority interest | 100 |
| | 219 |
| **Fair value of net assets acquired** | $155 |

The estimated fair values and amortization periods of other intangible assets are as follows:

| | Fair Value | Amortization Period (Years) |
|---|---:|---|
| Customer relationships | $ 56 | 5 to 9 |
| Patents | 29 | 10 |
| Existing technologies | 11 | 2 to 7 |
| Trademark licensing agreement | 9 | 5 |
| Goodwill | 8 | — |
| IPR&D | 5 | 1 |
| Other | 8 | 5 |
| Total intangible assets | $126 | |

Intangible assets acquired by Nortel relating to the business venture consisted of existing technology and related rights, customer contracts and relationships, in-process research and development, patents and trademark licensing agreements. Upon valuation of this acquisition, existing technology and customer relationships have been valued at $11 and $56,

133

HIGHLY CONFIDENTIAL    NNC-NNL06005571 / 136

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

respectively, under the income approach which reflects the present value of the operating cash flows generated after taking into account the cost to realize the revenue from the product, the relative risks of the product, and an appropriate discount rate to reflect the time value of invested capital. In-process research and development, which comprised a total of six projects expected to continue at the acquisition date, was valued under the cost approach at $5. Patents were valued at an appraisal value of $29 under the income approach. There were two trademark licensing agreements granted to LG-Nortel: one from Nortel which allows the worldwide non-exclusive use of the 'Nortel' trademark and the other from LGE which allows the worldwide non-exclusive use of the 'LG' trademark. The expected value of the benefits of selling products under the LG-Nortel trademark was established at $9 using the differential licensing fee approach. This difference in licensing rates was tax-affected and the after-tax cash flows were discounted at an appropriate rate.

Separately, LGE is entitled to payments from Nortel over a two-year period based on the achievement by LG-Nortel of certain business goals related to the 2006 and 2007 fiscal years, of up to a maximum of $80. Nortel and LGE agreed that the payment related to the 2006 fiscal year was $29 and this amount was recognized and paid in 2007. Nortel has accrued $51 with respect to the balance of its obligations. As at December 31, 2007, this resulted in additional goodwill of $18.

The consolidated financial statements of Nortel include LG-Nortel's operating results from the date of Nortel's acquisition of its interest in the business venture. Previously, Nortel disclosed LG-Nortel as a VIE under FIN 46R. This initial determination was based on a preliminary assessment that the manufacturing agreement between LG-Nortel and LGE contained below-market pricing, which was considered to be additional subordinated financial support under FIN 46R. Upon finalization of the valuations performed during 2006, it was determined that the pricing terms in this agreement are at fair value. Therefore, LG-Nortel is not a VIE, and accordingly is being consolidated under Accounting Research Bulletin No. 51, "Consolidated Financial Statements", based on Nortel's voting interests.

### Nortel Government Solutions Incorporated

On June 3, 2005, Nortel Networks Inc. ("NNI"), an indirect subsidiary of Nortel, indirectly acquired approximately 26,693,725 shares of NGS, representing approximately 95.6% of the outstanding shares of common stock of NGS, through a cash tender offer at a price of $15.50 per share. The aggregate cash consideration in connection with the acquisition of NGS (including $33 paid on June 9, 2005, with respect to stock options) was approximately $449, including estimated costs of acquisition of $8. Nortel acquired more than 90% of the outstanding shares of NGS pursuant to the tender offer. Any shares that were not purchased in the tender offer ceased to be outstanding and were converted into the right to receive cash in the amount of $15.50 per share.

NGS provides professional technology services that enable government entities to use the Internet to enhance productivity and improve services to the public. NGS's primary customers are executive agencies and departments of the U.S. Federal Government, the U.S. Federal Judiciary and prime contractors to the U.S. government. Nortel expects the NGS acquisition to allow Nortel to pursue opportunities in areas that complement Nortel's existing products and to increase its competitiveness in the government market. In order to comply with the U.S. National Industrial Security Program and to mitigate foreign ownership, control or influence, voting control of NGS must be vested in citizens of the U.S. Accordingly, proxy holders for Nortel's shares of NGS have been appointed and approved by the U.S. Defense Security Service. In accordance with a proxy agreement executed in July 2005, the proxy holders exercise all prerogatives of ownership with complete freedom to act independently and have assumed full responsibility for the voting stock. Notwithstanding, for accounting purposes, Nortel has determined that NGS is a VIE and Nortel is the primary beneficiary (see note 14).

This acquisition was accounted for using the purchase method. Nortel has recorded approximately $278 of non-amortiz-able intangible assets associated with the acquisition of NGS, which assets consist solely of goodwill. The goodwill of NGS is not deductible for tax purposes, and has been allocated to Nortel's "Other" and "Enterprise Solutions" reportable segments.

