## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

### (b)  Intellectual property indemnification obligations

Nortel has periodically entered into agreements with customers and suppliers which include intellectual property indemnification obligations that are customary in the industry. These types of guarantees typically have indefinite terms; however, under some agreements, Nortel has provided specific terms extending out to September 2009. These agreements generally require Nortel to compensate the other party for certain damages and costs incurred as a result of third party intellectual property claims arising from these transactions.

The nature of the intellectual property indemnification obligations generally prevents Nortel from making a reasonable estimate of the maximum potential amount it could be required to pay to its customers and suppliers. As of December 31, 2007, no liability has been accrued in the consolidated financial statements with respect to Nortel's intellectual property indemnification obligations.

Historically, Nortel has not made any significant indemnification payments under such agreements.

### (c)  Lease agreements

Nortel has entered into agreements with its lessors to guarantee the lease payments of certain assignees of its facilities. Generally, these lease agreements relate to facilities Nortel vacated prior to the end of the term of its lease. These lease agreements require Nortel to make lease payments throughout the lease term if the assignee fails to make scheduled payments. Most of these lease agreements also require Nortel to pay for facility restoration costs at the end of the lease term if the assignee fails to do so. These lease agreements have expiration dates through June 2015. The maximum amount that Nortel may be required to pay under these types of agreements is estimated to be $42 as of December 31, 2007. Nortel generally has the ability to attempt to recover such lease payments from the defaulting party through rights of subrogation.

Historically, Nortel has not made any significant payments under these types of guarantees.

### (d)  Other indemnification agreements

(i)  Nortel has agreed to indemnify the banks and their agents under its credit facilities against costs or losses resulting from changes in laws and regulations which would increase the banks' costs or reduce their return and from any legal action brought against the banks or their agents related to the use of loan proceeds.

On February 14, 2003, NNL entered into an agreement with Export Development Canada ("EDC") regarding arrangements to provide support for certain performance-related obligations arising out of normal course business (the "EDC Support Facility"). Nortel has also agreed to indemnify EDC under the EDC Support Facility against any legal action brought against EDC that relates to the provision of support under the EDC Support Facility. This indemnification generally applies to issues that arise during the term of the EDC Support Facility. As of December 31, 2007, there was approximately $146 of outstanding support utilized under the EDC Support Facility, approximately $89 of which was outstanding under the revolving small bond sub-facility, with the remaining balance outstanding under the revolving large bond sub-facility. Effective December 14, 2007, NNL and EDC amended and restated the EDC Support Facility, among other things to extend the maturity date to December 31, 2011 and to provide for automatic renewal each subsequent year, unless either party provides written notice to the other of its intent to terminate.

Nortel is unable to estimate the maximum potential liability for these types of indemnification guarantees as the agreements typically do not specify a maximum amount and the amounts are dependent upon the outcome of future contingent events, the nature and likelihood of which cannot be determined at this time. As of December 31, 2007, no liability has been accrued in the consolidated financial statements with respect to these indemnification agreements.

Historically, Nortel has not made any significant indemnification payments under such agreements.

(ii)  Nortel has agreed to indemnify certain of its counterparties in certain receivables securitization transactions. The indemnifications provided to counterparties in these types of transactions may require Nortel to compensate counterparties for costs incurred as a result of changes in laws and regulations (including tax legislation) or in the interpretations of such laws and regulations, or as a result of regulatory penalties that may be suffered by the counterparty as a consequence of the transaction. Certain receivables securitization transactions include indemnifications requiring the

144

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

repurchase of the receivables, under certain conditions, if the receivable is not paid by the obligor. As of December 31, 2007, Nortel had approximately $45 of securitized receivables which were subject to repurchase, in which case Nortel would assume from the purchaser of the receivables all rights to collect such receivables. The indemnification provisions generally expire upon the earlier of either the expiration of the securitization agreements, which extend through 2008, or collection of the receivable amounts by the purchaser.

As of December 31, 2007, no amount has been accrued in the consolidated financial statements with respect to these indemnification agreements.

Nortel has made payments of $39 and $26 in the years ended December 31, 2007 and December 31, 2006, respectively, under such agreements relating to the repurchase of certain receivables.

(iii) Nortel has also entered into other agreements that provide indemnifications to counterparties in certain transactions including investment banking agreements, guarantees related to the administration of capital trust accounts, guarantees related to the administration of employee benefit plans, indentures for its outstanding public debt and asset sale agreements (in addition to the business sale agreements noted above). These indemnification agreements generally require Nortel to indemnify the counterparties for costs incurred as a result of changes in laws and regulations (including tax legislation) or in the interpretations of such laws and regulations and/or as a result of losses from litigation that may be suffered by the counterparties arising from the transactions. These types of indemnification agreements normally extend over an unspecified period of time from the date of the transaction and do not typically provide for any limit on the maximum potential payment amount. In addition, Nortel has entered into indemnification agreements with certain of its directors and officers for the costs reasonably incurred in any proceeding in which they become involved by reason of their position as directors or officers to the extent permitted under applicable law.

The nature of such agreements prevents Nortel from making a reasonable estimate of the maximum potential amount it could be required to pay to its counterparties and directors and officers. The difficulties in assessing the amount of liability result primarily from the unpredictability of future changes in laws, the inability to determine how laws apply to counterparties and the lack of limitations on the potential liability. As of December 31, 2007, no liability has been accrued in the consolidated financial statements with respect to these indemnification agreements.

Historically, Nortel has not made any significant indemnification payments under such agreements.

(iv) Nortel has identified specified price trade-in rights in certain customer arrangements that qualify as guarantees. These types of guarantees generally apply over a specified period of time and extend through to June 2010. Nortel is unable to estimate the maximum potential liability for these types of indemnification guarantees as the agreements typically do not specify a maximum amount and the amounts are dependent upon the outcome of future contingent events, the nature and likelihood of which cannot be determined at this time. As of December 31, 2007, no significant liability has been accrued in the consolidated financial statements with respect to these indemnification agreements.

Historically, Nortel has not made any significant indemnification payments under such agreements.

(v) On March 17, 2006, in connection with the Global Class Action Settlement (as defined in note 20), Nortel announced that it had reached an agreement with the lead plaintiffs on the related insurance and corporate governance matters, including Nortel's insurers agreeing to pay $229 in cash towards the settlement and Nortel agreeing with its insurers to certain indemnification obligations. Nortel believes that these indemnification obligations would be unlikely to materially increase its total cash payment obligations under the Global Class Action Settlement. Nortel is aware of three claims made to the insurers by former officers, but based on information available at this time, Nortel is not able to make a reasonable estimate of the amount for which Nortel may be liable. As a result, Nortel has not recorded a contingent liability as of December 31, 2007 with respect to its indemnification obligations. The insurers' payments would not reduce the amounts payable by Nortel for the Global Class Action Settlement, as disclosed in note 20.

Nortel has not made any significant payments as at December 31, 2007 for its guarantees related to the Global Class Action Settlement.

145

HIGHLY CONFIDENTIAL    NNC-NNL06005571 / 148

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

### *Product warranties*

The following summarizes the accrual for product warranties that was recorded as part of other accrued liabilities in the consolidated balance sheets as of December 31:

|  | 2007 | 2006 |
|---|---|---|
| Balance at the beginning of the year | $ 217 | $ 206 |
| Payments | (182) | (267) |
| Warranties issued | 267 | 281 |
| Revisions | (88) | (3) |
| Balance at the end of the year | $ 214 | $ 217 |

## 13. Commitments

### *Bid, performance-related and other bonds*

Nortel has entered into bid, performance-related and other bonds associated with various contracts. Bid bonds generally have a term of less than twelve months, depending on the length of the bid period for the applicable contract. Other bonds primarily relate to warranty, rental, real estate and customs contracts. Performance-related and other bonds generally have a term of twelve months and are typically renewed, as required, over the term of the applicable contract. The various contracts to which these bonds apply generally have terms ranging from one to five years. Any potential payments which might become due under these bonds would be related to Nortel's non-performance under the applicable contract. Historically, Nortel has not had to make material payments under these types of bonds and does not anticipate that any material payments will be required in the future.

The following table sets forth the maximum potential amount of future payments under bid, performance-related and other bonds, net of the corresponding restricted cash and cash equivalents, as of December 31:

|  | 2007 | 2006 |
|---|---|---|
| Bid and performance-related bonds[a] | $155 | $231 |
| Other bonds[b] | 54 | 30 |
| Total bid, performance-related and other bonds | $209 | $261 |

(a) Net of restricted cash and cash equivalent amounts of $5 and $7 as of December 31, 2007 and 2006, respectively.
(b) Net of restricted cash and cash equivalent amounts of $27 and $628 as of December 31, 2007 and 2006, respectively.

### *Venture capital financing*

Nortel has entered into agreements with selected venture capital firms where the venture capital firms make and manage investments in start-up businesses and emerging enterprises. The agreements require Nortel to fund requests for additional capital up to its commitments when and if requests for additional capital are solicited by any of the venture capital firms. Nortel had remaining commitments, if requested, of $23 as of December 31, 2007. These commitments expire at various dates through to 2017.

