## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Supplemental Condensed Consolidating Statements of Operations for the year ended December 31, 2006:

| | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| | | | (Millions of U.S. Dollars) | | | |
| Revenues | $ — | $3,067 | $5,137 | $5,959 | $(2,745) | $11,418 |
| Cost of revenues | — | 2,006 | 3,564 | 4,153 | (2,744) | 6,979 |
| Gross profit | — | 1,061 | 1,573 | 1,806 | (1) | 4,439 |
| Selling, general and administrative expense | 5 | 419 | 998 | 1,081 | — | 2,503 |
| Research and development expense | — | 896 | 679 | 364 | — | 1,939 |
| Amortization of intangible assets | — | — | 3 | 23 | — | 26 |
| In-process research and development expense | — | — | 16 | 6 | — | 22 |
| Special charges | — | 25 | 47 | 33 | — | 105 |
| Loss (gain) on sales of businesses and assets | — | (11) | (81) | (114) | — | (206) |
| Shareholder litigation settlement (recovery) | (219) | — | — | — | — | (219) |
| Other operating income — net | — | (9) | (4) | — | — | (13) |
| Operating earnings (loss) | 214 | (259) | (85) | 413 | (1) | 282 |
| Other income (expense) — net | (7) | 29 | 61 | 165 | (49) | 199 |
| Interest expense | | | | | | |
| Long-term debt | (85) | (126) | (37) | (24) | — | (272) |
| Other | (40) | (22) | (76) | 64 | 6 | (68) |
| Earnings (loss) before income taxes, minority interests and equity in net earnings (loss) of associated companies | 82 | (378) | (137) | 618 | (44) | 141 |
| Income tax benefit (expense) | — | (12) | 1 | (49) | — | (60) |
| | 82 | (390) | (136) | 569 | (44) | 81 |
| Minority interests — net of tax | — | — | — | (20) | (39) | (59) |
| Equity in net earnings (loss) of associated companies — net of tax | (54) | 356 | 80 | (1) | (384) | (3) |
| Net earnings (loss) before cumulative effect of accounting change | 28 | (34) | (56) | 548 | (467) | 19 |
| Cumulative effect of accounting change — net of tax | — | 1 | 5 | 3 | — | 9 |
| Net earnings (loss) | 28 | (33) | (51) | 551 | (467) | 28 |
| Dividends on preferred shares | — | (38) | — | — | 38 | — |
| Net earnings (loss) applicable to common shares | $ 28 | $ (71) | $ (51) | $ 551 | $ (429) | $ 28 |

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 168

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Supplemental Condensed Consolidating Statements of Operations for the year ended December 31, 2005:

| | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| | | | (Millions of U.S. Dollars) | | | |
| Revenues | $ — | $3,606 | $5,579 | $4,805 | $(3,481) | $10,509 |
| Cost of revenues | — | 1,893 | 4,263 | 3,556 | (3,481) | 6,231 |
| Gross profit | — | 1,713 | 1,316 | 1,249 | — | 4,278 |
| Selling, general and administrative expense | 1 | 655 | 898 | 875 | — | 2,429 |
| Research and development expense | — | 808 | 717 | 349 | — | 1,874 |
| Amortization of intangible assets | — | — | — | 17 | — | 17 |
| Special charges | — | 28 | 54 | 87 | — | 169 |
| Loss (gain) on sales of businesses and assets | — | 42 | 4 | 1 | — | 47 |
| Shareholder litigation settlement expense | 2,474 | — | — | — | — | 2,474 |
| Other operating expenses (income) — net | — | (8) | (20) | 5 | — | (23) |
| Operating earnings (loss) | (2,475) | 188 | (337) | (85) | — | (2,709) |
| Other income — net | 1 | 152 | 67 | 44 | 8 | 272 |
| Interest expense | | | | | | |
| Long-term debt | (85) | (84) | (12) | (28) | — | (209) |
| Other | — | (8) | (63) | 60 | 1 | (10) |
| Earnings (loss) from continuing operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (2,559) | 248 | (345) | (9) | 9 | (2,656) |
| Income tax benefit (expense) | — | (4) | 83 | 2 | — | 81 |
| | (2,559) | 244 | (262) | (7) | 9 | (2,575) |
| Minority interests — net of tax | — | — | — | (12) | (27) | (39) |
| Equity in net earnings (loss) of associated companies — net of tax | (51) | (295) | (86) | (1) | 436 | 3 |
| Net earnings (loss) from continuing operations | (2,610) | (51) | (348) | (20) | 418 | (2,611) |
| Net earnings (loss) from discontinued operations — net of tax | — | 4 | — | (3) | — | 1 |
| Net earnings (loss) before cumulative effect of accounting change | (2,610) | (47) | (348) | (23) | 418 | (2,610) |
| Cumulative effect of accounting change — net of tax | — | — | — | — | — | — |
| Net earnings (loss) | (2,610) | (46) | (348) | (23) | 418 | (2,610) |
| Dividends on preferred shares | — | 26 | — | — | (26) | — |
| Net earnings (loss) applicable to common shares | $(2,610) | $ (73) | $ (348) | $ (23) | $ 444 | $(2,610) |

HIGHLY CONFIDENTIAL                    NNC-NNL06005571 / 169

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Supplemental Condensed Consolidating Balance Sheets as of December 31, 2007:

| | Networks Corporation | Networks Limited | Guarantor Subsidiary | Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| | | | | (Millions of U.S. Dollars) | | |
| **ASSETS** | | | | | | |
| **Current assets** | | | | | | |
| Cash and cash equivalents . . . . . . . . . . . . . | $ 1 | $ 329 | $ 1,128 | $2,074 | $ — | $ 3,532 |
| Restricted cash and cash equivalents . . . . . | 10 | 34 | 8 | 24 | — | 76 |
| Accounts receivable — net. . . . . . . . . . . . . | — | 2,394 | 1,828 | 3,158 | (4,797) | 2,583 |
| Inventories — net . . . . . . . . . . . . . . . . . . . | — | 100 | 505 | 1,397 | — | 2,002 |
| Deferred income taxes — net. . . . . . . . . . . | — | 32 | 318 | 137 | — | 487 |
| Other current assets. . . . . . . . . . . . . . . . . | — | 86 | 120 | 263 | (2) | 467 |
| **Total current assets . . . . . . . . . . . . . . . . .** | 11 | 2,975 | 3,907 | 7,053 | (4,799) | 9,147 |
| Investments. . . . . . . . . . . . . . . . . . . . . . . | 5,556 | 6,616 | 3,563 | (68) | (15,473) | 194 |
| Plant and equipment — net . . . . . . . . . . . . | — | 528 | 406 | 598 | — | 1,532 |
| Goodwill . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 1,877 | 682 | — | 2,559 |
| Intangible assets — net . . . . . . . . . . . . . . | — | 18 | 34 | 161 | — | 213 |
| Deferred income taxes — net. . . . . . . . . . . | — | 1,128 | 1,245 | 495 | — | 2,868 |
| Other assets . . . . . . . . . . . . . . . . . . . . . . | 21 | 171 | 118 | 260 | (15) | 555 |
| **Total assets . . . . . . . . . . . . . . . . . . . . . . .** | $5,588 | $11,436 | $11,150 | $9,181 | $(20,287) | $17,068 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| **Current liabilities** | | | | | | |
| Trade and other accounts payable . . . . . . . | $ 991 | $ 1,486 | $ 998 | $2,509 | $ (4,797) | $ 1,187 |
| Payroll and benefit-related liabilities . . . . . | — | 134 | 259 | 297 | — | 690 |
| Contractual liabilities. . . . . . . . . . . . . . . . | — | 17 | 47 | 208 | — | 272 |
| Restructuring liabilities . . . . . . . . . . . . . . | — | 11 | 46 | 43 | — | 100 |
| Other accrued liabilities. . . . . . . . . . . . . . . | 14 | 463 | 1,246 | 2,104 | (2) | 3,825 |
| Long-term debt due within one year. . . . . . | 675 | 1 | 12 | 10 | — | 698 |
| **Total current liabilities . . . . . . . . . . . . . . .** | 1,680 | 2,112 | 2,608 | 5,171 | (4,799) | 6,772 |
| Long-term debt. . . . . . . . . . . . . . . . . . . . . | 1,150 | 2,243 | 94 | 329 | — | 3,816 |
| Deferred income taxes — net. . . . . . . . . . . | — | — | — | 17 | — | 17 |
| Other liabilities. . . . . . . . . . . . . . . . . . . . . | — | 1,071 | 716 | 1,103 | (15) | 2,875 |
| **Total liabilities. . . . . . . . . . . . . . . . . . . . .** | 2,830 | 5,426 | 3,418 | 6,620 | (4,814) | 13,480 |
| Minority interests in subsidiary companies. . . | | | | 294 | 536 | 830 |
| Shareholders' equity . . . . . . . . . . . . . . . . . | 2,758 | 6,010 | 7,732 | 2,267 | (16,009) | 2,758 |
| **Total liabilities and shareholders' equity . . .** | $5,588 | $11,436 | $11,150 | $9,181 | $(20,287) | $17,068 |

