

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10- K

✓ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2008

❑ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from          to

Commission file number 001- 07260

# Nortel Networks Corporation
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Canada** | **98- 0535482** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| | |
| **195 The West Mall,** | |
| **Toronto, Ontario, Canada** | **M9C 5K1** |
| *(Address of principal executive offices)* | *(Zip Code)* |

Registrant's telephone number including area code: **(905) 863- 7000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common shares without nominal or par value | Toronto Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ❑   No ✓
Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ❑   No ✓
Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to filing requirements for the past 90 days.   Yes ✓   No ❑

Table of Contents

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S- K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10- K or any amendment to this Form 10- K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b- 2 of the Exchange Act. (Check one)

| | | | |
|---|---|---|---|
| Large accelerated filer | ✓ | Accelerated filer | ☐ |
| | ☐ (Do not check if a smaller reporting company) | | |
| Non- Accelerated filer | | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b- 2 of the Exchange Act).    Yes ☐   No ✓

**On February 20, 2009, 497,840,534 common shares of Nortel Networks Corporation were issued and outstanding. Non- affiliates of the registrant held 495,659,592 common shares having an aggregate market value of $4,074,321,846 based upon the last sale price on the New York Stock Exchange on June 30, 2008 of $8.22 per share; for purposes of this calculation, shares held by directors and executive officers have been excluded.**

DOCUMENTS INCORPORATED BY REFERENCE

None

ii

HIGHLY CONFIDENTIAL

<u>Table of Contents</u>

## TABLE OF CONTENTS

**PART I**

| ITEM 1. | Business | 1 |
|---|---|---|
| | Overview | 1 |
| | Creditor Protection Proceedings | 1 |
| | Business Segments | 6 |
| | Sales and Distribution | 12 |
| | Backlog | 12 |
| | Product Standards, Certifications and Regulations | 12 |
| | Sources and Availability of Materials | 12 |
| | Seasonality | 13 |
| | Acquisitions and Divestitures | 13 |
| | Research and Development | 14 |
| | Intellectual Property | 15 |
| | Employee Relations | 15 |
| | Environmental Matters | 15 |
| | Financial Information about Segments and Product Categories | 16 |
| | Financial Information by Geographic Area | 16 |
| | Working Capital | 16 |
| | Glossary of Certain Technical Terms | 17 |
| ITEM 1A. | Risk Factors | 19 |
| ITEM 1B. | Unresolved Staff Comments | 32 |
| ITEM 2. | Properties | 32 |
| ITEM 3. | Legal Proceedings | 33 |
| ITEM 4. | Submission of Matters to a Vote of Security Holders | 36 |

**PART II**

| ITEM 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 36 |
|---|---|---|
| | Dividends | 37 |
| | Securities Authorized for Issuance Under Equity Compensation Plans | 37 |
| | Canadian Tax Matters | 37 |
| | Sales of Unregistered Securities | 38 |
| ITEM 6. | Selected Financial Data (Unaudited) | 40 |
| ITEM 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 41 |
| | Executive Overview | 41 |
| | Results of Operations | 54 |
| | Segment Information | 65 |
| | Liquidity and Capital Resources | 73 |
| | Off- Balance Sheet Arrangements | 82 |
| | Application of Critical Accounting Policies and Estimates | 82 |
| | Accounting Changes and Recent Accounting Pronouncements | 98 |
| | Outstanding Share Data | 101 |
| | Market Risk | 102 |
| | Environmental Matters | 102 |
| | Legal Proceedings | 102 |
| | Cautionary Notice Regarding Forward- Looking Information | 103 |
| ITEM 7A. | Quantitative and Qualitative Disclosures About Market Risk | 105 |
| | Termination of Derivative Hedging Instruments | 105 |
| | Foreign Currency Exchange Risk | 105 |
| | Interest Rate Risk | 106 |
| | Equity Price Risk | 106 |
| ITEM 8. | Financial Statements and Supplementary Data | 107 |
| ITEM 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 210 |
| ITEM 9A. | Controls and Procedures | 210 |
| | Management Conclusions Concerning Disclosure Controls and Procedures | 210 |
| | Management's Report on Internal Control Over Financial Reporting | 210 |
| | Changes in Internal Control Over Financial Reporting | 210 |
| ITEM 9B. | Other Information | 211 |

HIGHLY CONFIDENTIAL      NNC-NNL06001427 / 3

**Table of Contents**

|  | **PART III** |  |
|---|---|---|
| ITEM 10. | Directors, Executive Officers and Corporate Governance | 212 |
| ITEM 11. | Executive and Director Compensation | 228 |
| ITEM 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 269 |
| ITEM 13. | Certain Relationships and Related Transactions, and Board Independence | 279 |
| ITEM 14. | Principal Accountant Fees and Services | 279 |
|  | **PART IV** |  |
| ITEM 15. | Exhibits and Financial Statement Schedules | 281 |
| SIGNATURES |  | 291 |

All dollar amounts in this document are in United States Dollars unless otherwise stated.
NORTEL, NORTEL (Logo), NORTEL NETWORKS, the GLOBEMARK, NT, AGILE COMMUNICATIONS ENVIRONMENT, NORTEL GOVERNMENT SOLUTIONS and WEB.ALIVE are trademarks of Nortel Networks.
MOODY'S is a trademark of Moody's Investors Service, Inc.
NYSE is a trademark of the New York Stock Exchange, Inc.
S&P and STANDARD & POOR'S are trademarks of The McGraw-Hill Companies, Inc.
All other trademarks are the property of their respective owners.

iv

Table of Contents

## PART I

**ITEM 1.     Business**

**Overview**

Nortel supplies end- to- end networking products and solutions that help organizations enhance and simplify communications. These organizations range from small businesses to multi- national corporations involved in all aspects of commercial and industrial activity, to federal, state and local government agencies and the military. They include cable operators, wireline and wireless telecommunications service providers, and Internet service providers.

Our networking solutions include hardware and software products and services designed to reduce complexity, improve efficiency, increase productivity and drive customer value. We design, develop, engineer, market, sell, supply, license, install, service and support these networking solutions worldwide. We have technology expertise across carrier and enterprise, wireless and wireline, applications and infrastructure. We have made investments in technology research and development (R&D), and have had strong customer loyalty earned over more than 100 years of providing reliable technology and services.

The Company has its principal executive offices at 195 The West Mall, Toronto, Ontario, Canada M9C 5K1, (905) 863- 7000. The Company was incorporated in Canada on March 7, 2000. Nortel Networks Limited (NNL), a Canadian company incorporated in 1914, is the Company's principal operating subsidiary.

The Company's Annual Reports on Form 10- K, Quarterly Reports on Form 10- Q, Current Reports on Form 8- K, and all amendments to those reports are available free of charge under "Investor Relations" at www.nortel.com (our website), as soon as reasonably practicable after providing them to the United States (U.S.) Securities and Exchange Commission (SEC). Our Code of Business Conduct is also available on our website, and any future amendments to it will be posted there. Any waiver of a requirement of our Code of Business Conduct, if granted by the boards of directors of the Company and NNL or their audit committees, will be posted on our website as required by law. Information contained on our website is not incorporated by reference into this or any such reports. The public may read and copy these reports at the SEC's Public Reference Room at 100 F Street NE, Washington, DC 20549 (1- 800- SEC- 0330). Also, the SEC maintains an Internet site that contains reports, proxy and information statements, and other information regarding certain issuers including the Company and NNL, at www.sec.gov. The Company is not a foreign private issuer, as defined in Rule 3b- 4 under the U.S. Securities Exchange Act of 1934 as amended (Exchange Act).

All dollar amounts in this report are in millions of U.S. Dollars, except for Part III hereof, and except as otherwise stated.

Where we say "we", "us", "our", "Nortel" or "the Company", we mean Nortel Networks Corporation or Nortel Networks Corporation and its subsidiaries, as applicable. Where we say NNC, we mean Nortel Networks Corporation. Where we refer to the "industry", we mean the telecommunications industry.

Many of the technical terms used in this report are defined in the Glossary of Certain Technical Terms beginning at page 17.

**Creditor Protection Proceedings**

We operate in a highly volatile telecommunications industry that is characterized by vigorous competition for market share and rapid technological development. In recent years, our operating costs have generally exceeded our revenues, resulting in negative cash flow. A number of factors have contributed to these results, including competitive pressures in the telecommunications industry, an inability to sufficiently reduce operating expenses, costs related to ongoing restructuring efforts described below, significant customer and competitor consolidation, customers cutting back on capital expenditures and deferring new investments, and the poor state of the global economy.

