Table of Contents

As a result of the Global Class Action Settlement, we established a litigation settlement provision and recorded a charge to our full-year 2005 financial results of $2,474 (net of insurance proceeds of $229, which were placed in escrow in 2006). Of this amount, $575 related to the cash portion, which we placed in escrow on June 1, 2006, plus $5 in accrued interest, and $1,899 related to the equity component. We adjusted the equity component in each quarter since February 2006 to reflect the fair value of the equity component. The final adjustment to the fair value of the equity component occurred on March 20, 2007, the date the settlement became effective. As of March 20, 2007, the fair value of the equity component had decreased to $1,626, including a recovery of $54 in the first quarter of 2007 up to March 20, 2007. Additionally, as of March 20, 2007, the litigation settlement provision related to the equity component was reclassified to additional paid-in-capital within shareholders' equity as the number of shares was fixed at such date. The restricted cash and corresponding litigation reserve related to the cash portion of the settlement are under the direction of the escrow agents and our obligation has been satisfied and as a result the balances have been released. Administration of the settlement claims is now substantially complete. Approximately 4% of the settlement shares were issued to certain plaintiffs' counsel in the first quarter of 2007. Almost all of the remaining settlement shares were distributed in the second quarter of 2008, to claimants and plaintiffs' counsel as approved by the courts. During the third quarter of 2008, the fair value of $21 relating to the remaining settlement shares distributed in the third quarter of 2008 was reclassified from additional paid in capital to common stock. The cash portion of the settlement that was placed in escrow in 2006 has been distributed by the claims administrator to all of the approved claimants, net of an amount held in reserve by the claims administrator to cover contingencies and certain settlement costs.

**Other Operating Expense (Income)- Net**

The components of other operating expense (income)- net were as follows:

| | For the Years Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2008 | | 2007 | | 2006 |
| Royalty license income- net | $ | (31) | $ | (31) | $ | (21) |
| Litigation charges (recovery) | | 11 | | (2) | | 9 |
| Other- net | | 45 | | (2) | | (1) |
| Other operating expense (income)- net[a] | $ | 25 | $ | (35) | $ | (13) |

(a)  Includes items that were previously reported as non-operating and have been reclassified from "Other income-net" accordingly.

In 2008, other operating expense (income)- net was an expense of $25, primarily due to a $24 write-down of a tax credit, a charge related to an other than temporary impairment in the value of our investment of $14, litigation charges of $11 related to a patent infringement lawsuit settlement, partially offset by royalty income from cross patent license agreements of $31 and a net sales tax refund of $14.

In 2007, other operating expense (income)- net was income of $35, primarily due to $31 in royalties from patented technologies and $2 in litigation recovery primarily due to a third party bankruptcy claim settlement.

In 2006, other operating expense (income)- net was income of $13, primarily due to $21 related to royalty income from patented technology, partially offset by expenses of $9 related to various litigation and settlement costs.

HIGHLY CONFIDENTIAL

**Table of Contents**

**Other Income (Expense)- Net**

The components of other income (expense)- net were as follows:

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2008 | 2007 | 2006 |
| Losses (gains) on sales and write downs of investments | $ 1 | $ (5) | $ (6) |
| Currency exchange gains (losses)- net | (38) | 176 | (12) |
| Other- net | (25) | 33 | 77 |
| Other income (expense)- net | $ (62) | $ 204 | $ 59 |

In 2008, other income (expense)- net was an expense of $62, primarily due to losses related to foreign exchange fluctuations of $38, and included in Other- net were costs associated with acquisition- related and divestiture- related activities of $11. The unfavorable impact of foreign exchange fluctuations was primarily as a result of unfavorable changes in the foreign exchange rates of the Canadian Dollar and British Pound against the U.S. Dollar.

In 2007, other income (expense)- net was income of $204, primarily due to foreign exchange gains of $176 and sublease income of $18. The increase in currency exchange gains was primarily due to the strengthening of the Canadian Dollar against the U.S. Dollar.

In 2006, other income (expense)- net was income of $59, largely due to Other income of $77 primarily as a result of a gain of $26 related to the sale of a note receivable from Bookham, Inc., income of $22 from the sublease of certain facilities, and a gain of $24 related to changes in fair value of derivative financial instruments that did not meet the criteria for hedge accounting. These gains were partially offset by a net loss on the sales and write downs of investments of $6, expenses of $7 from the securitization of certain receivables, and net currency exchange losses of $12.

**Interest Expense**

Interest expense decreased by $59 in 2008 compared to 2007. The decrease was primarily due to lower LIBOR rates and lower borrowing costs due to the $1,150 of unsecured convertible senior notes issued in March 2007 (Convertible Notes), that refinanced $1,125 of the $1,800 4.25% Notes due 2008. The remaining $675 of the 4.25% Notes due 2008 was refinanced in the first half of 2008. For more information see "Executive Summary- Other Significant Business Developments- Senior Notes Offering" above.

Interest expense increased by $41 in 2007 compared to 2006. The increase was primarily due to higher debt levels, interest rates and borrowing costs on our and NNL's debt. NNL issued $2,000 aggregate principal amount of senior notes due 2011, 2013 and 2016 in July 2006 (July 2006 Notes).

Interest expense increased by $121 in 2006 compared to 2005. The increase was primarily due to higher debt levels, interest rates and borrowing costs on NNL's debt as a result of the one- year credit facility in the aggregate principal amount of $1,300 and the July 2006 Notes offering.

**Income Tax Expense**

During the year ended December 31, 2008, we recorded a tax expense of $3,193 on a loss from operations before income taxes, minority interests and equity in net earnings of associated companies of $2,456. Included in the loss from operations before income taxes, minority interests and equity in net earnings of associated companies is an impairment related to goodwill in the amount of $2,379 that impacted our effective tax rate for the year ended December 31, 2008. The tax expense of $3,193 is largely comprised of several significant items including $3,020 relating to the establishment of a full valuation allowance against our net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are realizable through the reversal of existing taxable temporary differences. Also included in income tax expense is $98 of income taxes on historically profitable entities in Asia, CALA and Europe, $4 of income taxes relating to tax rate

64

Table of Contents

reductions enacted during 2008 in Korea, $38 of income taxes resulting from revisions to prior year tax estimates, $37 from increases in uncertain tax positions and other taxes of $25 primarily related to taxes on NNL preferred share dividends in Canada. This tax expense was partially offset by a $29 benefit derived from various tax credits and R&D- related incentives.

The expanding global economic downturn dramatically worsened in the fourth quarter of 2008 and in January 2009, the Debtors commenced the Creditor Protection Proceedings. In assessing the need for valuation allowances against our deferred tax assets, we considered the negative effect of these events on our revised modeled forecasts and the resulting increased uncertainty inherent in these forecasts. We determined that there was significant negative evidence against and insufficient positive evidence to support a conclusion that the tax benefits of our deferred tax assets were more likely than not to be realized in future tax years in all tax jurisdictions other than Korea and Turkey. Therefore, a full valuation allowance was necessary against Nortel's net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are not realizable through the reversal of existing taxable temporary differences. For additional information, see "Application of Critical Accounting Policies and Estimates- Income Taxes- Tax Asset Valuation" in this section of this report.

During the year ended December 31, 2007, we recorded a tax expense of $1,114 on earnings from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies of $270. The tax expense of $1,114 was largely comprised of several significant items including $1,036 of net valuation allowance increase including an increase of $1,064 in Canada, offset by releases in Europe and Asia, $74 of income taxes on profitable entities in Asia and Europe, including a reduction of our deferred tax assets in EMEA, $29 of income taxes relating to tax rate reductions enacted during 2007 in EMEA and Asia, and other taxes of $17 primarily related to taxes on NNL preferred share dividends in Canada. This tax expense was partially offset by a $25 benefit derived from various tax credits, primarily R&D- related incentives, and a $17 benefit resulting from true up of prior year tax estimates including a $14 benefit in EMEA as a result of transfer pricing adjustments.

## Segment Information

### Carrier Networks

The following table sets forth revenues and Management OM for the CN segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| CDMA solutions | $ 2,190 | $ 2,425 | $ 2,311 | $ (235) | - 10% | $ 114 | 5% |
| GSM and UMTS solutions | 1,578 | 1,373 | 2,021 | 205 | 15% | (648) | - 32% |
| Circuit and packet voice solutions | 544 | 695 | 825 | (151) | - 22% | (130) | - 16% |
| **Total Revenues** | $ 4,312 | $ 4,493 | $ 5,157 | $ (181) | - 4% | $ (664) | - 13% |
| **Management OM** | $ 867 | $ 840 | $ 477 | $ 27 | 3% | $ 363 | 76% |

*2008 vs. 2007*

CN revenues decreased to $4,312 in 2008 from $4,493 in 2007, a decrease of $181 or 4%. The decrease was due to declines in the CDMA solutions and circuit and packet voice solutions businesses, partially offset by an increase in the GSM and UMTS solutions business. The decrease in the CDMA solutions business was primarily due to reduced spending by certain customers as a result of capital expenditure constraints resulting from the expanding economic downturn, while the decline in the circuit and packet voice solutions business was primarily

HIGHLY CONFIDENTIAL      NNC-NNL06001427 / 71

Table of Contents

due to certain customer contracts in 2007 not repeated in 2008 and a decline in demand for TDM products. The increase in the GSM and UMTS solutions business was primarily due to the completion of certain contract obligations for multiple customers in LG- Nortel resulting in the recognition of previously deferred revenues in 2008 and higher sales volumes.

