**Table of Contents**

to each element based on the relative fair value or the residual method, as applicable, using vendor specific objective evidence to determine fair value, which is based on prices charged when the element is sold separately. Software revenue accounted for under SOP 97- 2 is recognized when persuasive evidence of an arrangement exists, the software is delivered in accordance with all terms and conditions of the customer contracts, the fee is fixed or determinable and collectability is probable. Revenue related to PCS, including technical support and unspecified when- and- if available software upgrades, is recognized ratably over the PCS term.

We make certain sales through multiple distribution channels, primarily resellers and distributors. These customers are generally given certain rights of return. For products sold through these distribution channels, revenue is recognized from product sales at the time of shipment to the distribution channel when persuasive evidence of an arrangement exists, delivery has occurred, the fee is fixed or determinable and collectibility is probable. Accruals for estimated sales returns and other allowances and deferrals are recorded as a reduction of revenue at the time of revenue recognition. These provisions are based on contract terms and prior claims experience and involve significant estimates. If these estimates are significantly different from actual results, our revenue could be impacted.

The collectibility of trade and notes receivables is also critical in determining whether revenue should be recognized. As part of the revenue recognition process, we determine whether trade or notes receivables are reasonably assured of collection and whether there has been deterioration in the credit quality of our customers that could result in our inability to collect the receivables. We will defer revenue but recognize related costs if we are uncertain about whether we will be able to collect the receivable. As a result, our estimates and judgment regarding customer credit quality could significantly impact the timing and amount of revenue recognition. We generally do not sell under arrangements with extended payment terms.

We have a significant deferred revenue balance relative to our consolidated revenue. Recognition of this deferred revenue over time can have a material impact on our consolidated revenue in any period and result in significant fluctuations.

The complexities of our contractual arrangements result in the deferral of revenue for a number of reasons, the most significant of which are discussed below:

>   Complex arrangements that involve multiple deliverables such as future software deliverables and/or post- contract support which remain undelivered generally result in the deferral of revenue because, in most cases, we have not established fair value for the undelivered elements. We estimate that these arrangements account for approximately 64% of our deferred revenue balance and will be recognized upon delivery of the final undelivered elements and over time.

>   In many instances, our contractual billing arrangements do not match the timing of the recognition of revenue. Often this occurs in contracts accounted for under SOP 81- 1 where we generally recognize the revenue based on a measure of the percentage of costs incurred to date relative to the estimated total expected contract costs. We estimate that approximately 8% of our deferred revenue balance relates to contractual arrangements where billing milestones preceded revenue recognition.

The impact of the deferral of revenues on our liquidity is discussed in "Liquidity and Capital Resources- Operating Activities" above.

The following table summarizes our deferred revenue balances:

|  | As at December 31, | | | |
| --- | --- | --- | --- | --- |
|  | 2008 | 2007 | $ Change | % Change |
| Deferred revenue | $          1,243 | $          1,619 | $          (376) | (23) |
| Advance billings | 751 | 1,490 | (739) | (50) |
| Total deferred revenue | $          1,994 | $          3,109 | $          (1,115) | (36) |

85

**Table of Contents**

Total deferred revenue decreased by $1,115 in 2008 as a result of reductions related to the net release of approximately $936, other adjustments of $11 and foreign exchange fluctuations of $168. The release of deferred revenue to revenue is net of additional deferrals recorded during 2008.

**Provisions for Doubtful Accounts**

In establishing the appropriate provisions for trade, notes and long- term receivables due from customers, we make assumptions with respect to their future collectability. Our assumptions are based on an individual assessment of a customer's credit quality as well as subjective factors and trends. Generally, these individual credit assessments occur prior to the inception of the credit exposure and at regular reviews during the life of the exposure and consider:

age of the receivables;

customer's ability to meet and sustain its financial commitments;

customer's current and projected financial condition;

collection experience with the customer;

historical bad debt experience with the customer;

the positive or negative effects of the current and projected industry outlook; and

the economy in general.

Once we consider all of these individual factors, an appropriate provision is then made, which takes into consideration the likelihood of loss and our ability to establish a reasonable estimate.

In addition to these individual assessments, a regional accounts past due provision is established for outstanding trade accounts receivable amounts based on a review of balances greater than six months past due. A regional trend analysis, based on past and expected write- off activity, is performed on a regular basis to determine the likelihood of loss and establish a reasonable estimate.

The following table summarizes our accounts receivable and long- term receivable balances and related reserves:

| | As at December 31, | | | |
|---|---|---|---|---|
| | **2008** | | **2007** | |
| Gross accounts receivable | $ | 2,190 | $ | 2,645 |
| Provision for doubtful accounts | | (36) | | (62) |
| Accounts receivable- net | $ | 2,154 | $ | 2,583 |
| | | | | |
| Accounts receivable provision as a percentage of gross accounts receivable | | 2% | | 2% |
| Gross long- term receivables | $ | 80 | $ | 44 |
| Provision for doubtful accounts | | (37) | | (35) |
| Net long- term receivables | $ | 43 | $ | 9 |
| | | | | |
| Long- term receivables provision as a percentage of gross long- term receivables | | 46% | | 80% |

**Provisions for Inventories**

Management must make estimates about the future customer demand for our products when establishing the appropriate provisions for inventories. When making these estimates, we consider general economic conditions and growth prospects within our customers' ultimate marketplace, and the market acceptance of our current and pending products. These judgments must be made in the context of our customers' shifting technology needs and changes in the geographic mix of our customers. With respect to our provisioning policy, in general, we fully reserve for surplus

86

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 92

Table of Contents

inventory in excess of our 365 day demand forecast or that we deem to be obsolete. Generally, our inventory provisions have an inverse relationship with the projected demand for our products. For example, our provisions usually increase as projected demand decreases due to adverse changes in the conditions mentioned above. We have experienced significant changes in required provisions in recent periods due to changes in strategic direction, such as discontinuances of product lines, as well as declining market conditions. A misinterpretation or misunderstanding of any of these conditions could result in inventory losses in excess of the provisions determined to be appropriate as of the balance sheet date.

Our inventory includes certain direct and incremental deferred costs associated with arrangements where title and risk of loss was transferred to customers but revenue was deferred due to other revenue recognition criteria not being met. We have not recorded excess and obsolete provisions against this type of inventory.

The following table summarizes our inventory balances and other related reserves:

| | As at December 31, | | |
| --- | --- | --- | --- |
| | 2008 | | 2007 |
| Gross inventory | $ | 2,104 | $ | 3,118 |
| Inventory provisions | | (481) | | (907) |
| Inventories- net(a) | $ | 1,623 | $ | 2,211 |
| Inventory provisions as a percentage of gross inventory | | 23% | | 29% |
| Inventory provisions as a percentage of gross inventory excluding deferred costs(b) | | 49% | | 64% |

(a) Includes the long- term portion of inventory related to deferred costs of $146 and $209 as of December 31, 2008 and December 31, 2007, respectively, which is included in other assets.

(b) Calculated excluding deferred costs of $1,130 and $1,698 as of December 31, 2008 and December 31, 2007, respectively.

Inventory provisions decreased by $426 primarily as a result of $441 of scrapped inventory, $63 of previously reserved inventory (including $38 of consigned inventory), and foreign exchange adjustments of $107, partially offset by $185 of additional inventory provisions. In the future, we may be required to make significant adjustments to these provisions for the sale and/or disposition of inventory that was provided for in prior periods.

**Provisions for Product Warranties**

Provisions are recorded for estimated costs related to warranties given to customers on our products to cover defects. These provisions are calculated based on historical return rates as well as on estimates that take into consideration the historical material costs and the associated labor costs to correct the product defect. Known product defects are specifically provided for as we become aware of such defects. Revisions are made when actual experience differs materially from historical experience. These provisions for product warranties are part of the cost of revenues and are accrued when the product is delivered and recognized in the same period as the related revenue. They represent the best possible estimate, at the time the sale is made, of the expenses to be incurred under the warranty granted. Warranty terms generally range from one to six years from the date of sale depending upon the product. Warranty related costs incurred prior to revenue being recognized are capitalized and recognized as an expense when the related revenue is recognized.

We accrue for warranty costs as part of our cost of revenues based on associated material costs and labor costs. Material cost is estimated based primarily upon historical trends in the volume of product returns within the warranty period and the cost to repair or replace the product. Labor cost is estimated based primarily upon historical trends in the rate of customer warranty claims and projected claims within the warranty period.

87

**Table of Contents**

The following table summarizes the accrual for product warranties that was recorded as part of other accrued liabilities in the consolidated balance sheets:

| | As at December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2008** | | **2007** | |
| Balance at the beginning of the year | $ | 214 | $ | 217 |
| Payments | | (178) | | (182) |
| Warranties issued | | 213 | | 267 |
| Revisions | | (63) | | (88) |
| Balance at the end of the year | $ | 186 | $ | 214 |

We engage in extensive product quality programs and processes, including actively monitoring and evaluating the quality of our component suppliers. Our estimated warranty obligation is based upon warranty terms, ongoing product failure rates, historical material costs and the associated labor costs to correct the product defect. If actual product failure rates, material replacement costs, service or labor costs differ from our estimates, revisions to the estimated warranty provision would be required. If we experience an increase in warranty claims compared with our historical experience, or if the cost of servicing warranty claims is greater than the expectations on which the accrual is based, our gross margin could be negatively affected.

