Table of Contents

*2004 and 2001 Restructuring Plans*

During the three years ended December 31, 2008, the activities within the 2004 and 2001 Restructuring Plans primarily related to the ongoing accounting for contract settlement and lease costs. The provision for special charges recorded for the 2004 and 2001 Restructuring Plans from January 1, 2006 to December 31, 2008 were as follows:

| | Workforce Reduction | | Contract Settlement and Lease Costs | | Plant and Equipment Write Downs | | Total | |
|---|---|---|---|---|---|---|---|---|
| **2004 and 2001 Restructuring Plan** | | | | | | | | |
| Provision balance as of January 1, 2006 | $ | 26 | $ | 271 | $ | - | $ | 297 |
| Other special charges | | 1 | | 16 | | - | | 17 |
| Revisions to prior accruals | | (2) | | (45) | | 13 | | (34) |
| Cash drawdowns | | (21) | | (21) | | - | | (42) |
| Non-cash drawdowns | | - | | - | | (13) | | (13) |
| Foreign exchange and other adjustments | | 1 | | 10 | | - | | 11 |
| | | | | | | | | |
| Provision balance as of December 31, 2006 | $ | 5 | $ | 231 | $ | - | $ | 236 |
| Other special charges | $ | (2) | $ | 14 | $ | 1 | $ | 13 |
| Revisions to prior accruals | | - | | (33) | | 1 | | (32) |
| Cash drawdowns | | (3) | | (11) | | - | | (14) |
| Non-cash drawdowns | | - | | - | | (2) | | (2) |
| Foreign exchange and other adjustments | | - | | 3 | | - | | 3 |
| | | | | | | | | |
| Provision balance as of December 31, 2007 | $ | - | $ | 204 | $ | - | $ | 204 |
| Other special charges | $ | - | $ | 2 | $ | - | $ | 2 |
| Revisions to prior accruals | | - | | 23 | | - | | 23 |
| Cash drawdowns | | - | | (44) | | - | | (44) |
| Non-cash drawdowns | | - | | (7) | | - | | (7) |
| Foreign exchange and other adjustments | | - | | (22) | | - | | (22) |
| | | | | | | | | |
| Provision balance as of December 31, 2008 | $ | - | $ | 156 | $ | - | $ | 156 |

151

Table of Contents

The following table sets forth special charges by segment for each of the years ended December 31:

| | Enterprise Solutions | Carrier Networks | Metro Ethernet Networks | Global Services | Other | Total |
|---|---|---|---|---|---|---|
| November 2008 Restructuring Plan | $ 15 | $ 28 | $ 9 | $ 6 | $ - | $ 58 |
| 2008 Restructuring Plan | 43 | 63 | 21 | 21 | - | 148 |
| 2007 Restructuring Plan | 11 | 48 | 10 | 3 | - | 72 |
| 2006 Restructuring Plan | - | (1) | - | - | - | (1) |
| 2004 Restructuring Plan | 3 | 5 | 1 | 2 | - | 11 |
| 2001 Restructuring Plan | 4 | 6 | 2 | 2 | - | 14 |
| Total special charges for the year ended December 31, 2008 | $ 76 | $ 149 | $ 43 | $ 34 | $ - | $ 302 |
| 2007 Restructuring Plan | $ 23 | $ 105 | $ 16 | $ 27 | $ - | $ 171 |
| 2006 Restructuring Plan | 2 | 6 | 2 | 7 | - | 17 |
| 2004 Restructuring Plan | 2 | 4 | 1 | 2 | - | 9 |
| 2001 Restructuring Plan | 2 | 6 | 2 | 3 | - | 13 |
| Total special charges for the year ended December 31, 2007 | $ 29 | $ 121 | $ 21 | $ 39 | $ - | $ 210 |
| 2006 Restructuring Plan | 14 | 36 | 7 | 5 | 6 | 68 |
| 2004 Restructuring Plan | 3 | 8 | 8 | 1 | - | 20 |
| 2001 Restructuring Plan | 3 | 11 | 2 | 1 | - | 17 |
| Total special charges for the year ended December 31, 2006 | $ 20 | $ 55 | $ 17 | $ 7 | $ 6 | $ 105 |

As described in note 6, Management OM by segment does not include special charges. A significant portion of Nortel's provisions for workforce reductions and contract settlement and lease costs are associated with shared services. These costs have been allocated to the segments in the table above, based generally on headcount, SG&A allocations and revenue streams. Prior to 2008, Nortel allocated these costs only based on headcount and revenue streams.

## 8. Income taxes

During the year ended December 31, 2008, Nortel recorded a tax expense of $3,193 on loss from operations before income taxes, minority interests and equity in net earnings of associated companies of $2,456. Included in the loss from operations before income taxes is impairment related to goodwill in the amount of $2,379 that impacted Nortel's effective tax rate for the year ended December 31, 2008. The tax expense of $3,193 is largely comprised of several significant items, including $3,020 relating to the establishment of a full valuation allowance against Nortel's net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are realizable through the reversal of existing taxable temporary differences. Also included in income tax expense is $98 of income taxes on historically profitable entities in Asia, CALA and Europe, $4 of income taxes relating to tax rate reductions enacted during 2008 in Korea, $38 of income taxes resulting from revisions to prior year tax estimates, $37 from increases in uncertain tax positions and other taxes of $25, primarily related to taxes on NNL preferred share dividends in Canada. This tax expense was partially offset by a $29 benefit derived from various tax credits and R&D- related incentives.

As described in note 1, during the third and fourth quarters of 2008, the expanding global economic downturn dramatically worsened, and in January 2009, the Debtors commenced the Creditor Protection Proceedings. In assessing the need for valuation allowances against its deferred tax assets, Nortel considered the negative effect of these events on Nortel's revised modeled forecasts and the resulting increased uncertainty

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 161

Table of Contents

inherent in these forecasts. Nortel determined that there was significant negative evidence against and insufficient positive evidence to support a conclusion that Nortel's net deferred tax assets were more likely than not to be realized in future tax years in all tax jurisdictions other than Korea and Turkey. Therefore, a full valuation allowance was necessary against Nortel's net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are realizable through the reversal of existing taxable temporary differences.

During the year ended December 31, 2007, Nortel recorded a tax expense of $1,114 on earnings from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies of $270. The tax expense of $1,114 was composed of several significant items including $1,036 of net valuation allowance increase including an increase of $1,064 in Canada, offset by releases in Europe and Asia, $74 of income taxes on profitable entities in Asia and Europe, including a reduction of Nortel's deferred tax assets in EMEA, $29 of income taxes relating to tax rate reductions enacted during 2007 in EMBA and Asia, and other taxes of $17 primarily related to taxes on NNL preferred share dividends in Canada. This tax expense was partially offset by a $29 benefit derived from various tax credits, primarily R&D related incentives, and a $17 benefit resulting from true up of prior year tax estimates including a $14 benefit in EMBA as a result of transfer pricing adjustments.

As of December 31, 2008, Nortel's net deferred tax assets were $32 reflecting temporary differences between the financial reporting and tax treatment of certain current assets and liabilities and non- current assets and liabilities in joint venture operations in Korea and Turkey.

In accordance with FIN 48, Nortel recognizes the tax benefit from an uncertain tax position only if it is more likely than not that the tax position will be sustained on examination by the taxing authorities, based on the technical merits of the position. Nortel adopted FIN 48 effective January 1, 2007. The following is a tabular reconciliation of Nortel's change in unrecognized tax benefits under FIN 48 from the beginning to the end of the period:

|  | 2008 | 2007 |
|---|---|---|
| Balance as at January 1 | $ 1,329 | $ 1,750 |
| Increases related to current year tax positions | 70 | 27 |
| Increases related to prior year tax positions | 474 | 74 |
| Decreases related to prior year tax positions | (24) | (9) |
| Expiration of statute of limitations for assessment of taxes | (3) | (9) |
| Settlement of tax positions | (4) | (629) |
| Foreign Exchange | (207) | 64 |
| Other | (4) | 61 |
| Balance as at December 31 | $ 1,631 | $ 1,329 |

Included in the $474 of uncertain tax positions taken during prior periods is an increase of $321 to reflect a decrease in the deferred tax assets in the U.S. for adjustments related to transfer pricing in the 2001 to 2005 taxation years and an increase of $77 related to transfer pricing adjustments in the 2006 and 2007 taxation years, mainly in the U.S., the U.K. and France. As of December 31, 2008, of the total gross unrecognized tax benefits, $57 represented the amount of unrecognized tax benefits that would favorably affect the effective income tax rate in future periods, if recognized.

