Table of Contents

funds may be redeemed upon demand and are maintained with financial institutions with reputable credit and therefore are expected to bear minimal credit risk. Nortel seeks to mitigate such risks by spreading its risk across multiple counterparties and monitoring the risk profiles of these counterparties.

Nortel performs ongoing credit evaluations of its customers and, with the exception of certain financing transactions, does not normally require collateral from its customers. Nortel's customers are primarily in the enterprise and telecommunication service provider markets. Nortel's global market presence has resulted in a large number of diverse customers which reduces concentrations of credit risk.

Nortel receives certain of its components from sole suppliers. Additionally, Nortel relies on a limited number of contract manufacturers and suppliers to provide manufacturing services for its products. The inability of a contract manufacturer or supplier to fulfill supply requirements of Nortel could materially impact future operating results.

*Transfers of receivables*

In 2008, 2007 and 2006, Nortel entered into various agreements to transfer certain of its receivables. These receivables were transferred at discounts of $2, $2 and $12 from book value for the years ended December 31, 2008, 2007 and 2006, respectively, at annualized discount rates of approximately 1% to 9%, 0% to 8% and 0% to 8% for the years ended December 31, 2008, 2007 and 2006, respectively. Certain receivables have been sold with limited recourse for each of the years ended December 31, 2008, 2007 and 2006.

Under certain agreements, Nortel has continued as servicing agent and/or has provided limited recourse. The fair value of these servicing obligations is based on the market value of servicing the receivables, historical payment patterns and appropriate discount rates as applicable. Generally, trade receivables that are sold do not experience prepayments. Also, Nortel has not historically experienced significant credit losses with respect to receivables sold with limited recourse and, as such, no liability was recognized.

As of December 31, 2008 and 2007, total accounts receivable transferred and under Nortel's management were $13 and $45, respectively.

There is a possibility that the actual performance of receivables or the cost of servicing the receivables will differ from the assumptions used to determine fair values at the transfer date and at each reporting date. Assuming hypothetical, simultaneous, unfavorable variations of up to 20% in credit losses, discount rate used and cost of servicing the receivables, the pre- tax impact on the value of the retained interests and servicing assets would not be significant.

Proceeds from receivables for the years ended December 31 were as follows:

|  | 2008 | 2007 | 2006 |
|---|---|---|---|
| Proceeds from new transfers of financial assets | $       126 | $       43 | $       202 |
| Proceeds from collections reinvested in revolving period transfers | $       14 | $       12 | $       189 |
| Repurchases of receivables | $       (14) | $       (39) | $       (26) |

14. Guarantees

Nortel's requirement to make payments (either in cash, financial instruments, other assets, NNC common shares or through the provision of services) to a third party will be triggered as a result of changes in an underlying economic characteristic (such as interest rates or market value) that is related to an asset, a liability or an equity security of the guaranteed party or a third party's failure to perform under a specified agreement.

173

**Table of Contents**

The following table provides a summary of Nortel's guarantees as of December 31, 2008:

| | Carrying Amount of Liability | Maximum Potential Liability[1] |
|---|---|---|
| Business sale and business combination agreements | | |
| Third party claims[a] | $ 10 | $ 14 |
| Sales volume guarantee[b] | - | - |
| Intellectual property indemnification obligations[c] | - | - |
| Lease agreements[d] | - | 36 |
| Receivable securitizations[e] | - | 13 |
| Other indemnification agreements | | |
| Specified price trade-in rights[g] | - | - |
| EDC Support Facility[f] | - | - |
| Global Class Action Settlement (as defined in note 22)[h] | - | - |
| Sale lease-back[i] | - | 4 |
| Real estate indemnification[j] | - | - |
| Bankruptcy[k] | - | 1 |
| Total | $ 10 | $ 68 |

(a) Includes guarantees in connection with agreements for the sale of all or portions of an investment or a Nortel business, including certain discontinued operations and guarantees related to the escrow of shares in business combinations in prior periods. Nortel has indemnified the purchaser of an investment or a Nortel business in the event that a third party asserts a claim against the purchaser that relates to a liability retained by Nortel relating to business events occurring prior to the sale, such as tax, environmental, litigation and employment matters. In certain agreements, Nortel also indemnifies counterparties for losses incurred from litigation that may be suffered by counterparties arising under guarantees related to the escrow of shares in business combinations. Some of these types of guarantees have indefinite terms while others have specific terms extending to no later than 2012. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected payout, if required.

(b) In conjunction with the sale of a subsidiary to a third party, Nortel guaranteed to the purchaser that specified annual sales volume levels would be achieved by the business sold over a ten-year period ended December 31, 2007. Nortel's guarantee to the purchaser was governed by the laws of the purchaser's jurisdiction. As such, the purchaser has the right to claim such payments under the volume guarantee until January 31, 2018, under the statute of limitations of such jurisdiction. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(c) Nortel has periodically entered into agreements with customers and suppliers that include intellectual property indemnification obligations that are customary in the industry. These agreements generally require Nortel to compensate the other party for certain damages and costs incurred as a result of third party intellectual property claims arising from these transactions. These types of guarantees typically have indefinite terms; however, under some agreements, Nortel has provided specific terms extending to February 2011. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(d) Nortel has entered into agreements with its lessors to guarantee the lease payments of certain assignees of its facilities. Generally, these lease agreements relate to facilities Nortel vacated prior to the end of the term of its lease. These lease agreements require Nortel to make lease payments throughout the lease term if the assignee fails to make scheduled payments. Most of these lease agreements also require Nortel to pay for facility restoration costs at the end of the lease term if the assignee fails to do so. These lease agreements have expiration dates through June 2015. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay-out, if required.

(e) Nortel has agreed to indemnify certain of its counterparties in certain receivables securitization transactions. Certain receivables securitization transactions include indemnifications requiring the repurchase of the receivables, under conditions, if the receivable is not paid by the obligor. The indemnification provisions generally expire upon the earlier of either expiration of the securitization agreements, which extended through 2008, or collection of the receivable amounts by the purchaser. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay-out, if required.

174

**Table of Contents**

(f)   Nortel has also agreed to indemnify EDC under the EDC Support Facility against any legal action brought against EDC that relates to the provision of support under the EDC Support Facility. Effective December 14, 2007, NNL and EDC amended and restated the EDC Support Facility, among other things, to extend the maturity date to December 31, 2011 and to provide for automatic renewal each subsequent year, unless either party provides written notice to the other of its intent to terminate. As described further in note 1, NNL's continued access to the EDC Support Facility has been limited. As of December 31, 2008, there was approximately $189 of outstanding support utilized under the EDC Support Facility, approximately $125 of which was outstanding under the revolving small bond sub- facility, with the remaining balance under the revolving large bond sub- facility. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(g)   Nortel has identified specified price trade- in rights in certain customer arrangements that qualify as guarantees. These types of guarantees generally apply over a specified period of time and extend through to June 2010. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay- out, if required.

(h)   On March 17, 2006, in connection with the Global Class Action Settlement (as defined in note 22), Nortel announced that it had reached an agreement with the lead plaintiffs on the related insurance and corporate governance matters, including Nortel's insurers agreeing to pay $229 in cash towards the settlement and Nortel agreeing with its insurers to certain indemnification obligations. Nortel believes that it is unlikely that these indemnification obligations will materially increase its total cash payment obligations under the Global Class Action Settlement. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(i)   On June 27, 2007, NNL entered into a sale lease- back agreement where it agreed to provide an indemnity to the purchaser with respect to union and employee termination matters. The sale agreement requires NNL to compensate the purchaser for any costs in the event that NNL fails to effectively satisfy termination obligations to union employees; if a reinstatement application is brought by the union or non- union employees; or if the purchaser is required to re- hire selected union employees. The indemnification provision expires upon the retirement of the last former employee. The nature of the indemnification prevents Nortel from making a reasonable estimate of the maximum term of the indemnification. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay- out, if required.

(j)   On February 14, 2008, NNI entered into an agreement whereby it indemnified the landlord of a property against certain claims that the sub- tenant may assert against the landlord. The nature of the indemnification prevents Nortel from making a reasonable estimate of the maximum term of the indemnification. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(k)   On February 28, 2008, NNL entered into a guarantee agreement in which it agreed to repay to the bankruptcy estate of a certain debtor, any interim dividends paid from the bankruptcy estate that NNL is not entitled to in the event that a creditor steps forward with a claim that requires a re- distribution of funds between the creditors. The nature of the indemnification prevents Nortel from making a reasonable estimate of the maximum term of the indemnification. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay- out, if required.

(l)   The nature of some guarantees and indemnification arrangements generally prevents Nortel from making a reasonable estimate of the maximum potential amount it could be required to pay under such agreements. For this reason, no amount has been included in the disclosure in these circumstances.

