## Table of Contents

Nortel has a corporate environmental management system standard and an environmental program to promote such compliance. Moreover, Nortel has a periodic, risk- based, integrated environment, health and safety audit program. Nortel's environmental program focuses its activities on design for the environment, supply chain and packaging reduction issues. Nortel works with its suppliers and other external groups to encourage the sharing of non- proprietary information on environmental research.

Nortel is exposed to liabilities and compliance costs arising from its past generation, management and disposal of hazardous substances and wastes. As of December 31, 2008, the accruals on the consolidated balance sheet for environmental matters were $11. Based on information available as of December 31, 2008 and 2007, management believes that the existing accruals are sufficient to satisfy probable and reasonably estimable environmental liabilities related to known environmental matters. Any additional liabilities that may result from these matters, and any additional liabilities that may result in connection with other locations currently under investigation, are not expected to have a material adverse effect on the business, results of operations, financial condition and liquidity of Nortel and may be affected by our Creditor Protection Proceedings.

Nortel has remedial activities under way at 11 sites which are either currently or previously owned or occupied facilities. An estimate of Nortel's anticipated remediation costs associated with all such sites, to the extent probable and reasonably estimable, is included in the environmental accruals referred to above in an approximate amount of $11.

Nortel is also listed as a potentially responsible party under the U.S. Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") at four Superfund sites in the U.S. (at three of the Superfund sites, Nortel is considered a *de minimis* potentially responsible party). A potentially responsible party within the meaning of CERCLA is generally considered to be a major contributor to the total hazardous waste at a Superfund site (typically 1% or more, depending on the circumstances). A *de minimis* potentially responsible party is generally considered to have contributed less than 1% (depending on the circumstances) of the total hazardous waste at a Superfund site. An estimate of Nortel's share of the anticipated remediation costs associated with such Superfund sites is expected to be *de minimis* and is included in the environmental accruals of $11 referred to above.

Liability under CERCLA may be imposed on a joint and several basis, without regard to the extent of Nortel's involvement. In addition, the accuracy of Nortel's estimate of environmental liability is affected by several uncertainties such as additional requirements which may be identified in connection with remedial activities, the complexity and evolution of environmental laws and regulations, and the identification of presently unknown remediation requirements. Consequently, Nortel's liability could be greater than its current estimate.

### 23. Subsequent events

In addition to the events identified in note 1, the following significant events occurred post- December 31, 2008:

*Operating Model*

As announced on November 10, 2008, effective January 1, 2009, Nortel decentralized several corporate functions and transitioned to a vertically integrated business unit structure. Enterprise customers are served by a business unit responsible for product and portfolio development, R&D, marketing and sales, partner and channel management, strategic business development and associated functions. Service provider customers are served by two business units with full responsibility for all product, services, applications, portfolio, business and market development, marketing and R&D functions: CN (consisting of wireless and carrier value- added activities) and MEN. A dedicated global carrier sales organization supports both business units.

Nortel's GS business unit will be decentralized and transitioned to the other business segments by April 1, 2009 to help to minimize any impact on Nortel's customer service activities. Commencing with the first quarter of 2009, Nortel will begin to report LG- Nortel as a separate reportable segment. Prior to that time, the results of

195

**Table of Contents**

LG- Nortel were reported across all Nortel's reportable segments. Also commencing with the first quarter of 2009, services results will be reported across all Nortel's reportable segments (CN, ES, MEN and LG- Nortel). The previously announced decentralization of Nortel's Global Operations organization has been put on hold and will be part of the planning around the comprehensive restructuring plan.

*Accounting Requirements*

American Institute of Certified Public Accountants Statement of Position 90- 7, "Financial Reporting by Entities in Reorganization under the Bankruptcy Code" (SOP 90- 7), which is applicable to companies operating under Chapter 11 of the U.S. Bankruptcy Code, generally does not change the basis of accounting measurement and recognition on which financial statements are prepared. However, it does require that the financial statements for periods subsequent to the commencement of the Chapter 11 Proceedings distinguish transactions and events that are directly associated with the reorganization and restructuring of the business from the ongoing operations of the business. Revenues, expenses, realized gains and losses and provisions for losses that can be directly associated with the reorganization and restructuring of the business must be reported separately as reorganization items in the statements of operations beginning in the quarter ended March 31, 2009. Nortel's balance sheet, in addition, must distinguish pre- petition liabilities subject to compromise from both those pre- petition liabilities that are not subject to compromise and from post- petition liabilities. Liabilities that may be affected by a plan of reorganization must be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. In addition, cash provided by reorganization items must be disclosed separately in Nortel's statement of cash flows. Nortel will adopt SOP 90- 7 commencing in the period ending March 31, 2009 and will segregate those items outlined above for all reporting periods from that date.

As a consequence of the Creditor Protection Proceedings and in accordance with SFAS No. 94, and other relevant accounting literature, Nortel is evaluating the possibility that Nortel may no longer control some of its principal consolidated subsidiaries for purposes of consolidating results.

*Termination of Hedging Activity*

To manage the risk from fluctuations in interest rates and foreign currency exchange rates, Nortel had entered into various derivative hedging transactions in accordance with its policies and procedures. However, as a result of the Creditor Protection Proceedings, the financial institutions that were counterparties in respect of these transactions have terminated the related instruments. Consequently, Nortel is now fully exposed to these interest rate and foreign currency risks and is expected to stay exposed at least until the conclusion of the Creditor Protection Proceedings.

*Decision on Mobile WiMAX Business and Alvarion Agreement*

On January 29, 2009, Nortel announced that it has decided to discontinue its mobile WiMAX business and end its joint agreement with Alvarion Ltd., originally announced in June 2008. Nortel is working closely with Alvarion to transition its mobile WiMAX customers to help ensure that ongoing support commitments are met without interruption. This decision is expected to have no impact on its other businesses.

*Annual General Meeting of Shareholders*

On February 10, 2009, Nortel and NNL obtained an order from the Canadian Court under the CCAA Proceedings relieving Nortel and NNL from the obligation to call and hold annual general meetings of their respective shareholders by the statutory deadline of June 30, 2009, and directing them to call and hold such meetings within six months following the termination of the stay period under the CCAA Proceedings.

*Proposed Divestiture of Layer 4- 7 Portfolio to Radware*

On February 19, 2009, Nortel announced that it has entered into a "stalking horse" asset purchase agreement to sell certain portions of its Application Delivery portfolio to Radware Ltd. for approximately $18. Nortel has received orders from the U.S. Court and the Canadian Court that establish bidding procedures for an auction that

196

Table of Contents

will allow other qualified bidders to submit higher or otherwise better offers. A similar motion has been scheduled with the Canadian Court. Consummation of the transaction is subject to higher or otherwise better offers, approval of the U.S. Court and the Canadian Court and satisfaction of other conditions.

*Workforce Reduction Plan; Employee Compensation Program Changes*

On February 25, 2009, Nortel announced a workforce reduction plan. Under this plan, Nortel intends to reduce its global workforce by approximately 5,000 net positions. These reductions include remaining restructuring actions previously announced as part of prior plans, namely plans to shift approximately 200 positions from higher- cost to lower- cost locations and approximately 1,800 remaining workforce reductions. Nortel expects to implement these reductions over the next several months, in accordance with local country legal requirements. Nortel is taking these initial steps as part of its efforts to develop a comprehensive restructuring plan under the Creditor Protection Proceedings. Given the Creditor Protection Proceedings, Nortel has ceased taking any further actions under its previously announced restructuring plans as of the Petition Date.

