Exhibit 23.2

**CONSENT OF INDEPENDENT REGISTERED CHARTERED ACCOUNTANTS**

We consent to the incorporation by reference in the following Registration Statements and Amendments of our reports dated March 15, 2007, except as to notes 5, 6, 7 and 24, which are as of September 7, 2007 and the effect of the retrospective adjustments for a change in the segment performance measure as described in note 6, which is as of March 2, 2009, relating to the consolidated statements of operations, changes in equity (deficit) and comprehensive income (loss) and cash flows and to the consolidated financial statement schedule of Nortel Networks Corporation ("Nortel") for the year ended December 31, 2006 (which audit report on the consolidated statements of operations, changes in equity (deficit) and comprehensive income (loss) and cash flows expressed an unqualified opinion, and includes a separate report titled Comments by Independent Registered Chartered Accountants on Canada- United States of America Reporting Difference referring to changes in accounting principles that have a material effect on the comparability of the financial statements) appearing in the Annual Report on Form 10- K of Nortel for the year ended December 31, 2008:

Registration Statement on Form S- 3
(Nortel Networks/BCE 1985 Stock Option Plan and the
Nortel Networks/BCE 1999 Stock Option Plan)
(333- 11888)

Registration Statement on Form S- 3 and all Post- Effective Amendments thereto
(Qtera Corporation)
(333- 11454)

Registration Statement on Form S- 3 and all Post- Effective Amendments thereto
(Dividend Reinvestment Plan)
(33- 62270)

Registration Statement on Form S- 8 and all Post- Effective Amendments thereto
(Nortel Networks Stock Purchase Plan)
(333- 11270)

Registration Statement on Form S- 8 and all Post- Effective Amendments thereto
(Nortel Networks NA Inc. 1998 Employee Stock Purchase Plan)
(333- 9570)

Registration Statement on Form S- 8 and all Post- Effective Amendments thereto
(Nortel Networks NA Inc. 1994 Stock Option Plan)
(333- 9066)

Registration Statement on Form S- 8 and all Post- Effective Amendments thereto
(Qtera Corporation Amended and Restated Stock Incentive Plan)
(333- 11452)

Registration Statement on Form S- 8 and all Post- Effective Amendments thereto
(Periphonics Corporation 1995 Stock Option Plan, as Amended and
Periphonics Corporation 1995 Non- Employee Director Stock Option Plan)
(333- 10980)

Page 2

Registration Statement on Form S- 8 and all Post- Effective Amendments thereto
(Clarify Inc. 1991 Stock Option/Stock Issuance Plan,
Clarify Inc. 1999 Non- Executive Stock Option/Stock Issuance Plan,
Clarify Inc. Amended and Restated 1995 Stock Option/Stock Issuance Plan,
Clarify Inc. Non- Employee Directors Option Plan,
OBJIX Systems Development, Inc. Stock Plan and
Certain Separate Option Agreements)
(333- 11110)

Registration Statement on Form S- 8 and all Post- Effective Amendments thereto
(Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
(333- 11342)

HIGHLY CONFIDENTIAL    NNC-NNL06001427 / 392

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
(333-6152)

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
(33-88214)

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
(33-61904)

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Nortel Networks Corporation 1986 Stock Option Plan, as Amended and Restated)
(33-11640)

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Promatory Communications, Inc. 1997 Stock Plan and Promatory Communications, Inc. 1999 Stock Plan)
(333-11798)

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Nortel Networks Inc. Long-Term Investment Plan)
(333-7366)

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Nortel Networks Inc. Long-Term Investment Plan)
(33-25333)

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Nortel Networks Corporation 2000 Stock Option Plan)
(333-11876)

Registration Statement on Form S-8
(Xros, Inc. 1999 Stock Plan)
(333-12176)

HIGHLY CONFIDENTIAL                    NNC-NNL06001427 / 393

Page 3

Registration Statement on Form S-8
(Architel Systems Corporation 1994 Flexible Stock Incentive Plan,
1996 Stock Option Plan of Architel Systems Corporation,
Amended and Restated Accugraph Corporation 1996 Stock Option Plan,
Accugraph Corporation Key Employee Stock Option Plan and
Accugraph Corporation 1992 Directors and Officers Stock Option Plan)
(333-12228)

Registration Statement on Form S-8
(CoreTek, Inc. 1998 Employee, Director and Consultant Stock Option Plan)
(333-12286)

Registration Statement on Form S-8
(EPiCON, Inc. 1995 Stock Plan, as Amended)
(333-12644)

Registration Statement on Form S-8
(Alteon WebSystems, Inc. 2000 Non Statutory Incentive Plan,
1999 Equity Incentive Plan,
1999 Stock Purchase Plan and
Pharsalia Technologies, Inc. 2000 Equity Incentive Plan)
(333-12760)

Registration Statement on Form S-8
(Sonoma Systems 1996 Stock Option Plan, as Amended and
Sonoma Systems 1999 Stock Option Plan, as Amended)
(333-49304)

Registration Statement on Form S-8 and all Post-Effective Amendments thereto
(Nortel Networks U.S. Deferred Compensation Plan)
(333-11558)

