


**From:** Williams, John [BRAM:0049:EXCH]
**Sent:** Saturday, February 04, 2006 10:31 AM
**To:** Stevenson, Kate [BRAM:0007:EXCH]
**Cc:** McCorkle, Michael [BRAM:0049:EXCH]
**Subject:** RE: Meeting Materials
**Attachments:** free cashflow March 2003 board.ppt

Kate,
the planning group (Tony Grewal) was frantically looking for a definition of free cashflow yesterday because Mike Z had requested the info going back to 1998. I provided the enclosed chart (speaking notes has the definition) which is before restatements (not sure it would materially changed) for definitional purposes. The chart was taken from a board presentation that you did on optimal capital structure in March 2003. As you suggest, there are many different defintions of cashflow. Also agree that there isn't much value in making a categorical statement that we haven't had positive cashflow or profits since 1197 (I don't have information handy to be able to confirm that statement). I had left a v-mail for Tony Grewal late yesterday to ask how he was going to use the info - he did not reply.

I was unable to contact Lazard yesterday, and thus was unable to confirm if the statement on free cashflows came from them.

John


-----Original Message-----
From: Stevenson, Kate [BRAM:0007:EXCH]
Sent: Saturday, February 04, 2006 10:17 AM
To: Williams, John [BRAM:0049:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
Subject: Fw: Meeting Materials


Attached is the latest script. I will be on calls this weekend as we continue to work the piece and debate our position and strategy.

Is the statement about no profit or cash flow in any year since 1997 accurate?

I believe it would depend on how cash flow is defined.

I'm also not sure that it's even a helpful point for this purpose. The point is really how the company is still sick and dramatically weaker than its competition.

Thoughts?

Kate
------------------------
Sent from my BlackBerry Wireless Handheld



1

-----Original Message-----
From: Stephen.Sieh@Lazard.com <Stephen.Sieh@Lazard.com>
To: hpearce42@yahoo.com <hpearce42@yahoo.com>; MacGowan, Allan [BRAM:0001:EXCH]
<amacgowa@americasm01.nt.com>; Higginbotham, Ernie [RICH1:9788:EXCH] <ERNIE@AmericasM01.nt.com>; Davies,
Gordon [BRAM:0098:EXCH] <gadavies@americasm01.nt.com>; Stevenson, Kate [BRAM:0007:EXCH]
<kbsteven@americasm01.nt.com>; Currie, Peter [BRAM:0007:EXCH] <PCURRIE@AmericasM01.nt.com>; Stuart Baskin
<SBaskin@Shearman.com>
CC: Terry.Savage@Lazard.com <Terry.Savage@Lazard.com>; Larry.Grafstein@Lazard.com
<Larry.Grafstein@Lazard.com>; Andrew.Yearley@Lazard.com <Andrew.Yearley@Lazard.com>
Sent: Fri Feb 03 17:30:08 2006
Subject: Meeting Materials

Attached below please find the following:
(1) Final draft of the script
(2) Sensitivity table - settlement sensitivity analysis
(3) Shareholder overlap listing

Please feel free to contact me should you have any questions regarding the material.

(See attached file: script_final draft.doc)

(See attached file: Settlement Sensitivities Table.pdf)
(See attached file: Overlap Slides.ppt)

------------------------------------------------------
Stephen Sieh
Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10020, USA
Phone Number: 212-632-1424
Mobile: 917-881-1184
Fax Number: 212-332-1748
Email: stephen.sieh@lazard.com
------------------------------------------------------

z

CONFIDENTIAL

A/C                                                                                              TR21045

# ATTACHMENT INFO

Name:       free cashflow March 2003 board.ppt

Size:       451KB (460,800 bytes)

Modified:   Saturday, February 4, 2006 10:21 AM

Comments:   UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

CONFIDENTIAL                    NNC-NNL11083846 / 1

A/C

TR21045

# NORTEL NETWORKS

# Target Capital Structure

Kate Stevenson

March 28, 2003

NORTEL NETWORKS CONFIDENTIAL

A/C

TR21045



## Historical Free Cash Flow
$M

Free Cash Flow (FCF) defined as operating cash flow less capex and change in LT receivables

- Historically Nortel has not generated significant cumulative FCF
  - Suggests we should not rely on FCF for liquidity purposes
- During 2001 significant debt issued: $1.5B in February and $1.8B convertible debt in August
  - At issuance the convertible debt was expected to become equity but is currently trading as straight debt and is unlikely to convert ($10 conversion price)

1988 – 1998
FCF $794M

1999 – 2002
FCF $(3,446M)

Historical free cash flow generation supports low debt levels

NORTEL NETWORKS CONFIDENTIAL

BOD March 26, 2003 - 1

A/C

A/C                                                                                                          TR21045

# ATTACHMENT INFO

Name:      free cashflow March 2003
           board.ppt^PowerPointPresentation.ppt

