

LAZARD

Nortel "Script"
Final Draft and Highly Confidential

## 1. Current situation/Historical context
- Positives/negatives (will talk from a slide on this)
- No profit or cash flow in any year since 1997
- 2006: transformation year (will talk from a slide on this)

## 2. New Direction
- 6 point plan to improve shareholder value (will talk from a slide on this)
- Aggressive plan in a tough industry environment with competitors such as Cisco and Ericcson.
- We were hoping that resolution of the litigation would be a positive catalyst for the Company and its shareholders. RIGHT NOW, NEGOTIATING A SETTLEMENT THAT IS NOT DEVASTATING BLOW FOR THE COMPANY IS A PRIORITY FOR ME AND NORTEL'S BOARD OF DIRECTORS and for you as major stakeholders
- It is important to remember that unlike other companies in this situation, Nortel isn't seeking to avoid its obligations for past sins but rather it is taking this liability head on
  - Other companies, such as Enron and WorldCom have resorted to Chapter 11 as a forum to resolve their issues, that is an approach that I don't want to take

## 3. Corporate Governance is Second to None
- Nortel has fully cooperated with all third-party investigations, and has accepted the responsibility for any wrongdoing committed in the past
- We have significantly improved our board governance (give examples). It is now among the best. Also, most directors are new.
- We have spent considerable amount of resources and capital in the restatement process
- We continue to spend 3 to 4x more on ethics and finance and implementing the right systems to ensure strong corporate accountability (e.g. more than $200m incremental per year)
- All persons responsible and connected to the wrongdoings have been terminated (including 10 last quarter).
- Our intent is to put an end to this dark chapter of our history, avoid a prolonged, costly and mutually destructive litigation process
- Our goal is to settle this liability so we will both benefit from the value creation that I believe this company is capable of

**LAZARD**

### 4. Fairness to All of Nortel's Stakeholders
- Settlement needs to consider impact on all of its constituencies – including suppliers, employees, and current and future customers
- Our customers know we have great technology and products but they will not make long term commitments with us if they don't believe we are going to be in business and if we can't make the investments necessary to help them serve their customers. That is what they are telling me and how they are acting
- Our competitors are making every effort to capitalize on our current weakness
- Nortel's sustainability can't be questioned – we cannot settle this litigation in a way that leaves the Company, in the eyes of all of our constituencies, weak and our stakeholders at further risk
- Positive momentum from this point forward is critical

### 5. Market Expectation of $1 Billion
- The Capital markets and our customers will be shocked at the number you have proposed and even with the lower number that I think we can afford to put this litigation behind us
- Wall Street analysts estimate settlement at about $1 billion not the $3.7 billion you are seeking
- Despite our disclosure, they do not understand the nature of the claim. They believe Lucent is the benchmark against which the liability should be evaluated
- Nortel trades on a par with its peers and there is no evidence that the stock market has factored the cost of a settlement into Nortel's share price
- Lucent's recent results and announcements highlight the industry's top line challenges
- Our internal forecasts, suggest earnings results in 2006 that could be below analysts expectations

### 6. $3.7 billion Proposal – Significant Negative Cash Impact and Highly Dilutive
- <u>A $3.7 billion settlement is a number that is not supportable</u>
    - It would represent 25% of our market capitalization. No other settlement has come close to this magnitude outside of a bankruptcy proceeding
    - Such a number would be seen to materially weaken Nortel in the eyes of all the constituents whose support I need to build this business. My management's credibility will be questioned
    - I believe there is a real risk that a settlement at these levels will result in further litigation from shareholders who see the settlement as an unfair re-distribution of wealth between shareholder groups. Embroiling this company in further litigation is not something that I or this Board will do
    - At the number offered by the plaintiffs, I'm not sure Nortel can weather a significant negative stock market reaction causing the very stock Nortel is giving you to lower beyond the impact of the dilution
    - The greater the downward pressure on the stock, the higher the risk of a potential strategic buyer launching a hostile bid for the Company or an opportunistic financial player accumulating a sizeable position in the stock
    - It is critical to maintain a strong valuation multiple for our shares, including for making needed acquisition plays

Page 2 of 4

**LAZARD**

- <u>In this environment, we need strength and flexibility in order to grow and create value</u>
    - Not weakening an already at risk capital structure
    - Peter Currie has made clear the situation we face
    - Our access to credit markets is limited, our credit rating remains precariously close to CCC and our cash position is the single most important factor we can point to with our customers and credit markets to evidence our strength and sustainability as a business
    - We took on a bridge financing to address the short term maturities in our debt as our access to the capital markets is severely constrained at this time. The financing is short term and costly for the company. It is extremely important for us to be able to properly refinance with long term debt to create a more solid capital foundation for the company. We need to quickly re-build capital market confidence to put in place a capital structure that our customers have confidence in
    - Cash at the levels you are seeking would permanently cripple this company and negatively affect its customer and capital market relationships. While I respect your desire for significant cash in a settlement, it is not something I can do if I am going to build this business
    - It is critical to re-establish our capital markets access so we can put in place a sustainable and permanent debt structure

- <u>Nortel has the potential to be a great company and if given a fair opportunity I will turn this business around for the benefit of its shareholders</u>
    - I need the time and focused management team to do it – not more crises to manage.
    - I need to focus on growing our customer base, and capitalize on bringing to the market the technologies that we have developed - Not struggling to convince them we will survive
    - This industry is in a dynamic state and we will evaluate all of our strategic opportunities.
    - A strategic transaction may provide the best opportunity to deliver real value for shareholders

- <u>The implications of a settlement anywhere near your proposal are counter to all of these imperatives</u>
    - I am willing to take on settling this litigation at a significant amount and convince my Board, customers, creditors and shareholders that it is the right thing to do
    - But, the settlement must be at a number that I can justify and result in putting the litigation behind us, permanently

JOINT PRIVILEGED DOCUMENT　　　　HIGHLY CONFIDENTIAL　　　　NNC-NNL11083835 / 3

LAZARD

7. **In an effort to put this litigation behind Nortel, and over the objections of my management team, I would recommend to my board:  Cash of   $[  *  ] million, insurance of $250 million, plus  [ * ]% of our common shares plus**
    o   By my calculations this would represent a settlement of $* billion or * % of our market capitalization
    o   It gives the Plaintiff's one of the largest out-of-court settlement ever agreed
    o   While it is beyond my "comfort zone" and frankly that of all our Directors, it would allow me to wipe the slate clean and get on with the task of building value for, you, our shareholders

Page 4 of 4