



# N<span>O</span>RTEL

June 14, 2005

The Directors
Nortel Networks UK Pension Trust Limited
5th Floor
Metropolitan House
Darkes Lane
Potters Bar
Hertfordshire EN6 1AG



Dear Sirs

### NORTEL NETWORKS UK PENSION PLAN: FUNDING ARRANGEMENTS

I am writing to confirm the arrangements agreed between Nortel Networks UK Limited ("Nortel UK") and the UK Pension Trustee in respect of the funding of the Plan.

The parties have agreed to the following short-term funding arrangements. Nortel UK will make contributions of:

    (a)    an additional £10m to be made upon receipt of an executed copy of this letter from the Trustee;

    (b)    £46m for the Plan year 2005/06; and

    (c)    £46m for the Plan year 2006/07.

The 2005/06 Plan year and 2006/07 Plan year contributions will be made quarterly in arrears and the Plan's schedule of contributions for the years' 2005/06 and 2006/07 will reflect this agreement. Nortel will pay any Pension Protection Fund levies in addition to the contributions set out above.

The parties intend that once the current actuarial review has been completed and there is greater certainty in respect of the funding obligations imposed by the scheme specific funding requirement they will agree valuation and funding methods and assumptions that are mutually acceptable and scheme specific funding requirement compliant.

Peter Currie
Executive Vice President and Chief Financial Officer
Nortel
8200 Dixie Road, Suite 100, Brampton, ON  L6T 5P6 Canada  T 905.863.1020  F 905.863.8421 pcurrie@nortel.com



It is also Nortel's intention to provide a comfort letter from the parent company.

Yours faithfully

Peter Currie

Executive Vice President and Chief Financial Officer

Please sign and return the enclosed copy of this letter to indicate your acknowledgement and acceptance of these terms.

For and on behalf of Nortel Networks UK Pension Trust Limited.