due from the relevant customer or end-user) and including in relation to any breach (including breach by non-payment) by the relevant customer or end-user under that Existing Customer Contract.

2.06    No Effect on Ownership. This Agreement shall not affect the ownership rights that NNL and the Nortel Licensees may have to any intellectual property.

2.07    Master R&D Agreement Not Terminated. This Agreement will not be deemed to be or result in an expiry or termination of the Master R&D Agreement, including (without limitation) for the purposes of Article 9 of the Master R&D Agreement.

2.08    Right to Allocation of Sale Proceeds. Each Nortel Licensee shall have a right to an allocation of a portion of the sale proceeds from the Sale deposited in escrow pursuant to the escrow agreement dated as of the Closing Date (the "Escrow Agreement"), a copy of the agreed form of which is attached hereto as Appendix 4, to be determined in accordance with the provisions of the Protocol for Resolving Disputes Concerning Allocation of Sale Proceeds (the "Sale Protocol"), to be agreed by the parties in accordance with the terms of the IFSA.

## ARTICLE THREE

3.01    The parties hereto agree that the Joint Administrators have negotiated and are entering into this Agreement as agents for the EMEA Filed Entities to which they are appointed and that none of the Joint Administrators, their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever whether on their own part or in respect of any failure on the part of any Nortel group company to observe, perform or comply with any of its obligations under this Agreement or under or in relation to any associated arrangements or negotiations whether such liability would arise under Paragraph 99(4) of Schedule B1 to the Insolvency Act and/or Rule 2.67 of the Insolvency Rules or otherwise howsoever. The parties hereto agree that the Joint Israeli Administrators have negotiated and are entering into this Agreement as agents for Nortel Networks Israel (Sales and Marketing) Limited (In Administration) to which they are appointed by the Israeli Courts and that neither of the Joint Israeli Administrators or their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever whether on their own part or in respect of any failure on the part of any Nortel group company to observe, perform or comply with any of its obligations under this Agreement or under or in relation to any associated arrangements or negotiations whether such liability would arise under applicable Israeli laws or otherwise howsoever.

3.02    The Joint Administrators are a party to this Agreement: (i) as agents of certain of the respective EMEA Filed Entities of which they are administrators; and (ii) in their own capacities solely for taking the benefit of this Article Three and the exclusions and limitations in their favour in this Agreement and taking the benefit of the statutory charges under Paragraph 99(3) of Schedule B1 of the Insolvency Act and enforcing the obligations of certain other parties to this Agreement. The Joint Israeli Administrators are

[IP License Termination Agreement]

HIGHLY CONFIDENTIAL

a party to this Agreement: (i) as agents for Nortel Networks Israel (Sales and Marketing) Limited (In Administration) in such appointed capacity; and (ii) in their own capacities solely for taking the benefit of this Article Three and the exclusions and limitations in their favour in this Agreement and enforcing the obligations of certain other parties to this Agreement.

3.03     Notwithstanding anything in Section 4.03, any claim, action or proceeding against the Joint Administrators in their personal capacities (and not as agents for any EMEA Filed Entities) under this Agreement shall be governed exclusively by English law and subject to the exclusive jurisdiction of the English Courts. Notwithstanding anything in Section 4.03, any claim, action or proceeding against the Joint Israeli Administrators in his/their personal capacity(ies) (and not as agents for Nortel Networks Israel (Sales and Marketing) Limited (In Administration)) under this Agreement shall be governed exclusively by Israeli law and subject to the exclusive jurisdiction of the Israeli Courts.

3.04     NNL and the U.S. Filed Entities acknowledge they have entered into this Agreement without reliance on any warranties or representations made by any of the EMEA Filed Entities or EMEA Non-Filed Entities or by any of their employees, agents or representatives, or by the Joint Administrators, or any of their respective firms, partners, employees, agents, advisors or representatives, or by the Joint Israeli Administrators or any of their respective firms, partners, employees, agents, advisors or representatives and (save in respect of fraudulent misrepresentation) they shall not have any remedy in respect of any misrepresentation or untrue statement made by or on behalf of any EMEA Filed Entity or its respective Joint Administrators or any EMEA Non-Filed Entity or the Joint Israeli Administrators.

