**4.4     NNI Class 4 – Subordinated Claims against NNI.**

(a)     <u>Impairment and Voting</u>.  NNI Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NNI Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     <u>Distributions</u>.  Each holder of an Allowed Subordinated Claim in NNI Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in NNI Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NNI Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NNI.

**4.5     NNI Class 5A – NNI Interests.**

(a)     <u>Impairment and Voting</u>.  NNI Class 5A is Impaired by the Plan. Each holder of an NNI Interest in NNI Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     <u>Distributions</u>.  On the Effective Date, all NNI Interests shall be cancelled and one new share of NNI's common stock shall be issued to the Plan Administrator, which will hold such share for the benefit of the holders of such former Interests consistent with their former economic entitlements; *provided, however*, that the Plan Administrator may not exercise any voting rights appurtenant thereto in conflict with Article 6 of the Plan. Each holder of an NNI Interest shall neither receive nor retain any property or interest in property on account of such Interests; *provided, however*, that in the event that all Allowed Claims in NNI Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NNI Interest shall receive its Pro Rata Share of any remaining Creditor Proceeds from NNI consistent with such holder's rights of priority of payment existing immediately prior to the Petition Date. Unless otherwise determined by the Plan Administrator, on the date which NNI's Chapter 11 Case is closed in accordance with Section 5.3 of the Plan, all such former NNI Interests shall be deemed cancelled and of no force and effect, provided that such cancellation does not adversely impact the Debtors' Estates.

**4.6     NNI Class 5B – NNI Interests Securities Fraud Claims.**

(a)     <u>Impairment and Voting</u>.  NNI Class 5B is Impaired by the Plan. Each holder of an Allowed NNI Interests Securities Fraud Claim in NNI Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     <u>Distributions</u>.  Each holder of an Allowed NNI Interests Securities Fraud Claim in NNI Class 5B shall receive no Distribution under the Plan in respect of its Allowed NNI Interests Securities Fraud Claims.

**4.7     NNCALA Class 1 – Priority Non-Tax Claims against NNCALA.**

(a)     Impairment and Voting. NNCALA Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in NNCALA Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)     Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in NNCALA Class 1 agrees to less favorable treatment or has been paid by or on behalf of NNCALA on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in NNCALA Class 1 shall be paid by NNCALA in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

**4.8     NNCALA Class 2 – Secured Claims against NNCALA.**

(a)     Impairment and Voting. NNCALA Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in NNCALA Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)     Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in NNCALA Class 2 shall be satisfied by, at the option of NNCALA: (i) payment in Cash by NNCALA in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

**4.9     NNCALA Class 3 – General Unsecured Claims against NNCALA.**

(a)     Impairment and Voting. NNCALA Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in NNCALA Class 3 is entitled to vote to accept or reject the Plan.

(b)     Distributions. Each holder of an Allowed General Unsecured Claim in NNCALA Class 3 shall receive its Pro Rata Share of Creditor Proceeds from NNCALA.

**4.10     NNCALA Class 4 – Subordinated Claims against NNCALA.**

(a)     Impairment and Voting. NNCALA Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NNCALA Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     Distributions. Each holder of an Allowed Subordinated Claim in NNCALA Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in NNCALA Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NNCALA Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NNCALA.

### 4.11   NNCALA Class 5A – NNCALA Interests.

(a)     Impairment and Voting. NNCALA Class 5A is Impaired by the Plan. Each holder of an NNCALA Interest in NNCALA Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     Distributions. The NNCALA Interests shall be cancelled and each holder of an NNCALA Interest shall receive its pro rata Distribution of Reorganized NNCALA LLC Interests; *provided, however*, that no holder of an NNCALA Interest shall receive any Distribution of Creditor Proceeds on account of its former NNCALA Interests or its Reorganized NNCALA LLC Interests; *provided, further*, that in the event that all Allowed Claims in NNCALA Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NNCALA Interest in NNCALA Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from NNCALA.

### 4.12   NNCALA Class 5B – NNCALA Interests Securities Fraud Claims.

(a)     Impairment and Voting. NNCALA Class 5B is Impaired by the Plan. Each holder of an Allowed NNCALA Interests Securities Fraud Claim in NNCALA Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     Distributions. Each holder of an Allowed NNCALA Interests Securities Fraud Claim in NNCALA Class 5B shall receive no Distribution under the Plan in respect of its Allowed NNCALA Interests Securities Fraud Claims.

### 4.13   NNCC Class 1 – Priority Non-Tax Claims against NNCC.

(a)     Impairment and Voting. NNCC Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in NNCC Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)     Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in NNCC Class 1 agrees to less favorable treatment or has been paid by or on behalf of NNCC on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in NNCC Class 1 shall be paid by NNCC in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

**4.14   NNCC Class 2 – Secured Claims against NNCC.**

(a)   Impairment and Voting.  NNCC Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in NNCC Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)   Distributions.  Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in NNCC Class 2 shall be satisfied by, at the option of NNCC: (i) payment in Cash by NNCC in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

**4.15   NNCC Class 3 – General Unsecured Claims against NNCC.**

(a)   Impairment and Voting.  NNCC Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in NNCC Class 3 is entitled to vote to accept or reject the Plan.

(b)   Distributions.  Each holder of an Allowed General Unsecured Claim in NNCC Class 3 shall receive its Pro Rata Share of Creditor Proceeds from NNCC.

**4.16   NNCC Class 4 – Subordinated Claims against NNCC.**

(a)   Impairment and Voting.  NNCC Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NNCC Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)   Distributions.  Each holder of an Allowed Subordinated Claim in NNCC Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in NNCC Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NNCC Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NNCC.

**4.17   NNCC Class 5A – NNCC Interests.**

(a)   Impairment and Voting.  NNCC Class 5A is Impaired by the Plan. Each holder of an NNCC Interest in NNCC Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. The NNCC Interests shall be cancelled and each holder of an NNCC Interest shall receive its pro rata Distribution of Reorganized NNCC LLC Interests; *provided, however*, that no holder of an NNCC Interest shall receive any Distribution of Creditor Proceeds on account of its former NNCC Interests or its Reorganized NNCC LLC Interests; *provided, further*, that in the event that all Allowed Claims in NNCC Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NNCC Interest in NNCC Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from NNCC.

### 4.18    NNCC Class 5B – NNCC Interests Securities Fraud Claims.

(a)    Impairment and Voting. NNCC Class 5B is Impaired by the Plan. Each holder of an Allowed NNCC Interests Securities Fraud Claim in NNCC Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed NNCC Interests Securities Fraud Claim in NNCC Class 5B shall receive no Distribution under the Plan in respect of its Allowed NNCC Interests Securities Fraud Claims.

