1   not listed in Schedule A, and all agreements that are

2   substantially similar to those listed in Schedule A and with

3   licensing terms that are substantially similar to and no

4   more broad than the licensing terms in the agreements listed

5   in Schedule A and that are between any of the Sellers and

6   the counterparties to the agreements listed in Schedule A

7   and their respective affiliates, as well as all amendments

8   and supplements thereto, collectively that "subject

9   agreements" shall be deemed to constitute commercial

10  licenses.  If Mr. Crapo is asking us to suggest that that

11  language is effective, Your Honor, that's in the

12  acknowledgement.  HP licenses are on Schedule A, certain of

13  them obviously.  That doesn't ever change the definition of

14  commercial licenses, but gives a little comfort to

15  counterparties about substantially similar license,

16  obviously just in accordance with the terms of that

17  acknowledgment.  So I think that may be what Mr. Crapo is

18  intending and if so paragraph 2 is there.  It's effective

19  and is out there, but it doesn't change the definition of

20  either commercial licenses or known licenses in the sale

21  agreement, Your Honor, and that's what we're relying on.

22          THE COURT:  It's in effect commentary on that

23  definition.

24          MR. ABBOTT:  Well, and it gives parties some

25  comfort about substantially similar licenses.

1          THE COURT:  Right.

2          MR. ABBOTT:  Exactly.

3          THE COURT:  Right.

4          MR. CRAPO:  Actually similar licenses that might

5  be discovered.

6          MR. ABBOTT:  Well, Your Honor, I'm not in a

7  position to change the words.  That provision says what it

8  says and it includes what it includes.  I'm not asking today

9  for the Court to rule what it does and doesn't include, but

10  we can't change that language.

11          THE COURT:  Right.

12          MR. CRAPO:  No, but I was just asking what was

13  meant.  Do you understand?

14          MR. ABBOTT:  Your Honor, we have to stick with

15  the definition of commercial licenses.

16          THE COURT:  I understand.

17          MR. ABBOTT:  This has been heavily negotiated

18  with numerous parties who are both in the courtroom and on

19  the phone and we -- I apologize to put the Court in this

20  situation right now, but we can't renegotiate the terms of

21  that language or the definitions of commercial licenses

22  today in the courtroom.

23          MR. CRAPO:  And I'm not asking for that.  I just

24  wanted to make -- I just wanted to understand.

25          THE COURT:  Well, I think just to go back a few

1    minutes, I've ruled that the definition of commercial

2    license is applicable here and HP has whatever rights it has

3    under the asset purchase agreement and I've overruled their

4    objection.

5                MR. ABBOTT:  Thank you, Your Honor.  May I have

6    one more moment, Your Honor?

7                THE COURT:  You may.

8                MR. ABBOTT:  Your Honor, with that may I approach

9    with a Form of Order?

10               THE COURT:  Sure.  Please, Mr. Abbott.  Thank

11   you.  And this has everything in it, the asset purchase

12   agreement and --

13               MR. ABBOTT:  It should, Your Honor, as I

14   understand have all the various attachments.

15               THE COURT:  And that Exhibit 1 --

16               MS. SCHWEITZER:  Right.  So Your Honor, right.

17   It has the clean version of the asset purchase agreement

18   attached as an exhibit and it has the amended and restated

19   commercial license agreement attached as exhibit.  If you

20   look at the end of Exhibit A I believe it is, the asset sale

21   agreement, right behind the signature page is the page that

22   says permitted encumbrances.

23               THE COURT:  Okay.

24               MS. SCHWEITZER:  And has that definition there.

25   And so that the record is clear that that definition is the

1  definition that will govern for the asset sale agreement and

2  the sale order.  So --

3          THE COURT:  That's right.  All right.

4          MR. ABBOTT:  So with that, Your Honor, please

5  sign it.

6  (Laughter)

7          THE COURT:  Only Mr. Abbott could get away with

8  that, but actually we're going to do it a little

9  differently.  Justice Morawetz is going to rule first.

10         MR. ABBOTT:  Probably appropriate, Your Honor.

11         THE COURT:  Yes.

12         JUSTICE MORAWETZ:  Thank you, Judge Gross.

13         THE COURT:  Justice Morawetz.

14         JUSTICE MORAWETZ:  Thank you, Judge Gross.  Mr.

15  Tay or Ms. Stam, is the HP issue before me today or is that

16  totally dealt with in the US?

17         MR. HILL:  I'm here for HP, but I'm not going to

18  make any additional submissions.  You've heard --

19         JUSTICE MORAWETZ:  Excellent.  I appreciate your

20  brevity, Mr. Hill.  And the following is an endorsement.

21  Madame Reporter, you ready?  Thank you.  Nortel Networks

22  Corporation, Nortel Networks Limited, Nortel Networks

23  Technology Corporation, Nortel Networks International

24  Corporation, Nortel Networks Global Corporation collectively

25  as the Applicants bringing this motion for an order.

1   Approving the transactions contemplated by an asset sale

2   agreement dated as of June 30, 2011, defined as the sale

3   agreement among NNC, NNL, NNI, NNUK Limited and

4   Administration, and other Nortel entities, collectively the

5   Sellers and Rockstar Bidco LP, or the Purchaser, for the

6   sale of assets to the Purchaser in accordance with the

7   provisions of the sale agreement and for an order vesting

8   all the Applicants' right, title, and interest in and to the

9   purchased assets absolutely and the Purchaser free and clear

10   from any claims, encumbrances other than permitted

11   encumbrances, and for an order approving certain license

12   non-agreement to non-renewed protections and for an order

13   approving the IP side agreement for restructural matters.

14   Finally the Applicants seek a sealing order in respect to

15   certain confidential information.

16       This joint hearing was conducted by way of

17   videoconference, His Honor Judge Gross presiding over the

18   hearing in the United States Bankruptcy Court. Joint

19   hearing was conducted in accordance with the provisions of

20   the cross border protocol, which has been previously

21   approved by both Courts.

22       The Applicants filed the affidavit of Mr. George

23   Riedel sworn July 5, 2011 in support of a motion. Mr.

24   Riedel, the chief strategy officer both at NNC and NNL, he

25   also swore an affidavit on April 7, 2011 in support of the

102

1    motion to approve the bidding procedures.  The Monitor has

2    filed its 71st report with respect to the motion.  The

3    Monitor recommends that the requested relief be granted.  No

4    party is opposed to the requested relief.  On May 2, 2011

5    this Court granted an order approving the bidding procedures

6    relating to the patent assets of Nortel, which cover

7    approximately 6,000 Canadian, US, and foreign patent

8    applications.  The Court approved stalking horse agreement

9    on May 2, 2011 among various Nortel entities and Ranger,

10   Inc., an affiliate of Google, Inc., as Purchaser.  A bid

11   deadline was set for June 13, 2011.  Nortel received four

12   initial bids for the purchased assets, which were deemed to

13   be qualified bids, along with a bid by the stalking horse

14   Purchaser for the purposes of the auction of the purchased

15   assets.  The auction commenced on June 27, 2011 through 19

16   rounds of bidding.  On June 30, 2011 no further bids were

17   received and the bids submitted timely by Apple, Inc. and

18   Rockstar Consortium pursuant to the sale agreement at the

19   end of the 19th round of bidding was declared the winning

20   bid.  The Purchaser will pay to the Sellers the purchase

21   price of $4.5 billion cash, including a good faith deposit

22   of $54 million, which has been paid to the Sellers.  The

23   terms and conditions of the sale agreement are described in

24   detail in the affidavit of Mr. Riedel and in the 71st report

25   of the Monitor.  The purchase price of 4.5 billion compares

103

1    to the purchase price set out in the stalking horse

2    agreement of 900 million.  The stalking horse agreement can

3    provide for a break-up fee of $25 million, as well as an

4    expense reimbursement of up to $4 million.  The Monitor

5    reports that at both this Court and the US Court approve the

6    bid of Rockstar, the Applicants, or the [indiscernible] that

7    the break-up fee and the expense reimbursement will be

8    payable and it is intended that such a payment will be made.

9    Parties have also agreed upon a form of license non-

10   assignment and non-renewal protection, license rejection

11   procedures, and an IP side agreement in respect to certain

12   structural matters.

13          The Monitor reports that the successful bidder is

14   made up of a consortium of a number of parties.  Rockstar is

15   a single purpose entity formed by a consortium of technology

16   companies for purposes of participating in the sale process

17   for the Nortel patents.  The entities participating in

18   Rockstar are Apple, Research In Motion Limited, EMC

19   Corporation, LM Ericsson, Sony Corporation, and Microsoft

20   Corporation.

21          The Monitor also reports that as no agreement has

22   been reached in respect to the allocation of sale proceeds,

23   they will be placed in a distribution escrow account upon

24   closing.  The Applicants have brought a separate motion

25   seeking approval of the distribution escrow agreement.

104

1          The Monitor also reports that subject to Court

2     approval, closing is anticipated to hopefully occur within

3     one month.

4          In his affidavit, Mr. Riedel concludes that he

5     believes that the process undertaken by the Applicants, the

6     US Debtors, and their advisors, including input from the

7     Monitor, the Official Committee of Unsecured Creditors of

8     NNI, and the Ad Hoc Bondholders was in compliance with the

9     bank procedures and that the maximum value for the purchased

10    assets has been achieved.  Further he also stated that the

11    bidding process was conducted by Nortel in consultation with

12    its financial and legal advisors, the Monitor and several of

13    its significant stake holders and in accordance with the

14    bidding procedures.  Finally he states that the auction

15    resulted in a purchase price many multiples higher than the

16    stalking horse agreement purchase price and he believes that

17    the proposed transaction set out in the sale agreement is

18    the best offer available for the assets.  The Monitor is of

19    the view that the company's efforts to market the residual

20    IP were comprehensive and conducted in accordance with the

21    bank procedures and that the auction process provided a

22    mechanism to fully determine the market value of the

23    residual IP.

24         The Monitor is satisfied that the purchase price

25    of the assets constitutes fair consideration for such assets

105

1  and as a result he's of the view that the sale agreement

2  represents the best transaction for the sale of the residual

3  IP.   The Monitor recommends that the Court approve the

4  Applicants' motion authorizing the Applicants to complete

5  the transaction that's contemplated in the sale agreement,

6  investing all the Applicants' interests in the purchased

7  assets and the Purchaser.   The Monitor has also recommended

8  approval of the second IP transaction side agreement.

9        Objections have been considered by the US Court.

10  They've either been resolved or overruled.   I'm of the view

11  that no useful purpose would be served by adding additional

12  comment on this issue.   The issue before the Court is

13  whether it's appropriate to approve the transaction.   I

14  refer to my endorsement of the bidding procedures motioned

15  May 2, 2011.   At the time I indicated that the Royal Bank of

16  Canada, Soundair, and Crown Trust principals would be

17  relevant at any sale approval motion.   Although the Soundair

18  and Crown Trust tests were established at the sale of assets

19  by receiver, the principals have been considered to be

20  appropriate for the sale of assets as part of a Court-

21  supervised process in a CCAA proceeding.   See

22  [indiscernible] and numerous Nortel endorsements on this

23  issue.

24        It is also noted that this [indiscernible]

25  enactment of the 2009 amendments to the CCAA, and that a

1  formal consideration of the factors in -- now in Section 36

2  of the CCAA is not required.

3          The factors for a Court to take into

4  consideration in reviewing a proposed sale of assets are as

5  follows: one, whether sufficient effort has been made to

6  obtain the best price and that the Debtor has not acted

7  improvidently, two, the Court should consider the interests

8  of all parties, three, the Court should consider the

9  efficacy and integrity of the process by which our office

10  has been obtained, and four, the Court should consider

11  whether there has been unfairness in the working out of the

12  process.  The unchallenged record clearly establishes that

13  the sale process has been conducted in accordance with the

14  bidding procedures and with the principals set out, both

15  Soundair and Crown Trust.  Result achieved at the auction is

16  five times the amount of the approved stalking horse

17  purchase price.  All parties are of the view that the

18  purchase price represents fair consideration to the assets

19  included in the sale agreement and the circumstances of this

20  case.  That statement could be considered to be somewhat

21  understated.

22          I am satisfied that the consideration provided by

23  Rockstar pursuant to the sale agreement constitutes fair

24  value and fair consideration to the assets in question.  I'm

25  also satisfied that it is appropriate to approve the sale

107

1   agreements between the Sellers and the Purchasers, as well

2   as it is appropriate to grant the relief relating to the

3   vesting order and the other ancillary agreements, all of

4   which are approved.

5           The Applicants also request a sealing order

6   sealing confidential appendixes to the 71st report of the

7   Monitor pending further order.  Considering this request I

8   refer to the Decision of the Supreme Court of Canada and

9   Sierra Club, which addresses the issue of a sealing order.

10  I've reviewed the confidential appendixes to the 71st

11  report.  I'm satisfied that the appendixes contain sensitive

12  commercial information, the release of which could be

13  prejudice to the stakeholders.  I'm satisfied that the

14  considerations referenced in the Sierra Club are present in

15  this case and that it is appropriate to grant the sealing

16  order and it is so granted.

17          I have endorsed the record, for oral reasons

18  given -- the motion is granted.  Orders have been signed in

19  the form presented as amendment.  Ms. Stam, you did provide

20  me with the approval and vesting order.  The only minor

21  amendment is contained in paragraph 3, where subject to any

22  persuasive argument that you make, you put forward at this

23  point, it is my practice not to comment on the commercial

24  reasonability of the transaction in the order.  That has

25  been done in the endorsement.  So my suggestion is that it

108

1   just reads that the declaration -- the transaction is

2   approved.

3           MS. STAM:  That's fine, Your Honor.  I have two

4   small clarifications.

5           JUSTICE MAROWETZ:  Yes.

6           MS. STAM:  At the request of a couple of the

7   parties in the room, I had made one handwritten change in

8   here at the end of paragraph 6 to reflect the amended and

9   restated commercial licenses acknowledgment, which was to be

10  initialed and I think the preference is to just expand the -

11  - as you're saying as amended, how I had written and to

12  actually refer to the full amended and restated

13  acknowledgment.  And so I have the language.

14          JUSTICE MAROWETZ:  That would be fine if you wish

15  to hand that up now.  I will -- I assume you've only got

16  that in one copy.

17          MS. STAM:  I do.  I'm happy to write it, but I

18  can -- that I handed up to you, if you'd like.

