Table of Contents

***Chief Restructuring Officer***

On March 2, 2009, we announced the appointment of Pavi Binning as chief restructuring officer of Nortel and NNL, a position he will hold in addition to his existing duties as chief financial officer. He will continue to report to the president and chief executive officer (CEO).

For a full discussion of the risks and uncertainties we face as a result of the Creditor Protection Proceedings, including the risks mentioned above, see the Risk Factors section of our 2008 Annual Report. For additional information on the Creditor Protection Proceedings, see note 1, "Creditor Protection and Restructuring", to the 2008 Financial Statements. Further information pertaining to our Creditor Protection Proceedings may be obtained through our website at www.nortel.com. Certain information regarding the CCAA Proceedings, including the reports of the Canadian Monitor, is available at the Canadian Monitor's website at www.ey.com/ca/nortel. Documents filed with the U.S. Court and other general information about the Chapter 11 Proceedings are available at http://chapter11.epiqsystems.com/nortel. The content of the foregoing websites is not a part of this report.

**Our Business**

We supply end- to- end networking products and solutions that help organizations enhance and simplify communications. These organizations range from small businesses to multi- national corporations involved in all aspects of commercial and industrial activity, to federal, state and local government agencies and the military. They include cable operators, wireline and wireless telecommunications service providers, and Internet service providers.

Our networking solutions include hardware and software products and services designed to reduce complexity, improve efficiency, increase productivity and drive customer value. We design, develop, engineer, market, sell, supply, license, install, service and support these networking solutions worldwide. We have technology expertise across carrier and enterprise, wireless and wireline, applications and infrastructure. We have made continued investment in technology R&D, and have had strong customer loyalty earned over more than 100 years of providing reliable technology and services.

We remain committed to integrity through effective corporate governance practices, maintaining effective internal control over financial reporting and an enhanced compliance function. We continue to focus on increasing employee awareness of ethical issues through various means such as on-line training and our Code of Business Conduct.

As of December 31, 2008, our four reportable segments were: Carrier Networks (CN), Enterprise Solutions (ES), Global Services (GS), and Metro Ethernet Networks (MEN):

The CN segment provides wireline and wireless networks that help service providers and cable operators supply mobile voice, data and multimedia communications services for individuals and enterprises using cellular telephones, personal digital assistants, laptops, soft- clients, and other wireless computing and communications devices. CN also offers circuit- and packet- based voice switching products that provide local, toll, long distance and international gateway capabilities for local and long distance telephone companies, wireless service providers, cable operators and other service providers.

The ES segment provides large and small businesses with reliable, secure and scalable communications solutions including unified communications, Ethernet routing and multiservice switching, IP (internet protocol) and digital telephony (including phones), wireless LANs (local area networks), security, IP and SIP (session initiation protocol) contact centers, self- service solutions, messaging, conferencing, and SIP- based multimedia solutions.

The GS segment provides services for carrier and enterprise customers, offering network implementation services; network support services including technical support, hardware maintenance, equipment spares logistics and on- site engineers; network managed services including monitoring and

Table of Contents

management of customer networks and hosted solutions; and network application services including applications development, integration and communications- enabled application solutions.

The MEN segment solutions are designed to deliver carrier- grade Ethernet transport capabilities focused on meeting customer needs for higher performance and lower cost, with a portfolio that includes optical networking, carrier Ethernet switching, and multiservice switching products.

As announced on November 10, 2008, effective January 1, 2009, we decentralized several corporate functions and transitioned to a vertically integrated business unit structure to give greater financial and operational control to the business units, increase accountability for overall performance, and reduce the duplication inherent in matrix organizations. Enterprise customers are served by a business unit responsible for product and portfolio development, R&D, marketing and sales, partner and channel management, strategic business development and associated functions. Service provider customers are served by two business units with full responsibility for all product, services, applications, portfolio, business and market development, marketing and R&D functions: CN (consisting of wireless and CVAS- carrier VoIP (voice over internet protocol), applications and solutions) and MEN. A dedicated global carrier sales organization supports both business units.

Our Global Services (GS) business unit will be decentralized and transitioned to the other business segments by April 1, 2009 to minimize any impact on our customer service activities. Commencing with the first quarter of 2009, we will begin to report LG- Nortel as a separate reportable segment. Prior to that time, the results of LG- Nortel were reported across all of our reportable segments. Also commencing with the first quarter of 2009, services results will be reported across all reportable segments (CN, ES, MEN and LG- Nortel). The previously announced decentralization of our Global Operations organization has been put on hold and will be part of our planning around the comprehensive restructuring plan.

**Other Significant Business Developments**

***Decision on Mobile WiMAX Business and Alvarion Agreement***

On January 29, 2009, we announced that we have decided to discontinue our mobile WiMAX business and end our joint agreement with Alvarion Ltd., originally announced in June 2008. This decision will allow us to narrow our focus in advance of developing a comprehensive restructuring plan and better manage our investments. We are working closely with Alvarion to transition our mobile WiMAX customers to help ensure that ongoing support commitments are met without interruption. This decision is expected to have no impact on our other businesses.

***Dividends Suspension***

On November 10, 2008, the Board of Directors of NNL suspended the declaration of further dividends on NNL's series 5 preferred shares and series 7 preferred shares following payment on November 12, 2008 of the previously declared monthly dividend on those shares. Dividends on the series 5 preferred shares are cumulative and holders of series 5 preferred shares will be entitled to receive unpaid dividends, when declared by the Board of Directors (only as permitted under the Canada Business Corporations Act), at such time as NNL resumes payment of dividends on those shares. As of December 31, 2008, there was $3 of unpaid dividends on the series 5 preferred shares. Dividends on the series 7 preferred shares are non- cumulative and the entitlement of holders of series 7 preferred shares to receive dividends that has not been declared on those shares within 30 days after NNL's 2008 fiscal year end was extinguished effective January 30, 2009. Because of the extinguishment of such dividend entitlement, the holders of series 7 preferred shares will be entitled to receive notice of, and attend, all meetings of NNL's shareholders at which directors are to be elected and will be entitled to one vote per share in respect of the election of directors. These voting rights will cease upon payment of the whole amount of the first dividend declared on the series 7 preferred shares after the time the voting rights first arose. Dividends will not be declared during the Creditor Protection Proceedings and our securities may be cancelled, and holders may receive no payment or other consideration in return, as a result of these proceedings.

Table of Contents

*Acquisitions and Divestitures*

We announced a divestiture planned for 2009 and made several acquisitions in 2008, as described below.

On February 19, 2009, we announced that we have entered into a "stalking horse" asset purchase agreement to sell certain portions of our Application Delivery portfolio to Radware Ltd. for approximately $18. Under the agreement, the products planned to be acquired by Radware Ltd. include certain Nortel Application Accelerators, Nortel Application Switches and the Virtual Services Switch. While Radware Ltd. would, upon closing, assume ownership, product development and outstanding warranties, the products would still be available and promoted by us in an OEM relationship with Radware Ltd. We have received orders from the U.S. Court and Canadian Court that establish bidding procedures for an auction that will allow other qualified bidders to submit higher or otherwise better offers. A similar motion has been scheduled with the Canadian Court. Consummation of the transaction is subject to higher or otherwise better offers, approval of the U.S. Court and the Canadian Court, and satisfaction of other conditions.

On August 19, 2008, we acquired 100% of the issued and outstanding stock of Diamondware, Ltd. for $5 in cash, plus up to an additional $3 based on the achievement of future business milestones. Diamondware specializes in high- definition, proximity- based 3D- positional voice technology. The purchase price allocation includes $3 for acquired technology and $2 for other intangibles.

On August 8, 2008, LG- Nortel purchased certain assets and liabilities of LGE's Wireless Local Loop (WLL) business for $3. WLL's products include fixed wireless terminals over CDMA and GSM licensed cellular networks. The purchase price allocation includes $3 for net tangible assets.

On August 8, 2008, we purchased substantially all of the assets and certain liabilities of Pingtel Corp. from Bluesocket Inc. for $4 in cash and the return of Nortel's equity stake in Bluesocket purchased during 2007 for $2, plus up to an additional $4 based on the achievement of future business milestones. Pingtel was a wholly- owned subsidiary of Bluesocket and a designer of software- based unified communication solutions. The purchase price allocation of $6 primarily consists of acquired technology.

On August 1, 2008, LG- Nortel, our joint venture with LGE, acquired 100% of the issued and outstanding stock of Novera Optics Korea Inc. and Novera Optics, Inc. (together, Novera) for $18, plus up to an additional $10 based on the achievement of future business milestones. Novera specializes in fiber- optic access solutions that extend high- speed carrier Ethernet services from optical core networks to customer premises. The purchase price allocation includes $9 for acquired technology and $9 for goodwill.

**How We Measure Business Performance**

Our CEO has been identified as our Chief Operating Decision Maker in assessing the performance of and allocating resources to our operating segments. The primary financial measure used by the CEO is Management Operating Margin (Management OM) (previously called Operating Margin (OM) in our Quarterly Report on Form 10- Q for the quarter ended March 31, 2008). When presented on a consolidated basis, Management OM is not a recognized measure under U.S. Generally Accepted Accounting Principles (U.S. GAAP). It is a measure defined as total revenues, less total cost of revenues, selling, general and administrative (SG&A) and R&D expense. Management OM percentage is a non- U.S. GAAP measure defined as Management OM divided by revenue. Our management believes that these measures are meaningful measurements of operating performance and provide greater transparency to investors with respect to our performance, as well as supplemental information used by management in its financial and operational decision making.

These non- U.S. GAAP measures should be considered in addition to, but not as a substitute for, the information contained in our audited consolidated financial statements prepared in accordance with U.S. GAAP. Although these measures may not be equivalent to similar measurement terms used by other companies, they may facilitate comparisons to our historical performance and our competitors' operating results.

Table of Contents

**Financial Highlights**

The following is a summary of our 2008 and 2007 financial highlights:

| | For the Years Ended December 31, | | | |
|---|---|---|---|---|
| | 2008 | 2007 | $ Change | % Change |
| Revenues | $ 10,421 | $ 10,948 | $ (527) | (5) |
| Gross profit | 4,285 | 4,614 | (329) | (7) |
| Gross margin % | 41.1% | 42.1% | | (1.0 point) |
| Selling, general and administrative expense | 2,153 | 2,490 | (337) | (14) |
| Research and development expense | 1,573 | 1,723 | (150) | (9) |
| Management OM | 559 | 401 | 158 | |
| Management OM % | 5.4% | 3.7% | | 1.7 points |
| Net loss | (5,799) | (957) | (4,842) | 506 |

As global economic conditions dramatically worsened over recent months, we continued to experience significant pressure on our business and deterioration of our cash and liquidity as customers across all our businesses, in particular in North America, responded to increasingly worsening macroeconomic and industry conditions and uncertainty by suspending, delaying and reducing their capital expenditures. The extreme volatility in the financial, foreign exchange and credit markets globally has compounded the situation, further impacting customer orders as well as normal seasonality trends. As a result, our financial results, in particular in the second half of 2008, were negatively impacted across all of our business segments. We are continuing to experience significant pressure due to global economic conditions and additionally, we are seeing further impact to our business as a result of the Creditor Protection Proceedings.

