results of operations and financial condition, but will continue to assess the impact as the guidance evolves.

(ii) In September 2007, EITF reached a consensus on EITF Issue No. 07- 1, "Collaborative Arrangements" ("EITF 07- 1"). EITF 07- 1 addresses the accounting for arrangements in which two companies work together to achieve a common commercial objective, without forming a separate legal entity. The nature and purpose of a company's collaborative arrangements are required to be disclosed, along with the accounting policies applied and the classification and amounts for significant financial activities related to the arrangements. Nortel plans to adopt the provisions of EITF 07- 1 on January 1, 2009. The adoption of EITF 07- 1 is not expected to have a material impact on Nortel's results of operations and financial condition.

(iii) In December 2007, the FASB issued SFAS No. 141R, "Business Combinations" ("SFAS 141R"), replacing SFAS No. 141, "Business Combinations". SFAS 141R revises existing accounting guidance for how an acquirer recognizes and measures in its financial statements the identifiable assets, liabilities, any noncontrolling interests and goodwill acquired on the acquisition of a business. SFAS 141R is effective for fiscal years beginning after December 15, 2008. Nortel plans to adopt the provisions of SFAS 141R on January 1, 2009. The adoption of SFAS 141R will impact the accounting for business combinations completed by Nortel on or after January 1, 2009.

(iv) In December 2007, the FASB issued SFAS No. 160, "Noncontrolling Interests in Consolidated Financial Statements- An Amendment of ARB 51" ("SFAS 160"). SFAS 160 establishes accounting and reporting standards for the treatment of noncontrolling interests in a subsidiary. Noncontrolling interests in a subsidiary will be reported as a component of equity in the consolidated financial statements and any retained noncontrolling equity investment upon deconsolidation of a subsidiary will initially be measured at fair value. SFAS 160 is effective for fiscal years beginning after December 15, 2008. Nortel plans to adopt the provisions of SFAS 160 on January 1, 2009. The adoption of SFAS 160 will result in the reclassification of minority interests to shareholders' equity.

(v) In March 2008, the FASB issued SFAS No. 161, "Disclosures about Derivative Instruments and Hedging Activities- An Amendment of FASB Statement 133" ("SFAS 161"). SFAS 161 requires expanded and enhanced disclosure for derivative instruments, including those used in hedging activities. For instruments subject to SFAS 161, entities are required to disclose how and why such instruments are being used; where values, gains and losses are reported within financial statements; and the existence and nature of credit risk- related contingent features. Additionally, entities are required to provide more specific disclosures about the volume of their derivative activity. SFAS 161 is effective for fiscal years and interim periods beginning after November 15, 2008. Nortel plans to adopt the provisions of SFAS 161 on January 1, 2009. The adoption of SFAS 161 is expected to impact Nortel's disclosure for derivative instruments starting January 1, 2009.

(vi) In April 2008, the FASB issued FSP SFAS 142- 3, "Determination of the Useful Life of Intangible Assets" ("FSP SFAS 142- 3"). FSP SFAS 142- 3 provides guidance with respect to estimating the useful lives of recognized intangible assets acquired on or after the effective date and requires additional disclosure related to the renewal or extension of the terms of recognized intangible assets. FSP SFAS 142- 3 is effective for fiscal years and interim periods beginning after December 15, 2008. Nortel plans to adopt the provisions of FSP SFAS 142- 3 on January 1, 2009. The adoption of FSP SFAS 142- 3 is not expected to have a material impact on Nortel's results of operations and financial condition.

(vii) In June 2008, the EITF reached a consensus on EITF Issue No. 07- 5, "Determining Whether an Instrument (or Embedded Feature) Is Indexed to an Entity's Own Stock" ("EITF 07- 5"). EITF 07- 5 addresses the determination of whether an equity linked financial instrument (or embedded feature) that has all of the characteristics of a derivative under other authoritative U.S. GAAP accounting literature is indexed to an entity's own stock and would thus meet the first part of a scope exception from classification and recognition as a derivative instrument. Nortel plans to adopt the provisions of

Table of Contents

EITF 07- 5 on January 1, 2009. The adoption of EITF 07- 5 is not expected to have a material impact on Nortel's results of operations and financial condition.

(viii) In September 2008, the FASB issued FSP 133- 1 and FASB Interpretation Number ("FIN") 45- 4, "Disclosures about Credit Derivatives and Certain Guarantees: An Amendment of FASB Statement No. 133 and FASB Interpretation No. 45; and Clarification of the Effective Date of FASB Statement No. 161" ("FSP 133- 1 and FIN 45- 4"). FSP 133- 1 and FIN 45- 4 amend and enhance disclosure requirements for sellers of credit derivatives and financial guarantees. They also clarify that the disclosure requirements of SFAS No. 161 are effective for quarterly periods beginning after November 15, 2008, and fiscal years that include those periods. FSP 133- 1 and FIN 45- 4 are effective for reporting periods (annual or interim) ending after November 15, 2008. The adoption of FSP 133- 1 and FIN 45- 4 has impacted Nortel's disclosure for financial guarantees. See note 14.

(ix) In September 2008, the EITF ratified EITF Issue No. 08- 5, "Issuer's Accounting for Liabilities Measured at Fair Value With a Third-Party Credit Enhancement" ("EITF 08- 5"). EITF 08- 5 provides guidance for measuring liabilities issued with an attached third- party credit enhancement (such as a guarantee). It clarifies that the issuer of a liability with a third- party credit enhancement (such as a guarantee) should not include the effect of the credit enhancement in the fair value measurement of the liability. EITF 08- 5 is effective for the first reporting period beginning after December 15, 2008. The adoption of EITF 08- 5 is not expected to have a material impact on Nortel's results of operations and financial condition.

(x) In November 2008, the FASB ratified EITF Issue No. 08- 6, "Equity- Method Investment Accounting" ("EITF 08- 6"). EITF 08- 6 concludes that the cost basis of a new equity- method investment would be determined using a cost- accumulation model, which would continue the practice of including transaction costs in the cost of investment and would exclude the value of contingent consideration. Equity- method investments should be subject to other- than- temporary impairment analysis. It also requires that a gain or loss be recognized on the portion of the investor's ownership sold. EITF 08- 6 is effective for fiscal years beginning after December 15, 2008. The adoption of EITF 08- 6 is not expected to have a material impact on Nortel's results of operations and financial condition.

(xi) In November 2008, the EITF ratified EITF Issue No. 08- 7 "Defensive Intangible Assets" ("EITF 08- 7"). EITF 08- 7 requires an acquiring entity to account for defensive intangible assets as a separate unit of accounting. Defensive intangible assets should not be included as part of the cost of the acquirer's existing intangible assets because the defensive intangible assets are separately identifiable. Defensive intangible assets must be recognized at fair value in accordance with SFAS 141R and SFAS 157. EITF 08- 7 will be effective for the reporting period beginning after December 15, 2008. The adoption of EITF 08- 7 is not expected to have a material impact on Nortel's results of operations and financial condition.

(xii) In November 2008, the FASB ratified EITF Issue No. 08- 8, "Accounting for an Instrument (or an Embedded Feature) with a Settlement Amount that is based on the Stock of an Entity's Consolidated Subsidiary" ("EITF 08- 8"). EITF 08- 8 clarifies whether a financial instrument whose payoff to the counterparty is based on the stock of the reporting entity's consolidated subsidiary could be considered indexed to that reporting entity's own stock in the consolidated financial statements. The adoption of EITF 08- 8 is not expected to have a material impact on Nortel's results of operations and financial condition.

**3. Accounting changes**

***Accounting for Uncertainty in Income Taxes***

In June 2006, the FASB issued FIN 48, clarifying the accounting for uncertainty in income taxes recognized in an entity's financial statements in accordance with SFAS No. 109, "Accounting for Income Taxes" ("SFAS 109"). The interpretation prescribes a recognition threshold and measurement attribute for the financial

statement recognition and measurement of a tax position taken or expected to be taken in a tax return. FIN 48 also provides accounting guidance on de- recognition, classification, interest and penalties, accounting in interim periods, disclosure and transition. The evaluation of tax positions under FIN 48 is a two- step process, whereby (1) Nortel determines whether it is more likely than not that the tax positions will be sustained based on the technical merits of the position and (2) for those tax positions that meet the more- likely- than- not recognition threshold, Nortel would recognize the largest amount of tax benefit that has a greater than 50% likelihood of being realized upon ultimate settlement with the related tax authority. The adoption of FIN 48 resulted in an increase of $1 to opening accumulated deficit as at January 1, 2007. For additional information, see note 8.

On May 2, 2007, the FASB issued FSP FIN 48- 1, "Definition of Settlement in FASB Interpretation 48" ("FSP FIN 48- 1"). FSP FIN 48- 1 amends FIN 48 to provide guidance on how an enterprise should determine whether a tax position is effectively settled for the purpose of recognizing previously unrecognized tax benefits. Nortel applied the provisions of FSP FIN 48- 1 effective January 1, 2007. The adoption of FSP FIN 48- 1 has not had a material impact on Nortel's results of operations and financial condition.

***The Fair Value Option for Financial Assets and Financial Liabilities***

In February 2007, the FASB issued SFAS No. 159, "The Fair Value Option for Financial Assets and Financial Liabilities- Including an Amendment of FASB Statement No. 115" ("SFAS 159"). SFAS 159 allows the irrevocable election of fair value as the initial and subsequent measurement attribute for certain financial assets and liabilities and other items on an instrument- by- instrument basis. Changes in fair value would be reflected in earnings as they occur. The objective of SFAS 159 is to improve financial reporting by providing entities with the opportunity to mitigate volatility in reported earnings caused by measuring related assets and liabilities differently without having to apply complex hedge accounting provisions. For Nortel, SFAS 159 was effective as of January 1, 2008. See note 11 for further information.

