Table of Contents

| | Defined Benefit Plans | | Post- Retirement Benefits | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| **Change in plan assets:** | | | | |
| Fair value of plan assets- beginning | $ 8,073 | $ 7,139 | $ - | $ - |
| Actual return on plan assets | (1,047) | 562 | - | - |
| Employer contributions[a] | 331 | 353 | 50 | 36 |
| Plan participants' contributions[a] | 6 | 7 | 12 | 10 |
| Plan settlements | (74) | - | - | - |
| Benefits paid[a] | (663) | (594) | (62) | (46) |
| Foreign exchange | (1,439) | 606 | - | - |
| Fair value of plan assets- ending | $ 5,187 | $ 8,073 | $ - | $ - |
| Funded status of the plans | $ (1,599) | $ (1,192) | $ (520) | $ (745) |
| Contributions after measurement date | - | 56 | - | 11 |
| Net amount recognized | $ (1,599) | $ (1,136) | $ (520) | $ (734) |
| Amounts recognized in the accompanying consolidated balance sheets consist of: | | | | |
| Other liabilities- long- term | $ (1,557) | $ (1,109) | $ (476) | $ (692) |
| Other liabilities- current | (43) | (49) | (44) | (42) |
| Other assets | 1 | 22 | - | - |
| Net amount recognized | $ (1,599) | $ (1,136) | $ (520) | $ (734) |
| Amounts recognized in accumulated other comprehensive income (loss)- before tax- consists of: | | | | |
| Prior service cost (credit) | $ 8 | $ 12 | $ (67) | $ (80) |
| Net actuarial loss (gain) | 1,631 | 816 | (103) | 16 |
| Net amount recognized | $ 1,639 | $ 828 | $ (170) | $ (64) |

(a) 2008 includes October 1st- December 31st, 2007 settlement and interest cost, plan participants' contributions, employer contributions, and benefits paid, which are effects due to adoption of SFAS 158 measurement requirements.

(b) Curtailments, settlements, and special and contractual termination benefits resulted from the 2007, 2008, and 2009 Restructuring Plan activity, as set out in note 7.

The accumulated benefit obligation for all defined benefit plans was $6,682 and $9,032 at December 31, 2008 and 2007, respectively. The following details selected information for defined benefit plans, all of which have accumulated benefit obligations in excess of the fair value of plan assets as of December 31:

| | 2008 | 2007 |
|---|---|---|
| Projected benefit obligation | $ 6,763 | $ 6,858 |
| Accumulated benefit obligation | $ 6,663 | $ 6,656 |
| Fair value of plan assets | $ 5,163 | $ 5,648 |

Table of Contents

The following details the amounts recognized in other comprehensive income (loss), including foreign currency translation adjustments (before tax), for the years ended December 31:

| | Defined Benefit Pension Plans | | Post- Retirement Benefits | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| Prior service cost (credit) | $ - | $ 1 | $ - | $ - |
| Amortization of prior service (cost) credit | (4) | (4) | 13 | 14 |
| Net actuarial loss (gain) | 865 | (750) | (119) | (10) |
| Amortization of net actuarial (loss) gain | (39) | (105) | - | - |
| Settlement loss | (11) | - | - | - |
| Net recognized in other comprehensive income (loss) | $ 811 | $ (858) | $ (106) | $ 4 |

Assuming current funding rules, plan design, the estimated amounts in accumulated other comprehensive income (loss) to be recognized as components of pension expense (credit) during the next fiscal year are as follows:

| | Defined Benefit Pension Plan | Post- Retirement Benefits | Total |
|---|---|---|---|
| Prior service cost (credit) | $ 2 | $ (10) | $ (8) |
| Net actuarial loss (gain) | $ 66 | $ (11) | $ 55 |

The following details the components of net pension expense, all related to continuing operations, and the underlying assumptions for the defined benefit plans for the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| **Pension expense:** | | | |
| Service cost | $ 46 | $ 117 | $ 130 |
| Interest cost | 490 | 479 | 462 |
| Expected return on plan assets | (516) | (504) | (457) |
| Amortization of prior service cost | 4 | 4 | 2 |
| Amortization of net losses | 32 | 105 | 130 |
| Settlement and curtailment losses (gains) | 11 | (1) | (6) |
| Special and contractual termination benefits | 7 | 4 | 13 |
| Net pension expense | $ 74 | $ 204 | $ 274 |
| **Weighted- average assumptions used to determine benefit obligations as of December 31:** | | | |
| Discount rate | 6.4% | 5.8% | 5.1% |
| Rate of compensation increase | 2.8% | 4.5% | 4.5% |
| **Weighted- average assumptions used to determine net pension expense for years ended December 31:** | | | |
| Discount rate | 5.8% | 5.1% | 5.1% |
| Expected rate of return on plan assets | 7.1% | 7.1% | 7.2% |
| Rate of compensation increase | 4.5% | 4.5% | 4.4% |

Table of Contents

The following details the net cost components, all related to continuing operations, and underlying assumptions of post- retirement benefits other than pensions for the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| **Post- retirement benefit cost:** | | | |
| Service cost | $ 3 | $ 3 | $ 6 |
| Interest cost | 40 | 37 | 42 |
| Amortization of prior service cost | (10) | (14) | (5) |
| Amortization of net losses (gains) | - | - | 1 |
| Curtailment losses (gains) | - | - | (29) |
| Net post- retirement benefit cost | $ 33 | $ 26 | $ 15 |
| **Weighted- average assumptions used to determine benefit obligations as of December 31:** | | | |
| Discount rate | 6.9% | 5.8% | 5.4% |
| **Weighted- average assumptions used to determine net post- retirement benefit cost for years ended December 31:** | | | |
| Discount rate | 5.8% | 5.4% | 5.4% |
| Weighted- average health care cost trend rate | 6.5% | 6.6% | 8.0% |
| Weighted- average ultimate health care cost trend rate | 4.7% | 4.7% | 4.8% |

Assumed health care cost trend rates have a significant effect on the amounts reported for health care plans. A one percentage point change in assumed health care cost trend rates would have the following effects for the years ended December 31:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Effect on aggregate of service and interest costs | | | |
| 1% increase | $ 3 | $ 3 | $ 4 |
| 1% decrease | $ (2) | $ (2) | $ (3) |
| Effect on accumulated post- retirement benefit obligations | | | |
| 1% increase | $ 16 | $ 43 | $ 43 |
| 1% decrease | $ (14) | $ (36) | $ (36) |

As of December 31, 2008, the expected benefit payments for the next ten years for the defined benefit plans and the post- retirement benefits other than pensions are as follows, along with the expected reimbursement amounts related to the Medicare Prescription Drug, Improvement and Modernization Act of 2003 ("MPDIM Act"):

| | Defined Benefit Plans | Post- Retirement Benefit Plans | Expected MPDIM Act Subsidy (Post- Retirement Benefit Plans) |
|---|---|---|---|
| 2009 | $ 480 | $ 44 | $ 2 |
| 2010 | 443 | 45 | 2 |
| 2011 | 452 | 45 | 3 |
| 2012 | 460 | 44 | 3 |
| 2013 | 469 | 44 | 3 |
| 2014-2017 | 2,460 | 217 | 24 |

The amounts described in the table above, may be significantly affected by the Creditor Protection Proceedings. In particular, as a result of the Creditor Protection Proceedings, Nortel's current expectations regarding its defined benefit pension plans and post- retirement and post- employment benefit plans in 2009 and beyond is uncertain at this time and is subject to change.

Table of Contents

The target investment allocation percentages for plan assets and the year end percentages based on actual asset balances of the defined benefit plans as of December 31 are as follows:

| | 2008 | | 2007 | |
|---|---|---|---|---|
| | Target | Actual | Target | Actual |
| Debt instruments | 52% | 50% | 46% | 44% |
| Equity securities | 46% | 46% | 52% | 53% |
| Other | 2% | 4% | 2% | 3% |

The primary investment performance objective is to obtain competitive rates of return on investments at or above their assigned benchmarks while minimizing risk and volatility by maintaining an appropriately diversified portfolio. The benchmarks selected are industry- standard and widely-accepted indices. The defined benefit plans maintain a long- term perspective in regard to investment philosophy and return expectations which are reflective of the fact that the liabilities of the defined benefit plans mature over an extended period of time. The investments have risk characteristics consistent with underlying defined benefit plan demographics and liquidity requirements, and are consistent and compliant with all regulatory standards.

The primary method of managing risk within the portfolio is through diversification among and within asset categories, and through the utilization of a wide array of active and passive investment managers. Broadly, the assets are allocated between debt and equity instruments. Included within the debt instruments are government and corporate fixed income securities, money market securities, mortgage- backed securities and inflation indexed securities. Generally, these debt instruments are considered investment grade. Included in equity securities are developed and emerging market stocks of companies at a variety of capitalization levels. The securities are predominantly publicly traded. The amount of employer and related- party securities that the defined benefit plans may hold is governed by the statutory limitations of the jurisdictions of the applicable plans. Included in equity securities of the defined benefit plans are NNC common shares, held directly or through pooled funds, with an aggregate market value of $0 (0% of total plan assets) and $2 (0.02% of total plan assets) as of December 31, 2008 and 2007, respectively.

As a policy, assets within the defined benefit plans are reviewed to the target allocations at least on a quarterly basis and adjustments made as appropriate. The plans commission periodic asset and liability studies to determine the optimal allocation of the portfolio's assets. These studies consider a variety of the plan characteristics, including membership, benefits and liquidity needs, and utilize mean- variance analysis of historic and projected investment returns to develop a range of acceptable asset mixes among a variety of asset classes.

To develop the expected long- term rate of return on assets assumption, Nortel considered the weighted- average historical returns and the future expectations for returns for each asset class.

Assuming current funding rules and current plan design, estimated 2009 cash contributions to Nortel's defined benefit pension plans and its post-retirement plans are approximately $75 and $44, respectively. However, 2009 cash contributions to these plans will be significantly impacted as a result of the Creditor Protection Proceedings. Currently, as a result of the U.K. Administration Proceedings, following Nortel's latest contribution in January, all further contributions to its UK defined benefit pension plan have ceased pursuant to the direction of the U.K. Administrators, which is reflected in the numbers above. Nortel continues to evaluate its pension and post retirement benefit obligations in the context of the Creditor Protection Proceedings and as a result these amounts may continue to change as a result of events or other factors that are uncertain or unknown at this time.

Under the terms of certain defined contribution plans, eligible employees may contribute a portion of their compensation to an investment plan. Based on the specific program in which the employee is enrolled, Nortel matches a percentage of the employee's contributions up to a certain limit. In certain other defined contribution plans, Nortel contributes a fixed percentage of employees' eligible earnings to a defined contribution plan arrangement. The cost of these investment plans was $103, $97 and $99 for the years ended December 31, 2008, 2007 and 2006, respectively.

