

TR22055

NNC-NNL06241187/1



N❂RTEL

>BUSINESS MADE SIMPLE

# Board of Directors
## Liquidity and Financing Alternatives

September 30, 2008

Nortel Confidential Information




EXHIBIT
22055

PENGAD 800-631-6989



# Treasury Update

- Executive Summary / Key messages

- Balance Sheet overview
  - June 30 B/S snapshot
  - Debt assessment – covenants maturities, trading levels, challenges

- Cash Flow - year to date
  - 2008/2009
  - Action plan

- Liquidity Assessment
  - availability
  - investment status
  - financing alternatives
  - next steps

- Pension plan(s) update

- D&O update

Nortel Confidential Information

NNC-NNL06241167/2

A/C

TR22055



# Balance Sheet and Liquidity – Key Messages

> Balance sheet is weak – must be key part of strategic plan

> Market value of all public securities has traded off significantly reflecting concerns about the company's prospects and its ability to meet its obligations

  - Moody's changed its outlook to negative

> No default concerns – no debt maturities until July 2011 and no maintenance covenants

> Cash balances generally available – capital preservation is the primary strategy

> No public market financing alternatives - best option may be with a credit facility with EDC - significant challenges

> Important to maintain cash in excess of $2.0B ($2.6B at Sept 17/08) for market confidence

  - High fixed charges, restructuring, and pension expenses will continue to drain cash

> Portion of MEN proceeds should be utilized to retire debt – may also require concurrent restructuring of bonds to ensure remaining business has a viable capital structure

**Cash balance and debt covenant structure provide near term flexibility. Asset sale proceeds plus debt restructuring necessary for long term viable capital structure**

Nortel Confidential Information

3

NNC-NNL06241167/3

NNC-NNL06241167/4



# Nortel Balance Sheet Overview

Nortel Confidential Information



4

NNC-NNL06241167/5

# Nortel Balance Sheet

| | 2007 | Q2 2008 |
|---|---|---|
| Cash (excludes Restricted Cash) | 3,532 | 3,071 |
| Accounts Receivable | 2,583 | 2,161 |
| Inventories | 2,002 | 1,828 |
| Deferred Income Taxes | 487 | 476 |
| Other Current Assets | 543 | 592 |
| **TOTAL CURRENT ASSETS** | **9,147** | **8,128** |
| Investments | 194 | 178 |
| Plant & Equipment | 1,532 | 1,477 |
| Goodwill & Intangibles | 2,772 | 2,737 |
| Deferred Income Taxes | 2,868 | 2,809 |
| Other assets | 555 | 545 |
| **TOTAL ASSETS** | **17,068** | **15,874** |
| Trade and other AP | 1,187 | 1,107 |
| Payroll, Contractual and Restructuring | 1,062 | 996 |
| Other Accrued Liabilities | 3,825 | 3,151 |
| Long-Term Debt due withing one year | 698 | 21 |
| **CURRENT LIABILITIES** | **6,772** | **5,275** |
| Long Term Debt | 3,816 | 4,476 |
| Deferred Income Taxes | 17 | 31 |
| Pension, Post-Employment/Retirement | 2,002 | 1,892 |
| Other Liabilities | 873 | 796 |
| **TOTAL LIABILITIES** | **13,480** | **12,470** |
| MINORITY INTEREST | 830 | 907 |
| SHAREHOLDER'S EQUITY | 2,758 | 2,497 |
| **TOTAL LIABILITIES AND EQUITY** | **17,068** | **15,874** |

• Deferred Revenue and Advance Billings are in Other Accrued Liabilities and at 2007 was 2,709 and 2,180 at Q2 2008

> Cash balances at Sept 19th $2.62B

> Deferred taxes plus intangible assets of $6.0B vs. shareholder equity of $2.5B

> Long term debt and pension liabilities of $6.4B

> Market value of common stock and debt is less than face value of debt

## Balance Sheet restructuring must be part of strategic plan

Nortel Confidential Information

5

NNC-NNL06241167/6



# Nortel - Market Update

### General Market

> Lehman bankruptcy has had an unnerving effect on market sentiment, highlighting the fragility of the banking system. The consolidation of Merrill Lynch & bailouts of Freddie Mac, Fannie Mae, and AIG, have caused a major dislocation across the markets and have contributed to a steep rise in the cost of borrowing

> Lehman exposure in pension plan ($15M) and money market funds ($5-15M)

### Nortel Common Equity

> $1.2B* market capitalization down 55% from September 16th, 2008 and 84% from the beginning of 2008.

