

A/C                                                                                                                       TR22058

From:  Bill Nelson
To:    Global Sales

Re: "Adequate Liquidity" says Standard & Poor's

Team:

We're fighting hard, and pushing forward. But it's tough out there. So am passing along some data that should be used immediately to help you in your dealings our customers. This isn't a definitive statement on our future, but it is news that we can and should use.

First – Standard & Poor's (S&P) reaffirmed our credit ratings today, and stated the following:

> "The affirmation primarily reflects our view that Nortel should be able to sustain adequate levels of liquidity in the next 12-18 months to support its high fixed charges and turnaround efforts despite difficult market conditions and company-specific challenges."

Second – we've updated the talking points (below) to be used with your customers, further strengthening our argument that doing business with Nortel is the right thing to do.

Let me take a minute to explain the S&P reaffirmation. Credit ratings are a key tool used by banks, bond holders, creditors and the market at large to judge the risks associated with a company's finances. There are several agencies, but S&P is one of the big ones. By reaffirming our ratings, and taking us off the credit watch we were placed under following the November 10 earnings announcement, they are sending a message. Yes, they believe things are tough for us, and they remain cautious and concerned about our future, but for now, they see us as taking the necessary steps to preserve our business.

This isn't the end of our challenges. Quite the opposite, the work ahead remains huge, and the risks are there as the market continues its inevitable drive into recession. Furthermore, we are still awaiting a report from Moody's (another rating agency), which can go either way. But this does give us a public statement today that can be leveraged to tell our customers, as strongly as we can: Nortel wants to be your partner for the long term!

Use this, and the bullets below. Call your customers. Email them. Meet them. Shout loudly that Nortel is taking the decisive action that is needed to stabilize our financial footing and that, most importantly, we are committed to their business and to our relationship with them.

This is hot off the presses! Go! get 'em!

Thanks,

Bill Nelson

<u>Nortel is a viable partner for the long term</u>

**Faced with a tough economic environment, took steps to stabilize our finances and reduce costs on November 10**

- $400 million cost saving program, including 1,300 incremental head count reductions
- A new operating model – more customer-centric, agile and responsive to customer needs
- Cash preservation program, including suspension of dividends on preferred shares

**We are focused on preserving our cash position...**


EXHIBIT 22058

- $2.65 billion in cash and short term investments as of September 30, 2008
- Need approximately $1 billion in cash to manage the business under normal business conditions (not including cash in JVs and China)

Also important to note:

- No maintenance covenants on our debt / net interest of $70M/quarter (stable)
- No material debt maturities until July 2011
- Successfully completed a debt refinancing in May 2008
- Q3 charges against goodwill and tax asset have no cash impact

**Efforts noted by Standard & Poor's**
- On November 21 – reaffirmed our credit ratings
- Removed the ratings from "CreditWatch with negative implications", where we were placed on November 10 following our earnings announcement
- Commented on our liquidity – quote:

    *"The affirmation primarily reflects our view that Nortel should be able to sustain adequate levels of liquidity in the next 12-18 months to support its high fixed charges and turnaround efforts despite difficult market conditions and company-specific challenges."*

- They noted Nortel's "broad portfolio of wireline and wireless products and services; reasonable scale; geographically diversified operations; broad customer base; and adequate, albeit weakening, liquidity in the next 12-18 months"
- S&P also recognized the plan we unveiled on Nov. 10 to manage through the tough economy: "Nortel has announced several strategic measures to improve its operating efficiency and market relevance."

**Nortel has made some progress already, and is continuing its ongoing efforts on strengthening business fundamentals...**
- Continued focus on cost containment resulted in lower operating expenses of more than $100M in Q308 compared to Q208
- Despite challenging markets as at November 10 we expect full year Management Operating Margin to improve over 2007 to around lower end of previous range (around 125 bps improvement)

...while investing in the future...to drive our innovation and deliver value for you...
- $1.7 billion in R&D investment over the last four quarters
- Commitment to make the investments required to drive innovation, and to bring to market offerings that drive value for our customers

...we are taking decisive action, and are putting in place the plans necessary to weather this economic storm
- Dell, Cisco, Motorola, IBM, AMD are all taking action to address the global economic situation
- We are committed to being here, to serve you, and to partner with you; and look forward to 2009