

A/C                                                                                                                                   TR22059

Fellow Executive Leadership Team members:

We are all aware of the challenges we are facing. They are significant. However, I am writing you today to highlight a positive development that will help us in our ongoing work to stabilize our financial footing.

Today, Standard & Poor's reaffirmed our ratings, including the long-term corporate credit rating, and removed these ratings from 'CreditWatch with negative implications' that was imposed following our November 10 earnings announcement. Unfortunately, they have stated our outlook as negative, which basically means that we need to keep proving our liquidity position to them as 2008 closes and 2009 rolls forward to avoid a negative change to our ratings.

I'll quote directly from the report, which states: "The affirmation primarily reflects our view that Nortel should be able to sustain adequate levels of liquidity in the next 12-18 months to support its high fixed charges and turnaround efforts despite difficult market conditions and company-specific challenges."

What does this mean? Two things: first, that our ability to conduct business remains unchanged and that our creditors and suppliers will gain a certain level of assurance as to our liquidity in the short to mid-term; and second, that our sales organizations can leverage this reaffirmation by S&P in their ongoing dialogue with customers.

What this does not do, however, is make the challenge before us any less immediate. As Mike stated on November 10, and again this week at the Global GIS, we are 100% focused on cash as our most immediate and primary concern. The cost reductions we have put in place and the need to focus on revenue generation remain paramount, and are fundamental to our ability to survive this massive economic downturn.

I want you to be motivated by S&P's statements today, but mindful of the fact that they can change this position at any time if they feel that our financial foundations have further deteriorated. I'll close this brief note by asking you to stay focused on our business, on the task ahead of us, and on the work that you and your teams must deliver for us to emerge from this downturn.

We are presently waiting for the report from Moody's, and I will keep you apprised of their decision in the coming days and weeks. In the interim, should you have any immediate questions please contact me or John Doolittle (Treasurer) for more information.

Thank you,

Pavi Binning



EXHIBIT
22059