

| From: | Binning, Pavi (TORWM:0007) |
|---|---|
| Sent: | Thursday, November 27, 2008 8:24 AM |
| To: | Boone, Greg (TORWM:0007) |
| Subject: | Re: Copperhead - Working Party List |

EXHIBIT
22068
10-24-13

Greg,

I didn't realise that Sharon was a director of the UK Company. We will hold off talking to her about Copperhead.

Pavi

----- Original Message -----
From: Boone, Greg (TORWM:0007)
To: Binning, Pavi (TORWM:0007)
Sent: Thu Nov 27 07:36:44 2008
Subject: Re: Copperhead - Working Party List

Pavi,

I thought we were trying to avoid bringing in the UK because of the pension issues? Sharon is a UK director.

----- Original Message -----
From: Binning, Pavi (TORWM:0007)
To: Edwards, Darryl (MOP:6061); White, Laura CLEARY (External:EXTRNL:CLEARY); Zafirovski, Mike (TORWM:0001); Warnock, Debra (TORWM:0001); Barker, Brad (TORWM:3768); Bifield, Allan (CAR:3768); Kavanagh, Colleen (TORWM:1162); Boone, Greg (TORWM:0007); 'dennis.carey@nortel.com' <dennis.carey@nortel.com>; Celli, Franca (TORWM:1462); Connelly McGilley, Tracy (TORWM:0098); Wong Ken, Tanecia (TORWM:0098); Dadyburjor, Khush (TORWM:0066); Wesselman, Kathy (TORWM:0066); Davies, Gordon (TORWM:0098); Krauel, Joanne (TORWM:0098); Dearing, Joseph (RICH1:9788); Duckworth, Dana (RICH1:9788); Doolittle, John (TORWM:0035); Tkaczyk, Carol (TORWM:0007); Drinkwater, David (TORWM:5948); Luker, Suzanne (TORWM:5948); Robson, Lynette (MOP:6061); Flanagan, Joseph (RICH1:5045); Brooks, Bonnie (RICH1:AA00); Graff, Samantha (TORWM:0098); Grant, Catherine (CAR:0097); Hackney, Joel (GWRTP:9780); Adams, Nanci (GWRTP:9780); Karr, Paul (TORWM:0007); Bissessar, Lilly (TORWM:0300); King, Elena (TORWM:0064)
Sent: Thu Nov 27 07:22:10 2008
Subject: Re: Copperhead - Working Party List

Darryl, I'm fine with this. Pavi

----- Original Message -----
From: Edwards, Darryl (MOP:6061)
To: White, Laura CLEARY (External:EXTRNL:CLEARY); Zafirovski, Mike (TORWM:0001); Warnock, Debra (TORWM:0001); Barker, Brad (TORWM:3768); Bifield, Allan (CAR:3768); Kavanagh, Colleen (TORWM:1162); Binning, Pavi (TORWM:0007); Boone, Greg (TORWM:0007); dennis.carey@nortel.com <dennis.carey@nortel.com>; Celli, Franca (TORWM:1462); Connelly McGilley, Tracy (TORWM:0098); Wong Ken, Tanecia (TORWM:0098); Dadyburjor, Khush (TORWM:0066); Wesselman, Kathy (TORWM:0066); Davies, Gordon (TORWM:0098); Krauel, Joanne (TORWM:0098); Dearing, Joseph (RICH1:9788); Duckworth, Dana (RICH1:9788); Doolittle, John (TORWM:0035); Tkaczyk, Carol (TORWM:0007); Drinkwater, David (TORWM:5948); Luker, Suzanne (TORWM:5948); Robson, Lynette (MOP:6061); Flanagan, Joseph (RICH1:5045); Brooks, Bonnie (RICH1:AA00); Graff, Samantha (TORWM:0098); Grant, Catherine (CAR:0097); Hackney,

