







# COUNTRY MANAGERS' and DIRECTORS' TRAINING

## Legal & Compliance
## 2008

### BUSINESS MADE SIMPLE



# DEFINITION – COUNTRY MANAGER

A Country Manager is a leader appointed by Nortel to manage a local entity. This is a matter of **internal organization** – the Country Manager's operational duties reflect the organization appointing him / her in the position (Global Operations, Sales…) .

In addition, the Country Manager receives a General Management duty for the local entity. This is usually formalized in a **Power of Attorney**. The Country Manager is not necessarily appointed as a member of the local company Board of Directors (e.g. if the local entity is a branch of another Nortel company, there is no local Board). Still, the Country Manager's position features a statutory and fiduciary responsibility (toward local authorities, toward local employees, toward Nortel) which exceeds the initial functional domain.

The Power of Attorney usually features a wide-ranging domain of action. Its formulation is meant to facilitate the execution by the Country Manager of local statutory / administrative duties. **It is not meant to undermine the Nortel internal control system**: while empowering the Country Manager to commit Nortel toward public administrations and third parties, the Power of Attorney does not authorize him / her to act in disregard of company Policies, Procedures and internal control processes

## Internal organization – Official responsibility

Nortel Confidential

2

# DEFINITION – STATUTORY DIRECTOR

A Director is a person appointed by Nortel as a member of the Board of a statutory entity. This is a matter of **public organization** – these appointments are usually in the form of public acts. Subject to local regulation they can be notarized and even published in legal journals.

A Director is expected to monitor the operations of the entity, in the best interest of the entity and in the best interest of Nortel. These operations need to be executed in **compliance with the public regulation** prevailing in the business entity's country of incorporation. This means that Company Directors need to be familiar with these regulations, so as to make sure they are constantly kept in mind and complied with.

A position as Director of a statutory entity does not necessarily imply an operating business responsibility. Not all Directors are Country or Business Area managers – and not all Country Managers are Directors. The Director's responsibility is that of an **administrator of the statutory entity** – making sure it remains a going concern, in constant compliance with prevailing laws and regulations. A Country Manager who is otherwise not a Director needs to be aware of the Board's Duties and Responsibilities, and needs to communicate all information and matters which are relevant to the Board.

## Official organization – Public responsibility

Nortel Confidential

3

A/C

TR32165



# GENERAL DUTY OF CARE

Directors and Country Managers must take charge of their duties:

- In good faith;

- With care, as an ordinary prudent person in a similar position would exercise under similar circumstances; and

- In a manner which is manifestly in the best interest of Nortel.

The duty of due care is satisfied by:

- Regularly attending Board meetings (for Directors);

- Placing relevant and necessary information on agendas and before Board (for Directors and Country Managers);

- Obtaining adequate information to be informed properly (Directors and Country Managers); and

- Reasonably relying on others - senior management, legal counsel, accountants - expected to be acting reliably and competently (Directors and Country Managers).

## "Fiduciary" = position of trust

Nortel Confidential

4



# GENERAL RESPONSIBILITIES

- The principal responsibility is to **oversee** management of the company, the financial accounts and compliance with applicable laws and regulations. This oversight duty is continuous for Country Managers;  for Company Directors it is a regular / scheduled duty (typically in relation to the "milestones" set for the statutory entity: Board meetings, filing of statutory reports...)

- This includes reviewing the process of providing appropriate financial and operational information to decision makers (including Board members)

- Directors should exercise **independent** judgment for the overall benefit of the company and its shareholder, i.e. Nortel.

5

Nortel Confidential

A/C

TR32165



Nortel Confidential

6

# COUNTRY MANAGERS' RESPONSIBILITIES

- Country Managers are of course expected to take care of their functional responsibilities (their "Day Job")

- They also need to keep the local entity going for all functional purposes, <u>including areas outside their functional area of expertise.</u>

- This "360° vision" is achieved with the support of other Nortel specialized functions (Control, Compliance, Legal, Real Estate...)

