

Subject to EMEA-Canada Joint Privilege

# BRIEFING NOTE ON PROPOSED
# WRITTEN RESOLUTIONS OF
# NORTEL NETWORKS UK LIMITED (*NNUK*)

1. **Loan from NNUK to Nortel Networks Limited (*NNL*)**

The proposal is to put in place an interest free loan from NNUK to NNL for up to £200,000,000 for a term ending no later than 31 October 2004.

Background

Treasury has confirmed that NNL currently has an inter-company loan trade payable to NNUK of C$292 million (the *Payable*) as at the end of October 2003. Tax have advised that interest will need to be imputed on this sum and that it should be converted into a loan.

Whilst NNL could settle the Payable by borrowing from NN Inc., it is not, from a global cash management perspective, in the interests of the wider Nortel group to have such a large additional amount of cash residing in NNUK. At the date hereof, NNUK has a cash balance of approximately £350m.

Advice to the Board of NNUK

Tax (Ian Widdowson) has advised that the most efficient manner to deal with this situation is to put in place a non-interest bearing sterling loan from NNUK to NNL for a term of under one year to cover the Payable and any future inter company receivables.

Finance (Tony Mcardle and Alison Chan) has advised that:

(a) given the current assets and liabilities of NNUK, NNUK is solvent and able to pay its debts as and when they fall due and will continue to be in this position going forwards; and

(b) as the proposed loan will be repayable on demand there is no material risk to NNUK in entering into the proposed loan agreement.

Treasury (Maggi Fraser) has advised that it is in the best interests of NNUK to enter into the loan transaction. This is because NNUK benefits from intra-group arrangements pursuant to which its activities are and have been, where necessary, from time to time funded by other group companies. Unless each such group company engages with the wider group in a manner that is conducive to prudent cash management, the interests of each such group company (and in this case NNUK) would be irredeemably harmed.



Subject to EMEA-Canada Joint Privilege

2. **Loan from Nortel Networks Optical Components Limited (*NNOC*) to NNUK**

The proposal is to put in place an interest free loan from NNOC to NNUK for up to £125,000,000 for a term ending no later than 31 October 2004.

Background

Treasury has confirmed that NNOC has ceased trading and has the following material assets:

(a) £45 m in cash;

(b) a £30 m receivable from Nortel Networks Limited that will have been repaid by the end of November 2003;

(c) £36.3 m receivable from NNUK Limited.

Advice to the Board

Treasury has advised that it is not, from a global cash management perspective, in the interests of the wider Nortel group to have such a large amount of cash residing in a non-trading company. Tax have advised that the most efficient manner to deal with this situation is to put in place a non-interest bearing sterling loan from NNOC to NNUK for a term of under one year to cover any future receivables that NNOC may receive.

Finance has advised that:

(a) given the current assets and liabilities of NNOC, NNOC is solvent and able to pay its debts as and when they fall due and will continue to be in this position going forwards; and

(b) as the proposed loan will be repayable on demand there is no material risk to NNOC in entering into the proposed loan agreement.

Treasury has advised that it is in the best interests of NNOC and NNUK to enter into the loan transaction. This is because both companies benefit from intra-group arrangements pursuant to which their activities are and have been, where necessary, from time to time funded by other group companies. Unless each such group company engages with the wider group in a manner that is conducive to prudent cash management the interests of each such group company (and in this case NNOC and NNUK) would be irredeemably harmed.

3. **HSBC Banking Facility Letter**

On 23 December 2002 the Board of NNUK passed a written resolution approving banking facilities for NNUK. The facilities are now up for renewal and HSBC has sent

Subject to EMEA-Canada Joint Privilege

an amendment letter for signature by a director of NNUK. Treasury advise that the terms of this letter are acceptable and recommend that the Board approve the letter.

Highly Confidential    EMEAPRIV0064237