

Company No.: 3937799

**NORTEL NETWORKS UK LIMITED (the "Company")**
**MINUTES OF MEETING OF THE BOARD OF DIRECTORS**
**OF THE COMPANY HELD AT MAIDENHEAD OFFICE PARK, WESTACOTT WAY,**
**MAIDENHEAD, BERKSHIRE, SL6 3QH**
**ON THE 24th OCTOBER 2005 AT 3.30 P.M.**

| | | |
|---|---|---|
| Present: | Christian Waida | (Chairman) |
| | Geoff Lloyd | |
| | Gareth Pugh | |
| | Henry Birt | (by telephone) |
| | William LaSalle | (by telephone) |
| | Peter Currie | (by telephone) |
| | Dara Gill | (Company Secretary) |
| Also Present: | Maggi Fraser | GPL, Treasury |
| | Gerry Staunton | Director, Accounting and Control |
| | Jez Filley | Representative of Deloitte & Touche |

EXHIBIT 21103

1. **CHAIRMAN**

   Mr. Waida was appointed Chairman for the purpose of the Meeting.

2. **QUORUM AND NOTICE**

   It was reported that notice of the meeting has been given to all those entitled to receive it. It was noted that a quorum of directors was present in accordance with the Company's articles of association and the meeting proceeded to business.

3. **DECLARATION OF INTERESTS**

   Each of the directors present declared that they did not have any interest in the business of the meeting for the purposes of Section 317 of the Companies Act 1985 and the articles of association of the Company.

4. **MINUTES OF PREVIOUS MEETINGS**  *sh bc 2005*

   It was noted that the Minutes of the Meeting held on 22nd July 2004 had been signed by Mr. Christian Waida on behalf of the board. The Minutes were confirmed as a true record of such meeting.

5. **DIRECTORS' REPORT AND ACCOUNTS 2004**

   A draft copy of the Report of the Directors and draft Accounts for the Company for the year ended 31 December 2004 as previously circulated to the Directors for consideration was produced to the Meeting. Mr. Gareth Pugh then highlighted various material matters set out in the Report and Accounts.

Company No.: 3937799

Mr. Peter Currie asked whether Deloitte & Touche had any further comments and also requested that they confirm whether they had maintained requisite auditor independence as required by Sarbanes Oxley. Mr. Jez Filley of Deloitte & Touche had no further comments other than to confirm that Deloitte & Touche had maintained the necessary auditor independence under the Sarbanes Oxley legislation.

The Chairman then proposed that the draft Report of the Directors and Accounts be approved and the proposal was seconded by Mr. Pugh.

**IT WAS RESOLVED THAT:**

(a) the draft Report of the Directors for the year ended 31st December 2004, a copy of which was produced to the Meeting, be and was thereby approved, and Mr. Pugh was authorised to sign the Report of the Directors on behalf of the Board; and

(b) the draft audited Accounts for the year ended 31st December, 2004, a copy of which was produced to the Meeting, be and was thereby approved, and Mr. Pugh was authorised to sign the Accounts on behalf of the Board.

6. **LETTER OF MANAGEMENT REPRESENTATION**

A Letter of Management Representation proposed by the Auditors, Deloitte & Touche, was produced to the Meeting. Mr. Pugh confirmed that he had reviewed the terms of the letter and that he was satisfied with its contents and Mr. Pugh was prepared to sign the letter on behalf of the Board. After discussing the contents of the letter the Chairman proposed that the execution of the letter be ratified.

**IT WAS RESOLVED THAT** the execution of the Letter of Management Representation by Mr. Pugh be and was thereby ratified.

7. **ANNUAL GENERAL MEETING**

There was produced to the Meeting a Notice of Annual General Meeting as previously circulated to the Shareholder of the Company, to be held on the 24th October 2005, to conduct the following business:

1) receipt of the Report of the Directors and the Accounts for the year ended 31st December, 2004;

2) adoption of the Report of the Directors and the Accounts for the year ended 31st December, 2004;

3) re-election of the auditors; and

4) approval of the remuneration of the auditors.

