



EXHIBIT
21425
11-15-13

**From:** Davies, Gordon [BRAM:0098:EXCH]
**Sent:** Friday, January 07, 2005 10:27 AM
**To:** Freemantle, Simon [MOP:7550:EXCH]; Pahapill, MaryAnne [BRAM:0017:EXCH]
**Cc:** Vickruck, Tracey [BRAM:0049:EXCH]; Albert-Lebrun, Philippe [CTF:7620:EXCH]
**Subject:** RE: Letter of support for NNSA

I am okay to sign. Tracey, could someone on your team co-ordinate signatures. Gordon

-----Original Message-----
**From:** Freemantle, Simon [MOP:7550:EXCH]
**Sent:** Friday, January 07, 2005 10:07 AM
**To:** Davies, Gordon [BRAM:0098:EXCH]; Pahapill, MaryAnne [BRAM:0017:EXCH]
**Cc:** Vickruck, Tracey [BRAM:0049:EXCH]; Albert-Lebrun, Philippe [CTF:7620:EXCH]
**Subject:** RE: Letter of support for NNSA
**Importance:** High

Any comments Gordon?
I believe D&T need this before filing on Monday - French time. Can you issue it today?

-----Original Message-----
**From:** Freemantle, Simon [MOP:7550:EXCH]
**Sent:** 05 January 2005 10:20
**To:** Davies, Gordon [BRAM:0098:EXCH]; Pahapill, MaryAnne [BRAM:0017:EXCH]
**Cc:** Vickruck, Tracey [BRAM:0049:EXCH]; Albert-Lebrun, Philippe [CTF:7620:EXCH]
**Subject:** Letter of support for NNSA

D&T have asked for the 'annual' letter of support issued from NNL to NNSA to be extended for a further year, until June 2006. As we have issued the letter in the past, and considering the position of the 2003 and 2004 French GAAP numbers, it would be difficult to argue against the re-issue.

Gordon - Is it you and MAP to sign again?
MaryAnne - Are you OK with this?

Thanks both
Simon

<< File: NNL Letter of Support 2005.doc >>

1