


10

**To:** Pusey, Steve [MOP:0970:EXCH][spusey@americasm01.nt.com]; Waida, Christian [MOP:8310:EXCH][Christian.Waida@americasm01.nt.com]
**Cc:** Birt, Henry [MOP:7950:EXCH][HBIRT@AmericasM01.nt.com]; Albert-Lebrun, Philippe [CTF:7620:EXCH][palbert@americasm01.nt.com]
**From:** Freemantle, Simon [MOP:7550:EXCH]
**Sent:** Wed 2/1/2006 6:25:35 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** FW: NNSA Support Letter
**Categories:** <sjfreemantle@americasm01.nt.com>

**Document.pdf**

Steve

To facilitate D&T in France signing off the Financials for 2005 they asked again for a Support Letter from NNL. A similar letter has been issued for the last 3 years in succession. As you are now President of NNSA, the letter is addressed to you. Philippe and I will ensure it gets to the right people and no action is needed on your part, but you should at least be aware of it's existence.

Any other comments Christian? Thanks.

Regards
Simon


-----Original Message-----
**From:** Davies, Gordon [BRAM:0098:EXCH]
**Sent:** 17 January 2006 23:38
**To:** Freemantle, Simon [MOP:7550:EXCH]; McCorkle, Michael [BRAM:0049:EXCH]
**Cc:** Schofield, Simon [MOP:7500:EXCH]; Doolittle, John [BRAM:0088:EXCH]; Albert-Lebrun, Philippe [CTF:7620:EXCH]
**Subject:** RE: NNSA Support Letter


Not from me Simon. I know the drill from prior years. Gordon

-----Original Message-----
**From:** Freemantle, Simon [MOP:7550:EXCH]
**Sent:** Tuesday, January 17, 2006 10:04 AM
**To:** McCorkle, Michael [BRAM:0049:EXCH]; Davies, Gordon [BRAM:0098:EXCH]
**Cc:** Schofield, Simon [MOP:7500:EXCH]; Doolittle, John [BRAM:0088:EXCH]; Albert-Lebrun, Philippe [CTF:7620:EXCH]
**Subject:** NNSA Support Letter


Mike and Gordon

NNL have issued a support letter to NNSA (France) for the last few years. D&T have asked for a new letter before they sign the 2005 US GAAP financials. Before it is circulated for signature what information would you like?

C                                                                                              TR41198.01

Subject to EMEA-Canada Joint Privilege

The background is; the 2005 US GAAP numbers show a €110m loss. The Equity position under French GAAP of €139m will be less than 50% of the Capital Stock of €456m. Under French law this needs to be resolved within two years, and not surprisingly, we have now been in this situation for 2+ years. This will be corrected mid 2006 when there is an AGM in France and the Capital Stock will be reduced by the losses from recent years; until then NNSA is technically insolvent. This will help the situation going forward but we need to give D&T some comfort now to ensure sign off before the end of January.

Previous letter is attached. This year's the letter will be addressed to Steve Pusey.

Any questions before I draft a new letter?
Thanks
Simon