


C *  Subject to EMEA-Canada Joint Privilege                     TR41198.02



# N☉RTEL

January 25, 2006

Nortel Networks SA
PA de Magny Chateaufort
Les Jeunes Bois
78928 St Quentin en Yvelines
cedex 9

For the attention of Steve PUSEY
President of Nortel Networks SA

Dear Sirs,

We write to you in connection with the financial commitments and trading position of Nortel Networks SA (the "Company").

We wish to confirm that we will continue to make available to the Company sufficient funds so as to enable it to meet its ongoing financial commitments from time to time and to enable it to continue to operate its business as conducted in the ordinary course so that the Company is able to meet its liabilities as they fall due.

This letter shall remain in effect through June 30th, 2007 as long as the Company remains, either directly or indirectly, a beneficially owned subsidiary of Nortel Networks Limited. In the event that we have any intentions to sell the company we will inform you of such disposal in advance by registered mail with a copy to your local auditors Deloitte.

Yours faithfully,

**Nortel Networks Limited**

**Michael McCorkle**
Assistant Treasurer

**Gordon A. Davies**
General Counsel – Corporate
and Corporate Secretary

Nortel Networks
8200 Dixie Road, Suite 100, Brampton, Ontario, Canada L6T 5P6  T 905.863.0000  F 905.863.8386
nortel.com