# 13

| | |
|---|---|
| From: | Davies, Gordon (TORWM:0098) |
| Sent: | Friday, December 14, 2007 8:46 AM |
| To: | Lasalle, Bill (TORWM:0381) |
| Subject: | RE: Nortel: guarantee Dec 2007: amended version [OC_UK.FID1479471] |
| Sensitivity: | Confidential |

Thanks.

---

**From:** Lasalle, Bill (TORWM:0381)
**Sent:** Friday, December 14, 2007 8:44 AM
**To:** Davies, Gordon (TORWM:0098)
**Subject:** FW: Nortel: guarantee Dec 2007: amended version [OC_UK.FID1479471]
**Sensitivity:** Confidential

FYI, I'm urging Mark and Simon to resolve asap any issues with the UK Pension Plan Trustees over the Guarantee needed to gain the Trustees' support for Project Swift. We should have a better sense of timing later today.

---

**From:** Cooper, Mark (MOP:0816)
**Sent:** Thursday, December 13, 2007 2:14 PM
**To:** Lasalle, Bill (TORWM:0381)
**Cc:** Freemantle, Simon (MOP:7550)
**Subject:** RE: Nortel: guarantee Dec 2007: amended version [OC_UK.FID1479471]
**Sensitivity:** Confidential

OK thanks Bill. We'll have a better sense of likely timing during the course of tomorrow when we hear back from the Trustee based on PWC's recommendations. We will keep you posted.

Mark.

---

**From:** Lasalle, Bill (TORWM:0381)
**Sent:** 13 December 2007 19:01
**To:** Cooper, Mark (MOP:0816)
**Cc:** Freemantle, Simon (MOP:7550)
**Subject:** RE: Nortel: guarantee Dec 2007: amended version [OC_UK.FID1479471]
**Sensitivity:** Confidential

Mark:

Just to confirm our earlier discussion - Gordon is okay in principle with providing a Guarantee provided the triggering event is the NNUK Insolvency Event as defined in your draft. Gordon is prepared to recommend the Board provide its required approval of the Guarantee on the basis that there is a tax benefit to NNL, the transaction will facilitate the flow of certain cash from the subsidiaries and there is an extremely low risk that the Guarantee will be triggered by an NNUK Insolvency Event.

1

PRIVILEGED - Global - All Estates          HIGHLY CONFIDENTIAL          NNC-NNL07063653 / 1



Gordon advises that with the approach of the holidays he will need to circulate written resolutions to the NNL Board members fairly soon in order to obtain the approval. This coming Monday, December 17 is not an absolute drop dead date, but close to it. I offer this not to create additional pressure on you but rather so that you can use this data point to press the Trustees for a rapid decision on the quantum and the final form of the Guarantee.

Please let me know asap if it begins to look like events will push out the decision into later next week so that I can let Gordon know.

Regards,

Bill

---

**From:** Cooper, Mark (MOP:0816)
**Sent:** Thursday, December 13, 2007 11:36 AM
**To:** Lasalle, Bill (TORWM:0381)
**Cc:** Freemantle, Simon (MOP:7550)
**Subject:** RE: Nortel: guarantee Dec 2007: amended version [OC_UK.FID1479471]
**Sensitivity:** Confidential

Bill, per your discussion with Simon I attach the proposed draft form of guarantee for your discussion with Gordon. I also attach a redline, showing a delta view of this version of the guarantee in comparison to the version agreed in 2006, showing changes.

Let me know if you would like to discuss.

Thanks,

Mark.

---

**From:** Freemantle, Simon (MOP:7550)
**Sent:** 13 December 2007 16:16
**To:** Cooper, Mark (MOP:0816)
**Subject:** RE: Nortel: guarantee Dec 2007: amended version [OC_UK.FID1479471]
**Importance:** High
**Sensitivity:** Confidential

Just got off the phone will Bill Lasalle. He wants me to send the latest draft g'tee to discuss with Gordon. I think you should send it. Can you ASAP?

