

| | |
|---|---|
| **From:** | Lasalle, Bill (TORWM:0381) |
| **Sent:** | Thursday, December 20, 2007 10:58 AM |
| **To:** | Davies, Gordon (TORWM:0098) |
| **Subject:** | FW: NNL Guarantee for Project Swift |

Gordon:

We are still waiting to see the final language of the Guarantee but in the meantime, Mark and I discussed the question you raised yesterday and he has provided us with the following update interpreting the the language used in the Guarantee relating to an Insolvency Event. I will send you a short update in the next hour of so after he sends me the language and I have a chance to read it.

Regards,

Bill

---

**From:** Cooper, Mark (MOP:0816)
**Sent:** Thursday, December 20, 2007 10:52 AM
**To:** Lasalle, Bill (TORWM:0381); Gill, Dara (MOP:8310)
**Cc:** Freemantle, Simon (MOP:7550)
**Subject:** RE: NNL Guarantee for Project Swift

Bill, you will see the final language when we send the draft of the guarantee through, but in the meantime, and hopefully to provide some reassurance for Gordon, the definition of an insolvency event in the guarantee is limited. The trigger event is the liquidation or dissolution of NNUK. The liquidation of NNUK may be compulsory by way of court order (following petition from NNUK creditors) or voluntary by way of resolution of NNUK's shareholders i.e. NNL. As drafted and agreed, the guarantee does **not** include more protective forms of insolvency such as voluntary arrangements, receiverships or administrations.

The draft has been agreed in principle by the lawyers, Pinsents are now awaiting authorisation from the Trustees to confirm their agreement.

Regards,

Mark.

---

**From:** Lasalle, Bill (TORWM:0381)
**Sent:** 20 December 2007 13:43
**To:** Gill, Dara (MOP:8310)
**Cc:** Cooper, Mark (MOP:0816); Freemantle, Simon (MOP:7550)
**Subject:** RE: NNL Guarantee for Project Swift

Dara:

We are in good shape and Gordon has signed all of the Swift documents presented to him yesterday by Peter Simeon, including the signature page of the Guarantee. Gordon had one question for me regarding the terms of the Guarantee. I've left you a rather lengthy voicemail message explaining the question. If you could send across to me the final version of the terms of the Guarantee, I will review it and either close with Gordon or get back to you if I have any follow up issues.

1

JOINT PRIVILEGED DOCUMENT    HIGHLY CONFIDENTIAL    NNC-NNL08190956 / 1

Thanks,

Bill

---

**From:** Gill, Dara (MOP:8310)
**Sent:** Wednesday, December 19, 2007 6:35 PM
**To:** Lasalle, Bill (TORWM:0381)
**Cc:** Cooper, Mark (MOP:0816); Freemantle, Simon (MOP:7550)
**Subject:** RE: NNL Guarantee for Project Swift

Bill

How is it going re the directors approvals for the NNL written resolution?

Regards

Dara

---

**From:** Lasalle, Bill (TORWM:0381)
**Sent:** 19 December 2007 18:24
**To:** Cooper, Mark (MOP:0816); Freemantle, Simon (MOP:7550)
**Cc:** Gill, Dara (MOP:8310)
**Subject:** NNL Guarantee for Project Swift

Mark and Simon:

Have you a final version of the Guarantee that I can ask Gordon to review and sign today? He will be out of the office and difficult to reach starting tomorrow, although arrangements can be made if necessary. In the meantime, we are beginning to receive back the NNL Directors' written approvals of the resolution authorizing the Guarantee, and so far that process is proceeding without a hitch.

Please let me know your thinking regarding the mechanics for having the Guarantee executed.

Regards,

Bill


Bill LaSalle
General Counsel - Operations
Nortel
Email Address  blasalle@nortel.com
Office  905.863.1032
Facsimile  905.863.8425

JOINT PRIVILEGED DOCUMENT        HIGHLY CONFIDENTIAL        NNC-NNL08190956 / 2