


C

TR41229.01

Subject to EMEA-Canada Joint Privilege

**To:** Davies, Gordon (TORWM:0098)[GADAVIES@nortel.com]; Connelly McGilley, Tracy (TORWM:0098)[TRACYC@nortel.com]; Simeon, Peter (TORWM:0098)[PETERSI@nortel.com]; Lasalle, Bill (TORWM:0381)[BLASALLE@nortel.com]; Helm, Charles (RICH1:9792)[CHELM@nortel.com]
**Cc:** Freemantle, Simon (MOP:7550)[sjfreemantle@nortel.com]; Smith, Ryan (MOP:7500)[rsmith@nortel.com]; Gill, Dara (MOP:8310)[DARAGILL@nortel.com]
**From:** Cooper, Mark (MOP:0816)
**Sent:** Thur 12/20/2007 4:37:15 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** Project Swift - NNL Guarantee
**Categories:** Produced By Microsoft Exchange V6.5

<u>Nortel Guarantee Version 20 12 07.DOC</u>

Gordon, I attach the final form of guarantee. With respect to the key elements of the guarantee (i) quantum (US $150 million), (ii) duration (30th June 2012), (iii) triggering event (a narrow definition of insolvency limited to liquidation or dissolution) we have remained within the boundaries we set at the commencement of our discussions with the Trustee's lawyer. Otherwise the wording generally reflects the principles agreed in the 2006 guarantee, which was the overriding principle agreed with the Trustee at the outset.

We are planning to release the guarantee signature page when we receive the signed Board Resolution.

Regards,

Mark.

Confidential

EMEAPRIV0096339

| | | |
|---|---|---|
| Court File No: 09-CL-7950 | *Ontario*<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br>Proceeding commenced at Toronto<br><br>**AFFIDAVIT OF GORDON DAVIES** | **OSLER, HOSKIN & HARCOURT LLP**<br>Box 50, 1 First Canadian Place<br>Toronto, Ontario, Canada M5X 1B8<br><br>Lyndon Barnes LSUC#: 13350D<br>Tel: 416-862-6679<br>Email: lbarnes@osler.com<br><br>Alexander Cobb LSUC#: 45363F<br>Tel: (416) 862-5694<br>Email: acobb@osler.com<br><br>Lawyers for the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, C. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRAGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES CREDITORS' ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

LEGAL_1:30310881.1