**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS
AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS
CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL
NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36,
AS AMENDED.

— and —

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**<u>DECLARATION OF CHRISTOPHER RICAURTE</u>**

(Submitted by US Interests)

I, Christopher Ricaurte, declare under penalty of perjury as follows:

## I.    <u>Introduction</u>

1.      In April 2007, I joined Nortel Networks, Inc. ("<u>NNI</u>") as Vice President of Financial Planning & Analysis for Global Operations.  In May 2009, my position with NNI changed to Senior Vice President of Finance for Nortel Business Services ("<u>NBS</u>").  In February 2010, I became the President of NBS.  My employment with NNI ended on September 30, 2011 when the work of NBS was largely completed.[1]  I also held various positions with NNI subsidiaries between February 2010 and September 2011.  At all times from April 2007 to September 2011, I was an employee of NNI and based in Raleigh, North Carolina.

2.      As the Vice President of Financial Planning & Analysis, I served as second in command of Global Operations for the Nortel group of companies (together, "<u>Nortel</u>") from April 2007 to May 2009.  In this position, I was responsible for overseeing all of the financial planning and analysis activities of Nortel's Global Operations.  This role included setting up the forecasting and planning for Global Operations around the world, setting up metrics on financial performance for the different segments within Global Operations, preparing budgets and reviewing the actual performance of Global Operations' segments against budgets, and helping to identify corrective actions to achieve targeted budgets.

3.      In Section II of this Declaration, I describe the structure of Nortel's Global Operations group before Nortel's insolvency filings; the functions performed by different teams within the Global Operations group; and the location of personnel performing those functions. In Section III, I describe the general structure of the NBS group; the functions it performed,

---

[1]     From February 2010 through September 2011, I also held the titles of President, Nortel Business Services & Officer of Nortel Networks Corporation, and President, Nortel Business Services & Officer of Nortel Networks Limited.

1

particularly the critical role it played in the line of business sales; and the location of personnel performing NBS's functions.

II.     **Global Operations**

4.      Within Nortel, Global Operations performed activities that benefited Nortel worldwide.  It constructed, deployed, serviced and transformed customer networks by providing mission critical services to Nortel's lines of business across Nortel's regional entities.  It played a key role in supporting and fulfilling, from beginning to end, orders from Nortel customers around the world.  For example, before a customer order even arrived, Global Operations personnel were responsible for assessing market demand provided by the sales organization and ensuring that adequate inventory was on hand.  On the other end, Global Operations personnel were available 24 hours a day, seven days a week, to ensure that customers' networks were operating properly and that any problems with Nortel products were properly resolved. Functionally, Global Operations also served as a cost center that managed both service costs and manufacturing costs for Nortel's four business lines around the world.

5.      During the period from my arrival in April 2007 through NNI's Chapter 11 filing on January 14, 2009, Nortel maintained four business lines, Carrier Networks, Enterprise Solutions, Global Services and Metro Ethernet Networks.[2]  During my tenure at Nortel, the business leaders of these businesses were as follows: (a) for Carrier Networks, Richard Lowe, who was an NNI employee located in Richardson, Texas; (b) for Enterprise Solutions, Joel Hackney and Steve Slattery, who were both NNI employees located in Richardson, Texas and Research Triangle Park, Raleigh, North Carolina, respectively; (c) for Global Services, Dietmar

---

[2]     NNI_01015871 (Nortel Networks Corporation 2007 Annual Report) at 18.

2

Wendt, an NNL employee located in Toronto, Ontario; and (d) for Metro Ethernet Networks,

Philippe Morin, who was an NNL employee located in Montreal, Quebec.

6.      Global Operations' services fell within three general areas: (1) Supply Chain

Management; (2) Manufacturing Support, Procurement, Logistics; and (3) Technology

Introduction and Support.  Each of these broad areas was further divided into functional teams.

The structure and services provided by Global Operations are described further below.

7.      As of December 31, 2007, Global Operations had 3,616 full-time employees.

NNI employed the largest number of Global Operations personnel, with 1,581 full-time

employees, or approximately 44% of total Global Operations personnel.  By contrast, NNL

employed 972 full-time employees, or approximately 27% of Global Operations personnel; and

Europe, Middle East and Africa ("EMEA") employed 539 full-time employees, or approximately

15% of Global Operations personnel.[3]

## A.    Supply Chain Management

8.      Supply Chain Management's responsibilities worldwide included processing

customer orders, ensuring that products were adequately tested, and ensuring that products were

available for customers in accordance with market demand.  As part of these responsibilities,

Supply Chain personnel established partnerships with channel partners, suppliers, and strategic

alliances managed by Nortel to achieve an overall global strategy to serve customer

requirements.

