**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                                          :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                   :    Case No. 09-10138 (KG)
:
                                   Debtors.                         :    Jointly Administered
:
                                                                                   :    **Hearing Date: TBD**
:
---------------------------------------------------------------X

**EIGHTEENTH QUARTERLY FEE APPLICATION OF JOHN RAY,**
**AS PRINCIPAL OFFICER OF NORTEL NETWORKS, INC. AND ITS AFFILIATES,**
**FOR THE PERIOD FEBRUARY 1, 2014 THROUGH APRIL 30, 2014**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), John Ray hereby submits his Eighteenth Quarterly Fee Application Request (the "Request") for the period February 1, 2014 through and including April 30, 2014[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibit A attached to the monthly applications (D.I. 13501) (the "Monthly Applications") contain detailed listing of John Ray's requested fees and expenses for the Application Periods.

John Ray seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | 80% of Total Fees Requested | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/6/2014 D.I. 13501 | 2/1/2014- 4/30/2014 | $37,030.00 | $0.00 | PENDING | $29,624.00 | $0.00 | $7,406.00 |
| TOTAL | | $37,030.00 | $0.00 | | $29,624.00 | $0.00 | $7,406.00 |

In accordance with the Monthly Compensation Order, John Ray seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, John Ray respectfully requests that the Court enter the order attached hereto as Exhibit A and grant John Ray such other and further relief as is just and proper.

Dated:   May 19, 2014
         Wilmington, Delaware

JOHN RAY

_____
John Ray
*Principal Officer for Nortel Networks Inc*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Ray | Principal Officer | $700.00 | 52.90 | $37,030.00 |
|  |  |  |  |  |
| **TOTALS** |  |  | **52.90** | **$37,030.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| MOR, required monthly/period disclosures, Schedule Amendments, Form 26 | 2.60 | $1,820.00 |
| Contracts - assumption/rejection analysis & support, Executory contract review | | |
| Claims matter | 7.60 | 5,320.00 |
| Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | 3.30 | 2,310.00 |
| Asset Sales or Other Transactional Support | | |
| IT Infrastructure / Data Support | | |
| Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 31.20 | 21,840.00 |
| Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 2.20 | 1,540.00 |
| Development of Plan of Reorganization; Disclosure Statement | | |
| Non-working travel (charged at half rate) | | |
| Fee Applications | 6.00 | 4,200.00 |
| **TOTAL** | **52.90** | **$37,030.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**

| **Expense Category** | | **Total Expenses** |
|---|---|---|
| Travel – Airline | | $ 0.00 |
| Travel – Lodging | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Transportation | | 0.00 |
| Travel – Parking | | 0.00 |
| Office supplies, shipping, and other office related expenses | | 0.00 |
| PACER | | 0.00 |
| **TOTAL** | | **$ 0.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]