This is Exhibit "C" referred to in the Affidavit of PHILIPPE
ALBERT-LEBRUN sworn _9 May_ , 2014

_Commissioner for Taking Affidavits (or as may be)_

Vu pour la certification
matérielle de la signature
de Mr _Philippe ALBERT - LEBRUN_
apposée _ci - dessus_

# Nortel Networks SA

**Functional Analysis**
**For the years ended December 31, 2000 – 2004**

**Highly Confidential**

**NNI_01492150**

Nortel Networks SA
Functional Analysis: December 31, 2000 – 2004
Table of Contents

I. EXECUTIVE SUMMARY.................................................................................................................. 2
II. PURPOSE AND SCOPE................................................................................................................. 7
III. OVERVIEW OF NORTEL............................................................................................................. 8
IV. FUNCTIONAL ANALYSIS............................................................................................................ 8
VI. DEMOGRAPHICS........................................................................................................................ 97
APPENDIX A: OVERVIEW OF NORTEL......................................................................................... 99
APPENDIX C: 2000 OPERATING SEGMENTS.............................................................................. 112
APPENDIX D: 2001 OPERATING SEGMENTS.............................................................................. 118
APPENDIX E: 2002 OPERATING SEGMENTS.............................................................................. 127
APPENDIX F: 2000 PRODUCT DEVELOPMENT ACTIVITIES................................................... 138
APPENDIX G: 2001 PRODUCT DEVELOPMENT ACTIVITIES.................................................. 139
APPENDIX H: 2002 PRODUCT DEVELOPMENT ACTIVITIES.................................................. 141

**Highly Confidential**

**NNI_01492151**

*See Notice to Tax Authorities at Page (i)*

# I. Executive Summary

## *Purpose and Scope*

Through its subsidiary corporations, Nortel Networks Corporation ("Nortel", "Nortel Group", or "the Company") has applied to the governments of Canada, the United Kingdom (U.K.) and the United States of America ("U.S.") for an advanced pricing arrangement / agreement ("APA") to replace previous APAs that were based upon a research and development cost sharing agreement ("R&D CSA") amongst various Nortel companies.

The expiration of the old R&D CSA forced the participants to negotiate and agree to new method for sharing risk, and profits. Furthermore, it was recommended by the APA tax authorities that based upon Nortel's particular facts and circumstances, a single APA covering all of Nortel's intercompany transactions would assist in simplifying Nortel's transfer pricing approach for all parties involved. Accordingly, Nortel submitted a request for a comprehensive APA in March 2002. This request covered the transactions previously governed by the R&D cost sharing, headquarter expenses and tangible goods APAs. Based upon the facts and circumstances described in this functional analysis, Nortel believes that the Residual Profit Split ("RPS") method is the most appropriate transfer pricing methodology to apply to its intercompany transactions. Nortel has continued to pursue an APA for the years 2000 to 2004 in good faith. Nortel has responded to numerous Information Document Requests ("IDRs") from each of the tax authorities, arranged for site visits for each of the tax authorities and has provided this functional analysis.

This functional analysis, which has been prepared at the request of the IRS APA team, is being provided to the APA teams of the IRS, the Canada Revenue Agency ("CRA") and the Inland Revenue of the United Kingdom. This document evidences the key roles and risks of the APA applicants in support of the use of the residual profit split arrangement.

This functional analysis provides the information concerning Nortel for the 2000 to 2004 period (with a primary focus on the 2000 to 2002 years) and is organized as set forth in the outline[1] approved by the IRS APA team at the time of their request. Certain information is presented as appendices to this analysis. Financial and economic analysis were not included in this document but will be provided to the tax authorities once revised financial information is available.

---

[1] Refer to Appendix A.

2

**NNI_01492152**

*See Notice to Tax Authorities at Page (i)*

## *Overview of Nortel*

Nortel is an industry leader and innovator focused on developing technological solutions aimed at transforming how the world communicates and exchanges information. Nortel is removing barriers to business opportunity through the supply of communications technology and infrastructure to enable value-added internet protocol, or IP, data, voice and multimedia services that support the Internet and other public and private networks using wireline and wireless technologies. Nortel refers to the technology and infrastructure that it supplies as "networking solutions". Nortel's networking solutions generally bring together diverse networking products from its various product families, and related services, to create either a customized or "off the shelf" solution for customers. Nortel's business consists of the design, development, manufacture, assembly, marketing, sale, licensing, installation, servicing and support of these networking solutions.

Nortel's industry is characterized by high investment in product R&D and a high degree of commercial risk due to rapidly changing technologies, evolving industry standards, frequent product introductions and short product life cycles. The development of new, technically advanced, products is a complex and uncertain process requiring high levels of innovation, as well as the accurate anticipation of technological and market trends. Product is constantly changing to incorporate the latest in technological advances. Without continuing investment in innovation, the technology becomes obsolete even though some residual commercial value exists throughout the term of related patents. Products and technologies developed by competitors may render Nortel's products obsolete. Even with ongoing development, market conditions may significantly affect the commercial acceptance and viability of advanced technology solutions, effectively making even the most up-to-date and workable solutions commercially obsolete. Generally, ongoing success is driven by the demand for technically advanced products; the technology (including its effectiveness, cost efficiency and reliability), rather than customer relationships, is key to success. Therefore, Nortel must maintain speed to market, but must incur risks by adopting "early" standards, advancing product innovation and interpreting industry trends.

In general, the market situation for technology-based companies has become extremely volatile. The turbulent and uncertain state of the technology industry is reflected in the following:

- In the late 1990s, the demand for new "information age" technology was extremely high as industry and government invested in information hardware. In search for new and commercially viable technological solutions, merger and acquisition activity reached a frenetic pace and share values greatly exceeded underlying book values;

3

**NNI_01492153**

- The early 2000s as a period of general economic uncertainty. Consequently, technology markets collapsed with a precipitous drop in demand for, and capital investment in, products incorporating the Company's and its competitors' technologies. As a result, the industry experienced a substantial decline in revenues and in share values accompanied by write-offs of technological assets. As a result of this decline, funding became scarcer and companies were left with the difficult decision on how they would allocate their declining capital resources.

For Nortel, reported revenue decreased from a record high in 2000 of $30,275 million, to $10,560 million in 2002 and to approximately $10,000 million in 2003[2]. The most severe decline in Nortel's revenue throughout this period was experienced in the U.S. (see Exhibit IV.8). Demand for telecommunications equipment decreased substantially in response to the rapid and severe industry and economic recession in the U.S.

To illustrate the severity of the collapse in the technology sector over this three-year period and, in particular its impact to Nortel, Nortel's stock exchange market capitalization declined from a high of $260 billion in 2000 to a low of $2 billion in 2002, a decrease of approximately $258 billion in a three-year period.

Companies responded to these adverse economic conditions in different ways and adopted a variety of strategies. Nortel's strategy was to focus on core R&D activities increasing the relative size of its R&D force and substantially reducing its manufacturing base and proportionately downsizing its distribution and management resources (see Exhibit IV.26). Accordingly, from 2000 to 2004, Nortel focused its supply chain resources and investments on those areas that provided true competitive differentiation and offered the most value for its customers. These competitive differentiating factors included the introduction of new products, and the continuing deployment, integration, and support of complex, multi-technology network solutions.

---

[2] The 2003 revenue figure is based on unaudited financial statements subject to further review.

4

**NNI_01492154**

*See Notice to Tax Authorities at Page (i)*

## Key Findings

This functional analysis demonstrates the following key points:

- Nortel's core business is developing and maintaining technically advanced networking solutions to meet anticipated market demands. The Nortel entities performing R&D activities ("R&D Entities") play the major role in this business and, work together to succeed in a very risky and competitive environment.

- During the period covered by this analysis, the industry and Nortel experienced the end of unprecedented growth from the late 1990s due to rapid infrastructure build-out and strong economic growth followed by a dramatic sector collapse in the subsequent years. During this period, Nortel had to re-think its business strategy and restructured its operations in order to react to the changing market conditions. Nortel's business transformation focused on the divestiture of low value-add or non-core business functions.

- Throughout the period covered by this functional analysis, each of the R&D Entities performed substantially the same core business functions and assumed similar risks. Together the R&D entities perform most of Nortel's critical R&D activities as evidenced by the level of R&D spend. NNSA accounts for approximately 13% of the total R&D spend in 2003 as illustrated in Exhibit IV.14 of the functional analysis. **[replace by % NNSA represent in terms of total R&D spent]**

- In order to respond to changing market conditions, Nortel needed to revise its strategy, which resulted in an even more focussed R&D effort. As a result, overall R&D resources increased relative to Nortel's overall workforce.

- Technology tends to have a short commercial life and value without ongoing R&D. Even with current R&D spend, there is risk of rapid decline in commercial value of developed and in process technology. Despite a short commercial life, patents protect core technologies for a longer period, and support the benefits of ongoing R&D investment.

- Despite the severe down turn in the Telecom market, Nortel continued and in fact increased its R&D spend as a percentage of sales. The yearly R&D spend by the R&D Entities is essential and is recognized as the way for Nortel to drive revenue.

- In the transition from the previous cost sharing regime, the stakeholders continued to bear the risks inherent in their technologies and to share in the commercial success of their products.

5

- The R&D Entities bore the responsibility for, and risks associated with, ongoing R&D activities. Each of the R&D participants performs unique R&D, however each Participant relies on each other for the R&D they produce and contribute.

## *Concluding Comments*

Based upon the findings of the functional analysis, it can be concluded that as fully integrated entities (performing R&D, manufacturing and distribution), each of the R&D Entities performs similar functions and assumes similar risks. The key functional activity performed by the R&D Entities is R&D. Ultimately, Nortel's success or failure is driven by the outcome of its continuing R&D investments. Consistent with this and the functions performed and risks assumed, each R&D Entity should share equitably in the residual profits and losses of Nortel.

In Q3 2000, the Telecom market began to collapse in the U.S. A drastic reduction in capital spending, led by the U.S., began to occur globally. The capital spending in 2000 followed by the decrease in capital spend in 2001 and 2002 was unprecedented, the likes with which the industry never previously has seen. The capital spending in the late 1990's lead to over capacity in networking technologies. The decline in capital spending was rapid and unpredictable. Such events lead to a rapid decline in technology value and Nortel's market cap. Despite such decline, Nortel continued to invest and invent leading edge technology as such technology would be the driver in current and future sales. Given the market risk, functions and considerations of Canada, the U.S., France and the U.K., there was some practicality to have each Residual Profit Split ("RPS") participant share proportionately in the profits and losses as each entity continued to share in the entrepreneurial risks.

The R&D Entities were parties to the old R&D Cost Sharing Agreement ("CSA") and historically developed valuable intangibles by incurring R&D expenses during the period the former CSA was in effect. These entities are entitled to participate in the ongoing benefits from their historical IP and bear the risks associated with the continuing value of that IP.

The R&D Entities have maintained their IP activities and have agreed to continue participating in the future benefits of new IP subsequent to the termination of the R&D CSA at December 31, 2000. Accordingly, these entities are responsible for ongoing entrepreneurship and risk-taking functions with respect to the IP arising from their collective R&D efforts. As noted in the key findings above, R&D is the primary contributor to the success of Nortel's operations. Nortel's customers choose Nortel products and services because Nortel is viewed as a technology leader in its market and because Nortel is committed to using its R&D resources in providing full pro-active services and support to its customers.

Though each R&D cost sharing participant continued with its rights to the legacy technology, without the commitment to new and innovative ideas, legacy technology

6

would become obsolete in a very short period of time. Only the constant pursuit of cutting edge technology allows for continued success.    This commitment to cutting edge technology comes with great risk should the participants not be able to introduce any new and commercially significant products into the market place.

Although the RPS approach was intended to simplify the allocation of global profits and losses, a number of very significant developments in the industry and within the Company have made the appropriate allocation more complex than originally anticipated.    These developments include: a significant market decline, first in the U.S. and then in the rest of the world; a decrease in IP values throughout the industry; a steep decline in revenues and in R&D spending; and the conversion from the former cost sharing policy to the RPS. The methodology employed to apply the RPS must be sufficiently flexible to adapt to these developments so that it attains an equitable allocation amongst the RPS participants.

## II. Purpose and Scope

### *Purpose*

This document provides a functional analysis of Nortel during the 2000 to 2004 tax years for the purposes of the current tax audit of Nortel Networks SA ("NNSA") in France by the French Tax Authorities.  This tax audit pertains to fiscal years ended 31 December 2001 to 31 December 2003.

