Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>NORTEL NETWORKS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

EXHIBIT "B" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER
AFFIRMED APRIL 9, 2014

Signed: *S. Brueckheimer*

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me:

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

| | |
|---|---|
| From: | Morfe, Claudio [BL60:9540:EXCH] |
| Sent: | Thursday, June 16, 2005 8:29 AM |
| To: | McFadden, Brian [CAR:0001:EXCH]; Brueckheimer, Simon [HAL02:6003:EXCH] |
| Cc: | Hargrave, Philip [HAL02:0970:EXCH]; Wagner, Trudy [CAR:0279:EXCH]; LeBlanc, Velma [CAR:0197:EXCH] |
| Subject: | RE: Prestigious Award for Harlow Engineer |

I echo Brian's sentiments--your work has and will continue to enhance the ingredient mix that makes Nortel a global technology leader. Thank you Simon.

Claudio

-----Original Message-----
From: Phillips, Joan [CAR:0001:EXCH] **On Behalf Of** McFadden, Brian [CAR:0001:EXCH]
Sent: 16 June 2005 7:13
To: Brueckheimer, Simon [HAL02:6003:EXCH]
Cc: Hargrave, Philip [HAL02:0970:EXCH]; Morfe, Claudio [BL60:9540:EXCH]; Wagner, Trudy [CAR:0279:EXCH]; LeBlanc, Velma [CAR:0197:EXCH]
Subject: Prestigious Award for Harlow Engineer

Simon,

It has come to my attention that you recently received the prestigious Royal Academy of Engineering's Silver Medal for outstanding contribution to British engineering, particularly as it relates to your pioneering work at Nortel on next-generation networks. I understand that the selection committee was particularly impressed with the sheer number of patent applications you have filed each year, as well as their subsequent value to Nortel. Without a doubt, your work has played a significant role in establishing Nortel's leadership in a number of areas, including VoIP.

I am pleased that your major innovative contributions and your truly impressive number of patent filings year over year are receiving public recognition. Please accept my congratulations for this external recognition and my thanks for your dedication, inventiveness, and leadership in keeping Nortel at the forefront of technology innovation.

Best regards,

Brian McFadden
Chief Research Officer
Nortel

1