Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>NORTEL NETWORKS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

EXHIBIT "C" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER
AFFIRMED APRIL 9, 2014

Signed:  *S. Brueckheimer*

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me:

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

The Technical Fellowship of Nortel Program
General Information

### 1.0 Program Objectives

The intent of the Technical Fellowship of Nortel Program is to identify, celebrate and recognize outstanding technical contributors within Nortel and, over time, to build a network of our most valued experts. Following the customary practice of Fellowship programs in the industry, the designation of "Fellow" will be an extremely prestigious and lifetime honor that will recognize individuals for their exceptional technical/business-impacting contributions, their exemplary leadership behaviors and their significant influence both inside Nortel and across the broader communications industry.

The Technical Fellowship of Nortel will comprise an elite group of technologists with broadly impacting influence and responsibilities across the corporation and within the industry, and who further Nortel's global industry leadership.

See the Technical Fellowship of Nortel Nomination/Selection Criteria for further information on contributions and behaviors required to be considered a Nortel Fellow.

The nomination and selection process for inductees into the Technical Fellowship of Nortel program will take place on an annual basis. Up to five Fellows will be selected each year.

### 2.0 Program Details

#### 2.1 Who is eligible?

All Company employees whose wages are paid from a Company employee payroll are eligible to participate in the Program, subject to the following description of "Eligible Employees":

- Eligible employees include regular full-time (RFT) employees and regular part-time (RPT) employees. Employees must be in an R&D role.
- Employees governed by a collective bargaining agreement or third-party representative are eligible, unless participation in this type of program is specifically not permitted within the respective collective labor agreement. Managers must consult with their regional Employee and Labor Relations group to determine if any restrictions of this type apply before approving an employee's nomination for a Nortel Fellow designation and/or award.
- The CTO has the ultimate discretion to include or exclude an employee or a group of employees as eligible to receive a Nortel Fellow designation and/or award

{ FILENAME }                                                                                      1

under the Program, notwithstanding any of the other eligibility criteria, provided such discretion is exercised in accordance with appropriate legal requirements.

Under the Program, "Company" means Nortel Networks Limited and its subsidiaries and affiliates and other entities, which it controls, directly or indirectly, and which have been approved for participation in the Program by the CTO.

**2.2 Who is not eligible?** Temporary full-time (TFT) and temporary part-time (TPT) employees, technology employees in JVs, students, co-ops and interns. Contractors and other individuals who receive payment for services from other than a Company employee payroll, e.g. non-payroll workers (NPWs), are also ineligible for participation in the Technical Fellowship of Nortel program.

**2.3 Recognition:** Selected Fellows will be invited to the annual Nortel Technical Conference where they will be recognized at a special ceremony and formally inducted into the Technical Fellowship of Nortel.

**2.4 Number of Fellows Selected Annually:** It is expected that up to a maximum of five (5) Fellows will be named on an annual basis.

**2.5 The Technical Fellowship of Nortel Selection Committee:** The selection committee will consist of the following voting members:
- A cross-section of R&D leaders representing each of the LCs and regions (North America/CALA; EMEA; and Asia). These members will be rotated every three (3) years.
- HR Representative
- CTO University Interaction Representative
- The Central Program Coordinator (non-voting member)

The Technical Fellowship of Nortel Selection Committee will make final recommendations of Fellow inductees to the CEO, CTO and "staff" leaders of the CEO Cabinet, who will make the final selection decision.

**2.6 Final Fellows Selection:** The final selection for Nortel Fellows will be made by the CEO, CTO and senior "staff" leaders of the CEO's Cabinet. At the discretion of the CTO, a selection committee in any year may also include external subject-matter experts, such as retired Nortel employees, Nortel customer representatives and/or representatives from the academic field who have strong working relationships with Nortel.

**3. 0 Nomination/Selection Process**

1. Any employee can nominate another employee. (Note: an employee cannot nominate him or herself.) To nominate, the official Technical Fellowship of Nortel nomination form must be used. Given the rigorous selection criteria for Fellows, however, employees must forward their nomination to their immediate manager for review and approval. Each level of management above the nominating employee will make the

decision to approve or not approve the nomination and, if approved, will forward to the next level of management. Managers will be responsible for communicating their decision to the nominator and associated management team.

