Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)
IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

EXHIBIT "D" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER
AFFIRMED APRIL 9, 2014

Signed:     *S. Brueckheimer*

SIMON DANIEL BRUECKHEIMER

Date:     April 9, 2014

Before me:

NOTARY PUBLIC
LONDON, ENGLAND
NOTARY PUBLIC LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428



>THIS IS **THE WAY**

# 2005 SIGNIFICANT PATENT AWARDS

IP Law Group
November 11, 2005

>THIS IS N**O**RTEL™

Nortel Confidential and Privileged



# Significant Patent Awards Process

> Covered by Corporate Policy 400.05 and Corporate Procedure 401.01

> First (and only) Significant Patent Awards were awarded in 2000 (program has been on hold)

> 2005 Nomination process
- Similar process to that used in 2000
- On-line nominations were open to all Nortel employees
- Nomination period from September 6th to 23rd, 2005
- 48 nominations received
  - 26 for Significant Patents identifying 16 patents
  - 18 for Prolific Inventors identifying 16 individuals
- IP Law Group reviewed and ranked nominations
- Review Committee comprising CRO and Assistant General Counsel, IP Law will make final decision on award winners to announce before year end 2005

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

2



# IP Law Group Recommendations

> **3 Significant Patents**

- based on value established in recent assertions
  - Aubin Patent (Foundry)
  - Russell Patent (Ciena I)
  - Martin Patent (Ciena I)

> **2 Prolific Inventors**

- based on number of issued patents and patent filings, identified patents of value, and other value to IP Program (i.e. as IP mentors, support for innovation, licensing, litigation, defense, standards)
  - Wen Tong
  - Simon Brueckheimer

> **4 Honourable Mentions**

- Maged Beshai
- Alan Graves (2000 Significant Patent Award)
- Kim Roberts (2000 Prolific Inventor)
- Herman Kwong

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Recommended Significant Patents

## > US 4,736,363 – Aubin Patent

**"Path Oriented Routing System and Method for Packet Switching Networks"**
- MPLS base patent. Key patent in Foundry litigation. Most significant revenue to date.
- 2 Inventors:

| | |
|---|---|
| Raymond Aubin | GID 1503353 – retired Jan. 1/05 |
| Chi-Ming (Peter) Ng | GID 151549B – retired Jan. 4/05 |

## > US 5,841,760 – Martin Patent

**"Transparent Multiplexer/Demultiplexer"**
- Key patent in Ciena I litigation. Significant value established.
- 3 Inventors*:

| | |
|---|---|
| David Martin | GID 1397271 – active employee |
| Timothy Armstrong | GID 1518227 – active employee |
| Ronald Gagnon | GID 1618954 – active employee |

Mohammed Tatar, Alan Solheim, Mark Wight, David Nicholson (see back-up slide on eligibility)

*4 inventors on Martin patent are ineligible for an award - left company in 99/2000 (voluntary termination)

## > US 6,496,519 – Russell Patent

**"Frame Based Data Transmission Over Synchronous Digital Hierarchy Network"**
- Key patent in Ciena I litigation. Significant value established.
- 5 Inventors**:

| | |
|---|---|
| John Russell | GID 3207B5 – work force reduction Mar 9/02; |
| Chris Murton | GID 1071844 – work force reduction Aug. 31/02; |
| David Goodman | GID 2712099 – retired Aug 20/02; |
| Chris Ramsden | GID 6161905 – active employee |
| James Shields | GID 3220951 – work force reduction Jan. 1/05 |

**In view of workforce reduction, all 5 inventors for this patent are recommended for the award (see back-up slide on eligibility)

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Recommended Prolific Inventors

## > Wen Tong
GID 0503556 – Active employee

- 111 Disclosures filed; 30+ issued US Patents; Almost 100 US & Foreign Patents worldwide. Key inventions in area of OFDM/MiMO and Turbocoding
- Quote from nomination:

  *"Wen Tong is an extraordinarily valuable technical resource. Not only has he submitted in excess of 150 Invention Disclosures, he has filed just over 100 patent applications, and is the recipient of 31 US patents. He is a key driver in Nortel's wireless initiatives in OFDM/MiMO, WiMAX, and the evolution of CDMA and UMTS standards"*

