Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)
IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

EXHIBIT "E" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER
AFFIRMED APRIL 9, 2014

Signed: *S. Brueckheimer*

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me: *[signature]*

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT
Not for release

### Innovation recognised at Harlow Patent Award ceremony

The achievements of more than 80 Harlow-based inventors were recognised at a ceremony November 27th, hosted by Greg Mumford, Chief Technology Officer, and Steve Pusey, President EMEA.

Garry Adams, leader, Optical Networks Advanced Technology and Master of Ceremonies for the event, commented on the impressive reputation and track record of the Harlow teams. *Harlow based employees contributed 1 of every 5 patents issued to Nortel Networks over the last few years. With over 2500 issued US patents to date Nortel Networks is in the top 40 companies globally with respect to the size of our patent portfolio.*



Martin Smith from Harlow's Wireless Technology group receives a pin, recognising the issuance of 15 patents, from Greg Mumford and Steve Pusey.

*Patents and the innovations behind them bring* significant value to our business. The benefits include time to market advantages, pull through for core products, income from licensing fees, and protection against potentially costly infringement claims from competitors.

---

**Harlow Patent Award Ceremony**
*By the Numbers...*

**64** plaques were presented to **48** inventors for patents granted in 2000 and 2001

**54** Inventors were recognized with certificates for filing **109** patents during 2001

---

Greg Mumford congratulated the winners and emphasized the importance of technology innovation in securing our future." Innovations will create the network transformation and dramatically increase the utility and value of the network" said Mumford. "I challenge you to continue focusing your work on developing the differentiated solutions for our customer's needs- lower capital and operating costs and higher service performance to drive new revenues."

Mumford and Pusey presented more than 100 plaques and certificates to Harlow inventors during the ceremony. These inventors were recognized for both patents filed and patents issued.

In addition, eight inventors received special awards for reaching milestones for cumulative patents issued:

- **Andrew Jeffries, Ian Llewellyn, Alan Robinson** and **Dave Stacy** were recognized for contributing 5 issued patents to our portfolio.
- **Keith Edwards** and **Robin Rickard** were recognized for 10 issued patents
- **Martin Smith** and **Simon Brueckheimer** received awards for 15 patents issued.

Compiled by David Adlington
Draft 2 – 29th November 2002

Page { PAGE } of 2

Subject to Attorney Client and Joint Privilege

US_Canada_PRIV_00000064

1

DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT
Not for release

Following the award presentations, Mumford emphasised that technology innovation is what has distinguished Nortel Networks throughout its history and is the foundation of our customer value. He encouraged experienced inventors to share their depth of knowledge by acting as mentors for others.

Pusey closed the ceremony by noting the importance of continued innovation to fuel the business and thanking the inventors for their innovation. "We need a continuous supply of new ideas in order to grow and compete. Nortel Networks depends on innovation. Our success is driven by ideas that are converted into products, applications and services for our customers."

Compiled by David Adlington
Draft 2 – 29th November 2002

Page { PAGE } of 2

Subject to Attorney Client and Joint Privilege

US_Canada_PRIV_00000065

2