Court File No.: 09-CL-7950

## ONTARIO
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

- and -

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>NORTEL NETWORKS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

EXHIBIT "F" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER
AFFIRMED APRIL 9, 2014

Signed: *S. Brueckheimer*

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me: *[signature]*

NOTARY PUBLIC
NOTARY PUBLIC LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT

**Innovation recognised at Harlow Patent Award Ceremony**

Harlow UK – The achievements of more than 70 inventors were recognized at a ceremony in Harlow May 12th, hosted by Chief Technology Officer Greg Mumford, Ryan Stark, Leader Advanced Technology Investments, and Andre Roy, Succession Product Technology Leader EMEA/AP, and Site Executive for Harlow.

The awards reflected the outstanding work of employees across Optical, Wireless, and Wireline, plus the CTO organisation, and included 12 employees from the Succession Regional Technical Centre in Maidenhead.

Angela Anderson, Leader IP Law Europe, read the citations as a total of 72 inventors were honoured for 84 patents granted and 107 patents filed between January and December 2002.

Nortel Networks continually ranks in the Top 40 companies obtaining US patents, and UK employees contribute about 18% of newly issued patents.

Mumford thanked the award winners for their ingenuity and continued innovation, especially through the difficult period in the industry of the past few years. "I challenge you to apply your thought leadership and innovations to create the underlying technologies that will transform the network and to develop the differentiated solutions that will deliver new customer value propositions."

In addition to the certificates and plaques, several employees received special awards recognising multiple patents granted.


Greg Mumford presents a pin commemorating 20 cumulative patents to inventor Martin Smith.

Pins for five patents were presented to Sonya Amos, Damian Bevan, Graham Dolman, Ian Hardcastle, John Hudson, Nigel Jolley, James Parker, Robert Spagnoletti, Adrian Sparks and Christopher Tate.

Alan Robinson received a pin for 10 cumulative patents, and Richard Epworth for 15 Patents. It was noted that Richard has previously received a Nortel Networks Prolific Inventor award, having been granted over 100 patents. This award is for Richard's 15 cumulative patents since the current award scheme began, recognizing patents granted since September 1996.


Simon Brueckheimer receives special recognition from Greg Mumford for 25 cumulative patents granted.

Additional cumulative patent awards were presented to Martin Smith (20 patents) and Simon Brueckheimer (20 and 25 patents) (pictured above). Both Martin and Simon have made substantial contributions to Nortel Networks IPR portfolio, not just in an academic sense, but in terms of real contribution to the business. Martin provided key inventions in the areas of multiband antenna design, multibeam smart antennas deployed in recent CDMA trials, advanced MIMO technology for high data rate wireless, and new deployment concepts for improved capacity and coverage. Some of Simon's highly influential patents have formed the basis for the practical development and commercial deployment of today's successful Succession and VoIP solutions.

Concluding the ceremony, Mumford thanked Angela Anderson and the IP Law team and those who have acted as IP Mentors for their valuable contribution to the development, management and exploitation of the Nortel Networks intellectual property portfolio.

--- end ---

Subject to Attorney Client and Joint Privilege                    US_EMEA_Canada_PRIV_00006055