Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)
IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

EXHIBIT "G" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER
AFFIRMED APRIL 9, 2014

Signed: *S. Brueckheimer*

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me: [signature]

NOTARY PUBLIC
NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

# Rockstar
## Winter 2012 Sales Prospects
*Selected Asset Catalogue*

## Executive Summary

Rockstar periodically identifies certain assets in our portfolio that may be more valuable to other parties. The assets listed herein are a small sample of the assets under Rockstar's management that the company feels may be of interest to those parties who are looking to acquire patents. Rockstar acquired the patents from Nortel Networks in a bankruptcy auction in the summer of 2011.

Nortel was a vendor of communications equipment spanning a range of technologies from optical to wireline to wireless and from consumer to enterprise to service provider networks. Nortel, a prolific inventor, conducted a great deal of high quality research and development in the company's 100+ year existence. The company had over 10,000 R&D employees and invested more than $30 billion in R&D between 1995 and 2010.

The patents listed herein are but a small portion of the Rockstar portfolio and arose from various R&D projects by Nortel in the late 1990s and early 2000s.

Patents listed herein represent the following market areas:
- Social Networking – Message Sharing Privacy by Grouping
- Call Centers – Distributed Internet Call Center Architecture
- Data Networking – Network Address and Port Translation
- Digital Rights Management – Timed Availability of Secured Content
- Digital Signal Processors – Multicore DSP Architecture
- Optical Networking – Generic Framing Procedure for Data Traffic over Optical
- Broadband Services – Individualized Service Policies

# Rockstar

## Disclaimer

This information package is provided for information and illustrative purposes only, intended to provide informal guidance to potential purchasers of the possible application and potential use of the technology described in the patents available for sale. This information package and any other communications with Rockstar and its representatives regarding these patents should not be interpreted nor construed to express any opinion regarding the use of the patented technology by any product or company mentioned herein, does not constitute a legal or professional opinion regarding infringement, validity or representation of any kind, and is subject to change. It is provided solely for the use of persons or companies to perform their independent evaluation of the acquisition opportunities, and by accepting and using this information, parties acknowledge that they are completely responsible for performing full and complete due diligence on all aspects of the patent portfolio prior to purchase, and especially with respect to validity, infringement and market application of the portfolio.

# Rockstar

## Table of Contents

US Patent 5,875,302 - Communication Management System Having Communication Thread Structure Including a Plurality of Interconnected Threads ......................................................... 1
US Patent 6,122,364 - Internet Network Call Center ............................................................... 2
US Patent 6,128,298 – Internet Protocol Filter ......................................................................... 3
US Patent 5,825,876 – Time Based Availability to Content of a Storage Medium ................. 4
US Patent 6,266,342 – Adaption Resource Module and Operating Method Therefor ............ 5
US Patent 6,584,118 – Payload mapping in synchronous networks ........................................ 6
US Patent 6,952,728 – Providing Desired Service Policies to Subscribers Accessing Internet .. 7
Sales Process and Timeframe Guidelines ................................................................................. 8

# Rockstar

## US Patent 5,875,302 - Communication Management System Having Communication Thread Structure Including a Plurality of Interconnected Threads

**Inventors:** Prem A. Obhan
**Application Date:** May 6, 1997
**Issue Date:** February 23, 1999



### Market & Technology

Social networking firms such as Facebook, LinkedIn and Twitter represent a growing trend of moving shared communications online. These services, and others, provide subscribers with the ability to share messages, comments, links, reviews, profile information, files and photos with selected groups of contacts in a way that ensures privacy and user control of messages. The '302 patent lays out a method and system for ensuring communications are received by members of a user-defined group.

### Representative Claim

18. A method of operating a communication management system comprising the steps of:

   receiving communication thread structure data;

   establishing a communication thread structure having a plurality of interconnected threads based upon the structure data;

   receiving user data;

   establishing user information based upon the user data, the user information linking a user with at least one thread of the plurality of interconnected threads;

   receiving communications and at least one desired thread of the plurality of interconnected threads;

   linking the communications with at least some of the plurality of interconnected threads;

   establishing links between communications and user information based upon threads of the plurality of interconnected threads;

   receiving a communication access request from a user;

   receiving communications from the communication server based upon the communication access request, the user information and thread linkages between the communications and the user information; and

   providing the received communications to the user.

# Rockstar

## US Patent 6,122,364 - Internet Network Call Center

**Inventors:** Robert W. Petrunka, Patrick J. Dagert
**Application Date:** December 2, 1997
**Issue Date:** September 19, 2000



### Market & Technology

The call center market has evolved dramatically over the last decade. Singular, independent call centers are now networked together to share the load and follow the sun. Agents who at one point handled only telephone calls now field emails, instant messaging and online chat in addition to telephone calls. The '364 patent enables efficient IP-based call centers. The introduction of voice over IP (VoIP) into the call center allows agents to be deployed remotely, enabling workers in branch offices, home offices or foreign countries to appear as though they are sitting next to each other while utilizing a shared, low cost IP network instead of conventional, dedicated leased voice lines.

