Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | Chapter 11 |
|---|---|
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

EXHIBIT "H" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER
AFFIRMED APRIL 9, 2014

Signed: *S. Brueckheimer*

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me: [signature]

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

| | |
|---|---|
| From: | Spence, Carolyn (CAR:0001) on behalf of Roese, John (CAR:0001) |
| Sent: | Tuesday, June 05, 2007 7:29 AM |
| To: | Aweya, James (CAR:1A10); Brueckheimer, Simon (HAL02:6003); Mayer, Michael (CAR:Q840); Montuno, Delfin (CAR:1A10); Ouellette, Michel (CAR:1A10) |
| Cc: | Zafirovski, Mike (TORWM:0001); Barrios, Alvio (CORD:2115); Bartzokas, Robert (RICH1:8419); Carey, Dennis (TORWM:1462); Davies, Gordon (TORWM:0098); Drinkwater, David (TORWM:5948); Edwards, Darryl (MOP:6061); Flaherty, Lauren (TORWM:1705); Hackney, Joel (NC2:9780); Joannou, Dion (CORD:5933); Lowe, Richard (RICH1:6891); MacKinnon, Peter (RICH1:LG02); Morin, Philippe (BAN:X632); Pangia, Michael (UNTSQ:1000); Riedel, George (TORWM:5933); Saffell, Chuck NGS (External:FRLKS:5093); Slattery, Steve (RICH1:4433); Wendt, Dietmar (TORWM:5968); Roese, John (CAR:0001); Ward, Liz (CAR:0233); Bharrathsingh, Kathy (CAR:0S03); Hall, Geoffrey (MOP:6438); Monga, Inder (BL60:418); Shew, Stephen (CAR:Q840); Adams, Michael (CAR:X632); Clark, Lee (NCRTP:3A00); Blouin, Francois (CAR:0S03); LeBlanc, Velma (CAR:0197) |
| Subject: | Congratulations! You have Won the 2H06 Technology Award of Excellence |
| Importance: | High |

I'm delighted to advise you that you have been selected to receive the 2H06 Technology Award of Excellence for your outstanding work related to "Synchronization across Packet and TDM Networks." Through your world-leading innovation in this area, you are helping accelerate the industry's transition from circuit-based TDM networks to packet-based Ethernet and, in turn, the deployment of Nortel's Provider Backbone Transport (PBT) technology. You have also created important IPR that will be available for licensing and have positioned this technology well with standards bodies that are defining industry directions in this critical area.

I will be sending out an all-employee announcement within the next day or so that will highlight your achievements and contributions to your colleagues across the company. A World News article will also provide a spotlight on your work and achievement.

I want to personally thank you for keeping innovation alive and well at Nortel and to encourage you to continue the creative thinking that has led to this particular award.

On behalf of Nortel and your R&D colleagues, thank you and congratulations!

Sincerely,

John Roese

Chief Technology Officer

1

CONFIDENTIAL                                    NNC-NNL07075635 / 1

1

| IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED<br><br>AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION<br><br>APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED | Court File No.: 09-CL-7950<br><br>*ONTARIO*<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>Proceedings commenced at Toronto<br><br>**AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER**<br><br>**Thornton Grout Finnigan LLP**<br>100 Wellington St. West, Suite 3200<br>TD West Tower<br>Toronto-Dominion Centre<br>Toronto, ON  M5K 1K7<br><br>Michael E. Barrack (LSUC# 21941W)<br>John Finnigan (LSUC # 24040L)<br>D.J. Miller (LSUC# 34393P)<br>Andrea McEwan (LSUC# 52781P)<br>Rebecca Lewis (LSUC# 61146S)<br><br>Tel:   416-304-1616 / Fax:   416-304-1313<br><br>Counsel to Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund |
|---|---|