MARK WHITTON
19206 Mill Site Pl, Leesburg, VA 20176

Tuesday, May 13, 2014

Chief Judge Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 1980

Dear Judge Gross:

I am following up on my letter of January 19, 2014

I am a small creditor to Nortel Networks Inc based on unqualified pension owed to me, similar to many hundreds of others.

After submitting my claim over 5 years ago (# 216) with a small correction over a year ago (# 8343), it is still unexamined. In February, I received a call from a lawyer working on the case who said that it would be evaluated soon, but it is still indicated as unexamined in the Epiq database. It is a very simple claim based on paperwork submitted and can be verified against Nortel's pension records.

Thank you for re-considering my views and I look forward to a successful resolution of the bankruptcy and my claim.

Sincerely,

MARK WHITTON