The allocation of the purchase price presented below is based on management's best estimate of the relative values of the assets acquired and liabilities assumed in the NGS acquisition.

134

HIGHLY CONFIDENTIAL

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

The following table sets out the purchase price allocation information for the NGS acquisition:

| | |
|---|---:|
| Purchase price | $449 |
| **Assets acquired:** | |
| Cash and cash equivalents | $ 26 |
| Accounts receivable — net | 65 |
| Other current assets | 34 |
| Investments | 8 |
| Plant and equipment — net | 32 |
| Intangible assets — net | 84 |
| Goodwill | 278 |
| Other assets | 5 |
| | 532 |
| **Less liabilities assumed:** | |
| Trade and other accounts payable | 6 |
| Payroll and benefit-related liabilities | 24 |
| Other accrued liabilities | 17 |
| Long-term debt | 33 |
| Other liabilities | 3 |
| | 83 |
| Fair value of net assets acquired | $449 |

As a result of the acquisition of NGS, a net deferred tax liability of $23 was recognized due to differences between the estimated fair value of assets acquired and liabilities assumed, and NGS's tax basis in those assets and liabilities. This deferred tax liability is fully offset, however, by an adjustment to Nortel's deferred tax valuation allowance because Nortel will be able to offset the tax liability by drawing down previously unrecognized loss carryforwards.

The estimated fair values and amortization periods of other intangible assets are as follows:

| | Fair Value | Amortization Period (Years) |
|---|---:|---:|
| Trade name | $ 3 | 1 |
| Software licenses | 1 | 5 |
| Customer contracts and relationships | 80 | 10 |
| Total other intangible assets | $84 | |

The consolidated financial statements of Nortel include NGS's operating results from the date of the acquisition. The following unaudited pro forma information presents a summary of consolidated results of operations of Nortel and NGS as if the acquisition had occurred on January 1, 2005, with pro forma adjustments to give effect to amortization of intangible assets and certain other adjustments:

| | 2005 |
|---|---:|
| Revenues | $10,618 |
| Net earnings (loss) | $ (2,619) |
| Basic and diluted earnings (loss) per common share | $ (6.03) |

### Divestitures

#### UMTS access business divestiture

On December 31, 2006, Nortel completed the sale of substantially all its assets and liabilities related to its UMTS access products and services to Alcatel-Lucent. The sale, structured as an asset and share transaction, resulted in gross proceeds of $320, adjusted primarily for warranty liabilities, for net proceeds of $306 all of which were received in the fourth

135

**NORTEL NETWORKS CORPORATION**

Notes to Consolidated Financial Statements — (Continued)

quarter of 2006. In addition, Nortel provided Alcatel-Lucent with a $23 promissory note in lieu of transferring working capital, which was paid in the first quarter of 2007. The proceeds are subject to post-closing adjustments for the finalization of the book value of the assets transferred and liabilities assumed by Alcatel-Lucent which are not expected to be significant.

As a result of the sale, Nortel transferred $65 in net assets comprised primarily of fixed assets and inventory, substantially all existing UMTS access contracts, intellectual property, and approximately 1,700 employees attributed to the UMTS access products. Additionally, Nortel wrote off net assets of $18 related primarily to unbilled receivables, goodwill, prepaid assets and deferred revenue and costs, and additional liabilities of $26 were recorded, relating to transaction costs payable to Alcatel-Lucent. Nortel retained its existing LG-Nortel UMTS access customer contracts and will source the UMTS access products and services from Alcatel-Lucent.

Nortel and Alcatel-Lucent have also agreed to provide certain transitional services to each other in order to facilitate the various aspects of the divestiture. Nortel has committed to provide R&D, manufacturing and real estate transition services in addition to providing Alcatel-Lucent the right to use all proprietary intellectual property used in Nortel UMTS access products and services which are also common to other Nortel products and services. In addition, Alcatel-Lucent has options to extend its license rights to other Nortel Long Term Evolution related and GSM technology for consideration of $50 and $15, respectively. These options expire on December 31, 2008 and December 31, 2010, respectively.

Nortel recorded a net gain of $166 and deferred income of $5 primarily due to contingent liabilities related to a loss-sharing arrangement based on the 2007 operating results for Alcatel-Lucent.

As a result of post-closing adjustments during 2007, Nortel recorded an adjustment to the net assets transferred of $3 and realized an additional net gain of $10.