### *Purchase commitments*

Nortel has entered into purchase commitments with certain suppliers under which it commits to buy a minimum amount or percentage of designated products or services in exchange for price guarantees or similar concessions. In certain of these agreements, Nortel may be required to acquire and pay for such products or services up to the prescribed minimum or forecasted purchases. As of December 31, 2007, Nortel had aggregate purchase commitments of $40 compared with $83 as of December 31, 2006. In accordance with Nortel's agreements with certain of its inventory suppliers, Nortel records a liability for firm, noncancelable, and unconditional purchase commitments for quantities purchased in excess of future demand forecasts.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 149

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

The following table sets forth the expected purchase commitments to be made over the next several years:

|  | 2008 | 2009 | 2010 | Thereafter | Total Obligations |
|---|---|---|---|---|---|
| Purchase commitments | $28 | $9 | $3 | $— | $40 |

Amounts paid by Nortel under the above purchase commitments during the years ended December 31, 2007, 2006 and 2005 were $31, $470 and $1,134, respectively.

*Operating leases and other commitments*

As of December 31, 2007, the future minimum payments under operating leases, sale lease-backs with continuing involvement, outsourcing contracts, special charges related to lease commitments accrued for as part of restructuring contract settlement, and lease costs and related sublease recoveries under contractual agreements consisted of:

|  | Operating Leases | Sale Lease-Backs | Outsourcing Contracts | Special Charges | Sublease Income |
|---|---|---|---|---|---|
| 2008 | $105 | $ 8 | $11 | $ 51 | $ (28) |
| 2009 | 93 | 8 | 10 | 35 | (28) |
| 2010 | 83 | 8 | — | 44 | (27) |
| 2011 | 70 | 7 | — | 40 | (20) |
| 2012 | 59 | 8 | — | 33 | (10) |
| Thereafter | 276 | 31 | — | 168 | (32) |
| Total future minimum payments | $686 | $70 | $21 | $371 | $(145) |

Rental expense on operating leases for the years ended December 31, 2007, 2006 and 2005, net of applicable sublease income, amounted to $326, $196 and $175, respectively.

Expenses related to outsourcing contracts for the years ended December 31, 2007, 2006 and 2005 amounted to $133, $93 and $96, respectively, and were for services provided to Nortel primarily related to a portion of its information services function. The amount payable under Nortel's outsourcing contracts is variable to the extent that Nortel's workforce fluctuates from the baseline levels contained in the contracts. The table above shows the minimum commitment contained in the outsourcing contracts.

*Nortel and Microsoft Corporation Alliance*

In the third quarter of 2006, Nortel and Microsoft Corporation ("Microsoft") entered into a four-year agreement, with provisions for extension, to form a strategic alliance to jointly develop, market and sell communications solutions. Under the agreement, Nortel and Microsoft agreed to form joint teams to collaborate on product development spanning enterprise, mobile and wireline carrier solutions. The agreement engages the companies at the technology, marketing and business levels and includes joint product development, solutions and systems integration and go-to-market initiatives. Both companies will invest resources in marketing, business development and delivery.

Microsoft will make available to Nortel up to $52 in marketing and telephony systems integration funds to be offset against marketing costs incurred by Nortel, and up to $40 in research and development funds over the initial four year term of the agreement. Payments are received by Nortel upon Nortel achieving certain mutually agreed upon performance metrics. Microsoft will recoup its payment of research and development funds by receiving payments from Nortel of 5% of revenue over a mutually agreed upon enterprise voice and application business base plan. Any research and development funds that have not been recouped must be repaid in full by Nortel to Microsoft by March 31, 2012. As of December 31, 2007, Nortel has not received any of the research and development funds from Microsoft.

Microsoft and Nortel will each retain all revenues from sales or licenses of each party's respective software, sales or leasing of each party's respective hardware and delivery of services to customers and partners in accordance with separate agreements with each parties' respective channel partners and/or customers.

147

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

**14.  Financing arrangements and variable interest entities**

*Customer financing*

Generally, Nortel facilitates customer financing agreements through customer loans, and Nortel's commitment to extend future financing is generally subject to conditions related to funding, fixed expiration or termination dates, specific interest rates and qualified purposes. Nortel only provides direct customer financing where a compelling strategic customer or technology purpose supports such financing.

Total customer financing as of December 31, 2007 and 2006 was $6 and $10, respectively, which included undrawn commitments of nil and $1, respectively. During the years ended December 31, 2007 and 2006, Nortel reduced undrawn customer financing commitments by $1 and $49, respectively, as a result of the expiration or cancellation of commitments and changing customer business plans.

During the years ended December 31, 2007, 2006 and 2005, Nortel recorded net customer financing bad debt expense of $4, $4 and $4, respectively, as a result of settlements and adjustments to other existing provisions. The recoveries and expense were included in the consolidated statements of operations within SG&A expense.

During the years ended December 31, 2007 and 2006, Nortel did not enter into any new agreements to restructure and/or settle customer financing and related receivables. During the year ended December 31, 2005, Nortel entered into certain agreements to restructure and/or settle various customer financing and related receivables, including rights to accrued interest. As a result of these transactions, Nortel received cash consideration of approximately $112 ($36 of the proceeds was included in discontinued operations) to settle outstanding receivables of approximately $102 with a net carrying value of $101 ($33 of the net carrying value was included in discontinued operations).

*Consolidation of variable interest entities*

Certain lease financing transactions of Nortel were structured through single transaction VIEs that did not have sufficient equity at risk, as defined in FIN 46R. Effective July 1, 2003, Nortel prospectively began consolidating two VIEs for which Nortel was considered the primary beneficiary following the guidance of FIN 46, on the basis that Nortel retained certain risks associated with guaranteeing recovery of the unamortized principal balance of the VIEs debt, which represented the majority of the risks associated with the respective VIEs activities. The amount of the guarantees will be adjusted over time as the underlying debt matures. During 2004, the debt related to one of the VIEs was extinguished and as a result consolidation of this VIE was no longer required. As of December 31, 2007, Nortel's consolidated balance sheet included $92 of long-term debt (see note 10) and $91 of plant and equipment — net related to the remaining VIE. These amounts represented both the collateral and maximum exposure to loss as a result of Nortel's involvement with the VIE.

On June 3, 2005, Nortel acquired NGS, a VIE for which Nortel is considered the primary beneficiary under FIN 46R. The consolidated financial results of Nortel include NGS's financial statements consolidated from the date of the acquisition (see note 9).

Nortel consolidates certain assets and liabilities held in certain employee benefit and life insurance trusts in Canada and the U.K., VIEs for which Nortel is considered the primary beneficiary under FIN 46R.

Nortel has other financial interests and contractual arrangements which would meet the definition of a variable interest under FIN 46R, including investments in other companies and joint ventures, customer financing arrangements, and guarantees and indemnification arrangements. As of December 31, 2007 and 2006, none of these other interests or arrangements were considered significant variable interests and, therefore, are not disclosed in Nortel's financial statements.

HIGHLY CONFIDENTIAL          NNC-NNL06005571 / 151

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

### 15. Capital stock

#### Common shares

Nortel is authorized to issue an unlimited number of Nortel Networks Corporation common shares without nominal or par value. The outstanding number of Nortel Networks Corporation common shares and prepaid forward purchase contracts included in shareholders' equity consisted of the following as of December 31:

| | 2007 | | 2006 | | 2005 | |
|---|---|---|---|---|---|---|
| | Number | $ | Number | $ | Number | $ |
| | | | (Number of common shares in thousands) | | | |
| **Common shares:** | | | | | | |
| Balance at the beginning of the year . . . . . . . . . . . | 433,935 | $33,938 | 433,916 | $33,932 | 427,267 | $33,840 |
| Shares issued pursuant to: | | | | | | |
|     Stock option plans . . . . . . . . . . . . . . . . . . . . . . | 833 | 24 | 263 | 12 | 262 | 14 |
|     Acquisition and acquisition related[(a)] . . . . . . . . . | — | — | — | — | — | (1) |
|     Common share cancellations[(b)] . . . . . . . . . . . . . | (3) | — | (244) | (6) | (97) | (3) |
|     Prepaid forward purchase contracts[(c)] . . . . . . . . | — | — | — | — | 6,484 | 82 |
|     Global Class Action Settlement[(d)] . . . . . . . . . . . | 2,647 | 69 | — | — | — | — |
|     Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | (3) | — | — | — | — |
| Balance at the end of the year . . . . . . . . . . . . . . . . | 437,423 | $34,028 | 433,935 | $33,938 | 433,916 | $33,932 |
| *(Number of prepaid forward purchase contracts)* | | | | | | |
| **Prepaid forward purchase contracts:** [(c)] | | | | | | |
| Balance at beginning of the year . . . . . . . . . . . . . . | — | $ — | — | $ — | 384 | $ 82 |
| Prepaid forward purchase contracts settled . . . . . . . | — | — | — | — | (384) | (82) |
| Balance at the end of the year . . . . . . . . . . . . . . . . . | — | $ — | — | $ — | — | $ — |

(a) Nortel Networks Corporation Common shares issued as part of the purchase price consideration. During the years ended December 31, 2007, 2006 and 2005, Nortel Networks Corporation common shares were cancelled as earn out provisions were forfeited pursuant to their applicable agreements.

(b) Relates to Nortel Networks Corporation common shares surrendered by members and former members of Nortel's core executive team for cancellation in connection with the voluntary undertaking by each such individual to pay over a three year period an amount equal to the return to profitability bonus paid in 2003.

(c) Included in additional paid in capital in the consolidated balance sheets. During the years ended December 31, 2007, 2006 and 2005, nil, nil and 6,484 Nortel Networks Corporation common shares were issued as a result of the early settlement of nil, nil and 384 prepaid forward purchase contracts, respectively. The net proceeds from the settled contracts of nil, nil and $82, respectively, were transferred from additional paid-in capital to Nortel Networks Corporation common shares.