167

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Supplemental Condensed Consolidating Balance Sheets as of December 31, 2006:

| | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| | | | | (Millions of U.S. Dollars) | | |
| **ASSETS** | | | | | | |
| **Current assets** | | | | | | |
| Cash and cash equivalents . . . . . . . . . . . . | $ 1 | $ 626 | $ 1,145 | $ 1,720 | $ — | $ 3,492 |
| Restricted cash and cash equivalents . . . . . | 595 | 18 | 19 | 50 | (43) | 639 |
| Accounts receivable — net. . . . . . . . . . . . . | — | — | 3,081 | 12,290 | (12,586) | 2,785 |
| Inventories — net . . . . . . . . . . . . . . . . . . | — | 145 | 547 | 1,311 | (14) | 1,989 |
| Deferred income taxes — net. . . . . . . . . . . | — | 45 | 225 | 6 | — | 276 |
| Other current assets. . . . . . . . . . . . . . . . . | 229 | 128 | 110 | 275 | — | 742 |
| **Total current assets . . . . . . . . . . . . . . . . .** | 825 | 962 | 5,127 | 15,652 | (12,643) | 9,923 |
| Investments. . . . . . . . . . . . . . . . . . . . . . . | 5,456 | 6,629 | 5,239 | 5,544 | (22,664) | 204 |
| Plant and equipment — net . . . . . . . . . . . . | — | 490 | 446 | 594 | — | 1,530 |
| Goodwill . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 1,878 | 651 | — | 2,529 |
| Intangible assets — net . . . . . . . . . . . . . . . | — | — | 45 | 196 | — | 241 |
| Deferred income taxes — net. . . . . . . . . . . | — | 1,847 | 1,338 | 678 | — | 3,863 |
| Other assets . . . . . . . . . . . . . . . . . . . . . . | 10 | 246 | 364 | 724 | (655) | 689 |
| **Total assets . . . . . . . . . . . . . . . . . . . . . . .** | $6,291 | $10,174 | $14,437 | $24,039 | $(35,962) | $18,979 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| **Current liabilities** | | | | | | |
| Trade and other accounts payable . . . . . . . | $ 848 | $ 8 | $ 3,763 | $ 9,092 | $(12,586) | $ 1,125 |
| Payroll and benefit-related liabilities . . . . . | — | 114 | 259 | 267 | — | 640 |
| Contractual liabilities. . . . . . . . . . . . . . . . | — | 11 | 59 | 173 | — | 243 |
| Restructuring liabilities . . . . . . . . . . . . . . | — | 10 | 52 | 35 | — | 97 |
| Other accrued liabilities. . . . . . . . . . . . . . | 842 | 529 | 1,312 | 1,920 | — | 4,603 |
| Long-term debt due within one year . . . . . . | — | 1 | 9 | 8 | — | 18 |
| **Total current liabilities . . . . . . . . . . . . . . .** | 1,690 | 673 | 5,454 | 11,495 | (12,586) | 6,726 |
| Long-term debt. . . . . . . . . . . . . . . . . . . . . | 1,800 | 2,218 | 102 | 326 | — | 4,446 |
| Deferred income taxes — net. . . . . . . . . . . | — | — | — | 97 | — | 97 |
| Other liabilities . . . . . . . . . . . . . . . . . . . . | 1,680 | 1,390 | 1,219 | 2,176 | (655) | 5,810 |
| **Total liabilities. . . . . . . . . . . . . . . . . . . . .** | 5,170 | 4,281 | 6,775 | 14,094 | (13,241) | 17,079 |
| Minority interests in subsidiary companies . . . | — | — | — | 243 | 536 | 779 |
| Shareholders' equity . . . . . . . . . . . . . . . . . | 1,121 | 5,893 | 7,662 | 9,702 | (23,257) | 1,121 |
| **Total liabilities and shareholders' equity . . .** | $6,291 | $10,174 | $14,437 | $24,039 | $(35,962) | $18,979 |

HIGHLY CONFIDENTIAL          NNC-NNL06005571 / 171

# NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Supplemental Condensed Consolidating Statements of Cash Flows for the year ended December 31, 2007:

| | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| | | | | (Millions of U.S. Dollars) | | |
| **Cash flows from (used in) operating activities** | | | | | | |
| Net earnings (loss) . . . . . . . . . . . . . . . . . . | $ (957) | $(798) | $ 9 | $ 437 | $ 352 | $ (957) |
| Adjustment to reconcile to net earnings (loss) . . . . . . . . . . . . . . . . . . . . . . . | 360 | 579 | (8) | (25) | (352) | 554 |
| Net cash from (used in) operating activities . . | (597) | (219) | 1 | 412 | — | (403) |
| **Cash flows from (used in) investing activities** | | | | | | |
| Expenditures for plant and equipment . . . . . | — | (81) | (64) | (90) | — | (235) |
| Proceeds on disposals of plant and equipment . . . . . . . . . . . . . . . . . . . . . . | — | 58 | 5 | 27 | — | 90 |
| Change in restricted cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . | 585 | — | (6) | (16) | — | 563 |
| Acquisitions of investments and businesses — net of cash acquired . . . . . . | — | (4) | (6) | (75) | — | (85) |
| Proceeds from the sales of investments and businesses and assets — net . . . . . . . . . | — | (60) | 62 | 73 | — | 75 |
| Net cash from (used in) investing activities . . . | 585 | (87) | (9) | (81) | — | 408 |
| **Cash flows from (used in) financing activities** | | | | | | |
| Dividends paid on preferred shares . . . . . . . | — | (42) | — | — | 42 | — |
| Dividends paid by subsidiaries to minority interests . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | (10) | (42) | (52) |
| Increase in notes payable . . . . . . . . . . . . . | — | — | — | 76 | — | 76 |
| Decrease in notes payable . . . . . . . . . . . . . | — | — | — | (81) | — | (81) |
| Proceeds from issuance of long-term debt . . | 1,150 | — | — | — | — | 1,150 |
| Repayments of long-term debt . . . . . . . . . . | (1,125) | — | — | — | — | (1,125) |
| Debt issuance costs . . . . . . . . . . . . . . . . . . | (23) | — | — | — | — | (23) |
| Repayments of capital leases payable . . . . . | — | (3) | (9) | (12) | — | (24) |
| Issuance of common shares . . . . . . . . . . . . | 10 | — | — | — | — | 10 |
| Net cash from (used in) financing activities . . | 12 | (45) | (9) | (27) | — | (69) |
| Effect of foreign exchange rate changes on cash and cash equivalents . . . . . . . . . . . . . | — | 54 | — | 50 | — | 104 |
| Net increase (decrease) in cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . . . | — | (297) | (17) | 354 | — | 40 |
| Cash and cash equivalents at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 626 | 1,145 | 1,720 | — | 3,492 |
| **Cash and cash equivalents at end of year** . . | $ 1 | $ 329 | $1,128 | $2,074 | $ — | $ 3,532 |

HIGHLY CONFIDENTIAL

# NORTEL NETWORKS CORPORATION

## Notes to Consolidated Financial Statements — (Continued)

Supplemental Condensed Consolidating Statements of Cash Flows for the year ended December 31, 2006:

| | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| | | | | (Millions of U.S. Dollars) | | |
| **Cash flows from (used in) operating activities** | | | | | | |
| Net earnings (loss) | $ 28 | $ (32) | $ (51) | $ 551 | $(468) | $ 28 |
| Adjustment to reconcile to net earnings (loss) | 497 | (567) | 155 | (344) | 468 | 209 |
| Net cash from (used in) operating activities | 525 | (599) | 104 | 207 | — | 237 |
| **Cash flows from (used in) investing activities** | | | | | | |
| Expenditures for plant and equipment | — | (100) | (122) | (94) | — | (316) |
| Proceeds on disposals of plant and equipment | — | 88 | — | 55 | — | 143 |
| Change in restricted cash and cash equivalents | (595) | 33 | (2) | 7 | — | (557) |
| Acquisitions of investments and businesses — net of cash acquired | — | — | (108) | (38) | — | (146) |
| Proceeds from the sales of investments and businesses and assets — net | — | 341 | 79 | 183 | — | 603 |
| Net cash from (used in) investing activities | (595) | 362 | (153) | 113 | — | (273) |
| **Cash flows from (used in) financing activities** | | | | | | |
| Dividends paid on preferred shares | — | (60) | — | — | 60 | — |
| Dividends paid by subsidiaries to minority interests | — | — | — | — | (60) | (60) |
| Increase in notes payable | — | — | — | 105 | — | 105 |
| Decrease in notes payable | — | — | — | (79) | — | (79) |
| Proceeds from issuance of long-term debt | — | 2,000 | 1,300 | — | — | 3,300 |
| Repayments of long-term debt | — | (1,275) | (1,300) | (150) | — | (2,725) |
| Debt issuance costs | — | (42) | — | — | — | (42) |
| Increase in capital leases payable | — | — | 1 | — | — | 1 |
| Repayments of capital leases payable | — | (5) | (8) | (4) | — | (17) |
| Issuance of common shares | 1 | — | — | — | — | 1 |
| Common share consolidation costs | (1) | — | — | — | — | (1) |
| Net cash from (used in) financing activities | — | 618 | (7) | (128) | — | 483 |
| Effect of foreign exchange rate changes on cash and cash equivalents | — | — | — | 94 | — | 94 |
| Net increase (decrease) in cash and cash equivalents | (70) | 381 | (56) | 286 | — | 541 |
| Cash and cash equivalents at beginning of year | 71 | 245 | 1,201 | 1,434 | — | 2,951 |
| **Cash and cash equivalents at end of year** | $ 1 | $ 626 | $ 1,145 | $1,720 | $ — | $ 3,492 |