In recent years, we have taken a wide range of steps to attempt to address these issues, including a series of restructurings that have reduced the number of worldwide employees from more than 90,000 in 2000 to approximately 30,000 (including employees in joint ventures) as of December 31, 2008. In particular, in 2005, under the direction of new management, we began to develop a Business Transformation Plan with the goal of addressing our most significant operational challenges, simplifying organizational structure, and maintaining a strong focus on revenue generation and improved operating margins including quality improvements and cost reductions. These actions have included: (i) the outsourcing of nearly all manufacturing and production to a number of key suppliers, including, in particular, Flextronics Telecom Systems, Ltd. (Flextronics) (ii) the substantial consolidation of key R&D expertise in Canada and China, (iii) decisions to

1

**Table of Contents**

dispose of or exit certain non- core businesses, such as our UMTS Access business unit, (iv) the creation and/or expansion of joint venture relationships (such as LG- Nortel in Korea and our joint venture in China, Guangdong- Nortel Telecommunications Equipment Company Ltd. of China), (v) establishing alliances with various large organizations such as Microsoft, IBM and Dell, (vi) real estate optimizations, including the sale of our former headquarters in Brampton, Ontario, Canada, and (vii) the continued reorientation of our business from a traditional supplier of telecommunications equipment to a focus on cutting edge networking hardware and software solutions.

These restructuring measures, however, have not provided adequate relief from the significant pressures we are experiencing. As global economic conditions dramatically worsened beginning in September 2008, we experienced significant pressure on our business and faced a deterioration of our cash and liquidity, globally, as well as on a regional basis, as customers across all businesses suspended, delayed and reduced their capital expenditures. The extreme volatility in the financial, foreign exchange, equity and credit markets globally and the expanding economic downturn and potentially prolonged recessionary period have compounded the situation.

In addition, we have made significant cash payments related to our restructuring programs, the Global Class Action Settlement (as defined in Item 3), debt servicing costs and pension plans over the past several years. Due to the adverse conditions in the financial markets globally, the value of the assets held in our pension plans has declined significantly resulting in significant increases to pension plan liabilities that could have resulted in a significant increase in future pension plan contributions. It became increasingly clear that the struggle to reduce operating costs during a time of decreased customer spending and massive global economic uncertainty put substantial pressure on our liquidity position globally, particularly in North America.

Market conditions further restricted our ability to access capital markets, which was compounded by recent actions taken by rating agencies with respect to our credit ratings. In December 2008, Moody's Investor Service, Inc. (Moody's) issued a downgrade of the Nortel family rating from B3 to Caa2. With no access to the capital markets, limited prospects of the capital markets opening up in the near term, substantial interest carrying costs on over $4,000 of unsecured public debt, and significant pension plan liabilities expected to increase in a very substantial manner principally due to the adverse conditions in the financial markets globally, it became imperative for us to protect our cash position.

After extensive consideration of all other alternatives, we determined, with the unanimous authorization of our Board of Directors after thorough consultation with our advisors, that a comprehensive financial and business restructuring could be most effectively and quickly achieved within the framework of creditor protection proceedings in multiple jurisdictions. As a consequence, on January 14, 2009 (Petition Date), we initiated creditor protection under the respective restructuring regimes of Canada under the Companies' Creditors Arrangement Act (CCAA) (CCAA Proceedings), in the U.S. under the Bankruptcy Code (Chapter 11 Proceedings), the United Kingdom (U.K.) under the Insolvency Act 1986 (U.K. Administration Proceedings), and subsequently, Israel (Israeli Proceedings). Our affiliates in Asia including LG- Nortel, in the Caribbean and Latin American (CALA) region, and the Nortel Government Solutions (NGS) business, are not included in these proceedings.

We initiated the Creditor Protection Proceedings (as defined below) with a consolidated cash balance, as at December 31, 2008, of $2,400, in order to preserve our liquidity and fund operations during the restructuring process. The Creditor Protection Proceedings will allow us to reassess our business strategy with a view to developing a comprehensive financial and business restructuring plan (comprehensive restructuring plan) (also referred to as a "plan of reorganization" in the U.S., or a "plan of compromise or arrangement" in Canada).

"Debtors" as used herein means (i) us, together with NNL and certain other Canadian subsidiaries (collectively, Canadian Debtors) that filed for creditor protection pursuant to the provisions of the CCAA in the Ontario Superior Court of Justice (Canadian Court), (ii) Nortel Networks Inc. (NNI), Nortel Networks Capital Corporation (NNCC) and certain other U.S. subsidiaries (U.S. Debtors) that filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware (U.S. Court), (iii) certain Europe, Middle East and Africa (EMEA) subsidiaries (EMEA Debtors) that made consequential filings under the Insolvency Act 1986 in the English High Court of Justice (English Court), and (iv) certain Israeli subsidiaries that made consequential filings under the Israeli Companies Law 1999 in the District Court of Tel Aviv. The CCAA Proceedings, Chapter 11 Proceedings, U.K. Administration Proceedings and the Israeli Proceedings are together referred to as the Creditor Protection Proceedings.

Pursuant to the order of the Canadian Court, Ernst & Young Inc. was named as the court- appointed monitor (Canadian Monitor) under the CCAA Proceedings. As required under the U.S. Bankruptcy Code, the United States Trustee for the District of Delaware (US Trustee) appointed an official committee of unsecured creditors on January 22, 2009 (U.S. Creditors' Committee). In addition, a group purporting to hold substantial amounts of our publicly traded debt has organized (the Bondholder Group). The role of the Bondholder Group in the Chapter 11 Proceedings and the CCAA Proceedings has not yet been formalized and may develop and change over the course of such proceedings. Pursuant to the

2

HIGHLY CONFIDENTIAL     

Table of Contents

terms of the orders of the English Court, a representative of Ernst & Young LLP (in the U.K.) and a representative of Ernst & Young Chartered Accountants (in Ireland) were appointed as joint administrators with respect to our EMEA Debtor in Ireland, and representatives of Ernst & Young LLP were appointed as joint administrators for the other EMEA Debtors (collectively, U.K. Administrators).

For further information on the Creditor Protection Proceedings, see "Executive Overview - Creditor Protection Proceedings" in the Management's Discussion and Analysis of Financial Condition and Results of Operations (MD&A) section of this report.

*Business Operations*

During the Creditor Protection Proceedings, the businesses of the Debtors continue to operate under the jurisdictions and orders of the applicable courts and in accordance with applicable legislation. Under the U.S. Bankruptcy Code, the U.S. Debtors may assume, assume and assign, or reject certain executory contracts including unexpired leases, subject to the approval of the U.S. Court and certain other conditions. Pursuant to the initial order of the Canadian Court, the Canadian Debtors are permitted to repudiate any arrangement or agreement, including real property leases. Any reference to any such agreements or instruments and termination rights or a quantification of our obligations under any such agreements or instruments is qualified by any overriding rejection, repudiation or other rights the Debtors may have as a result of or in connection with the Creditor Protection Proceedings. The administration orders granted by the English Court do not give any similar unilateral rights to the U.K. Administrators. The U.K. Administrators decide whether an EMEA Debtor should perform under a contract on the basis of whether it is in the interests of the administration to do so. Any claims which result from an EMEA Debtor rejecting or repudiating any contract or arrangement will usually be unsecured.

The accompanying audited consolidated financial statements do not include the effects of any current or future claims relating to the Creditor Protection Proceedings. Certain claims filed may have priority over those of the Debtors' unsecured creditors. As of the date of the filing of this report, it is not possible to determine the extent of claims filed and to be filed, whether such claims will be disputed and whether they will be subject to discharge in the Creditor Protection Proceedings. It is also not possible at this time to determine whether to establish any additional liabilities in respect of claims. The Debtors are beginning to review all claims filed and are beginning the claims reconciliation process.

On February 23, 2009, the U.S. Court authorized the U.S. Debtors to reject certain unexpired leases of non- residential real property and related subleases as of February 28, 2009.

*Comprehensive Restructuring Plan*

We are in the process of stabilizing our business to maximize the chances of preserving all or a portion of the enterprise and evaluating our various operations to determine how to narrow our strategic focus in an effective and timely manner, in consultation with our business and financial advisors. While we undertake this process, our previously announced intention to explore the divestiture of our MEN business has been put on hold. We have also decided to discontinue our mobile WiMAX business and sell our Layer 4- 7 data portfolio (see below). Further, we will be significantly reducing our investment in our carrier Ethernet switch/router (CESR) portfolio while continuing to ship products and support our installed base of carrier Ethernet customers. We will continue to utilize our carrier Ethernet technology in our other MEN and other solutions. The Creditor Protection Proceedings and the development of a comprehensive restructuring plan may result in additional sales or divestitures, but we can provide no assurance that we will be able to complete any sale or divestiture on acceptable terms or at all. On February 18, 2009, the U.S. Court approved procedures for the sale or abandonment by the U.S. Debtors of assets with a *de minimus* value. The Canadian Debtors and EMEA Debtors can generally take similar actions with the approval of the Canadian Monitor and the U.K. Administrators, respectively. As we work on developing a comprehensive restructuring plan, we will consult with the Canadian Monitor, the U.K. Administrators and the U.S. Creditors' Committee, and any such plan would eventually be subject to the approval of affected creditors and the relevant courts. There can be no assurance that any such plan will be confirmed or approved by any of the relevant courts or affected creditors, or that any such plan will be implemented successfully.