CDMA solutions decreased by $235 primarily due to declines in the U.S. and Canada of $192 and $135, respectively, partially offset by an increase in Asia of $60. The decrease in the U.S. was primarily due to reduced spending by certain customers as a result of capital expenditure constraints resulting from the expanding economic downturn, certain customer contracts in 2007 not repeated in 2008 and a decline in sales volumes, partially offset by an increase due to the completion of a certain customer contract obligation resulting in the recognition of previously deferred revenues in 2008. The decrease in Canada was primarily due to reduced spending as a result of a change in technology migration plans by certain customers. The increase in Asia was primarily due to the recognition of deferred revenues and an adjustment to revenues, each of which resulted from the completion of obligations in connection with the termination of a customer contract in 2008 as well as higher sales volumes.

The decline in circuit and packet voice solutions of $151 was primarily due to declines in the U.S. and Canada of $95 and $37, respectively, which largely resulted from the completion of several VoIP buildouts in 2007 that were not repeated in 2008, as well as reduced customer spending as a result of the expanding economic downturn, and a decline in demand for TDM products.

GSM and UMTS solutions increased by $205 primarily due to an increase in Asia of $441, partially offset by declines in EMEA and CALA of $187 and $78, respectively. The increase in Asia was primarily due to the completion of certain contract obligations for multiple customers in LG- Nortel resulting in the recognition of previously deferred revenues, and higher sales volumes, partially offset by a decline in revenues outside of LG- Nortel due to reduced customer spending and price erosion. The decline in EMEA was primarily due to the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008 and a decline in sales volumes. The decrease in CALA was primarily due to the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008.

CN Management OM increased to $867 in 2008 from $840 in 2007, an increase of $27 as a result of decreases in R&D and SG&A expenses of $82 and $74, respectively, partially offset by a decrease in gross profit of $129.

CN gross profit decreased to $2,091 from $2,220, and gross margin decreased to 48% from 49%. The decrease in gross profit was primarily due to lower sales volumes as a result of reduced spending by certain customers due to capital expenditure constraints resulting from the expanding economic downturn, and charges related to excess and obsolete inventory, partially offset by cost reduction initiatives, favorable product mix and lower warranty costs. The decrease in SG&A expense was mainly due to decreased investment in sales and marketing efforts in maturing technologies and cost containment efforts. The decrease in R&D expense was primarily due to reduced spending for maturing technologies, productivity gains enabled by consolidation of labs and resources, improved process and movement to low- cost countries, partially offset by an increase in spending on investments in potential growth areas.

*2007 vs. 2006*

CN revenues decreased to $4,493 in 2007 from $5,157 in 2006, a decrease of $664 or 13%. The decrease was primarily due to the UMTS Access divestiture, and declines in demand for GU Core products and our traditional technology such as TDM in the circuit and packet voice solutions business. These declines were partially offset by increased revenue from our CDMA solutions.

66

Table of Contents

CDMA solutions increased $114 in 2007, primarily due to strong growth in sales in Asia of $153 primarily as a result of increased investments by certain of our customers in their infrastructure in order to enhance their service offerings within LG- Nortel, increased revenues in Canada of $41 associated with the continuing rollout of our EV- DO Rev A technology, and delays in spending by a major customer in 2006. EMEA and CALA declined in CDMA revenues by $74 and $9, respectively, due to the completion of projects in 2006 not repeated to the same extent as 2007 and the recognition of previously deferred revenues recorded in 2006 and not repeated in 2007. In the U.S. revenues remained unchanged, largely due to recognition of previously deferred revenue and increased spending by certain customers, entirely offset by lower spending by certain other customers in the fourth quarter of 2007.

The decline in GSM and UMTS solutions of $648 was primarily due to declines in EMEA of $457, the U.S. of $116 and Asia of $59. The decline in EMEA was primarily due to a $484 decrease in UMTS solutions as a result of the UMTS Access divestiture and a decline in demand for GU Core, partially offset by increased demand in GSM Access. The U.S. decline was due to customer investment in UMTS Access solutions rather than GSM Access or GU Core solutions and recognition of less deferred revenue compared to 2006. The decline in Asia was due to reduced customer spending and price erosion, partially offset by revenues from one- time support business resulting from sale of the UMTS Access business.

The decrease in circuit and packet voice solutions of $130 was primarily in the U.S. and Asia. U.S. revenues declined $122 as a result of reduced legacy TDM demand and one- time third quarter 2006 recognition of deferred revenues in 2006 not repeated in 2007 to the same extent. This decrease was partially offset by an increase in revenues in next- generation products. Asia revenues declined by $20 primarily due to the recognition of previously deferred revenues as a result of the completion of certain customer contract deliverables in 2006 that was not repeated to the same extent in 2007.

Management OM for CN increased to $840 in 2007 from $477 in 2006, an improvement of $363, or 76%. The increase in Management OM was the result of decreases in SG&A and R&D expenses of $86 and $319, respectively, partially offset by a decrease in gross profit of $42.

CN gross profit decreased from $2,262 to $2,220, due to reductions in volume, substantially offset by a gross margin increase from 43.9% to 49.4% as a result of favorable CDMA product mix, product cost reductions and improved GSM solutions margins. The decrease in SG&A of $86 was due to lower headcount costs as a result of the UMTS Access divestiture, partially offset by increased spending for new technologies. R&D expense decreased by $319 primarily due to the UMTS Access divestiture, and headcount reductions, lower- cost outsourcing and reduced investment in maturing technologies. The related cost reductions were partially offset by focused increases in R&D.

Enterprise Solutions

The following table sets forth revenues and Management OM for the ES segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| Circuit and packet voice solutions | $ 1,640 | $ 1,723 | $ 1,618 | $ (83) | – 5% | $ 105 | 6% |
| Data networking and security solutions | 762 | 897 | 674 | (135) | – 15% | 223 | 33% |
| **Total revenues** | $ 2,402 | $ 2,620 | $ 2,292 | (218) | – 8% | $ 328 | 14% |
| **Management OM** | $ (75) | $ (8) | $ (45) | (67) | – 838% | $ 37 | 82% |

67

Table of Contents

*2008 vs. 2007*

ES revenues decreased to $2,402 in 2008 from $2,620 in 2007, a decrease of $218 or 8%, due to decreases in the data networking and security solutions and the circuit and packet voice solutions businesses primarily in the fourth quarter of 2008.

Data networking and security solutions decreased by $135 primarily due to decreases in the U.S. and Asia of $81 and $35, respectively. The decrease in the U.S. was primarily due to lower sales volumes related to a decline in demand for our Ethernet switch products as a result of a decline in the Ethernet switch market and competitive pressure, and the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated to the same extent in 2008, partially offset by higher sales volumes related to next generation products. The decrease in Asia was primarily due to the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated in 2008 and lower sales volumes, partially offset by the favorable impact of foreign exchange fluctuations.

Circuit and packet voice solutions decreased by $83 primarily due to decreases in EMEA and the U.S. of $76 and $42, respectively, partially offset by an increase in Canada of $23. The decrease in EMEA was primarily due to lower sales volumes. The decrease in the U.S. largely resulted from a decline in demand for TDM products and certain customer contracts in 2007 not repeated in 2008, partially offset by higher sales volumes across multiple customers. The increase in Canada largely resulted from higher sales volumes across several customers primarily in the first six months of 2008.

ES Management OM decreased by $67 to a loss of $75 in 2008 from a loss of $8 in 2007. The decrease was a result of a decrease in gross profit of $106, partially offset by declines in SG&A and R&D expenses of $24 and $15, respectively.

ES gross profit decreased to $1,087 in 2008 from $1,193 in 2007, while gross margin remained essentially flat in 2008 when compared to 2007. The decrease in gross profit was primarily a result of lower sales volumes and higher inventory provisions, partially offset cost improvements in the supply chain and lower warranty costs. SG&A expense decreased primarily due to headcount reductions and other cost reduction initiatives, partially offset by increased investment in sales and marketing efforts in expected growth areas. R&D expense decreased mainly due a reduced investment in maturing technologies. The related cost reductions were partially offset by focused increases in R&D related to potential growth areas.