Revisions to warranty provisions include releases and foreign currency exchange adjustments. The $63 of revisions relates to releases, consisting of $55 of warranty releases and $8 of known product defect releases. These releases reduced cost of revenues during 2008 by $63. The warranty releases were primarily due to declines in cost of sales for specific product portfolios to which our warranty estimates apply, as well as declines in various usage rates and warranty periods.

**Income Taxes**

*Tax Asset Valuation*

As of December 31, 2008, our deferred tax asset balance was $6,263, against which we have recorded a valuation allowance of $6,231, resulting in a net deferred tax asset of $32. As of December 31, 2007, our net deferred tax asset was $3,323. The reduction of $3,291 is primarily attributable to a write- down of the deferred tax assets in all tax jurisdictions (other than joint ventures in Korea and Turkey) through an increase in the valuation allowance, the effects of foreign exchange translation and the normal changes in deferred tax assets for profitable jurisdictions resulting from operations in the ordinary course of business. Prior to the December 31, 2008 write- down we had deferred tax assets resulting from net operating loss carryforwards, tax credit carryforwards and deductible temporary differences, which are available to reduce future income taxes payable in our significant tax jurisdictions (namely Canada, the U.S., the U.K. and France). With the exception of deferred tax assets in Korea and Turkey, we have provided a full valuation allowance against the net deferred tax assets including the loss carryforwards.

The realization of our net deferred tax asset is dependent on the generation of future pre- tax income sufficient to realize the tax deductions and credits. Our expectations about future pre- tax income are based on detailed forecasts through 2011, which are based in part on assumptions about market growth rates and cost reduction initiatives. To estimate future pre- tax income beyond 2011, we use model forecasts based on market growth rates. The expanding global economic downturn and the commencement of the Creditor Protection Proceedings led us to conclude that the forecasts became less reliable as compared to prior periods. As a result, we are unable to rely on the forecasts as positive evidence to overcome the significant negative evidence and uncertainty. We determined that there was significant negative evidence supporting our conclusion that the tax benefit of our deferred tax asset was not more likely than not to be realized in future tax years in all tax jurisdictions other than Korea and Turkey. Therefore, a full valuation allowance was necessary against our net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are realizable through the reversal of existing taxable temporary differences.

88

Table of Contents

Prior to the fourth quarter of 2008, we assessed the expected realization of our deferred tax assets quarterly to determine whether an income tax valuation allowance is required. Based on available evidence, both positive and negative, we determine whether it is more likely than not that all or a portion of the remaining net deferred tax assets will be realized. The main factors that we believe provide evidence about the realizability of our net deferred tax asset are discussed in further detail below and include the following:

the amount of, and trends related to, cumulative earnings or losses realized over the most recent 12 quarters;

our current period net earnings (loss) and its impact on our history of earnings;

future earnings (loss) projections as determined through the use of internal forecasts, including the impact of sales backlog and existing contracts;

our ability to carryforward our tax losses and investment tax credits, including tax planning strategies to accelerate utilization of such assets; and

industry, business, or other circumstances that may adversely affect future operations, and the nature of the future income required to realize our deferred tax assets.

In evaluating the positive and negative evidence, the weight we assign each type of evidence is proportionate to the extent to which it can be objectively verified.

During the third quarter of 2008, the potential for an expanding global economic downturn had a negative effect on, and created uncertainty around our near-term modeled forecasts of taxable income. While our mid- to long-term financial outlook remained positive, significant uncertainty about the global economy during the third quarter of 2008 led us to revise downward our near-term modeled forecasts. To realize the deferred tax assets in our significant tax jurisdictions, these revisions resulted in a need to rely on an increased proportion of future taxable income generated by later years and an extended forecasting period. However, by their nature, modeled forecasted results become less objective and verifiable the further away they are from the current year. Accordingly, we concluded that we needed to shorten the timeframe on which we rely on these modeled forecasts and increased our valuation allowance by $2,069 as at September 30, 2008, as we no longer believed that we can meet the criteria to conclude that the related tax benefit was more likely than not to be realized.

Primarily as a result of cumulative losses arising from significant operating losses incurred during the severe downturn in the telecommunications industry in 2001 and 2002, we had maintained a partial valuation allowance against our deferred tax assets in certain major jurisdictions (namely Canada, the U.S. and France). An important aspect of establishing a valuation allowance against only a portion of our deferred tax assets was the weight assigned to our estimates of future profitability, including a significant sales backlog exceeding $5,000 as at December 31, 2007. In our judgment, estimates of near-, mid- and longer-term future profitability, our ability to carryforward tax losses and investment tax credits, and industry and business circumstances, were sufficient to overcome negative evidence, including cumulative losses, with regard to a portion of the deferred tax assets up to the fourth quarter of 2007. However, in the fourth quarter of 2007, there were a number of events that had a negative effect on the recoverability of our deferred tax assets in Canada and the time period over which we expected to realize the assets. As a result, in the fourth quarter of 2007, we adjusted our net deferred tax asset by recording an additional valuation allowance of approximately $1,064.

Revenue growth rates inherent in these forecasts are based on input from internal and external market intelligence research sources that compare factors such as growth in global economies, regional trends in the

89

**Table of Contents**

telecommunications industry and product evolutions from a technological segment basis. Macro economic factors such as changes in economies, product evolutions, industry consolidation and other changes beyond our control could have a positive or negative impact on achieving our targets. There are certain risks to this long range forecast that we considered in our assessment of the valuation allowances. Significant management judgment is required in determining this valuation allowance. We have recorded a valuation allowance of $6,231 at December 31, 2008 as described earlier in this section. If we establish a strong pattern of earnings in the future and the uncertainty associated with our near- term modeled forecasts of earnings decline, we may conclude that it is more likely than not that we will realize all or a portion of the deferred tax assets currently reserved. This would result in a benefit to income tax expense from the release of all or a portion of the valuation allowance. Depending on the extent of any release of the valuation allowance, we may also be required to begin recording income tax expense based on the applicable jurisdictional tax rate in effect at that time.

The following table provides the breakdown of our net deferred tax assets by significant jurisdiction as of December 31, 2008:

| | Tax benefit of losses | Net investment tax credits | Other temporary differences | Gross deferred tax asset | Valuation allowance | Net deferred tax asset |
|---|---|---|---|---|---|---|
| Canada[a] | $ 1,302 | $ 869 | $ 443 | $ 2,614 | $ (2,614) | $ - |
| United States[a] | 706 | 393 | 859 | 1,958 | (1,958) | - |
| United Kingdom | 348 | - | 264 | 612 | (612) | - |
| France | 424 | - | 21 | 445 | (445) | - |
| Other | 450 | - | 184 | 634 | (602) | 32 |
| Total | $ 3,230 | $ 1,262 | $ 1,771 | $ 6,263 | $ (6,231) | $ 32 |

(a)   Includes $160 of gross deferred tax assets and corresponding valuation allowance in Canada at NNC, and $165 of gross deferred tax assets and corresponding valuation allowance in the U.S. relative to wholly- owned direct and indirect U.S. subsidiaries of NNC primarily related to operating losses.

During a review of our cumulative profits calculations during the fourth quarter of 2007, we identified and corrected certain errors arising from a failure to accurately take into account the impact of transfer pricing allocations as a result of our restatements of prior period financial results, which resulted in additional cumulative losses being applied to Canada of $43 and additional earnings being applied to the U.S. of approximately $300 as of December 31, 2006. We have updated our assessment of the deferred tax assets valuation allowance as at December 31, 2006 and concluded that the identified errors would not have impacted our ultimate conclusions as to the established valuation allowances at that time.

*Transfer Pricing*

We have considered the potential impact on our deferred tax assets that may result from settling our existing applications for an Advance Pricing Arrangements (APA). We have requested that the APA currently under negotiation with authorities in Canada, the U.S. and the U.K. apply to the 2001 through 2005 taxation years (2001- 2005 APA). The 2001- 2005 APA is currently being negotiated by the pertinent taxing authorities. We are in the process of negotiating new bilateral APA requests for tax years 2007 through at least 2010 (the 2007- 2010 APA), with a request for rollback to 2006 in the U.S. and Canada, following methods generally similar to those under negotiation for 2001 through 2005.

While preparing the 2007- 2010 APA application for Canada, the U.S., U.K. and France we made some adjustments to the economics of our transfer pricing methodology (TPM). The adjustments resulted in decreases to deferred tax assets in the U.K. of $4 and $4 for 2006 and 2007, respectively. In other jurisdictions, changes resulting from adjustments to the new TPM impacted the level of deferred tax assets with an offset to valuation allowance and no impact to tax expense. With the exception of NNL, the original tax filings for 2007 in the U.S.,

90

Table of Contents

the U.K., Ireland and France will include the adjustments to the TPM and the 2006 tax filings will be amended to reflect such adjustments. The 2006 and 2007 tax filings for NNL will be amended to reflect the adjustments to the new TPM.