Nortel recognizes interest and penalties accrued related to unrecognized tax benefits in income tax expense. During the year ended December 31, 2008, Nortel recognized approximately $23 related to interest and penalties, and a foreign exchange loss, partially offset by a decrease of $9 resulting from the decrease in the uncertain tax position in Colombia. Nortel had accrued approximately $46 and $32 for the payment of interest and penalties as of December 31, 2008 and 2007, respectively.

153

HIGHLY CONFIDENTIAL

Table of Contents

Nortel believes it is reasonably possible that $644 of its gross unrecognized tax benefit will decrease during the twelve months ending December 31, 2009 with such amount attributable to possible decreases of $550 in the aggregate from the potential resolution of Nortel's ongoing Advance Pricing Arrangements ("APA") negotiations, $72 from including unrecognized tax benefits on amended income tax returns, and $22 from the potential settlement of audit exposures in South America, Asia and Europe. If achieved, it is anticipated that $19 of these potential decreases in unrecognized tax benefits would impact Nortel's effective tax rate.

Nortel is subject to tax examinations in all major taxing jurisdictions in which it operates and currently has examinations open in Canada, the U.S., France, Australia, Germany and Brazil. In addition, Nortel has ongoing audits in other smaller jurisdictions including, but not limited to, Italy, Poland, Colombia and India. Nortel's 2000 through 2007 tax years remain open in most of these jurisdictions primarily as a result of ongoing negotiations regarding APAs affecting these periods.

Nortel regularly assesses the status of tax examinations and the potential for adverse outcomes to determine the adequacy of the provision for income and other taxes. Specifically, the tax authorities in Brazil have completed an examination of prior taxation years and have issued assessments in the aggregate amount of $65 for the taxation years 1999 and 2000. In addition, the tax authorities in France issued assessments in respect of the 2001, 2002 and 2003 taxation years. These assessments collectively propose adjustments to increase taxable income of approximately $1,327, additional income tax liabilities of $52 inclusive of interest, as well as certain increases to withholding and other taxes of approximately $106 plus applicable interest and penalties. Nortel withdrew from discussions at the tax auditor level during the first quarter of 2007 and has entered into Mutual Agreement Procedures with the competent authority under the Canada- France tax treaty to settle the dispute and avoid double taxation. Nortel believes that it has adequately provided for tax adjustments that are more likely than not to be realized as a result of any ongoing or future examinations.

Nortel had previously entered into APAs with the taxation authorities of the U.S. and Canada in connection with its intercompany transfer pricing and cost sharing arrangements between Canada and the U.S. These arrangements expired in 1999 and 2000. In 2002, Nortel filed APA requests with the taxation authorities in the U.S., Canada and the U.K. that applied to the taxation years 2001 through 2005 ("2001- 2005 APA"). The 2001- 2005 APA requests are currently under consideration and the tax authorities are in the process of negotiating the terms of the arrangement. In September 2008, the Canadian tax authorities provided the U.S. tax authorities with a supplemental position paper regarding the 2001- 2005 APA under negotiation. The proposal suggests a material reallocation of losses from the U.S. to Canada. Nortel received verbal communication from the U.S. taxing authority in December 2008 stating that a tentative settlement on the 2001- 2005 APA had been reached between the U.S. and Canadian taxing authorities. Nortel has not received any communication from the taxing authorities regarding the details of this tentative settlement. Nortel expects the Canadian and U.S. tax authorities to meet to discuss the final settlement position in the next few quarters. Nortel continues to monitor the progress of these negotiations; however, it is not a party to the government- to- government negotiations. It is possible that the ultimate resolution to the negotiations could be a further reallocation of losses from the U.S. to Canada. Nortel has applied the transfer pricing methodology proposed in the APA requests to the parties subject to the transfer pricing methodology in preparing its tax returns and accounts from 2001 through 2005. The parties are the U.S., Canada, the U.K., France, Ireland and Australia.

In October 2008 Nortel filed new bilateral APA requests for tax years 2007 through at least 2010 ("2007- 2010 APA"), for Canada, the U.S., the U.K. and France, with a request for rollback to 2006 in the U.S. and Canada, following methods generally similar to those under negotiation for 2001 through 2005. While preparing the new bilateral 2007- 2010 APA request, Nortel made some adjustments to the economics of the transfer pricing methodology ("TPM"). The adjustments resulted in decreases to deferred tax assets in the U.K. of $4 and $4 for 2006 and 2007, respectively. In other jurisdictions, changes resulting from adjustments to the new TPM impacted

154

Table of Contents

the level of deferred tax assets with an offset to valuation allowance and no impact to tax expense. With the exception of NNI, the original tax filings for 2007 in the U.S., the U.K., Ireland and France will include the adjustments to the TPM and the 2006 tax filings will be amended to reflect such adjustments. The 2006 and 2007 tax filings for NNL will be amended to reflect the adjustments to the new TPM.

The ultimate outcome of the 2007 - 2010 APA negotiations is uncertain and the ultimate reallocation of losses as they relate to the 2007 - 2010 APA negotiations cannot be determined at this time. There could be a further material shift in historical earnings between the above mentioned parties, particularly the U.S. and Canada. It is also uncertain whether the Creditor Protection Proceedings will have any impact on the ultimate resolution of the APA negotiations. If these matters are resolved unfavorably, they could have a material adverse effect on Nortel's consolidated financial position, results of operations or cash flows. However, Nortel believes it is more likely than not that the ultimate resolution of these negotiations will not have a material adverse effect on its consolidated financial position, results of operations or cash flows.

155

HIGHLY CONFIDENTIAL      NNC-NNL06001427 / 164

Table of Contents

The following is a reconciliation of income taxes, calculated at the Canadian combined federal and provincial income tax rate, to the income tax benefit (expense) included in the consolidated statements of operations for each of the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Income (taxes)/recovery at Canadian rates (2008- 31.4%, 2007- 34%, 2006- 34%) | $ 771 | $ (92) | $ (48) |
| Difference between Canadian rates and rates applicable to subsidiaries in the U.S. and other jurisdictions | 154 | 52 | 2 |
| Valuation allowances on tax benefits | (3,322) | (938) | (883) |
| Tax effect of tax rate changes | (4) | (29) | - |
| Utilization of losses | - | - | 36 |
| Tax benefit of investment tax credits, net of valuation allowance | 29 | 29 | 47 |
| Shareholder litigation settlement | - | - | 749 |
| Adjustments to provisions and reserves | (55) | (10) | (2) |
| Foreign withholding and other taxes | (25) | (23) | (28) |
| Corporate minimum taxes | - | (1) | (3) |
| Non- deductible impairment of goodwill | (854) | | |
| Impact of non- taxable/(non- deductible) items and other differences | 113 | (102) | 70 |
| Income tax benefit (expense) | $ (3,193) | $ (1,114) | $ (60) |
| | | | |
| Details of Nortel's income (loss): | | | |
| Earnings (loss) from operations before income taxes, minority interests and equity in net loss of associated companies: | | | |
| Canadian, excluding gain (loss) on sales of businesses and assets | $ (1,722) | $ (740) | $ (434) |
| U.S. and other, excluding gain (loss) on sales of businesses and assets | (744) | 979 | 369 |
| Gain (loss) on sales of businesses and assets | 10 | 31 | 206 |
| | $ (2,456) | $ 270 | $ 141 |
| | | | |
| Income tax benefit (expense): | | | |
| Canadian, excluding gain (loss) on sales of businesses and assets | $ (1,135) | $ (1,070) | $ 16 |
| U.S. and other, excluding gain (loss) on sales of businesses and assets | (2,058) | (44) | (73) |
| Gain (loss) on sales of businesses and assets | - | - | (3) |
| | $ (3,193) | $ (1,114) | $ (60) |
| | | | |
| Income tax benefit (expense): | | | |
| Current | $ (140) | $ (95) | $ (29) |
| Deferred | (3,053) | (1,019) | (31) |
| Income tax benefit (expense) | $ (3,193) | $ (1,114) | $ (60) |
| | | | |
| Details of movement in valuation allowance | | | |
| Opening valuation allowance | $ (3,389) | $ (4,431) | $ (3,429) |
| Implementation of FIN 48, net of current period activity | 6 | 1,676 | - |
| Amounts charged to income tax benefit (expense) | (3,331) | (1,036) | (847) |
| Amounts charged to other comprehensive loss | (194) | 103 | 66 |
| UK capital loss settlement, net of FIN 48 Implementation | - | 555 | - |
| Other (additions)/ deductions[a] | 677 | (256) | (221) |
| Closing valuation allowance | $ (6,231) | $ (3,389) | $ (4,431) |

(a) The significant components of other (additions) deductions for 2008 include an increase of ($30) related to operating losses acquired as part of the Novera acquisition that were added to Nortel's deferred tax asset, offset by a decrease of $707 due to the effects foreign exchange.