*Product warranties*

The following summarizes the accrual for product warranties that was recorded as part of other accrued liabilities in the consolidated balance sheets as of December 31:

|  | 2008 | | 2007 | |
| --- | --- | --- | --- | --- |
| Balance at the beginning of the year | $ | 214 | $ | 217 |
| Payments |  | (178) |  | (182) |
| Warranties issued |  | 213 |  | 267 |
| Revisions |  | (63) |  | (88) |
| Balance at the end of the year | $ | 186 | $ | 214 |

**15. Commitments**

*Bid, performance- related and other bonds*

Nortel has entered into bid, performance- related and other bonds associated with various contracts. Bid bonds generally have a term of less than twelve months, depending on the length of the bid period for the applicable contract. Other bonds primarily relate to warranty, rental, real estate and customs contracts.

175

Table of Contents

Performance- related and other bonds generally have a term consistent with the term of the underlying contract. The various contracts to which these bonds apply generally have terms ranging from one to five years. Any potential payments which might become due under these bonds would be related to Nortel's non- performance under the applicable contract. Historically, Nortel has not had to make material payments under these types of bonds and does not anticipate that any material payments will be required in the future.

The following table sets forth the maximum potential amount of future payments under bid, performance- related and other bonds, net of the corresponding restricted cash and cash equivalents, as of December 31:

|  | 2008 | | 2007 |
|---|---|---|---|
| Bid and performance- related bonds[a] | $ | 167 | $ | 155 |
| Other bonds[b] | | 57 | | 54 |
| Total bid, performance- related and other bonds | $ | 224 | $ | 209 |

(a)  Net of restricted cash and cash equivalent amounts of $4 and $5 as of December 31, 2008 and 2007, respectively.
(b)  Net of restricted cash and cash equivalent amounts of $7 and $27 as of December 31, 2008 and 2007, respectively.

*Venture capital financing*

Nortel has entered into agreements with selected venture capital firms where the venture capital firms make and manage investments in start- up businesses and emerging enterprises. The agreements require Nortel to fund requests for additional capital up to its commitments when and if requests for additional capital are solicited by any of the venture capital firms. Nortel had remaining commitments, if requested, of $16 as of December 31, 2008. These commitments expire at various dates through to 2017.

*Purchase commitments*

Nortel has entered into purchase commitments with certain suppliers under which it commits to buy a minimum amount or percentage of designated products or services in exchange for price guarantees or similar concessions. In certain of these agreements, Nortel may be required to acquire and pay for such products or services up to the prescribed minimum or forecasted purchases. As of December 31, 2008, Nortel had aggregate purchase commitments of $29 compared with $40 as of December 31, 2007. In accordance with Nortel's agreements with certain of its inventory suppliers, Nortel records a liability for firm, non- cancelable, and unconditional purchase commitments for quantities purchased in excess of future demand forecasts.

The following table sets forth the expected purchase commitments to be made over the next several years:

|  | 2009 | | 2010 | | 2011 | | Thereafter | | Total Obligations |
|---|---|---|---|---|---|---|---|---|---|
| Purchase commitments | $ | 17 | $ | 9 | $ | 3 | $ | - | $ | 29 |

Amounts paid by Nortel under the above purchase commitments during the years ended December 31, 2008, 2007 and 2006 were $29, $31 and $470, respectively. See note 1 for further information regarding update to purchase commitments with Flextronics.

176

Table of Contents

*Operating leases and other commitments*

As of December 31, 2008, the future minimum payments under operating leases, sale lease- backs with continuing involvement, outsourcing contracts, special charges related to lease commitments accrued for as part of restructuring contract settlement, and lease costs and related sublease recoveries under contractual agreements consisted of:

| | Operating Leases | Sale Lease- Backs | Outsourcing Contracts | Special Charges | Sublease Income |
|---|---|---|---|---|---|
| 2009 | $ 99 | $ 7 | $ 19 | $ 39 | $ (28) |
| 2010 | 93 | 7 | - | 57 | (28) |
| 2011 | 77 | 8 | - | 52 | (23) |
| 2012 | 60 | 8 | - | 50 | (15) |
| 2013 | 50 | 9 | - | 49 | (13) |
| Thereafter | 267 | 24 | - | 164 | (39) |
| Total future minimum payments | $ 646 | $ 63 | $ 19 | $ 411 | $ (146) |

Rental expense on operating leases for the years ended December 31, 2008, 2007 and 2006, net of applicable sublease income, amounted to $190, $198 and $196, respectively.

Expenses related to outsourcing contracts for the years ended December 31, 2008, 2007 and 2006 amounted to $37, $53 and $93, respectively, and were for services provided to Nortel primarily related to a portion of its information services function. The amount payable under Nortel's outsourcing contracts is variable to the extent that Nortel's workforce fluctuates from the baseline levels contained in the contracts. The table above shows the minimum commitment contained in the outsourcing contracts.

*Nortel and Microsoft Corporation Alliance*

In the third quarter of 2006, Nortel and Microsoft Corporation ("Microsoft") entered into a four- year agreement, with provisions for extension, to form a strategic alliance to jointly develop, market and sell communications solutions. Under the agreement, Nortel and Microsoft agreed to form joint teams to collaborate on product development spanning enterprise, mobile and wireline carrier solutions. The agreement engages the companies at the technology, marketing and business levels and includes joint product development, solutions and systems integration and go- to- market initiatives. Both companies will invest resources in marketing, business development and delivery.

Microsoft will make available to Nortel up to $52 in marketing and telephony systems integration funds to be offset against marketing costs incurred by Nortel, and up to $40 in research and development funds over the initial four year term of the agreement. Payments are received by Nortel upon Nortel achieving certain mutually agreed upon performance metrics. Microsoft will recoup its payment of research and development funds by receiving payments from Nortel of 5% of revenue over a mutually agreed upon enterprise voice and application business base plan. Any research and development funds that have not been recouped must be repaid in full by Nortel to Microsoft by March 31, 2012. As of December 31, 2008, Nortel has not received any of the research and development funds from Microsoft.

Microsoft and Nortel will each retain all revenues from sales or licenses of each party's respective software, sales or leasing of each party's respective hardware and delivery of services to customers and partners in accordance with separate agreements with each parties' respective channel partners and/or customers.

*Mobile WiMAX Strategic Agreement with Alvarion Ltd.*

On June 11, 2008, Nortel entered into an agreement with Alvarion Ltd. ("Alvarion"), to jointly develop a mobile WiMAX product solution. For the duration of the agreement, Nortel agreed to terminate its current

177

HIGHLY CONFIDENTIAL

Table of Contents

IEEE 802.16e macro mobile WiMAX BTS commercial product development and instead work with Alvarion to continue the development of a world leading mobile WiMAX (802.16e) portfolio of access products. Nortel did not commit to any purchase commitments under the agreement. Alvarion agreed to provide the R&D work for the joint mobile WiMAX BTS product solution, with the funding assistance, development and engineering expertise provided by Nortel. Nortel agreed to pay Alvarion an agreed amount of R&D funding over the four year term of the agreement. See note 23 for further information.

**16. Financing arrangements and variable interest entities**

*Customer financing*

Generally, Nortel facilitates customer financing agreements through customer loans, and Nortel's commitment to extend future financing is generally subject to conditions related to funding, fixed expiration or termination dates, specific interest rates and qualified purposes. Nortel only provides direct customer financing where a compelling strategic customer or technology purpose supports such financing.

Total customer financing as of December 31, 2008 and 2007 was $5 and $6, respectively, which included undrawn commitments of nil. During the years ended December 31, 2008 and 2007, Nortel reduced undrawn customer financing commitments by nil and $1, respectively, as a result of the expiration or cancellation of commitments and changing customer business plans.

During the years ended December 31, 2008, 2007 and 2006, Nortel recorded net customer financing bad debt expense (recovery) of ($3), $4 and $4, respectively, as a result of settlements and adjustments to other existing provisions. The recoveries and expense were included in the consolidated statements of operations within SG&A expense.

During the years ended December 31, 2008, 2007 and 2006, Nortel did not enter into any new agreements to restructure and/or settle customer financing and related receivables.

*Consolidation of variable interest entities*

Certain lease financing transactions of Nortel were structured through single transaction VIEs that did not have sufficient equity at risk, as defined in FIN 46R. Effective July 1, 2003, Nortel prospectively began consolidating two VIEs for which Nortel was considered the primary beneficiary following the guidance of FIN 46, on the basis that Nortel retained certain risks associated with guaranteeing recovery of the unamortized principal balance of the VIEs debt, which represented the majority of the risks associated with the respective VIEs' activities. The amount of the guarantees will be adjusted over time as the underlying debt matures. During 2004, the debt related to one of the VIEs was extinguished and as a result consolidation of this VIE was no longer required. As of December 31, 2008, Nortel's consolidated balance sheet included $82 of long-term debt (see note 12) and $81 of plant and equipment- net related to the remaining VIE. These amounts represented both the collateral and maximum exposure to loss as a result of Nortel's involvement with the VIE.