Upon completion, the plan is currently expected to result in annual gross savings of approximately $560, with total charges to earnings of approximately $270 and total cash outlays upon terminations of approximately $160. The charges and cash outlays are expected to be incurred in 2009. The current estimated charges are based upon accruing in accordance with requirements under applicable U.S. GAAP accounting literature. The current estimated total charges and cash outlays are subject to change as a result of the ongoing review of regional legislation. The current estimated total charges to earnings and cash outlays and do not reflect any claim or contingency amounts that may be allowed under the Creditor Protection Proceedings and thus are subject to change as a result of the Creditor Protection Proceedings.

Nortel also announced on February 25, 2009 several changes to its employee compensation programs. Upon the recommendation of management, Nortel's Board of Directors approved no payment of bonuses under the Nortel Annual Incentive Plan (AIP) for 2008. Nortel will continue its AIP in 2009 for all eligible full- and part- time employees. The plan is being modified to permit quarterly rather than annual award determinations and payouts, if any. This will provide a more immediate incentive for employees upon the achievement of critical shorter- term corporate performance objectives, including specific operational metrics in support of customer service levels, as Nortel works through the Creditor Protection Proceedings. Nortel is seeking to implement, and request court approval where required for, retention and incentive compensation for certain key eligible employees deemed essential to the business during the Creditor Protection Proceedings. On February 27, 2009, Nortel filed a motion in the U.S. Court to obtain approval of a key employee incentive and retention program.

On February 27, 2009, Nortel obtained Canadian Court approval to terminate its equity- based compensation plans (the 2005 SIP, the 1986 Plan and the 2000 Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested. Nortel sought this approval given the decreased value of NNC common shares and the administrative and associated costs of maintaining the plans to us as well as the plan participants. As a result of the cancellation of the plans, the remaining unrecognized compensation cost for unvested awards of approximately $90 is expected to be recognized as compensation cost in the first quarter of 2009. See note 20 for additional information about Nortel's share- based compensation plans.

*Collection of Money Market Funds*

On February 20, 2009, Nortel received $24 as a further redemption of the funds invested in The Reserve Primary Fund. As a result, the current remaining carrying value is $41.

**24. Supplemental condensed consolidating financial information**

On July 5, 2006, under the 2006 Indenture, NNL completed an offering of $2,000 aggregate principal amount of senior notes ("July 2006 Notes") to qualified institutional buyers pursuant to Rule 144A and to persons outside the U.S. pursuant to Regulation S under the Securities Act. The July 2006 Notes consist of the 2016 Fixed Rate Notes issued July 2006, $550 of senior fixed rate notes due 2013 ("2013 Fixed Rate Notes") and

197

Table of Contents

$1,000 of floating rate senior notes due 2011 ("2011 Floating Rate Notes"). The 2016 Fixed Rate Notes issued July 2006 bear interest at a rate per annum of 10.75% payable semi- annually, the 2013 Fixed Rate Notes bear interest at a rate per annum of 10.125%, payable semi- annually, and the 2011 Floating Rate Notes bear interest at a rate per annum, reset quarterly, equal to the reserve- adjusted LIBOR plus 4.25%, payable quarterly. As of December 31, 2008, the 2011 Floating Rate Notes had an interest rate of 9.07% per annum. The July 2006 Notes are fully and unconditionally guaranteed by Nortel and initially guaranteed by NNI.

On May 28, 2008, NNL completed the offering of the 2016 Fixed Rate Notes issued May 2008. The 2016 Fixed Rate Notes issued May 2008 are fully and unconditionally guaranteed by Nortel and initially guaranteed by NNI.

On March 28, 2007, Nortel completed the offering of the Convertible Notes. The Convertible Notes are fully and unconditionally guaranteed by NNL and initially guaranteed by NNI.

The following supplemental condensed consolidating financial data has been prepared in accordance with Rule 3- 10 of Regulation S- X promulgated by the SEC and illustrates, in separate columns, the composition of Nortel, NNL, NNI as the Guarantor Subsidiary of the July 2006 Notes, the Convertible Notes, and the 2016 Fixed Rate Notes issued May 2008, the subsidiaries of Nortel that are not issuers or guarantors of the July 2006 Notes, the Convertible Notes and the 2016 Fixed Rate Notes issued May 2008 ("Non- Guarantor Subsidiaries"), eliminations and the consolidated total as of December 31, 2008 and 2007 and for the years ended December 31, 2008, 2007 and 2006.

Investments in subsidiaries are accounted for using the equity method for purposes of the supplemental condensed consolidating financial data. Net earnings (loss) of subsidiaries are therefore reflected in the investment account and net earnings (loss). The principal elimination entries eliminate investments in subsidiaries and intercompany balances and transactions. The financial data may not necessarily be indicative of the results of operations or financial position had the subsidiaries been operating as independent entities. The accounting policies applied by Nortel, NNL and the Guarantor and Non- Guarantor Subsidiaries in the condensed consolidating financial information are consistent with those set out in note 2.

198

**Table of Contents**

Supplemental Condensed Consolidating Statements of Operations for the year ended December 31, 2008:

| (Millions of U.S. Dollars) | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary (NNI) | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| Revenues | $ - | $ 2,627 | $ 4,687 | $ 5,652 | $ (2,545) | $ 10,421 |
| Cost of revenues | - | 1,382 | 3,219 | 4,080 | (2,545) | 6,136 |
| Gross profit | - | 1,245 | 1,468 | 1,572 | - | 4,285 |
| Selling, general and administrative expense | - | 602 | 1,397 | 1,355 | (1,201) | 2,153 |
| Research and development expense | - | 827 | 615 | 131 | - | 1,573 |
| Amortization of intangible assets | - | - | 10 | 36 | - | 46 |
| Special charges | - | 61 | 133 | 108 | - | 302 |
| Loss (gain) on sales of businesses and assets | - | (13) | 2 | - | - | (11) |
| Goodwill impairment | - | - | 1,877 | 502 | - | 2,379 |
| Other operating income- net | - | (10) | (11) | 46 | - | 25 |
| Operating earnings (loss) | - | (222) | (2,555) | (606) | 1,201 | (2,182) |
| Other income (expense)- net | (1) | (2,101) | (312) | (302) | 2,654 | (62) |
| Interest and dividend income | - | 54 | 31 | 75 | (50) | 110 |
| Interest expense | | | | | | |
| Long-term debt | (41) | (231) | (9) | (27) | - | (308) |
| Other | (42) | (5) | (8) | (13) | 54 | (14) |
| Earnings (loss) from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (84) | (2,505) | (2,853) | (873) | 3,859 | (2,456) |
| Income tax expense | - | (1,124) | (1,568) | (501) | - | (3,193) |
| | (84) | (3,629) | (4,421) | (1,374) | 3,859 | (5,649) |
| Minority interests- net of tax | (31) | - | - | (121) | - | (152) |
| Equity in net earnings (loss) of associated companies- net of tax | (5,684) | (3,757) | (76) | 1 | 9,518 | 2 |
| Net earnings (loss) before cumulative effect of accounting change | (5,799) | (7,386) | (4,497) | (1,494) | 13,377 | (5,799) |
| Cumulative effect of accounting change- net of tax | - | - | - | - | - | - |
| Net earnings (loss) | (5,799) | (7,386) | (4,497) | (1,494) | 13,377 | (5,799) |
| Dividends on preferred shares | - | 31 | - | - | (31) | - |
| Net earnings (loss) applicable to common shares | $ (5,799) | $ (7,417) | $ (4,497) | $ (1,494) | $ 13,408 | $ (5,799) |