Registration Statement on Form S-3
(JDS Uniphase Corporation)
(333-57510)

Registration Statement on Form S-8
(Nortel Networks Stock Purchase Plan)
(333-70482)

Registration Statement on Form S-3
(Shasta Networks, Inc.)
(333-10310)

Registration Statement on Form S-8
(Nortel Networks Company Savings Plan)
(333-70504)

Registration Statement on Form S-8
(Nortel Networks Stock Purchase Plan)
(333-106633)

HIGHLY CONFIDENTIAL                    NNC-NNL06001427 / 394

Page 4

Registration Statement on Form S-8
(Long-Term Investment Plan)
(333-106654)

Registration Statement on Form S-8
(Nortel Global Stock Purchase Plan, Nortel U.S. Stock Purchase Plan and
Nortel Stock Purchase Plan for Members of the Nortel Savings and Retirement Program)
(333-126250)

Registration Statement on Form S-8
(Nortel 2005 Stock Incentive Plan)
(333-135768)

Registration Statement on Form S-8
(Nortel 2005 Stock Incentive Plan, As Amended and Restated,
Nortel U.S. Stock Purchase Plan, As Amended and Restated
Nortel Global Stock Purchase Plan, As Amended and Restated
Nortel Stock Purchase Plan for Members of the Savings and Retirement Program, As Amended)
(333-151901)

/s/ Deloitte & Touche LLP
Independent Registered Chartered Accountants
Licensed Public Accountants
Toronto, Canada
March 2, 2009

Exhibit 24

# POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each of the undersigned directors of NORTEL NETWORKS CORPORATION (the "Corporation"), which is about to file with the Securities and Exchange Commission (the "SEC"), Washington, D.C. 20549, under the provisions of the Securities Exchange Act of 1934, as amended, an Annual Report on Form 10-K (the "Annual Report") for the fiscal year ended December 31, 2008, hereby constitutes and appoints Gordon A. Davies and Tracy S.J. Connelly McGilley his or her true and lawful attorneys-in-fact and agents, and each of them, with full power to act without the other, for him or her and in his or her name, place and stead, in any and all capacities, to sign such Annual Report and any and all amendments thereto, and other documents related thereto, with power where appropriate to affix the corporate seal of the Corporation thereto and to attest said seal and to file such Annual Report and amendments thereto, with all exhibits thereto, and any and all other information and documents in connection therewith, with the SEC, hereby granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform any and all acts and things requisite and necessary to be done in and about the premises, as fully as to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or any of them, may lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, the undersigned have signed this Power of Attorney this 2nd day of March, 2009.

| /s/ J. H. BENNETT | /s/ M. BISCHOFF | /s/ J.B. HUNT, JR. |
| J.H. Bennett | M. Bischoff | J.B. Hunt, Jr. |
| /s/ K.M. JOHNSON | /s/ J.A. MACNAUGHTON | /s/ J.P. MANLEY |
| K.M. Johnson | J.A. MacNaughton | J.P. Manley |
| /s/ R.D. MCCORMICK | /s/ C. MONGEAU | /s/ H.J. PEARCE |
| R.D. McCormick | C. Mongeau | H.J. Pearce |
| /s/ M.S. ZAFIROVSKI | | |
| M.S. Zafirovski | | |

HIGHLY CONFIDENTIAL                    NNC-NNL06001427 / 396

Exhibit 31.1

**Certification**

I, MIKE S. ZAFIROVSKI, certify that:

1. I have reviewed this Annual Report on Form 10-K for the year ended December 31, 2008 of Nortel Networks Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 2, 2009

/s/ Mike S. Zafirovski
MIKE S. ZAFIROVSKI
President and Chief Executive Officer

Exhibit 31.2

**Certification**

I, PAVITER S. BINNING, certify that:

1. I have reviewed this Annual Report on Form 10-K for the year ended December 31, 2008 of Nortel Networks Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 2, 2009

/s/ Paviter S. Binning
PAVITER S. BINNING
Executive Vice-President, Chief Financial Officer
and Chief Restructuring Officer

HIGHLY CONFIDENTIAL   NNC-NNL06001427 / 398

Exhibit 32

**Certification**
**Pursuant to Section 906 of the Sarbanes- Oxley Act of 2002**
**(Subsections (a) and (b) of Section 1350, Chapter 63 of Title 18, United States Code)**

Pursuant to section 906 of the Sarbanes- Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code), each of the undersigned officers of Nortel Networks Corporation, a Canadian corporation (the "Company"), does hereby certify, to such officer's knowledge, that:

The Annual Report on Form 10- K for the year ended December 31, 2008 (the "Form 10- K") of the Company fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and the information contained in the Form 10- K fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: March 2, 2009                                /s/ Mike S. Zafirovski
                                                    MIKE S. ZAFIROVSKI
                                                    President and Chief Executive Officer

Dated: March 2, 2009                                /s/ Paviter S. Binning
                                                    PAVITER S. BINNING
                                                    Executive Vice- President, Chief Financial Officer
                                                    and Chief Restructuring Officer