Size:      279KB (285,184 bytes)

Modified:  Thursday, September 12, 2002 8:44 PM

Comments:  UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

CONFIDENTIAL                        NNC-NNL11083847 / 1



NORTEL NETWORKS

Treasury Update and
Preferred Shares Rate Setting

Kate Stevenson
September 26, 2002

NORTEL NETWORKS CONFIDENTIAL

# Market Update

- Continuing volatility in equity markets
  - Awaiting signs of economic recovery and corporate earnings
  - Ericsson rights issue oversubscribed but closed at deep discount to original share price

- Bond market
  - Investment grade corporate market strengthening
  - Nortel bonds trading at deep discount to par

- Bank market challenging
  - Telecoms capacity constraints (France Telecom, Deutsche Telekom)
  - Longer tenor deals not getting done
  - Spreads on single B credits widening significantly

## Volatile and challenging markets

NORTEL NETWORKS CONFIDENTIAL

NORTEL
NETWORKS

BOD September 26, 2002 - 2

# Credit Ratings

- Current Ratings: Moody's Ba3; S&P BB-
- Review conducted with both agencies on Aug. 1/02
- Following restructuring announcement
  - Moody's placed us on review with negative outlook
  - S&P (decision due next week)
  - DBRS downgrade to B (high) with negative trend
- Nortel bond prices generating yields of >25% indicating an implied credit rating significantly below Ba3/BB-
  - Nortel bond yields greater than Lucent (B2/B+)

### Probable Moody's/S&P  Credit rating downgrade

NORTEL NETWORKS CONFIDENTIAL

NORTEL
NETWORKS

BOD September 26, 2002 – 3

# Pro Forma Funding Position

| ($ in Billions) | Actual<br>June 30/02 | Estimate<br>Sep 30/02 | Estimate<br>Dec 31/02 |
|---|---|---|---|
| Cash and cash equivalents | $4.9 | $4.2 | $3.5 |
| Bank facilities | 3.4 | 3.4 | [1.0-1.5] |
| Total available | $8.3 | $7.6 | $4.5-5.0 |

- Expect significant decrease in bank facilities
- Overall liquidity to decrease - goal to improve accessibility

## Strong cash position allows less reliance on bank facilities

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 4

**NORTEL**
NETWORKS

A/C

TR21045



## Bank Facilities

$M

Nortel Networks BB- / Ba3: 3,443
Nortel Networks Post-amendment: 1,500
Alcatel BB+ / Ba1: 2,730*
Avaya BB+ / Ba3: 561
Cisco n/a: 0
Ericsson BB+ / Ba1: 2,300
Lucent B+ / B2: 1,500
Motorola BBB / Baa2: 1,800
Nokia A / A1: 2,600

* Facility converted to USD

- Nortel facilities larger than peers ($1.0 – 1.5B more reasonable)

- At current Ba3/BB- rating, individual syndicate bank exposure to Nortel already well in excess of each bank's internal guidelines. Downgrade will exacerbate issue.

- Lucent most relevant comparison – Feb '03 maturity

**Nortel facility size expected to decrease significantly**

NORTEL NETWORKS

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 5



# Nortel Bank Facilities

| Facility | $1.175M | $1.518M | $750M |
|---|---|---|---|
| | 364 day | 364 day | 5 year |
| Maturity | Apr '03 | Dec '02 | Apr '05 |
| Term Out Option | | 1 year | |
| Financial Covenants | TNW | TNW / EBITDA | TNW |

Objectives:
- $1.0 – 1.5B in total facilities with greater flexibility

Approach:
- Maintain $750M April '05 facility
- Cancel April '03 facility
- Reduce Dec'02 facility to $500-750M for increased flexibility
  - Commitment reduction only source of negotiating leverage

## Attempt to trade facility size for flexibility

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 6

NØRTEL
NETWORKS

# NNL Series 7 Preferred Shares

- C$350M issue

- 5-year anniversary necessitates fixed/float decision

- NO ability for investor to retract; assured liquidity

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 7

NORTEL
NETWORKS

A/C

TR21045



## NNL Series 7 Preferred Shares

**INVESTOR**
4.9% Fixed Rate until November 30/02

**Investor Option**
For Dec 1/02 - Dec 1/07

**Fixed**

**Float**

Fixed Rate Series 8
(5-yr GOC on Nov 11/02) *
80% approx [ ]%
Non-redeemable

Remain Series 7
Floating up to 100% Cdn Prime (4-5%)
Redeemable at any time

BOD September 26, 2002 - 8

NORTEL NETWORKS CONFIDENTIAL

NORTEL
NETWORKS

# NNL Series 7 Preferred Shares

## Floating Rate Rationale:

- Less costly alternative for Nortel
- Consistent with fixed/float target
- Redeemable at Nortel's option→financing flexibility