## ARTICLE FOUR

4.01     Counterparts. This Agreement may be executed by one or more of the parties hereto on any number of separate counterparts (including counterparts delivered by facsimile transmission) and all of said counterparts taken together shall be deemed to constitute one and the same instrument.

4.02     Severability. In the event that any provision of this Agreement shall be illegal, invalid, or unenforceable, such provision shall be construed by limiting it in such a way so as to render it legal, valid and enforceable to the maximum extent provided by applicable law, and the legality, validity and enforceability of the remaining provisions shall not in any way be affected or impaired by any illegality, invalidity or unenforceability of any provision. The parties hereto shall negotiate in good faith with respect to any provision to this Agreement found to be illegal, invalid or unenforceable, in order to agree on a substitute provision giving effect, to the maximum extent possible, to the original intent of such provision.

4.03     Governing Law. This Agreement shall be governed by, and construed and interpreted in accordance with, the laws of the Province of Ontario and the laws of Canada applicable therein, without regard to conflict of laws principles save for in relation to the provisions

[IP License Termination Agreement]

of Article Three which shall be governed by, construed and interpreted in accordance with the laws of England and the parties hereto irrevocably agree to submit to the exclusive jurisdiction of the English courts in respect of any dispute in relation thereto.

4.04    <u>Further Assurance</u>. Each of the parties hereto (excluding the Joint Administrators and the Joint Israeli Administrators) shall make, do and execute, or cause to be made, done and executed all such further acts, agreements, assurances, instruments or documents as may be reasonably required in order to implement the transaction contemplated by this Agreement, provided that such parties shall only have obligations under this Article 4.04 for so long as the EMEA Filed Entities remain in administration. Any documents that are required to be executed by any of the EMEA Filed Entities in accordance with this Section 4.04 shall contain (i) no new liability or obligation on the part of any EMEA Filed Entity (ii) similar exclusions of warranties and representations as set out in Section 3.04 and (iii) a complete exclusion of personal liability on the part of the respective Joint Administrators and the Joint Israeli Administrators. Each Party shall bear its own costs and expenses, if any, incurred in connection with this Section 4.04.

4.05    <u>Successors and Assignees</u>. This Agreement shall be binding upon and shall inure to the benefit of the successors in title and assignees of the parties hereto and the name of a party appearing herein shall be deemed to include the names of any such successor or assign, including in particular in the case of the EMEA Filed Entities and the Joint Administrators, any additional or replacement administrator of an EMEA Filed Entity.

4.06    <u>Headings</u>. The headings used in this Agreement are for the purpose of reference only and shall not affect the meaning or interpretation of any provision of this Agreement.

(Signature page follows)

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed and delivered as of this date:

**NORTEL NETWORKS CORPORATION**

By _____
    Name: Paviter S. Binning
    Title:  Executive Vice President, Chief
           Financial Officer and Chief
           Restructuring Officer

By _____
    Name:  Anna Ventresca
    Title:  General Counsel – Corporate
          and Corporate Secretary

[IP License Termination Agreement]

**NORTEL NETWORKS LIMITED**

By _____
      Name:  Paviter S. Binning
      Title:  Executive Vice President, Chief
                Financial Officer and Chief
                Restructuring Officer

By _____
      Name:  Anna Ventresca
      Title:  General Counsel – Corporate
                and Corporate Secretary

[IP License Termination Agreement]

**NORTEL NETWORKS INC.**

By _____
    Name: Anna Ventresca
    Title:   Chief Legal Officer

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**      NNC-NNL06002262 / 10

**ARCHITEL SYSTEMS (U.S.)
CORPORATION**

By _____

Name: Lynn C. Egan

Title: Secretary

[IP License Termination Agreement]

HIGHLY CONFIDENTIAL      NNC-NNL06002262 / 11

**SIGNED** in the name an on behalf of **CORETEK, INC**. by NORTEL NETWORKS

CORPORATION, as Representative

By _____

Name:  Paviter S. Binning
Title:  Executive Vice President, Chief
Financial Officer and Chief
Restructuring Officer

By _____

Name:  Anna Ventresca
Title:  General Counsel – Corporate
and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**NORTEL ALTSYSTEMS INC.**

By _____

    Name: Lynn C. Egan

    Title:   Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**NORTEL ALTSYSTEMS
INTERNATIONAL INC.**

By _____
    Name: Lynn C. Egan
    Title:   Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

NORTEL NETWORKS APPLICATIONS
MANAGEMENT SOLUTIONS INC.