### 4.19    Nortel Alt Class 1 – Priority Non-Tax Claims against Nortel Alt.

(a)    Impairment and Voting. Nortel Alt Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in Nortel Alt Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in Nortel Alt Class 1 agrees to less favorable treatment or has been paid by or on behalf of Nortel Alt on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in Nortel Alt Class 1 shall be paid by Nortel Alt in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.20    Nortel Alt Class 2 – Secured Claims against Nortel Alt.

(a)    Impairment and Voting. Nortel Alt Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in Nortel Alt Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in Nortel Alt Class 2 shall be satisfied by, at the option of Nortel Alt: (i) payment in Cash by Nortel Alt in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which

the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.21    Nortel Alt Class 3 – General Unsecured Claims against Nortel Alt.

(a)    Impairment and Voting. Nortel Alt Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in Nortel Alt Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions. Each holder of an Allowed General Unsecured Claim in Nortel Alt Class 3 shall receive its Pro Rata Share of Creditor Proceeds from Nortel Alt.

### 4.22    Nortel Alt Class 4 – Subordinated Claims against Nortel Alt.

(a)    Impairment and Voting. Nortel Alt Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in Nortel Alt Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Subordinated Claim in Nortel Alt Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in Nortel Alt Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in Nortel Alt Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from Nortel Alt.

### 4.23    Nortel Alt Class 5A – Nortel Alt Interests.

(a)    Impairment and Voting. Nortel Alt Class 5A is Impaired by the Plan. Each holder of a Nortel Alt Interest in Nortel Alt Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of a Nortel Alt Interest shall neither receive nor retain any property or interest in property on account of its Nortel Alt Interest, and the Nortel Alt Interests shall be cancelled; *provided, however*, that in the event that all Allowed Claims in Nortel Alt Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of a Nortel Alt Interest in Nortel Alt Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from Nortel Alt.

### 4.24    Nortel Alt Class 5B – Nortel Alt Interests Securities Fraud Claims.

(a)    Impairment and Voting. Nortel Alt Class 5B is Impaired by the Plan. Each holder of an Allowed Nortel Alt Interests Securities Fraud Claim in Nortel Alt Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Nortel Alt Interests Securities Fraud Claim in Nortel Alt Class 5B shall receive no Distribution under the Plan in respect of its Allowed Nortel Alt Interests Securities Fraud Claims.

**4.25    Nortel Alt Int'l Class 1 – Priority Non-Tax Claims against Nortel Alt Int'l.**

(a)    Impairment and Voting. Nortel Alt Int'l Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in Nortel Alt Int'l Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in Nortel Alt Int'l Class 1 agrees to less favorable treatment or has been paid by or on behalf of Nortel Alt Int'l on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in Nortel Alt Int'l Class 1 shall be paid by Nortel Alt Int'l in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

**4.26    Nortel Alt Int'l Class 2 – Secured Claims against Nortel Alt Int'l.**

(a)    Impairment and Voting. Nortel Alt Int'l Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in Nortel Alt Int'l Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in Nortel Alt Int'l Class 2 shall be satisfied by, at the option of Nortel Alt Int'l: (i) payment in Cash by Nortel Alt Int'l in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

**4.27    Nortel Alt Int'l Class 3 – General Unsecured Claims against Nortel Alt Int'l.**

(a)    Impairment and Voting. Nortel Alt Int'l Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in Nortel Alt Int'l Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions. Each holder of an Allowed General Unsecured Claim in Nortel Alt Int'l Class 3 shall receive its Pro Rata Share of Creditor Proceeds from Nortel Alt Int'l.

**4.28    Nortel Alt Int'l Class 4 – Subordinated Claims against Nortel Alt Int'l.**

(a)    <u>Impairment and Voting</u>.    Nortel Alt Int'l Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in Nortel Alt Int'l Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    <u>Distributions</u>.    Each holder of an Allowed Subordinated Claim in Nortel Alt Int'l Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however,* that in the event that all Allowed Claims in Nortel Alt Int'l Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in Nortel Alt Int'l Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from Nortel Alt Int'l.

**4.29    Nortel Alt Int'l Class 5A – Nortel Alt Int'l Interests.**

(a)    <u>Impairment and Voting</u>.    Nortel Alt Int'l Class 5A is Impaired by the Plan. Each holder of a Nortel Alt Int'l Interest in Nortel Alt Int'l Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    <u>Distributions</u>.    The Nortel Alt Int'l Interests shall be cancelled and each holder of a Nortel Alt Int'l Interest shall receive its pro rata Distribution of Reorganized Nortel Alt Int'l LLC Interests; *provided, however,* that no holder of a Nortel Alt Int'l Interest shall receive any Distribution of Creditor Proceeds on account of its former Nortel Alt Int'l Interests or its Reorganized Nortel Alt Int'l LLC Interests; *provided, further,* that in the event that all Allowed Claims in Nortel Alt Int'l Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of a Nortel Alt Int'l Interest in Nortel Alt Int'l Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from Nortel Alt Int'l.

**4.30    Nortel Alt Int'l Class 5B – Nortel Alt Int'l Interests Securities Fraud Claims.**

(a)    <u>Impairment and Voting</u>.    Nortel Alt Int'l Class 5B is Impaired by the Plan. Each holder of an Allowed Nortel Alt Int'l Interests Securities Fraud Claim in Nortel Alt Int'l Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    <u>Distributions</u>.    Each holder of an Allowed Nortel Alt Int'l Interests Securities Fraud Claim in Nortel Alt Int'l Class 5B shall receive no Distribution under the Plan in respect of its Allowed Nortel Alt Int'l Interests Securities Fraud Claims.

**4.31    Xros Class 1 – Priority Non-Tax Claims against Xros.**

(a)    <u>Impairment and Voting</u>.    Xros Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in Xros Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

29

(b)     Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in Xros Class 1 agrees to less favorable treatment or has been paid by or on behalf of Xros on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in Xros Class 1 shall be paid by Xros in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.32    Xros Class 2 – Secured Claims against Xros.

(a)     Impairment and Voting. Xros Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in Xros Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)     Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in Xros Class 2 shall be satisfied by, at the option of Xros: (i) payment in Cash by Xros in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim ; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.33    Xros Class 3 – General Unsecured Claims against Xros.