19          JUSTICE MAROWETZ:  Why don't you do that?

20          MS. STAM:  The other small matter, Your Honor, is

21  just with respect to your ruling on the sealing.  There were

22  confidential appendixes to the Monitor's report and I

23  believe that we filed separately in a separate envelope a

24  few confidential service affidavits, which contained on the

25  schedules confidential information about parties that

109

1  appeared on the schedules, were served with the motion, and

2  so I think we'd like the sealing order to cover that, those

3  confidential service affidavits, also.

4        JUSTICE MAROWETZ:  I think, Ms. Stam, perhaps you

5  can meet me after lunch to review those matters, but the

6  understanding is that I will make the notation.  I'm just

7  not familiar with the --

8        MS. STAM:  Absolutely.

9        JUSTICE MAROWETZ:  -- what you're referring to,

10  but unless there are any objections it would be my intention

11  to then do a supplementary endorsement granting the sealing

12  order in respect of those matters that Ms. Stam will bring

13  to my attention.

14        MS. STAM:  Thank you, Your Honor.

15        JUSTICE MAROWETZ:  There are no objections to

16  that.  I'll also just cover very briefly your escrow

17  agreement.  It -- the endorsement is the sale agreement

18  referenced in the record, has received Court approval.

19  Counsel, the Applicant has indicated the parties are working

20  towards a closing as soon as practical and that the foreign

21  [indiscernible] agreement contained in the record is in a

22  form that is acceptable to the parties.  According to the

23  motion it was not opposed.  I'm satisfied that the requested

24  relief is appropriate.  Motion is granted.  Order to go in

25  the form presented.  And that order has been -- will be

110

1    signed as well.

2            Subject to any questions I now propose to turn it

3    over to Judge Gross, who will render his opinion on the

4    matter.

5            THE COURT:  All right.  Thank you, Justice

6    Morawetz.  You know it's not everyday that a --

7            JUSTICE MORAWETZ:  Yes. I think my endorsement

8    indicated that those were also approved.

9            THE COURT:  -- Judge has an opportunity to make a

10   four and a half billion dollar mistake and that's what it

11   would be were I not to approve the --

12           JUSTICE MORAWETZ:  Thank you.  Judge Gross, over

13   to you.

14           THE COURT:  -- the sale on the terms set forth in

15   the order that's before me.  Specifically just making a few

16   specific findings because I am adopting the findings set

17   forth in the order and it's well based upon the reasoning

18   set -- stated by Justice Morawetz here, but that the notice

19   was certainly sufficient and proper.  The Debtors complied

20   with the bid procedures order, held an auction, which

21   created the market test that everyone is always most

22   interested in and then certainly establishes that the terms

23   are the highest and best available under the circumstances

24   and are really quite extraordinary.  I think that eventually

25   someone is going to start to check what they have in the

111

1   water at Cleary Gottlieb, but they've certainly been really

2   quite remarkable in the auctions and in the sales and the

3   terms and benefits to the estate that they've obtained.  I

4   find that under the circumstances and based upon the

5   evidence, the proffers that I admitted into evidence, as

6   well as the monitor's 71st report that there is more than

7   sufficient cause for a good faith finding under Section 363M

8   here and there is no reason to stay the closing.  It should

9   proceed as promptly as possible and for all of those reasons

10  and essentially the evidence in the record before me, I am

11  going to sign the order approving.  Let me just also say

12  that I have also approved and do approve of the filing under

13  seal of the documents that were submitted to me to be filed

14  under seal.  I think that they clearly contain sensitive and

15  proprietary information of the nature that our cases require

16  for a filing under seal.

17          MS. SCHWEITZER:  Thank you, Your Honor.  We have

18  -- the other motion before Your Honor was the tax side

19  letter, which I realize has --

20          THE COURT:  Yes.

21          MS. SCHWEITZER:  -- the order form.  May I

22  approach and hand that up?

23          THE COURT:  You certainly may.  And I'm approving

24  that as well and thank you.  Thank you for reminding me

25  because clearly this gives significant effect to the order

112

1    that I just approved and is essential to enable the parties

2    to proceed to closing and I will grant this motion as well

3    on the side letter.

4              MS. SCHWEITZER:  Thank you, Your Honor.

5              THE COURT:  Was there anything further for today?

6    Mr. Abbott?

7              MR. ABBOTT:  I --

8              THE COURT:  It's not over until you tell me it

9    is.

10   (Laughter)

11             MR. ABBOTT:  Your Honor, I didn't mean to be

12   presumptuous earlier when I was asking you to sign the

13   order.

14             THE COURT:  No.

15   (Laughter)

16             MR. ABBOTT:  But I'm not going to answer that

17   question until you do, Your Honor.

18             THE COURT:  There you go.

19   (Laughter)

20             THE COURT:  Well, I'm doing it right now, Mr.

21   Abbott.  Yes, sir.

22             MR. ABBOTT:  Your Honor, I don't think there's

23   anything else on the record at the hearing today.  We did

24   obviously arrange with chambers to have a short chambers

25   conference with some --

A

TR21509

113

1          THE COURT:  Yes.

2          MR. ABBOTT:  -- relevant parties, Your Honor, but

3   other than that, that's all we have for today.

4          THE COURT:  All right, everyone.  Thank you for

5   an excellent hearing and we will stand in recess and good

6   day to all of you.

7          MR. ABBOTT:  Thank you, Your Honor.

8    (Whereupon, at 1:11 p.m., the hearing was adjourned.)

9

10                    CERTIFICATION

11          I certify that the foregoing is a correct

12   transcript from the electronic sound recording of the

13   proceedings in the above-entitled matter.

14

15

16   Wendy Evans                                    11 July 2011

17   Wendy Evans, Transcriber                          Date

# NORTEL.7.11.11.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**a.m(5)** 1:15 7:1 21:22 21:22 88:2

**a10(1)(x)(1)** 62:7

**abbot(84)** 1:24 7:3 7:4 7:5 7:10 7:17 7:19 7:23 7:24 8:5 12:11 12:19 12:20 13:2 17:9 17:11 17:12 17:13 17:13 17:17 18:9 18:13 23:5 72:9 72:11 72:12 72:16 73:3 73:8 73:17 73:18 73:21 74:1 74:7 74:9 74:12 89:3 89:4 89:5 89:5 89:24 90:13 90:22 91:25 92:2 92:18 92:21 92:14 92:23 93:9 94:1 94:4 94:9 94:15 94:19 94:21 95:9 95:12 95:16 95:22 95:24 96:19 96:19 97:24 98:2 98:6 98:14 98:17 99:5 99:9 99:10 99:13 100:4 100:7 100:10 112:6 112:7 112:11 112:16 112:20 112:22 113:2 113:7

**able(25)** 8:19 10:21 10:25 23:13 31:5 47:10 68:1 76:19 78:9 78:17 78:24 79:11 80:10 81:23 81:24 82:13 83:16 83:21 85:2 85:20 89:10 89:20 104:1 110:16

**about(20)** 17:5 23:22 24:8 26:11 28:21 49:15 51:6 51:10 55:14 67:23 69:18 71:6 78:7 85:14 92:5 92:12 93:12 97:15 97:25 108:25

**above(1)** 35:8

**aboveentitled (1)** 113:13

**absolutely(5)** 7:18 23:8 61:6 101:9 109:8

**abstraction(1)** 82:21

**abundance(1)** 75:6

**acceptable(7)** 9:12 16:14 17:22 17:24 18:1 64:25 109:22

**accepted(4)** 25:18 30:12 44:7 55:11

**accepting(5)** 30:7 47:12 49:20 54:24 90:7

**access(3)** 9:21 34:16 35:15

**accomplish(1)** 78:11

**accordance(12)** 22:11 32:3 39:24 40:9 41:5 95:3 97:16 101:6 101:19 104:13 104:20 106:13

**according(2)** 68:2 109:22

**accordingly(1)** 86:7

**account(1)** 103:23

**achieved(3)** 53:11 104:10 106:15

**acknowledged(2)** 70:2 80:12

**acknowledgemen(8)** 45:14 55:24 55:25 69:15 69:16 70:14 96:3 97:12

**acknowledges(1)** 67:25

**acknowledgmen(5)** 95:19 96:2 96:7 96:14 96:22 97:17 108:9 108:13

**acquire(1)** 54:10

**acted(2)** 42:20 106:6

**action(3)** 13:25 14:3 15:9

**actions(1)** 16:7

**active(2)** 75:16 76:25

**actively(1)** 10:11

**actual(1)** 75:18

**actually(19)** 19:6 19:14 25:21 31:4 41:4 57:19 60:18 67:23 69:20 76:14 79:14 80:10 81:16 81:17 91:23 96:11 98:4 100:8 108:12

**adams(1)** 5:19

**add(2)** 49:21 83:13

**added(8)** 15:8 18:23 19:4 19:4 55:10 55:19 69:21 80:11

**adding(2)** 83:6 105:11

**addition(7)** 9:15 14:21 15:10 29:5 40:7 47:23 49:2

**additional(17)** 10:1 11:5 15:16 18:23 19:17 35:9 37:5 40:1 40:5 41:2 42:9 45:9 45:22 48:9 65:21 100:18 105:11

**additionally(1)** 15:15

**address(13)** 12:12 26:17 28:20 44:23 46:7 73:4 74:21 85:17 85:21 86:10 86:15 87:6 87:24

**addressed(2)** 65:14 87:8

**addresses(3)** 46:15 48:5 107:9

**adjourn(1)** 40:16

**adjourned(4)** 14:4 14:23 41:19 113:8

**adjourning(3)** 20:16 21:3 23:12

**adjournment(4)** 10:3 23:12 32:2 40:17

**adjustment(1)** 28:11

**adjustments(2)** 18:4 27:17

**administered(1)** 1:8

**administration(1)** 101:4

**admission(1)** 43:20

**admit(2)** 37:18 44:16

**admitted(4)** 37:15 43:24 44:12 111:5

**admittedly(1)** 79:11

**adopted(1)** 42:10

**adopting(1)** 110:16

**advance(2)** 16:4 64:21

**advantages(2)** 29:16 47:10

**adversary(4)** 12:13 13:11 18:21 19:13

**advice(1)** 33:12

**advise(1)** 87:1

**advisor(1)** 33:8

**advisors(7)** 33:2 35:10 35:11 35:22 36:1 104:6 104:12

**affect(1)** 29:15

**affidavit(8)** 58:16 58:17 58:25 86:16 101:22 101:25 102:24 104:4

**affidavits(2)** 108:24 109:3

**affiliate(1)** 102:10

**affiliates(1)** 97:7

**affirmative(4)** 26:8 26:10 26:15 50:10

**afraid(1)** 96:20

**after(19)** 22:17 26:14 34:18 34:21 35:7 35:10 39:22 40:1 40:25 41:15 48:10 56:6 76:1 82:18 83:19 87:9 87:10 95:19 109:5

**again(32)** 20:3 20:4 21:24 24:6 28:11 29:19 30:1 31:18 34:23 35:14 35:23 35:24 37:3 37:17 37:25 38:7 41:5 46:17 47:8 49:9 52:7 57:23 69:9 70:8 75:12 76:5 79:21 82:10 82:16 89:16 92:3 96:20

**against(4)** 13:25 14:22 48:8 75:24

**agenda(8)** 12:14 12:25 13:18 13:19 14:21 15:16 15:21 20:5

**ago(2)** 23:20 76:16

**agree(10)** 9:5 26:1 26:1 30:25 48:23 49:2 49:12 51:7 89:9 89:11

**agreed(18)** 8:20 8:21 8:24 9:8 9:18 9:24 11:2 20:14 21:1 47:22 48:14 49:21 54:10 69:22 71:8 88:18 90:15 103:9

**agreeing(2)** 48:15 48:19

**agreement(97)** 14:3 14:18 20:25 26:9 26:24 28:2 28:6 28:10 28:18 29:2 29:3 30:6 30:11 31:15 34:19 34:20 36:8 40:22 42:16 45:12 46:7 46:8 46:15 46:16 46:20 48:5 48:20 49:9 49:15 50:5 53:9 53:10 55:3 55:8 57:15 57:21 57:21 58:4 58:12 58:16 59:2 59:13 59:21 61:20 62:23 64:4 64:13 66:5 66:12 66:22 68:18 70:1 71:9 71:11 77:10 81:14 88:20 89:22 90:8 90:8 91:14 94:23 95:10 96:1 96:7 96:9 96:9 97:21 99:3 99:12 99:17 99:19 99:21 101:2 101:2 101:3 101:7 101:14 102:18 103:22 103:2 103:2 103:11 103:21 103:25 104:16 104:17 105:1 105:5 105:8 106:19 106:23 109:17 109:17 109:21

**agreements(22)** 24:12 30:14 34:14 42:24 54:13 55:21 56:2 68:23 70:2 70:5 70:6 71:6 83:11 91:4 91:24 96:24 97:1 97:4 97:6 97:9 107:1 107:3

**agrees(1)** 39:5

**aixtron(1)** 86:25

**akin(3)** 2:4 6:5 51:2

**all(110)** 7:22 10:17 11:7 11:8 11:25 12:4 12:6 12:9 12:18 12:18 14:5 15:10 15:11 16:3 16:20 16:23 18:3 19:19 19:18 19:23 20:6 20:22 21:5 21:9 21:12 21:18 25:18 26:1 26:11 27:15 28:1 28:7 32:2 32:3 32:22 35:17 37:11 37:14 38:9 38:24 42:3 43:17 43:23 44:15 45:18 47:17 48:14 48:23 49:5 51:7 51:11 52:13 52:20 53:7 53:17 54:3 55:25 56:5 60:5 60:21 62:10 65:1 65:6 67:1 67:7 70:24 71:7 72:12 72:25 73:2 73:16 73:25 74:4 74:8 76:19 80:14 81:3 81:8 81:11 81:18 81:23 82:2 82:2 82:11 85:16 85:18 86:18 87:23 88:6 89:4 92:5 92:11 94:13 96:24 96:25 96:9 91:7 97:9 99:14 100:3 101:8 105:6 106:8 106:17 107:3 110:5 111:9 113:3 113:4 113:6