During 2008, foreign exchange fluctuations had an unfavorable impact on revenues, SG&A and R&D expenses of $81, $12 and $9, respectively, when compared to 2007. The unfavorable impact on revenues was primarily as a result of unfavorable changes in the foreign exchange rates of the Korean Won, the British Pound and the Canadian Dollar against the U.S. Dollar, partially offset by favorable changes in the foreign exchange rate of the Euro and the Chinese Yuan against the U.S. Dollar. The unfavorable impact on SG&A expense was primarily due to unfavorable changes in the foreign exchange rates of the Euro, the Canadian Dollar and the Chinese Yuan against the U.S. Dollar, partially offset by favorable changes in the foreign exchange rates of the Korean Won and the British Pound against the U.S. Dollar. Further, we recognized significantly less deferred revenue in 2008 compared to 2007.

*Revenues decreased 5% to $10,421:* Revenues decreased by $527, or 5%, in 2008 compared to 2007 primarily due to decreases in the ES, CN and MEN segments, while GS revenues remained essentially flat. From a geographic perspective, the decrease was across all regions, except Asia. The decrease in the ES segment was mainly due to lower sales volumes related in part to the declining switch market in the U.S. and the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated to the same extent in 2008. The decrease in CN was mainly due to reduced customer spending as a result of capital expenditure constraints resulting from the expanding economic downturn. The decrease in the MEN segment was primarily due to the completion of a customer contract deliverable that resulted from the termination of a supplier agreement in 2007 not repeated in 2008, significant revenues from a certain customer in 2007 that did not repeat to the same extent in 2008, lower sales volumes as a result of reduced demand for our legacy products. The 5% decrease in revenues is greater than the previously expected decrease of approximately 4% we announced on November 10, 2008, primarily as a result of a greater than anticipated impact to our business from the worsening global economic conditions in the fourth quarter of 2008, in particular in the ES segment.

*Gross margin decreased 1.0 percentage point to 41.1%:* The decrease was primarily as a result of higher inventory provisions and the unfavorable impacts of regional and product mix, partially offset by the impact of our cost reduction initiatives and the favorable impact of foreign exchange fluctuations.

Table of Contents

*Management OM increased by $158 to $559:* The increase in Management OM was primarily due to decreases in SG&A and R&D expenses of $337 and $150, respectively, partially offset by a decline in gross profit of $329. The decrease in SG&A expense was primarily due to cost savings from our previously announced restructuring activities that included headcount reductions and other cost reduction initiatives, a decrease in sales and marketing efforts in maturing technologies, a decrease in charges related to our employee compensation plans and lower internal control remediation and finance transformation expenses. R&D expense decreased mainly due to reduced spending for maturing technologies and a reduction in mobile WiMAX R&D expenditure as a result of the agreement with Alvarion Ltd. (now terminated), partially offset by an increase in spending on investments in potential growth areas. The decrease in gross profit was primarily due to a decrease in volume, higher inventory provisions, and lower revenues primarily as a result of the recognition of previously deferred revenues in 2007 not repeated to the same extent in 2008, the unfavorable impacts of regional and product mix and price erosion, and the reduced impact of purchase price variances. This decrease was partially offset by cost reduction initiatives, the favorable impact of foreign exchange fluctuations, and a change in a contract- related accrual in 2008 compared to 2007 and lower warranty costs.

*Net loss increased from $957 to $5,799:* The increase in net loss was mainly due to the following:

a goodwill impairment charge of $2,379 in 2008 relating to all our reportable segments; and

a higher income tax expense largely as a result of an increase in our deferred tax asset valuation allowance of $3,020.

*Cash and cash equivalents decreased from $3,532 at December 31, 2007 to $2,397 at December 31, 2008:* The decrease in cash and cash equivalents was primarily due to cash used in operating activities of $567, cash used in investing activities of $310, cash used in financing activities of $74 and net unfavorable foreign exchange impacts of $184.

## Results of Operations

**Revenues**

The following table sets forth our revenue by geographic location of our customers:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| United States | $ 4,427 | $ 4,974 | $ 5,092 | $ (547) | (11) | $ (118) | (2) |
| EMEA | 2,422 | 2,740 | 3,239 | (318) | (12) | (499) | (15) |
| Canada | 693 | 822 | 720 | (129) | (16) | 102 | 14 |
| Asia | 2,300 | 1,768 | 1,736 | 532 | 30 | 32 | 2 |
| CALA | 579 | 644 | 631 | (65) | (10) | 13 | 2 |
| Consolidated | **$ 10,421** | **$ 10,948** | **$ 11,418** | **$ (527)** | **(5)** | **$ (470)** | **(4)** |

***2008 vs. 2007***

In 2008, customers across all our businesses, in particular in North America, responded to increasingly worsening macroeconomic and industry conditions and uncertainty by suspending, delaying and reducing their capital expenditures. The extreme volatility in the financial, foreign exchange and credit markets globally has compounded the situation, further impacting customer orders as well as normal seasonality trends. We continued to experience significant pressure on our business due to these adverse conditions with increasing global impact in the fourth quarter of 2008.

Revenues decreased to $10,421 in 2008 from $10,948 in 2007, a decrease of $527 or 5%. The lower revenues were due to decreases in the U.S., EMEA, Canada and CALA regions, partially offset by an increase in Asia. The decrease in the U.S. was mainly due to reduced customer spending as a result of capital expenditure

Table of Contents

constraints resulting from the expanding economic downturn, certain customer contracts in 2007 not repeated in 2008 and a decline in sales volumes, partially offset by an increase due to the completion of a certain customer contract obligation resulting in the recognition of previously deferred revenues in 2008. The declines in EMEA and CALA were primarily due to the completion of certain customer contract obligations resulting in the recognition of previously deferred revenue in 2007 that were not repeated in 2008. An additional factor resulting in a decrease in EMEA was declining sales volumes. The decrease in Canada was primarily due to reduced spending by certain customers as a result of a change in technology migration plans. The increase in Asia was mainly due to the completion of certain contract obligations for multiple customers in LG- Nortel resulting in the recognition of previously deferred revenues and higher sales volumes.

*U.S.*

Revenues decreased by $547 in the U.S. in 2008 compared to 2007, due to a decrease across all segments.

The decrease in the CN segment of $258 was due to lower revenues from the CDMA and the circuit and packet voice solutions businesses, partially offset by an increase in the global system for mobile communications (GSM) and UMTS solutions business. The decrease in the code divisional multiple access (CDMA) solutions business of $192 was primarily due to reduced spending by certain customers as a result of capital expenditure constraints resulting from the expanding economic downturn, certain customer contracts in 2007 not repeated in 2008 and a decline in sales volumes, partially offset by an increase due to the completion of a customer contract obligation resulting in the recognition of previously deferred revenues in 2008. The circuit and packet voice solutions business decreased by $95 mainly due to the completion of several voice over Internet protocol (VoIP) buildouts in 2007 that were not repeated in 2008, as well as reduced customer spending as a result of the expanding economic downturn, and a decline in demand for time- division multiplexing (TDM) products.

The decrease in the MEN segment of $125 was due to revenue decreases in both the data networking and security solutions and optical networking solutions businesses of $65 and $60, respectively. The decrease in the data networking and security solutions business was primarily due to the completion of a certain customer contract deliverable that resulted from the termination of a supplier agreement resulting in the recognition of previously deferred revenue in 2007 not repeated in 2008. The decrease in the optical networking solutions business was due to significant revenues from a certain customer in 2007 that did not repeat to the same extent in 2008 and reduced demand for our legacy products.

ES segment revenues decreased by $123 due to revenue decreases in the data networking and security solutions and circuit and packet voice solutions businesses of $81 and $42, respectively. The decrease in the data networking and security solutions business was primarily due to lower sales volumes related to the declining switch market and the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated to the same extent in 2008, partially offset by higher sales volumes related to next generation products. The decrease in the circuit and packet voice solutions business largely resulted from a decline in demand for TDM products and certain customer contracts in 2007 not repeated in 2008, partially offset by higher sales volumes across multiple customers.

The decrease in the GS segment of $34 was primarily due to revenue decreases in both the network support services and the network implementation services businesses of $17 and $14, respectively. The declines in the businesses were primarily due to lower sales volumes across multiple customers as a result of capital expenditure constraints resulting from the expanding economic downturn. The decrease in the network implementation services business was partially offset by higher revenues for services related to government business.

*EMEA*

Revenues in EMEA decreased by $318 in 2008 compared to 2007 due to a decrease across all segments.

The decrease in the CN segment of $155 was primarily due to a decrease in the GSM and UMTS solutions business of $187, partially offset by an increase in the CDMA solutions business of $26. The decrease in the

Table of Contents

GSM and UMTS solutions business was mainly due to the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008 and a decline in sales volumes. The increase in the CDMA solutions business was primarily due to increased sales volumes across multiple customers.

The decrease in the ES segment of $93 was due to decreases in the circuit and packet voice solutions and data networking and security solutions businesses of $76 and $17, respectively. The decrease in the circuit and packet voice solutions business was mainly due to lower sales volumes.

The decrease in the GS segment of $68 was primarily due to a decrease in network support services of $63, as a result of lower sales volumes across multiple customers and the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008. This decrease was partially offset by an increase due to the favorable impact of foreign exchange fluctuations.

The decrease in the MEN segment of $2 was due to a decrease in the data networking and security solutions business of $18, partially offset by an increase in the optical networking solutions business of $16. The decrease in the data networking and security solutions business was primarily due to the completion of a certain customer contract obligation that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008 and a decline in sales volumes across multiple customers related to the declining multi- server switch market, partially offset by an increase as a result of the completion of other customer contract obligations resulting in the recognition of previously deferred revenues. The increase in the optical networking solutions business was primarily due to the completion of certain customer contract obligations resulting in the recognition of previously deferred revenue, volume increases related to our next generation products for long- haul applications, and the favorable impact of foreign exchange fluctuations, partially offset by the completion of other customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 that did not repeat in 2008.

*Canada*

Revenues decreased by $129 in Canada in 2008 compared to 2007, primarily due to a decrease in the CN segment, partially offset by an increase in the ES segment.

The decrease in the CN segment of $172 was due to decreases in the CDMA solutions and circuit and packet voice solutions businesses of $135 and $37, respectively. The decrease in the CDMA solutions business was primarily due to reduced spending as a result of a change in technology migration plans by certain customers. The decrease in the circuit and packet voice solutions business was mainly due to the completion of several VoIP buildouts in 2007 that were not repeated in 2008, as well as reduced customer spending as a result of the expanding economic downturn and a decline in demand for TDM products.