***Fair Value Measurements***

In September 2006, the FASB issued SFAS 157, which establishes a single definition of fair value and a framework for measuring fair value and requires expanded disclosures about fair value measurements. SFAS 157 is effective for financial statements issued for fiscal years beginning after November 15, 2007. In accordance with FSP SFAS 157- 2, Nortel partially adopted the provisions of SFAS 157 effective January 1, 2008.

In October 2008, the FASB issued FSP 157- 3 "Determining Fair Value of a Financial Asset in a Market That Is Not Active" ("FSP 157- 3"). FSP 157- 3 clarifies the application of SFAS No. 157 in an inactive market by demonstrating how the fair value of a financial asset is determined when the market for that financial asset is inactive. FSP 157- 3 was effective upon issuance, including prior periods for which the condensed consolidated financial statements had not been issued. Nortel has adopted the provisions of SFAS 157- 3 effective September 30, 2008.

There was no material impact on the carrying value of Nortel's assets and liabilities in its consolidated financial statements upon adoption of SFAS 157 in 2008. See note 11 for Nortel's fair value information.

***Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans- an Amendment of FASB Statements No. 87, 88, 106, and 132(R)***

In September 2006, the FASB issued SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans- an Amendment of FASB Statements No. 87, 88, 106 and 132(R)" ("SFAS 158"). Effective for fiscal years ending after December 15, 2006, SFAS 158 requires an employer to recognize the overfunded or underfunded status of a defined benefit pension and post- retirement plan (other than a multi-employer plan) as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which the changes occur through comprehensive income. Based on the funded

Table of Contents

status of Nortel's pension and post- retirement benefit plans as of the measurement date of September 30, the adoption of SFAS 158 has had the effect of increasing Nortel's net liabilities for pension and post- retirement benefits and decreasing shareholders' equity by approximately $142, net of taxes as of December 31, 2006.

Effective for fiscal years ending after December 15, 2008, SFAS 158 requires Nortel to measure the funded status of its plans as of the date of its year end statement of financial position, being December 31. Nortel has historically measured the funded status of its significant plans on September 30. SFAS 158 provides two approaches for an employer to transition to a fiscal year end measurement date. Nortel has adopted the second approach, whereby Nortel continues to use the measurements determined for the December 31, 2007 fiscal year end reporting to estimate the effects of the transition. Under this approach, the net periodic benefit cost (exclusive of any curtailment or settlement gain or loss) for the period between the earlier measurement date, being September 30, 2007, and the end of the fiscal year that the new measurement date provisions are applied, being December 31, 2008, shall be allocated proportionately between amounts to be recognized as an adjustment to opening accumulated deficit in 2008 and the net periodic benefit cost for the fiscal year ending December 31, 2008. The adoption has resulted in an increase in accumulated deficit of $33, net of taxes, and an increase in accumulated other comprehensive income of $5, net of taxes, as of January 1, 2008.

For additional information on Nortel's pension and post- retirement plans, see note 9.

**4. Consolidated financial statement details**

The following tables provide details of selected items presented in the consolidated statements of operations and cash flows for each of the three years ended December 31, 2008, 2007 and 2006, and the consolidated balance sheets as of December 31, 2008 and 2007.

***Consolidated statements of operations***

*Selling, general and administrative expense:*

SG&A expense includes bad debt expense (recoveries) of ($3), ($2) and ($5) in the years ended December 31, 2008, 2007 and 2006, respectively.

*Research and development expense:*

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| R&D expense | $ 1,573 | $ 1,723 | $ 1,939 |
| R&D costs incurred on behalf of others[(a)] | 8 | 7 | 16 |
| Total | $ 1,581 | $ 1,730 | $ 1,955 |

(a) These costs include R&D costs charged to Nortel customers pursuant to contracts that provided for full recovery of the estimated costs of Nortel related development, material, engineering, installation and other applicable costs, which were accounted for as contract costs.

*Shareholder litigation settlement recovery:*

Nortel recorded a recovery of $54 and $219 for the years ended December 31, 2007 and 2006, respectively, related to an agreement to settle certain shareholder class action litigation. For additional information see note 22.

Table of Contents

*Other operating expense (income)- net:*

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Royalty license income- net | $ (31) | $ (31) | $ (21) |
| Litigation charges (recovery)- net | 11 | (2) | 9 |
| Other- net | 45 | (2) | (1) |
| Other operating expense (income)- net | $ 25 | $ (35) | $ (13) |

*Other income (expense)- net:*

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Gain (loss) on sales and write downs of investments | 1 | (5) | (6) |
| Currency exchange gains (losses)- net | (38) | 176 | (12) |
| Other- net | (25) | 33 | 77 |
| Other income (expense)- net | $ (62) | $ 204 | $ 59 |

Hedge ineffectiveness related to designated hedging relationships that were accounted for in accordance with SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities", had no material impact on the net loss for the years ended December 31, 2008, 2007 or 2006.

***Consolidated balance sheets***

*Cash and cash equivalents:*

| | 2008 | 2007 |
|---|---|---|
| Cash on hand and balances with banks | $ 1,073 | $ 813 |
| Cash equivalents | 1,324 | 2,719 |
| Cash and cash equivalents at end of year | $ 2,397 | $ 3,532 |

*Short- term investments:*

Short- term investments as of December 31, 2008 consist of an investment having an original cost of $362 in the Reserve Primary Fund, a money market fund that was originally classified as cash and cash equivalents. Due to financial market conditions during the third quarter of 2008, which resulted in the suspension of trading in the fund's securities, an impairment of $11 was recorded during the year to reflect the decline in the net asset value of the fund. Further, the fund made two redemptions on October 31, 2008 and December 3, 2008 of $184 and $102, respectively. The remaining balance of $65 as at December 31, 2008 has been reclassified as short term based on the maturity profile of the underlying securities. Please see note 23, subsequent events, for further information.

*Accounts receivable- net:*

| | 2008 | 2007 |
|---|---|---|
| Trade receivables | $ 1,930 | $ 2,277 |
| Notes receivable | 3 | 12 |
| Contracts in process | 257 | 356 |
| | 2,190 | 2,645 |
| Less: provisions for doubtful accounts | (36) | (62) |
| Accounts receivable- net | $ 2,154 | $ 2,583 |

HIGHLY CONFIDENTIAL

Table of Contents

*Inventories- net:*

| | 2008 | 2007 |
|---|---|---|
| Raw materials | $ 249 | $ 610 |
| Work in process | 4 | 10 |
| Finished goods | 721 | 800 |
| Deferred costs | 1,130 | 1,698 |
| | 2,104 | 3,118 |
| Less: provision for inventories | (481) | (907) |
| Inventories- net | 1,623 | 2,211 |
| Less: long- term deferred costs [(a)] | (146) | (209) |
| Current inventories- net | $ 1,477 | $ 2,002 |

(a) Long- term portion of deferred costs is included in other assets.

*Other current assets:*

| | 2008 | 2007 |
|---|---|---|
| Prepaid expenses | $ 98 | $ 152 |
| Income taxes recoverable | 107 | 77 |
| Current investments | 21 | 15 |
| Other | 229 | 223 |
| Other current assets | $ 455 | $ 467 |

*Investments:*

Investments included $73 and $101 as of December 31, 2008 and 2007, respectively, related to long- term investment assets held in an employee benefit trust in Canada, and restricted as to their use in operations by Nortel. In prior years, Nortel classified its auction rate securities as available- for- sale and current assets. In October 2008, Nortel entered into an agreement with the investment firm that sold Nortel a portion of its auction rate securities and as a result Nortel transferred these auction rate securities from available- for- sale to trading investment securities. During the current year, Nortel held $28 in auction rate securities, which after partial redemptions throughout the year and the agreement have been recorded as $16 of trading securities as current assets and $3 as a long term investment as of December 31, 2008. See note 11 for more information.

*Plant and equipment- net:*

| | 2008 | 2007 |
|---|---|---|
| Cost: | | |
| Land | $ 31 | $ 38 |
| Buildings | 991 | 1,137 |
| Machinery and equipment | 1,761 | 2,176 |
| Assets under capital lease | 193 | 215 |
| Sale lease- back assets | 90 | 97 |
| | 3,066 | 3,663 |
| Less accumulated depreciation: | | |
| Buildings | (369) | (395) |
| Machinery and equipment | (1,307) | (1,608) |
| Assets under capital lease | (98) | (107) |
| Sale lease- back assets | (20) | (21) |
| | (1,794) | (2,131) |
| Plant and equipment- net[(a)] | $ 1,272 | $ 1,532 |

Table of Contents

(a) Includes assets held for sale with a carrying value of $51 and nil as of December 31, 2008 and December 31, 2007, respectively, related to owned facilities that are being actively marketed for sale.

*Intangible assets- net:*

| | 2008 | 2007 |
|---|---|---|
| Cost[a] | $ 294 | $ 338 |
| Less: accumulated amortization | (151) | (125) |
| Intangible assets- net | $ 143 | $ 213 |

(a) Intangible assets are being amortized over a weighted- average period of approximately 5 years ending in 2013. Amortization expense for each of the next five years commencing in 2009 is expected to be $44, $35, $24, $19 and $21, respectively. The majority of amortization expense arising from these assets is denominated in a foreign currency and may fluctuate due to changes in foreign exchange rates.

*Other assets:*

| | 2008 | 2007 |
|---|---|---|
| Long- term deferred costs | $ 146 | $ 209 |
| Long- term inventories | 22 | 27 |
| Debt issuance costs | 61 | 62 |
| Derivative assets | 126 | 77 |
| Financial assets | 41 | 62 |
| Other | 79 | 118 |
| Other assets | $ 475 | $ 555 |

*Other accrued liabilities:*

| | 2008 | 2007 |
|---|---|---|
| Outsourcing and selling, general and administrative related provisions | $ 246 | $ 306 |
| Customer deposits | 10 | 52 |
| Product- related provisions | 225 | 126 |
| Warranty provisions (note 14) | 186 | 214 |
| Deferred revenue | 972 | 1,219 |
| Advance billings in excess of revenues recognized to date on contracts[a] | 751 | 1,490 |
| Miscellaneous taxes | 29 | 32 |
| Income taxes payable | 65 | 96 |
| Deferred income taxes | 13 | 15 |
| Tax uncertainties (note 8) | 15 | 21 |
| Interest payable | 112 | 91 |
| Other | 50 | 163 |
| Other accrued liabilities | $ 2,674 | $ 3,825 |

(a) Includes amounts which may be recognized beyond one year due to the duration of certain contracts.