Table of Contents

**10. Acquisitions, divestitures and closures**

***Acquisitions***

*Other Acquisitions*

The following table sets out certain information for the acquisitions completed by Nortel in 2008. All of these acquisitions were accounted for using the purchase method. The consolidated financial statements include the operating results of each of these businesses as of their respective dates of acquisition.

| Acquisition | Closing Date | Purchase Price | Goodwill | Acquired Technology | Other Intangibles | Net Tangible Assets |
|---|---|---|---|---|---|---|
| Novera Optics, Inc.[(a)] | 01- Aug- 08 | $ 18 | $ 9 | $ 9 | $ - | $ - |
| Pingtel Corp.[(b)] | 08- Aug- 08 | 6 | - | 6 | - | - |
| Diamondware Ltd.[(c)] | 19- Aug- 08 | 5 | - | 3 | 2 | - |
| LG Electronics Inc. - Wireless Local Loop[(d)] | 08- Aug- 08 | 3 | - | - | - | 3 |

(a) On August 1, 2008, LG- Nortel acquired 100% of the issued and outstanding stock of Novera Optics Korea Inc. and Novera Optics, Inc. ("Novera") for $18, plus up to an additional $10 based on achievement of business milestones. Novera was a privately- held company specializing in fiber- optic access solutions that extend high- speed carrier Ethernet services from optical core networks to customer premises.

(b) On August 8, 2008, Nortel purchased substantially all of the assets and certain liabilities of Pingtel Corp. ("Pingtel") from Bluesocket Inc. ("Bluesocket") for $4 in cash, and up to $4 based on the achievement of future business milestones plus the return of Nortel's existing equity interest in Bluesocket which had been acquired for $2. Pingtel, a software- based unified communication solutions designer, was a wholly owned subsidiary of Bluesocket.

(c) On August 19, 2008, Nortel acquired 100% of the issued and outstanding stock of Diamondware, Ltd. ("Diamondware") for $5 in cash and up to $3 based on achievement of future business milestones. Diamondware was a privately- held company, specializing in high- definition, proximity- based 3D positional voice technology.

(d) On August 8, 2008, LG- Nortel purchased certain assets and liabilities of LGE's Wireless Local Loop ("WLL") business for $3. The WLL products include fixed wireless terminals over CDMA and GSM licensed cellular networks.

*LG- Nortel business venture*

On November 3, 2005, Nortel entered into a business venture with LGE, named LG- Nortel. Certain assets of Nortel's South Korean distribution and services business were combined with the service business and certain assets of LGE's telecommunications infrastructure business. In exchange for a cash contribution of $155 paid to LGE, Nortel received 50% plus one share of the equity in LG- Nortel. LGE received 50% less one share of the equity in the business venture. The purchase price was finalized in 2006.

LGE was entitled to payments from NNL over a two- year period based on the achievement by LG- Nortel of certain business goals in the 2006 and 2007 fiscal years, up to a maximum of $80. NNL and LGE agreed that the payment related to the 2006 fiscal year was $29 and this amount was recognized and paid in 2007. NNL recognized its remaining obligation of $51 in 2007 and paid it in the third quarter of 2008. As of December 31, 2007, this resulted in additional goodwill of $18.

***Divestitures***

*UMTS access business divestiture*

On December 31, 2006, Nortel completed the sale of substantially all its assets and liabilities related to its UMTS access products and services to Alcatel- Lucent. The sale, structured as an asset and share transaction,

Table of Contents

resulted in gross proceeds of $320, adjusted primarily for warranty liabilities, for net proceeds of $306 all of which were received in the fourth quarter of 2006. In addition, Nortel provided Alcatel- Lucent with a $23 promissory note in lieu of transferring working capital, which was paid in the first quarter of 2007. The proceeds are subject to post- closing adjustments for the finalization of the book value of the assets transferred and liabilities assumed by Alcatel- Lucent which are not expected to be significant.

In 2008, Nortel did not record any adjustments to the net assets net gain from this divestiture.

*Manufacturing operations*

In 2004, Nortel entered into an agreement with Flextronics for the divestiture of substantially all of Nortel's remaining manufacturing operations and related activities, including certain product integration, testing, repair operations, supply chain management, third party logistics operations and design assets. Nortel and Flextronics have also entered into a four- year supply agreement for manufacturing services and a three- year supply agreement for design services. Nortel received $599 of gross proceeds as of December 31, 2007.

On October 18, 2006, Nortel signed amendments to various agreements with Flextronics, including the sale agreement, and the supply and design services agreements to restructure Nortel's purchase commitments and increase Nortel's obligation to reimburse Flextronics for certain costs associated with the transaction.

As of December 31, 2007, Nortel had transferred approximately $404 of inventory and equipment to Flextronics relating to the transfer of the optical design activities in Monkstown, Northern Ireland and Ottawa, Canada and the manufacturing activities in Montreal and Calgary in Canada and Chateaudun, France. Flextronics had the ability to exercise its unilateral rights to return certain inventory and equipment to Nortel after the expiration of a specified period following each respective transfer date of the activities at the aforementioned facilities (up to fifteen months). Flextronics has exercised all of its rights with respect to the inventory and equipment as at December 31, 2007, and as a result, Nortel retained $10 of inventory and equipment. Nortel recognized a gain of $21 on this transaction in 2007 as a result of the expiration and satisfaction of the rights held by Flextronics described above.

**11. Fair Value**

Nortel adopted the provisions of SFAS 157 applicable to financial assets and liabilities and to certain non- financial assets and liabilities that are measured at fair value on a recurring basis, effective January 1, 2008. SFAS 157 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. SFAS 157, among other things, requires Nortel to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value.

***Fair value hierarchy***

SFAS 157 provides a hierarchy of valuation techniques based on whether the inputs to those valuation techniques are observable or unobservable. Observable inputs reflect market data obtained from independent sources, while unobservable inputs reflect Nortel's assumptions with respect to how market participants would price an asset or liability. These two inputs used to measure fair value fall into the following three different levels of the fair value hierarchy:

***Level 1:*** Quoted prices for identical instruments in active markets that are observable.

Table of Contents

*Level 2:* Quoted prices for similar instruments in active markets; quoted prices for identical or similar instruments in markets that are non- active; inputs other than quoted prices that are observable and derived from or corroborated by observable market data.

*Level 3:* Valuations derived from valuation techniques in which one or more significant inputs are unobservable.

This hierarchy requires the use of observable market data when available.

***Determination of fair value***

The following section describes the valuation methodologies used by Nortel to measure different instruments at fair value, including an indication of the level in the fair value hierarchy in which each instrument is classified. Where applicable, the descriptions include the key inputs and significant assumptions used in the valuation models.

*Investments*

When available, Nortel uses quoted market prices to determine fair value of certain exchange- traded equity securities; such items are classified in Level 1 of the fair value hierarchy.

Certain investments are valued using the Black- Scholes- Merton option- pricing model. Key inputs include the exchange- traded price of the underlying security, exercise price, shares issuable, risk- free rate, forecasted dividends and volatility. Such items are classified in Level 2 of the fair value hierarchy.

Nortel has an investment in a money market fund, which, prior to the suspension of trading activities of the fund's shares, was classified as cash and cash equivalents. The fund recently announced that its net asset value had declined to $0.97 per share relative to par of $1.00 per share and that it was temporarily suspending redemption rights as it sought SEC approval of its plan for orderly liquidation of its assets. These investments are currently classified in Level 2 of the fair value hierarchy. See notes 4 for more information.

In October 2008, the Company entered into an agreement ("Agreement") with the investment firm that sold Nortel a portion of its auction rate securities, which have a par value of $19 at December 31, 2008. By entering into the Agreement, the Company (1) received the right ("Put Option") to sell these auction rate securities back to the investment firm at par, at its sole discretion, anytime during the period from June 30, 2010 through July 2, 2012, and (2) gave the investment firm the right to purchase these auction rate securities or sell them on the Company's behalf at par anytime after the execution of the Agreement through July 2, 2012. The Company elected to measure the Put Option under the fair value option of SFAS 159, and recorded income of approximately $3 pre- tax, and recorded a corresponding long term investment. Simultaneously, the Company transferred these auction rate securities from available- for- sale to trading investment securities. As a result of this transfer, the Company recognized an impairment loss of approximately $3 pre- tax. The recording of the Put Option and the recognition of the impairment loss resulted in no net impact to the results of operations for the year ended December 31, 2008. The Company anticipates that any future changes in the fair value of the Put Option will be offset by the changes in the fair value of the related auction rate securities with no material net impact to the results of operations. The Put Option will continue to be measured at fair value utilizing Level 3 inputs until the earlier of its maturity or exercise.

*Derivatives*

The majority of derivatives entered into by Nortel are valued using standard valuation techniques as no quoted market prices exist for the instruments. The valuation technique used and inputs required depend on the type of derivative. The principal techniques used to value these instruments are through comparing the rates at

**Table of Contents**

the time that the derivatives were acquired to the period- end rates quoted in the market. Depending on the type of derivative, the valuation could be calculated through either discounted cash flows or the Black- Scholes- Merton option- pricing model. The key inputs depend upon the type of derivative, and include interest rate yield curves, foreign exchange spot and forward rates, zero curves and expected volatility. The item is placed in Level 2 or Level 3 depending on whether the significant inputs are observable or not. Level 2 includes Nortel's hedging activities. Level 3 includes embedded derivatives related to commercial or purchase contracts.

*Long- term debt*

Nortel's publicly traded debt instruments are valued using quoted market prices and are classified as Level 1 in the fair value hierarchy.

*Market valuation adjustments*

The fair value of derivatives and other financial liabilities includes the effects of Nortel's and the counterparty's non- performance risk, including credit risk. Nortel has incorporated its own and its counterparty's credit risk into the determination of fair value of its derivatives, where applicable. See note 13 for more information.

The following table presents, for each of the fair value hierarchy levels, the assets and liabilities that are measured at fair value on a recurring basis as of December 31, 2008:

| | Fair Value | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Assets | | | | |
| Money market fund | $ 65 | $ - | $ 65 | $ - |
| Employee benefit trust | 73 | 73 | - | - |
| Derivatives | 126 | - | 106 | 20 |
| Auction rate securities (including Put Option) | 19 | - | - | 19 |
| Total assets | $ 283 | $ 73 | $ 171 | $ 39 |
| Liabilities | | | | |
| Long- term debt | 911 | 911 | - | - |
| Derivatives | 62 | - | 62 | - |
| Total liabilities | $ 973 | $ 911 | $ 62 | $ - |

The following table presents the changes in the Level 3 fair value category for the year ended December 31, 2008:

| | January 1, 2008 | Net Realized/Unrealized Gains (Losses) included in Earnings | Other | Purchases, Sales, Issuances and (Settlements) | Transfers in and/or (out) of Level 3 | December 31, 2008 |
|---|---|---|---|---|---|---|
| Assets | | | | | | |
| Derivatives | $ 1 | $ 19 | $ - | $ - | $ - | $ 20 |
| Auction rate securities | $ - | $ - | $ - | $ 19 | $ - | $ 19 |
| Liabilities | | | | | | |
| Derivatives | $ 5 | $ (5) | $ - | $ - | $ - | $ - |

Table of Contents

**12. Long- term debt**

***Long- term debt***

The following table shows the components of long- term debt as of December 31 prior to the Creditor Protection Proceedings (see note 1):

| | 2008 | 2007 |
|---|---|---|
| 4.25% Convertible Senior Notes due September 1, 2008 | $ - | $ 675 |
| LIBOR + 4.25% Floating rate Notes due July 15, 2011 | 1,000 | 1,000 |
| 1.75% Convertible Senior Notes due April 15, 2012 | 575 | 575 |
| 10.125% Fixed rate Notes due July 15, 2013 | 550 | 550 |
| 2.125% Convertible Senior Notes due April 15, 2014 | 575 | 575 |
| 10.75% Fixed rate Notes due July 15, 2016 | 1,119 | 450 |
| 6.875% Notes due September 1, 2023 | 200 | 200 |
| 7.875% Notes due June 15, 2026[a] | 150 | 150 |
| Other long- term debt with various repayment terms and a weighted- average interest rate of 7.54% for 2008 and 7.17% for 2007 | 1 | 4 |
| Fair value adjustment attributable to hedged debt obligations | 65 | 20 |
| Obligation associated with a consolidated VIE with interest rate of 4.86% for 2008 and 4.60% for 2007 | 82 | 92 |
| Obligations under capital leases and sale leasebacks with a weighted- average interest rate of 9.48% for 2008 and 9.16% for 2007 | 203 | 223 |
| | 4,520 | 4,514 |
| Less: Long- term debt due within one year | 19 | 698 |
| Long- term debt | $ 4,501 | $ 3,816 |

(a) Notes were issued by Nortel Networks Capital Corporation, an indirect wholly owned finance subsidiary of NNI, and are fully and unconditionally guaranteed by NNL.