### Nortel Preferred Shares

> Trading as distressed at approximately $0.17 on the dollar.

> Par value C$750M compared to current market value of approximately C$125M

> Investors speculating that Nortel will stop dividends

### Nortel Bonds

> High Yield bonds are being bid at $0.60-0.70 on the dollar down ~20% since Sept 16th.

> Investor concern that Nortel will not be able to repay its debt when due

**All public securities trading off significantly on concerns of viability of business model**

Nortel Confidential Information

\* Based on Sept 25/08 close price of US$2.40

NNC-NNL06241167/7

# Bond Trading Analysis

## Price Since Jan-08



## Yield Relative to US Gov't Bond Since Jan-08 Exchange

## Key Company Events

| Event | Date | Description |
|---|---|---|
| 1 | 27-Feb-08 | Reports 2007 financial results |
| 2 | 2-May-08 | Reports 1st quarter results |
| 3 | 21-May-08 | $675 million notes offering |
| 4 | 1-Aug-08 | Reports 2nd quarter results |
| 5 | 17-Sep-08 | Announces new guidance, sale of MEN. S&P changes outlook to stable from positive |
| 6 | 23-Sep-08 | Moody's changes outlook to negative from stable |

> Bond prices have traded off significantly since Q3 preannouncement to distressed levels. Long dated 2023/26 bonds are bid at 50% of par.

> Bonds are now trading on a $ basis rather than a yield basis – implying that bondholders are now focused on recovery values.

  - Bondholder queries to the company are consistent with the above

> RBC view that ~50% of the debt has traded into the hands of distressed investors

## Bond prices imply concern regarding ability to meet obligations



Nortel Confidential information

7

# Bond Maturity Schedule



> No public debt maturities due until July 2011 as a result of recent $675M refinancing

> All notes are senior unsecured and there are no maintenance covenants (only incurrence).

> $2.7B of debt will mature between 2011 and 2014 with the first maturity being $1B in 2011.

> Nortel not expected to generate sufficient free cash flows in the next 2-3 years to repay debt and need to take advantage of timeframe between today and 2011 to begin to proactively addressing the upcoming "wall" of maturities.

## No near term default triggers

Nortel Confidential Information

NNC-NNL06241167/8

NNC-NNL06241187/9

# Rating Agency Overview

> Following the September 17th announcement, S&P and Moody's maintained the corporate family rating (B-/B3 respectively) but took negative actions on their respective outlooks.

> **S&P changed the outlook to stable from positive, and Moody's changed its outlook to negative from stable.**

> S&P cited that *"the combination of declining revenues, weaker operating margins, substantial fixed charges, and additional restructuring leaves us concerned that liquidity could weaken substantially"*

> Moody's cited that the *"outlook revision reflects the potential that Nortel may not be able to overcome its challenges and that its prospects may be materially impaired."*

> Ratings have been supported by Nortel's cash balances, which are strong for a B-/B3 credit.

> A downgrade by Moody's or S&P to Caa/CCC would only have a direct impact on the EDC facility. EDC could terminate the facility impacting future support but not support currently outstanding.

> Indirectly a downgrade would have a negative impact on customer and supplier confidence particularly given the connotations of a Caa/CCC rating.

> We expect to conduct a full review with both agencies after the company reports Q3 results and its restructuring plans / revised strategy – mid November timeframe. Given Moody's negative outlook, there is a prospect that we could be downgraded following the review.