1

Joel (GWRTP:9780); Adams, Nanci (GWRTP:9780); Karr, Paul (TORWM:0007); Bissessar, Lilly (TORWM:0300); King, Elena (TORWM:0064); Knudsen, Paul (RICH1:9545); Lamba, Charanjit (TORWM:0300); Lasalle, Bill (GWRTP:9786); Look, Peter (TORWM:0088); Allahdin, Gita (TORWM:0300); Lowe, Richard (RICH1:6891); Smith, Connie (RICH1:6891); Morfe, Claudio (BL60:9787); Morin, Philippe (BAN:X632); Blais, Suzanne (BAN:X632); Navaratnam, Atulan (TORWM:0066); Parker, Douglas (TORWM:0098); Woollett, Donna (TORWM:0019); Paolini, Steve (TORWM:0066); Patchett, James (TORWM:1179); Peters, Scott (ALPH:1146); Radewych, Christine (TORWM:S315); Riedel, George (BL60:5933); Cargill, Claudette (TORWM:5933); Ventresca, Anna (TORWM:0019); Kardos, Charlene (TORWM:0098); Williams, John (TORWM:0049); Wong, Leila (TORWM:1477); mlang@ogilvyrenault.com <mlang@ogilvyrenault.com>; sdimaria@ogilvyrenault.com <sdimaria@ogilvyrenault.com>; Tay, Derrick OGREN (External:EXTRNL:OGREN); eadams@ogilvyrenault.com <eadams@ogilvyrenault.com>; mforte@ogilvyrenault.com <mforte@ogilvyrenault.com>; svanderbrug@ogilvyrenault.com <svanderbrug@ogilvyrenault.com>; amerskey@ogilvyrenault.com <amerskey@ogilvyrenault.com>; cdawson@ogilvyrenault.com <cdawson@ogilvyrenault.com>; Stam, Jennifer OGREN (External:EXTRNL:OGREN); dluong@ogilvyrenault.com <dluong@ogilvyrenault.com>; swood@ogilvyrenault.com <swood@ogilvyrenault.com>; kostrom@ogilvyrenault.com <kostrom@ogilvyrenault.com>; Brod, Craig CLEARY (External:EXTRNL:CLEARY); Wanda OLSON <wolson@cgsh.com>; Bromley, James CLEARY (External:EXTRNL:CLEARY); Neil WHORISKEY <nwhoriskey@cgsh.com>; Kim, Jane CLEARY (External:EXTRNL:CLEARY); Valdes, Steven CLEARY (External:EXTRNL:CLEARY); Mcdonald, Murray ERNST (External:EXTRNL:ERNST); Beekenkamp, Brent ERNST (External:EXTRNL:ERNST); Tuck, Andrew ERNST (External:EXTRNL:ERNST); Scipio Del Campo, Linda ERNST (External:EXTRNL:ERNST); Hussain, Jodat ERNST (External:EXTRNL:ERNST); Grafstein, Larry LAZARD (External:EXTRNL:LAZARD); Savage, Terry LAZARD (External:EXTRNL:LAZARD); andrew.yearley@lazard.com <andrew.yearley@lazard.com>; Descoteaux, David LAZARD (External:EXTRNL:LAZARD); Polak, Aldo LAZARD (External:EXTRNL:LAZARD); Bhatia, Kshitij LAZARD (External:EXTRNL:LAZARD); Charbit, Stephane LAZARD (External:EXTRNL:LAZARD); edouard.gueyffier@lazard.com <edouard.gueyffier@lazard.com>; peter.warner@lazard.com <peter.warner@lazard.com>; evan.siddall@lazard.com <evan.siddall@lazard.com>; stephen.gale@herbertsmith.com <stephen.gale@herbertsmith.com>; sam.andrews@herbertsmith.com <sam.andrews@herbertsmith.com>; laurence.elliot@herbertsmith.com <laurence.elliot@herbertsmith.com>; lucy.munroe@herbertsmith.com <lucy.munroe@herbertsmith.com>; devreaux.gravell@herbertsmith.com <devreaux.gravell@herbertsmith.com>; roderick.morton@herbertsmith.com <roderick.morton@herbertsmith.com>; charlotte.sykes@herbertsmith.com <charlotte.sykes@herbertsmith.com>
Sent: Thu Nov 27 05:23:16 2008
Subject: RE: Copperhead - Working Party List

From an EMEA perspective I would add Sharon Rolston (if OK with Pavi).

Thanks
Darryl

---

From: White, Laura CLEARY (External:EXTRNL:CLEARY)
Sent: 26 November 2008 16:41
To: Zafirovski, Mike (TORWM:0001); Warnock, Debra (TORWM:0001); Barker, Brad (TORWM:3768); Bifield, Allan (CAR:3768); Kavanagh, Colleen (TORWM:1162); Binning, Pavi (TORWM:0007); Boone, Greg (TORWM:0007); dennis.carey@nortel.com; Celli, Franca (TORWM:1462); Connelly McGilley, Tracy (TORWM:0098); Wong Ken, Tanecia (TORWM:0098); Dadyburjor, Khush (TORWM:0066); Wesselman, Kathy (TORWM:0066); Davies, Gordon (TORWM:0098); Krauel, Joanne (TORWM:0098); Dearing, Joseph (RICH1:9788); Duckworth, Dana (RICH1:9788); Doolittle, John (TORWM:0035); Tkaczyk, Carol (TORWM:0007); Drinkwater, David (TORWM:5948); Luker, Suzanne (TORWM:5948); Edwards, Darryl (MOP:6061); Robson, Lynette (MOP:6061); Flanagan, Joseph (RICH1:5045); Brooks, Bonnie (RICH1:AA00); Graff, Samantha (TORWM:0098); Grant, Catherine (CAR:0097); Hackney, Joel (GWRTP:9780); Adams, Nanci (GWRTP:9780); Karr, Paul (TORWM:0007); Bissessar, Lilly (TORWM:0300); King, Elena (TORWM:0064); Knudsen, Paul (RICH1:9545); Lamba, Charanjit (TORWM:0300); Lasalle, Bill (GWRTP:9786); Look, Peter (TORWM:0088); Allahdin, Gita (TORWM:0300); Lowe, Richard (RICH1:6891); Smith, Connie (RICH1:6891); Morfe, Claudio (BL60:9787); Morin,