- Country Managers can expect to be in regular contact with the Directors of the statutory entity corresponding to their business operations: either directly (the local entity is an independently incorporated company – and the Country Manager may also be a Director thereof) or indirectly (the local business is the branch of another company).

WHAT DOES THIS MEAN IN THE NORTEL MATRIX?

Nortel Confidential

7



# DIRECTORS' RESPONSIBILITIES

- Directors who are also Nortel employees receive this duty in addition to their regular responsibilities ("on top of their Day Job")

- They must insist on effective systems for periodic timely reporting to the Board on

  - financial statements;

  - compliance with law and corporate policies;

  - health & safety programs; and

  - material litigation and regulatory matters.

- Directors need to take steps to ensure that an effective compliance program is in place, even if they do not have any particular reason to suspect wrongdoing. To this end they will first involve the Country Manager (who is, or is not, one of them).

## WHAT DOES THIS MEAN IN THE NORTEL MATRIX?

Nortel Confidential

Nortel Confidential



# ESCALATION INFORMATION

- Finance/Control — **Philippe Albert-Lebrun**
- Legal — **Christian Waida / Dara Gill**
- Employment Law — **Mark Cooper**
- Tax — **Lorraine Harper**
- Operations — **Ashley Saunders**
- Facilities / EHS — **Mark Gorman**
- Corporate Security — **Steve Firman**
- Compliance — **Sally March**

Nortel Confidential

# CONTACT INFORMATION

- **Legal Department:**

  - **Christian Waida**     ESN 560 2594
  - **Dara Gill**     ESN 560 5586

- **Compliance Department:**

  - **Sally March**     ESN 560 2636
  - **Sandra Fernandes**     ESN 560 2166
  - **Jean-Romain Cure**     ESN 574 7566

10



# Look after yourself by looking after Nortel

- Best risk mitigation for Country Managers starts with the acceptance that on top of their functional responsibilities, they have a stewardship duty encompassing all the operations, controls and compliance obligations that are relevant to the business entity they work in.

- Best risk mitigation for Directors is to maintain an informed, active involvement and oversight of the relevant statutory entity(ies), with advice from other support functions, starting with the Legal Counsel in charge and the Country Manager (especially if he/she is not one of them) – "no Paper Directors".

- For both cases, preserving ethical business practices, avoiding conflicts of interest and assuring a sound internal control environment are essential.

Nortel Confidential

11

TR32165



# Indemnification of Directors, Officers and Employees (including Country Managers)

To protect persons acting as Officers and Directors, or otherwise in charge of statutory duties of controlled affiliates:

- **By-laws (charter) of the affiliate, and local law, (1) limit or eliminate personal liability for acts of directors, officers and employees, and (2) provide indemnification*;**

- **Nortel will pay all defense expenses and adverse judgments associated with third-party claims asserted against individuals for acts performed as Directors, Officers and/or in-charge Employees.**

- Nortel maintains insurance coverage for this purpose.

*Intentional misconduct for personal gain is NOT protected.*

12

Nortel Confidential

# Indemnity Insurance Policy

## Who / what is Insured?

- All <u>past, present and future</u> duly elected or appointed Directors, Officers and in-charge Employees (including Country Managers) or Trustees of a Nortel entity or subsidiary.

- For events occurring during their tenure and for which they may face a <u>civil liability</u>. Intentional / fraudulent wrongdoing cannot be insured.