It was confirmed by Mr. Waida that the Shareholder had been previously informed of the Annual General Meeting and had granted a proxy to a representative, which, among other things, authorised the proxy to consent to the Annual General Meeting being called at short notice. The proxy consented to the Annual General Meeting being called at short notice.

NNUK Board Minutes.

2

Company No.: 3937799

**IT WAS RESOLVED THAT** the Notice of Annual General Meeting having been served on the Shareholder and Consent to Short Notice having been given, the Annual General Meeting be convened forthwith.

The meeting then adjourned for the purpose of holding the Annual General Meeting. When the meeting resumed, it was reported that the Annual General Meeting was duly held and Deloitte & Touche had been re-appointed as auditors and the Report of the Directors and the Accounts for the year ended 31 st December, 2004 had been adopted.

8. **ANY OTHER BUSINESS**

8.1 BACSTEL-IP Agreement

Maggi Fraser (EMEA, Treasury) explained the background to the documentation to be signed in relation to Coutts BACS.

The following documents were produced to the meeting:

a) Coutts BACS/BACSTEL-IP Services Application Form;
b) Coutts BACS/BACSTEL-IP Services Citibank Agency Bank Customer Terms and Conditions;

(together the "**Terms and Conditions**")

The Chairman confirmed that the Terms and Conditions had been reviewed and approved by the Company's Legal Department.

After due and careful consideration **IT WAS RESOLVED**:

1. that the Terms and Conditions be hereby approved and adopted by the Company as the terms on which the Company shall use the BACS/BACSTEL-IP Services; and

2. that Simon Freemantle and Christian Waida be and are hereby authorised: (i) to sign on behalf of the Company the BACS/BACSTEL-IP Services Agreement ("the Agreement"), a copy of which was produced to the Meeting; and (ii) to deliver the Agreement to Citibank together with the excerpt Board Minute; and (iii) from time to time at their discretion to add to or remove from the arrangements covered by the Agreement such accounts of the Company as they shall determine; and (iv) from time to time to appoint such persons as they shall determine as Primary Security Contacts in addition to or in substitution for the persons referred to in resolution 3 below and also at their discretion to terminate any appointment as a Primary Security Contact; and (v) from time to time and in accordance with and subject to such directions as the Company may from time to time stipulate and on behalf of the Company to enter into and to bind the Company to such variations of the Agreement or the terms of the BACS/BACSTEL-IP Services or other contracts or documents relating to the BACS/BACSTEL-IP Services as they shall consider appropriate and in the interests of the Company provided that Citibank shall be entitled to assume that any such act performed by the persons hereby authorised complies with all the requirements of the Board and paragraph (iv); and

3. that the Company permit Phil Haley and Alex Beltrame (the "**Primary Security Contact(s)**") to operate on the Company's Account(s) kept with Citibank to access and to use the BACS/BACSTEL-IP Services; and

NNUK Board Minutes.

3

A/C

TR21103

Company No.: 3937799

    4.    that the persons named as Primary Security Contacts under or pursuant to these resolutions are each authorised to receive on behalf of the Company the security devices referred to in the Terms and Conditions; and

    5.    that these resolutions do not in any way limit or affect the existing authorities to Citibank for operations on the Company's Account(s).

8.2 Nortel Networks Optical Components Limited

The Chairman reported that a proposal to convert the status of the Company's wholly owned subsidiary, Nortel Networks Optical Components Limited, to an unlimited company, was being discussed with the Company's Tax Department.

The Chairman briefly explained the reasons for this proposed change of status and the possible implications upon the Company. It was agreed that the Company's Tax, Financial Control and Legal Departments would continue to discuss the proposal with a view to identifying what steps were necessary (for example, due diligence/legal opinion) prior to implementation. The Chairman agreed to bring this matter back for discussion and approval by the Board prior to proceeding with implementation.