---

**From:** Cooper, Mark (MOP:0816)
**Sent:** 13 December 2007 16:06
**To:** Geoff West; Freemantle, Simon (MOP:7550); Smith, Ryan (MOP:7500); Stephens, Kerry (MOP:7500); Egan, Lynn (NASHF:9792); Gill, Dara (MOP:8310); Connelly McGilley, Tracy (TORWM:0098); Helm, Charles (RICH1:9792); McCorkle, Michael (TORWM:0049); Williams, John (TORWM:0049)
**Cc:** Jonathan Hazlett; Paul Matthews
**Subject:** RE: Nortel: guarantee Dec 2007: amended version [OC_UK.FID1479471]
**Sensitivity:** Confidential

Jonathan/Paul, the definition of Guaranteed Obligation and clause 2.2(v) need to be consistent, whilst I appreciate the Trustees are unlikely to accept a definition based on FRS17 I suggest we adopt that standard for both references, and we can move on this to the buy-out basis in the context of our discussions.

2

Unless I receive any additional substantive comments by 4:30pm UK time (11:30am EST) I will instruct Osborne's to forward the draft to the Trustee's lawyers on the basis that it is "for discussion purposes" and remains subject to review by our Canadian internal legal team and to other relevant internal approvals.

Regards,

Mark.

Mark Cooper
Assistant General Counsel - Employment Law
Nortel

External Telephone: +44 (0) 1628 435185
Internal Telephone: ESN 560 5185
External Fax: +44 (0) 1628 438416
Internal Fax: ESN 560 8416

E-mail address: cooperm@nortel.com

This e-mail may contain confidential and privileged information from the Nortel Legal Department. The information is intended for the exclusive use of the individuals to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution, processing or use of this information is strictly prohibited. If you receive this message in error, please destroy it and notify me immediately.

---

**From:** Geoff West [mailto:geoff.west@osborneclarke.com]
**Sent:** 13 December 2007 15:46
**To:** Freemantle, Simon (MOP:7550); Smith, Ryan (MOP:7500); Stephens, Kerry (MOP:7500); Egan, Lynn (NASHF:9792); Gill, Dara (MOP:8310); Connelly McGilley, Tracy (TORWM:0098); Helm, Charles (RICH1:9792); McCorkle, Michael (TORWM:0049); Williams, John (TORWM:0049); Cooper, Mark (MOP:0816)
**Cc:** Jonathan Hazlett; Paul Matthews
**Subject:** Nortel: guarantee Dec 2007: amended version [OC_UK.FID1479471]
**Importance:** High
**Sensitivity:** Confidential

Please find attached the draft guarantee, amended to take account of the comments raised during the con call a little while ago, in clean and track changes versions.

There is one additional point which we would like to raise on clause 2.2(v) (see square brackets). This provides for the guarantee to fall away if the Scheme's deficit is extinguished. To our mind this is a reasonable provision; although we have drafted that the deficit is calculated on FRS17 basis. Realistically the Trustees are likely to resist such a low basis for calculating the deficit and to insist that, if anything, it is assessed on the buy out basis. Given the Scheme's funding position, this clause is unlikely to bite any time soon. However the definition of Guaranteed Obligation calculates the deficit on the buy out basis, which is inconsistent with 2.2(v).

However we would be grateful for your instructions on whether to retain FRS17 in 2.2(v) or move straight to buy out in the first draft for the trustees.

Kind regards

Geoff West
Solicitor Pensions Dept.

3

PRIVILEGED - Global - All Estates        HIGHLY CONFIDENTIAL        NNC-NNL07063653 / 3

Osborne Clarke
2 Temple Back East
Temple Quay
Bristol BS1 6EG
DX 7818 Bristol
direct dial: + 44 (0) 117 917 3776
direct fax: + 44 (0) 117 917 3777
e-mail: geoff.west@osborneclarke.com
or contact our web site:
http://www.osborneclarke.com

Osborne Clarke

Regulated by the Solicitors Regulation Authority.

A list of partners and registered foreign lawyers is available for inspection at our offices

Information contained in this e-mail is intended for the use of the addressee only, is confidential and may be the subject of Legal Professional Privilege. Any dissemination, distribution, copying or use of this communication without prior permission of the addressee is strictly prohibited.
The contents of an attachment to this e-mail may contain software viruses, which could damage your own computer system. While Osborne Clarke has taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage, which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.

4

PRIVILEGED - Global - All Estates     HIGHLY CONFIDENTIAL     NNC-NNL07063653 / 4