---

[3]    NNI_01015076 (NNL and NNI Joint Request for U.S.-Canada Bilateral Advance Pricing
       Agreement/Arrangement 2007-2011 (with rollback to 2006), dated October 31, 2008,
       Appendix D, Functional Analysis of Operational Activities) at 4.  For purposes of my
       discussion of Global Operations headcount figures, my references to EMEA include only
       NNUK, NNSA, and NN Ireland.

9.      Nortel's largest supply chain counterparty was Flextronics, Inc. (together with its affiliates, "Flextronics"), which entered into an agreement to purchase the majority of Nortel's manufacturing facilities in 2004.  By 2006, Nortel had largely completed the outsourcing of its manufacturing operations.  As of September 30, 2008, Flextronics supplied approximately 75% of Nortel's finished products around the world.  Together with my NNI colleague Joseph Flanagan, I led the negotiation of the settlement with Flextronics that took place at the time of the Chapter 11 filing ("Flextronics Settlement").  The Flextronics Settlement ensured that Nortel would continue its operations without disruption and provided that Nortel would (a) purchase certain inventory in a total amount of $120 million, with payments to be made on an agreed schedule and (b) pay for post-bankruptcy goods and services on a weekly basis.  Without that settlement with Flextronics, Nortel would not have been able to continue to fulfill customer orders following the Chapter 11 filing.

10.     Supply chain management personnel were involved across the entirety of Nortel's supply chain, including market planning and forecasting, processing customer orders, supply management, vendor management, manufacturing, on-site delivery, installation and integration.

11.     Most of the Supply Chain personnel were employed by NNI during my tenure at Nortel.  As of December 31, 2007, for example, NNI employed 36% of Nortel's Supply Chain personnel; NNL employed 18%; and EMEA employed 15%.[4]

12.     The Supply Chain group had many subgroups, including Order Management, Supply Chain Product Leadership, Materials Management, Inventory Management, Supply Chain Operations, Supply Chain Quality, Inventory Management, and various administrative functions, as described further below.

---

[4]    NNI_01015076 at 9.

13.     Order Management's responsibilities included booking, billing, scheduling, receiving an order and facilitating timely delivery of Nortel products to the end-user.  The Order Management team in the United States was responsible for providing order management services for both Canada and the United States.  Order Management was the largest team in the Supply Chain organization.  As of December 31, 2007, there were 225 employees in Order Management; NNI employed 70, or roughly 31% of the subgroup; NNL employed 38, or roughly 17% of the group; and EMEA employed 85, or roughly 38% of the subgroup.[5]

14.     The Supply Chain Product Leadership team was responsible for product-related functions such as product testing and new product information.  In particular, this team would establish the Bill of Materials for new products and would also conduct the final testing and assembly of such products before shipment to certain customers.   Also, when there was excess inventory, this team would be involved in coordinating to create demand for the inventory by means such as special marketing packages, pricing incentives and sales incentives.  As of December 31, 2007, the Supply Chain Product Leadership team had 159 employees; NNI employed 57, or roughly 36% of the subgroup; and NNL employed 30, or roughly 19% of the subgroup.[6]

15.     The Materials Management subgroup was responsible for inventory management globally.  It prepared the consolidated materials plan for suppliers and managed constraints.  For instance, if the supply exceeded demand in a particular region, the Materials Management team would attempt to reallocate inventory.  The Leader of Material Management made the ultimate decisions regarding inventory allocation between regions.  As of December 31, 2007, the

---

[5]     NNI_01015076 at 9.

[6]     NNI_01015076 at 9.  EMEA employed 1, or roughly 1% of the subgroup.

Materials Management team had 108 employees; NNI employed 63, or roughly 58% of the subgroup; and NNL employed 30, or roughly 28% of the subgroup.[7]

16.    The Supply Chain Operations subgroup was responsible for managing end-to-end supply chain activities to ensure that customers' expectations and requirements were met.  This responsibility included partnering with channel partners, suppliers and strategic alliances managed by Nortel to serve customer requirements.  As of December 31, 2007, Supply Chain Operations had 76 full-time employees; NNI employed 18, or roughly 24% of the subgroup; NNL employed 13, or roughly 17% of the subgroup; and EMEA employed 33, or roughly 43% of the subgroup.[8]