### *Scope*

This functional analysis covers Nortel's fiscal years ended December 31, 2000 to October 31, 2004, with a primary focus on the 2000 to 2002 years. While this functional analysis describes the functions, risks and intangible assets associated with Nortel's globally operations, the primary entities/geographic regions that are the focus of this analysis are as follows:

- Nortel Networks Ltd. (which will be referred to as "NNL" or "Canada");[3]
- Nortel Networks Inc. (which will be referred to as "NNI" or "US")[4];

---

[3] For purposes of this analysis, NNL includes the results of Nortel Networks Limited and Nortel Networks Optical Components Corporation, a wholly-owned subsidiary of NNL that was formed in March of 2001 and wound up into NNL at December 31, 2001. Note that the original transfer of the assets, etc. globally was rescinded in Sept 2001.

[4] For purposes of the analysis, NNI includes all subsidiaries of NNI located in its U.S. consolidated federal income tax returns and all successors and predecessors to NNI, excluding Nortel Networks CALA Inc.

7

**Highly Confidential**

**NNI_01492157**

8

*See Notice to Tax Authorities at Page (i)*

- Nortel Networks UK Limited (which will be referred to as "NN UK" or "UK")[5]; and

- Nortel Networks SA (which will be referred to as "NNSA" or "France").

All other members of the Nortel Group of companies will be referred to as "ROW" (rest of world).

The information contained in this analysis was obtained through a variety of sources including, industry reports, publicly filed company information, financial records and Nortel personnel.

**All dollar figures presented in this document are stated in millions of U.S. dollars unless otherwise noted.**

## III. Overview of Nortel

A detailed overview of Nortel is located at Appendix B. The overview includes a discussion of the following:

A. Acquisitions/Divestitures/JVs/Alliances
B. Outsourcing
C. Downsizing
D. SWOT (Strengths, Weaknesses, Opportunities, Threats) Analysis

## IV. Functional Analysis

Nortel is headquartered in Brampton, Canada and is the ultimate parent of the Nortel Group of companies. The Nortel Group is comprised of over 200 subsidiaries located throughout the world and has offices in the following geographic regions:

- Canada;
- U.S.;
- U.K.;
- Europe, Middle East and Africa region ("EMEA", which includes France);

---

[5] For purposes of this analysis, NN UK includes both Nortel Networks UK Limited and Nortel Networks Optical Components Limited. On March 17, 2000, the issued share capital of NNOC was transferred to Nortel Networks UK Limited by NNL in exchange for all of the issued share capital of Nortel Networks UK Limited, a newly formed U.K. subsidiary of NNL created in February of 2000.

8

**NNI_01492158**

9

*See Notice to Tax Authorities at Page (i)*

- Caribbean and Latin America ("CALA"); and

- Asia Pacific regions.

This functional analysis focuses on the functions undertaken, assets employed and risks assumed by the Nortel entities in each of the above geographic regions, with specific emphasis on the role performed by NNSA within the Group.

## *Activity by Year for Canada, U.S., U.K. France and ROW*

### *Products*

Due to the highly technical nature of Nortel's products, Nortel is organized on a product line basis, with each line of business operating quite independently of each other.

As previously noted, in order to survive, Nortel was forced to constantly re-think and restructure its operations. The restructurings within the reportable operating segments were material:

- In 1999 and 2000, there were two reportable business segments: Service Provider & Carrier Segment and Enterprise Segment (see Appendix C for segment/product description).

- In 2001, to adapt to the changing market conditions, Nortel was restructured into three operating segments: Metro and Enterprise Networks, Wireless Networks and Optical Long-Haul Networks (see Appendix D for segment/product description).

- In 2002, again to adapt to the changing market conditions and to streamline and focus more directly on its customers, Nortel was restructured into four reportable segments: Wireless Networks, Enterprise Networks, Wireline Networks and Optical Networks (see Appendix E for segment/product description).

- In 2003 and 2004, the reportable operating segments were consistent with the 2002 definitions.

### *Employees*

#### Global

In response to the rapid and severe industry and economic recession, Nortel underwent a number of restructurings in order to reduce its cost structure and streamline operations. In 2000, Nortel employed approximately 94,500 employees. However, by the end of 2002, the Company had eliminated nearly two-thirds of its workforce so that by December 31, 2002, Nortel employed approximately 36,960 regular full-time employees (excluding employees on notice of termination). By December 31, 2003, Nortel's regular full-time

9

**NNI_01492159**

employees decreased to 35,155 on a global basis. Further employee reductions are expected to occur in the short term.

Regional

On a regional basis, during the 2000 to 2003 period, both Canada and the U.S. experienced employee reductions of 16,469 (-64%) and 25,008 (-66%) respectively. The U.K. and France workforce was reduced by 9,688 employees or -78%[6] and 754 employees or -24% respectively. The breakdown of employees by geographic region is summarized in Exhibit IV.1.

**Exhibit IV.1: Employees by Geographic Region (2000 – 2003)**

| Regular Full-Time Employees | 2000 | 2001 | 2002 | 2003 | Cumulative Percentage Change |
|---|---|---|---|---|---|
| Canada | 25,900 | 13,803 | 10,143 | 9,431 | -63.5% |
| U.S. | 38,000 | 19,314 | 13,777 | 12,992 | -65.8% |
| U.K. | 12,440 | 5,954 | 2,877 | 2,752 | -77.9% |
| France | 3,139 | 2,977 | 2,486 | 2,385 | -24.0% |
| ROW | 15,021 | 10,552 | 7,677 | 7,595 | -45.0% |
| **TOTAL** | **94,500** | **52,600** | **36,960** | **35,155** | **-62.8%** |

Nortel does not characterize nor track employees as either "manufacturing" or "distribution" related. The following exhibit reflects the number of employees by departmental category which is tracked by Nortel. For purposes of this functional analysis, these departmental categories have been grouped under the following broad functional areas: R&D, Manufacturing, Distribution and Management/Other. However, it should be noted that some of the departmental categories include employees from various functional areas. For example, under the Management / Other functional area, the "Union/Other" departmental category includes employees that are involved in manufacturing and distribution. Information is not available to segregate these employees under the appropriate functional area. As such, this exhibit only provides an approximation of the employees dedicated to the broad functional areas.

On a functional basis, all areas within Nortel experienced significant decreases in department headcount; however headcount in R&D decreased at a slower pace. The following exhibit summarizes Nortel's employee headcount throughout the 2000 to 2003 period on a functional activity basis.

---

[6] NNUK's decrease in employees was effected by a significant decrease in manufacturing, particularly in the Optical components business.

[7] Nortel also employ individuals on a part-time basis, and engages the services of independent contractors.

10

*See Notice to Tax Authorities at Page (i)*

**Exhibit IV.2: Employees by Functional Area (2000 – 2003)**

| Functional Area / Departments | Number of Employees | | | | Percentage Change | | | |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2001 | 2002 | 2003 | Cumulative Change |
| **R&D** | | | | | | | | |
| Research, Design and Development | 27,145 | 17,376 | 13,717 | 13,001 | -36.0% | -21.1% | -5.2% | -52.1% |
| **Manufacturing / Operations** | | | | | | | | |
| Supply Chain & Supply Management | 2,787 | 1,740 | 1,222 | 1,332 | -37.6% | -29.8% | 9.0% | -52.2% |
| System House Operations | 5,309 | 1,244 | 473 | 422 | -76.6% | -62.0% | -10.8% | -92.1% |
| Technician | 3,176 | 1,466 | 797 | 791 | -53.8% | -45.6% | -0.8% | -75.1% |
| Operations | 4,623 | 2,084 | 1,136 | 998 | -54.9% | -45.5% | -12.1% | -78.4% |
| Sub-total | 15,895 | 6,534 | 3,628 | 3,543 | -58.9% | -44.5% | -2.3% | -77.7% |
| **Distribution** | | | | | | | | |
| Marketing/Sales | 12,813 | 6,745 | 4,862 | 4,861 | -47.4% | -27.9% | 0.0% | -62.1% |
| Customer Services | 12,992 | 8,533 | 6,270 | 6,255 | -34.3% | -26.5% | -0.2% | -51.9% |
| Field Installation | 3,926 | 1,521 | 773 | 667 | -61.3% | -49.2% | -13.7% | -83.0% |
| Professional Services | 694 | 908 | 6 | 2 | 30.8% | -99.3% | -66.7% | -99.7% |
| Sub-total | 30,425 | 17,707 | 11,911 | 11,785 | -41.8% | -32.7% | -1.1% | -61.3% |
| **Management / Other** | | | | | | | | |
| Administration | 2,679 | 1,069 | 716 | 655 | -60.1% | -33.0% | -8.5% | -75.6% |
| Corporate Services | 4,584 | 3,266 | 2,149 | 2,090 | -28.8% | -34.2% | -2.7% | -54.4% |
| Information Technology | 3,078 | 1,691 | 1,143 | 1,168 | -45.1% | -32.4% | 2.2% | -62.1% |
| Union/Other | 10,694 | 4,957 | 3,696 | 2,913 | -53.6% | -25.4% | -21.2% | -72.8% |
| Sub-total | 21,035 | 10,983 | 7,704 | 6,826 | -47.8% | -29.9% | -11.4% | -67.5% |
| **TOTAL** | 94,500 | 52,600 | 36,960 | 35,155 | -44.3% | -29.7% | -4.9% | -62.8% |

*Properties*

2000

In total, Nortel had 577 sites located throughout the world dedicated to manufacturing and repair, distribution, office and R&D. Exhibit IV.3 below summarizes Nortel's properties as at December 31, 2000.

11

*See Notice to Tax Authorities at Page (i)*

**Exhibit IV.3: 2000 Nortel Properties**

**[add square feet to square metres conversion]**

| Type of Site | Number of Sites | Square Footage (millions of square feet) | | | Geographic Locations |
|---|---|---|---|---|---|
| | | Owned | Leased | TOTAL | |
| Manufacturing and Repair | 29 | 4.3 | 1.9 | 6.2 | - U.S., Canada, Caribbean and Latin America, Europe, Asia Pacific |
| Distribution Centers | 31 | 0.5 | 0.8 | 1.3 | - U.S., Canada, Caribbean and Latin America, Europe, Asia Pacific |
| Offices (Administration, Sales and Field Service) | 496 | 3.9 | 13.3 | 17.2 | - U.S., Canada, Caribbean and Latin America, Europe, the Middle East, Africa, Asia Pacific |
| Research and Development | 21 | 2.4 | 2.3 | 4.7 | - U.S., Canada, Europe, Asia Pacific |
| **TOTAL** | **577** | **11.1** | **18.3** | **29.4** | |

<u>2001</u>

In conjunction with Nortel's workforce reduction, the Company identified a number of leased and owned facilitates comprised of office, warehouse and manufacturing space, as well as lease manufacturing equipment, that were no longer required. As a result, the number of sites with leased or owned by Nortel was significantly reduced in 2001.

**Exhibit IV.4: 2001 Nortel Properties**

| Type of Site | Number of Sites | Square Footage (millions of...) | | | Geographic Locations |
|---|---|---|---|---|---|
| | | Owned | Leased | TOTAL | |
| Manufacturing and Repair | 17 | 3.2 | 1.4 | 4.6 | - U.S., Canada, Caribbean and Latin America, Europe, Asia Pacific |
| Distribution Centers | 9 | 0.5 | 0.3 | 0.8 | - U.S., Canada, Caribbean and Latin America, Europe |
| Offices (Administration, Sales and Field Service) | 251 | 3.5 | 9.2 | 12.7 | - U.S., Canada, Caribbean and Latin America, Europe, the Middle East, Africa, Asia Pacific |
| Research and | 15 | 2.6 | 1.8 | 4.4 | - U.S., Canada, Europe, Asia |

[a] 1,000,000 square feet is equal to 92,900 square meters

12

13

*See Notice to Tax Authorities at Page (i)*

| Development | | | | | Pacific |
|---|---|---|---|---|---|
| **TOTAL** | **292** | **9.8** | **12.7** | **22.5** | |

2002

**Exhibit IV.5: 2002 Nortel Properties**

| Type of Site | Number of Sites | Square Footage (millions of square feet) | | | Geographic Locations |
|---|---|---|---|---|---|
| | | Owned | Leased | TOTAL | |
| Manufacturing and Repair | 11 | 1.5 | 1.4 | 2.9 | - U.S., Canada, Caribbean and Latin America, Europe, Asia Pacific |
| Distribution Centers | 5 | 0 | 0.1 | 0.1 | - U.S., Canada, Caribbean and Latin America, Europe |
| Offices (Administration, Sales and Field Service) | 200 | 1.5 | 6.8 | 8.3 | - U.S., Canada, Caribbean and Latin America, Europe, the Middle East, Africa, Asia Pacific |
| Research and Development | 13 | 2.2 | 2.0 | 4.2 | - U.S., Canada, Europe, Asia Pacific |
| **TOTAL** | **229** | **5.2** | **10.3** | **15.5** | |