2. The final level of approval required before a nomination can be submitted to the Technical Fellowship of Nortel Selection Committee is by the most senior R&D leader within the management structure of the nominating employee or, if the nominating employee is not part of an R&D management structure, by the most senior leader reporting into a member of the CEO's Cabinet. An R&D Leader is defined as an individual who reports to a General Manager, CxO, Senior Vice President, or President. The R&D leader will communicate his/her approval decision and the reasons for the decision to the nominator and the nominator's management team.
3. Nominations for consideration by the Technical Fellowship of Nortel Selection Committee are coordinated by the CTO Technical Fellowship of Nortel Central Program Coordinator, who will review each nomination form for completeness and eligibility.
4. The Central Program Coordinator(s) will disseminate nominations to the Technical Fellowship of Nortel Selection Committee for review.
5. The Technical Fellowship of Nortel Selection Committee consists of the following voting members:
    - R&D leaders representing the Leadership Categories (LCs) and each of the following regions: North America/CALA; EMEA; and Asia. These members will be rotated every three (3) years
    - HR representative
    - CTO University Interaction Representative
    - The Central Program Coordinator (non-voting member)
6. The Technical Fellowship of Nortel Selection Committee will make final recommendations of Fellow Inductees to the CEO, CTO and "staff" leaders of the CEO Cabinet, who will make the final selection decision.
7. At the discretion of the CTO, a selection committee may also include external subject matter experts, such as retired Nortel employees, Nortel customer representatives and/or representatives from the academia field who have strong working relationships with Nortel.
8. Individuals chosen as Nortel Fellows will be announced by the CTO and invited to the Annual Technical Conference where they will be inducted as Nortel Fellows at a special recognition ceremony held during the Technical Conference.

**3.1 Fellows Nomination Schedule:** The nomination window will open during the first quarter of the year and final selections will be made in the second quarter.

**3.2 The Technical Fellowship of Nortel Nomination Form:** Only nominations that use the Technical Fellowship of Nortel nomination form will be considered.

**3.3 Fellows Induction Ceremony:** Individuals chosen as Nortel Fellows will be announced by the CTO prior to the Annual Technical Conference and will be inducted as Nortel Fellows at a special recognition ceremony held during the Technical Conference.

{ FILENAME } 3

3.4 Program Management and Funding: Will be owned and funded by the CTO.

## 4.0 The Technical Fellowship of Nortel Nomination/Selection Criteria

The following selection criteria will be applied when considering Fellow nominees.
Note: Not every sub-bullet needs to be fulfilled to be nominated as a Fellow.
However, there must be exceptional contribution/impact in each of the 5 categories.

**Technical Influence**
- Exceptional technical knowledge with outstanding competency in a specific or broad system-wide strategic technical area that has provided significant impact to the business
- Sustained record of technical leadership, mentoring colleagues, and providing guidance
- Record of invention or developing intellectual capital
- Success in having influenced strategy and technical direction across Nortel

**Work Experience**
- Has exhibited outstanding leadership capabilities and made significant contributions to mission-critical programs/projects
- Consistently exceeds expectations and objectives
- Possesses unique technical skills, experience and credentials that surpass peers

**Industry Accomplishments**
- Pioneer of new technological innovations or innovative processes that have been adopted industry-wide
- Recognition and prominence in the industry
- External spokesperson or champion in a highly sought-after technology area
- Participation in industrial regulatory or steering committees

**Business Impact**
- Technological innovations have resulted in successful business opportunities and market leadership
- Recognized "go-to" person for a particular technology or business solution
- Drives business growth through personal technical influence

**Leadership and Interpersonal Behavior**
- Prominence within Nortel, the industry, and with customers
- Technical consultant and mentor whose advice is actively sought
- Leads by example and evangelizes Nortel's Leadership/Core Values
- Conducts him or herself with character, integrity, and professionalism
- Fuels creativity in others and energizes others to greater achievements across Nortel

## 5.0 The Technical Fellowship of Nortel Nomination, Selection and Announcement Timeline



*R&D Leader: reports to a General Manager, CxO, Senior Vice President or President
Dates are approximate and may be adjusted slightly

## 6.0 Roles and Responsibilities

**6.1 Human Resources:** The CTO's HR representative acts as an ambassador for the program, is fully conversant in the eligibility requirements and program details and provides updates as necessary.