## > Simon Brueckheimer
GID 2822062 –Active employee

- 46 Disclosures filed; 39 issued US Patents; 114 US & Foreign Patents worldwide. A number of key patents/standards related activity and has provided valuable support to the IP Law Group
- Quotes from nomination:

  *"I would like to nominate Simon Brueckheimer for a Significant Patent Award not only for his outstanding inventive contributions to Nortel's patent portfolio but also for his generous support and guidance for IP Law's exploitation activities...."*

  *...In light of Nortel recently closing its first multimillion dollar VOIP patent license agreement, we wanted to draw your attention to Simon Brueckheimer's outstanding contributions to this significant milestone and his continuing and ongoing support of Nortel's intellectual property arsenal....*

> Each inventor is distinguished by an outstanding level of invention activity, with over 30 issued US patents, ~ 100 patents issued worldwide, including a number of patents in key technologies with identified value; each inventor has also shown exemplary behaviour in their contributions as IP Mentors, and in support of IP programs and patent activities encompassing standards, licensing, litigation and defense

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Recommended -- Honourable Mentions

## Honourable Mention - Prolific Inventor

≻ **Maged Beshai** GID 1509686 – Retired Jan. 1/05

- 64 Disclosures filed; 33 issued US Patents; 47 US & Foreign Patents worldwide.  Several key patents, notably Rotator Switch Fabric and others which are future license prospects

## Honourable Mention - Continuing Prolific Inventor (Previous Award Winners)

≻ **Kim Roberts** GID 1561533 – Active employee

- **Previously recognized as Prolific Inventor in 2000**; Maintains No. 1 position as most prolific inventor; 56 issued US Patents; 88 Disclosures filed.  A number of key patents likely to have future value.  Strong supporter of the IP and Patent Program

≻ **Alan Graves** GID 1520741 – Active employee

- **Previous Significant Patent Award recipient for SONET patents.**  Continues to be prolific inventor; IP mentor and strong supporter of the IP and Patent Program

## Honourable Mention - Combination of Significant Patent and Prolific Inventor

≻ **Herman Kwong** GID 1446251 – Active employee

- A combination of a Significant Patent **US 6,388,890** "Techniques for Reducing number of layers in a multilayer circuit board" which is part of an ongoing license program for "Channel Routing" that has brought in license value, and as a prolific inventor with 21 issued US patents.

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Award Amount and Format

> Format of award ceremony to be determined by CRO

> Amounts of awards to be determined by Final Review Committee

· Award amounts vary depending on the significance/impact of the Patent(s)

> 2005 Award budget $250K

> Total of 12 inventors are recommended for Awards in 2005

· Award amount for each of 3 Significant Patents to be divided amongst 10 eligible inventors, for ~$20K - $40K per inventor

· 2 Prolific Inventors  ~$20K each

History (see back-up slide)
· Patent filing and issuance award amounts currently stand at 50% of 2000 amounts
· 2000 Award Budget >$750K and 21 inventors were recognized
    · Awards were ~$20K-$40K per inventor
        · For Significant Patent: up to $160K per patent / or $20-$40K per inventor
        · $40K for Prolific Inventor

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

7



# Recommendations for Future Awards

> Amendments to Patent Award Procedure 401.01 to clarify

- Significant Patent Award criteria,
- eligibility in case of workforce reduction, and
- handling of exceptions

> Consider Inventor Hall of Fame/Inventors Club acknowledging previous Prolific Inventors and Significant Patent Award winners

> Consider alternative recognition for outstanding inventors having

- a high level of invention disclosure activity and patent filings (but not yet having significant numbers of issued patents) combined with
- exemplary behaviour in IP Mentoring/PRB activity/support for IP licensing, litigation, standards or other activities supporting the IP Program

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

# Back up

Corporate Policy 400.05 — Slide 10

Significant Patent Awards — Slide 11

Details of Aubin Patent — Slide 12

Details of Martin Patent — Slide 13

Details of Russell Patent — Slide 14

Other Nominations: 6 strong contenders — Slide 15

Other Nominations:  5 too early — Slide 16

Awards for Prolific Inventor — Slide 17

Other Nominations — Slide 18

Inventor Employment Status and Eligibility — Slide 19

2000 Award Winners and $ Amounts — Slide 20

Image of Aubin Patent — Slide 21

Image of Martin Patent — Slide 22

Image of Russell — Slide 23

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



**Corporate Policy 400.05**
**Corporate Procedure 401.01**

## "Intellectual Property Rights (IPR) Award and Recognition Plan"

Per 401.01:

From time to time, at the discretion of the Chief Research Officer ("CRO") and head of the Nortel IP Law Group, an award(s) may be granted to inventor(s) for significant Patent(s) which, for example, have resulted in significant licensing revenue for Nortel, protected a key product of Nortel, which cover an important industry standard or protocol and, or otherwise had a major impact for Nortel. A nomination process will be held which will be open to all Nortel employees. The nominations will be reviewed by a Review Committee sponsored by the CRO and the head of the Nortel IP Law Group. The number of such awards and the amounts awarded for each shall be determined at the time of selection by the Review Committee and shall vary depending on the significance/impact of the Patent(s).

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

10



# Awards for Significant Patent

> Recommended Top 3 nominations for Significant Patent

- Aubin Patent (Foundry)
- Russell and Martin Patents (Ciena I)*

> Other nominations

- 6 strong contenders
- 5 other nominations

*Note: Milton patents which were also key in Ciena I were not considered for awards since David Milton and co-inventors have left Nortel and would not be eligible for awards

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# US 4,736,363 – "Aubin Patent"
# Path Oriented Routing System and Method for Packet Switching Networks

> Inventors:

**Raymond Aubin**      GID 1503353 -retired Jan. 1/05;
**Chi-Ming (Peter) Ng**      GID 1515498 -retired Jan. 4/05

> MPLS base patent. Key patent in Foundry litigation.

> **Most significant revenue to date ($35m)**

> Quotes from 6 nominations

- *"The base patent for label substitution by Raymond preceded MPLS by many years and has been used in a number of licensing battles and has generated some significant revenue. More importantly it represents a very accurate prediction of the future of packet networks"*

- *"This patent was one of the first software patents in Nortel, and contains claims that read on MPLS. It was used successfully in litigation within the last several years. The description … establishes Nortel as a significant early thinker before many Internet companies came into being. Raymond's patent will be increasingly important as networks use MPLS for IP based services"*

- *"This is a very significant MPLS patent and is key to allowing a connectionless packet forwarding network, such as a basic IP network, to provide a connection oriented service. In other words, it enables an IP network to deliver more than "best effort" capability. The patent describes how to create paths through the network which have several virtues which include predictability and manageability (key to having a high quality service) while preserving a key IP data network virtue of dynamic topology and routing. In effect, this…allows the network to deliver a whole sequence of discrete IP packets as a contiguous session or service which, in turn, elevates "best effort" to whatever quality of service is required for, say, voice or video"*

**US 4,736,363 Abstract:**

A path oriented routing system and method for packet switching networks with end-to-end internal protocols. It allows switch pairs to communicate over multiple paths without packet disordering. A distributed loop-free shortest path algorithm assigns a number to a path at the time it is created and this number remains valid through path changes. Consequently, existing traffic can be maintained on existing paths, while new traffic is assigned to the current (i.e. new) shortest paths

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# US 5,841,760 – Martin Patent
## Transparent Multiplexer/Demultiplexer

US 5,841,760 Abstract: A configuration for a SONET transport node comprises a pair of transparent mux/demuxs provided at two sites and connected over a high rate span. The T-Muxs provide continuity of all tribs and maintain a lower bit rate linear or ring system through the higher bit rate span. The lower bit rate linear or ring system operates as if it were directly connected without the higher bit rate midsection. For the forward direction of the traffic, the T-Mux comprises a multi-channel receiver for receiving the trib signals and providing for each trib signal a trib SPE and a trib OH. The trib SPEs are multiplexed into a supercarrier SPE and the trib OHs signals are processed to generate a supercarrier OH. A supercarrier transmitter maps the supercarrier SPE and the supercarrier OH into a supercarrier signal and transmits same over the high rate span. Reverse operations are effected for the reverse direction of traffic. With this invention, an entire ring system does not have to be upgraded to a higher line rate due to fiber exhaust on a single span. The invention is particularly applicable to OC-48/OC-12/OC-3 linear and ring networks and the high rate span could be an OC-192 line.