### Representative Claims

13. A method of facilitating servicing of telephone calls from customers by agents connected to a network call center having a network switch connected to an Automatic Call Distribution (ACD) server, the network call center connecting to at least one of a plurality of agent terminals via at least one of a plurality of local agent switches without ACD functionality and a data network, comprising the steps, executed by each of the agent terminals, of:

    establishing a communication session with the network call center over the data network;

    receiving, from the network call center over the data network, data representing a telephone call from a customer requesting service; and

    translating a form of the data to facilitate servicing of the telephone call by an agent.

14. The method of claim 13, wherein the establishing step includes the substeps of

    establishing a data session with the data network, and

    logging into the network call center.

16. The method of claim 13, wherein the translating step includes the substeps of

    receiving digital data representing voice signals of the telephone call from the network call center over the data network, and

    converting the digital data to voice signals for presentation to the agent.

# Rockstar

## US Patent 6,128,298 – Internet Protocol Filter

**Inventors:** Bruce Anthony Wootton, William G. Colvin
**Application Date:** April 24, 1997
**Issue Date:** October 3, 2000

### Market & Technology



Internet Protocol (IP) address translation is a necessary element of nearly all IP networks today. The primary motivators for network address translation are security and IPv4 address scarcity. The '298 patent introduced the concept of using port translation along with address translation, thereby enabling a single network address to be used for multiple private network hosts. The technique also results in increased network security as private network hosts are completely typically hidden from the public network hosts. The technique is also used to ensure customer separation in VPN services.

### Representative Claims

11. A method of interfacing private and public data communications networks, through a filter node in communication with both networks, comprising the steps of:

    (a) receiving at the filter node, from the private network, a data packet having a destination address corresponding to a node in the public network and a source address corresponding to a node in the private network;

    (b) maintaining, by the filter node, the source address taken from the data packet;

    (c) replacing, in the data packet, the source address with an address of the filter node, wherein the source address includes a port number of the node in the private network and the address of the filter node includes a port number of the filter node;

    (d) routing from the filter node, in the public network, the data packet having the replaced source address, according to the destination address, to the corresponding public node network;

    (e) waiting for a return packet from the public network, responsive to the data packet having the replaced source information;

    (f) replacing, in the return packet, the destination address with the maintained source address; and

    (g) routing from the filter node, in the private network, the return packet having the replaced destination address to the corresponding private network node.

# Rockstar

## US Patent 5,825,876 – Time Based Availability to Content of a Storage Medium

**Inventors:** Mendel Lazear Peterson, Jr.
**Application Date:** February 12, 1996
**Issue Date:** October 20, 1998



### Market & Technology

As content has moved from analog to digital formats, digital rights management (DRM) has become necessary to prevent copying and improper use and to ensure content is handled as the licensor or copyright holder intends. DRM is important in many content areas today including streaming video, ebooks, software and digital cinema content. Today, theatres are limited by film distributors to certain showtimes for films; it is no longer as simple as just putting the film on the projector. Distributors provide authentication information that tie the showing of a movie to a specific time and the film must start within a few minutes of that time. The '876 patent describes the standardized method for ensuring that such digital content is only played at an authorized time.

### Representative Claims

1. A method of controlling access to a data content of a storage medium, comprising the steps of:

   defining a start point in time prior to which access to the data content is to be inhibited;

   receiving a master clock signal from an authorization center for determining when the start point has been reached;

   updating date and time within a clock responsive to receiving the master clock signal;

   determining time by the clock; and

   enabling, responsive to the determined time effectively reaching the start point, access to the data content.

2. A method as claimed in claim 1, wherein the data content is encrypted and enabling access to the data content includes enabling decryption to the encrypted data.

4. A method as claimed in claim 3, wherein the step of defining the start point includes providing an indication of the start point with the authorization.

6. A method as claimed in claim 3, wherein the step of determining time includes providing a local secure clock for determining the time.

# Rockstar

## US Patent 6,266,342 – Adaption Resource Module and Operating Method Therefor

| | |
|---|---|
| **Inventors:** | David John Stacey, Simon Daniel Brueckheimer, Martin Sproat, Andrew Geoffrey Tomlins, Fai Tsang, John Shotton |
| **Application Date:** | April 8, 1998 |
| **Issue Date:** | July 24, 2001 |

### Market & Technology

Digitization of media has led to an increase in use of digital signal processors (DSPs) in voice and video communications, as voice and video are converted from analog forms into digital signals that can be packetized into IP and carried across networks. Mobile networks often use DSPs in order to provide echo and noise cancellation, with the vast majority of DSPs being deployed in wireless networks. Over time, there has been a marked increase in the number of multicore DSP chips. The '342 patent outlines a method, system and apparatus for use in such a multicore DSP, whereby a master processor directs signals to various signal processing elements.