*Manufacturing operations*

In 2004, Nortel entered into an agreement with Flextronics for the divestiture of substantially all of Nortel's remaining manufacturing operations and related activities, including certain product integration, testing, repair operations, supply chain management, third party logistics operations and design assets. Nortel and Flextronics have also entered into a four-year supply agreement for manufacturing services (whereby after completion of the transaction, Flextronics manages in excess of $2,000 of Nortel's annual cost of revenues) and a three-year supply agreement for design services. Commencing in the fourth quarter of 2004 and throughout 2005, Nortel completed the transfer to Flextronics of certain of Nortel's optical design activities in Ottawa, Canada and Monkstown, Northern Ireland and its manufacturing activities in Montreal and Calgary in Canada and Chateaudun in France.

The sale agreement with Flextronics resulted in the transfer of approximately 2,100 employees to Flextronics. Nortel has received $599 of gross proceeds as of December 31, 2007. On October 18, 2006, Nortel signed amendments to various agreements with Flextronics, including the sale agreement, and the supply and design services agreements to restructure Nortel's purchase commitments and increase Nortel's obligation to reimburse Flextronics for certain costs associated with the transaction. Nortel received the final payment of $79 from Flextronics during 2006, which has been offset by cash outflows attributable to direct transaction costs and other costs associated with the transaction.

As of December 31, 2007, Nortel had transferred approximately $404 of inventory and equipment to Flextronics relating to the transfer of the optical design activities in Monkstown, Northern Ireland and Ottawa, Canada and the manufacturing activities in Montreal and Calgary in Canada and Chateaudun, France. Flextronics had the ability to exercise its unilateral rights to return certain inventory and equipment to Nortel after the expiration of a specified period following each respective transfer date of the activities at the aforementioned facilities (up to fifteen months). Flextronics has exercised all of its rights with respect to the inventory and equipment as at December 31, 2007, and as a result, Nortel retained $10 of inventory and equipment. Nortel has recognized a gain of $21 on this transaction as of December 31, 2007 as a result of the expiration and satisfaction of the rights held by Flextronics described above.

136

HIGHLY CONFIDENTIAL

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

### 10. Long-term debt

#### Long-term debt

The following table shows the components of long-term debt as of December 31:

| | 2007 | 2006 |
|---|---|---|
| 4.25% Convertible Senior Notes due September 1, 2008 | $ 675 | $1,800 |
| LIBOR + 4.25% Floating Rate Notes due July 15, 2011 | 1,000 | 1,000 |
| 1.75% Convertible Senior Notes due April 15, 2012 | 575 | — |
| 10.125% Fixed Rate Notes due July 15, 2013 | 550 | 550 |
| 2.125% Convertible Senior Notes due April 15, 2014 | 575 | — |
| 10.75% Fixed Rate Notes due July 15, 2016 | 450 | 450 |
| 6.875% Notes due September 1, 2023 | 200 | 200 |
| 7.875% Notes due June 15, 2026[a] | 150 | 150 |
| Other long-term debt with various repayment terms and a weighted-average interest rate of 7.17% for 2007 and 4.77% for 2006 | 4 | 5 |
| Fair value adjustment attributable to hedged debt obligations | 20 | (1) |
| Obligation associated with a consolidated VIE with interest rate of 4.60% for 2007 and 3.7% for 2006 | 92 | 87 |
| Obligations under capital leases and sale leasebacks with a weighted-average interest rate of 9.16% for 2007 and 8.48% for 2006 | 223 | 223 |
| | 4,514 | 4,464 |
| Less: Long-term debt due within one year | 698 | 18 |
| Long-term debt | $3,816 | $4,446 |

(a) Notes were issued by Nortel Networks Capital Corporation, an indirect wholly owned finance subsidiary of NNL, and are fully and unconditionally guaranteed by NNL.

As of December 31, 2007, the amounts of long-term debt payable for each of the years ending December 31 consisted of:

| | |
|---|---|
| 2008 | $ 698 |
| 2009 | 23 |
| 2010 | 24 |
| 2011 | 1,024 |
| 2012 | 601 |
| Thereafter | 2,144 |
| Total long-term debt payable | $4,514[a] |

(a) Includes $70 of long-term debt related to sale lease-backs with continuing involvement. See note 13 for additional information.

#### Credit facility

On February 14, 2006, Nortel's indirect subsidiary, NNI, entered into a one-year credit facility in the aggregate principal amount of $1,300 (the "2006 Credit Facility"). This facility consisted of (i) a senior secured one-year term loan facility in the amount of $850, and (ii) a senior unsecured one-year term loan facility in the amount of $450. On July 5, 2006, the total amount owing under the 2006 Credit Facility was repaid using the net proceeds from the issuance of the July 2006 Notes (as defined below) and the facility, the guarantee agreement and all of the collateral arrangements securing it and Nortel's and NNL's public debt were terminated.