(d) Relates to Nortel Networks Corporation common shares issued and issuable in connection with the equity component of the Global Class Action Settlement, as described in note 20.

#### Preferred shares

Nortel is authorized to issue an unlimited number of Class A preferred shares, which rank senior to the Class B preferred shares and the Nortel Networks Corporation common shares upon a distribution of capital or assets, and an unlimited number of Class B preferred shares, which rank junior to the Class A preferred shares and senior to the Nortel Networks Corporation common shares upon a distribution of capital or assets, in each case without nominal or par value. Each of the Class A and Class B preferred shares is issuable in one or more series, each series having such rights, restrictions and provisions as determined by the Board of Directors of Nortel at the time of issue. None of the Class A or Class B preferred shares of Nortel has been issued.

#### Shareholder rights plan

At the Nortel annual and special shareholders' meeting on June 29, 2006, shareholders approved the reconfirmation and amendment of Nortel's shareholder rights plan, which will expire at the annual meeting of shareholders to be held in 2009 unless it is reconfirmed at that time. Under the rights plan, Nortel issues one right for each Nortel common share outstanding. These rights would become exercisable upon the occurrence of certain events associated with an unsolicited

149

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

takeover bid and would, if exercised, permit shareholders that are not making an unsolicited takeover bid to purchase Nortel Networks Corporation common shares at a significant discount.

**16. Earnings (loss) per common share**

The following table details the weighted-average number of Nortel Networks Corporation common shares outstanding for the purposes of computing basic and diluted earnings (loss) per common share for the following periods:

| | 2007 [a]&[b] | 2006 | 2005 [b] |
|---|---|---|---|
| | (Number of common shares in millions) | | |
| Net earnings (loss) | $ (957) | $ 28 | $(2,610) |
| Basic weighted-average shares outstanding: | | | |
| Issued and outstanding | 484 | 434 | 430 |
| Prepaid forward purchase contracts [c] | — | — | 4 |
| Basic weighted-average shares outstanding | 484 | 434 | 434 |
| Weighted-average shares dilution adjustments: | | | |
| Dilutive stock options and share-based awards | — | — | — |
| Diluted weighted-average shares outstanding | 484 | 434 | 434 |
| Weighted-average shares dilution adjustments — exclusions: | | | |
| Stock options and share-based awards | 33 | 30 | 30 |
| 4.25% Convertible Senior Notes [d] | 7 | 18 | 18 |
| 1.75% Convertible Senior Notes [d] | 18 | — | — |
| 2.125% Convertible Senior Notes [d] | 18 | — | — |
| Basic and diluted earnings (loss) per common share | | | |
| - from continuing operations | $(1.98) | $0.06 | $ (6.02) |
| - from discontinued operations | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $(1.98) | $0.06 | $ (6.02) |

(a) Shares issuable as a result of the Global Class Action Settlement of 49,087,756 for the year ended December 31, 2007 have been included in the calculation of basic and diluted weighted average number of shares outstanding with effect from March 20, 2007. For additional information, see note 20.

(b) As a result of net loss from operations for the years ended December 31, 2007 and 2005, all potential dilutive securities in these years were considered anti-dilutive.

(c) The impact of the minimum number of common shares to be issued upon settlement of the prepaid forward purchase contracts on a weighted-average basis was nil, nil, and 4 for the years ended December 31, 2007, 2006, and 2005, respectively. As of December 31, 2006, all common shares to be issued pursuant to the prepaid forward purchase contracts had been settled.

(d) All potential dilutive securities issuable related to the Convertible Notes for the years ended December 31, 2007, 2006 and 2005 were anti-dilutive.

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 153

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

**17. Accumulated other comprehensive income (loss)**

The components of accumulated other comprehensive income (loss), net of tax, were as follows:

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Accumulated foreign currency translation adjustment** | | | |
| Balance at the beginning of the year | $ 482 | $ 198 | $ 345 |
| Change in foreign currency translation adjustment[a] | 301 | 284 | (147) |
| Balance at the end of the year | 783 | 482 | 198 |
| **Unrealized gain (loss) on investments — net** | | | |
| Balance at the beginning of the year | 39 | 31 | 33 |
| Change in unrealized gain (loss) on investments | (13) | 8 | (2) |
| Balance at the end of the year[b] | 26 | 39 | 31 |
| **Unrealized derivative gain (loss) on cash flow hedges — net** | | | |
| Balance at the beginning of the year | (10) | 7 | 18 |
| Change in unrealized derivative gain (loss) on cash flow hedges[c] | 10 | (17) | (11) |
| Balance at the end of the year | — | (10) | 7 |
| **Minimum pension liability - net** | | | |
| Balance at the beginning of the year | — | (1,084) | (915) |
| Change in minimum pension liability adjustment[d] | — | 94 | (169) |
| Adoption of FASB Statement No. 158 — net[e] | — | 990 | — |
| Balance at the end of the year | — | — | (1,084) |
| **Unamortized Pension and Post-Retirement Plan actuarial losses and prior service cost — net** | | | |
| Balance at the beginning of the year | (1,132) | — | — |
| Adoption of FASB Statement No. 158 — net[e] | — | (1,132) | — |
| Change in unamortized pension and post-retirement actuarial losses and prior service cost[f] | 560 | — | — |
| Balance at the end of the year | (572) | (1,132) | — |
| **Accumulated other comprehensive income (loss)** | $ 237 | $ (621) | $ (848) |

(a) The change in the foreign currency translation adjustment was not adjusted for income taxes since it related to indefinite term investments in non-U.S. subsidiaries.

(b) Certain securities deemed available-for-sale by Nortel were measured at fair value. Unrealized holding gains (losses) related to these securities were excluded from net earnings (loss) and were included in accumulated other comprehensive income (loss) until realized. Unrealized gain (loss) on investments was net of tax of nil for each of the years ended December 31, 2007, 2006 and 2005. During the years ended December 31, 2007, 2006 and 2005, realized (gains) losses on investments of nil, $5 and ($9), respectively, were reclassified to other income (expense) — net in the consolidated statements of operations.

(c) During the years ended December 31, 2007, 2006 and 2005, net derivative gains of $10, $14 and $18 were reclassified to other income (expense) — net. Unrealized derivative gain (loss) on cash flow hedges is net of tax of nil, nil and nil for the years ended December 31, 2007, 2006 and 2005, respectively.

(d) Represents non-cash charges to shareholders' equity related to the increase in the minimum required recognizable liability associated with Nortel's pension plans (see note 8). The change in minimum pension liability adjustment is presented net of tax of nil, $24 and $6 for the years ended December 31, 2007, 2006 and 2005, respectively.

(e) Represents non-cash charges to shareholders' equity related to the adoption of SFAS 158 (see note 8). The charge is presented net of tax of $60 for the year ended December 31, 2006.

(f) Represents non-cash charges to shareholders' equity related to the change in unamortized pension and post-retirement actuarial losses and prior service cost (see note 8). The charge is presented net of tax of $91 for the year ended December 31, 2007.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 154

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

**18. Share-based compensation plans**

*Stock options*

Prior to 2006, Nortel granted options to employees to purchase Nortel Networks Corporation common shares under two existing stock option plans, the Nortel 2000 Stock Option Plan (the "2000 Plan") and the Nortel 1986 Stock Option Plan, as Amended and Restated (the "1986 Plan"). Under these two plans, options to purchase Nortel Networks Corporation common shares could be granted to employees and, under the 2000 Plan, options could also be granted to directors of Nortel. The options under both plans entitle the holders to purchase one Nortel Networks Corporation common share at a subscription price of not less than 100% (as defined under the applicable plan) of the market value on the effective date of the grant. Subscription prices are stated and payable in U.S. Dollars for U.S. options and in Canadian Dollars for Canadian options. Options granted prior to 2003 generally vest 33⅓% each year over a three-year period on the anniversary date of the grant. Commencing in 2003, options granted generally vest 25% each year over a four-year period on the anniversary of the date of grant. The term of an option cannot exceed ten years. The Compensation and Human Resources Committee of the Boards of Directors of Nortel and NNL (the "CHRC") administers both plans. Nortel meets its obligations under both plans by issuing Nortel Networks Corporation common shares. Nortel Networks Corporation common shares remaining available for grant after December 31, 2005 under the 2000 Plan and the 1986 Plan (and including common shares that become available upon expiration or termination of options granted under such plans) have been rolled over and are available for grant under the Nortel 2005 Stock Incentive Plan (the "SIP") effective January 1, 2006.

In 2005, Nortel's shareholders approved the SIP, a share-based compensation plan, which permits grants of stock options, including incentive stock options, SARs, PSUs, and RSUs to employees of Nortel and its subsidiaries. Nortel also meets its obligations under the SIP by issuing Nortel Networks Corporation common shares. On November 6, 2006, the SIP was amended and restated effective as of December 1, 2006, to adjust the number of Nortel Networks Corporation common shares available for grant thereunder to reflect the 1 for 10 consolidation of Nortel Networks Corporation issued and outstanding common shares. The subscription price for each share subject to an option shall not be less than 100% (as defined under the SIP) of the market value of Nortel Networks Corporation common shares on the date of the grant. Subscription prices are stated and payable in U.S. Dollars for U.S. options and in Canadian Dollars for Canadian options. Options granted under the SIP generally vest 25% each year over a four-year period on the anniversary of the date of grant. The CHRC also administers the SIP. Options granted under the SIP may not become exercisable within the first year (except in the event of death), and in no case shall the term of an option exceed ten years. All stock options granted have been classified as equity instruments based on the settlement provisions of the share-based compensation plans.