170

HIGHLY CONFIDENTIAL

## NORTEL NETWORKS CORPORATION

### Notes to Consolidated Financial Statements — (Continued)

Supplemental Condensed Consolidating Statements of Cash Flows for the year ended December 31, 2005:

| | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| | | | (Millions of U.S. Dollars) | | | |
| **Cash flows from (used in) operating activities** | | | | | | |
| Net earnings (loss) . . . . . . . . . . . . . . . . . . | $(2,610) | $(47) | $ (348) | $ (22) | $ 417 | $(2,610) |
| Adjustment to reconcile to net earnings (loss) . . . . . . . . . . . . . . . . . . . . . . . . | 2,604 | 4 | (168) | 408 | (417) | 2,431 |
| Net cash from (used in) operating activities . . | (6) | (43) | (516) | 386 | — | (179) |
| **Cash flows from (used in) investing activities** | | | | | | |
| Expenditures for plant and equipment. . . . . | (2) | (42) | (104) | (110) | — | (258) |
| Proceeds on disposals of plant and equipment . . . . . . . . . . . . . . . . . . . . . . . | — | 9 | 1 | — | — | 10 |
| Change in restricted cash and cash equivalents. . . . . . . . . . . . . . . . . . . . . . . | — | 4 | 1 | (2) | — | 3 |
| Acquisitions of investments and businesses — net of cash acquired. . . . . . | — | — | (22) | (629) | — | (651) |
| Proceeds from the sales of investments and businesses and assets — net . . . . . . . . . | — | 343 | 107 | 20 | — | 470 |
| Net cash from (used in) investing activities . . . | (2) | 314 | (17) | (721) | — | (426) |
| **Cash flows from (used in) financing activities** | | | | | | |
| Dividends paid on preferred shares . . . . . . | — | (43) | — | — | 43 | — |
| Dividends paid by subsidiaries to minority interests . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | (43) | (43) |
| Increase in notes payable . . . . . . . . . . . . . | — | — | — | 70 | — | 70 |
| Decrease in notes payable . . . . . . . . . . . . . | — | — | — | (83) | — | (83) |
| Repayments of capital leases payable . . . . . | (1) | (1) | (8) | — | — | (10) |
| Issuance of common shares . . . . . . . . . . . | 6 | — | — | — | — | 6 |
| Net cash from (used in) financing activities . . | 5 | (44) | (8) | (13) | — | (60) |
| Effect of foreign exchange rate changes on cash and cash equivalents. . . . . . . . . . . . . | — | 1 | — | (103) | — | (102) |
| Net cash from (used in) continuing operations . . . . . . . . . . . . . . . . . . . . . . . | (3) | 228 | (541) | (451) | — | (767) |
| Net cash from (used in) discontinued operations . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | 33 | — | 33 |
| Net increase (decrease) in cash and cash equivalents. . . . . . . . . . . . . . . . . . . . . . . | (3) | 228 | (541) | (418) | — | (734) |
| Cash and cash equivalents at beginning of year. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 74 | 17 | 1,742 | 1,852 | — | 3,685 |
| **Cash and cash equivalents at end of year** . . | $ 71 | $245 | $1,201 | $1,434 | $ — | $ 2,951 |

HIGHLY CONFIDENTIAL    NNC-NNL06005571 / 174

**Quarterly Financial Data (Unaudited)**

The following is a summary of the unaudited quarterly results of operations for fiscal 2007 and fiscal 2006. The fourth quarter 2007 has not been previously reported.

Nortel believes all adjustments necessary for a fair presentation of the results for the periods presented have been made.

| | 4th Quarter | | 3rd Quarter | | 2nd Quarter | | 1st Quarter | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 |
| | (Millions of U.S. Dollars, except per share amounts) | | | | | | | |
| Revenues | $3,198 | $3,322 | $2,705 | $2,926 | $2,562 | $2,780 | $2,483 | $2,390 |
| Gross Profit | 1,397 | 1,323 | 1,163 | 1,123 | 1,052 | 1,068 | 1,002 | 925 |
| Special Charges | 38 | 29 | 56 | 22 | 36 | 49 | 80 | 5 |
| Shareholder litigation settlement expense (recovery) | — | 234 | — | 38 | — | (510) | (54) | 19 |
| Regulatory investigation expense | — | — | — | — | 35 | — | — | — |
| Other operating income (expense) — net | 6 | 11 | 7 | (9) | 12 | 5 | 10 | 6 |
| Other income — net | 93 | 23 | 156 | 67 | 110 | 59 | 66 | 50 |
| Net earnings (loss) | (844) | (80) | 27 | (63) | (37) | 342 | (103) | (171) |
| Basic earnings (loss) per common share | (1.70) | (0.19) | 0.05 | (0.14) | (0.07) | 0.79 | (0.23) | (0.39) |
| Diluted earnings (loss) per common share | (1.70) | (0.19) | 0.05 | (0.14) | (0.07) | 0.79 | (0.23) | (0.39) |

See notes 3, 4, 6, 9, 15 and 20 to the audited consolidated financial statements for the impact of accounting changes, reclassifications, special charges, acquisitions, divestitures and closures, capital stock and the shareholder litigation settlement expense related to the class action litigation settlement, respectively, that affect the comparability of the above selected financial data. Additionally, the following significant items were recorded in the fourth quarter of 2007:

- During the fourth quarter of 2007, Nortel incurred a non-cash charge of $1,064 to increase the valuation allowance against the Canadian deferred tax asset due to changes in the Canadian tax profile.
- During the fourth quarter of 2007, Nortel recognized a gain in currency exchange of $40 as a result of the strengthening of the Canadian Dollar against the U.S. Dollar.

HIGHLY CONFIDENTIAL    NNC-NNL06005571 / 175

**REPORT OF INDEPENDENT REGISTERED CHARTERED ACCOUNTANTS**

To the Shareholders and Board of Directors of Nortel Networks Corporation

We have audited the consolidated financial statements of Nortel Networks Corporation and subsidiaries ("Nortel") as of December 31, 2006 and for each of the two years in the period ended December 31, 2006, and have issued our reports thereon dated March 15, 2007 except as to notes 4, 5, 6 and 22 which are as of September 7, 2007 (which report on the consolidated financial statements expressed an unqualified opinion and includes a separate report titled Comments by Independent Registered Chartered Accountants on Canada-United States of America Reporting Difference referring to changes in accounting principles that have a material effect on the comparability of the financial statements); such consolidated financial statements and reports are included elsewhere in this Form 10-K and are incorporated herein by reference. Our audits also included the consolidated financial statement schedule of Nortel listed in Item 15. This consolidated financial statement schedule is the responsibility of Nortel's management. Our responsibility is to express an opinion based on our audits. In our opinion, such consolidated financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.


/s/ Deloitte & Touche LLP


Independent Registered Chartered Accountants
Licensed Public Accountants


Toronto, Canada
March 15, 2007, except as to notes 4, 5, 6 and 22 to the consolidated financial statements which are
as of September 7, 2007

HIGHLY CONFIDENTIAL       NNC-NNL06005571 / 176

Schedule II
Consolidated

### NORTEL NETWORKS CORPORATION
#### Valuation and Qualifying Accounts and Reserves
#### Provision For Uncollectibles[a]

| | Balance at Beginning of Year | Charged to Costs and Expenses | Deductions[b] | Balance at End of Year[c] |
|---|---|---|---|---|
| | | U.S. GAAP (Millions of U.S. Dollars) | | |
| Year 2007......................................... | $122 | $ 2 | $27 | $ 97 |
| Year 2006......................................... | $173 | $ 5 | $56 | $122 |
| Year 2005......................................... | $179 | $(10) | $ (4) | $173 |

(a) Excludes Discontinued Operations.
(b) Includes acquisitions and disposals of subsidiaries and divisions and amounts written off, and foreign exchange translation adjustments.
(c) Includes provisions for uncollectibles on long-term accounts receivable of $35, $34 and $33 as of December 31, 2007, 2006 and 2005, respectively.

174

HIGHLY CONFIDENTIAL   NNC-NNL06005571 / 177

**ITEM 9.    Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

None.

**ITEM 9A.    Controls and Procedures**

**Management Conclusions Concerning Disclosure Controls and Procedures**

We carried out an evaluation under the supervision and with the participation of management, including the CEO and CFO (Mike S. Zafirovski and Paviter S. Binning, respectively), pursuant to Rule 13a-15 under the United States Securities Exchange Act of 1934, as amended, or the Exchange Act, of the effectiveness of our disclosure controls and procedures as at December 31, 2007. Based on this evaluation, management, including the CEO and CFO, have concluded that our disclosure controls and procedures as at December 31, 2007 were effective to provide reasonable assurance that information required to be disclosed in the reports we file and submit under the Exchange Act is recorded, processed, summarized and reported as and when required and that it is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

**Management's Report on Internal Control Over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) under the Exchange Act. Our internal control over financial reporting is intended to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. GAAP. Our internal control over financial reporting includes those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of our assets;
- provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with U.S. GAAP, and that receipts and expenditures are being made only in accordance with authorizations of management and the Board of Directors; and
- provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of our assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In making its assessment of internal control over financial reporting, management used the criteria issued by the Committee of Sponsoring Organizations of the Treadway Commission in Internal Control-Integrated Framework. Management, including the CEO and CFO, assessed the effectiveness of our internal control over financial reporting, and concluded that we maintained effective internal control over financial reporting as at December 31, 2007.