3

HIGHLY CONFIDENTIAL     NNC-NNL06001427 / 7

Table of Contents

*Developments Related to our Creditor Protection Proceedings*

NNL entered into an agreement with Export Development Canada (EDC) to permit continued access by NNL to the EDC support facility, which provides for the issuance of support in the form of guarantee bonds or guarantee type documents issued to financial institutions that issue letters of credit or guarantee, performance or surety bonds, or other instruments in support of Nortel's contract performance (EDC Support Facility), for up to $30 of support, for an interim period that currently extends to May 1, 2009. Amounts outstanding under the EDC Support Facility are secured by a charge against all of the property of the Canadian Debtors.

Our filings under the Chapter 11 Proceedings and the CCAA Proceedings constituted events of default under the instruments governing substantially all of the indebtedness issued or guaranteed by us, NNL, NNI and NNCC. In addition, we may not be in compliance with certain other covenants under the indentures related to certain of our debt, the EDC Support Facility and other debt or lease instruments.

We entered into an amendment to arrangements with a major supplier, Flextronics. We continue to work with Flextronics throughout this process.

Since the Petition Date, we have generally maintained use of our cash management system pursuant to various court approvals and agreements obtained or entered into in connection with the Creditor Protection Proceedings, including a revolving loan agreement between NNI as lender and NNL as borrower. An initial amount of $75 was drawn, and the remaining $125 under the loan is subject to U.S. Court approval.

NNC common shares were delisted from the New York Stock Exchange (NYSE).

The Toronto Stock Exchange (TSX) notified us that it had begun a review of the eligibility for continued listing of securities of NNC and NNL, but stopped its review after concluding that the review was stayed by the initial order obtained by the Canadian Debtors in the CCAA Proceedings.

We and NNL obtained an order from the Canadian Court under the CCAA Proceedings relieving us and NNL from the obligation to call and hold annual shareholder meetings by the statutory deadline of June 30, 2009, and directing us and NNL to call and hold such meetings within six months following the termination of the stay period under the CCAA Proceedings.

On February 25, 2009, we announced a workforce reduction plan of approximately 5,000 net positions. We also announced that we will seek to implement, and request court approval where required for, retention and incentive compensation for certain key eligible employees. On February 27, 2009, we obtained Canadian Court approval for the termination of our equity- based compensation plans, including all outstanding equity under the plans.

On March 2, 2009, we announced the appointment of Pavi Binning as chief restructuring officer of Nortel and NNL, a position he will hold in addition to his existing duties as chief financial officer. He will continue to report to the president and chief executive officer.

4

**Table of Contents**

Please see "Executive Overview  Creditor Protection Proceedings" in the MD&A section of this report, "Compensation Discussion and Analysis" in the Executive and Director Compensation section of this report, and the Risk Factors section of this report, for a full discussion of these and other significant events, and the risks and uncertainties we face as a result of the Creditor Protection Proceedings. See also note 1, "Creditor Protection and Restructuring" to the accompanying audited consolidated financial statements.

Further information pertaining to our Creditor Protection Proceedings may be obtained through our website at www.nortel.com/restructuring. Certain information regarding the CCAA Proceedings, including the reports of the Canadian Monitor, is available at the Canadian Monitor's website at www.ey.com/ca/nortel. Documents filed with the U.S. Court and other general information about the Chapter 11 Proceedings are available at http://chapter11.epiqsystems.com/nortel. The content of the foregoing websites is not a part of this report.

*Other 2008 and 2009 Developments*

*Mobile WiMAX:* On January 29, 2009, we announced that we decided to discontinue our mobile WiMAX business and end our joint agreement with Alvarion Ltd.

*Dividends:* On November 10, 2008, the Board of Directors of NNL decided to suspend the declaration of further dividends on NNL cumulative redeemable class A preferred shares series 5 (NNL series 5 preferred shares) and non- cumulative redeemable class A preferred shares series 7 (NNL series 7 preferred shares, and collectively with the NNL series 5 preferred shares, the NNL preferred shares) following payment on November 12, 2008 of the previously declared monthly dividend on those shares.

*Acquisitions and Divestitures:* On February 19, 2009, we announced that we have entered into a "stalking horse" asset purchase agreement to sell certain portions of our Applications Delivery Portfolio to Radware Ltd. for approximately $18. We have received orders from the U.S. Court and the Canadian Court that establish bidding procedures for an auction that will allow other qualified bidders to submit higher or otherwise better offers. In August 2008, we acquired 100% of the issued and outstanding stock of Diamondware, Ltd.; and we purchased substantially all of the assets and certain liabilities of Pingtel Corp. from Bluesocket Inc. In August 2008, LG- Nortel purchased certain assets and liabilities of LGE's Wireless Local Loop (WLL) business, and acquired 100% of the stock of Novera Optics Korea Inc. and Novera Optics, Inc.

*Business Environment*

In 2008, we faced significant challenges from new technologies, higher operational expectations and increased competitiveness, creating new levels of complexity. These challenges were heightened by the expanding global economic downturn and extreme volatility in global financial markets. As global economic conditions dramatically worsened over recent months, we continued to experience significant pressure on our business and deterioration of our cash and liquidity as customers across all our businesses, in particular in North America, responded to increasingly worsening macroeconomic and industry conditions and uncertainty by suspending, delaying and reducing their capital expenditures. The extreme volatility in the financial, foreign exchange and credit markets globally has compounded the situation, further impacting customer orders as well as normal seasonality trends. As a result, our financial results, in particular in the second half of 2008, were negatively impacted across all of our business segments. We are continuing to experience significant pressure due to global economic conditions and additionally, we are seeing further impact to our business as a result of the Creditor Protection Proceedings.

5

Table of Contents

In the enterprise communications market, enterprises are looking for partners that can manage their communications in a more cost-effective manner, streamline operations, and help them keep up with the growing speed of business and Unified Communications. The service provider market in 2008 was focused on third-generation (3G) wireless network deployment, VoIP and products and services that will allow delivery of voice, data and video over IP networks (such as carrier switches/routers, broadband access and next-generation optical networks).

We operate on a global basis, and market conditions vary geographically. In emerging markets, customers continued to focus primarily on connectivity solutions, especially for wireless. In established markets, such as North America and Western Europe, service providers are upgrading their networks to enable new types of services, such as IPTV and mobile video. Regulatory issues in certain countries and regions have impacted market growth. We continued to see the trend known as hyperconnectivity, which represents a means by which companies can enable a more productive workforce, provide richer, more sophisticated communications experiences, and foster stronger, deeper relationships with customers.

*Our Business*

We transformed our R&D structure to a model based on 20% investment in emerging, future technology, 60% investment in current and maturing technologies and 20% investment earmarked for support of our legacy technologies. We increased our focus on Unified Communications, applications, carrier VoIP, and innovation in general, and our partnerships with industry leaders. Key areas of investment in 2008 included Unified Communications, 4G broadband wireless technologies, carrier Ethernet, next-generation optical, advanced applications and services, secure networking, professional services for Unified Communications and multimedia services.

As announced on November 10, 2008, under a new operating model effective January 1, 2009, we decentralized several corporate functions and transitioned to a vertically integrated business unit structure to give greater financial and operational control to the business units, increase accountability for overall performance, and reduce the duplication inherent in matrix organizations. Enterprise customers are served by a business unit responsible for product and portfolio development, R&D, marketing and sales, partner and channel management, strategic business development and associated functions. Service provider customers are now served by two business units with full responsibility for all product, services, applications, portfolio, business and market development, marketing and R&D functions: Carrier Networks (consisting of wireless and carrier VoIP, applications and solutions) and Metro Ethernet Networks. A dedicated global carrier sales organization supports both business units.

Our Global Services business unit will be decentralized and transitioned to the other business segments by April 1, 2009 in an attempt to minimize any negative impact on our customer service activities. Commencing with the first quarter of 2009, services results will be reported across all reportable segments. Also commencing with the first quarter of 2009, we will begin to report LG-Nortel as a separate reportable segment. Prior to that time, the results of LG-Nortel were reported across all segments. The previously announced decentralization of our Global Operations organization has been put on hold and will be part of our planning around the comprehensive restructuring plan.

We remain committed to integrity through effective corporate governance practices, maintaining effective internal control over financial reporting and enhanced compliance. We continue to focus on increasing employee awareness of ethical issues through various means such as on-line training and our Code of Business Conduct.