*2007 vs. 2006*

ES revenues increased to $2,620 in 2007 from $2,292 in 2006, an increase of $328 or 14%. The increase in 2007 was primarily due to the recognition of previously deferred revenues as a result of the completion or elimination of customer deliverable obligations for certain products in our ES data networking and security solutions business and volume growth across both portfolios.

Revenues from ES circuit and packet voice solutions increased by $76 in EMEA, primarily due to supply chain delays resulting from difficulty in obtaining components required to meet RoHS standards in 2006 that were not present in 2007 and volume increases, $13 in CALA and $6 in the U.S. due to volume increases, partially offset by reduced demand for legacy products.

The increase in ES data networking and security solutions was primarily the result of increases of $83 in Asia, $79 in EMEA and $50 in the U.S. primarily due to the recognition of previously deferred revenues as a result of completion or elimination of customer deliverable obligations in 2006 for certain products and volume increases, partially offset by reduced demand for legacy products.

Management OM for ES increased to a loss of $8 in 2007 from a loss of $45 in 2006, an improvement of $37. This increase in Management OM was primarily due to an increase in gross profit of $178, partially offset by increases in SG&A and R&D expenses of $88 and $53, respectively.

HIGHLY CONFIDENTIAL                    NNC-NNL06001427 / 74

Table of Contents

Gross margin increased from 44.3% to 45.5% primarily due to favorable product mix and gross profit increased from $1,015 to $1,193 primarily due to the recognition of high margin deferred revenue, higher sales volumes and favorable product mix. The increase in SG&A expense of $88 was due to increased headcount investments across all regions to drive growth and also due to unfavorable foreign exchange impacts. Increased headcount investment in the development of our packet- based voice, data and security solutions portfolios and negative foreign exchange impact resulted in an increase in R&D expense of $53.

**Global Services**

The following table sets forth revenues and Management OM for the GS segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| Revenues | $ 2,089 | $ 2,087 | $ 2,132 | $ 2 | 0% | $ (45) | - 2% |
| Management OM | $ 303 | $ 385 | $ 337 | $ (82) | - 21% | $ 48 | 14% |

*2008 vs. 2007*

GS revenues remained essentially flat in 2008 when compared to 2007. A decrease in the network support services business was almost entirely offset by an increase in the network implementation services business.

Network support services revenues decreased $64 primarily due to decreases in EMEA and the U.S. of $63 and $17, respectively, partially offset by increases in Canada and CALA of $9 and $5, respectively. The decrease in EMEA was mainly due to lower sales volumes across multiple customers and the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated in 2008, partially offset by the favorable impact of foreign exchange fluctuations. Revenues in the U.S. decreased primarily due to lower sales volumes across multiple customers as a result of capital expenditure constraints resulting from the expanding economic downturn. The increases in Canada and CALA were primarily due to higher sales volumes across multiple customers.

Revenues in network implementation services increased by $60 primarily as a result of an increase in Asia of $87, partially offset by declines in the U.S. and CALA of $14 and $11, respectively. The increase in Asia was primarily due to the recognition of deferred revenues and an adjustment to revenues, each of which resulted from the completion of obligations in connection with the termination of a customer contract in 2008, as well as the completion of a certain customer contract obligation in LG- Nortel resulting in the recognition of previously deferred revenue, and higher sales volumes across multiple customers. The decrease in the U.S. was primarily due to lower sales volumes across multiple customers as a result of capital expenditure constraints resulting from the expanding economic downturn, partially offset by higher revenues for services related to government business. The decrease in CALA was primarily due to the completion of certain customer contracts in 2007 that was not repeated in 2008.

GS Management OM decreased to $303 in 2008 from $385 in 2007, a decrease of $82. The decrease was primarily a result of a decrease in gross profit of $71 and an increase in R&D expense of $14.

GS gross profit decreased to $633 in 2008 from $704 in 2007, and gross margin decreased from 34% to 30%. The decrease in gross profit was primarily a result of reduced gross margin due to a specific customer contract and other high cost projects in 2008, partially offset by higher gross profit as a result of higher sales volumes. The increase in R&D expense was primarily due to increased investment in the development of new services as well as investments to improve our current service offerings.

69

Table of Contents

*2007 vs. 2006*

GS revenues were $2,087 in 2007 compared to $2,132 in 2006, a decline of $45 or 2%. The decrease was primarily related to the UMTS Access divestiture, which resulted in a $176 decrease, partially offset by increased volumes.

The decrease in GS revenues was primarily due to a decrease in network implementation services primarily related to the UMTS Access divestiture, and lower sales volumes in EMEA. The decrease in GS revenues in EMEA of $142, of which the UMTS Access divestiture accounted for $176, was partially offset by an increase of $42 in Asia due to increased volumes and contracts where key milestones were met. The decrease in network implementation services was partially offset by growth of $47 in network support services across all regions (except CALA where we experienced significant price pressures and technology changes), and growth of $33 in network managed services, primarily in the U.S., Asia and EMEA. In 2007, the majority of GS revenue continued to be generated by network support services.

Management OM for GS increased to $385 in 2007 from $337 in 2006, an increase of $48, or 14%. This increase in Management OM was primarily due to improved gross profit of $111, partially offset by increases in SG&A and R&D expenses of $54 and $9, respectively.

Gross profit increased from $593 to $704 and gross margin increased from 27.8% to 33.7% due to the favorable impact of cost- reduction programs, the favorable impact of foreign exchange in EMEA, and certain one- time items. The increase in gross profit was partially offset by declines in volume primarily related to the UMTS Access divestiture. SG&A and R&D increased by $54 and $9, respectively, due to investments in resources and capabilities in the areas within the GS segment.

**Metro Ethernet Networks**

The following table sets forth revenues and Management OM for the MEN segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| Revenues | | | | | | | |
| Optical networking solutions | $ 1,105 | $ 1,185 | $ 1,128 | $ (80) | - 7% | $ 57 | 5% |
| Data networking and security solutions | 288 | 340 | 463 | (52) | - 15% | (123) | - 27% |
| Total Revenues | $ 1,393 | $ 1,525 | $ 1,591 | $ (132) | - 9% | $ (66) | - 4% |
| Management OM | $ (53) | $ (19) | $ 55 | $ (34) | - 179% | $ (74) | - 135% |

*2008 vs. 2007*

Due to declines in both the optical networking solutions and data networking solutions businesses, MEN revenues decreased to $1,393 in 2008 from $1,525 in 2007, a decrease of $132 or 9%.

The decrease in the optical networking solutions business of $80 was primarily due to declines in the U.S. and Asia of $60 and $57, respectively, partially offset by increases in CALA and EMEA of $17 and $16, respectively. The decrease in the U.S. was mainly due to reduced demand for legacy products and significant revenues from a certain customer in 2007 that did not repeat to the same extent in 2008. The decrease in Asia was primarily due to lower sales volumes related to reduced demand for legacy products and significant revenues from certain customers in 2007 that did not repeat to the same extent in 2008. Revenues in CALA increased primarily due to higher sales volumes related to our next generation products. The increase in EMEA was largely due to the completion of certain customer contract obligations resulting in the recognition of previously deferred

70

Table of Contents

revenue, volume increases related to our next generation products for long- haul applications, and the favorable impact of foreign exchange fluctuations, partially offset by the completion of certain other customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 that did not repeat in 2008.

Revenues in the data networking and security solutions business decreased $52 primarily due to declines in the U.S. and EMEA of $65 and $18, respectively, partially offset by an increase in Asia of $23. The decrease in the U.S. was primarily due to the completion of a certain customer contract deliverable that resulted from the termination of a supplier agreement resulting in the recognition of previously deferred revenue in 2007 not repeated in 2008. The decrease in EMEA was primarily due to the completion of a certain customer contract obligation that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008 and a decline in sales volumes across multiple customers related to the declining multi- server switch market, partially offset by an increase resulting from the completion of certain other customer contract obligations resulting in the recognition of previously deferred revenues. The increase in Asia was mainly due to higher sales volumes related to a specific customer in the first six months of 2008 and the completion of network deployments in 2008 for certain customers resulting in the recognition of previously deferred revenue.

MEN Management OM decreased to a loss of $53 in 2008 from a loss of $19 in 2007, a decrease of $34. The decrease was a result of a decrease in gross profit of $93, partially offset by declines in R&D and SG&A expenses of $42 and $17, respectively.

MEN gross profit decreased to $425 in 2008 from $518 in 2007, and gross margin decreased from 34% to 31%. The decrease in gross profit was primarily due to lower sales volumes, higher inventory provisions, increased costs due to a settlement with one of our suppliers, price erosion and unfavorable product mix and higher warranty and royalty costs, partially offset by our cost reduction initiatives. R&D expense decreased primarily due to reduced spending in maturing technologies, partially offset by the unfavorable impact of foreign exchange fluctuations and increased investment in potential growth areas. SG&A expense decreased primarily as a result of cost containment efforts, partially offset by the unfavorable impact of foreign exchange fluctuations.