In September 2008, with respect to the 2001- 2005 APA under negotiation, the Canadian tax authorities provided the U.S. tax authorities with a supplemental position paper (Canadian Supplemental Position). We have evaluated the Canadian Supplemental Position and have adopted it under FASB Interpretation No. 48, "Accounting for Uncertainty in Income Taxes- an interpretation of FASB Statement No. 109" (FIN 48), as the most likely of the possible outcomes. We believe that the Canadian Supplemental Position provides a reallocation of losses between the U.S. and Canada that moves toward a compromise of the reallocation provided in the U.S. position (U.S. Position) paper. The supplemental position resulted in a decrease as at September 30, 2008 of the deferred tax assets in the U.S. of $345, with a corresponding reduction in the valuation allowance, and an increase in deferred tax assets of $378 in Canada, with a corresponding increase in the valuation allowance. We received verbal communication from the Internal Revenue Service (IRS) in December 2008 stating that a tentative settlement on the 2001- 2005 APA had been reached between the U.S. and Canadian taxing authorities. We have not received any written communication from the taxing authorities regarding the details of this tentative settlement. We expect the Canadian and U.S. tax authorities to meet to discuss the final settlement position in the next few quarters. We are unsure of the impact, if any, of the Creditor Protection Proceedings on the APA negotiations.

The U.K. and Canadian tax authorities are also parties to negotiations with respect to a bilateral APA for the 2001- 2005 APA. We are uncertain if the U.K. will adopt the Canadian Supplemental Position and therefore we have not recorded any adjustments to the deferred tax assets in the U.K. If adopted, the Canadian Supplemental Position would increase our deferred tax assets in the U.K. by $79. We expect the U.K. and Canadian tax authorities to advance negotiations regarding their 2001- 2005 bilateral APA upon conclusion of the U.S. and Canadian 2001- 2005 APA negotiations.

We are not a party to the government- to- government APA negotiations, but we do not believe the ultimate result of the negotiations will have an adverse impact on us or any further adverse impact on our deferred tax assets.

The impact of the ongoing government- to- government APA negotiations and ultimate settlement cannot be quantified by us at this time due to the uncertainties inherent in the negotiations between the tax authorities. As such, the ultimate settlement position could have a substantial impact on our transfer pricing methodology for future years. It is also uncertain whether the Creditor Protection Proceedings will have any impact on the ultimate resolution of the APAs. We continue to monitor the progress of the APA negotiations and will analyze the existence of new evidence, when available, as it relates to the APAs. We may make adjustments to the deferred tax and valuation allowance assessments, as appropriate, as additional evidence becomes available in future quarters.

*Valuation Allowance*

During the year ended December 31, 2008, our gross income tax valuation allowance increased to $6,231 compared to $3,389 as of December 31, 2007. The $2,842 increase was largely comprised of several significant items including $3,331 mainly relating to additional valuation allowances recorded against the tax benefit of current period losses and to the establishment of a full valuation allowance against our deferred tax assets in all major tax jurisdictions, other than deferred tax assets in joint venture operations in Korea and Turkey. In addition, $194 of additional valuation allowances were recorded against other comprehensive loss and $30 relating to operating losses acquired as part of the Novera acquisition. This is offset by net decreases to the valuation allowance of $713 as a result of decreases in the deferred tax assets in conjunction with FIN 48 and the impact of foreign currency translation of $707. In assessing the need for valuation allowances against our deferred tax assets, we considered the impact of the uncertainties surrounding the expanding global economic

91

Table of Contents

downturn and the Creditor Protection Proceedings, as well as the effect of these events on our revised modeled forecasts and the resulting increased uncertainty inherent in these forecasts. In light of these uncertainties, we determined that there was significant negative evidence against and insufficient positive evidence to support a conclusion that the tax benefit of our deferred tax asset was more likely than not to be realized in future tax years. Therefore, a full valuation allowance was necessary for all deferred tax assets that are not realizable through the reversal of existing taxable temporary differences or taxable income in carryback years.

*Tax Contingencies*

We adopted FIN 48 on January 1, 2007. The accounting estimates related to the liability for uncertain tax positions require us to make judgments regarding the sustainability of each uncertain tax position based on its technical merits. If we determine it is more likely than not a tax position will be sustained based on its technical merits, we record the impact of the position in our audited consolidated financial statements at the largest amount that is greater than 50% likely of being realized upon ultimate settlement. These estimates are updated at each reporting date based on the facts, circumstance and information available. We are also required to assess at each reporting date whether it is reasonably possible that any significant increases or decreases to the unrecognized tax benefits will occur during the next twelve months. See note 8, "Income Taxes," to the 2008 Financial Statements for additional information regarding FIN 48. Our liability for uncertain tax positions was $107 as of December 31, 2008.

Actual income tax expense, income tax assets and liabilities could vary from these FIN 48 estimates due to future changes in income tax laws, significant changes in the jurisdictions in which we operate, or unpredicted results from the final assessment of each year's liability by various taxing authorities. These changes could have a significant impact on our financial position.

We are subject to ongoing examinations by certain taxation authorities of the jurisdictions in which we operate. We regularly assess the status of these examinations and the potential for adverse outcomes to determine the adequacy of our provision for income and other taxes. We believe that we have adequately provided for tax adjustments that we believe are more likely than not to be realized as a result of any ongoing or future examination.

Specifically, the tax authorities in Brazil have completed an examination of prior taxable years and have issued assessments in the amount of $65 for the taxation years 1999 and 2000. We are currently in the process of appealing these assessments and believe that we have adequately provided for tax adjustments that are more likely than not to be realized as a result of the outcome of this ongoing appeals process.

Likewise, the tax authorities in Colombia have issued an assessment relating to the 2003 tax year proposing adjustments to increase taxable income. The result of the assessment is an additional tax liability of $15 inclusive of penalties and interest. As of December 31, 2008, we have recorded an income tax liability of $15 to fully reserve against this assessment. The tax liability associated with this assessment increased in 2008 by $6 as a result of adjustments made to reflect receipt of the final assessment and the unfavorable impact of foreign exchange.

In addition, tax authorities in France have issued notices of assessment in respect of the 2001, 2002 and 2003 taxation years. These assessments collectively propose adjustments to increase taxable income of approximately $1,327, additional income tax liabilities of $52, inclusive of interest, as well as certain adjustments to withholding and other taxes of approximately $106 plus applicable interest and penalties. Other than the withholding and other taxes, we have sufficient loss carryforwards to offset the majority of the proposed assessment. However, no amount has been provided for these assessments since we believe that the proposed assessments are without merit, and any potential tax adjustments that could result from these ongoing examinations cannot be quantified at this time. We did not receive a similar assessment from the French tax authorities for the 2004 tax year. In 2006, we discussed settling the audit adjustment without prejudice at the field agent level for the purpose of accelerating the process to either the courts or Competent Authority proceedings

92

**Table of Contents**

under the Canada- France tax treaty. We withdrew from the discussions during the first quarter of 2007 and have entered into Mutual Agreement Procedures with the competent authority under the Canada- France tax treaty to settle the dispute and avoid double taxation. We believe we have adequately provided for tax adjustments that are more likely than not to be realized as a result of any ongoing or future examinations.

The ultimate outcome of the APA applications is uncertain and the ultimate reallocation of losses as they relate to the APA Applications cannot be determined at this time. There could be a further material shift in historical earnings between the above mentioned parties, particularly the U.S. and Canada. It is also uncertain what impact the Creditor Protection Proceedings will have on the ultimate resolution of the APAs. If these matters are resolved unfavorably, it could have a material adverse effect on our consolidated financial position, results of operations or cash flows. However, we believe it is more likely than not that the ultimate resolution of these negotiations will not have a material adverse effect on our consolidated financial position, results of operations or cash flows.

As discussed above, we have filed APA applications with the authorities in the U.S., Canada and the U.K. that applied to the taxation years 2001 through 2005. The APA requests are currently under consideration and the tax authorities are in the process of negotiating the terms of the arrangement. In September 2008, the Canadian tax authorities provided the U.S. tax authorities with the Canadian Supplemental Position paper regarding the 2001- 2005 APA under negotiation, which suggests a material reallocation of losses from the U.S. to Canada and moves toward a compromise of the reallocation provided in the U.S. Position paper. Nortel received verbal communication from the U.S. tax authorities in December 2008 stating that a tentative settlement on the 2001- 2005 APA had been reached between the U.S. and Canadian taxing authorities. We have not received any communication from the taxing authorities regarding the details of this tentative settlement. We expect the Canadian and U.S. tax authorities to meet to discuss the final settlement position in the next few quarters. We are unsure of the impact, if any, of the Creditor Protection Proceedings on these negotiations. We continue to monitor the progress of these negotiations; however, we are not a party to the government- to-government negotiations. It is possible that the ultimate resolution to the negotiations could be a further reallocation of losses from the U.S. to Canada. If an unexpected amount of tax losses are ultimately reallocated when the tax authorities reach agreement on the 2001- 2005 APA, and/or if accounting estimates under FIN 48 regarding the 2007- 2010 APA transfer pricing methodology result in a similar reallocation, we could have a further adjustment to our deferred tax assets.