156

Table of Contents

The following table shows the significant components included in deferred income taxes as of December 31:

| | 2008 | 2007 |
|---|---|---|
| **Assets:** | | |
| Tax benefit of loss carryforwards | $ 3,230 | $ 3,262 |
| Investment tax credits, net of deferred tax liabilities | 1,262 | 1,458 |
| Other tax credits | 123 | 169 |
| Deferred revenue | 212 | 347 |
| Provisions and reserves | 364 | 302 |
| Post-retirement benefits other than pensions | 231 | 279 |
| Plant and equipment | 194 | 231 |
| Pension plan liabilities | 414 | 309 |
| Deferred compensation | 90 | 93 |
| Other | 167 | 294 |
| | 6,287 | 6,744 |
| Valuation allowance | (6,231) | (3,389) |
| | 56 | 3,355 |
| **Liabilities:** | | |
| Unrealized foreign exchange and other | 24 | 32 |
| | 24 | 32 |
| Net deferred income tax assets | $ 32 | $ 3,323 |

Nortel has not provided for foreign withholding taxes or deferred income tax liabilities for temporary differences related to the undistributed earnings of foreign subsidiaries since Nortel does not currently expect to repatriate earnings that would create any material tax consequences. It is not practical to reasonably estimate the amount of additional deferred income tax liabilities or foreign withholding taxes that may be payable should these earnings be distributed in the future.

Nortel is in the process of amending a number of previously filed tax returns as a result of the restatements of its financial statements. Most of the significant unamended tax returns reflected tax losses and Nortel does not expect any material impact to either tax expense or deferred tax liabilities. As of December 31, 2008 Nortel has accrued an income tax liability of $22 for interest and tax exposures relating to the restated Canadian tax returns. As of December 31, 2008, Nortel had the following net operating and capital loss carryforwards and tax credits which are scheduled to expire in the following years:

| | Gross Operating Losses | Gross Capital Losses(a) | Tax Credits(b) |
|---|---|---|---|
| 2009 - 2011 | $ 227 | $ 23 | $ 468 |
| 2012 - 2014 | 178 | 194 | 164 |
| 2015 - 2020 | 344 | 18 | 217 |
| 2021 - 2028 | 1,653 | - | 388 |
| Indefinitely | 7,392 | 852 | 25 |
| | $ 9,794 | $ 1,087 | $ 1,262 |

(a) The capital losses related primarily to the U.K. and may only be used to offset future capital gains. Nortel has recorded a full valuation allowance against this future tax benefit.
(b) Global investment tax credits of $29, $29, and $47 have been applied against the income tax provision in 2008, 2007 and 2006, respectively. Unused tax credits can be utilized to offset taxes payable primarily in Canada.

157

Table of Contents

### 9. Employee benefit plans

*Plan Description*

Nortel maintains various retirement programs covering substantially all of its employees, consisting of defined benefit, defined contribution and investment plans.

Nortel has multiple capital accumulation and retirement programs including: defined contribution and investment programs available to substantially all of its North American employees; the flexible benefits plan, which includes a group personal pension plan, available to substantially all of its employees in the U.K.; and traditional defined benefit programs that are closed to new entrants. Although these programs represent Nortel's major retirement programs and may be available to employees in combination and/or as options within a program, Nortel also has smaller pension plan arrangements in other countries.

Nortel also provides other benefits, including post-retirement benefits and post-employment benefits. Employees previously enrolled in the capital accumulation and retirement programs offering post-retirement benefits are eligible for company sponsored post-retirement health care and/or death benefits, depending on age and/or years of service. Substantially all other employees have access to post-retirement benefits by purchasing a Nortel-sponsored retiree health care plan at their own cost.

In the second quarter of 2006, Nortel announced changes to its North American pension and post-retirement plans effective January 1, 2008. Nortel reallocated employees enrolled in its traditional defined benefit pension plans to defined contribution plans. In addition, Nortel eliminated post-retirement healthcare benefits for employees who were not age 50 with five years of service as of July 1, 2006. Currently, as a result of the UK Administration Proceedings, all further service cost accruals to its UK defined benefit pension plan have ceased.

*Pension Plan Funding*

The amounts described herein, to the extent that they relate to future events or expectations, may be significantly affected by the Creditor Protection Proceedings. In particular, as a result of the Creditor Protection Proceedings, our current expectation on pension plan funding in 2009 and beyond is uncertain at this time and subject to change.

Nortel's policy is to fund defined benefit pension and other post-retirement and post-employment benefits based on accepted actuarial methods as permitted by regulatory authorities. The funded amounts reflect actuarial assumptions regarding compensation, interest and other projections. Pension and other post-retirement and post-employment benefit costs reflected in the consolidated statements of operations are based on the projected benefit method of valuation.

*Adoption of FASB Statement No. 158*

In September 2006, the FASB issued SFAS No. 158, which requires an employer to recognize the overfunded or underfunded status of a defined benefit pension and post-retirement plan (other than a multiemployer plan) as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which the changes occur through comprehensive income of a business entity or changes in unrestricted net assets of a not-for-profit organization. SFAS 158 also requires an employer to measure the funded status of a plan as of the date of its year end statement of financial position, with limited exceptions. The requirement to measure plan assets and benefit obligations as of the date of the employer's fiscal year end statement of financial position was effective for Nortel for its fiscal year ended December 31, 2008.

158

<u>Table of Contents</u>

The effect of the initial adoption of SFAS 158 at December 31, 2006 was as follows:

| | Before Application of SFAS 158 | | Adjustment | | After Application of SFAS 158 |
|---|---|---|---|---|---|
| Intangible assets- net | $ | 262 | $ | (21) | $ | 241 |
| Other assets- long term | $ | 686 | $ | 3 | $ | 689 |
| Deferred tax assets- long term | $ | 3,803 | $ | 60 | $ | 3,863 |
| Payroll and benefit related liabilities- current | $ | (868) | $ | 228 | $ | (640) |
| Other liabilities- long term | $ | (5,398) | $ | (412) | $ | (5,810) |
| Accumulated other comprehensive loss | $ | 479 | $ | 142 | $ | 621 |

A measurement date of September 30 has historically been used annually to determine pension and other post- retirement benefit measurements for the pension plans and other post- retirement benefit plans that make up the majority of plan assets and obligations. Beginning in 2008, a measurement date of December 31 was used for all plans in accordance with the guidance in SFAS 158. Under the transition approach selected by Nortel, the measurements determined for the 2007 fiscal year end reporting were used to estimate the effects of the change. Net periodic benefit cost for the period between the 2007 measurement date and the end of 2008 were allocated proportionately between amounts to be recognized as an adjustment of retained earnings and net periodic benefit cost for 2008. This adoption had the effect of increasing accumulated deficit by $33, net of taxes, and increasing accumulated other comprehensive income by $5, net of taxes, as of January 1, 2008.

*Pension and Post Retirement Benefits*

For the 2008 year- end measurement, negative asset returns more than offset the favourable impacts of increases in discount rates, foreign exchange gains driven by the strengthening of the U.S. Dollar against the British Pound and Canadian Dollar, Nortel's contributions made to the plans, decreased inflation rates, and other accounting assumptions. As a result, the unfunded status of Nortel's defined benefit plans and post- retirement plans increased from $1,937 as of the measurement date of September 30, 2007 to $2,119 as of the measurement date of December 31, 2008. The effect of the net actuarial loss adjustment and the related foreign currency translation adjustment was to increase accumulated other comprehensive loss including foreign currency translation adjustment (before tax) and increase pension and post- retirement liabilities by $733.