On June 3, 2005, Nortel acquired NGS, a VIE for which Nortel is considered the primary beneficiary under FIN 46R. The consolidated financial results of Nortel include NGS's financial statements consolidated from the date of the acquisition.

Nortel consolidates certain assets and liabilities held in certain employee benefit and life insurance trusts in Canada and the U.K., VIEs for which Nortel is considered the primary beneficiary under FIN 46R.

Nortel has other financial interests and contractual arrangements which would meet the definition of a variable interest under FIN 46R, including investments in other companies and joint ventures, customer financing arrangements, and guarantees and indemnification arrangements. As of December 31, 2008 and 2007, none of these other interests or arrangements were considered significant variable interests and, therefore, are not disclosed in Nortel's financial statements.

178

HIGHLY CONFIDENTIAL

Table of Contents

*Transfer of Receivables*

Nortel transfers receivables to third party financial institutions either directly or through a special purpose entity to meet the needs for working capital. In 2008, a gross amount of $126 of receivables were transferred at a total cost incurred of $2. $83 of the receivables transferred were accounted for as sales, and $59 transferred were accounted for as secured borrowings with corresponding notes payable recorded.

Several of Nortel's entities in the People's Republic of China (PRC) transfer trade receivables to a special purpose entity China Credit Trust Co., Ltd., an independent trustee company registered in PRC and financed by local corporate investors, for the purpose of raising cash by further transferring the beneficial interests of these trade receivables to third party financial institutions. Nortel retains no beneficial interest in this special purpose entity or the transferred assets. In 2008, a total of $15 of receivables were transferred through this arrangement at a cost of $1. $13 of the transferred receivables were accounted for as sales and $2 were accounted for as secured borrowings with corresponding notes payable recorded. Nortel retains the servicing of these transferred receivables with an average maturity of 11 months. A special account held by Nortel with a deposit of $2 for payment of current and future interests to the beneficiaries which, as of December 31, 2008, is classified as restricted cash on Nortel's consolidated financial statements. The value of servicing assets and liabilities related to the outstanding trade receivables transferred are assessed base on available market information and assumptions, and are concluded to be immaterial to the current reporting period.

**17. Capital stock**

*Common shares*

Nortel is authorized to issue an unlimited number of NNC common shares without nominal or par value. The outstanding number of NNC common shares and prepaid forward purchase contracts included in shareholders' equity consisted of the following as of December 31:

| (Number of common shares in thousands) | 2008 Number | $ | 2007 Number | $ | 2006 Number | $ |
|---|---|---|---|---|---|---|
| **Common shares:** | | | | | | |
| Balance at the beginning of the year | 437,423 | $ 34,028 | 433,935 | $ 33,938 | 433,916 | $ 33,932 |
| Shares issued pursuant to: | | | | | | |
| Share based compensation | 999 | 26 | 833 | 24 | 263 | 12 |
| Common share cancellations[(a)] | | | (3) | | (244) | (6) |
| Global Class Action Settlement[(b)] | 59,425 | 1,539 | 2,647 | 69 | - | - |
| Other | 46 | - | 11 | (3) | - | - |
| Balance at the end of the year | 497,893 | $ 35,593 | 437,423 | $ 34,028 | 433,935 | $ 33,938 |

(a) Relates to NNC common shares surrendered by members and former members of Nortel's core executive team for cancellation in connection with the voluntary undertaking by each such individual to pay over a three year period an amount equal to the return to profitability bonus paid in 2003.

(b) Relates to NNC common shares issued and issuable in connection with the equity component of the Global Class Action Settlement, as described in note 22.

*Preferred shares*

Nortel is authorized to issue an unlimited number of class A preferred shares, which rank senior to the class B preferred shares and the NNC common shares upon a distribution of capital or assets, and an unlimited number of class B preferred shares, which rank junior to the class A preferred shares and senior to the NNC common shares upon a distribution of capital or assets, in each case without nominal or par value. Each of the class A and class B preferred shares is issuable in one or more series, each series having such rights, restrictions and provisions as determined by Nortel's Board of Directors at the time of issue. None of the class A or class B preferred shares of Nortel have been issued.

179

Table of Contents

*Shareholder rights plan*

At the Nortel annual and special shareholders' meeting on June 29, 2006, shareholders approved the reconfirmation and amendment of Nortel's shareholder rights plan, which will expire at the 2009 annual meeting of shareholders. See note 23 for further updated information on the 2009 annual general meeting of the shareholders. Under the rights plan, Nortel issues one right for each Nortel common share outstanding. These rights would become exercisable upon the occurrence of certain events associated with an unsolicited takeover bid and would, if exercised, permit shareholders that are not making an unsolicited takeover bid to purchase NNC common shares at a significant discount.

**18. Earnings (loss) per common share**

The following table details the weighted- average number of NNC common shares outstanding for the purposes of computing basic and diluted earnings (loss) per common share for the following periods:

|  | 2008[a]&[b] | 2007[a]&[b] | 2006 |
|---|---|---|---|
|  | | (Number of common shares in millions) | |
| Net earnings (loss) | $ (5,799) | $ (957) | $ 28 |
| | | | |
| Basic and diluted weighted- average shares outstanding: | | | |
| Issued and outstanding | 498 | 484 | 434 |
| | | | |
| Weighted- average shares dilution adjustments- exclusions: | | | |
| Stock options and other share- based awards | 37 | 33 | 30 |
| 4.25% Convertible Senior Notes[b] (note 12) | - | 7 | 18 |
| 1.75% Convertible Senior Notes[b] (note 12) | 18 | 18 | - |
| 2.125% Convertible Senior Notes[b] (note 12) | 18 | 18 | |
| Basic and diluted earnings (loss) per common share | | | |
| - from continuing operations | $ (11.64) | $ (1.98) | $ 0.06 |
| - from discontinued operations | 0.00 | 0.00 | 0.00 |
| | | | |
| Basic and diluted earnings (loss) per common share | $ (11.64) | $ (1.98) | $ 0.06 |

(a)   Shares issued or issuable as a result of the Global Class Action Settlement (as defined in note 22) of 62,866,775 for the year ended December 31, 2008, as well as 49,432,231 for the year ended December 31, 2007, respectively, have been included in the calculation of basic and diluted weighted- average number of NNC common shares outstanding with effect from March 20, 2007. For additional information, see note 22.

(b)   As a result of net loss for the years ended December 31, 2008 and 2007, all potential dilutive securities in these periods were considered anti- dilutive.

180

HIGHLY CONFIDENTIAL

Table of Contents

### 19. Accumulated other comprehensive income (loss)

The components of accumulated other comprehensive income (loss), net of tax, were as follows:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| **Accumulated foreign currency translation adjustment** | | | |
| Balance at the beginning of the year | $ 783 | $ 482 | $ 198 |
| Change in foreign currency translation adjustment[a] | (246) | 301 | 284 |
| Balance at the end of the year | 537 | 783 | 482 |
| **Unrealized gain (loss) on investments- net** | | | |
| Balance at the beginning of the year | 26 | 39 | 31 |
| Change in unrealized gain (loss) on investments | (10) | (13) | 8 |
| Balance at the end of the year[b] | 16 | 26 | 39 |
| **Unrealized derivative gain (loss) on cash flow hedges- net** | | | |
| Balance at the beginning of the year | - | (10) | 7 |
| Change in unrealized derivative gain (loss) on cash flow hedges[c] | - | 10 | (17) |
| Balance at the end of the year | - | - | (10) |
| **Minimum pension liability- net** | | | |
| Balance at the beginning of the year | - | - | (1,084) |
| Change in minimum pension liability adjustment[d] | - | - | 94 |
| Adoption of FAS 158- net[e] | - | - | 990 |
| Balance at the end of the year | - | - | - |
| **Unamortized Pension and Post- Retirement Plan actuarial losses and prior service cost- net** | | | |
| Balance at the beginning of the year | (572) | (1,132) | - |
| Adoption of FAS 158- net[e] | 5 | - | (1,132) |
| Change in unamortized pension and post- retirement actuarial losses and prior service cost[f] | (715) | 560 | - |
| Balance at the end of the year | (1,282) | (572) | (1,132) |
| **Accumulated other comprehensive income (loss)** | $ (729) | $ 237 | $ (621) |

(a) The change in the foreign currency translation adjustment was not adjusted for income taxes since it related to indefinite term investments in non-U.S. subsidiaries.

(b) Certain securities deemed available- for- sale by Nortel were measured at fair value. Unrealized holding gains (losses) related to these securities were excluded from net earnings (loss) and were included in accumulated other comprehensive income (loss) until realized. Unrealized gain (loss) on investments was net of tax of nil, for each of the years ended December 31, 2008, 2007 and 2006. During the years ended December 31, 2008, 2007 and 2006, realized (gains) losses on investments of $8, nil and $5, respectively, were reclassified to other income (expense)- net in the consolidated statements of operations.