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 208

Table of Contents

Supplemental Condensed Consolidating Statements of Operations for the year ended December 31, 2007:

| (Millions of U.S. Dollars) | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary (NNI) | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| Revenues | $ - | $ 3,124 | $ 5,020 | $ 5,229 | $ (2,425) | $ 10,948 |
| Cost of revenues | - | 1,908 | 3,236 | 3,615 | (2,425) | 6,334 |
| Gross profit | - | 1,216 | 1,784 | 1,614 | - | 4,614 |
| Selling, general and administrative expense | - | 520 | 921 | 1,049 | - | 2,490 |
| Research and development expense | - | 839 | 677 | 207 | - | 1,723 |
| Amortization of intangible assets | - | - | 8 | 42 | - | 50 |
| Special charges | - | 21 | 70 | 119 | - | 210 |
| Loss (gain) on sales of businesses and assets | - | (8) | 4 | (27) | - | (31) |
| Shareholder litigation settlement recovery | (54) | - | - | - | - | (54) |
| Regulatory investigation expense | 35 | - | - | - | - | 35 |
| Other operating income-net | - | (19) | (9) | (7) | - | (35) |
| Operating earnings (loss) | 19 | (137) | 113 | 231 | - | 226 |
| Other income (expense)-net | (11) | 458 | (156) | 177 | (264) | 204 |
| Interest and dividend income | 6 | 51 | 59 | 105 | - | 221 |
| Interest expense | | | | | | |
| Long-term debt | (95) | (219) | (10) | (28) | - | (352) |
| Other | (13) | - | (73) | 57 | - | (29) |
| Earnings (loss) from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | (94) | 153 | (67) | 542 | (264) | 270 |
| Income tax expense | - | (1,076) | (2) | (36) | - | (1,114) |
| | (94) | (923) | (69) | 506 | (264) | (844) |
| Minority interests- net of tax | (42) | - | - | (73) | - | (115) |
| Equity in net earnings (loss) of associated companies- net of tax | (821) | 125 | 78 | 4 | 616 | 2 |
| Net earnings (loss) before cumulative effect of accounting change | (957) | (798) | 9 | 437 | 352 | (957) |
| Cumulative effect of accounting change- net of tax | - | - | - | - | - | - |
| Net earnings (loss) | (957) | (798) | 9 | 437 | 352 | (957) |
| Dividends on preferred shares | - | 42 | - | - | (42) | - |
| Net earnings (loss) applicable to common shares | $ (957) | $ (840) | $ 9 | $ 437 | $ 394 | $ (957) |

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 209

Table of Contents

Supplemental Condensed Consolidating Statements of Operations for the year ended December 31, 2006:

| (Millions of U.S. Dollars) | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary (NNI) | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| Revenues | $ - | $ 3,067 | $ 5,137 | $ 5,959 | $ (2,745) | $ 11,418 |
| Cost of revenues | - | 2,006 | 3,564 | 4,153 | (2,744) | 6,979 |
| Gross profit | - | 1,061 | 1,573 | 1,806 | (1) | 4,439 |
| Selling, general and administrative expense | 5 | 419 | 998 | 1,081 | | 2,503 |
| Research and development expense | - | 896 | 679 | 364 | - | 1,939 |
| Amortization of intangible assets | - | - | 3 | 23 | - | 26 |
| In- process research and development expense | - | - | 16 | 6 | - | 22 |
| Special charges | - | 25 | 47 | 33 | - | 105 |
| Loss (gain) on sales of businesses and assets | - | (11) | (81) | (114) | - | (206) |
| Shareholder litigation recovery | (219) | - | - | - | - | (219) |
| Other operating income-net | - | (9) | (4) | - | - | (13) |
| Operating earnings (loss) | 214 | (259) | (85) | 413 | (1) | 282 |
| Other income (expense)-net | (25) | (8) | (7) | 99 | - | 59 |
| Interest and dividend income | 18 | 37 | 68 | 66 | (49) | 140 |
| Interest expense | | | | | | |
| Long- term debt | (85) | (126) | (37) | (24) | - | (272) |
| Other | (40) | (22) | (76) | 64 | 6 | (68) |
| Earnings (loss) from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies | 82 | (378) | (137) | 618 | (44) | 141 |
| Income tax benefit (expense) | - | (12) | 1 | (49) | - | (60) |
| | 82 | (390) | (136) | 569 | (44) | 81 |
| Minority interests- net of tax | - | - | - | (20) | (39) | (59) |
| Equity in net earnings (loss) of associated companies- net of tax | (54) | 356 | 80 | (1) | (384) | (3) |
| Net earnings (loss) before cumulative effect of accounting change | 28 | (34) | (56) | 548 | (467) | 19 |
| Cumulative effect of accounting change- net of tax | - | 1 | 5 | 3 | - | 9 |
| Net earnings (loss) | 28 | (33) | (51) | 551 | (467) | 28 |
| Dividends on preferred shares | - | (38) | - | - | 38 | - |
| Net earnings (loss) applicable to common shares | $ 28 | $ (71) | $ (51) | $ 551 | $ (429) | $ 28 |

HIGHLY CONFIDENTIAL

Table of Contents

Supplemental Condensed Consolidating Balance Sheets as of December 31, 2008:

| (Millions of U.S. Dollars) | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary (NNI) | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current assets** | | | | | | |
| Cash and cash equivalents | $ 2 | $ 166 | $ 667 | $ 1,562 | $ - | $ 2,397 |
| Short- term investments | - | - | 65 | - | - | 65 |
| Restricted cash and cash equivalents | 10 | 22 | - | 4 | - | 36 |
| Accounts receivable- net | 3 | 737 | 934 | 1,902 | (1,422) | 2,154 |
| Inventories- net | - | 73 | 331 | 1,073 | - | 1,477 |
| Deferred income taxes- net | - | - | - | 44 | - | 44 |
| Other current assets | - | 78 | 96 | 281 | - | 455 |
| **Total current assets** | 15 | 1,076 | 2,093 | 4,866 | (1,422) | 6,628 |
| Investments | (1,072) | 1,728 | 3,651 | (207) | (3,973) | 127 |
| Long term receivables- Intercompany | - | 1 | - | 10 | (11) | - |
| Plant and equipment- net | - | 412 | 359 | 501 | - | 1,272 |
| Goodwill | - | - | - | 180 | - | 180 |
| Intangible assets- net | - | 1 | 26 | 116 | - | 143 |
| Deferred income taxes- net | - | - | - | 12 | - | 12 |
| Other assets | 16 | 160 | 62 | 237 | - | 475 |
| **Total assets** | $ (1,041) | $ 3,378 | $ 6,191 | $ 5,715 | $ (5,406) | $ 8,837 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Current liabilities** | | | | | | |
| Trade and other accounts payable | $ 28 | $ 1,334 | $ 884 | $ 2,319 | $ (3,564) | $ 1,001 |
| Payroll and benefit- related liabilities | - | 87 | 169 | 197 | - | 453 |
| Contractual liabilities | - | 5 | 32 | 176 | - | 213 |
| Restructuring liabilities | - | 27 | 77 | 42 | - | 146 |
| Other accrued liabilities | 22 | 412 | 862 | 1,396 | (18) | 2,674 |
| Long- term debt due within one year | - | 1 | - | 9 | 9 | 19 |
| **Total current liabilities** | 50 | 1,866 | 2,033 | 4,139 | (3,582) | 4,506 |
| Long- term debt | 1,150 | 2,951 | 85 | 315 | - | 4,501 |
| Deferred income taxes- net | - | - | - | 11 | - | 11 |
| Other liabilities | 1,710 | 876 | 840 | 1,243 | (1,721) | 2,948 |
| **Total liabilities** | 2,910 | 5,693 | 2,958 | 5,708 | (5,303) | 11,966 |
| Minority interests in subsidiary companies | - | - | - | 286 | 536 | 822 |
| Shareholders' equity (deficit) | (3,951) | (2,315) | 3,233 | (279) | (639) | (3,951) |
| **Total liabilities and shareholders' equity (deficit)** | $ (1,041) | $ 3,378 | $ 6,191 | $ 5,715 | $ (5,406) | $ 8,837 |

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 211

**Table of Contents**

Supplemental Condensed Consolidating Balance Sheets as of December 31, 2007:

| (Millions of U.S. Dollars) | Networks Corporation | Networks Limited | Guarantor Subsidiary (NNI) | Non- Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current assets** | | | | | | |
| Cash and cash equivalents | $ 1 | $ 329 | $ 1,128 | $ 2,074 | $ - | $ 3,532 |
| Restricted cash and cash equivalents | 10 | 34 | 8 | 24 | - | 76 |
| Accounts receivable- net | - | 2,394 | 1,828 | 3,158 | (4,797) | 2,583 |
| Inventories- net | - | 100 | 505 | 1,397 | - | 2,002 |
| Deferred income taxes- net | - | 32 | 318 | 137 | - | 487 |
| Other current assets | - | 86 | 120 | 263 | (2) | 467 |
| **Total current assets** | 11 | 2,975 | 3,907 | 7,053 | (4,799) | 9,147 |
| Investments | 5,556 | 6,616 | 3,563 | (68) | (15,473) | 194 |
| Plant and equipment- net | - | 528 | 406 | 598 | - | 1,532 |
| Goodwill | - | - | 1,877 | 682 | - | 2,559 |
| Intangible assets- net | - | 18 | 34 | 161 | - | 213 |
| Deferred income taxes- net | - | 1,128 | 1,245 | 495 | - | 2,868 |
| Other assets | 21 | 171 | 118 | 260 | (15) | 555 |
| **Total assets** | $ 5,588 | $ 11,436 | $ 11,150 | $ 9,181 | $ (20,287) | $ 17,068 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| **Current liabilities** | | | | | | |
| Trade and other accounts payable | $ 991 | $ 1,486 | $ 998 | $ 2,509 | $ (4,797) | $ 1,187 |
| Payroll and benefit- related liabilities | - | 134 | 259 | 297 | - | 690 |
| Contractual liabilities | - | 17 | 47 | 208 | - | 272 |
| Restructuring liabilities | - | 11 | 46 | 43 | - | 100 |
| Other accrued liabilities | 14 | 463 | 1,246 | 2,104 | (2) | 3,825 |
| Long- term debt due within one year | 675 | 1 | 12 | 10 | - | 698 |
| **Total current liabilities** | 1,680 | 2,112 | 2,608 | 5,171 | (4,799) | 6,772 |
| Long- term debt | 1,150 | 2,243 | 94 | 329 | - | 3,816 |
| Deferred income taxes- net | - | - | - | 17 | - | 17 |
| Other liabilities | - | 1,071 | 716 | 1,103 | (15) | 2,875 |
| **Total liabilities** | 2,830 | 5,426 | 3,418 | 6,620 | (4,814) | 13,480 |
| Minority interests in subsidiary companies | - | - | - | 294 | 536 | 830 |
| Shareholders' equity | 2,758 | 6,010 | 7,732 | 2,267 | (16,009) | 2,758 |
| **Total liabilities and shareholders' equity** | $ 5,588 | $ 11,436 | $ 11,150 | $ 9,181 | $ (20,287) | $ 17,068 |

203

HIGHLY CONFIDENTIAL   NNC-NNL06001427 / 212

Table of Contents

Supplemental Condensed Consolidating Statements of Cash Flows for the year ended December 31, 2008:

| (Millions of U.S. Dollars) | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary (NNI) | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| **Cash flows from (used in) operating activities** | | | | | | |
| Net earnings (loss) | $ (5,799) | $ (7,386) | $ (4,497) | $ (1,494) | $ 13,377 | $ (5,799) |
| Adjustment to reconcile to net earnings (loss) | 6,475 | 6,738 | 4,164 | 1,232 | (13,377) | 5,232 |
| Net cash from (used in) operating activities | 676 | (648) | (333) | (262) | - | (567) |
| **Cash flows from (used in) investing activities** | | | | | | |
| Expenditures for plant and equipment | - | (39) | (42) | (78) | - | (159) |
| Proceeds on disposals of plant and equipment | - | - | - | - | - | - |
| Change in restricted cash and cash equivalents | - | 14 | 8 | 17 | - | 39 |
| Increase in short term and long term Investments | - | - | (362) | - | - | (362) |
| Decrease in short term and long term Investments | - | - | 286 | - | - | 286 |
| Acquisitions of investments and businesses- net of cash acquired | - | (51) | (34) | (28) | - | (113) |
| Proceeds from the sales of investments and businesses and assets- net | - | (60) | 27 | 32 | - | (1) |
| Net cash from (used in) investing activities | - | (136) | (117) | (57) | - | (310) |
| **Cash flows from (used in) financing activities** | | | | | | |
| Dividends on preferred shares | - | (34) | - | - | 34 | - |
| Dividends paid by subsidiaries to minority interest | - | - | - | (1) | (34) | (35) |
| Increase in notes payable | - | - | - | 177 | - | 177 |
| Decrease in notes payable | - | - | - | (138) | - | (138) |
| Capital repayment to minority shareholders | - | - | - | (36) | - | (36) |
| Proceeds from issuance of long- term debt | - | 668 | - | - | - | 668 |
| Repayments of long- term debt | (675) | - | - | - | - | (675) |
| Debt issuance cost | - | (13) | - | - | - | (13) |
| Repayments of capital lease obligations | - | - | (11) | (11) | - | (22) |
| Issuance of common shares | - | - | - | - | - | - |
| Net cash from (used in) financing activities | (675) | 621 | (11) | (9) | - | (74) |
| Effect of foreign exchange rate changes on cash and cash equivalents | - | - | - | (184) | - | (184) |
| | 1 | (163) | (461) | (512) | - | (1,135) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Net increase (decrease) in cash and cash equivalents | | | | | | |
| Cash and cash equivalents at beginning of year | 1 | 329 | 1,128 | 2,074 | - | 3,532 |
| Cash and cash equivalents at end of year | $ 2 | $ 166 | $ 667 | $ 1,562 | $ - | $ 2,397 |