## Recommendation:

- Set fixed rate dividend at 80% of 5-year Government of Canada bond rate, for period Dec/02-Dec/07
- Should ensure that investors do NOT select fixed rate
  - Series 7 remain outstanding as floating rate Preferred Shares

### Request Approval for Recommended Fixed Rate

NORTEL NETWORKS CONFIDENTIAL

NORTEL
NETWORKS

BOD September 26, 2002 - 9



# Project Woodall
## Kush to provide chart

Some recommendation

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 10

NORTEL
NETWORKS

A/C

TR21045





# Treasury Focus

- Execute bank facilities strategy

- Continue to drive cash balances
  - customer finance receivables
  - real estate assets

- Project Woodell (Kush)

- Ongoing Rating agencies dialogue

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 12

NORTEL NETWORKS



A/C

TR21045

# Peer Comparison*

| | Nortel Networks | Alcatel | Avaya | Cisco | Ericsson | Lucent | Motorola | Nokia | Siemens | Tellabs |
|---|---|---|---|---|---|---|---|---|---|---|
| Ratings (S&P/Moody's) | B+/Ba3 | BB/Ba1 | BB+/B3 | N/A | BB+/Ba1 | B/B2 | BBB/Baa2 | A/A1 | AA/Aa3 | N/A |
| Ratings Outlook (S&P/Mo... | Negative | Negative | Negative | N/A | Credit Watch Negative | Negative | Negative | Negative | Stable | N/A |
| Equity Market Cap ($B) | 4.0 | 5.3 | 0.8 | 98.5 | 9.3 | 6.1 | 27.6 | 64.8 | 38.9 | 2.2 |
| Cash ($M) | 4,366 | 3,960 | 406 | 12,656 | 5,060 | 5,423 | 8,487 | 6,348 | 14,303 | 993 |
| Bank Facilities ($M) | 3,485 | E 2,700 | 561 | 0 | 2,300 | 1,500 | 1,800 | 2,600 | E4,400 | N/A |
| Debt ($M)*** | 4,790 | 5,940 | 914 | 0 | 7,153 | 7,007 | 8,943 | 1,049 | 18,809 | 0.5 |
| Equity ($M) | 5,616 | 7,957 | 1,017 | 28,656 | 6,314 | 1,082 | 11,526 | 12,517 | 36,541 | 2,419 |
| ND/(ND+E) | 0% | 20% | 33% | 0% | 25% | 59% | 18% | 0% | 11% | 0% |
| D/(D+E) | 46% | 43% | 47% | 0% | 53% | 87% | 44% | 8% | 34% | 0% |
| Revenues ($B) 2001 - Fiscal | 17.51 | 22.57 | 6.31 | 18.93 | 22.59 | 18.91 | 29.32 | 27.83 | 77.49 | 2.21 |
| 2002E** | 17.36 | 17.16 | 4.98 | 20.30 | 16.94 | 12.84 | 27.04 | 32.40 | 82.19 | 1.90 |
| Operating Profits ($B) 2001 - Fiscal | (5.79) | (0.32) | 0.24 | 1.42 | (1.58) | (6.45) | (0.65) | 4.67 | (0.87) | 0.19 |
| 2002E** | (1.44) | (0.35) | (0.06) | 5.07 | (1.85) | (3.02) | 0.84 | 5.26 | (0.82) | (0.01) |

* Per most current information available (including pro forma and press releases) on July 23, 2002
** Per First Call's Earnings Estimates (Bloomberg)
*** Includes redeemable convertible preferred for Lucent of $1.8B

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 14

# Update Sept. '03s Buyback

- Mgmt approval to repurchase $20M up to a price of 95
- Open market purchases conducted to prevent price creep
- JP Morgan conducted repurchases
- Approx. $7M face value repurchased
  - Weighted avg. price of $81.73
  - Weighted avg. net yield of 25.4%
  - P&L gain of $1.2M
  - 9 separate transactions (avg. transaction size of $777K)
  - Primarily retail investors
  - Completed over a 3 week period
- Trading halted as a result of material insider information
- Successful to date; further activity warranted
- Expect to resume trading after earnings release

NORTEL
NETWORKS

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 15

# Credit Facility Covenants

($ in Millions)

|            | Q1/02      | Q2/02       |
|------------|------------|-------------|
| NNL TNW    | 2,892      | 3,230       |
| Covenant   | 1,880      | 1,880       |
| Cushion    | 1,012      | 1,350       |
|            | Q1/02      | Q2/02 YTD   |
| NNC EBITDA | (248)      | (401)       |
| Covenant   | (500)      | (650)       |
| Cushion    | 252        | 249         |

- TNW covenant sufficient - flexibility to downstream approximately $700M more equity from NNC
- EBITDA covenant cushion declines [significantly] through Q4/02

Increased EBITDA covenant cushion desirable

NORTEL
NETWORKS

NORTEL NETWORKS CONFIDENTIAL

BOD September 26, 2002 - 16