By _____
    Name: Lynn C. Egan
    Title:  Secretary

[IP License Termination Agreement]

HIGHLY CONFIDENTIAL    NNC-NNL06002262 / 15

**NORTEL NETWORKS CABLE
SOLUTIONS INC.**

By _____

Name:   Lynn C. Egan

Title:    Secretary

[IP License Termination Agreement]

**NORTEL NETWORKS CAPITAL
CORPORATION**

By _____
Name: Lynn C. Egan
Title:  Secretary

[IP License Termination Agreement]

**NORTEL NETWORKS HPOCS INC.**

By _____

Name: Lynn C. Egan

Title:  Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**NORTEL NETWORKS
INTERNATIONAL INC.**

By _____
    Name: Lynn C. Egan
    Title:   Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**       NNC-NNL06002262 / 19

**NORTEL NETWORKS OPTICAL
COMPONENTS INC.**

By _____
   Name: Lynn C. Egan
   Title:  Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**NORTHERN TELECOM**
**INTERNATIONAL INC.**

By _____
  Name: Lynn C. Egan
  Title:  Secretary

[IP License Termination Agreement]

**SIGNED** in the name and on behalf of **QTERA CORPORATION** by NORTEL NETWORKS

INC., as Representative

By: _____

      Name: Anna Ventresca

      Title:   Chief Legal Officer

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**SONOMA SYSTEMS**

By _____
    Name: Lynn C. Egan
    Title:  Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**      NNC-NNL06002262 / 23

**SIGNED** in the name and on behalf of **XROS, INC.** by NORTEL NETWORKS

CORPORATION, as Representative

By: _____

Name:  Paviter S. Binning

Title:  Executive Vice President, Chief
Financial Officer and Chief
Restructuring Officer

By: _____

Name:  Anna Ventresca

Title:  General Counsel – Corporate
and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**SIGNED** in the name and on behalf of **NORTEL NETWORKS TECHNOLOGY CORPORATION** by NORTEL NETWORKS LIMITED, as Representative

By: _____

Name:   Paviter S. Binning

Title:   Executive Vice President, Chief Financial Officer and Chief Restructuring Officer

By: _____

Name:   Anna Ventresca

Title:   General Counsel – Corporate and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**       NNC-NNL06002262 / 25

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (CALA) INC.** by

NORTEL NETWORKS INC., as Representative

By: _____

     Name:  Anna Ventresca
     Title:   Chief Legal Officer

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**        NNC-NNL06002262 / 26

**SIGNED** in the name and on behalf of **NORTEL DE MEXICO S. DE R.L. DE C.V.** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

     Name:   Paviter S. Binning

     Title:    Executive Vice President, Chief

             Financial Officer and Chief

             Restructuring Officer

By: _____

     Name:   Anna Ventresca

     Title:    General Counsel – Corporate

             and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**      NNC-NNL06002262 / 27

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE MEXICO S.A. DE C.V.**

by NORTEL NETWORKS LIMITED, as Representative

By: _____

      Name:   Paviter S. Binning

      Title:    Executive Vice President, Chief
              Financial Officer and Chief
              Restructuring Officer

By: _____

      Name:   Anna Ventresca

      Title:    General Counsel – Corporate
              and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

A

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE GUATEMALA LTDA** by

NORTEL NETWORKS INC., as Representative

By: _____

Name: Lynn C. Egan

Title:  Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE ARGENTINA S.A.** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

       Name:   Paviter S. Binning

       Title:    Executive Vice President, Chief

                Financial Officer and Chief

                Restructuring Officer

By: _____

       Name:   Anna Ventresca

       Title:    General Counsel – Corporate

                and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**            NNC-NNL06002262 / 30

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE COLOMBIA S.A.S.** by

NORTEL NETWORKS LIMITED, as Representative


By:        _____

         Name:   Paviter S. Binning

         Title:    Executive Vice President, Chief

                Financial Officer and Chief

                Restructuring Officer


By:        _____

         Name:   Anna Ventresca

         Title:    General Counsel – Corporate

                and Corporate Counsel


[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**          NNC-NNL06002262 / 31