(a)     Impairment and Voting. Xros Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in Xros Class 3 is entitled to vote to accept or reject the Plan.

(b)     Distributions. Each holder of an Allowed General Unsecured Claim in Xros Class 3 shall receive its Pro Rata Share of Creditor Proceeds from Xros.

### 4.34    Xros Class 4 – Subordinated Claims against Xros.

(a)     Impairment and Voting. Xros Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in Xros Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     Distributions. Each holder of an Allowed Subordinated Claim in Xros Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; provided, however, that in the event that all Allowed Claims in Xros Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in Xros Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from Xros.

### 4.35    Xros Class 5A – Xros Interests.

(a)    Impairment and Voting. Xros Class 5A is Impaired by the Plan. Each holder of a Xros Interest in Xros Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of a Xros Interest shall neither receive nor retain any property or interest in property on account of its Xros Interest, and the Xros Interests shall be cancelled; _provided, however_, that in the event that all Allowed Claims in Xros Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of a Xros Interest in Xros Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from Xros.

### 4.36    Xros Class 5B – Xros Interests Securities Fraud Claims.

(a)    Impairment and Voting. Xros Class 5B is Impaired by the Plan. Each holder of an Allowed Xros Interests Securities Fraud Claim in Xros Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Xros Interests Securities Fraud Claim in Xros Class 5B shall receive no Distribution under the Plan in respect of its Allowed Xros Interests Securities Fraud Claims.

### 4.37    Sonoma Class 1 – Priority Non-Tax Claims against Sonoma.

(a)    Impairment and Voting. Sonoma Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in Sonoma Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in Sonoma Class 1 agrees to less favorable treatment or has been paid by or on behalf of Sonoma on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in Sonoma Class 1 shall be paid by Sonoma in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.38    Sonoma Class 2 – Secured Claims against Sonoma.

(a)    Impairment and Voting. Sonoma Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in Sonoma Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in Sonoma Class 2 shall be satisfied by, at the option of Sonoma: (i) payment in Cash by Sonoma in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or

disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.39    Sonoma Class 3 – General Unsecured Claims against Sonoma.

(a)    Impairment and Voting.  Sonoma Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in Sonoma Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions.  Each holder of an Allowed General Unsecured Claim in Sonoma Class 3 shall receive its Pro Rata Share of Creditor Proceeds from Sonoma.

### 4.40    Sonoma Class 4 – Subordinated Claims against Sonoma.

(a)    Impairment and Voting.  Sonoma Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in Sonoma Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an Allowed Subordinated Claim in Sonoma Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in Sonoma Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in Sonoma Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from Sonoma.

### 4.41    Sonoma Class 5A – Sonoma Interests.

(a)    Impairment and Voting.  Sonoma Class 5A is Impaired by the Plan. Each holder of a Sonoma Interest in Sonoma Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of a Sonoma Interest shall neither receive nor retain any property or interest in property on account of its Sonoma Interest, and the Sonoma Interests shall be cancelled; *provided, however*, that in the event that all Allowed Claims in Sonoma Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of a Sonoma Interest in Sonoma Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from Sonoma.

### 4.42    Sonoma Class 5B – Sonoma Interests Securities Fraud Claims.

(a)    Impairment and Voting.  Sonoma Class 5B is Impaired by the Plan. Each holder of an Allowed Sonoma Interests Securities Fraud Claim in Sonoma Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Sonoma Interests Securities Fraud Claim in Sonoma Class 5B shall receive no Distribution under the Plan in respect of its Allowed Sonoma Interests Securities Fraud Claims.

### 4.43    Qtera Class 1 – Priority Non-Tax Claims against Qtera.

(a)    Impairment and Voting. Qtera Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in Qtera Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in Qtera Class 1 agrees to less favorable treatment or has been paid by or on behalf of Qtera on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in Qtera Class 1 shall be paid by Qtera in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.44    Qtera Class 2 – Secured Claims against Qtera.

(a)    Impairment and Voting. Qtera Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in Qtera Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in Qtera Class 2 shall be satisfied by, at the option of Qtera: (i) payment in Cash by Qtera in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.45    Qtera Class 3 – General Unsecured Claims against Qtera.

(a)    Impairment and Voting. Qtera Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in Qtera Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions. Each holder of an Allowed General Unsecured Claim in Qtera Class 3 shall receive its Pro Rata Share of Creditor Proceeds from Qtera.

**4.46    Qtera Class 4 – Subordinated Claims against Qtera.**

(a)    Impairment and Voting. Qtera Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in Qtera Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Subordinated Claim in Qtera Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in Qtera Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in Qtera Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from Qtera.

**4.47    Qtera Class 5A – Qtera Interests.**

(a)    Impairment and Voting. Qtera Class 5A is Impaired by the Plan. Each holder of a Qtera Interest in Qtera Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. The Qtera Interests shall be cancelled and each holder of a Qtera Interest shall receive its pro rata Distribution of Reorganized Qtera LLC Interests; *provided, however*, that no holder of a Qtera Interest shall receive any Distribution of Creditor Proceeds on account of its former Qtera Interests or its Reorganized Qtera LLC Interests; *provided, further*, that in the event that all Allowed Claims in Qtera Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of a Qtera Interest in Qtera Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from Qtera.

**4.48    Qtera Class 5B – Qtera Interests Securities Fraud Claims.**

(a)    Impairment and Voting. Qtera Class 5B is Impaired by the Plan. Each holder of an Allowed Qtera Interests Securities Fraud Claim in Qtera Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Qtera Interests Securities Fraud Claim in Qtera Class 5B shall receive no Distribution under the Plan in respect of its Allowed Qtera Interests Securities Fraud Claims.

**4.49    CoreTek Class 1 – Priority Non-Tax Claims against CoreTek.**

(a)    Impairment and Voting. CoreTek Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in CoreTek Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in CoreTek Class 1 agrees to less favorable treatment or has been paid by or on behalf of CoreTek on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax

Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in CoreTek Class 1 shall be paid by CoreTek in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.50    CoreTek Class 2 – Secured Claims against CoreTek.

(a)    <u>Impairment and Voting</u>. CoreTek Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in CoreTek Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    <u>Distributions</u>. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in CoreTek Class 2 shall be satisfied by, at the option of CoreTek: (i) payment in Cash by CoreTek in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.51    CoreTek Class 3 – General Unsecured Claims against CoreTek.

(a)    <u>Impairment and Voting</u>. CoreTek Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in CoreTek Class 3 is entitled to vote to accept or reject the Plan.