**allen(1)** 2:19

**alleve(1)** 89:16

**allocation(8)** 48:9 48:16 48:25 49:4 49:22 51:9 52:5 103:22

**allow(3)** 9:9 77:18 81:9

**allowing(1)** 72:1

**along(3)** 47:3 53:6 102:13

**already(4)** 62:17 62:20 75:8 80:16

**also(61)** 8:21 9:16 9:19 11:12 15:15 24:12 25:10 25:16 28:19 29:2 29:19 30:21 31:1 32:8 32:12 34:2 36:24 37:23 39:17 39:25 40:22 41:7 42:22 43:5 44:22 45:20 46:6 53:13 54:2 54:11 55:1 56:8 56:14 57:5 58:11 59:24 62:6 62:13 64:14 68:22 70:4 76:10 76:13 76:24 78:12 93:10 101:25 103:9 103:21 104:1 104:10 105:7 105:24 106:25 107:5 109:9 110:9 110:8 111:11 111:13

**alston(1)** 2:44

**alt(1)** 27:25

**alternate(1)** 20:25

**alternative(4)** 30:12 49:20 51:17 51:18 68:2 80:6 105:17

**always(5)** 12:25 36:15 58:8 75:24 110:21

**amazing(1)** 56:13

**amend(2)** 66:23 83:14

**amended(14)** 45:14 58:4 58:18 59:2 59:25 68:3 69:15 73:5 94:10 96:2 99:18 108:8 108:11 108:12

**amendment(2)** 107:19 107:21

**amendments(6)** 62:8 62:14 70:13 96:25 97:7 105:25

**america(2)** 5:34 71:23

**americas(3)** 2:21 4:22 21:4

**amish(2)** 5:35 71:22

**among(7)** 18:22 35:11 37:7 42:12 42:17 101:3 102:9

**amongst(3)** 5:18 56:15

**amount(2)** 20:15 21:3 106:16

**analyzing(1)** 51:15

**ancillary(3)** 42:24 68:14 107:3

**and(301)** 7:7 7:7 7:11 7:15 8:8 8:10 8:12 8:18 8:18 8:21 9:1 9:3 9:6 9:7 9:7 9:19 9:23 10:2 10:3 10:8 10:9 10:11 10:12 10:13 10:14 10:16 10:22 11:1 11:7 11:20 12:6 12:9 12:16 13:12 13:16 13:18 13:20 13:24 14:1 14:11 14:16 14:18 14:21 14:24 15:1 15:10 15:10 15:15 15:18 15:18 15:19 15:21 16:1 16:5 16:7 16:9 16:9 18:3 18:12 18:19 18:25 19:16 20:5 20:7 20:8 20:14 20:16 20:18 20:19 21:1 21:3 21:16 21:18 21:19 21:19 21:20 21:23 21:23 22:10 22:13 22:14 22:17 22:20 23:4 24:5 23:13 23:14 23:22 23:24 24:2 24:4 24:5 24:5 24:7 24:9 24:11 24:15 24:15 25:8 25:9 25:16 25:16 25:18 26:2 26:4 26:5 26:6 26:9 26:17 26:19 27:7 27:12 27:13 27:14 27:15 27:18 28:1 28:1 28:6 28:19 28:20 28:22 29:17 29:18 29:18 29:19 30:2 30:8 30:9 30:10 30:21 31:1 31:12 31:15 31:16 31:19 31:22 32:1 32:6 32:11 32:12 32:20 33:20 33:22 33:23 33:24 33:25 34:2 34:4 34:7 34:10 34:12 34:13 34:15 34:20 34:23 34:25 35:1 35:3 35:4 35:8 35:9 35:10 35:11 35:16 35:18 35:24 35:25 36:1 36:1 36:4 36:5 36:6 36:9 36:12 36:14 36:16 36:16 36:20 37:2 37:3 37:7 37:9 37:24 37:25 38:5 38:5 38:10 38:11 38:15 38:16 38:10 40:11 40:12 40:15 40:17 40:19 40:20 40:24 40:25 41:2 41:4 41:10 41:14 41:19 41:22 41:24 42:1 42:25 42:2 42:4 42:4 42:5 42:8 42:12 42:13 42:14 42:17 42:20 42:23 42:24 42:25 43:1 43:1 43:2 43:6 43:10 43:11 44:5 44:15 44:16 44:18 44:22 44:24 45:9 45:13 45:14 45:21 46:8 46:17 46:22 46:25 47:2 47:8 47:12 47:14 47:21 48:5 48:7 48:9 48:17 48:18 48:23 49:2 49:14 49:25 50:4 50:7 50:22 51:6 51:14 51:21 52:5 52:5 52:6 52:8 52:19 52:19 53:8 53:13 53:15 53:15 53:17 53:21 53:22 53:23

**Page : 1**

## NORTEL.7.11.11.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**Word / Page:Line**

and(301) 54:2 54:4 54:5 54:9 54:17 54:20 55:2 55:11 55:12 55:13 55:22 55:24 56:1 56:2 56:5 56:6 56:8 56:12 56:22 56:23 57:12 57:14 57:21 58:1 58:1 58:3 58:3 58:17 58:18 59:3 59:9 59:10 59:19 59:23 59:17 59:22 59:24 59:24 59:25 60:2 60:24 61:3 61:15 61:18 61:19 61:22 62:2 62:5 62:11 62:12 62:13 62:14 62:15 62:22 62:24 63:1 63:6 63:10 63:25 64:3 64:9 64:14 64:24 65:1 65:2 65:25 66:22 66:23 67:10 67:17 67:21 67:22 67:23 67:25 68:1 68:9 68:16 68:18 68:23 69:5 69:8 69:13 69:16 69:22 70:3 70:8 70:12 70:13 70:17 70:17 71:5 71:7 71:7 71:9 71:11 71:14 71:21 72:4 72:12 72:16 72:20 72:22 73:4 73:5 73:9 73:11 73:14 74:4 74:16 74:19 74:24 74:25 75:3 75:8 75:16 75:17 75:17 75:19 75:20 75:21 75:25 76:2 76:5 76:6 76:10 76:12 76:19 77:1 77:6 77:7 77:13 77:13 78:2 78:6 78:14 78:19 78:23 79:3 79:4 79:5 79:8 79:8 79:24 79:25 80:8 80:10 80:13 80:13 81:1 81:14 81:20 81:22 81:22 81:24 81:24 81:24 81:24 82:2 82:23 83:3 83:8 83:11 83:13 84:2 84:12 84:3 84:7 84:8 84:16 84:21 84:24 85:1 85:8 85:9 85:13 85:18 85:24 86:2 86:7 86:7 86:8 86:19 86:19 86:22 86:25 87:1 87:2 87:2 87:5 87:14 87:15 87:15 87:21 87:25 87:25 88:17 88:18 88:19 88:20 89:7 89:7 89:8 89:14 89:14 89:14 89:18 89:21 89:25 89:25 90:1 90:6 90:9 90:20 90:21 91:10 91:11 91:12 91:14 91:15 91:21 92:2 92:16 92:17 92:19 92:24 93:2 93:4 93:5 93:11 93:11 93:13 93:15 93:20 93:22 93:22 94:2 94:5 94:6 94:10 94:23 94:24 94:25 95:1 95:3 95:6 95:7 95:16 95:25 96:2 96:2 96:22 96:25 97:1 97:2 97:3 97:5 97:5 97:7 97:8 97:18 99:1 99:22 97:24 98:8 98:9 98:18 98:19 98:23 99:2 99:3 99:11 99:15 99:18 99:18 99:18 99:19 99:25 100:1 100:20 101:3 101:4 101:5 101:7 101:8 101:8 101:9 101:9 101:11 101:12 101:24 102:7 102:9 102:17

and(69) 102:17 102:23 102:24 103:5 103:7 103:8 103:10 103:11 103:19 104:6 104:8 104:9 104:12 104:12 104:13 104:16 104:8 104:21 105:1 105:15 105:16 105:18 105:22 105:25 106:6 106:9 106:10 106:14 106:15 106:24 106:24 107:1 107:3 107:8 107:15 107:16 107:20 108:8 108:10 108:11 108:12 108:13 108:22 109:1 109:20 109:25 110:10 110:10 110:17 110:19 110:22 110:23 110:24 111:2 111:2 111:3 111:4 111:8 111:9 111:10 111:12 111:14 111:22 111:23 111:24 112:1 112:2 112:3 113:5 113:5

anderson(1) 3:33
andrew(1) 5:44
angles(1) 74:5
anister(1) 41:40
anixter(3) 14:7 14:12 14:14
ann(1) 1:25
annex(1) 62:7
annie(1) 19:10
announced(2) 34:19 40:17
announcemen(1) 24:17
another(7) 12:7 22:20 69:11 70:11 70:18 85:9 96:18

answer(4) 10:15 14:15 69:8 112:16
anti-trust(1) 28:25
anticipated(1) 104:2

**Word / Page:Line**

are(68) 9:25 9:25 10:14 11:9 12:24 15:13 16:18 26:17 28:23 32:15 32:18 35:2 35:5 36:21 36:22 36:22 42:15 42:19 44:13 47:18 47:19 48:3 49:13 49:14 50:16 51:9 53:13 53:16 55:1 57:1 57:4 60:1 64:2 64:8 64:22 67:17 68:4 68:6 70:7 72:8 71:12 72:17 72:20 75:7 76:3 76:13 77:2 75:15 78:5 84:6 84:24 85:17 86:2 90:5 90:6 90:11 93:7 93:16 95:5 95:6 96:14 97:10 100:18 101:10 105:17 107:21 109:10 110:2

anybody(2) 60:3 80:9
anymore(1) 11:21
anyone(16) 12:1 16:20 19:21 21:9 32:19 31:17 37:15 43:18 43:20 52:11 65:25 67:4 70:21 71:17 72:25 73:1

anything(15) 60:10 78:15 79:5 79:9 79:12 79:14 79:17 79:21 79:22 80:1 80:15 80:20 83:23 112:5 112:23

apologies(1) 50:2
apologize(4) 45:6 60:14 74:2 98:19
appear(1) 72:1
appearance(1) 37:6
appearances(3) 1:21 5:16 6:1
appeared(1) 109:9
appendices(2) 59:9 59:16
appendix(3) 59:10 59:12 59:13
appendixes(4) 107:6 107:10 107:11 108:22
applauded(1) 51:12
apple(10) 3:22 6:13 27:6 36:4 36:13 36:21 40:8 41:16 102:17 103:18

apples(1) 82:23
applicable(2) 91:13 99:2
applicant(1) 109:19
applicant's(1) 59:24
applicants(12) 58:9 100:25 101:8 101:14 101:22 103:6 103:24 104:5 105:4 105:4 105:6 107:5

applications(4) 27:13 27:24 38:21 102:8
apply(1) 68:23
appoint(2) 8:22 10:13
appointing(1) 9:8
appointment(1) 9:1
appreciate(2) 1:21 93:23 100:19
approach(7) 9:9 13:21 21:6 46:1 63:8 99:8 111:22

approached(2) 29:20 35:9
appropriate(15) 7:14 33:21 33:22 51:15 51:21 79:18 85:19 86:9 100:10 105:13 105:20 106:25 107:2 107:15 109:24

approval(17) 23:18 23:21 24:15 26:23 26:23 29:25 36:7 41:4 50:4 53:23 57:21 103:25 104:2 105:8 105:17 107:20 109:18

approvals(1) 28:24
approve(13) 30:22 46:14 53:16 53:25 66:4 94:5 102:1 103:15 103:15 106:25 110:11 111:12

approved(17) 22:12 39:22 75:9 75:10 75:11 76:8 82:3 82:4 83:22 101:21 102:8 106:16 107:4 108:2 110:8 111:12 112:1

approving(7) 52:9 101:1 101:11 101:13 102:5 111:11 111:23

approximately(4) 34:8 34:13 50:13 102:7
april(3) 31:14 75:10 101:25

**Word / Page:Line**

are(123) 7:11 8:5 8:14 8:18 9:6 11:18 11:19 13:10 14:7 14:11 14:17 15:9 15:17 15:18 16:8 19:12 19:15 20:7 20:14 20:16 20:19 21:3 22:1 22:16 24:11 27:12 27:17 27:23 28:6 28:14 30:21 31:1 31:2 34:2 32:13 42:19 43:6 43:8 48:19 52:3 52:5 53:22 54:7 54:12 54:25 54:22 54:22 55:1 55:15 55:16 56:22 58:7 59:10 61:3 62:9 62:19 65:3 65:21 67:12 67:14 67:18 67:22 68:9 68:11 68:20 69:8 70:2 70:7 70:7 70:15 71:6 73:9 74:18 74:19 75:12 76:5 77:3 77:5 77:6 77:13 78:11 78:12 79:7 82:9 82:10 82:11 84:4 84:20 85:13 86:14 88:15 89:20 89:22 89:25 90:10 91:3 91:4 96:6 96:16 96:17 97:1 97:3 97:5 97:12 98:18 102:23 103:18 106:4 106:17 107:4 107:14 109:10 109:15 109:19 110:23 110:24

areas(1) 27:14
aren't(1) 50:15
argentina(1) 5:5
argued(1) 19:2
arguing(1) 17:21
argument(4) 48:9 81:4 85:7 107:22
arises(1) 18:5
arm's(1) 36:19 37:8 42:4 42:11
arnall(1) 6:9
aronoff(1) 4:34
arose(1) 36:16
around(2) 7:14 34:1
arrange(1) 112:24
arrangement(1) 58:2
arrangements(2) 22:16 59:1
arsht(2) 1:23 19:10
articulate(1) 96:21
articulately(1) 67:16
aside(1) 39:24
ask(8) 8:22 9:20 16:19 44:6 46:24 46:25 52:9 60:24

asked(23) 11:31 24
asking(8) 56:22 77:14 92:25 97:10 98:8 98:12 98:23 112:12

aspects(1) 38:24
asserted(1) 15:7
assert(11) 25:22 26:24 39:15 45:12 62:23 99:3 99:11 99:17 99:20 100:1 101:1

assets(63) 8:7 23:14 23:19 27:11 27:12 28:19 29:12 29:14 31:6 33:5 34:12 34:15 34:17 34:23 35:3 36:6 36:7 37:2 38:9 38:13 38:19 38:20 39:3 39:4 39:8 39:10 39:19 41:25 43:10 43:11 46:21 47:4 47:8 48:17 48:22 49:7 49:25 50:6 51:16 51:18 51:21 68:8 82:7 82:9 90:5 95:5 98:6 95:10 101:16 101:9 102:6 102:12 102:15 104:10 104:18 104:24 105:7 105:7 105:1 105:20 106:4 106:18 106:24

assign(4) 31:16 54:12 55:1 69:10
assigned(2) 31:2 71:7
assigning(1) 67:17
assignment(4) 31:18 69:2 71:10 103:10
assist(1) 8:23
assume(2) 31:16 108:15
assumed(3) 71:7 76:5 91:4
assuming(6) 67:17 72:17 81:13 90:6 90:11 95:6

assumption(2) 31:18 71:9
assure(1) 37:6
aster(1) 86:25
att  (2) 70:16 81:22
athanta(1) 2:48
atlantic(1) 2:46
attach(7) 59:1 62:24 66:2 66:6 66:8 69:9 66:10