The increase in the ES segment of $21 was primarily due to an increase in the circuit and packet voice solutions business of $23, mainly as a result of higher sales volumes across several customers primarily in the first six months of 2008.

*CALA*

Revenues decreased by $65 in CALA in 2008 compared to 2007, primarily due to a decrease in the CN segment, partially offset by an increase in the MEN segment.

The decrease in the CN segment of $81 was mainly due to a decrease in the GSM and UMTS solutions business of $78, primarily from the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008.

The increase in the MEN segment of $15 was primarily due to an increase in the optical networking solutions business of $17, mainly from higher sales volumes related to our next generation products for long- haul applications.

Table of Contents

*Asia*

Revenues increased by $532 in Asia in 2008 compared to 2007, primarily due to increases in the CN and GS segments, partially offset by decreases in the MEN and ES segments.

The increase in the CN segment of $485 was primarily due to an increase in the GSM and UMTS solutions and CDMA solutions businesses of $441 and $60, respectively. The increase in the GSM and UMTS solutions business was mainly due to the completion of certain contract obligations for multiple customers in LG- Nortel resulting in the recognition of previously deferred revenues and higher sales volumes, partially offset by a decline in revenues outside of LG- Nortel due to reduced customer spending and price erosion. The increase in the CDMA solutions business was primarily due to the recognition of deferred revenues and an adjustment to revenues, each of which resulted from the completion of obligations in connection with the termination of a customer contract in 2008 as well as higher sales volumes.

The increase in the GS segment of $105 was mainly due to an increase in network implementation services business of $87, primarily due to the recognition of deferred revenues and an adjustment to revenues, each of which resulted from the completion of obligations in connection with the termination of a customer contract in 2008, as well as the completion of a certain customer contract obligation in LG- Nortel resulting in the recognition of previously deferred revenue and higher sales volumes across multiple customers.

The decrease in the MEN segment of $34 was due to a decrease in the optical networking solutions business of $57, partially offset by an increase in the data networking and security solutions business of $23. The decrease in the optical networking solutions business was mainly due to lower sales volumes related to reduced demand for legacy products and significant revenues from certain customers in 2007 that did not repeat to the same extent in 2008. The increase in the data networking and security solutions business was mainly due to higher sales volumes related to a specific customer in the first six months of 2008 and the completion of network deployments in 2008 for certain customers resulting in the recognition of previously deferred revenue.

The decrease in the ES segment of $26 was due to a decrease in the data networking and security solutions business of $35, partially offset by an increase in the circuit and packet voice solutions business of $9. The decrease in the data networking and security solutions business was primarily due to the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated in 2008 and lower sales volumes, partially offset by the favorable impact of foreign exchange fluctuations.

***2007 vs. 2006***

Revenues decreased to $10,948 in 2007 from $11,418 in 2006, a decrease of $470 or 4%. The decline was the result of lower revenues in EMEA and the U.S., partially offset by increased revenues in Canada. Revenues decreased in EMEA primarily due to the UMTS Access divestiture in the fourth quarter of 2006 and in the U.S. primarily due to reduced legacy TDM demand, whereas increases in Canada were across all segments due primarily to volume increases.

*EMEA*

Revenues decreased by $499 in EMEA in 2007 compared to 2006. The decline was due to lower revenues in the CN and GS segments, partially offset by increased revenues in the ES and MEN segments. The decrease in CN segment revenues was primarily due to lower revenues from the GSM and UMTS solutions and CDMA solutions businesses. GSM and UMTS solutions business had a decrease in revenues of $457 as a result of the UMTS Access divestiture and a decline in demand for Voice and Packet GSM and UMTS Core (GU Core), partially offset by increased demand in GSM Access. The CDMA solutions business had a decline of $74 due to the completion of projects in 2006 and the recognition of previously deferred revenues recorded in 2006 that was not repeated in 2007. Revenues from the GS segment declined by $142, also as a result of the UMTS Access

Table of Contents

divestiture and lower sales volumes, partially offset by the favorable impact of foreign exchange fluctuations. The increase in ES segment revenues of $155 was due to increased revenues in both the circuit and packet voice solutions and data networking and security solutions businesses in 2007 that were not present in 2006. The increase in revenues in the circuit and packet voice solutions business of $76 was primarily a result of certain supply chain delays in 2006 resulting from difficulty in obtaining components required to meet European Union Restrictions on Hazardous Substances (RoHS) standards and volume increases. Revenues in the data networking and security solutions business increased by $79 as a result of the recognition of previously deferred revenues due to the completion or elimination of customer deliverable obligations for certain products and volume increases. The increased revenues in MEN were due to an increase in optical networking solutions of $93 primarily due to recognition of previously deferred revenues as a result of the completion of certain customer contract deliverables in the first quarter of 2007, increases in volume and favorable foreign exchange impacts due to fluctuations between the Euro and U.S. Dollar. This increase in optical networking solutions was partially offset by a decline in data networking and security solutions of $78 primarily due to the recognition of previously deferred multi- service switch revenues in 2006 that was not repeated in 2007.

*U.S.*

Revenues decreased by $118 in the U.S. in 2007 compared to 2006. The decline was primarily due to decreased revenues in the CN and Other segments, partially offset by increased revenues in the ES, MEN and GS segments. The decrease in CN of $235 was due to a decrease in the circuit and packet voice solutions and GSM and UMTS solutions businesses. The decline in the circuit and packet voice solutions business of $122 was due to the one- time recognition of previously deferred revenues in the third quarter of 2006 not repeated in 2007 to the same extent and a decline in legacy TDM demand. The GSM and UMTS solutions business decrease of $116 was primarily due to customers focusing on their UMTS Access build- out versus GSM Access or GU Core. The decrease in Other of $22 related to the delay in issuance and, in some cases, cancellation of certain intended contract offerings by the U.S. government. The increase in ES segment revenues was due to an increase in the data networking and security solutions business of $50 primarily due to the recognition of previously deferred revenue and volume increases, partially offset by reduced demand for legacy products, and an increase in the circuit and packet voice solutions business of $6 due to increased volume, partially offset by reduced demand for legacy products. The increase in revenues in the MEN segment was due to the increase in the data networking and security solutions business of $31 and increased optical networking solutions business of $22. The increase in data networking and security solutions was due to the recognition of previously deferred revenue in 2007 as a result of the completion of certain contract deliverables resulting from the termination of a supplier agreement, partially offset by volume decreases due to a decline in the multi switch/service edge router market. The increase in revenues in the GS segment by $30 was primarily due to volume increases in network support services.

*Canada*

Revenues increased by $102 in Canada in 2007 compared to 2006, due to increased revenues in all of our segments. The increase in CN revenues of $54 was due to an increase in the CDMA solutions business of $41 associated with the continuing rollout of our third generation digital mobile technology known as EV- DO Rev A technology. The primary increase in the MEN revenues of $27 was primarily due to an increase in optical networking solutions of $21 as a result of optical market growth, while the increase in GS of $12 was due to volume increase in network support services.

*Asia*

Revenues increased by $32 in Asia in 2007 compared to 2006, due primarily to increased revenues in the ES, CN and GS segments, partially offset by a decrease in the MEN segment. The increase in ES revenues was attributable to an increase in the data networking and security solutions business of $83, primarily as a result of the recognition of previously deferred revenue due to completion or elimination of customer deliverable obligations for certain products, and volume increases. The increase in CN revenues was due to an increase in the CDMA solutions business of $153 primarily as a result of increased investments by certain of our customers in their infrastructure in order to enhance their service offerings within LG- Nortel, our joint venture with LGE. This

Table of Contents

increase was partially offset by the decreases in the GSM and UMTS solutions of $59 and circuit and packet voice solutions of $20 due to recognition of previously deferred revenues as a result of the completion of certain customer contract deliverables in 2006 that was not repeated in 2007. The increase in GS revenues of $42 was due to new CDMA network rollouts and the release of previously deferred revenue. The decrease in revenues in the MEN segment of $171 was primarily due to the recognition of previously deferred revenues in 2006 that was not repeated in 2007.

*CALA*

Revenues increased by $13 in CALA. The increase in CALA was due to increased revenues in the ES, GS and MEN segments, partially offset by a decrease in revenues in the CN segment. The increase in ES revenues was due to increased revenues in the circuit and packet voice solutions of $13, while the increase in MEN was due to increased volume in the optical networking solutions business of $20, partially offset by a decrease in the data and networking solutions business of $10. The increase in GS of $13 was primarily in the network implementation services and network application services portfolios with a slight offset in network support services. This increase was partially offset by a decrease in CN of $28 due to a decline in GSM and UMTS solutions of $13 resulting from fluctuation in customer spending, a decrease in CDMA solutions of $9 and circuit and voice packet solutions of $6.

**Gross Margin**

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| Gross profit | $ 4,285 | $ 4,614 | $ 4,439 | $ (329) | (7) | $ 175 | 4 |
| Gross margin | 41.1% | 42.1% | 38.9% | | 1.0 points | | 3.2 points |

***2008 vs. 2007***

Gross profit decreased to $4,285 in 2008 compared to $4,614 in 2007, a decrease of $329 or 7%. The decrease was primarily due to a decrease in sales volume, and a decrease of $249 in the amount of deferred revenues in 2008 compared to 2007, higher inventory provisions of $196, the unfavorable impacts of regional and product mix and price erosion of $125, and the reduced impact of purchase price variances of $105. This decrease was partially offset by cost reduction initiatives of $192, the favorable impact of foreign exchange fluctuations of $36, a decrease in a contract- related accrual and lower warranty costs, each of $22.

Gross margin decreased to 41.1% in 2008 from 42.1% in 2007, a decrease of 1.0 percentage points, primarily as a result of higher inventory provisions of 1.8 percentage points, the unfavorable impacts of regional and product mix of 1.1 percentage points, partially offset by cost reduction initiatives of 1.8 percentage points and the favorable impact of foreign exchange fluctuations of 0.3 percentage points.

***2007 vs. 2006***

Gross profit increased to $4,614 in 2007 compared to $4,439 in 2006, an increase of $175 or 4%, primarily due to cost structure improvements of $300 and favorable product and customer mix of $41, partially offset by decreases from volume reductions and lower recognition of previously deferred revenue of $150.

Gross margin increased by 3.2 percentage points primarily due to cost structure improvements that resulted in an improvement of 2.2 percentage points to the gross margin. This increase was partially offset by reductions in volume and lower recognition of deferred revenue. The favorable impact of product and customer mix was offset by volume and price erosion, resulting in a net increase in gross margin of 1.0 percentage points.