Table of Contents

*Other liabilities:*

| | 2008 | 2007 |
|---|---|---|
| Pension benefit liabilities | $ 1,557 | $ 1,109 |
| Post- employment and post- retirement benefit liabilities | 670 | 893 |
| Restructuring liabilities (note 7) | 161 | 180 |
| Deferred revenue | 271 | 400 |
| Tax uncertainties (note 8) | 92 | 71 |
| Derivative liabilities | 62 | 33 |
| Other long- term provisions | 135 | 189 |
| Other liabilities | $ 2,948 | $ 2,875 |

*Minority interests in subsidiary companies:*

| | 2008 | 2007 |
|---|---|---|
| Preferred shares of NNL (Authorized: unlimited number of Class A and Class B) | | |
| Series 5, issued November 26, 1996 for consideration of Canadian $400 [(a)] | $ 294 | $ 294 |
| Series 7, issued November 28, 1997 for consideration of Canadian $350 [(b)] | 242 | 242 |
| Other[(c)] | 286 | 294 |
| Minority interests in subsidiary companies | $ 822 | $ 830 |

(a) As of December 31, 2008 and 2007, 16 million class A series 5 preferred shares ("Series 5 preferred shares") were outstanding. Effective December 1, 2001, holders of the Series 5 preferred shares are entitled to receive, if declared by NNL's Board of Directors (as permitted under the Canada Business Corporations Act ("CBCA")), a monthly floating cumulative preferential cash dividend based on Canadian prime rates. In November 2008, NNL's Board of Directors suspended the declaration of further dividends on NNL's Series 5 preferred shares following payment on November 12, 2008 of the previously declared monthly dividend on those shares. Dividends on the Series 5 preferred shares are cumulative and holders of those shares will be entitled to receive unpaid dividends, when declared by NNL's Board of Directors as permitted under the CBCA, at such time as Nortel resumes payment of dividends on those shares. As of December 31, 2008 there is $3 of unpaid dividends on Series 5 preferred shares.

(b) As of December 31, 2008 and 2007, 14 million class A series 7 preferred shares ("Series 7 preferred shares") were outstanding. Effective December 1, 2002, holders of the Series 7 preferred shares are entitled to receive, if declared by NNL's Board of Directors (as permitted under the CBCA), a monthly floating non- cumulative preferential cash dividend based on Canadian prime rates. In November 2008, NNL's Board of Directors suspended the declaration of further dividends on NNL's Series 7 preferred shares following payment on November 12, 2008 of the previously declared monthly dividend on those shares. Dividends on the Series 7 preferred shares are non- cumulative and the entitlement of holders of those shares to receive any dividend that has not been declared on such shares within 30 days after NNL's 2008 fiscal year was extinguished effective January 30, 2009.

(c) Other includes minority interests in LG- Nortel and other joint ventures primarily in Europe and Asia.

Table of Contents

***Consolidated statements of cash flows***

*Change in operating assets and liabilities excluding Global Class Action Settlement (as defined in note 22)- net:*

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Accounts receivable- net | $ 429 | $ 202 | $ 51 |
| Inventories- net | (20) | (66) | (42) |
| Deferred costs | 568 | 223 | 97 |
| Income taxes | (18) | 23 | (20) |
| Accounts payable | (221) | 42 | (79) |
| Payroll and benefits related, other accrued and contractual liabilities | (415) | (340) | (257) |
| Deferred revenue | (345) | (424) | (229) |
| Advance billings in excess of revenues recognized to date on contracts | (739) | 149 | 120 |
| Restructuring liabilities | 50 | (7) | (21) |
| Other | (198) | (233) | (69) |
| Change in operating assets and liabilities excluding Global Class Action Settlement- net | $ (909) | $ (431) | $ (449) |

*Acquisitions of investments and businesses- net of cash acquired:*

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Cash acquired | $ (2) | $ - | $ (1) |
| Total net assets acquired other than cash | (113) | (85) | (146) |
| Total purchase price | (115) | (85) | (147) |
| Less: | | | |
| Cash acquired | 2 | - | 1 |
| Acquisitions of investments and businesses- net of cash acquired | $ (113) | $ (85) | $ (146) |

*Interest and taxes paid:*

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Cash interest paid | $ 308 | $ 383 | $ 241 |
| Cash taxes paid | $ 138 | $ 91 | $ 43 |

**5. Goodwill**

The following table outlines goodwill by reportable segment:

| | Enterprise Solutions | Carrier Networks | Metro Ethernet Networks | Global Services | Other | Total |
|---|---|---|---|---|---|---|
| Balance- as of December 31, 2006 | $ 481 | $ 144 | $ 655 | $ 1,078 | $ 171 | $ 2,529 |
| Change: | | | | | | |
| Additions[a] | 2 | 5 | 3 | 8 | - | 18 |
| Foreign exchange | 1 | 3 | 2 | 6 | - | 12 |
| Balance- as of December 31, 2007 | $ 484 | $ 152 | $ 660 | $ 1,092 | $ 171 | $ 2,559 |
| Change: | | | | | | |
| Additions[b] | - | - | - | - | 9 | 9 |
| Foreign exchange | (1) | (1) | (4) | (7) | - | (13) |
| Other | - | - | 2 | 2 | - | 4 |
| Impairment | (483) | (151) | (658) | (1,087) | - | (2,379) |
| Balance- as of December 31, 2008 | $ - | $ - | $ - | $ - | $ 180 | $ 180 |

Table of Contents

(a) The addition of $18 in 2007 relates to the finalization of the purchase price allocation with respect to the LG- Nortel joint venture.
(b) The addition of $9 in 2008 relates to the acquisition of Novera (as described in note 10).

***Goodwill Impairment Testing Policy***
Nortel tests goodwill for possible impairment on an annual basis as of October 1 of each year and at any other time if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying amount. Circumstances that could trigger an impairment test between annual tests include, but are not limited to:

a significant adverse change in the business climate or legal factors;

an adverse action or assessment by a regulator;

unanticipated competition;

loss of key personnel;

the likelihood that a reporting unit or a significant portion of a reporting unit will be sold or disposed of;

a change in reportable segments;

results of testing for recoverability of a significant asset group within a reporting unit; and

recognition of a goodwill impairment loss in the financial statements of a subsidiary that is a component of a reporting unit.

The impairment test for goodwill is a two- step process. Step one consists of a comparison of the fair value of a reporting unit with its carrying amount, including the goodwill allocated to the reporting unit. Nortel determines the fair value of its reporting units using an income approach; specifically, based on a DCF Model. A market approach may also be used to evaluate the reasonableness of the fair value determined under the DCF Model, but results of the market approach are not given any specific weighting in the final determination of fair value. Both approaches involve significant management judgment and as a result, estimates of value determined under the approaches are subject to change in relation to evolving market conditions and Nortel's business environment.

If the carrying amount of a reporting unit exceeds its fair value, step two of the goodwill impairment test requires the fair value of the reporting unit be allocated to the underlying assets and liabilities of that reporting unit, whether or not previously recognized, resulting in an implied fair value of goodwill. If the carrying amount of the reporting unit goodwill exceeds the implied fair value of that goodwill, an impairment loss equal to the excess is recorded in net earnings (loss).

The fair value of each reporting unit is determined using discounted cash flows. When circumstances warrant, a multiple of earnings before interest, taxes, depreciation and amortization ("EBITDA") of each reporting unit is calculated and compared to market participants to corroborate the results of the calculated fair value ("EBITDA Multiple Model"). Nortel also considers the sum of the calculated fair values and its enterprise value, being market capitalization plus the estimated value of debt based on interest rates that would be applicable to purchasers ("Market Participants"), adjusted for other items as appropriate under U.S. GAAP. The following are the significant assumptions involved in the application of each valuation approach:

*DCF Model:* assumptions regarding revenue growth rates, gross margin percentages, projected working capital needs, SG&A expense, R&D expense, capital expenditures, discount rates, terminal growth rates, and estimated selling price of assets expected to be disposed of by sale. To determine fair value, Nortel discounts the expected cash flows of each reporting unit. The discount rate used represents the

Table of Contents

estimated weighted average cost of capital, which reflects the overall level of inherent risk involved in its reporting unit operations and the rate of return an outside investor would expect to earn. To estimate cash flows beyond the final year of its model, Nortel uses a terminal value approach. Under this approach, Nortel uses the estimated cash flows in the final year of its models and applies a perpetuity growth assumption and discount by a perpetuity discount factor to determine the terminal value. Nortel incorporates the present value of the resulting terminal value into its estimate of fair value. When strategic plans call for the sale of all or an important part of a reporting unit, Nortel estimates proceeds from the expected sale using external information, such as third party bids, adjusted to reflect current circumstances, including market conditions.

*EBITDA Multiple Model:* assumptions regarding estimates of EBITDA growth and the selection of comparable companies to determine an appropriate multiple.

***Interim Goodwill Assessment- September 30, 2008***

At September 30, 2008, in accordance with the provisions of SFAS No. 142, "Goodwill and Other Intangible Assets", Nortel concluded that events had occurred and circumstances had changed that required it to perform an interim period goodwill impairment test for its Enterprise Services ("ES"), Carrier Networks ("CN"), MEN and Global Services ("GS") reporting units. In September 2008, in response to significant pressure resulting from the expanding economic downturn and the unfavorable impact of foreign exchange fluctuations, Nortel announced a revised full year 2008 outlook and estimated revenues to decline between two and four percent compared to 2007. Furthermore, during the quarter ended September 30, 2008, Nortel experienced a material decline in its market capitalization due primarily to the continued challenging market conditions, particularly in the U.S. The average closing price of NNC common shares on the NYSE in the third quarter of 2008 was $5.77 compared to an average of $8.21 in the second quarter of 2008, a decline of approximately 30% and at September 30, 2008, Nortel's market capitalization was less than its book value.