As of December 31, 2008, the amounts of long- term debt payable for each of the years ending December 31, prior to the Creditor Protection Proceedings (see note 1), consisted of:

| | |
|---|---|
| 2009 | $ 19 |
| 2010 | 20 |
| 2011 | 1,023 |
| 2012 | 598 |
| 2013 | 690 |
| Thereafter | 2,170 |
| Total long- term debt payable | $ 4,520[a] |

(a) Includes $63 of long- term debt related to sale lease- backs with continuing involvement. See note 16 for additional information.

***Senior notes offering***

On May 28, 2008, NNL completed the offering of the 2016 Fixed Rate Notes issued May 2008 in the U.S. to qualified institutional buyers pursuant to Rule 144A under the U.S. Securities Act of 1933, as amended ("Securities Act"), to persons outside the U.S. pursuant to Regulation S under the Securities Act and to accredited investors in Canada pursuant to applicable private placement exemptions.

The 2016 Fixed Rate Notes issued May 2008 were issued as additional notes under an existing indenture dated as of July 5, 2006 (2006 Indenture), as supplemented, and are part of the same series as NNL's currently outstanding $450 aggregate principal amount of 10.75% Senior Notes due 2016 that were issued on July 5, 2006

("2016 Fixed Rate Notes issued July 2006"), under the 2006 Indenture. The 2016 Fixed Rate Notes issued May 2008 and the 2016 Fixed Rate Notes issued July 2006 have the same ranking, guarantee structure, interest rate, maturity date and other terms and are treated as a single class of securities under the indenture and holders will vote together as one class. The 2016 Fixed Rate Notes issued May 2008 and the related guarantees are initially not fungible for trading purposes with the 2016 Fixed Rate Notes issued July 2006.

The net proceeds received from the sale of the 2016 Fixed Rate Notes issued May 2008 were approximately $655, after deducting discount on issuance of $7 and commissions and other offering expenses of $13. On June 16, 2008, Nortel used these net proceeds, together with available cash, to redeem, at par, $675 outstanding principal amount of its 4.25% Notes due 2008.

NNL may redeem all or a portion of the 2016 Fixed Rate Notes issued May 2008 at any time on or after July 15, 2011, at specified redemption prices ranging from 105.375% to 100% of the principal amount thereof plus accrued and unpaid interest. In addition, NNL may redeem all or a portion of the 2016 Fixed Rates Notes issued May 2008, at a price equal to 100% of the principal amount thereof plus a "make- whole" premium. On or prior to July 15, 2009, NNL may also redeem up to 35% of the original aggregate principal amount of the 2016 Fixed Rate Notes issued May 2008 with proceeds of certain equity offerings at a redemption price equal to 110.750% of the principal amount thereof, plus accrued and unpaid interest, if any. In the event of certain changes in applicable withholding taxes, NNL may redeem the 2016 Fixed Rate Notes issued May 2008 in whole, but not in part.

Upon a change of control, NNL is required within 30 days to make an offer to purchase the 2016 Fixed Rate Notes issued May 2008 then outstanding at a purchase price equal to 101% of the principal amount of the 2016 Fixed Rate Notes issued May 2008 plus accrued and unpaid interest. A "change of control" is defined in the 2006 Indenture as, among other things, the filing of a Schedule 13D or Schedule TO under the Securities Exchange Act of 1934, as amended, by any person or group unaffiliated with Nortel disclosing that such person or group has become the beneficial owner of a majority of the voting stock of Nortel or has the power to elect a majority of the members of Nortel's Board of Directors, or Nortel ceasing to be the beneficial owner of 100% of the voting power of the common stock of NNL.

The 2006 Indenture and related guarantees contain various covenants that limit Nortel's and NNL's ability to (i) create liens (other than certain permitted liens) against assets of Nortel, NNL and its restricted subsidiaries to secure funded debt in excess of certain permitted amounts without equally and ratably securing the 2016 Fixed Rate Notes issued May 2008 and (ii) merge, consolidate and sell or otherwise dispose of substantially all of the assets of any of Nortel, NNL and, so long as NNI is a guarantor of the 2016 Fixed Rate Notes issued May 2008, NNI unless the surviving entity or purchaser of such assets assumes the obligations of Nortel, NNL or NNI, as the case may be, under the 2016 Fixed Rate Notes issued May 2008 and related guarantees, and no default exists under the 2006 Indenture after giving effect to such merger, consolidation or sale.

In addition, the 2006 Indenture and related guarantees contain covenants that, at any time that the 2016 Fixed Rate Notes issued May 2008 do not have an investment grade rating, limit Nortel's ability to incur, assume, issue or guarantee additional funded debt (including capital leases) and certain types of preferred stock, or repurchase, redeem, retire or pay any dividends in respect of any NNC common shares or NNL preferred shares, in excess of certain permitted amounts or incur debt that is subordinated to any other debt of Nortel, NNL or NNI, without having that new debt be expressly subordinated to the 2016 Fixed Rate Notes issued May 2008 and the guarantees. At any time that the 2016 Fixed Rate Notes issued May 2008 do not have an investment grade rating, Nortel's ability to incur additional indebtedness is tied to an Adjusted EBITDA to fixed charges ratio of at least 2.00 to 1.00, except that Nortel may incur certain debt and make certain restricted payments without regard to the ratio up to certain permitted amounts. "Adjusted EBITDA" is generally defined as consolidated earnings before interest, taxes, depreciation and amortization, adjusted for certain restructuring charges and other one- time charges and gains that will be excluded from the calculation of Adjusted EBITDA.

"Fixed charges" is defined in the 2006 Indenture as consolidated interest expense plus dividends paid on certain preferred stock.

***Convertible notes offering***

On March 28, 2007, Nortel completed an offering of $1,150 aggregate principal amount of unsecured convertible senior notes ("Convertible Notes") to repay a portion of the $1,800 aggregate principal amount of 4.25% Convertible Senior Notes due on September 1, 2008 ("4.25% Notes due 2008"), issued by Nortel on August 15, 2001. The offering was made to qualified institutional buyers pursuant to Rule 144A under the Securities Act, and in Canada to qualified institutional buyers that are also accredited investors pursuant to applicable Canadian private placement exemptions. The Convertible Notes consist of $575 principal amount of senior convertible notes due 2012 ("2012 Notes") and $575 of senior convertible notes due 2014 ("2014 Notes"). In each case, the principal amount of Convertible Notes includes $75 issued pursuant to the exercise in full of the over-allotment options granted to the initial purchasers. The 2012 Notes pay interest semi- annually at a rate per annum of 1.75% and the 2014 Notes pay interest semi- annually at a rate per annum of 2.125%.

The 2012 Notes and 2014 Notes are each convertible into NNC common shares at any time based on an initial conversion rate of 31.25 NNC common shares per $1,000.00 principal amount of Convertible Notes (which is equal to an initial conversion price of $32.00 per common share). This rate is not considered to represent a beneficial conversion option. In each case, the conversion rate is subject to adjustment if certain events occur, such as a change of control. Holders who convert their Convertible Notes in connection with certain events that result in a change in control may be entitled to a "make- whole" premium in the form of an increase in the conversion rate.

Upon a change of control, Nortel would be required to offer to repurchase the Convertible Notes for cash at 100% of the outstanding principal amount thereof plus accrued and unpaid interest and additional interest, if any, up to but not including the date of repurchase.

Nortel may redeem in cash the 2012 Notes and the 2014 Notes at any time on or after April 15, 2011 and April 15, 2013, respectively, at repurchase prices equal to 100.35% and 100.30% of their outstanding principal amounts, respectively, plus accrued and unpaid interest and any additional interest up to but excluding the applicable redemption date. Nortel may redeem each series of Convertible Notes at any time in cash at a repurchase price equal to 100% of the aggregate principal amount, together with accrued and unpaid interest and any additional interest to the redemption date, in the event of certain changes in applicable Canadian withholding taxes.

The Convertible Notes are fully and unconditionally guaranteed by NNL and initially guaranteed by NNI. The Convertible Notes are senior unsecured obligations of Nortel and rank pari passu with all of its other senior obligations. Each guarantee is the senior unsecured obligation of the respective guarantor and ranks pari passu with all other senior obligations of that guarantor.

The net proceeds from the sale of the Convertible Notes was approximately $1,127 after deducting commissions payable to the initial purchasers and other offering expenses. On September 28, 2007, Nortel redeemed at par value $1,125, plus accrued and unpaid interest, of its $1,800 outstanding principal amount of 4.25% Notes due 2008.

**13. Financial instruments and hedging activities**

***Risk management***

Nortel's net earnings (loss) and cash flows may be negatively impacted by fluctuation in interest rates, foreign exchange rates and equity prices. To effectively manage these market risks, Nortel entered into foreign currency forwards, foreign currency swaps, foreign currency option contracts, interest rate swaps and equity

Table of Contents

forward contracts. Nortel does not hold or issue derivative financial instruments for trading purposes. See note 23 regarding termination of these instruments, as a result of the Creditor Protection Proceedings.

***Foreign currency risk***

Nortel entered into option contracts to limit its exposure to exchange fluctuations on future revenue or expenditure streams expected to occur within a twelve- month period, and forward contracts, which are denominated in various currencies, to limit its exposure to exchange fluctuations on existing assets and liabilities and on future revenue or expenditure streams expected to occur within a twelve- month period. Option and forward contracts used to hedge future revenue or expenditure streams or economically hedge the impact of foreign exchange rates on existing monetary assets and liabilities did not meet the criteria for hedge accounting in 2008.