**Outlook revised downwards to stable (S&P) and negative (Moody's)**

Nortel Confidential Information

9

NNC-NNL06241167/10



# Liquidity Assessment

Nortel Confidential Information



# Available Cash

⋏ $2.6B cash balance at Sept. 19/08 (NA – $1.1B, EMEA – $846M, ASIA - $601M, CALA –$58M)

⋏ Cash balances are the sole source of liquidity (other than potential asset sales) as there are no credit facilities and Nortel cannot rely on access to capital markets

⋏ Cash balances generally available with the exception of:

   - Cash in EMEA may be challenging to transfer to NA given NN UK Ltd's unfunded pension position.

   - Minority portion of JV's cash (Netas ($30M) and LGN ($184M)), and cash in China ($146M)

   - $362M of NA cash invested in the Reserve Primary Money Market Fund, temporarily unavailable

⋏ Healthy cash balances provides an important degree of confidence to stakeholders

   - Important from a rating agency perspective as many credit metrics point to a lower rating

   - Customer and supplier confidence is crucial particularly in the current environment

⋏ Important that balances are maintained in excess of $2.0B

⋏ Minimum cash to operate business is lower than $2.0B but shaken stakeholder confidence could create a very challenging environment

**Critical to maintain cash balances in excess of $2.0B**

Nortel Confidential Information

NNC-NNL06241167/11

# Cash Portfolio September 19th



| | AAA | AA | A | BBB | BB+ & lower | Total |
|---|---|---|---|---|---|---|
| NA | 795 | 293 | 0 | 0 | 0 | 1088 |
| EMEA | 475 | 253 | 52 | 0 | 66 | 846 |
| ASIA | 0 | 256 | 276 | 54 | 15 | 601 |
| CALA | 0 | 56 | 0 | 1 | 2 | 58 |
| Total | 1270 | 858 | 328 | 55 | 83 | 2594 |

> Of AAA funds in North America, $362 is in Reserve Primary Fund
> - Oldest money market fund, 4th largest, excellent track record and reputation

> $62B fund held $785 Lehman exposure when Lehman filed for bankruptcy on Sept 15
> - announced on Sept 17 after market they were marking to zero.

> Over $60B redemption notices sent, which, given disrupted market conditions, Fund was unable to honor.

> SEC now administering Fund to assure orderly liquidation of portfolio.
> - 64% of portfolio rolls off by YE (29% October, 20% November).

> Except Lehman, portfolio is high quality, with no further losses anticipated.
> Awaiting liquidation plan and SEC decision as to how Fund can tap into MMF Insurance program.

**Remaining cash portfolio is high quality**

NNC-NNL06241167/12

12

NNC-NNL06241167/13



# Cash Portfolio September 19th cont'd

> Remaining AAA NA investments are in Government Securities

> Thorough review of all other investments undertaken
  - Moved to Government funds wherever possible
  - All existing funds have confirmed zero Lehman exposure
  - All AAA MMF now being ultra conservative with their portfolios

> Continue to work to diversify bank exposures. Largest are:
  - Citibank $315-global cash manager with 75%+ demand deposits globally
  - RBS (formerly ABN) $249—bonding support, back-to-back India loan

> Funding considerations if Reserve Fund pays out over time
  - All other NA cash immediately accessible ($1088-$362 = $726)
  - Q4 expected to be cash neutral to positive
  - Available NA funds should prove adequate for coming months
  - 64% Reserve Fund investments mature in 2008
  - Short term Interco loans available from EMEA if required

**Thorough review of all investments undertaken**

Nortel Confidential Information

13



# Cash Flow - 2008 YTD Summary

| Year to Date Cash Flow | Q2 ($461) | Q3 ($800-$1,000)* |
|---|---|---|
| Cash operating margin | 206 | 203 |
| | | |
| Pension | (111) | (168) |
| Restructuring | (110) | (182) |
| Capex | (87) | (130) |
| Net interest | (102) | (154) |
| Success | (122) | (122) |
| Flex settlements | (31) | (101) |
| LG earnout | | (51) |