JOINT PRIVILEGED DOCUMENT　　HIGHLY CONFIDENTIAL　　NNC-NNL06235743 / 2

Philippe (BAN:X632); Blais, Suzanne (BAN:X632); Navaratnam, Atulan (TORWM:0066); Parker, Douglas (TORWM:0098); Woollett, Donna (TORWM:0019); Paolini, Steve (TORWM:0066); Patchett, James (TORWM:1179); Peters, Scott (ALPH:1146); Radewych, Christine (TORWM:S315); Riedel, George (BL60:5933); Cargill, Claudette (TORWM:5933); Ventresca, Anna (TORWM:0019); Kardos, Charlene (TORWM:0098); Williams, John (TORWM:0049); Wong, Leila (TORWM:1477); mlang@ogilvyrenault.com; sdimaria@ogilvyrenault.com; Tay, Derrick OGREN (External:EXTRNL:OGREN); eadams@ogilvyrenault.com; mforte@ogilvyrenault.com; svanderbrug@ogilvyrenault.com; amerskey@ogilvyrenault.com; cdawson@ogilvyrenault.com; Stam, Jennifer OGREN (External:EXTRNL:OGREN); dluong@ogilvyrenault.com; swood@ogilvyrenault.com; kostrom@ogilvyrenault.com; Brod, Craig CLEARY (External:EXTRNL:CLEARY); Wanda OLSON; Bromley, James CLEARY (External:EXTRNL:CLEARY); Neil WHORISKEY; Kim, Jane CLEARY (External:EXTRNL:CLEARY); Valdes, Steven CLEARY (External:EXTRNL:CLEARY); Mcdonald, Murray ERNST (External:EXTRNL:ERNST); Beekenkamp, Brent ERNST (External:EXTRNL:ERNST); Tuck, Andrew ERNST (External:EXTRNL:ERNST); Scipio Del Campo, Linda ERNST (External:EXTRNL:ERNST); Hussain, Jodat ERNST (External:EXTRNL:ERNST); Grafstein, Larry LAZARD (External:EXTRNL:LAZARD); Savage, Terry LAZARD (External:EXTRNL:LAZARD); andrew.yearley@lazard.com; Descoteaux, David LAZARD (External:EXTRNL:LAZARD); Polak, Aldo LAZARD (External:EXTRNL:LAZARD); Bhatia, Kshitij LAZARD (External:EXTRNL:LAZARD); Charbit, Stephane LAZARD (External:EXTRNL:LAZARD); edouard.gueyffier@lazard.com; peter.warner@lazard.com; evan.siddall@lazard.com; stephen.gale@herbertsmith.com; sam.andrews@herbertsmith.com; laurence.elliot@herbertsmith.com; lucy.munroe@herbertsmith.com; devreaux.gravell@herbertsmith.com; roderick.morton@herbertsmith.com; charlotte.sykes@herbertsmith.com
Subject: Copperhead - Working Party List


Hello everyone,

Attached please find the latest Working Party List. Please let me know of any more additions or corrections that need to be made. Thanks and have a great day!

---

Laura White | Litigation Paralegal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 3203 | f: +1 212 225 3999
www.clearygottlieb.com <http://www.clearygottlieb.com/> | lmwhite@cgsh.com <mailto: lmwhite@cgsh.com>

This message is being sent from a law firm and may contain
confidential or privileged information. If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.

3

IN THE MATTER OF
THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36,
AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

Commercial List Court File No:
09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
- COMMERCIAL LIST

Proceeding commenced at Toronto

**AFFIDAVIT OF PAVITER BINNING**

| | |
|---|---|
| **GOODMANS LLP**<br>Barristers & Solicitors<br>333 Bay Street, Suite 3400, Toronto, Ontario<br>M5H 2S7<br><br>**Benjamin Zarnett** LSUC#17247M –<br>bzarnett@goodmans.ca<br>**Jay Carfagnini** LSUC#22293T –<br>jcarfagnini@goodmans.ca<br>**Jessica Kimmel** LSUC#32312W –<br>jkimmel@goodmans.ca<br>**Joseph Pasquariello** LSUC# 38390C –<br>jpasquariello@goodmans.ca<br>**Peter Ruby** LSUC# 38239P –<br>pruby@goodmans.ca<br><br>Tel: 416.979.2211 / Fax: 416.979.1234<br><br>Lawyers for the Monitor, Ernst & Young Inc. | **GOWLING LAFLEUR HENDERSON LLP**<br>Barristers & Solicitors<br>1 First Canadian Place<br>100 King Street West, Suite 1600<br>Toronto, ON M5X 1G5<br><br>**Derrick Tay** LSUC#: 21152A –<br>derrick.tay@gowlings.com<br>**Jennifer Stam** LSUC#: 46735J –<br>jennifer.stam@gowlings.com<br><br>Tel: 416.862.5697 / Fax: 416.862.7661<br><br>Lawyers for the Applicants |

6314056