Nortel Confidential

13



## Dates to be aware of are Country- or Site- Specific

| | |
|---|---|
| Filing of Statutory Tax Return | [Control] |
| Filing of Statutory Financial Accounts | [Control] |
| Filing of VAT Returns | [Control] |
| Filing of Corporate/Health & Safety related forms | [Legal] |
| Filing of personnel-related schedules (e.g. Social Security, headcount declarations....) | [Payroll / HR Shared Services] |
| Filing of site-specific declarations (office registration, city taxes....) | [Control / Real Estate] |
| [Any other forms/returns] | [Relevant function] |

Nortel Confidential

14



# SUMMARY – COUNTRY MANAGERS

Country Managers need to take charge of their oversight responsibility by:

- Managing their area of functional responsibility, while keeping a 360° view of compliance and control duties relevant to the other functions which operate in the entity

- Keeping Directors of the Board in charge of the entity informed of all events and duties (especially of a statutory nature) which are relevant to their tasks;

- Promptly escalate any "red flag" indicating a lapse in the execution of statutory duties (state inspection, warning letters, penalties, assessments and fines, court summons…). This escalation needs to involve the subject function (for instance Logistics for Customs inspections), the entity Directors, as well as Legal *and Compliance.*

15

Nortel Confidential



# SUMMARY - DIRECTORS

Directors should take charge of their oversight responsibility by:

- Being and remaining informed in the operations, financial performance, compliance; quality and product safety programs

- Ensuring that senior management has effective, sustaining compliance, quality and product safety programs; Board should insist on and receive periodic and annual program briefings;

- Ensuring that all adhere consistently to corporate formalities and corporate separateness requirements and

- Ensuring the affiliate acts through the Board or its shareholders when required or appropriate.

16

Nortel Confidential



# TEN COMMANDMENTS

1. Act in the best interests of the Company and in good faith at all times.

2. Act in accordance with the powers conferred on you by the Company for their proper purpose and do not exceed these.

3. If there is a conflict between you and the Company, ensure that the Company always wins. Also disclose any interests that might be seen as potential conflicts.

4. Refrain from dealing in your own interests rather than the Company's.

5. Exercise skill and care in your area of management. Attend the Board meetings to which you rare invited or summoned and make sure you know what is going on at all times.

Nortel Confidential

17

A/C



# TEN COMMANDMENTS (cont'd)

6. Remember your contractual duties under your employment contract. Be aware of your rights and responsibilities as both an employee and a director.

7. Do not accept loans or benefits of guarantees from the Company or from entities with which it does business. Obtain shareholder approval, when it is required for actions to be taken.

8. Keep up to date with all the record keeping, administrative and financial filing requirements. IGNORANCE IS NO DEFENSE.

9. If you think the Company does not have enough money to cover its debts, obtain advice straight away.

10. Always keep on top of the duties of Directors and/or Country Managers in relation to specific compliance areas e.g. health and safety, taxation, data privacy, etc.

Nortel Confidential

18



Nortel Confidential

Q & A session

NORTEL

19

A/C

TR32165

## Directors' & Officers' Liability and Corporate Reimbursement 2007 - 2008



| Layer | Policy Number | Limit each loss/ aggregate | Insurer |
|---|---|---|---|
| Primary | 112 90 34 | $15,000,000 | American Home Assurance Company |
| First Excess | ELU101651-07 | $15,000,000 | XL Insurance Company Ltd |
| Second Excess | 267933032 | $10,000,000 | Continental Casualty Company |
| Third Excess | B0509/QB069007 | $10,000,000 | Lloyd's Syndicates and London Markets |
| Fourth Excess | C002663/004 | $15,000,000 | Allied World Assurance Ltd Company |
| Fifth Excess | DA0208263-07 | $15,000,000 | Hartford Fire Insurance Company |
| Sixth Excess | 8062364 | $10,000,000 | AIG CAT Excess Liability |
| Seventh Excess | 00 DOX0112 56 01 05 | $10,000,000 | Arch Insurance Company |

| INSURED ORGANISATION | Nortel Networks Corporation and its subsidiaries |
|---|---|
| CURRENCY & LIMIT OF LIABILITY | US$100,000,000 – each Loss US$100,000,000 – Aggregate |
| DEDUCTIBLES | US$10,000,000 – each claim |

**THIS IS A SUMMARY ONLY. Please refer to the actual policies for a complete statement of terms, conditions, exclusions and limitations on coverage.**

Nortel Confidential

20