8.3 Intra Group Loans

It was reported by Mr. Dara Gill that he had been advised by the Treasury Department that the Company was near to reaching the maximum level of the facility (£350 million) that it has advanced to its parent company, Nortel Networks Limited. After some discussion IT WAS RESOLVED that the Company's Tax and Legal Departments determine whether it would be appropriate to extend or increase such facility or otherwise re-structure or replace the current loan arrangement.

9. **CLOSE**

There being no other business, the Chairman declared the meeting closed.

.................................................
CHAIRMAN

# Coutts BACS/BACSTEL-IP Services

*Application Form*
*Citibank BACS Agency Bank Customer Direct and/or Indirect Submitter*



Please complete all sections in BLOCK CAPITALS
Please refer to the enclosed Completion Notes to help you complete this Application Form.

New set up ☑ *(Coutts will issue a Service User Number);*

OR

Transfer of sponsorship ☐ *(Please provide your existing Service User Number)*   Service User Number ☐☐☐☐☐☐

Items to be completed and returned to Citibank:   Tick when completed

BACS/BACSTEL-IP Services Application Form – Citibank BACS Agency Bank Customer Direct and/or Indirect Submitter ☐
*(Completion Notes enclosed for guidance)*

Excerpt Board Minute ☐
For Direct Debit applications please complete and return the following additional forms *(available on request).*

Direct Debit Indemnity ☐

Direct Debit Originator form ☐

Example Direct Debit instructions ☐

Mandatory section to be completed and items to be retained by you:
**Direct Submitters**
Completion:  Sections 1, 2, 3, 4, 6, and Excerpt Minute
Retain:  BACS/BACSTEL-IP Services Citibank Agency Bank Customer Terms and Conditions
  TrustAssured Service Citibank Agency Bank Customer Terms and Conditions

**Indirect Submitters**
Completion:  Sections 1, 2, 3, 5, 6, and Excerpt Minute
Retain:  BACS/BACSTEL-IP Services Citibank Agency Bank Customer Terms and Conditions (Agency Bank)

## 1. Customer Details

Full name of Customer: NORTEL NETWORKS UK LTD
*(full registered name if limited company plus trading name if applicable)*

Title: MR

Contact name: PHIL HALEY
*(First name and surname)*

Address: LONDON ROAD

Town/City: HARLOW

County: ESSEX   Postcode: CM17 9NA

Report notification e-mail address to which you wish your BACSTEL-IP reports to be sent:
beltrame@nortel.com

## 2. Account Details

Bank name: CITIBANK

Account name: NORTEL NETWORKS

Sort code: 18-50-08

Account number: 1005 3716

Nature of main business: TELECOMMUNICATIONS

Coutts & Co. Registered in England No. 36695.
Registered Office 440 Strand, London WC2R 0QS.

Do you require direct credit distribution    Yes ☐    No ☐

If Yes, Credit transactions in respect of (please tick)    Monthly salary ☐    Weekly wages ☐    Purchase Ledger ☐

Other (please specify) ☐

Suggested credit limit for the frequency of input (for direct credit users only)    £ ☐☐☐☐.☐☐

Do you require direct debit collection    Yes ☐    No ☐

If Yes, debit transactions in respect of (please tick)    Subscriptions ☐    Other (please specify) ☐

Frequency of input of credit/debit data    Daily ☐ OR Weekly ☐ OR Monthly ☐ OR Quarterly ☐

Other (please specify) ☐

Optional – Items to be listed on a BACS Input Report over a specified item limit: Credits £ ☐☐☐☐.☐☐

Debits £ ☐☐☐☐.☐☐

### 3. Bureau Details (if applicable)

Complete this Section if a BACS Bureau is contracted to administer the facilities or to be utilised for contingency purposes.