17.    The Quality Control team worked with field quality engineers to ensure product quality throughout the deployment process.  If quality issues arose, the Quality Control team would engage R&D engineers as well as the appropriate Product Line Management Team to determine the cause.  Because of their close relationship, Quality Control employees were generally located in geographic proximity to R&D and Product Line Management teams.  As of December 31, 2007, Quality Control had 65 employees; NNI employed 31, or roughly 48% of the subgroup; and NNL employed 30, or roughly 46% of the subgroup.[9]

18.    The rest of the Supply Chain employees performed other administrative and back-office functions supporting manufacturing services, process improvements, lifecycle management, inventory management, master data management, business reporting, global accounts processes and supply chain management.  As of December 31, 2007, there were 186 employees working on these functions; NNI employed 51, or roughly 27% of the subgroup;

---

[7]    NNI_01015076 at 9.  EMEA employed 3, or roughly 3% of the subgroup.

[8]    NNI_01015076 at 9.

[9]    NNI_01015076 at 9.  EMEA employed 2, or roughly 3% of the subgroup.

NNL employed 5, or roughly 3% of the subgroup; and the majority were employed at other Nortel locations across the rest of the world.[10]

### B.    Manufacturing Support, Procurement and Logistics

19.    The Manufacturing Support, Procurement and Logistics group was headed by a Chief Procurement Officer, who was an NNI employee.  As of December 31, 2007, this group comprised 1,151 employees; NNI employed 262, or roughly 23% of this group; NNL employed 363, or roughly 32% of this group; and EMEA employed 320, or roughly 28% of this group.[11]

20.    While Nortel had operated previously as a vertically integrated operation – that is, one that built most products in-house – by the time I arrived at Nortel, it had divested itself of most of its manufacturing operations.  Nortel instead used outside electronic manufacturing services ("EMS") suppliers, strategic partners, and original equipment manufacturers ("OEM") to deliver its customers' orders.  Nortel used this outsourcing model in order to benefit from leading manufacturing technologies, leverage existing global resources, lower sales costs, adjust more quickly to fluctuations in market demand, and decrease investments in plants, equipment and inventories.  The Manufacturing Support, Procurement, and Logistics teams were responsible for sourcing products from suppliers that often manufactured components according to Nortel's custom specification.  These suppliers also often delivered the products to the customer's facility via an outsourced logistics network.

21.    Employees in the Manufacturing Services team managed the quality of the products produced by EMS suppliers, and were responsible for ensuring that the EMS suppliers performed their obligations efficiently and in a timely manner, under the direction of Global Operations management based in the United States.  Manufacturing Services employees selected

---

[10]    NNI_01015076 at 9.  EMEA employed 3, or roughly 2% of the subgroup.

[11]    NNI_01015076 at 11-12.

vendors, negotiated contracts, and worked closely with contract manufacturers to develop

processes and methods to reduce costs and contribute to margin management of Nortel's

products.  As of December 31, 2007, the Manufacturing Services team had 829 employees; NNI

employed 194, or roughly 23% of the group; NNL employed 305, or roughly 37% of the group;

and EMEA employed 291, or roughly 35% of the group.[12]

22.     Nortel's Global Procurement group was divided by spending portfolio. One

portfolio was responsible for corporate or indirect procurement of internal use goods and

services, which consisted of any supplier spend that was not used in the production of a product,

such as travel spend, facility services and temporary and contract labor.  Another portfolio

handled components used in Nortel products globally.  A third portfolio was responsible for

third-party OEM products, software and negotiating third-party software licenses. For example,

Global Procurement negotiated the terms and conditions of contracts – including pricing,

delivery requirements, and warranty and other provisions – with Wistron, a third-party OEM

from which Nortel sourced handsets.  A fourth portfolio was responsible for network field

services, including working with third parties to supplement Nortel's own field service

employees on installations and startups.  Key members of the team were responsible for

reviewing and approving major contracts with OEMs.  As of December 31, 2007, this team had

295 employees; NNI employed 61, or roughly 21% of the group; NNL employed 53, or roughly

18% of group; EMEA employed 22, or roughly 7% of the group; and the majority were

employed at other Nortel locations across the rest of the world.[13]

23.     The Global Logistics team was geographically focused to serve customers locally,

and Nortel largely outsourced this function.  This team had 28 employees; NNI and EMEA

---

[12]   NNI_01015076 at 11-12.