2003

**Exhibit IV.6: 2003 Nortel Properties**

| Type of Site | Number of Sites | Square Footage (millions of square feet) | | | Geographic Locations |
|---|---|---|---|---|---|
| | | Owned | Leased | TOTAL | |
| Manufacturing and Repair | 8 | 2.3 | 0 | 2.3 | - US, Canada, Caribbean and Latin America, Europe, Asia Pacific |
| Distribution Centers | 6 | 0 | 0.9 | 0.9 | - US, Canada, Caribbean and Latin America, Europe |
| Offices (Administration, Sales and Field Service) | 177 | 1.1 | 5.1 | 6.2 | - US, Canada, Caribbean and Latin America, Europe, the Middle East, Africa, Asia Pacific |
| Research and Development | 17 | 2.4 | 1.9 | 4.3 | - US, Canada, Europe, Asia Pacific |
| **TOTAL** | **208** | **5.8** | **7.9** | **13.7** | |

13

NNI_01492163

*See Notice to Tax Authorities at Page (i)*

### Revenues[9]

Reported Consolidated Revenues

#### 2000

In 2000, reported consolidated revenues were an unprecedented $30,275 reflecting substantial revenue growth over the prior year. Reported consolidated revenues increased by $8,988 or 42 percent over 1999 primarily as a result of increases in sales volume and new product introductions[10]. Nortel's revenue growth rate is significantly higher than the industry's average growth rate of 22.4% in 2000.[11] Nortel's historical revenue growth rates in 1997, 1998 and 1999 were 29.5%, 15.3% and 24.8%.[12] The average industry growth rates over the same period were 15.3% (1997), 8.4% (1998) and 16.3% (1999).[13]

#### 2001

In 2001, reported consolidated revenues fell to $17,511[14]. This 42 percent decrease in revenue resulted from the significant decline in the telecommunications industry. Following a period of rapid infrastructure build-out and strong economic growth in 1999 and 2000, Nortel saw a continued tightening in the capital markets and slowdown in the telecommunications industry throughout 2001. This resulted in lower capital spending by industry participants and substantially less demand for the Company's products and services as service providers focused on maximizing their return on invested capital. As a result, Nortel's revenues declined substantially due to customers' change in focus from building new networks to conserving capital and/or increasing capacity utilization rates and efficiency of existing networks, and reducing costs. Again, historically such decrease was unprecedented in the industry.

---

[9] All reported financial data for the 2000 and subsequent years are under review and may be restated.

[10] These figures have been obtained from Nortel's 2000 Form 10K. Note that in subsequent years, the 2000 revenues were restated to $27,948 (as disclosed in the 2001 Form 10K) and $27,931 (as disclosed in the 2002 Form 10 K/A.

[11] Source:  Credit Suisse First Boston Corporation, "Breaking the Bottleneck: A Wireline Weekly", June 16, 2001.

[12] Ibid.

[13] Ibid.

[14] This figure reflects reported consolidated revenues from continuing operations as originally disclosed in the 2001 Form 10 K (this figure was subsequently restated in the 2002 Form 10 K/A to $17,408).  Revenue from discontinued operations of $996 is separately disclosed on Nortel's consolidated statement of operations.  Therefore, total reported consolidated revenue in 2001 was $18,507.

14

**Highly Confidential**

**NNI_01492164**

*See Notice to Tax Authorities at Page (i)*

2002

In 2002, reported consolidated revenues fell to $10,560[15]. The industry continued to experience a significant decline which began in 2001. During 2002, Nortel continued to see constraints on capital expenditures by its customers. Also, excess network capacity continued to exist in the industry. In addition, Nortel saw continuing consolidation of service providers within the industry. This environment created a change in customers' focus from building new networks to conserving capital, decreasing their debt levels, reducing costs and/or increasing the capacity utilization rates and efficiency of existing networks. As a result, Nortel's 2002 reported consolidated revenues declined by 40% compared to 2001.

2003

In 2003, estimated consolidated revenues are expected to be approximately $10,000[16] for a 5.3% decrease from 2002.  In 2003, customer spending remained cautious, with many of Nortel's customers realigning capital spending with their current levels of revenue and profits in order to maximize their return on invested capital.  Also, excess network capacity continued to exist in the industry which has led to continued pricing pressures on the sale of certain products.

The following exhibit depicts Nortel's reported consolidated revenues throughout the 2000 to 2003 period.

**Exhibit IV.7  Reported Consolidated Revenue - by Year and Percentage of Change from Previous Year**



---

[15] This figure has been obtained from Nortel's 2002 Form 10 K. Subsequently, a revised Form 10 K/A was issued by the Company which resulted in the restatement of this figure to $10,569.

[16] Based on unaudited figures subject to further review.

15

**NNI_01492165**

16

*See Notice to Tax Authorities at Page (i)*

Geographic Revenues

2000

In 2000, approximately 61% of Nortel's revenues were attributed (revenues are attributable to geographic areas based on the location of the customer) to the U.S. Approximately 5% of Nortel's revenues were attributed to Canada and approximately 2% were attributable to France. **[add % for France]**

2001

The significant adjustment in the industry in 2001, which was initially felt and was most severe in the U.S., also impacted the EMEA, CALA and the Asia Pacific region during 2001. In 2001, approximately 49% of Nortel's revenues were attributed to the U.S. Approximately 5% of Nortel's revenues were attributed to Canada and approximately 1.4% was attributed to France. **[add % for France]**

2002

From a geographic perspective, Nortel continued to experience considerable declines in revenue across almost all regions in 2002 compared to 2001. In 2001, approximately 51% of Nortel's revenues were attributed to the U.S. Approximately 6% of Nortel's revenues were attributed to Canada and approximately 2% were attributed to France. **[add % for France]**

2003

Figures are not available at this time. **[Still the case?]**

The following exhibit summarizes Nortel's revenue by geographic region.

### Exhibit IV.8: Geographic Reported Revenues[17]

| | For the years ended December 31, | | | | | | 2002 vs 2001 | | 2001 vs 2000 | |
| | 2002 | | 2001 | | 2000 | | $ Change | % Change | $ Change | % Change |
|---|---|---|---|---|---|---|---|---|---|---|
| United States | $ | 5,390 | $ | 8,570 | $ | 16,878 | $ (3,180) | (37) | $ (8,308) | (49) |
| France | | 203 | | 270 | | 582 | (67) | (25) | (312) | (54) |
| EMEA [a] | | 2,359 | | 4,082 | | 5,252 | (1,723) | (42) | (1,170) | (22) |
| Canada | | 655 | | 937 | | 1,505 | (282) | (30) | (568) | (38) |
| Other regions | | 1,962 | | 3,549 | | 3,714 | (1,587) | (45) | (165) | (4) |
| Consolidated [b] | $ | 10,569 | $ | 17,408 | $ | 27,931 | $ (6,839) | (39) | $ (10,523) | (38) |

(a)   The Europe, Middle East and Africa region ("EMEA"), excluding France

(b)   Revenues by geographic regions are based on the location of the customer

[17] This Exhibit summarizes revenues from continuing operations. Revenues from discontinuing operations are excluded from this Exhibit. This data was obtained from Nortel's fiscal 2002 Form10K. The reported consolidated revenues are based upon restated amounts.

16

*See Notice to Tax Authorities at Page (i)*

## Functional Description

### SUMMARY OF FUNCTIONS PERFORMED

Exhibit IV.9 illustrates Nortel's value chain. The value chain reflects the key functional activities of the operation cycle of Nortel. In an effort to generate revenue in the global market and to maximize shareholder value, Nortel is organized along the following functional areas, which correspond to the key elements of the company's value chain.

### Exhibit IV.9: Nortel Value Chain



Research, design and development are the primary contributor to the success of Nortel's operations. Nortel's customers choose Nortel products and services because Nortel is viewed as a technology leader in its market and because Nortel is committed to using its R&D resources in providing full pro-active services and support to its customers. Leading edge technology and continued R&D for new technologies is what makes Nortel attractive to its customers. There are a limited number of companies in the market that can deliver consistently leading edge technology and applied applications. There are a few key telecom equipment manufacturers and technology developers. To some extent Nortel technology compels customers to review Nortel's portfolio of products and services.

The Nortel Group is comprised of over 200 subsidiaries located throughout the world. Certain Nortel entities are fully integrated companies which perform the functions of R&D, manufacturing and distribution. However, each company perform these functions to varying degrees. On the other hand, certain Nortel entities perform routine distribution activities only.

### RESEARCH, DESIGN AND DEVELOPMENT

#### Overview

Nortel's R&D function is a global undertaking aligned with its business strategy of technology leadership. Engineers in each of Nortel's geographic markets work to develop next generation products. Researchers and engineers in Nortel's facilities and partner locations around the globe collaborate to develop new, best in class products for which the Company is known. In addition, major R&D centers are located at various sites around the world.

17

18

*See Notice to Tax Authorities at Page (i)*

Nortel intends to continue to make strategic investments in its R&D activities, to remain among the technology leaders in anticipated growth areas. Nortel's R&D activities – specifically, research, design and development, systems engineering and other product development activities – represent focused investments to drive market leadership across the Company's product portfolios. As noted in the SWOT analysis in Section B.D, R&D is a key strength of Nortel and is critical for the Company to seize growth opportunities in the market. Without a continuing drive to create new technologies and enhance existing technologies, Nortel globally would lose its competitive attractiveness.

Nortel's R&D investments are focused on network transformations and next generation core products and solutions including wireless voice and data, voice over packet, multimedia services and applications and broadband networking. Nortel also conducts network planning and systems engineering on behalf of, or in conjunction with, major customers. Although the Company derives many of its products from substantial internal R&D activities, Nortel supplements this with technology acquired or licensed from third parties.

Nortel's R&D department plays the key role in maintaining Nortel's competitiveness in the market place with continuous innovation and introduction of new product and services. These innovation activities are essential to the continued viability of Nortel's business. Without developing new products and evolving current ones, Nortel would not be able to compete in the marketplace.

18

**NNI_01492168**

19

*See Notice to Tax Authorities at Page (i)*

## Research and Development

The direction and conduct of R&D, and the resulting technology, form the basis for new products, product distribution systems, and manufacturing processes. The discovery of improvements to existing technology and products as well as products complementary to them or new products is generally referred to as applied research. In contrast, basic research can be described as a pure form of research for discoveries for which there are no known commercial applications. R&D related to manufacturing processes is that which leads to the establishment of manufacturing processes which enable a product to be physically manufactured using the product specifications and customer desires as communicated by the marketing department

### *R&D Organization within Nortel*

**[Are any of the people, mentioned below, located in France? E.g. a VP or someone (or several people) regarded as highly value add in the R&D process?]**

Overall, the Chief Technology Officer ("CTO"), working with the Leadership Council and the Vice-Presidents ("VPs") of each of Nortel's operating segments, is responsible for determining the strategic direction of the R&D activities within the company. Consistent with Nortel's product focus, Nortel's R&D groups are organized by operating segment. As such, in 2002, there were four R&D groups: i) Wireless; ii) Enterprise; iii) Wireline; and iv) Optical.

The R&D groups operate on the basis of technology, domain and program. Though there are several excellence centers across the globe, program plan execution is coordinated among a virtual team that is made up of various groups, in various locations, under various VPs. There is no one central geographic region that supports all activities.

Within each R&D operating segment, regional roles have developed predominantly to accommodate market demands, the availability of skills and resources. For example, in the Wireless R&D operations[18], the U.S. is the largest R&D site. The majority of Wireless core development, as well as some Access and Operation and Management ("OAM") development, is performed in the U.S. Canada is predominately the Access development center for Code Division Multiple Access ("CDMA") and some Universal Mobile Telecommunication System/ Global System for Mobile Communications ("UMTS/GSM"). France is mainly the UMTS/GSM Access and OAM R&D site. All of the Wireless R&D operations are organized under the Senior VP who is responsible for the global effectiveness and efficiency of Wireless R&D operations. The Prime R&D VP for UMTS/GSM has his office in Chateaufort, France. Reporting to the Senior VP are several

---

[18] Management of Nortel believes that the each R&D group operates in a similar manner. Given that Wireless is the largest operating segment of Nortel's business, the Wireless R&D operations is referred to throughout this discussion.

19

*See Notice to Tax Authorities at Page (i)*

VPs which share offices in Chateaufort, France and Richardson, Texas.  Each VP has his own focused R&D area.

20

**NNI_01492170**

21

*See Notice to Tax Authorities at Page (i)*

i) Employees

Nortel's R&D forms a core strength and a factor differentiating the Company from its competitors. Globally, as at December 31, 2003, Nortel employed 13,001 regular full-time R&D employees (excluding employees on notice of termination). While, this figure has dropped substantially from 2000, where the number of regular full-time R&D employees was 27,145, this decrease of approximately 52% is less than the percentage decrease experienced in other functional areas (refer to Exhibit IV.2). In fact, due to Nortel's restructuring initiatives, the proportion of R&D employees has actually increased over the 2000 to 2003 period as illustrated in the exhibit below. This highlights the relative significance of R&D to Nortel's value chain.