**6.2 Nominator:** Submits nomination to his/her manager by fully completing the required nomination form and ensuring adherence to all requirements specified by the Technical Fellowship of Nortel Program.

**6.3 Approving Managers:** Reviews any nomination forwarded to him/her and then in turn forwards that nomination (if approved) for consideration to the next level of management, ensuring adherence to all requirements specified by the Technical Fellowship of Nortel Program. Communicates approval/non-approval of the nomination and reasons for his/her decision to the nominating employee and managers below him/her.

**6.4 R&D Leaders:** R&D leaders are defined as individuals who report to a General Manager, CxO, Senior Vice President or President. They are responsible for championing the program and reviewing, approving and forwarding final nominations for their organization to the Technical Fellowship of Nortel Central Program Coordinator's special e-mail account for consideration by the Fellows Selection Committee, ensuring adherence to all requirements specified by the Technical Fellowship of Nortel Program. They also are responsible for communicating approval/non-approval of nominations and reasons for their decision to the nominator and the nominator's management team.

**6.5 Central Program Coordinator:** Responsible for receiving and processing nominations, coordinating the Technical Fellowship of Nortel Selection Committee, preparing recommendations for approval and coordinating the Fellows Induction/Award ceremony.

**6.6 Technical Fellowship of Nortel Selection Committee:** Responsible for evaluating nominations within required timeframes, preparing for and attending Selection Committee meeting(s), and recommending finalist(s) to CEO, CTO and "staff" leaders of CEO Cabinet for review and final selection of Fellows.

**6.7 CEO, CTO and "Staff" Leaders of CEO Cabinet:** Responsible for championing the program. Review recommendations from the Technical Fellowship of Nortel Selection Committee and select final Nortel Fellows. Staff Leaders include: the Executive Vice President of Corporate Operations, Chief Compliance Officer (CCO), Chief Marketing Officer (CMO), Chief Strategy Officer (CSO), Chief Financial Officer (CFO), Chief Legal Officer (CLO), and Global Human Resources Leader.

CONFIDENTIAL   NNC-NNL07441198 / 6

6.8 **General Managers, Senior Vice Presidents and Presidents:** Responsible for championing the Program and providing feedback to the Technical Fellowship of Nortel Selection Committee of Fellow nominees during the provided "comment period".

6.9 **CTO:** Key champion and final decision maker for all aspects of the Technical Fellowship of Nortel Program, announces, attends/presents Fellows at annual Fellows recognition/induction ceremony

6.10 **Fellows:** Attend Annual Technical Conference and Fellows recognition/induction ceremony. As a Nortel Fellow is expected to demonstrate continued technical excellence and exemplary behavior as described below.

**Leadership Characteristics**
- Conducts self with character, integrity, and professionalism

**Internal Focus**
- Stewards the vision
- Key consultant and/or participant to key councils that make strategic decisions for Nortel and industry
- Liaises with CxO offices; lightning rods for change/action
- Innovate! Publish! Patent!
- Leads Special Research Projects
- Leadership in Fellowship Program Stewardship and its projects/work groups
- Mentors others on technical career development
- Evangelizes technical innovation throughout Nortel

**External Focus**
- Continues to represent Nortel in presentations, conferences, negotiations of highly sensitive business matters and standard groups
- Continues to work with customers as key consultant
- May act as research lead with University Research Programs
- Evangelizes technical innovation throughout the industry on behalf of Nortel

### 7.0 Key Points to Remember

Nominations are considered annually.

Nominations are only accepted during the announced call for nomination period and process.

Nominations should only be made for individuals that meet the selection criteria of the Technical Fellowship of Nortel Program.

Announcement/communication of selected Fellows will be by the CTO once final selection is made by the CEO, CTO and "Staff" Leaders of the Cabinet is confirmed. No

communication should take place prior to the final approval and announcement being made.

Nortel has the right to terminate, suspend, modify or revoke the Program at any time.

If there is any discrepancy between the Program document and any communication related to the Program, whether verbal or written, the Program document will govern.

The Technical Fellowship of Nortel Program FAQs
The Technical Fellowship of Nortel Nomination Form

{ FILENAME }                                                                 8