> Inventors:

**David Martin** GID 1397271 – active employee

**Timothy Armstrong** GID 1518227 – active employee

**Ronald Gagnon** GID 1618954 – active employee

Mohammed Tatar – no longer Nortel employee

Alan Solheim – no longer Nortel employee

Mark Wight – no longer Nortel employee

David Nicholson – no longer Nortel employee

> A key Patent in Ciena I litigation

> Quote from nomination:

*"This method uses less wavelengths and less transmission equipment for TDM multiplexing of lower rate signals into a higher standard rate. In standard multiplexing, more complex equipment would be used to unpack the lower rate payload and then repack into the higher rate signal as well as terminating all of the signaling from the lower rate tributary equipment on both sides. In the method described, portions of the lower rate line overhead are preserved and so this multiplexing is transparent to the boxes creating those lower rate signals. This makes the method operationally very simple to deploy (transparent, in fact) and can be implemented on less complex and hence expensive equipment- so it is doubly attractive to operators. This patent has been generating licensing revenue, is being asserted in litigation and has been used in other negotiations"*

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

2



# US 6,496,519 –Russell Patent
# Frame Based Data Transmission Over Synchronous Digital Hierarchy Network

6,496,519 Abstract: A frame based data communications network is interfaced to a synchronous digital hierarchy network via a plurality of frame based data port cards incorporated into a plurality of synchronous multiplexers. Each port card comprises a conventional frame based data port, a frame switch, a rate adapter means and a mapping means for mapping data frames into a plurality of SDH virtual containers. Frame based data is incorporated directly into a synchronous virtual container without encapsulation in an intermediate protocol. A number of topologies of a frame based data channel network are possible, overlaid on the underlying synchronous transport network, including an open loop topology, a ring mode topology, and a backhaul topology.

> Inventors:
   **John Russell** GID 320755 – work force reduction Mar 9/02;
   **Chris Murton** GID 1071844 – work force reduction Aug. 31/02;
   **David Goodman** GID 2712099 – retired Aug 20/02;
   **Chris Ramsden** GID 6161905 – active employee
   **James Shields** GID 3220951 – work force reduction Jan. 1/05

> A key patent in Ciena I litigation

> Quote from nomination
   • *"The claims in the Russell patent include mapping Ethernet into SONET, such as via Generic Framing Protocol (GFP). This is significant because when IP (layer 3 protocol of choice) meets a carrier transmission infrastructure, it must be mapped simply and efficiently. Data protocols like IP and transmission infrastructures like SONET/SDH each had different design roots and hence needed to be matched in a way that accounted for circuit and packet virtues. Alternative mappings of ethernet into SONET wasted transmission capacity and didn't properly account for data protocol behaviour such as the need to send "pause frames" back to the sender to rate limit. GFP is now a key standard. This patent has been asserted in litigation, and has been used in negotiations"*

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

14

# Other Nominations for Significant Patent Awards: 6 strong contenders for future consideration

(Top 3 patents nominated have established higher revenues/value to date)

> ## US 6,388,890 Technique for reducing the number of layers in a multilayer circuit board Herman Kwong and Larry Marcanti

- **"Channel Routing Patent"** one of a group of patents relevant to Channel Routing licensing program (early stage license program with expected future value); Herman Kwong also nominated as a Prolific Inventor (~22 issued US patent families)

> ## US 6,222,848  Gigabit ethernet interface to synchronous optical network (SONET) ring Kenneth Hayward, Donald Brule, John Ellis, Michael To

- **"Hayward RPR Patent"** Relates to Optical Ethernet; currently active licensing/assertion programs (incl. Ciena II)

> ## US 6,529,301 Optical switch and protocols for use therewith GQ Wang

- **"Wang GMPLS patent"** 6 nominations; currently active licensing/assertion programs (incl. Ciena II)

> ## US 6,721,569 Dynamic sub-carrier assignment in OFDM system Bassam Hashem, David Steer, Shalini Periyalwar

- A key OFDM/MIMO patent – early stage; defer for reconsideration in near future

> ## US 5,848,055 MPLS RSVP-TE / US 6,791,985 ATM over MPLS / US 6,459,832 covering an optical channel wavelength allocation scheme Ashwood Smith/Fedyk

- 3 Patents (Ashwood-Smith, Fedyk et al.) currently active licensing/ assertions; may also be future prospects; Peter Ashwood Smith is a prolific inventor