### Representative Claims

30. A method of providing signal processing to a plurality of channels incident to a processing farm containing a plurality of slave elements each having a signal processing capability and a master control element both coupled to the plurality of slave elements and arranged to receive the plurality of information-bearing channels, the method comprising the steps of:

> providing the master control element with a routing function that selectively routes information-bearing channels to specified ones of the plurality of slave processing elements;
>
> receiving an information-bearing channel; and
>
> applying the routing function to distribute signal processing of at least some of the plurality of information-bearing channels between the plurality of slave elements;
> wherein the master processing element dynamically varies the distribution of information-bearing channels according to instantaneous signal processing demand of each individual information-bearing channel.

32. The method of claim 30, wherein the routing function performs a selective routing of information-bearing channels dependent upon processing requirements of information-bearing channels.

# Rockstar

## US Patent 6,584,118 – Payload mapping in synchronous networks

**Inventors:** John Paul Russell, Christopher David Murton, David Michael Goodman, Christopher Ramsden, James Shields

**Application Date:** August 27, 1998

**Issue Date:** June 24, 2003

Market & Technology

The transportation of Ethernet and other frame-based information over synchronous optical networks (SONET/SDH or OTN) typically utilizes a protocol called Generic Framing Procedure (GFP). GFP provides for the mapping of variable length client signals over a circuit switched network such as the aforementioned optical networks. The invention provided in the '496 patent is fundamental to the operation of a device used to adapt Ethernet traffic over a synchronous network using the GFP protocol. The GFP protocol is described in the ITU-T G.7041/Y.1303 standard.

Representative Claims

1. A method for transporting Ethernet frame based data into a synchronous transmission communications network payload, said method comprising the steps of:

    receiving said Ethernet frame based data;

    adapting the rate of said received Ethernet frame based data to a data rate suitable for inclusion in said synchronous transmission communications network payload;

    encoding at least one Ethernet data frame with a code recognizable within a synchronous communications channel by a synchronous communications protocol as designating a boundary of said Ethernet data frame; and

    inputting said encoded data frame into said synchronous transmission communications network payload for transmission on a synchronous data channel without any intermediate encapsulation of said Ethernet frame based data.

19. A method as claimed in claim 1, wherein said synchronous transmission communications network payload comprises at least one virtual container.

21. A method as claimed in claim 1, in which traffic comprising said Ethernet frame based data is mapped to said synchronous network payload at a line rate of said synchronous network payload.

Diagram: SDH/SONET PAYLOAD MAPPER (200) → RATE ADAPTION RING OR POINT TO POINT MODES (201) → ETHERNET FRAME SWITCH (Multi post MAC Bridge) (202) → ETHERNET PHYSICAL (203)

# Rockstar

## US Patent 6,952,728 – Providing Desired Service Policies to Subscribers Accessing Internet

**Inventors:** Anthony L. Alles, Arthur Lin, Shyam Prasad Pillalamarri, Kent H. Headrick, David A. Mullenex, Suhas A. Shetty

**Application Date:** December 1, 1999

**Issue Date:** October 4, 2005



### Market & Technology

High-speed Internet service providers are increasingly deploying traffic management solutions and offering individualized services to their subscribers. Broadband service providers are accommodating peer-to-peer traffic, large amounts of video streaming and security issues that can clog up their networks and degrade service. The inventions embodied in the '728 patent anticipated the need for processing solutions in the network to provide services requiring a high degree of processing at the edge of the network. Services that can be deployed at the edge in such a fashion include traffic management, bandwidth metering, security services, deep packet inspection and network-based VPN services.

### Representative Claim

2. A method of providing a desired set of service policies to each of a plurality of subscribers, said method comprising:

   identifying a plurality of processing rules which provide a set of service policies desired by each subscriber;

   configuring an internet service node with said processing rules corresponding to each of said subscribers, said internet service node being an edge device;

   receiving data in said internet service node;

   determining in said internet service node a specific subscriber to whom said received data relates to; and

   applying in said internet service node said plurality of processing rules related to said determined specific subscriber.

# Rockstar

## Sales Process Guidelines

Rockstar does not commit to sell any assets by way of this publication.

All interpretations of claims relative to existing products and services are the entire responsibility of the purchaser.

Buyers are entirely responsible to perform their own due diligence of the assets. Rockstar does not warranty any inferences or statements regarding infringement or validity with respect to the assets.

The patents may be subject to a set of pre-existing licenses between Nortel or Rockstar and various parties; any encumbrances will be disclosed only under NDA. Rockstar will respond to other specific inquiries, including information regarding evidence of use, to the best of our ability when requested by a potential buyer.

For any additional information, NDA requests, to express interest in or submit an offer for these or any other Rockstar patents, please contact:

**David Smith**
Director, Patent Sales and Acquisitions
Email: patentsales@ip-rockstar.com
Direct: (613) 576 1008
Mobile: (613) 294 2482