#### Senior notes offering

On July 5, 2006, NNL completed an offering of $2,000 aggregate principal amount of senior notes (the "July 2006 Notes") to qualified institutional buyers pursuant to Rule 144A and to persons outside the U.S. pursuant to Regulation S under the U.S. Securities Act of 1933, as amended (the "Securities Act"). The July 2006 Notes consist of $450 of senior

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 140

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

fixed rate notes due 2016 (the "2016 Fixed Rate Notes"), $550 of senior fixed rate notes due 2013 (the "2013 Fixed Rate Notes") and $1,000 of floating rate senior notes due 2011 (the "2011 Floating Rate Notes"). The 2016 Fixed Rate Notes bear interest at a rate per annum of 10.75% payable semi-annually, the 2013 Fixed Rate Notes bear interest at a rate per annum of 10.125%, payable semi-annually, and the 2011 Floating Rate Notes bear interest at a rate per annum, reset quarterly, equal to the reserve-adjusted LIBOR plus 4.25%, payable quarterly. As of December 31, 2007, the 2011 Floating Rate Notes had an interest rate of 9.4925% per annum.

NNL may redeem all or a portion of the 2016 Fixed Rate Notes at any time on or after July 15, 2011, at specified redemption prices ranging from 105.375% to 100% of the principal amount thereof plus accrued and unpaid interest. In addition, NNL may redeem all or a portion of the 2013 Fixed Rate Notes at any time and, prior to July 15, 2011, all or a portion of the 2016 Fixed Rate Notes, at a price equal to 100% of the principal amount thereof plus a "make-whole" premium. On or prior to July 15, 2009, NNL may also redeem up to 35% of the original aggregate principal amount of any series of July 2006 Notes with proceeds of certain equity offerings at a redemption price equal to (i) in the case of the 2016 Fixed Rate Notes, 110.750% of the principal amount thereof, (ii) in the case of the 2013 Fixed Rate Notes, 110.125% of the principal amount thereof and (iii) in the case of the 2011 Floating Rate Notes, 100% of the principal amount so redeemed plus a premium equal to the interest rate per annum of such 2011 Floating Rate Notes applicable on the date of redemption, in each case plus accrued and unpaid interest, if any. In the event of certain changes in applicable withholding taxes, NNL may redeem each series of July 2006 Notes in whole, but not in part.

Upon a change of control, NNL is required within 30 days to make an offer to purchase the July 2006 Notes then outstanding at a purchase price equal to 101% of the principal amount of the July 2006 Notes plus accrued and unpaid interest. A "change of control" is defined in the indenture governing the July 2006 Notes (the "Note Indenture") as, among other things, the filing of a Schedule 13D or Schedule TO under the Securities Exchange Act of 1934, as amended, by any person or group unaffiliated with Nortel disclosing that such person or group has become the beneficial owner of a majority of the voting stock of Nortel or has the power to elect a majority of the members of the Board of Directors of Nortel, or Nortel ceasing to be the beneficial owner of 100% of the voting power of the common stock of NNL.

In connection with the issuance of the July 2006 Notes, Nortel, NNL and NNI entered into a registration rights agreement with the initial purchasers of the July 2006 Notes and are obligated under that agreement to use their reasonable best efforts to file with the SEC, and cause to become effective, a registration statement relating to the exchange of the July 2006 Notes within certain time periods, failing which holders of the July 2006 Notes would have been entitled to payment of certain additional interest. Nortel filed a registration statement on Form S-4 with the SEC on September 11, 2007, which was declared effective on December 21, 2007.

The Note Indenture and related guarantees contain various covenants that limit Nortel's and NNL's ability to (i) create liens (other than certain permitted liens) against assets of Nortel, NNL and its restricted subsidiaries to secure funded debt in excess of certain permitted amounts without equally and ratably securing the July 2006 Notes and (ii) merge, consolidate and sell or otherwise dispose of substantially all of the assets of any of Nortel, NNL and, so long as NNI is a guarantor of the July 2006 Notes, NNI unless the surviving entity or purchaser of such assets assumes the obligations of Nortel, NNL or NNI, as the case may be, under the July 2006 Notes and related guarantees, and no default exists under the Note Indenture after giving effect to such merger, consolidation or sale.

In addition, the Note Indenture and related guarantees contain covenants that, at any time that the July 2006 Notes do not have an investment grade rating, limit Nortel's ability to incur, assume, issue or guarantee additional funded debt (including capital leases) and certain types of preferred stock, or repurchase, redeem, retire or pay any dividends in respect of any Nortel Networks Corporation common shares or NNL preferred stock, in excess of certain permitted amounts or incur debt that is subordinated to any other debt of Nortel, NNL or NNI, without having that new debt be expressly subordinated to the July 2006 Notes and the guarantees. At any time that the July 2006 Notes do not have an investment grade rating, Nortel's ability to incur additional indebtedness is tied to an Adjusted EBITDA to fixed charges ratio of at least 2.00 to 1.00, except that Nortel may incur certain debt and make certain restricted payments without regard to the ratio up to certain permitted amounts. "Adjusted EBITDA" is generally defined as consolidated earnings before interest, taxes, depreciation and amortization, adjusted for certain restructuring charges and other one-time charges and gains that will be excluded from the calculation of Adjusted EBITDA. "Fixed charges" is defined in the Note Indenture as consolidated interest expense plus dividends paid on certain preferred stock.