Stand-alone SARs or SARs in tandem with options may be granted under the SIP. As of December 31, 2007, no tandem SARs have been granted under the SIP. Upon the exercise of a vested stand-alone SAR, a holder will be entitled to receive payment, in cash, common shares or any combination thereof of an amount equal to the excess of the market value of a common share of Nortel on the date of exercise over the subscription or base price under the SAR. Generally, stand-alone SARs awarded under the SIP vest in equal installments on the first four anniversary dates of the grant date of the award.

As of December 31, 2007, the maximum number of Nortel Networks Corporation common shares authorized by the shareholders and reserved for issuance by the Board of Directors of Nortel under each of the 1986 Plan, 2000 Plan and SIP is as follows:

|  | Maximum (Number of common shares in thousands) |
|---|---|
| **1986 Plan** | |
| Issuable to employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 46,972[(a)] |
| **2000 Plan** | |
| Issuable to employee and non-employee directors[(b)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9,400[(a)] |
| **SIP** | |
| Issuable to employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,200 |

(a) Nortel Networks Corporation common shares which were remaining available for grant after December 31, 2005 under the 1986 and the 2000 Plan rolled-over to the SIP effective January 1, 2006. Nortel Networks Corporation common shares that become available upon expiration or termination of options granted under such plans will also roll-over to the SIP.

HIGHLY CONFIDENTIAL          NNC-NNL06005571 / 155

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

(b)  Under the 2000 Plan, a maximum of 50 Nortel Networks Corporation common shares were authorized by the shareholders and reserved for issuance to non-employee directors.

In January 1995, a key contributor stock option program (the "Key Contributor Program") was established and options have been granted under the 1986 Plan and the 2000 Plan in connection with this program. Under this program, a participant was granted concurrently an equal number of initial options and replacement options. The initial options and the replacement options expire ten years from the date of grant. The initial options have an exercise price equal to the market value of a Nortel Networks Corporation common share on the date of grant and the replacement options have an exercise price equal to the market value of a Nortel Networks Corporation common share on the date all of the initial options are fully exercised, provided that in no event will the exercise price be less than the exercise price of the initial options. Replacement options are generally exercisable commencing 36 months after the date all of the initial options are fully exercised, provided that the participant beneficially owns a number of Nortel Networks Corporation common shares at least equal to the number of common shares subject to the initial options less any Nortel Networks Corporation common shares sold to pay for options costs, applicable taxes and brokerage costs associated with the exercise of the initial options. No Key Contributor Program options were granted for the years ended December 31, 2007, 2006 and 2005.

During the year ended December 31, 2007, approximately 249,395 Nortel Networks Corporation common shares were issued pursuant to the exercise of stock options granted under the 1986 Plan and 152,210 Nortel Networks Corporation common shares were issued pursuant to the exercise of stock options granted under the 2000 Plan. During the year ended December 31, 2007, approximately 4,536,536 stock options, 2,120,646 RSUs and 522,850 PSUs were granted under the SIP. During the year ended December 31, 2007, there were 420,570 Nortel Networks Corporation common shares issued pursuant to the vesting of RSUs granted under the SIP. During the year ended December 31, 2007, there were 6,327 stock options exercised under the SIP. During the year ended December 31, 2007, there were no PSUs that vested under the SIP. During the year ended December 31, 2007, Nortel granted 91,512 stand-alone SARs under the SIP, of which 84,692 are outstanding as of December 31, 2007.

Nortel also assumed stock option plans in connection with the acquisition of various companies. Nortel Networks Corporation common shares are issuable upon the exercise of options under the assumed stock option plans, although no further options may be granted under the assumed plans. The vesting periods for options granted under these assumed stock option plans may differ from the SIP, 2000 Plan and 1986 Plan, but the assumed plans are not considered significant to Nortel's overall use of share-based compensation.

The following is a summary of the total number of outstanding stock options and the maximum number of stock options available for grant:

|  | Outstanding Options (Thousands) | Weighted-Average Exercise Price | Weighted-Average Life (In Years) | Aggregate Intrinsic Value (Thousands) | Available for Grant (Thousands) |
|---|---|---|---|---|---|
| Balance at December 31, 2004 . . . . . . . . . . . . . . . . . . . | 29,455 | $117.70 | 5.7 | $70,486 | 7,306 |
| SIP 2005 maximum share issuance limit . . . . . . . . . . . . | — | $ — | | | 12,200 |
| Granted options under all stock option plans . . . . . . . . . | 6,422 | $ 29.20 | | $10,767 | (7,119)(a) |
| Options exercised . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (262) | $ 22.70 | | $ 1,876 | — |
| Options forfeited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (783) | $ 59.20 | | | 779 |
| Options expired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (4,540) | $171.60 | | | 3,798 |
| Balance at December 31, 2005 . . . . . . . . . . . . . . . . . . . | 30,292 | $ 94.30 | 6.1 | $44,553 | 16,964(a) |
| Granted options under all stock option plans . . . . . . . . . | 4,040 | $ 21.09 | | $22,787 | (5,317)(a) |
| Options exercised . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (80) | $ 22.10 | | $ 577 | — |
| Options forfeited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1,257) | $ 39.30 | | | 1,362(a) |
| Options expired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (3,202) | $143.61 | | | 2,684(a) |
| Fractional share adjustment(b) . . . . . . . . . . . . . . . . . . . | (11) | $ — | | | 10 |
| Balance at December 31, 2006 . . . . . . . . . . . . . . . . . . . | 29,782 | $ 81.72 | 5.7 | $36,952 | 15,703(a) |
| Granted options under all stock option plans . . . . . . . . . | 4,537 | $ 25.24 | | $ — | (7,180)(a) |
| Options exercised . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (413) | $ 23.44 | | $ 1,798 | — |
| Options forfeited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1,187) | $ 37.10 | | | 1,570(a) |
| Options expired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (3,509) | $121.08 | | | 3,421(a) |
| Balance at December 31, 2007 . . . . . . . . . . . . . . . . . . . | 29,210 | $ 75.30 | 5.6 | $ 69 | 13,514 |

(a)  Amount is inclusive of RSUs and PSUs granted or cancelled. RSUs and PSUs reduce shares available for grant under the SIP.
(b)  Relates to an adjustment required as a result of the 1 for 10 common share consolidation effective December 1, 2006.

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 156

### NORTEL NETWORKS CORPORATION

#### Notes to Consolidated Financial Statements — (Continued)

The following tables summarize information about stock options outstanding and exercisable as of December 31, 2007:

| Range of exercise prices | Options Outstanding | | | |
|---|---|---|---|---|
| | Number Outstanding (Thousands) | Weighted-Average Remaining Contractual Life (In years) | Weighted-Average Exercise Price | Aggregate Intrinsic Value (Thousands) |
| $0.00 - $20.20 | 480 | 8.5 | $ 17.90 | $69 |
| $20.21 - $23.90 | 6,137 | 6.4 | $ 22.49 | $— |
| $23.91 - $27.80 | 5,932 | 8.3 | $ 26.36 | $— |
| $27.81 - $36.00 | 3,646 | 7.5 | $ 31.62 | $— |
| $36.01 - $52.00 | 1,831 | 4.6 | $ 39.75 | $— |
| $52.01 - $72.00 | 3,194 | 3.2 | $ 65.37 | $— |
| $72.01 - $80.00 | 2,005 | 5.6 | $ 76.57 | $— |
| $80.01 - $120.00 | 2,797 | 3.3 | $104.43 | $— |
| $120.01 - $180.00 | 625 | 0.9 | $155.38 | $— |
| $180.01 - $1,209.93 | 2,563 | 1.6 | $373.33 | $— |
| | 29,210 | 5.6 | $ 75.30 | $69 |
| Fully vested options and options expected to vest as of December 31, 2007 | 27,396 | 5.4 | $ 78.27 | $69 |

| Range of exercise prices | Options Exercisable | | | |
|---|---|---|---|---|
| | Number Exercisable (Thousands) | Weighted-Average Remaining Contractual Life (In years) | Weighted-Average Exercise Price | Aggregate Intrinsic Value (Thousands) |
| $0.00 - $20.20 | 105 | 4.7 | $ 17.09 | $67 |
| $20.21 - $23.90 | 4,127 | 5.4 | $ 23.10 | $— |
| $23.91 - $27.80 | 1,405 | 7.3 | $ 27.15 | $— |
| $27.81 - $36.00 | 1,385 | 6.0 | $ 32.16 | $— |
| $36.01 - $52.00 | 1,712 | 4.4 | $ 39.84 | $— |
| $52.01 - $72.00 | 3,194 | 3.2 | $ 65.37 | $— |
| $72.01 - $80.00 | 1,554 | 5.5 | $ 76.56 | $— |
| $80.01 - $120.00 | 2,561 | 3.1 | $105.17 | $— |
| $120.01 - $180.00 | 591 | 0.9 | $155.89 | $— |
| $180.01 - $1,209.93 | 2,563 | 1.6 | $373.33 | $— |
| | 19,197[a] | 4.2 | $ 98.67 | $67 |

(a) Total number of exercisable options for the years ended December 31, 2007 and 2006 were 19,197 and 18,958, respectively. During the periods of March 10, 2004 to June 1, 2005, and March 10, 2006 to June 6, 2006, the exercise of otherwise exercisable stock options was suspended due to Nortel and NNL not being in compliance with certain reporting requirements of U.S. and Canadian securities regulators.