Our independent registered public accounting firm that audited the financial statements in this report has issued an attestation report expressing an opinion on the effectiveness of internal control over financial reporting as at December 31, 2007, which report appears at the end of this Item 9A.

**Elimination of the Material Weakness Reported in the 2006 Annual Report; Remedial Measures**

For purposes of this report, the term "material weakness" means a deficiency (within the meaning in Rule 12b-5 of the Exchange Act), or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis.

*Material Weakness Elimination*

As of December 31, 2006, we reported the following material weakness in our internal control over financial reporting (a material weakness in the area of revenue was first identified by management and Deloitte & Touche LLP over the course of the Second Restatement process in 2004):

> *Lack of sufficient cross-functional communication and coordination, including further definition of roles and responsibilities, with respect to the scope and timing of customer arrangements, insufficient segregation of duties in certain areas, delayed implementation of Nortel review processes and personnel for the LG-Nortel joint*

175

*venture, and insufficient controls over certain end user computing applications, all of which impact upon the appropriate application of U.S. GAAP to revenue generating transactions.*

> Specifically, we did not sufficiently and effectively communicate and coordinate between and among the various finance and non-finance organizations in a consistent manner across the company on the scope and terms of customer arrangements, including the proper identification of all undelivered obligations that may impact upon revenue

recognition, which deficiency was compounded by the complexity of our customer arrangements, in order to ensure that related revenues were accurately recorded in accordance with U.S. GAAP. As well, we require further definition of roles and responsibilities, and further enhancement of segregation of duties, in particular with respect to the front-end processes around customer arrangements and with respect to access to computer systems, to ensure these revenues are identified and recorded in a timely and accurate manner. With regard to the LG-Nortel joint venture, which was formed in November 2005 and included in management's assessment of internal control over financial reporting starting in January 2006, these deficiencies were compounded by delays in putting in place review processes and personnel with appropriate knowledge, experience and training in U.S. GAAP. Further, we utilize various end user computing applications (for example, spreadsheets) to support accounting for revenue generating transactions, which are not sufficiently protected from unauthorized changes and sufficiently reviewed for completeness and accuracy.

During 2007, we developed and implemented internal controls to address this material weakness. An extensive analysis of the revenue recognition-related processes was undertaken in the second quarter of 2007. Control points were created or identified leading to a better understanding of the overall process, identifying the specific areas that required improvement, in particular with respect to flow of information between different groups within Nortel necessary to ensure proper accounting treatment. The following are the key changes in internal control over financial reporting and remedial measures implemented that addressed the material weakness.

### Cross-Functional Communication and Coordination

In 2007, we developed and implemented plans to put in place additional controls within the revenue recognition processes, in particular with respect to cross-functional interactions to enable information regarding customer arrangements including proper identification of all undelivered obligations to flow completely and accurately throughout the revenue cycle. In the second quarter of 2007, we instituted regular meetings between the various groups involved in the revenue process to enhance a regular flow of information including a review of key revenue recognition matters to ensure a consistent understanding of the proper accounting treatment for specific arrangements. Also in the second quarter of 2007, we put in place a quarterly communication from our Global Revenue Governance group, or GRG, that summarizes higher risk transactions or circumstances with guidance on the corresponding appropriate accounting treatment in order to assist in the identification of, and appropriate accounting for, similar circumstances. Further, to supplement the existing contract review process performed by the GRG, we implemented in the fourth quarter of 2007 a contract review process performed by our Contract Assurance group for contracts with revenue between $2 million and $5 million, to confirm the application of appropriate accounting treatment, and determine whether further review by the GRG is warranted. Additional controls established in the third quarter of 2007 include enhanced measures to validate the timing of product/service deliveries at or near a quarter end, review of significant new product/service introductions to determine which accounting guidance literature is applicable and confirmation of deliverables with sales engineers and/or technical teams for contracts above a certain threshold.

As part of the extensive process, we also considered whether the deficiencies were indicative of broader control issues and whether additional training was required on a specific aspect of revenue recognition.

New guidelines and training were developed and implemented in the second half of 2006 and throughout 2007 to improve the understanding of revenue recognition policies, procedures and applications throughout the company. We developed and deployed additional training courses and tools, such as implementation aids for revenue recognition guidelines, for employees in both finance and non-finance roles (see "Other Remedial Measures - People" below).

### Segregation of Duties

The focus of the remedial measures around the segregation of duties issues involved Nortel's corporate security policy and resolving segregation of duties conflicts within applications. In the third quarter of 2007, we implemented a semi-annual review for key finance applications in order to monitor and address segregation of duties conflicts within those applications. As well, in the third quarter of 2007, we developed segregation of duties matrices for each of these key

HIGHLY CONFIDENTIAL     NNC-NNL06005571 / 179

finance applications which are used by those individuals responsible for approving user access and established an annual review of these segregation of duties matrices.

### LG-Nortel

During the course of 2006, we strengthened the finance function in the LG-Nortel joint venture, including installing a new leader of this function who has an extensive background with U.S. GAAP. In the second quarter of 2007, we established an LG-Nortel finance training policy, including mandatory training requirements for the LG-Nortel finance team monitored by the CFO of the joint venture. The 2007 mandatory training was aimed at providing the team with adequate knowledge in U.S. GAAP and was completed by all mandatory finance personnel. In addition, since December 31, 2006, we appointed an individual in the GRG with the appropriate U.S. GAAP knowledge and experience to be fully dedicated to the review of the joint venture contracts on a timely basis, in accordance with our revenue arrangement review policy.

### End User Computing Applications

Throughout 2007, we improved controls to enhance protection against unauthorized changes to and errors in the completeness and accuracy of end user computing applications. 2006 was the first year that the new end user computing application controls were implemented across Nortel. In the second quarter of 2007, we established a corporate procedure requiring the implementation of access and change controls, as well as controls over the accuracy and completeness of end-user computing applications. Training was provided to those individuals required to execute the policy over significant end user computing applications in the revenue process.

### Continuous Improvement

Management's assessment of the remediation of the revenue related material weakness identified certain areas in our revenue recognition processes where continued enhancements to internal controls are appropriate. Areas of focus include revenue impact of post original execution contract changes, revenue related manual journal entries, the application of our revenue recognition guidance and processes for entitling post-contract services. Nortel has developed and is continuing to develop, specific action plans to address these areas.

### Other Remedial Measures

At the recommendation of the Audit Committee, in January 2005 the Board of Directors adopted all of the recommendations for remedial measures contained in the summary of findings submitted to the Audit Committee in January 2005 by WilmerHale and Huron Consulting Services LLC or the Independent Review Summary, included in Item 9A of the 2003 Annual Report on Form 10-K. Those governing remedial principles were designed to prevent recurrence of the inappropriate accounting conduct found in the Independent Review Summary, to rebuild a finance environment based on transparency and integrity, and to ensure sound financial reporting and comprehensive disclosure. The governing remedial principles included:

- establishing standards of conduct to be enforced through appropriate discipline;
- infusing strong technical skills and experience into the Finance organization;
- requiring comprehensive, ongoing training on increasingly complex accounting standards;
- strengthening and improving internal controls and processes;
- establishing a compliance program throughout the Company that is appropriately staffed and funded;
- requiring management to provide clear and concise information, in a timely manner, to the Board of Directors to facilitate its decision-making; and
- implementing an information technology platform that improves the reliability of financial reporting and reduces the opportunities for manipulation of results.

See the Independent Review Summary for further information concerning these governing principles as they relate to three identified categories — people, processes and technology.

During 2007, we continued to build on the remedial actions undertaken in 2005 and 2006 and continued to implement the recommendations for remedial measures in the Independent Review Summary. The following are the key remedial measures implemented throughout 2007 that, in addition to the remedial measures outlined in our 2006 Annual Report on Form 10-K, resulted in our fully addressing the recommendations in the Independent Review Summary.

177

*People*

In 2007, we undertook a review of skill sets and training of individuals in key Finance positions. We established core competencies for each position and completed a verification process to determine whether individuals occupying those positions have the necessary skill sets and training. Results and action plans were reflected in individuals' professional development plans.

During 2007, our Global Finance Training and Communications Team ("GFCT") continued to develop and offer (on a mandatory basis for targeted employee populations as appropriate) ongoing training, including both courses offered prior to 2007 and new offerings. The new course offerings included the following areas of focus: common complexities within Nortel revenue arrangements and their related impact on revenue recognition, roles and responsibilities for verification of global orders and reconciliation requirements, criteria to establish objective and reliable evidence of fair value for elements offered in revenue arrangements, and revenue recognition for order management. The GFCT together with Finance leaders regularly reviews and revises as appropriate the mandatory Finance and non-Finance employees for training. In 2007, we continued to have in place minimum annual training thresholds for our Finance employees based on job complexity levels. We track training completion through a training registration system and provides quarterly progress reporting to our Finance leadership team.

*Technology*

In an effort to improve our financial reporting systems and capabilities, to simplify our multiple accounting systems, and to reduce the number of manual journal entries, we retained an outside consulting firm to advise on the appropriateness of implementing a global software platform from software vendor SAP that would consolidate many of our systems into a single integrated financial software system. Based on that advice, we adopted the SAP platform to integrate processes and systems, and undertook an assessment of existing financial systems and processes to determine the most effective implementation of standard SAP software. We completed the finance design and build for the initial scope of the SAP system, including general ledger functionality, by August 2006, and deployed the initial scope including functionality for the general ledger, inter-company accounts, consolidation, direct accounts payable and accounts receivable, in May 2007. The second quarter of 2007 financial close process was the first on the SAP system. In August 2007, we deployed additional functionalities on the SAP system for direct tax, indirect purchasing, fixed assets and treasury activities, which included a solution to bring research and development project cost data into the system. We conducted extensive training on the use of the SAP system.