Business Segments

Our 2008 reportable segments were Carrier Networks (CN), Enterprise Solutions (ES), Metro Ethernet Networks (MEN) and Global Services (GS). Sales of approximately $1,126 to Verizon Communications Inc. (including Verizon Wireless) constituted approximately 11% of our 2008 consolidated revenue, of which approximately $701 was in the Carrier Networks segment.

*Carrier Networks*

We offer wireline and wireless networks that help service providers and cable operators supply mobile voice, data and multimedia communications services to individuals and enterprises using cellular telephones, personal digital assistants, laptops, soft-clients, and other wireless computing and communications devices. We also offer circuit- and packet-based voice switching products that provide

6

Table of Contents

local, toll, long distance and international gateway capabilities for local and long distance telephone companies, wireless service providers, cable operators and other service providers.

Service providers are focused on products and solutions that offer the latest broadband technology and services and support converged data, voice and multimedia communications over a single network for greater cost efficiency, capacity, speed, quality, performance, resiliency, security and reliability.

We seek to provide our customers with products and expertise spanning the gap between legacy and future- focused network environments. Our Carrier Networks segment focuses on supporting customers as they transition from circuit voice to converged IP networks and from 2G and 3G to 4G wireless networks. Carrier Networks also focuses on enabling wireless applications that allow service providers to offer new services that can generate new streams of revenues and boost customer loyalty and retention.

Our Carrier Networks portfolio includes 3G and 2.5G mobility networking solutions based on CDMA, GSM, GSM- R, GPRS and EDGE technologies. These include an array of indoor and outdoor base transceiver stations designed for capacity, performance, flexibility, scalability and investment protection.

We also offer 4G mobile broadband solutions for service providers based on OFDM and MIMO technologies, and have been developing solutions based on LTE. We own significant OFDM and MIMO patents and are considered a leader in the development of these standards, which provide a common foundation for LTE and WLAN (802.11n). We have completed early LTE trials with companies such as T- Mobile and LGE. We have also been continuing to conduct LTE trials with major services providers in North America.

Our Carrier VoIP solutions offer a variety of voice over packet products (softswitches, media gateways, international gateways), multimedia communication servers, SIP- based application servers, IMS products, optical products, WAN switches and digital- based telephone switches. As of the end of 2008, we had more than 300 Carrier VoIP and applications customers around the world.

Our product development for Carrier Networks is focused on next- generation mobile broadband, enhanced residential and business services, cable solutions, and converged voice and data solutions for wireline and wireless service providers. We continue to focus on VoIP to drive broad- based deployment of SIP, pre- IMS IP- based applications and IMS.

Carrier Networks competitors include Ericsson, Alcatel- Lucent, Motorola, Samsung, Nokia Siemens Networks, Huawei, ZTE, Sonus and Cisco. The most important competitive factors include best- in- class technology, features, product quality and reliability, customer and supplier relationships, warranty and customer support, network management, availability, interoperability, price and cost of ownership, regulatory certification and customer financing. Capital costs are becoming less important as operating costs and device subsidies (often given by service providers to their customers for purchase of handheld devices) become a bigger part of the service provider business case.

We ranked second globally in CDMA revenues in 2008, according to the Dell'Oro Group and have benefited from customer network upgrades to 3G technology, like CDMA2000 1x and CDMA EV- DO Rev A, for faster broadband wireless access. GSM, though declining, is expected to remain the largest telecommunications equipment market for several years and is dominated by Ericsson and Nokia Siemens Networks. We have GSM customers across North America, CALA, EMEA, and Asia, with support for those seeking to delay the move to UMTS or seeking to move directly to 4G. We believe that 4G will deliver significantly improved capacity and performance at a lower overall cost. 4G is expected to arrive in parallel with established application and device ecosystems.

Sales to Verizon Communications Inc. constituted more than 10% of Carrier Networks 2008 revenue, and sales to one other customer constituted more than 9%. The loss of either of these customers could have a material adverse effect on the Carrier Networks segment.

*Significant Carrier Networks Developments*

Selected by China Telecom as a key vendor in the evolution of its CDMA network in seven Chinese provinces; other CDMA wins with Cleartalk and U.S. Cellular; 3G CDMA wins with Telefonica O2 Czech Republic, Multi- Links and Sky Link Ekaterinburg.

Retained number one GSM- R market position globally and won new contracts with China Railway, Deutsche Bahn, Algeria Railway and ADIF in Spain.

7

**Table of Contents**

Carrier VoIP win with Clearwire to enable VoIP services to U.S. customers, as well as Carrier VoIP wins with Comstar United Telesystems in Russia, LG Dacom in Korea, and du in the United Arab Emirates.

We now have over 120 regional service providers in North America using our VoIP softswitch solution for rural service providers (CS 1500).

Introduced key new Carrier IP solutions including our Adaptive Application Engine (a software- based application enabling IP voice and multimedia services with Web 2.0), and our IP Powered Home Solution (enables service providers to bundle personal Internet, TV and home phone services into customizable packages).

*Enterprise Solutions*

We provide enterprise communications solutions addressing the headquarters, branch and home office needs of large and small businesses globally across a variety of industries, including healthcare and financial service providers, retailers, manufacturers, utilities, educational institutions and government agencies.

We offer Unified Communications solutions that help remove the barriers between voice, email, conferencing, video and instant messaging. For the hyperconnected enterprise, this means faster decisions, increased productivity and the ability to provide a simple and consistent user experience across all types of communication. The market is preparing for the integration of communications- enabled applications into business processes, using presence- based Unified Communications technologies and SOA.

Our extensive Enterprise Solutions portfolio addresses the needs of businesses of all sizes with reliable, secure and scalable products spanning Unified Communications, Ethernet routing and multiservice switching, IP and digital telephony (including phones), wireless LANs, security, IP and SIP contact centers, self- service solutions, messaging, conferencing, and SIP- based multimedia solutions.

Our Innovative Communications Alliance with Microsoft provides seamless technology integration for customers looking to coordinate desktop software suites with business communications solutions. We have now attained more than 1,000 alliance customers globally. The Nortel- IBM alliance provides delivery of communications- enabled applications and business processes through the use of SOA. Through these alliances, we have sought to improve our competitive position in the enterprise market and the coverage and efficiency of our channels to market.

The global enterprise equipment market segments in which we compete can generally be categorized as Unified Communications, communications-enabled multimedia applications and data networking. IBM and Microsoft continue to participate in Unified Communications. Aggressive competitor pricing, trade- in programs and open source solutions have increased competitive pressures. Cisco, Avaya, Alcatel- Lucent, Siemens Enterprise Communications and NEC are our primary competitors in the Unified Communications and multimedia applications market. Cisco is our primary competitor in the data market, followed by others such as HP Procurve, 3Com and Foundry.

Competitive factors include best- in- class technology and features, price and total cost of ownership, warranty and customer support, installed base, customer and supplier relationships, product quality, product reliability, product availability, ability to comply with regulatory and industry standards on a timely basis, end- to- end portfolio coverage, distribution channels, alternative solutions from service providers, and achieving appropriate size and scale.

We collaborate with various channel partners, including major global service providers. We continue to work through large service providers, large value- added resellers, and our two- tier value- added distribution system to better serve large companies as well as mid- market and SMBs. We have also created simplified accreditation and fast- track' training programs to lower partner cost of entry for selling our SMB portfolio.

One customer makes up more than 10% of Enterprise Solutions 2008 revenue. The loss of this customer could have a material adverse effect on the Enterprise Solutions segment.

8

HIGHLY CONFIDENTIAL

Table of Contents

*Significant Enterprise Solutions Developments*

Expanded our Unified Communications portfolio with the introduction of solutions including our Agile Communications Environment, Ethernet Routing Switch 5600, Software Communications Server 500 (SCS500), Interactive Communications Portal, and delivered cost-saving Mobile Communication 3100 (MC 3100) and BCM450 products to market.

Announced new carrier- hosted solutions with Microsoft and IBM that are designed to enhance productivity and offer powerful Unified Communications to SMBs; received the IBM IMPACT Innovation Award for our IBM SOA foundation resource (Agile Communications Environment).

Named Official Network Infrastructure Partner for the London 2012 Olympic and Paralympic Games, secured on the heels of our Vancouver 2010 Olympic and Paralympic Winter Games win.

Key wins in the hospitality market, including Unified Communications contracts from the Vancouver Canucks, the New York Mets for their new Citi Field, and Las Vegas properties such as the Venetian and the Palazzo.

New financial institution customers include Dubai Financial Market, Australia's New England Credit Union, and London- based HSBC.

New Unified Communications wins in the area of medical communications include M. D. Anderson Cancer Center Orlando; Carolinas HealthCare System; King Fahad Medical City, one of the largest healthcare providers in the Middle East; Brussels- based Jan Yperman Hospital; and Sharjah Teaching Hospital in the United Arab Emirates.