*2007 vs. 2006*

MEN revenues decreased to $1,525 in 2007 from $1,591 in 2006, a decrease of $66 or 4%. The decrease in the MEN segment was due to the recognition of less deferred revenues in 2007 than in 2006 and decreases in volumes for certain mature product portfolios, partially offset by increased optical volumes and a favorable foreign exchange impact.

Revenues from optical networking solutions increased by $93 in EMEA, primarily due to the recognition of previously deferred revenues as a result of the completion of certain customer contract deliverables in 2007, increased volume and favorable impact of foreign exchange due to fluctuations between the Euro and the U.S. Dollar. Revenues increased by $21 in Canada and $20 in CALA due to optical market growth. In the U.S., revenues increased by $22 due to an increase in volume, partially offset by deferred revenue recognized in 2006, which was not repeated in 2007. These increases were partially offset by a decrease of $99 in Asia, primarily due to the recognition of previously deferred revenues as a result of the completion of certain customer contract deliverables in 2006 that was not repeated in 2007, partially offset by increased volumes.

Revenues from data networking and security solutions decreased by $78 and $72 in EMEA and Asia, respectively, primarily due to the recognition of previously deferred revenues in 2006, which was not repeated in 2007. These decreases were partially offset by an increase of $31 in the U.S., primarily due to the recognition of previously deferred revenue in 2007 as a result of the completion of certain customer contract deliverables resulting from the termination of a supplier agreement. Further, all three regions had volume decreases due to a declining multi- service switch/services edge router market.

HIGHLY CONFIDENTIAL

Table of Contents

Management OM for MEN decreased to a loss of $19 in 2007 from earnings of $55 in 2006, a decrease of $74, or 135%. This decrease in Management OM was primarily due to a decrease in gross profit of $68 and an increase in R&D expenses of $30, partially offset by a decrease in SG&A expense of $24.

MEN gross profit decreased from $586 to $518 and gross margin decreased from 36.8% to 34.0% due to the recognition of deferred revenues at lower margins in the first quarter of 2007 and deferred revenue recognized at higher margins in 2006, combined with an unfavorable product and customer mix. These decreases were partially offset by volume increases primarily in optical networking solutions and cost reduction programs. The MEN segment also continues to experience pricing pressure resulting in lower margins. SG&A expense declined by $24 as a result of cost reductions in North America, legal expenses incurred in 2006 not repeated in 2007, and lower bad debt expenses in 2007. R&D expenses increased by $30 primarily due to the incremental investment in Carrier Ethernet and Optical OME products and the unfavorable impact of the strengthening of the Canadian Dollar, partially offset by the cancellation of certain R&D programs.

**Other**

The following table sets forth revenues and Management OM for the Other segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
|---|---|---|---|---|---|---|---|
| Revenues | $ 225 | $ 223 | $ 246 | 2 | 1% | $ (23) | - 9% |
| Management OM | $ (483) | $ (797) | $ (827) | 314 | 39% | $ 30 | 4% |

*2008 vs. 2007*

Other revenues increased to $225 in 2008 from $223 in 2007, an increase of $2 or 1%. The increase was due to increases in Canada and Asia of $7 and $2, respectively, partially offset by a decrease in the U.S. of $7.

Other Management OM improved to a loss of $483 in 2008 from a loss of $797 in 2007, a decrease in loss of $314. The decrease was primarily due to an increase in gross profit of $70 and decreases in SG&A and R&D expenses of $219 and of $25, respectively. The decrease in SG&A expense was primarily due to cost savings from our previously announced restructuring activities, cost containment efforts, a decrease in charges related to our employee compensation plans, and savings due to lower expenses in relation to our internal control remediation plans and finance transformation activities. The increase in gross profit was primarily due to cost reduction initiatives.

*2007 vs. 2006*

Other revenues decreased to $223 in 2007 from $246 in 2006, a decrease of $23 or 9%. The decrease was due to declines in Nortel Government Solutions Incorporated (NGS) revenues as a result of delay in the issuance and, in some cases, cancellation of certain intended contract offerings by the U.S. Federal government.

Other Management OM includes corporate charges and improved to a loss of $797 in 2007 from a loss of $827 in 2006, a decrease in loss of $30. The improvement was primarily due to a decrease in SG&A expense of $45, partially offset by an increase in R&D expense of $11 and a decrease in gross profit of $4. The decrease in SG&A expense was primarily due to lower costs related to our restatement- related activities and internal control remedial measures, partially offset by costs associated with our Business Transformation initiatives. The increase in R&D expense was primarily due to the continued momentum of our business transformation cost reduction initiatives and headcount reductions as a result of the UMTS Access divestiture.

HIGHLY CONFIDENTIAL   NNC-NNL06001427 / 78

Table of Contents

## Liquidity and Capital Resources

**Overview**

As at December 31, 2008, our cash and cash equivalents balance was approximately $2,397, plus a balance of approximately $65 reflecting the remainder of The Reserve Primary Fund investment that has been classified as short term investments. On February 20, 2009, we received $24 from the Fund leaving a balance of $41 in short term investments.

Our consolidated cash is held globally in various Nortel consolidated entities and joint ventures as follows: approximately $200 in Canada, approximately $700 in the U.S., approximately $675 in EMEA, approximately $450 in joint ventures, approximately $200 in China, approximately $120 in Asia and approximately $40 in CALA. Historically, we have deployed our cash throughout the corporate group, through a variety of intercompany borrowing and transfer pricing arrangements. As a result of the Creditor Protection Proceedings, cash in the various jurisdictions and in the joint ventures is generally available to fund operations in the particular jurisdictions, but generally is not available to be freely transferred between jurisdictions, regions, or outside joint ventures, other than for normal course intercompany trade and pursuant to specific court- approved agreements as highlighted below. Thus, there is greater pressure and reliance on cash balances and generation capacity in specific regions and jurisdictions.

Since the Petition Date, we have generally maintained use of our cash management system and consequently have minimized disruption to our operations, pursuant to various court approvals and agreements obtained or entered into in connection with the Creditor Protection Proceedings. We continue to conduct ordinary course trade transactions between the Debtors and Nortel companies that are not included in the Creditor Protection Proceedings. The Canadian Debtors and the U.S. Debtors have also each entered into agreements with the EMEA Debtors governing the settlement of certain intercompany accounts, including for the purchase of goods and services. These agreements will currently expire on March 15, 2009 unless extended by agreement of the parties and, in the case of the Canada- EMEA agreement, with the consent of the Canadian Monitor. Additional cash management provisions are in place including a transfer pricing model that determines the prices that are charged for goods and services transferred between our subsidiaries and the allocation of profit and loss based upon certain R&D costs.

A revolving loan agreement between NNI, as lender, and NNL, as borrower, was approved by the Canadian Court and, subject to certain conditions, approved by the U.S. Court on an interim basis. An initial amount of $75 was approved and drawn, and the remaining $125 provided for under the agreement is subject to U.S. Court approval. The loan bears interest at 10% per annum, and is secured by a charge on Nortel's Ottawa, Ontario facility, and subject to certain conditions, an intercompany charge, each as approved by the Canadian Court (see the Properties section of our 2008 Annual Report). NNL's obligations under the loan are unconditionally guaranteed by NNTC. The agreement matures on December 31, 2009, subject to extension for a further year, and contains certain covenants, including mandatory prepayment of loans with the net cash proceeds from certain asset dispositions.

Under a current agreement with EDC, NNL has continued access under the EDC Support Facility up to May 1, 2009 for up to $30 of support. We and EDC continue to work together to see if a longer term arrangement, acceptable to both parties, can be reached. There is no assurance that this level of support will be sufficient during the period.

We have commenced several initiatives to generate cost reductions and decrease the rate of cash outflow during the Creditor Protection Proceedings. Some of these initiatives include the Workforce Reduction Plan and reviews of our real estate and other property leases, IT equipment agreements, supplier and customer contracts and general discretionary spending. We have also commenced a process to assess the strategic and economic value of several of our subsidiaries.

Our current cash management system and cash on hand to fund our operations is subject to ongoing review and approval by the Canadian Monitor and the U.K. Administrators, and may be impacted by the Creditor

HIGHLY CONFIDENTIAL

NNC-NNL06001427 / 79

**Table of Contents**

Protection Proceedings. There is no assurance that (i) we will be able to maintain our current cash management system, (ii) the current support under the EDC Support Facility is sufficient for our business needs up to May 1, 2009 or that we will not have to provide cash collateral, or (iii) we generate sufficient cash to fund our operations during this process or that we will be able to access any alternative financing on acceptable terms or at all.