In our ongoing assessment of the expected accounting impact of the settlement of the 2001- 2005 APA, we continue to re- evaluate the level of the adjustment made during 2007 in accordance with FIN 48 to reduce the U.S. gross deferred tax assets and increase the Canadian gross deferred tax assets (with offsetting adjustments to the respective valuations allowances), to reflect our expectation that the more likely than not outcome of the negotiations between the U.S. and Canadian tax authorities related to our 2001- 2005 APA would result in a reallocation of tax losses from the U.S. to Canada. We have made such adjustments during 2008 to reflect the reallocation of losses from the U.S. to Canada as suggested in Canadian Supplemental Position paper for the 2001- 2005 APA. We believe that it provides a reallocation of losses between the U.S. and Canada that moves toward a compromise of the reallocation provided in the U.S. Position paper.

The U.K. and Canadian tax authorities are also parties to a bilateral APA for 2001- 2005 that is currently under negotiation. We are uncertain if the U.K. tax authorities will adopt the Canadian Supplemental Position paper that was submitted in connection with the U.S and Canadian APA negotiations and therefore we have not recorded any adjustments to the deferred tax assets in the U.K. If adopted, the Canadian Supplemental Position would reallocate losses to the U.K. and increase our deferred tax assets in the U.K by $79. We expect the U.K and Canadian tax authorities to advance negotiations regarding their bilateral 2001- 2005 APA upon conclusion of the U.S. and Canadian 2001- 2005 APA negotiations.

HIGHLY CONFIDENTIAL     

**Table of Contents**

**Goodwill Valuation**

We test goodwill for possible impairment on an annual basis as of October 1 of each year and at any other time if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying amount. Circumstances that could trigger an impairment test between annual tests include, but are not limited to:

a significant adverse change in the business climate or legal factors

an adverse action or assessment by a regulator

unanticipated competition

loss of key personnel

the likelihood that a reporting unit or a significant portion of a reporting unit will be sold or disposed of

a change in reportable segments

results of testing for recoverability of a significant asset group within a reporting unit and

recognition of a goodwill impairment loss in the financial statements of a subsidiary that is a component of a reporting unit.

The impairment test for goodwill is a two-step process. Step one consists of a comparison of the fair value of a reporting unit with its carrying amount, including the goodwill allocated to the reporting unit. Measurement of the fair value of a reporting unit is based on a fair value measure. We determine the fair value of our reporting units using an income approach; specifically, based on discounted cash flows (DCF Model). A market approach is used as a reasonableness test, but not given any weight in the final determination of fair value. These approaches involve significant management judgment and as a result are subject to change.

If the carrying amount of the reporting unit exceeds its fair value, step two requires the fair value of the reporting unit to be allocated to the underlying assets and liabilities of that reporting unit, whether or not previously recognized, resulting in an implied fair value of goodwill. If the carrying amount of the reporting unit goodwill exceeds the implied fair value of that goodwill, an impairment loss equal to the excess is recorded in net earnings (loss).

The fair value of each reporting unit is determined using discounted cash flows. A multiple of earnings before interest, taxes, depreciation and amortization (EBITDA) of each reporting unit is calculated and compared to market participants to corroborate the results of the calculated fair value EBITDA Multiple Model. We also reconcile the sum of the calculated fair values to its enterprise value, being market capitalization plus the estimated value of debt based on interest rates that would be applicable to purchasers (that is, market participants), adjusted for other items as appropriate under U.S. GAAP. Such valuations involve significant assumptions regarding future operating performance. The following are the significant assumptions involved in each approach:

*DCF Model:* assumptions regarding revenue growth rates, gross margin percentages, projected working capital needs, SG&A expense, R&D expense, capital expenditure, discount rates and terminal growth rates. To determine fair value, we discount the expected cash flows of each reporting unit. The discount rate we use represents the estimated weighted average cost of capital, which reflects the overall level of inherent risk involved in our reporting unit operations and the rate of return an outside investor would expect to earn. To estimate cash flows beyond the final year of our model, we use a terminal value approach. Under this approach, we use the estimated cash flows in the final year of our model, apply a perpetuity growth assumption and discount by a perpetuity discount factor to determine the terminal value. We incorporate the present value of the resulting terminal value into our estimate of fair value.

*EBITDA Multiple Model:* assumptions regarding estimates of EBITDA growth and the selection of comparable companies to determine an appropriate multiple.

94

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 100

Table of Contents

*Interim Goodwill Assessment*

At September 30, 2008, in accordance with the provisions of SFAS No. 142, "Goodwill and Other Intangible Assets" (SFAS 142), we concluded that events had occurred and circumstances had changed that required us to perform an interim period goodwill impairment test for our ES, CN, MEN and GS reporting units. In September 2008, in response to significant pressure resulting from the expanding economic downturn and the unfavorable impact of foreign exchange fluctuations, we announced a revised full year 2008 outlook and estimated revenues to decline between two and four percent compared to 2007. Furthermore, during the quarter ended September 30, 2008, we experienced a material decline in our market capitalization due primarily to the continued challenging market conditions, particularly in the U.S. The average closing price of NNC common shares on the NYSE in the third quarter of 2008 was $5.77 compared to an average of $8.21 in the second quarter of 2008, a decline of approximately 30% and at September 30, 2008, our market capitalization was less than our book value.

As part of our interim goodwill impairment test we updated our forecasted cash flows for each of our reporting units. This update considered current economic conditions and trends, estimated future operating results, our view of growth rates and anticipated future economic conditions. Revenue growth rates inherent in this forecast were based on input from internal and external market intelligence research sources that compare factors such as growth in global economies, regional trends in the telecommunications industry and product evolutions from a technological segment basis. Macro economic factors such as changes in economies, product evolutions, industry consolidations and other changes beyond our control could have a positive or negative impact on achieving our targets.

The results from step one of the two- step goodwill impairment test of each reporting unit indicated that the estimated fair values of the MEN and ES reporting units were less than the respective carrying values of their net assets and as such we performed step two of the impairment test for these reporting units.

In step two of the impairment test, we estimated the implied fair value of the goodwill of each of these reporting units and compared it to the carrying value of the goodwill for each of the MEN and ES reporting units. Specifically, we allocated the fair value of the MEN and ES reporting units as determined in the first step to their respective recognized and unrecognized net assets, including allocations to identified intangible assets. The allocations of the fair values of the MEN and ES reporting units also require us to make significant estimates and assumptions, including those in determining the fair values of the identified intangible assets. Such intangible assets had fair values substantially in excess of current book values. The resulting implied goodwill for each of these reporting units was nil; accordingly we reduced the goodwill recorded prior to the assessment by $1,142 to write down the goodwill related to MEN and ES to the implied goodwill amount as of September 30, 2008. The allocation discussed above is performed only for purposes of assessing goodwill for impairment; accordingly we did not adjust the net book value of the assets and liabilities on our condensed consolidated balance sheet other than goodwill as a result of this process.

*Annual and December 31, 2008 Goodwill Assessment*

The September 30, 2008 impairment analyses described above were used as a proxy for the annual impairment test performed as of October 1, 2008. Given the proximity of those testing dates, no additional impairment was recognized as a result of the annual test. However, during the fourth quarter of 2008, we observed further deterioration in industry conditions, global economic and credit conditions, and our market capitalization that required us to perform an additional interim period goodwill impairment test for the CN and GS reporting units as of December 31, 2008.

As part of the December 31, 2008 goodwill impairment test, we updated our forecasted cash flows for the CN and GS reporting units. This update considered management's view of economic conditions and trends, estimated future operating results, sector growth rates, anticipated future economic conditions, and our strategic

95

Table of Contents

alternatives to respond to these conditions, including filing for creditor protection. Forecasts of revenues and profitability were developed to estimate the impact of creditor protection. Mid- to long- range forecasts were developed to reflect strategic alternatives under creditor protection. Revenue growth rates inherent in this forecast are based on input from internal and external market intelligence research sources that compare factors such as growth in global economies, regional trends in the telecommunications industry and product evolution from a technological segment basis. Macro economic factors such as changes in economies, product evolutions, industry consolidations and other changes beyond our control could have a positive or negative impact on achieving our targets.

The results from step one of the two- step goodwill impairment test indicated that the estimated fair values of the CN and GS reporting units were less than the respective carrying values of their net assets and as such we performed step two of the impairment test for these reporting units.

In step two of the impairment test, we use the implied fair value calculated in step one as the purchase price in a hypothetical acquisition of the respective reporting unit. The implied fair value of goodwill calculated in step two is calculated as the residual amount of the purchase price after allocations made to the fair value of net assets, including working capital, plant and equipment and intangible assets, both pre- existing and those identified as part of the purchase price allocation process. Given the margin by which CN and GS failed step one, we concluded that the implied fair value of goodwill for both CN and GS was nil, after considering the value that would be allocated to existing tangible and intangible assets and the amounts that would be allocated to new intangible assets identified as part of the allocation process. As a result, we recorded a charge of $1,237 to reduce the value of goodwill accordingly. The allocation discussed above is performed only for purposes of assessing goodwill for impairment; accordingly we did not adjust the net book value of the assets and liabilities on our condensed consolidated balance sheet other than goodwill as a result of this process.