The following details the unfunded status of the defined benefit plans and post- retirement benefits other than pensions, and the associated amounts recognized in the consolidated balance sheets as of December 31:

| | Defined Benefit Plans | | | | Post- Retirement Benefits | | | |
|---|---|---|---|---|---|---|---|---|
| | 2008 | | 2007 | | 2008 | | 2007 | |
| **Change in benefit obligation:** | | | | | | | | |
| Benefit obligation- beginning | $ | 9,265 | $ | 9,210 | $ | 745 | $ | 670 |
| Service cost[a] | | 70 | | 117 | | 4 | | 3 |
| Interest cost[a] | | 617 | | 479 | | 50 | | 37 |
| Plan participants' contributions[b] | | 6 | | 7 | | 12 | | 10 |
| Plan amendments | | - | | 1 | | - | | - |
| Actuarial loss (gain) | | (565) | | (664) | | (131) | | (7) |
| Special and contractual termination benefits[b] | | 8 | | 4 | | - | | - |
| Curtailments and settlements[b] | | (74) | | (1) | | - | | - |
| Benefits paid[a] | | (663) | | (594) | | (62) | | (46) |
| Foreign exchange | | (1,878) | | 706 | | (98) | | 78 |
| Benefit obligation- ending | $ | 6,786 | $ | 9,265 | $ | 520 | $ | 745 |

159

Table of Contents

| | Defined Benefit Plans | | | Post- Retirement Benefits | | |
|---|---|---|---|---|---|---|
| | 2008 | | 2007 | 2008 | | 2007 |
| **Change in plan assets:** | | | | | | |
| Fair value of plan assets- beginning | $ | 8,073 | $ | 7,139 | $ | - | $ | - |
| Actual return on plan assets | | (1,047) | | 562 | | - | | - |
| Employer contributions(a) | | 331 | | 353 | | 50 | | 36 |
| Plan participants' contributions(a) | | 6 | | 7 | | 12 | | 10 |
| Plan settlements | | (74) | | - | | | | |
| Benefits paid(a) | | (663) | | (594) | | (62) | | (46) |
| Foreign exchange | | (1,439) | | 606 | | - | | - |
| Fair value of plan assets- ending | $ | 5,187 | $ | 8,073 | $ | - | $ | - |
| Funded status of the plans | $ | (1,599) | $ | (1,192) | $ | (520) | $ | (745) |
| Contributions after measurement date | | - | | 56 | | - | | 11 |
| Net amount recognized | $ | (1,599) | $ | (1,136) | $ | (520) | $ | (734) |
| **Amounts recognized in the accompanying consolidated balance sheets consist of:** | | | | | | |
| Other liabilities- long- term | $ | (1,557) | $ | (1,109) | $ | (476) | $ | (692) |
| Other liabilities- current | | (43) | | (49) | | (44) | | (42) |
| Other assets | | 1 | | 22 | | - | | - |
| Net amount recognized | $ | (1,599) | $ | (1,136) | $ | (520) | $ | (734) |
| **Amounts recognized in accumulated other comprehensive income (loss)- before tax- consists of:** | | | | | | |
| Prior service cost (credit) | $ | 8 | $ | 12 | $ | (67) | $ | (80) |
| Net actuarial loss (gain) | | 1,631 | | 816 | | (103) | | 16 |
| Net amount recognized | $ | 1,639 | $ | 828 | $ | (170) | $ | (64) |

(a)   2008 includes October 1st- December 31st, 2007 settlement and interest cost, plan participants' contributions, employer contributions, and benefits paid, which are effects due to adoption of SFAS 158 measurement requirements.

(b)   Curtailments, settlements, and special and contractual termination benefits resulted from the 2007, 2008, and 2009 Restructuring Plan activity, as set out in note 7.

The accumulated benefit obligation for all defined benefit plans was $6,682 and $9,032 at December 31, 2008 and 2007, respectively. The following details selected information for defined benefit plans, all of which have accumulated benefit obligations in excess of the fair value of plan assets as of December 31:

| | 2008 | | 2007 |
|---|---|---|---|
| Projected benefit obligation | $ | 6,763 | $ | 6,858 |
| Accumulated benefit obligation | $ | 6,663 | $ | 6,656 |
| Fair value of plan assets | $ | 5,163 | $ | 5,648 |

160

**Table of Contents**

The following details the amounts recognized in other comprehensive income (loss), including foreign currency translation adjustments (before tax), for the years ended December 31:

| | Defined Benefit Pension Plans | | Post- Retirement Benefits | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| Prior service cost (credit) | $ - | $ 1 | $ - | $ - |
| Amortization of prior service (cost) credit | (4) | (4) | 13 | 14 |
| Net actuarial loss (gain) | 865 | (750) | (119) | (10) |
| Amortization of net actuarial (loss) gain | (39) | (105) | - | - |
| Settlement loss | (11) | - | - | - |
| Net recognized in other comprehensive income (loss) | $ 811 | $ (858) | $ (106) | $ 4 |

Assuming current funding rules, plan design, the estimated amounts in accumulated other comprehensive income (loss) to be recognized as components of pension expense (credit) during the next fiscal year are as follows:

| | Defined Benefit Pension Plan | Post- Retirement Benefits | Total |
|---|---|---|---|
| Prior service cost (credit) | $ 2 | $ (10) | $ (8) |
| Net actuarial loss (gain) | $ 66 | $ (11) | $ 55 |

The following details the components of net pension expense, all related to continuing operations, and the underlying assumptions for the defined benefit plans for the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| **Pension expense:** | | | |
| Service cost | $ 46 | $ 117 | $ 130 |
| Interest cost | 490 | 479 | 462 |
| Expected return on plan assets | (516) | (504) | (457) |
| Amortization of prior service cost | 4 | 4 | 2 |
| Amortization of net losses | 32 | 105 | 130 |
| Settlement and curtailment losses (gains) | 11 | (1) | (6) |
| Special and contractual termination benefits | 7 | 4 | 13 |
| Net pension expense | $ 74 | $ 204 | $ 274 |
| **Weighted- average assumptions used to determine benefit obligations as of December 31:** | | | |
| Discount rate | 6.4% | 5.8% | 5.1% |
| Rate of compensation increase | 2.8% | 4.5% | 4.5% |
| **Weighted- average assumptions used to determine net pension expense for years ended December 31:** | | | |
| Discount rate | 5.8% | 5.1% | 5.1% |
| Expected rate of return on plan assets | 7.1% | 7.1% | 7.2% |
| Rate of compensation increase | 4.5% | 4.5% | 4.4% |

161

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 170

Table of Contents

The following details the net cost components, all related to continuing operations, and underlying assumptions of post- retirement benefits other than pensions for the years ended December 31:

|  | 2008 | 2007 | 2006 |
|---|---|---|---|
| **Post- retirement benefit cost:** | | | |
| Service cost | $ 3 | $ 3 | $ 6 |
| Interest cost | 40 | 37 | 42 |
| Amortization of prior service cost | (10) | (14) | (5) |
| Amortization of net losses (gains) | - | - | 1 |
| Curtailment losses (gains) | - | - | (29) |
| Net post- retirement benefit cost | $ 33 | $ 26 | $ 15 |

**Weighted- average assumptions used to determine benefit obligations as of December 31:**

|  | | | |
|---|---|---|---|
| Discount rate | 6.9% | 5.8% | 5.4% |

**Weighted- average assumptions used to determine net post- retirement benefit cost for years ended December 31:**

|  | | | |
|---|---|---|---|
| Discount rate | 5.8% | 5.4% | 5.4% |
| Weighted- average health care cost trend rate | 6.5% | 6.6% | 8.0% |
| Weighted- average ultimate health care cost trend rate | 4.7% | 4.7% | 4.8% |

Assumed health care cost trend rates have a significant effect on the amounts reported for health care plans. A one percentage point change in assumed health care cost trend rates would have the following effects for the years ended December 31:

|  | 2008 | 2007 | 2006 |
|---|---|---|---|
| **Effect on aggregate of service and interest costs** | | | |
| 1% increase | $ 3 | $ 3 | $ 4 |
| 1% decrease | $ (2) | $ (2) | $ (3) |
| **Effect on accumulated post- retirement benefit obligations** | | | |
| 1% increase | $ 16 | $ 43 | $ 43 |
| 1% decrease | $ (14) | $ (36) | $ (36) |

As of December 31, 2008, the expected benefit payments for the next ten years for the defined benefit plans and the post- retirement benefits other than pensions are as follows, along with the expected reimbursement amounts related to the Medicare Prescription Drug, Improvement and Modernization Act of 2003 ("MPDIM Act"):

|  | Defined Benefit Plans | Post- Retirement Benefit Plans | Expected MPDIM Act Subsidy (Post- Retirement Benefit Plans) |
|---|---|---|---|
| 2009 | $ 480 | $ 44 | $ 2 |
| 2010 | 443 | 45 | 2 |
| 2011 | 452 | 45 | 3 |
| 2012 | 460 | 44 | 3 |
| 2013 | 469 | 44 | 3 |
| 2014- 2017 | 2,460 | 217 | 24 |

The amounts described in the table above, may be significantly affected by the Creditor Protection Proceedings. In particular, as a result of the Creditor Protection Proceedings, Nortel's current expectations regarding its defined benefit pension plans and post- retirement and post- employment benefit plans in 2009 and beyond is uncertain at this time and is subject to change.