(c) During the years ended December 31, 2008, 2007 and 2006, net derivative gains of nil, $10 and $14 were reclassified to other income (expense)- net. Unrealized derivative gain (loss) on cash flow hedges is net of tax of nil, nil and nil for the years ended December 31, 2008, 2007 and 2006, respectively.

(d) Represents non- cash charges to shareholders' equity related to the increase in the minimum required recognizable liability associated with Nortel's pension plans (see note 9). The change in minimum pension liability adjustment is presented net of tax of $24 for the year ended December 31, 2006.

(e) Represents non- cash charges to shareholders' equity related to the adoption of SFAS 158 (see note 9). The charge is presented net of tax of $5 for the year ended December 31, 2008 and $60 for the year ended December 31, 2006.

(f) Represents non- cash charges to shareholders' equity (deficit) related to the change in unamortized pension and post- retirement actuarial losses and prior service cost (see note 9). The charge is presented net of tax of $5 and $91 for the year ended December 31, 2008 and 2007, respectively.

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 190

Table of Contents

**20. Share- based compensation plans**

As discussed further in note 23, Nortel's equity- based compensation plans, including all outstanding equity under the plans (vested and non- vested stock options, SARs, RSUs and PSUs) have been terminated on February 27, 2009.

At the annual meeting of Nortel's shareholders held on May 7, 2008 ("Meeting"), the following amendments to the 2005 SIP were approved by Nortel's shareholders in accordance with the rules of the TSX and NYSE and the terms of the 2005 SIP: (i) an increase in the number of NNC common shares issuable under the 2005 SIP by 14 million from 12.2 million to 26.2 million; (ii) the addition of certain additional types of amendments to the 2005 SIP or awards under it requiring shareholder approval; and (iii) amendments to reflect current market practices with respect to blackout periods. In addition, the following amendments to the Nortel Global Stock Purchase Plan, As Amended and Restated, the Nortel U.S. Stock Purchase Plan, As Amended and Restated and the Nortel Stock Purchase Plan for Members of the Nortel Saving and Retirement Program, As Amended (collectively, the "ESPPs"), were approved by Nortel's shareholders at the Meeting: (i) an increase in the number of NNC common shares available for purchase under the ESPPs by 5.5 million from 4.5 million to 10 million; (ii) amendments to the ESPPs to permit participation by certain employees of Nortel, its participating subsidiaries and designated affiliate companies who previously were excluded from participating; and (iii) approval of the amended U.S. plan in order to qualify for special tax treatment under Section 423 of the United States Internal Revenue Code.

*Options*

Prior to 2006, Nortel granted options to employees to purchase NNC common shares under two existing stock option plans, the 2000 Plan and the 1986 Plan. Under these two plans, options to purchase NNC common shares could be granted to employees and, under the 2000 Plan, options could also be granted to directors of Nortel. The options under both plans entitle the holders to purchase one NNC common share at a subscription price of not less than 100% (as defined under the applicable plan) of the market value on the effective date of the grant. Subscription prices are stated and payable in U.S. Dollars for U.S. options and in Canadian Dollars for Canadian options. Options granted prior to 2003 generally vest 33- 1/3% each year over a three- year period on the anniversary date of the grant. Commencing in 2003, options granted generally vest 25% each year over a four- year period on the anniversary of the date of grant. The term of an option cannot exceed ten years. The Compensation and Human Resources Committee of the Boards of Directors of Nortel and NNL ("CHRC") administers both plans. Nortel meets its obligations under both plans by issuing NNC common shares. NNC common shares remaining available for grant after December 31, 2005 under the 2000 Plan and the 1986 Plan (and including common shares that become available upon expiration or termination of options granted under such plans) were transferred to and were available for grant under the 2005 SIP effective January 1, 2006.

In 2005, Nortel's shareholders approved the 2005 SIP, a share- based compensation plan, which permits grants of stock options, including incentive stock options, SARs, RSUs and PSUs to employees of Nortel and its subsidiaries. Nortel generally meets its obligations under the 2005 SIP by issuing NNC common shares. On November 6, 2006, the 2005 SIP was amended and restated effective as of December 1, 2006, to adjust the number of NNC common shares available for grant thereunder to reflect the 1 for 10 consolidation of issued and outstanding NNC common shares. The subscription price for each share subject to an option shall not be less than 100% of the market value (as defined under the 2005 SIP) of NNC common shares on the date of the grant. Subscription prices are stated and payable in U.S. Dollars for U.S. options and in Canadian Dollars for Canadian options. Options granted under the 2005 SIP generally vest 25% each year over a four- year period on the anniversary of the date of grant. The 2005 SIP is administered by the CHRC. Options granted under the 2005 SIP may not become exercisable within the first year (except in the event of death), and in no case shall the term of an option exceed ten years. All stock options granted have been classified as equity instruments based on the settlement provisions of the share- based compensation plans.

During the year ended December 31, 2008, approximately 53 NNC common shares were issued pursuant to the exercise of stock options granted under the 1986 Plan and nil NNC common shares were issued pursuant to the exercise of stock options granted under the 2000 Plan. During the year ended December 31, 2008, approximately 4,524,942 stock options were granted under the 2005 SIP. During the year ended December 31, 2008 there were no stock options exercised under the 2005 SIP.

182

HIGHLY CONFIDENTIAL                    NNC-NNL06001427 / 191

Table of Contents

As of December 31, 2008, the maximum number of NNC common shares authorized by the shareholders and reserved for issuance by Nortel's Board of Directors under each of the 1986 Plan, 2000 Plan and 2005 SIP is as follows:

| | Maximum (Number of common shares in thousands) |
|---|---|
| **1986 Plan** | |
| Issuable to employees | 46,972[a] |
| **2000 Plan** | |
| Issuable to employee and non- employee directors[b] | 9,400[a] |
| **SIP** | |
| Issuable to employees | 26,200 |

(a)  NNC common shares which were remaining available for grant after December 31, 2005 under the 1986 and the 2000 Plan were transferred to the 2005 SIP effective January 1, 2006. NNC common shares that become available upon expiration or termination of options granted under such plans will also roll- over to the 2005 SIP.

(b)  Under the 2000 Plan, a maximum of 50 NNC common shares were authorized by the shareholders and reserved for issuance to non- employee directors.

In January 1995, a key contributor stock option program ("Key Contributor Program") was established and options have been granted under the 1986 Plan and the 2000 Plan in connection with this program. Under this program, a participant was granted concurrently an equal number of initial options and replacement options. The initial options and the replacement options expire ten years from the date of grant. The initial options have an exercise price equal to the market value of an NNC common share on the date of grant and the replacement options have an exercise price equal to the market value of an NNC common share on the date all of the initial options are fully exercised, provided that in no event will the exercise price be less than the exercise price of the initial options. Replacement options are generally exercisable commencing 36 months after the date all of the initial options are fully exercised, provided that the participant beneficially owns a number of NNC common shares at least equal to the number of common shares subject to the initial options less any NNC common shares sold to pay for options costs, applicable taxes and brokerage costs associated with the exercise of the initial options. No Key Contributor Program options were granted for the years ended December 31, 2008, 2007 and 2006.

Nortel also assumed stock option plans in connection with the acquisition of various companies. NNC common shares are issuable upon the exercise of options under the assumed stock option plans, although no further options may be granted under the assumed plans. The vesting periods for options granted under these assumed stock option plans may differ from the 2005 SIP, 2000 Plan and 1986 Plan, but the assumed plans are not considered significant to Nortel's overall use of share- based compensation.