204

Table of Contents

Supplemental Condensed Consolidating Statements of Cash Flows for the year ended December 31, 2007:

| (Millions of U.S. Dollars) | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary (NNI) | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| **Cash flows from (used in) operating activities** | | | | | | |
| Net earnings (loss) | $ (957) | $ (798) | $ 9 | $ 437 | $ 352 | $ (957) |
| Adjustment to reconcile to net earnings (loss) | 360 | 579 | (8) | (25) | (352) | 554 |
| Net cash from (used in) operating activities | (597) | (219) | 1 | 412 | - | (403) |
| **Cash flows from (used in) investing activities** | | | | | | |
| Expenditures for plant and equipment | - | (81) | (64) | (90) | - | (235) |
| Proceeds on disposals of plant and equipment | - | 58 | 5 | 27 | - | 90 |
| Change in restricted cash and cash equivalents | 585 | - | (6) | (16) | | 563 |
| Acquisitions of investments and businesses- net of cash acquired | - | (4) | (6) | (75) | | (85) |
| Proceeds from the sales of investments and businesses and assets- net | - | (60) | 62 | 73 | - | 75 |
| Net cash from (used in) investing activities | 585 | (87) | (9) | (81) | - | 408 |
| **Cash flows from (used in) financing activities** | | | | | | |
| Dividends paid on preferred shares | - | (42) | - | - | 42 | - |
| Dividends paid by subsidiaries to minority interest | - | - | - | (10) | (42) | (52) |
| Increase in notes payable | - | - | - | 76 | - | 76 |
| Decrease in notes payable | - | - | - | (81) | - | (81) |
| Proceeds from issuance of long- term debt | 1,150 | - | - | - | - | 1,150 |
| Repayments of long- term debt | (1,125) | - | - | - | - | (1,125) |
| Debt issuance cost | (23) | - | - | - | - | (23) |
| Repayments of capital lease obligation | - | (3) | (9) | (12) | - | (24) |
| Issuance of common shares | 10 | - | - | - | - | 10 |
| Net cash from (used in) financing activities | 12 | (45) | (9) | (27) | - | (69) |
| Effect of foreign exchange rate changes on cash and cash equivalents | - | 54 | - | 50 | - | 104 |
| Net increase (decrease) in cash and cash equivalents | - | (297) | (17) | 354 | - | 40 |
| Cash and cash equivalents at beginning of year | 1 | 626 | 1,145 | 1,720 | - | 3,492 |
| **Cash and cash equivalents at end of year** | $ 1 | $ 329 | $ 1,128 | $ 2,074 | $ - | $ 3,532 |

205

HIGHLY CONFIDENTIAL

Table of Contents

Supplemental Condensed Consolidating Statements of Cash Flows for the year ended December 31, 2006:

| (Millions of U.S. Dollars) | Nortel Networks Corporation | Nortel Networks Limited | Guarantor Subsidiary (NNI) | Non-Guarantor Subsidiaries | Eliminations | Total |
|---|---|---|---|---|---|---|
| **Cash flows from (used in) operating activities** | | | | | | |
| Net earnings (loss) | $ 28 | $ (32) | $ (51) | $ 551 | $ (468) | $ 28 |
| Adjustment to reconcile to net earnings (loss) | 497 | (567) | 155 | (344) | 468 | 209 |
| Net cash from (used in) operating activities | 525 | (599) | 104 | 207 | - | 237 |
| **Cash flows from (used in) investing activities** | | | | | | |
| Expenditures for plant and equipment | - | (100) | (122) | (94) | - | (316) |
| Proceeds on disposals of plant and equipment | - | 88 | - | 55 | - | 143 |
| Change in restricted cash and cash equivalents | (595) | 33 | (2) | 7 | - | (557) |
| Acquisitions of investments and businesses- net of cash acquired | - | - | (108) | (38) | - | (146) |
| Proceeds from the sales of investments and businesses and assets | - | 341 | 79 | 183 | - | 603 |
| Net cash from (used in) investing activities | (595) | 362 | (153) | 113 | - | (273) |
| **Cash flows from (used in) financing activities** | | | | | | |
| Dividends paid on preferred shares | - | (60) | - | - | 60 | - |
| Dividends paid by subsidiaries to minority interest | - | - | - | - | (60) | (60) |
| Increase in notes payable | - | - | - | 105 | - | 105 |
| Decrease in notes payable | - | - | - | (79) | - | (79) |
| Proceeds from issuance of long-term debt | - | 2,000 | 1,300 | - | - | 3,300 |
| Repayments of long- term debt | - | (1,275) | (1,300) | (150) | - | (2,725) |
| Debt issuance cost | - | (42) | - | - | - | (42) |
| Increase in capital leases obligations | - | - | 1 | - | - | 1 |
| Repayments of capital lease | - | (5) | (8) | (4) | - | (17) |
| Issuance of common shares | 1 | - | - | - | - | 1 |
| Common share consolidation cost | (1) | - | - | - | - | (1) |
| Net cash from (used in) financing activities | - | 618 | (7) | (128) | - | 483 |
| Effect of foreign exchange rate changes on cash and cash equivalents | - | - | - | 94 | - | 94 |
| Net increase (decrease) in cash and cash equivalents | (70) | 381 | (56) | 286 | - | 541 |
| Cash and cash equivalents at beginning of year | 71 | 245 | 1,201 | 1,434 | - | 2,951 |

| Cash and cash equivalents at end of year | $   1 | $   626 | $   1,145 | $   1,720 | $   - | $   3,492 |

\* \* \* \* \*

206

## Table of Contents

### Quarterly Financial Data (Unaudited)

The selected financial data presented below was derived from Nortel's unaudited consolidated financial statements and related notes thereto for the three month periods ended March 31st, June 30 th and September 30th of 2007 and 2008. The selected financial data for fourth quarter 2007 was previously reported in our 2007 Annual Report. The 2008 selected financial data has not been previously reported.

The selected financial data presented below does not purport to reflect or provide for the consequences of the Creditor Protection Proceedings. In particular, such selected financial data does not purport to show: (a) as to assets, their realizable value on a liquidation basis or their availability to satisfy liabilities; (b) as to pre- petition liabilities, the amounts that may be allowed for claims or contingencies, or the status and priority thereof; (c) as to shareholders accounts, the effect of any changes that may be made in Nortel's capitalization; or (d) as to operations, the effect of any changes that may be made in Nortel's business.