**SIGNED** in the name and on behalf of **NORTEL NETWORKS PERU S.A.C.** by

NORTEL NETWORKS LIMITED, as Representative

By:          _____

            Name:    Paviter S. Binning

            Title:     Executive Vice President, Chief

                     Financial Officer and Chief

                     Restructuring Officer

By:          _____

            Name:    Anna Ventresca

            Title:     General Counsel – Corporate

                     and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**         

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE ECUADOR S.A.** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

Name:   Paviter S. Binning

Title:    Executive Vice President, Chief
            Financial Officer and Chief
            Restructuring Officer

By: _____

Name:   Anna Ventresca

Title:    General Counsel — Corporate
            and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**        NNC-NNL06002262 / 33

**SIGNED** in the name and on behalf of **NORTEL NETWORKS KABUSHIKI KAISHA** by

NORTEL NETWORKS INC., as Representative

By: _____

          Name:    Anna Ventresca
          Title:     Chief Legal Officer

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**         

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (ASIA) LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

Name: Paviter S. Binning

Title: Executive Vice President, Chief
Financial Officer and Chief Restructuring
Officer

By: _____

Name: Anna Ventresca

Title: General Counsel – Corporate and
Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**      NNC-NNL06002262 / 35

**SIGNED** in the name and on behalf of **NORTEL NETWORKS SINGAPORE PTE LTD** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

   Name: Paviter S. Binning

   Title: Executive Vice President, Chief

      Financial Officer and Chief

      Restructuring Officer

By: _____

   Name: Anna Ventresca

   Title: General Counsel – Corporate

      and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL** 

**SIGNED** in the name and on behalf of **NORTEL VIETNAM LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

Name:   Paviter S. Binning

Title:   Executive Vice President, Chief
Financial Officer and Chief
Restructuring Officer

By: _____

Name:   Anna Ventresca

Title:   General Counsel – Corporate
and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**   NNC-NNL06002262 / 37

A

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (THAILAND) LTD** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

Name: Paviter S. Binning

Title: Executive Vice President, Chief
Financial Officer and Chief Restructuring
Officer

By: _____

Name: Anna Ventresca

Title: General Counsel – Corporate and
Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**SIGNED** in the name and on behalf of **NORTEL NETWORKS MALAYSIA SDN. BHD.** by

NORTEL NETWORKS LIMITED, as Representative

By: _____
Name: Paviter S. Binning
Title: Executive Vice President, Chief
Financial Officer and Chief Restructuring
Officer

By: _____
Name: Anna Ventresca
Title: General Counsel – Corporate and
Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**       

**SIGNED** in the name and on behalf of **NORTEL NETWORKS AUSTRALIA PTY.**

**LIMITED** by NORTEL NETWORKS LIMITED, as Representative

By: _____

     Name:  Paviter S. Binning

     Title:   Executive Vice President, Chief

             Financial Officer and Chief

             Restructuring Officer

By: _____

     Name:  Anna Ventresca

     Title:   General Counsel – Corporate

             and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**SIGNED** in the name and on behalf of **NORTEL NETWORKS NEW ZEALAND LIMITED**

by NORTEL NETWORKS LIMITED, as Representative

By:          _____

            Name:   Paviter S. Binning

            Title:    Executive Vice President, Chief

                    Financial Officer and Chief

                    Restructuring Officer

By:          _____

            Name:   Anna Ventresca

            Title:    General Counsel – Corporate

                    and Corporate Secretary

[IP License Termination Agreement]

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (CHINA) LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

    Name:  Paviter S. Binning

    Title:   Executive Vice President, Chief

             Financial Officer and Chief

             Restructuring Officer

By: _____

    Name:  Anna Ventresca

    Title:   General Counsel – Corporate

             and Corporate Secretary

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**

**SIGNED** in the name and on behalf of **NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT (SHANGHAI) CO. LIMITED** by NORTEL NETWORKS LIMITED, as Representative

By: _____

Name:    Paviter S. Binning
Title:    Executive Vice President, Chief
Financial Officer and Chief
Restructuring Officer

By: _____

Name:    Anna Ventresca
Title:    General Counsel – Corporate
and Corporate Secretary

[IP License Termination Agreement]

**SIGNED** in the name and on behalf of **PT NORTEL NETWORKS INDONESIA** by

NORTEL NETWORKS LIMITED, as Representative

By: _____

     Name:   Paviter S. Binning

     Title:    Executive Vice President, Chief
                Financial Officer and Chief
                Restructuring Officer