(b)    <u>Distributions</u>. Each holder of an Allowed General Unsecured Claim in CoreTek Class 3 shall receive its Pro Rata Share of Creditor Proceeds from CoreTek.

### 4.52    CoreTek Class 4 – Subordinated Claims against CoreTek.

(a)    <u>Impairment and Voting</u>. CoreTek Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in CoreTek Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    <u>Distributions</u>. Each holder of an Allowed Subordinated Claim in CoreTek Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in CoreTek Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in CoreTek Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from CoreTek.

### 4.53    CoreTek Class 5A – CoreTek Interests.

(a)    Impairment and Voting. CoreTek Class 5A is Impaired by the Plan. Each holder of a CoreTek Interest in CoreTek Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of a CoreTek Interest shall neither receive nor retain any property or interest in property on account of its CoreTek Interest, and the CoreTek Interests shall be cancelled; *provided, however*, that in the event that all Allowed Claims in CoreTek Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of a CoreTek Interest in CoreTek Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from CoreTek.

### 4.54    CoreTek Class 5B – CoreTek Interests Securities Fraud Claims.

(a)    Impairment and Voting. CoreTek Class 5B is Impaired by the Plan. Each holder of an Allowed CoreTek Interests Securities Fraud Claim in CoreTek Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed CoreTek Interests Securities Fraud Claim in CoreTek Class 5B shall receive no Distribution under the Plan in respect of its Allowed CoreTek Interests Securities Fraud Claims.

### 4.55    NN Applications Class 1 – Priority Non-Tax Claims against NN Applications.

(a)    Impairment and Voting. NN Applications Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in NN Applications Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in NN Applications Class 1 agrees to less favorable treatment or has been paid by or on behalf of NN Applications on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in NN Applications Class 1 shall be paid by NN Applications in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.56    NN Applications Class 2 – Secured Claims against NN Applications.

(a)    Impairment and Voting. NN Applications Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in NN Applications Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in NN Applications Class 2 shall be satisfied by, at the option of NN Applications: (i) payment in

Cash by NN Applications in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

**4.57    NN Applications Class 3 – General Unsecured Claims against NN Applications.**

(a)    Impairment and Voting.  NN Applications Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in NN Applications Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions.  Each holder of an Allowed General Unsecured Claim in NN Applications Class 3 shall receive its Pro Rata Share of Creditor Proceeds from NN Applications.

**4.58    NN Applications Class 4 – Subordinated Claims against NN Applications.**

(a)    Impairment and Voting.  NN Applications Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NN Applications Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an Allowed Subordinated Claim in NN Applications Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; _provided, however,_ that in the event that all Allowed Claims in NN Applications Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NN Applications Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NN Applications.

**4.59    NN Applications Class 5A – NN Applications Interests.**

(a)    Impairment and Voting.  NN Applications Class 5A is Impaired by the Plan. Each holder of an NN Applications Interest in NN Applications Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an NN Applications Interest shall neither receive nor retain any property or interest in property on account of its NN Applications Interest, and the NN Applications Interests shall be cancelled; _provided, however,_ that in the event that all Allowed Claims in NN Applications Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NN Applications Interest in NN Applications Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from NN Applications.

**4.60    NN Applications Class 5B – NN Applications Interests Securities Fraud Claims.**

(a)    Impairment and Voting.  NN Applications Class 5B is Impaired by the Plan. Each holder of an Allowed NN Applications Interests Securities Fraud Claim in NN Applications Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an Allowed NN Applications Interests Securities Fraud Claim in NN Applications Class 5B shall receive no Distribution under the Plan in respect of its Allowed NN Applications Interests Securities Fraud Claims.

**4.61    NN Optical Class 1 – Priority Non-Tax Claims against NN Optical.**

(a)    Impairment and Voting.  NN Optical Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in NN Optical Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions.  Except to the extent that the holder of an Allowed Priority Non-Tax Claim in NN Optical Class 1 agrees to less favorable treatment or has been paid by or on behalf of NN Optical on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in NN Optical Class 1 shall be paid by NN Optical in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

**4.62    NN Optical Class 2 – Secured Claims against NN Optical.**

(a)    Impairment and Voting.  NN Optical Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in NN Optical Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions.  Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in NN Optical Class 2 shall be satisfied by, at the option of NN Optical: (i) payment in Cash by NN Optical in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

**4.63    NN Optical Class 3 – General Unsecured Claims against NN Optical.**

(a)    Impairment and Voting.  NN Optical Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in NN Optical Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions.  Each holder of an Allowed General Unsecured Claim in NN Optical Class 3 shall receive its Pro Rata Share of Creditor Proceeds from NN Optical.

**4.64    NN Optical Class 4 – Subordinated Claims against NN Optical.**

(a)    Impairment and Voting.  NN Optical Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NN Optical Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an Allowed Subordinated Claim in NN Optical Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however,* that in the event that all Allowed Claims in NN Optical Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NN Optical Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NN Optical.

**4.65    NN Optical Class 5A – NN Optical Interests.**

(a)    Impairment and Voting.  NN Optical Class 5A is Impaired by the Plan. Each holder of an NN Optical Interest in NN Optical Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an NN Optical Interest shall neither receive nor retain any property or interest in property on account of its NN Optical Interest, and the NN Optical Interests shall be cancelled; *provided, however,* that in the event that all Allowed Claims in NN Optical Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NN Optical Interest in NN Optical Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from NN Optical.

**4.66    NN Optical Class 5B – NN Optical Interests Securities Fraud Claims.**

(a)    Impairment and Voting.  NN Optical Class 5B is Impaired by the Plan. Each holder of an Allowed NN Optical Interests Securities Fraud Claim in NN Optical Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an Allowed NN Optical Interests Securities Fraud Claim in NN Optical Class 5B shall receive no Distribution under the Plan in respect of its Allowed NN Optical Interests Securities Fraud Claims.

### 4.67    NN HPOCS Class 1 – Priority Non-Tax Claims against NN HPOCS.

(a)    Impairment and Voting.  NN HPOCS Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in NN HPOCS Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions.  Except to the extent that the holder of an Allowed Priority Non-Tax Claim in NN HPOCS Class 1 agrees to less favorable treatment or has been paid by or on behalf of NN HPOCS on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in NN HPOCS Class 1 shall be paid by NN HPOCS in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.68    NN HPOCS Class 2 – Secured Claims against NN HPOCS.