**Word / Page:Line**

attached(4) 45:12 69:13 99:18 99:19
attaches(1) 58:11
attachments(1) 99:14
attention(3) 13:17 55:11 109:13
attested(1) 8:13
attorney's(1) 9:22
attorneys(1) 11:22
attributes(3) 48:1 48:4 48:8
auction(48) 23:12 23:23 24:2 24:6 25:4 25:15 25:16 26:2 32:3 35:18 35:19 35:20 35:22 36:10 36:14 36:15 36:17 38:15 38:16 39:20 41:8 40:16 40:21 40:23 40:24 41:1 41:8 41:11 41:13 41:19 42:2 42:3 42:5 42:8 42:17 42:21 51:22 53:14 57:11 57:12 102:14 102:15 104:14 104:21 106:15 110:20

auctions(3) 24:5 24:8 111:2
audible(14) 12:3 16:22 19:22 21:11 32:21 37:13 37:16 43:19 43:22 44:14 52:12 60:5 67:6 70:23

authorizing(2) 20:24 105:4
available(7) 9:4 33:4 37:25 45:9 77:18 104:18 110:23

ave(2) 2:41 3:6
avenue(5) 2:21 3:24 3:29 4:22 4:36
avoid(1) 13:12
avoidance(1) 16:6
aware(8) 8:5 23:17 30:21 35:1 35:1 42:22 46:13 58:10

away(2) 95:4 100:7
ayesha(1) 4:41
b.j(1) 6:29
back(28) 11:4 11:7 17:6 17:20 20:5 21:19 21:21 26:15 26:19 29:14 29:25 31:14 33:8 55:2 56:7 56:8 57:2 60:6 66:6 66:9 69:6 73:15 74:19 76:9 85:9 88:7 90:20 98:25

backdrop(1) 23:25
background(2) 25:2 26:12
baked(1) 63:25
balance(1) 73:13
bank(3) 104:9 104:21 105:15
bankruptcy(7) 1:1 1:19 25:23 82:2 82:11 91:6 101:18

bar(1) 76:16
barclays(1) 6:17
barclay's(1) 6:17
barring(1) 11:9
baseball(1) 44:22
based(2) 110:17 111:4
basically(4) 55:25 78:16 79:25 80:14
basis(3) 72:20 93:16 94:6
bears(1) 78:4
because(26) 11:22 27:19 30:1 31:11 36:5 44:8 46:8 49:19 51:4 55:23 75:6 79:4 79:17 80:22 83:18 85:16 85:22 85:22 87:14 91:3 92:5 95:20 96:14 110:16 111:25

become(4) 35:10 35:13 47:2 50:17
becomes(1) 30:8

## NORTEL.7.11.11.DOC

| Word | Page:Line |
|---|---|
| been(97) | 8:13 10:24 10:25 10:25 11:1 14:4 14:10 14:22 15:8 15:11 15:19 16:6 18:23 19:3 19:24 20:24 21:2 22:12 22:18 24:4 25:4 25:6 26:3 26:16 26:25 27:4 28:10 28:13 28:15 29:7 30:6 30:8 31:17 31:17 31:23 32:3 33:6 33:7 33:18 38:2 38:4 42:24 44:21 49:6 50:4 54:5 55:11 55:17 57:8 57:10 60:20 61:10 61:17 65:1 65:15 72:18 72:19 73:5 73:8 76:15 77:1 78:3 78:17 78:24 79:11 79:23 82:2 84:13 84:23 85:3 85:25 86:21 86:22 87:2 87:18 91:7 93:10 95:21 96:11 96:12 96:15 98:1 101:20 102:22 103:22 104:10 105:9 105:15 105:19 106:5 106:10 106:11 106:13 107:18 107:25 109:25 111:1 |
| before(26) | 1:18 17:6 17:6 17:7 19:24 21:17 23:4 23:20 24:22 46:5 46:18 46:22 47:8 49:14 50:22 56:16 57:21 69:13 75:9 76:24 85:22 100:15 105:12 110:15 111:10 111:18 |
| began(2) | 34:5 39:14 |
| begin(1) | 23:4 |
| beginning(3) | 16:7 33:8 76:16 |
| behalf(11) | 8:3 8:19 15:9 17:13 18:19 19:11 20:19 51:3 63:21 70:21 71:22 |
| behind(6) | 34:15 56:19 66:7 66:11 66:14 99:21 |
| being(23) | 14:11 22:11 27:9 27:11 27:13 31:2 33:16 37:2 37:15 38:20 45:20 47:9 58:7 63:25 67:14 70:3 71:6 75:12 77:6 78:12 82:9 89:10 89:20 |
| belabor(1) | 85:7 |
| belief(2) | 36:7 41:22 |
| believe(30) | 8:15 10:8 15:12 21:16 23:5 29:24 32:14 32:15 36:18 45:1 49:25 53:1 54:3 58:18 62:8 62:20 66:11 69:15 71:15 76:14 77:17 81:1 86:3 87:3 87:7 88:21 90:8 90:14 99:20 108:23 |
| believed(2) | 23:12 40:15 |
| believes(3) | 39:10 104:5 104:16 |
| hell(1) | 86:25 |
| beneficiaries(6) | 4:6 8:17 8:20 9:20 10:1 10:20 |
| benefits(1) | 111:3 |
| benesch(1) | 4:33 |
| bernstein(1) | 4:12 |
| best(15) | 36:8 39:10 40:16 41:24 43:8 53:11 59:22 104:18 105:2 106:6 110:23 |
| bett's(1) | 85:21 |
| better(6) | 19:23 22:5 25:15 39:6 87:13 |
| betts(29) | 3:4 13:25 14:3 74:22 74:23 75:4 76:9 76:15 77:17 78:18 78:20 78:23 78:25 79:1 79:6 79:11 79:12 79:15 79:16 79:19 79:21 80:3 80:19 80:20 80:23 81:2 81:14 85:2 86:1 |
| between(10) | 14:18 42:11 56:2 57:20 58:2 73:11 79:23 93:22 95:7 107:1 |
| beyond(2) | 28:8 31:4 |
| bhatnagar(1) | 3:28 |
| bid(25) | 24:18 24:19 25:11 25:19 26:25 27:9 29:20 30:8 32:4 36:20 36:24 40:20 40:21 41:1 41:4 41:16 41:23 50:3 61:21 61:23 102:10 102:13 102:20 103:6 110:20 |
| bidco(10) | 27:1 27:10 36:8 36:12 38:17 40:8 41:17 57:14 91:21 101:5 |
| bidder(6) | 38:18 40:7 41:18 41:21 95:20 103:13 |
| bidder's(1) | 42:11 |
| bidders(25) | 25:14 25:14 27:19 35:6 35:10 35:13 35:13 35:15 35:17 36:22 37:7 37:7 40:5 40:7 41:8 41:11 41:12 41:13 42:3 42:5 42:9 42:12 42:13 42:17 43:10 |
| bidding(21) | 25:17 25:18 27:8 30:22 32:4 35:7 39:21 39:24 40:10 41:5 41:15 42:1 42:12 102:1 102:5 102:16 102:19 104:11 104:14 105:14 106:14 |
| biddle(2) | 5:4 5:10 |
| bids(16) | 25:18 35:18 35:23 35:24 39:13 39:20 40:15 40:20 41:2 41:3 41:9 42:14 42:12 102:13 102:16 102:17 |
| big(7) | 7:11 23:5 24:15 53:25 56:17 56:18 64:6 |
| bigger(1) | 30:20 |
| billion(15) | 24:4 24:9 25:19 27:16 29:8 29:23 41:19 45:7 49:6 58:6 80:8 84:17 102:21 102:25 110:10 |
| bird(1) | 2:44 |
| bit(4) | 7:7 7:14 78:19 79:23 |
| black(6) | 13:20 44:24 45:11 48:4 48:8 63:2 |
| blank(1) | 4:6 |
| blauner(1) | 5:23 |
| bldg(1) | 2:34 |
| bodies(1) | 61:18 |
| boggs(1) | 2:34 |
| bondholder(1) | 2:25 |
| bondholders(1) | 104:8 |
| bonnie(1) | 4:7 |
| book(1) | 59:4 |
| books(1) | 75:17 |
| border(2) | 22:11 101:20 |
| both(19) | 22:19 23:6 25:4 25:8 25:9 26:14 36:11 52:9 63:6 86:19 86:21 89:3 91:10 93:11 98:18 101:21 101:24 103:5 106:14 |
| botter(6) | 2:5 50:24 51:1 51:2 52:3 52:11 |
| bottom(1) | 56:10 |
| box(2) | 48:4 48:8 |
| brad(1) | 2:6 |
| bradstreet(1) | 20:19 |
| brass(1) | 93:13 |
| breadth(1) | 93:2 |
| break(8) | 22:19 30:6 30:8 60:24 85:18 85:20 85:22 87:24 |
| break-up(2) | 103:3 103:7 |
| breaking(1) | 25:4 |
| brevity(1) | 100:20 |
| brian(1) | 6:26 |
| brief(3) | 10:21 21:19 71:19 |
| briefly(4) | 16:1 18:21 51:4 109:16 |
| bright(1) | 56:19 |
| bring(2) | 33:24 109:12 |
| bringing(3) | 26:7 87:3 100:25 |
| b'ng(1) | 53:9 |
| broad(2) | 38:22 97:4 |
| broadcasting(2) | 5:30 18:19 |
| broadcom(1) | 72:9 |
| broader(1) | 56:2 |
| broadly(1) | 78:10 |
| brockville(1) | 15:24 |
| bromley(1) | 1:33 23:23 |
| brookville(1) | 5:4 |
| brought(1) | 103:24 |
| brown(1) | 3:15 |
| brown,esq(1) | 5:27 |
| bryant(1) | 2:8 |
| bucket(4) | 61:13 67:12 70:10 70:18 |
| burden(3) | 76:5 78:4 79:2 |
| business(10) | 23:21 25:7 27:18 31:19 33:22 38:5 39:5 31:18 78:19 79:23 |
| businesses(1) | 24:10 |
| bussige(1) | 1:35 |
| busy(1) | 73:8 |
| but(105) | 8:19 11:2 11:6 12:8 12:14 15:7 16:13 17:21 18:5 19:2 22:5 24:5 24:22 26:3 28:2 31:10 31:23 33:12 38:17 42:12 45:22 46:8 48:18 49:16 49:18 50:3 50:8 50:20 53:4 54:21 54:25 56:15 57:16 57:24 58:19 58:22 58:24 59:15 61:16 62:13 62:21 64:2 64:7 64:10 67:16 67:18 68:1 75:7 76:13 76:18 76:22 77:5 77:5 77:11 78:13 79:7 79:12 79:17 79:22 80:19 80:20 81:10 81:21 82:6 82:13 82:20 85:4 85:7 85:21 87:12 88:23 89:15 89:19 90:10 90:18 91:10 91:22 92:15 92:23 92:25 109:10 110:18 111:1 112:16 113:2 |
| buyer(2) | 67:16 73:11 |
| buyers(5) | 24:11 24:14 34:10 34:24 39:18 |
| buying(3) | 34:9 34:23 68:15 |
| cake(1) | 83:1 |
| cala(1) | 13:16 |
| caleb(1) | 2:34 |
| calendars(1) | 23:6 |
| call(10) | 12:8 28:24 32:18 43:8 48:5 54:20 53:12 63:17 69:20 83:7 |
| called(4) | 23:5 38:11 45:13 67:13 |
| came(6) | 24:23 34:14 50:3 55:2 83:10 84:7 |
| campbell(1) | 4:40 |
| campus(1) | 5:12 |
| can(38) | 12:6 22:2 22:4 22:5 26:16 29:5 29:8 45:19 46:12 50:7 51:3 55:18 56:13 57:2 57:13 57:15 58:22 60:25 65:2 66:6 70:9 73:13 73:15 73:22 74:13 74:19 78:20 79:7 87:1 87:8 87:14 87:20 92:24 94:16 96:23 103:2 108:18 109:5 |
| can't(8) | 78:22 79:5 79:6 80:2 80:4 82:21 98:10 98:20 |
| canada(15) | 26:9 26:20 46:13 47:24 48:7 49:25 50:9 86:19 86:22 86:22 86:24 86:2 89:14 105:16 107:8 |
| canadian(10) | 2:19 2:20 39:22 46:6 47:25 51:19 51:20 53:4 58:9 102:7 |
| capital(7) | 6:17 6:17 69:20 75:18 83:7 86:2 91:9 |
| capitalized(2) | 64:2 96:4 |
| caption(2) | 18:8 18:12 |
| care(1) | 93:23 |
| carefully(1) | 89:16 |
| carl(1) | 3:5 |
| carroon(1) | 3:33 |
| carve(1) | 17:19 |
| case(29) | 1:4 14:10 14:22 15:5 18:11 25:5 25:11 26:3 26:8 26:10 27:19 33:7 33:9 33:14 38:4 50:10 54:2 56:3 56:25 65:3 74:3 76:15 76:16 76:25 77:1 84:23 85:25 106:20 107:15 |
| cases(5) | 14:6 16:7 26:15 32:9 111:15 |
| cash(1) | 102:21 |
| catchall(4) | 78:13 80:14 80:17 82:22 |
| catchalls(1) | 84:3 |
| category(1) | 84:11 |
| cause(1) | 111:7 |
| caution(1) | 75:6 |
| ccaa(3) | 101:25 105:25 106:2 |
| cdma(2) | 23:21 38:10 |
| cede(3) | 7:20 10:15 46:12 |
| center(2) | 2:46 3:11 |
| certain(28) | 9:16 9:21 20:11 24:20 27:12 28:20 29:7 30:23 31:24 41:8 42:22 44:2 44:23 46:17 47:5 47:10 48:21 50:23 54:5 54:7 61:16 61:20 61:24 68:15 97:12 101:11 101:15 103:11 |
| certainly(23) | 9:12 12:5 13:22 17:11 18:15 21:8 22:8 25:9 26:3 32:14 50:19 60:17 61:4 63:10 63:10 65:9 73:9 81:9 85:24 110:19 110:22 111:1 111:23 |
| certainty(2) | 43:13 46:25 |
| certification(2) | 15:23 113:10 |
| certify(1) | 113:11 |
| chacko(1) | 4:41 |
| chambers(2) | 112:24 112:24 |
| chance(2) | 12:24 72:22 |
| change(11) | 13:17 13:25 64:20 64:21 66:17 96:8 97:13 97:19 97:19 98:7 98:10 108:7 |
| changed(2) | 14:2 28:19 |
| changes(13) | 16:15 28:6 28:21 30:5 30:14 30:15 44:21 62:5 63:7 64:18 64:22 65:2 87:18 |
| chapter(1) | 1:6 |
| chase(1) | 2:27 |
| check(1) | 110:25 |
| chen(1) | 2:26 |
| chief(3) | 32:13 37:23 101:24 |
| chris(1) | 2:13 |
| christopher(1) | 6:14 |
| cindy(1) | 2:26 |
| circumstance(7) | 36:16 85:25 86:3 94:3 106:19 110:23 111:4 |
| claim(11) | 20:15 20:17 20:18 21:1 21:4 48:7 76:2 76:17 76:22 82:13 82:14 |
| claims(9) | 20:8 20:11 20:11 20:24 61:16 75:25 76:1 82:12 101:11 |
| clarification(1) | 69:4 |
| clarifications(1) | 108:4 |
| clarified(2) | 28:17 31:25 |
| clarity(2) | 18:25 93:3 |
| clean(4) | 44:24 45:10 63:6 99:17 |
| cleaned(1) | 70:19 |
| clear(10) | 61:15 72:16 85:24 89:15 90:4 90:9 92:17 95:24 99:25 101:9 |
| cleared(1) | 9:3 |
| cleary(11) | 8:2 13:6 13:8 49:2 51:22 56:23 58:23 76:21 106:12 111:14 111:25 |
| cleary(1) | 1:31 5:38 12:15 15:2 23:24 24:5 111:1 |
| cleary's(1) | 40:25 |
| clerk(3) | 21:23 88:3 88:6 |
| client(3) | 17:5 17:6 94:16 |
| clients(6) | 8:19 9:6 18:23 19:3 93:11 93:12 |
| close(3) | 24:2 74:12 92:15 |
| closely(1) | 16:10 |
| closing(7) | 27:22 28:11 28:22 29:4 29:7 30:9 30:10 46:24 50:12 50:16 50:17 65:3 65:3 66:23 68:4 76:1 103:24 104:2 109:20 111:8 112:2 |
| club(4) | 56:24 59:19 109:7 107:14 |
| clue(1) | 53:5 |
| cobb(6) | 5:31 18:16 18:18 18:18 19:20 28:25 82:5 80:2 |
| code(2) | 28:25 80:2 |
| cole(1) | 3:27 |
| coleman(1) | 2:20 |
| colin(1) | 5:19 |
| colleague(4) | 15:14 19:7 73:22 93:10 |
| colleagues(2) | 46:6 93:11 |
| collect(2) | 81:18 82:14 |
| collectively(3) | 97:8 100:24 101:4 |