Table of Contents

**Management OM**

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| Management OM | $ 559 | $ 401 | $ (3) | $ 158 | 39 | $ 404 | 13,467 |
| Management OM as a percentage of revenue | 5.4% | 3.7% | 0.0% | | 1.7 points | | 3.7 points |

***2008 vs. 2007***

Management OM increased to $559 in 2008 from $401 in 2007, an increase of $158 or 39%. Management OM as a percentage of revenue increased by 1.7 percentage points in 2008 compared to 2007. The increase in Management OM was due to decreases in both SG&A and R&D expenses of $337 and $150, respectively, partially offset by a decrease in gross profit of $329 as explained above. The decrease in SG&A expense was primarily due to cost savings from our previously announced restructuring activities, cost reduction initiatives, headcount reductions, a decrease in sales and marketing efforts in maturing technologies, a decrease in charges related to our employee compensation plans and lower internal control remediation and finance transformation expenses. R&D expense decreased mainly due to reduced spending for maturing technologies and a reduction in mobile WiMAX R&D expenditure as a result of the agreement with Alvarion, partially offset by an increase in spending on investments in potential growth areas.

***2007 vs. 2006***

Management OM increased from a loss of $3 in 2006 to earnings of $401 in 2007, an increase of $404. Management OM as a percentage of revenue increased by 3.7% in 2007 compared to 2006, primarily as a result of increases in gross profit and decreases in R&D and SG&A expense. R&D expenses decreased by $216, primarily due to reductions of $319 in the CN segment due to the divestiture of the UMTS Access business and reduction in investment in legacy products. This decrease was partially offset by an increase in R&D expenses in the ES and MEN segments of $53 and $30, respectively, to facilitate development of next- generation technologies. SG&A expenses decreased by $13, primarily as a result of lower expenses related to our internal control remediation plans of $30, finance transformation activities of $30 and lower restatement costs of $10, partially offset by increase in charges incurred in relation to our employee compensation plans of $56. The impact of foreign exchange on Management OM was minimal as the favorable impact on revenues was largely offset by the unfavorable impact on cost of revenues, SG&A and R&D.

**Special Charges**

The following table sets forth special charges by restructuring plan:

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | 2008 | 2007 | 2006 |
| November 2008 Restructuring Plan | $ 58 | $ - | $ - |
| 2008 Restructuring Plan | 148 | - | - |
| 2007 Restructuring Plan | 72 | 171 | - |
| 2006 Restructuring Plan | (1) | 17 | 68 |
| 2004 Restructuring Plan | 11 | 9 | 20 |
| 2001 Restructuring Plan | 14 | 13 | 17 |
| Total special charges | **$ 302** | **$ 210** | **$ 105** |

As a result of the Creditor Protection Proceedings, we ceased taking any further actions under the previously announced workforce and cost reduction plans as of January 14, 2009. All actions taken up to January 14, 2009

under previously announced workforce and cost reduction plans will continue to be accounted for under such plans. As at December 31, 2008, approximately 1,800 net workforce reductions, and approximately 200 shifts of positions from higher- cost to lower- cost locations, from previously announced restructuring plans remained unactioned and will be accounted for under the workforce reduction plan announced on February 25, 2009. Our contractual obligations are subject to re- evaluation in connection with the Creditor Protection Proceedings and, as a result, expected cash outlays and charges disclosed below relating to contract settlement and lease costs are subject to change.

On November 10, 2008, we announced a restructuring plan that included net workforce reductions of approximately 1,300 positions and shifting approximately 200 additional positions from higher- cost to lower- cost locations (the November 2008 Restructuring Plan, previously referred to as the 2009 Restructuring Plan). We expected total charges to earnings and cash outlays related to workforce reductions to be approximately $130, to be incurred during 2008 and 2009. Approximately $58 of the total charges relating to the net reduction of 550 positions under the November 2008 Restructuring Plan have been incurred as of December 31, 2008. There were no additional workforce reductions under this plan prior to its discontinuance on January 14, 2009. Annualized savings of approximately $60 were achieved under the November 2008 Restructuring Plan from its inception through December 31, 2008.

During the first quarter of 2008, we announced a restructuring plan that included net workforce reductions of approximately 2,100 positions and shifting approximately 1,000 additional positions from higher- cost to lower- cost locations (the 2008 Restructuring Plan). In addition to the workforce reductions, we announced steps to achieve additional cost savings by efficiently managing our various business locations and further consolidating real estate requirements. We expected total charges to earnings and cash outlays related to workforce reductions to be approximately $205 and expected total charges to earnings related to the consolidation of real estate to be approximately $60, including revised fixed costs of $15. Approximately $148 of the total charges relating to the net reduction of approximately 1,500 positions and real estate reduction initiatives under the 2008 Restructuring Plan have been incurred during the year ended December 31, 2008. There were no additional workforce reductions under this plan prior to its discontinuance on January 14, 2009. The portion of the real estate initiatives that were undertaken prior to January 14, 2009 will continue to be accounted for under the 2008 Restructuring Plan. The real estate provision of $7 as at December 31, 2008 relate to discounted cash outlays, net of estimated future sublease revenues, related to leases with payment terms through to 2024. Annualized savings of approximately $265 were achieved under the 2008 Restructuring Plan from its inception through December 31, 2008.

During the first quarter of 2007, we announced a restructuring plan that included workforce reductions of approximately 2,900 positions and shifting approximately 1,000 additional positions from higher- cost locations to lower- cost locations (the 2007 Restructuring Plan). In addition to the workforce reductions, we announced steps to achieve additional cost savings by efficiently managing its various business locations and consolidating real estate requirements. We originally expected charges to earnings and cash outlays for the 2007 Restructuring Plan to be approximately $390 and $370, respectively. Approximately $243 of the total charges relating to the net reduction of approximately 2,150 positions and real estate reduction initiatives under the 2007 Restructuring Plan have been incurred as of December 31, 2008. There were no additional workforce reductions under this plan prior its discontinuance on January 14, 2009. The portion of the real estate initiatives that where undertaken prior to January 14, 2009 will continue to be accounted for under the 2008 Restructuring Plan. The real estate provision of $27 as at December 31, 2008 relate to discounted cash outlays net of estimated future sublease revenues related to leases with payment terms through to 2016. Annualized savings of approximately $430 were achieved under the 2007 Restructuring plan from its inception through December 31, 2008.

During the second quarter of 2006, we announced a restructuring plan that included workforce reductions of approximately 1,900 positions (the 2006 Restructuring Plan). We originally estimated the total charges to earnings and cash outlays associated with the 2006 Restructuring Plan to be approximately $100. During 2007, the program was determined to be substantially complete resulting in a total reduction of 1,750 positions with a revised total cost of approximately $84. The cost revisions were primarily due to higher voluntary attrition reducing the number of involuntary actions requiring the payment of benefits.

Table of Contents

During 2004 and 2001, we implemented work plans to streamline operations through workforce reductions and real estate optimization strategies (the 2004 Restructuring Plan and the 2001 Restructuring Plan). All of the charges with respect to these workforce reductions have been incurred. The real estate provision of $156 in the aggregate as at December 31, 2008 relates to discounted cash outlays net of estimated future sublease revenues related to leases with payment terms through to 2016 for the 2004 Restructuring Plan and the end of 2013 for the 2001 Restructuring Plan.
The following table sets forth special charges by segment for each of the years ended December 31:

| | Enterprise Solutions | Carrier Networks | Metro Ethernet Networks | Global Services | Other | Total |
|---|---|---|---|---|---|---|
| November 2008 Restructuring Plan | $ 15 | $ 28 | $ 9 | $ 6 | $ - | $ 58 |
| 2008 Restructuring Plan | 43 | 63 | 21 | 21 | - | 148 |
| 2007 Restructuring Plan | 11 | 48 | 10 | 3 | - | 72 |
| 2006 Restructuring Plan | - | (1) | - | - | - | (1) |
| 2004 Restructuring Plan | 3 | 5 | 1 | 2 | - | 11 |
| 2001 Restructuring Plan | 4 | 6 | 2 | 2 | - | 14 |
| Total special charges for the year ended December 31, 2008 | $ 76 | $ 149 | $ 43 | $ 34 | $ - | $ 302 |
| 2007 Restructuring Plan | $ 23 | $ 105 | $ 16 | $ 27 | $ - | $ 171 |
| 2006 Restructuring Plan | 2 | 6 | 2 | 7 | - | 17 |
| 2004 Restructuring Plan | 2 | 4 | 1 | 2 | - | 9 |
| 2001 Restructuring Plan | 2 | 6 | 2 | 3 | - | 13 |
| Total special charges for the year ended December 31, 2007 | $ 29 | $ 121 | $ 21 | $ 39 | $ - | $ 210 |
| 2006 Restructuring Plan | $ 14 | $ 36 | $ 7 | $ 5 | $ 6 | $ 68 |
| 2004 Restructuring Plan | 3 | 8 | 8 | 1 | - | 20 |
| 2001 Restructuring Plan | 3 | 11 | 2 | 1 | - | 17 |
| Total special charges for the year ended December 31, 2006 | $ 20 | $ 55 | $ 17 | $ 7 | $ 6 | $ 105 |

**Gain on Sales of Businesses and Assets**

We did not have any material asset or business dispositions in 2008.

We recorded a gain on sales of businesses and assets of $31 in 2007, primarily due to the recognition of previously deferred gains of $21 related to the divestiture of our manufacturing operations to Flextronics, $10 related to the divestiture of the UMTS Access business and $12 related to the sale of a portion of our LG- Nortel wireline business. These gains were partially offset by a loss of $8 related to the disposals and write- offs of certain long- lived assets.

In 2006, gain on sale of businesses and assets was $206, primarily due to gains of $166 on the sale of certain assets and liabilities related to our UMTS Access business, $40 related to the sale of real estate assets in Canada and EMEA, and $23 on the sale of certain assets related to our blade server business. These gains were partially offset by write- offs of certain long- lived assets of $13 and charges related the divestiture of our manufacturing operations to Flextronics of $7.

**Shareholder Litigation Settlement Recovery**

Under the terms of the Global Class Action Settlement, we agreed to pay $575 in cash and issue 62,866,775 NNC common shares and we will contribute to the plaintiffs one- half of any recovery resulting from our ongoing litigation against certain of our former officers.