As part of its interim goodwill impairment test, Nortel updated its forecasted cash flows for each of its reporting units. This update considered economic conditions and trends, estimated future operating results, Nortel's view of growth rates and anticipated future economic conditions. Revenue growth rates inherent in this forecast are based on input from internal and external market intelligence research sources that compare factors such as growth in global economies, regional trends in the telecommunications industry and product evolution from a technological segment basis. Macro economic factors such as changes in economies, product evolutions, industry consolidations and other changes beyond Nortel's control could have a positive or negative impact on achieving its targets.

The results from step one of the two- step goodwill impairment test of each reporting unit indicated that the estimated fair values of the MEN and ES reporting units were less than the respective carrying values of their net assets and as such Nortel performed step two of the impairment test for these reporting units.

In step two of the impairment test, Nortel estimated the implied fair value of the goodwill of each of these reporting units and compared it to the carrying value of the goodwill for each of the MEN and ES reporting units. Specifically, Nortel allocated the fair value of the MEN and ES reporting units as determined in the first step to their respective recognized and unrecognized net assets, including allocations to identified intangible assets. The allocations of fair values of the MEN and ES reporting units also require Nortel to make significant estimates and assumptions, including those in determining the fair values of the identified intangible assets. Such intangible assets had fair values substantially in excess of current book values. The resulting implied goodwill for each of these reporting units was nil; accordingly Nortel reduced the goodwill recorded prior to the assessment by $1,142 to write down the goodwill related to MEN and ES to the implied goodwill amount as of September 30, 2008.

Table of Contents

***Annual and December 31, 2008 Goodwill Assessment***

The September 30, 2008 impairment analyses described above were used as a proxy for the annual impairment test performed as of October 1, 2008. Given the proximity of those testing dates, no additional impairment was recognized as a result of the annual test. However, during the fourth quarter, Nortel observed further deterioration in industry conditions, global economic and credit conditions, and its market capitalization that required it to perform an additional interim period goodwill impairment test for the CN and GS reporting units as of December 31, 2008.

As part of the December 31, 2008 goodwill impairment test, Nortel updated its forecasted cash flows for the CN and GS reporting units. This update considered management's view of economic conditions and trends, estimated future operating results, sector growth rates, anticipated future economic conditions, and the Company's strategic alternatives to respond to these conditions, including the likelihood of filing for creditor protection. Forecasts of revenues and profitability were developed to estimate the impact of creditor protection. Mid- to long- range forecasts were developed to reflect strategic alternatives under creditor protection. Revenue growth rates inherent in this forecast are based on input from internal and external market intelligence research sources that compare factors such as growth in global economies, regional trends in the telecommunications industry and product evolution from a technological segment basis. Macro economic factors such as changes in economies, product evolutions, industry consolidations and other changes beyond Nortel's control could have a positive or negative impact on achieving its targets.

The results from step one of the two- step goodwill impairment test indicated that the estimated fair values of the CN and GS reporting units were less than the respective carrying values of their net assets and as such Nortel performed step two of the impairment test for these reporting units.

In step two of the impairment test, Nortel uses the implied fair value calculated in step one as the purchase price in a hypothetical acquisition of the respective reporting unit. The implied fair value of goodwill calculated in step two is calculated as the residual amount of the purchase price after allocations are made to the fair value of net assets, including working capital, plant and equipment and intangible assets, both pre- existing and those identified as part of the purchase price allocation process. Given the margin by which CN and GS failed step one, Nortel concluded that the implied fair value of goodwill for both CN and GS was nil after considering the value that would be allocated to existing tangible and intangible assets and the amounts that would be allocated to new intangible assets identified as part of the allocation process. As a result, Nortel recorded a charge of $1,237 to reduce the value of goodwill accordingly. The allocation discussed above is performed only for purposes of assessing goodwill for impairment; accordingly Nortel did not adjust the net book value of the assets and liabilities on its consolidated balance sheet other than goodwill as a result of this process.

No impairment losses related to Nortel's goodwill were recorded during the years ended December 31, 2007 and 2006.

***Related Analyses***

Prior to the goodwill analysis discussed above, Nortel performed a recoverability test of the long- lived assets in accordance with SFAS No. 144, "Accounting for the Impairment or Disposal of Long- Lived Assets". Nortel included cash flow projections from operations along with cash flows associated with the eventual disposition of the long- lived assets, where appropriate. The undiscounted future cash flows of the long- lived assets exceeded their net book value and, as a result, no impairment charge was recorded.

Table of Contents

**6. Segment information**

***Segment descriptions***

As of December 31, 2008, Nortel's four reportable segments were: CN, ES, GS, and MEN:

The CN segment provides wireline and wireless networks that help service providers and cable operators supply mobile voice, data and multimedia communications services for individuals and enterprises using cellular telephones, personal digital assistants, laptops, soft- clients, and other wireless computing and communications devices. CN also offers circuit- and packet- based voice switching products that provide local, toll, long distance and international gateway capabilities for local and long distance telephone companies, wireless service providers, cable operators and other service providers.

The ES segment provides large and small businesses with reliable, secure and scalable communications solutions including unified communications, Ethernet routing and multiservice switching, IP and digital telephony (including phones), wireless LANs, security, IP and SIP contact centers, self- service solutions, messaging, conferencing, and SIP- based multimedia solutions.

The GS segment provides services for carrier and enterprise customers, offering network implementation services; network support services including technical support, hardware maintenance, equipment spares logistics and on- site engineers; network managed services including monitoring and management of customer networks and hosted solutions; and network application services including applications development, integration and communications- enabled application solutions.

The MEN segment solutions are designed to deliver carrier- grade Ethernet transport capabilities focused on meeting customer needs for higher performance and lower cost, with a portfolio that includes optical networking, Carrier Ethernet switching, and multiservice switching products.

Other miscellaneous business activities and corporate functions, including the operating results of NGS, do not meet the quantitative criteria to be disclosed separately as reportable segments and have been reported in "Other". Costs associated with shared services, such as general corporate functions, that are managed on a common basis are allocated to Nortel's reportable segments based on usage determined generally by headcount. A portion of other general and miscellaneous corporate costs and expenses are allocated based on a fixed charge established annually. Costs not allocated to the reportable segments include employee share- based compensation, differences between actual and budgeted employee benefit costs, interest attributable to Nortel's long- term debt and other non- operational activities, and are included in "Other".

Nortel's president and chief executive officer ("CEO") has been identified as the Chief Operating Decision Maker in assessing segment performance and allocating resources to the segments. The primary financial measure used by the CEO is Management Operating Margin ("Management OM") (previously called Operating Margin (OM) in Nortel's Quarterly Report on Form 10- Q for the quarter ended March 31, 2008). When presented on a consolidated basis, Management OM is not a recognized measure under U.S. GAAP. It is a measure defined as total revenues, less total cost of revenues, SG&A and R&D expense. Comparative information from periods prior to 2008 has been restated to conform to the current presentation as a result of the new primary financial measure used by the CEO. The accounting policies of the reportable segments are the same as those applied to the consolidated financial statements. The CEO does not review asset information on a segmented basis in order to assess performance and allocate resources.

Table of Contents

*Segments*

The following tables set forth information by segment for the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| **Revenues** | | | |
| Carrier Networks | $ 4,312 | $ 4,493 | $ 5,157 |
| Enterprise Solutions | 2,402 | 2,620 | 2,292 |
| Global Services | 2,089 | 2,087 | 2,132 |
| Metro Ethernet Networks | 1,393 | 1,525 | 1,591 |
| Total reportable segments | 10,196 | 10,725 | 11,172 |
| Other | 225 | 223 | 246 |
| **Total revenues** | $ 10,421 | $ 10,948 | $ 11,418 |
| **Management Operating Margin** | | | |
| Carrier Networks | $ 867 | $ 840 | $ 477 |
| Enterprise Solutions | (75) | (8) | (45) |
| Global Services | 303 | 385 | 337 |
| Metro Ethernet Networks | (53) | (19) | 55 |
| Total reportable segments | 1,042 | 1,198 | 824 |
| Other | (483) | (797) | (827) |
| **Total Management Operating Margin** | 559 | 401 | (3) |
| Amortization of intangible assets | 46 | 50 | 26 |
| In- process research and development expense | - | - | 22 |
| Special charges | 302 | 210 | 105 |
| Loss (gain) on sales of businesses and assets | (11) | (31) | (206) |
| Shareholder litigation settlement recovery | - | (54) | (219) |
| Regulatory investigation expense | - | 35 | - |
| Goodwill impairment | 2,379 | - | - |
| Other operating expense (income)- net | 25 | (35) | (13) |
| Operating earnings (loss) | (2,182) | 226 | 282 |
| Other income (expense)- net | (62) | 204 | 59 |
| Interest and dividend income | 110 | 221 | 140 |
| Interest expense | (322) | (381) | (340) |
| Income tax expense | (3,193) | (1,114) | (60) |
| Minority interests- net of tax | (152) | (115) | (59) |
| Equity in net earnings (loss) of associated companies- net of tax | 2 | 2 | (3) |
| **Net earnings (loss) from operations before cumulative effect of accounting change** | $ (5,799) | $ (957) | $ 19 |

Table of Contents

*Product and service revenues*

The following table sets forth external revenues by product and service for the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| CDMA solutions | $ 2,190 | $ 2,425 | $ 2,311 |
| GSM and UMTS solutions | 1,578 | 1,373 | 2,021 |
| Circuit and packet voice solutions | 2,184 | 2,418 | 2,443 |
| Optical networking solutions | 1,105 | 1,185 | 1,128 |
| Data networking and security solutions | 1,050 | 1,237 | 1,137 |
| Global services | 2,089 | 2,087 | 2,132 |
| Other | 225 | 223 | 246 |
| Total | $ 10,421 | $ 10,948 | $ 11,418 |

Nortel had one customer, Verizon Communications Inc., that generated revenues of approximately 11%, 11%, and 12% of total consolidated revenues for the years ended December 31, 2008, 2007 and 2006, respectively. Although, these revenues were generated primarily within the CN segment, they were also from all of Nortel's other reportable segments.