The following table provides the total notional amounts of the purchase and sale of currency options and forward contracts as of December 31:

| | 2008[a] | | | 2007[b] | | |
|---|---|---|---|---|---|---|
| | Buy | Sell | Net Buy / (Sell) | Buy | Sell | Net Buy / (Sell) |
| **Options[c]:** | | | | | | |
| Canadian dollar | $ 13 | $ 13 | $ 0 | $ 27 | $ 27 | $ 0 |
| **Forwards[c]:** | | | | | | |
| Canadian dollar | $ 316 | $ 206 | $ 110 | $ 130 | $ 398 | ($ 268) |
| British pound | £ 195 | £ 24 | £ 171 | £ 745 | £ 262 | £ 483 |
| Euro | 40 | 50 | (10) | 22 | 5 | 17 |
| Other (U.S. dollar) | $ 0 | $ 44 | ($ 44) | $ 0 | $ 14 | ($ 14) |

(a) All notional amounts of option and forward contracts will mature no later than the end of 2009.

(b) All notional amounts of option and forward contracts matured no later than the end of 2008.

(c) All amounts are stated in source currency.

***Interest rate risk***

Nortel entered into interest rate swap contracts to minimize the impact of interest rate fluctuations on the fair value of its long- term debt. These contracts swapped fixed interest rate payments for floating rate payments and certain swaps were designated as fair value hedges. The fair value adjustment related to the effective portion of interest rate swaps and the corresponding fair value adjustment to the hedged debt obligation included within long- term debt were recorded to interest expense within the consolidated statements of operations. These swap contracts had remaining terms to maturity of up to six years.

A portion of Nortel's long- term debt is subject to changes in fair value resulting from changes in market interest rates. Nortel has hedged a portion of this exposure to interest rate volatility using fixed for floating interest rate swaps. On July 5, 2006, Nortel entered into interest rate swaps to convert the fixed interest rate exposure under the 2016 Fixed Rate Notes and the 2013 Fixed Rate Notes to a floating rate equal to LIBOR plus 4.9% and LIBOR plus 4.4%, respectively. Nortel entered into these interest rate swaps to minimize the impact of interest rate volatility on the consolidated statements of operations. Nortel assessed hedge effectiveness in accordance with SFAS 133. Nortel concluded that this hedging strategy was effective at offsetting changes in the fair value of the 2013 Fixed Rate Notes in 2008. The interest rate swap hedging the 2016 Fixed Rate Notes did not meet the hedge effectiveness criteria and remained a non- designated hedging strategy as of December 31, 2007. In 2008, Nortel unwound the interest rate swap hedging the 2016 Fixed Rate Notes and recorded a gain of $2. The cumulative impact to net earnings was a $1 loss for the year ended December 31, 2008. Please see note 23 for further information.

Table of Contents

The following table provides a summary of interest rate swap contracts and their aggregated weighted- average rates as at and for the year ended December 31:

| | 2008 | | 2007 | |
|---|---|---|---|---|
| **Interest rate swap contracts:** | | | | |
| Received- fixed swaps- notional amount | $ | 550 | $ | 1,000 |
| Average fixed rate received | | 10.4% | | 10.4% |
| Average floating rate paid | | 9.0% | | 8.9% |

Subsequent to December 31, 2008, Nortel's foreign currency option and forward and interest swaps were terminated. See note 23.

***Fair value***

The estimated fair values of the financial instruments in the table below reflect approximate amounts at which they could be exchanged in a current transaction between willing parties. The fair values are based on estimates using present value and other valuation techniques that are significantly affected by the assumptions used concerning the amount and timing of estimated future cash flows and discount rates that reflect varying degrees of risk. Specifically, the fair value of interest rate swaps and forward contracts reflected the present value of the expected future cash flows if settlement had taken place on December 31, 2008 and 2007; the fair value of option contracts reflected the cash flows due to or by Nortel if settlement had taken place on December 31, 2008 and 2007; and the fair value of long- term debt instruments reflected a current yield valuation based on observed market prices as of December 31, 2008 and 2007. Accordingly, the fair value estimates are not necessarily indicative of the amounts that Nortel could potentially realize in a current market exchange.

The following table provides the carrying amounts and fair values for financial assets and liabilities for which fair value differed from the carrying amount and fair values recorded for derivative financial instruments in accordance with SFAS 133 as of December 31:

| | 2008 | | | | 2007 | | | |
|---|---|---|---|---|---|---|---|---|
| | Carrying Amount | | Fair Value | | Carrying Amount | | Fair Value | |
| **Financial liabilities:** | | | | | | | | |
| Long- term debt due within one year | $ | 19 | $ | 19 | $ | 698 | $ | 688 |
| Long- term debt | $ | 4,501 | $ | 1,243 | $ | 3,816 | $ | 3,491 |
| **Derivative financial instruments net asset (liability) position:** | | | | | | | | |
| Interest rate swap contracts[(a)] | $ | 83 | $ | 83 | $ | 61 | $ | 61 |
| Forward and option contracts[(b)] | $ | (18) | $ | (18) | $ | (17) | $ | (17) |
| **Other** | | | | | | | | |
| Warrants | $ | - | $ | - | $ | 5 | $ | 5 |

(a) Recorded in other assets.

(b) Comprised of other assets of $43 and other liabilities of $61 as of December 31, 2008, and other assets of $14 and other liabilities of $31 as of December 31, 2007.

***Concentrations of risk***

Nortel from time to time used derivatives to limit exposures related to foreign currency and interest rate risk. Credit risk on these financial instruments arises from the potential for counterparties to default on their contractual obligations to Nortel. Nortel is exposed to credit risk in the event of non- performance, but does not anticipate non- performance by any of the counterparties to its financial instruments. Nortel limits its credit risk by dealing with counterparties that are considered to be of reputable credit quality.

Nortel's cash and cash equivalents are maintained with several financial institutions in the form of demand and term bank deposits and government and institutional short- term money market instruments. Generally, these

Table of Contents

funds may be redeemed upon demand and are maintained with financial institutions with reputable credit and therefore are expected to bear minimal credit risk. Nortel seeks to mitigate such risks by spreading its risk across multiple counterparties and monitoring the risk profiles of these counterparties.

Nortel performs ongoing credit evaluations of its customers and, with the exception of certain financing transactions, does not normally require collateral from its customers. Nortel's customers are primarily in the enterprise and telecommunication service provider markets. Nortel's global market presence has resulted in a large number of diverse customers which reduces concentrations of credit risk.

Nortel receives certain of its components from sole suppliers. Additionally, Nortel relies on a limited number of contract manufacturers and suppliers to provide manufacturing services for its products. The inability of a contract manufacturer or supplier to fulfill supply requirements of Nortel could materially impact future operating results.

***Transfers of receivables***

In 2008, 2007 and 2006, Nortel entered into various agreements to transfer certain of its receivables. These receivables were transferred at discounts of $2, $2 and $12 from book value for the years ended December 31, 2008, 2007 and 2006, respectively, at annualized discount rates of approximately 1% to 9%, 0% to 8% and 0% to 8% for the years ended December 31, 2008, 2007 and 2006, respectively. Certain receivables have been sold with limited recourse for each of the years ended December 31, 2008, 2007 and 2006.

Under certain agreements, Nortel has continued as servicing agent and/or has provided limited recourse. The fair value of these servicing obligations is based on the market value of servicing the receivables, historical payment patterns and appropriate discount rates as applicable. Generally, trade receivables that are sold do not experience prepayments. Also, Nortel has not historically experienced significant credit losses with respect to receivables sold with limited recourse and, as such, no liability was recognized.

As of December 31, 2008 and 2007, total accounts receivable transferred and under Nortel's management were $13 and $45, respectively.

There is a possibility that the actual performance of receivables or the cost of servicing the receivables will differ from the assumptions used to determine fair values at the transfer date and at each reporting date. Assuming hypothetical, simultaneous, unfavorable variations of up to 20% in credit losses, discount rate used and cost of servicing the receivables, the pre- tax impact on the value of the retained interests and servicing assets would not be significant.

Proceeds from receivables for the years ended December 31 were as follows:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| Proceeds from new transfers of financial assets | $ 126 | $ 43 | $ 202 |
| Proceeds from collections reinvested in revolving period transfers | $ 14 | $ 12 | $ 189 |
| Repurchases of receivables | $ (14) | $ (39) | $ (26) |

**14. Guarantees**

Nortel's requirement to make payments (either in cash, financial instruments, other assets, NNC common shares or through the provision of services) to a third party will be triggered as a result of changes in an underlying economic characteristic (such as interest rates or market value) that is related to an asset, a liability or an equity security of the guaranteed party or a third party's failure to perform under a specified agreement.

Table of Contents

The following table provides a summary of Nortel's guarantees as of December 31, 2008:

| | Carrying Amount of Liability | Maximum Potential Liability[l] |
|---|---|---|
| Business sale and business combination agreements | | |
| Third party claims[a] | $ 10 | $ 14 |
| Sales volume guarantee[b] | - | - |
| Intellectual property indemnification obligations[c] | - | - |
| Lease agreements[d] | - | 36 |
| Receivable securitizations[e] | - | 13 |
| Other indemnification agreements | | |
| EDC Support Facility[f] | - | - |
| Specified price trade- in rights[g] | - | - |
| Global Class Action Settlement (as defined in note 22)[h] | - | - |
| Sale lease- back[i] | - | 4 |
| Real estate indemnification[j] | - | - |
| Bankruptcy[k] | - | 1 |
| Total | $ 10 | $ 68 |

(a) Includes guarantees in connection with agreements for the sale of all or portions of an investment or a Nortel business, including certain discontinued operations and guarantees related to the escrow of shares in business combinations in prior periods. Nortel has indemnified the purchaser of an investment or a Nortel business in the event that a third party asserts a claim against the purchaser that relates to a liability retained by Nortel relating to business events occurring prior to the sale, such as tax, environmental, litigation and employment matters. In certain agreements, Nortel also indemnifies counterparties for losses incurred from litigation that may be suffered by counterparties arising under guarantees related to the escrow of shares in business combinations. Some of these types of guarantees have indefinite terms while others have specific terms extending to no later than 2012. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected payout, if required.

(b) In conjunction with the sale of a subsidiary to a third party, Nortel guaranteed to the purchaser that specified annual sales volume levels would be achieved by the business sold over a ten- year period ended December 31, 2007. Nortel's guarantee to the purchaser was governed by the laws of the purchaser's jurisdiction. As such, the purchaser has the right to claim such payments under the volume guarantee until January 31, 2018, under the statute of limitations of such jurisdiction. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(c) Nortel has periodically entered into agreements with customers and suppliers that include intellectual property indemnification obligations that are customary in the industry. These agreements generally require Nortel to compensate the other party for certain damages and costs incurred as a result of third party intellectual property claims arising from these transactions. These types of guarantees typically have indefinite terms; however, under some agreements, Nortel has provided specific terms extending to February 2011. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(d) Nortel has entered into agreements with its lessors to guarantee the lease payments of certain assignees of its facilities. Generally, these lease agreements relate to facilities Nortel vacated prior to the end of the term of its lease. These lease agreements require Nortel to make lease payments throughout the lease term if the assignee fails to make scheduled payments. Most of these lease agreements also require Nortel to pay for facility restoration costs at the end of the lease term if the assignee fails to do so. These lease agreements have expiration dates through June 2015. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay- out, if required.