*($900) as at Aug 31/08

> Cash flow from earnings modest relative to substantial fixed and one-time charges (pensions, restructuring, Flex, LG and interest, etc) of $900M 2008 Q3 YTD

> MEN sale will bolster the cash position on the balance sheet but underlying business still a user of cash not a generator

> Cash costs for pension, restructuring, interest will likely grow in 2009

> Need significant 2009 cash earnings to offset substantial fixed and one-time costs – not expected

## Cash drain will continue without significant increase in cash earnings

Nortal Confidential Information

14

NNC-NNL06241167/14

NNC-NNL06241167/15



# Cash Action Plan

<u>Q3 2008</u>

> Temporary measures to raise Q3's ending cash levels include:

    - Defer Trade A/P - $100M

    - Securitization of A/R - $50M

    - Maximize collections (EPD) - $50M

<u>Ongoing</u>

> Changed to 2x/monthly A/P payment cycle from current weekly schedule

> Working capital improvements (i.e. dispute resolution, unbilled process delays, EPD, factoring, supplier terms)

> Continue corporate wide cash conservation initiatives including travel restrictions, Capex and hiring freezes

> Asset monetization (Real Estate, Minority Investments, Inventory) – potentially sale of entire business units

**Cash plan can mitigate drain - ultimately significantly higher cash earnings required**

Nortel Confidential Information

# 2008 / 2009 Cash Flow

($ US Millions)

| | 2007 FY | 2008 Q1 | 2008 Q2 | 2008 Q3 OL | 2008 Q4 OL | 2008 FY | 2009 Q1OL | 2009 Q2 OL | 2009 Q3 OL | 2009 Q4 OL | 2009 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | | | | | |
| Deferred Margin (movement of Balance Sheet) | | (66) | (262) | (62) | (212) | (592) | (7) | (22) | (41) | (65) | (135) |
| Depreciation & Amortization | | 82 | 86 | 80 | 88 | 328 | 80 | 80 | 80 | 80 | 320 |
| Total Working Capital (AR, Inventory and AP) | | 115 | 165 | 315 | (136) | 459 | 0 | 0 | 0 | 0 | 0 |
| Restructuring | | (92) | (59) | (72) | (72) | (256) | (123) | (117) | (116) | (114) | (470) |
| Funded Pension | | (96) | (16) | (57) | (52) | (220) | (60) | (60) | (60) | (60) | (240) |
| One-Time Outflows (Flex, Last Time Buy and Restructuring) | | (31) | (12) | (70) | 0 | (113) | 0 | 0 | 0 | 0 | 0 |
| Success Payout | | (121) | 0 | 0 | 0 | (121) | (122) | 0 | 0 | 0 | (122) |
| Movement in Balance Sheet Accounts i.e. Timing Differences | | (230) | (91) | (334) | 45 | (610) | (25) | 65 | 8 | 84 | 106 |
| Global Class Action Settlement / Legal Settlement | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash from (used in) Operating Activities** | (403) | (260) | (74) | (231) | 76 | (489) | (228) | 43 | 81 | 297 | 193 |
| Capex | | (51) | (36) | (55) | (56) | (288) | (46) | (59) | (55) | (55) | (216) |
| LG ST Investment Purchases (07/08)& Earnout Payout (07/08) | | 0 | 0 | (51) | 0 | (51) | 0 | 0 | 0 | 0 | 0 |
| Change in Restricted Cash | | 18 | (9) | 7 | 17 | 17 | 1 | 1 | 1 | 1 | 4 |
| Real Estate Proceeds / M&A and Other Investment Activities | | (11) | 5 | (15) | 46 | 25 | 70 | 0 | 0 | 0 | 70 |
| **Net Cash from (used in) Investing Activities** | 406 | (44) | (40) | (114) | (19) | (217) | 25 | (58) | (54) | (54) | (141) |
| **Net Cash from (used in) Financing Activities** | (69) | (14) | (30) | (12) | (12) | (68) | (12) | (9) | (9) | (9) | (39) |
| Foreign Exchange Translation | 40 | | | | | | | | | | |
| **Net Increase (decrease) in Cash** | | (309) | (152) | (454) | 45 | (870) | (215) | (24) | 18 | 234 | 13 |
| **Closing Cash** | 3,532 | 3,223 | 3,071 | 2,617 | 2,662 | 2,662 | 2,447 | 2,423 | 2,441 | 2,676 | 2,675 |

## Preliminary 2009 forecast suggest that balances are maintained in excess of $2B

Nortel Confidential Information.