Bureau name: **CITIBANK**

Bureau number: **B19007**

Bureau address: **LONDON**

Town/City: **LONDON**

County: ☐    Postcode: ☐

### 4. Direct Submitters – IP Service details, Primary Security Contacts and Smartcards

(Indirect submitters complete Section 5)

Connection method    Dial-up Extranet ☐    Fixed Extranet ☐    Internet ☐

BACSTEL-IP software package name(s) and/or package ID's

1. ☐
2. ☐
3. ☐

Primary Security Contact 1

Please complete a minimum of two Primary Security Contacts, and ensure that an out of hours telephone number is provided for them.

Title: ☐

Contact name: ☐    (First name and surname)

Daytime telephone number: ☐

Job title: ☐

Out of hours telephone number: ☐

e-mail address: ☐

Does this Primary Security Contact have an existing Coutts smartcard for the BACSTEL-IP Service?    Yes ☐    No ☐

If no, a smartcard will be issued. (Complete Section 4a).
If yes, a smartcard will not be issued. (Complete Section 4b).

Coutts & Co, Registered in England No. 36695.
Registered Office 440 Strand, London WC2R 0QS.

**Primary Security Contact 2**

Title

Contact name
*(First name and surname)*

Daytime telephone number

Job title

Out of hours telephone number

e-mail address

Does this Primary Security Contact have an existing Coutts smartcard for the BACSTEL-IP Service? Yes ☐ No ☐
If no, a smartcard will be issued. (Complete section 4a). If yes, a smartcard will not be issued. (Complete Section 4b).

**Smartcards and card readers**
For new Coutts BACS Service Users please complete section (a). For clients with more than one Coutts BACS Service User Number please complete section (b).

(a) If you do not have existing Coutts smartcards and readers, please complete the following.

Please select number of packages you require (1 package = 2 Cards and 1 reader). ☐ *You must insert a minimum of one package.*

If you require Cards/readers in addition to the above package(s) please insert numbers:

Additional readers ☐ *We recommend you have an additional reader for contingency purposes.*

Type of installation: PC ☐ or Laptop ☐

(b) If you have existing Coutts smartcards and readers for the BACSTEL-IP Service you do not have to request additional ones across other Coutts Service User Numbers. If you would like to use your existing smartcards please detail below the Service User Number where these have already been issued.

If you do not wish to use these existing cards for any reason (eg you are changing your Primary Security Contacts) you can order some more by completing section 4a.

## 5. Indirect Submitters – Primary Security Contacts
*(Direct submitters complete Section 4)*

**Primary Security Contact 1**

Title: M R

Contact name: P H I L   H A L E Y
*(First name and surname)*

Daytime telephone number: 0 1 2 7 9   7 3 8 8 3 0

Out of hours telephone number: 0 1 2 6 8   4 5 3 5 7 7

e-mail address: h a l e y @ n o r t e l . c o m

Mothers maiden name: Y E A T E S
*(for security purposes)*

Coutts & Co. Registered in England No. 36695.
Registered Office 440 Strand, London WC2R 0QS.

**Primary Security Contact 2**

| Field | Value |
|---|---|
| Title | MR |
| Contact name | ALEX BELTRAME (First name and surname) |
| Daytime telephone number | 0279 781957 |
| Out of hours telephone number | 07277 631533 |
| e-mail address | beltrame@nortel.com |
| Mother's maiden name | HILL (for security purposes) |

If you have an existing Password for the BACSTEL-IP service under a separate Service User Number, you do not require a separate Contact ID and Password. If you would like to use your existing Password please detail below the Service User Number to which they relate.