[13]   NNI_01015076 at 12-13.

employed 7 each, or 25% of the group each; and NNL employed 5, or roughly 18% of the group.[14]

### C.    Technology Introduction and Support

24.    The Technology Introduction and Support group was responsible for global product technical support, technology introduction, software delivery and emergency recovery. During my tenure at Nortel, Technology Introduction and Support personnel were primarily employed by NNI.  Specifically, as of December 31, 2007, the team had 1,646 employees; NNI employed 1,029, or roughly 63% of the group; and NNL employed 463, or roughly 28% of the group.[15]

25.    Global Product Support was the largest team under the Technology Introduction and Support group.  It focused on providing technical support and addressing product defects when the regional technical support team was unable to resolve a particular issue.  The team managed approximately 200,000 cases every year across the world.  In general, the size of the networks and volume of installed base served by the Global Product Support team in the US were larger than other regions.  As of December 31, 2007, the Global Product Support team had 707 employees; NNI employed 392, or roughly 55% of the group; and NNL employed 288, or roughly 41% of the group.[16]

26.    The Technology Introduction team was responsible for new products validation, including final testing before a new product could be released.  As of December 31, 2007, this

---

[14]    NNI_01015076 at 12-13.

[15]    NNI_01015076 at 13.  EMEA employed 93, or roughly 6% of the group.

[16]    NNI_01015076 at 13-14.  EMEA employed 18, or roughly 3% of the group.

group had 306 employees; NNI employed 208, or roughly 68% of the group; NNL employed 53,

or roughly 17% of the group; and EMEA employed 30, or roughly 10% of the group.[17]

27.    The Emergency Recovery team was available 24 hours a day, seven days a week

to assist customers experiencing an outage and to assist in getting networks back online.  The

telecommunications industry is known for the so-called "five nines" of reliability, or 99.999%

performance, as customers demand constant service without interruption.  As a major supplier of

telecommunications equipment, Nortel had obligations to provide emergency recovery and repair

services to its customers to allow them to meet the five-nines standard.  Global Operations

maintained emergency recovery response centers located in North Carolina, Texas and Ottawa,

which had global responsibility.  As of December 31, 2007, this team had 222 employees; NNI

employed 186, or roughly 84% of the group; and NNL employed 36, or roughly 16% of the

group.[18]

28.    The Software Delivery team was responsible for the distribution of Nortel's

software.  As of December 31, 2007, this team had 123 employees; NNI employed 81, or

roughly 66% of the group; NNL employed 0; EMEA employed 9, or roughly 7% of the group;

and the rest of the group was in India.[19]

### III.    Nortel Business Services

29.    In May 2009, following the decision to divest all of the Nortel businesses and

assets, it was decided that NBS would be created to include functions from Global Operations,

Corporate Operations and Finance.  These functions provided support for Nortel's operations

across multiple business lines, and therefore could not be isolated and included with the

---

[17]    NNI_01015076 at 13-14.

[18]    NNI_01015076 at 13-14.  EMEA employed 0.

[19]    NNI_01015076 at 13-14.

individual business line sales.  NBS's initial primary objective was to provide efficient and flexible support for the ongoing needs of the businesses of Enterprise Solutions, Carrier Networks and Metro Ethernet Networks, and of the LG-Nortel joint venture, as Nortel sold off its business lines.  NBS also sought to enable an effective transition of assets to buyers and to support the corporate operations of the business lines being transferred, often through transition services agreements ("TSAs") negotiated and entered into by NBS with the purchasers of Nortel's businesses.  To help achieve these objectives, NBS also created new TSA general management positions.

30.     Joseph Flanagan, then head of Global Operations, was selected to lead NBS in May 2009, and I became the head financial officer and second in command of NBS.  I reported to Paviter Binning, NNL's CFO; the US principal officer, John Ray; and the boards of NNI, NNL and Nortel Networks Corporation ("NNC").  After Mr. Flanagan's departure from Nortel in February 2010, I became President of NBS.

31.     As of May 2009, several teams reported to me within NBS.  These included Americas Contract Assurance, Asia Control and Contract Assurance, CALA Control and FP&A, Global Operations Control and North America Control.  These teams essentially produced the unconsolidated financial statements for the entire company, with the exception of EMEA.

32.     In my role at NBS, I was responsible for all of the financial activities necessary to set up NBS, including financial planning and analysis activity.  I was also involved in reviewing draft TSAs prior to their signature in order to project the expected costs and conduct other financial analyses to ensure that Nortel would at least break even on the TSAs.  Once the agreements were signed, I monitored NBS's performance under the TSAs to ensure that we achieved the milestones necessary to avoid significant penalties for non-performance.