**Exhibit IV.10: Proportion of R&D Employees to Total Nortel Employees (2000 – 2003)**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| R&D Employees | 27,145 | 17,376 | 13,717 | 13,001 |
| Total Nortel Employees | 94,500 | 52,600 | 36,960 | 35,155 |
| | | | | |
| *Proportion of R&D employees to total Nortel employees* | *28.7%* | *33.0%* | *37.1%* | *37.0%* |

From a geographic perspective, as illustrated in Exhibit IV.11, Canada employed the highest proportion of employees performing research, design and development activities throughout the 2000 to 2003 period.

**Exhibit IV.11: R&D Employees by Geographic Region (2000 – 2003)**

| R&D Employees | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| # of R&D Employees | 12,630 | 10,227 | 2,516 | N/A | 1,772 | 27,145 |
| *Proportion of R&D Employees* | *46.5%* | *37.7%* | *9.3%* | | *6.5%* | *100%* |
| **2001** | | | | | | |
| # of R&D Employees | 7,536 | 6,491 | 1,667 | 981 | 701 | 17,376 |
| *Proportion of R&D Employees* | *43.4%* | *37.4%* | *9.6%* | *5.6%* | *4.0%* | *100%* |
| **2002** | | | | | | |
| # of R&D Employees | 5,767 | 5,408 | 827 | 1,145 | 570 | 13,717 |
| *Proportion of R&D Employees* | *42.1%* | *39.4%* | *6.0%* | *8.3%* | *4.2%* | *100%* |
| **2003** | | | | | | |
| # of R&D Employees | 5,317 | 5,015 | 700 | 1,191 | 778 | 13,001 |

21

**Highly Confidential**

**NNI_01492171**

22

*See Notice to Tax Authorities at Page (i)*

| Proportion of R&D Employees | 40.9% | 38.6% | 5.4% | 9.2% | 5.9% | 100% |

In order to assess the relative role of R&D in respect of the overall operations of Canada, U.S., U.K., France and ROW, Exhibit IV.12 summarizes the number of R&D employees compared to the total number of employees for each of the relevant geographic regions.

**Exhibit IV.12: R&D Employees Relative to Total Employees by Geographic Region (2000 – 2003)**

| R&D Employees | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| # of R&D Employees | 12,630 | 10,227 | 2,516 | N/A | 1,772 | 27,145 |
| Total Employees | 25,900 | 38,000 | 12,440 | N/A | 18,160 | 94,500 |
| Proportion of R&D Employees to Total Employees | 48.8% | 26.9% | 20.2% | | 9.8% | 28.7% |
| **2001** | | | | | | |
| # of R&D Employees | 7,536 | 6,491 | 1,667 | 981 | 701 | 17,376 |
| Total Employees | 13,803 | 19,314 | 5,954 | 2,977 | 10,552 | 52,600 |
| Proportion of R&D Employees to Total Employees | 54.6% | 33.6% | 28.0% | 33% | 6.6% | 33.0% |
| **2002** | | | | | | |
| # of R&D Employees | 5,767 | 5,408 | 827 | 1,145 | 570 | 13,717 |
| Total Employees | 10,143 | 13,777 | 2,877 | 2,486 | 7,677 | 36,960 |
| Proportion of R&D Employees to Total Employees | 56.9% | 39.3% | 28.8% | 46% | 7.4% | 37.1% |
| **2003** | | | | | | |
| # of R&D Employees | 5,317 | 5,015 | 700 | 1,191 | 778 | 13,001 |
| Total Employees | 9,431 | 12,992 | 2,752 | 2,385 | 7,595 | 35,155 |
| Proportion of R&D Employees to Total Employees | 56.4% | 38.6% | 25.4% | 49.9% | 10.2% | 37.0% |

Based upon the number of employees dedicated to the R&D function, Exhibit IV.12 illustrates the relative significance of R&D to the various Nortel entities. Based on 2003 employee figures, approximately 56% of Canada's activities are dedicated to research, design and development activities. In the U.S., approximately 39% of its employees are involved in to research, design and development activities. In the U.K. and France, approximately 25% and 50% of employees respectively are involved research, design and development activities.

22

**Highly Confidential**

**NNI_01492172**

23

*See Notice to Tax Authorities at Page (i)*

**[each time, add sentence on France figures]**

ii) Locations

As noted above, Nortel's R&D is principally located in Canada, France, U.S. and the U.K. From 2001 through 2003, France has maintained the second largest ratio of R&D employees to total employees, behind Canada. **[add sentence on France, e.g. "France occupies the third place in terms of R&D employees in the Nortel organisation, after U.S. and Canada"].** Under the ROW category, i.e. Ireland and Australia, also conduct R&D. The following exhibit summarizes the major locations where R&D is performed.

**Exhibit IV.13: R&D – Major Locations**

| | Canada | U.S. | U.K. | France | ROW |
|---|---|---|---|---|---|
| Major Locations | • Calgary<br>• Belleville<br>• Toronto<br>• Montreal<br>• Ottawa | • Boston<br>• Dallas<br>• New York<br>• Research Triangle Pk<br>• Silicon Valley | • Harlow<br>• Maidenhead<br>• Monkstown | • Chateaudun<br>• Chateaufort | • Wollongong, Australia<br>• Ireland |
| Small Locations (less than 50 people) | 1 | 19 | 1 | 0 | 12 |

With regard to the Wireless R&D operations, most of Nortel's R&D investment, especially the latest technologies, is carried out in labs located in the U.S., Canada and France. Some of the sustaining and support activities are outsourced. All of Nortel's latest technology and programs are done in the labs located in four western countries: U.S., Canada, France and U.K.

iii) R&D Spend

For purposes of defining R&D activities, Nortel applies a consistent definition worldwide. As such, there are no differences regarding the definition of R&D between the geographic areas in which Nortel operates. Therefore, in order to evaluate the relative significance of the R&D activities undertaken by each entity in a particular fiscal period, it is appropriate to assess the relative level of R&D expenditures. The following exhibit sets forth Nortel's R&D expenses by geographic location for each of the last four fiscal years ended December 31. This exhibit presents the R&D spend by geographic location before the allocation of R&D cost sharing allocation (relevant to the 2000 and 2001) in order to assess the relative level of R&D performed by each Nortel entity.

23

**Highly Confidential**

**NNI_01492173**

24

*See Notice to Tax Authorities at Page (i)*

**Exhibit IV.14: R&D Spend by Geographic Region (2000 – 2003)[19]**

| R&D Spend (in millions of U.S. dollars) | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| R&D Spend | $1,648 | $1,644 | $413 | $77.6 | $101.4 | $3,884 |
| | 42% | 42% | 11% | 2% | 3% | 100% |
| **2001** | | | | | | |
| R&D Spend | $1,506 | $1,351 | $355 | $226 | $60 | $3,498 |
| | 43% | 39% | 10% | 6% | 2% | 100% |
| **2002** | | | | | | |
| R&D Spend | $905 | $940 | $188 | $245.6 | $36.4 | $2,315 |
| | 39% | 41% | 8% | 11% | 1% | 100% |
| **2003** | | | | | | |
| R&D Spend | $850 | $758 | $95 | $266.9 | $32.1 | 2,002 |
| | 42% | 38% | 5% | 13% | 2% | 100% |

Based upon R&D spend, both Canada and the U.S. have made significant investments in the Nortel Group's R&D efforts during the 2000 to 2003 period. Also note that France has made increasing investments in the Nortel Group's R&D efforts for the period 2000 through 2003, surpassing the investment made by the U.K. in 2002 and 2003. **[probably add something on France taking place of UK over period]**

Nortel's development of new technologies and commitment to ongoing R&D is reflected in its high level of R&D expenses relative to sales. R&D accounts for approximately 13%, 20%, 22% and 20% of sales in 2000, 2001, 2002 and 2003 respectively. Within Nortel's industry, the average R&D spend is approximately 15%.[20] Nortel competes primarily on the basis of product features, availability, performance, quality and reliability. All these factors result from Nortel's extensive R&D programs.

*Nature and Scope of R&D*

The main nature and scope of the R&D activity includes investigation undertaken with the aim of discovering new scientific or technical knowledge and understanding with the expectation that it will be useful in developing new or substantially improved products or processes, as well as the translation of research findings or other knowledge into a plan or design for new or substantially improved products or processes.

The main activities performed by Nortel's R&D group include development and pre-production.

---

[19] This exhibit summarizes the R&D expenses incurred by Nortel group and presents the in-country, in-year R&D activities. Refer to Section VI.D for further details.

[20] Source: Merrill Lunch, "Communication Equipment Review", December 12, 2000.

24

**Highly Confidential**

**NNI_01492174**

25

*See Notice to Tax Authorities at Page (i)*

Development activities include:

- basic new product design and process development or significant improvements to existing product designs or processes, including system engineering and mechanical configuration;
- design, construction and testing of prototypes;
- manufacturing engineering effort required to advance the design of a product or to develop a process to the point where specific functional requirements are met;
- engineering effort required for further development to solve remaining technological problems after production start-up; and
- design documentation, including specifications, drawings and the original circuit layout matrix from which copies are made for use in the manufacturing process.

Pre-production activities include:

- engineering resulting from the turnover to manufacturing, such as shop aid drawings and preparation of layouts;
- activities related to production models and the first units of trial production less deliveries to inventory at standard cost;
- learning resulting from new technologies and/or new processes incurred to train production workers to a normal speed or competence level; and
- re-work of any nature including those of materials junked during the pre-production phase.

On an annual basis, there are approximately 10,000 to 12,000 ongoing R&D projects throughout Nortel. Much of Nortel's R&D is interrelated, and one specific project may be developed based upon older R&D projects or platforms. For example, assume that it takes two years to develop Product A. A year later, a portion of the information and intellectual property from Product A is utilized by R&D personnel to develop Product B. Product B takes several additional years to develop into a commercially saleable product.

In addition, in some cases, some of the knowledge and intellectual property obtained from developing projects for one specific line of business can be used to develop projects within another line of business.

All R&D projects are ultimately intended to produce commercially exploitable products or knowledge; however, there may be R&D undertaken for which no recognizable commercial gain is immediately evident. Long-term research projects are undertaken in a somewhat academic environment with the long-term goal of producing a commercially exploitable product. The information obtained from those projects is intellectual property; however, the ability to commercially exploit that knowledge is not yet available.

25

*See Notice to Tax Authorities at Page (i)*

Some R&D projects are discontinued before a commercially exploitable product is developed. However, it is difficult to segment R&D projects into simple categories of "successful" and "not successful". That is, even where an R&D project is not successful, the knowledge and experience gained may be used within other or future R&D projects.

The R&D department, as in integral part of Nortel's business, interacts with a) other Nortel functional departments; b) with customers in new product introduction and customer support; and c) with suppliers when acquiring materials, contract services and joint development.

a) With other Nortel functional departments:

At various development stages, the R&D organization interacts with different functional departments.

For example, with respect to the Wireless R&D operations, the Senior VP of R&D department sits in the Wireless President cabinet and participates in the Wireless Portfolio Management Team ("PMT") reviews. New R&D programs and business decisions affecting R&D department such as R&D joint development, outsourcing, new program additions are decided in these meetings.

The Product Line Management ("PLM") team of each technology works closely with the R&D managers in providing estimates of program spending and time requirements. Through the development process, the R&D team works with the Operations department in the areas of documentation, verification office ("VO"), engineering and new product introduction. The R&D team also work with Nortel System Houses (an integrated entity that provides manufacturing, R&D, in-country distribution and general management and administration functions) **[explain the concept of Nortel System Houses]** or the outsourced contract manufacturers to build prototypes and perform nonrecurring engineering.

The R&D department interacts with other departments on project and product basis in the form of Integrated Project Team ("IPT") and PMT. In each IPT, all functional groups that are needed to support the development and introduction of a new product are represented. Much of R&D at Nortel is integrated. While each R&D group is focussed on specific products, many products/systems build on platforms from different groups and often must interface and/or be compatible. Where this is needed, the appropriate interactions are initiated.

Within Wireless, there is a separate R&D group that is focused on the advanced technology. The outcome of these programs benefits the entire Wireless portfolio.

The R&D department also interacts with a number of the corporate support functions. For example, finance, human resources ("HR"), facility, information services ("IS") and legal all have designated primes to provide support to the R&D organization.

26

*See Notice to Tax Authorities at Page (i)*

### b) With Customers

Senior management of the R&D department are actively involved in the customer issues. They attend major customer reviews and assist the sales team to address product problems. The R&D engineers are often summoned by the sales engineering team, provide technical expertise in customer request for quotation ("RFQ") and request for proposal ("RFP") response write-ups, customer demo and presentations.