> ## US 6,768,903 UMTS Soft Handover Ciphering restart  Denis Fauconnier

- Denis Fauconnier is sole inventor or co-inventor in numerous cases among which a number of cases that are considered 3GPP essential or potentially 3GPP essential; likely future value

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

15



# 5 Other Patents Nominated for Significant Patent -value yet to be established

> US 6,112,015 Planas - GUI for Network Mgt /ILOG License

> US 6,678,246 Smyth - Media Streaming / Succession

> US 6,870,515 Kitchener - an OFDM/MIMO patent

> US 6,704,796 Price - Wireless/Wireline integration

> US 6,938,080 Kahveci – IP Residential Gateway

> 4 Other nominations

> **Connection Oriented Ethernet –Bragg, Friskney, Parry**
  - Not eligible-a number of patent filings, but no issued patents identified
  - Recommended for nomination for TAE award

> **SCWID Patent** –all eligible inventors previously recognized in 2000 Awards

> One nomination – no record of inventor or patent

> One nominations –not patent related

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

16



# Awards for Prolific Inventor

> Top 2 Nominations recommended for Awards
  - **Wen Tong, Simon Brueckheimer**

> Recommendations for Honourable Mention
  - Maged Beshai, Alan Graves, Kim Roberts, Herman Kwong

> Other Nominees

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

17

# Other Prolific Inventor Nominations

**Consider Honourable Mention or other form of recognition (now or future?) for Prolific Inventors who do not yet have a high number of issued patents, but have very high numbers of inventions Disclosures/Patent applications filed combined with outstanding IP Mentor Activity or other support to IP Law programs**

➤ **Tal Lavian (42 disclosures filed; 8 issued US patents)**
- IP Mentor; high value to IP Law; in assistance that he has given to the inventive community in Santa Clara. Tal has assisted all of the inventors in Santa Clara regardless of the group that they are in. He has driven mining meetings, set up presentations and assisted in disclosure preparations. He is currently looking at our Enterprise Data Networks portfolio to identify areas that need to be fortified with respect to our current strategy direction. Key "go to" person. Much help since no IP person there.

➤ **Jerry Mizell (34 Disclosures filed; 8 issued US patents)**
- Jerry has submitted in excess of 50 Invention Disclosures and has filed more than 30 patent applications, 7 of which have issued as US patents. This activity is significant, and Jerry continues to be a key asset to the IP community through active participation in Patent Review Board meetings and mentoring of other inventors with respect to the patent process.

**Other Nominees for Prolific Inventor activities (patent applications filed &/or IP mentors)**

➤ **Dany Sylvain** -92 Disclosures filed; 9 issued patents; continues to drive definition of next generation communication solutions and constantly reviews our designs for IPR protection implications.

➤ **Thierry Lucidarme** 51 Disclosures filed and 8US + 18 FR patents; includes UMA patent relevant to 3GPP standards; Paris Patent/Prime/defense

➤ **Nidham Ben-Rached** 38 disclosures filed, 23 patents ( 5US+18FR) issued; innovated several GSM-EDGE success stories

➤ **Ashvin Chheda** 34 disclosures filed, 21 US patents issued; activity covers a range of wireless access technology, VoIP, power control in cellular communications, and handoff;; very well known and regarded in the Nortel Wireless community

➤ **Akhtar Haseeb** 41 disclosures filed and 11 issued patents; activity in the area of Mobile IP, which pertains to handoff across dissimilar wireless networks.

➤ **Mohammed Khalil** 22 disclosures filed; 5 issued US patents in Wireless and MIP

➤ **Tony McCormack** 21 filings to date, a further 3 currently being drafted. Strong recent filing activity; few issued patents yet

➤ **Neil O'Connor** 13 filings to date, a further 3 currently being drafted. Strong recent filing activity;  few issued patents yet.

➤ **Pat Hession** 12 filings to date, a further 1 currently being drafted. Strong recent filing activity; few issued patents yet.

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

# Background: Inventor employment status and eligibility



- Per CP401.01, Retirees and active employees are eligible for awards; employees who voluntarily quit are not eligible for awards.

- Significant patent awards have previously been paid to retirees.

- CP401.01 has clear eligibility provisions for Patent Filing and Issuance Awards for employee inventors subject to workforce reduction (involuntary termination) CP401.01 is silent with respect to eligibility for Significant Patent awards in case of workforce reduction.