HIGHLY CONFIDENTIAL          NNC-NNL06005571 / 141

### NORTEL NETWORKS CORPORATION

#### Notes to Consolidated Financial Statements — (Continued)

Following the issuance of the July 2006 Notes, Nortel entered into interest rate swaps to convert the fixed interest rate exposure under the 2016 Fixed Rate Notes and the 2013 Fixed Rate Notes to a floating rate (see note 11 for further details).

NNL used $1,300 of the net proceeds from the issuance of the July 2006 Notes to repay the 2006 Credit Facility and used the remainder for general corporate purposes, including to replenish cash outflows of $150 used to repay at maturity the outstanding aggregate principal amount of the 7.40% notes due June 15, 2006, and $575, plus accrued interest, deposited into escrow on June 1, 2006, pursuant to the Global Class Action Settlement (as defined in note 20).

*Convertible notes offering*

On August 15, 2001, Nortel completed an offering of $1,800 of 4.25% Convertible Senior Notes, due on September 1, 2008 (the "4.25% Notes due 2008"). The 4.25% Notes due 2008 pay interest on a semi-annual basis on March 1 and September 1, which began March 1, 2002. The 4.25% Notes due 2008 are convertible at any time by holders into Nortel Networks Corporation common shares, at an initial conversion price of $10 per common share, subject to adjustment upon the occurrence of certain events. Nortel's 1 for 10 common share consolidation on December 1, 2006 increased the initial conversion price to $100 from $10 and decreased the number of Nortel Networks Corporation common shares that could be issued upon the exercise of conversion rights under the 4.25% Notes due 2008 from 180 million Nortel Networks Corporation common shares to 18 million Nortel Networks Corporation common shares. Nortel may redeem some or all of the 4.25% Notes due 2008 in cash at any time at a redemption price of 100.708% until August 31, 2007, and 100% thereafter, plus accrued and unpaid interest and additional interest, if any, to the date of the redemption. In addition, Nortel may be required to redeem the 4.25% Notes due 2008 in cash and/or Nortel Networks Corporation common shares under certain circumstances such as a change in control, or Nortel may redeem the 4.25% Notes due 2008 at its option under certain circumstances such as a change in the applicable Canadian withholding tax legislation. NNL has fully and unconditionally guaranteed the 4.25% Notes due 2008. The guarantee is a direct, unconditional and unsubordinated obligation of NNL.

On March 28, 2007, Nortel completed an offering of $1,150 aggregate principal amount of unsecured convertible senior notes (the "Convertible Notes") to repay a portion of the 4.25% Notes due 2008. The offering was made to qualified institutional buyers pursuant to Rule 144A under the Securities Act, and in Canada to qualified institutional buyers that are also accredited investors pursuant to applicable Canadian private placement exemptions. The Convertible Notes consist of $575 principal amount of Senior Convertible Notes due 2012 (the "2012 Notes") and $575 of Senior Convertible Notes due 2014 (the "2014 Notes"). In each case, the principal amount of Convertible Notes includes $75 issued pursuant to the exercise in full of the over-allotment options granted to the initial purchasers. The 2012 Notes pay interest semi-annually at a rate per annum of 1.75% and the 2014 Notes pay interest semi-annually at a rate per annum of 2.125%.

The 2012 Notes and 2014 Notes are each convertible into Nortel Networks Corporation common shares at any time based on an initial conversion rate of 31.25 Nortel Networks Corporation common shares per $1,000.00 principal amount of Convertible Notes (which is equal to an initial conversion price of $32.00 per common share). This rate is not considered to represent a beneficial conversion option. In each case, the conversion rate is subject to adjustment if certain events occur, such as a change of control. Holders who convert their Convertible Notes in connection with certain events that result in a change in control may be entitled to a "make-whole" premium in the form of an increase in the conversion rate.

Upon a change of control, Nortel would be required to offer to repurchase the Convertible Notes for cash at 100% of the outstanding principal amount thereof plus accrued and unpaid interest and additional interest, if any, up to but not including the date of repurchase.