The aggregate intrinsic value of outstanding and exercisable stock options provided in the preceding table represents the total pre-tax intrinsic value of outstanding and exercisable stock options based on Nortel's closing stock price of $15.09 as of December 31, 2007, the last trading day for Nortel Networks Corporation common shares in 2007, which is assumed to be the price that would have been received by the stock option holders had all stock option holders exercised and sold their options on that date. The total number of in-the-money options exercisable as of December 31, 2007 was 6,816.

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 157

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Nonvested shares*

Nortel's nonvested share awards consist of (i) options granted under all of Nortel's stock option plans and (ii) RSU and PSU awards granted under the SIP. The fair value of each nonvested share award is calculated using the stock price on the date of grant. A summary of the status of nonvested share awards as of December 31, 2007, and changes throughout the year ended December 31, 2007, is presented below.

| | Options | | RSU Awards | | PSU Awards | |
|---|---|---|---|---|---|---|
| | Shares (Thousands) | Weighted-Average Exercise Price | Shares (Thousands) | Weighted-Average Grant Date Fair Value[a] | Shares (Thousands) | Weighted-Average Grant Date Fair Value[b] |
| Nonvested shares at December 31, 2006 . . . . . | 10,824 | $33.91 | 1,240 | $24.74 | 447 | $22.44 |
| Granted . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,537 | $25.24 | 2,121 | $25.02 | 523 | $21.45 |
| Vested . . . . . . . . . . . . . . . . . . . . . . . . . . . | (4,161) | $35.23 | (421) | $25.22 | — | $   — |
| Forfeited . . . . . . . . . . . . . . . . . . . . . . . . . | (1,187) | $37.10 | (234) | $25.43 | (150) | $22.19 |
| Nonvested shares at December 31, 2007 . . . . . | 10,013 | $30.49 | 2,706 | $24.86 | 820 | $21.96 |

(a) RSU awards do not have an exercise price, therefore grant date weighted-average fair value has been calculated. The grant date fair value for the RSU awards is the stock price on the date of grant.
(b) PSU awards do not have an exercise price, therefore grant date weighted-average fair value has been calculated. The grant date fair value for the PSU awards was determined using a Monte Carlo simulation model.

As of December 31, 2007, there was $92 of total unrecognized compensation cost related to Nortel's stock option awards that is expected to be recognized over a weighted-average period of 1.9 years. As of December 31, 2007, there was $45 of total unrecognized compensation cost related to Nortel's RSU awards granted which is expected to be recognized over a weighted-average period of 2.2 years. As of December 31, 2007, there was $9 of total unrecognized compensation cost related to Nortel's PSU awards granted which is expected to be recognized over a weighted-average period of 1.5 years.

The following is a summary of the total number of outstanding RSU awards granted:

| | Outstanding RSU Awards Granted (Thousands) | Weighted-Average Grant Date Fair Value[a] | Weighted Average Remaining Contractual Life (In years) |
|---|---|---|---|
| Balance at December 31, 2004[b] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | $   — | — |
| Granted RSU awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 697 | $31.28 | |
| Awards settled[c] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | $   — | |
| Awards forfeited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | $   — | |
| Awards expired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | $   — | |
| Balance at December 31, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 697 | $31.48 | 9.7 |
| Granted RSU awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 813 | $21.01 | |
| Awards settled[c] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (183) | $31.80 | |
| Awards forfeited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (87) | $28.50 | |
| Awards expired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | $   — | |
| Balance at December 31, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,240 | $24.74 | 9.2 |
| Granted RSU awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,121 | $25.02 | |
| Awards settled[c] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (421) | $25.22 | |
| Awards forfeited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (234) | $25.43 | |
| Awards expired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | $   — | |
| Balance as at December 31, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,706 | $24.86 | 2.2 |
| RSUs expected to vest as of December 31, 2007 . . . . . . . . . . . . . . . . . . . . | 2,284 | $24.86 | 2.2 |

(a) RSU awards do not have an exercise price, therefore grant date weighted-average fair value has been calculated. The grant date fair value for the RSU awards is the stock price on the date of grant.
(b) There were no RSUs issued prior to January 1, 2005 as a part of the SIP.
(c) The total fair value of RSUs under the SIP settled during the years ended December 31, 2007, 2006 and 2005 were $9, $4 and nil, respectively.

HIGHLY CONFIDENTIAL                    NNC-NNL06005571 / 158

**NORTEL NETWORKS CORPORATION**

Notes to Consolidated Financial Statements — (Continued)

The following is a summary of the total number of outstanding PSU awards granted:

| | Outstanding PSU Awards Granted (Thousands) | Weighted-Average Grant Date Fair Value[a] | Weighted Average Remaining Contractual Life (In years) |
|---|---|---|---|
| Balance at December 31, 2005[b] | — | $  — | — |
| Granted PSU awards | 464 | $22.54 | |
| Awards settled[c] | — | $  — | |
| Awards forfeited | (17) | $22.68 | |
| Awards expired | — | $  — | |
| Balance at December 31, 2006 | 447 | $22.44 | 9.5 |
| Granted PSU awards | 523 | $21.45 | |
| Awards settled[c] | — | $  — | |
| Awards forfeited | (150) | $22.19 | |
| Awards expired | — | $  — | |
| Balance at December 31, 2007 | 820 | $21.96 | 1.9 |
| PSUs expected to vest as of December 31, 2007 | 701 | $21.96 | 1.9 |

(a) PSU awards do not have an exercise price, therefore grant date weighted-average fair value has been calculated. The grant date fair value for the PSU awards was determined using a Monte Carlo simulation model.

(b) There were no PSUs issued prior to January 1, 2006.

(c) No PSUs under the SIP settled during the years ended December 31, 2007, 2006 and 2005.

*Deferred share units ("DSUs")*

Under the Nortel Networks Corporation Directors' Deferred Share Compensation Plan and the Nortel Networks Limited Directors' Deferred Share Compensation Plan, non-employee directors can elect to receive all or a portion of their compensation for services rendered as a director of Nortel or NNL, any committees thereof, and as board or committee chairperson, in share units, in cash or a combination of share units and cash. DSUs are credited on a quarterly basis, and the number of share units received is equal to the amount of fees expressed in U.S. Dollars, converted to Canadian Dollars, divided by the market value expressed in Canadian Dollars of Nortel Networks Corporation common shares on the last trading day of the quarter. Generally, the share units are settled on the fourth trading day following the release of Nortel's financial results after the director ceases to be a member of the boards of directors of Nortel and NNL, and each share unit entitles the holder to receive one Nortel Networks Corporation common share. The value of the DSU and the related compensation expense is determined and recorded based on the current market price of the underlying Nortel Networks Corporation common shares on the date of the grant. Common shares are purchased on the open market to settle outstanding share units. As of December 31, 2007 and 2006, the number of share units outstanding and the DSU expense were not material to Nortel's results of operations and financial condition.

*Limited share purchase plan ("LSPP")*

In November 2007, Nortel adopted a limited share purchase plan as a vehicle to enable certain executive officers of Nortel and NNL to purchase Nortel Networks Corporation common shares. The plan allows certain executives to satisfy share ownership guidelines while continuing to comply with an exemption from the SEC short survey market rules. Under the LSPP, the officers purchase Nortel Networks Corporation common shares at a market price, which is calculated based on the five day weighted average share price to the purchase request date. There are 450,000 Nortel Networks Corporation common shares available for purchase under the LSPP. As of December 31, 2007, the number of shares outstanding and the related compensation expense was not material to Nortel's results of operations and financial condition.

156

HIGHLY CONFIDENTIAL　　　NNC-NNL06005571 / 159

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

*Employee stock purchase plans*

Nortel has ESPPs to facilitate the acquisition of common shares of Nortel by eligible employees. On June 29, 2005, the shareholders of Nortel approved three new stock purchase plans, the Nortel Global Stock Purchase Plan, the Nortel U.S. Stock Purchase Plan and the Nortel Stock Purchase Plan for Members of the Savings and Retirement Program, each of which have been launched in jurisdictions throughout the world.

The ESPPs are designed to have four offering periods each year, with each offering period beginning on the first day of each calendar quarter. Eligible employees are permitted to have up to 10% of their eligible compensation deducted from their pay during each offering period to contribute towards the purchase of Nortel Networks Corporation common shares. The Nortel Networks Corporation common shares are purchased by an independent broker through the facilities of the TSX and/or NYSE, and held by a custodian on behalf of the plan participants.

For eligible employees, Nortel Networks Corporation common shares were purchased on the TSX at fair market value but employees effectively paid only 85% of that price as a result of Nortel contributing the remaining 15% of the price.

The purchases under the ESPPs for the years ended December 31 are shown below:

|  | 2007 | 2006[b] | 2005[b] |
|---|---|---|---|
|  | (Number of shares in thousands) | | |
| Nortel Networks Corporation common shares purchased[a] | 1,286 | 294 | 78 |
| Weighted-average price of shares purchased | $20.26 | $25.43 | $30.68 |

(a) Compensation expense was recognized for Nortel's portion of the contributions. Nortel contributed an amount equal to the difference between the market price and the employee purchase price.

(b) During the periods of March 10, 2004 to June 1, 2005, and March 10, 2006 to June 6, 2006, purchases under the ESPPs were suspended due to Nortel and NNL not being in compliance with certain reporting requirements of U.S. and Canadian securities regulators.

*Share-based compensation*

Effective January 1, 2006, Nortel adopted SFAS 123R, as set out in note 2.

In accordance with SFAS 123R, Nortel did not accelerate the recognition of expense for those awards that applied to retirement-eligible employees prior to the adoption of the new guidance, but rather expensed those awards over the vesting period. Therefore, an expense of approximately $4 was recognized during the year ended December 31, 2006 that would not have been recognized had Nortel accelerated recognition of the expense prior to January 1, 2006, the adoption date of SFAS 123R.