*Conclusion*

As at December 31, 2007, management, in considering the remedial measures and other actions to improve internal control over financial reporting described above, has concluded that the material weakness has been eliminated and that the recommendations in the Independent Review Summary have been fully implemented.

**Changes in Internal Control Over Financial Reporting**

Apart from actions related to the remedial measures described above, during the fiscal quarter ended December 31, 2007, the following additional change occurred in our internal control over financial reporting that materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

- On October 1st, 2007, SAP was implemented in the Guangdong Nortel (GDNT) joint venture. This implementation resulted in the automation of a number of controls in several financial processes including, accounts receivable, accounts payable, intercompany, manual journal entries, revenue recognition, foreign exchange, U.S. GAAP translation and financial close processes.

178

HIGHLY CONFIDENTIAL

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

The Board of Directors and Shareholders
Nortel Networks Corporation:

We have audited Nortel Networks Corporation's internal control over financial reporting as of December 31, 2007, based on criteria established in "Internal Control — Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission. Nortel Networks Corporation's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in Item 9A to the Annual Report on Form 10-K. Our responsibility is to express an opinion on Nortel Networks Corporation's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with U.S. generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, Nortel Networks Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2007, based on criteria established in Internal Control — Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheet of Nortel Networks Corporation as of December 31, 2007, and the related consolidated statements of operations, changes in equity and comprehensive income (loss) and cash flows for the year then ended, and our report dated February 27, 2008 expressed an unqualified opinion on those consolidated financial statements.

/s/   KPMG LLP

Chartered Accountants, Licensed Public Accountants

Toronto, Canada
February 27, 2008

## ITEM 9B.   Other Information

Not Applicable.

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 182

# PART III

## ITEM 10.   Directors, Executive Officers and Corporate Governance

The information required by this item is included under the headings "Election of Directors", "Executive Officers and Certain Other Non-Executive Board Appointed Officers", "Security Ownership of Directors and Management — Section 16(a) Beneficial Ownership Reporting Compliance", and "Statement of Corporate Governance Practices — Code of Ethics", "— Nomination of Directors" and '— Board Committees — Audit Committees of the Company and NNL" in our 2008 proxy circular and proxy statement relating to our 2008 Annual Meeting of Shareholders filed with the SEC pursuant to Regulation 14A promulgated under the Exchange Act, or our 2008 Proxy Circular and Proxy Statement, and is incorporated herein by reference.

## ITEM 11.   Executive Compensation

The information required by this item is included under the headings "Executive Compensation", "Compensation Committee Interlocks and Insider Participation" and "Compensation Committee Report" in our 2008 Proxy Circular and Proxy Statement and is incorporated herein by reference.

## ITEM 12.   Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters

The information required by this item is included under the headings "Equity-Based Compensation Plans", "Voting Shares" and "Security Ownership of Directors and Management" in our 2008 Proxy Circular and Proxy Statement and is incorporated herein by reference.

## ITEM 13.   Certain Relationships and Related Transactions, and Director Independence

The information required by this item is included under the headings "Transactions with Related Persons and Indebtedness — Transactions with Related Persons" and "Statement of Corporate Governance Practices — Board Composition" and "— Independence of Directors" in our 2008 Proxy Circular and Proxy Statement and is incorporated herein by reference.

## ITEM 14.   Principal Accountant Fees and Services

### Auditor Independence

The information required by this item is included under the heading "Auditor Independence" in our 2008 Proxy Circular and Proxy Statement and is incorporated herein by reference.

# PART IV

## ITEM 15.   Exhibits and Financial Statement Schedules

### 1.   Financial Statements

The index to the Consolidated Financial Statements appears on page 85.

### 2.   Financial Statement Schedules

| | Page |
|---|---|
| Quarterly Financial Data (Unaudited) | 172 |
| Report of Independent Registered Chartered Accountants | 173 |
| II — Valuation and Qualifying Accounts and Reserves, Provisions for Uncollectibles | 174 |

All other schedules are omitted because they are inapplicable or not required.

### 3.   Other Documents Filed as a Part of This Report

| | |
|---|---|
| Management's Report on Internal Control over Financial Reporting | 175 |
| Report of Independent Public Accounting Firm | 179 |

180

HIGHLY CONFIDENTIAL          NNC-NNL06005571 / 183

Individual financial statements of entities accounted for by the equity method have been omitted because no such entity constitutes a "significant subsidiary" requiring such disclosure at December 31, 2007.

## 4. Exhibit Index

Pursuant to the rules and regulations of the SEC, Nortel has filed certain agreements as exhibits to this Annual Report on Form 10-K. These agreements may contain representations and warranties by the parties. These representations and warranties have been made solely for the benefit of the other party or parties to such agreements and (i) may have been qualified by disclosures made to such other party or parties, (ii) were made only as of the date of such agreements or such other date(s) as may be specified in such agreements and are subject to more recent developments, which may not be fully reflected in Nortel's public disclosure, (iii) may reflect the allocation of risk among the parties to such agreements and (iv) may apply materiality standards different from what may be viewed as material to investors. Accordingly, these representations and warranties may not describe Nortel's actual state of affairs at the date hereof and should not be relied upon.

The items listed as Exhibits 10.2 to 10.17, 10.20, 10.21, 10.27 to 10.35, 10.37, 10.38, 10.40 to 10.45, 10.55, 10.63 to 10.65, 10.68 to 10.79 relate to management contracts or compensatory plans or arrangements.

| Exhibit No | Description |
| --- | --- |
| *2. | Amended and Restated Arrangement Agreement involving BCE Inc., Nortel Networks Corporation, formerly known as New Nortel Inc., and Nortel Networks Limited, formerly known as Nortel Networks Corporation, made as of January 26, 2000, as amended and restated March 13, 2000 (including Plan of Arrangement under Section 192 of the *Canada Business Corporations Act*) (filed as Exhibit 2.1 to Nortel Networks Corporation's Current Report on Form 8-K dated May 1, 2000). |
| *3.1 | Restated Certificate and Articles of Incorporation of Nortel Networks Corporation dated October 1, 2000, amended and restated on November 9, 2006 (filed as Exhibit 3.3 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2006). |
| *3.2 | By-Law No. 1 of Nortel Networks Corporation (filed as Exhibit 3.2 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2000). |
| *4.1 | Amended and Restated Shareholders Rights Plan Agreement dated as of February 28, 2006 between Nortel Networks Corporation and Computershare Trust Company of Canada, as rights agent (filed as Exhibit 3 to Nortel Networks Corporation's Form 8-A12B/A dated June 29, 2006). |
| *4.2 | Indenture dated as of November 30, 1988, between Nortel Networks Limited and The Toronto-Dominion Bank Trust Company, as trustee, related to debt securities authenticated and delivered thereunder, which comprised the 6% Notes due September 1, 2003, and the 6.875% Notes due September 1, 2023 issued by Nortel Networks Limited (filed as Exhibit 4.1 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 1999). |
| *4.3 | Indenture dated as of February 15, 1996, among Nortel Networks Limited, as issuer and guarantor, Nortel Networks Capital Corporation, formerly Northern Telecom Capital Corporation, as issuer, and The Bank of New York, as trustee, related to debt securities and guarantees authenticated and delivered thereunder, which comprised the 7.40% Notes due 2006 and the 7.875% Notes due 2026 (filed as Exhibit 4.1 to Registration Statement on Form S-3 (No. 333-1720) of Nortel Networks Limited and Nortel Networks Capital Corporation). |
| *4.4 | Indenture dated as of August 15, 2001 between Nortel Networks Corporation, Nortel Networks Limited, as guarantor, and Bankers Trust Company, as trustee, related to convertible debt securities and guarantees authenticated and delivered thereunder, which comprised the 4.25% Convertible Senior Notes due 2008 (filed as Exhibit 4 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001). |
| *4.5 | Second Supplemental Indenture dated as of May 1, 2007 to Indenture dated as of July 5, 2006 among Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Inc. and The Bank of New York, as trustee (filed as Exhibit 4.2 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2007). |
| *4.6 | First Supplemental Indenture dated as of July 5, 2006 to Indenture dated as of July 5, 2006 among Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Inc. and The Bank of New York, as trustee (filed as Exhibit 4.2 to Nortel Networks Corporation's Current Report on Form 8-K dated July 6, 2006). |
| *4.7 | Indenture dated as of July 5, 2006 among Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Inc. and The Bank of New York, as trustee (filed as Exhibit 4.1 to Nortel Networks Corporation's Current Report on Form 8-K dated July 6, 2006). |