Secured a key government contract with the U.S. Social Security Administration for what is expected to be the world's largest enterprise VoIP deployment: a ten- year, $300 telephone systems replacement project. We also secured new wins with the State of Georgia and China's Ministry of Water Resources.

*Global Services*

Today's service providers and enterprises face a wide range of communications challenges, including pressures not only to manage, but often to reduce their IT costs, ensure network security and keep up with ever- evolving innovation and communications needs. We believe we are well suited to meet these challenges because of our extensive experience in designing, installing and operating both enterprise and carrier networks around the world.

We are focused on opportunities to transform networks to IP, implementation of next- generation wireless technologies, delivery of Unified Communications and multimedia solutions, and helping customers manage their networks from a performance and cost efficiency perspective.

We provide a broad range of network services that help our customers focus on their core businesses, while we look after the intricacies of their networking needs. We support a broad range of multi- vendor, multi- technology systems, including services to design, deploy, support and evolve networks. We offer leading solutions for contact centers, Unified Communications and telepresence systems, and a broad range of managed services. Our customers include SMBs as well as large global enterprises; municipal, regional and federal government agencies; wireline and wireless service providers; cable operators; and MVNOs.

Our Global Services group offers a broad range of services, comprised of four main service product groups: (i) network implementation services, including network integration, planning, installation, optimization and security services; (ii) network support services, including technical support, hardware maintenance, equipment spares logistics and on- site engineers; (iii) network managed services, including services related to the monitoring and management of customer networks and hosted solutions; and (iv) network application services, including applications development, integration and communications- enabled application solutions.

We sell services on a direct basis in the carrier and service provider markets, and employ both direct and indirect sales models for the enterprise market. Our model allows channel partners to partner with us in the delivery of a service, or invest to become fully capable in the delivery of that service.

9

HIGHLY CONFIDENTIAL

**Table of Contents**

Our key competitors in Global Services include Ericsson, Nokia Siemens Networks, Alcatel- Lucent and Motorola in the carrier market, and Cisco, Avaya and Siemens Enterprise in the enterprise market. As well, in 2008 we both partnered and competed with global system integrators such as IBM and HP. Principal competitive factors include size and scale, global presence and brand recognition, technology leadership, flexible pricing models, solutions focus and multi- vendor expertise.

Three customers make up over 18% of Global Services 2008 revenue. The loss of any of these customers could have a material adverse effect on the Global Services segment.

*Significant Global Services Developments*

Signed Deloitte as a global managed telepresence services customer; announced new joint managed telepresence offering for global resale with Verizon Business; became first Polycom Global telepresence Certified Plus Partner; provided telepresence services for FORTUNE Brainstorm: GREEN conference.

Awarded contracts to provide managed contact center services for India's Bharti Airtel, Dubai's Roads and Transport Authority, and the Carolinas HealthCare System. Also deployed managed contact center services for the Georgia Governor's Office of Customer Service, updating and consolidating 30 contact centers to improve the performance and responsiveness of 1.800.georgia.'

Provided build, operate, maintain, consulting and/or project management services for customers such as Dubai telecom services provider du, Multi- Links Telecommunications in Nigeria and Palestine Telecommunications.

Consulted with and provided various managed security services for customers including the Spring, Texas Independent School District, the Kentucky Department of Education and healthcare provider Liverpool Women's NHS Foundation Trust.

Teamed with M. D. Anderson Cancer Center Orlando to develop an award- winning patient discharge solution. Also agreed to provide various application design, integration and management services for Memorial Hospital at Gulfport, Mississippi, Turk Telecom, the New York Mets' new Citi Field and the Vancouver Canucks' General Motors Place.

Announced a Service Assurance Solution based on IBM Tivoli Netcool Carrier VoIP Manager software and our consulting, integration, customization and performance monitoring services, for service providers seeking greater network capacity and performance with lower costs.

*Metro Ethernet Networks*

As applications converge over IP, Ethernet is evolving from a technology for business- to- business communications to an infrastructure capable of delivering next- generation, IP- based voice, video and data applications. IP- based video traffic, in particular, is accelerating this shift to an Ethernet infrastructure. Internet video, residential broadcast TV, video on demand, and new wireless broadband multimedia applications are driving significantly increased bandwidth requirements. Many service providers are now looking to Ethernet as the transport technology for these new video services, in addition to other voice and data services for residential and business customers.

Our MEN solutions are designed to deliver carrier- grade Ethernet transport capabilities focused on meeting customer needs for higher performance and lower cost for emerging video- intensive applications. The MEN portfolio includes optical networking, carrier Ethernet switching and multiservice switching products. With our extensive experience in the optical and Ethernet arenas, MEN solutions use technology innovation to drive scale, simplicity and cost savings for our customers.

Key to delivering the capacity and service agility to the network are our Adaptive Intelligent All Optical solutions. Built with innovative eDCO and ROADM technologies, these solutions deliver the required bandwidth for high speed services, as well as incorporating network planning and engineering functions that can improve network provisioning and restoration times.

Our 40G Adaptive Optical Engine technology can quadruple network capacity while being deployable over any fiber, which can allow service providers to reduce engineering and equipment expense, and upgrade quickly and cost- effectively from 10G to 40G, and ultimately to 100G when 100G becomes available. We had over 40 customer wins since the product became generally available in May 2008.

10

HIGHLY CONFIDENTIAL

Table of Contents

With their ability to switch new IP- based applications, deliver Ethernet connectivity services and maintain efficient transport of data traffic on legacy equipment, our packet optical transport platforms give our customers flexibility and agility. This enables them to react quickly to changing customer and service requirements to capitalize on the trends driving the industry.

We are seeking to standardize our technologies in the Institute of Electrical and Electronics Engineers, Metro Ethernet Forum, Optical Internetworking Forum, and the International Telecommunications Union - Telecommunications Standardization Sector bodies where PBB/PBT/PLSB are the focus of increasing standardization activity. The cornerstone of this activity, PBB, was ratified as an IEEE standard (IEEE 802.1ah) in August 2008. We believe these initiatives will prove beneficial for extending the simplicity and ease- of- use of Ethernet beyond connectivity services to include network transport and service definitions.

Our multiservice switch portfolio can offer reduced networking costs for service providers and enterprises through network consolidation, supporting multiple networking technologies such as ATM, frame relay, IP and voice on a single platform.

Throughout the transition to next generation packet- based networks, MEN solutions are designed to provide a comprehensive and consistent solution for all parts and layers of optical and Ethernet networks. We provide one network and domain management system for optical and Ethernet services, retaining key elements of circuit- based operation for Ethernet services. We believe that our ability to plan, manage, and troubleshoot networks via this single management system provides an advantage to our customers through cost savings and increased end- user satisfaction.

Our principal competitors in the global optical market are large communications companies such as Alcatel- Lucent, Huawei, Nokia Siemens Networks, Fujitsu and Cisco, as well as others that address specific niches within this market, such as Ciena, ADVA, Tellabs and Infinera.

Top vendors in the passive optical networking market include Mitsubishi, Tellabs, Alcatel- Lucent, Motorola, and Huawei. Cisco and Alcatel- Lucent have leading market shares in the existing carrier Ethernet market. Other competitors include Foundry, Huawei, Hitachi Cable and Extreme. We believe the carrier Ethernet market will divide into two camps: one that supports Ethernet over MPLS (multi- protocol label switching) solutions and the other that favors native carrier Ethernet switching solutions such as ours.

Two customers make up over 20% of MEN 2008 revenue. The loss of either one of these customers could have a material adverse effect on the MEN segment.

*Significant MEN Developments*

Introduced the industry's first volume deployable 40G/100G solution, which enables four times the network throughput over existing network architectures while providing a foundation that can simply and affordably increase capacity tenfold.

Our 40G Adaptive Optical Engine was selected by Bell Canada to provide enhanced network bandwidth within the Montreal- New York, Toronto- Chicago and Toronto- Montreal traffic corridors, and by Mediacom in the U.S. to expand its capacity to deliver high- bandwidth applications like HDTV and Video on Demand with a new backbone network.

Secured new 40G contracts and deployed networks with Telus in Canada, SK Broadband in South Korea, RASCOM in Eastern Europe, KPN in Belgium, Neos Networks in the U.K., and TDC in Denmark.

Showcased 100G technology with major tier- one service providers including conducting the world's first live 100G network trial with Comcast.

Received new optical wins with China Cable Television Network, Romanian Educational Network and Banverket ICT, one of Sweden's largest suppliers of network services.

Please see the Risk Factors section of this report for risks to our segments and our business generally and resulting from the Creditor Protection Proceedings and other matters.