**Cash Flow**

Our total cash and cash equivalents excluding restricted cash decreased by $1,135 in 2008 to $2,397, due to cash used in operating, investing and financing activities, and the unfavorable impact of foreign exchange fluctuations on cash and cash equivalents.

Our liquidity and capital resources are primarily impacted by: (i) current cash and cash equivalents, (ii) operating activities, (iii) investing activities, (iv) financing activities and (v) foreign exchange rate changes. The following table summarizes our cash flows by activity and cash on hand as of December 31:

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2008 | 2007 | 2006 |
| Net earnings (loss) | $ (5,799) | $ (957) | $ 28 |
| Non- cash items | 6,141 | 1,570 | 658 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable- net | 429 | 202 | 51 |
| Inventories- net | (20) | (66) | (42) |
| Accounts payable | (221) | 42 | (79) |
| | 188 | 178 | (70) |
| Deferred costs | 568 | 223 | 97 |
| Income taxes | (18) | 23 | (20) |
| Payroll and benefit-related, other, accrued and contractual liabilities | (415) | (340) | (257) |
| Deferred revenue | (345) | (424) | (229) |
| Advanced billings in excess of revenues recognized to date on contracts | (739) | 149 | 120 |
| Restructuring liabilities | 50 | (7) | (21) |
| Other | (198) | (233) | (69) |
| Changes in other operating assets and liabilities | (1,097) | (609) | (379) |
| Global Class Action Settlement- net | - | (585) | - |
| Net cash from (used in) operating activities | (567) | (403) | 237 |
| Net cash from (used in) investing activities | (310) | 408 | (273) |
| Net cash from (used in) financing activities | (74) | (69) | 483 |
| Effect of foreign exchange rate changes on cash and cash equivalents | (184) | 104 | 94 |
| Net increase (decrease) in cash and cash equivalents | (1,135) | 40 | 541 |
| Cash and cash equivalents at beginning of year | 3,532 | 3,492 | 2,951 |
| Cash and cash equivalents at end of year | $ 2,397 | $ 3,532 | $ 3,492 |

*Operating Activities*

In 2008, our net cash used in operating activities of $567 resulted from a net loss of $5,799 plus adjustments for non- cash items of $6,141 and net uses of cash of $1,097 due to changes in other operating assets and liabilities, partially offset by cash of $188 from changes in operating assets and

liabilities. The net cash used in other operating activities was mainly due to the reduction of advance billings of $739 primarily as a result of the completion of contracts in LG- Nortel, partially offset by the change in deferred costs of $568 due to the release of related revenues. The use of cash for payroll, accrued and contractual liabilities of $415 was primarily due to bonus payments and sales compensation accruals, SG&A and interest accruals. The change of $198 in the

74

**Table of Contents**

category of Other, under operating assets and liabilities, was primarily comprised of pension payments. The primary additions to our net loss for non-cash items were deferred income taxes of $3,053 primarily related to an increase in our deferred tax asset valuation allowance, goodwill impairment charge of $2,379 relating to all of our reportable segments, amortization and depreciation of $337, and minority interest of $152. For additional information with respect to the increase in our deferred tax asset valuation allowance and the goodwill impairment charge, see "Application of Critical Accounting Policies and Estimates- Income Taxes- Tax Asset Valuation" and "Application of Critical Accounting Policies and Estimates- Goodwill Valuation" sections, respectively, of this report.

In 2007, our net cash used in operating activities of $403 is largely due to a reduction in liabilities associated with the Global Class Action Settlement, including the release of $585 of restricted cash in the first quarter of 2007. Our net cash used in operating activities was impacted by net loss of $957 plus adjustments for non- cash items of $1,570, net cash from operating assets and liabilities of $178, net cash used in other operating assets and liabilities of $609. The primary additions to our net loss for non- cash items were deferred income taxes of $1,019, amortization and depreciation of $328, pension and other accruals of $277, minority interest of $115 and share- based compensation expense of $105. These additions were partially offset by the fair value adjustment to the non- cash portion of the Global Class Action Settlement recovery of $54 and other non- cash changes of $205, primarily due to foreign exchange impacts on long- term assets and liabilities of $291.

*Accounts Receivable*

|  | December 31, 2008 | December 31, 2007 | $ Change | % Change |
|---|---|---|---|---|
| Accounts Receivable | $ 2,154 | $ 2,583 | $ (429) | (17) |
| Days sales outstanding in accounts receivable (DSO)[a] | 71 | 72 | | |

(a)   DSO is the average number of days our receivables are outstanding based on a 90 day cycle. DSO is a metric that approximates the measure of the average number of days from when we recognize revenue until we collect cash from our customers. DSO for each quarter is calculated by dividing the quarter end accounts receivable- net balance by revenues for the quarter, in each case as determined in accordance with U.S. GAAP, and multiplying by 90 days.

Accounts receivable decreased to $2,154 as at December 31, 2008 from $2,583 as at December 31, 2007, a decrease of $429, or 17%, primarily as a result of lower sales volumes in 2008 compared to 2007. The one day decrease in DSO was due to the proportionately higher decline in accounts receivable as compared to the revenue.

*Inventory*

|  | December 31, 2008 | December 31, 2007 | $ Change | % Change |
|---|---|---|---|---|
| Inventory- net (excluding deferred costs) | $ 493 | $ 513 | $ (20) | (4) |
| Net inventory days (NID)[a] | 30 | 26 | | |

(a)   NID is the average number of days from procurement to sale of our product based on a 90 day cycle. NID for each quarter is calculated by dividing the average of the current quarter and prior quarter inventories- net (excluding deferred costs) by the cost of revenues for the quarter and multiplying by 90 days.

Inventory, excluding deferred costs, decreased to $493 as at December 31, 2008 from $513 as at December 31, 2007, a decrease of $20 or 4%. NID increased by 4 days compared to 2007 primarily due to a decrease in the cost of revenues and inventory build up related to the in- sourcing of certain distribution operations.

75

Table of Contents

*Accounts Payable*

| | December 31, 2008 | December 31, 2007 | $ Change | % Change |
|---|---|---|---|---|
| Trade accounts payable | $ 934 | $ 1,152 | $ (218) | (19) |
| Days of purchasing outstanding in accounts payable (DPO)[a] | 52 | 58 | | |

(a)   DPO is the average number of days from when we receive purchased goods and services until we pay our suppliers based on a 90 day cycle. DPO for each quarter is calculated by dividing the quarter end trade and other accounts payable by the cost of revenues for the quarter, in each case as determined in accordance with U.S. GAAP, and multiplying by 90 days.

Trade accounts payable decreased to $ 934 as at December 31, 2008 from $1,152 at December 31, 2007, a decrease of $ 218 or 19%. This decrease in the trade accounts payable balance and DPO is attributable to spending levels consistent with the current declining sales volumes.

*Deferred Revenue*

Billing terms and collections periods related to arrangements whereby we defer revenue are generally similar to other revenue arrangements. Similarly, payment terms and cash outlays related to products and services associated with delivering under these arrangements are also generally similar to other revenue arrangements. As a result, neither cash inflows nor outflows are unusually impacted under arrangements in which revenue is deferred, compared to arrangements in which revenue is not deferred, and the DSO and DPO include all these arrangements.

*Investing Activities*

In 2008, our net cash used in investing activities was $310, primarily due to expenditures for plant and equipment of $159, acquisition of investments and businesses, net of cash acquired of $113 and a net increase in short- term and long- term investments of $75 as described below.

In 2007, our net cash from investing activities was $408, due to a decrease in restricted cash and cash equivalents of $563, primarily related to the finalization of the Global Class Action Settlement and proceeds of $90 primarily related to the sale of our facility located in Montreal, Quebec, partially offset by expenditures for plant and equipment of $235.

*Money Market Funds*

As part of our cash management strategy, we invest in institutional and government money market funds, which are considered highly liquid and which we generally account for as cash and cash equivalents. We had invested approximately $362 in the Reserve Primary Fund (the Fund), which was rated AAA by Standard & Poor's (S&P) and Aaa (Moody's). On September 16, 2008, the Fund announced that it was reducing to zero the value of its holdings of debt securities issued by Lehman Brothers Holdings, Inc. and, as a result, the net asset value (NAV) of the Fund was reduced from $1 to $0.97. On September 19, 2008, the Fund filed with the SEC an application to temporarily suspend rights of redemption and announced an intent to ensure an orderly liquidation of securities in the Fund. To account for these developments, we reclassified our investment in the Fund from cash and cash equivalents to short- term investments, and booked an impairment of $11 to reflect the decline in the Fund's NAV. On October 31, 2008 and on December 3, 2008, the Fund distributed funds back to the investors of which our share was approximately $184 and $102, respectively. On February 20, 2009, we received $24 as a further redemption from the Fund. As a result, the current remaining carrying value in the Fund is $41, which we will re- assess the classification of as a short- term investment as further information is made available on timing of liquidation of the Fund.