No impairment losses related to our goodwill were recorded during the years ended December 31, 2007 and 2006.

*Related Analyses*

In conjunction with our assessment of goodwill for impairment, we re- assessed the remaining useful lives of our long- lived assets and concluded they were appropriate. In addition, prior to the goodwill analysis discussed above, we performed a recoverability test of our long- lived assets in accordance with SFAS No. 144 "Accounting for the Impairment or Disposal of Long- Lived Assets". We included cash flow projections from operations along with cash flows associated with the eventual disposition of the long- lived assets, where appropriate. The undiscounted future cash flows of the long- lived assets exceeded their net book value and, as a result, no impairment charge was recorded.

**Pension and Post- retirement Benefits**

We maintain various pension and post- retirement benefit plans for our employees globally. These plans include significant pension and post- retirement benefit obligations that are calculated based on actuarial valuations. Key assumptions are made at the annual measurement date in determining these obligations and related expenses, including expected rates of return on plan assets and discount rates.

For 2008, the expected long- term rate of return on plan assets used to estimate pension expenses was 7.1% on a weighted average basis, which was the rate determined at September 30, 2007 and is unchanged from the rate used in 2007. The discount rates used to estimate the net pension obligations and expenses for 2008 were 6.4% and 5.8%, respectively, on a weighted average basis, compared to 5.8% and 5.1%, respectively, in 2007.

The key assumptions used to estimate the post- retirement benefit costs for 2008 were discount rates of 6.9% and 5.8% for the obligations and costs, respectively, both on a weighted average basis, compared to 5.8% and 5.4%, respectively, in 2007.

96

Table of Contents

In developing these assumptions, we evaluated, among other things, input from our actuaries and matched the plans' expected benefit payments to spot rates of high quality corporate bond yield curves. Significant changes in net periodic pension and post- retirement benefit expense may occur in the future due to changes in our key assumptions including expected rate of return on plan assets and discount rate resulting from economic events. The following table highlights the sensitivity of our pension and post- retirement benefit expense to changes in these assumptions, assuming all other assumptions remain constant:

| Change in Assumption | Effect on 2008 Pre- Tax Expense Increase/ (decrease) | Effect on 2008 Pre- Tax Post- Retirement Benefit Expense Increase/ (decrease) |
|---|---|---|
| 1 percentage point increase in the expected return on assets | (69) | N/A |
| 1 percentage point decrease in the expected return on assets | 68 | N/A |
| 1 percentage point increase in discount rate | (18) | 0 |
| 1 percentage point decrease in discount rate | 10 | (1) |

For 2009, we are maintaining our expected rate of return on plan assets at 7.1% for defined benefit pension plans. Also for 2009, our discount rate on a weighted- average basis for pension expenses will increase from 5.8% to 6.4% for the defined benefit pension plans and from 5.8% to 6.9% for post- retirement benefit plans. We will continue to evaluate our expected long- term rates of return on plan assets and discount rates at least annually and make adjustments as necessary, which could change the pension and post- retirement obligations and expenses in the future. There is no assurance that the pension plan assets will be able to earn the expected rate of return. Shortfalls in the expected return on plan assets would increase future funding requirements and expense.

For the 2008 year- end measurement, negative asset returns more than offset the favorable impact of increases in discount rates, foreign currency exchange gains driven by the strengthening of the U.S. Dollar against the British Pound and Canadian Dollar, our contributions made to the plans, decreased inflation rates, and other accounting assumptions. As a result, the unfunded status of our defined benefit plans and post- retirement plans increased from $1,937 as of the measurement date of September 30, 2007 to $2,119 as of the measurement date of December 31, 2008. The effect of the net actuarial loss adjustment and the related foreign currency translation adjustment was to increase accumulated other comprehensive loss including foreign currency translation adjustment (before tax) by $733 and increase pension and post- retirement liabilities by $733.

Plan assets were primarily comprised of debt and equity securities. Included in the equity securities of the defined benefit plans were NNC common shares, held directly or through pooled funds, with an aggregate market value of $0 (0.00% of total plan assets) as of December 31, 2008 and $2 (0.02% of total plan assets) as of December 31, 2007.

At December 31, 2008, we had net actuarial losses, before taxes, included in accumulated other comprehensive income/loss related to the defined benefit plans of $1,631, which could result in an increase to pension expense in future years depending on several factors, including whether such losses exceed the corridor in accordance with SFAS 87 and whether there is a change in the amortization period. The post- retirement benefit plans had actuarial gains, before taxes, of $103 included in accumulated other comprehensive loss at the end of 2008. Actuarial gains and losses included in accumulated other comprehensive loss in excess of the corridor are being recognized over an approximately 10 year period, which represents the weighted- average expected remaining service life of the active employee group. Actuarial gains and losses arise from several factors including experience and assumption changes in the obligations and from the difference between expected returns and actual returns on assets.

In the second quarter of 2006, we announced changes to our North American pension and post- retirement plans effective January 1, 2008. We moved employees currently enrolled in our defined benefit pension plans to defined contribution plans. In addition, we eliminated funding of post- retirement healthcare benefits for employees who were not age 50 with five years of service as of July 1, 2006. As a result of the U.K. Proceedings, all further service cost accruals to our U.K. defined benefit pension plan have ceased.

97

Table of Contents

Effective for fiscal years ending after December 15, 2008, SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans" (SFAS 158) requires us to measure the funded status of our plans as of the date of our year end statement of financial position. SFAS 158 provides two approaches for an employer to transition to a fiscal year end measurement date. Nortel has adopted the second approach, whereby we continue to use the measurements determined for the December 31, 2007 fiscal year end reporting to estimate the effects of the transition. The adoption has resulted in an an increase in accumulated deficit of $33, net of taxes, and an increase in accumulated other comprehensive income of $5, net of taxes, as of January 1, 2008. For additional information, see "Accounting Changes and Recent Accounting Pronouncements" in this section of this report, and note 9, "Employee benefit plans", to the 2008 Financial Statements.

During 2008, we made cash contributions to our defined benefit pension plans of $275 and to our post- retirement benefit plans of $39. Assuming current funding rules and current plan design, estimated 2009 cash contributions to our defined benefit pension plans and our post- retirement benefit plans are approximately $75 and $44, respectively. However, our 2009 cash contributions to these plans will be significantly impacted as a result of the Creditor Protection Proceedings. Currently, as a result of the U.K. Proceedings, following our latest contribution in January, all further contributions to our U.K. defined benefit pension plan have ceased pursuant to the direction of the U.K. Administrators, which is reflected in the numbers above. We continue to evaluate our pension and post- retirement benefit obligations in the context of the Creditor Protection Proceedings and as a result, these amounts may continue to change due to events or other factors that are uncertain or unknown at this time.

**Special Charges**

We record provisions for workforce reduction costs and exit costs when they are probable and estimable. Severance paid under ongoing benefit arrangements is recorded in accordance with SFAS No. 112, "Employers' Accounting for Post- employment Benefits". One- time termination benefits and contract settlement and lease costs are recorded in accordance with SFAS No. 146, "Accounting for Costs Associated with Exit or Disposal Activities".

At each reporting date, we evaluate our accruals related to workforce reduction charges, contract settlement and lease costs and plant and equipment write downs to ensure that these accruals are still appropriate. As of December 31, 2008, we had $117 in accruals related to workforce reduction charges and $190 in accruals related to contract settlement and lease costs, which included significant estimates, primarily related to sublease income over the lease terms and other costs for vacated properties. In certain instances, we may determine that these accruals are no longer required because of efficiencies in carrying out our restructuring work plan. Adjustments to workforce reduction accruals may also be required when employees previously identified for separation do not receive severance payments because they are no longer employed by us or were redeployed due to circumstances not foreseen when the original plan was initiated. In these cases, we reverse any related accrual to earnings when it is determined it is no longer required. Alternatively, in certain circumstances, we may determine that certain accruals are insufficient as new events occur or as additional information is obtained. In these cases, we would increase the applicable existing accrual with the offset recorded against earnings. Increases or decreases to the accruals for changes in estimates are classified within special charges in the statement of operations.

**Accounting Changes and Recent Accounting Pronouncements**

**Accounting Changes**

Our financial statements are based on the selection and application of accounting policies based on accounting principles generally accepted in the U.S. Please see note 3, "Accounting changes" to the 2008 Financial Statements for a summary of the accounting changes that we have adopted on or after January 1, 2008. The following summarizes the accounting changes and pronouncements we have adopted in the first nine months of 2008:

*The Fair Value Option for Financial Assets and Financial Liabilities:* In February 2007, the Financial Accounting Standards Board (FASB) issued SFAS No. 159, which allows the irrevocable election of

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 104

Table of Contents

fair value as the initial and subsequent measurement attribute for certain financial assets and liabilities and other items on an instrument- by- instrument basis. Changes in fair value would be reflected in earnings as they occur. The objective of SFAS 159 is to improve financial reporting by providing entities with the opportunity to mitigate volatility in reported earnings caused by measuring related assets and liabilities differently without having to apply complex hedge accounting provisions. For us, SFAS 159 is effective as of January 1, 2008.