162

Table of Contents

The target investment allocation percentages for plan assets and the year end percentages based on actual asset balances of the defined benefit plans as of December 31 are as follows:

|  | 2008 | | 2007 | |
| --- | --- | --- | --- | --- |
|  | Target | Actual | Target | Actual |
| Debt instruments | 52% | 50% | 46% | 44% |
| Equity securities | 46% | 46% | 52% | 53% |
| Other | 2% | 4% | 2% | 3% |

The primary investment performance objective is to obtain competitive rates of return on investments at or above their assigned benchmarks while minimizing risk and volatility by maintaining an appropriately diversified portfolio. The benchmarks selected are industry- standard and widely-accepted indices. The defined benefit plans maintain a long- term perspective in regard to investment philosophy and return expectations which are reflective of the fact that the liabilities of the defined benefit plans mature over an extended period of time. The investments have risk characteristics consistent with underlying defined benefit plan demographics and liquidity requirements, and are consistent and compliant with all regulatory standards.

The primary method of managing risk within the portfolio is through diversification among and within asset categories, and through the utilization of a wide array of active and passive investment managers. Broadly, the assets are allocated between debt and equity instruments. Included within the debt instruments are government and corporate fixed income securities, money market securities, mortgage- backed securities and inflation indexed securities. Generally, these debt instruments are considered investment grade. Included in equity securities are developed and emerging market stocks of companies at a variety of capitalization levels. The securities are predominantly publicly traded. The amount of employer and related- party securities that the defined benefit plans may hold is governed by the statutory limitations of the jurisdictions of the applicable plans. Included in equity securities of the defined benefit plans are NNC common shares, held directly or through pooled funds, with an aggregate market value of $0 (0% of total plan assets) and $2 (0.02% of total plan assets) as of December 31, 2008 and 2007, respectively.

As a policy, assets within the defined benefit plans are reviewed to the target allocations at least on a quarterly basis and adjustments made as appropriate. The plans commission periodic asset and liability studies to determine the optimal allocation of the portfolio's assets. These studies consider a variety of the plan characteristics, including membership, benefits and liquidity needs, and utilize mean- variance analysis of historic and projected investment returns to develop a range of acceptable asset mixes among a variety of asset classes.

To develop the expected long- term rate of return on assets assumption, Nortel considered the weighted- average historical returns and the future expectations for returns for each asset class.

Assuming current funding rules and current plan design, estimated 2009 cash contributions to Nortel's defined benefit pension plans and its post-retirement plans are approximately $75 and $44, respectively. However, 2009 cash contributions to these plans will be significantly impacted as a result of the Creditor Protection Proceedings. Currently, as a result of the U.K. Administration Proceedings, following Nortel's latest contribution in January, all further contributions to its UK defined benefit pension plan have ceased pursuant to the direction of the U.K. Administrators, which is reflected in the numbers above. Nortel continues to evaluate its pension and post retirement benefit obligations in the context of the Creditor Protection Proceedings and as a result these amounts may continue to change as a result of events or other factors that are uncertain or unknown at this time.

Under the terms of certain defined contribution plans, eligible employees may contribute a portion of their compensation to an investment plan. Based on the specific program in which the employee is enrolled, Nortel matches a percentage of the employee's contributions up to a certain limit. In certain other defined contribution plans, Nortel contributes a fixed percentage of employees' eligible earnings to a defined contribution plan arrangement. The cost of these investment plans was $103, $97 and $99 for the years ended December 31, 2008, 2007 and 2006, respectively.

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 172

Table of Contents

## 10. Acquisitions, divestitures and closures

*Acquisitions*

*Other Acquisitions*

The following table sets out certain information for the acquisitions completed by Nortel in 2008. All of these acquisitions were accounted for using the purchase method. The consolidated financial statements include the operating results of each of these businesses as of their respective dates of acquisition.

| Acquisition | Closing Date | Purchase Price | Goodwill | Acquired Technology | Other Intangibles | Net Tangible Assets |
|---|---|---|---|---|---|---|
| Novera Optics, Inc.[a] | 01- Aug- 08 | $ 18 | $ 9 | $ 9 | $ - | $ - |
| Pingtel Corp.[b] | 08- Aug- 08 | 6 | - | 6 | - | - |
| Diamondware Ltd.[c] | 19- Aug- 08 | 5 | - | 3 | 2 | - |
| LG Electronics Inc. - Wireless Local Loop[d] | 08- Aug- 08 | 3 | - | - | - | 3 |

(a) On August 1, 2008, LG- Nortel acquired 100% of the issued and outstanding stock of Novera Optics Korea Inc. and Novera Optics, Inc. ("Novera") for $18, plus up to an additional $10 based on achievement of business milestones. Novera was a privately- held company specializing in fiber- optic access solutions that extend high- speed carrier Ethernet services from optical core networks to customer premises.

(b) On August 8, 2008, Nortel purchased substantially all of the assets and certain liabilities of Pingtel Corp. ("Pingtel") from Bluesocket Inc. ("Bluesocket") for $4 in cash, and up to $4 based on the achievement of future business milestones plus the return of Nortel's existing equity interest in Bluesocket which had been acquired for $2. Pingtel, a software- based unified communication solutions designer, was a wholly owned subsidiary of Bluesocket.

(c) On August 19, 2008, Nortel acquired 100% of the issued and outstanding stock of Diamondware, Ltd. ("Diamondware") for $5 in cash and up to $3 based on achievement of future business milestones. Diamondware was a privately- held company, specializing in high- definition, proximity- based 3D positional voice technology.

(d) On August 8, 2008, LG- Nortel purchased certain assets and liabilities of LGE's Wireless Local Loop ("WLL") business for $3. The WLL products include fixed wireless terminals over CDMA and GSM licensed cellular networks.

*LG- Nortel business venture*

On November 3, 2005, Nortel entered into a business venture with LGE, named LG- Nortel. Certain assets of Nortel's South Korean distribution and services business were combined with the service business and certain assets of LGE's telecommunications infrastructure business. In exchange for a cash contribution of $155 paid to LGE, Nortel received 50% plus one share of the equity in LG- Nortel. LGE received 50% less one share of the equity in the business venture. The purchase price was finalized in 2006.

LGE was entitled to payments from NNL over a two- year period based on the achievement by LG- Nortel of certain business goals in the 2006 and 2007 fiscal years, up to a maximum of $80. NNL and LGE agreed that the payment related to the 2006 fiscal year was $29 and this amount was recognized and paid in 2007. NNL recognized its remaining obligation of $51 in 2007 and paid it in the third quarter of 2008. As of December 31, 2007, this resulted in additional goodwill of $18.

*Divestitures*

*UMTS access business divestiture*

On December 31, 2006, Nortel completed the sale of substantially all its assets and liabilities related to its UMTS access products and services to Alcatel- Lucent. The sale, structured as an asset and share transaction,

164

resulted in gross proceeds of $320, adjusted primarily for warranty liabilities, for net proceeds of $306 all of which were received in the fourth quarter of 2006. In addition, Nortel provided Alcatel- Lucent with a $23 promissory note in lieu of transferring working capital, which was paid in the first quarter of 2007. The proceeds are subject to post- closing adjustments for the finalization of the book value of the assets transferred and liabilities assumed by Alcatel- Lucent which are not expected to be significant.