183

Table of Contents

The following is a summary of the total number of outstanding options under the 2005 SIP, the 2000 Plan, the 1986 Plan and assumed stock options plans and the maximum number of stock options available for grant under the 2005 SIP:

| | Outstanding Options (Thousands) | | Weighted-Average Exercise Price | Weighted-Remaining Contractual Life (In Years) | | Aggregate Intrinsic Value (Thousands) | Available for Grant (Thousands) |
|---|---|---|---|---|---|---|---|
| Balance at December 31, 2005 | 30,292 | $ | 94.30 | 6.1 | $ | 44,553 | 16,964(c) |
| Granted options under all stock option plans | 4,040 | $ | 21.09 | | $ | 22,787 | (5,317)(a) |
| Options exercised | (80) | $ | 22.10 | | $ | 577 | |
| Options forfeited | (1,257) | $ | 39.30 | | | | 1,362(a) |
| Options expired | (3,202) | $ | 143.61 | | | | 2,684(a) |
| Fractional share adjustment(b) | (11) | $ | - | | | | 10 |
| Balance at December 31, 2006 | 29,782 | $ | 81.72 | 5.7 | $ | 36,952 | 15,703(c) |
| Granted options under all stock option plans | 4,537 | $ | 25.24 | | $ | | (7,180)(a) |
| Options exercised | (413) | $ | 23.44 | | $ | 1,798 | |
| Options forfeited | (1,187) | $ | 37.10 | | | | 1,570(a) |
| Options expired | (3,509) | $ | 121.08 | | | | 3,421(a) |
| Balance at December 31, 2007 | 29,210 | $ | 75.30 | 5.6 | $ | 69 | 13,514(a) |
| New available common shares | | | | | | | 14,000(d) |
| Granted options under all stock option plans | 4,525 | $ | 8.08 | | $ | - | (10,221)(a) |
| Options exercised | | $ | | | $ | - | |
| Options forfeited | (781) | $ | 23.52 | | | | 1,188(a) |
| Options expired | (3,528) | $ | 127.20 | | | | 3,503(a) |
| Options cancelled | (8) | $ | 8.00 | | | | 42(a) |
| Balance at December 31, 2008 | 29,418 | $ | 56.00 | 5.8 | $ | - | 22,026(c) |

(a)   Amount is inclusive of RSUs and PSUs granted, cancelled, forfeited or expired, as applicable. RSUs and PSUs reduce the number of NNC common shares available for grant under the 2005 SIP.

(b)   Relates to an adjustment required as a result of the 1 for 10 common share consolidation effective December 1, 2006.

(c)   Includes 14,116 NNC common shares available for issuance under the 2005 SIP in connection with awards of RSUs and/or PSUs.

(d)   Represents the additional 14,000 NNC common shares that were approved for issuance under the 2005 SIP by shareholders on May 7, 2008.

184

HIGHLY CONFIDENTIAL

NNC-NNL06001427 / 193

**Table of Contents**

The following tables summarize information about stock options outstanding and exercisable as of December 31, 2008:

| | Options Outstanding | | | |
|---|---|---|---|---|
| Range of exercise prices | Number Outstanding (Thousands) | Weighted-Average Remaining Contractual Life (In Years) | Weighted-Average Exercise Price | Aggregate Intrinsic Value (Thousands) |
| $ 0.00 - $ 20.20 | 5,636 | 8.8 | $ 9.98 | $ - |
| $ 20.21 - $ 23.90 | 5,503 | 5.6 | $ 22.48 | $ - |
| $ 23.91 - $ 27.80 | 6,343 | 7.5 | $ 26.47 | $ - |
| $ 27.81 - $ 36.00 | 2,696 | 5.7 | $ 30.46 | $ - |
| $ 36.01 - $ 52.00 | 271 | 3.2 | $ 50.51 | $ - |
| $ 52.01 - $ 72.00 | 2,852 | 3.0 | $ 65.53 | $ - |
| $ 72.01 - $ 80.00 | 2,388 | 4.5 | $ 76.82 | $ - |
| $ 80.01 - $ 120.00 | 1,474 | 3.7 | $ 89.23 | $ - |
| $120.01 - $180.00 | 241 | 0.3 | $ 158.61 | $ - |
| $180.01 - $977.65 | 2,014 | 0.9 | $ 329.52 | $ - |
| | 29,418 | 5.8 | $ 56.00 | $ - |
| Fully vested options and options expected to vest as of December 31, 2008 | 28,092 | 5.7 | $ 57.92 | $ - |

| | Options Exercisable | | | |
|---|---|---|---|---|
| Range of exercise prices | Number Exercisable (Thousands) | Weighted-Average Remaining Contractual Life (In Years) | Weighted-Average Exercise Price | Aggregate Intrinsic Value (Thousands) |
| $ 0.00 - $ 20.20 | 563 | 6.9 | $ 18.83 | $ - |
| $ 20.21 - $ 23.90 | 4,329 | 5.1 | $ 22.82 | $ - |
| $ 23.91 - $ 27.80 | 2,975 | 7.0 | $ 27.06 | $ - |
| $ 27.81 - $ 36.00 | 2,218 | 5.4 | $ 30.33 | $ - |
| $ 36.01 - $ 52.00 | 271 | 3.2 | $ 50.51 | $ - |
| $ 52.01 - $ 72.00 | 2,852 | 3.0 | $ 65.53 | $ - |
| $ 72.01 - $ 80.00 | 2,388 | 4.5 | $ 76.82 | $ - |
| $ 80.01 - $ 120.00 | 1,474 | 3.7 | $ 89.23 | $ - |
| $120.01 - $180.00 | 237 | 0.3 | $ 158.66 | $ - |
| $180.01 - $977.65 | 2,014 | 0.9 | $ 329.52 | $ - |
| | 19,321(a) | 4.5 | $ 76.29 | $ - |

(a)  Total number of exercisable options for the years ended December 31, 2008 and 2007 were 19,321 and 19,197, respectively. During the periods of March 10, 2004 to June 1, 2005, and March 10, 2006 to June 6, 2006, the exercise of otherwise exercisable stock options was suspended due to Nortel and NNL not being in compliance with certain reporting requirements of U.S. and Canadian securities regulators.

The aggregate intrinsic value of outstanding and exercisable stock options provided in the preceding table represents the total pre-tax intrinsic value of outstanding and exercisable stock options based on Nortel's closing share price of $0.26 as of December 31, 2008, the last trading day for NNC common shares in 2008, which is assumed to be the price that would have been received by the stock option holders had all stock option holders exercised and sold their options on that date. The total number of in-the-money options exercisable as of December 31, 2008 was nil.

185

HIGHLY CONFIDENTIAL                    NNC-NNL06001427 / 194

Table of Contents

*SARs*

Stand- alone SARs or SARs in tandem with options may be granted under the 2005 SIP. During the year ended December 31, 2008, Nortel granted 31,199 stand- alone SARs under the 2005 SIP. As of December 31, 2008, no tandem SARs have been granted under the 2005 SIP. As of December 31, 2008, 101,956 stand- alone SARs are outstanding under the 2005 SIP. The SARs awarded under the 2005 SIP program will be settled in cash at the time of exercise. All SARs granted have been classified as liability awards based on their cash settlement provisions. Generally, stand- alone SARs awarded under the 2005 SIP vest in equal installments on the first four anniversary dates of the grant date of the award.

*RSUs*

During the year ended December 31, 2008, 3,658,482 share based RSUs were granted under the 2005 SIP and an additional 123,457 RSUs were granted and are to be settled in cash due to certain country- specific rules and regulations. Nortel accounts for these cash settled grants as liability awards. All other granted RSUs are settled in shares based on the terms and conditions of the respective grants and as such have been classified as equity instruments based on the settlement provisions of the 2005 SIP. During the year ended December 31, 2008, there were approximately 998,657 NNC common shares issued pursuant to the vesting of RSUs granted under the 2005 SIP.

The following is a summary of the total number of outstanding RSU awards granted:

| | Outstanding RSU Awards (Thousands) | | Weighted-Average Grant Date Fair Value[a] | Weighted Average Remaining Contractual Life (In Years) |
|---|---|---|---|---|
| Balance at December 31, 2005 | 697 | $ | 31.48 | 9.7 |
| Granted RSU awards | 813 | $ | 21.01 | |
| Awards settled[b] | (183) | $ | 31.80 | |
| Awards forfeited | (87) | $ | 28.50 | |
| Awards expired | | $ | | |
| Balance at December 31, 2006 | 1,240 | $ | 24.74 | 9.2 |
| Granted RSU awards | 2,121 | $ | 25.02 | |
| Awards settled[b] | (421) | $ | 25.22 | |
| Awards forfeited | (234) | $ | 24.43 | |
| Awards expired | - | $ | - | |
| Balance at December 31, 2007 | 2,706 | $ | 24.86 | 2.2 |
| Granted RSU awards | 3,658 | $ | 7.93 | |
| Awards settled[b] | (1,004) | $ | 25.11 | |
| Awards forfeited | (326) | $ | 17.11 | |
| Awards cancelled | (34) | $ | 8.04 | |
| Balance as at December 31, 2008 | 5,000 | $ | 13.05 | 2.1 |
| RSUs expected to vest as of December 31, 2008 | 4,320 | $ | 13.44 | 2 |

(a) RSU awards do not have an exercise price; therefore grant date weighted- average fair value has been calculated. The grant date fair value for the RSU awards is the share price on the date of grant.

(b) The total settlement date fair value of RSUs under the 2005 SIP settled during the years ended December 31, 2008, 2007 and 2006 were $6, $9 and $4, respectively.