Nortel believes all adjustments necessary for a fair presentation of the results for the periods presented have been made.

| | 4th Quarter | | 3rd Quarter | | 2nd Quarter | | 1st Quarter | |
|---|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 | 2008 | 2007 | 2008 | 2007 |
| | (Millions of U.S. Dollars, except per share amounts) | | | | | | | |
| Revenues | $   2,722 | $   3,198 | $   2,319 | $   2,705 | $   2,622 | $   2,562 | $   2,758 | $   2,483 |
| Gross profit | 1,100 | 1,397 | 908 | 1,163 | 1,130 | 1,052 | 1,146 | 1,002 |
| Special charges | 97 | 38 | 50 | 56 | 67 | 36 | 88 | 80 |
| Shareholder litigation settlement expense (recovery) | - | - | - | - | - | - | - | (54) |
| Regulatory investigation expense | - | - | - | - | - | 35 | - | - |
| Other operating income (expense)- net | 13 | 6 | (8) | 7 | 7 | 12 | (13) | 10 |
| Other income- net | 67 | 93 | 6 | 156 | 33 | 110 | 37 | 66 |
| Net earnings (loss) | (2,135) | (844) | (3,413) | 27 | (113) | (37) | (138) | (103) |
| Basic earnings (loss) per common share | (4.28) | (1.70) | (6.85) | 0.05 | (0.23) | (0.07) | (0.28) | (0.23) |
| Diluted earnings (loss) per common share | (4.28) | (1.70) | (6.85) | 0.05 | (0.23) | (0.07) | (0.28) | (0.23) |

The following significant items were recorded in the fourth quarter of 2008:

During the fourth quarter of 2008, Nortel incurred a non- cash charge of $967 to increase the valuation allowance against Nortel's net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey.

During the fourth quarter of 2008, Nortel incurred a non- cash impairment charge of $1,237 against the full value of the goodwill within the Carrier Networks and Global Services segments.

207

Table of Contents

### REPORT OF INDEPENDENT REGISTERED CHARTERED ACCOUNTANTS

To the Shareholders and Board of Directors of Nortel Networks Corporation

We have audited the consolidated statements of operations, changes in equity (deficit) and comprehensive income (loss) and cash flows of Nortel Networks Corporation and subsidiaries ("Nortel") for the year ended December 31, 2006, and have issued our report thereon dated March 15, 2007 except as to notes 5, 6, 7 and 24, which are as of September 7, 2007 and the effect of the retrospective adjustments for a change in the segment performance measure as described in note 6, which is as of March 2, 2009 (which report on the consolidated statements of operations, changes in equity (deficit) and comprehensive income (loss) and cash flows expressed an unqualified opinion and includes a separate report titled Comments by Independent Registered Chartered Accountants on Canada- United States of America Reporting Difference referring to changes in accounting principles that have a material effect on the comparability of the financial statements); such consolidated statements of operations, changes in equity (deficit) and comprehensive income (loss) and cash flows and report are included elsewhere in this Form 10- K and are incorporated herein by reference. Our audit also included the consolidated financial statement schedule of Nortel listed in Item 15. This consolidated financial statement schedule is the responsibility of Nortel's management. Our responsibility is to express an opinion based on our audit. In our opinion, such consolidated financial statement schedule, when considered in relation to the consolidated statements of operations, changes in equity (deficit) and comprehensive income (loss) and cash flows taken as a whole, presents fairly, in all material respects, the information set forth therein.

/s/ Deloitte & Touche LLP

Independent Registered Chartered Accountants

Licensed Public Accountants

Toronto, Canada

March 15, 2007, except as to notes 5, 6, 7 and 24 to the consolidated financial statements which are as of September 7, 2007 and the effect of the retrospective adjustments for a change in the segment performance measure as described in note 6, which is as of March 2, 2009

HIGHLY CONFIDENTIAL                NNC-NNL06001427 / 218

Table of Contents

## NORTEL NETWORKS CORPORATION
### Valuation and Qualifying Accounts and Reserves
### Provision For Uncollectibles[a]

| | Balance at Beginning of Year | | Charged to Costs and Expenses | | Deductions[a] | | Balance at End of Year[b] |
|---|---|---|---|---|---|---|---|
| | | | **U.S. GAAP** (millions of U.S. Dollars) | | | | |
| Year 2008 | $ | 97 | $ | 3 | $ | 27 | $ | 73 |
| Year 2007 | $ | 122 | $ | 2 | $ | 27 | $ | 97 |
| Year 2006 | $ | 173 | $ | 5 | $ | 56 | $ | 122 |

(a)  Includes acquisitions and disposals of subsidiaries and divisions and amounts written off, and foreign exchange translation adjustments.
(b)  Includes provisions for uncollectibles on long- term accounts receivable of $37, $35 and $34 as of December 31, 2008, 2007 and 2006, respectively.

209

HIGHLY CONFIDENTIAL

**Table of Contents**
**ITEM 9.      Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**
None.

**ITEM 9A.      Controls and Procedures**
**Management Conclusions Concerning Disclosure Controls and Procedures**
We carried out an evaluation under the supervision and with the participation of management, including the CEO and Chief Financial Officer (CFO) (Mike S. Zafirovski and Paviter S. Binning, respectively), pursuant to Rule 13a- 15 under the Exchange Act, of the effectiveness of our disclosure controls and procedures as at December 31, 2008. Based on this evaluation, management, including the CEO and CFO, have concluded that our disclosure controls and procedures as at December 31, 2008 were effective to provide reasonable assurance that information required to be disclosed in the reports we file and submit under the Exchange Act is recorded, processed, summarized and reported as and when required and that it is accumulated and communicated to our management, including the CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.
**Management's Report on Internal Control Over Financial Reporting**
Management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a- 15(f) under the Exchange Act. Our internal control over financial reporting is intended to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. GAAP. Our internal control over financial reporting includes those policies and procedures that:

pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of our assets;

provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with U.S. GAAP, and that receipts and expenditures are being made only in accordance with authorizations of management and the Board of Directors; and

provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of our assets that could have a material effect on the financial statements.
Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.
In making its assessment of internal control over financial reporting, management used the criteria issued by the Committee of Sponsoring Organizations of the Treadway Commission in Internal Control- Integrated Framework. Management, including the CEO and CFO, assessed the effectiveness of our internal control over financial reporting, and concluded that we maintained effective internal control over financial reporting as at December 31, 2008.
Our independent registered public accounting firm that audited the financial statements in this report has issued an attestation report expressing an opinion on the effectiveness of internal control over financial reporting as at December 31, 2008, which report appears at the end of this Item 9A.
**Changes in Internal Control Over Financial Reporting**
During the fiscal quarter ended December 31, 2008, no changes occurred in our internal control over financial reporting that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

210

Table of Contents

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

The Board of Directors and Shareholders

Nortel Networks Corporation:

We have audited Nortel Networks Corporation's internal control over financial reporting as of December 31, 2008, based on criteria established in "Internal Control- Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission. Nortel Networks Corporation's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in Item 9A to the Annual Report on Form 10- K. Our responsibility is to express an opinion on Nortel Networks Corporation's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with U.S. generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, Nortel Networks Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2008, based on criteria established in Internal Control- Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheets of Nortel Networks Corporation as of December 31, 2008 and 2007, and the related consolidated statements of operations, changes in equity (deficit) and comprehensive income (loss) and cash flows for the years then ended, and our report dated March 2, 2009 expressed an unqualified opinion on those consolidated financial statements and included an explanatory paragraph related to the Company's ability to continue as a going concern.