By: _____

     Name:   Anna Ventresca

     Title:    General Counsel – Corporate
                and Corporate Secretary

[IP License Termination Agreement]

**SIGNED** in the name and on behalf of **NORTEL NORTEL TRINIDAD AND TOBAGO LIMITED** by NORTEL NETWORKS INC., as Representative

By:    _____

Name:    Anna Ventresca

Title:    Chief Legal Officer

[IP License Termination Agreement]

**HIGHLY CONFIDENTIAL**          NNC-NNL06002262 / 45

Signed by ALAN BLOOM as Joint
Administrator on behalf of the Joint
Administrators of each of the EMEA Filed
Entities over which they have been
appointed, without personal liability as
provided in Article Three of this Agreement
and solely for the purpose of obtaining the
benefit of the provisions of this Agreement
expressed to be conferred on or given to the
Joint Administrators

In the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**HIGHLY CONFIDENTIAL**     

**SIGNED** for and on behalf of **NORTEL**    )
**NETWORKS UK LIMITED**      **(IN**    )    **ALAN BLOOM**
**ADMINISTRATION)**

                                      )
by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal    )
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**HIGHLY CONFIDENTIAL**

SIGNED for and on behalf of **NORTEL**    )
**NETWORKS (IRELAND)    LIMITED**      )   **ALAN BLOOM**
**(IN ADMINISTRATION)**

                           )

by **ALAN BLOOM** in the presence of:        )

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**HIGHLY CONFIDENTIAL**         

SIGNED for and on behalf of **NORTEL**   )
**NETWORKS NV**             **(IN**   )    **ALAN BLOOM**
**ADMINISTRATION)**

  )

by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal   )
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

SIGNED for and on behalf of **NORTEL**   )
**NETWORKS SPA**            **(IN**   )    **ALAN BLOOM**
**ADMINISTRATION)**

  )

by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal   )
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**HIGHLY CONFIDENTIAL**        NNC-NNL06002262 / 49

SIGNED for and on behalf of **NORTEL**    )
**NETWORKS BV**           **(IN**    )
**ADMINISTRATION)**    )
   )
by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal    )
liability) in the presence of:

**ALAN BLOOM**

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**HIGHLY CONFIDENTIAL**        NNC-NNL06002262 / 50

**SIGNED** for and on behalf of **NORTEL** )
**NETWORKS POLSKA SP Z.O.O. (IN** )  **ALAN BLOOM**
**ADMINISTRATION)** )

               )

by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal )
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL NETWORKS HISPANIA SA (IN ADMINISTRATION)**   ) ) ) )     **ALAN BLOOM**

by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL NETWORKS (AUSTRIA) GMBH (IN ADMINISTRATION)**   ) ) ) )     **ALAN BLOOM**

by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**HIGHLY CONFIDENTIAL**      NNC-NNL06002262 / 52

**SIGNED** for and on behalf of **NORTEL NETWORKS SRO          (IN ADMINISTRATION)**

)
)          **ALAN BLOOM**
)

by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

SIGNED for and on behalf of **NORTEL**
**NETWORKS ENGINEERING**
**SERVICES       KFT       (IN**
**ADMINISTRATION)**

)
)
)
)

**ALAN BLOOM**

by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

SIGNED for and on behalf of **NORTEL**
**NETWORKS PORTUGAL   SA   (IN**
**ADMINISTRATION)**

)
)
)
)

**ALAN BLOOM**

by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL NETWORKS SLOVENSKO SRO (IN ADMINISTRATION)**

by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)
)
)

**ALAN BLOOM**

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL NETWORKS ROMANIA SRL (IN ADMINISTRATION)**

by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)
)
)

**ALAN BLOOM**

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL GMBH (IN ADMINISTRATION)** )
)
by **ALAN BLOOM** as Joint Administrator )
(acting as agent and without personal )
liability) in the presence of: )

**ALAN BLOOM**

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL NETWORKS OY    (IN ADMINISTRATION)** )
)
)
by **ALAN BLOOM** as Joint Administrator )
(acting as agent and without personal )
liability) in the presence of:

**ALAN BLOOM**

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL**    )
**NETWORKS AB**           **(IN**    )    **ALAN BLOOM**
**ADMINISTRATION)**