(a)    Impairment and Voting.  NN HPOCS Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in NN HPOCS Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions.  Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in NN HPOCS Class 2 shall be satisfied by, at the option of NN HPOCS: (i) payment in Cash by NN HPOCS in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.69    NN HPOCS Class 3 – General Unsecured Claims against NN HPOCS.

(a)    Impairment and Voting.  NN HPOCS Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in NN HPOCS Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions.  Each holder of an Allowed General Unsecured Claim in NN HPOCS Class 3 shall receive its Pro Rata Share of Creditor Proceeds from NN HPOCS.

### 4.70    NN HPOCS Class 4 – Subordinated Claims against NN HPOCS.

(a)    Impairment and Voting.  NN HPOCS Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NN HPOCS Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     Distributions. Each holder of an Allowed Subordinated Claim in NN HPOCS Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in NN HPOCS Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NN HPOCS Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NN HPOCS.

**4.71    NN HPOCS Class 5A -- NN HPOCS Interests.**

(a)     Impairment and Voting. NN HPOCS Class 5A is Impaired by the Plan. Each holder of an NN HPOCS Interest in NN HPOCS Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     Distributions. The NN HPOCS Interests shall be cancelled and each holder of an NN HPOCS Interest shall receive its pro rata Distribution of Reorganized NN HPOCS LLC Interests; *provided, however*, that no holder of an NN HPOCS Interest shall receive any Distribution of Creditor Proceeds on account of its former NN HPOCS Interests or its Reorganized NN HPOCS LLC Interests; *provided, further*, that in the event that all Allowed Claims in NN HPOCS Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NN HPOCS Interest in NN HPOCS Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from NN HPOCS.

**4.72    NN HPOCS Class 5B – NN HPOCS Interests Securities Fraud Claims.**

(a)     Impairment and Voting. NN HPOCS Class 5B is Impaired by the Plan. Each holder of an Allowed NN HPOCS Interests Securities Fraud Claim in NN HPOCS Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     Distributions. Each holder of an Allowed NN HPOCS Interests Securities Fraud Claim in NN HPOCS Class 5B shall receive no Distribution under the Plan in respect of its Allowed NN HPOCS Interests Securities Fraud Claims.

**4.73    Architel Class 1 – Priority Non-Tax Claims against Architel.**

(a)     Impairment and Voting. Architel Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in Architel Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)     Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in Architel Class 1 agrees to less favorable treatment or has been paid by or on behalf of Architel on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in Architel Class 1 shall be paid by Architel in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

**4.74    Architel Class 2 – Secured Claims against Architel.**

(a)    Impairment and Voting.  Architel Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in Architel Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions.  Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in Architel Class 2 shall be satisfied by, at the option of Architel: (i) payment in Cash by Architel in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

**4.75    Architel Class 3 – General Unsecured Claims against Architel.**

(a)    Impairment and Voting.  Architel Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in Architel Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions.  Each holder of an Allowed General Unsecured Claim in Architel Class 3 shall receive its Pro Rata Share of Creditor Proceeds from Architel.

**4.76    Architel Class 4 – Subordinated Claims against Architel.**

(a)    Impairment and Voting.  Architel Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in Architel Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an Allowed Subordinated Claim in Architel Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however,* that in the event that all Allowed Claims in Architel Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in Architel Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from Architel.

**4.77    Architel Class 5A – Architel Interests.**

(a)    Impairment and Voting.  Architel Class 5A is Impaired by the Plan. Each holder of an Architel Interest in Architel Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Architel Interest shall neither receive nor retain any property or interest in property on account of its Architel Interest, and the Architel Interests shall be cancelled; *provided*, *however*, that in the event that all Allowed Claims in Architel Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Architel Interest in Architel Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from Architel.

### 4.78    Architel Class 5B – Architel Interests Securities Fraud Claims.

(a)    Impairment and Voting. Architel Class 5B is Impaired by the Plan. Each holder of an Allowed Architel Interests Securities Fraud Claim in Architel Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Architel Interests Securities Fraud Claim in Architel Class 5B shall receive no Distribution under the Plan in respect of its Allowed Architel Interests Securities Fraud Claims.

### 4.79    NNII Class 1 – Priority Non-Tax Claims against NNII.

(a)    Impairment and Voting. NNII Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in NNII Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in NNII Class 1 agrees to less favorable treatment or has been paid by or on behalf of NNII on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in NNII Class 1 shall be paid by NNII in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.80    NNII Class 2 – Secured Claims against NNII.

(a)    Impairment and Voting. NNII Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in NNII Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in NNII Class 2 shall be satisfied by, at the option of NNII: (i) payment in Cash by NNII in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under

clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.81    NNII Class 3 – General Unsecured Claims against NNII.

(a)    Impairment and Voting.  NNII Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in NNII Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions.  Each holder of an Allowed General Unsecured Claim in NNII Class 3 shall receive its Pro Rata Share of Creditor Proceeds from NNII.

### 4.82    NNII Class 4 – Subordinated Claims against NNII.

(a)    Impairment and Voting.  NNII Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NNII Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  Each holder of an Allowed Subordinated Claim in NNII Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; *provided, however*, that in the event that all Allowed Claims in NNII Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NNII Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NNII.

### 4.83    NNII Class 5A – NNII Interests.

(a)    Impairment and Voting.  NNII Class 5A is Impaired by the Plan. Each holder of an NNII Interest in NNII Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions.  The NNII Interests shall be cancelled and each holder of an NNII Interest shall receive its pro rata Distribution of Reorganized NNII LLC Interests; *provided, however*, that no holder of an NNII Interest shall receive any Distribution of Creditor Proceeds on account of its former NNII Interests or its Reorganized NNII LLC Interests; *provided, further*, that in the event that all Allowed Claims in NNII Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NNII Interest in NNII Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from NNII.

### 4.84    NNII Class 5B – NNII Interests Securities Fraud Claims.

(a)    Impairment and Voting.  NNII Class 5B is Impaired by the Plan. Each holder of an Allowed NNII Interests Securities Fraud Claim in NNII Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)     Distributions. Each holder of an Allowed NNII Interests Securities Fraud Claim in NNII Class 5B shall receive no Distribution under the Plan in respect of its Allowed NNII Interests Securities Fraud Claims.

### 4.85    NTI Class 1 – Priority Non-Tax Claims against NTI.

(a)     Impairment and Voting. NTI Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in NTI Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)     Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in NTI Class 1 agrees to less favorable treatment or has been paid by or on behalf of NTI on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in NTI Class 1 shall be paid by NTI in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.86    NTI Class 2 – Secured Claims against NTI.