# NORTEL.7.11.11.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| collusion(2) 37:6 37:7 | | confirm(4) 38:20 50:1 53:19 77:14 | | corollary(1) 95:2 | | cover(4) 93:14 102:6 109:2 109:16 |
| come(30) 11:4 11:7 13:19 14:1 17:20 | | confirmation(2) 62:13 88:25 | | corporate(1) 38:4 | | covered(1) 95:9 |
| 24:15 26:15 28:23 29:25 31:21 48:10 | | confirmed(1) 71:14 | | corporation(11) 4:26 20:19 27:7 28:1 | | covers(1) 96:14 |
| 55:11 56:8 69:17 74:19 75:16 75:21 76:5 | | conflicts(1) 9:3 | | 100:22 100:23 100:24 100:24 103:19 | | crapo(31) 16:25 17:3 17:24 18:1 18:14 |
| 77:9 79:8 79:8 79:25 80:12 80:22 82:3 | | conform(1) 44:21 | | 103:19 103:20 | | 73:4 73:18 73:19 73:21 74:3 89:17 |
| 83:18 83:19 84:20 88:22 92:18 | | conjunction(1) 35:25 | | corporation's(1) 40:20 | | 90:17 90:21 90:23 90:24 91:17 92:24 98:9 |
| | | connection(7) 33:18 34:7 35:25 46:14 | | correct(12) 7:9 11:22 63:22 63:24 64:24 | | 93:11 94:15 96:16 96:10 96:11 96:17 |
| comes(3) 49:5 78:20 78:23 | | 46:19 47:5 50:5 | | 65:5 65:8 65:20 71:23 88:24 89:1 113:11 | | 96:23 97:10 97:17 98:4 98:12 98:23 |
| comfort(12) 43:9 55:18 67:14 69:25 70:4 | | | | | | |
| 70:10 82:21 82:24 83:6 96:12 97:14 97:2 | | consensual(3) 10:10 17:20 18:6 | | corrected(1) 62:6 | | crapo's(3) 17:18 92:4 93:9 |
| | | consent(1) 14:20 | | costs(1) 9:5 | | crapo(1) 16:25 |
| comfortable(5) 11:6 47:12 89:8 92:20 | | consequences(1) 47:18 | | could(15) 13:21 29:22 39:6 39:7 48:6 | | create(1) 39:18 |
| coming(3) 29:14 84:2 88:9 | | consider(6) 26:13 29:13 83:13 106:7 106:8 | | 52:25 78:25 80:3 84:10 89:9 90:19 94:15 | | created(1) 110:21 |
| commenced(1) 102:15 | | 106:10 | | 100:7 106:20 107:12 | | creates(1) 39:16 |
| commence(1) 57:19 | | | | | | creditors(9) 6:5 26:4 32:6 36:9 43:3 51:20 |
| comment(2) 105:12 107:23 | | consideration(10) 29:14 29:24 30:4 49:7 | | couldn't(1) 93:13 | | 52:6 80:21 104:7 |
| commentary(1) 97:22 | | 104:25 106:1 106:4 106:18 106:22 106:24 | | counsel(15) 4:32 15:2 15:23 18:22 21:21 | | |
| commerce(1) 3:17 | | | | 22:9 36:13 64:10 77:17 87:3 87:16 88:1 | | critically(1) 52:1 |
| commercial(50) 43:1 45:14 54:20 55:22 | | considerations(1) 107:14 | | 88:9 92:17 109:19 | | croft(1) 36 65:22 |
| 56:3 67:15 68:9 68:10 68:11 68:12 68:12 | | considered(5) 28:7 46:19 105:9 105:19 | | | | cross(11) 22:11 37:11 43:18 54:15 54:17 |
| 68:23 68:24 69:14 69:16 69:23 70:2 70:7 | | 106:20 | | count(1) 76:18 | | 54:23 67:2 69:5 69:11 96:15 101:20 |
| 70:14 75:12 77:3 77:4 78:10 78:11 78:12 | | | | counterparties(5) 32:7 69:6 69:25 97:6 | | |
| 80:12 81:22 82:24 82:25 83:4 84:2 84:9 | | considering(1) 107:7 | | 97:15 | | crown(3) 105:16 105:18 106:15 |
| 89:21 91:10 94:22 95:17 95:18 95:25 | | consis(2) 27:11 | | | | cruz(1) 5:39 |
| 96:13 96:14 97:9 97:14 97:20 98:15 98:2 | | consisted(1) 40:7 | | counterparty(1) 68:25 | | current(1) 9:7 |
| 99:1 99:19 107:12 107:23 108:9 | | consistent(1) 22:15 | | country(1) 74:4 | | custom(1) 75:4 |
| | | consortium(10) 4:18 26:25 27:5 27:8 | | couple(4) 7:13 47:13 71:1 108:6 | | customer(3) 31:20 68:15 75:13 |
| commercially(1) 59:17 | | 36:22 41:17 42:20 102:18 103:14 103:15 | | couriered(1) 7:15 | | cutera(1) 81:20 |
| commitments(1) 61:17 | | | | courts(15) 7:16 9:11 13:4 25:20 25:20 | | cutera(1) 3:18 |
| committed(1) 56:6 | | constitute(1) 39:4 41:24 97:9 | | 28:8 36:17 38:4 41:8 51:15 58:7 61:1 | | damage(2) 75:25 75:25 |
| committee(1) 2:4 4:4 6:4 9:21 40:11 | | constitutes(3) 37:1 104:25 106:23 | | 65:7 89:1 90:22 | | damages(1) 71:24 |
| 51:3 51:19 51:23 52:8 104:7 | | consul(2) 22:13 22:20 | | | | darryl(1) 6:10 |
| | | consultation(5) 35:11 40:10 41:6 60:15 | | court(268) 1:1 7:2 7:9 7:16 7:18 7:22 | | data(5) 1:44 3:33 34:16 35:15 40:4 |
| committees(2) 35:12 36:1 | | 104:11 | | 7:24 8:4 8:22 8:25 9:11 9:17 10:4 10:7 | | 76:16 85:2 |
| communication(1) 74:5 | | | | 10:12 10:17 11:8 11:14 11:17 11:19 11:25 | | |
| communication(1) 20:25 | | consulting(1) 96:18 | | 12:4 12:18 12:20 12:22 12:24 13:4 13:7 | | dated(1) 101:2 |
| comp(1) 4:5 | | contact(1) 73:22 | | 13:14 13:22 14:5 14:19 15:4 15:6 15:25 | | dates(2) 10:3 14:1 |
| | | contacted(5) 34:22 35:2 39:15 82:17 82:18 | | 16:14 16:17 16:20 16:23 17:2 17:11 17:16 | | david(6) 2:5 16:25 32:11 33:1 51:2 73:18 |
| companies(1) 103:16 | | contain(4) 43:1 59:17 107:11 111:14 | | 17:21 17:24 18:3 18:11 18:15 18:17 19:8 | | 101:6 |
| company(1) 81:20 | | contained(7) 43:7 54:19 64:13 68:17 | | 19:18 19:21 19:23 20:2 20:6 20:9 21:20 | | day(2) 7:6 113:6 |
| company's(1) 104:19 | | 107:21 108:24 109:1 | | 21:5 21:8 21:12 21:15 21:18 21:24 22:4 | | days(5) 17:6 25:16 25:16 26:1 52:19 |
| compared(2) 28:5 30:5 | | | | 22:8 22:19 22:24 23:1 23:8 23:16 24:24 | | deadline(2) 82:18 83:19 102:11 |
| compares(1) 102:25 | | containing(2) 34:17 76:18 | | 25:12 25:24 26:18 26:21 27:3 28:4 30:17 | | deadlines(4) 14:17 17:5 82:11 82:11 |
| compel(2) 8:13 10:5 | | contains(5) 10:2 10:3 30:23 62:21 62:23 | | 30:19 32:5 32:19 32:22 32:25 33:10 33:11 | | deal(13) 7:20 29:1 47:15 48:17 49:9 52:5 |
| compensate(1) 48:3 | | contemplate(1) 71:12 | | 37:10 37:11 37:14 37:17 37:20 38:8 39:2 | | 54:15 56:6 56:7 56:8 57:3 64:7 84:17 |
| compensation(1) 8:8 | | contemplated(3) 51:7 101:1 105:5 | | 39:22 40:2 41:21 42:25 43:17 43:20 44:3 | | |
| competing(1) 22:18 | | content(1) 59:25 | | 44:4 44:8 44:9 44:13 44:15 44:19 44:25 | | dealing(3) 54:23 56:9 59:1 |
| complete(3) 8:12 87:14 105:4 | | contentious(1) 36:15 | | 45:3 45:5 45:7 45:10 45:19 45:25 46:2 | | deals(1) 9:16 |
| completed(1) 22:18 | | context(5) 78:21 79:6 79:22 80:6 84:22 | | 46:4 46:11 48:11 49:23 50:12 50:19 50:22 | | dealt(3) 54:8 55:12 100:16 |
| completing(1) 10:24 | | continue(6) 68:1 73:14 89:19 91:11 94:18 | | 52:2 52:11 52:13 52:22 52:25 55:15 58:9 | | debtor(13) 27:23 38:2 69:7 78:7 78:21 |
| compliance(2) 82:12 110:19 | | 94:21 | | 59:23 60:7 60:9 60:13 60:16 60:21 61:1 | | 78:24 79:7 80:4 80:5 82:8 84:5 84:22 |
| complied(2) 82:12 110:19 | | | | 61:3 61:11 62:10 63:10 63:14 63:19 64:22 | | 106:6 |
| complies(1) 91:13 | | continued(5) 2:2 3:2 4:2 5:2 6:2 | | 65:6 65:9 65:11 65:13 65:19 65:24 66:2 | | debtors(80) 1:12 1:23 2:21 7:5 8:3 8:6 |
| comprehensive(2) 78:7 104:20 | | continues(3) 55:8 68:25 89:17 | | 66:13 66:16 66:19 66:21 67:2 67:4 67:7 | | 8:9 8:11 8:15 8:23 11:3 9:5 9:18 9:22 |
| concept(1) 91:25 | | continuing(1) 73:9 | | 67:10 67:20 70:20 70:24 71:4 71:17 71:21 | | 10:8 10:10 10:21 13:9 13:10 13:15 14:19 |
| conceptually(1) 92:14 | | contract(5) 69:9 69:22 75:22 82:19 82:20 | | 72:3 72:6 72:11 72:15 72:23 73:7 73:15 | | 14:24 16:3 17:14 17:15 18:22 19:11 20:13 |
| concern(3) 61:14 90:24 91:2 | | contracts(10) 31:16 31:17 31:20 67:17 | | 75:2 75:9 76:8 77:14 77:19 77:21 77:24 | | 20:10 26:4 27:20 30:25 33:22 33:24 35:9 |
| concerned(3) 65:14 71:6 93:25 | | 69:19 71:10 71:14 72:18 75:13 81:19 | | 81:3 81:6 82:15 82:16 83:22 83:23 85:10 | | 36:9 37:25 39:11 41:23 41:25 43:2 43:9 |
| concerning(1) 8:17 | | | | 85:16 85:20 86:7 86:10 86:15 87:1 87:23 | | 43:13 46:13 47:25 51:9 51:20 52:6 61:23 |
| concerns(3) 65:14 69:18 89:17 | | controlled(1) 42:16 | | 88:4 88:7 88:10 88:14 88:25 89:4 89:23 | | 67:24 68:3 68:13 69:6 69:8 70:6 75:14 |
| conclude(1) 43:15 | | conversations(1) 45:21 | | 90:12 90:21 90:22 91:16 91:24 92:7 92:10 | | 75:15 75:15 75:16 75:25 76:3 77:7 77:7 |
| concludes(1) 104:4 | | convey(3) 29:11 31:22 47:2 | | 92:13 92:22 93:7 93:16 93:19 94:5 94:13 | | 77:10 77:13 78:16 79:4 79:10 79:13 79:16 |
| conclusion(3) 37:9 41:23 59:20 | | conveyance(5) 29:6 29:12 31:19 47:7 48:1 | | 94:20 95:7 95:11 95:15 95:23 96:10 96:19 | | 79:17 79:24 81:9 81:11 83:20 89:6 96:4 |
| condition(2) 50:16 50:17 | | conveyed(1) 31:1 | | 97:22 98:1 98:3 98:9 98:11 98:16 98:19 | | 104:6 110:19 |
| conditions(5) 50:15 90:1 95:1 95:3 102:23 | | convoluted(1) 54:21 | | 98:25 99:7 99:10 99:15 99:23 100:3 100:7 | | |
| conduct(1) 35:16 | | cooperate(1) 49:12 | | 100:11 100:13 101:18 102:5 102:8 103:5 | | december(1) 8:6 |
| conducted(8) 22:11 39:23 61:22 101:16 | | cooperation(2) 51:8 87:15 | | 103:5 104:1 103:3 105:9 105:12 105:20 | | decided(1) 41:9 |
| 101:19 104:11 104:20 106:13 | | cooperative(1) 10:25 | | 106:3 106:7 106:8 106:10 107:8 109:18 | | decision(3) 38:17 51:21 107:8 |
| | | coordinate(1) 21:20 | | 110:5 110:9 110:14 111:20 113:1 113:2 | | declaration(2) 55:13 108:1 |
| conduit(1) 15:8 | | copies(6) 16:3 16:4 62:9 65:21 83:1 | | 112:8 112:14 112:18 112:20 113:1 113:4 | | declared(3) 40:21 41:18 102:12 |
| confer(2) 74:19 87:25 | | coplan(1) 4:33 | | | | deemed(3) 20:24 97:9 102:12 |
| conference(3) 13:11 16:5 112:25 | | copula(1) 15:18 | | court's(1) 86:3 | | deeming(1) 20:13 |
| conference(1) 12:12 | | cordo(15) 1:25 19:8 19:9 19:10 19:18 | | courtroom(16) 1:10 8:18 22:2 32:10 33:4 | | defaults(1) 64:1 |
| conferred(1) 88:17 | | 19:19 20:2 20:4 20:7 20:10 20:23 21:6 | | 37:24 45:23 50:24 62:19 64:10 65:23 | | defendant(2) 14:15 76:24 |
| conferring(1) 61:4 | | 21:9 21:14 21:16 | | 77:18 87:4 88:22 98:18 98:22 | | defendants(4) 15:10 15:19 16:3 19:17 |
| confidential(12) 34:16 35:15 40:3 59:9 | | | | | | defense(1) 15:8 |
| 59:16 101:15 107:6 107:10 108:22 108:24 | | coretech(1) 28:1 | | courtrooms(1) 52:20 | | defer(2) 15:14 19:6 |
| 108:25 109:3 | | corning(1) 20:17 | | courts(7) 22:12 23:20 29:25 44:7 52:9 | | deferred(2) 4:5 8:8 |
| | | | | 57:21 101:21 | | deferring(1) 19:15 |