Table of Contents

As a result of the Global Class Action Settlement, we established a litigation settlement provision and recorded a charge to our full- year 2005 financial results of $2,474 (net of insurance proceeds of $229, which were placed in escrow in 2006). Of this amount, $575 related to the cash portion, which we placed in escrow on June 1, 2006, plus $5 in accrued interest, and $1,899 related to the equity component. We adjusted the equity component in each quarter since February 2006 to reflect the fair value of the equity component. The final adjustment to the fair value of the equity component occurred on March 20, 2007, the date the settlement became effective. As of March 20, 2007, the fair value of the equity component had decreased to $1,626, including a recovery of $54 in the first quarter of 2007 up to March 20, 2007. Additionally, as of March 20, 2007, the litigation settlement provision related to the equity component was reclassified to additional paid- in- capital within shareholders' equity as the number of shares was fixed at such date. The restricted cash and corresponding litigation reserve related to the cash portion of the settlement are under the direction of the escrow agents and our obligation has been satisfied and as a result the balances have been released. Administration of the settlement claims is now substantially complete. Approximately 4% of the settlement shares were issued to certain plaintiffs' counsel in the first quarter of 2007. Almost all of the remaining settlement shares were distributed in the second quarter of 2008, to claimants and plaintiffs' counsel as approved by the courts. During the third quarter of 2008, the fair value of $21 relating to the remaining settlement shares distributed in the third quarter of 2008 was reclassified from additional paid in capital to common stock. The cash portion of the settlement that was placed in escrow in 2006 has been distributed by the claims administrator to all of the approved claimants, net of an amount held in reserve by the claims administrator to cover contingencies and certain settlement costs.

**Other Operating Expense (Income)- Net**

The components of other operating expense (income)- net were as follows:

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | 2008 | 2007 | 2006 |
| Royalty license income- net | $ (31) | $ (31) | $ (21) |
| Litigation charges (recovery) | 11 | (2) | 9 |
| Other- net | 45 | (2) | (1) |
| Other operating expense (income)- net[a] | $ 25 | $ (35) | $ (13) |

(a) Includes items that were previously reported as non- operating and have been reclassified from "Other income- net" accordingly.

In 2008, other operating expense (income)- net was an expense of $25, primarily due to a $24 write- down of a tax credit, a charge related to an other than temporary impairment in the value of our investment of $14, litigation charges of $11 related to a patent infringement lawsuit settlement, partially offset by royalty income from cross patent license agreements of $31 and a net sales tax refund of $14.

In 2007, other operating expense (income)- net was income of $35, primarily due to $31 in royalties from patented technologies and $2 in litigation recovery primarily due to a third party bankruptcy claim settlement.

In 2006, other operating expense (income)- net was income of $13, primarily due to $21 related to royalty income from patented technology, partially offset by expenses of $9 related to various litigation and settlement costs.

Table of Contents

**Other Income (Expense)- Net**

The components of other income (expense)- net were as follows:

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | 2008 | 2007 | 2006 |
| Losses (gains) on sales and write downs of investments | $ 1 | $ (5) | $ (6) |
| Currency exchange gains (losses)- net | (38) | 176 | (12) |
| Other- net | (25) | 33 | 77 |
| Other income (expense)- net | $ (62) | $ 204 | $ 59 |

In 2008, other income (expense)- net was an expense of $62, primarily due to losses related to foreign exchange fluctuations of $38, and included in Other- net were costs associated with acquisition- related and divestiture- related activities of $11. The unfavorable impact of foreign exchange fluctuations was primarily as a result of unfavorable changes in the foreign exchange rates of the Canadian Dollar and British Pound against the U.S. Dollar.

In 2007, other income (expense)- net was income of $204, primarily due to foreign exchange gains of $176 and sublease income of $18. The increase in currency exchange gains was primarily due to the strengthening of the Canadian Dollar against the U.S. Dollar.

In 2006, other income (expense)- net was income of $59, largely due to Other income of $77 primarily as a result of a gain of $26 related to the sale of a note receivable from Bookham, Inc., income of $22 from the sublease of certain facilities, and a gain of $24 related to changes in fair value of derivative financial instruments that did not meet the criteria for hedge accounting. These gains were partially offset by a net loss on the sales and write downs of investments of $6, expenses of $7 from the securitization of certain receivables, and net currency exchange losses of $12.

**Interest Expense**

Interest expense decreased by $59 in 2008 compared to 2007. The decrease was primarily due to lower LIBOR rates and lower borrowing costs due to the $1,150 of unsecured convertible senior notes issued in March 2007 (Convertible Notes), that refinanced $1,125 of the $1,800 4.25% Notes due 2008. The remaining $675 of the 4.25% Notes due 2008 was refinanced in the first half of 2008. For more information see "Executive Summary- Other Significant Business Developments- Senior Notes Offering" above.

Interest expense increased by $41 in 2007 compared to 2006. The increase was primarily due to higher debt levels, interest rates and borrowing costs on our and NNL's debt. NNL issued $2,000 aggregate principal amount of senior notes due 2011, 2013 and 2016 in July 2006 (July 2006 Notes).

Interest expense increased by $121 in 2006 compared to 2005. The increase was primarily due to higher debt levels, interest rates and borrowing costs on NNL's debt as a result of the one- year credit facility in the aggregate principal amount of $1,300 and the July 2006 Notes offering.

**Income Tax Expense**

During the year ended December 31, 2008, we recorded a tax expense of $3,193 on a loss from operations before income taxes, minority interests and equity in net earnings of associated companies of $2,456. Included in the loss from operations before income taxes, minority interests and equity in net earnings of associated companies is an impairment related to goodwill in the amount of $2,379 that impacted our effective tax rate for the year ended December 31, 2008. The tax expense of $3,193 is largely comprised of several significant items including $3,020 relating to the establishment of a full valuation allowance against our net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are realizable through the reversal of existing taxable temporary differences. Also included in income tax expense is $98 of income taxes on historically profitable entities in Asia, CALA and Europe, $4 of income taxes relating to tax rate

Table of Contents

reductions enacted during 2008 in Korea, $38 of income taxes resulting from revisions to prior year tax estimates, $37 from increases in uncertain tax positions and other taxes of $25 primarily related to taxes on NNL preferred share dividends in Canada. This tax expense was partially offset by a $29 benefit derived from various tax credits and R&D- related incentives.

The expanding global economic downturn dramatically worsened in the fourth quarter of 2008 and in January 2009, the Debtors commenced the Creditor Protection Proceedings. In assessing the need for valuation allowances against our deferred tax assets, we considered the negative effect of these events on our revised modeled forecasts and the resulting increased uncertainty inherent in these forecasts. We determined that there was significant negative evidence against and insufficient positive evidence to support a conclusion that the tax benefits of our deferred tax assets were more likely than not to be realized in future tax years in all tax jurisdictions other than Korea and Turkey. Therefore, a full valuation allowance was necessary against Nortel's net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are not realizable through the reversal of existing taxable temporary differences. For additional information, see "Application of Critical Accounting Policies and Estimates- Income Taxes- Tax Asset Valuation" in this section of this report.

During the year ended December 31, 2007, we recorded a tax expense of $1,114 on earnings from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies of $270. The tax expense of $1,114 was largely comprised of several significant items including $1,036 of net valuation allowance increase including an increase of $1,064 in Canada, offset by releases in Europe and Asia, $74 of income taxes on profitable entities in Asia and Europe, including a reduction of our deferred tax assets in EMEA, $29 of income taxes relating to tax rate reductions enacted during 2007 in EMEA and Asia, and other taxes of $17 primarily related to taxes on NNL preferred share dividends in Canada. This tax expense was partially offset by a $25 benefit derived from various tax credits, primarily R&D- related incentives, and a $17 benefit resulting from true up of prior year tax estimates including a $14 benefit in EMEA as a result of transfer pricing adjustments.

**Segment Information**

**Carrier Networks**

The following table sets forth revenues and Management OM for the CN segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| **Revenues** | | | | | | | |
| CDMA solutions | $ 2,190 | $ 2,425 | $ 2,311 | $ (235) | - 10% | $ 114 | 5% |
| GSM and UMTS solutions | 1,578 | 1,373 | 2,021 | 205 | 15% | (648) | - 32% |
| Circuit and packet voice solutions | 544 | 695 | 825 | (151) | - 22% | (130) | - 16% |
| **Total Revenues** | **$ 4,312** | **$ 4,493** | **$ 5,157** | **$ (181)** | **- 4%** | **$ (664)** | **- 13%** |
| **Management OM** | **$ 867** | **$ 840** | **$ 477** | **$ 27** | **3%** | **$ 363** | **76%** |

***2008 vs. 2007***

CN revenues decreased to $4,312 in 2008 from $4,493 in 2007, a decrease of $181 or 4%. The decrease was due to declines in the CDMA solutions and circuit and packet voice solutions businesses, partially offset by an increase in the GSM and UMTS solutions business. The decrease in the CDMA solutions business was primarily due to reduced spending by certain customers as a result of capital expenditure constraints resulting from the expanding economic downturn, while the decline in the circuit and packet voice solutions business was primarily

due to certain customer contracts in 2007 not repeated in 2008 and a decline in demand for TDM products. The increase in the GSM and UMTS solutions business was primarily due to the completion of certain contract obligations for multiple customers in LG- Nortel resulting in the recognition of previously deferred revenues in 2008 and higher sales volumes.

CDMA solutions decreased by $235 primarily due to declines in the U.S. and Canada of $192 and $135, respectively, partially offset by an increase in Asia of $60. The decrease in the U.S. was primarily due to reduced spending by certain customers as a result of capital expenditure constraints resulting from the expanding economic downturn, certain customer contracts in 2007 not repeated in 2008 and a decline in sales volumes, partially offset by an increase due to the completion of a certain customer contract obligation resulting in the recognition of previously deferred revenues in 2008. The decrease in Canada was primarily due to reduced spending as a result of a change in technology migration plans by certain customers. The increase in Asia was primarily due to the recognition of deferred revenues and an adjustment to revenues, each of which resulted from the completion of obligations in connection with the termination of a customer contract in 2008 as well as higher sales volumes.

The decline in circuit and packet voice solutions of $151 was primarily due to declines in the U.S. and Canada of $95 and $37, respectively, which largely resulted from the completion of several VoIP buildouts in 2007 that were not repeated in 2008, as well as reduced customer spending as a result of the expanding economic downturn, and a decline in demand for TDM products.

GSM and UMTS solutions increased by $205 primarily due to an increase in Asia of $441, partially offset by declines in EMEA and CALA of $187 and $78, respectively. The increase in Asia was primarily due to the completion of certain contract obligations for multiple customers in LG- Nortel resulting in the recognition of previously deferred revenues, and higher sales volumes, partially offset by a decline in revenues outside of LG- Nortel due to reduced customer spending and price erosion. The decline in EMEA was primarily due to the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008 and a decline in sales volumes. The decrease in CALA was primarily due to the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008.

CN Management OM increased to $867 in 2008 from $840 in 2007, an increase of $27 as a result of decreases in R&D and SG&A expenses of $82 and $74, respectively, partially offset by a decrease in gross profit of $129.

CN gross profit decreased to $2,091 from $2,220, and gross margin decreased to 48% from 49%. The decrease in gross profit was primarily due to lower sales volumes as a result of reduced spending by certain customers due to capital expenditure constraints resulting from the expanding economic downturn, and charges related to excess and obsolete inventory, partially offset by cost reduction initiatives, favorable product mix and lower warranty costs. The decrease in SG&A expense was mainly due to decreased investment in sales and marketing efforts in maturing technologies and cost containment efforts. The decrease in R&D expense was primarily due to reduced spending for maturing technologies, productivity gains enabled by consolidation of labs and resources, improved process and movement to low- cost countries, partially offset by an increase in spending on investments in potential growth areas.