*Geographic information:*

The following table sets forth external revenues by geographic region based on the location of the customer for the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| U.S. | $ 4,427 | $ 4,974 | $ 5,092 |
| EMEA | 2,422 | 2,740 | 3,239 |
| Canada | 693 | 822 | 720 |
| Korea | 1,145 | 657 | 411 |
| Asia- (excluding Korea) | 1,155 | 1,111 | 1,325 |
| Caribbean and Latin America ("CALA") | 579 | 644 | 631 |
| Total | $ 10,421 | $ 10,948 | $ 11,418 |

*Long- lived assets:*

The following table sets forth long- lived assets representing plant and equipment- net, by geographic region as of December 31:

| | 2008 | 2007 |
|---|---|---|
| U.S. | $ 388 | $ 441 |
| EMEA | 170 | 206 |
| Canada | 525 | 690 |
| Asia and CALA regions | 189 | 195 |
| Total | $ 1,272 | $ 1,532 |

**7. Special charges**

As a result of the Creditor Protection Proceedings, Nortel ceased taking any further actions under the previously announced workforce and cost reduction plans as of January 14, 2009. All actions taken up to January 14, 2009 under previously announced workforce and cost reduction plans will continue to be accounted

for under such plans. As at December 31, 2008, approximately 1,800 net workforce reductions and approximately 200 shifts of positions from higher- cost to lower- cost locations, from previously announced restructuring plans remained unactioned and will be accounted for under the workforce reduction plan announced on February 25, 2009 (see note 23 for additional information). Nortel's contractual obligations are subject to re- evaluation in connection with the Creditor Protection Proceedings and, as a result, expected cash outlays disclosed below relating to contract settlement and lease costs are subject to change.

On November 10, 2008, Nortel announced a restructuring plan that included net workforce reductions of approximately 1,300 positions and shifting approximately 200 additional positions from higher- cost to lower- cost locations. Collectively these efforts are referred to as the "November 2008 Restructuring Plan" (previously referred to as "2009 Restructuring Plan"). Nortel expected total charges to earnings and cash outlays related to workforce reductions to be approximately $130, to be incurred during 2008 and 2009. Approximately $58 of the total charges relating to the net reduction of 550 positions under the November 2008 Restructuring Plan have been incurred as of December 31, 2008. There were no additional workforce reductions under this plan prior to its discontinuance on January 14, 2009.

During the first quarter of 2008, Nortel announced a restructuring plan that included net workforce reductions of approximately 2,100 positions and shifting approximately 1,000 additional positions from higher- cost to lower- cost locations. In addition to the workforce reductions, Nortel announced steps to achieve additional cost savings by efficiently managing its various business locations and further consolidating real estate requirements. Collectively, these efforts are referred to as the "2008 Restructuring Plan". Nortel expected total charges to earnings and cash outlays related to workforce reductions to be approximately $205 and expected total charges to earnings related to the consolidation of real estate to be approximately $60, including approximately $15 related to fixed asset write- downs. Approximately $148 of the total charges relating to the net reduction of approximately 1,500 positions and real estate reduction initiatives under the 2008 Restructuring Plan have been incurred during the year ended December 31, 2008. There were no additional workforce reductions under this plan prior to its discontinuance on January 14, 2009. The portion of the real estate initiatives that were undertaken prior to January 14, 2009 will continue to be accounted for under the 2008 Restructuring Plan. The real estate provision of $7 as at December 31, 2008 relate to discounted cash outlays, net of estimated future sublease revenues, for leases with payment terms through to 2024.

During the first quarter of 2007, Nortel announced a restructuring plan that included workforce reductions of approximately 2,900 positions and shifting approximately 1,000 additional positions from higher- cost locations to lower- cost locations. In addition to the workforce reductions, Nortel announced steps to achieve additional cost savings by efficiently managing its various business locations and consolidating real estate requirements. Collectively, these efforts are referred to as the "2007 Restructuring Plan". The Company originally expected charges to earnings and cash outlays for the 2007 Restructuring Plan to be approximately $390 and $370, respectively. Approximately $243 of the total charges relating to the net reduction of approximately 2,150 positions and real estate reduction initiatives under the 2007 Restructuring Plan have been incurred as of December 31, 2008. There were no additional workforce reductions under this plan prior to its discontinuance on January 14, 2009. The portion of the real estate initiatives that were undertaken prior to January 14, 2009 will continue to be accounted for under the 2007 Restructuring Plan. The real estate provision of $27 as at December 31, 2008 relates to discounted cash outlays net of estimated future sublease revenues related to leases with payment terms through to 2016.

During the second quarter of 2006, Nortel announced a restructuring plan that included workforce reductions of approximately 1,900 positions ("2006 Restructuring Plan"). Nortel originally estimated the total charges to earnings and cash outlays associated with the 2006 Restructuring Plan to be approximately $100. During 2007, the program was determined to be substantially complete resulting in a total reduction of 1,750 positions with a revised total cost of approximately $84. The cost revisions were primarily due to higher voluntary attrition reducing the number of involuntary actions requiring the payment of benefits.

Table of Contents

During 2004 and 2001, Nortel implemented work plans to streamline operations through workforce reductions and real estate optimization strategies ("2004 Restructuring Plan" and the "2001 Restructuring Plan"). All of the charges with respect to these workforce reductions have been incurred. The real estate provision of $156 in the aggregate as at December 31, 2008 relates to discounted cash outlays net of estimated future sublease revenues, for leases with payment terms through to 2016 for the 2004 Restructuring Plan and the end of 2013 for the 2001 Restructuring Plan.

During the years ended December 31, 2008, 2007 and 2006, Nortel continued to implement these restructuring work plans. Provision balances recorded for each of the restructuring plans have been summarized below as of December 31, 2008:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| November 2008 Restructuring Plan | $ 53 | $ - | $ - | $ 53 |
| 2008 Restructuring Plan | 46 | 7 | - | 53 |
| 2007 Restructuring Plan | 18 | 27 | - | 45 |
| 2006 Restructuring Plan | - | - | - | - |
| 2004 Restructuring Plan | - | 39 | - | 39 |
| 2001 Restructuring Plan | - | 117 | - | 117 |
| Provision balance as of December 31, 2008[(a)] | $ 117 | $ 190 | $ - | $ 307 |

(a) As of December 31, 2008 and 2007, the short- term provision balances were $146 and $100, respectively, and the long- term provision balances were $161 and $180, respectively.

The following table summarizes the total special charges incurred for each of Nortel's restructuring plans:

| | 2008 | 2007 | 2006 | Total |
|---|---|---|---|---|
| Special Charges by Restructuring Plan: | | | | |
| November 2008 Restructuring Plan | $ 58 | $ - | $ - | $ 58 |
| 2008 Restructuring Plan | 148 | - | - | 148 |
| 2007 Restructuring Plan | 72 | 171 | - | 243 |
| 2006 Restructuring Plan | (1) | 17 | 68 | 84 |
| 2004 Restructuring Plan | 11 | 9 | 20 | 40 |
| 2001 Restructuring Plan | 14 | 13 | 17 | 44 |
| Total | $ 302 | $ 210 | $ 105 | $ 617 |

Regular full- time ("RFT") employee notifications resulting in special charges for all restructuring plans were as follows:

| | Employees (approximate) | | |
|---|---|---|---|
| | Direct[(a)] | Indirect[(b)] | Total |
| RFT employee notifications by period: | | | |
| During 2006 | 22 | 520 | 542 |
| During 2007 | 217 | 1,654 | 1,871 |
| During 2008 | 160 | 2,309 | 2,469 |
| RFT employee notifications for the three years ended December 31, 2008 | 399 | 4,483 | 4,882 |

(a) Direct employees includes employees performing manufacturing, assembly, test and inspection activities associated with the production of Nortel's products.

(b) Indirect employees includes employees performing management, sales, marketing, research and development and administrative activities.

Table of Contents

***November 2008 Restructuring Plan***

*Year ended December 31, 2008*

For the year ended December 31, 2008, Nortel recorded special charges of $58 related to severance and benefit costs associated with a workforce reduction of approximately 550 employees, of which approximately 360 were notified of termination during the year ended December 31, 2008. This portion of the workforce reduction was primarily in the U.S., Canada, and EMEA.

The provision for special charges recorded for the November 2008 Restructuring Plan for the year ended December 31, 2008 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| ***November 2008 Restructuring Plan*** | | | | |
| Provision balance as of January 1, 2008 | $ - | $ - | $ - | $ - |
| Other special charges | 58 | - | - | 58 |
| Revisions to prior accruals | - | - | - | - |
| Cash drawdowns | (4) | - | - | (4) |
| Non- cash drawdowns | (1) | - | - | (1) |
| Foreign exchange and other adjustments | - | - | - | - |
| Provision balance as of December 31, 2008 | $ 53 | $ - | $ - | $ 53 |

***2008 Restructuring Plan***

*Year ended December 31, 2008*

For the year ended December 31, 2008, Nortel recorded special charges of $126 including revisions of ($6) related to severance and benefit costs associated with an involuntary workforce reduction of approximately 1,500 employees, of which approximately 1,410 were notified of termination. The workforce reduction was primarily in the U.S. and Canada.