(e) Nortel has agreed to indemnify certain of its counterparties in certain receivables securitization transactions. Certain receivables securitization transactions include indemnifications requiring the repurchase of the receivables, under certain conditions, if the receivable is not paid by the obligor. The indemnification provisions generally expire upon the earlier of either expiration of the securitization agreements, which extended through 2008, or collection of the receivable amounts by the purchaser. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay- out, if required.

Table of Contents

(f) Nortel has also agreed to indemnify EDC under the EDC Support Facility against any legal action brought against EDC that relates to the provision of support under the EDC Support Facility. Effective December 14, 2007, NNL and EDC amended and restated the EDC Support Facility, among other things, to extend the maturity date to December 31, 2011 and to provide for automatic renewal each subsequent year, unless either party provides written notice to the other of its intent to terminate. As described further in note 1, NNL's continued access to the EDC Support Facility has been limited. As of December 31, 2008, there was approximately $189 of outstanding support utilized under the EDC Support Facility, approximately $125 of which was outstanding under the revolving small bond sub- facility, with the remaining balance under the revolving large bond sub- facility. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(g) Nortel has identified specified price trade- in rights in certain customer arrangements that qualify as guarantees. These types of guarantees generally apply over a specified period of time and extend through to June 2010. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay- out, if required.

(h) On March 17, 2006, in connection with the Global Class Action Settlement (as defined in note 22), Nortel announced that it had reached an agreement with the lead plaintiffs on the related insurance and corporate governance matters, including Nortel's insurers agreeing to pay $229 in cash towards the settlement and Nortel agreeing with its insurers to certain indemnification obligations. Nortel believes that it is unlikely that these indemnification obligations will materially increase its total cash payment obligations under the Global Class Action Settlement. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(i) On June 27, 2007, NNL entered into a sale lease- back agreement where it agreed to provide an indemnity to the purchaser with respect to union and employee termination matters. The sale agreement requires NNL to compensate the purchaser for any costs in the event that NNL fails to effectively satisfy termination obligations to union employees; if a reinstatement application is brought by the union or non- union employees; or if the purchaser is required to re- hire selected union employees. The indemnification provision expires upon the retirement of the last former employee. The nature of the indemnification prevents Nortel from making a reasonable estimate of the maximum term of the indemnification. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay- out, if required.

(j) On February 14, 2008, NNI entered into an agreement whereby it indemnified the landlord of a property against certain claims that the sub- tenant may assert against the landlord. The nature of the indemnification prevents Nortel from making a reasonable estimate of the maximum term of the indemnification. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future.

(k) On February 28, 2008, NNL entered into a guarantee agreement in which it agreed to repay to the bankruptcy estate of a certain debtor, any interim dividends paid from the bankruptcy estate that NNL is not entitled to in the event that a creditor steps forward with a claim that requires a re- distribution of funds between the creditors. The nature of the indemnification prevents Nortel from making a reasonable estimate of the maximum term of the indemnification. As of December 31, 2008, Nortel has not made any payments to settle such claims and does not expect to do so in the future. However, an immaterial amount has been accrued for this liability, based on the probability of payout and expected pay- out, if required.

(l) The nature of some guarantees and indemnification arrangements generally prevents Nortel from making a reasonable estimate of the maximum potential amount it could be required to pay under such agreements. For this reason, no amount has been included in the disclosure in these circumstances.

***Product warranties***

The following summarizes the accrual for product warranties that was recorded as part of other accrued liabilities in the consolidated balance sheets as of December 31:

| | 2008 | 2007 |
|---|---|---|
| Balance at the beginning of the year | $ 214 | $ 217 |
| Payments | (178) | (182) |
| Warranties issued | 213 | 267 |
| Revisions | (63) | (88) |
| Balance at the end of the year | $ 186 | $ 214 |

**15. Commitments**

***Bid, performance- related and other bonds***

Nortel has entered into bid, performance- related and other bonds associated with various contracts. Bid bonds generally have a term of less than twelve months, depending on the length of the bid period for the applicable contract. Other bonds primarily relate to warranty, rental, real estate and customs contracts.

Table of Contents

Performance- related and other bonds generally have a term consistent with the term of the underlying contract. The various contracts to which these bonds apply generally have terms ranging from one to five years. Any potential payments which might become due under these bonds would be related to Nortel's non- performance under the applicable contract. Historically, Nortel has not had to make material payments under these types of bonds and does not anticipate that any material payments will be required in the future.

The following table sets forth the maximum potential amount of future payments under bid, performance- related and other bonds, net of the corresponding restricted cash and cash equivalents, as of December 31:

| | 2008 | 2007 |
|---|---|---|
| Bid and performance- related bonds[a] | $ 167 | $ 155 |
| Other bonds[b] | 57 | 54 |
| Total bid, performance- related and other bonds | $ 224 | $ 209 |

(a) Net of restricted cash and cash equivalent amounts of $4 and $5 as of December 31, 2008 and 2007, respectively.
(b) Net of restricted cash and cash equivalent amounts of $7 and $27 as of December 31, 2008 and 2007, respectively.

***Venture capital financing***

Nortel has entered into agreements with selected venture capital firms where the venture capital firms make and manage investments in start- up businesses and emerging enterprises. The agreements require Nortel to fund requests for additional capital up to its commitments when and if requests for additional capital are solicited by any of the venture capital firms. Nortel had remaining commitments, if requested, of $16 as of December 31, 2008. These commitments expire at various dates through to 2017.

***Purchase commitments***

Nortel has entered into purchase commitments with certain suppliers under which it commits to buy a minimum amount or percentage of designated products or services in exchange for price guarantees or similar concessions. In certain of these agreements, Nortel may be required to acquire and pay for such products or services up to the prescribed minimum or forecasted purchases. As of December 31, 2008, Nortel had aggregate purchase commitments of $29 compared with $40 as of December 31, 2007. In accordance with Nortel's agreements with certain of its inventory suppliers, Nortel records a liability for firm, non- cancelable, and unconditional purchase commitments for quantities purchased in excess of future demand forecasts.

The following table sets forth the expected purchase commitments to be made over the next several years:

| | 2009 | 2010 | 2011 | Thereafter | Total Obligations |
|---|---|---|---|---|---|
| Purchase commitments | $ 17 | $ 9 | $ 3 | $ - | $ 29 |

Amounts paid by Nortel under the above purchase commitments during the years ended December 31, 2008, 2007 and 2006 were $29, $31 and $470, respectively. See note 1 for further information regarding update to purchase commitments with Flextronics.

Table of Contents

***Operating leases and other commitments***

As of December 31, 2008, the future minimum payments under operating leases, sale lease- backs with continuing involvement, outsourcing contracts, special charges related to lease commitments accrued for as part of restructuring contract settlement, and lease costs and related sublease recoveries under contractual agreements consisted of:

| | Operating Leases | Sale Lease- Backs | Outsourcing Contracts | Special Charges | Sublease Income |
|---|---|---|---|---|---|
| 2009 | $ 99 | $ 7 | $ 19 | $ 39 | $ (28) |
| 2010 | 93 | 7 | - | 57 | (28) |
| 2011 | 77 | 8 | - | 52 | (23) |
| 2012 | 60 | 8 | - | 50 | (15) |
| 2013 | 50 | 9 | - | 49 | (13) |
| Thereafter | 267 | 24 | - | 164 | (39) |
| Total future minimum payments | $ 646 | $ 63 | $ 19 | $ 411 | $ (146) |

Rental expense on operating leases for the years ended December 31, 2008, 2007 and 2006, net of applicable sublease income, amounted to $190, $198 and $196, respectively.

Expenses related to outsourcing contracts for the years ended December 31, 2008, 2007 and 2006 amounted to $37, $53 and $93, respectively, and were for services provided to Nortel primarily related to a portion of its information services function. The amount payable under Nortel's outsourcing contracts is variable to the extent that Nortel's workforce fluctuates from the baseline levels contained in the contracts. The table above shows the minimum commitment contained in the outsourcing contracts.

***Nortel and Microsoft Corporation Alliance***

In the third quarter of 2006, Nortel and Microsoft Corporation ("Microsoft") entered into a four- year agreement, with provisions for extension, to form a strategic alliance to jointly develop, market and sell communications solutions. Under the agreement, Nortel and Microsoft agreed to form joint teams to collaborate on product development spanning enterprise, mobile and wireline carrier solutions. The agreement engages the companies at the technology, marketing and business levels and includes joint product development, solutions and systems integration and go- to- market initiatives. Both companies will invest resources in marketing, business development and delivery.

Microsoft will make available to Nortel up to $52 in marketing and telephony systems integration funds to be offset against marketing costs incurred by Nortel, and up to $40 in research and development funds over the initial four year term of the agreement. Payments are received by Nortel upon Nortel achieving certain mutually agreed upon performance metrics. Microsoft will recoup its payment of research and development funds by receiving payments from Nortel of 5% of revenue over a mutually agreed upon enterprise voice and application business base plan. Any research and development funds that have not been recouped must be repaid in full by Nortel to Microsoft by March 31, 2012. As of December 31, 2008, Nortel has not received any of the research and development funds from Microsoft.

Microsoft and Nortel will each retain all revenues from sales or licenses of each party's respective software, sales or leasing of each party's respective hardware and delivery of services to customers and partners in accordance with separate agreements with each parties' respective channel partners and/or customers.

***Mobile WiMAX Strategic Agreement with Alvarion Ltd.***

On June 11, 2008, Nortel entered into an agreement with Alvarion Ltd. ("Alvarion"), to jointly develop a mobile WiMAX product solution. For the duration of the agreement, Nortel agreed to terminate its current

Table of Contents

IEEE 802.16e macro mobile WiMAX BTS commercial product development and instead work with Alvarion to continue the development of a world leading mobile WiMAX (802.16e) portfolio of access products. Nortel did not commit to any purchase commitments under the agreement. Alvarion agreed to provide the R&D work for the joint mobile WiMAX BTS product solution, with the funding assistance, development and engineering expertise provided by Nortel. Nortel agreed to pay Alvarion an agreed amount of R&D funding over the four year term of the agreement. See note 23 for further information.

**16. Financing arrangements and variable interest entities**

***Customer financing***

Generally, Nortel facilitates customer financing agreements through customer loans, and Nortel's commitment to extend future financing is generally subject to conditions related to funding, fixed expiration or termination dates, specific interest rates and qualified purposes. Nortel only provides direct customer financing where a compelling strategic customer or technology purpose supports such financing.

Total customer financing as of December 31, 2008 and 2007 was $5 and $6, respectively, which included undrawn commitments of nil. During the years ended December 31, 2008 and 2007, Nortel reduced undrawn customer financing commitments by nil and $1, respectively, as a result of the expiration or cancellation of commitments and changing customer business plans.

During the years ended December 31, 2008, 2007 and 2006, Nortel recorded net customer financing bad debt expense (recovery) of ($3), $4 and $4, respectively, as a result of settlements and adjustments to other existing provisions. The recoveries and expense were included in the consolidated statements of operations within SG&A expense.