NNC-NNL06241167/16

NNC-NNL06241167/17



# Financing Sources – Short Term

➢ Financial markets currently not functioning – financing for all companies is virtually non existent. The most viable option to augment liquidity may be EDC

## Potential EDC Facility

➢ $750M support facility - $219M outstanding as at Sept 19/08. The facility supports our commercial bonding requirements and provides liquidity by reducing our need to post cash collateral

➢ Seeking support for an undrawn committed revolving debt facility (up to $500). Amend / restructure the $750M facility

➢ Critical elements that will be required to obtain EDC support:
  - EDC must conclude business model is viable.
  - 'Benefits to Canada' criteria – MEN divestiture a concern given R&D presence in Ottawa
  - Likely to be secured
  - EDC shareholder support required
    - Require senior support and interaction with Ministry of Trade and Finance
    - CEO and CFO to meet with senior EDC executives in Ottawa

## EDC is the only viable prospect for incremental financing

Nortel Confidential Information



# Financing Sources - Longer Term

> Strategic review of the business to include assessment of appropriate operating model and capital structure

> Equity financing to improve the balance sheet is unavailable

> Proceeds of MEN sale in conjunction with a debt restructuring is necessary
  - Integrated plan will be required in order to approach debt holders
  - Exchange of existing debt for a combination of cash, warrants, and longer dated debt securities

## Restructuring of debt important part of a viable business model

Nortel Confidential Information

18

NNC-NNL06241167/19



# Pension Issues – Executive Summary

1. Accounting deficit in all plans ~ $500-$700m higher than reported at Dec 31 2007 due to:
   - Poor market performance through 2008; and
   - Liability increases due to changes in discount rates, inflation, and mortality

2. Funding in 2009 for funded DB plans may increase from 2008 total of about $230m due to potential increases in UK and US:
   - 2008 Funding:
     - UK - $170m (subject to new Agreement)
     - US - $30m (subject to potential Q1 payment to maintain 80%)
     - Can - $30m
     - Other Small DB Plans - $2m

3. Other Plans:
   - Irish plan will require increased 2009 funding (minimal increase);
   - Plans in Mexico, Netherlands, require attention due to changes in legislation or uncompetitive plans;
   - Treasury oversight of other global plans will stretch internal resources and require additional expenditures for external local assistance

4. DB/DC Pooling Project:
   - asset pooling project continues on course for Jan 1 2009 implementation
   - potential annual savings of more than $3m annually following implementation (shared by all participants) along with simplified governance and expected improvement in DC participant performance

**Poor market performance combined with growing liabilities means that Nortel has higher accounting and funding deficits for 2009 and beyond**

Nortel Confidential Information

# D&O Liability Program Renewal

## Current Program

**Limits - $100M**

| | Coverage - Side A/B |
|---|---|
| $15M | AIG |
| $15M | XL (ELU) |
| $10M | CAN |
| $10M | Lloyds (Beazley) $8.5M / Lexington (AIG) $1.5M) |
| $7.5M | AWAC |
| $7.5M | Hartford |
| $10M | AIG CAT |
| $10M | ARCH |

## AIG

– Obtained Fed's $85B credit facility
– Lexington (AIG) arranged Contingent Property Reinsurance cover from Berkshire Hathaway

| Rating | S&P | Moody's | Fitch | AM Best |
|---|---|---|---|---|
| | A– (Developing) | A2 (Possible Downgrade) | A (Evolving) | Not Applicable |
| | A+ (Developing) | Aa3 (Possible Downgrade) | AA– (Evolving) | A (Negative) |