Service User Number: 820570

## 6. Customer Agreement

### 6a. BACSTEL-IP Agreement

By signing this section you acknowledge that you are entering into an agreement between you and Citibank N.A. and The Royal Bank of Scotland plc and Coutts & Co. Coutts & Co (hereinafter referred to as the 'Bank') will provide the BACS/BACSTEL-IP Services as more fully described in the BACS/BACSTEL-IP Services Citibank Agency Bank Customer Terms and Conditions. The Royal Bank of Scotland plc will provide the TrustAssured Service as set out in the BACS/BACSTEL-IP Services TrustAssured Citibank (Agency Bank) Customer Terms and Conditions, subject in each case to those terms and conditions, together referred to as the 'Terms and Conditions'. These Terms and Conditions are in addition to any terms that already relate to your dealing and any account(s) held with the Bank, in the event of any inconsistency between those terms and these Terms and Conditions, the terms of these Terms and Conditions will prevail.

I/We have read the Terms and Conditions which set out the contractual terms which are to apply to my/our use of the BACS/BACSTEL-IP Services provided by BACS Limited. I/We confirm my/our request to you to arrange this on my/our behalf. I/We confirm that the details on this BACS/BACSTEL-IP Services Citibank BACS Agency Bank Customer Application Form are full and correct and agree to notify Citibank of any change therein.

I/We nominate the individuals whose details appear in Section 4 or 5 as our Primary Security Contact(s) and to receive a personalised smartcard and associated materials or a Security ID and password and authorise you to permit the Primary Security Contact(s) to operate on my/our account(s) with you and to access and use the BACS/BACSTEL-IP Services.

| | |
|---|---|
| Signed for and on behalf of | NORTEL NETWORKS UK LIMITED (full registered name of the Customer) |
| Name of first signatory | SIMON FREEMANTLE |
| Signature | [signature]  Date 14 09 2005 |
| Name of second signatory | COSTIVAN VAIDA |
| Signature | [signature]  Date 14 09 2005 |

After signing above, please insert names in Section 2 of the appropriate Excerpt Minute.
Signatures must be in accordance with the attached Part II: Excerpt Board Minute-PLC/Limited Company/Limited Liability Partnership or the Excerpt Minute-Unincorporated Body. In the case of a firm, all partners should sign unless authority has been granted to a partner(s) to sign agreements of this nature on behalf of the firm.

Coutts & Co. Registered in England No. 36695.
Registered Office 440 Strand, London WC2R 0QS.

### 6b. Primary Security Contact Confirmation

I/We, the Primary Security contact named in Section 4 or 5 have read and understood the Terms and Conditions and am/are signing below to confirm that in my/our capacity as Primary Security Contact I/we will operate the Account(s) on behalf of the Customer in accordance with the Terms and Conditions. I/We confirm that my/our details set out in Section 4 or 5 are true and accurate and I/we also acknowledge that Citibank will need to disclose my/our identity and other information regarding me/us to its contractors and agents who are providing goods and/or services to the Bank in connection with the BACS/BACSTEL-IP Services and that identifiers relating to me/us will appear on various computer systems and records of the Bank, BACS and others in relation to transactions made under the BACS/BACSTEL-IP Services. I/We authorise the Bank to make such disclosures of information regarding me/us as are reasonably required in connection with the operation of the BACS/BACSTEL-IP Services.

Signature of Primary Security Contact 1: [signature]  Date: 24 08 2005

Signature of Primary Security Contact 2: [signature]  Date: 24 08 2005

*After signing above, please insert names in Section 3 of the appropriate Excerpt Minute.*

---

**For Citibank use only**

By signing below Citibank N.A. acknowledges that the Customer set out above is suitable for sponsorship and should receive the BACS/BACSTEL-IP Services, and confirms that it has put forward the Customer for sponsorship having regard to its obligations/responsibilities under the terms of the Agency Bank Agreement entered into between Citibank N.A. and Coutts & Co.

KYC checked and approved ☐

Signature on behalf of Citibank: _____  Citibank Office stamp: _____

Name: _____

Telephone number: _____  Date: D D M M Y Y Y Y

**For Coutts & Co use only**

We accept the nomination of the Customer detailed within this application for BACS/BACSTEL-IP Sponsorship under the Indemnity held and received from the Principal (Citibank) and confirm that this application has been duly authorised by a known mandated signatory of the Principal who has nominated their customer for Sponsorship for the BACS Service. By accepting this application we also confirm that this arrangement is within any credit exposure limits agreed between the Bank and the Principal.