33.    NBS entered into TSAs and provided transitional services to buyers for the

following sales: (1) Project Pluto, the sale of the Multi Service Switch, or Passport, assets to

Ericsson; (2) Project Paragon, the sale of CVAS assets to Genband; (3) Project Isis, the sale of

the GSM/GSM-R assets to Ericsson; (4) Project Snow, the sale of the Metro Ethernet Networks

assets to Ciena; (5) Project Seville, the sale of the Next Generation Packet Core assets to Hitachi;

(6) Project Equinox, the sale of the Enterprise assets to Avaya; (7) Project Eckberg, the sale of

the CDMA/LTE assets to Ericsson; and (8) Project Velocity, the sale of the Layer 4-7 assets to

Radware.  In particular, the CDMA sale and the Enterprise sale occupied the most NBS

resources and brought in the most revenues for NBS, with substantial work carried out in the US.

34.    Under these TSAs, NBS provided a large number of important services to ensure

smooth transitions of the various business lines from Nortel to the buyers.  These services

included ensuring the maintenance of customer and network service levels during the integration

process, and providing expertise in finance, supply chain management, information technology,

R&D, human resources, and real estate to purchasers pursuant to the TSAs.  In particular, prior

to the closing of a sale, NBS was responsible for extracting the data contained in the company's

IT system that related to the lines of business, including but not limited to financial, technology

and product information, so that it could be transferred to the purchasers.  NBS also provided

financial services to close the books for counterparties.  This involved ensuring that revenue was

stated properly, ensuring that proper controls were in place, providing assurances to public

auditors that the financials were correctly stated, and performing a SAS-70 audit.  NBS also

provided supply services to counterparties to the Sale Agreements and TSAs, including services

to integrate the purchaser's own suppliers.  Finally, NBS provided the IT solutions to enable the

switchover for the lines of businesses from Nortel to the buyers, although this was outside the terms of the TSAs.

35.     For instance, in connection with the sale of Nortel's CVAS assets to Genband, NBS provided a wide range of important IT services, including continuing network support services such as data back-up recovery and IT security; interim mobile phone services for certain employees; interim home-based network access for certain employees; and telephone, voicemail and email service for certain employees transitioning to Genband.  NBS also provided logistical services, including transportation management and warehouse management, and significant services related to fields as diverse as global trade compliance, global repair services, tax management, audit support, accounts receivables, call centers, supply chain services, and environmental health and safety services.

36.     In performing these transitional services, NBS sought to maximize cash for Nortel and deliver quality and timely service to the purchasers, while retaining the skills necessary at Nortel to perform the TSAs to completion.  In addition, any failure to perform under the TSAs would have created substantial damage claims in favor of the purchasers.  For example, the TSA with Ericcson for the sale of the CDMA/LTE business included potential liability for Nortel of up to $50 million in the event Nortel breached the TSA.[20]  In addition, the TSA with Ciena contained significant penalties for Nortel if the required service levels were not met for the closing of their books, a function performed primarily by NNI employees.  Independent of the TSAs, NBS also focused on maximizing the recovery of accounts receivables, inventory and real estate assets.

---

[20]   NNC-NNL06001809 at 16.

37.     The services provided by NBS were based largely in the United States.  A March 2, 2010 NBS budget review gives a snapshot of the distribution of personnel within the organization.  At that time, NBS had 2,400 employees.  The transitional services general management team was led by Oliver Luker, an NNI employee, and James Patchett, an NNL employee; 50% of the personnel were located in the US, and 42% were located in Canada.  The finance team was led by Allan Bifield, an NNL employee; 52% of the personnel were located in the US, and 14% were located in Canada.  The Supply Chain Services team was led by Don McKenna, an NNI employee; 47% of the personnel were located in the US, and 21% were located in Canada.  The real estate team was led by David Dunn, an NNL employee; 54% of the personnel were located in the US, and 27% were located in Canada.  The IT team was led by George Reichert, an NNI employee; 40% of the personnel were located in the US, 44% were located in Canada, and 8% were located in EMEA.  The Human Resources team was led by Elena King, an NNL employee; 68% of the personnel were located in the United States, and 10% were located in Canada.[21]

38.     As of the time that I left Nortel in September 2011, NBS had performed nearly all of its obligations under the TSAs described above, and the purchasers were able to operate as independent companies as a result of the services provided by NBS.

[*Remainder of page intentionally left blank*]

---

[21]    BHG0146205 at 5, 14, 60, 71, 80, 94, 105.

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

Dated:  April 11, 2014

Christopher Ricaurte

15