In the VO process and pre-general availability ("GA") and post-GA customer support, R&D staff is often required to be on customer site providing support to address product issues.

### c) With Suppliers

There are mainly two types of suppliers that the R&D department deals with: materials and contract services.

For material purchases, the R&D team works with Nortel supply management experts to acquire the R&D materials. Service suppliers include those who provide maintenance and support services to Nortel equipment/lab and also include the work force agencies that provide contractors on-site or off-shores. The on-site contractors include both local non-payroll work force ("NPW's") and the temporary off-shore contractors who are on-site for short-term for training and program transitions. The on-site NPW's are integral part of the work force of Nortel, especially so in France **[explain importance/relative share of NPWs]**. The NPW's make up the temporary workforce that is needed in times of high customer demand and summer vacation periods in France. The number of non-payroll employees can range from 0 to 200 depending on the time of year. The average NPW in France is approximately 120. R&D management works closely with the contract service providers on program schedules and program content.

In case of joint R&D development, R&D managers work with the PLM prime interact with the third party R&D partners on developing and testing the new products.

### *Budget / Approval Process*

The budget formulation is a long, multi-phase, collective process. The longer term budget is captured in each operating segment's long term strategy plan. Corporate consolidates the strategic plans and near term outlooks from all product lines into the business model. Normally, the bottom-up R&D requirement and the top-down target setting take place in parallel. The Wireless operating segment reviews the bottom-up program requirement and business direction of the next year, then split the top-down target by the technology and domain. The R&D VP works with their PLM's primes to review the program content versus affordability. When funding shortage occurs, the PLM needs to make a priority call or goes back to superior for funding relief. The Leadership Category ("LC")[21] finance and president may also go back to Corporate asking for target revision.

27

The program details are entered into the Micro Integrated Project Planning System ("MIPPS") with breakdown by technology, domain, program, location, type of expense, funding type, statutory entity and Organization Structure Manager ("OSM").

During an unusual circumstance such as headcount reduction or company optimization, R&D programs are reviewed for cost saving actions.

Long-term strategic decisions pertaining to R&D projects are undertaken by the Nortel Investment Council. The Investment Council is led by the CEO of Nortel and the CTO and includes members of the Executive Cabinet. The CEO is ultimately responsible for decisions of the Investment Council. Decisions of this nature affect the direction of Nortel, and accordingly, the Investment Council obtains information from a variety of sources in order to make such decisions. These sources of information may include the following:

- the CTO and his organization;
- research regarding the telecommunications industry, geographic economies, and the world markets in general;
- competitive strategy and R&D personnel, as well as other personnel throughout the Nortel, who obtain information regarding:
    - Nortel's current strategy;
    - customer needs and values;
    - technology requirements in order to satisfy customer needs and values;
    - the degree of competition in the market; and
    - the telecommunications market/competition, etc.

Decisions by the Investment Council normally pertain to such matters as:

- changes in the corporate strategy;
- new businesses or markets;
- major funding for products or platforms;
- cross-business solutions;
- branding changes;
- mergers and acquisitions; and
- original equipment manufacturers ("OEM") issues.

---

[21] Leadership categories correspond to Nortel's operating segments.

28

**Highly Confidential**

**NNI_0149217B**

*See Notice to Tax Authorities at Page (i)*

Each of the above items is strategic in nature and impacts R&D to various degrees.

Once approval is given by the Investment Council, specialized teams consisting of Nortel employees from various applicable groups are established to manage the overall project. R&D personnel will be part of those teams, and will be responsible for ensuring that the R&D group(s) executes the goals of the team.

For decisions that are not long-term and strategic, a similar process is undertaken, but it is scoped appropriately for each investment decision. However, these decisions are not autonomous from the decisions of the Investment Council. Rather, the decisions and direction set by the Investment Council "drive" the direction of all subsequent R&D projects and decisions.

Whereas the long-term and strategic R&D decisions are the responsibility of the Investment Council, "medium-term" decisions are undertaken by the applicable "Leadership Group" responsible for that R&D project / product. For example, the Investment Council may have approved the development of a new wireless product. The Wireless leadership team (including R&D personnel) may then decide on such issues as where to undertake the research, what the exact customer needs are, how to manufacture the product, etc. These decisions are also long-term and strategic in nature to some degree; however, they are closely related to the implementation of a decision already approved by the Investment Council, and therefore, considered "medium-term" decisions.

The approval process for more routine or short-term R&D activities/projects is handled internally within the separate R&D teams.   Again, these decisions are not mutually exclusive to the direction given by the Investment Council.  Decisions that contradict the direction of the Investment Council would not be permitted.

It should be noted that there are no geographic differences between the evaluation and approval process of R&D projects.  That is, the same practices are followed globally.  The approval process has generally remained consistent over time, the primary difference being that up to 2002, there was less participation/input from the Investment Council.

Intellectual Property

The telecommunications industry is a high-technology industry and its fortunes are directly tied to its ability to innovate and provide products and other solutions that enable faster, simpler, and cheaper communications.  High-tech industries have historically relied upon intellectual property rights as a means of protecting the huge investments in R&D which are necessary to remain competitive. Patents in particular provide certain rights that cannot be obtained via other forms of intellectual property protection, and consequently are utilized by most, if not all, high-technology companies as a means of protecting ideas, innovations and ensuring that other companies do not get a "free ride" on the company's R&D

29

*See Notice to Tax Authorities at Page (i)*

expenditures. Consequently, patents can be critical to the success of a high technology company.

Generally, the patent life tends to be long, while the commercial life of the products incorporating the patented intellectual property tends to be relatively short without continuing investment in R&D. Continuing investment in R&D is essential in extending the commercial life of products throughout the term of the related patents.

Since Nortel is a technology company that competes with other technology companies, Nortel's intellectual property is fundamentally extremely valuable to the Company and to the business of each of its reportable operating segments. Nortel generates, maintains, utilizes and enforces a substantial portfolio of intellectual property rights, including trademarks, and an extensive portfolio of patents covering significant innovations arising from R&D activities. In all reportable segments, Nortel uses its intellectual property rights to protect the Company's investments in R&D activities, to strengthen its leadership positions, to protect the Company's good name, to promote Nortel's brand name recognition, to enhance Nortel's competitiveness and to otherwise support business goals and objectives.

*Trademark and Trade Name*

Nortel's trademark and trade name, "Nortel Networks", is an important asset. Nortel sells its products primarily under the Nortel Networks brand name. Nortel is known in the market for its innovative and quality products which are developed from the efforts of the R&D group. Nortel has registered the Nortel Networks trademark, and many other trademarks, in countries around the world. On a consolidated basis as of December 31, 2002, Nortel owns approximately 130 registered trademarks in the U.S., and approximately 2,100 registered trademarks in other countries. In addition, Nortel has approximately 200 pending trademark registrations worldwide.

*Patented Technology / Know-How*

Nortel files patent applications in a number of countries throughout the world, including Canada, the U.S. the U.K., Germany, France, China, Japan, Australia and elsewhere. In each country in which Nortel files patent applications, Nortel Networks Ltd. is designated as being the assignee, with few exceptions. Exhibits IV.15 and IV.16 summarize the patent activity of Nortel over the last five years (1998 – 2002). Exhibit IV.15 summarizes the patents filed, and Exhibit IV.16 summarizes the patents granted.

**Highly Confidential**

**NNI_01492180**

*See Notice to Tax Authorities at Page (i)*

**Exhibit IV.15: Summary of Patent Applications (1998 – 2002)**

| Country Were Invention Originated | Country Where Patent Application Was Filed[23] | | | | | |
|---|---|---|---|---|---|---|
| | Canad | U.S. | U.K. | France | ROW | TOTAL[24] |
| Canada | 590 | 2,159 | 74 | 60 | 1045 | 3,928 |
| U.S. | 322 | 2,175 | 44 | 42 | 857 | 3,440 |
| U.K. | 211 | 849 | 227 | 45 | 494 | 1,826 |
| France | 57 | 129 | 35 | 132 | 392 | 745 |
| ROW | 9 | 33 | 1 | 0 | 7 | 50 |
| TOTAL | 1,189 | 5,345 | 381 | 279 | 2,795 | 9,989 |

Exhibit IV.15 illustrates that the majority of patent filing activity occurs in the U.S. (5,345 / 9,989 or 54%). However, the choice of location to file a patent application is often based upon patent protection laws and, therefore, bears no correlation to where the efforts were undertaken to develop the invention.

It is a more relevant analysis to look at the number of patents that are filed as a result of R&D efforts initiated in a particular country. For example, the exhibit shows that 3,928 patent applications were made throughout the world based on an invention initiated in Canada (this represents 39% of the total patent applications made). Similarly, 3,440 of the total patent applications in the world were in respect of inventions initiated in the U.S. (34% of the total). **[can a meaningful statement on France be incorporated?]**

The above figures show that the efforts undertaken by R&D personnel in Canada are producing the greatest number of patent applications, followed by the U.S., U.K. and France. This appears to indicate that, perhaps, R&D efforts undertaken by Canada are more "patentable". This may not be the case, however, and it is important to discuss why such an approach is likely incorrect. Much of Nortel's R&D is interrelated, and one specific project may be developed based upon older R&D projects or platforms. For example, assume that France undertakes certain R&D that is not patented (e.g. possibly because it is not yet in a patentable form, or it would not meet the legal requirements to be patented). A year later, a portion of the information and intellectual property from the France's R&D is utilized by R&D personnel in Canada. Canada patents the results of its

---

[22] This exhibit shows that, for example, R&D personnel in France had 745 inventions that were filed for patent protection in Canada (57), U.S. (129), U.K. (35), France (132) and ROW (392). Looking at the columns, for example, the exhibit shows that 1,189 patents were filed in Canada during the period, 5,345 in the U.S., 381 in the U.K., 279 in France and 2,795 in ROW.

[23] ROW also includes patent applications filed with the European Patent Office and the World Intellectual Property Office under the Patent Cooperation Treaty.

[24] It is important to clarify the amounts reflected in the "Total" column. Although, for example the exhibit shows that 3,928 patent applications were made in respect of inventions generated in Canada, it is not correct to say that there were 3,928 inventions in Canada. That is because, due to patent laws, several patent applications may be made in respect of the same invention.

31

**Highly Confidential**

**NNI_01492181**

*See Notice to Tax Authorities at Page (i)*

efforts. In this example, it is difficult to state that the patentable invention was purely the result of Canada's efforts. Clearly, France's R&D efforts contributed to the patentable invention; however, this is not reflected in Exhibit IV.15.

Since not all patent applications are granted an actual patent by the respective governments, Exhibit IV.16 summarizes the patents that were actually granted during the period[25].

**Exhibit IV.16: Summary of Patents Obtained (1998-2002)**

| Country Were Invention Originated | Country Where Patent Application Was Obtained[26] | | | | | |
|---|---|---|---|---|---|---|
| | Canada | U.S. | UK | France | ROW | TOTAL |
| Canada | 222 | 975 | 104 | 79 | 244 | 1,624 |
| US | 41 | 697 | 27 | 22 | 63 | 850 |
| UK | 29 | 384 | 174 | 107 | 215 | 909 |
| France | 3 | 34 | 37 | 85 | 170 | 329 |
| ROW | 0 | 9 | 0 | 0 | 1 | 10 |
| TOTAL | 295 | 2,099 | 342 | 293 | 693 | 3,722 |

Nortel's Intellectual Property Law Group ("IP Law Group") is responsible for protecting and leveraging Nortel's IP, and providing specialized IP expertise in business transactions. Because Nortel is a technology company that competes with other technology companies, this function is considered to be extremely valuable.

A core function of the IP Law Group involves the protection of Nortel's IP. This responsibility includes the following activities:

- ensuring that the R&D communities are aware of the importance of protecting IP;
- ensuring that IP is protected properly via the appropriate mechanism; and
- actively "culling" Nortel's patent portfolio to stay within budget constraints while ensuring that the most important IP remains protected while giving up protection on less important IP.

---

[25] It should be noted that Exhibits IV.15 and IV.16 cannot be used together. That is, one cannot say that of the 1,137 patent applications in Canada (Exhibit IV.15), that 290 of those applications were successful (from Exhibit IV.16). That is because the patent application process takes approximately three to four years on average to complete. Therefore, of the 290 patent applications granted in Canada during the period, a large percentage of them likely pertain to patent applications filed prior to the period.

[26] Patents granted in U.K. and France include patents resulting from applications filed in the European Patent Office.

32

**NNI_01492182**

33

*See Notice to Tax Authorities at Page (i)*

Another important function of the IP Law Group relates to obtaining money or other value from Nortel's IP. This responsibility includes the following activities:

- ensuring that third-parties that are utilizing the Company's IP pay appropriate royalties or fees to Nortel;
- ensuring that companies that want to interface with Nortel's proprietary interfaces are properly licensed to do so; and
- marketing selected Nortel technology, including certain IP rights, to third parties in return for monetary consideration.