**In respect of the Russell Patent, HR and EL&R were consulted to determine an appropriate recommendation for the Russell patent :** *Per discussions with Bonnie Lane Heer (Canada), Pat Masterson (UK) EL&R, and Liz Ward HR, IP Law recommendation is, in the specific case of the Russell patent, that all 5 inventors on the Russell patent all be considered for the award, including those subject to workforce reduction. It is not believed to be appropriate to selectively award only some of this group of inventors*

US 4,736,363 – Aubin Patent PATH ORIENTED ROUTING SYSTEM AND METHOD
> Application - 10/11/85; Grant - 4/5/88; Both inventors rec'd filing and issuance awards

> **1503353**    Raymond Aubin - Retiree effective Jan 1/05 - confirmed by HR - CANADA

> **1515498**    Chi-Ming Ng (Peter) - Special LOA prior to Pension - effective Jan 4/05 - confirmed by HR - CANADA

US 5,841,760 – Martin Patent TRANSPARENT MULTIPLEXER/DEMULTIPLEXER
> Application - 4/24/97; Grant - 11/24/98; All inventors rec'd filing and issuance awards

> **1397271**    David Martin - Active - CANADA
> **1518227**    Timothy Armstrong - Active - CANADA
> **1618954**    Ronald Gagnon - Active - CANADA

4 ineligible inventors (voluntary termination)
> Mohammed Tatar - left - other employment - June 11/99 - confirmed by HR
> Alan Solheim - left - other employment - Aug 18/00 - confirmed by HR
> Mark Wight - left - other employment - Nov 10/00 - confirmed by HR
> David Nicholson - left - other employment - Aug 18/00 - confirmed by HR

US 6,496,519 –Russell Patent FRAME BASED DATA TRANSMISSION OVER SYNCHRONOUS DIGITAL HIERARCHY NETWORK
> Application - 8/27/98; Grant 12/17/02; All inventors rec'd filing award; 3 received issuance award; Russell & Murton did not receive grant award

> **320755**    John Russell - Work force reduction - effective Mar 9/02 - confirmed by HR - UK

> **1071844**    Chris Murton - Work force reduction - effective Aug 31/02 - confirmed by HR - UK

> **2712099**    David Goodman - Retiree effective Aug 20/02 - confirmed by HR - UK

> **6161905**    Chris Ramsden - Active - UK

> **3220951**    James Shields - Work force reduction - effective Jan 1/05 confirmed by HR - UK

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

Epworth Epworth

Prolific Inventor

# Background : 2000 Significant Patent Awards (total budget >$ 750K)

| | Nominated patents | Title | Inventor names | Eligibility | $ |
|---|---|---|---|---|---|
| SONET Portfolio | 4,667,324 | Network multiplex structure | Graves | yes | Graves $40K |
| | 4,876,682 | Switching TDM digital signals | Graves, Littlewood, Weiss | yes | Weiss $30K |
| | 4,764,921 | Method of multiplexing digital signals | Graves, Littlewood, Weiss | yes | Littlewood $30K |
| | 5,159,595 | Ring transmission systems | Flanagan, McEachern, Nicholson, Diperna, Romagnino, Ergle | yes | Flanagan; Diperna; Ergle; Romagnino: $30K each |
| | 4,646,286 | Communications system with protection switching and channel identities | Betts / Ellson, Reid | yes / no-left Nortel 1986 | Betts $22K |
| | 4,837,760 | Communications system with protection switching using individual selectors | Betts / Ellson, Reid | yes / no-left Nortel 1986 | |
| | 5,029,158 | Protection switching in a multi-channel communications system | Reid, Bobbey | no-left Nortel 1986 | |
| SCWID Patent | 5,263,084 | Spontaneous caller identification with call-waiting | Chaput; Merrill; White, L; White, Suzanne / Sawyer | yes / no-No longer employee / yes-retiree | Chaput; Merrill; White L; Sawyer: $40K each |
| Ingrey Patent | 4,030,967 | Gaseous plasma etching of aluminum and aluminum oxide | Ingrey, Nentwich and Poulsen | yes | Ingrey; Nentwich; Poulsen: $40K each |
| 3G Portfolio | 5,896,411 | Enhanced reverse link power control in a wireless communications system | Chang, Huang, Manning. / Ali, Gutierrez | yes / no-No longer employee | Patel; Manning; Huang: $20K each |
| | 6,058,309 | Network directed system selection for cellular and pcs enhanced roaming | Huang, Huang, Patel | yes | |
| VLAN patent | 5,959,990 | VLAN frame format | Frantz / Thompson | no-No longer employee / yes | Thompson $25K |
| Prolific Inventor | | | Kim Roberts | | Roberts $40K |
| Prolific Inventor | | | Richard Epworth | | Epworth $40K |