Nortel may redeem in cash the 2012 Notes and the 2014 Notes at any time on or after April 15, 2011 and April 15, 2013, respectively, at repurchase prices equal to 100.35% and 100.30% of their outstanding principal amounts, respectively, plus accrued and unpaid interest and any additional interest up to but excluding the applicable redemption date. Nortel may redeem each series of Convertible Notes at any time in cash at a repurchase price equal to 100% of the aggregate principal amount, together with accrued and unpaid interest and any additional interest to the redemption date, in the event of certain changes in applicable Canadian withholding taxes.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 142

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The Convertible Notes are fully and unconditionally guaranteed by NNL and initially guaranteed by NNI. The Convertible Notes are senior unsecured obligations of Nortel and rank pari passu with all of its other senior obligations. Each guarantee is the senior unsecured obligation of the respective guarantor and ranks pari passu with all other senior obligations of that guarantor.

In connection with the issuance of the Convertible Notes, Nortel, NNL and NNI entered into a registration rights agreement obligating Nortel to file with the SEC, prior to or on October 5, 2007, and to use its reasonable best efforts to cause to become effective prior to or on January 5, 2008, a resale shelf registration statement covering the Convertible Notes, the related guarantees and the Nortel Networks Corporation common shares issuable upon conversion of the Convertible Notes. Holders of the Convertible Notes will be entitled to the payment of certain additional interest if any of the conditions above, or certain other conditions, are not met. Nortel filed a resale shelf registration statement on Form S-3 with the SEC on September 24, 2007, which was declared effective on December 21, 2007.

The net proceeds from the sale of the Convertible Notes was approximately $1,127 after deducting commissions payable to the initial purchasers and other offering expenses. On September 28, 2007, Nortel redeemed at par value $1,125, plus accrued and unpaid interest, of its $1,800 outstanding principal amount of 4.25% Notes due 2008. As at December 31, 2007 the outstanding $675 principal amount of 4.25% Notes due 2008 has been reclassified as long-term debt due within one year.

### 11. Financial instruments and hedging activities

#### Risk management

Nortel's net earnings (loss) and cash flows may be negatively impacted by fluctuation in interest rates, foreign exchange rates and equity prices. To effectively manage these market risks, Nortel enters into foreign currency forwards, foreign currency swaps, foreign currency option contracts, interest rate swaps and equity forward contracts. Nortel does not hold or issue derivative financial instruments for trading purposes.

#### Foreign currency risk

Nortel enters into option contracts to limit its exposure to exchange fluctuations on future revenue or expenditure streams expected to occur within the next twelve months, and forward contracts, which are denominated in various currencies, to limit its exposure to exchange fluctuations on existing assets and liabilities and on future revenue or expenditure streams expected to occur within the next twelve months. If option and forward contracts meet specified criteria they are designated as cash flow hedges to hedge currency exposures in future revenue or expenditure streams. Option and forward contracts that do not meet the criteria for hedge accounting are also used to economically hedge the impact of fluctuations in exchange rates on existing assets and liabilities and on future revenue and expenditure streams.

As at December 31, 2007, no cash flow hedges have met the criteria for hedge accounting and therefore are considered non-designated hedging strategies in accordance with SFAS 133.

The following table provides the total notional amounts of the purchase and sale of currency options and forward contracts as of December 31:

| | 2007[a] | | | 2006[b] | | |
|---|---|---|---|---|---|---|
| | Buy | Sell | Net Buy / (Sell) | Buy | Sell | Net Buy / (Sell) |
| **Options[c]:** | | | | | | |
| Canadian Dollar | $ 27 | $ 27 | $ 0 | $ 0 | $ 0 | $ 0 |
| **Forwards[c]:** | | | | | | |
| Canadian Dollar | $ 130 | $ 398 | $ (268) | $ 395 | $427 | $ (32) |
| British Pound | £745 | £262 | £483 | £626 | £24 | £602 |
| Euro | 22€ | 5€ | 17€ | 22€ | 44€ | (22€) |
| Other (U.S. Dollar) | $ 0 | $ 14 | $ (14) | $ 0 | $ 33 | $ (33) |

(a) All notional amounts of option and forward contracts will mature no later than the end of 2008.

(b) All notional amounts of option and forward contracts matured no later than the end of 2007.

(c) All amounts are stated in source currency.

Nortel did not execute any foreign currency swaps in 2007 and had no such agreements in place as of December 31, 2007.

HIGHLY CONFIDENTIAL　　　　NNC-NNL06005571 / 143

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Interest rate risk*

Nortel enters into interest rate swap contracts to minimize the impact of interest rate fluctuations on the fair value of its long-term debt. These contracts swap fixed interest rate payments for floating rate payments and certain swaps are designated as fair value hedges. The fair value adjustment related to the effective portion of interest rate swaps and the corresponding fair value adjustment to the hedged debt obligation included within long-term debt are recorded to interest expense within the consolidated statements of operations. These swap contracts have remaining terms to maturity of up to nine years.