SFAS 123R requires forfeitures to be estimated at the time of grant in order to estimate the amount of share-based awards that will ultimately vest. Since share-based compensation expense recognized in the consolidated statements of operations, for the year ended December 31, 2006, is based on awards ultimately expected to vest, it has been reduced for estimated forfeitures. Prior to the adoption of SFAS 123R, Nortel recognized forfeitures as they occurred. In the year ended December 31, 2006, Nortel recorded a gain of $9 as a cumulative effect of an accounting change as a result of the change in accounting for forfeitures under SFAS 123R. In Nortel's pro forma information required under SFAS 123 for the periods prior to fiscal 2006, Nortel accounted for forfeitures as they occurred.

In November 2005, the FASB issued FASB FSP No. 123R-3, "Transition Election Related to Accounting for the Tax Effects of Share-Based Payment Awards" ("FSP FAS 123R-3"). Nortel elected to adopt the alternative transition method to SFAS 123R in accounting for the tax effects of share-based payment awards to employees. The elective method comprises a computational component that establishes a beginning balance of the Additional Paid In Capital ("APIC") pool related to employee compensation and a simplified method to determine the subsequent impact on the APIC pool of employee awards that are fully vested and outstanding upon the adoption of SFAS 123R. As of December 31, 2006, the APIC balance was nil, and there were no other material impacts as a result of the adoption of FSP FAS 123R-3.

157

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Share-based compensation recorded during the years ended December 31 was as follows:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Share-based compensation:** | | | |
| Stock option expense | $ 76 | $ 93[b] | $87 |
| RSU expense[a] | 23 | 8 | 1 |
| PSU expense | 6 | 2 | — |
| DSU expense[a] | — | — | 1 |
| Total share-based compensation reported — net of tax | $105 | $103 | $89 |

(a) Compensation related to employer portion of RSUs and DSUs was net of tax of nil in each period.
(b) Includes a reduction of stock option expense of approximately $9, recognized during the first quarter of 2006, to align Nortel's recognition of stock option forfeitures with the adoption of SFAS 123R.

Nortel estimates the fair value of stock options and SARs using the Black-Scholes-Merton option-pricing model, consistent with the provisions of SFAS 123R and SAB 107. The key input assumptions used to estimate the fair value of stock options and SARs include the grant price of the options, the expected term of the options, the volatility of Nortel's stock, the risk-free interest rate and Nortel's dividend yield. Nortel believes that the Black-Scholes-Merton option-pricing model sufficiently captures the substantive characteristics of the option and SAR awards and is appropriate to calculate the fair values of Nortel's stock options.

The following ranges of assumptions were used in computing the fair value of stock options and SARs for purposes of expense recognition, for the following years ended December 31:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Black-Scholes Merton assumptions** | | | |
| Expected dividend yield | 0.00% | 0.00% | 0.00% |
| Expected volatility[a] | 41.39%-53.56% | 60.08%-73.66% | 85.35%-87.01% |
| Risk-free interest rate[b] | 3.07%-4.92% | 4.57%-5.04% | 3.70%-4.44% |
| Expected option life in years[c] | 3.39-4.00 | 4.00 | 4.00 |
| **Range of fair value per unit granted** | $2.41-$11.86 | $9.97-$12.26 | $17.87-$21.22 |

(a) The expected volatility of Nortel's stock is estimated using the daily historical stock prices over a period equal to the expected term.
(b) Nortel used the five-year U.S. government treasury bill rate to approximate the four-year risk free rate.
(c) The expected term of the stock options is estimated based on historical grants with similar vesting periods.

The fair value of RSU awards is calculated using an average of the high and low stock prices from the highest trading volume of either the NYSE or the TSX on the date of the grant. Nortel estimates the fair value of PSU awards using a Monte Carlo simulation model. Certain assumptions used in the model include (but are not limited to) the following:

|  | 2007 | 2006 |
|---|---|---|
| **Monte Carlo assumptions** | | |
| Beta (range) | 1.20-1.88 | 2.0-2.1 |
| Risk-free interest rate (range)[a] | 3.37%-4.66% | 4.79%-5.10% |
| Equity risk premium | — | 5.00% |

(a) The risk-free interest rate used was the three-year U.S. government treasury bill rate.

As of December 31, 2007, the annual forfeiture rates applied to Nortel's stock option plans, SARs, RSU and PSU awards were 18.12%, 18.12%, 15.60%, and 14.49%, respectively.

The total income tax benefit recognized in the statements of operations for share-based award compensation was nil for each of the years ended December 31, 2007, 2006 and 2005.

HIGHLY CONFIDENTIAL  NNC-NNL06005571 / 161

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

Cash received from exercise under all share-based payment arrangements was $10, $2 and $6 for the years ended December 31, 2007, 2006 and 2005, respectively. Tax benefits realized by Nortel related to these exercises were nil for each of the years ended December 31, 2007, 2006, and 2005.

## 19. Related party transactions

In the ordinary course of business, Nortel engages in transactions with certain of its equity-owned investees and certain other business partners. These transactions are sales and purchases of goods and services under usual trade terms and are measured at their exchange amounts.

Transactions with related parties for the years ended December 31 are summarized as follows:

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| Revenues: |  |  |  |
| LGE[a] | $ 22 | $ 27 | $— |
| Vertical Communications, Inc. ("Vertical")[b] | 14 | 22 | 2 |
| Other | 11 | 5 | 2 |
| Total | $ 47 | $ 54 | $ 4 |
| Purchases: |  |  |  |
| LGE[a] | $287 | $238 | $41 |
| Sasken Communications Technology Ltd. ("Sasken")[c] | 28 | 34 | 18 |
| GNTEL Co., Ltd ("GNTEL")[d] | 95 | 74 | 10 |
| Other | 15 | 39 | 21 |
| Total | $425 | $385 | $90 |

(a) LGE holds a minority interest in LG-Nortel. Nortel's sales and purchases relate primarily to certain inventory-related items. As of December 31, 2007, accounts payable to LGE was net $31, compared to $76 as at December 31, 2006.

(b) LG-Nortel currently owns a minority interest in Vertical. Vertical supports LG-Nortel's efforts to distribute Nortel's products to the North American market.

(c) Nortel currently owns a minority interest in Sasken. Nortel's purchases from Sasken relate primarily to software and other software development-related purchases. As of December 31, 2007, accounts payable to Sasken was $1, compared to $2 as at December 31, 2006.

(d) Nortel holds a minority interest in GNTEL through its business venture LG-Nortel. Nortel's purchases from GNTEL relate primarily to installation and warranty services. As of December 31, 2007, accounts payable to GNTEL was net $31, compared to net $17 as at December 31, 2006.

As of December 31, 2007 and 2006, accounts receivable from related parties were $6 and $13, respectively. As of December 31, 2007 and 2006, accounts payable to related parties were $67 and $97, respectively.

## 20. Contingencies

Subsequent to Nortel's announcement on February 15, 2001, in which it provided revised guidance for its financial performance for the 2001 fiscal year and the first quarter of 2001, Nortel and certain of its then-current officers and directors were named as defendants in several purported class action lawsuits in the U.S. and Canada (collectively, the "Nortel I Class Actions"). These lawsuits in the U.S. District Court for the Southern District of New York, where all the U.S. lawsuits were consolidated, the Ontario Superior Court of Justice, the Supreme Court of British Columbia and the Quebec Superior Court were filed on behalf of shareholders who acquired securities of Nortel during certain periods between October 24, 2000 and February 15, 2001. The lawsuits alleged, among other things, violations of U.S. federal and Canadian provincial securities laws. These matters also have been the subject of review by Canadian and U.S. securities regulatory authorities.

Subsequent to Nortel's announcement on March 10, 2004, in which it indicated it was likely that Nortel would need to revise its previously announced unaudited results for the year ended December 31, 2003 and the results reported in certain of its quarterly reports in 2003, and to restate its previously filed financial results for one or more earlier periods, Nortel and certain of its then-current and former officers and directors were named as defendants in several purported class action lawsuits in the U.S. and Canada (collectively, the "Nortel II Class Actions"). These lawsuits in the U.S. District

HIGHLY CONFIDENTIAL    

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

Court for the Southern District of New York, the Ontario Superior Court of Justice and the Quebec Superior Court were filed on behalf of shareholders who acquired securities of Nortel during certain periods between February 16, 2001 and July 28, 2004. The lawsuits alleged, among other things, violations of U.S. federal and Canadian provincial securities laws, negligence, misrepresentations, oppressive conduct, insider trading and violations of Canadian corporation and competition laws in connection with certain of Nortel's financial results. These matters are also the subject of investigations by Canadian and U.S. securities regulatory and criminal investigative authorities.

During 2006, Nortel entered into agreements to settle all of the Nortel I Class Actions and Nortel II Class Actions (the "Global Class Action Settlement") concurrently, except one related Canadian action described below. In December 2006 and January 2007, the Global Class Action Settlement was approved by the courts in New York, Ontario, British Columbia and Quebec, and became effective on March 20, 2007.