HIGHLY CONFIDENTIAL       NNC-NNL06005571 / 184

| Exhibit No | Description |
|---|---|
| *4.8 | Purchase Agreement dated June 29, 2006 among Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Inc. and the representative of the initial purchasers with regards to U.S.$1,000,000,000 Floating Rate Senior Notes due 2011, U.S.$550,000,000 10.125% Senior Notes due 2013, U.S.$450,000,000 10.750% Senior Notes due 2016 (filed as Exhibit 10.1 to Nortel Networks Corporation's Current Report on Form 8-K dated July 6, 2006). |
| *4.9 | Registration Rights Agreement dated July 5, 2006 among Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Inc. and the representative of the initial purchasers with regards to U.S.$1,000,000,000 Floating Rate Senior Notes due 2011, U.S.$550,000,000 10.125% Senior Notes due 2013, U.S.$450,000,000 10.750% Senior Notes due 2016 (filed as Exhibit 10.2 to Nortel Networks Corporation's Current Report on Form 8-K dated July 6, 2006). |
| *4.10 | Indenture dated as of March 28, 2007 among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and The Bank of New York, as trustee (filed as Exhibit 4.1 to Nortel Networks Corporation's current report on Form 8-K dated March 28, 2007). |
| *4.11 | Purchase Agreement dated March 22, 2007 among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and the representatives of initial purchasers (filed as Exhibit 10.1 to Nortel Networks Corporation's current report on Form 8-K dated March 28, 2007). |
| *4.12 | Registration Rights Agreement dated March 28, 2007 among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and the representatives of the initial purchasers (filed as Exhibit 10.2 to Nortel Networks Corporation's current report on Form 8-K dated March 28, 2007). |
| *10.1 | Third Amended and Restated Reciprocal Credit Agreement dated as of December 19, 2002 between Nortel Networks Corporation, Nortel Networks Limited and the other parties who have executed the agreement (filed as Exhibit 10.1 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2002). |
| *10.2 | Nortel Networks Supplementary Executive Retirement Plan, as amended effective October 18, 2001 and October 23, 2002 (filed as Exhibit 10.2 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2002). |
| *10.3 | Statement describing the retirement arrangements of the former President and Chief Executive Officer (filed as Exhibit 10.5 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2001). |
| *10.4 | Assumption Agreement between Nortel Networks Corporation and Nortel Networks Limited dated March 5, 2001, regarding the assumption and agreement by Nortel Networks Corporation to perform certain covenants and obligations of Nortel Networks Limited under the Nortel Networks Limited Executive Retention and Termination Plan (filed as Exhibit 10.25 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2000). |
| *10.5 | Nortel Networks Corporation Executive Retention and Termination Plan, as amended and restated, effective from June 26, 2002, amended and restated with effect from June 1, 2007 including the name change to Nortel Networks Corporation Change in Control Plan (filed as Exhibit 10.4 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2007). |
| *10.6 | Nortel Networks Limited SUCCESS Plan approved on July 25, 2002, as amended and restated on July 28, 2003 with effect from January 1, 2003, as amended on July 28, 2003 with effect from January 1, 2003, as amended on February 26, 2004 with effect from January 1, 2004, as amended March 9, 2006 with effect from January 1, 2006, as amended March 15, 2007 with effect from January 1, 2007 including name change to Nortel Networks Limited Annual Incentive Plan (filed as Exhibit 10.5 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2007). |
| *10.7 | Supplementary Pension Credits Arrangement (filed as Exhibit 10.14 to Nortel Networks Corporation's Registration Statement dated August 28, 1975 on Form S-1 (No. 2-71087)). |
| *10.8 | Statements describing the right of certain executives in Canada to defer all or part of their short-term and long-term incentive awards (filed as Exhibit 10.4 to Nortel Networks Limited's Quarterly Report on Form 10-Q for the quarter ended June 30, 2000). |
| *10.9 | Statement describing eligibility for the Group Life Insurance Plan for directors who are not salaried employees of Nortel Networks Corporation (filed as Exhibit 10.30 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2002). |
| *10.10 | Amended general description of cash bonus for employees and executives of Nortel Networks Corporation and Nortel Networks Limited as originally filed as Exhibit 10.5 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2002 (filed as Exhibit 10.01 to the Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2003). |

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 185

| Exhibit No | Description |
|---|---|

\*10.11  Nortel Networks Corporation Directors' Deferred Share Compensation Plan effective January 1, 2002 as amended and restated May 29, 2003, as amended and restated December 18, 2003 effective January 1, 2004, as restated on June 29, 2005 and amended December 7, 2005 (filed as Exhibit 10.73 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2005).

\*10.12  Nortel Networks Limited Directors' Deferred Share Compensation Plan effective June 30, 1998 as amended and restated May 1, 2000, as further amended and restated effective January 1, 2002, as amended and restated May 29, 2003, as amended and restated December 18, 2003 effective January 1, 2004, as restated on June 29, 2005 and amended December 7, 2005 (filed as Exhibit 10.74 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2005).

\*10.13  Nortel Networks Corporation 1986 Stock Option Plan as Amended and Restated, as amended effective April 30, 1992, April 27, 1995, December 28, 1995, April 8, 1998, February 25, 1999, April 29, 1999, September 1, 1999, December 16, 1999, May 1, 2000 and January 31, 2002 (filed as Exhibit 10.1 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2002).

\*10.14  Nortel Networks Corporation 2000 Stock Option Plan as amended effective May 1, 2000 and January 31, 2002 (filed as Exhibit 10.2 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2002).

\*10.15  Nortel Networks/BCE 1985 Stock Option Plan (Plan of Arrangement 2000) (filed as Exhibit 10.5 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2000).

\*10.16  Nortel Networks/BCE 1999 Stock Option Plan (Plan of Arrangement 2000) (filed as Exhibit 10.6 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2000).

\*10.17  Nortel Networks U.S. Deferred Compensation Plan (filed as Exhibit 4.3 to Post-Effective Amendment No. 1 to Nortel Networks Corporation's Registration Statement dated May 16, 2000 on Form S-8 (No. 333-11558)).

\*10.18  Master Facility Agreement dated as of February 14, 2003, and amended by Amending Agreement No. 1 dated July 10, 2003, between Nortel Networks Limited and Export Development Canada, and as further amended by letter agreements dated March 29, 2004, May 28, 2004, August 20, 2004, September 29, 2004, October 29, 2004, November 19, 2004, December 10, 2004, January 14, 2005, February 15, 2005, March 15, 2005, April 29, 2005, May 31, 2005, amended and restated as of October 24, 2005 and further amended by Amendment No. 1 and Waiver dated May 9, 2006 and Amendment No. 2 dated December 12, 2006 and Waiver dated March 9, 2007 and further amended by Second Amended and Restated Master Facility Agreement dated December 14, 2007 (filed as Exhibit 99.1 to Nortel Networks Corporation's Current Report on Form 8-K dated December 18, 2007).

\*10.19  Master Indemnity Agreement dated as of February 14, 2003 between Nortel Networks Limited and Export Development Canada, amended and restated as of October 24, 2005 (filed as Exhibit 10.3 to Nortel Networks Corporation's Current Report on Form 8-K dated October 28, 2005).

\*10.20  Letter dated June 23, 2003 from the former President and Chief Executive Officer of Nortel Networks, to the Joint Leadership Resources Committee of the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited regarding the voluntary return for cancellation of certain stock options to purchase common shares of Nortel Networks Corporation (filed as Exhibit 10.4 to the Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2003).

\*10.21  Summary statement of terms of initial compensation arrangements related to the president and chief executive officer approved by the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited as of April 29, 2004 (filed as Exhibit 10.1 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2004).

\*10.22  Asset Purchase Agreement dated June 29, 2004 among Nortel Networks Limited, Flextronics International Ltd. and Flextronics Telecom Systems, Ltd., amended as of November 1, 2004, February 7, 2005, August 22, 2005 and twice as of May 8, 2006 (filed as Exhibits 10.2 and 10.3 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2006).

\*\*10.23  Amended and Restated Master Contract Manufacturing Services Agreement dated June 29, 2004 between Nortel Networks Limited and Flextronics Telecom Systems, Ltd., amended as of November 1, 2004 and May 8, 2006 (most recently filed as Exhibit 99.1 to Nortel Networks Corporation's current report on Form 8-K dated June 4, 2007).

\*\*10.24  Master Repair Services Agreement dated June 29, 2004 between Nortel Networks Limited and Flextronics Telecom Systems Limited, amended as of February 8, 2005 and May 8, 2006 (most recently filed as Exhibit 99.2 to Nortel Networks Corporation's current report on Form 8-K dated June 4, 2007).