11

**Table of Contents**

**Sales and Distribution**

Under a new operating model effective January 1, 2009, we decentralized several corporate functions including our sales and distribution activities, and transitioned to a vertically integrated business unit structure. Enterprise customers are now served by dedicated ES sales, marketing, partner and channel management teams. CN and MEN are now supported by a dedicated global carrier sales organization responsible for service provider sales, business and market development and marketing.

These sales forces market and sell Nortel products and services to customers located in Canada, the U.S., CALA, EMEA and the Asia region. Our sales offices are aligned with customers on a country and regional basis. For instance, we have dedicated sales account teams for certain major service provider customers located near the customers' main purchasing locations. Also, in some instances, we partner with companies that are not wholly- owned by Nortel, such as Nortel Networks Netas Telekomunikasyon A.S. in Turkey, and our joint venture LG- Nortel in Korea. In addition, teams within the regional sales groups work directly with top regional enterprises, and are also responsible for managing regional distribution channels. We also have decentralized marketing, product management and technical support teams, for ES, and for CN and MEN, respectively, dedicated to providing individual product line support to their respective global sales and support teams.

In some regions, we also use sales agents or representatives who assist us when we interface with our customers. In addition, we have some non- exclusive distribution agreements with distributors in all of our regions, primarily for enterprise products. Certain service providers, system integrators, value- added resellers and stocking distributors act as our non- exclusive distribution channels under those agreements.

**Backlog**

Our order backlog was approximately $4,100 and $5,100 as of each of December 31, 2008 and 2007, respectively. The backlog consists of confirmed orders as well as $1,994 of deferred revenues as of December 31, 2008, as compared to $3,109 of deferred revenues as of December 31, 2007. A portion of our deferred revenues and advanced billings are non- current and we do not expect to fill them in 2009. Most orders are typically scheduled for delivery within twelve months, although in some cases there could be significant amounts of backlog relating to revenue deferred for longer periods. These orders are subject to future events that could cause the amount or timing of the related revenue to change, such as rescheduling or cancellation of orders by customers (in some cases without penalty), or customers' inability to pay for or finance their purchases. Backlog should not be viewed as an indicator of our future performance and could be affected by our Creditor Protection Proceedings. A backlogged order may not result in revenue in a particular period, and actual revenue may not be equal to our backlog estimates. Our presentation of backlog may not be comparable with that of other companies.

**Product Standards, Certifications and Regulations**

Our products are heavily regulated in most jurisdictions, primarily to address issues concerning inter- operability of products of multiple vendors. Such regulations include protocols, equipment standards, product registration and certification requirements of agencies such as Industry Canada, the U.S. Federal Communications Commission, requirements cited in the Official Journal of the European Communities under the New Approach Directives, and regulations of many other countries. For example, our products must be designed and manufactured to avoid interference among users of radio frequencies, permit interconnection of equipment, limit emission and electrical noise, and comply with safety and communications standards. In most jurisdictions, regulatory approval is required before our products can be used. Delays inherent in the regulatory process may force us to postpone or cancel introduction of products or features in certain jurisdictions, and may result in reductions in sales. Failure to comply with these regulations could result in a suspension or cessation of local sales, substantial costs to modify our products, or payment of fines to regulators. For additional information, see "Environmental Matters" in each of the MD&A and Legal Proceedings sections, and the Risk Factors section, of this report. The operations of our service provider customers are also subject to extensive country- specific regulations.

**Sources and Availability of Materials**

Our manufacturing and supply chain is based on an outsourced model where we rely primarily on electronic manufacturing services (EMS) suppliers. We believe this model allows us to benefit from leading manufacturing technologies, leverage existing global resources, lower cost of sales, more quickly adjust to fluctuations in market demand, and decrease our investment in plant, equipment and inventories. Substantially all of our manufacturing and related activities are outsourced.

12

Table of Contents

We continue to retain all supply chain strategic management and overall control responsibilities, including customer interfaces, customer service, order management, quality assurance, product cost management, new product introduction, and network solutions integration, testing and fulfillment. We are generally able to obtain sufficient materials and components to meet the needs of our reportable segments. In each segment, we:

Make significant purchases, directly or indirectly through our EMS suppliers, of electronic components and assemblies, optical components, original equipment manufacturer products, software products, outsourced assemblies, outsourced products and other materials and components from many domestic and foreign sources;

Maintain alternative sources for certain essential materials and components; and

Occasionally maintain or request our suppliers to maintain inventories of components or assemblies to satisfy customer demand or minimize effects of possible market shortages.

For more information on our supply arrangements, see "Executive Overview - Creditor Protection Proceedings - Flextronics" and "Liquidity and Capital Resources - Future Uses and Sources of Liquidity - Future Uses of Liquidity" in the MD&A section of this report, and the Risk Factors section of this report. For more information on inventory, see "Application of Critical Accounting Policies and Estimates - Provisions for Inventories" in the MD&A section of this report.

**Seasonality**

We experienced a seasonal decline in revenues in the first quarter of 2008 compared to the fourth quarter of 2007. Revenues for each quarter, and results through each reportable segment, fluctuated in 2008. The quarterly profile of our business results in 2009 is not expected to be consistent across all reportable segments and may be affected by the Creditor Protection Proceedings. We typically expect a seasonal decline in revenue in the first quarter but there is no assurance that results of operations for any quarter will necessarily be consistent with our historical quarterly profile, or that our historical results are indicative of our expected results in future quarters, especially in light of our Creditor Protection Proceedings. See "Results of Operations" in the MD&A section, and the Risk Factors section, of this report.

**Acquisitions and Divestitures**

We made the following acquisitions during 2008:

On August 1, 2008, LG- Nortel acquired 100% of the issued and outstanding stock of Novera, which specializes in fiber- optic access solutions that extend high- speed carrier Ethernet services from optical core networks to customer premises.

On August 8, 2008, we purchased substantially all of the assets and certain liabilities of Pingtel. Pingtel was a wholly- owned subsidiary of Bluesocket and is a designer of software- based Unified Communications solutions.

On August 8, 2008, LG- Nortel purchased certain assets and liabilities of LGE's WLL business. WLL's products include fixed wireless terminals over CDMA- and GSM- licensed cellular networks.

On August 19, 2008, we acquired 100% of the issued and outstanding stock of Diamondware. Diamondware specializes in high- definition, proximity- based 3D- positional voice technology.

On February 19, 2009, we announced that we entered into a "stalking horse" asset purchase agreement to sell certain portions of our Layer 4- 7 Application Delivery portfolio to Radware Ltd. for approximately $18. We have received orders from the U.S. Court and Canadian Court that establish bidding procedures for an auction that will allow other qualified bidders to submit higher or otherwise better offers. Consummation of the transaction is subject to higher or otherwise better offers, approval of the U.S. Court and the Canadian Court, and satisfaction of other conditions.

As part of our process in developing our comprehensive restructuring plan, our previously announced intention to explore the divestiture of our MEN business has been put on hold.

For additional information, see "Executive Overview - Creditor Protection Proceedings - Comprehensive Restructuring Plan", and "Executive Overview Other Significant Business Developments" in the MD&A section of this report.

13

Table of Contents

**Research and Development**

Through internal R&D initiatives and external R&D partnerships, in 2008 we continued to invest in the development of technologies that we believe address customer needs to reduce operating and capital expenses, transition seamlessly to next- generation converged networks and deploy new, profitable services that we believe will change the way people live, work and play. We have focused on key technologies that we believe will make communications simpler in an emerging era of hyperconnectivity, and enable businesses and consumers to enjoy a true broadband experience in accessing personalized content and services from any location at any time. Indeed, the challenges that must be overcome today (such as fixed- mobile convergence, real- time communications handoff, true presence, extension of enterprise applications to mobile devices and carrier- grade enterprise mobility) are multi- dimensional, spanning the domains of wireless and wireline, service provider and enterprise, and infrastructure and applications.

We have invested in a variety of innovative technologies, primarily focused in the areas of 4G broadband wireless (LTE, OFDM, MIMO), next- generation optical (eDCO, 40G/100G Adaptive Optical Engine), carrier Ethernet (PBB, PBT, PLSB), Unified Communications, web- based applications and services (IMS, SOA), secure networking, professional services for Unified Communications and telepresence.

As at December 31, 2008, we employed approximately 10,302 regular full- time R&D employees. (excluding employees on notice of termination and including employees of our joint ventures). We are taking further workforce reductions that may impact our R&D organization. See "Executive Overview  Creditor Protection Proceedings  Workforce Reduction Plan; Employee Compensation Program Changes" in the MD&A section of this report. We conduct R&D through ten key R&D Centers of Excellence across the globe. We also invest in approximately 50 technology innovation initiatives with more than 20 major universities around the world. We complement our in- house R&D through strategic alliances, partners, and joint ventures with other best- in- class companies. We also work with and contribute to leading research organizations, research networks and international consortia, including the Canadian National Research Network (CANARIE), SURFnet, Massachusetts Institute of Technology, MobileVCE, Olin College, Georgia Tech, University of Texas at Austin, and University of Waterloo.