76

Table of Contents

*Financing Activities*

In 2008, our net cash used in financing activities was $74, primarily due to the repayment of the $675 outstanding remaining principal amount under our 4.25% Notes due 2008 plus accrued and unpaid interest, dividends of $35 paid by NNL related to the outstanding NNL preferred shares, and debt issuance costs of $13. This was partially offset by the $668 in proceeds received from the issuance of $675 of the 2016 Fixed Rate Notes issued May 2008, of which approximately $655 was used, along with available cash, for the redemption of $675 of the 4.25% Notes due 2008.

In 2007, our net cash used in financing activities was $69, resulting primarily from the redemption in 2007, of $1,125, plus accrued and unpaid interest, of our 4.25% Notes due 2008, using the $1,150 proceeds less issuance costs relating to our offering of the Convertible Notes completed in the first quarter of 2007. Additionally, we incurred debt issuance costs of $23 related to the offering, and paid dividends of $52. The dividend payments were primarily paid by NNL on outstanding NNL preferred shares.

*Other Items*

In 2008, our cash decreased by $184 due to the unfavorable effects of changes in foreign exchange rates, primarily of the Korean Won, the Euro, the British Pound and the Canadian Dollar against the U.S. Dollar.

In 2007, our cash increased by $104 due to favorable effects of changes in foreign exchange rates, primarily due to the strengthening of the Canadian Dollar, the British Pound and the Euro against the U.S. Dollar.

*Fair Value Measurements*

As discussed in Note 11 to the audited consolidated financial statements, effective January 1, 2008, we adopted the provisions of SFAS No. 157, "Fair Value Measurements" (SFAS 157). We utilize unobservable (Level 3) inputs in determining the fair value of auction rate securities and in some cases, derivative contracts, for which fair values totaled $19 and $20, respectively, as of December 31, 2008.

Our auction rate security instruments are classified as available-for-sale securities and reflected at fair value. In prior periods, due to the auction process which took place approximately every 30 days for most securities, quoted market prices were readily available, which would qualify as Level 1 under SFAS 157. However, due to events in credit markets during the year ended December 31, 2008, the auction events for most of these instruments failed. Therefore, we have determined the estimated fair values of these securities utilizing discounted expected cash flows (Level 3) as of December 31, 2008. We currently believe that there has been no decline in the fair value of the auction rate securities, because the underlying assets for these securities are almost entirely backed by the U.S. federal government. In addition, we entered into an agreement with the broker from whom we purchased these securities, whereby at anytime during the period from June 30, 2010 through July 2, 2012, we are entitled to sell the then remaining outstanding balance of these securities, if any, to such broker at par. Our holdings of auction rate securities represent less than one percent of our total cash and cash equivalents and short-term investments balance as of December 31, 2008. We believe that any difference between our estimate of fair value of our investments and an estimate that would be arrived at by another party would have no impact on earnings, since such difference would also be recorded to accumulated other comprehensive income. We will re-evaluate each of these factors as market conditions change in subsequent periods.

In October 2008, we entered into an agreement (the Agreement) with the investment firm that sold the Company a portion of its auction rate securities, which have a par value of approximately $19 as at December 31, 2008. By entering into the Agreement, we (1) received the right (Put Option) to sell these auction rate securities back to the investment firm at par, at our sole discretion, anytime during the period from June 30, 2010 through July 2, 2012, and (2) gave the investment firm the right to purchase these auction rate securities or sell them on our behalf at par anytime after the execution of the Agreement through July 2, 2012. We elected to measure the

HIGHLY CONFIDENTIAL      NNC-NNL06001427 / 83

**Table of Contents**

Put Option under the fair value option of SFAS No. 159, "The Fair Value Option for Financial Assets and Financial Liabilities- Including an amendment of FASB Statement No. 115" (SFAS 159), and recorded a pre- tax income of approximately $3, and recorded a corresponding long term investment. Simultaneously, we transferred these auction rate securities from available- for- sale to trading investment securities. As a result of this transfer, we recognized a pre- tax impairment loss of approximately $3. The recording of the Put Option and the recognition of the impairment loss resulted in no net impact to the Consolidated Statement of Earnings for the year ended December 31, 2008. We anticipate that any future changes in the fair value of the Put Option will be offset by the changes in the fair value of the related auction rate securities with no material net impact to the Consolidated Statement of Earnings. The Put Option will continue to be measured at fair value utilizing Level 3 inputs until the earlier of its maturity or exercise.

We determine the value of the majority of derivatives we enter into utilizing standard valuation techniques. Depending on the type of derivative, the valuation could be calculated through either discounted cash flows or the Black- Scholes model. The key inputs depend upon the type of derivative, and include interest rate yield curves, foreign exchange spot and forward rates, and expected volatility. We have consistently applied these valuation techniques in all periods presented and believe we have obtained the most accurate information available for the types of derivative contracts we hold.

*Senior Notes Offering*

On May 28, 2008, NNL completed the offering of the 2016 Fixed Rate Notes issued May 2008 in the U.S. to qualified institutional buyers pursuant to Rule 144A under the Securities Act to persons outside the U.S. pursuant to Regulation S under the Securities Act and to accredited investors in Canada pursuant to applicable private placement exemptions.

The 2016 Fixed Rate Notes issued May 2008 were issued as additional notes under an existing indenture dated as of July 5, 2006 as supplemented, (2006 Indenture), and are part of the same series as NNL's currently outstanding $450 aggregate principal amount of 10.75% Senior Notes due 2016 that were issued on July 5, 2006 (2016 Fixed Rate Notes issued July 2006), under the 2006 Indenture. The 2016 Fixed Rate Notes issued May 2008 and the 2016 Fixed Rate Notes issued July 2006 have the same ranking, guarantee structure, interest rate, maturity date and other terms and are treated as a single class of securities under the indenture and holders will vote together as one class. The 2016 Fixed Rate Notes issued May 2008 and the related guarantees are initially not fungible for trading purposes with the 2016 Fixed Rate Notes issued July 2006.

The net proceeds received from the sale of the 2016 Fixed Rate Notes issued May 2008 were approximately $655, after deducting discount on issuance of $7 and commissions and other offering expenses of $13. On June 16, 2008, we used these net proceeds, together with available cash, to redeem, at par, $675 outstanding principal amount of our 4.25% Notes due 2008.

**Future Uses and Sources of Liquidity**

The matters described below, to the extent that they relate to future events or expectations, may be significantly affected by our Creditor Protection Proceedings. Those proceedings will involve, or may result in, various restrictions on our activities, the need to obtain third party approvals for various matters and potential impacts on vendors, suppliers, customers and others with whom we may conduct or seek to conduct business. In particular, as a result of the Creditor Protection Proceedings, our current expectation on pension plan funding in 2009 and beyond is uncertain at this time and subject to change.

HIGHLY CONFIDENTIAL  NNC-NNL06001427 / 84

Table of Contents

*Future Uses of Liquidity*

Our cash requirements for the 12 months commencing January 1, 2009 are primarily expected to consist of funding for operations, including our investments in R&D, and the following items:

cash contributions to our defined benefit pension plans and our post- retirement and post- employment benefit plans of approximately $148, assuming current funding rules and current plan design;

purchase of certain Flextronics inventory in the total amount of $120;

capital expenditures of approximately $60; and

costs related to workforce reductions and real estate actions in connection with our active workforce and other restructuring plans of approximately $160.

*Contractual cash obligations*

The following table summarizes our contractual cash obligations as of December 31, 2008, for debt, operating leases, purchase obligations, outsourcing contracts, obligations under special charges, pension, post- retirement benefits and post- employment obligations, acquisitions and other liabilities. Our current contractual obligations are subject to re- evaluation in connection with our Creditor Protection Proceedings. As a result, obligations as currently quantified in the table below and in the text immediately following the footnotes to the table will continue to change. The table below does not include contracts that we have successfully rejected through our Creditor Protection Proceedings. The table also does not include commitments that are contingent on events or other factors that are uncertain or unknown at this time.

| | Payments Due | | | | | | Total |
|---|---|---|---|---|---|---|---|
| Contractual Cash Obligations[a] | 2009 | 2010 | 2011 | 2012 | 2013 | Thereafter | Obligations |
| Long- term debt[b] | $ 24 | $ 25 | $ 1,027 | $ 604 | $ 696 | $ 2,126 | $ 4,502 |
| Interest on Long- term debt[c] | 315 | 315 | 274 | 217 | 189 | 592 | 1,902 |
| Operating leases[d] | 99 | 93 | 77 | 60 | 50 | 267 | 646 |
| Purchase obligations | 17 | 9 | 3 | - | - | - | 29 |
| Outsourcing contracts | 19 | - | - | - | - | - | 19 |
| Obligations under special charges | 39 | 57 | 52 | 50 | 49 | 164 | 411 |
| Pensions, post- retirement benefits and post- employment obligations[e] | 148 | - | - | - | - | - | 148 |
| Acquisitions | - | - | - | - | - | 17 | 17 |
| Other long- term liabilities reflected on the balance sheet[f] | 23 | 3 | 2 | 3 | 2 | 113 | 146 |
| Total contractual cash obligations | $ 684 | $ 502 | $ 1,435 | $ 934 | $ 986 | $ 3,279 | $ 7,820 |

(a)  Amounts represent our known, undiscounted, minimum contractual payment obligations under our long- term obligations and include amounts identified as contractual obligations in current liabilities of the 2008 Financial Statements as of December 31, 2008.