*Fair Value Measurements:* In September 2006, the FASB issued SFAS No. 157, which establishes a single definition of fair value and a framework for measuring fair value and requires expanded disclosures about fair value measurements. SFAS 157 is effective for financial statements issued for fiscal years beginning after November 15, 2007. We partially adopted the provisions of SFAS 157 effective January 1, 2008. For disclosure related to SFAS 157, see note 11, "Fair Value", to the 2008 Financial Statements.

*Fair Value Measurements:* In October 2008, the FASB issued FSP 157- 3 "Determining Fair Value of a Financial Asset in a Market That Is Not Active" (FSP 157- 3). FSP 157- 3 clarified the application of SFAS No. 157 in an inactive market. It demonstrated how the fair value of a financial asset is determined when the market for that financial asset is inactive. FSP 157- 3 was effective upon issuance, including prior periods for which condensed consolidated financial statements had not been issued. We adopted the provisions of SFAS 157- 3 effective September 30, 2008.

*Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans- an Amendment of FASB Statements No. 87, 88, 106, and 132(R):* In September 2006, the FASB issued SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans- an Amendment of FASB Statements No. 87, 88, 106, and 132(R)" (SFAS 158). Effective for fiscal years ending after December 15, 2006, SFAS 158 requires an employer to recognize the overfunded or underfunded status of a defined benefit pension and post- retirement plan (other than a multiemployer plan) as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which the changes occur through comprehensive income. We adopted these requirements in fiscal 2006. Effective for fiscal years ending after December 15, 2008, SFAS 158 requires us to measure the funded status of its plans as of the date of our year end statement of financial position, being December 31. We have historically measured the funded status of our significant plans on September 30. SFAS 158 provides two approaches for an employer to transition to a fiscal year end measurement date. We have adopted the second approach, whereby we continue to use the measurements determined for the December 31, 2007 fiscal year end reporting to estimate the effects of the transition. Under this approach, the net periodic benefit cost for the period between the earlier measurement date, being September 30, and the end of the fiscal year that the measurement date provisions are applied, being December 31, 2008 (exclusive of any curtailment or settlement gain or loss) shall be allocated proportionately between amounts to be recognized as an adjustment to opening accumulated deficit in 2008 and the net periodic benefit cost for the fiscal year ending December 31, 2008. The adoption has resulted in an increase in accumulated deficit of $33, net of taxes, and an increase in accumulated other comprehensive income of $5, net of taxes, as of January 1, 2008. For additional information on our pension and post- retirement plans, see note 9, "Employee benefit plans", to the 2008 Financial Statements.

**Recent Accounting Pronouncements**

In September 2006, the FASB issued SFAS No. 157, which establishes a single definition of fair value, a framework for measuring fair value under U.S. GAAP and requires expanded disclosures about fair value measurements. We partially adopted the provisions of SFAS 157 effective January 1, 2008. The effective date for SFAS 157 as it relates to fair value measurements for non- financial assets and liabilities that are not measured at fair value on a recurring basis has been deferred to fiscal years beginning after December 15, 2008 in accordance with FASB Staff Position (FSP), SFAS 157- 2, "Effective Date of FASB Statement No. 157". We plan to adopt the deferred portion of SFAS 157 on January 1, 2009. We do not currently expect the adoption of the deferred

99

**Table of Contents**

portion of SFAS 157 to have a material impact on our results of operations and financial condition, but will continue to assess the impact as the guidance evolves.

In September 2007, EITF reached a consensus on EITF Issue No. 07- 1, "Collaborative Arrangements" (EITF 07- 1). EITF 07- 1 addresses the accounting for arrangements in which two companies work together to achieve a common commercial objective, without forming a separate legal entity. The nature and purpose of a company's collaborative arrangements are required to be disclosed, along with the accounting policies applied and the classification and amounts for significant financial activities related to the arrangements. We plan to adopt the provisions of EITF 07- 1 on January 1, 2009. The adoption of EITF 07- 1 is not expected to have a material impact on our results of operations and financial condition.

In December 2007, the FASB issued SFAS No. 141R, "Business Combinations" (SFAS 141R), replacing SFAS No. 141, "Business Combinations". SFAS 141R revises existing accounting guidance for how an acquirer recognizes and measures in its financial statements the identifiable assets, liabilities, any noncontrolling interests and goodwill acquired on the acquisition of a business. SFAS 141R is effective for fiscal years beginning after December 15, 2008. We plan to adopt the provisions of SFAS 141R on January 1, 2009. The adoption of SFAS 141R will impact the accounting for business combinations completed by us on or after January 1, 2009.

In December 2007, the FASB issued SFAS No. 160, "Noncontrolling Interests in Consolidated Financial Statements- An Amendment of ARB 51" (SFAS 160). SFAS 160 establishes accounting and reporting standards for the treatment of noncontrolling interests in a subsidiary. Noncontrolling interests in a subsidiary will be reported as a component of equity in the consolidated financial statements and any retained noncontrolling equity investment upon deconsolidation of a subsidiary will initially be measured at fair value. SFAS 160 is effective for fiscal years beginning after December 15, 2008. We plan to adopt the provisions of SFAS 160 on January 1, 2009. The adoption of SFAS 160 will result in the reclassification of minority interests to shareholders' equity.

In March 2008, the FASB issued SFAS No. 161, "Disclosures about Derivative Instruments and Hedging Activities- An Amendment of FASB Statement 133" (SFAS 161). SFAS 161 requires expanded and enhanced disclosure for derivative instruments, including those used in hedging activities. For instruments subject to SFAS 161, entities are required to disclose how and why such instruments are being used; where values, gains and losses are reported within financial statements; and the existence and nature of credit risk- related contingent features. Additionally, entities are required to provide more specific disclosures about the volume of their derivative activity. SFAS 161 is effective for fiscal years and interim periods beginning after November 15, 2008. We plan to adopt the provisions of SFAS 161 on January 1, 2009. The adoption of SFAS 161 is expected to impact our disclosure for derivative instruments starting January 1, 2009.

In April 2008, the FASB issued FSP SFAS 142- 3, "Determination of the Useful Life of Intangible Assets" (FSP SFAS 142- 3). FSP SFAS 142- 3 provides guidance with respect to estimating the useful lives of recognized intangible assets acquired on or after the effective date and requires additional disclosure related to the renewal or extension of the terms of recognized intangible assets. FSP SFAS 142- 3 is effective for fiscal years and interim periods beginning after December 15, 2008. The adoption of FSP SFAS 142- 3 is not expected to have a material impact on our results of operations and financial condition.

In June 2008, the EITF reached a consensus on EITF Issue No. 07- 5, "Determining Whether an Instrument (or Embedded Feature) Is Indexed to an Entity's Own Stock" (EITF 07- 5). EITF 07- 5 addresses the determination of whether an equity linked financial instrument (or embedded feature) that has all of the characteristics of a derivative under other authoritative U.S. GAAP accounting literature is indexed to an entity's own stock and would thus meet the first part of a scope exception from classification and recognition as a derivative instrument. The adoption of EITF 07- 5 is not expected to have a material impact on our results of operations and financial condition.

In September 2008, the FASB issued FSP 133- 1 and FASB Interpretation Number (FIN) 45- 4, "Disclosures about Credit Derivatives and Certain Guarantees: An Amendment of FASB Statement No. 133 and FASB

100

**HIGHLY CONFIDENTIAL**      NNC-NNL06001427 / 106

Table of Contents

Interpretation No. 45; and Clarification of the Effective Date of FASB Statement No. 161" (FSP 133- 1 and FIN 45- 4). FSP 133- 1 and FIN 45- 4 amend and enhance disclosure requirements for sellers of credit derivatives and financial guarantees. They also clarify that the disclosure requirements of SFAS No. 161 are effective for quarterly periods beginning after November 15, 2008, and fiscal years that include those periods. FSP 133- 1 and FIN 45- 4 are effective for reporting periods (annual or interim) ending after November 15, 2008. The adoption of FSP 133- 1 and FIN 45- 4 has impacted our disclosure for financial guarantees.

In September 2008, the EITF ratified EITF Issue No. 08- 5, "Issuer's Accounting for Liabilities Measured at Fair Value With a Third- Party Credit Enhancement" (EITF 08- 5). EITF 08- 5 provides guidance for measuring liabilities issued with an attached third- party credit enhancement (such as a guarantee). It clarifies that the issuer of a liability with a third- party credit enhancement (such as a guarantee) should not include the effect of the credit enhancement in the fair value measurement of the liability. EITF 08- 5 is effective for the first reporting period beginning after December 15, 2008. The adoption of EITF 08- 5 is not expected to have a material impact on our results of operations and financial condition.