In 2008, Nortel did not record any adjustments to the net assets net gain from this divestiture.

*Manufacturing operations*

In 2004, Nortel entered into an agreement with Flextronics for the divestiture of substantially all of Nortel's remaining manufacturing operations and related activities, including certain product integration, testing, repair operations, supply chain management, third party logistics operations and design assets. Nortel and Flextronics have also entered into a four- year supply agreement for manufacturing services and a three- year supply agreement for design services. Nortel received $599 of gross proceeds as of December 31, 2007.

On October 18, 2006, Nortel signed amendments to various agreements with Flextronics, including the sale agreement, and the supply and design services agreements to restructure Nortel's purchase commitments and increase Nortel's obligation to reimburse Flextronics for certain costs associated with the transaction.

As of December 31, 2007, Nortel had transferred approximately $404 of inventory and equipment to Flextronics relating to the transfer of the optical design activities in Monkstown, Northern Ireland and Ottawa, Canada and the manufacturing activities in Montreal and Calgary in Canada and Chateaudun, France. Flextronics had the ability to exercise its unilateral rights to return certain inventory and equipment to Nortel after the expiration of a specified period following each respective transfer date of the activities at the aforementioned facilities (up to fifteen months). Flextronics has exercised all of its rights with respect to the inventory and equipment as at December 31, 2007, and as a result, Nortel retained $10 of inventory and equipment. Nortel recognized a gain of $21 on this transaction in 2007 as a result of the expiration and satisfaction of the rights held by Flextronics described above.

## 11. Fair Value

Nortel adopted the provisions of SFAS 157 applicable to financial assets and liabilities and to certain non- financial assets and liabilities that are measured at fair value on a recurring basis, effective January 1, 2008. SFAS 157 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. SFAS 157, among other things, requires Nortel to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value.

*Fair value hierarchy*

SFAS 157 provides a hierarchy of valuation techniques based on whether the inputs to those valuation techniques are observable or unobservable. Observable inputs reflect market data obtained from independent sources, while unobservable inputs reflect Nortel's assumptions with respect to how market participants would price an asset or liability. These two inputs used to measure fair value fall into the following three different levels of the fair value hierarchy:

*Level 1:* Quoted prices for identical instruments in active markets that are observable.

165

Table of Contents

*Level 2:* Quoted prices for similar instruments in active markets; quoted prices for identical or similar instruments in markets that are non- active; inputs other than quoted prices that are observable and derived from or corroborated by observable market data.

*Level 3:* Valuations derived from valuation techniques in which one or more significant inputs are unobservable.

This hierarchy requires the use of observable market data when available.

*Determination of fair value*

The following section describes the valuation methodologies used by Nortel to measure different instruments at fair value, including an indication of the level in the fair value hierarchy in which each instrument is classified. Where applicable, the descriptions include the key inputs and significant assumptions used in the valuation models.

*Investments*

When available, Nortel uses quoted market prices to determine fair value of certain exchange- traded equity securities; such items are classified in Level 1 of the fair value hierarchy.

Certain investments are valued using the Black- Scholes- Merton option- pricing model. Key inputs include the exchange- traded price of the underlying security, exercise price, shares issuable, risk- free rate, forecasted dividends and volatility. Such items are classified in Level 2 of the fair value hierarchy.

Nortel has an investment in a money market fund, which, prior to the suspension of trading activities of the fund's shares, was classified as cash and cash equivalents. The fund recently announced that its net asset value had declined to $0.97 per share relative to par of $1.00 per share and that it was temporarily suspending redemption rights as it sought SEC approval of its plan for orderly liquidation of its assets. These investments are currently classified in Level 2 of the fair value hierarchy. See notes 4 for more information.

In October 2008, the Company entered into an agreement ("Agreement") with the investment firm that sold Nortel a portion of its auction rate securities, which have a par value of $19 at December 31, 2008. By entering into the Agreement, the Company (1) received the right ("Put Option") to sell these auction rate securities back to the investment firm at par, at its sole discretion, anytime during the period from June 30, 2010 through July 2, 2012, and (2) gave the investment firm the right to purchase these auction rate securities or sell them on the Company's behalf at par anytime after the execution of the Agreement through July 2, 2012. The Company elected to measure the Put Option under the fair value option of SFAS 159, and recorded income of approximately $3 pre- tax, and recorded a corresponding long term investment. Simultaneously, the Company transferred these auction rate securities from available- for- sale to trading investment securities. As a result of this transfer, the Company recognized an impairment loss of approximately $3 pre- tax. The recording of the Put Option and the recognition of the impairment loss resulted in no net impact to the results of operations for the year ended December 31, 2008. The Company anticipates that any future changes in the fair value of the Put Option will be offset by the changes in the fair value of the related auction rate securities with no material net impact to the results of operations. The Put Option will continue to be measured at fair value utilizing Level 3 inputs until the earlier of its maturity or exercise.

*Derivatives*

The majority of derivatives entered into by Nortel are valued using standard valuation techniques as no quoted market prices exist for the instruments. The valuation technique used and inputs required depend on the type of derivative. The principal techniques used to value these instruments are through comparing the rates at

166

**Table of Contents**

the time that the derivatives were acquired to the period- end rates quoted in the market. Depending on the type of derivative, the valuation could be calculated through either discounted cash flows or the Black- Scholes- Merton option- pricing model. The key inputs depend upon the type of derivative, and include interest rate yield curves, foreign exchange spot and forward rates, zero curves and expected volatility. The item is placed in Level 2 or Level 3 depending on whether the significant inputs are observable or not. Level 2 includes Nortel's hedging activities. Level 3 includes embedded derivatives related to commercial or purchase contracts.

*Long- term debt*

Nortel's publicly traded debt instruments are valued using quoted market prices and are classified as Level 1 in the fair value hierarchy.

*Market valuation adjustments*

The fair value of derivatives and other financial liabilities includes the effects of Nortel's and the counterparty's non- performance risk, including credit risk. Nortel has incorporated its own and its counterparty's credit risk into the determination of fair value of its derivatives, where applicable. See note 13 for more information.

The following table presents, for each of the fair value hierarchy levels, the assets and liabilities that are measured at fair value on a recurring basis as of December 31, 2008:

| | Fair Value | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| **Assets** | | | | |
| Money market fund | $ 65 | $ - | $ 65 | $ - |
| Employee benefit trust | 73 | 73 | - | - |
| Derivatives | 126 | - | 106 | 20 |
| Auction rate securities (including Put Option) | 19 | - | - | 19 |
| Total assets | $ 283 | $ 73 | $ 171 | $ 39 |
| **Liabilities** | | | | |
| Long- term debt | 911 | 911 | - | - |
| Derivatives | 62 | - | 62 | - |
| Total liabilities | $ 973 | $ 911 | $ 62 | $ - |

The following table presents the changes in the Level 3 fair value category for the year ended December 31, 2008:

| | January 1, 2008 | Net Realized/Unrealized Gains (Losses) included in | | Purchases, Sales, Issuances and (Settlements) | Transfers in and/or (out) of Level 3 | December 31, 2008 |
|---|---|---|---|---|---|---|
| | | Earnings | Other | | | |
| **Assets** | | | | | | |
| Derivatives | $ 1 | $ 19 | $ - | $ - | $ - | $ 20 |
| Auction rate securities | $ - | $ - | $ - | $ 19 | $ - | $ 19 |
| **Liabilities** | | | | | | |
| Derivatives | $ 5 | $ (5) | $ - | $ - | $ - | $ - |

167

**Table of Contents**

**12. Long- term debt**

*Long- term debt*

The following table shows the components of long- term debt as of December 31 prior to the Creditor Protection Proceedings (see note 1):

| | 2008 | | 2007 |
|---|---|---|---|
| 4.25% Convertible Senior Notes due September 1, 2008 | $  - | $ | 675 |
| LIBOR + 4.25% Floating rate Notes due July 15, 2011 | 1,000 | | 1,000 |
| 1.75% Convertible Senior Notes due April 15, 2012 | 575 | | 575 |
| 10.125% Fixed rate Notes due July 15, 2013 | 550 | | 550 |
| 2.125% Convertible Senior Notes due April 15, 2014 | 575 | | 575 |
| 10.75% Fixed rate Notes due July 15, 2016 | 1,119 | | 450 |
| 6.875% Notes due September 1, 2023 | 200 | | 200 |
| 7.875% Notes due June 15, 2026[a] | 150 | | 150 |
| Other long- term debt with various repayment terms and a weighted- average interest rate of 7.54% for 2008 and 7.17% for 2007 | 1 | | 4 |
| Fair value adjustment attributable to hedged debt obligations | 65 | | 20 |
| Obligation associated with a consolidated VIE with interest rate of 4.86% for 2008 and 4.60% for 2007 | 82 | | 92 |
| Obligations under capital leases and sale leasebacks with a weighted- average interest rate of 9.48% for 2008 and 9.16% for 2007 | 203 | | 223 |
| | 4,520 | | 4,514 |
| Less: Long- term debt due within one year | 19 | | 698 |
| Long- term debt | $ 4,501 | $ | 3,816 |

(a)   Notes were issued by Nortel Networks Capital Corporation, an indirect wholly owned finance subsidiary of NNI, and are fully and unconditionally guaranteed by NNL.