HIGHLY CONFIDENTIAL

Table of Contents

*PSUs*
*PSU- rTSRs*

Prior to January 1, 2008 all awards of PSU- rTSRs (previously defined as "PSUs" in the 2007 Annual Report) under the 2005 SIP had vesting conditions based on the relative total shareholder return metric and had a 36- month performance period. Awards of PSU- rTSRs granted after January 1, 2008 have a 36- month performance period and an additional 30- day employment service period. All other vesting conditions with respect to PSU- rTSRs remain consistent with the conditions as reported in the 2007 Annual Report. The number of NNC common shares issued for vested PSU- rTSRs can range from 0% to 200% of the number of PSU- rTSR awards granted.

During the year ended December 31, 2008, 779,300 share based PSU- rTSRs were granted under the 2005 SIP and an additional 16,875 PSU- rTSRs were granted and are to be settled in cash due to certain country- specific rules and regulations. Nortel accounts for these cash settled grants as liability awards. All other such granted PSU- rTSRs are settled in shares based on the terms and conditions of the respective grants and as such have been classified as equity instruments based on the settlement provisions of the 2005 SIP. During the year ended December 31, 2008, there were no PSU- rTSRs that vested under the 2005 SIP.

The following is a summary of the total number of outstanding PSU- rTSR awards granted:

|  | Outstanding PSU- rTSR Awards (Thousands) | | Weighted- Average Grant Date Fair Value[a] | Weighted Average Remaining Contractual Life (In Years) |
|---|---|---|---|---|
| Balance at December 31, 2006 | 447 | $ | 22.44 | 9.5 |
| Granted PSU- rTSR awards | 523 | $ | 21.45 | |
| Awards settled[b] | - | $ | - | |
| Awards forfeited | (150) | $ | 22.19 | |
| Awards expired | - | $ | - | |
| Balance at December 31, 2007 | 820 | $ | 21.96 | 1.5 |
| Granted PSU- rTSR awards | 779 | $ | 6.84 | |
| Awards settled[b] | - | $ | - | |
| Awards forfeited | (45) | $ | 18.63 | |
| Awards expired | - | $ | - | |
| Balance at December 31, 2008[b] | 1,554 | $ | 14.47 | 1.3 |
| PSUs- rTSRs expected to vest as of December 31, 2008 | 809 | $ | 12.73 | 1.6 |

(a)  PSU- rTSR awards do not have an exercise price, therefore grant date weighted- average fair value has been calculated. The grant date fair value for the PSU- rTSR awards was determined using a Monte Carlo simulation model. The number of PSU- rTSR awards expected to vest is based on the grant date Monte Carlo simulation model until actual vesting results are known.

(b)  No PSU- rTSRs under the 2005 SIP settled during the years ended December 31, 2008, 2007 and 2006.

*PSU- Management OMs*

In March 2008, Nortel awarded PSU- Management OMs (previously defined as "PSU- OMs" in its Quarterly Report on Form 10- Q for the quarter ended March 31, 2008) with the following two vesting conditions: (i) the participant must satisfy a one- year performance period and an additional 24- month vesting period in which continuous employment is required; and (ii) Nortel's Management OM must exceed the minimum threshold level of 4.80% or $550 in accordance with Nortel's payout curve for a one year performance period. The number of NNC common shares to be issued for vested PSU- Management OMs is determined based on Nortel's Management OM and can range from 0% to 200% of the number of PSU- Management OM awards granted.

187

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 196

Table of Contents

Generally, the PSU- Management OMs granted under the 2005 SIP will be settled in shares at the time of vesting. During the year ended December 31, 2008, 1,259,560 share based PSU- Management OMs were granted under the 2005 SIP and an additional 15,325 PSU- Management OMs were granted and are to be settled in cash due to certain country- specific rules and regulations. Nortel accounts for these cash settled grants as liability awards. All other PSU- Management OMs granted are settled in shares based on the terms and conditions of the respective grants and as such have been classified as equity instruments based on the settlement provisions of the 2005 SIP. During the year ended December 31, 2008, there were no PSU- Management OMs that vested under the 2005 SIP.

The following is a summary of the total number of outstanding PSU- Management OMs granted:

| | PSU- Management OMs | | |
| | PSU- Management OM Awards (Thousands)[a] | Weighted- Average Grant Date Fair Value | Weighted- Average Contractual Life (In Years) |
|---|---|---|---|
| Balance as of December 31, 2007 | | $ - | |
| Granted PSU- Management OMs Awards | 1,259 | $ 7.92 | |
| Awards settled | | $ - | |
| Awards forfeited | (36) | $ 8.05 | |
| Awards expired | | $ - | |
| Balance as of December 31, 2008 [b] | 1,223 | $ 7.91 | 2.0 |
| PSUs- Management OMs expected to vest as of December 31, 2008 | 856 | $ 7.90 | 2.0 |

(a)   Does not include cash- settled PSU- Management OMs granted by Nortel.
(b)   Estimated number of NNC common shares to be issued based on PSU- Management OMs expected to vest, excluding expected service condition forfeitures and based on the full- year Management OM forecast as of December 31, 2008 and Nortel's payout curve in accordance with the terms and conditions of the grant, is 44.

*Nonvested shares*

Nortel's nonvested share awards consist of (i) options granted under all of Nortel's stock option plans and (ii) RSU and PSU awards granted under the 2005 SIP. The fair value of each nonvested share award is calculated using the share price on the date of grant. A summary of the status of nonvested share awards as of December 31, 2008, and changes throughout the year ended December 31, 2008, is presented below.

| | Options | | RSU Awards | | PSU- rTSR Awards | | PSU- Management OM Awards | |
| | Shares (Thousands) | Weighted- Average Exercise Price | Shares (Thousands) | Weighted- Average Grant Date Fair Value[a] | Shares (Thousands) | Weighted- Average Grant Date Fair Value[b] | Shares (Thousands) | Weighted- Average Grant Date Fair Value[a] |
|---|---|---|---|---|---|---|---|---|
| Nonvested shares at December 31, 2007 | 10,013 | $ 30.49 | 2,706 | $ 24.86 | 820 | $ 21.96 | - | $ - |
| Granted | 4,525 | $ 8.08 | 3,658 | $ 7.93 | 779 | 6.84 | 1,259 | 7.92 |
| Vested | (3,652) | $ 37.11 | (1,005) | $ 25.11 | - | - | - | - |
| Forfeited | (781) | $ 23.52 | (326) | $ 17.11 | (45) | 18.63 | (36) | 8.05 |
| Cancelled | (8) | $ 8.00 | (34) | $ 8.04 | - | - | - | - |
| Nonvested shares at December 31, 2008 | 10,097 | $ 17.18 | 4,999 | $ 13.04 | 1,554 | $ 14.47 | 1,223 | $ 7.91 |

188

HIGHLY CONFIDENTIAL

**Table of Contents**

(a)   RSU and PSU- Management OM awards do not have an exercise price, therefore grant date weighted- average fair value has been calculated. The grant date fair value for the RSU awards is the share price on the date of grant.

(b)   PSU- rTSR awards do not have an exercise price, therefore grant date weighted- average fair value has been calculated. The grant date fair value for the PSU- rTSR awards was determined using a Monte Carlo simulation model.

As of December 31, 2008, there was $49 of total unrecognized compensation cost related to Nortel's stock option awards that is expected to be recognized over a weighted- average period of 1.9 years. As of December 31, 2008, there was $36 of total unrecognized compensation cost related to Nortel's RSU awards granted which is expected to be recognized over a weighted- average period of 1.7 years. As of December 31, 2008, there was $5 of total unrecognized compensation cost related to Nortel's PSU- rTSR awards granted which is expected to be recognized over a weighted- average period of 1.5 years. As of December 31, 2008, there was an insignificant amount of total unrecognized compensation cost related to Nortel's PSU- Management OMs granted.

*Deferred share units ("DSUs")*

Under the Nortel Networks Corporation Directors' Deferred Share Compensation Plan and the NNL Directors' Deferred Share Compensation Plan ("DSC Plans"), non- employee directors can elect to receive all or a portion of their compensation for services rendered as a director of Nortel or NNL, any committees thereof, and as board or committee chairperson, in share units, in cash or a combination of share units and cash. DSUs are credited on a quarterly basis, and the number of share units received is equal to the amount of fees expressed in U.S. Dollars, converted to Canadian Dollars, divided by the market value expressed in Canadian Dollars of NNC common shares on the last trading day of the quarter. Generally, the share units are settled on the fourth trading day following the release of Nortel's financial results after the director ceases to be a member of the boards of directors of Nortel and NNL, and each share unit entitles the holder to receive one NNC common share. The value of the DSU and the related compensation expense is determined and recorded based on the current market price of the underlying NNC common shares on the date of the grant. Common shares are purchased on the open market to settle outstanding share units. As of December 31, 2008 and 2007, as well as for the years ended December 31, 2008, 2007 and 2006, the number of share units outstanding and the DSU expense were not material to Nortel's results of operations and financial condition. See note 1 for further information on the impact of the Creditor Protection Proceedings on the DSC Plans.