/s/ KPMG LLP

Chartered Accountants, Licensed Public Accountants

Toronto, Canada

March 2, 2009

## ITEM 9B.     Other Information

On February 25, 2009, we announced a workforce reduction plan and approval of the Incentive Plan for 2009. On February 27, 2009, we obtained Canadian Court approval for the termination of our equity- based compensation plans, including all outstanding equity under the plans. We are seeking required court approvals of a key employee incentive and retention program. See "Executive Overview  Creditor Protection Proceedings  Workforce Reduction Plan; Employee Compensation Program Changes" in the MD&A section of this report and "Compensation Discussion and Analysis" in the Executive and Director Compensation section of this report.

On March 2, 2009, we announced the appointment of a chief restructuring officer. See "Executive Overview  Creditor Protection Proceedings  Chief Restructuring Officer" in the MD&A section of this report, "Executive Officers" in the Directors, Executive Officers and Corporate Governance section of this report and "Compensation Discussion and Analysis" in the Executive and Director Compensation section of this report.

211

Table of Contents

## PART III

While references to dollar amounts in other Parts of this report are in millions of U.S. Dollars, dollar amounts in this Part III are as stated herein.

**ITEM 10.**    **Directors, Executive Officers and Corporate Governance**

Set forth below is information concerning the current members of the Boards of Directors of NNC and NNL (the Nortel Boards) and the current executive officers of NNC and NNL. Each of the following individuals held such position as of the Petition Date, except with respect to Mr. Binning's appointment as Chief Restructuring Officer effective February 26, 2009.

**Board of Directors**

| Name and Age | Office and Position Currently Held | Date of Appointment to the Nortel Boards |
|---|---|---|
| Jalynn H. Bennett, C.M. (65) | Director | June 29, 2005 |
| Dr. Manfred Bischoff (66) | Director | April 29, 2004 |
| The Hon. James Baxter Hunt, Jr. (71) | Director | June 29, 2005 |
| Dr. Kristina M. Johnson (51) | Director | November 6, 2006 |
| John A. MacNaughton, C.M. (63) | Director | June 29, 2005 |
| The Hon. John P. Manley, P.C. (59) | Director | May 26, 2004 |
| Richard D. McCormick (68) | Director | January 11, 2005 NNC |
|  |  | January 18, 2005 NNL |
| Claude Mongeau (47) | Director | June 29, 2006 |
| Harry J. Pearce (66) | Board Chair | January 11, 2005 NNC |
|  |  | January 18, 2005 NNL |
| Mike S. Zafirovski (55) | Director, President and Chief Executive Officer | November 15, 2005 |

Jalynn H. Bennett, C.M. has been President of Jalynn H. Bennett and Associates Ltd., a consulting firm in strategic planning and organizational development in both the public and private sectors, since 1989. Prior to establishing that firm, Mrs. Bennett was associated for nearly 25 years with Manulife Financial. Mrs. Bennett is a member of the Lawrence National Centre for Policy and Management Advisory Council, Richard Ivey School of Business, the Canada Millennium Scholarship Foundation, the Toronto Society of Financial Analysts and the Toronto Association of Business Economists. She is also a Director of Cadillac Fairview Corporation and the Sick Kids Foundation and a Fellow of the Institute of Corporate Directors in Canada. Mrs. Bennett is past Commissioner of the Ontario Securities Commission and was a member of the Toronto Stock Exchange and Canadian Institute of Chartered Accountants' Joint Committee on Corporate Governance (The Saucier Committee).

Nortel Committee Membership: Compensation and Human Resources Committee (NNC and NNL), Pension Fund Policy Committee (NNL), Audit Committee (NNC and NNL)

Public Board Membership: Canadian Imperial Bank of Commerce, Teck Cominco Ltd.

Dr. Manfred Bischoff was appointed Chairman of the Supervisory Board of Daimler AG (previously DaimlerChrysler AG), an automotive manufacturing company, in April 2007. Previously, Dr. Bischoff was Chairman of the Board of European Aeronautic Defence and Space Company EADS N.V. from July 2000 to April 2007. He was a member of the Board of Management of DaimlerChrysler AG from May 1995 to December 2003 and President and Chief Executive Officer of DaimlerChrysler Aerospace AG from May 1995 to March 2000.

212

**Table of Contents**

Nortel Committee Membership: Compensation and Human Resources Committee (NNC and NNL), Pension Fund Policy Committee (NNL), Litigation Committee (NNC)
Public Board Membership: Daimler AG, Fraport AG, Royal KPN N.V., Unicredit

The Hon. James Baxter Hunt, Jr. has been a member of the law firm of Womble Carlyle Sandridge & Rice, PLLC since 2001. Prior to that, he was Governor of North Carolina for four terms, 1977 to 1985 and 1993 to 2001, where he established the Microelectronics Center of North Carolina, the N.C. Biotechnology Center and the N.C. School of Science and Mathematics. He founded and chaired the National Board for Professional Teaching Standards and currently chairs the National Center for Public Policy and Higher Education, the Hunt Institute for Educational Leadership and Policy and the Institute for Emerging Issues.
Nortel Committee Membership: Audit Committee (NNC and NNL), Nominating and Governance Committee (NNC) Chair
Public Board Membership: None

Dr. Kristina M. Johnson was appointed Provost and Senior Vice President of Academic Affairs of Johns Hopkins University as of September 1, 2007. Previously, Dr. Johnson was Dean of Duke University's Edmund T. Pratt, Jr., School of Engineering from July 1999 to August 2007. She joined Duke from the University of Colorado, where she served as a professor of Electrical and Computer Engineering from 1985 to 1999. Dr. Johnson has helped start several companies including ColorLink, Inc. Dr. Johnson received her B.S., M.S. (with distinction) and Ph.D. in electrical engineering from Stanford University. She completed a NATO post- doctoral fellowship at Trinity College in Dublin, Ireland, and was a Fulbright Fellow in 1991. Dr. Johnson has published more than 140 refereed papers and proceedings, holds 43 patents, and has pioneered work in liquid crystal- on- silicon (LCOS) microdisplays, a marriage of LC electro- optic materials and VLSI technology.
Nortel Committee Membership: Compensation and Human Resources Committee (NNC and NNL), Pension Fund Policy Committee (NNL)
Public Board Membership: Boston Scientific, AES Corporation, Minerals Technologies

John A. MacNaughton, C.M., is Chairman of the Business Development Bank of Canada and Chairman of CNSX Markets Inc. (formerly Canadian Trading and Quotation System Inc.). He served as the founding President and Chief Executive Officer of the Canada Pension Plan Investment Board, a Crown corporation created by an Act of Parliament to invest the assets of the Canada Pension Plan, from 1999 to 2005. He was President of Nesbitt Burns Inc., the investment banking arm of Bank of Montreal, from 1994 to 1999. Mr. MacNaughton is Vice Chairman of the University Health Network and Vice Chairman of the Canadian International Council.
Nortel Committee Membership: Audit Committee (NNC and NNL) Chair, Nominating and Governance Committee (NNC)
Public Board Membership: TransCanada Corporation, TransCanada Pipelines Limited