                         )

by **ALAN BLOOM** as Joint Administrator    )
(acting as agent and without personal
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL**    )
**NETWORKS INTERNATIONAL**
**FINANCE & HOLDING BV (IN**    )    **ALAN BLOOM**
**ADMINISTRATION)**                    )

by **ALAN BLOOM** as Joint Administrator    )
(acting as agent and without personal
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

**SIGNED** for and on behalf of **NORTEL**    )
**NETWORKS FRANCE**    **S.A.S.**    **(IN**    )
**ADMINISTRATION)**    )    **ALAN BLOOM**
     )
by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal    )
liability) in the presence of:

Witness signature

Name: EMMA BURNETT

Address: HERBERT SMITH LLP

EXCHANGE HOUSE

LONDON, EC2A 2HS

HIGHLY CONFIDENTIAL     

SIGNED by JOHN FREEBAIRN duly )
authorised for and on behalf of **NORTEL**
**NETWORKS** (NORTHERN IRELAND) )
LIMITED in the presence of: )

)

JOHN FREEBAIRN

Witness signature   _Tina McCauley_

Name:      TINA MC AULEY

Address:      10 KNOCKAGH HEIGHTS
CARRICKFERGUS
BT38 8QZ

10/26723349_1

**SIGNED** by SHARON ROLSTON duly )
authorised for and on behalf of **NORTEL**
**NETWORKS AG** in the presence of: .  )

             *Sharon Rolston*

          )    SHARON ROLSTON

          )

          )

Witness signature   *B. Scherwath*

Name:     B. SCHERWATH

Address:    C/O NORTEL NETWORKS UK LTD
           WESTACOTT WAY
           MAIDENHEAD
           SL6 3QH
           UK

10/26723349_1

LTA

**SIGNED** by SHARON ROLSTON duly )  
authorised for and on behalf of **NORTEL**  
**NETWORKS**      **OPTICAL** )  
**COMPONENTS** **LIMITED** in the )  
presence of:

)

*Sharon Milton*

SHARON ROLSTON

Witness signature   B. Scherwak

Name:   B. SCHERWATH

Address:   C/O NORTEL NETWORKS UK LTD  
     WESTACOTT WAY  
     MAIDENHEAD  
     SL6 3QH  
     UK

LTA

HIGHLY CONFIDENTIAL

SIGNED    by    MARIA   STANKO    )
duly authorised for and on behalf of **O.O.O.**   )
**NORTEL NETWORKS** in the presence   )
of:                                   )

                                          )

Witness signature

Name:   R J BANBURY

Address:  NOVINSKI BLVR 12/5
           Moscow.

הנאמן בהקפאת הליכים

**SIGNED** for and on behalf of **NORTEL NETWORKS ISRAEL (SALES AND MARKETING) LIMITED (in administration)** by YARON HAR-ZVI and AVI D. PELOSSOF as Joint Israeli Administrators (acting jointly and without personal liability) in connection with the Israeli Assets and Liabilities:

)

)

)

)

........................................................

YARON HAR-ZVI

הנאמן בהקפאת הליכים

........................................................

AVI D. PELOSSOF

איתי לביא עו"ד
47807

Witness signature

Name: Itay Levi

Address: 20 Lincoln St., Tel-Aviv

10/26723349_1

HIGHLY CONFIDENTIAL

הנאמן בהקפאת הליכים

..................................................

**SIGNED** by YARON HAR-ZVI in his own
capacity and on behalf of the Joint Israeli
Administrators without personal liability
and solely for the benefit of the provisions
of this Agreement expressed to be conferred
on or given to the Joint Israeli
Administrators:                    )

YARON HAR-ZVI

איתי לביא עו"ד
מ.ר. 47662

Witness signature

Name: Itay Levi

Address: 20 Lincoln St. Tel-Aviv

הנאמן בהקפאת הליכים

..................................................

**SIGNED** by AVI D. PELOSSOF in his
own capacity and on behalf of the Joint
Israeli Administrators without personal
liability and solely for the benefit of the
provisions of this Agreement expressed to
be conferred on or given to the Joint Israeli
Administrators:                    )

AVI D. PELOSSOF

איתי לביא עו"ד
מ.ר. 47662

Witness signature

Name: Itay Levi

Address: 20 Lincoln St. Tel-Aviv

10/26723349_1

### Schedule 1

### Nortel Licensees

**Part A – U.S. Filed Entities**

Nortel Networks Inc.