(a)     Impairment and Voting. NTI Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in NTI Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)     Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in NTI Class 2 shall be satisfied by, at the option of NTI: (i) payment in Cash by NTI in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date on which such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.87    NTI Class 3 – General Unsecured Claims against NTI.

(a)     Impairment and Voting. NTI Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in NTI Class 3 is entitled to vote to accept or reject the Plan.

(b)     Distributions. Each holder of an Allowed General Unsecured Claim in NTI Class 3 shall receive its Pro Rata Share of Creditor Proceeds from NTI.

**4.88    NTI Class 4 – Subordinated Claims against NTI.**

(a)    Impairment and Voting. NTI Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NTI Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Subordinated Claim in NTI Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; _provided, however,_ that in the event that all Allowed Claims in NTI Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NTI Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NTI.

**4.89    NTI Class 5A – NTI Interests.**

(a)    Impairment and Voting. NTI Class 5A is Impaired by the Plan. Each holder of an NTI Interest in NTI Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. The NTI Interests shall be cancelled and each holder of an NTI Interest shall receive its pro rata Distribution of Reorganized NTI LLC Interests; _provided, however,_ that no holder of an NTI Interest shall receive any Distribution of Creditor Proceeds on account of its former NTI Interests or its Reorganized NTI LLC Interests; _provided, further,_ that in the event that all Allowed Claims in NTI Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NTI Interest in NTI Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from NTI.

**4.90    NTI Class 5B – NTI Interests Securities Fraud Claims.**

(a)    Impairment and Voting. NTI Class 5B is Impaired by the Plan. Each holder of an Allowed NTI Interests Securities Fraud Claim in NTI Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed NTI Interests Securities Fraud Claim in NTI Class 5B shall receive no Distribution under the Plan in respect of its Allowed NTI Interests Securities Fraud Claims.

**4.91    NN Cable Class 1 – Priority Non-Tax Claims against NN Cable.**

(a)    Impairment and Voting. NN Cable Class 1 is Unimpaired by the Plan. Each holder of an Allowed Priority Non-Tax Claim in NN Cable Class 1 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Priority Non-Tax Claim in NN Cable Class 1 agrees to less favorable treatment or has been paid by or on behalf of NN Cable on account of such Allowed Priority Non-Tax Claim prior to the Effective Date, on the later of the Effective Date and the date on which such Priority Non-Tax

Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, each holder of an Allowed Priority Non-Tax Claim in NN Cable Class 1 shall be paid by NN Cable in Cash in an amount equal to the Allowed amount of such Priority Non-Tax Claim.

### 4.92    NN Cable Class 2 – Secured Claims against NN Cable.

(a)    Impairment and Voting. NN Cable Class 2 is Unimpaired by the Plan. Each holder of an Allowed Secured Claim in NN Cable Class 2 is not entitled to vote to accept or reject the Plan and is deemed to accept the Plan.

(b)    Distributions. Except to the extent that the holder of an Allowed Secured Claim agrees to less favorable treatment, each holder of an Allowed Secured Claim in NN Cable Class 2 shall be satisfied by, at the option of NN Cable: (i) payment in Cash by NN Cable in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender of the Collateral securing such Allowed Secured Claim to the holder of such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable and contractual rights to which the holder of the Allowed Secured Claim is entitled. In the event an Allowed Secured Claim is treated under clause (i) or (ii) above, the Liens securing such Claim shall be deemed released and extinguished without further order of the Bankruptcy Court.

### 4.93    NN Cable Class 3 – General Unsecured Claims against NN Cable.

(a)    Impairment and Voting. NN Cable Class 3 is Impaired by the Plan. Each holder of an Allowed General Unsecured Claim in NN Cable Class 3 is entitled to vote to accept or reject the Plan.

(b)    Distributions. Each holder of an Allowed General Unsecured Claim in NN Cable Class 3 shall receive its Pro Rata Share of Creditor Proceeds from NN Cable.

### 4.94    NN Cable Class 4 – Subordinated Claims against NN Cable.

(a)    Impairment and Voting. NN Cable Class 4 is Impaired by the Plan. Each holder of an Allowed Subordinated Claim in NN Cable Class 4 is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)    Distributions. Each holder of an Allowed Subordinated Claim in NN Cable Class 4 shall not receive or retain any interest or property under the Plan on account of such Claims; provided, however, that in the event that all Allowed Claims in NN Cable Classes 1 through 3 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an Allowed Subordinated Claim in NN Cable Class 4 shall receive its Pro Rata Share of any remaining Creditor Proceeds from NN Cable.

**4.95   NN Cable Class 5A – NN Cable Interests.**

(a)   Impairment and Voting.  NN Cable Class 5A is Impaired by the Plan. Each holder of an NN Cable Interest in NN Cable Class 5A is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)   Distributions.  The NN Cable Interests shall be cancelled and each holder of an NN Cable Interest shall receive its pro rata Distribution of Reorganized NN Cable LLC Interests; *provided, however,* that no holder of an Allowed NN Cable Interest shall receive any Distribution of Creditor Proceeds on account of its former NN Cable Interests or its Reorganized NN Cable LLC Interests; *provided, further,* that in the event that all Allowed Claims in NN Cable Classes 1 through 4 have been satisfied in full, in accordance with the Bankruptcy Code and the Plan, each holder of an NN Cable Interest in NN Cable Class 5A shall receive its Pro Rata Share of any remaining Creditor Proceeds from NN Cable.

**4.96   NN Cable Class 5B – NN Cable Interests Securities Fraud Claims.**

(a)   Impairment and Voting.  NN Cable Class 5B is Impaired by the Plan. Each holder of an Allowed NN Cable Interests Securities Fraud Claim in NN Cable Class 5B is not entitled to vote to accept or reject the Plan and is deemed to have rejected the Plan.

(b)   Distributions.  Each holder of an Allowed NN Cable Interests Securities Fraud Claim in NN Cable Class 5B shall receive no Distribution under the Plan in respect of its Allowed NN Cable Interests Securities Fraud Claims.

## ARTICLE 5.
## IMPLEMENTATION OF THE PLAN

**5.1   Plan Administrator.**

(a)   Appointment.  John J. Ray, III, shall serve as Plan Administrator for each of the Debtors, the Reorganized Debtors and the Liquidating Debtors pursuant to and in accordance with the provisions of the Plan and the Plan Administration Agreement.