# NORTEL.7.11.11.DOC

| Word | Page:Line |
|---|---|
| **defined(8)** | 64:2 64:3 64:5 78:9 89:22 94:23 96:5 101:2 |
| **definition(29)** | 28:19 54:21 62:22 63:3 63:7 63:24 64:13 64:19 64:25 66:24 66:14 68:21 83:2 84:1 95:7 95:9 95:13 95:16 95:18 96:13 97:13 97:19 97:23 98:15 99:1 99:24 99:25 100:1 |
| **definitions(6)** | 62:1 95:25 96:1 96:6 96:8 98:21 |
| **delano(1)** | 2:26 |
| **delaware(8)** | 1:2 1:12 2:41 3:6 4:36 7:1 22:3 22:17 |
| **delay(1)** | 93:17 |
| **delete(1)** | 68:6 |
| **deliberations(1)** | 87:16 |
| **deliver(1)** | 29:5 |
| **delivered(2)** | 27:18 29:6 |
| **delivery(1)** | 60:23 |
| **deposit(2)** | 27:20 102:21 |
| **derek(8)** | 1:24 7:4 17:13 23:5 89:5 91:8 92:2 96:19 |
| **descoteaux(19)** | 32:11 32:20 33:1 33:3 33:6 33:15 33:20 34:2 34:4 34:25 35:7 35:16 35:19 36:3 36:11 36:24 37:3 37:12 39:13 |
| **descoteaux's(2)** | 33:17 37:10 |
| **described(10)** | 30:21 35:8 35:14 37:4 46:18 46:22 53:20 53:22 58:7 102:23 |
| **description(1)** | 62:24 |
| **desegregated(1)** | 25:7 |
| **deserved(1)** | 23:10 |
| **designate(1)** | 48:20 |
| **designated(5)** | 3:22 29:9 29:22 31:17 47:6 |
| **designation(3)** | 30:1 48:23 49:13 |
| **detail(2)** | 51:25 102:24 |
| **detailed(3)** | 30:13 |
| **details(1)** | 57:12 |
| **determine(1)** | 104:22 |
| **determined(1)** | 51:20 |
| **development(1)** | 38:5 |
| **deviations(1)** | 16:8 |
| **diane(1)** | 4:21 |
| **diaz(1)** | 1:44 |
| **did(19)** | 10:22 19:2 35:18 36:21 41:8 43:9 44:15 51:13 51:24 57:24 64:17 69:17 80:10 81:17 83:11 83:12 89:10 107:19 112:23 |
| **didn't(6)** | 75:8 82:3 83:9 93:20 95:12 |
| **difference(4)** | 27:22 46:23 47:20 93:22 |
| **differences(2)** | 57:20 91:24 |
| **different(12)** | 27:14 28:16 29:3 29:9 29:18 48:15 48:24 49:9 61:19 67:12 68:18 88:15 |
| **differently(1)** | 100:9 |
| **differs(1)** | 29:2 |
| **difficulty(2)** | 53:16 56:25 |
| **diligence(4)** | 34:15 34:17 35:16 51:13 |
| **direct(1)** | 59:3 |
| **directed(3)** | 48:2 48:6 60:1 |
| **direction(1)** | 22:21 |
| **directly(2)** | 52:25 58:8 |
| **director(2)** | 32:12 33:2 |
| **directors(1)** | 33:3 |
| **disadvantage(1)** | 43:2 |
| **disapprove(1)** | 93:17 |
| **dislosure(3)** | 28:13 62:6 70:13 |
| **discovered(3)** | 95:21 96:16 98:5 |
| **discovery(2)** | 8:10 10:24 |
| **discuss(1)** | 85:13 |
| **discussed(2)** | 9:15 49:17 |
| **discussing(1)** | 12:16 |
| **discussion(1)** | 58:3 |
| **discussions(9)** | 8:17 8:21 8:23 10:22 10:23 34:8 36:14 42:3 74:14 |
| **dispositive(1)** | 15:9 |
| **dispute(7)** | 8:14 9:4 10:9 12:6 18:25 49:14 49:15 |
| **disputes(1)** | 51:10 |
| **disruption(1)** | 56:14 |
| **distinction(1)** | 93:20 |
| **distribution(2)** | 103:23 103:25 |
| **district(1)** | 1:2 |
| **divestiture(1)** | 34:6 |
| **divestitures(1)** | 39:3 |
| **docket(4)** | 24:21 30:18 44:5 44:18 |
| **documents(9)** | 8:11 9:16 9:22 10:1 11:5 41:20 42:22 82:14 111:13 |
| **does(22)** | 21:9 22:8 22:21 31:21 32:19 37:11 37:14 41:24 41:25 43:18 43:20 53:21 53:21 59:1 65:13 67:4 71:9 71:11 78:18 96:8 96:10 98:9 |
| **doesn't(6)** | 29:15 47:15 83:9 97:13 97:19 98:9 |
| **doing(3)** | 38:7 60:7 112:20 |
| **don't(52)** | 12:7 18:7 29:24 31:9 31:19 32:15 48:7 48:8 48:17 49:5 50:24 53:13 53:15 56:24 57:15 60:18 62:24 64:14 64:20 65:4 68:23 72:20 74:24 74:25 75:19 76:10 76:10 76:13 77:17 79:3 79:8 79:9 79:17 79:25 79:25 80:1 80:8 81:13 84:9 84:18 85:6 87:2 87:7 87:23 88:22 92:24 93:15 93:19 94:7 108:19 112:22 |
| **done(17)** | 16:2 22:15 25:21 32:9 41:5 47:9 48:16 53:14 53:14 53:15 55:23 56:13 70:25 71:2 79:23 90:20 107:25 |
| **doolittle(2)** | 58:17 58:25 |
| **dorsey(2)** | 3:38 63:21 |
| **doshi(7)** | 5:35 71:19 71:22 71:22 72:3 72:7 72:7 |
| **doubled(3)** | 24:3 24:7 25:22 |
| **doubling(1)** | 25:20 |
| **down(4)** | 74:11 78:20 78:25 93:13 |
| **drafted(1)** | 91:19 |
| **draw(1)** | 13:17 |
| **drinker(2)** | 5:4 5:10 |
| **drive(1)** | 5:12 |
| **driven(1)** | 68:9 |
| **duane(1)** | 2:40 |
| **due(5)** | 30:8 34:15 35:16 40:13 76:1 |
| **dunn(1)** | 30:19 |
| **during(3)** | 35:22 36:16 39:16 41:13 50:1 52:12 73:9 |
| **ex. (1)** | 2:19 |
| **each(12)** | 27:5 37:8 40:9 41:4 41:5 56:15 65:17 83:9 84:11 87:1 92:19 96:20 |
| **eads(1)** | 70:17 |
| **earlier(1)** | 54:1 96:15 112:12 |
| **east(1)** | 71:23 |
| **ecro(1)** | 1:42 |
| **eee(6)** | 62:8 62:11 63:13 63:14 63:16 63:21 |
| **effect(5)** | 79:16 91:8 91:15 97:22 111:25 |
| **effective(3)** | 26:3 97:11 97:18 |
| **effectively(3)** | 72:19 80:7 80:17 |
| **efficacy(1)** | 106:9 |
| **efficient(1)** | 51:14 |
| **effort(8)** | 11:6 34:7 51:14 75:17 81:16 81:17 89:7 106:5 |
| **efforts(5)** | 10:24 38:5 51:8 51:11 104:19 |
| **eieio(1)** | 63:17 |
| **either(10)** | 12:5 17:20 28:16 35:1 55:18 72:21 73:1 91:4 97:20 105:10 |
| **elect(7)** | 75:21 76:6 76:12 78:25 |
| **elected(1)** | 75:23 |
| **election(10)** | 74:24 76:11 76:13 77:8 77:15 77:15 80:25 81:1 82:17 84:21 |
| **elections(1)** | 72:13 |
| **electronic(2)** | 1:51 113:12 |
| **elements(1)** | 51:25 |
| **else(10)** | 12:1 16:20 19:21 21:9 50:24 52:11 60:3 65:25 67:4 112:23 |
| **email(1)** | 71:14 |
| **emailing(1)** | 65:17 |
| **emc(2)** | 27:7 103:18 |
| **emily(1)** | 1:35 |
| **employed(3)** | 93:6 37:24 38:2 |
| **employees(1)** | 9:7 |
| **enable(1)** | 112:1 |
| **enactment(1)** | 105:25 |
| **encourage(1)** | 34:12 |
| **encumbrances(14)** | 28:20 43:11 61:16 62:2 63:3 63:6 63:25 64:5 64:12 64:19 66:8 99:22 101:10 101:11 |
| **end(9)** | 29:13 50:8 54:4 54:22 60:23 66:11 99:20 102:19 108:8 |
| **endeavor(1)** | 9:24 |
| **ended(1)** | 25:18 |
| **endorsed(1)** | 107:17 |
| **endorsement(6)** | 100:20 105:14 107:25 109:11 109:17 110:7 |
| **endorsements(1)** | 105:22 |
| **enforce(1)** | 83:21 |
| **enforceable(2)** | 89:25 94:25 |
| **engage(3)** | 8:16 8:20 10:23 |
| **engaged(2)** | 8:9 34:8 |
| **engaging(1)** | 9:23 |
| **english(1)** | 28:24 |
| **enhance(1)** | 31:3 |
| **enjoy(2)** | 31:5 91:11 |
| **enough(2)** | 11:2 11:7 |
| **ensure(1)** | 42:10 |
| **enter(3)** | 10:12 52:9 88:20 |
| **entered(9)** | 15:4 16:6 17:8 19:17 29:17 55:24 70:11 88:18 93:2 |
| **entering(1)** | 70:13 |
| **enterprise(1)** | 24:6 |
| **enterprises(1)** | 81:21 |
| **entire(3)** | 38:16 46:9 48:18 |
| **entirety(1)** | 62:9 |
| **entities(8)** | 35:9 35:12 70:22 73:2 79:24 101:4 102:9 103:17 |
| **entitled(2)** | 93:6 94:2 |
| **entity(1)** | 103:15 |
| **entity's(1)** | 38:17 |
| **entrusted(1)** | 39:18 |
| **entry(6)** | 14:25 15:12 16:19 19:15 20:10 51:24 |
| **envelope(1)** | 108:23 |
| **eric(2)** | 33:9 36:20 |
| **erickson(2)** | 19:13 27:7 |
| **ericsson(1)** | 103:19 |
| **errors(1)** | 28:17 |
| **escrow(7)** | 28:11 58:16 59:1 87:6 103:23 103:25 109:16 |
| **esher(2)** | 9:2 9:3 |
| **especially(1)** | 91:5 |
| **esq(43)** | 1:24 1:25 1:32 1:33 1:34 1:35 1:36 1:37 2:5 2:6 2:7 2:13 2:20 2:26 2:33 2:40 2:45 3:5 3:10 3:16 3:23 3:38 3:39 3:49 4:7 4:13 4:20 4:21 4:27 4:35 4:41 5:11 5:19 5:23 5:31 5:35 5:39 5:44 6:6 6:10 6:14 6:18 6:26 |
| **essence(3)** | 54:14 54:21 78:20 |
| **essential(1)** | 112:1 |
| **essentially(6)** | 72:13 73:11 89:11 89:19 92:20 111:10 |
| **established(1)** | 105:18 |
| **establishes(2)** | 106:12 110:22 |
| **estate(3)** | 47:21 81:14 111:3 |
| **estates(18)** | 25:25 26:5 33:24 35:11 36:1 36:9 36:25 39:11 40:11 41:6 42:1 42:10 43:13 46:15 47:12 50:4 56:13 56:15 |
| **evaluate(1)** | 35:23 |
| **evan(1)** | 86:16 |
| **even(5)** | 48:20 49:10 76:3 81:17 84:10 |
| **evening(1)** | 41:14 |
| **evenings(1)** | 25:17 |
| **events(2)** | 35:21 40:23 |
| **eventually(1)** | 110:24 |
| **ever(1)** | 97:13 |
| **every(1)** | 75:17 |
| **everybody(1)** | 22:2 |
| **everyday(1)** | 110:6 |
| **everyone(13)** | 7:2 21:24 23:19 28:2 45:22 49:19 55:17 63:2 66:25 75:19 88:4 110:2 113:4 |
| **everyone's(1)** | 64:11 |
| **everything(6)** | 26:1 55:7 76:4 78:22 81:12 99:11 |
| **evidence(12)** | 37:15 37:18 42:16 43:21 43:24 44:12 44:16 49:13 53:3 111:5 111:10 111:10 |
| **exact(1)** | 83:4 |
| **exactly(2)** | 10:7 98:2 |
| **examine(2)** | 37:12 43:18 |
| **example(2)** | 56:11 68:15 |
| **examples(1)** | 56:12 |
| **exceed(1)** | 58:6 |
| **excellent(6)** | 11:14 45:25 66:19 66:21 100:19 113:5 |
| **exclusivity(1)** | 34:18 |
| **excused(1)** | 72:4 |
| **execute(1)** | 41:20 |
| **executed(2)** | 66:23 69:14 |
| **exercise(2)** | 33:22 84:12 |
| **exercised(1)** | 84:20 |
| **exercises(1)** | 78:23 |
| **exhaustively(1)** | 81:18 |
| **exhibit(15)** | 21:2 45:13 45:18 58:17 59:2 63:1 64:15 66:5 66:6 66:9 66:11 99:15 99:18 99:19 99:20 |
| **exhibits(3)** | 42:23 42:25 59:12 |
| **exist(2)** | 68:25 90:7 |
| **existence(1)** | 67:25 |
| **expand(1)** | 108:10 |
| **expanded(1)** | 61:21 |
| **expansion(1)** | 61:25 |
| **expect(2)** | 64:20 65:4 |
| **expected(1)** | 14:15 |
| **expediency(1)** | 51:5 |
| **expedite(2)** | 73:23 87:15 |
| **expense(3)** | 30:6 103:4 103:7 |
| **experience(1)** | 38:6 |
| **expiration(2)** | 34:18 34:21 |
| **expire(2)** | 90:2 95:2 |
| **expired(1)** | 34:21 |
| **explained(3)** | 16:9 47:8 96:15 |
| **explains(1)** | 58:1 |