***2007 vs. 2006***

CN revenues decreased to $4,493 in 2007 from $5,157 in 2006, a decrease of $664 or 13%. The decrease was primarily due to the UMTS Access divestiture, and declines in demand for GU Core products and our traditional technology such as TDM in the circuit and packet voice solutions business. These declines were partially offset by increased revenue from our CDMA solutions.

Table of Contents

CDMA solutions increased $114 in 2007, primarily due to strong growth in sales in Asia of $153 primarily as a result of increased investments by certain of our customers in their infrastructure in order to enhance their service offerings within LG- Nortel, increased revenues in Canada of $41 associated with the continuing rollout of our EV- DO Rev A technology, and delays in spending by a major customer in 2006. EMEA and CALA declined in CDMA revenues by $74 and $9, respectively, due to the completion of projects in 2006 not repeated to the same extent as 2007 and the recognition of previously deferred revenues recorded in 2006 and not repeated in 2007. In the U.S. revenues remained unchanged, largely due to recognition of previously deferred revenue and increased spending by certain customers, entirely offset by lower spending by certain other customers in the fourth quarter of 2007.

The decline in GSM and UMTS solutions of $648 was primarily due to declines in EMEA of $457, the U.S. of $116 and Asia of $59. The decline in EMEA was primarily due to a $484 decrease in UMTS solutions as a result of the UMTS Access divestiture and a decline in demand for GU Core, partially offset by increased demand in GSM Access. The U.S. decline was due to customer investment in UMTS Access solutions rather than GSM Access or GU Core solutions and recognition of less deferred revenue compared to 2006. The decline in Asia was due to reduced customer spending and price erosion, partially offset by revenues from one- time support business resulting from sale of the UMTS Access business.

The decrease in circuit and packet voice solutions of $130 was primarily in the U.S. and Asia. U.S. revenues declined $122 as a result of reduced legacy TDM demand and one- time third quarter 2006 recognition of deferred revenues in 2006 not repeated in 2007 to the same extent. This decrease was partially offset by an increase in revenues in next- generation products. Asia revenues declined by $20 primarily due to the recognition of previously deferred revenues as a result of the completion of certain customer contract deliverables in 2006 that was not repeated to the same extent in 2007.

Management OM for CN increased to $840 in 2007 from $477 in 2006, an improvement of $363, or 76%. The increase in Management OM was the result of decreases in SG&A and R&D expenses of $86 and $319, respectively, partially offset by a decrease in gross profit of $42.

CN gross profit decreased from $2,262 to $2,220, due to reductions in volume, substantially offset by a gross margin increase from 43.9% to 49.4% as a result of favorable CDMA product mix, product cost reductions and improved GSM solutions margins. The decrease in SG&A of $86 was due to lower headcount costs as a result of the UMTS Access divestiture, partially offset by increased spending for new technologies. R&D expense decreased by $319 primarily due to the UMTS Access divestiture, and headcount reductions, lower- cost outsourcing and reduced investment in maturing technologies. The related cost reductions were partially offset by focused increases in R&D.

**Enterprise Solutions**

The following table sets forth revenues and Management OM for the ES segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| **Revenues** | | | | | | | |
| Circuit and packet voice solutions | $ 1,640 | $ 1,723 | $ 1,618 | $ (83) | -5% | $ 105 | 6% |
| Data networking and security solutions | 762 | 897 | 674 | (135) | -15% | 223 | 33% |
| **Total revenues** | **$ 2,402** | **$ 2,620** | **$ 2,292** | **(218)** | **-8%** | **$ 328** | **14%** |
| **Management OM** | **$ (75)** | **$ (8)** | **$ (45)** | **(67)** | **-838%** | **$ 37** | **82%** |

Table of Contents

***2008 vs. 2007***

ES revenues decreased to $2,402 in 2008 from $2,620 in 2007, a decrease of $218 or 8%, due to decreases in the data networking and security solutions and the circuit and packet voice solutions businesses primarily in the fourth quarter of 2008.

Data networking and security solutions decreased by $135 primarily due to decreases in the U.S. and Asia of $81 and $35, respectively. The decrease in the U.S. was primarily due to lower sales volumes related to a decline in demand for our Ethernet switch products as a result of a decline in the Ethernet switch market and competitive pressure, and the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated to the same extent in 2008, partially offset by higher sales volumes related to next generation products. The decrease in Asia was primarily due to the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated in 2008 and lower sales volumes, partially offset by the favorable impact of foreign exchange fluctuations.

Circuit and packet voice solutions decreased by $83 primarily due to decreases in EMEA and the U.S. of $76 and $42, respectively, partially offset by an increase in Canada of $23. The decrease in EMEA was primarily due to lower sales volumes. The decrease in the U.S. largely resulted from a decline in demand for TDM products and certain customer contracts in 2007 not repeated in 2008, partially offset by higher sales volumes across multiple customers. The increase in Canada largely resulted from higher sales volumes across several customers primarily in the first six months of 2008.

ES Management OM decreased by $67 to a loss of $75 in 2008 from a loss of $8 in 2007. The decrease was a result of a decrease in gross profit of $106, partially offset by declines in SG&A and R&D expenses of $24 and $15, respectively.

ES gross profit decreased to $1,087 in 2008 from $1,193 in 2007, while gross margin remained essentially flat in 2008 when compared to 2007. The decrease in gross profit was primarily a result of lower sales volumes and higher inventory provisions, partially offset cost improvements in the supply chain and lower warranty costs. SG&A expense decreased primarily due to headcount reductions and other cost reduction initiatives, partially offset by increased investment in sales and marketing efforts in expected growth areas. R&D expense decreased mainly due a reduced investment in maturing technologies. The related cost reductions were partially offset by focused increases in R&D related to potential growth areas.

***2007 vs. 2006***

ES revenues increased to $2,620 in 2007 from $2,292 in 2006, an increase of $328 or 14%. The increase in 2007 was primarily due to the recognition of previously deferred revenues as a result of the completion or elimination of customer deliverable obligations for certain products in our ES data networking and security solutions business and volume growth across both portfolios.

Revenues from ES circuit and packet voice solutions increased by $76 in EMEA, primarily due to supply chain delays resulting from difficulty in obtaining components required to meet RoHS standards in 2006 that were not present in 2007 and volume increases, $13 in CALA and $6 in the U.S. due to volume increases, partially offset by reduced demand for legacy products.

The increase in ES data networking and security solutions was primarily the result of increases of $83 in Asia, $79 in EMEA and $50 in the U.S. primarily due to the recognition of previously deferred revenues as a result of completion or elimination of customer deliverable obligations in 2006 for certain products and volume increases, partially offset by reduced demand for legacy products.

Management OM for ES increased to a loss of $8 in 2007 from a loss of $45 in 2006, an improvement of $37. This increase in Management OM was primarily due to an increase in gross profit of $178, partially offset by increases in SG&A and R&D expenses of $88 and $53, respectively.

Table of Contents

Gross margin increased from 44.3% to 45.5% primarily due to favorable product mix and gross profit increased from $1,015 to $1,193 primarily due to the recognition of high margin deferred revenue, higher sales volumes and favorable product mix. The increase in SG&A expense of $88 was due to increased headcount investments across all regions to drive growth and also due to unfavorable foreign exchange impacts. Increased headcount investment in the development of our packet- based voice, data and security solutions portfolios and negative foreign exchange impact resulted in an increase in R&D expense of $53.

**Global Services**

The following table sets forth revenues and Management OM for the GS segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| Revenues | $ 2,089 | $ 2,087 | $ 2,132 | $ 2 | 0% | $ (45) | - 2% |
| Management OM | $ 303 | $ 385 | $ 337 | $ (82) | - 21% | $ 48 | 14% |

***2008 vs. 2007***

GS revenues remained essentially flat in 2008 when compared to 2007. A decrease in the network support services business was almost entirely offset by an increase in the network implementation services business.

Network support services revenues decreased $64 primarily due to decreases in EMEA and the U.S. of $63 and $17, respectively, partially offset by increases in Canada and CALA of $9 and $5, respectively. The decrease in EMEA was mainly due to lower sales volumes across multiple customers and the completion of certain customer contract obligations that resulted in the recognition of previously deferred revenues in 2007 not repeated in 2008, partially offset by the favorable impact of foreign exchange fluctuations. Revenues in the U.S. decreased primarily due to lower sales volumes across multiple customers as a result of capital expenditure constraints resulting from the expanding economic downturn. The increases in Canada and CALA were primarily due to higher sales volumes across multiple customers.

Revenues in network implementation services increased by $60 primarily as a result of an increase in Asia of $87, partially offset by declines in the U.S. and CALA of $14 and $11, respectively. The increase in Asia was primarily due to the recognition of deferred revenues and an adjustment to revenues, each of which resulted from the completion of obligations in connection with the termination of a customer contract in 2008, as well as the completion of a certain customer contract obligation in LG- Nortel resulting in the recognition of previously deferred revenue, and higher sales volumes across multiple customers. The decrease in the U.S. was primarily due to lower sales volumes across multiple customers as a result of capital expenditure constraints resulting from the expanding economic downturn, partially offset by higher revenues for services related to government business. The decrease in CALA was primarily due to the completion of certain customer contracts in 2007 that was not repeated in 2008.

GS Management OM decreased to $303 in 2008 from $385 in 2007, a decrease of $82. The decrease was primarily a result of a decrease in gross profit of $71 and an increase in R&D expense of $14.

GS gross profit decreased to $633 in 2008 from $704 in 2007, and gross margin decreased from 34% to 30%. The decrease in gross profit was primarily a result of reduced gross margin due to a specific customer contract and other high cost projects in 2008, partially offset by higher gross profit as a result of higher sales volumes. The increase in R&D expense was primarily due to increased investment in the development of new services as well as investments to improve our current service offerings.

Table of Contents

*2007 vs. 2006*

GS revenues were $2,087 in 2007 compared to $2,132 in 2006, a decline of $45 or 2%. The decrease was primarily related to the UMTS Access divestiture, which resulted in a $176 decrease, partially offset by increased volumes.

The decrease in GS revenues was primarily due to a decrease in network implementation services primarily related to the UMTS Access divestiture, and lower sales volumes in EMEA. The decrease in GS revenues in EMEA of $142, of which the UMTS Access divestiture accounted for $176, was partially offset by an increase of $42 in Asia due to increased volumes and contracts where key milestones were met. The decrease in network implementation services was partially offset by growth of $47 in network support services across all regions (except CALA where we experienced significant price pressures and technology changes), and growth of $33 in network managed services, primarily in the U.S., Asia and EMEA. In 2007, the majority of GS revenue continued to be generated by network support services.