The provision for special charges recorded for the 2008 Restructuring Plan from January 1, 2008 to December 31, 2008 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| ***2008 Restructuring Plan*** | | | | |
| Provision balance as of January 1, 2008 | $ - | $ - | $ - | $ - |
| Other special charges | 132 | 10 | 9 | 151 |
| Revisions to prior accruals | (6) | 3 | - | (3) |
| Cash drawdowns | (74) | (6) | - | (80) |
| Non- cash drawdowns | - | - | (9) | (9) |
| Foreign exchange and other adjustments | (6) | - | - | (6) |
| Provision balance as of December 31, 2008 | $ 46 | $ 7 | $ - | $ 53 |

Table of Contents

***2007 Restructuring Plan***

*Year ended December 31, 2008*

For the year ended December 31, 2008, Nortel recorded special charges of $52 including revisions of ($1) related to severance and benefit costs with respect to the 2007 Restructuring Plan. The involuntary workforce reduction has been approximately 2,150 employees, of which approximately 700 were notified of termination during the year ended December 31, 2008. This portion of the workforce reduction was primarily in the U.S. and Canada, with other reductions being incurred in EMEA.

*Year ended December 31, 2007*

For the year ended December 31, 2007, Nortel recorded special charges of $131 including revisions of ($6), related to severance and benefit costs associated with a workforce reduction of approximately 1,500 employees, of which approximately 1,450 were notified of termination during the year ended December 31, 2007. This portion of the workforce reduction was primarily in the U.S., Canada, and EMEA.

The provision for special charges recorded for the 2007 Restructuring Plan from January 1, 2007 to December 31, 2008 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| ***2007 Restructuring Plan*** | | | | |
| Provision balance as of January 1, 2007 | $ - | $ - | $ - | $ - |
| Other special charges | 137 | 32 | 8 | 177 |
| Revisions to prior accruals | (6) | - | - | (6) |
| Cash drawdowns | (90) | (7) | - | (97) |
| Non- cash drawdowns | (2) | - | (8) | (10) |
| Foreign exchange and other adjustments | 4 | - | - | 4 |
| Provision balance as of December 31, 2007 | $ 43 | $ 25 | $ - | $ 68 |
| Other special charges | 53 | 6 | 7 | 66 |
| Revisions to prior accruals | (1) | 7 | - | 6 |
| Cash drawdowns | (74) | (7) | - | (81) |
| Non- cash drawdowns | (1) | (3) | (7) | (11) |
| Foreign exchange and other adjustments | (2) | (1) | - | (3) |
| Provision balance as of December 31, 2008 | $ 18 | $ 27 | $ - | $ 45 |

***2006 Restructuring Plan***

*Year ended December 31, 2008*

Nortel incurred total cash costs related to the 2006 Restructuring Plan of approximately $7 during the year ended December 31, 2008.

*Year ended December 31, 2007*

For the year ended December 31, 2007, Nortel recorded special charges of $17, including revisions of ($8), related to severance and benefit costs associated with a workforce reduction of approximately 940 employees, of which approximately 400 were notified of termination during the year ended December 31, 2007.

Table of Contents

*Year ended December 31, 2006*

For the year ended December 31, 2006, Nortel recorded special charges of $68, including revisions of ($1) related to severance and benefit costs associated with a workforce reduction of approximately 910 employees, of which 542 were notified of termination during the year ended December 31, 2006. The workforce reduction was primarily in the U.S. and Canada and extended across all of Nortel's segments.

The provision for special charges recorded for the 2006 Restructuring Plan from January 1, 2006 to December 31, 2008 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| ***2006 Restructuring Plan*** | | | | |
| Provision balance as of January 1, 2006 | $ - | $ - | $ - | $ - |
| Other special charges | 68 | - | 1 | 69 |
| Revisions to prior accruals | (1) | - | - | (1) |
| Cash drawdowns | (28) | - | - | (28) |
| Non- cash drawdowns | - | - | (1) | (1) |
| Foreign exchange and other adjustments | (1) | - | - | (1) |
| Provision balance as of December 31, 2006 | $ 38 | $ - | $ - | $ 38 |
| Other special charges | $ 25 | $ - | $ - | $ 25 |
| Revisions to prior accruals | (8) | - | - | (8) |
| Cash drawdowns | (48) | - | - | (48) |
| Non- cash drawdowns | (1) | - | - | (1) |
| Foreign exchange and other adjustments | 2 | - | - | 2 |
| Provision balance as of December 31, 2007 | $ 8 | $ - | $ - | $ 8 |
| Other special charges | $ - | $ - | $ - | $ - |
| Revisions to prior accruals | (1) | - | - | (1) |
| Cash drawdowns | (7) | - | - | (7) |
| Non- cash drawdowns | - | - | - | - |
| Foreign exchange and other adjustments | - | - | - | - |
| Provision balance as of December 31, 2008 | $ - | $ - | $ - | $ - |

Table of Contents

*2004 and 2001 Restructuring Plans*

During the three years ended December 31, 2008, the activities within the 2004 and 2001 Restructuring Plans primarily related to the ongoing accounting for contract settlement and lease costs. The provision for special charges recorded for the 2004 and 2001 Restructuring Plans from January 1, 2006 to December 31, 2008 were as follows:

| | Workforce Reduction | Contract Settlement and Lease Costs | Plant and Equipment Write Downs | Total |
|---|---|---|---|---|
| *2004 and 2001 Restructuring Plan* | | | | |
| Provision balance as of January 1, 2006 | $ 26 | $ 271 | $ - | $ 297 |
| Other special charges | 1 | 16 | - | 17 |
| Revisions to prior accruals | (2) | (45) | 13 | (34) |
| Cash drawdowns | (21) | (21) | - | (42) |
| Non- cash drawdowns | - | - | (13) | (13) |
| Foreign exchange and other adjustments | 1 | 10 | - | 11 |
| Provision balance as of December 31, 2006 | $ 5 | $ 231 | $ - | $ 236 |
| Other special charges | $ (2) | $ 14 | $ 1 | $ 13 |
| Revisions to prior accruals | - | (33) | 1 | (32) |
| Cash drawdowns | (3) | (11) | - | (14) |
| Non- cash drawdowns | - | - | (2) | (2) |
| Foreign exchange and other adjustments | - | 3 | - | 3 |
| Provision balance as of December 31, 2007 | $ - | $ 204 | $ - | $ 204 |
| Other special charges | $ - | $ 2 | $ - | $ 2 |
| Revisions to prior accruals | - | 23 | - | 23 |
| Cash drawdowns | - | (44) | - | (44) |
| Non- cash drawdowns | - | (7) | - | (7) |
| Foreign exchange and other adjustments | - | (22) | - | (22) |
| Provision balance as of December 31, 2008 | $ - | $ 156 | $ - | $ 156 |

Table of Contents

The following table sets forth special charges by segment for each of the years ended December 31:

| | Enterprise Solutions | Carrier Networks | Metro Ethernet Networks | Global Services | Other | Total |
|---|---|---|---|---|---|---|
| November 2008 Restructuring Plan | $ 15 | $ 28 | $ 9 | $ 6 | $ - | $ 58 |
| 2008 Restructuring Plan | 43 | 63 | 21 | 21 | - | 148 |
| 2007 Restructuring Plan | 11 | 48 | 10 | 3 | - | 72 |
| 2006 Restructuring Plan | - | (1) | - | - | - | (1) |
| 2004 Restructuring Plan | 3 | 5 | 1 | 2 | - | 11 |
| 2001 Restructuring Plan | 4 | 6 | 2 | 2 | - | 14 |
| Total special charges for the year ended December 31, 2008 | $ 76 | $ 149 | $ 43 | $ 34 | $ - | $ 302 |
| 2007 Restructuring Plan | $ 23 | $ 105 | $ 16 | $ 27 | $ - | $ 171 |
| 2006 Restructuring Plan | 2 | 6 | 2 | 7 | - | 17 |
| 2004 Restructuring Plan | 2 | 4 | 1 | 2 | - | 9 |
| 2001 Restructuring Plan | 2 | 6 | 2 | 3 | - | 13 |
| Total special charges for the year ended December 31, 2007 | $ 29 | $ 121 | $ 21 | $ 39 | $ - | $ 210 |
| 2006 Restructuring Plan | 14 | 36 | 7 | 5 | 6 | 68 |
| 2004 Restructuring Plan | 3 | 8 | 8 | 1 | - | 20 |
| 2001 Restructuring Plan | 3 | 11 | 2 | 1 | - | 17 |
| Total special charges for the year ended December 31, 2006 | $ 20 | $ 55 | $ 17 | $ 7 | $ 6 | $ 105 |

As described in note 6, Management OM by segment does not include special charges. A significant portion of Nortel's provisions for workforce reductions and contract settlement and lease costs are associated with shared services. These costs have been allocated to the segments in the table above, based generally on headcount, SG&A allocations and revenue streams. Prior to 2008, Nortel allocated these costs only based on headcount and revenue streams.

**8. Income taxes**

During the year ended December 31, 2008, Nortel recorded a tax expense of $3,193 on loss from operations before income taxes, minority interests and equity in net earnings of associated companies of $2,456. Included in the loss from operations before income taxes is impairment related to goodwill in the amount of $2,379 that impacted Nortel's effective tax rate for the year ended December 31, 2008. The tax expense of $3,193 is largely comprised of several significant items, including $3,020 relating to the establishment of a full valuation allowance against Nortel's net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are realizable through the reversal of existing taxable temporary differences. Also included in income tax expense is $98 of income taxes on historically profitable entities in Asia, CALA and Europe, $4 of income taxes relating to tax rate reductions enacted during 2008 in Korea, $38 of income taxes resulting from revisions to prior year tax estimates, $37 from increases in uncertain tax positions and other taxes of $25, primarily related to taxes on NNL preferred share dividends in Canada. This tax expense was partially offset by a $29 benefit derived from various tax credits and R&D- related incentives.

As described in note 1, during the third and fourth quarters of 2008, the expanding global economic downturn dramatically worsened, and in January 2009, the Debtors commenced the Creditor Protection Proceedings. In assessing the need for valuation allowances against its deferred tax assets, Nortel considered the negative effect of these events on Nortel's revised modeled forecasts and the resulting increased uncertainty

Table of Contents

inherent in these forecasts. Nortel determined that there was significant negative evidence against and insufficient positive evidence to support a conclusion that Nortel's net deferred tax assets were more likely than not to be realized in future tax years in all tax jurisdictions other than Korea and Turkey. Therefore, a full valuation allowance was necessary against Nortel's net deferred tax asset in all tax jurisdictions other than joint ventures in Korea and Turkey and certain deferred tax assets that are realizable through the reversal of existing taxable temporary differences.