During the years ended December 31, 2008, 2007 and 2006, Nortel did not enter into any new agreements to restructure and/or settle customer financing and related receivables.

***Consolidation of variable interest entities***

Certain lease financing transactions of Nortel were structured through single transaction VIEs that did not have sufficient equity at risk, as defined in FIN 46R. Effective July 1, 2003, Nortel prospectively began consolidating two VIEs for which Nortel was considered the primary beneficiary following the guidance of FIN 46, on the basis that Nortel retained certain risks associated with guaranteeing recovery of the unamortized principal balance of the VIEs debt, which represented the majority of the risks associated with the respective VIEs' activities. The amount of the guarantees will be adjusted over time as the underlying debt matures. During 2004, the debt related to one of the VIEs was extinguished and as a result consolidation of this VIE was no longer required. As of December 31, 2008, Nortel's consolidated balance sheet included $82 of long- term debt (see note 12) and $81 of plant and equipment- net related to the remaining VIE. These amounts represented both the collateral and maximum exposure to loss as a result of Nortel's involvement with the VIE.

On June 3, 2005, Nortel acquired NGS, a VIE for which Nortel is considered the primary beneficiary under FIN 46R. The consolidated financial results of Nortel include NGS's financial statements consolidated from the date of the acquisition.

Nortel consolidates certain assets and liabilities held in certain employee benefit and life insurance trusts in Canada and the U.K., VIEs for which Nortel is considered the primary beneficiary under FIN 46R.

Nortel has other financial interests and contractual arrangements which would meet the definition of a variable interest under FIN 46R, including investments in other companies and joint ventures, customer financing arrangements, and guarantees and indemnification arrangements. As of December 31, 2008 and 2007, none of these other interests or arrangements were considered significant variable interests and, therefore, are not disclosed in Nortel's financial statements.

Table of Contents

*Transfer of Receivables*

Nortel transfers receivables to third party financial institutions either directly or through a special purpose entity to meet the needs for working capital. In 2008, a gross amount of $126 of receivables were transferred at a total cost incurred of $2. $83 of the receivables transferred were accounted for as sales, and $59 transferred were accounted for as secured borrowings with corresponding notes payable recorded.

Several of Nortel's entities in the People's Republic of China (PRC) transfer trade receivables to a special purpose entity China Credit Trust Co., Ltd., an independent trustee company registered in PRC and financed by local corporate investors, for the purpose of raising cash by further transferring the beneficial interests of these trade receivables to third party financial institutions. Nortel retains no beneficial interest in this special purpose entity or the transferred assets. In 2008, a total of $15 of receivables were transferred through this arrangement at a cost of $1. $13 of the transferred receivables were accounted for as sales and $2 were accounted for as secured borrowings with corresponding notes payable recorded. Nortel retains the servicing of these transferred receivables with an average maturity of 11 months. A special account held by Nortel with a deposit of $2 for payment of current and future interests to the beneficiaries which, as of December 31, 2008, is classified as restricted cash on Nortel's consolidated financial statements. The value of servicing assets and liabilities related to the outstanding trade receivables transferred are assessed base on available market information and assumptions, and are concluded to be immaterial to the current reporting period.

**17. Capital stock**

*Common shares*

Nortel is authorized to issue an unlimited number of NNC common shares without nominal or par value. The outstanding number of NNC common shares and prepaid forward purchase contracts included in shareholders' equity consisted of the following as of December 31:

| | 2008 | | 2007 | | 2006 | |
|---|---|---|---|---|---|---|
| **(Number of common shares in thousands)** | **Number** | **$** | **Number** | **$** | **Number** | **$** |
| **Common shares:** | | | | | | |
| Balance at the beginning of the year | 437,423 | $ 34,028 | 433,935 | $ 33,938 | 433,916 | $ 33,932 |
| Shares issued pursuant to: | | | | | | |
| Share based compensation | 999 | 26 | 833 | 24 | 263 | 12 |
| Common share cancellations[a] | - | - | (3) | - | (244) | (6) |
| Global Class Action Settlement[b] | 59,425 | 1,539 | 2,647 | 69 | - | - |
| Other | 46 | - | 11 | (3) | - | - |
| Balance at the end of the year | 497,893 | $ 35,593 | 437,423 | $ 34,028 | 433,935 | $ 33,938 |

(a) Relates to NNC common shares surrendered by members and former members of Nortel's core executive team for cancellation in connection with the voluntary undertaking by each such individual to pay over a three year period an amount equal to the return to profitability bonus paid in 2003.

(b) Relates to NNC common shares issued and issuable in connection with the equity component of the Global Class Action Settlement, as described in note 22.

*Preferred shares*

Nortel is authorized to issue an unlimited number of class A preferred shares, which rank senior to the class B preferred shares and the NNC common shares upon a distribution of capital or assets, and an unlimited number of class B preferred shares, which rank junior to the class A preferred shares and senior to the NNC common shares upon a distribution of capital or assets, in each case without nominal or par value. Each of the class A and class B preferred shares is issuable in one or more series, each series having such rights, restrictions and provisions as determined by Nortel's Board of Directors at the time of issue. None of the class A or class B preferred shares of Nortel have been issued.

Table of Contents

***Shareholder rights plan***

At the Nortel annual and special shareholders' meeting on June 29, 2006, shareholders approved the reconfirmation and amendment of Nortel's shareholder rights plan, which will expire at the 2009 annual meeting of shareholders. See note 23 for further updated information on the 2009 annual general meeting of the shareholders. Under the rights plan, Nortel issues one right for each Nortel common share outstanding. These rights would become exercisable upon the occurrence of certain events associated with an unsolicited takeover bid and would, if exercised, permit shareholders that are not making an unsolicited takeover bid to purchase NNC common shares at a significant discount.

**18. Earnings (loss) per common share**

The following table details the weighted- average number of NNC common shares outstanding for the purposes of computing basic and diluted earnings (loss) per common share for the following periods:

| | 2008(a)&(b) | 2007(a)&(b) | 2006 |
|---|---|---|---|
| | | (Number of common shares in millions) | |
| Net earnings (loss) | $ (5,799) | $ (957) | $ 28 |
| Basic and diluted weighted-average shares outstanding: | | | |
| Issued and outstanding | 498 | 484 | 434 |
| Weighted- average shares dilution adjustments- exclusions: | | | |
| Stock options and other share-based awards | 37 | 33 | 30 |
| 4.25% Convertible Senior Notes(b) (note 12) | - | 7 | 18 |
| 1.75% Convertible Senior Notes(b) (note 12) | 18 | 18 | - |
| 2.125% Convertible Senior Notes(b) (note 12) | 18 | 18 | |
| Basic and diluted earnings (loss) per common share | | | |
| - from continuing operations | $ (11.64) | $ (1.98) | $ 0.06 |
| - from discontinued operations | 0.00 | 0.00 | 0.00 |
| Basic and diluted earnings (loss) per common share | $ (11.64) | $ (1.98) | $ 0.06 |

(a) Shares issued or issuable as a result of the Global Class Action Settlement (as defined in note 22) of 62,866,775 for the year ended December 31, 2008, as well as 49,432,231 for the year ended December 31, 2007, respectively, have been included in the calculation of basic and diluted weighted- average number of NNC common shares outstanding with effect from March 20, 2007. For additional information, see note 22.

(b) As a result of net loss for the years ended December 31, 2008 and 2007, all potential dilutive securities in these periods were considered anti- dilutive.

Table of Contents

**19. Accumulated other comprehensive income (loss)**

The components of accumulated other comprehensive income (loss), net of tax, were as follows:

| | 2008 | 2007 | 2006 |
|---|---|---|---|
| **Accumulated foreign currency translation adjustment** | | | |
| Balance at the beginning of the year | $ 783 | $ 482 | $ 198 |
| Change in foreign currency translation adjustment[a] | (246) | 301 | 284 |
| Balance at the end of the year | 537 | 783 | 482 |
| **Unrealized gain (loss) on investments- net** | | | |
| Balance at the beginning of the year | 26 | 39 | 31 |
| Change in unrealized gain (loss) on investments | (10) | (13) | 8 |
| Balance at the end of the year[b] | 16 | 26 | 39 |
| **Unrealized derivative gain (loss) on cash flow hedges- net** | | | |
| Balance at the beginning of the year | - | (10) | 7 |
| Change in unrealized derivative gain (loss) on cash flow hedges[c] | - | 10 | (17) |
| Balance at the end of the year | - | - | (10) |
| **Minimum pension liability- net** | | | |
| Balance at the beginning of the year | - | - | (1,084) |
| Change in minimum pension liability adjustment[d] | - | - | 94 |
| Adoption of FAS 158- net[e] | - | - | 990 |
| Balance at the end of the year | - | - | - |
| **Unamortized Pension and Post-Retirement Plan actuarial losses and prior service cost- net** | | | |
| Balance at the beginning of the year | (572) | (1,132) | - |
| Adoption of FAS 158- net[e] | 5 | - | (1,132) |
| Change in unamortized pension and post-retirement actuarial losses and prior service cost[f] | (715) | 560 | - |
| Balance at the end of the year | (1,282) | (572) | (1,132) |
| **Accumulated other comprehensive income (loss)** | $ (729) | $ 237 | $ (621) |

(a) The change in the foreign currency translation adjustment was not adjusted for income taxes since it related to indefinite term investments in non-U.S. subsidiaries.

(b) Certain securities deemed available- for- sale by Nortel were measured at fair value. Unrealized holding gains (losses) related to these securities were excluded from net earnings (loss) and were included in accumulated other comprehensive income (loss) until realized. Unrealized gain (loss) on investments was net of tax of nil, for each of the years ended December 31, 2008, 2007 and 2006. During the years ended December 31, 2008, 2007 and 2006, realized (gains) losses on investments of $8, nil and $5, respectively, were reclassified to other income (expense)- net in the consolidated statements of operations.

(c) During the years ended December 31, 2008, 2007 and 2006, net derivative gains of nil, $10 and $14 were reclassified to other income (expense)- net. Unrealized derivative gain (loss) on cash flow hedges is net of tax of nil, nil and nil for the years ended December 31, 2008, 2007 and 2006, respectively.

(d) Represents non- cash charges to shareholders' equity related to the increase in the minimum required recognizable liability associated with Nortel's pension plans (see note 9). The change in minimum pension liability adjustment is presented net of tax of $24 for the year ended December 31, 2006.

(e) Represents non- cash charges to shareholders' equity (deficit) related to the adoption of SFAS 158 (see note 9). The charge is presented net of tax of $5 for the year ended December 31, 2008 and $60 for the year ended December 31, 2006.

(f) Represents non- cash charges to shareholders' equity (deficit) related to the change in unamortized pension and post- retirement actuarial losses and prior service cost (see note 9). The charge is presented net of tax of $5 and $91 for the year ended December 31, 2008 and 2007, respectively.

Table of Contents

**20. Share- based compensation plans**

As discussed further in note 23, Nortel's equity- based compensation plans, including all outstanding equity under the plans (vested and non- vested stock options, SARs, RSUs and PSUs) have been terminated on February 27, 2009.