## December 1st Renewal

**Plans** – Negotiate renewal with coverage and limits as is while seeking to reduce premium.

**Timeline** (week of)

– Oct 6    Submission to markets
– Oct 13   Insurer meetings
– Oct 27   Anticipate primary quotes
– Nov 3/10 Develop excess and optional quotations
– Nov 17   Final program decisions
– Nov 24   Bind program

## Challenges

– Nortel Sept 17 announcement with sharp drop in share price
– Hardening market due to US financial crisis
– Canadian Pension Class Action (Fiduciary Liability)
– AIG situation causing selectiveness by other insurers – potentially reducing capacity available to Nortel.

NNC-NNL06241167/20

A/C

TR22055



# Back Up

NNC-NNL06241167/21

Nortel Confidential Information

21

# Bond Indentures – Covenant Summary

| | 1,000 | 550 | 1,125 | 200 | 150 | 5?? | 5?? |
|---|---|---|---|---|---|---|---|
| Principal o/s US$ M | | | | | | | |
| Coupon % | 3M LIBOR+4.25% | 10.125% LIBOR+4.4% | 10.750% | 6.875% | 7.875% | 1.750% | 1.750% |
| Maturity | 15 Jul 2011 | 15 Jul 2013 | 15 Jul 2016 | 1 Sep 2023 | 15 Jun 2026 | 15 Apr 2012 | 15 Apr 2014 |
| Date Issued | July 2006 | July 2006 | July 2006 and May 2008 | Sep 1993 | Jun 1996 | Mar 2007 | Mar 2007 |
| Callable | - | - | July 2011 | - | - | Apr 2011 | Apr 2013 |
| Obligor Group | NNC, NNL, NNI | NNC, NNL, NNI | NNC, NNL, NNI | NNL | NNL, NNCC | NNC, NNL, NNI | NNC, NNL, NNI |
| Debt Incurrence Covenant* Basket | FCCR > 2.0x 15% of NNC CNTA + $250M | | | | | | |
| Negative Pledge (% of CNTA) | | NNC 15% | | NNL 10% | NNL 15% | | |
| Restricted Payments* | 50% of NNC Cumulative Net Income or $25M + $25M | | | | | | |
| Change of Control - Offer to Purchase | | Put at 101% | | | | 100%, potential additional shares | |
| Merger/Transfer of Assets | Successor company restrictions on the transfer of all or substantially all assets | | | | | | |

\* Covenants are suspended if notes obtain investment grade rating from Moody's and S&P

> Bonds have no maintenance covenants - incurrence based only
> $2.675B high yield notes very flexible
  • No limitations on investments or asset sales (other than substantially all assets)
> Ability to incur secured debt - current basket $853 (excluding deferred tax assets $525)
> Limited ability to call debt but can utilize a public tender offering

**No maintenance covenants – repayment of interest and principal only potential breach (no maturity until July 2011)**

Nortel Confidential Information

22

NNC-NNL06241167/22

A/C

TR22055

NNC-NNL06241167/23



# Bond Redemption Terms

| Bond Series | Merger Covenant | Optional Redemption | Make-Whole | Change of Control | Trading Prices* | Yield* |
|---|---|---|---|---|---|---|
| **$2,675B HY Notes** | | | | | | |
| $1B L+4.25% HY due 2011 | N/A | N/A | N/A | 101 | 78.0 | 17.22% |
| $550M 10.125% HY due 2013 | All or substantially all of the assets of NNC, NNL, or NNI including subsidiaries taken as a whole | N/A | 100% + Applicable Premium | 101 | 77.0 | 17.38% |
| $1,125B 10.75% HY due 2016 | | 105.375% (Jul 15, 2011) 103.583% (Jul 15, 2012) 101.792% (Jul 15, 2013) 100.000% (Jul 15, 2014) | 100% + Applicable Premium | 101 | 73.5 | 17.00% |
| **$1.6 B Convertible Notes** | | | | | | |
| $575M 1.75% Convert due 2012 | All or substantially all of the assets of NNC and its subsidiaries taken as a whole | 100.35% (Apr 15, 2011) | N/A | 100 | 60.0 | 13.0% |
| $575M 2.125% Convert due 2014 | | 100.30% (Apr 15, 2013) | N/A | 100 | 55.0 | 16.0% |
| **$200M Sr Notes** | | | | | | |
| $200M 6.875% due 2023 | All or substantially all assets of NNL | N/A | N/A | N/A | 48.0 | 16.22% |
| **$150M Sr Notes** | | | | | | |
| $150M 7.875% due 2026 | All or substantially all assets of NNI | N/A | N/A | N/A | 52.0 | 16.15% |