Signature on behalf of the Bank: _____  RBSG Office stamp: _____

Name: _____

Telephone number: _____  Date: D D M M Y Y Y Y

**For BACS Operations use only**

BACS Operations agree to accept the Citibank customer for the BACSTEL-IP Service and accept that the Application Form has been signed by an authorised contact at Citibank.

Service User Number allocated by BACS Operations: _____  BACS Industry Code: _____

BACS Geographical Code: _____  BACS Credit/Debit: _____

Signature on behalf of the Bank: _____  Date: D D M M Y Y Y Y

---

Coutts & Co. Registered in England No. 36695.
Registered Office 440 Strand, London WC2R 0QS.

## Excerpt Board Minute
## PLC/Limited Company/Limited Liability Partnership

*Excerpt from Minute of Meeting of the Directors*

Name of company: NORTEL NETWORKS UK LIMITED (the 'Company')

held at address: MAIDENHEAD OFFICE PARK
WESTACOTT WAY

Town/City: MAIDENHEAD

County: BERKSHIRE     Postcode: SL6 3QH

on                day of              year

Having read and considered the printed documents comprising:
(a) Coutts BACS/BACSTEL-IP Services Application Form;
(b) Coutts BACS/BACSTEL-IP Services Citibank Agency Bank Customer Terms and Conditions;
(c) Coutts TrustAssured Service Citibank Agency Bank Customer Terms and Conditions (Direct Submitters only); and
together the 'Terms and Conditions', it was resolved:

1. that the Terms and Conditions be hereby approved and adopted by the Company as the terms on which the Company shall use the BACS/BACSTEL-IP Services; and

2. that SIMON FREEMANTLE
   *Name of first signatory from Section 6a*
   CHRISTIAN NAIDA
   *Name of second signatory from Section 6a*

   be and is/are hereby authorised: (i) to sign on behalf of the Company the BACS/BACSTEL-IP Services Agreement ('the Agreement'), a copy of which was produced to the Meeting; and (ii) to deliver the Agreement to Citibank together with this Excerpt Board Minute; and (iii) from time to time at their discretion to add to or remove from the arrangements covered by the Agreement such accounts of the Company as they shall determine; and (iv) from time to time to appoint such persons as they shall determine as Primary Security Contacts in addition to or in substitution for the persons referred to in resolution 3 below and also at their discretion to terminate any appointment as a Primary Security Contact; and (v) from time to time and in accordance with and subject to such directions as the Company may from time to time stipulate and on behalf of the Company to enter into and to bind the Company to such variations of the Agreement or the terms of the BACS/BACSTEL-IP Services or other contracts or documents relating to the BACS/BACSTEL-IP Services as they shall consider appropriate and in the interests of the Company provided that Citibank shall be entitled to assume that any such act performed by the persons hereby authorised complies with all the requirements of the Board and this paragraph (iv); and

3. that the Company permit PHIL HALEY
   *Name of Primary Security Contact 1 from Section 6b*
   ALEX BELTRAME
   *Name of Primary Security Contact 2 from Section 6b*

   (the 'Primary Security Contact(s)') to operate on the Company's Account(s) kept with Citibank to access and to use the BACS/BACSTEL-IP Services; and

4. that the persons named as Primary Security Contacts under or pursuant to these resolutions are each authorised to receive on behalf of the Company the security devices referred to in the Terms and Conditions, and

5. that these resolutions do not in any way limit or affect the existing authorities to Citibank for operations on the Company's Account(s).

I certify that the above is a true excerpt from the recorded minutes of the Company.

Signature of Secretary                                     Date

Coutts & Co. Registered in England No. 36695.
Registered Office 440 Strand, London WC2R 0QS.