Nortel's IP Law Group manages and resolves allegations of infringement made by third-parties directly against Nortel or against its customers. This responsibility includes the following activities:

- reviewing third-party allegations and determining an appropriate strategy for resolving the allegation;
- handling customer requests for indemnification for allegations of infringement; and
- ensuring Nortel's suppliers properly indemnify Nortel for allegations relating to products and components provided by its suppliers.

Nortel's IP Law Group also provides IP support for Nortel's M&A activities. In addition, the IP Law Group provides intellectual property advice and support to other law groups within Nortel.

The IP Law Group has personnel in the Canada, U.S., the U.K., France and other countries **[any in France?]**. Personnel in each of the countries perform substantially the same responsibilities with respect to protecting Nortel's IP.

### Un-Patented Technology / Know-How

Software is critical to most of Nortel's products. Considering that software constitutes un-patented technical know-how, Nortel develops substantial amounts of un-patented technical know-how that differentiates the Company's products from its competitors and provides Nortel an advantage in increasing its market share. The industry is moving away from specialized hardware toward specialized software running on commercially available hardware platforms. Consequently, Nortel's software is a key differentiator from its competitors. That being said, in some cases, the functionality provided by software is protected by patents.

33

**NNI_01492183**

*See Notice to Tax Authorities at Page (i)*

Product Development

Product development is the process by which a firm decides which market segments to pursue, what product characteristics are needed to meet market demands, the types of products which will be produced to satisfy these demands and the selection of materials and processes that will create these products.

Product development teams are organized along product groups. Refer to Appendices F to H for a description of the specific development activities relative to the product groups for 2000 to 2002.

**Examples of R&D and How it Drives Nortel's Business THIS SECTION NEEDS TO BE UPDATED TO INCORPORATE THE ACTIVITES OF NNSA. – Philippe Albert-Lebrun**

**Program: CDMA Packet Core Network**

The Code Division Multiple Access ("CDMA") Packet Core Network as defined by 3GPP2[27] specifications enables packet data applications on a CDMA mobile device. The Packet Core Network provides key functions like Session and Mobility Management, Subscriber Billing, routing of data packets, and serves as a gateway between the Mobile radio environment and internet.

The Nortel Networks CDMA Packet Core Network consists of two products, the PDSN (Packet Data Service Node), and the HA (Home Agent). The PDSN can be used as a stand-alone Core Network provider, or can be deployed in conjunction with Home Agents to provide seamless packet data roaming via MIP (Mobile IP) concepts adopted by 3GPP2.

Each product is briefly described below.

**PDSN:** The PDSN performs mobility management and session management of subscribers in a packet network. In addition, the PDSN can provide High Touch IPServices (e.g. firewall, anti-spoofing, VPN …) and routing of the IP packets. This includes support for numerous standardized interfaces and subscriber services. In deployments where customers sought the seamless roaming that Mobile IP can provide, the PDSN also provided the Foreign Agent functionality which facilitated delivery of the subscribers packets to the appropriate Home Agent for that subscriber.

**HA:** The HA performs mobility management and session management of subscribers in a packet network, and facilitates those sessions staying available across more than just the current serving network or access type. While the PDSN has a standard interface into the Radio Access Network, the Home Agent provides an access network agnostic interface.

---

[27] The Third Generation Partnership Project 2 (3GPP2) is a collaborative third generation (3G) telecommunications standards-setting project comprising North American and Asian interests developing global specifications for ANSI/TIA/EIA-41 Cellular Radiotelecommunicatoin Intersystem Operations network evolution to 3G, and global specifications for the radio transmission technologies (RTTs).

34

Therefore operators could enable seamless and unified services to their customers across any roaming CDMA network, or even a WLAN hotspot. In this MIP enabled mode, the HA can provide High Touch IPServices (e.g. firewall, anti-spoofing, VPN ...) and routing of the IP packets in a consistent manor for the subscriber regardless of where he/she roams.

Total PDSN spending for the years 2000 to 2004 was approximately $51.2M.

**Business Impact Description:**

The products developed as a result of the R&D allows Nortel Networks to compete in the Wireless Data market place. Nortel has been successful in this market place growing its market share in the Wireless Data Market. The development in years 2000 to 2004 has directly contributed to business contracts with the following wireless operators for CDMA Packet Core products:

- Sprint PCS (PDSN and HA);
- Verizon (PDSN only); **[take into account that, where French clients are mentioned, the tax auditor may ask for invoices and check VAT treatment. This should be taken into consideration when mentioning "French" clients in order to manage potential VAT exposures]**
- Bell Mobility (PDSN only);
- Pelephone (PDSN and HA); and
- Telstra (PDSN only).

Detailed Description of some of the development done on the various products in 2000 to 2004 include **[The Section below could be enhanced by identifying the (integrated role NNSA played in the developments outlined below]**:

**PDSN**

1. Proprietary RP interface to support Packet Data Service for mobile subscribers. This feature is the fundamental feature that enables mobile subscribers to send and receive data packets on their mobile devices. This feature is the fundamental research product that enabled the rest of the PDSN and HA programs.
2. Intra and Inter BSC Mobility: This feature enables mobile subscribers to roam from one RF access entity to another including between vendor's networks when the HA was deployed. This is a highly complex test area that required a significant number of complex error scenario testing to ensure compliance to the relevant specifications.
3. Billing was added to the PDSN to enable customers to generate revenue from mobiles that utilize their networks. This activity included integration to third party vendor's authentication and billing systems and required interworking with all other features on the PDSN.

35

*See Notice to Tax Authorities at Page (i)*

4. Capacity Enhancements: The single most critical element of continuous work on the PDSN and HA products, was to enhance the scale-ability of the platform to meet the every increasing demands of the customer base. Nortel evolved the PDSN from a starting point of 16,000 subscribers at <20 activations per second, to 100,000 subscribers at >100 activations per second. Every release during every year of development, had features that were directly working on capacity.

IP Service Integration: This feature enables the mobile operator to utilize the high touch subscriber IP Services of the Shasta platform, based on subscription level purchased by the mobile user. Our team had to systematically walk through the designs and testing to ensure that the services could be made to work in Nortel's highly scale-able and dynamic environment.

5. Open RP interface. This feature enabled support of the industry standard interface to the radio access network. This feature was pivotal to being able to support Nortel's EV-DO offering, which brought higher levels of subscriber throughput capability. This feature would enable Nortel the opportunity to sell its Packet Core Network to be used with other vendor's Radio Access network.

6. Dynamic Home Agent: this feature provided relief to customer operations by enabling the assignment of the Home Agent for a subscriber through the registration process. Prior to this feature, the customer had to pre-configure the Home Agent address for the subscriber in the mobile handset/mobile IP client. The feature also allows for higher availability to the customer by allowing the system to route the subscriber to an in-service Home Agent.

7. Dynamic Mobile IP key Update: This feature also eased the burden on the customer operations by allowing very important subscriber information to be provided during the registration process, rather than pre-programmed in the mobile terminal prior to distribution.

8. Patching: This feature is pivotal in minimizing the down-time that Nortel's customer must incur to deploy fixes that we provide to them for product flaws. This feature allows for the application of software fixes while the product is in-service.

9. VPN Services: This feature targeted for providing Shasta developed VPN services for Nortel's mobile subscribers.

10. Overload Controls: This feature provides a generic framework that can be used by applications to manage overload situations such as CPU and memory resource exhaustion. Improved reliability is achieved through ensuring the product does not exceed its engineering guidelines.

Standards Compliance and Features: These features were developed over time as the standards evolved and as we performed more inter-op testing with other CDMA core network vendors. It is essential to stay current with the ever-evolving standards and customer expectations on Nortel's open interfaces and features.

**Home Agent**

36

*See Notice to Tax Authorities at Page (i)*

1. The IP-IP interface is used to tunnel information between Foreign Agents (FA's) and HAs using IP-IP Tunneling (IP-IP). Generally, MIP uses IP-IP to get the subscriber's packets to a domain where the subscribers IP address is valid for packet data routing.
2. VPN Services were also added to the Home Agent. The Home Agent is the core node that is used to provide ubiquitous service deployment for the customer. No matter what the access network was, the subscriber will get a common look and feel due to always having his sessions homed on his provider's Home Agent.
3. IP Services on the HA provides the same ubiquitous service vision at the HA.
4. Multi-Network Access: This feature allowed the HA product to not just inter-op with CDMA operator PDSN-FAs, but also IETF MIP standards compliant access networks. The specific target tested and integrated with was WLAN hotspot access with the FA capability being co-located in the mobile terminal device.
5. Capacity Enhancements: The single most critical element of continuous work on the PDSN and HA products, was to enhance the scale-ability of the platform to meet the every increasing demands of the customer base. Nortel evolved the HA from a starting point of 16,000 subscribers at <20 activations per second, to >100,000 subscribers at >100 activations per second.. Every release during every year of development, had features that were directly working on capacity.
6. Overload Controls were also developed for the Home Agent.
7. RADIUS based billing services were developed for the Home Agent to allow operators to verify roaming relationship billing information, as well as allowing for single billing concepts when integrating with WLAN/other access network types.
8. RADIUS based authentication services were developed for the Home Agent to allow for better operator control over subscriber access, through a centralized AAA subscriber management system.
9. Patching: This feature is pivotal in minimizing the down-time that Nortel customers must incur to deploy fixes that the Group provides to them for product flaws. This feature allows for the application of software fixes while the product is in-service.
10. Standards Compliance and Features: These features were developed over time as the standards evolved and as Nortel performed more inter-op testing with other CDMA core network vendors. It is essential to stay current with the ever-evolving standards and customer expectations on open interfaces and features.

**Program: GPRS / UMTS Packet Core Network**

The GPRS/UMTS Packet Core Network as defined by 3GPP specifications enables GPRS and UMTS Packet data applications on a mobile device. The Packet Core Network provides key functions like Session and Mobility Management, Subscriber Billing, routing of data packets, Legal Interception and serves as a gateway between the Mobile radio environment and internet.

37

*See Notice to Tax Authorities at Page (i)*

The Nortel Networks GPRS / UMTS Packet Core Network consists of three primary products, the SGSN (Serving GPRS Service Node), GGSN (Gateway GPRS Serving Node) and SIG (SS7 IP Gateway). The SGSN node has two configurations dependant on whether is supports GPRS or UMTS mobile subscribers. The GGSN and SIG nodes support both GPRS and UMTS mobile subscribers simultaneously on the same product.

Each product is briefly described below.

**GPRS and UMTS SGSN:** The SGSN performs mobility management and session management of subscribers in a packet network. In addition, the SGSN performs ciphering and compression of the data transmitted and routing of the IP packets. This includes support for numerous standardized interfaces and subscriber services.

**GGSN:** The GGSN provides open interface support for the Gn, Gp, Gi and Ga standardized interfaces. These interfaces provide connectivity to the SGSN, Core Network, other packet networks, external packet networks and charging functions. Support of the standardized and open interfaces allows the GGSN to be deployed in a multi-vendor environment within the Core Network and enables inter-PLMN roaming.

**SIG:** The SIG is the mediation device which concentrates and pushes the SS7 links to the edge of the network taking advantage of IP-based signalling transport.

Total U/G Packet Core R&D spending for the years 2000 to 2004 was approximately $397.7M.

**Business Impact Description:**

**[this section does not show any benefit to France. Suggest to delete or add French benefit]**

The products developed as a result of the R&D allows Nortel Networks to compete in the Wireless Data market place. Nortel has been successful in this market place growing its market share in the Wireless Data Market. The development in years 2000-2004 has directly contributed to business contracts with the following wireless operators for GPRS / UMTS Packet Core products.

- T-Mobile (5 networks and growing in 2005):
    - Germany, U.K., Czech Republic, Netherlands, Austria;
- O2 (3 networks):
    - Ireland, U.K., Germany;
- Cingular/AWS:
    - Combined network covering U.S. and Puerto Rico;
- Vodafone (10 networks and growing in 2005):

38

**Highly Confidential**

**NNI_01492188**

*See Notice to Tax Authorities at Page (i)*

- − U.K., Spain, Portugal, Italy, Switzerland, Netherlands, Sweden, Egypt, Australia, New Zealand;
- Telstra (Australia);
- Mobilkom (Austria);
- Go Mobisle (Malta);
- Partner (Israel);
- Sunday (Hong Kong);
- BSNL (India);
- PTML (Pakistan);
- 17 regional operators in the U.S.; and
- 10 operators in Central and South America.

Detailed Description of development done on the various products in 2000 to 2004.