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

20



# United States Patent [19]

Aubin et al.

[11] Patent Number: 4,736,363

[45] Date of Patent: Apr. 5, 1988

[54] PATH ORIENTED ROUTING SYSTEM AND METHOD FOR PACKET SWITCHING NETWORKS

[75] Inventors: Raymond Aubin, Hull, Chelsea; Que, Ng Giovossez, both of Canada

[73] Assignee: Northern Telecom Limited, Montreal, Canada

[21] Appl. No.: 784,684

[22] Filed: Oct. 11, 1985

[30] Foreign Application Priority Data

Sep. 6, 1985 [CA] Canada ........................ 490357

[51] Int. Cl.⁴ ................................... H04Q 11/04
[52] U.S. Cl. ............................ 379/60; 370/94
[58] Field of Search ................. 370/60, 94, 110.1

[56] References Cited

U.S. PATENT DOCUMENTS

| 4,022,944 | 12/1976 | Lawto ............. | 370/60 |
| 4,030,382 | 12/1976 | Troy et al. ....... | 370/60 |
| 4,314,335 | 2/1982 | Clark ............. | 370/60 |
| 4,316,507 | 2/1982 | Bakka et al. ...... | 370/60 |
| 4,317,197 | 2/1982 | Ducomier et al. .. | 370/60 |
| 4,320,499 | 3/1982 | Gibos et al. ...... | 370/60 |

OTHER PUBLICATIONS

"A Path-Oriented Routing Scheme for Packet Switching Networks with End-to-End Protocols, ACM SIG-COMM Computers.

Communication Review vol. 15, Issue 4, 1985, Aubin et al, pp. 165-177.

"Optimal Routing & Flow Control Methods for Communication Networks" by D. P. Bertsekas, pp. 615-643, in the book Analysis & Optimization of Systems.

"A Responsive Distributed Routing Algorithm for Computer Networks" by J. M. Jaffe and F. H. Moss appearing at pp. 1751-1762 IEEE, vol. COM-30, No. 7 Jul. 1982.

"The New Routing Algorithm on the STTA, Data Transport Network" by J. M. Kalleneraf in a Preliminary matter of Computer-Communication Systems, pp 415-431, editer by H. Kotlin and W. Bax (Amsterdam-North Holland, 1984).

Primary Examiner—Douglas W. Olms
Assistant Examiner—Frank M. Scutch, III
Attorney, Agent, or Firm—Robert C. Hogeboom

[57] ABSTRACT

A path oriented routing system and method for packet switching networks with end-to-end internal protocols. It allows which paths in communication over suitable paths without packet disordering. A distributed loop-free shortest path algorithm assigns a number to a path at the time it is created and that number remains valid through path changes. Consequently, routing traffic can be maintained on existing paths, while new traffic is assigned to the current (i.e. new) shortest paths.

4 Claims, 5 Drawing Sheets



NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

# United States Patent [19]

**Martin et al.**

[11] **Patent Number:** 5,844,760

[45] **Date of Patent:** Nov. 24, 1998

[54] **TRANSPARENT MULTIPLEXER DEMULTIPLEXER**

[75] Inventors: David Wright Martin, Nepean; Mohammed Ismail Tatar, Alan Glen Solheim, both of Kanata; Timothy James Armstrong Nicolle, Mark Stephen Wight, Ottawa; Ronald J. Gagnon, Nepean; David John Nicholson, Ottawa, all of Canada

[73] Assignee: Northern Telecom Limited, Montreal, Canada

[21] Appl. No.: **847,826**

[22] Filed: **Apr. 24, 1997**

[51] Int. Cl.⁶ ........................................... H04J 1/16
[52] U.S. Cl. ....................... 370/242; 370/535; 370/537
[58] Field of Search ........................... 370/349, 337, 370/501, 503, 535, 537, 540, 539, 538, 541, 516, 533, 537, 543, 534, 118, 114, 114, 115, 109, 123, 125, 128, 129, 147