A portion of Nortel's long-term debt is subject to changes in fair value resulting from changes in market interest rates. Nortel has hedged a portion of this exposure to interest rate volatility using fixed for floating interest rate swaps. On July 5, 2006, Nortel entered into interest rate swaps to convert the fixed interest rate exposure under the 2016 Fixed Rate Notes and the 2013 Fixed Rate Notes to a floating rate equal to LIBOR plus 4.9% and LIBOR plus 4.4%, respectively. Nortel entered into these interest rate swaps to minimize the impact of interest rate volatility on the consolidated statements of operations. Nortel is assessing hedge effectiveness in accordance with SFAS 133. Nortel has concluded that this hedging strategy is effective at offsetting changes in the fair value of the 2013 Fixed Rate Notes. The interest rate swap hedging the 2016 Fixed Rate Notes has not met the hedge effectiveness criteria and remained a non-designated hedging strategy as of December 31, 2007. The cumulative impact to net earnings was a $16 gain for the year ended December 31, 2007.

The following table provides a summary of interest rate swap contracts and their aggregated weighted-average rates as of December 31:

|  | 2007 | 2006 |
| --- | --- | --- |
| **Interest rate swap contracts:** | | |
| Received-fixed swaps — notional amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,000 | $1,000 |
| Average fixed rate received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10.4% | 10.4% |
| Average floating rate paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8.9% | 10.0% |

*Equity price risk*

From time to time, Nortel enters into equity forward contracts to hedge the variability in future cash flows associated with certain compensation obligations that vary based on future Nortel Networks Corporation common share prices. As of December 31, 2007, Nortel did not have any equity forward contracts outstanding.

*Fair value*

The estimated fair values of Nortel's outstanding financial instruments approximate amounts at which they could be exchanged in a current transaction between willing parties. The fair values are based on estimates using present value and other valuation techniques that are significantly affected by the assumptions used concerning the amount and timing of estimated future cash flows and discount rates that reflect varying degrees of risk. Specifically, the fair value of interest rate swaps and forward contracts reflected the present value of the expected future cash flows if settlement had taken place on December 31, 2007 and 2006; the fair value of option contracts reflected the cash flows due to or by Nortel if settlement had taken place on December 31, 2007 and 2006; and the fair value of long-term debt instruments reflected a current yield valuation based on observed market prices as of December 31, 2007 and 2006. Accordingly, the fair value estimates are not necessarily indicative of the amounts that Nortel could potentially realize in a current market exchange.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 144

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

The following table provides the carrying amounts and fair values for financial assets and liabilities for which fair value differed from the carrying amount and fair values recorded for derivative financial instruments in accordance with SFAS 133 as of December 31:

| | 2007 | | 2006 | |
| --- | --- | --- | --- | --- |
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| **Financial liabilities:** | | | | |
| Long-term debt due within one year | $ 698 | $ 688 | $ 18 | $ 17 |
| Long-term debt | $3,816 | $3,491 | $4,446 | $4,486 |
| **Derivative financial instruments net asset (liability) position:** | | | | |
| Interest rate swap contracts[a] | $ 61 | $ 61 | $ 23 | $ 23 |
| Forward and option contracts[b] | $ (17) | $ (17) | $ 26 | $ 26 |
| **Other** | | | | |
| Warrants | $ 5 | $ 5 | $ 11 | $ 11 |

(a) Recorded in other assets.

(b) Comprised of other assets of $14 and other liabilities of $31 as of December 31, 2007, and other assets of $41 and other liabilities of $15 as of December 31, 2006.

### Concentrations of risk

Nortel from time to time uses derivatives ("financial instruments") to limit exposures related to foreign currency, interest rate and equity price risk. Credit risk on these financial instruments arises from the potential for counterparties to default on their contractual obligations to Nortel. Nortel is exposed to credit risk in the event of non-performance, but does not anticipate non-performance by any of the counterparties to its financial instruments. Nortel limits its credit risk by dealing with counterparties that are considered to be of reputable credit quality. The maximum potential loss on all financial instruments may exceed amounts recognized in the consolidated financial statements of $77, due to the risk associated with such financial instruments. Nortel's maximum exposure to credit loss in the event of non-performance by a counterparty to a financial instrument is limited to those financial instruments that had a positive fair value of $106 as of December 31, 2007. Nortel's cash and cash equivalents are maintained with several financial institutions in the form of short term money market instruments, the balances of which, at times, may exceed the amount of insurance provided on such deposits. Generally, these deposits may be redeemed upon demand and are maintained with financial institutions with reputable credit and therefore are expected to bear minimal credit risk. Nortel seeks to mitigate such risks by spreading its risk across multiple counterparties and monitoring the risk profiles of these counterparties.