Under the terms of the Global Class Action Settlement, Nortel agreed to pay $575 in cash plus accrued interest and issue approximately 62,866,775 Nortel Networks Corporation common shares (representing approximately 14.5% of Nortel Networks Corporation common shares outstanding as of February 7, 2006, the date an agreement in principle was reached with the plaintiffs in the U.S. class action lawsuits). Nortel will also contribute to the plaintiffs one-half of any recovery from its ongoing litigation against certain of its former senior officers who were terminated for cause in 2004, which seeks the return of payments made to them in 2003 under Nortel's bonus plan. The total settlement amount includes all plaintiffs' court-approved attorneys' fees. On June 1, 2006, Nortel placed $575 plus accrued interest of $5 into escrow and classified this amount as restricted cash. As a result of the Global Class Action Settlement, Nortel established a litigation reserve and recorded a charge in the amount of $2,474 to its full-year 2005 financial results, $575 of which related to the cash portion of the Global Class Action Settlement, while $1,899 related to the equity component. The equity component of the litigation reserve was adjusted each quarter from February 2006 through March 20, 2007 to reflect the fair value of the Nortel Networks Corporation common shares issuable.

The effective date of the Global Class Action Settlement was March 20, 2007, on which date the number of Nortel Networks Corporation common shares issuable in connection with the equity component was fixed. As such, a final measurement date occurred for the equity component of the settlement and the value of the shares issuable was fixed at their fair value of $1,626 on the effective date.

Nortel recorded a shareholder litigation settlement recovery of $54 during the first quarter of 2007 as a result of the final fair value adjustment for the equity component of the Global Class Action Settlement made on March 20, 2007. In addition, the litigation reserve related to the equity component was reclassified to additional paid-in capital within shareholders' equity on March 20, 2007 as the number of issuable Nortel Networks Corporation common shares was fixed on that date. The reclassified amount will be further reclassified to Nortel Networks Corporation common shares as the shares are issued. On the effective date of March 20, 2007, Nortel also removed the restricted cash and corresponding litigation reserve related to the cash portion of the settlement, as the funds became controlled by the escrow agents and Nortel's obligation has been extinguished. The administration of the settlement will be a complex and lengthy process. Plaintiffs' counsel will submit lists of claims approved by the claims administrator to the appropriate courts for approval. Once all the courts have approved the claims, the process of distributing cash and share certificates to claimants will begin. Although Nortel cannot predict how long the process will take, approximately 4% of the settlement shares have been issued, and Nortel currently expects the issuance of the balance to commence in the first half of 2008.

Nortel's insurers have agreed to pay $229 in cash toward the settlement and Nortel has agreed to certain indemnification obligations with them. Nortel believes that it is unlikely that these indemnification obligations will materially increase its total cash payment obligations under the Global Class Action Settlement. See note 12 for additional information.

Under the terms of the Global Class Action Settlement, Nortel also agreed to certain corporate governance enhancements. These enhancements included the codification of certain of Nortel's current governance practices in the written mandate for its Board of Directors and the inclusion in its Statement of Corporate Governance Practices contained in Nortel's annual proxy circular and proxy statement of disclosure regarding certain other governance practices.

In August 2006, Nortel reached a separate agreement in principle to settle a class action lawsuit in the Ontario Superior Court of Justice that is not covered by the Global Class Action Settlement, subject to court approval (the "Ontario Settlement"). In February 2007, the court approved the Ontario Settlement. The settlement did not have a material impact

160

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

on Nortel's financial condition and an accrued liability was recorded in the third quarter of 2006 for the related settlement, which was paid in the first quarter of 2007.

Nortel and NNL had been under investigation by the SEC since April 2004 in connection with previous restatements of their consolidated financial statements. As a result of discussions with the Enforcement Staff of the SEC for purposes of resolving the investigation, Nortel recorded an accrual in its condensed consolidated financial statements in the second quarter of 2007 in the amount of $35, which it believed represented the best estimate for the liability associated with this matter at that time. In October 2007, Nortel and NNL reached a settlement on all issues with the SEC in connection with its investigation of the previous restatements of Nortel's and NNL's financial results. As part of the settlement, Nortel agreed to pay a civil penalty of $35 and a disgorgement in the amount of one U.S. Dollar, and Nortel and NNL consented to be restrained and enjoined from future violations of the antifraud, reporting, books and records and internal control provisions of U.S. federal securities laws. Further, Nortel and NNL are required to provide to the SEC quarterly written reports detailing the progress in implementing Nortel's and NNL's remediation plan and actions to address their remaining weakness relating to revenue recognition. This reporting requirement began following the filing of the quarterly report on Form 10-Q for the quarter ended September 30, 2007 and is expected to end following the filing of this report and delivery of the corresponding remediation progress report, based upon the elimination of Nortel's remaining material weakness and full implementation of Nortel's remediation plan.

In April 2004, Nortel also announced that it was under investigation by the Ontario Securities Commission (the "OSC") in connection with the same matters as the SEC investigation. In May 2007, Nortel and NNL entered into a settlement agreement with the Staff of the OSC in connection with its investigation. On May 22, 2007, the OSC issued an order approving the settlement agreement, which fully resolves all issues with the OSC. Under the terms of the OSC order, Nortel and NNL are required to deliver to the OSC Staff quarterly and annual written reports detailing, among other matters, their progress in implementing their remediation plan. This reporting obligation began following the filing of the Quarterly Report on Form 10-Q for the quarter ended June 30, 2007 and is expected to end following the filing of this report and delivery of the corresponding remediation progress report, based upon the elimination of its remaining material weakness relating to revenue recognition and the completion of their remediation plan. The OSC order did not impose any administrative penalty or fine. However, Nortel made a payment to the OSC in the amount CAD $1 million as a contribution toward the cost of its investigation.

In May 2004, Nortel received a federal grand jury subpoena for the production of certain documents, including financial statements and corporate, personnel and accounting records, in connection with an ongoing criminal investigation being conducted by the U.S. Attorney's Office for the Northern District of Texas, Dallas Division. In August 2005, Nortel received an additional federal grand jury subpoena seeking additional documents, including documents relating to the Nortel Retirement Income Plan and the Nortel Long-Term Investment Plan. This investigation is ongoing. A criminal investigation into Nortel's financial accounting situation by the Integrated Market Enforcement Team of the Royal Canadian Mounted Police is also ongoing.

Beginning in December 2001, Nortel, together with certain of its then-current and former directors, officers and employees, was named as a defendant in several purported class action lawsuits pursuant to the United States Employee Retirement Income Security Act. These lawsuits have been consolidated into a single proceeding in the U.S. District Court for the Middle District of Tennessee. This lawsuit is on behalf of participants and beneficiaries of the Nortel Long-Term Investment Plan, who held shares of the Nortel Networks Stock Fund during the class period, which has yet to be determined by the court. The lawsuit alleges, among other things, material misrepresentations and omissions to induce participants and beneficiaries to continue to invest in and maintain investments in Nortel Networks Corporation common shares through the investment plan. The court has not yet ruled as to whether the plaintiff's proposed class action should be certified.

In January 2005, Nortel and NNL filed a Statement of Claim in the Ontario Superior Court of Justice against Messrs. Frank Dunn, Douglas Beatty and Michael Gollogly, their former senior officers who were terminated for cause in April 2004, seeking the return of payments made to them under Nortel's bonus plan in 2003.

In April 2006, Mr. Dunn filed a Notice of Action and Statement of Claim in the Ontario Superior Court of Justice against Nortel and NNL asserting claims for wrongful dismissal, defamation and mental distress, and seeking punitive, exemplary and aggravated damages, out-of-pocket expenses and special damages, indemnity for legal expenses incurred as a result of

161

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

civil and administrative proceedings brought against him by reason of his having been an officer or director of the defendants, pre-judgment interest and costs.

In May and October 2006, respectively, Messrs. Gollogly and Beatty filed Statements of Claim in the Ontario Superior Court of Justice against Nortel and NNL asserting claims for, among other things, wrongful dismissal and seeking compensatory, aggravated and punitive damages, and pre- and post-judgment interest and costs.

In June 2005, Ipernica Limited (formerly known as QSPX Development 5 Pty Ltd), an Australian patent holding firm, filed a lawsuit against Nortel in the U.S. District Court for the Eastern District of Texas alleging patent infringement. In April 2007, the jury reached a verdict to award damages to the plaintiff in the amount of $28. Post-trial motions have been filed. The trial judge will next enter a judgment that could range from increasing the damages award against Nortel to a reversal of the jury's verdict.

Except as otherwise described herein, in each of the matters described above, the plaintiffs are seeking an unspecified amount of monetary damages. Nortel is unable to ascertain the ultimate aggregate amount of monetary liability or financial impact to Nortel of the above matters, which, unless otherwise specified, seek damages from the defendants of material or indeterminate amounts or could result in fines and penalties. With the exception of $2,474 and the related fair value adjustments, which Nortel recorded in 2006 and first quarter of 2007 financial results as a result of the Global Class Action Settlement and the accrued liability for the Ontario Settlement, Nortel has not made any provisions for any potential judgments, fines, penalties or settlements that may result from these actions, suits, claims and investigations. Except for the Global Class Action Settlement, Nortel cannot determine whether these actions, suits, claims and proceedings will, individually or collectively, have a material adverse effect on its business, results of operations, financial condition or liquidity. Except for matters encompassed by the Global Class Action Settlement and the Ontario Settlement, Nortel intends to defend these actions, suits, claims and proceedings, litigating or settling cases where in management's judgment it would be in the best interest of shareholders to do so. Nortel will continue to cooperate fully with all authorities in connection with the regulatory and criminal investigations.

Nortel is also a defendant in various other suits, claims, proceedings and investigations which arise in the normal course of business.