HIGHLY CONFIDENTIAL                                        NNC-NNL06005571 / 186

| Exhibit No | Description |
|---|---|
| **10.25 | Master Contract Logistics Services Agreement dated June 29, 2004 between Nortel Networks Limited and Flextronics Telecom Systems, Ltd., amended as of February 8, 2005 (most recently filed as Exhibit 99.3 to Nortel Networks Corporation's current report on Form 8-K dated June 4, 2007). |
| **10.26 | Letter Agreement dated June 29, 2004 among Nortel Networks Limited, Flextronics International Ltd. and Flextronics Telecom Systems, Ltd. amended and restated as of May 8, 2006 (filed as Exhibit 10.6 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2006). |
| *10.27 | Letter, dated January 10, 2005, to Mr. Lynton (Red) Wilson, the Chairman of the Board of Nortel Networks Corporation, and modified March 1, 2005 and delivered on August 11, 2005 from certain officers of Nortel Networks Corporation (filed as Exhibit 10.1 to Nortel Networks Corporation's Current Report on Form 8-K dated August 18, 2005). |
| *10.28 | Peter W. Currie, Executive Vice-President and Chief Financial Officer, Letter Agreement dated February 4, 2007 terminating the remuneration arrangement previously filed as Exhibit 10.2 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2005 (filed as Exhibit 10.4 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2007). |
| *10.29 | Summary statement of terms of the additional special pension benefits for the Vice-Chairman and Chief Executive Officer approved by the Joint Leadership Resources Committee of the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited and the Independent members of the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited on March 22, 2005 (filed as Exhibit 10.8 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2005). |
| *10.30 | The Nortel 2005 Stock Incentive Plan (as filed with the 2005 Proxy Statement) as Amended and Restated on November 6, 2006 with effect on December 1, 2006 (filed as Exhibit 10.87 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2006). |
| *10.31 | Summary statement of the interest payable on the special pension benefits for the Vice-Chairman and Chief Executive Officer of Nortel Networks Corporation and Nortel Networks Limited approved by the Joint Leadership Resources Committee of the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited and the independent members of the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited on May 27, 2005 (filed as Exhibit 10.2 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2005). |
| *10.32 | Form of Indemnity Agreement effective on or as of June 29, 2005 entered into between Nortel Networks Corporation and each of the following Directors: Harry J. Pearce, Ronald W. Osborne, Richard D. McCormick, John A. MacNaughton, James B. Hunt, Jr. and Jalynn H. Bennett (filed as Exhibit 10.4 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2005). |
| *10.33 | Summary of remuneration, retirement compensation and group life insurance of the Chairman of the Board, Directors and Chairman of Committees of Nortel Networks Corporation effective June 29, 2005 (filed as Exhibit 10.5 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2005). |
| *10.34 | Summary of remuneration, retirement compensation and group life insurance of the Chairman of the Board, Directors and Chairman of Committees of Nortel Networks Limited effective June 29, 2005 (filed as Exhibit 10.6 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2005). |
| *10.35 | Forms of Instruments of Grant generally provided to optionees granted options under the Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated or the Nortel Networks Corporation 2000 Stock Option Plan (filed as Exhibit 10.9 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2005). |
| *10.36 | Proxy Agreement effective as of July 29, 2005 with respect to Capital Stock of Nortel Government Solutions Inc. by and among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc., Nortel Government Solutions Inc., James Frey, Thomas McInerney, Gregory Newbold, and the United States Department of Defense (filed as Exhibit 10.1 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2005). |
| *10.37 | Escrow Agreement dated as of March 1, 2005 and as entered into on August 11, 2005 between Nortel Networks Corporation, Computershare Trust Company of Canada and certain officers of Nortel Networks Corporation (filed as Exhibit 10.3 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2005). |

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 187

| Exhibit No | Description |
|---|---|

*10.38  Termination Agreement dated September 7, 2005 between Nicholas DeRoma, Chief Legal Officer and Nortel Networks Corporation (filed as Exhibit 10.06 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2005). The Agreement terminated the remuneration arrangement previously filed as Exhibits 10.3 and 10.4 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2001.

*10.39  Agreement and Plan of Merger dated as of April 25, 2005, by and among Nortel Networks Inc., PS Merger Sub, Inc. and PEC Solutions, Inc. (filed as Exhibit 99(d)(1) to Nortel Networks Inc. Current Report on Form SC TO-T dated May 3, 2005 and filed as Exhibit 10.9 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2005).

*10.40  William A. Owens letter agreement entered into on December 1, 2005, concerning the cessation of Mr. Owens' responsibilities as Vice-Chairman and Chief Executive Officer of Nortel Networks Corporation and Nortel Networks Limited effective November 15, 2005 (filed as Exhibit 10.68 to Nortel Network Corporation's Annual Report on Form 10-K/A for the year ended December 31, 2005). The letter agreement terminated the employment arrangements previously filed as Exhibit 10.2 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2004.

*10.41  Nicholas DeRoma, former Chief Legal Officer, Letter Agreement dated December 20, 2005 amending the Termination Agreement dated September 7, 2005 (filed as Exhibit 10.69 to Nortel Networks Corporation's Annual Report on Form 10-K/A for the year ended December 31, 2005).

*10.42  Steve Pusey, Executive Vice-President and President, Eurasia, Letter Agreement dated September 29, 2005 concerning a retention bonus (filed as Exhibit 10.70 to Nortel Networks Corporation's Annual Report on Form 10-K/A for the year ended December 31, 2005).

*10.43  Mike Zafirovski, President and Chief Executive Officer, Indemnity Agreement dated January 18, 2006 with effect from October 31, 2005 (filed as Exhibit 10.72 to Nortel Networks Corporation's Annual Report on Form 10-K/A for the year ended December 31, 2005).

*10.44  Pascal Debon letter agreement dated February 21, 2006, concerning the cessation of Mr. Debon's responsibilities as Senior Advisor of Nortel Networks Corporation and Nortel Networks Limited effective December 23, 2005 (filed as Exhibit 10.75 to Nortel Networks Corporation's Annual Report on Form 10-K/A for the year ended December 31, 2005).

*10.45  Brian McFadden letter agreement dated February 21, 2006, concerning the cessation of Mr. McFadden's responsibilities as Chief Research Officer of Nortel Networks Corporation and Nortel Networks Limited effective December 23, 2005 (filed as Exhibit 10.76 to Nortel Networks Corporation's Annual Report on Form 10-K/A for the year ended December 31, 2005).

*10.46  Notice of Blackout to Nortel Networks Corporation's Board of Directors and Executive Officers Regarding Suspension of Trading dated March 10, 2006 (filed as Exhibit 99.2 to Nortel Networks Corporation's Current Report on Form 8-K dated March 10, 2006)

*10.47  Commitment Letter dated February 1, 2006 among Nortel Networks Corporation, Nortel Networks Inc., J.P. Morgan Securities Inc., JPMorgan Chase Bank, N.A. and Citigroup Global Markets Inc. (filed as Exhibit 10.1 to Nortel Networks Corporation's Current Report on Form 8-K dated February 2, 2006).

*10.48  Commitment Advice Letter Agreement dated February 1, 2006 among Nortel Networks Corporation, Nortel Networks Inc., Royal Bank of Canada and J.P. Morgan Securities Inc. (filed as Exhibit 10.2 to Nortel Networks Corporation's Current Report on Form 8-K dated February 2, 2006).

*10.49  Commitment Advice Letter Agreement dated February 1, 2006 among Nortel Networks Corporation, Nortel Networks Inc., Export Development Canada and J.P. Morgan Securities Inc. (filed as Exhibit 10.3 to Nortel Networks Corporation's Current Report on Form 8-K dated February 2, 2006).

*10.50  Securities Demand Letter dated February 1, 2006 among Nortel Networks Corporation, Nortel Networks Inc., J.P. Morgan Securities Inc. and JPMorgan Chase Bank, N.A. (filed as Exhibit 10.4 to Nortel Networks Corporation's Current Report on Form 8-K dated February 2, 2006).

*10.51  Credit Agreement dated February 14, 2006 among Nortel Networks Inc., the lenders party thereto, JPMorgan Chase Bank, N.A., J.P. Morgan Securities Inc., Citigroup Global Markets, Inc., Citicorp USA, Inc., Royal Bank of Canada as amended May 9, 2006 and May 19, 2006 (filed as Exhibit 10.1 to Nortel Networks Corporation's Current Report on Form 8-K dated May 19, 2006).

*10.52  Guarantee Agreement dated February 14, 2006 among Nortel Networks Inc., Nortel Networks Limited, Nortel Networks Corporation, JPMorgan Chase Bank, N.A., and Export Development Canada. (filed as Exhibit 10.2 to Nortel Networks Corporation's Current Report on Form 8-K dated February 21, 2006).