Standards are a key component of product development, providing an essential framework for adoption of new technologies and services. We participate in approximately 85 global, regional and national standards organizations, forums and consortia, spanning IT and telecom, and we hold leadership positions in many of them.

In 2008, we took some significant steps to enhance our R&D function. In particular, we increased our focus on speed and velocity (in terms of time to market with products and solutions and achieving year- over- year improvement in development cycle time), quality and productivity. Specifically:

> As announced as part of our November 10, 2008 business update, portions of the R&D organization have been decentralized and transitioned to a vertically integrated business unit structure to give greater financial and operational control to the business units, increase accountability for overall performance and increase flexibility, agility, and speed to react to the rapidly changing market place.

> We maintained targets of dedicating 20% of our R&D budget to focus on emerging markets and adherence to the 20/60/20 rule (20% investment in emerging, future technology, 60% investment in current and maturing technologies and 20% investment earmarked for support of our legacy technologies).

The following table shows our consolidated expenses for R&D in each of the past three fiscal years ended December 31:

|  | 2008 | 2007 | 2006 |
|---|---|---|---|
| R&D expense | $ 1,573 | $ 1,723 | $ 1,939 |
| R&D costs incurred on behalf of others* | 8 | 7 | 16 |
| Total | $ 1,581 | $ 1,730 | $ 1,955 |

\* These costs include research and development charged to customers pursuant to contracts that provided for full recovery of the estimated cost of development, material, engineering, installation and other applicable costs, which were accounted for as contract costs.

14

Table of Contents

**Intellectual Property**

Intellectual property is fundamental to us and the business of each of our reportable segments. We use intellectual property rights to protect investments in R&D activities, strengthen leadership positions, protect our good name, promote our brand name recognition, enhance competitiveness and otherwise support business goals. We generate, maintain, use and enforce a substantial portfolio of intellectual property rights, including trademarks, and an extensive portfolio of patents covering significant innovations arising from R&D activities. Profits and losses from our R&D efforts are allocated throughout Nortel pursuant to an intercompany arrangement where intellectual property is generally owned by NNL and licensed to participating Nortel affiliates (i.e., NNI and certain EMEA Debtors) through exclusive and non- exclusive licenses. In 2008, in order to protect a greater number of inventions resulting from our R&D efforts, we significantly increased our expenditures for protection of our intellectual property. Also, we have mutual patent cross- license agreements with several major companies to enable each party to operate with reduced risk of patent infringement claims. In addition, we license certain of our patents and/or technology to third parties, and license certain intellectual property rights from third parties. We sell products primarily under the "Nortel" and "Nortel Networks" trademarks and trade names. We have registered the "Nortel" and "Nortel Networks" trademarks, and many of our other trademarks, in countries around the world.

**Employee Relations**

At December 31, 2008, we employed approximately 30,307 regular full- time employees (excluding employees on notice of termination and including employees of our joint ventures), including approximately:

       10,520 regular full- time employees in the U.S.,

       5,859 regular full- time employees in Canada,

       5,469 regular full- time employees in EMEA, and

       8,459 regular full- time employees in other countries.

We also employ individuals on a regular part- time basis and on a temporary full or part- time time basis, and we engage the services of contractors as required.

On February 25, 2009, we announced that we intend to reduce our workforce by approximately 5,000 net positions, and certain changes to our employee compensation programs.

During 2008, approximately 1,825 regular full- time employees were hired including target hiring of individuals with critical technical skills. Approximately 23% of these new hires were new graduates while 59% were recruited in low cost countries. Notwithstanding the incremental hiring activity, Nortel had a year over year net reduction of approximately 2,250 employees in 2008.

At December 31, 2008, labor contracts covered approximately 2% of our employees, including four contracts covering approximately 2.8% of Canadian employees, three contracts covering approximately 5% of EMEA employees, one contract covering all employees in Brazil, and one contract covering less than 1% of employees in the U.S. (employed by NGS).

For additional information, see note 7, "Special charges", to the accompanying audited consolidated financial statements and "Executive Overview - Creditor Protection Proceedings - Workforce Reduction Plan; Employee Compensation Program Changes" and "Results of Operations - Special Charges" in the MD&A section of this report.

**Environmental Matters**

Our business is subject to a wide range of continuously evolving environmental laws in various jurisdictions. We seek to operate our business in compliance with these changing laws and regularly evaluate their impact on operations, products and facilities. Existing and new laws may cause us to incur additional costs. In some cases, environmental laws affect our ability to import or export certain products to or from, or produce or sell certain products in, some jurisdictions, or have caused us to redesign products to avoid use of regulated substances. Although costs relating to environmental compliance have not had a material adverse effect on our capital expenditures, earnings or competitive position to date, there can be no assurance that such costs will not have a material adverse effect

15

__Table of Contents__

going forward. For additional information on environmental matters, see "Environmental Matters" in each of the MD&A and Legal Proceedings sections of this report.

**Financial Information about Segments and Product Categories**

For financial information about segments and product categories, see note 6, "Segment information", to the accompanying audited consolidated financial statements, and "Segment Information" in the MD&A section of this report.

**Financial Information by Geographic Area**

For financial information by geographic area, see note 6, "Segment information", to the accompanying audited consolidated financial statements and "Results of Operations -  Revenues" in the MD&A section of this report.

**Working Capital**

For a discussion of our working capital practices, see note 12, "Long- term debt", to the accompanying audited consolidated financial statements, "Liquidity and Capital Resources" and "Application of Critical Accounting Policies and Estimates" in the MD&A section of this report and the Risk Factors section of this report.

16

HIGHLY CONFIDENTIAL

NNC-NNL06001427 / 20

Table of Contents

**GLOSSARY OF CERTAIN TECHNICAL TERMS**

**40G/100G Adaptive Optical Engine** is a technology that employs coherent technology and advanced digital signal processing techniques to enable 40G and 100G transmission over existing 10G network designs.

**4G** (an abbreviation for Fourth- Generation) is a term used to describe the next complete evolution in wireless communications. A 4G system will be able to provide a comprehensive IP solution where voice, data and streamed multimedia can be given to users on an "anytime, anywhere" basis, and at higher data rates than previous generations.

**ATM** (Asynchronous Transfer Mode) is a high- performance, cell- oriented switching and multiplexing technology that uses fixed- length packets to carry different types of traffic.

**CDMA2000 1x** (Code Division Multiple Access) is a 3G digital mobile technology.

**CDMA EV- DO Rev A** is a 3G digital mobile technology enabling high performance wireless data transmission. Revision A of EV- DO (evolution data optimized) makes several additions to the protocol while keeping it backward compatible with previous EV- DO technology.

**eDCO** (electronic Dispersion Compensating Optics) extends wavelengths over 2,000 kilometers without regeneration, amplification or dispersion compensation.

**EDGE** (Enhanced Data GSM Environment) is a faster version of GSM's data protocols.

**Ethernet** is the world's most widely used standard (IEEE 802.3) for creating a local area network connecting computers and allowing them to share data.

**GPRS** means General Packet Radio Service.

**GSM** (Global System for Mobile Communications) is a 2G digital mobile technology.

**GSM- R** (Global System for Mobile Railway communications) is a secure wireless standard based on GSM for voice and data communication between railway drivers, dispatchers, shunting team members, train engineers, station controllers and other operational staff.

**IMS** (IP Multimedia Subsystem) is an open industry standard for voice and multimedia communications using the IP protocol as its foundation.

**IP** (Internet Protocol) is a standard that defines how data is communicated across the Internet.

**IT** means information technology.

**LAN** (Local Area Network) is a computer network that spans a relatively small area – usually a single building or group of buildings - to connect workstations, personal computers, printers and other devices.

**LTE** (Long Term Evolution) is an evolving networking standard expected to enable wireless networks to support data transfer rates up to 100 megabits per second.

**MIMO** (Multiple Input Multiple Output) uses multiple antennas on wireless devices to send data over multiple pathways and recombine it at the receiving end, improving transmission efficiency, distance, speed and quality.

17

HIGHLY CONFIDENTIAL

## Table of Contents

**Mobile WiMAX** (Worldwide Interoperability for Microwave Access) is a long- range wireless networking standard for broadband wireless access networks.

**MVNO** (Mobile Virtual Network Operator) is a wireless service provider without radio spectrum or network infrastructure that buys minutes of use for sales to its customers under its brand from another wireless service provider.

**OFDM** (Orthogonal Frequency- Division Multiplexing) is a technique used with wireless LANs to transmit large amounts of digital data over a large number of service providers spaced at precise radio frequencies.

**PBB** (Provider Backbone Bridging) extends the ease- of- use, high capacity and lower cost of Ethernet technology beyond corporate networks to service provider networks by providing sufficient additional addressing space for orders of magnitude greater scalability.