(b)  Includes principal payments due on long- term debt and $267 of capital lease obligations. For additional information, see note 12, "Long- term debt", to the 2008 Financial Statements.

(c)  Amounts represent interest obligations on our long- term debt excluding capital leases as at December 31, 2008. As described in note 13, "Financial instruments and hedging activities", to the 2008 Financial Statements, we have entered into certain interest rate swap contracts, which swap fixed rate payments for floating rate payments. For the purposes of estimating our future payment obligations with regards to floating rate payments, we have used the floating rate in effect as of December 31, 2008.

(d)  For additional information, see note 15, "Commitments", to the 2008 Financial Statements.

(e)  Represents our 2009 estimate cash funding of our 2009 pension, post- retirement and post- employment plans. We will continue to have funding obligations in each future period; however, we are not currently able to estimate those amounts.

(f)  Includes asset retirement obligations, deferred compensation and tax liabilities under FASB Interpretation No. 48, Accounting for Uncertainty in Income Taxes. $15 has been classified as current and therefore reflected in 2008 and $92 in "Thereafter", as we are unable to reasonably project the ultimate amount or timing of settlement of our reserves for income taxes. See note 8, "Income taxes" to the 2008 Financial Statements for further discussion.

**Table of Contents**

As a result of the Creditor Protection Proceedings, we are not able to determine the amounts and timing of our contractual cash obligations. Accordingly, the preceding table reflects the scheduled maturities based on the original payment terms specified in the underlying agreement or contract. Future payment timing and amounts are expected to be modified as a result of the recognition under the Creditor Protection Proceedings.

*Purchase obligations*

Purchase obligation amounts in the above table represent the minimum obligation under our supply arrangements related to products and/or services entered into in the normal course of our business. Where the related contract specifies quantity, pricing and timing information, we have included that arrangement in the amounts presented above. In certain cases, these arrangements define an end date of the contract, but do not specify timing of payments between December 31, 2008 and such end date. In those cases, we have estimated the timing of the payments based on forecasted usage rates.

*Outsourcing contracts*

Outsourcing contract amounts in the table above represent our minimum contractual obligations for services provided to us for a portion of our information services function. The amounts payable under these outsourcing contracts is variable to the extent that our hardware volumes and workforce fluctuates from the baseline levels contained in the contracts, and our contractual obligations could increase above such baseline amount. If our hardware volumes or workforce were to fall below the baseline levels in the contracts, we nevertheless would be required to make the minimum payments noted above.

*Obligations under special charges*

Obligations under special charges in the above table reflect undiscounted amounts related to contract settlement and lease costs, and are expected to be substantially drawn down by the end of 2022. Balance sheet provisions of $117 for workforce reduction costs, included in restructuring in current liabilities in the accompanying audited consolidated financial statements, have not been reflected in the contractual cash obligations table above.

*Pension and post- retirement obligations*

During 2008, we made cash contributions to our defined benefit pension plans of $275 and to our post- retirement and post- employment benefit plans of $68. Assuming current funding rules and current plan design, estimated 2009 cash contributions to our defined benefit pension plans and our post- retirement and post- employment benefit plans are approximately $75 and $73, respectively. For further information, see "Application of Critical Accounting Policies and Estimates- Pension and Post- retirement Benefits", below in this section of this report. The preceding table above does not include an intercompany guarantee agreement whereby NNL indemnifies the U.K. pension trust for any amounts due that Nortel Networks U.K. Limited (NNUK) does not pay under a Funding Agreement executed on November 21, 2006. As a result NNL guarantees NNUK's performance under the November 21, 2006 Funding Agreement. The table also does not include an intercompany guarantee agreement whereby NNL indemnifies the trustees of the U.K. Fund on the insolvency of NNUK and consequent windup of the U.K. plan.

*Acquisitions*

As a result of the acquisitions made in 2008, we may be liable for future cash obligations of up to $17 based on the achievement of future business milestones. See "Other Significant Business Developments- Acquisitions and Divestitures" in this section of this report for additional information. This amount has been classified as "Thereafter" as we are unable to reasonably project the ultimate amount or timing of settlement of these contingent payments.

HIGHLY CONFIDENTIAL     NNC-NNL06001427 / 86

Table of Contents

*Other long- term liabilities reflected on the balance sheet*

Other long- term liabilities reflected on the balance sheet relate to asset retirement obligations and deferred compensation accruals. Payment information related to our asset retirement obligations has been presented based on the termination date after the first renewal period of the associated lease contracts. Payment information related to our deferred compensation accruals has been presented based on the anticipated retirement dates of the employees participating in the programs.

*Future Sources of Liquidity*

*Available support facility*

In 2003, NNL entered into the $750 EDC Support Facility with EDC. NNL's obligations under the EDC Support Facility are guaranteed by NNI. The EDC Support Facility's termination date is December 31, 2011, subject to automatic annual renewal of the facility each following year, unless either party provides written notice to the other of its intent to terminate.

As of December 31, 2008, the EDC Support Facility provided for up to $750 in support including:

$300 of committed revolving support for performance bonds or similar instruments with individual amounts of up to $25, of which $125 was outstanding; and

$450 of uncommitted revolving support for performance bonds or similar instruments and/or receivables sales and/or securitizations, of which $63 was outstanding.

The EDC Support Facility provides that EDC may suspend its obligation to issue NNL any additional support if events occur that could have a material adverse effect on NNL's business, financial position or results of operation. In addition, the EDC Support Facility can be suspended or terminated if an event of default has occurred and is continuing under the EDC Support Facility or if NNL's senior unsecured long- term corporate debt rating by Moody's has been downgraded to less than B3 or if its debt rating by S&P has been downgraded to less than B- .

On December 15, 2008, following a downgrade by Moody's of NNC's corporate family rating to Caa2, NNL executed a standstill and waiver agreement with EDC.

Effective January 14, 2009, due to the Creditor Protection Proceedings, NNL entered into an agreement with EDC to permit continued access by NNL to the EDC Support Facility for an interim period to February 13, 2009, for up to $30 of support based on our then estimated requirements over the period. On February 10, 2009, EDC agreed to extend this interim period to May 1, 2009. This support is secured by a charge on the Canadian Debtors' assets. See the Properties section of our 2008 Annual Report. In this agreement, EDC also agreed to waive certain conditions and temporarily refrain from acting with respect to certain events of default relating to the Creditor Protection Proceedings and certain credit rating events. We and EDC continue to work together to see if a longer term arrangement, acceptable to both parties, can be reached.

**Credit Ratings**

On November 10, 2008, S&P placed NNL's Corporate Credit Rating on CreditWatch with negative implications and at the same time revised the ratings on NNL's preferred shares to C from CCC- . On December 15, 2008 Moody's downgraded NNC's Ratings to Caa2 from B3 and the Rating on NNL's preferred shares to Ca from Caa1. On January 14, 2009 S&P lowered NNL's Corporate Credit Rating to D from B- and at the same time lowered the ratings on NNL's preferred shares to D from C. On January 15, 2009 Moody's downgraded NNC's Ratings to Ca from Caa2 and the rating on NNL's preferred shares to C from Ca and following these rating actions has withdrawn all ratings.

81

HIGHLY CONFIDENTIAL

NNC-NNL06001427 / 87

Table of Contents

## Off- Balance Sheet Arrangements

**Bid, Performance- Related and Other Bonds**

During the normal course of business, we provide bid, performance, warranty and other types of bonds, which we refer to collectively as bonds, via financial intermediaries to various customers in support of commercial contracts, typically for the supply of telecommunications equipment and services. If we fail to perform under the applicable contract, the customer may be able to draw upon all or a portion of the bond as a remedy for our failure to perform. An unwillingness or inability to issue bid and performance related bonds could have a material negative impact on our revenues and gross margin. The contracts that these bonds support generally have terms ranging from one to five years. Bid bonds generally have a term of less than twelve months, depending on the length of the bid period for the applicable contract. Performance- related and other bonds generally have a term consistent with the term of the underlying contract. Historically, we have not made, and we do not anticipate that we will be required to make, material payments under these types of bonds.