In November 2008, the FASB ratified EITF, Issue No. 08- 6, "Equity- Method Investment Accounting" (EITF 08- 6), concludes that the cost basis of a new equity- method investment would be determined using a cost- accumulation model, which would continue the practice of including transaction costs in the cost of investment and would exclude the value of contingent consideration. Equity- method investment should be subject to other- than-temporary impairment analysis. It also requires that a gain or loss be recognized on the portion of the investor's ownership sold. EITF 08- 6 is effective for fiscal years beginning after December 15, 2008. The adoption of EITF 08- 6 is not expected to have a material impact on our results of operations and financial condition.

In November 2008, the EITF ratified EITF Issue No. 08- 7 "Defensive Intangible Assets" (EITF 08- 7). EITF 08- 7 requires an acquiring entity to account defensive intangible assets as a separate unit of accounting. Defensive intangible assets should not be included as part of the cost of the acquirer's existing intangible assets because the defensive intangible assets are separately identifiable. Defensive intangible assets must be recognized at fair value in accordance with SFAS 141R and SFAS 157. EITF 08- 7 will be effective for the reporting period beginning after December 15, 2008. The adoption of EITF 08- 7 is not expected to have a material impact on our results of operations and financial condition.

In November 2008, the FASB ratified EITF Issue No. 08- 8, "For an Instrument (or an Embedded Feature) with a Settlement Amount that is based on the Stock of an Entity's Consolidated Subsidiary" (EITF 08- 8). EITF 08- 8 clarifies whether a financial instrument whose payoff to the counterparty is based on the stock of the reporting entity's consolidated subsidiary could be considered indexed to that reporting entity's own stock in the consolidated financial statements. EITF 08- 8 is effective for fiscal years beginning after December 15, 2008. The adoption of EITF 08- 8 is not expected to have a material impact on our results of operations and financial condition.

**Outstanding Share Data**

As of February 20, 2009, Nortel Networks Corporation had 497,840,534 NNC common shares outstanding.

On February 27, 2009, we obtained Canadian Court approval to terminate, effective as of such date, our equity- based compensation plans (2005 SIP, the 1986 Plan and the 2000 Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested. Prior to such termination, as of February 20, 2009, 28,286,686 issued and 353,566 assumed stock options were outstanding and 18,814,260 and 353,566, respectively, were exercisable for NNC common shares on a one- for- one basis.

As of February 20, 2009, 4,751,899 restricted stock units and 2,065,610 performance stock units that entitled a holder to receive NNC common shares upon vesting were outstanding. Once vested, each such restricted stock unit entitled the holder to receive one NNC common share from treasury. The number of NNC

101

Table of Contents

common shares that were to be issued for vested performance stock units could range from 0% to 200% of the number of performance stock units granted, subject to determination of the percentage of target payout, if any, based on the level of achievement of the performance criteria. Based on the foregoing and prior to termination of the equity plans and as of February 20, 2009, a maximum of 4,131,220 NNC common shares could have been issued to satisfy outstanding performance stock units. There were additional restricted stock units and performance stock units outstanding that, when vested, would have been settled in cash instead of NNC common shares due to country-specific rules and regulations.

### Market Risk

Market risk represents the risk of loss that may impact our consolidated financial statements through adverse changes in financial market prices and rates. Our market risk exposure results primarily from fluctuations in interest rates and foreign exchange rates. Disclosure of market risk is contained in the Quantitative and Qualitative Disclosures About Market Risk section of our 2008 Annual Report.

### Environmental Matters

We are exposed to liabilities and compliance costs arising from our past generation, management and disposal of hazardous substances and wastes. As of December 31, 2008, the accruals on the consolidated balance sheet for environmental matters were $11. Based on information available as of December 31, 2008, management believes that the existing accruals are sufficient to satisfy probable and reasonably estimable environmental liabilities related to known environmental matters. Any additional liabilities that may result from these matters, and any additional liabilities that may result in connection with other locations currently under investigation, are not expected to have a material adverse effect on our business, results of operations, financial condition and liquidity.

We have remedial activities under way at 11 sites that are either currently or previously owned or occupied facilities. An estimate of our anticipated remediation costs associated with all such sites, to the extent probable and reasonably estimable, is included in the environmental accruals referred to above.

We are also listed as a potentially responsible party under the U.S. Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) at four Superfund sites in the U.S. (At three of the Superfund sites, we are considered a *de minimis* potentially responsible party). A potentially responsible party within the meaning of CERCLA is generally considered to be a major contributor to the total hazardous waste at a Superfund site (typically 1% or more, depending on the circumstances). A *de minimis* potentially responsible party is generally considered to have contributed less than 1% (depending on the circumstances) of the total hazardous waste at a Superfund site. An estimate of our share of the anticipated remediation costs associated with such Superfund sites is expected to be *de minimis* and is included in the environmental accruals referred to above.

Liability under CERCLA may be imposed on a joint and several basis, without regard to the extent of our involvement. In addition, the accuracy of our estimate of environmental liability is affected by several uncertainties such as additional requirements which may be identified in connection with remedial activities, the complexity and evolution of environmental laws and regulations, and the identification of presently unknown remediation requirements. Consequently, our liability could be greater than its current estimate.

### Legal Proceedings

For additional information related to our legal proceedings, see the Legal Proceedings section of our 2008 Annual Report.

102

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 108

Table of Contents

## Cautionary Notice Regarding Forward- Looking Information

Certain statements in this report may contain words such as "could", "expects", "may", "anticipates", "believes", "intends", "estimates", "targets", "envisions", "seeks" and other similar language and are considered forward- looking statements or information under applicable securities laws. These statements are based on our current expectations, estimates, forecasts and projections about the operating environment, economies and markets in which we operate. These statements are subject to important assumptions, risks and uncertainties that are difficult to predict, and the actual outcome may be materially different. We have made various assumptions in the preparation of any forward- looking statement in this report.

Actual results or events could differ materially from those contemplated in forward- looking statements as a result of the following (i) risks and uncertainties relating to our Creditor Protection Proceedings including: (a) risks associated with our ability to: stabilize the business to maximize the chances of preserving all or a portion of the enterprise; develop, obtain required approvals for, and implement a comprehensive restructuring plan, and narrow our strategic focus in an effective and timely manner; resolve ongoing issues with creditors and other third parties whose interests may differ from ours; successfully implement a comprehensive restructuring plan; generate cash from operations and maintain adequate cash on hand; operate within the restrictions and limitations of the current EDC Support Facility or put in place a longer term solution; if necessary, arrange for sufficient debtor- in- possession or other financing; continue to maintain cash management arrangements and obtain any further approvals from the Canadian Monitor, the U.K. Administrators, the U.S. Creditors' Committee, or other third parties, as necessary to continue such arrangements; raise capital to satisfy claims, including our ability to sell assets to satisfy claims against us; obtain sufficient exit financing to support a comprehensive restructuring plan; maintain R&D investments; realize full or fair value for any assets or business that may be divested as part of a comprehensive restructuring plan; utilize net operating loss carryforwards and certain other tax attributes in the future; avoid the substantial consolidation of NNI's assets and liabilities with those of one or more other U.S. Debtors; attract and retain customers or avoid reduction in, or delay or suspension of, customer orders as a result of the uncertainty caused by the Creditor Protection Proceedings; maintain market share, as competitors move to capitalize on customer concerns; operate our business effectively in consultation with the Canadian Monitor, and work effectively with the U.K. Administrators in their administration of the business of the EMEA Debtors; actively and adequately communicate on and respond to events, media and rumors associated with the Creditor Protection Proceedings that could adversely affect our relationships with customers, suppliers, partners and employees; retain and incentivize key employees and attract new employees; retain, or if necessary, replace major suppliers on acceptable terms and avoid disruptions in our supply chain; maintain current relationships with reseller partners, joint venture partners and strategic alliance partners; obtain court orders or approvals with respect to motions filed from time to time; resolve claims made against Nortel in connection with the Creditor Protection Proceedings for amounts not exceeding our recorded liabilities subject to compromise; prevent third parties from obtaining court orders or approvals that are contrary to our interests; reject, repudiate or terminate contracts; and (b) risks and uncertainties associated with: limitations on actions against any Debtor during the Creditor Protection Proceedings; the values, if any, that will be prescribed pursuant to any comprehensive restructuring plan to outstanding Nortel securities; the delisting of NNC common shares from the NYSE; and the potential delisting of NNC common shares and NNL preferred shares from the TSX; and (ii) risks and uncertainties relating to our business including: the sustained and expanding economic downturn and extraordinarily volatile market conditions and resulting negative impact on our business, results of operations and financial position and its ability to accurately forecast its results and cash position; cautious capital spending by customers as a result of factors including current economic uncertainties; fluctuations in foreign currency exchange rates; any requirement to make larger contributions to defined benefit plans in the future; a high level of debt, arduous or restrictive terms and conditions related to accessing certain sources of funding; the sufficiency of workforce and cost reduction initiatives; any negative developments associated with our suppliers and contract manufacturers including our reliance on certain suppliers for key optical networking solutions components and on one supplier for most of our manufacturing and design functions; potential penalties, damages or cancelled customer contracts from failure to meet contractual obligations including delivery and installation deadlines and any defects or errors in our current or planned

103

HIGHLY CONFIDENTIAL

**Table of Contents**

products; significant competition, competitive pricing practices, industry consolidation, rapidly changing technologies, evolving industry standards, frequent new product introductions and short product life cycles, and other trends and industry characteristics affecting the telecommunications industry; any material, adverse affects on our performance if our expectations regarding market demand for particular products prove to be wrong; potential higher operational and financial risks associated with our international operations; a failure to protect our intellectual property rights; any adverse legal judgments, fines, penalties or settlements related to any significant pending or future litigation actions; failure to maintain integrity of our information systems; changes in regulation of the Internet or other regulatory changes; our potential inability to maintain an effective risk management strategy.