As of December 31, 2008, the amounts of long- term debt payable for each of the years ending December 31, prior to the Creditor Protection Proceedings (see note 1), consisted of:

| | | |
|---|---|---|
| 2009 | $ | 19 |
| 2010 | | 20 |
| 2011 | | 1,023 |
| 2012 | | 598 |
| 2013 | | 690 |
| Thereafter | | 2,170 |
| Total long- term debt payable | $ | 4,520[a] |

(a)   Includes $63 of long- term debt related to sale lease- backs with continuing involvement. See note 16 for additional information.

*Senior notes offering*

On May 28, 2008, NNL completed the offering of the 2016 Fixed Rate Notes issued May 2008 in the U.S. to qualified institutional buyers pursuant to Rule 144A under the U.S. Securities Act of 1933, as amended ("Securities Act"), to persons outside the U.S. pursuant to Regulation S under the Securities Act and to accredited investors in Canada pursuant to applicable private placement exemptions.

The 2016 Fixed Rate Notes issued May 2008 were issued as additional notes under an existing indenture dated as of July 5, 2006 (2006 Indenture), as supplemented, and are part of the same series as NNL's currently outstanding $450 aggregate principal amount of 10.75% Senior Notes due 2016 that were issued on July 5, 2006

HIGHLY CONFIDENTIAL

Table of Contents

("2016 Fixed Rate Notes issued July 2006"), under the 2006 Indenture. The 2016 Fixed Rate Notes issued May 2008 and the 2016 Fixed Rate Notes issued July 2006 have the same ranking, guarantee structure, interest rate, maturity date and other terms and are treated as a single class of securities under the indenture and holders will vote together as one class. The 2016 Fixed Rate Notes issued May 2008 and the related guarantees are initially not fungible for trading purposes with the 2016 Fixed Rate Notes issued July 2006.

The net proceeds received from the sale of the 2016 Fixed Rate Notes issued May 2008 were approximately $655, after deducting discount on issuance of $7 and commissions and other offering expenses of $13. On June 16, 2008, Nortel used these net proceeds, together with available cash, to redeem, at par, $675 outstanding principal amount of its 4.25% Notes due 2008.

NNL may redeem all or a portion of the 2016 Fixed Rate Notes issued May 2008 at any time on or after July 15, 2011, at specified redemption prices ranging from 105.375% to 100% of the principal amount thereof plus accrued and unpaid interest. In addition, NNL may redeem all or a portion of the 2016 Fixed Rates Notes issued May 2008, at a price equal to 100% of the principal amount thereof plus a "make-whole" premium. On or prior to July 15, 2009, NNL may also redeem up to 35% of the original aggregate principal amount of the 2016 Fixed Rate Notes issued May 2008 with proceeds of certain equity offerings at a redemption price equal to 110.750% of the principal amount thereof, plus accrued and unpaid interest, if any. In the event of certain changes in applicable withholding taxes, NNL may redeem the 2016 Fixed Rate Notes issued May 2008 in whole, but not in part.

Upon a change of control, NNL is required within 30 days to make an offer to purchase the 2016 Fixed Rate Notes issued May 2008 then outstanding at a purchase price equal to 101% of the principal amount of the 2016 Fixed Rate Notes issued May 2008 plus accrued and unpaid interest. A "change of control" is defined in the 2006 Indenture as, among other things, the filing of a Schedule 13D or Schedule TO under the Securities Exchange Act of 1934, as amended, by any person or group unaffiliated with Nortel disclosing that such person or group has become the beneficial owner of a majority of the voting stock of Nortel or has the power to elect a majority of the members of Nortel's Board of Directors, or Nortel ceasing to be the beneficial owner of 100% of the voting power of the common stock of NNL.

The 2006 Indenture and related guarantees contain various covenants that limit Nortel's and NNL's ability to (i) create liens (other than certain permitted liens) against assets of Nortel, NNL and its restricted subsidiaries to secure funded debt in excess of certain permitted amounts without equally and ratably securing the 2016 Fixed Rate Notes issued May 2008 and (ii) merge, consolidate and sell or otherwise dispose of substantially all of the assets of any of Nortel, NNL and, so long as NNI is a guarantor of the 2016 Fixed Rate Notes issued May 2008, NNI unless the surviving entity or purchaser of such assets assumes the obligations of Nortel, NNL or NNI, as the case may be, under the 2016 Fixed Rate Notes issued May 2008 and related guarantees, and no default exists under the 2006 Indenture after giving effect to such merger, consolidation or sale.

In addition, the 2006 Indenture and related guarantees contain covenants that, at any time that the 2016 Fixed Rate Notes issued May 2008 do not have an investment grade rating, limit Nortel's ability to incur, assume, issue or guarantee additional funded debt (including capital leases) and certain types of preferred stock, or repurchase, redeem, retire or pay any dividends in respect of any NNC common shares or NNL preferred shares, in excess of certain permitted amounts or incur debt that is subordinated to any other debt of Nortel, NNL or NNI, without having that new debt be expressly subordinated to the 2016 Fixed Rate Notes issued May 2008 and the guarantees. At any time that the 2016 Fixed Rate Notes issued May 2008 do not have an investment grade rating, Nortel's ability to incur additional indebtedness is tied to an Adjusted EBITDA to fixed charges ratio of at least 2.00 to 1.00, except that Nortel may incur certain debt and make certain restricted payments without regard to the ratio up to certain permitted amounts. "Adjusted EBITDA" is generally defined as consolidated earnings before interest, taxes, depreciation and amortization, adjusted for certain restructuring charges and other one-time charges and gains that will be excluded from the calculation of Adjusted EBITDA.

169

HIGHLY CONFIDENTIAL

NNC-NNL06001427 / 178

Table of Contents

"Fixed charges" is defined in the 2006 Indenture as consolidated interest expense plus dividends paid on certain preferred stock.

*Convertible notes offering*

On March 28, 2007, Nortel completed an offering of $1,150 aggregate principal amount of unsecured convertible senior notes ("Convertible Notes") to repay a portion of the $1,800 aggregate principal amount of 4.25% Convertible Senior Notes due on September 1, 2008 ("4.25% Notes due 2008"), issued by Nortel on August 15, 2001. The offering was made to qualified institutional buyers pursuant to Rule 144A under the Securities Act, and in Canada to qualified institutional buyers that are also accredited investors pursuant to applicable Canadian private placement exemptions. The Convertible Notes consist of $575 principal amount of senior convertible notes due 2012 ("2012 Notes") and $575 of senior convertible notes due 2014 ("2014 Notes"). In each case, the principal amount of Convertible Notes includes $75 issued pursuant to the exercise in full of the over-allotment options granted to the initial purchasers. The 2012 Notes pay interest semi- annually at a rate per annum of 1.75% and the 2014 Notes pay interest semi- annually at a rate per annum of 2.125%.

The 2012 Notes and 2014 Notes are each convertible into NNC common shares at any time based on an initial conversion rate of 31.25 NNC common shares per $1,000.00 principal amount of Convertible Notes (which is equal to an initial conversion price of $32.00 per common share). This rate is not considered to represent a beneficial conversion option. In each case, the conversion rate is subject to adjustment if certain events occur, such as a change of control. Holders who convert their Convertible Notes in connection with certain events that result in a change in control may be entitled to a "make- whole" premium in the form of an increase in the conversion rate.