*Limited share purchase plan ("LSPP")*

In November 2007, Nortel adopted a limited share purchase plan as a vehicle to enable certain executive officers of Nortel and NNL to purchase NNC common shares to satisfy share ownership guidelines while continuing to comply with an exemption from the SEC short swing profit rules. All shares issued under the LSPP will be sold for fair market value determined by reference to the volume weighted average trading price of NNC common shares on each of the TSX and the NYSE, whichever is higher. The maximum number of shares that may be purchased under the LSPP is 450,000 NNC common shares. As of December 31, 2008, the number of shares outstanding and the related compensation expense was not material to Nortel's results of operations and financial condition.

*Employee stock purchase plans*

Nortel maintained ESPPs to facilitate the acquisition of NNC common shares at a discount. The discount was such that the ESPPs were considered compensatory and Nortel's contribution to the ESPPs has been recorded as compensation cost on a quarterly basis as the obligation to contribute is incurred. The ESPPs were terminated effective December 12, 2008. There will be no further purchases of NNC common shares under the ESPPs. Any payment deductions made for the purchase period that began on October 1, 2008 (originally

189

Table of Contents

scheduled to end December 31, 2008) were returned to employees, and no additional employee payroll deductions were accepted effective December 12, 2008.

The ESPPs were designed to have four offering periods each year, with each offering period beginning on the first day of each calendar quarter. Eligible employees were permitted to use up to 10% of their eligible compensation deducted from their pay during each offering period to contribute towards the purchase of NNC common shares. NNC common share were purchased on behalf of plan participants in the open market on either the NYSE or TSX for delivery to participating employees. The purchase price per common share to participating employees was effectively equal to 85% of the prices at which common shares were purchased on the TSX for Canadian participants and on the NYSE for all other participants on the purchase date.

The purchases under the ESPPs for the years ended December 31 are shown below:

| (number of shares in thousands) | 2008 | 2007 | 2006[b] |
|---|---|---|---|
| Nortel common shares purchased[a] | 4,331 | 1,286 | 294 |
| Weighted- average price of shares purchased | $ 4.50 | $ 20.26 | $ 25.43 |

(a) Compensation expense was recognized for Nortel's portion of the contributions. Nortel contributed an amount equal to the difference between the market price and the employee purchase price.

(b) During the period of March 10, 2006 to June 6, 2006, purchases under the ESPPs were suspended due to Nortel and NNL not being in compliance with certain reporting requirements of U.S. and Canadian securities regulators.

*Share- based compensation*

Effective January 1, 2006, Nortel adopted SFAS 123R, as set out in note 2.

In accordance with SFAS 123R, Nortel did not accelerate the recognition of expense for those awards that applied to retirement- eligible employees prior to the adoption of the new guidance, but rather expensed those awards over the vesting period. Therefore, an expense of approximately $4 was recognized during the year ended December 31, 2006 that would not have been recognized had Nortel accelerated recognition of the expense prior to January 1, 2006, the adoption date of SFAS 123R.

SFAS 123R requires forfeitures to be estimated at the time of grant in order to estimate the amount of share- based awards that will ultimately vest. Since share- based compensation expense recognized in the consolidated statements of operations, for the year ended December 31, 2006, is based on awards ultimately expected to vest, it has been reduced for estimated forfeitures. Prior to the adoption of SFAS 123R, Nortel recognized forfeitures as they occurred. In the year ended December 31, 2006, Nortel recorded a gain of $9 as a cumulative effect of an accounting change as a result of the change in accounting for forfeitures under SFAS 123R.

In November 2005, the FASB issued FASB FSP No. 123R- 3, "Transition Election Related to Accounting for the Tax Effects of Share- Based Payment Awards" ("FSP FAS 123R- 3"). Nortel elected to adopt the alternative transition method to SFAS 123R in accounting for the tax effects of share- based payment awards to employees. The elective method comprises a computational component that establishes a beginning balance of the Additional Paid In Capital ("APIC") pool related to employee compensation and a simplified method to determine the subsequent impact on the APIC pool of employee awards that are fully vested and outstanding upon the adoption of SFAS 123R. As of December 31, 2006, the APIC balance was nil, and there were no other material impacts as a result of Nortel's adoption of FSP FAS 123R- 3.

190

HIGHLY CONFIDENTIAL     NNC-NNL06001427 / 199

**Table of Contents**

Share- based compensation recorded during the years ended December 31 was as follows:

| Share- based compensation: | 2008 | | 2007 | | 2006 | |
|---|---|---|---|---|---|---|
| DSUs[a] | $ | 2 | $ | - | $ | - |
| Options | $ | 46 | $ | 76 | $ | 93[b] |
| RSUs[a] | $ | 31 | $ | 23 | $ | 8 |
| PSU- rTSRs | $ | 5 | $ | 6 | $ | 2 |
| PSU- Management OMs | | - | | - | | - |
| Total share- based compensation reported- net of tax | $ | 84 | $ | 105 | $ | 103 |

(a) Compensation related to employer portion of RSUs and DSUs was net of tax of nil in each period.
(b) Includes a reduction of stock option cost of approximately $9, recognized during the first quarter of 2006, to align Nortel's recognition of stock option forfeitures with the adoption of SFAS 123R.

Nortel estimates the fair value of stock options and SARs using the Black- Scholes- Merton option- pricing model, consistent with the provisions of SFAS 123R and SAB 107. The key input assumptions used to estimate the fair value of stock options and SARs include the grant price of the award, the expected term of the award, the volatility of NNC common shares, the risk- free interest rate and Nortel's dividend yield. Nortel believes that the Black- Scholes- Merton option- pricing model adequately captures the substantive features of the option and SAR awards and is appropriate to calculate the fair values of Nortel's options and SARs.

The following ranges of assumptions were used in computing the fair value of stock options and SARs for accounting purposes, for the following years ended December 31:

| Black- Scholes Merton assumptions | 2008 | 2007 | 2006 |
|---|---|---|---|
| Expected dividend yield | 0.00% | 0.00% | 0.00% |
| Expected volatility[a] | 44.21%- 74.28% | 41.39%- 53.56% | 60.08%- 73.66% |
| Risk- free interest rate[b] | 1.55% - 3.33% | 3.07% - 4.92% | 4.57% - 5.04% |
| Expected term of options in years[c] | 2.64 - 4.50 | 3.39 - 4.00 | 4.00 |
| Range of fair value per option granted | $0.38 - $3.78 | $7.89 - $11.86 | 9.97 - 12.26 |
| Range of fair value per SAR granted | $0.002 - $3.13 | $2.41 - $10.92 | N/A |

(a) The expected volatility of NNC common shares is estimated using the daily historical share prices over a period equal to the expected term.
(b) Nortel used the five- year U.S. government Treasury Note rate to approximate the four- year risk free rate.
(c) The expected term of the stock options is estimated based on historical grants with similar vesting periods.

The fair value of all RSUs and PSU- Management OMs granted after January 1, 2008 was calculated using the closing share price from NYSE on the date of grant. For RSU awards granted before January 1, 2008, the fair value is calculated using an average of the high and low share prices from the highest trading value of either the NYSE or TSX on the date of the grant. There were no PSU- Management OMs granted before January 1, 2008. Nortel estimates the fair value of PSU- rTSR awards using a Monte Carlo simulation model. Certain assumptions used in the model include (but are not limited to) the following:

| Monte Carlo assumptions | 2008 | 2007 | 2006 |
|---|---|---|---|
| Beta (range) | N/A | 1.20- 1.88 | 2.0- 2.1 |
| Risk- free interest rate (range)[a] | | | 4.79% |
| | 1.64%- 2.50% | 3.37%- 4.66% | 5.10% |
| Historical volatility[b] | 43.96%- 46.88% | N/A | 5.00% |

(a) The risk- free interest rate used was the three- year U.S. government treasury bill rate.
(b) In the prior year Beta was used as one of the Monte Carlo assumptions. In 2008, Nortel switched to 3 year historical volatility which matches the expected term of PSUs- rTSRs.

HIGHLY CONFIDENTIAL     NNC-NNL06001427 / 200

Table of Contents

As of December 31, 2008, the annual forfeiture rates applied to Nortel's stock options, SARs, RSU, PSU- rTSR and PSU- Management OM awards were 9.72%, 9.72%, 8.85%, 11.79% and 11.79% respectively.

The total income tax benefit recognized in the statements of operations for share- based compensation awards was nil for each of the years ended December 31, 2008, 2007 and 2006.

Cash received from exercise under all share- based payment arrangements was insignificant, $10 and $2 for the years ended December 31, 2008, 2007 and 2006, respectively. Tax benefits realized by Nortel related to these exercises were nil for each of the years ended December 31, 2008, 2007 and 2006.

Please see note 23, subsequent events, for further information.