The Hon. John P. Manley has been Counsel at the law firm of McCarthy Tétrault LLP since May 2004. Mr. Manley was previously the Member of Parliament for Ottawa South from November 1988 to June 2004. As a Member of Parliament, Mr. Manley also held various positions in the Canadian Federal Government, including Deputy Prime Minister of Canada from January 2002 to December 2003, Minister of Finance from June 2002 to December 2003, Chair of the Cabinet Committee on Public Security and Anti- Terrorism from October 2001 to December 2003, Minister of Foreign Affairs from October 2000 to January 2002 and Minister of Industry from November 1993 to October 2000. He was granted the designation C. Dir. (Chartered Director) by McMaster University in February 2006. Mr. Manley is also a Director of CARE Canada, Optosecurity Inc., The

213

HIGHLY CONFIDENTIAL     

**Table of Contents**
Conference Board of Canada, The Institute for Research on Public Policy, MaRS, National Arts Centre Foundation and University of Waterloo.
Nortel Committee Membership: Compensation and Human Resources Committee (NNC and NNL), Pension Fund Policy Committee (NNL)  Chair
Public Board Membership: Canadian Imperial Bank of Commerce, Canadian Pacific Railway, CAE

Richard D. McCormick served as Chairman of US WEST, Inc., a telecommunications company, from June 1998 until his retirement in May 1999. He was Chairman, President and Chief Executive Officer of US WEST, Inc. from 1992 until 1998. Since 1999, Mr. McCormick has acted as a corporate director. Mr. McCormick is also the Honorary Chairman (past Chairman) of the International Chamber of Commerce and Vice Chairman (past Chairman) of the United States Council for International Business. He is a Trustee of the Denver Art Museum. From 1994 to 2003, Mr. McCormick was also a Director of UAL Corporation, the parent holding company and sole shareholder of United Air Lines, Inc. On December 9, 2002, UAL Corporation, United Air Lines, Inc. and 26 direct and indirect wholly owned subsidiaries of UAL Corporation filed voluntary petitions to reorganize their businesses under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.
Nortel Committee Membership: Compensation and Human Resources Committee (NNC and NNL)  Chair, Litigation Committee (NNC), Nominating and Governance Committee (NNC)
Public Board Membership: United Technologies Corporation, Wells Fargo and Company

Claude Mongeau has been the Executive Vice- President and Chief Financial Officer of Canadian National Railway Company, a North American railway company, since October 2000. Prior to that appointment, Mr. Mongeau was Senior Vice- President and Chief Financial Officer from October 1999. He also serves as a Director of Pointe- à- Callière Museum and Forces Avenir. Mr. Mongeau was also a Director of 360networks Corporation, his tenure ending shortly before that company's application under the CCAA for creditor protection. 360networks Corporation underwent a restructuring in 2002 and its Canadian assets were sold in November 2004.
Nortel Committee Membership: Audit Committee (NNC and NNL), Pension Fund Policy Committee (NNL)
Public Board Membership: SNC- Lavalin Inc.

Harry J. Pearce was Chairman of the Board of Hughes Electronics Corporation (now The DIRECTV Group, Inc.), a company engaged in digital television entertainment, broadband satellite and network services as well as global video and data broadcasting, from June 2001 to January 2004. He was a Director and Vice Chairman of General Motors Corporation from January 1996 to June 2001. Prior to that, he served as General Counsel of General Motors. In 2006, he was elected Chairman of MDU Resources, a diversified natural resources company. He also serves as a director of Marriott International, a global hospitality services company. He is a fellow of the American College of Trial Lawyers and an emeritus member of the International Society of Barristers. Mr. Pearce has also been involved in many educational and charitable organizations.
Nortel Committee Membership: Litigation Committee (NNC)  Chair
Public Board Membership: Marriott International, Inc., MDU Resources Group, Inc.

Mike S. Zafirovski was previously employed in the telecommunications industry with Motorola, Inc. From July 2002 to February 2005, he was President and Chief Operating Officer and a Director of Motorola and from June 2000 to July 2002, he was President and Chief Executive Officer of Motorola's mobile devices business. Prior to his tenure with Motorola, Mr. Zafirovski held a number of positions during 25 years with GE, including 13 years as President and Chief Executive Officer of various businesses in the industrial as well as financial and

214

Table of Contents

insurance sectors. Mr. Zafirovski is also a Director of The Boeing Company, and is Chair of Boeing's Finance Committee and a member of Boeing's Audit Committee. In addition, he is a Director of the Economic Club of Chicago, a member of the National Security Telecommunications Advisory Committee and a member of Macedonia 2025.

Nortel Committee Membership: None

Public Board Membership: The Boeing Company

## Executive Officers

The NNC Board of Directors appoints and may remove executive officers of NNC. Generally, such officers hold their position until a successor is appointed or until the officer resigns. Set forth below are the names of our current executive officers, their ages, offices currently held and year of appointment. The executive officers are also officers of NNL.

| Name and Age | Office and Position Currently Held | Year of Appointment |
|---|---|---|
| Pavitar Singh Binning (48) | Executive Vice- President, Chief Financial Officer and Chief Restructuring Officer | 2009 |
| Dennis James Carey (62) | Executive Vice- President, Corporate Operations | 2006 |
| Gordon Allan Davies (46) | Chief Legal Officer and Corporate Secretary | 2009 |
| John Marshall Doolittle (45) | Treasurer | 2008 |
| David William Drinkwater (60) | Senior Advisor | 2009 |
| Darryl Alexander Edwards (47) | President, Carrier Global Sales | 2009 |
| Samih Elhage (47) | President and General Manager, Carrier VoIP and Application Solutions | 2009 |
| Joseph Gerard Flanagan (37) | Senior Vice- President, Global Operations | 2007 |
| Jesse Joel Hackney, Jr. (39) | President, Enterprise Solutions | 2007 |
| Paul Wesley Karr (53) | Controller | 2005 |
| Elena Soldera King (51) | Senior Vice- President, Human Resources | 2008 |
| Richard Stephen Lowe (58) | President, Carrier Networks | 2007 |
| Philippe Morin (43) | President, Metro Ethernet Networks | 2006 |
| George Andrew Riedel (51) | Chief Strategy Officer | 2006 |
| Mike Svetozar Zafirovski (55) | Director, President and Chief Executive Officer | 2005 |

All the above- named executive officers have been employed in their current position or other senior positions with Nortel during the past five years, except as described below. Mr. Zafirovski's biography is provided above under "Board of Directors".

P.S. Binning was appointed Executive Vice- President, Chief Financial Officer and Chief Restructuring Officer effective February 26, 2009. Previously, he held the position of Executive Vice- President and Chief Financial Officer from November 12, 2007 to February 25, 2009. Prior to joining Nortel, he was Group Finance Director at Hanson PLC, a global supplier of heavy building materials to the construction industry, from January to September 2007. While at Hanson, he was responsible for leading the Hanson finance function including Group Finance, Treasury, Tax, Investor Relations, Risk Management, Internal Audit and Operational and Regional finance organizations. He also had responsibility for the Corporate Communications, IT and Strategy functions. From 2003 to 2006, Mr. Binning was Chief Financial Officer at Marconi PLC, a global telecommunications equipment vendor (which was acquired by Swedish- based Ericsson), where his responsibilities included Group Finance, Investor Relations, Tax, Treasury, Group Strategy, Risk Management, Internal Audit and Operational and Regional finance functions. He previously held various finance leadership positions at Diageo PLC, global

215