Architel Systems (U.S.) Corporation

CoreTek, Inc.

Nortel Altsystems, Inc. (previously "Alteon WebSystems, Inc.")

Nortel Altsystems International Inc. (previously "Alteon WebSystems International, Inc.")

Nortel Networks Applications Management Solutions Inc.

Nortel Networks Cable Solutions Inc.

Nortel Networks Capital Corporation

Nortel Networks HPOCS Inc.

Nortel Networks International Inc.

Nortel Networks Optical Components Inc.

Northern Telecom International Inc.

Qtera Corporation

Sonoma Systems

Xros, Inc.


**Part B -- Other Sellers**

Nortel Networks Technology Corporation

Nortel Networks (CALA) Inc.

Nortel de Mexico S. de R.L. de C.V.

Nortel Networks de Mexico S.A. de C.V.

Nortel Networks de Guatemala LTDA

Nortel Networks de Argentina S.A.

Nortel Networks de Colombia S.A.

Nortel Networks Peru S.A.C.

Nortel Networks de Ecuador S.A.

Nortel Networks Kabushiki Kaisha

Nortel Networks (Asia) Limited

Nortel Networks Singapore Pte. Limited

Nortel Vietnam Limited

Nortel Networks (Thailand) Limited

Nortel Networks Malaysia Sdn. Bhd.

Nortel Networks Australia Pty. Limited

Nortel Networks New Zealand Limited

Nortel Networks (China) Limited

Nortel Networks (Asia) Limited – Pakistan Branch

Nortel Networks Singapore Pte. Limited – Philippines Branch

Nortel Networks Telecommunications Equipment (Shanghai) Co. Limited

PT Nortel Networks Indonesia

Nortel Trinidad and Tobago Limited

Nortel Networks (Asia) Limited - Taiwan Branch

**Part C – Selling EMEA Filed Entities**

Nortel Networks UK Limited (In Administration)

Nortel Networks (Ireland) Limited (In Administration)

Nortel Networks NV (In Administration)

Nortel Networks SpA (In Administration)

Nortel Networks BV (In Administration)

Nortel Networks Polska Sp z.o.o. (In Administration)

Nortel Networks Hispania, SA (In Administration)

Nortel Networks (Austria) GmbH (In Administration)

Nortel Networks sro (In Administration)

Nortel Networks Portugal SA (In Administration)

Nortel GmbH (In Administration)

Nortel Networks AB (In Administration)

Nortel Networks France S.A.S. (In Administration)

Nortel Networks Israel (Sales and Marketing) Limited (In Administration)

**Part D – Other EMEA Filed Entities**

36

**HIGHLY CONFIDENTIAL**     

Nortel Networks Engineering Services Kft (In Administration)

Nortel Networks Slovensko, sro (In Administration)

Nortel Networks Romania Srl (In Administration)

Nortel Networks Oy (In Administration)

Nortel Networks International Finance & Holding BV (In Administration)

**Part E – EMEA Non-Filed Entities**

o.o.o.Nortel Networks

Nortel Networks (Northern Ireland) Limited

Nortel Networks AG

Nortel Networks Optical Components Limited

37

**HIGHLY CONFIDENTIAL**

**Appendix 1**

North American Asset Sale Agreement

Please see Tab A1.

HIGHLY CONFIDENTIAL

**Appendix 2**

EMEA Asset Sale Agreement

Please see EMEA closing book.

## Appendix 3

Intellectual Property License Agreement

Please see Tab S6.

**Appendix 4**

Escrow Agreement

Please see Tab Q1.

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

Court File No: 09-CL-7950

---

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

---

AFFIDAVIT OF SHARON HAMILTON
(sworn April 11, 2014)

---

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7

**Jay A. Carfagnini** (LSUC#: 22293T)
jcarfagnini@goodmans.ca
**Joseph Pasquariello** (LSUC# 38390C)
jpasquariello@goodmans.ca
**Christopher G. Armstrong** (LSUC# 55148B)
carmstrong@goodmans.ca
Tel: 416.979.2211
Fax: 416.979.1234
Lawyers for the Monitor, Ernst & Young Inc.