(b)   Authority.  The Plan Administrator shall have the authority and right on behalf of each of the Debtors, the Reorganized Debtors and the Liquidating Debtors, without the need for Bankruptcy Court approval (unless otherwise indicated), to carry out and implement all provisions of the Plan and the Plan Administration Agreement in accordance with the provisions therein.

(c)   Compensation of the Plan Administrator.  In addition to reimbursement for actual out-of-pocket expenses incurred by the Plan Administrator, the Plan Administrator shall be entitled to receive reasonable compensation for services rendered on behalf of the Debtors, the Reorganized Debtors and the Liquidating Debtors in an amount and on such terms as may be reflected in the Plan Administration Agreement.

(d)   No Liability of Plan Administrator.  The Plan Administrator shall have no liability whatsoever for any acts or omissions to the Debtors, the Reorganized Debtors,

48

the Liquidating Debtors or holders of claims against or interests in the Debtors, the Reorganized Debtors or the Liquidating Debtors other than for gross negligence, willful misconduct, fraud or breach of fiduciary duty by the Plan Administrator as determined by a Final Order, *provided that*, the Plan Administrator shall have no liability for such acts or omissions if approved by or undertaken at the request or on behalf of the Plan Advisory Committee. Each of the Debtors, the Reorganized Debtors and the Liquidating Debtors shall indemnify and hold harmless the Plan Administrator for any losses, liabilities and costs incurred in such capacity to the fullest extent allowed by Delaware law, other than for gross negligence, willful misconduct, fraud or breach of fiduciary duty as determined by a Final Order.

       (e)     Termination of Plan Administrator. The duties, responsibilities and powers of the Plan Administrator shall terminate pursuant to the terms of the Plan Administration Agreement.

       (f)     Establishment of Reserve Accounts. On the Effective Date, the Debtors shall fund the Disputed Claims Reserve in such amounts, as agreed by the Debtors and the Plan Administrator in accordance with the terms of the Plan Administration Agreement to be necessary, to make sufficient future payments with respect to Disputed Claims as provided by the Plan.

     **5.2**    **Plan Advisory Committee.**

       (a)     Appointment. On the Effective Date, the Plan Advisory Committee shall be deemed appointed and shall adopt by-laws to govern the actions of the Plan Advisory Committee.

       (b)     Membership. The Plan Advisory Committee shall consist of up to one (1) member of the Creditors' Committee and two (2) members of the Ad Hoc Group of Bondholders. Subject to the consent of the Debtors, such consent not to be unreasonably withheld, such members shall be chosen from those members of the Creditors' Committee and the Ad Hoc Group of Bondholders who notify counsel to the Creditors' Committee and counsel to the Debtors of their willingness to serve on the Plan Advisory Committee in writing no later than fifteen (15) days prior to the deadline to vote to accept or reject this Plan. In the event that less than one (1) member of the Creditors' Committee or less than two (2) members of the Ad Hoc Group of Bondholders notify counsel to the Creditors' Committee and counsel to the Debtors of their willingness to serve on the Plan Advisory Committee within the specified period, then the Creditors' Committee and the Ad Hoc Group of Bondholders, subject to the consent of the Debtors, such consent not to be unreasonably withheld, will choose from among the holders of Unsecured Claims to fill any vacancy until three (3) members have been designated. Unless and until such vacancy is filled, the Plan Advisory Committee shall function with such reduced membership. In the event of the resignation of a member of the Plan Advisory Committee, the remaining members shall use reasonable efforts to designate a successor, subject to the consent of the Reorganized Debtors, such consent not be to unreasonably withheld, from among the holders of Unsecured Claims and shall use reasonable efforts to maintain such composition of membership as existed prior to resignation. Unless and until such vacancy is filled, the Plan Advisory Committee shall function in the interim with such reduced membership. In the event that all members of the Plan Advisory Committee resign, the

A

Plan Administrator shall use reasonable efforts to designate successor members from among the holders of Unsecured Claims and to maintain such composition of membership as existed prior to resignation; *provided that*, until at least one successor member is appointed, the Plan Administrator shall have full authority to act on behalf of the Plan Advisory Committee.

(c)     Fiduciary Duties. The fiduciary duties as well as the privileges, immunities and protections that apply to the Creditors' Committee prior to the Effective Date shall apply to the Plan Advisory Committee and to the Plan Administrator if acting on behalf of, at the direction of or with the consent of the Plan Advisory Committee. The duties and powers of the Plan Advisory Committee shall continue until such time as all of the Chapter 11 Cases have been fully administered.

(d)     Rights and Duties. The Plan Advisory Committee's role shall be to advise and approve the actions of the Plan Administrator as more particularly set forth in the Plan and the Plan Administration Agreement. The Plan Advisory Committee shall have the rights and duties set forth in the Plan Administration Agreement.

(e)     No Liability of Plan Advisory Committee. The members of the Plan Advisory Committee shall have no liability whatsoever for any acts or omissions to the Debtors, the Reorganized Debtors, the Liquidating Debtors or holders of Claims against or Interests in the Debtors other than for gross negligence, willful misconduct, fraud or breach of fiduciary duty by the Plan Advisory Committee or its members, individually, as determined by a Final Order. Each of the Debtors, the Reorganized Debtors and the Liquidating Debtors shall indemnify and hold harmless the Plan Advisory Committee and its members, individually, for any losses, liabilities, and costs incurred in such capacity to the fullest extent allowed by Delaware law, other than for gross negligence, willful misconduct, fraud or breach of fiduciary duty as determined by a Final Order.

**5.3     Closing of Chapter 11 Case.** After the Chapter 11 Case of a Liquidating Debtor or a Reorganized Debtor has been fully administered, the Plan Administrator shall File all documents required by Bankruptcy Rule 3022 and any applicable order of the Bankruptcy Court to close such Liquidating Debtor's or Reorganized Debtor's Chapter 11 Case in accordance with the Bankruptcy Code and the Bankruptcy Rules. The Plan Administrator's authority shall continue until such time as all of the Chapter 11 Cases have been fully administered.

### ARTICLE 6.
### CORPORATE FORM AND ACTION

**6.1     NNI Corporate Form and Vesting.**

(a)     On the Effective Date, Reorganized NNI shall maintain its current corporate form, with all powers of a corporation under the laws of its state of incorporation and without prejudice to any right to alter or terminate such existence (whether by merger or otherwise) under such applicable state law, for the purpose of fulfilling Reorganized NNI's obligations under the 363 Sale Agreements, monetizing Reorganized NNI's Residual Assets and otherwise effectuating all aspects of the Plan pertaining to Reorganized NNI.