# NORTEL.7.11.11.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

explicitly(2) 90:9 90:10
exploit(1) 91:11
exploitation(1) 91:13
expressed(3) 40:14 49:3 67:16
extend(1) 31:3
extensions(2) 14:18 14:20
extent(13) 31:1 58:5 61:13 69:17 84:4 86:21 89:20 89:24 89:25 90:7 94:22 94:24 94:25
extraordinary(1) 110:24
eyes(1) 9:23
fabulous(1) 57:12
face(1) 80:2
facilitate(1) 7:14
fact(23) 35:13 35:20 35:24 39:4 39:23 40:17 41:16 44:22 46:18 48:14 48:23 51:16 52:3 52:5 64:18 67:17 68:20 68:24 72:19 77:15 78:15 79:13 84:5

factors(2) 106:1 106:3
facts(2) 36:16 53:8
fair(6) 37:2 85:24 104:25 106:18 106:23 106:24

fairly(4) 11:20 18:4 52:18 78:7
fairness(1) 53:15
faith(5) 9:24 27:20 42:21 102:21 111:7
fall(3) 56:24 68:20 83:2
familiar(6) 33:16 34:3 35:21 39:21 40:23 109:7

family(2) 56:17 56:18
far(3) 65:13 89:9 92:24
farr(1) 6:25
fatell(3) 4:7 8:18 10:16
fatell's(1) 9:6
favorable(1) 28:9
februrary(1) 38:3
federal(2) 2:34 19:4
fee(4) 30:6 30:8 103:3 103:7
feld(2) 6:5 51:3
fell(1) 84:10
ferret(1) 35:4
few(12) 14:6 16:11 16:14 28:6 60:16 63:6 66:15 80:8 87:18 98:25 108:24 110:15

fifth(1) 3:24
fight(1) 56:15
figured(1) 46:9
file(4) 46:13 75:24 76:2 82:14
filed(40) 8:6 18:24 19:14 20:17 20:18 21:9 26:24 29:20 31:14 41:20 42:24 50:2 50:4 57:8 59:9 61:8 61:10 61:24 62:7 62:11 63:8 71:25 74:8 74:9 76:9 76:11 76:22 86:18 86:19 86:20 86:21 86:24 87:19 95:19 96:2 96:3 101:22 102:2 108:23 111:13

filing(4) 13:18 61:23 111:12 111:16
filings(3) 72:10 72:13 73:8
final(8) 25:10 25:19 36:3 45:12 50:17 63:2 66:10 66:22

finality(6) 81:14 82:10 83:21 84:17 85:8 93:5

finalization(2) 14:16 14:20
finalized(1) 14:12
finally(8) 10:3 15:21 37:3 55:21 56:22 84:15 101:14 104:14

financial(4) 33:2 34:10 34:23 104:12
find(4) 75:18 76:20 77:2 111:4
finding(1) 111:7
findings(2) 110:16 110:16
fine(5) 22:21 22:23 60:18 108:3 108:14
finger(1) 2:12
firm(2) 18:19 58:15

first(17) 7:13 20:23 28:7 32:25 33:20 34:5 45:10 47:13 47:22 53:2 54:23 61:8 61:13 82:2 86:11 88:12 100:9

five(5) 25:14 40:3 60:24 85:14 87:12
fixed(1) 28:16
flat(1) 27:18
fleming-de(1) 5:39
flies(1) 80:1
floor(1) 1:27 3:29
florham(1) 5:13
flow(2) 80:16 80:25
flows(1) 80:13
foggies(1) 53:5
folks(3) 35:2 84:2 93:4
follow(1) 31:22
followed(1) 22:19
following(5) 7:7 14:13 34:11 70:15 100:20
follows(1) 106:5
footnote(1) 64:1
for(165) 1:2 1:23 2:4 2:19 2:25 2:32 2:39 3:4 3:9 3:15 3:22 3:32 3:34 4:8 4:24 4:27 4:32 4:40 5:4 5:18 5:22 5:26 5:30 5:34 5:38 5:42 6:4 6:9 6:13 6:17 6:21 6:24 6:29 7:5 7:11 8:1 8:6 8:13 9:19 9:23 10:3 10:20 11:15 11:20 13:5 13:6 13:8 13:10 13:19 15:3 16:19 16:25 18:22 18:24 19:9 19:17 20:10 22:19 23:11 23:14 28:15 29:14 29:16 29:25 30:2 31:4 32:12 31:18 31:24 33:6 35:20 36:6 37:2 38:12 39:11 40:13 41:2 41:24 41:25 43:12 44:18 46:7 47:9 47:13 47:18 48:3 48:9 48:10 48:15 49:7 49:19 50:9 52:3 53:20 55:13 56:22 57:16 57:21 58:5 59:22 62:14 62:22 64:11 66:10 68:15 69:23 71:9 71:14 71:18 71:19 71:24 72:11 73:1 73:23 81:18 84:23 86:1 86:15 89:2 89:6 91:7 92:3 92:25 93:12 94:16 96:19 98:9 98:23 100:1 100:17 100:25 101:5 101:7 101:11 101:12 101:13 102:12 102:14 103:3 103:1 103:17 104:9 104:18 104:25 105:2 105:20 106:3 107:17 111:7 111:9 111:16 111:24 112:5 113:13 113:4

force(1) 91:15
foregoing(1) 113:11
foreign(5) 14:14 15:19 38:21 102:7 109:20
foremost(1) 33:20
forget(1) 12:14
form(13) 11:10 11:12 13:20 16:4 16:10 16:11 18:6 19:9 101:9 107:19 109:22 109:25 111:21

formal(1) 106:1
formally(2) 44:6 44:11
formax(1) 3:27
formed(2) 27:8 103:15
former(1) 9:7
forms(1) 17:21 21:6
forth(8) 34:7 48:18 79:24 85:9 95:18 96:9 110:14 110:17

fortunately(1) 56:16
forward(21) 11:7 14:7 15:17 15:20 20:5 26:7 34:14 69:17 72:21 75:16 76:6 77:9 78:5 80:10 83:10 83:18 83:19 84:2 84:7 84:20 107:22

found(5) 57:13 57:15 79:21 80:19 86:2
four(11) 13:11 25:16 35:8 35:12 35:17 40:4 80:8 84:16 102:11 106:10 110:10

frankly(1) 81:10
fred(1) 6:6
free(2) 61:15 101:9
friedlander(1) 4:33

from(41) 9:3 11:11 12:15 16:8 17:6 21:22 23:10 25:7 25:19 25:22 29:2 30:10 31:13 34:13 35:1 36:4 37:1 40:24 41:23 48:25 50:21 51:13 53:9 54:17 55:20 62:12 68:15 76:12 88:2 88:9 88:15 90:6 90:7 90:21 91:24 93:8 93:8 95:6 101:10 104:6 113:12

front(4) 9:10 17:20 49:17 50:8
full(3) 31:5 47:18 108:12
fully(6) 51:23 52:8 70:15 88:16 88:21 104:22

fun(1) 27:4
fundamental(1) 78:1
further(16) 9:5 9:25 21:21 29:25 40:12 50:10 60:1 60:10 62:14 64:20 83:24 93:17 102:16 104:10 107:7 112:5

furtherance(1) 34:4
future(2) 22:21 96:16
gallagher(1) 6:25
garbled(1) 22:5
garrison(2) 4:19 5:43
gateway(1) 3:11
gave(3) 9:17 54:16 54:25 82:23
general(4) 10:2 33:12 38:4 53:22
generally(12) 25:6 32:16 33:15 33:25 34:2 35:1 35:21 37:1 40:23 53:19 71:8 91:9

generate(1) 39:15
generic(1) 48:4
george(3) 32:12 37:22 101:22
get(26) 11:5 17:7 27:1 28:20 29:18 40:4 48:7 50:23 52:20 56:13 59:15 60:23 61:2 65:7 73:10 73:13 74:7 74:13 89:7 90:6 90:19 91:18 91:22 92:3 93:13 100:7

gets(2) 30:10 65:22
getting(1) 7:14
gibbons(1) 3:9
ginger(1) 1:42
give(9) 15:1 45:22 64:21 69:25 70:4 70:10 72:22 82:21 87:5

given(12) 9:6 31:23 32:8 34:16 35:15 50:15 52:18 53:4 54:11 54:13 77:1 107:18

gives(4) 78:25 97:14 97:24 111:25
giving(3) 47:17 82:8 83:5
glantz(1) 4:7
global(1) 100:24
goal(2) 50:15 102:10
going(44) 7:13 12:8 14:7 16:23 16:23 24:20 30:25 31:3 31:20 41:9 45:15 45:16 45:24 48:22 49:21 55:5 56:17 60:7 60:15 60:10 66:3 66:8 70:12 72:8 72:17 74:2 74:16 76:17 76:25 78:21 84:20 85:22 89:15 89:15 91:1 91:3 91:4 92:4 100:8 100:9 100:17 110:25 111:11 112:16

golden(1) 6:9
goldstein(1) 3:23
gone(2) 31:9 34:3
good(49) 7:2 7:3 7:4 7:24 8:1 9:24 10:10 10:17 10:18 10:19 11:16 11:17 12:9 12:21 12:22 12:23 13:22 17:2 17:3 18:3 19:8 19:9 20:2 20:4 21:19 21:24 21:25 22:1 22:9 23:2 23:3 27:20 42:21 50:25 51:1 51:1 52:17 57:7 61:6 63:19 65:24 67:2 77:24 77:25 79:23 88:9 102:21 111:7 113:5

google(2) 24:18 102:10
got(7) 53:5 84:3 88:9 92:15 93:4 93:9 108:15

gotcha(1) 70:8
gotshal(2) 3:22 6:13
gottlieb(6) 1:31 5:38 8:2 13:6 13:8 111:1
govern(1) 100:1
grand(1) 25:2

grant(3) 107:2 107:15 112:2
granted(9) 46:19 47:1 71:13 79:15 102:3 102:5 107:16 107:18 109:24

granting(1) 109:11
grants(3) 90:2 95:1 95:2
great(1) 53:21
gregory(1) 6:9
gross(20) 1:18 18:2 22:1 22:13 22:20 22:25 23:4 24:9 24:20 52:15 52:18 57:8 60:6 87:11 88:8 100:12 100:14 101:17 110:3 110:12

group(6) 2:25 3:33 10:20 11:11 11:12
guess(3) 60:7 66:5 83:25
gump(3) 2:4 6:5 51:2
had(55) 7:12 17:3 17:4 17:6 22:13 23:21 23:23 24:3 24:4 24:6 24:6 25:14 31:24 34:20 38:6 40:3 42:24 46:13 48:16 49:6 49:24 55:4 61:24 62:15 67:1 67:13 67:13 67:15 69:4 69:4 71:25 74:15 74:20 77:10 78:24 79:14 80:5 80:11 80:12 81:15 81:15 81:19 84:5 84:9 84:12 90:24 90:25 91:2 91:7 91:8 91:18 91:19 95:21 108:7 108:11

hadley(1) 2:25
half(3) 80:8 84:16 110:10
hall(3) 45:21 73:8 89:7
hallway(2) 74:15 85:15
hamilton(3) 1:31 5:38 8:2
hand(12) 13:21 44:24 58:23 62:25 63:9 66:10 87:20 87:21 88:19 88:19 108:15 111:22