Management OM for GS increased to $385 in 2007 from $337 in 2006, an increase of $48, or 14%. This increase in Management OM was primarily due to improved gross profit of $111, partially offset by increases in SG&A and R&D expenses of $54 and $9, respectively.

Gross profit increased from $593 to $704 and gross margin increased from 27.8% to 33.7% due to the favorable impact of cost- reduction programs, the favorable impact of foreign exchange in EMEA, and certain one- time items. The increase in gross profit was partially offset by declines in volume primarily related to the UMTS Access divestiture. SG&A and R&D increased by $54 and $9, respectively, due to investments in resources and capabilities in the areas within the GS segment.

**Metro Ethernet Networks**

The following table sets forth revenues and Management OM for the MEN segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| **Revenues** | | | | | | | |
| Optical networking solutions | $ 1,105 | $ 1,185 | $ 1,128 | $ (80) | - 7% | $ 57 | 5% |
| Data networking and security solutions | 288 | 340 | 463 | (52) | - 15% | (123) | - 27% |
| **Total Revenues** | **$ 1,393** | **$ 1,525** | **$ 1,591** | **$ (132)** | **- 9%** | **$ (66)** | **- 4%** |
| **Management OM** | **$ (53)** | **$ (19)** | **$ 55** | **$ (34)** | **- 179%** | **$ (74)** | **- 135%** |

*2008 vs. 2007*

Due to declines in both the optical networking solutions and data networking solutions businesses, MEN revenues decreased to $1,393 in 2008 from $1,525 in 2007, a decrease of $132 or 9%.

The decrease in the optical networking solutions business of $80 was primarily due to declines in the U.S. and Asia of $60 and $57, respectively, partially offset by increases in CALA and EMEA of $17 and $16, respectively. The decrease in the U.S. was mainly due to reduced demand for legacy products and significant revenues from a certain customer in 2007 that did not repeat to the same extent in 2008. The decrease in Asia was primarily due to lower sales volumes related to reduced demand for legacy products and significant revenues from certain customers in 2007 that did not repeat to the same extent in 2008. Revenues in CALA increased primarily due to higher sales volumes related to our next generation products. The increase in EMEA was largely due to the completion of certain customer contract obligations resulting in the recognition of previously deferred

Table of Contents

revenue, volume increases related to our next generation products for long- haul applications, and the favorable impact of foreign exchange fluctuations, partially offset by the completion of certain other customer contract obligations that resulted in the recognition of previously deferred revenue in 2007 that did not repeat in 2008.

Revenues in the data networking and security solutions business decreased $52 primarily due to declines in the U.S. and EMEA of $65 and $18, respectively, partially offset by an increase in Asia of $23. The decrease in the U.S. was primarily due to the completion of a certain customer contract deliverable that resulted from the termination of a supplier agreement resulting in the recognition of previously deferred revenue in 2007 not repeated in 2008. The decrease in EMEA was primarily due to the completion of a certain customer contract obligation that resulted in the recognition of previously deferred revenue in 2007 not repeated in 2008 and a decline in sales volumes across multiple customers related to the declining multi- server switch market, partially offset by an increase resulting from the completion of certain other customer contract obligations resulting in the recognition of previously deferred revenues. The increase in Asia was mainly due to higher sales volumes related to a specific customer in the first six months of 2008 and the completion of network deployments in 2008 for certain customers resulting in the recognition of previously deferred revenue.

MEN Management OM decreased to a loss of $53 in 2008 from a loss of $19 in 2007, a decrease of $34. The decrease was a result of a decrease in gross profit of $93, partially offset by declines in R&D and SG&A expenses of $42 and $17, respectively.

MEN gross profit decreased to $425 in 2008 from $518 in 2007, and gross margin decreased from 34% to 31%. The decrease in gross profit was primarily due to lower sales volumes, higher inventory provisions, increased costs due to a settlement with one of our suppliers, price erosion and unfavorable product mix and higher warranty and royalty costs, partially offset by our cost reduction initiatives. R&D expense decreased primarily due to reduced spending in maturing technologies, partially offset by the unfavorable impact of foreign exchange fluctuations and increased investment in potential growth areas. SG&A expense decreased primarily as a result of cost containment efforts, partially offset by the unfavorable impact of foreign exchange fluctuations.

***2007 vs. 2006***

MEN revenues decreased to $1,525 in 2007 from $1,591 in 2006, a decrease of $66 or 4%. The decrease in the MEN segment was due to the recognition of less deferred revenues in 2007 than in 2006 and decreases in volumes for certain mature product portfolios, partially offset by increased optical volumes and a favorable foreign exchange impact.

Revenues from optical networking solutions increased by $93 in EMEA, primarily due to the recognition of previously deferred revenues as a result of the completion of certain customer contract deliverables in 2007, increased volume and favorable impact of foreign exchange due to fluctuations between the Euro and the U.S. Dollar. Revenues increased by $21 in Canada and $20 in CALA due to optical market growth. In the U.S., revenues increased by $22 due to an increase in volume, partially offset by deferred revenue recognized in 2006, which was not repeated in 2007. These increases were partially offset by a decrease of $99 in Asia, primarily due to the recognition of previously deferred revenues as a result of the completion of certain customer contract deliverables in 2006 that was not repeated in 2007, partially offset by increased volumes.

Revenues from data networking and security solutions decreased by $78 and $72 in EMEA and Asia, respectively, primarily due to the recognition of previously deferred revenues in 2006, which was not repeated in 2007. These decreases were partially offset by an increase of $31 in the U.S., primarily due to the recognition of previously deferred revenue in 2007 as a result of the completion of certain customer contract deliverables resulting from the termination of a supplier agreement. Further, all three regions had volume decreases due to a declining multi- service switch/services edge router market.

Table of Contents

Management OM for MEN decreased to a loss of $19 in 2007 from earnings of $55 in 2006, a decrease of $74, or 135%. This decrease in Management OM was primarily due to a decrease in gross profit of $68 and an increase in R&D expenses of $30, partially offset by a decrease in SG&A expense of $24.

MEN gross profit decreased from $586 to $518 and gross margin decreased from 36.8% to 34.0% due to the recognition of deferred revenues at lower margins in the first quarter of 2007 and deferred revenue recognized at higher margins in 2006, combined with an unfavorable product and customer mix. These decreases were partially offset by volume increases primarily in optical networking solutions and cost reduction programs. The MEN segment also continues to experience pricing pressure resulting in lower margins. SG&A expense declined by $24 as a result of cost reductions in North America, legal expenses incurred in 2006 not repeated in 2007, and lower bad debt expenses in 2007. R&D expenses increased by $30 primarily due to the incremental investment in Carrier Ethernet and Optical OME products and the unfavorable impact of the strengthening of the Canadian Dollar, partially offset by the cancellation of certain R&D programs.

**Other**

The following table sets forth revenues and Management OM for the Other segment:

| | For the Years Ended December 31, | | | 2008 vs. 2007 | | 2007 vs. 2006 | |
|---|---|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | $ Change | % Change | $ Change | % Change |
| **Revenues** | $ 225 | $ 223 | $ 246 | 2 | 1% | $ (23) | -9% |
| **Management OM** | $ (483) | $ (797) | $ (827) | 314 | 39% | $ 30 | 4% |

***2008 vs. 2007***

Other revenues increased to $225 in 2008 from $223 in 2007, an increase of $2 or 1%. The increase was due to increases in Canada and Asia of $7 and $2, respectively, partially offset by a decrease in the U.S. of $7.

Other Management OM improved to a loss of $483 in 2008 from a loss of $797 in 2007, a decrease in loss of $314. The decrease was primarily due to an increase in gross profit of $70 and decreases in SG&A and R&D expenses of $219 and of $25, respectively. The decrease in SG&A expense was primarily due to cost savings from our previously announced restructuring activities, cost containment efforts, a decrease in charges related to our employee compensation plans, and savings due to lower expenses in relation to our internal control remediation plans and finance transformation activities. The increase in gross profit was primarily due to cost reduction initiatives.

***2007 vs. 2006***

Other revenues decreased to $223 in 2007 from $246 in 2006, a decrease of $23 or 9%. The decrease was due to declines in Nortel Government Solutions Incorporated (NGS) revenues as a result of delay in the issuance and, in some cases, cancellation of certain intended contract offerings by the U.S. Federal government.

Other Management OM includes corporate charges and improved to a loss of $797 in 2007 from a loss of $827 in 2006, a decrease in loss of $30. The improvement was primarily due to a decrease in SG&A expense of $45, partially offset by an increase in R&D expense of $11 and a decrease in gross profit of $4. The decrease in SG&A expense was primarily due to lower costs related to our restatement- related activities and internal control remedial measures, partially offset by costs associated with our Business Transformation initiatives. The increase in R&D expense was primarily due to the continued momentum of our business transformation cost reduction initiatives and headcount reductions as a result of the UMTS Access divestiture.

## Liquidity and Capital Resources

**Overview**

As at December 31, 2008, our cash and cash equivalents balance was approximately $2,397, plus a balance of approximately $65 reflecting the remainder of The Reserve Primary Fund investment that has been classified as short term investments. On February 20, 2009, we received $24 from the Fund leaving a balance of $41 in short term investments.

Our consolidated cash is held globally in various Nortel consolidated entities and joint ventures as follows: approximately $200 in Canada, approximately $700 in the U.S., approximately $675 in EMEA, approximately $450 in joint ventures, approximately $200 in China, approximately $120 in Asia and approximately $40 in CALA. Historically, we have deployed our cash throughout the corporate group, through a variety of intercompany borrowing and transfer pricing arrangements. As a result of the Creditor Protection Proceedings, cash in the various jurisdictions and in the joint ventures is generally available to fund operations in the particular jurisdictions, but generally is not available to be freely transferred between jurisdictions, regions, or outside joint ventures, other than for normal course intercompany trade and pursuant to specific court- approved agreements as highlighted below. Thus, there is greater pressure and reliance on cash balances and generation capacity in specific regions and jurisdictions.

Since the Petition Date, we have generally maintained use of our cash management system and consequently have minimized disruption to our operations, pursuant to various court approvals and agreements obtained or entered into in connection with the Creditor Protection Proceedings. We continue to conduct ordinary course trade transactions between the Debtors and Nortel companies that are not included in the Creditor Protection Proceedings. The Canadian Debtors and the U.S. Debtors have also each entered into agreements with the EMEA Debtors governing the settlement of certain intercompany accounts, including for the purchase of goods and services. These agreements will currently expire on March 15, 2009 unless extended by agreement of the parties and, in the case of the Canada- EMEA agreement, with the consent of the Canadian Monitor. Additional cash management provisions are in place including a transfer pricing model that determines the prices that are charged for goods and services transferred between our subsidiaries and the allocation of profit and loss based upon certain R&D costs.