During the year ended December 31, 2007, Nortel recorded a tax expense of $1,114 on earnings from operations before income taxes, minority interests and equity in net earnings (loss) of associated companies of $270. The tax expense of $1,114 was composed of several significant items including $1,036 of net valuation allowance increase including an increase of $1,064 in Canada, offset by releases in Europe and Asia, $74 of income taxes on profitable entities in Asia and Europe, including a reduction of Nortel's deferred tax assets in EMEA, $29 of income taxes relating to tax rate reductions enacted during 2007 in EMEA and Asia, and other taxes of $17 primarily related to taxes on NNL preferred share dividends in Canada. This tax expense was partially offset by a $29 benefit derived from various tax credits, primarily R&D related incentives, and a $17 benefit resulting from true up of prior year tax estimates including a $14 benefit in EMEA as a result of transfer pricing adjustments.

As of December 31, 2008, Nortel's net deferred tax assets were $32 reflecting temporary differences between the financial reporting and tax treatment of certain current assets and liabilities and non- current assets and liabilities in joint venture operations in Korea and Turkey.

In accordance with FIN 48, Nortel recognizes the tax benefit from an uncertain tax position only if it is more likely than not that the tax position will be sustained on examination by the taxing authorities, based on the technical merits of the position. Nortel adopted FIN 48 effective January 1, 2007. The following is a tabular reconciliation of Nortel's change in unrecognized tax benefits under FIN 48 from the beginning to the end of the period:

| | 2008 | 2007 |
|---|---|---|
| Balance as at January 1 | $ 1,329 | $ 1,750 |
| Increases related to current year tax positions | 70 | 27 |
| Increases related to prior year tax positions | 474 | 74 |
| Decreases related to prior year tax positions | (24) | (9) |
| Expiration of statute of limitations for assessment of taxes | (3) | (9) |
| Settlement of tax positions | (4) | (629) |
| Foreign Exchange | (207) | 64 |
| Other | (4) | 61 |
| Balance as at December 31 | $ 1,631 | $ 1,329 |

Included in the $474 of uncertain tax positions taken during prior periods is an increase of $321 to reflect a decrease in the deferred tax assets in the U.S. for adjustments related to transfer pricing in the 2001 to 2005 taxation years and an increase of $77 related to transfer pricing adjustments in the 2006 and 2007 taxation years, mainly in the U.S., the U.K. and France. As of December 31, 2008, of the total gross unrecognized tax benefits, $57 represented the amount of unrecognized tax benefits that would favorably affect the effective income tax rate in future periods, if recognized.

Nortel recognizes interest and penalties accrued related to unrecognized tax benefits in income tax expense. During the year ended December 31, 2008, Nortel recognized approximately $23 related to interest and penalties, and a foreign exchange loss, partially offset by a decrease of $9 resulting from the decrease in the uncertain tax position in Colombia. Nortel had accrued approximately $46 and $32 for the payment of interest and penalties as of December 31, 2008 and 2007, respectively.

Table of Contents

Nortel believes it is reasonably possible that $644 of its gross unrecognized tax benefit will decrease during the twelve months ending December 31, 2009 with such amount attributable to possible decreases of $550 in the aggregate from the potential resolution of Nortel's ongoing Advance Pricing Arrangements ("APA") negotiations, $72 from including unrecognized tax benefits on amended income tax returns, and $22 from the potential settlement of audit exposures in South America, Asia and Europe. If achieved, it is anticipated that $19 of these potential decreases in unrecognized tax benefits would impact Nortel's effective tax rate.

Nortel is subject to tax examinations in all major taxing jurisdictions in which it operates and currently has examinations open in Canada, the U.S., France, Australia, Germany and Brazil. In addition, Nortel has ongoing audits in other smaller jurisdictions including, but not limited to, Italy, Poland, Colombia and India. Nortel's 2000 through 2007 tax years remain open in most of these jurisdictions primarily as a result of ongoing negotiations regarding APAs affecting these periods.

Nortel regularly assesses the status of tax examinations and the potential for adverse outcomes to determine the adequacy of the provision for income and other taxes. Specifically, the tax authorities in Brazil have completed an examination of prior taxation years and have issued assessments in the aggregate amount of $65 for the taxation years 1999 and 2000. In addition, the tax authorities in France issued assessments in respect of the 2001, 2002 and 2003 taxation years. These assessments collectively propose adjustments to increase taxable income of approximately $1,327, additional income tax liabilities of $52 inclusive of interest, as well as certain increases to withholding and other taxes of approximately $106 plus applicable interest and penalties. Nortel withdrew from discussions at the tax auditor level during the first quarter of 2007 and has entered into Mutual Agreement Procedures with the competent authority under the Canada- France tax treaty to settle the dispute and avoid double taxation. Nortel believes that it has adequately provided for tax adjustments that are more likely than not to be realized as a result of any ongoing or future examinations.

Nortel had previously entered into APAs with the taxation authorities of the U.S. and Canada in connection with its intercompany transfer pricing and cost sharing arrangements between Canada and the U.S. These arrangements expired in 1999 and 2000. In 2002, Nortel filed APA requests with the taxation authorities in the U.S., Canada and the U.K. that applied to the taxation years 2001 through 2005 ("2001- 2005 APA"). The 2001- 2005 APA requests are currently under consideration and the tax authorities are in the process of negotiating the terms of the arrangement. In September 2008, the Canadian tax authorities provided the U.S. tax authorities with a supplemental position paper regarding the 2001- 2005 APA under negotiation. The proposal suggests a material reallocation of losses from the U.S. to Canada. Nortel received verbal communication from the U.S. taxing authority in December 2008 stating that a tentative settlement on the 2001- 2005 APA had been reached between the U.S. and Canadian taxing authorities. Nortel has not received any communication from the taxing authorities regarding the details of this tentative settlement. Nortel expects the Canadian and U.S. tax authorities to meet to discuss the final settlement position in the next few quarters. Nortel continues to monitor the progress of these negotiations; however, it is not a party to the government- to- government negotiations. It is possible that the ultimate resolution to the negotiations could be a further reallocation of losses from the U.S. to Canada. Nortel has applied the transfer pricing methodology proposed in the APA requests to the parties subject to the transfer pricing methodology in preparing its tax returns and accounts from 2001 through 2005. The parties are the U.S., Canada, the U.K., France, Ireland and Australia.

In October 2008 Nortel filed new bilateral APA requests for tax years 2007 through at least 2010 ("2007- 2010 APA"), for Canada, the U.S., the U.K. and France, with a request for rollback to 2006 in the U.S. and Canada, following methods generally similar to those under negotiation for 2001 through 2005. While preparing the new bilateral 2007- 2010 APA request, Nortel made some adjustments to the economics of the transfer pricing methodology ("TPM"). The adjustments resulted in decreases to deferred tax assets in the U.K. of $4 and $4 for 2006 and 2007, respectively. In other jurisdictions, changes resulting from adjustments to the new TPM impacted

Table of Contents

the level of deferred tax assets with an offset to valuation allowance and no impact to tax expense. With the exception of NNI, the original tax filings for 2007 in the U.S., the U.K., Ireland and France will include the adjustments to the TPM and the 2006 tax filings will be amended to reflect such adjustments. The 2006 and 2007 tax filings for NNL will be amended to reflect the adjustments to the new TPM.

The ultimate outcome of the 2007 - 2010 APA negotiations is uncertain and the ultimate reallocation of losses as they relate to the 2007 - 2010 APA negotiations cannot be determined at this time. There could be a further material shift in historical earnings between the above mentioned parties, particularly the U.S. and Canada. It is also uncertain whether the Creditor Protection Proceedings will have any impact on the ultimate resolution of the APA negotiations. If these matters are resolved unfavorably, they could have a material adverse effect on Nortel's consolidated financial position, results of operations or cash flows. However, Nortel believes it is more likely than not that the ultimate resolution of these negotiations will not have a material adverse effect on its consolidated financial position, results of operations or cash flows.

Table of Contents

The following is a reconciliation of income taxes, calculated at the Canadian combined federal and provincial income tax rate, to the income tax benefit (expense) included in the consolidated statements of operations for each of the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Income (taxes)/recovery at Canadian rates (2008- 31.4%, 2007- 34%, 2006- 34%) | $ 771 | $ (92) | $ (48) |
| Difference between Canadian rates and rates applicable to subsidiaries in the U.S. and other jurisdictions | 154 | 52 | 2 |
| Valuation allowances on tax benefits | (3,322) | (938) | (883) |
| Tax effect of tax rate changes | (4) | (29) | - |
| Utilization of losses | - | - | 36 |
| Tax benefit of investment tax credits, net of valuation allowance | 29 | 29 | 47 |
| Shareholder litigation settlement | - | - | 749 |
| Adjustments to provisions and reserves | (55) | (10) | (2) |
| Foreign withholding and other taxes | (25) | (23) | (28) |
| Corporate minimum taxes | - | (1) | (3) |
| Non- deductible impairment of goodwill | (854) | | |
| Impact of non- taxable/(non- deductible) items and other differences | 113 | (102) | 70 |
| Income tax benefit (expense) | $ (3,193) | $ (1,114) | $ (60) |
| Details of Nortel's income (loss): | | | |
| Earnings (loss) from operations before income taxes, minority interests and equity in net loss of associated companies: | | | |
| Canadian, excluding gain (loss) on sales of businesses and assets | $ (1,722) | $ (740) | $ (434) |
| U.S. and other, excluding gain (loss) on sales of businesses and assets | (744) | 979 | 369 |
| Gain (loss) on sales of businesses and assets | 10 | 31 | 206 |
| | $ (2,456) | $ 270 | $ 141 |
| Income tax benefit (expense): | | | |
| Canadian, excluding gain (loss) on sales of businesses and assets | $ (1,135) | $ (1,070) | $ 16 |
| U.S. and other, excluding gain (loss) on sales of businesses and assets | (2,058) | (44) | (73) |
| Gain (loss) on sales of businesses and assets | - | - | (3) |
| | $ (3,193) | $ (1,114) | $ (60) |
| Income tax benefit (expense): | | | |
| Current | $ (140) | $ (95) | $ (29) |
| Deferred | (3,053) | (1,019) | (31) |
| Income tax benefit (expense) | $ (3,193) | $ (1,114) | $ (60) |
| Details of movement in valuation allowance | | | |
| Opening valuation allowance | $ (3,389) | $ (4,431) | $ (3,429) |
| Implementation of FIN 48, net of current period activity | 6 | 1,676 | - |
| Amounts charged to income tax benefit (expense) | (3,331) | (1,036) | (847) |
| Amounts charged to other comprehensive loss | (194) | 103 | 66 |
| UK capital loss settlement, net of FIN 48 Implementation | - | 555 | - |
| Other (additions)/ deductions[(a)] | 677 | (256) | (221) |
| Closing valuation allowance | $ (6,231) | $ (3,389) | $ (4,431) |

(a) The significant components of other (additions) deductions for 2008 include an increase of ($30) related to operating losses acquired as part of the Novera acquisition that were added to Nortel's deferred tax asset, offset by a decrease of $707 due to the effects foreign exchange.