At the annual meeting of Nortel's shareholders held on May 7, 2008 ("Meeting"), the following amendments to the 2005 SIP were approved by Nortel's shareholders in accordance with the rules of the TSX and NYSE and the terms of the 2005 SIP: (i) an increase in the number of NNC common shares issuable under the 2005 SIP by 14 million from 12.2 million to 26.2 million; (ii) the addition of certain additional types of amendments to the 2005 SIP or awards under it requiring shareholder approval; and (iii) amendments to reflect current market practices with respect to blackout periods. In addition, the following amendments to the Nortel Global Stock Purchase Plan, As Amended and Restated, the Nortel U.S. Stock Purchase Plan, As Amended and Restated and the Nortel Stock Purchase Plan for Members of the Nortel Saving and Retirement Program, As Amended (collectively, the "ESPPs"), were approved by Nortel's shareholders at the Meeting: (i) an increase in the number of NNC common shares available for purchase under the ESPPs by 5.5 million from 4.5 million to 10 million; (ii) amendments to the ESPPs to permit participation by certain employees of Nortel, its participating subsidiaries and designated affiliate companies who previously were excluded from participating; and (iii) approval of the amended U.S. plan in order to qualify for special tax treatment under Section 423 of the United States Internal Revenue Code.

***Options***

Prior to 2006, Nortel granted options to employees to purchase NNC common shares under two existing stock option plans, the 2000 Plan and the 1986 Plan. Under these two plans, options to purchase NNC common shares could be granted to employees and, under the 2000 Plan, options could also be granted to directors of Nortel. The options under both plans entitle the holders to purchase one NNC common share at a subscription price of not less than 100% (as defined under the applicable plan) of the market value on the effective date of the grant. Subscription prices are stated and payable in U.S. Dollars for U.S. options and in Canadian Dollars for Canadian options. Options granted prior to 2003 generally vest 33- 1/3% each year over a three- year period on the anniversary date of the grant. Commencing in 2003, options granted generally vest 25% each year over a four-year period on the anniversary of the date of grant. The term of an option cannot exceed ten years. The Compensation and Human Resources Committee of the Boards of Directors of Nortel and NNL ("CHRC") administers both plans. Nortel meets its obligations under both plans by issuing NNC common shares. NNC common shares remaining available for grant after December 31, 2005 under the 2000 Plan and the 1986 Plan (and including common shares that become available upon expiration or termination of options granted under such plans) were transferred to and were available for grant under the 2005 SIP effective January 1, 2006.

In 2005, Nortel's shareholders approved the 2005 SIP, a share- based compensation plan, which permits grants of stock options, including incentive stock options, SARs, RSUs and PSUs to employees of Nortel and its subsidiaries. Nortel generally meets its obligations under the 2005 SIP by issuing NNC common shares. On November 6, 2006, the 2005 SIP was amended and restated effective as of December 1, 2006, to adjust the number of NNC common shares available for grant thereunder to reflect the 1 for 10 consolidation of issued and outstanding NNC common shares. The subscription price for each share subject to an option shall not be less than 100% of the market value (as defined under the 2005 SIP) of NNC common shares on the date of the grant. Subscription prices are stated and payable in U.S. Dollars for U.S. options and in Canadian Dollars for Canadian options. Options granted under the 2005 SIP generally vest 25% each year over a four- year period on the anniversary of the date of grant. The 2005 SIP is administered by the CHRC. Options granted under the 2005 SIP may not become exercisable within the first year (except in the event of death), and in no case shall the term of an option exceed ten years. All stock options granted have been classified as equity instruments based on the settlement provisions of the share- based compensation plans.

During the year ended December 31, 2008, approximately 53 NNC common shares were issued pursuant to the exercise of stock options granted under the 1986 Plan and nil NNC common shares were issued pursuant to the exercise of stock options granted under the 2000 Plan. During the year ended December 31, 2008, approximately 4,524,942 stock options were granted under the 2005 SIP. During the year ended December 31, 2008 there were no stock options exercised under the 2005 SIP.

Table of Contents

As of December 31, 2008, the maximum number of NNC common shares authorized by the shareholders and reserved for issuance by Nortel's Board of Directors under each of the 1986 Plan, 2000 Plan and 2005 SIP is as follows:

| | Maximum (Number of common shares in thousands) |
|---|---|
| **1986 Plan** | |
| Issuable to employees | 46,972(a) |
| **2000 Plan** | |
| Issuable to employee and non- employee directors[(b)] | 9,400(a) |
| **SIP** | |
| Issuable to employees | 26,200 |

(a) NNC common shares which were remaining available for grant after December 31, 2005 under the 1986 and the 2000 Plan were transferred to the 2005 SIP effective January 1, 2006. NNC common shares that become available upon expiration or termination of options granted under such plans will also roll- over to the 2005 SIP.

(b) Under the 2000 Plan, a maximum of 50 NNC common shares were authorized by the shareholders and reserved for issuance to non- employee directors.

In January 1995, a key contributor stock option program ("Key Contributor Program") was established and options have been granted under the 1986 Plan and the 2000 Plan in connection with this program. Under this program, a participant was granted concurrently an equal number of initial options and replacement options. The initial options and the replacement options expire ten years from the date of grant. The initial options have an exercise price equal to the market value of an NNC common share on the date of grant and the replacement options have an exercise price equal to the market value of an NNC common share on the date all of the initial options are fully exercised, provided that in no event will the exercise price be less than the exercise price of the initial options. Replacement options are generally exercisable commencing 36 months after the date all of the initial options are fully exercised, provided that the participant beneficially owns a number of NNC common shares at least equal to the number of common shares subject to the initial options less any NNC common shares sold to pay for options costs, applicable taxes and brokerage costs associated with the exercise of the initial options. No Key Contributor Program options were granted for the years ended December 31, 2008, 2007 and 2006.

Nortel also assumed stock option plans in connection with the acquisition of various companies. NNC common shares are issuable upon the exercise of options under the assumed stock option plans, although no further options may be granted under the assumed plans. The vesting periods for options granted under these assumed stock option plans may differ from the 2005 SIP, 2000 Plan and 1986 Plan, but the assumed plans are not considered significant to Nortel's overall use of share- based compensation.

Table of Contents

The following is a summary of the total number of outstanding options under the 2005 SIP, the 2000 Plan, the 1986 Plan and assumed stock options plans and the maximum number of stock options available for grant under the 2005 SIP:

| | Outstanding Options (Thousands) | | Weighted-Average Exercise Price | Weighted-Remaining Contractual Life (In Years) | | Aggregate Intrinsic Value (Thousands) | Available for Grant (Thousands) |
|---|---|---|---|---|---|---|---|
| Balance at December 31, 2005 | 30,292 | $ | 94.30 | 6.1 | $ | 44,553 | 16,964(a) |
| Granted options under all stock option plans | 4,040 | $ | 21.09 | | $ | 22,787 | (5,317)(a) |
| Options exercised | (80) | $ | 22.10 | | $ | 577 | - |
| Options forfeited | (1,257) | $ | 39.30 | | | | 1,362(a) |
| Options expired | (3,202) | $ | 143.61 | | | | 2,684(a) |
| Fractional share adjustment(b) | (11) | $ | - | | | | 10 |
| Balance at December 31, 2006 | 29,782 | $ | 81.72 | 5.7 | $ | 36,952 | 15,703(a) |
| Granted options under all stock option plans | 4,537 | $ | 25.24 | | $ | - | (7,180)(a) |
| Options exercised | (413) | $ | 23.44 | | $ | 1,798 | - |
| Options forfeited | (1,187) | $ | 37.10 | | | | 1,570(a) |
| Options expired | (3,509) | $ | 121.08 | | | | 3,421(a) |
| Balance at December 31, 2007 | 29,210 | $ | 75.30 | 5.6 | $ | 69 | 13,514(a) |
| New available common shares | | | | | | | 14,000(d) |
| Granted options under all stock option plans | 4,525 | $ | 8.08 | | $ | - | (10,221)(a) |
| Options exercised | - | $ | - | | $ | - | - |
| Options forfeited | (781) | $ | 23.52 | | | | 1,188(a) |
| Options expired | (3,528) | $ | 127.20 | | | | 3,503(a) |
| Options cancelled | (8) | $ | 8.00 | | | | 42(a) |
| Balance at December 31, 2008 | 29,418 | $ | 56.00 | 5.8 | $ | - | 22,026(c) |

(a) Amount is inclusive of RSUs and PSUs granted, cancelled, forfeited or expired, as applicable. RSUs and PSUs reduce the number of NNC common shares available for grant under the 2005 SIP.

(b) Relates to an adjustment required as a result of the 1 for 10 common share consolidation effective December 1, 2006.

(c) Includes 14,116 NNC common shares available for issuance under the 2005 SIP in connection with awards of RSUs and/or PSUs.

(d) Represents the additional 14,000 NNC common shares that were approved for issuance under the 2005 SIP by shareholders on May 7, 2008.

Table of Contents

The following tables summarize information about stock options outstanding and exercisable as of December 31, 2008:

| | Options Outstanding | | | | | |
|---|---|---|---|---|---|---|
| Range of exercise prices | Number Outstanding (Thousands) | Weighted-Average Remaining Contractual Life (In Years) | | Weighted-Average Exercise Price | | Aggregate Intrinsic Value (Thousands) |
| $ 0.00 - $ 20.20 | 5,636 | 8.8 | $ | 9.98 | $ | - |
| $ 20.21 - $ 23.90 | 5,503 | 5.6 | $ | 22.48 | $ | - |
| $ 23.91 - $ 27.80 | 6,343 | 7.5 | $ | 26.47 | $ | - |
| $ 27.81 - $ 36.00 | 2,696 | 5.7 | $ | 30.46 | $ | - |
| $ 36.01 - $ 52.00 | 271 | 3.2 | $ | 50.51 | $ | - |
| $ 52.01 - $ 72.00 | 2,852 | 3.0 | $ | 65.53 | $ | - |
| $ 72.01 - $ 80.00 | 2,388 | 4.5 | $ | 76.82 | $ | - |
| $ 80.01 - $120.00 | 1,474 | 3.7 | $ | 89.23 | $ | - |
| $120.01 - $180.00 | 241 | 0.3 | $ | 158.61 | $ | - |
| $180.01 - $977.65 | 2,014 | 0.9 | $ | 329.52 | $ | - |
| | 29,418 | 5.8 | $ | 56.00 | $ | - |
| Fully vested options and options expected to vest as of December 31, 2008 | 28,092 | 5.7 | $ | 57.92 | $ | - |

| | Options Exercisable | | | | | |
|---|---|---|---|---|---|---|
| Range of exercise prices | Number Exercisable (Thousands) | Weighted-Average Remaining Contractual Life (In Years) | | Weighted-Average Exercise Price | | Aggregate Intrinsic Value (Thousands) |
| $ 0.00 - $ 20.20 | 563 | 6.9 | $ | 18.83 | $ | - |
| $ 20.21 - $ 23.90 | 4,329 | 5.1 | $ | 22.82 | $ | - |
| $ 23.91 - $ 27.80 | 2,975 | 7.0 | $ | 27.06 | $ | - |
| $ 27.81 - $ 36.00 | 2,218 | 5.4 | $ | 30.33 | $ | - |
| $ 36.01 - $ 52.00 | 271 | 3.2 | $ | 50.51 | $ | - |
| $ 52.01 - $ 72.00 | 2,852 | 3.0 | $ | 65.53 | $ | - |
| $ 72.01 - $ 80.00 | 2,388 | 4.5 | $ | 76.82 | $ | - |
| $ 80.01 - $120.00 | 1,474 | 3.7 | $ | 89.23 | $ | - |
| $120.01 - $180.00 | 237 | 0.3 | $ | 158.66 | $ | - |
| $180.01 - $977.65 | 2,014 | 0.9 | $ | 329.52 | $ | - |
| | 19,321(a) | 4.5 | $ | 76.29 | $ | - |

(a) Total number of exercisable options for the years ended December 31, 2008 and 2007 were 19,321 and 19,197, respectively. During the periods of March 10, 2004 to June 1, 2005, and March 10, 2006 to June 6, 2006, the exercise of otherwise exercisable stock options was suspended due to Nortel and NNL not being in compliance with certain reporting requirements of U.S. and Canadian securities regulators.