* Bid prices as at Sept 24, 2008 from Citibank trading desk

- All bonds have a merger covenant which precludes a sale or transfer of substantially all assets unless the acquirer assumes the debt obligations and there is no event of default

- If substantially all:
   - No breach if acquirer assumes debt obligations. Change of Control offers required, investors that do not accept offer become bondholders of the acquirer
   - Acquirer's shares must be listed on TSX or major exchange or quotation system in US or UK (applicable to convertible indenture)
   - If acquirer does not assume debt obligations then it would lead to a breach under all bonds

- Limited ability to redeem: $1.675B HY bonds have an expensive make whole provision but $2.5B of bonds not currently redeemable

- Change of Control (CoC) occurs if:
   - Person or group becomes the beneficial owner of 50% or more of the combined voting power of NNC's Capital Stock
   - NNC ceases to be the beneficial owner of 100% of the voting power of the common stock of NNL
   - NNC or NNL is dissolved or liquidated (amalgamation, consolidation, or merger of NNC and NNL is exempt)
   - Any transaction which results in the transfer or sale of substantially all NNC or NNL's assets (applicable to HY indenture)
   - Any transaction which results in the transfer or sale of 90%+ of NNC's consolidated assets (applicable to convertible indenture)
   - If the transaction that would have been a CoC involves consideration of 90%+ common stock listed on TSX or NYSE is not a CoC (applicable to convertible indenture)

Nortel Confidential Information

23

NNC-NNL06241167/24



# Nortel's Credit Ratings

> Nortel is currently rated B- by S&P and B3 by Moody's.

> On Sept 23/08, Moody's revised Nortel's rating outlook from stable to negative and S&P revised Nortel's rating outlook to stable from positive
  - Possibility that Nortel could be downgraded to Caa from B3 by Moody's

## B and CCC/Caa Credit Rating Definitions:

**STANDARD & POOR'S**

**B :** More vulnerable than the obligors rate 'BB', but the obligor currently has the capacity to meet its financial commitments. Adverse business, financial, or economic conditions will likely impair the obligor's capacity or willingness to meet its financial commitments.

**CCC:** Currently vulnerable, and is dependent upon favourable business, financial, and economic conditions to meet its financial commitments.

 **Moody's Investors Service**

**B:** Considered speculative and are subject to high credit risk

**Caa:** Judged to be of poor standing and are subject to very high credit risk.

Nortel Confidential Information

NNC-NNL06241167/25

# Nortel's Credit Ratings, cont.





| Moody's Investors Service | Standard & Poor's |
|---|---|
| **Investment Grade** | |
| Aaa1 | AAA + |
| Aaa2 | AAA |
| Aaa3 | AAA - |
| Aa1 | AA + |
| Aa2 | AA |
| Aa3 | AA - |
| A1 | A + |
| A2 | A |
| A3 | A - |
| Baa1 | BBB + |
| Baa2 | BBB |
| Baa3 | BBB - |
| **Sub-Investment Grade** | |
| Ba1 | BB + |
| Ba2 | BB |
| Ba3 | BB - |
| B1 | B + |
| B2 | B |
| **B3** | **B -** |
| Caa1 | CCC + |
| Caa2 | CCC |
| Caa3 | CCC - |
| Ca1 | CC + |
| Ca2 | CC |
| Ca3 | CC - |