### GPRS SGSN

1. Gd interface to support Short Message Service for mobile subscribers. This feature is a high revenue generation feature for Nortel customers that enable mobile subscribers to send and receive text messages on their mobile devices. Software integration and testing of this feature was required with existing services.

2. Inter SGSN Routing Area Updates: This feature enables mobile subscribers to roam from one SGSN to another including between vendor's networks. This is a highly complex test area that required a significant number of complex error scenario testing to ensure compliance to the relevant specifications.

3. Billing was added to the SGSN to enable customers to generate revenue from mobiles that roam into their network from other networks. This activity included integration to third party vendor's billing systems and required interworking with all other features on the SGSN.

4. Capacity Enhancements: The MSA was introduced as a high capacity GTL (GPRS Transport Layer) card on the SGSN to increase the number of subscribers supportable from 25,000 to 210,000 by a single SGSN. The WPDS (Wireless Packet Data Server) card was introduced as a GSD (GPRS Subscriber Data) enhancement enabling a data throughput increase from 5Mbps to 49Mbps while performing security functions to protect the subscribers from fraud. The 2pGPDSK (2port General Purpose Disk) was introduced as a GSC (GPRS Subscriber Control) card to support the capacity increase to 210,000 subscribers that could be handled by a single SGSN.

5. Tiered Subscription: This feature enables the mobile operator to define various data throughput levels based on the subscription level purchased by the mobile user.

6. MS Purge: This feature provides the ability of an SGSN to inform an HLR that the mobility management context of a detached mobile has been deleted at the SGSN.

39

*See Notice to Tax Authorities at Page (i)*

7. Data Volume Limit Billing Enhancement: This feature enables the SGSN Account Server (SAS) to generate a partial SCDR when a subscriber has transferred a provisioned number of bytes.

8. Tariff Time Change Billing Enhancement: This feature adds support for the Tariff Time Change trigger to the SGSN Billing application to provide multiple tariff periods for packet services.

9. SGSN Rearchitecture: The primary goal and business thrust for this feature is to reduce the cost of future software development for both the 2G and 3G SGSN by changing key areas of software into a common architecture, such that duplication is minimized for future development, testing, and maintenance, of common software features.

10. Lawful Intercept: This feature provides the ability to selectively intercept communication and/or data related content for a targeted subscriber.

11. Overload Controls: This feature provides a generic framework that can be used by applications to manage overload situations such as CPU and memory resource exhaustion.

12. User/SGSN Initiated PDP Context Modification: This feature provides support for mobile and HLR initiated SGSN PDP context modification.

13. Fault Management: This feature provides alarms that are used to alert the operator about various failure conditions such as connectivity faults, SGSN Accounting System (SAS) faults, and for 2G, BVC unavailability faults.

14. IOT Change Request Complicancy: This feature implements support of several March 2002 change requests.

15. 2pGPDsk Enhancements: This feature enables the second Ethernet port on the 2pGPDsk FP, and provides the ability to configure Ethernet line sparing.

16. Mem': This feature provides a high performance, object based, memory management subsystem which includes a debugging/error-prevention toolset.

17. Trace Tool: This tool provides for tracing and monitoring of control and data path information internal to the SGSN. This greatly enhances the ability to provide technical support on the SGSN.

18. Release 99 Complicancy: This feature enhances the SGSN to be compliant with the March 2002 Release 99 standards for all procedures that were supported in GPRS Release 97.

19. SGSN Robustness: This feature improves system robustness (reliability and performance) for NSE Redundancy.

20. SGSN Capacity: This feature increases SGSN capacity by adding additional GSD cards to the SGSN, porting the GTL to the 4pOC3 on the 15K, and introducing new configurations for the SGSN.

21. Performance Management: This feature provides an expanded set of counters on the GSD and GSD cards to aid in debugging field issues and managing the performance of the SGSN.

40

**Highly Confidential**

**NNI_01492190**

*See Notice to Tax Authorities at Page (i)*

22. GSD Downlink Buffering Counters: This feature introduces counters to complement GSD downlink PDU buffering.

23. GTL 32pMSA 2n+1 Redundancy: This feature describes the use of the 32pMSA, used as a GTL, and its sparing/termination panel to increase the overall engineered capacity of the bearer shelf in a wireless data node for GPRS.

24. GTL 4pOC3 2n+1 Redundancy: This feature describes the use of the 4pOC3 used as a GTL to increase the overall engineered capacity of the bearer traffic in a wireless data node for GPRS.

## UMTS SGSN

1. The 3rd Generation (3G) SGSN is designed and built on the Passport 15K platform which provides a carrier grade platform for broadband based services.

2. Legal Interception: This feature enables intelligence agencies to view subscribers' web or email data. This included integrating to a third party vendor's server.

3. Quality of Service (QOS): This feature is an enhancement of Tiered Subscription to provide further refined data throughput levels based on the subscription level purchased by the mobile user.

4. 2G to 3G and 3G to 2G InterSGSN routing Area Updates: This feature enables mobile subscribers to roam from one SGSN to another including between vendor's networks and from 2nd generation SGSNs to 3rd generation SGSNs and visa versa. This is a highly complex test area that required a significant number of complex error scenario testing to ensure compliance to the relevant specifications.

5. Billing as described above for GPRS SGSN.

6. Ms Purge: This feature provides the ability of an SGSN to inform an HLR that the mobility management context of a detached mobile has been deleted at the SGSN.

7. Data Volume Limit Billing Enhancement: This feature enables the SGSN Account Server ("SAS") to generate a partial SCDR when a subscriber has transferred a provisioned number of bytes.

8. Tariff Time Change Billing Enhancement: This feature adds support for the Tariff Time Change trigger to the SGSN Billing application to provide multiple tariff periods for packet services.

9. SGSN Rearchitecture: The primary goal and business thrust for this feature is to reduce the cost of future software development for both the 2G and 3G SGSN by changing key areas of software into a common architecture, such that duplication is minimized for future development, testing, and maintenance, of common software features.

10. Lawful Intercept: This feature provides the ability to selectively intercept communication and/or data related content for a targeted subscriber.

41

**NNI_01492191**

42

11. Overload Controls: This feature provides a generic framework that can be used by applications to manage overload situations such as CPU and memory resource exhaustion.

12. User/SGSN Initiated PDP Context Modification: This feature provides support for mobile and HLR initiated SGSN PDP context modification.

13. Fault Management: This feature provides alarms that are used to alert the operator about various failure conditions such as connectivity faults and SGSN Accounting System (SAS) faults.

14. IOT Change Request Complicancy: This feature implements support of several March 2002 change requests.

15. 2pGPDsk Enhancements: This feature enables the second Ethernet port on the 2pGPDsk FP, and provides the ability to configure Ethernet line sparing.

16. Mem': This feature provides a high performance, object based, memory management subsystem which includes a debugging/error-prevention toolset.

17. Trace Tool: This tool provides for tracing and monitoring of control and data path information internal to the SGSN. This greatly enhances the ability to provide technical support on the SGSN.

18. Reset/Reset Resource: This feature provides support of the Reset procedure used to initialize the UTRAN in the event of a failure in the Core Network or vice versa. Additionally, the Reset Resource procedure is provided to initialize part of the UTRAN in the event of an abnormal failure in the Core Network or vice versa.

19. SG to DME: This feature migrates the signalling path from a PEV environment to a DME environment in order to increase capacity

**GGSN**

1. The Gn interface is used to tunnel information between SGSNs and GGSNs using GPRS Tunnelling Protocol ("GTP"). Generally, GTP is supported between GGSN's for the purpose of session creation, deletion, modification, and mobility. Gn is supported over ATM.

2. The Gp interface exists between packet networks for Inter-PLMN roaming. The interface can be made secure, if desired, by the use of Border Gateways supporting IPSec tunnelling. The Gp interface consists of the same signalling messages as those defined for the Gn interface, except the Network Elements are located in different PLMNs. Gp is supported over ATM.

3. The Gi interface is the external interface, or reference point, between the GGSN and another type of packet network. Gi provides for access to the public Internet, as well as to ISP's and private intranets. Gi is supported over Ethernet.

4. The Ga interface serves as the interface between the GGSN and the Charging Gateway Function and provides the mechanism to transfer charging information. Ga implements GTP' encompassing both Path Management and Data Record

42

**NNI_01492192**

*See Notice to Tax Authorities at Page (i)*

Transmission.  Ga interface support allows for interworking with all standard billing mediation devices.  Ga is supported over both ATM and Ethernet

43

**Highly Confidential**

**NNI_01492193**

5. Content Based Billing ("CBB") of the Wireless Application Protocol ("WAP"). CBB is a function which permits the Nortel GGSN to generate billing information based the specific data accessed during a session, such as the websites visited, rather than just on the quantity of data sent or received by a mobile subscriber.

6. Service Redirection. Service Redirection is a function via which the Nortel redirects a mobile subscriber using either the WAP or HTTP protocols to a website of the service providers' choice, rather than the website originally requested by the subscriber. This function is used to "capture" the sessions of prepaid subscribers when their account funds have been exhausted and direct them to a "top-up" website where they may transfer funds into their account.

7. VPN capacity and reliability improvements. Current VPN sessions require extremely complex software architecture which slows subscriber activation and deactivation, a key GGSN performance metric.

8. Data plane redundancy for aggregation sessions. Investigation and prototype as proof of concept for providing data plane redundancy in the event of hardware or software failure on a GGSN node handling 500,000 active sessions. Additionally, the user sessions should not notice any significant interruption in service.

9. Avoidance of GGSN control plane overload during data plane hardware or software failure. Failures in one part of the GGSN system can cause overload and failure scenarios in the control plane processing function. Investigate and enhance the mechanism to handle failures without causing processing overload for the control processing function.

10. Routing overload avoidance. Large, poorly designed networks can put a huge demand on the GGSN routing software and protocols – leading to a nodal outage. The GGSN was enhanced to be able to detect routing overload and avoid nodal outage.

11. Packet Spreading capacity enhancements. The GGSN line cards use parts of the IP packet to determine which packet processing CPU to forward the packet to for processing. In the event that the line card is unable to determine the correct processor, it has been enhanced to intelligently forward packets to a set of processors for further examination to determine the correct final packet processor.

12. GGSN memory auditing. Detection of memory corruption and trampling by errant software on the GGSN. In addition to detection, the GGSN generates reports and has some degree of self correcting capability.

13. Traffic Performance Optimizer functionality integration on the GGSN.

**Program: E-Mobility UMTS**

The e-mobility HLR (Home Location Register) project was a multi year project responsible for development of a high performance HLR for the UMTS, GSM and ANSI-41/MTX Wireless product lines for Voice and Data applications utilizing both TDMA and CDMA access technologies. The intent was to develop an advanced, high reliable 5x9+'s, scalable, high capacity HLR based on commercial hardware that would be compliant with

44

*See Notice to Tax Authorities at Page (i)*

the various wireless standards. Originally, the program targeted replacement of the IS-41 Based DMS HLR and in 2001 it was expanded to also replace the GSM MAP Based DMS HLR.

**NOTE:** The e-mobility HLR program was shutdown and disbanded as part of Nortel's optimizations in August of 2001 based on overall business priorities and future Nortel revenue potential.

Total spending for the project for years 2000 and 2001 was approximately $26.1M.

The 2001 program was to provide a high capacity UMTS HLR to meet customer commitments for early 2002 deployment. The objective was to deliver an HLR capable of supporting up to 10 million simultaneous subscribers using a highly distributed multi-processor solution based on Nortel software and third party hardware. The plan was to complete development in Q4 2001 and complete system testing during Q1 2002 with trials starting end of Q1 2002.

In addition the e-mobility HLR base platform was intended to support future UMTS standards development. Specifically work was underway to support the R5 UMTS Home Subscriber Server ("HSS") on the e-mobility platform. The HSS is the next generation HLR for the UMTS Voice over IP domain.

Extensive requirements analysis, exploration of development options and alternatives, and prototype experimentation were performed. Two phases of prototype development where utilized to provide a solid base for the UMTS development. Phase 1 was the initial trial platform based on the MTX09 ANSI HLR service offering for both TDMA and CDMA. This included not only the MTX HLR application but also the development of a reliable/redundant communication system across many components, event frameworks to assure a structured/partitioned environment, JAVA garbage collection, and an OAM&P infrastructure for operations, administration, maintenance and provisioning of the entire system. Phase 2 featured additional capacity, non-downtime upgrade and compliance to the GSM standards. Neither Phase 1 nor 2 where delivered to the field but where used as prototypes for the UMTS development. In addition prototyping of Session Initiation Protocol ("SIP") HSS on the e-mobility platform was also underway in parallel to Phase 2 work. The HSS work was aimed at UMTS R5.