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,153,757 Spirto, Geokle et al. ........................ 359/223
5,163,041 Friehr, Rao et al. ........................... 359/332

Primary Examiner—Dang Ton
Assistant Examiner—Chau Nguyen
Attorney, Agent, or Firm—Aprilia D. Blackwood

[57] **ABSTRACT**

A configuration for a SONET lo-input node comprises a pair of transparent muxdemuxes provided at two sites and connected over a high rate span. The muxes provide continuity of all tribs and muxdmuxis a low of bit-rate based ring system through the higher bit rate span. The lower bit rate mux or ring system operates as if it were directly connected without the higher bit rate muxdemux. For the forward direction of the traffic, the 2 Mux comprises a multichannel receiver for converting the trib signals and multichannel high-speed into a transparent STS trib and trib bit rate signals are processed to generate a transparent trib. A superstructure transmitter maps the superstream STS into the superstream OH into a superframe signal and transmits same over the high rate span between operation are effected for the reverse direction of traffic. With this invention, an entire ring system does not have to be upgraded to a higher line rate due to fiber exhaust on a single span. The invention is particularly applicable to OC-48/OC-12/OC-3 lines and also to OC-48/OC-3 high rate span could be an OC-192 line.

26 Claims, 6 Drawing Sheets



NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



US006496519B1

## (12) United States Patent
### Russell et al.

(10) Patent No.: **US 6,496,519 B1**
(45) Date of Patent: **\*Dec. 17, 2002**

(54) **FRAME BASED DATA TRANSMISSION OVER SYNCHRONOUS DIGITAL HIERARCHY NETWORK**

(75) Inventors: John Paul Rowell, Sawbridgeworth; Christopher David Murton, Bishop's Stortford; David Michael Goodman, St Albans; Christopher Thomas William Ramsden, Bishop's Stortford; James Shields, Ottawa (CA)

(73) Assignee: Nortel Networks Limited, St Laurent (CA)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/143,466**

(22) Filed: **Aug. 27, 1998**

(51) Int. Cl.7 ............................................. H04J 12/56; H04J 3/16
(52) U.S. Cl. .................... 370/466, 370/524; 370/535, 370/395, 370/352, 353, 395, 465, 466, 395, 392, 394, 903; 342, 544, 540
(58) Field of Search ..............................................

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,452,306 A | * | 9/1995 | Tabata et al. ............ 370/466 |
| 5,461,622 A | | 10/1995 | Bleichert .................. |
| 5,502,744 A | | 3/1996 | Cheema ................... 375/354 |
| 5,526,344 A | | 6/1996 | Diaz et al. ............... 370/54 |
| 5,541,964 A | | 7/1996 | Cohen ..................... |
| 5,550,820 A | | 8/1996 | Baran et al. ............. 370/60 |
| 5,555,244 A | | 9/1996 | Gupta et al. ............. 370/84 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0605209 | 7/1994 |
| EP | 0632619 | 1/1995 |
| EP | 0648062 | 4/1995 |
| WO | WO 95/12907 | 5/1995 |
| WO | WO 96/41452 | 12/1996 |

#### OTHER PUBLICATIONS

Interworking New High Speed Services in Access Networks, Earnipean et al.
"A Seminar of Phase 1 Review".

\* cited by examiner

Primary Examiner—Huy D. Vu
Assistant Examiner—Duc Duong
(74) Attorney, Agent or Firm—Lee, Mann, Smith, McWilliams, Sweeney & Ohlson

(57) **ABSTRACT**

A frame based data communication network is proposed to provide a level of low safety network have a plurality of frame based data synchronously transported into a plurality of synchronous transport links. Each of a plurality of client adaptor units and a mapping mode for mapping client data to ensure unit into a plurality of SDH virtual containers. Each has a corresponding function into a synchronous network without interpretation of the data into lower-level communication services and network structures. The network may provide, enabled in the underlying virtual network connected network, including to reduce bandwidth peering on a fine grained, and a blocked network.

24 Claims, 11 Drawing Sheets



NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

24

23



NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