Nortel performs ongoing credit evaluations of its customers and, with the exception of certain financing transactions, does not require collateral from its customers. Nortel's customers are primarily in the enterprise and service provider markets. Nortel's global orientation has resulted in a large number of diverse customers which minimizes concentrations of credit risk.

Nortel receives certain of its components from sole suppliers. Additionally, Nortel relies on a limited number of contract manufacturers and suppliers to provide manufacturing services for its products. The inability of a contract manufacturer or supplier to fulfill supply requirements of Nortel could materially impact future operating results.

### Transfers of receivables

In 2007, 2006 and 2005, Nortel entered into various agreements to transfer certain of its receivables. These receivables were transferred at discounts of $2, $12 and $19 from book value for the years ended December 31, 2007, 2006 and 2005, respectively, at annualized discount rates of approximately 0% to 8%, 0% to 8% and 2% to 8% for the years ended December 31, 2007, 2006 and 2005, respectively. Certain receivables have been sold with limited recourse for each of the years ended December 31, 2007, 2006 and 2005.

Under certain agreements, Nortel has continued as servicing agent and/or has provided limited recourse. The fair value of these servicing obligations is based on the market value of servicing the receivables, historical payment patterns and appropriate discount rates as applicable. Generally, trade receivables that are sold do not experience prepayments. Also,

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 145

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

Nortel has not historically experienced significant credit losses with respect to receivables sold with limited recourse and, as such, no liability was recognized.

As of December 31, 2007 and 2006, total accounts receivable transferred and under Nortel's management were $45 and $204, respectively.

There is a possibility that the actual performance of receivables or the cost of servicing the receivables will differ from the assumptions used to determine fair values at the transfer date and at each reporting date. Assuming hypothetical, simultaneous, unfavorable variations of up to 20% in credit losses, discount rate used and cost of servicing the receivables, the pre-tax impact on the value of the retained interests and servicing assets would not be significant.

Proceeds from receivables for the years ended December 31 were as follows:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Proceeds from new transfers of financial assets | $ 43 | $202 | $298 |
| Proceeds from collections reinvested in revolving period transfers | $ 12 | $189 | $260 |
| Repurchases of receivables | $(39) | $(26) | $ — |

## 12. Guarantees

Nortel has entered into agreements that contain features which meet the definition of a guarantee under FIN 45 as described in note 2. As of December 31, 2007, Nortel had accrued $1 in respect of its non-contingent obligations associated with these agreements and $9 with respect to its contingent obligations that are considered probable to occur. A description of the major types of Nortel's outstanding guarantees as of December 31, 2007 is provided below:

### (a) Business sale and business combination agreements

(i) In connection with agreements for the sale of portions of its business, including certain discontinued operations, Nortel has typically retained the liabilities that relate to business events occurring prior to the sale, such as tax, environmental, litigation and employment matters. Nortel generally indemnifies the purchaser of a Nortel business in the event that a third party asserts a claim against the purchaser that relates to a liability retained by Nortel. Some of these types of guarantees have indefinite terms while others have specific terms extending to January 2012.

Nortel has also entered into guarantees related to the escrow of shares in business combinations in prior periods. These types of agreements generally include terms that require Nortel to indemnify counterparties for losses incurred from litigation that may be suffered by counterparties arising under such agreements. These types of indemnities apply over a specified period of time from the date of the business combinations and do not provide for any limit on the maximum potential amount.

Nortel is unable to estimate the maximum potential liability for these types of indemnification guarantees as the business sale agreements generally do not specify a maximum amount and the amounts are dependent upon the outcome of future contingent events, the nature and likelihood of which cannot be determined. As of December 31, 2007, no liability has been accrued in the consolidated financial statements with respect to these indemnification agreements.

Historically, Nortel has not made any significant payments under such indemnification agreements.

(ii) In conjunction with the sale of a certain subsidiary to a third party, Nortel guaranteed to the purchaser that specified annual sales volume levels would be achieved by the business sold over a ten-year period ending December 31, 2007. The maximum amount that Nortel may be required to pay under the volume guarantee as of December 31, 2007 is $10. Nortel's guarantee to the purchaser was governed by the laws of the purchaser's jurisdiction. As such, the purchaser has the right to claim such payments under the volume guarantee, for a period of ten years, or until January 31, 2018, under the statute of limitations of such jurisdiction. A liability of $9 has been accrued in the consolidated financial statements as of December 31, 2007 with respect to the contingent obligation associated with this guarantee.

Historically, Nortel has not made any significant payments under such indemnification agreements.

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 146