### *Environmental matters*

Nortel's business is subject to a wide range of continuously evolving environmental laws in various jurisdictions. Nortel seeks to operate its business in compliance with these changing laws and regularly evaluates their impact on operations, products and facilities. Existing and new laws may cause Nortel to incur additional costs. In some cases, environmental laws affect Nortel's ability to import or export certain products to or from, or produce or sell certain products in, some jurisdictions, or have caused it to redesign products to avoid use of regulated substances. Although costs relating to environmental compliance have not had a material adverse effect on the business, results of operations, financial condition or liquidity to date, there can be no assurance that such costs will not have a material adverse effect going forward. Nortel continues to evolve compliance plans and risk mitigation strategies relating to the new laws and requirements. Nortel intends to design and manufacture products that are compliant with all applicable legislation and meet its quality and reliability requirements.

Nortel has a corporate environmental management system standard and an environmental program to promote such compliance. Moreover, Nortel has a periodic, risk-based, integrated environment, health and safety audit program. Nortel's environmental program focuses its activities on design for the environment, supply chain and packaging reduction issues. Nortel works with its suppliers and other external groups to encourage the sharing of non-proprietary information on environmental research.

Nortel is exposed to liabilities and compliance costs arising from its past generation, management and disposal of hazardous substances and wastes. As of December 31, 2007, the accruals on the consolidated balance sheet for environmental matters were $26. Based on information available as of December 31, 2007 and 2006, management believes that the existing accruals are sufficient to satisfy probable and reasonably estimable environmental liabilities related to known environmental matters. Any additional liabilities that may result from these matters, and any additional liabilities that may result in connection with other locations currently under investigation, are not expected to have a material adverse effect on the business, results of operations, financial condition and liquidity of Nortel.

162

## NORTEL NETWORKS CORPORATION
### Notes to Consolidated Financial Statements — (Continued)

Nortel has remedial activities under way at 12 sites which are either currently or previously owned or occupied facilities. An estimate of Nortel's anticipated remediation costs associated with all such sites, to the extent probable and reasonably estimable, is included in the environmental accruals referred to above in an approximate amount of $26.

Nortel is also listed as a potentially responsible party under the U.S. Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") at four Superfund sites in the U.S. (at three of the Superfund sites, Nortel is considered a *de minimis* potentially responsible party). A potentially responsible party within the meaning of CERCLA is generally considered to be a major contributor to the total hazardous waste at a Superfund site (typically 1% or more, depending on the circumstances). A *de minimis* potentially responsible party is generally considered to have contributed less than 1% (depending on the circumstances) of the total hazardous waste at a Superfund site. An estimate of Nortel's share of the anticipated remediation costs associated with such Superfund sites is expected to be *de minimis* and is included in the environmental accruals of $26 referred to above.

Liability under CERCLA may be imposed on a joint and several basis, without regard to the extent of Nortel's involvement. In addition, the accuracy of Nortel's estimate of environmental liability is affected by several uncertainties such as additional requirements which may be identified in connection with remedial activities, the complexity and evolution of environmental laws and regulations, and the identification of presently unknown remediation requirements. Consequently, Nortel's liability could be greater than its current estimate.

### 21.  Subsequent events

#### *2008 Restructuring Plan*

On February 27, 2008, as part of its further efforts to increase competitiveness by improving profitability and overall business performance, Nortel announced a restructuring plan that includes workforce reductions of approximately 2,100 positions and shifting an additional approximate 1,000 positions from higher-cost locations to lower-cost locations. The reductions will occur through both voluntary and involuntary terminations. In addition to the workforce reductions, Nortel announced steps to achieve additional cost savings by efficiently managing its various business locations and further consolidating real estate requirements. Collectively, these efforts are referred to as the "2008 Restructuring Plan". Nortel expects total charges to earnings and cash outlays related to workforce reductions to be approximately $205, which will be substantially incurred over fiscal 2008 and 2009. Nortel expects total charges to earnings related to consolidating real estate to be approximately $70 including approximately $25 related to fixed asset write downs, to be incurred over fiscal 2008 and 2009, and cash outlays of approximately $45 to be incurred through 2024.

### 22.  Supplemental condensed consolidating financial information

On July 5, 2006, NNL completed an offering of the July 2006 Notes to qualified institutional buyers pursuant to Rule 144A and to persons outside the United States pursuant to Regulation S under the Securities Act. The July 2006 Notes consist of the 2016 Fixed Rate Notes, the 2013 Fixed Rate Notes and the 2011 Floating Rate Notes. The July 2006 Notes are fully and unconditionally guaranteed by Nortel and initially guaranteed by NNI.

On March 28, 2007, Nortel completed an offering of $1,150 aggregate principal amount of Convertible Notes to qualified institutional buyers pursuant to Rule 144A under the Securities Act and in Canada to qualified institutional buyers that are also accredited investors pursuant to applicable Canadian private placement exemptions. The Convertible Notes consist of $575 principal amount of the 2012 Notes and $575 principal amount of the 2014 Notes. The Convertible Notes are fully and unconditionally guaranteed by NNL and initially guaranteed by NNI. See note 10 for more information.

The guarantee by NNI of the July 2006 Notes or the Convertible Notes will be released if the July 2006 Notes or the Convertible Notes, as applicable, are rated Baa3 or higher by Moody's and BBB− or higher from Standard & Poor's, in each case, with no negative outlook.

The following supplemental condensed consolidating financial data has been prepared in accordance with Rule 3-10 of Regulation S-X promulgated by the SEC and illustrates, in separate columns, the composition of Nortel, NNL, NNI as the Guarantor Subsidiary of the July 2006 Notes and the Convertible Notes, the subsidiaries of Nortel that are not issuers or guarantors of the July 2006 Notes and the Convertible Notes (the "Non-Guarantor Subsidiaries"), eliminations and the

HIGHLY CONFIDENTIAL                                    NNC-NNL06005571 / 166

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

consolidated total as of December 31, 2007 and December 31, 2006, and for the years ended December 31, 2007, 2006 and 2005.

Investments in subsidiaries are accounted for using the equity method for purposes of the supplemental consolidating financial data. Net earnings (loss) of subsidiaries are therefore reflected in the investment account and net earnings (loss). The principal elimination entries eliminate investments in subsidiaries and intercompany balances and transactions. The financial data may not necessarily be indicative of the results of operations or financial position had the subsidiaries been operating as independent entities. The accounting policies applied by Nortel, NNL and the Guarantor and Non-Guarantor Subsidiaries in the condensed consolidating financial information are consistent with those set out in note 2.

Supplemental Condensed Consolidating Statements of Operations for the year ended December 31, 2007:

| | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| | | | (Millions of U.S. Dollars) | | | |
| Revenues . . . . . . . . . . . . . . . . . . . . . | $ — | $ 3,124 | $5,020 | $5,229 | $(2,425) | $10,948 |
| Cost of revenues . . . . . . . . . . . . . . . . . . . . | — | 1,908 | 3,236 | 3,615 | (2,425) | 6,334 |
| Gross profit . . . . . . . . . . . . . . . . . . . . . | — | 1,216 | 1,784 | 1,614 | — | 4,614 |
| Selling, general and administrative expense . . | — | 520 | 921 | 1,049 | — | 2,490 |
| Research and development expense . . . . . . . . | — | 839 | 677 | 207 | — | 1,723 |
| Amortization of intangible assets . . . . . . . . . . | — | — | 8 | 42 | — | 50 |
| Special charges . . . . . . . . . . . . . . . . . . . . . | — | 21 | 70 | 119 | — | 210 |
| Loss (gain) on sales of businesses and assets . . . . . . . . . . . . . . . . . . . . . . . . . | — | (8) | 4 | (27) | — | (31) |
| Shareholder litigation settlement recovery . . . | (54) | — | — | — | — | (54) |
| Regulatory investigation expense . . . . . . . . . . | 35 | — | — | — | — | 35 |
| Other operating income — net . . . . . . . . . . . | — | (19) | (9) | (7) | — | (35) |
| Operating earnings (loss) . . . . . . . . . . . . . . . | 19 | (137) | 113 | 231 | — | 226 |
| Other income (expense) — net . . . . . . . . . . . | (5) | 509 | (97) | 282 | (264) | 425 |
| Interest expense | | | | | | |
| Long-term debt . . . . . . . . . . . . . . . . . . . . | (95) | (219) | (10) | (28) | — | (352) |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | (13) | — | (73) | 57 | — | (29) |
| Earnings (loss) before income taxes, minority interests and equity in net earnings (loss) of associated companies . . . . . . . . . . . . . . | (94) | 153 | (67) | 542 | (264) | 270 |
| Income tax expense . . . . . . . . . . . . . . . . . . . | — | (1,076) | (2) | (36) | — | (1,114) |
| | (94) | (923) | (69) | 506 | (264) | (844) |
| Minority interests — net of tax . . . . . . . . . . . | (42) | — | — | (73) | — | (115) |
| Equity in net earnings (loss) of associated companies — net of tax . . . . . . . . . . . . . . . | (821) | 125 | 78 | 4 | 616 | 2 |
| Net earnings (loss) before cumulative effect of accounting change . . . . . . . . . . . . . . . . | (957) | (798) | 9 | 437 | 352 | (957) |
| Cumulative effect of accounting change — net of tax . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — | — |
| Net earnings (loss) . . . . . . . . . . . . . . . . . . . | (957) | (798) | 9 | 437 | 352 | (957) |
| Dividends on preferred shares . . . . . . . . . . . . | — | 42 | — | — | (42) | — |
| Net earnings (loss) applicable to common shares . . . . . . . . . . . . . . . . . . . . . . . . . . | $(957) | $ (840) | $ 9 | $ 437 | $ 394 | $ (957) |

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 167