185

HIGHLY CONFIDENTIAL

| Exhibit No | Description |
|---|---|
| *10.53 | U.S. Security Agreement dated February 14, 2006 among Nortel Networks Inc., the subsidiary lien grantors from time to time party thereto, JPMorgan Chase Bank and Export Development Canada. (filed as Exhibit 10.3 to Nortel Networks Corporation's Current Report on Form 8-K dated February 21, 2006). |
| *10.54 | Canadian Security Agreement dated February 14, 2006 among Nortel Networks Limited, Nortel Networks Corporation, the subsidiary lien grantors from time to time party thereto, JPMorgan Chase Bank and Export Development Canada (filed as Exhibit 10.4 to Nortel Networks Corporation's Current Report on Form 8-K dated February 21, 2006). |
| *10.55 | Forms of Instruments of Award as amended on April 11, 2007 generally provided to recipients of Restricted Stock Units and Performance Stock Units granted under the Nortel 2005 Stock Incentive Plan, as Amended and Restated and Form of Instrument of Grant as amended on April 4, 2007 generally provided to recipients of stock options granted under the Nortel 2005 Stock Incentive Plan, as Amended and Restated (filed as Exhibit 10.6 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended March 31, 2007). |
| *10.56 | Stipulation and Agreement of Settlement, dated June 20, 2006, in the matter captioned *In re Nortel Networks Corp. Securities Litigation*, United States District Court for the Southern District of New York, Consolidated Civil Action No. 01 Civ. 1855 (RMB) (filed as Exhibit 99.1 to Nortel Networks Corporation's current report on Form 8-K dated December 12, 2007). |
| *10.57 | Stipulation and Agreement of Settlement, dated June 20, 2006, in the matter captioned *In re Nortel Networks Corp. Securities Litigation*, United States District Court for the Southern District of New York, Master File No. 05-MD1659 (LAP) (filed as Exhibit 99.2 to Nortel Networks Corporation's current report on Form 8-K dated December 12, 2007). |
| *10.58 | Court Order, dated June 20, 2006, in the matter captioned *Frohlinger et. al. v. Nortel Networks Corporation et. al.*, Ontario Superior Court of Justice, Court File No. 02-CL-4605 (Ont.Sup.Ct.J.) (filed as Exhibit 10.12 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2006). |
| *10.59 | Court Order, dated June 20, 2006, in the matter captioned *Association de Protection des Epargnants et. al. Investisseurs du Québec v. Corporation Nortel Networks*, Superior Court of Quebec, District of Montreal, No. 500 06-000126-017 (filed as Exhibit 10.13 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2006). |
| *10.60 | Court Order, dated June 20, 2006, in the matter captioned *Jeffery et. al. v. Nortel Networks Corporation et. al.*, Supreme Court of British Columbia, Vancouver Registry Court File No. S015159 (B.C.S.C.) (filed as Exhibit 10.14 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2006). |
| *10.61 | Court Order, dated June 20, 2006, in the matter captioned *Gallardi v. Nortel Networks Corporation et. al.*, Ontario Superior Court of Justice, Court File No. 05-CV-285606CP (Ont.Sup.Ct.J.) (filed as Exhibit 10.15 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2006). |
| *10.62 | Court Order, dated June 20, 2006, in the matter captioned Skarstedt v. Corporation Nortel Networks, Superior Court of Quebec, District of Montreal, No. 500-06-000277-059 (filed as Exhibit 10.16 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2006). |
| *10.63 | Resolution effective June 28, 2006 for Mike Zafirovski, President and Chief Executive Officer of NNC and NNL outlining acceptance by Boards of Directors of Nortel Networks Corporation and Nortel Networks Limited of the voluntary reduction by Mr. Zafirovski of a special lifetime annual pension benefit by 29% resulting in a payout of US$355,000 per year rather than US$500,000 per year (filed as Exhibit 10.17 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2006). |
| *10.64 | Form of indemnity agreement entered into between Nortel Networks Corporation and members of the Board of Directors of Nortel Networks Corporation on or after September 6, 2006 (filed as Exhibit 10.4 to Nortel Network Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2006). |
| *10.65 | Summary statement of employment terms and conditions for Mike Zafirovski, President and Chief Executive Officer, November 15, 2005 as approved by the Joint Leadership Resources Committee of the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited and the Independent members of the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited on October 16, 2005 and form of instrument of award for restricted stock units and form of instrument of award for stock options granted on November 15, 2005 under the Nortel 2005 Stock Incentive Plan to Mike Zafirovski, President and Chief Executive Officer (filed as Exhibit 10.5 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2006). |

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 189

| Exhibit No | Description |
|---|---|
| **10.66 | Agreement between Nortel Networks Limited and Flextronics Telecom Systems, Inc. dated October 13, 2006, amending the asset purchase agreement dated June 29, 2004 among Nortel, and Flextronics International Ltd., and Flextronics Telecom, which was filed as Exhibit 10.3 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2004, as amended from time to time, the amended and restated master contract manufacturing services agreement dated as of June 29, 2004, which was filed as Exhibit 10.4 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2004, as amended from time to time, and the letter agreement dated June 29, 2004, which was filed as Exhibit 10.7 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2004, as amended and restated (filed as Exhibit 10.88 to Nortel Networks Corporation's Annual Report on Form 10-K for the year ended December 31, 2006). |
| *10.67 | Share and Asset Sale Agreement between Nortel Networks Limited and Alcatel-Lucent dated December 4, 2006, as amended December 29, 2006 and June 28, 2007 (filed as Exhibit 10.5 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended June 30, 2007). |
| *10.68 | Dion Joannou letter agreement dated July 27, 2007 concerning the cessation of Mr. Joannou's responsibilities as President, North America of Nortel Networks Corporation and Nortel Networks Limited effective August 31, 2007 (filed as Exhibit 10.1 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007). |
| *10.69 | Compensation and Human Resources Committee Policy on Company Aircraft dated July 31, 2007 (filed as Exhibit 10.2 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007). |
| *10.70 | Paviter Binning, Executive Vice-President and Chief Financial Officer of Nortel Networks Corporation and Nortel Networks Limited, Employment Letter dated September 28, 2007 (filed as Exhibit 10.3 to Nortel Networks Corporation's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007). |
| 10.71 | Nortel Networks Corporation Share Purchase Plan for S. 16 Executive Officers dated November 8, 2007. |
| 10.72 | Amended and Restated Summary of remuneration, retirement compensation and group life insurance of the Chairman of the Board, Directors and Chairman of Committees of Nortel Networks Limited as amended October 3, 2007 with effect from January 1, 2008. |
| 10.73 | Amended and Restated Summary of remuneration, retirement compensation and group life insurance of the Chairman of the Board, Directors and Chairman of Committees of Nortel Networks Corporation with effect from February 20, 2008. |
| 10.74 | Nortel Networks Corporation Directors' Deferred Share Compensation Plan as amended and restated on October 3, 2007 effective August 30, 2007. |
| 10.75 | Nortel Networks Limited Directors' Deferred Share Compensation Plan as amended and restated on October 3, 2007 effective August 30, 2007. |
| 10.76 | Joel Hackney, President, Enterprise Solutions Employment Letter amended effective September 19, 2007. |
| 10.77 | Nortel Networks Supplementary Executive Retirement Plan, as amended by Resolutions by the Pension Investment Committee dated December 19, 2007 and December 20, 2007 with effect from January 1, 2008. |
| 10.78 | The Nortel 2005 Stock Incentive Plan as amended and restated on January 18, 2008. |
| 10.79 | David Drinkwater, Chief Legal Officer, Letter regarding special bonus dated October 4, 2007. |
| 10.80 | Pay-Off Letter dated July 5, 2006 under the Credit Agreement dated February 14, 2006 among Nortel Networks Inc. and JPMorgan Chase Bank, N.A., J.P. Morgan Securities Inc. and Citigroup Global Markets Inc., Citicorp USA, Inc., Royal Bank of Canada and Export Development Canada, the Lenders party thereto. |
| 10.81 | Consent of Defendants Nortel Networks Corporation and Nortel Networks Limited, dated September 28, 2007, in the matter captioned *Securities and Exchange Commission v. Nortel Networks Corporation and Nortel Networks Limited* United States District Court for the Southern District of New York, Civil Docket for Case No. 1:07-CV-08851-LAP. |
| 12. | Computation of Ratios. |
| 21. | Subsidiaries of the Registrant. |
| 23.1 | Consent of KPMG LLP. |
| 23.2 | Consent of Deloitte & Touche LLP. |
| 24. | Power of Attorney of certain directors and officers. |
| 31.1 | Rule 13a — 14(a)/15d — 14(a) Certification of the President and Chief Executive Officer. |
| 31.2 | Rule 13a — 14(a)/15d — 14(a) Certification of the Executive Vice-President and Chief Financial Officer. |
| 32. | Certification of the President and Chief Executive Officer and Executive Vice-President and Chief Financial Officer pursuant to 18 U.S.C. Section 1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 190

---

\*       Incorporated by Reference.

\*\*     Incorporated by Reference. Certain portions of this Exhibit have been omitted based upon a request for confidential treatment. These portions have been filed separately with the United States Securities and Exchange Commission.

188

HIGHLY CONFIDENTIAL      NNC-NNL06005571 / 191

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Toronto, Ontario, Canada on the 27th day of February, 2008.

NORTEL NETWORKS CORPORATION

By: _____ /s/  MIKE S. ZAFIROVSKI
(MIKE S. ZAFIROVSKI, President
and Chief Executive Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on the 27th day of February, 2008.

| Signature | Title |
|---|---|
| Principal Executive Officer | |
| /s/  MIKE S. ZAFIROVSKI _____ <br> (MIKE S. ZAFIROVSKI) | President and Chief Executive Officer, and a Director |
| Principal Financial Officer | |
| /s/  PAVITER S. BINNING _____ <br> (PAVITER S. BINNING) | Executive Vice-President and Chief Financial Officer |
| Principal Accounting Officer | |
| /s/  PAUL W. KARR _____ <br> (PAUL W. KARR) | Controller |

189

HIGHLY CONFIDENTIAL

**Directors**

| | |
|---|---|
| J.H. BENNETT* | R.D. MCCORMICK* |
| (J.H. BENNETT) | (R.D. MCCORMICK) |
| | |
| M. BISCHOFF* | C. MONGEAU* |
| (M. BISCHOFF) | (C. MONGEAU) |
| | |
| J.B. HUNT, JR.* | H.J. PEARCE* |
| (J.B. HUNT, JR.) | (H.J. PEARCE) |
| | |
| K.M. JOHNSON* | J.D. WATSON* |
| (K.M. JOHNSON) | (J.D. WATSON) |
| | |
| J.A. MACNAUGHTON* | M.S. ZAFIROVSKI* |
| (J.A. MACNAUGHTON) | (M.S. ZAFIROVSKI) |
| | |
| J.P. MANLEY* | |
| (J.P. MANLEY) | |

/s/   GORDON A. DAVIES

By:* (GORDON A. DAVIES, as attorney-in-fact
February 27, 2008.)

190

HIGHLY CONFIDENTIAL        NNC-NNL06005571 / 193