**PBT** (Provider Backbone Transport) is an innovative technology that delivers the TDM- like connection management characteristics service providers are familiar with to traditionally connectionless Ethernet.

**PLSB** (Provider Link State Bridging) is a new enhancement to Ethernet that builds on the capabilities of Provider Backbone Transport technology and adds carrier- grade infrastructure capabilities to PBT's traffic engineered point- to- point model.

**ROADM** (Reconfigurable Optical Add/Drop Multiplexer) is a component of both our Optical Multiservice Edge 6500 and Common Photonic Layer (CPL) platforms, that enables dynamic optical branching of up to nine different optical paths in addition to basic add/drop of individual wavelengths.

**SIP** (Session Initiation Protocol) is an IP telephony signaling protocol developed by the IETF (Internet Engineering Task Force) primarily for VoIP but flexible enough to support video and other media types as well as integrated voice- data applications.

**SOA** (Service Oriented Architecture) uses a range of technologies that define use of loosely coupled software services to support requirements of business processes and software users. SOA allows independent services with defined interfaces to perform tasks in a standard way without having foreknowledge of the calling application.

**Telepresence** refers to a set of audio and video- conferencing technologies that allow participants to feel as if they are in the presence of other participants at one location, rather than meeting from separate locations via conferencing technology.

**UMTS** means Universal Mobile Telecommunications System.

**Unified Communications** uses software and infrastructure to integrate voice, email, instant messaging, conferencing, calendaring and other voice/data applications. It allows people to be reached via their preferred medium (i.e. cell phone, office phone, instant message, email etc.) and helps enterprises reduce delays and increase productivity.

**VoIP** (Voice over IP) refers to routing voice over the Internet or any IP- based network.

**WAN** (Wide Area Network) is a wireline and wireless long- distance communications network that covers a wide geographic area, a state or country, for example, to connect LANs.

**WLAN** means wireless LAN.

18

HIGHLY CONFIDENTIAL                    NNC-NNL06001427 / 22

Table of Contents

**ITEM 1A.     Risk Factors**

*Certain statements in this report contain words such as "could", "expect", "may", "anticipate", "will", "believe", "intend", "estimate", "plan", "envision", "seek" and other similar language and are considered forward- looking statements. These statements are based on our current expectations, estimates, forecasts and projections about the operating environment, economies and markets in which we operate. In addition, other written or oral statements that are considered forward- looking may be made by us or others on our behalf. These statements are subject to important risks, uncertainties and assumptions, that are difficult to predict and actual outcomes may be materially different. The Creditor Protection Proceedings will have a direct impact on our business and exacerbate these risks and uncertainties. In particular, the risks described below could cause actual events to differ materially from those contemplated in forward- looking statements. Unless otherwise required by applicable securities laws, we do not have any intention or obligation to publicly update or revise any forward- looking statements, whether as a result of new information, future events or otherwise.*

*You should carefully consider the risks described below before investing in our securities. The risks described below are not the only ones facing us. Additional risks not currently known to us or that we currently believe are immaterial may also impair our business, results of operations, financial condition and liquidity.*

*We have organized our risks into the following categories:*

   *Risks Relating to Our Creditor Protection Proceedings*

   *Risks Relating to Our Business*

   *Other Risks Relating to Our Liquidity, Financing Arrangements and Capital*

**Risks Relating to Our Creditor Protection Proceedings**

Capitalized terms related to our Creditor Protection Proceedings used in this section and not defined have the meanings set forth for such terms in "Creditor Protection Proceedings  Other 2008 and 2009 Developments" in the Business section of this report.

*We, and many of our direct and indirect subsidiaries, are currently subject to Creditor Protection Proceedings and additional subsidiaries could become subject to similar proceedings. Our business, operations and financial position are subject to the risks and uncertainties associated with such proceedings.*

For the duration of the Creditor Protection Proceedings, our business, operations and financial position will be subject to the risks and uncertainties associated with such proceedings. These risks, without limitation and in addition to the risks otherwise noted in this report, are comprised of:

*Strategic risks, including risks associated with our ability to:*

   stabilize the business to maximize the chances of preserving all or a portion of the enterprise

   develop a comprehensive restructuring plan and narrow our strategic focus in an effective and timely manner

   resolve ongoing issues with creditors and other third parties whose interests may differ from ours

   obtain creditor, court and any other requisite third party approvals for a comprehensive restructuring plan

   successfully implement a comprehensive restructuring plan

   dedicate sufficient resources to respond to, and gain market share in, emerging or growth technologies

*Financial risks, including risks associated with our ability to:*

   generate cash from operations and maintain adequate cash on hand

   operate within the restrictions and limitations of the current EDC Support Facility or put in place a longer term solution

   if necessary, arrange for sufficient debtor- in- possession or other financing during the Creditor Protection Proceedings

   continue to maintain currently approved intercompany lending and transfer pricing arrangements and ongoing deployment of cash resources throughout the Company in connection with ordinary course intercompany trade obligations and requirements

A/C

TR43999

continue to maintain our cash management arrangements; and obtain any further approvals from the Canadian Monitor, the U.K. Administrator, the U.S. Creditors' Committee, or other third parties, as necessary to continue such arrangements

raise capital to satisfy claims, including our ability to sell assets to satisfy claims against us

19

HIGHLY CONFIDENTIAL

**Table of Contents**

obtain sufficient exit financing to support a comprehensive restructuring plan

maintain R&D investments

realize full or fair value for any assets or business we may divest as part of a comprehensive restructuring plan

*Operational risks, including risks associated with our ability to:*

attract and retain customers despite the uncertainty caused by the Creditor Protection Proceedings, particularly for our businesses with increased exposure to "one- time" customers with whom we have not yet established a long- term, ongoing relationship

avoid reduction in, or delay or suspension of, customer orders as a result of the uncertainty caused by the Creditor Protection Proceedings including uncertainty surrounding future R&D expenditures

maintain market share, as our competitors move to capitalize on customer concerns

operate our business effectively in consultation with the Canadian Monitor, and work effectively with the U.K. Administrators in their administration of the business of the EMEA Debtors

actively and adequately communicate on and respond to events, media and rumors associated with the Creditor Protection Proceedings that could adversely affect our relationships with customers, suppliers, partners and employees

retain and incentivize key employees and attract new employees

retain, or if necessary, replace major suppliers on acceptable terms, including but not limited to Flextronics

avoid disruptions in our supply chain as a result of uncertainties related to our Creditor Protection Proceedings

maintain current relationships with reseller partners, joint venture partners and strategic alliance partners

*Procedural risks, including risks associated with our ability to:*

obtain court orders or approvals with respect to motions we file from time to time, including motions seeking extensions of the applicable stays of actions and proceedings against us, or obtain timely approval of transactions outside the ordinary course of business, or other events that may require a timely reaction by us or present opportunities for us

resolve the claims made against us in such proceedings for amounts not exceeding our recorded liabilities subject to compromise

prevent third parties from obtaining court orders or approvals that are contrary to our interests, such as the termination or shortening of the exclusivity period in the U.S. during which we can propose and seek confirmation of a comprehensive restructuring plan, conversion of our Chapter 11 reorganization proceedings to Chapter 7 liquidation cases, or the opening of secondary insolvency proceedings in respect of an EMEA Debtor in that debtor's own country of incorporation

reject, repudiate or terminate contracts

Because of these risks and uncertainties, and as we have not yet developed a comprehensive restructuring plan, we cannot predict the ultimate outcome of the reorganization process, or predict or quantify the potential impact on our business, financial condition or results of operations. The Creditor Protection Proceedings provide us with a period of time to attempt to stabilize our operations and financial condition and develop a comprehensive restructuring plan. However, it is not possible to predict the outcome of these proceedings and, as such, the realization of assets and discharge of liabilities are each subject to significant uncertainty. Accordingly, substantial doubt exists as to whether we will be able to continue as a going concern. Our continuation as a going concern is dependent upon, among other things, our ability to develop, obtain confirmation or approval and implement a comprehensive restructuring plan; generate cash from operations, maintain adequate cash on hand and obtain sufficient other

HIGHLY CONFIDENTIAL

financing during the Creditor Protection Proceedings and thereafter; resolve ongoing issues with creditors and other third parties; and return to profitability. Even assuming a successful emergence from the Creditor Protection Proceedings, there can be no assurance as to the long- term viability of all or any part of the enterprise. In addition, a long period of operating under Creditor Protection Proceedings may exacerbate the potential harm to our business and further restrict our ability to pursue certain business strategies or require us to take actions that we otherwise would not. These challenges are in addition to business, operational and competitive challenges that we would normally face even absent the Creditor Protection Proceedings.

20

HIGHLY CONFIDENTIAL