The following table provides information related to these types of bonds as of:

|  | For the Years Ended December 31, | | |
|---|---|---|---|
|  | **2008** | | **2007** |
| Bid and performance- related bonds[a] | $ | 167 | $ | 155 |
| Other bonds[b] |  | 57 |  | 54 |
| Total bid, performance- related and other bonds | $ | 224 | $ | 209 |

(a)  Net of restricted cash and cash equivalents amounts of $4 and $5 as of December 31, 2008 and December 31, 2007, respectively.

(b)  Net of restricted cash and cash equivalents amounts of $7 and $27 as of December 31, 2008 and December 31, 2007, respectively.

The EDC Support Facility is used to support bid, performance- related and other bonds with varying terms. Any bid or performance- related bond will be supported under the EDC Support Facility with expiry dates of up to four years, assuming we and EDC are successful in implementing a long-term arrangement. See "Future Sources of Liquidity Available support facility" in this section of this report.

## Application of Critical Accounting Policies and Estimates

Our accompanying audited consolidated financial statements are based on the selection and application of accounting policies generally accepted in the U.S., which require us to make significant estimates and assumptions. We believe that the following accounting policies and estimates may involve a higher degree of judgment and complexity in their application and represent our critical accounting policies and estimates: revenue recognition, provisions for doubtful accounts, provisions for inventory, provisions for product warranties, income taxes, goodwill valuation, pension and post- retirement benefits, special charges and other contingencies.

In general, any changes in estimates or assumptions relating to revenue recognition, provisions for doubtful accounts, provisions for inventory and other contingencies (excluding legal contingencies) are directly reflected in the results of our reportable operating segments. Changes in estimates or assumptions pertaining to our tax asset valuations, our pension and post- retirement benefits and our legal contingencies are generally not reflected in our reportable operating segments, but are reflected on a consolidated basis.

We have discussed the application of these critical accounting policies and estimates with the Audit Committee of our Board of Directors.

**Revenue Recognition**

Our material revenue streams are the result of a wide range of activities, from custom design and installation over a period of time to a single delivery of equipment to a customer. Our networking solutions also cover a

82

Table of Contents

broad range of technologies and are offered on a global basis. As a result, our revenue recognition policies can differ depending on the level of customization and essential services within the solution and the contractual terms with the customer. Various technologies within one of our reporting segments may also have different revenue recognition implications depending on, among other factors, the specific performance and acceptance criteria within the applicable contract. Therefore, management must use significant judgment in determining how to apply the current accounting standards and interpretations, not only based on the overall solution, but also within solutions based on reviewing the level and types of services required and contractual terms with the customer. As a result, our revenues may fluctuate from period to period based on the mix of solutions sold and the geographic region in which they are sold.

We regularly enter into multiple contractual agreements with the same customer. These agreements are reviewed to determine whether they should be evaluated as one arrangement in accordance with AICPA Technical Practice Aid 5100.39, "Software Revenue Recognition for Multiple- Element Arrangements".

When a customer arrangement involves multiple deliverables where the deliverables are governed by more than one authoritative standard, we evaluate all deliverables to determine whether they represent separate units of accounting based on the following criteria:

whether the delivered item has value to the customer on a stand- alone basis;

whether there is objective and reliable evidence of the fair value of the undelivered item(s); and

if the contract includes a general right of return relative to the delivered item, delivery or performance of the undelivered item(s) is considered probable and is substantially in our control.

Our determination of whether deliverables within a multiple element arrangement can be treated separately for revenue recognition purposes involves significant estimates and judgment, such as whether fair value can be established for undelivered obligations and/or whether delivered elements have stand- alone value to the customer. Changes to our assessment of the accounting units in an arrangement and/or our ability to establish fair values could significantly change the timing of revenue recognition.

If objective and reliable evidence of fair value exists for all units of accounting in the arrangement, revenue is allocated to each unit of accounting or element based on relative fair values. In situations where there is objective and reliable evidence of fair value for all undelivered elements, but not for delivered elements, the residual method is used to allocate the arrangement consideration. Under the residual method, the amount of revenue allocated to delivered elements equals the total arrangement consideration less the aggregate fair value of any undelivered elements. Each unit of accounting is then accounted for under the applicable revenue recognition guidance. If sufficient evidence of fair value cannot be established for an undelivered element, revenue and related cost for delivered elements are deferred until the earlier of when fair value is established or all remaining elements have been delivered. Once there is only one remaining element to be delivered within the unit of accounting, the deferred revenue and costs are recognized based on the revenue recognition guidance applicable to the last delivered element. For instance, where post- contract customer support ("PCS") is the last delivered element within the unit of accounting, the deferred revenue and costs are recognized ratably over the remaining PCS term once PCS is the only undelivered element. Our assessment of which authoritative standard is applicable to an element also can involve significant judgment. For instance, the determination of whether software is more than incidental to a hardware element determines whether the hardware element is accounted for pursuant to AICPA Statement of Position (SOP) 97- 2, "Software Revenue Recognition" (SOP 97- 2), or based on general revenue recognition guidance as set out in SEC Staff Accounting Bulletin (SAB) 104, "Revenue Recognition" (SAB 104). This assessment could significantly impact the amount and timing of revenue recognition.

Many of our products are integrated with software that is embedded in our hardware at delivery and where the software is essential to the functionality of the hardware. In those cases where indications are that software is more than incidental to the product, such as where the transaction includes software upgrades or enhancements,

83

Table of Contents

we apply software revenue recognition rules to determine the amount and timing of revenue recognition. The assessment of whether software is more than incidental to the hardware requires significant judgment and may change over time as our product offerings evolve. A change in this assessment, whereby software becomes more than incidental to the hardware product may have a significant impact on the timing of recognition of revenue and related costs.

For elements related to customized network solutions and certain network build- outs, revenues are recognized in accordance with SOP 81- 1, "Accounting for Performance of Construction- Type and Certain Production- Type Contracts" (SOP 81- 1), generally using the percentage- of- completion method. In using the percentage- of- completion method, revenues are generally recorded based on the percentage of costs incurred to date on a contract relative to the estimated total expected contract costs. Profit estimates on these contracts are revised periodically based on changes in circumstances and any losses on contracts are recognized in the period that such losses become evident. Generally, the terms of SOP 81- 1 contracts provide for progress billings based on completion of certain phases of work. Unbilled SOP 81- 1 contract revenues recognized are accumulated in the contracts in progress account included in accounts receivable- net. Billings in excess of revenues recognized to date on these contracts are recorded as advance billings in excess of revenues recognized to date on contracts within other accrued liabilities until recognized as revenue. This classification also applies to billings in advance of revenue recognized on combined units of accounting under Emerging Issues Task Force (EITF) Issue No 00- 21, "Revenue Arrangements with Multiple Deliverables" (EITF 00- 21), that contain both SOP 81- 1 and non- SOP 81- 1 elements. Significant judgment is required when estimating total contract costs and progress to completion on the arrangements as well as whether a loss is expected to be incurred on the contract. Management uses historical experience, project plans and an assessment of the risks and uncertainties inherent in the arrangement to establish these estimates. Uncertainties include implementation delays or performance issues that may or may not be within our control. Changes in these estimates could result in a material impact on revenues and net earnings (loss).

If we are unable to develop reasonably dependable cost or revenue estimates, the completed contract method is applied under which all revenues and related costs are deferred until the contract is completed. The completed contract method is also applied to all SOP 81- 1 units of accounting valued at under $0.5, as these are generally short- term in duration and our results of operations would not vary materially from those resulting if we applied the percentage- of- completion method of accounting.

Revenue for hardware that does not require significant customization, and where any software is considered incidental, is recognized under SAB 104. Under SAB 104, revenue is recognized provided that persuasive evidence of an arrangement exists, delivery has occurred or services have been rendered, the fee is fixed or determinable and collectability is reasonably assured.

For hardware, delivery is considered to have occurred upon shipment provided that risk of loss, and in certain jurisdictions, legal title, has been transferred to the customer. For arrangements where the criteria for revenue recognition have not been met because legal title or risk of loss on products did not transfer to the buyer until final payment had been received or where delivery had not occurred, revenue is deferred to a later period when title or risk of loss passes either on delivery or on receipt of payment from the customer as applicable. For arrangements where the customer agrees to purchase products but we retain physical possession until the customer requests delivery, or "bill and hold" arrangements, revenue is not recognized until delivery to the customer has occurred and all other revenue recognition criteria have been met.

Revenue for software and software- related elements is recognized pursuant to SOP 97- 2. Software- related elements within the scope of SOP 97- 2 are defined in EITF 03- 5, "Applicability of AICPA Statement of Position 97- 2 to Non- Software Deliverables in an Arrangement Containing More- Than- Incidental Software", as those explicitly included within paragraph 9 of SOP 97- 2 (e.g. software products, upgrades/enhancements, post- contract customer support, and services) as well as any non- software deliverable(s) for which a software deliverable is deemed essential to its functionality. For software arrangements involving multiple elements, we allocate revenue

84