For additional information with respect to certain of these and other factors, see the "Risk Factors" section of our 2008 Annual Report and other securities filings with the SEC. Unless otherwise required by applicable securities laws, we disclaim any intention or obligation to update or revise any forward- looking statements, whether as a result of new information, future events or otherwise.

**HIGHLY CONFIDENTIAL**          NNC-NNL06001427 / 110

Table of Contents

**ITEM 7A.    Quantitative and Qualitative Disclosures About Market Risk**

Market risk represents the risk of loss that may impact our consolidated financial statements through adverse changes in financial market prices and rates. Our market risk exposure results primarily from fluctuations in interest rates and foreign currency exchange rates. We maintain risk management control systems to monitor market risks and counterparty risks. These systems rely on analytical techniques including both sensitivity analysis and value- at- risk estimations. We do not hold or issue financial instruments or third party equity securities for trading purposes.

**Termination of Derivative Hedging Instruments**

To manage the risk from fluctuations in interest rates and foreign currency exchange rates, we had entered into various derivative hedging transactions in accordance with our policies and procedures. However, as a result of our Creditor Protection Proceedings, the financial institutions that were counterparties in respect of these transactions have terminated the related instruments. Consequently, we are now fully exposed to these risks and we are unable to mitigate them. We expect to remain so exposed at least until the conclusion of the Creditor Protection Proceedings.

Additional disclosure regarding our derivative hedging instruments is included in note 13, "Financial instruments and hedging activities" to the accompanying audited consolidated financial statements.

**Foreign Currency Exchange Risk**

Our most significant foreign currency exchange exposures for the year ended December 31, 2008 were in the Canadian Dollar, the British Pound, the Euro and the Korean Won. The net impact of foreign currency exchange fluctuations resulted in a loss of $38 in 2008, a gain of $176 in 2007, and a loss of $12 in 2006.

Given our exposure to international markets, it has been our practice to try to minimize the impact of such currency fluctuations through our ongoing commercial practices and, prior to the commencement of the Creditor Protection Proceedings, by attempting to hedge our major currency exposures. We regularly identify and monitor operations and transactions that may have material exposure based upon an excess or deficiency of foreign currency receipts over foreign currency expenditures. Prior to the initiation of our Creditor Protection Proceedings and termination of our derivative hedging instruments, we attempted to manage these exposures using forward and option contracts to hedge sale and purchase commitments. For example, we had entered into U.S. to Canadian Dollar forward and option contracts intended to hedge the U.S. to Canadian Dollar exposure on future revenues and expenditure streams. As noted above, we are no longer able to mitigate this risk through the use of derivative hedging instruments and are now fully exposed to this risk.

If an increasing proportion of our business is denominated in currencies other than U.S. Dollars, fluctuations in foreign currencies will increasingly affect us, although we cannot predict whether we will incur foreign currency exchange gains or losses. If significant losses are experienced, they could have a material adverse effect on our business, results of operations and financial condition.

In accordance with SFAS 133, we recognized gains and losses on the effective portion of the derivative hedging instruments previously held by us in earnings (loss) when the hedged transaction occurred. As of December 31, 2008, none of our cash flow hedges met the criteria for hedge accounting and therefore were considered non- designated hedging strategies in accordance with SFAS 133. As such, any gains and losses related to these contracts were recognized in results of operations at the end of each reporting period for the life of the contract.

We use sensitivity analysis to measure our foreign currency exchange risk. We compute the potential decrease in cash flows that may result from adverse changes in foreign exchange rates. The balances are segregated by source currency and a hypothetical unfavorable variance in foreign exchange rates of 10% is applied to each net source currency position, using year- end rates to determine the potential decrease in cash flows over the next year. The sensitivity analysis includes all foreign currency- denominated cash, short- term and long- term debt, and derivative hedging instruments that will impact cash flows over the next year that are held at December 31, 2008 and 2007. The underlying cash flows that relate to the hedged firm commitments are not included in the analysis. The analysis is performed at the reporting date and assumes no future changes in the balances or timing of cash flows from the year- end position. Further, the model assumes no correlation in the movement of foreign currency exchange rates. Based on a one- year time horizon, a 10% adverse change in exchange rates would have resulted in a potential decrease in fair market value of equity of $133 as of December 31, 2008, and a potential decrease in fair market value of equity of $134 as of December 31, 2007. This potential decrease would result primarily from our exposure to the Canadian Dollar, the British Pound, the Euro and the Korean Won. Because we do

105

Table of Contents

not have access to derivative hedging instruments at this time, we also performed the sensitivity analysis as of December 31, 2008 assuming no such instruments. Under that analysis, based on a one- year time horizon, a 10% adverse change in exchange rates would have resulted in a potential decrease in fair market value of equity of $96 as of December 31, 2008.

**Interest Rate Risk**

Our debt is subject to changes in fair value resulting from changes in market interest rates. Historically, and prior to the initiation of our Creditor Protection Proceedings and termination by the financial institutions of our derivative hedging instruments, we have managed interest rate exposures, as they relate to interest expense, using a diversified portfolio of fixed and floating rate derivative hedging instruments denominated in U.S. Dollars. For example, we had hedged a portion of this exposure using fixed for floating interest rate swaps on the $550 of senior fixed rate notes due 2013 issued by NNL in July 2006 (2013 Fixed Rate Notes). We are no longer able to mitigate this risk through the use of derivative hedging instruments and are now fully exposed to this risk. While operating as a debtor- in- possession, however, in accordance with SOP 90- 7, we will record interest expense only to the extent that (i) interest will be paid during our Creditor Protection Proceedings, or (ii) it is probable that interest will be an allowed priority, secured or unsecured claim.

In 2008, because the swaps for the 2013 Fixed Rate Notes passed the hedge effectiveness designation criteria in accordance with SFAS 133, the change in fair value of the swaps was recognized in earnings (loss), with offsetting amounts related to the change in the fair value of the hedged debt attributable to interest rate changes also recognized in earnings (loss). Any ineffective portion of the swaps would be recognized in results of operations at the end of each reporting period for the life of the contract, without any offset.

We use sensitivity analysis to measure our interest rate risk. The sensitivity analysis includes cash, our outstanding floating rate long- term debt and any outstanding instruments that convert fixed rate long- term debt to floating rate. A 100 basis point adverse change in interest rates would have resulted in a potential decrease in fair market value of equity of $171 as of December 31, 2008 and a potential decrease in fair market value of equity of $61 as of December 31, 2007. Because we do not have access to such instruments at this time, we also performed the sensitivity analysis as of December 31, 2008 assuming no such instruments. Under that analysis, based on a one- year time horizon, a 100 basis point adverse change in interest rates would have resulted in a potential decrease in fair market value of equity of $165 as of December 31, 2008.

**Equity Price Risk**

The values of our equity investments in several third party publicly traded companies are subject to market price volatility. These investments are generally in companies in the technology industry sector and are classified as available for sale. We typically do not attempt to reduce or eliminate our market exposure on these securities. We also hold certain derivative instruments or warrants that are subject to market price volatility because their value is based on the common share price of a publicly traded company. These derivative instruments are generally acquired in connection with original equipment manufacturer arrangements with strategic partners, or acquired through business acquisitions or divestitures. As of December 31, 2008, a hypothetical 20% adverse change in the stock prices of publicly traded equity securities issued by third parties and held by Nortel, and the related underlying stock prices of publicly traded equity securities for certain of our derivative instruments, would result in a loss in their aggregate fair value of $0.

106

<u>**Table of Contents**</u>
ITEM 8.    **Financial Statements and Supplementary Data**

INDEX TO CONSOLIDATED FINANCIAL STATEMENTS

| | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm | 108 |
| Report of Independent Registered Chartered Accountants | 109 |
| Consolidated Statement of Operations | 110 |
| Consolidated Balance Sheets | 111 |
| Consolidated Statements of Changes in Equity (Deficit) and Comprehensive Income (Loss) | 112 |
| Consolidated Statements of Cash Flows | 113 |
| Quarterly Financial Data (Unaudited) | 207 |
| Report of Independent Registered Chartered Accountants | 208 |
| Schedule II- Valuation and Qualifying Accounts and Reserves | 209 |

107