Upon a change of control, Nortel would be required to offer to repurchase the Convertible Notes for cash at 100% of the outstanding principal amount thereof plus accrued and unpaid interest and additional interest, if any, up to but not including the date of repurchase.

Nortel may redeem in cash the 2012 Notes and the 2014 Notes at any time on or after April 15, 2011 and April 15, 2013, respectively, at repurchase prices equal to 100.35% and 100.30% of their outstanding principal amounts, respectively, plus accrued and unpaid interest and any additional interest up to but excluding the applicable redemption date. Nortel may redeem each series of Convertible Notes at any time in cash at a repurchase price equal to 100% of the aggregate principal amount, together with accrued and unpaid interest and any additional interest to the redemption date, in the event of certain changes in applicable Canadian withholding taxes.

The Convertible Notes are fully and unconditionally guaranteed by NNL and initially guaranteed by NNI. The Convertible Notes are senior unsecured obligations of Nortel and rank pari passu with all of its other senior obligations. Each guarantee is the senior unsecured obligation of the respective guarantor and ranks pari passu with all other senior obligations of that guarantor.

The net proceeds from the sale of the Convertible Notes was approximately $1,127 after deducting commissions payable to the initial purchasers and other offering expenses. On September 28, 2007, Nortel redeemed at par value $1,125, plus accrued and unpaid interest, of its $1,800 outstanding principal amount of 4.25% Notes due 2008.

**13. Financial instruments and hedging activities**

*Risk management*

Nortel's net earnings (loss) and cash flows may be negatively impacted by fluctuation in interest rates, foreign exchange rates and equity prices. To effectively manage these market risks, Nortel entered into foreign currency forwards, foreign currency swaps, foreign currency option contracts, interest rate swaps and equity

170

Table of Contents

forward contracts. Nortel does not hold or issue derivative financial instruments for trading purposes. See note 23 regarding termination of these instruments, as a result of the Creditor Protection Proceedings.

*Foreign currency risk*

Nortel entered into option contracts to limit its exposure to exchange fluctuations on future revenue or expenditure streams expected to occur within a twelve- month period, and forward contracts, which are denominated in various currencies, to limit its exposure to exchange fluctuations on existing assets and liabilities and on future revenue or expenditure streams expected to occur within a twelve- month period. Option and forward contracts used to hedge future revenue or expenditure streams or economically hedge the impact of foreign exchange rates on existing monetary assets and liabilities did not meet the criteria for hedge accounting in 2008.

The following table provides the total notional amounts of the purchase and sale of currency options and forward contracts as of December 31:

| | 2008[a] | | | 2007[b] | | |
| | Buy | Sell | Net Buy / (Sell) | Buy | Sell | Net Buy / (Sell) |
|---|---|---|---|---|---|---|
| **Options[c]:** | | | | | | |
| Canadian dollar | $ 13 | $ 13 | $ 0 | $ 27 | $ 27 | $ 0 |
| **Forwards[c]:** | | | | | | |
| Canadian dollar | $ 316 | $ 206 | $ 110 | $ 130 | $ 398 | ($ 268) |
| British pound | £ 195 | £ 24 | £ 171 | £ 745 | £ 262 | £ 483 |
| Euro | 40 | 50 | (10) | 22 | 5 | 17 |
| Other (U.S. dollar) | $ 0 | $ 44 | ($ 44) | $ 0 | $ 14 | ($ 14) |

(a) All notional amounts of option and forward contracts will mature no later than the end of 2009.
(b) All notional amounts of option and forward contracts matured no later than the end of 2008.
(c) All amounts are stated in source currency.

*Interest rate risk*

Nortel entered into interest rate swap contracts to minimize the impact of interest rate fluctuations on the fair value of its long- term debt. These contracts swapped fixed interest rate payments for floating rate payments and certain swaps were designated as fair value hedges. The fair value adjustment related to the effective portion of interest rate swaps and the corresponding fair value adjustment to the hedged debt obligation included within long- term debt were recorded to interest expense within the consolidated statements of operations. These swap contracts had remaining terms to maturity of up to six years.

A portion of Nortel's long- term debt is subject to changes in fair value resulting from changes in market interest rates. Nortel has hedged a portion of this exposure to interest rate volatility using fixed for floating interest rate swaps. On July 5, 2006, Nortel entered into interest rate swaps to convert the fixed interest rate exposure under the 2016 Fixed Rate Notes and the 2013 Fixed Rate Notes to a floating rate equal to LIBOR plus 4.9% and LIBOR plus 4.4%, respectively. Nortel entered into these interest rate swaps to minimize the impact of interest rate volatility on the consolidated statements of operations. Nortel assessed hedge effectiveness in accordance with SFAS 133. Nortel concluded that this hedging strategy was effective at offsetting changes in the fair value of the 2013 Fixed Rate Notes in 2008. The interest rate swap hedging the 2016 Fixed Rate Notes did not meet the hedge effectiveness criteria and remained a non- designated hedging strategy as of December 31, 2007. In 2008, Nortel unwound the interest rate swap hedging the 2016 Fixed Rate Notes and recorded a gain of $2. The cumulative impact to net earnings was a $1 loss for the year ended December 31, 2008. Please see note 23 for further information.

171

HIGHLY CONFIDENTIAL

Table of Contents

The following table provides a summary of interest rate swap contracts and their aggregated weighted- average rates as at and for the year ended December 31:

| | 2008 | | 2007 | |
|---|---|---|---|---|
| **Interest rate swap contracts:** | | | | |
| Received- fixed swaps- notional amount | $ | 550 | $ | 1,000 |
| Average fixed rate received | | 10.4% | | 10.4% |
| Average floating rate paid | | 9.0% | | 8.9% |

Subsequent to December 31, 2008, Nortel's foreign currency option and forward and interest swaps were terminated. See note 23.

*Fair value*

The estimated fair values of the financial instruments in the table below reflect approximate amounts at which they could be exchanged in a current transaction between willing parties. The fair values are based on estimates using present value and other valuation techniques that are significantly affected by the assumptions used concerning the amount and timing of estimated future cash flows and discount rates that reflect varying degrees of risk. Specifically, the fair value of interest rate swaps and forward contracts reflected the present value of the expected future cash flows if settlement had taken place on December 31, 2008 and 2007; the fair value of option contracts reflected the cash flows due to or by Nortel if settlement had taken place on December 31, 2008 and 2007; and the fair value of long- term debt instruments reflected a current yield valuation based on observed market prices as of December 31, 2008 and 2007. Accordingly, the fair value estimates are not necessarily indicative of the amounts that Nortel could potentially realize in a current market exchange.

The following table provides the carrying amounts and fair values for financial assets and liabilities for which fair value differed from the carrying amount and fair values recorded for derivative financial instruments in accordance with SFAS 133 as of December 31:

| | 2008 | | | | 2007 | | | |
|---|---|---|---|---|---|---|---|---|
| | Carrying Amount | | Fair Value | | Carrying Amount | | Fair Value | |
| **Financial liabilities:** | | | | | | | | |
| Long- term debt due within one year | $ | 19 | $ | 19 | $ | 698 | $ | 688 |
| Long- term debt | $ | 4,501 | $ | 1,243 | $ | 3,816 | $ | 3,491 |
| **Derivative financial instruments net asset (liability) position:** | | | | | | | | |
| Interest rate swap contracts[a] | $ | 83 | $ | 83 | $ | 61 | $ | 61 |
| Forward and option contracts[b] | $ | (18) | $ | (18) | $ | (17) | $ | (17) |
| **Other** | | | | | | | | |
| Warrants | $ | - | $ | - | $ | 5 | $ | 5 |

(a) Recorded in other assets.
(b) Comprised of other assets of $43 and other liabilities of $61 as of December 31, 2008, and other assets of $14 and other liabilities of $31 as of December 31, 2007.

*Concentrations of risk*

Nortel from time to time used derivatives to limit exposures related to foreign currency and interest rate risk. Credit risk on these financial instruments arises from the potential for counterparties to default on their contractual obligations to Nortel. Nortel is exposed to credit risk in the event of non- performance, but does not anticipate non- performance by any of the counterparties to its financial instruments. Nortel limits its credit risk by dealing with counterparties that are considered to be of reputable credit quality.

Nortel's cash and cash equivalents are maintained with several financial institutions in the form of demand and term bank deposits and government and institutional short- term money market instruments. Generally, these

172