## 21. Related party transactions

In the ordinary course of business, Nortel engages in transactions with certain of its equity- owned investees and certain other business partners. These transactions are sales and purchases of goods and services under usual trade terms and are measured at their exchange amounts.

Transactions with related parties for the years ended December 31 are summarized as follows:

|  | 2008 | | 2007 | | 2006 |
|---|---|---|---|---|---|
| Revenues: | | | | | |
| LGE[a] | $ | 23 | $ | 22 | $ | 27 |
| Vertical Communications, Inc. ("Vertical")[b] | | 13 | | 14 | | 22 |
| Other | | 14 | | 11 | | 5 |
| Total | $ | 50 | $ | 47 | $ | 54 |
| Purchases: | | | | | |
| LG Electronics Inc.[a] | $ | 169 | $ | 287 | $ | 238 |
| Sasken Communications Technology Ltd. ("Sasken")[c] | | 11 | | 28 | | 34 |
| GNTEL Co., Ltd ("GNTEL")[d] | | 79 | | 95 | | 74 |
| Other | | 19 | | 15 | | 39 |
| Total | $ | 278 | $ | 425 | $ | 385 |

(a) LGE holds a minority interest in LG- Nortel. Nortel's sales and purchases relate primarily to certain inventory- related items. As of December 31, 2008, accounts payable to LGE was net $45, compared to $31 as at December 31, 2007.

(b) LG- Nortel currently owns a minority interest in Vertical. Vertical supports LG- Nortel's efforts to distribute Nortel's products to the North American market.

(c) Nortel currently owns a minority interest in Sasken. Nortel's purchases from Sasken relate primarily to software and software development- related purchases.

(d) Nortel holds a minority interest in GNTEL through its business venture LG- Nortel. Nortel's purchases from GNTEL relate primarily to installation and warranty services. As of December 31, 2008, accounts payable to GNTEL was net $14, compared to net $31 at December 31, 2007.

As of December 31, 2008 and 2007, accounts receivable from related parties were $19 and $16, respectively. As of December 31, 2008 and 2007, accounts payable to related parties were $71 and $67, respectively.

## 22. Contingencies

*Creditor Protection Proceedings*

Generally, as a result of the Creditor Protection Proceedings, as discussed in note 1, all actions to enforce or otherwise effect payment or repayment of liabilities of any Debtor preceding the Petition Date, as well as pending litigation against any Debtor, are stayed as of the Petition Date. Absent further order of the applicable courts and subject to certain exceptions, no party may take any action to recover on pre- petition claims against any Debtor.

HIGHLY CONFIDENTIAL     NNC-NNL06001427 / 201

**Table of Contents**

*Global Class Action Settlement*

Nortel entered into agreements to settle two significant U.S. and all but one Canadian class action lawsuits ("Global Class Action Settlement") which became effective on March 20, 2007 following approval of the agreements by the appropriate courts. Administration of the settlement claims is now substantially complete. As of December 31, 2008, almost all of the NNC common shares issuable in accordance with the settlement had been distributed to claimants and plaintiffs' counsel, most of them in the second quarter of 2008. The cash portion of the settlement has been distributed by the claims administrator to the approved claimants, net of an amount held in reserve by the claims administrator to cover contingencies and certain settlement costs. The settlement also requires that Nortel contribute to the plaintiffs one- half of any recovery from Nortel's litigation referenced below against certain of its former senior officers who were terminated for cause in 2004.

*U.S. Federal Grand Jury Subpoenas*

In May 2004 and August 2005, Nortel received federal grand jury subpoenas for the production of certain documents in connection with a criminal investigation being conducted by the U.S. Attorney's Office for the Northern District of Texas, Dallas Division. Nortel understands that this investigation of NNI and certain former employees has been concluded, and it has been advised that no criminal charges will be filed in the U.S. in connection with this matter.

*ERISA Lawsuit*

Beginning in December 2001, Nortel, together with certain of its then- current and former directors, officers and employees, were named as a defendant in several purported class action lawsuits pursuant to the United States Employee Retirement Income Security Act. These lawsuits have been consolidated into a single proceeding in the U.S. District Court for the Middle District of Tennessee. This lawsuit is on behalf of participants and beneficiaries of the Nortel Long- Term Investment Plan, who held shares of the Nortel Networks Stock Fund during the class period, which has yet to be determined by the court. The lawsuit alleges, among other things, material misrepresentations and omissions to induce participants and beneficiaries to continue to invest in and maintain investments in NNC common shares through the investment plan. The court has not yet ruled as to whether the plaintiff's proposed class action should be certified.

*Canadian Pension Class Action*

On June 24, 2008, a purported class action lawsuit was filed against Nortel and NNL in the Ontario Superior Court of Justice in Ottawa, Canada alleging, among other things, that certain recent changes related to Nortel's pension plan did not comply with the *Pension Benefits Act* (Ontario) or common law notification requirements. The plaintiffs seek declaratory and equitable relief, and unspecified monetary damages.

*Nortel Statement of Claim Against its Former Officers*

In January 2005, Nortel and NNL filed a Statement of Claim in the Ontario Superior Court of Justice against Messrs. Frank Dunn, Douglas Beatty and Michael Gollogly, Nortel's former senior officers who were terminated for cause in April 2004, seeking the return of payments made to them under Nortel's bonus plan in 2003. One- half of any recovery from this litigation is subject to the Global Class Action Settlement referenced above.

193

Table of Contents

*Former Officers' Statements of Claims Against Nortel*

In April 2006, Mr. Dunn filed a Notice of Action and Statement of Claim in the Ontario Superior Court of Justice against Nortel and NNL asserting claims for wrongful dismissal, defamation and mental distress, and seeking punitive, exemplary and aggravated damages, out- of- pocket expenses and special damages, indemnity for legal expenses incurred as a result of civil and administrative proceedings brought against him by reason of his having been an officer or director of the defendants, pre- judgment interest and costs. Mr. Dunn has further brought an application before the Ontario Superior Court of Justice against Nortel and NNL seeking an order that, pursuant to its by- laws, Nortel reimburse him for all past and future defense costs he has incurred as a result of proceedings commenced against him by reason of his being or having been a director or officer of Nortel.

In May and October 2006, respectively, Messrs. Gollogly and Beatty filed Statements of Claim in the Ontario Superior Court of Justice against Nortel and NNL asserting claims for, among other things, wrongful dismissal and seeking compensatory, aggravated and punitive damages, and pre- and post- judgment interest and costs.

*Ipernica*

In June 2005, Ipernica Limited (formerly known as QSPX Development 5 Pty Ltd), an Australian patent holding firm, filed a lawsuit against Nortel in the U.S. District Court for the Eastern District of Texas alleging patent infringement. In April 2007, the jury reached a verdict to award damages to Ipernica in the amount of $28. In March 2008, Nortel entered into an agreement to settle all claims, which grants to Nortel a perpetual, world- wide license to various Ipernica patents, and includes a covenant not to sue as well as mutual releases. In connection with this settlement, a payment of $12 was made by NNI to Ipernica in the first quarter of 2008.

Except as otherwise described herein, in each of the matters described above, the plaintiffs are seeking an unspecified amount of monetary damages. Nortel is unable to ascertain the ultimate aggregate amount of monetary liability or financial impact to Nortel of the above matters, which, unless otherwise specified, seek damages from the defendants of material or indeterminate amounts or could result in fines and penalties. Nortel cannot determine whether these actions, suits, claims and proceedings will, individually or collectively, have a material adverse effect on its business, results of operations, financial condition or liquidity. Except for matters encompassed by the Ipernica settlement, Nortel intends to defend the above actions, suits, claims and proceedings in which it is a defendant, litigating or settling cases where in management's judgment it would be in the best interest of shareholders to do so. Nortel will continue to cooperate fully with all authorities in connection with the regulatory and criminal investigations. Nortel is also a defendant in various other suits, claims, proceedings and investigations that arise in the normal course of business.

*Environmental Matters*

Nortel's business is subject to a wide range of continuously evolving environmental laws in various jurisdictions. Nortel seeks to operate its business in compliance with these changing laws and regularly evaluates their impact on operations, products and facilities. Existing and new laws may cause Nortel to incur additional costs. In some cases, environmental laws affect Nortel's ability to import or export certain products to or from, or produce or sell certain products in, some jurisdictions, or have caused it to redesign products to avoid use of regulated substances. Although costs relating to environmental compliance have not had a material adverse effect on the business, results of operations, financial condition or liquidity to date, there can be no assurance that such costs will not have a material adverse effect going forward. Nortel continues to evolve compliance plans and risk mitigation strategies relating to the new laws and requirements. Nortel intends to design and manufacture products that are compliant with all applicable legislation and meet its quality and reliability requirements and may be affected by Nortel's Creditor Protection Proceedings.

194

HIGHLY CONFIDENTIAL