50

(b)      On the Effective Date, Reorganized NNI shall be vested with the Assets of NNI as provided in Section 11.10 of the Plan.

**6.2     Reorganized Subsidiaries Corporate Form and Vesting.**

(a)      Prior to the Effective Date, each of the Reorganized Subsidiaries shall be formed solely for the purpose of fulfilling the obligations of such Reorganized Subsidiary under the 363 Sale Agreements, monetizing the Residual Assets of such Reorganized Subsidiary and otherwise effectuating all aspects of the Plan pertaining to such Reorganized Subsidiary.

(b)      On or immediately following the Effective Date, NNCALA shall transfer to Reorganized NNCALA, NNCC shall transfer to Reorganized NNCC, Nortel Alt shall transfer to Reorganized Nortel Alt, Nortel Alt Int'l shall transfer to Reorganized Nortel Alt Int'l, Xros shall transfer to Reorganized Xros, Sonoma shall transfer to Reorganized Sonoma, Qtera shall transfer to Reorganized Qtera, CoreTek shall transfer to Reorganized CoreTek, NN Applications shall transfer to Reorganized NN Applications, NN Optical shall transfer to Reorganized NN Optical, NN HPOCS shall transfer to Reorganized NN HPOCS, Architel shall transfer to Reorganized Architel, NNII shall transfer to Reorganized NNII, NTI shall transfer to Reorganized NTI and NN Cable shall transfer to Reorganized NN Cable, in each case, all of the Assets of such respective Debtor, and each such Reorganized Subsidiary shall be vested with the respective Debtor's Assets as provided in Section 11.10 of the Plan.

(c)      On or immediately following the Effective Date, in the interest of administering the Plan, (i) the limited liability membership interest of each of Reorganized NNCALA, Reorganized NNCC, Reorganized Nortel Alt, Reorganized Xros, Reorganized Sonoma, Reorganized Qtera, Reorganized CoreTek, Reorganized NN Applications, Reorganized NN Optical, Reorganized Architel, Reorganized NNII, Reorganized NTI, and Reorganized NN Cable shall be issued to Reorganized NNI, (ii) the limited liability membership interest of Reorganized NN HPOCS shall be issued to Reorganized NN Optical and (iii) and the limited liability membership interest of Reorganized Nortel Alt Int'l shall be issued to Nortel Alt.

**6.3     Dissolution of the Liquidating Debtors.** On the Effective Date, each of the Liquidating Debtors shall be deemed dissolved for all purposes without the necessity for any other or further actions to be taken by or on behalf of the Liquidating Debtors or payments to be made in connection therewith.

**6.4     Post-Effective Date Management.**

(a)      On the Effective Date, the board of directors of Reorganized NNI shall consist of one (1) natural person selected by the Plan Administrator, which such person may be the Plan Administrator, to serve as the board of directors of Reorganized NNI through the closing of Reorganized NNI's Chapter 11 Case in accordance with Section 5.3 of the Plan. The current officers of NNI shall continue to serve as the officers of Reorganized NNI in accordance with applicable non-bankruptcy law, any employment agreement with NNI entered into after the Petition Date, and NNI's by-laws, as the same may be amended from time to time,

through the closing of Reorganized NNI's Chapter 11 Case, unless an officer resigns or is removed by the board of directors of Reorganized NNI.

(b)    On the Effective Date, the manager of each Reorganized Subsidiary shall consist of one (1) natural person selected by the Plan Administrator, which such person may be the Plan Administrator, to serve as the manager of such Reorganized Subsidiary through the closing of such Reorganized Subsidiary's Chapter 11 Case in accordance with Section 5.3 of the Plan. The manager shall act at the direction of the Plan Administrator and in accordance with the Plan.

(c)    The current officers of each Reorganized Subsidiary shall continue to serve in such capacity for the respective Reorganized Subsidiary in accordance with applicable non-bankruptcy law, any employment agreement with such applicable Debtor or Reorganized Subsidiary entered into after the Petition Date, and such Reorganized Subsidiary's certificate of formation and operating agreement, as the same may be amended from time to time, through the closing of such Reorganized Subsidiary's Chapter 11 Case, unless a current officer resigns or is removed by the manager of such Reorganized Subsidiary.

**6.5    Corporate Existence.** After the Effective Date, the Plan Administrator may in accordance with the Plan Administration Agreement (a) maintain any Reorganized Debtor as a corporation or limited liability company in good standing until such time as all aspects of the Plan pertaining to such Reorganized Debtor have been completed including, but not limited to, performing its obligations under the 363 Sale Agreements, monetizing or otherwise disposing of its Residual Assets and Distributing its Creditor Proceeds in accordance with the Plan, (b) dissolve any Reorganized Debtor or complete the winding up of such Reorganized Debtor without the necessity for any further actions to be taken by or on behalf of such Reorganized Debtor, its shareholder, its members or for any payments to be made in connection therewith, subject to the filing of a certificate of dissolution with the appropriate governmental authorities (including, without limitation, transferring all or part of the Residual Assets of such Reorganized Debtor to a liquidating trust) at such time as the Plan Administrator considers appropriate and consistent with the implementation of the Plan pertaining to such Reorganized Debtor or (c) dissolve any Controlled Non-Debtor Affiliate or complete the winding up of such Controlled Non-Debtor Affiliate in accordance with applicable law; *provided, however*, that the foregoing does not limit the Plan Administrator's ability to otherwise abandon an interest in a Controlled Non-Debtor Affiliate.

**6.6    Certificate of Incorporation or Certificate of Formation.** As of the Effective Date, the certificate of incorporation, certificate of formation, by-laws and operating agreement, as applicable, of each Reorganized Debtor shall be amended to satisfy the provisions of the Plan and the Bankruptcy Code and shall (a) include, among other things, pursuant to section 1123(a)(6) of the Bankruptcy Code, a provision prohibiting the issuance of non-voting equity securities, but only to the extent required by section 1123(a)(6) of the Bankruptcy Code, and (b) to the extent necessary or appropriate, include such provisions as may be needed to effectuate and consummate the Plan and the transactions contemplated herein, in each case without further action under applicable law, regulation, order or rule, including, without limitation, any action by the stockholders, managers or members of the Reorganized Debtors.