handed(2) 64:14 108:18
handful(1) 94:10
handing(3) 45:8 58:22 59:6
handwritten(1) 108:7
happen(3) 47:22 74:5 75:14
happened(1) 69:18
happens(1) 69:19
happy(10) 10:14 10:23 11:10 16:12 23:15 56:17 56:18 64:9 77:11 108:17

harm(1) 75:1
harrisburg(1) 1:46
has(7) 9:3 10:14 11:12 11:12 13:17 13:19 14:1 14:4 14:10 14:22 15:4 15:7 16:18 21:2 22:12 26:3 28:10 29:20 31:8 33:6 33:7 33:18 34:8 34:2 41:17 50:10 53:7 54:10 54:20 55:17 55:17 57:8 57:8 57:10 59:8 62:3 63:6 69:14 70:5 72:19 99:18 99:24 101:20 102:1 102:12 104:10 105:7 106:5 106:6 106:10 106:11 106:13 107:24 109:18 109:19 109:25 110:7 111:19

hasn't(4) 77:15 79:21 80:19 84:23
hauer(2) 6:5 51:3

A    TR21509

# NORTEL.7.11.11.DOC

| Word | Page:Line |
|---|---|

have(191) 8:11 8:13 9:8 9:10 9:18 9:22 9:24 10:24 10:24 11:1 11:2 11:2 11:3 11:6 12:5 13:20 14:2 15:8 15:11 15:13 15:19 16:3 16:6 17:9 18:23 18:23 19:2 19:3 19:4 19:16 20:12 20:24 20:25 21:1 21:17 22:13 22:15 22:18 23:6 25:1 25:6 26:16 27:20 27:24 28:13 28:17 28:21 29:17 30:10 31:1 31:7 31:16 31:17 31:19 31:21 31:23 32:3 32:10 33:13 38:4 43:3 44:8 44:11 44:21 45:1 45:9 48:24 49:15 50:4 52:20 53:11 53:15 54:3 55:10 55:11 55:11 56:25 57:1 57:1 58:7 58:18 59:10 60:1 60:17 60:20 60:23 61:4 61:10 61:17 61:24 62:19 62:24 63:4 63:11 63:22 64:6 65:14 68:13 68:23 70:5 71:1 71:2 73:5 73:8 73:21 74:2 74:12 75:9 75:13 75:14 75:16 75:19 75:20 75:24 76:2 76:5 76:11 76:13 76:22 76:23 76:25 77:1 77:2 78:13 78:16 79:1 79:9 79:24 80:1 80:14 80:18 80:19 80:24 80:24 81:13 81:14 81:16 81:19 81:22 82:2 82:16 82:19 83:3 83:3 83:11 83:12 83:12 83:12 83:15 83:20 84:3 84:4 84:9 84:12 84:13 85:3 85:4 85:11 86:1 86:10 86:15 86:21 87:18 88:1 88:20 89:14 89:17 90:15 91:18 93:7 93:15 95:22 96:11 96:12 98:14 99:5 99:14 100:8 103:24 105:9 105:19 107:17 107:18 108:3 108:13 110:25 111:2 111:17 112:24 113:7

haven't(19) 31:10 53:5 62:12 62:13 65:16 72:18 74:20 77:9 77:11 79:1 79:4 79:4 79:8 79:10 79:11 79:13 79:17 80:15 83:18

having(6) 8:9 24:13 30:12 52:24 64:8
he's(9) 33:15 34:25 35:6 35:20 37:23 37:24 39:21 40:23 96:23 105:1

hear(6) 22:2 22:4 22:5 90:21 92:24 96:23 heard(22) 12:1 16:21 17:6 21:10 50:24 51:5 51:10 53:18 54:2 62:12 62:13 67:4 68:24 70:21 71:17 73:1 76:24 78:18 80:9 80:13 89:18 100:18

hearing(31) 7:6 7:8 8:14 20:16 21:12 21:17 23:7 24:13 26:11 30:22 32:22 35:8 37:14 37:17 43:23 45:4 52:22 54:4 67:7 70:24 73:9 73:14 87:8 87:14 89:14 101:16 101:18 101:19 113:2 113:15 113:8

hearings(3) 22:10 53:3 89:13
heavily(1) 98:17
held(2) 54:1 110:20
help(2) 61:9 96:10
helpful(5) 9:10 12:5 12:6 44:16 87:18
helping(1) 35:23
hennigar(1) 5:44
here(32) 7:5 7:6 7:11 11:4 11:21 13:10 22:24 25:3 30:23 51:12 52:21 56:11 63:1 71:18 72:16 73:23 74:12 77:19 78:1 84:18 85:25 89:13 90:19 92:5 92:12 93:10 96:11 99:2 100:17 108:8 110:18 111:8

here's(2) 68:16 75:22
hereby(1) 76:4
hereto(1) 96:24
hesitate(1) 12:7
hewlett(2) 16:25 18:7
hewlett-packard(2) 73:6 73:23
hey(3) 79:25 82:19 84:2
higher(1) 104:15
highest(5) 25:10 25:19 36:5 41:24 110:23
highlight(3) 30:20 31:12 48:19
highlighted(1) 57:24
highlights(1) 57:19
hill(2) 100:17 100:20
him(3) 36:18 64:21 75:22
his(12) 33:21 36:6 36:20 36:24 38:3 41:22 42:19 42:20 93:11 101:17 104:4 110:3

history(1) 53:2

hit(1) 25:2
hitachi(1) 70:17
hok(1) 11:1
ho(4) 4:4 10:20 11:11 104:8
hodara(1) 6:6
hold(4) 45:4 50:7 65:7 80:8
holders(1) 104:13
holding(1) 39:7
homerun(1) 25:2
honor(149) 7:4 7:6 7:10 7:12 7:17 7:20 8:1 8:5 9:9 9:14 10:14 10:19 11:9 11:15 11:16 12:10 12:11 12:14 12:17 12:23 13:10 13:24 14:22 15:21 16:2 16:18 17:9 17:13 17:14 17:17 18:10 18:13 18:14 18:16 19:9 19:20 20:1 20:4 21:14 32:24 37:21 44:1 44:17 45:6 46:9 47:18 47:24 50:10 51:1 51:4 51:5 51:11 51:23 52:7 52:10 56:24 57:7 57:10 57:13 57:18 57:24 58:12 58:24 59:3 59:8 59:20 60:2 60:14 60:21 61:9 62:17 63:1 63:8 63:16 63:20 67:11 71:19 72:2 72:5 72:12 72:24 73:5 73:6 74:1 74:9 74:15 77:25 78:18 81:5 81:15 81:23 85:5 85:6 86:6 86:14 87:17 88:11 88:24 89:5 89:6 89:11 89:13 89:18 89:19 90:4 90:13 90:16 90:20 90:25 92:2 92:10 92:17 92:21 93:1 93:6 93:9 93:4 94:11 95:10 95:22 95:24 96:2 96:5 96:11 96:22 97:11 97:21 98:5 98:14 99:5 99:6 105:8 105:9 105:16 106:10 107:1 108:3 108:20 109:14 110:17 111:18 112:4 112:11 112:17 112:22 113:2 113:7

honor's(1) 66:11 26:6
honorable(2) 1:18 59:23
honors(3) 23:3 30:21 74:19
hooked(1) 64:12
hope(2) 21:21 22:2
hoped(1) 7:12
hopeful(2) 18:6 73:10
hopefully(8) 22:6 23:14 71:2 74:13 86:8 87:24 88:8 104:2

hopes(1) 10:9
horne(6) 11:11 11:16 11:17 11:18 11:20 11:25

horse(30) 23:22 24:18 24:19 25:11 25:21 28:5 28:10 28:18 29:3 30:6 30:9 30:11 34:19 34:20 38:15 40:2 40:7 48:17 48:20 49:9 55:3 55:8 57:20 68:7 102:8 102:13 103:1 103:2 104:16 106:16

hottest(1) 52:19
housekeeping(1) 44:6
how(9) 11:18 11:19 53:5 54:7 56:17 78:20 80:3 81:8 108:11

however(1) 84:23
hp's(2) 90:3 93:24
hsr(2) 28:25 50:16
hundred(2) 24:12 76:18
hypothetical(2) 77:9 81:10
i'd(5) 10:14 17:7 37:10 46:6 62:20
i'll(15) 10:21 21:20 28:20 29:18 61:12 70:17 72:22 74:1 77:18 87:21 89:3 90:20 93:17 96:22 109:16

i'm(47) 12:8 12:14 13:4 16:12 16:24 21:5 25:11 36:12 45:8 45:15 45:16 45:2 56:17 56:20 58:23 60:18 60:19 64:4 65:1 68:15 72:8 73:10 73:23 76:17 77:3 81:13 84:17 89:15 92:16 93:23 94:2 96:8 98:8 98:23 100:17 100:17 105:10 106:24 107:1 107:13 108:17 109:6 109:23 111:23 112:16 112:20

i've(8) 71:7 75:23 92:15 92:25 93:14 99:1 99:3 107:10
ibm(1) 72:9

icing(1) 83:1
idea(1) 78:11
identical(1) 92:1
identified(22) 21:2 28:15 55:18 56:1 67:22 71:11 78:8 79:2 79:4 79:5 79:11 79:13 79:14 79:17 80:5 80:10 80:15 80:16 80:18 84:6 84:8 84:24

identify(11) 75:21 78:9 78:17 78:22 78:24 79:3 79:12 80:4 80:11 81:24 85:3

iee(1) 3:38
iesa(2) 51:6 51:7
iii(1) 3:5
imagine(1) 80:3
immediately(6) 29:7 29:10 46:23 47:1 47:2 87:10

impact(1) 48:24
impass(1) 11:1
important(9) 32:15 49:19 49:20 52:1 52:4 54:5 54:12 68:5 83:20

impose(1) 49:12
imposing(1) 49:12
improve(1) 22:6
improvements(1) 28:7
improvidently(1) 106:7
inbound(2) 69:11 71:12
inc(17) 1:6 3:22 6:13 6:17 13:16 21:4 24:18 24:18 27:24 27:25 27:25 30:9 30:1 40:8 102:10 102:10 102:17

include(6) 28:16 38:20 90:5 95:5 95:20 98:9

included(4) 91:20 96:1 96:6 106:19
includes(6) 58:17 58:25 70:16 95:17 98:8 98:8

including(7) 36:12 38:13 38:22 57:11 67:18 102:21 104:6

incoming(1) 69:8
incorporate(1) 66:24
incorporated(2) 9:2 20:17
incorporates(1) 96:4
increase(1) 29:21
indemnity(3) 28:9 47:18 47:24
independen(1) 42:14
independently(1) 41:11
indicated(6) 26:6 59:8 87:12 105:15 109:19 110:8

indiscernible(6) 53:10 95:17 103:6 105:22 105:24 109:21

individual(1) 9:7
industries(1) 38:25
industry(1) 25:5
infinitely(1) 83:4
information(9) 10:2 43:1 43:1 43:3 59:17 101:15 107:12 108:25 111:15

initial(3) 13:11 34:11 62:16 82:18 102:12
initialed(1) 108:10
inner(1) 47:21
inordinate(1) 68:19
input(1) 104:6
insider(1) 42:18
insofar(1) 93:24
instantaneous(1) 47:14
instead(2) 25:20 27:21
insufficient(1) 76:13
integrity(3) 42:8 53:14 106:9
intel(2) 40:8 40:20
intellectual(1) 69:7
intend(3) 14:25 75:15 77:7
intended(3) 70:8 70:9 103:8

intending(1) 97:18
intent(1) 75:15
intention(3) 49:3 64:12 109:10
interest(12) 24:16 34:3 34:5 34:12 35:5 36:9 39:15 39:19 40:14 40:16 43:8 101:8

interested(5) 34:9 34:22 35:3 38:14 110:22
interesting(1) 24:21
interests(2) 105:6 106:7
international(5) 3:32 21:1 74:2 74:3
internet(2) 27:14 38:25
into(29) 25:16 28:22 29:17 37:15 37:18 40:4 43:21 43:24 44:12 44:16 48:4 52:25 55:24 58:3 59:15 60:12 62:20 63:25 66:24 70:1 70:12 70:14 78:3 84:11 84:25 88:20 92:21 106:3 111:5

intricately(1) 57:10
introduce(1) 28:22
introduced(1) 92:21
invalid(1) 82:13
investing(1) 105:6
investors(1) 34:10
invoices(1) 76:19
involved(3) 28:3 38:16 57:10
ip's(1) 91:12
isn't(7) 31:18 49:21 77:8 79:22 81:10 81:14 95:6

issue(12) 18:24 19:3 65:4 73:14 78:2 92:3 92:18 100:15 105:12 105:12 105:23 107:9

issues(4) 4:14 67:12 73:12 93:15
it'd(2) 83:15 83:16
it's(59) 12:5 14:3 15:3 18:6 19:1 22:4 24:4 25:4 25:10 26:25 27:1 27:4 27:18 29:9 29:15 30:1 30:15 36:12 46:8 47:8 47:13 47:14 48:24 49:3 49:10 49:19 49:24 56:17 59:15 62:3 64:3 64:6 64:11 65:1 65:17 68:17 70:8 70:9 75:14 76:1 80:6 80:7 80:23 82:3 83:1 83:19 84:9 84:18 85:3 85:4 92:2 95:9 96:6 97:18 97:22 105:13 110:6 110:17 112:8

item(3) 7:21 12:13 12:14
items(3) 7:13 20:5 54:7
its(11) 33:17 42:20 54:16 57:9 59:25 68:2 78:23 96:14 102:2 104:12 104:13

itself(9) 33:17 38:15 42:5 42:18 43:14 48:23 53:21 62:2 69:9

jacob(1) 9:2
james(3) 1:33 1:36 3:4
jam(1) 3:16
january(2) 16:7 33:11
jo¨in(1) 21:17
job(1) 38:3
jobs(1) 24:13
john(1) 2:45
joining(1) 27:19
joint(7) 7:7 23:7 36:3 53:3 87:8 101:16 101:18

jointly(1) 1:8
joseph(1) 5:5
joshua(1) 2:7
judge(20) 1:19 18:1 22:1 22:13 22:20 22:24 23:3 24:20 52:15 52:18 57:8 60:6 87:11 88:8 100:12 100:14 101:17 110:3 110:9 110:12

judgment(1) 33:22
judicial(1) 93:4
july(4) 1:14 7:1 101:23 113:16
jump(1) 71:13
jumping(1) 20:5
june(13) 1:34 8:2 40:13 40:16 40:17 40:24 40:25 41:15 82:17 101:2 102:11 102:15 102:16

07/12/11 08:23:04