A revolving loan agreement between NNI, as lender, and NNL, as borrower, was approved by the Canadian Court and, subject to certain conditions, approved by the U.S. Court on an interim basis. An initial amount of $75 was approved and drawn, and the remaining $125 provided for under the agreement is subject to U.S. Court approval. The loan bears interest at 10% per annum, and is secured by a charge on Nortel's Ottawa, Ontario facility, and subject to certain conditions, an intercompany charge, each as approved by the Canadian Court (see the Properties section of our 2008 Annual Report). NNL's obligations under the loan are unconditionally guaranteed by NNTC. The agreement matures on December 31, 2009, subject to extension for a further year, and contains certain covenants, including mandatory prepayment of loans with the net cash proceeds from certain asset dispositions.

Under a current agreement with EDC, NNL has continued access under the EDC Support Facility up to May 1, 2009 for up to $30 of support. We and EDC continue to work together to see if a longer term arrangement, acceptable to both parties, can be reached. There is no assurance that this level of support will be sufficient during the period.

We have commenced several initiatives to generate cost reductions and decrease the rate of cash outflow during the Creditor Protection Proceedings. Some of these initiatives include the Workforce Reduction Plan and reviews of our real estate and other property leases, IT equipment agreements, supplier and customer contracts and general discretionary spending. We have also commenced a process to assess the strategic and economic value of several of our subsidiaries.

Our current cash management system and cash on hand to fund our operations is subject to ongoing review and approval by the Canadian Monitor and the U.K. Administrators, and may be impacted by the Creditor

Table of Contents

Protection Proceedings. There is no assurance that (i) we will be able to maintain our current cash management system, (ii) the current support under the EDC Support Facility is sufficient for our business needs up to May 1, 2009 or that we will not have to provide cash collateral, or (iii) we generate sufficient cash to fund our operations during this process or that we will be able to access any alternative financing on acceptable terms or at all.

**Cash Flow**

Our total cash and cash equivalents excluding restricted cash decreased by $1,135 in 2008 to $2,397, due to cash used in operating, investing and financing activities, and the unfavorable impact of foreign exchange fluctuations on cash and cash equivalents.

Our liquidity and capital resources are primarily impacted by: (i) current cash and cash equivalents, (ii) operating activities, (iii) investing activities, (iv) financing activities and (v) foreign exchange rate changes. The following table summarizes our cash flows by activity and cash on hand as of December 31:

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | 2008 | 2007 | 2006 |
| Net earnings (loss) | $ (5,799) | $ (957) | $ 28 |
| Non- cash items | 6,141 | 1,570 | 658 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable- net | 429 | 202 | 51 |
| Inventories- net | (20) | (66) | (42) |
| Accounts payable | (221) | 42 | (79) |
| | 188 | 178 | (70) |
| Deferred costs | 568 | 223 | 97 |
| Income taxes | (18) | 23 | (20) |
| Payroll and benefit-related, other, accrued and contractual liabilities | (415) | (340) | (257) |
| Deferred revenue | (345) | (424) | (229) |
| Advanced billings in excess of revenues recognized to date on contracts | (739) | 149 | 120 |
| Restructuring liabilities | 50 | (7) | (21) |
| Other | (198) | (233) | (69) |
| Changes in other operating assets and liabilities | (1,097) | (609) | (379) |
| Global Class Action Settlement- net | - | (585) | - |
| Net cash from (used in) operating activities | (567) | (403) | 237 |
| Net cash from (used in) investing activities | (310) | 408 | (273) |
| Net cash from (used in) financing activities | (74) | (69) | 483 |
| Effect of foreign exchange rate changes on cash and cash equivalents | (184) | 104 | 94 |
| **Net increase (decrease) in cash and cash equivalents** | **(1,135)** | **40** | **541** |
| **Cash and cash equivalents at beginning of year** | **3,532** | **3,492** | **2,951** |
| **Cash and cash equivalents at end of year** | **$ 2,397** | **$ 3,532** | **$ 3,492** |

*Operating Activities*

In 2008, our net cash used in operating activities of $567 resulted from a net loss of $5,799 plus adjustments for non- cash items of $6,141 and net uses of cash of $1,097 due to changes in other operating assets and liabilities, partially offset by cash of $188 from changes in operating assets and

liabilities. The net cash used in other operating activities was mainly due to the reduction of advance billings of $739 primarily as a result of the completion of contracts in LG- Nortel, partially offset by the change in deferred costs of $568 due to the release of related revenues. The use of cash for payroll, accrued and contractual liabilities of $415 was primarily due to bonus payments and sales compensation accruals, SG&A and interest accruals. The change of $198 in the



Table of Contents

category of Other, under operating assets and liabilities, was primarily comprised of pension payments. The primary additions to our net loss for non-cash items were deferred income taxes of $3,053 primarily related to an increase in our deferred tax asset valuation allowance, goodwill impairment charge of $2,379 relating to all of our reportable segments, amortization and depreciation of $337, and minority interest of $152. For additional information with respect to the increase in our deferred tax asset valuation allowance and the goodwill impairment charge, see "Application of Critical Accounting Policies and Estimates- Income Taxes- Tax Asset Valuation" and "Application of Critical Accounting Policies and Estimates- Goodwill Valuation" sections, respectively, of this report.

In 2007, our net cash used in operating activities of $403 is largely due to a reduction in liabilities associated with the Global Class Action Settlement, including the release of $585 of restricted cash in the first quarter of 2007. Our net cash used in operating activities was impacted by net loss of $957 plus adjustments for non- cash items of $1,570, net cash from operating assets and liabilities of $178, net cash used in other operating assets and liabilities of $609. The primary additions to our net loss for non- cash items were deferred income taxes of $1,019, amortization and depreciation of $328, pension and other accruals of $277, minority interest of $115 and share- based compensation expense of $105. These additions were partially offset by the fair value adjustment to the non- cash portion of the Global Class Action Settlement recovery of $54 and other non- cash changes of $205, primarily due to foreign exchange impacts on long- term assets and liabilities of $291.

*Accounts Receivable*

| | December 31, 2008 | December 31, 2007 | $ Change | % Change |
|---|---|---|---|---|
| Accounts Receivable | $ 2,154 | $ 2,583 | $ (429) | $ (17) |
| Days sales outstanding in accounts receivable (DSO)[(a)] | 71 | 72 | | |

(a) DSO is the average number of days our receivables are outstanding based on a 90 day cycle. DSO is a metric that approximates the measure of the average number of days from when we recognize revenue until we collect cash from our customers. DSO for each quarter is calculated by dividing the quarter end accounts receivable- net balance by revenues for the quarter, in each case as determined in accordance with U.S. GAAP, and multiplying by 90 days.

Accounts receivable decreased to $2,154 as at December 31, 2008 from $2,583 as at December 31, 2007, a decrease of $429, or 17%, primarily as a result of lower sales volumes in 2008 compared to 2007. The one day decrease in DSO was due to the proportionately higher decline in accounts receivable as compared to the revenue.

*Inventory*

| | December 31, 2008 | December 31, 2007 | $ Change | % Change |
|---|---|---|---|---|
| Inventory- net (excluding deferred costs) | $ 493 | $ 513 | $ (20) | $ (4) |
| Net inventory days (NID)[(a)] | 30 | 26 | | |

(a) NID is the average number of days from procurement to sale of our product based on a 90 day cycle. NID for each quarter is calculated by dividing the average of the current quarter and prior quarter inventories- net (excluding deferred costs) by the cost of revenues for the quarter and multiplying by 90 days.

Inventory, excluding deferred costs, decreased to $493 as at December 31, 2008 from $513 as at December 31, 2007, a decrease of $20 or 4%. NID increased by 4 days compared to 2007 primarily due to a decrease in the cost of revenues and inventory build up related to the in- sourcing of certain distribution operations.

Table of Contents

*Accounts Payable*

| | December 31, 2008 | December 31, 2007 | $ Change | % Change |
|---|---|---|---|---|
| Trade accounts payable | $ 934 | $ 1,152 | $ (218) | $ (19) |
| Days of purchasing outstanding in accounts payable (DPO)[a] | 52 | 58 | | |

(a) DPO is the average number of days from when we receive purchased goods and services until we pay our suppliers based on a 90 day cycle. DPO for each quarter is calculated by dividing the quarter end trade and other accounts payable by the cost of revenues for the quarter, in each case as determined in accordance with U.S. GAAP, and multiplying by 90 days.

Trade accounts payable decreased to $ 934 as at December 31, 2008 from $1,152 at December 31, 2007, a decrease of $ 218 or 19%. This decrease in the trade accounts payable balance and DPO is attributable to spending levels consistent with the current declining sales volumes.

*Deferred Revenue*

Billing terms and collections periods related to arrangements whereby we defer revenue are generally similar to other revenue arrangements. Similarly, payment terms and cash outlays related to products and services associated with delivering under these arrangements are also generally similar to other revenue arrangements. As a result, neither cash inflows nor outflows are unusually impacted under arrangements in which revenue is deferred, compared to arrangements in which revenue is not deferred, and the DSO and DPO include all these arrangements.

***Investing Activities***

In 2008, our net cash used in investing activities was $310, primarily due to expenditures for plant and equipment of $159, acquisition of investments and businesses, net of cash acquired of $113 and a net increase in short- term and long- term investments of $75 as described below.

In 2007, our net cash from investing activities was $408, due to a decrease in restricted cash and cash equivalents of $563, primarily related to the finalization of the Global Class Action Settlement and proceeds of $90 primarily related to the sale of our facility located in Montreal, Quebec, partially offset by expenditures for plant and equipment of $235.

*Money Market Funds*

As part of our cash management strategy, we invest in institutional and government money market funds, which are considered highly liquid and which we generally account for as cash and cash equivalents. We had invested approximately $362 in the Reserve Primary Fund (the Fund), which was rated AAA by Standard & Poor's (S&P) and Aaa (Moody's). On September 16, 2008, the Fund announced that it was reducing to zero the value of its holdings of debt securities issued by Lehman Brothers Holdings, Inc. and, as a result, the net asset value (NAV) of the Fund was reduced from $1 to $0.97. On September 19, 2008, the Fund filed with the SEC an application to temporarily suspend rights of redemption and announced an intent to ensure an orderly liquidation of securities in the Fund. To account for these developments, we reclassified our investment in the Fund from cash and cash equivalents to short- term investments, and booked an impairment of $11 to reflect the decline in the Fund's NAV. On October 31, 2008 and on December 3, 2008, the Fund distributed funds back to the investors of which our share was approximately $184 and $102, respectively. On February 20, 2009, we received $24 as a further redemption from the Fund. As a result, the current remaining carrying value in the Fund is $41, which we will re- assess the classification of as a short- term investment as further information is made available on timing of liquidation of the Fund.