Table of Contents

The following table shows the significant components included in deferred income taxes as of December 31:

| | 2008 | 2007 |
|---|---|---|
| Assets: | | |
| Tax benefit of loss carryforwards | $ 3,230 | $ 3,262 |
| Investment tax credits, net of deferred tax liabilities | 1,262 | 1,458 |
| Other tax credits | 123 | 169 |
| Deferred revenue | 212 | 347 |
| Provisions and reserves | 364 | 302 |
| Post-retirement benefits other than pensions | 231 | 279 |
| Plant and equipment | 194 | 231 |
| Pension plan liabilities | 414 | 309 |
| Deferred compensation | 90 | 93 |
| Other | 167 | 294 |
| | 6,287 | 6,744 |
| Valuation allowance | (6,231) | (3,389) |
| | 56 | 3,355 |
| Liabilities: | | |
| Unrealized foreign exchange and other | 24 | 32 |
| | 24 | 32 |
| Net deferred income tax assets | $ 32 | $ 3,323 |

Nortel has not provided for foreign withholding taxes or deferred income tax liabilities for temporary differences related to the undistributed earnings of foreign subsidiaries since Nortel does not currently expect to repatriate earnings that would create any material tax consequences. It is not practical to reasonably estimate the amount of additional deferred income tax liabilities or foreign withholding taxes that may be payable should these earnings be distributed in the future.

Nortel is in the process of amending a number of previously filed tax returns as a result of the restatements of its financial statements. Most of the significant unamended tax returns reflected tax losses and Nortel does not expect any material impact to either tax expense or deferred tax liabilities. As of December 31, 2008 Nortel has accrued an income tax liability of $22 for interest and tax exposures relating to the restated Canadian tax returns.

As of December 31, 2008, Nortel had the following net operating and capital loss carryforwards and tax credits which are scheduled to expire in the following years:

| | Gross Operating Losses | Gross Capital Losses[(a)] | Tax Credits[(b)] |
|---|---|---|---|
| 2009 - 2011 | $ 227 | $ 23 | $ 468 |
| 2012 - 2014 | 178 | 194 | 164 |
| 2015 - 2020 | 344 | 18 | 217 |
| 2021 - 2028 | 1,653 | - | 388 |
| Indefinitely | 7,392 | 852 | 25 |
| | $ 9,794 | $ 1,087 | $ 1,262 |

(a) The capital losses related primarily to the U.K. and may only be used to offset future capital gains. Nortel has recorded a full valuation allowance against this future tax benefit.

(b) Global investment tax credits of $29, $29, and $47 have been applied against the income tax provision in 2008, 2007 and 2006, respectively. Unused tax credits can be utilized to offset taxes payable primarily in Canada.

Table of Contents

**9. Employee benefit plans**

***Plan Description***

Nortel maintains various retirement programs covering substantially all of its employees, consisting of defined benefit, defined contribution and investment plans.

Nortel has multiple capital accumulation and retirement programs including: defined contribution and investment programs available to substantially all of its North American employees; the flexible benefits plan, which includes a group personal pension plan, available to substantially all of its employees in the U.K.; and traditional defined benefit programs that are closed to new entrants. Although these programs represent Nortel's major retirement programs and may be available to employees in combination and/or as options within a program, Nortel also has smaller pension plan arrangements in other countries.

Nortel also provides other benefits, including post- retirement benefits and post- employment benefits. Employees previously enrolled in the capital accumulation and retirement programs offering post- retirement benefits are eligible for company sponsored post- retirement health care and/or death benefits, depending on age and/or years of service. Substantially all other employees have access to post- retirement benefits by purchasing a Nortel-sponsored retiree health care plan at their own cost.

In the second quarter of 2006, Nortel announced changes to its North American pension and post- retirement plans effective January 1, 2008. Nortel reallocated employees enrolled in its traditional defined benefit pension plans to defined contribution plans. In addition, Nortel eliminated post-retirement healthcare benefits for employees who were not age 50 with five years of service as of July 1, 2006. Currently, as a result of the UK Administration Proceedings, all further service cost accruals to its UK defined benefit pension plan have ceased.

***Pension Plan Funding***

The amounts described herein, to the extent that they relate to future events or expectations, may be significantly affected by the Creditor Protection Proceedings. In particular, as a result of the Creditor Protection Proceedings, our current expectation on pension plan funding in 2009 and beyond is uncertain at this time and subject to change.

Nortel's policy is to fund defined benefit pension and other post- retirement and post- employment benefits based on accepted actuarial methods as permitted by regulatory authorities. The funded amounts reflect actuarial assumptions regarding compensation, interest and other projections. Pension and other post- retirement and post- employment benefit costs reflected in the consolidated statements of operations are based on the projected benefit method of valuation.

***Adoption of FASB Statement No. 158***

In September 2006, the FASB issued SFAS No. 158, which requires an employer to recognize the overfunded or underfunded status of a defined benefit pension and post- retirement plan (other than a multiemployer plan) as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which the changes occur through comprehensive income of a business entity or changes in unrestricted net assets of a not- for- profit organization. SFAS 158 also requires an employer to measure the funded status of a plan as of the date of its year end statement of financial position, with limited exceptions. The requirement to measure plan assets and benefit obligations as of the date of the employer's fiscal year end statement of financial position was effective for Nortel for its fiscal year ended December 31, 2008.

Table of Contents

The effect of the initial adoption of SFAS 158 at December 31, 2006 was as follows:

| | Before Application of SFAS 158 | Adjustment | After Application of SFAS 158 |
|---|---|---|---|
| Intangible assets- net | $ 262 | $ (21) | $ 241 |
| Other assets- long term | $ 686 | $ 3 | $ 689 |
| Deferred tax assets- long term | $ 3,803 | $ 60 | $ 3,863 |
| Payroll and benefit related liabilities- current | $ (868) | $ 228 | $ (640) |
| Other liabilities- long term | $ (5,398) | $ (412) | $ (5,810) |
| Accumulated other comprehensive loss | $ 479 | $ 142 | $ 621 |

A measurement date of September 30 has historically been used annually to determine pension and other post- retirement benefit measurements for the pension plans and other post- retirement benefit plans that make up the majority of plan assets and obligations. Beginning in 2008, a measurement date of December 31 was used for all plans in accordance with the guidance in SFAS 158. Under the transition approach selected by Nortel, the measurements determined for the 2007 fiscal year end reporting were used to estimate the effects of the change. Net periodic benefit cost for the period between the 2007 measurement date and the end of 2008 were allocated proportionately between amounts to be recognized as an adjustment of retained earnings and net periodic benefit cost for 2008. This adoption had the effect of increasing accumulated deficit by $33, net of taxes, and increasing accumulated other comprehensive income by $5, net of taxes, as of January 1, 2008.

***Pension and Post Retirement Benefits***

For the 2008 year- end measurement, negative asset returns more than offset the favourable impacts of increases in discount rates, foreign exchange gains driven by the strengthening of the U.S. Dollar against the British Pound and Canadian Dollar, Nortel's contributions made to the plans, decreased inflation rates, and other accounting assumptions. As a result, the unfunded status of Nortel's defined benefit plans and post- retirement plans increased from $1,937 as of the measurement date of September 30, 2007 to $2,119 as of the measurement date of December 31, 2008. The effect of the net actuarial loss adjustment and the related foreign currency translation adjustment was to increase accumulated other comprehensive loss including foreign currency translation adjustment (before tax) and increase pension and post- retirement liabilities by $733.

The following details the unfunded status of the defined benefit plans and post- retirement benefits other than pensions, and the associated amounts recognized in the consolidated balance sheets as of December 31:

| | Defined Benefit Plans | | Post-Retirement Benefits | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| **Change in benefit obligation:** | | | | |
| Benefit obligation- beginning | $ 9,265 | $ 9,210 | $ 745 | $ 670 |
| Service cost[a] | 70 | 117 | 4 | 3 |
| Interest cost[a] | 617 | 479 | 50 | 37 |
| Plan participants' contributions[a] | 6 | 7 | 12 | 10 |
| Plan amendments | - | 1 | - | - |
| Actuarial loss (gain) | (565) | (664) | (131) | (7) |
| Special and contractual termination benefits[b] | 8 | 4 | - | - |
| Curtailments and settlements[b] | (74) | (1) | - | - |
| Benefits paid[a] | (663) | (594) | (62) | (46) |
| Foreign exchange | (1,878) | 706 | (98) | 78 |
| Benefit obligation- ending | $ 6,786 | $ 9,265 | $ 520 | $ 745 |