The aggregate intrinsic value of outstanding and exercisable stock options provided in the preceding table represents the total pre- tax intrinsic value of outstanding and exercisable stock options based on Nortel's closing share price of $0.26 as of December 31, 2008, the last trading day for NNC common shares in 2008, which is assumed to be the price that would have been received by the stock option holders had all stock option holders exercised and sold their options on that date. The total number of in- the- money options exercisable as of December 31, 2008 was nil.

Table of Contents

***SARs***

Stand- alone SARs or SARs in tandem with options may be granted under the 2005 SIP. During the year ended December 31, 2008, Nortel granted 31,199 stand- alone SARs under the 2005 SIP. As of December 31, 2008, no tandem SARs have been granted under the 2005 SIP. As of December 31, 2008, 101,956 stand- alone SARs are outstanding under the 2005 SIP. The SARs awarded under the 2005 SIP program will be settled in cash at the time of exercise. All SARs granted have been classified as liability awards based on their cash settlement provisions. Generally, stand- alone SARs awarded under the 2005 SIP vest in equal installments on the first four anniversary dates of the grant date of the award.

***RSUs***

During the year ended December 31, 2008, 3,658,482 share based RSUs were granted under the 2005 SIP and an additional 123,457 RSUs were granted and are to be settled in cash due to certain country- specific rules and regulations. Nortel accounts for these cash settled grants as liability awards. All other granted RSUs are settled in shares based on the terms and conditions of the respective grants and as such have been classified as equity instruments based on the settlement provisions of the 2005 SIP. During the year ended December 31, 2008, there were approximately 998,657 NNC common shares issued pursuant to the vesting of RSUs granted under the 2005 SIP.

The following is a summary of the total number of outstanding RSU awards granted:

| | Outstanding RSU Awards (Thousands) | Weighted- Average Grant Date Fair Value[(a)] | Weighted Average Remaining Contractual Life (In Years) |
|---|---|---|---|
| Balance at December 31, 2005 | 697 | $ 31.48 | 9.7 |
| Granted RSU awards | 813 | $ 21.01 | |
| Awards settled[(b)] | (183) | $ 31.80 | |
| Awards forfeited | (87) | $ 28.50 | |
| Awards expired | - | $ - | |
| Balance at December 31, 2006 | 1,240 | $ 24.74 | 9.2 |
| Granted RSU awards | 2,121 | $ 25.02 | |
| Awards settled[(b)] | (421) | $ 25.22 | |
| Awards forfeited | (234) | $ 24.43 | |
| Awards expired | - | $ - | |
| Balance at December 31, 2007 | 2,706 | $ 24.86 | 2.2 |
| Granted RSU awards | 3,658 | $ 7.93 | |
| Awards settled[(b)] | (1,004) | $ 25.11 | |
| Awards forfeited | (326) | $ 17.11 | |
| Awards cancelled | (34) | $ 8.04 | |
| Balance as at December 31, 2008 | 5,000 | $ 13.05 | 2.1 |
| RSUs expected to vest as of December 31, 2008 | 4,320 | $ 13.44 | 2 |

(a) RSU awards do not have an exercise price; therefore grant date weighted- average fair value has been calculated. The grant date fair value for the RSU awards is the share price on the date of grant.

(b) The total settlement date fair value of RSUs under the 2005 SIP settled during the years ended December 31, 2008, 2007 and 2006 were $6, $9 and $4, respectively.

Table of Contents

*PSUs*

*PSU- rTSRs*

Prior to January 1, 2008 all awards of PSU- rTSRs (previously defined as "PSUs" in the 2007 Annual Report) under the 2005 SIP had vesting conditions based on the relative total shareholder return metric and had a 36- month performance period. Awards of PSU- rTSRs granted after January 1, 2008 have a 36- month performance period and an additional 30- day employment service period. All other vesting conditions with respect to PSU- rTSRs remain consistent with the conditions as reported in the 2007 Annual Report. The number of NNC common shares issued for vested PSU- rTSRs can range from 0% to 200% of the number of PSU- rTSR awards granted.

During the year ended December 31, 2008, 779,300 share based PSU- rTSRs were granted under the 2005 SIP and an additional 16,875 PSU- rTSRs were granted and are to be settled in cash due to certain country- specific rules and regulations. Nortel accounts for these cash settled grants as liability awards. All other such granted PSU- rTSRs are settled in shares based on the terms and conditions of the respective grants and as such have been classified as equity instruments based on the settlement provisions of the 2005 SIP. During the year ended December 31, 2008, there were no PSU- rTSRs that vested under the 2005 SIP.

The following is a summary of the total number of outstanding PSU- rTSR awards granted:

| | Outstanding PSU- rTSR Awards (Thousands) | | Weighted- Average Grant Date Fair Value[(a)] | Weighted Average Remaining Contractual Life (In Years) |
|---|---|---|---|---|
| Balance at December 31, 2006 | 447 | $ | 22.44 | 9.5 |
| Granted PSU- rTSR awards | 523 | $ | 21.45 | |
| Awards settled[(b)] | - | $ | - | |
| Awards forfeited | (150) | $ | 22.19 | |
| Awards expired | - | $ | - | |
| Balance at December 31, 2007 | 820 | $ | 21.96 | 1.5 |
| Granted PSU- rTSR awards | 779 | $ | 6.84 | |
| Awards settled[(b)] | - | $ | - | |
| Awards forfeited | (45) | $ | 18.63 | |
| Awards expired | - | $ | - | |
| Balance at December 31, 2008[(a)] | 1,554 | $ | 14.47 | 1.3 |
| PSUs- rTSRs expected to vest as of December 31, 2008 | 809 | $ | 12.73 | 1.6 |

(a) PSU- rTSR awards do not have an exercise price, therefore grant date weighted- average fair value has been calculated. The grant date fair value for the PSU- rTSR awards was determined using a Monte Carlo simulation model. The number of PSU- rTSR awards expected to vest is based on the grant date Monte Carlo simulation model until actual vesting results are known.

(b) No PSU- rTSRs under the 2005 SIP settled during the years ended December 31, 2008, 2007 and 2006.

*PSU- Management OMs*

In March 2008, Nortel awarded PSU- Management OMs (previously defined as "PSU- OMs" in its Quarterly Report on Form 10- Q for the quarter ended March 31, 2008) with the following two vesting conditions: (i) the participant must satisfy a one- year performance period and an additional 24- month vesting period in which continuous employment is required; and (ii) Nortel's Management OM must exceed the minimum threshold level of 4.80% or $550 in accordance with Nortel's payout curve for a one year performance period. The number of NNC common shares to be issued for vested PSU- Management OMs is determined based on Nortel's Management OM and can range from 0% to 200% of the number of PSU- Management OM awards granted.

Table of Contents

Generally, the PSU- Management OMs granted under the 2005 SIP will be settled in shares at the time of vesting.

During the year ended December 31, 2008, 1,259,560 share based PSU- Management OMs were granted under the 2005 SIP and an additional 15,325 PSU- Management OMs were granted and are to be settled in cash due to certain country- specific rules and regulations. Nortel accounts for these cash settled grants as liability awards. All other PSU- Management OMs granted are settled in shares based on the terms and conditions of the respective grants and as such have been classified as equity instruments based on the settlement provisions of the 2005 SIP. During the year ended December 31, 2008, there were no PSU- Management OMs that vested under the 2005 SIP.

The following is a summary of the total number of outstanding PSU- Management OMs granted:

| | PSU- Management OMs | | | |
|---|---|---|---|---|
| | PSU- Management OM Awards (Thousands)[a] | | Weighted- Average Grant Date Fair Value | Weighted- Average Contractual Life (In Years) |
| Balance as of December 31, 2007 | - | $ | - | |
| Granted PSU- Management OMs Awards | 1,259 | $ | 7.92 | |
| Awards settled | - | $ | - | |
| Awards forfeited | (36) | $ | 8.05 | |
| Awards expired | - | $ | - | |
| Balance as of December 31, 2008 [b] | 1,223 | $ | 7.91 | 2.0 |
| PSUs- Management OMs expected to vest as of December 31, 2008 | 856 | $ | 7.90 | 2.0 |

(a) Does not include cash- settled PSU- Management OMs granted by Nortel.

(b) Estimated number of NNC common shares to be issued based on PSU- Management OMs expected to vest, excluding expected service condition forfeitures and based on the full- year Management OM forecast as of December 31, 2008 and Nortel's payout curve in accordance with the terms and conditions of the grant, is 44.

***Nonvested shares***

Nortel's nonvested share awards consist of (i) options granted under all of Nortel's stock option plans and (ii) RSU and PSU awards granted under the 2005 SIP. The fair value of each nonvested share award is calculated using the share price on the date of grant. A summary of the status of nonvested share awards as of December 31, 2008, and changes throughout the year ended December 31, 2008, is presented below.

| | Options | | | RSU Awards | | | PSU- rTSR Awards | | | PSU- Management OM Awards | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shares (Thousands) | | Weighted- Average Exercise Price | Shares (Thousands) | | Weighted- Average Grant Date Fair Value[a] | Shares (Thousands) | | Weighted- Average Grant Date Fair Value[b] | Shares (Thousands) | | Weighted- Average Grant Date Fair Value[a] |
| Nonvested shares at December 31, 2007 | 10,013 | $ | 30.49 | 2,706 | $ | 24.86 | 820 | $ | 21.96 | - | $ | - |
| Granted | 4,525 | $ | 8.08 | 3,658 | $ | 7.93 | 779 | | 6.84 | 1,259 | | 7.92 |
| Vested | (3,652) | $ | 37.11 | (1,005) | $ | 25.11 | - | | - | - | | - |
| Forfeited | (781) | $ | 23.52 | (326) | $ | 17.11 | (45) | | 18.63 | (36) | | 8.05 |
| Cancelled | (8) | $ | 8.00 | (34) | $ | 8.04 | - | | - | - | | - |
| Nonvested shares at December 31, 2008 | 10,097 | $ | 17.18 | 4,999 | $ | 13.04 | 1,554 | $ | 14.47 | 1,223 | $ | 7.91 |