## Nortel's Credit Ratings

| | Moody's Investors Service | Standard & Poor's |
|---|---|---|
| NNL's Corporate Family Rating | B3 | |
| Corporate Credit Rating | | B- |
| NNL's $2.7B HYD | B3 | B- |
| NNC's $1.15B Convertible Notes | B3 | B- |
| NNL's $200M Notes | B3 | CCC |
| NNCC's $150M Notes | B3 | CCC |
| NNL Preferred Shares: | | |
| Series 5 | Caa1 | CCC- |
| Series 7 | Caa1 | CCC- |

*While Nortel's Corporate Credit Rating is still rated B-/B3 by S&P and Moody's, some of Nortel's debt is already rated CCC

- Historically, companies rated B3 and Caa by Moody's had a 5.41% and 19.90% probability of default within 1 year.
- Companies rated B- and CCC by S&P had a probability of default within 1 year of 9.06% and 25.59%, respectively.

Nortel Confidential Information

NNC-NNL06241167/26



# Money Market Fund Holdings- Summary

## North America MMF Holdings as of Sept 19 2008

| Counterparty | Amount (USD $M) |
|---|---|
| Federated Treasury Obligations 068 | 110.9 |
| Fidelity Treasury Fund 695 | 106.1 |
| JPMorgan US Govt MMF 3164 | 102.8 |
| Dreyfus Gov't Cash Mgmt Fund 289 | 84.3 |
| Dreyfus Gov't Prime Cash Mgmt Fund 227 | 19.5 |
| Morgan Stanley US Dollar Liquidity Fund | 9.9 |
| Grand Total | 433.5 |

Reserve Primary Fund     36.23

## EMEA MMF Holdings as of Sept 19 2008

| Counterparty | Amount (USD $M) |
|---|---|
| JPM USD Govt Liquidity Fund | 225.0 |
| JPM EUR Govt Liquidity Fund | 48.7 |
| JPM EUR Institutional Liquidity Fund | 17.6 |
| JPM GBP Institutional Liquidity Fund | 5.9 |
| HSBC GBP Liquidity Fund | 133.6 |
| HSBC EUR Liquidity Fund | 1.5 |
| SGAM Investment Cash Euro Fund | 42.7 |
| Grand Total | 475.0 |

Nortel Confidential Information

.26

NNC-NNL06241167/27



# Bank Term Deposits- Summary

## Canada Bank Term Deposits as of Sept 19 2008

| Counterparty | Amount (CAD $M) |
|---|---|
| JPM | 116.0 |

> As of Sept 24, diversified Canada bank term deposits to JPM, DB, and RBC)

## Canada -Other Bank deposits as of Sept 19 2008

| Counterparty | Amount (USD$M) |
|---|---|
| ABN | 80.0 |
| Citibank | 54.0 |
| RBC | 38.0 |
| BoA | 4.0 |
| Grand Total | 176.0 |

> ABN/RBC includes cash in 1-3mth term deposits related to Letters of Credit Cash Pledge facility (actual LC usage under cash pledges: RBC $13M, ABN $4M)

> $43M of Citibank cash represents CALA cash held with Citibank US

## EMEA Bank Term Deposits as of Sept 19 2008

| Counterparty | Amount (USD $M) |
|---|---|
| SocGen | 49.0 |
| ABN Amro | 23.2 |
| ABN Amro (back to back loan) | 44.0 |
| Allied Irish Bank | 29.6 |
| BNP Paribas | 28.8 |
| Toronto Dominion | 29.0 |
| Grand Total | 203.6 |

## EMEA Current Accounts (with interest) as of Sept 19 2008

| Counterparty | Amount (USD $M) |
|---|---|
| Citibank | 39.0 |
| Other AA banks | 38.0 |
| Other A banks | 17.0 |
| Netas | 66.0 |
| Grand Total | 160.0 |

Nortel Confidential Information

27