The intended technical advances for the e-mobility HLR were to provide an advanced capability, highly reliable, scalable via distributed computing, capacity rich HLR based on commercially available hardware. The intent is to provide a service set that complies with the current UMTS standards and to provide a framework for other mobility management functions to be added later such as ANSI41 and SIP. Scalability and capacity would range from a small site of 500,000 subscribers up to 10+ million subscribers in the initial release with plans to grow to a staggering 20 million subscribers. System reliability of >= 9.9999+

45

was required. Delivering this level of scalability and reliability on commercially available hardware and software components was a significant challenge.

Technical risks and uncertainties with the e-Mobility HLR project revolved around external supply hardware environment, vendor supplied operating system and the intricacies of developing a highly reliable, high capacity system for deployment in the wireless environment meeting carrier grade performance. Developing with external hardware and software requires the e-Mobility HLR project to compensate for deficiencies in third party platforms when developing the system design. The technical risks centered around pre-generally available hardware with specialized chassis design and alarm board functioning. In order to leverage years of investment in the GSM HLR the software bundle was configured on top of the LINUX operating system so it could run on a commercially available cards. The market demands reliability at a minimum of 5 9's **[please explain the concept of 5 9's?]** on commercial hardware. This concept refers to a 99.999% reliability rating which has been an industry requirement for over 30 years. This means that the network, and key network components, must be available for service 99.999% of the time. Since the base technology cannot provide this level of reliability, Nortel must devise ways to meet this industry requirement. Typically, the approach to achieve such reliability is through system backups and self checking software, or "redundancy". Redundancy was achieved not only by hardware but also by software synchronization across a geographically distributed system. The technical risks included upgrading the system with no downtime to the application, extreme capacity requirements which required some new hardware to increase the performance of one of the externally provided software platforms. In addition significant Operations and Management ("OAM") challenges related to software loading, management and performance needed to be addressed. Ex: A large system could have >50 CPUs per site that all need to be coordinated and managed simultaneously.

There were many strategies involved in resolving scientific and technical risks in e-Mobility HLR. Firstly research and analysis was performed by technical experts to understand the interface to the external hardware and software engaging the appropriate support organizations to ensure compliance to the specifications. Open technical issues were known to exist (for example – alarm card specifics for main chassis, throughput on internal bus, power requirement and heat dissipation), participation in technical meetings with the vendors of external hardware/software were standard practices were required to resolve the technical issues. Secondly, a high level design was required to evaluate key development alternatives which included searching for off the shelf alternatives to design, design in house or combination to achieve desired product functionality and fit. Following the high level design and working closely with the vendors the next phase of experimentation (prototyping) still uncovered issues (practical use of the alarm board for reporting faults was determined to be inadequate and needed to be revisited, heat dissipation on paper was not the same as physical and required additional cooling units/configurations to be considered) that would not have been found on a paper study alone. The team prototyped specific functions to ensure compatibility, form and fit for the

46

47

e-Mobility platform. Thirdly, system engineering functions were employed to prove or disprove the reliability and capacity of the system. Validating the actual system engineering reports against the actual prototype further disproved or proved the viability of the system. Finally, several rounds of validation including traffic runs and long soak periods were performed under the thrust of capacity, reliability, and function. Regular cross-company technical conferences between e-Mobility design team and hardware/software vendors were used to de-risk the complex development interactions.

E-mobility HLR presented many technical advancements required to make the product viable. To retain past software investments in Nortel DMS HLR Software the e-Mobility program worked to re-host portions this software and its host operating system on top of a commercial LINUX kernel on commercially available HW. In addition to the significant challenges to re-host the legacy software significant new development was conducted utilizing JAVA. A patching system equal to the proprietary system on DMS was created allowing both DMS patches and JAVA patches to be applied to a running system while in service. The reliability counted on by DMS is redundant hardware. In e-mobility both hardware redundancy (across geographically disperse systems) and software redundancy ensure the reliability models required for the system. The reliability of the software was assured by developing a guaranteed messaging infrastructure, a garbage collection system, and an event framework that allowed software development to proceed along a guided path using object oriented methodology. Methods where devised to prevent the OAM system from being flooded by 10's or potentially 100's of transaction processing cards. A system for simultaneously loading numerous cards of different types in various slots/cages was developed to enable a system to be installed or upgraded in a reasonable period time.

In order to determine whether or not an e-mobility HLR could be created based on the requirements extensive research of alternative designs, philosophies, generally available theories on design, and testing them out in smaller scale was required. The level of capacity, the required reliability had to be proven in small increments solving the technical difficulties along the way proved that the plan was feasible. At the beginning of 2001 development of the UMTS HLR application and platform was under full development with commitments made for year end completion.

The research and experimentation was required to ensure Nortel could accomplish a new design specification for the HLR product. The intent was to go beyond any product capability in existence in today's marketplace. In several areas the prototyping for Phase 1 and 2 resulted in reworking major software components because the selected design did not meet system requirements in the end. The most notable areas of rework in 2001 were (1) the reliable communication system which managed redundant ethernet connections across all cards and geographically replicated system, and (2) The redundant OAM framework which manages all cards on all sites.

The design specification centered on the commercial environment, patching of the commercial environment, scalability, and reliability of the system. The project is quite multi-

**Highly Confidential**                                                                 **NNI_01492197**

*See Notice to Tax Authorities at Page (i)*

faceted in nature and required extensive research and prototyping in the various areas to satisfy the design specifications.

48

**NNI_01492198**

49

The technical information required to solve the issues described in (1) was a combination of research into known works, known applicable theory from an engineering perspective, conference calls will the technical experts from the suppliers of components to the system as well as targeted prototyping to ensure all technical issues were resolved. In some cases additional staff with focused experience where required on specific areas to provide additional knowledge.

Several specific alternatives were evaluated from both the research side as well as the prototype side. Evaluation of several alternative software partners as well as hardware partners was undertaken to ensure the best fit for the product specification was achieved. When the market place could not provide the proper form or fit internal designs were explored and prototyped.

The technical activities that the team engaged in were extensive research into design alternatives either internally developed or partnering with external vendors, modeling from a system engineering perspective on paper with known and scientific data, and prototyping small areas to ensure compliance to specification as well as proper fit and form.

E-mobility HLR created an entirely new development process which streamlined the concept to prototyping to testing phases in increments. This is critical to any subsequent projects in validating the correct design specifications well in advance of project deliverables.

**Program: Compact Metro Cell BTS**

The Compact Metro Cell BTS ("Compact") is a new base station ("BTS") platform addition to Nortel Network's CDMA product portfolio.

The Indoor Compact is a single shelf 3Carrier/3Sector self-contained, shelf based, low cost BTS. Its architecture enables the support of all CDMA frequencies, in DC, AC, Indoor configurations. The Indoor Compact architecture also allows multi-BTS deployments for Carrier Growth beyond 3Carrier/3Sector with the deployment of additional, collocated shelves. The Compact greatly reduces BTS footprint by using high density Radio Modules and high density Channel Element Modules and efficient packaging. The architecture also minimizes external cabling by having all BTS communications managed through a backplane which also enables improved operation, maintenance and troubleshooting through built in "plug and play" functionality. The BTS will support cdmaOne, cdma2000 1XRTT (voice and data) and cdma2000 1XEV-DO wireless standards as well as Fixed Wireless and Extended Cell deployments.

49

*See Notice to Tax Authorities at Page (i)*

Phase 1 of the Indoor Compact will introduce a single shelf DC 800 MHz variant of the BTS and includes a HW enabler for 2 shelf interconnect for low cost carrier expansion. The XCEM192 is also introduced in this phase. It is a high density channel element module that allows it Channel Elements to be used across up to 3 multiple carriers at the same time. A quick follow on program will introduce the 1900 MHz Radio Module frequency variant.

An Outdoor Compact variant is also under development and will deliver a reduced footprint environmental enclosure AC BTS that will provide up to 6Carrier/3Sector support for 800 or 1900 CDMA frequencies with integrated, modular battery backup options.

Both BTS variants require Network Element Manager development to support the introduction of the BTS into a network and will be done on the BSSM element manager platform. Associated offline configuration tools such as CACP and CDMA Toolbox will also be updated to include Compact BTS support.

Total R&D spend is approximately $35.6M

**Program: High Efficiency Linear Power Amplifier ("HELPA")**

HELPA project, which is an Advanced Technology Research program conducted by the Wireless Technology Laboratories ("WTL").

WTL is an organization associated with Nortel's Wireless Networks Division. WTL conducts research activities into new and developing technologies that are deemed likely to succeed as technology foundations or future components of Nortel Networks wireless products. Areas of this research include advanced radio frequency ("RF") hardware and signal processing functions for wireless base stations, signal processing algorithms for baseband modulation and demodulation as well as antenna array spatial processing techniques, and system architectures for new and next-generation wireless systems. Many of these research projects bear fruit in the form of technologies that are ultimately used in product developments of Nortel wireless products.

One such research project that has been conducted in WTL is the HELPA project. This multi-year project has involved research and innovations in several key areas, including novel RF amplifier system architectures, linearization architectures and algorithms, memory correction architectures and algorithms, and high efficiency voltage modulation architectures, algorithms and hardware topologies.

The primary motivators for study of these technologies are future cost reduction and efficiency improvement potential compared to present day RF power amplifier technologies. These potential improvements that were researched lead to lower product costs, lower operating costs, simplified mechanical design and smaller size. Potential applications for these technologies would be in Nortel's Wireless Basestation Systems,

50

*See Notice to Tax Authorities at Page (i)*

including those that are developed for CDMA, UMTS, and GSM networks. The targeted completion date for this research program is December 2004. Upon completion, HELPA's advanced technology components will be studied for application to Nortel's wireless products. **[target date achieved?]**

Technology advancements include:

- very high efficiency RF power amplifier output stage proof of concept design;
- new memory correction architecture and algorithms for mitigation of amplifier linearity impairments;
- new pulse-width modulator and sigma-delta modulator algorithms for voltage modulator coding function; and
- Novel voltage modulator architecture to deliver RF envelope tracking power to the amplifier output stage.

Key milestones include:

- Program Launch – June 2002;
- Unlinearized Proof of Concept – April 2003;
- Linearization Algorithms Finalized – December 2003;
- Linearized Proof of Concept – April 2004; and
- Full Functional HELPA Demo – December 2004.

R&D spending was approximately $9.5M.

### Summary

The above examples demonstrate Nortel's continued commitment to R&D. Current R&D has aided Nortel in developing leading edge technology and the development of new and innovative products helps drive Nortel's current and future revenue growth. The RPS Participants each perform R&D that contributes to Nortel's innovation and new products. Each RPS continues to share entrepreneurial risks. The allocation of the Company's profit or loss should be commensurate with its risks associated with the company's R&D.

### *MANUFACTURING / OPERATIONS*

#### Overview

In order to effectively build, deploy, service and transform customer networks in all regions of the world, Nortel has developed a Global Operations ("GO") model. The GO organization model consists of employees located throughout the world based on System House locations and support of the various geographic regions – North America, CALA, EMEA, Asia Pacific and Greater China.

51

*See Notice to Tax Authorities at Page (i)*

**Provide details re GO employees located in France (number, responsibilities)**

GO links all of Nortel's business operations, and is responsible for the customer's end-to-end experience with Nortel – touching every product, customer, and supplier, and all points in the network lifecycle – from new product introduction to product end of life. Leadership Category[28] ("LC") Operations Leaders and Regional Customer Care Leaders are key elements of GO organization.

GO is aligned with Nortel's LCs through its LC Operations Leaders, they report directly to the President of GO and sit on the GO Cabinet, as well as the Cabinet of the LC President each supports. LC Operations Leaders serve as single points of contact and accountability for each LC President (in 2002, Wireless, Wireline, Enterprise, and Optical) for the development and implementation of operations and services strategies, processes, and practices.

Similarly, GO is aligned with the regional organizations through the Regional Customer Care Leaders of EMEA, Asia Pacific, and Greater China sitting as members of the Global Operations Cabinet.

In France there are 2 "GO" locations, Chateaudun and Chateaufort, each containing approximately 140 and 20 GO employees respectively. The GO employees in Chateaudun are principally responsible for product design, network engineering and sales & marketing. In Chateaufort, the GO employees are principally responsible for supply side planning, strategic supply management and new product management. Both of the GO locations in France primarily support France, the Middle East and Africa.

Reporting into the LC Operations Leaders, are Customer Operations Leaders ("COLs"), who are the primary interface, from an Operations perspective, between Nortel's customers and Nortel – experts who help customers navigate through Nortel, and are ultimately responsible for the satisfaction of customers.

GO is focused on the following areas of activity:

i) **Product Delivery**

   a) Supply Chain Operations – source, build and deliver products to meet customer needs.

ii) **Services Delivery**

   a) Project Management and Network Implementation – plan and build customer networks globally; and

   b) Network Operations, Support and Maintenance – operate and maintain customer networks globally.

---

[28] Leadership categories correspond to Nortel's operating segments.

52