

# BB Mobile – Japan (Softbank)

➤ Mr. Son – owner/entrepreneur

➤ Break NTT monopoly in Japan (started with Yahoo BB)
  - Looks to be favouring a vendor that is not aligned with one of his competitors
  - Does not want to clone VF Japan, NTT DoCoMo or KDDI

➤ Looking to bring a radically different BB Mobile service to market
  - Strong focus on All-IP architecture (no more Circuit/TDM)
  - Vision of single device, one core network, multiple IP access

➤ Build-out in 2006 for an in-service date mid-2007
  - Licence in December 2005 (not yet a slam dunk)

➤ Financials
  - Project size of 20k BTS (Capex + basic services) = ~$1B
    - Civils and other services not included, likely to be another ~$2B
  - Revenue: '06=$300-600M, '07=$400M, single or dual vendor to be decided
  - R&D DE = $30M - $60M, highly dependent on timing and requirements

➤ Mindshare for Nortel
  - Good : trial win for UMTS network (despite Chinese free trial offer) – first Nortel wireless win in Japan

➤ Competition
  - Originally E/// & NEC, since the trial licence: Huawei, UT Starcom and E/ll

Nortel Confidential
April 18, 2005

NNI_01382060
45



# Status of Strom Partnership

› Context
  - Establish manufacturing partnership with Sistema
  - Strom and MTS are owned by the same parent company - Sistema
  - Enter MTS (Russia's largest GSM operator: >25M subs)
  - Secondary objective of integrating elements of Strom portfolio to sell into other markets (e.g. small switch to compete in low $/line bids)
  - Bill Owens has shaken hands with head of Sistema (Evtushenkov) at Russian Economic Forum with a view to closing an agreement in 2Q05
  - Initial relationship would have Strom as a reseller of GSM access
  - Next phase would have Strom manufacturing Nortel BTS in licensing agreement

› Financials
  - Revenue: 2005 = $15M, 2006 = $30M, 2007 = $50M

› Timeline
  - Sign agreement on initial project with MTS: 2Q05 (Ottawa – end of June)
  - Trial (Strom switch, Nortel BSS) in 2H05 to allow Strom to complete R&D and IoT
  - Commence first project with MTS: 4Q05 using Nortel branded BTS
  - Strom to begin shipping Strom branded BTS in 1H06

› Risks
  - Strom completion of MSC portfolio
  - The "urgency" does not filter down from the exec level at Strom
  - Identification of proper resources on the Nortel side to pull this off

NNI_01382060
47



April 18, 2005

# Risks & Exposures

Nortel Confidential

# Concerns & Action Plan

## Concerns

### Consolidation

> Impact of operator consolidations (Cingular/AWS, Rogers/Microcell, Nextel/Sprint) - so far Nortel GSM/UMS adversely impacted

> Vendor consolidation inevitable - form of product rationalization (& cost reduction) dependent on partner

### R&D Investment

> Siemens/Ericsson/Nokia leaders spending 2-4x R&D vs. Nortel/Alcatel

> Nortel return-on-investment for UMTS

### "Buying" market share

> Competitive environment requires *'investment'* to gain footprint - including trials, free equipment/services for RIPs, KPLs

### Regional/ Product mix

> Product mix shift impacting profitability/ROS (GSM growth flattening, UMTS growth)

> Regional mix also impacting profitability (high growth in Asia & GC)

## Action Plan

### Consolidation

> Strengthen relationship with Tier 1 operators

> G/U actively exploring partnerships, (NDAs in place with LU, Alcatel, Siemens, Nokia) to significantly improve ROS and mkt share

### R&D Investment

> Lead or partner (e.g. selling eMLC business)

> UMTS
  - Capitalize on CDMA investment
  - R&D pooling
  - Revenue growth in Asia & NA

### "Buying" market share

> Project *Legacy* – create P&L. flexibility >$25M, i.e. invest in future growth opportunities and reduce sustaining, significant reduction in R&D CPP

### Regional/ Product mix

> Different go-to-market model required for new markets (i.e. Korea, Russia, Japan)

> Intense focus on product CR and solutions architecture for lower ARPU markets

> Increase share-of-wallet for GSM/UMTS products into installed base

Nortel Confidential
April 18, 2005

NNI_01382060
49

# 2004-2007 - BSNL Impact



|  | 2004 Total | 2005 Budget | 2005 Outlook | | | | | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Q1 | Q2 | Q3 | Q4 | Total |  |  |
| Revenue | 23 | 420 | 130 | 130 | 74 | 69 | 403 | 200 | 200 |
| Standard Mgn $ | (151) | (20) | (10) | (26) | - | - | (36) | - | 20 |
| Standard Mgn % | -650% | -5% | -8% | -20% | 0% | 0% | -9% | 0% | 10% |
| OCNIS & Variance | - | - |  |  |  |  | - |  |  |
| Gross Margin $ | (151) | (20) | (10) | (26) | - | - | (36) | - | 20 |
| Gross Margin % | -650% | -5% | -8% | -20% | 0% | 0% | -9% | 0% | 10% |
| Total SG&A (Excld BD) | - | - |  |  |  |  | - |  |  |
| BSNL - Bank to bank loan |  | 1 | 1 | 0 | 0 | - | 1 | 1 | 1 |
| BSNL - Securitization |  | 12 | 1 | 7 | 2 | 2 | 12 | 6 | 6 |
| BSNL - Up-front fees |  | 1 | 1 | - | 0 | - | 1 | 1 | 1 |
| BSNL - Hedging |  | 6 | 2 | 2 | 2 | 2 | 6 | 3 | 3 |
| Customer Financing |  | 21 | 5 | 9 | 4 | 3 | 21 | 11 | 11 |
| EBT | (151) | (41) | (15) | (35) | (4) | (3) | (58) | (11) | 9 |

## 2006 & 2007 requires changing the game on BSNL

2005 view includes $36M additionnal KPL for initial order

Potential Ph1 expansion risk additional KPL $35-50M not captured in 2005 Outlook

Nortel Confidential

April 18, 2005



# BSNL

## Phase I:  $450M Revenue - Known Project Loss: $171M

### Background & Contributors to Loss

- Extent of Loss unknown early on (Aug/04 view $90M)
- unclear accountability model
- Poor understanding of customer requirements (product configurations/capacity requirements, IN "service equivalency")
- Considerable variance in NI-OEMs, e.g. price of steel for towers, power
- Insufficient Nortel resources 'on the ground' in India
- In general, lack of understanding of requirements of doing business in India

### Actions to Address

> "BSNL Summit" (mid Feb.) in France with all key players to address situation
   - Defined accountability model for driving bids in emerging markets
   - Proposed strategies to influence favorable specs for:
     1- 50% expansion on existing business
     2- Next 70M line tender expected April/ May (note: GO/ NO GO decision still to be made)
> Empowered 5 Tiger Teams that are taking action to drive CR in the following areas:
     1-Power, 2-Towers/Microwave/Antennas, 3-IN Strategy, 4-IRM/TSP/BSP, 5-Product CR
> Disruptive approach to CR: VAVE's with key suppliers yielding short and long term cost opportunities
   - Preliminary analysis shows CR opportunity of: 23% towers, 9.4% BTS, 37% Services

*Despite actions above, indications are that Phase 1.5 will still be significantly negative (range - $(35)M - $(50)M on $200M orders).*
*Strategy being worked to re-negotiate contract with customer.*

Nortel Confidential                                                           April 18, 2005

NNI_01382060
50

NNI_01382060
51



# Back-up

April 18, 2005

Nortel Confidential

NNI_01382060
52

# 2003-2007 - Top Customers detail



($US M)

| | REVENUES (M$) | | | | | STD MARGIN (%) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2003 | 2004 | 2005 | 2006 | 2007 |
| NA & EMEA | | | | | | | | | | |
| NA | | | | | | | | | | |
| NA | | | | | | | | | | |
| CALA | | | | | | | | | | |
| CALA | | | | | | | | | | |
| EMEA | | | | | | | | | | |
| EMEA | | | | | | | | | | |
| EMEA | | | | | | | | | | |
| EMEA & China | | | | | | | | | | |
| G China | | | | | | | | | | |
| G China | | | | | | | | | | |
| G China | | | | | | | | | | |
| Asia | | | | | | | | | | |
| Asia | | | | | | | | | | |
| **Total Top Customers** | 1 682 | 2 200 | 2 681 | 2 901 | 2 975 | 42% | 37% | 32% | 35% | 37% |
| Top Customers in % of Total | 85% | 84% | 83% | 84% | 76% | | | | | |

Nortel Confidential

April 18, 2005

NNI_01382060
53



# GSM/UMTS Market Variations 2004-2008

UMTS Infrastructure Market Comparison ($bn)

— Nortel 1Q05
— Carnegie Sep04
— Bernstein Nov04
— Dell'Oro 4Q04

Infrastructure Size ($B)

Optimistic +6%
Baseline +2%
Pessimistic -3%

Predicted Reduction in 2008 Capex is due to

•Reduced Capex to Sales ration in operators as market stabilises, Capex reduces to 18% of sales

•However, C.

NNI_01382060
54

# Market Share – Access

| GSM Access | Nortel | Ericssor | Nokia | Alcatel | Motorola | Siemens | Huawei | ZTE |
|---|---|---|---|---|---|---|---|---|
| WORLD | 7% | 34% | 23% | 9% | 13% | 12% | 1% | 0% |
| Europe: Western | 7% | 39% | 28% | 8% | 7% | 10% | 0% | 0% |
| Europe: Eastern | 5% | 31% | 21% | 14% | 12% | 17% | 0% | 0% |
| Middle East | 0% | 38% | 15% | 8% | 20% | 20% | 0% | 0% |
| Africa | 0% | 31% | 2% | 28% | 17% | 20% | 0% | 0% |
| Asia Pacific | 3% | 31% | 34% | 8% | 12% | 10% | 3% | 0% |
| Gr.China | 10% | 32% | 13% | 7% | 21% | 13% | 3% | 0% |
| USA/Canada | 21% | 35% | 40% | 0% | 0% | 4% | 0% | 0% |
| Americas | 7% | 40% | 34% | 6% | 0% | 12% | 0% | 0% |

| UMTS Access | Nortel | Ericssor | Nokia | Alcatel | Motorola | Siemens | Huawei | ZTE |
|---|---|---|---|---|---|---|---|---|
| WORLD | 11% | 28% | 27% | 8% | 3% | 24% | 0% | 0% |
| Europe: Western | 14% | 28% | 28% | 6% | 0% | 23% | 0% | 0% |
| Europe: Eastern | 6% | 12% | 12% | 24% | 15% | 29% | 0% | 0% |
| Middle East | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 0% |
| Africa | 0% | 0% | 0% | 0% | 0% | 83% | 2% | 15% |
| Asia Pacific | 0% | 45% | 51% | 0% | 0% | 4% | 0% | 0% |
| Gr China | 0% | 24% | 53% | 0% | 0% | 20% | 3% | 0% |
| USA/Canada | 14% | 45% | 20% | 0% | 0% | 21% | 0% | 0% |

Source: Nortel G&U Market Planning
Market Share Estimation based on GSM & UMTS subscribers. (Source: EMC )
April 18, 2005

NNI_01382060
55

# Market Share - Core

| G&U PC | Nortel | Ericsson | Nokia | Alcatel | Motorola | Siemens | Cisco | Huawei |
|---|---|---|---|---|---|---|---|---|
| WORLD | 11% | 37% | 27% | 5% | 9% | 8% | 1% | 2% |
| Europe: Western | 24% | 42% | 23% | 2% | 4% | 4% | 0% | 0% |
| Europe: Eastern | 4% | 33% | 17% | 15% | 16% | 12% | 1% | 0% |
| MEA | 0% | 21% | 0% | 0% | 6% | 2% | 0% | 0% |
| Asia Pacific | 4% | 28% | 46% | 3% | 6% | 12% | 1% | 0% |
| Gr China | 0% | 36% | 25% | 7% | 19% | 4% | 0% | 9% |
| USA/Canada | 21% | 33% | 47% | 0% | 0% | 0% | 0% | 0% |
| Americas | 21% | 47% | 24% | 6% | 0% | 3% | 0% | 0% |

| G&U VC | Nortel | Ericsson | Nokia | Alcatel | Motorola | Siemens | Huawei |
|---|---|---|---|---|---|---|---|
| WORLD | 8% | 40% | 19% | 9% | 0% | 22% | 1% |
| Europe: Western | 3% | 54% | 21% | 6% | 0% | 15% | 0% |
| Europe: Eastern | 0% | 28% | 23% | 16% | 0% | 32% | 0% |
| MEA | 0% | 33% | 3% | 22% | 3% | 38% | 0% |
| Asia Pacific | 6% | 39% | 7% | 7% | 1% | 17% | 3% |
| Gr China | 12% | 32% | 18% | 9% | 0% | 26% | 3% |
| USA/Canada | 59% | 33% | 8% | 0% | 0% | 0% | 0% |
| Americas | 4% | 63% | 22% | 6% | 0% | 4% | 0% |

Source: Nortel G&U Market Planning
Market Share Estimation based on GSM & UMTS subscribers YE04 (Source: EMC )

Nortel Confidential
April 18, 2005



## GSM/UMTS Traffic Growth (1/2)
### Voice Minute of Uses (Bn mins/year)

Rest of the World : 18.6% CAGR
Latin America : 19.4% CAGR
Eastern Europe : 26.2% CAGR

Asia Pacific : 26.6% CAGR

North America: 23.8% CAGR

Western Europe : 14.7% CAGR    **Source: CSFB May 04**

**23% growth a year in voice traffic seen through 2007e**

- G&U users increase from **1.2B** in 04 to **2B** in 08
- Per user traffic increase: MoU increase due Fix mobile cannibalization

## Industry Voice Volumes will Double over the next 4 years

Minutes of use per year (bn)

April 18, 2005

Nortel Confidential

NNI_01382060
56



# GSM/UMTS Traffic Growth (2/2)
## Global Minutes of Use 2004-09

Source: Pyramid Research 1Q 05

|       | 2004A | 2005E | 2006E | 2007E | 2008E | 2009E |
|-------|-------|-------|-------|-------|-------|-------|
| NA    | 664   | 744   | 807   | 860   | 902   | 935   |
| WE    | 164   | 169   | 175   | 180   | 184   | 189   |
| CALA  | 97    | 97    | 98    | 98    | 98    | 98    |
| Asia  | 240   | 247   | 250   | 250   | 248   | 244   |
| CEE   | 110   | 111   | 113   | 114   | 116   | 117   |
| India | 264   | 260   | 254   | 249   | 246   | 243   |

**MoU stays stable despite new user dilution**

*Except for the US where they will continue to talk a lot.........*

NNI_01382060
57

# GSM/UMTS Operator ARPU* Growth (1/3)

## Global Voice ARPUs 2004-09 ($)



Legend:
- NA
- WE
- CALA
- Asia
- CEE

*ARPU: Average Revenue Per User

**Voice ARPUs will remain stable over the next 5 years in GSM/UMTS**

Source: Pyramid Research 1Q 05

Nortel Confidential

Page 58

NNI_01382060
58

NNI_01382060
59

# GSM/UMTS Operator ARPU Growth (2/3)
Data ARPU Evolution 2000-2009 - Pyramid

## Data as a % of Total ARPU*



**Legend:**
- North America
- Western Europe
- Japan
- Korea

*Note1: SMS revenues are excluded in data ARPU

Note 2: Voice ARPUs in this period remain generally flat

**Significant Data ARPU growth expected in all Regions**

April 18, 2005

Nortel Confidential

Page 59





# GSM/UMTS Operator ARPU Growth (3/3)

## Non-Voice Operator Revenue 2008

Source: CSFB Jan 2005, Figures used valid for Western Europe

| Messaging | Content | Video | Email | Commerce |
|---|---|---|---|---|
| •SMS | •Music | •Telephony | •Consumer | •Micropayments |
| •MMS | •Java Downloads | • Messaging | •Corporate | •Gambling |
| •IM | •Infotainment | •Streaming | | •E-wallet |
| •PoC | •Browsing | •TV | | •PoS Transaction |

**ARPU Growth coming from Interactive and Content Services**

Page 60

Nortel Confidential

April 18. 2005

NNI_01382060
60

NNI_01382060
61

# 2003-2007 - P&L - G&U



in $M

| | 2003 | 2004 | 2005 Budget | 2005 Outlook | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Revenue | 1 989 | 2 634 | 3 378 | 3 215 | 3 438 | 3 907 |
| Standard Margin $ | 871 | 957 | 1 163 | 1 094 | 1 165 | 1 332 |
| % | 43.8% | 36.3% | 34.4% | 34.0% | 33.9% | 34.1% |
| OCNIS | 189 | 180 | 261 | 286 | 273 | 291 |
| % | 9.5% | 6.9% | 7.7% | 8.9% | 7.9% | 7.5% |
| Gross Margin $ | 682 | 776 | 902 | 807 | 892 | 1 041 |
| % | 34.3% | 29.5% | 26.7% | 25.1% | 26.0% | 26.6% |
| SG&A $ | 269 | 291 | 282 | 284 | 284 | 294 |
| % | 13.5% | 11.1% | 8.3% | 8.8% | 8.3% | 7.5% |
| R&D $ | 577 | 597 | 580 | 549 | 480 | 470 |
| % | 29% | 23% | 17% | 17% | 14% | 12% |
| Other Inc/Expense | 0 | 8 | 35 | 37 | 24 | 24 |
| EBT | (137) | (122) | 1 | (64) | 104 | 252 |
| ROS | (6.9%) | (4.6%) | 0.0% | (2.0%) | 3.0% | 6.5% |
| BSNL EBT impact | - | (151) | (41) | (58) | (11) | 9 |
| EBT excl. BSNL | (137) | 29 | 43 | (7) | 115 | 243 |
| ROS excl. BSNL | (6.9%) | 1.1% | 1.4% | (0.2%) | 3.5% | 6.6% |

April 18, 2005

Nortel Confidential

Page 61

NNI_01382060
62

# 2003-2007 P&L - GSM



| in $M | 2003 | 2004 | 2005 Budget | 2005 Outlook | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Revenue | 1 764 | 2 247 | 2 640 | 2 610 | 2 037 | 1 983 |
| Standard Margin $ | 851 | 897 | 1 004 | 957 | 793 | 730 |
| % | 48.2% | 39.9% | 38.0% | 36.7% | 39.0% | 36.8% |
| OCNIS | 155 | 106 | 163 | 196 | 149 | 141 |
| % | 8.8% | 4.7% | 6.2% | 7.5% | 7.3% | 7.1% |
| Gross Margin $ | 695 | 791 | 841 | 761 | 645 | 589 |
| % | 39.4% | 35.2% | 31.9% | 29.2% | 31.7% | 29.7% |
| SG&A $ | 154 | 168 | 167 | 182 | 165 | 150 |
| % | 8.7% | 7.5% | 6.3% | 7.0% | 8.1% | 7.6% |
| R&D $ | 261 | 264 | 264 | 238 | 200 | 190 |
| % | 15% | 12% | 10% | 9% | 10% | 10% |
| Other Inc/Expense | 2 | 8 | 25 | 27 | 15 | 15 |
| EBT | 278 | 351 | 381 | 312 | 265 | 235 |
| ROS | 15.7% | 15.6% | 14.4% | 12.0% | 13.0% | 11.8% |
| BSNL EBT impact | | (151) | (41) | (58) | (11) | 9 |
| EBT excl. BSNL | 278 | 502 | 423 | 370 | 276 | 225 |
| ROS excl. BSNL | 15.7% | 22.5% | 19.0% | 16.8% | 15.0% | 12.6% |

Nortel Confidential

April 18, 2005

NNL_01382060
63

# 2003-2007 P&L - UMTS



| in $M | 2003 | 2004 | 2005 Budget | 2005 March OL | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Revenue | 225 | 387 | 739 | 606 | 1 401 | 1 924 |
| Standard Margin $ | 20 | 59 | 159 | 108 | 372 | 602 |
| % | 8.9% | 15.4% | 21.5% | 17.8% | 26.5% | 31.3% |
| OCNIS | 34 | 74 | 98 | 62 | 124 | 151 |
| % | 15.0% | 19.2% | 13.3% | 10.2% | 8.9% | 7.8% |
| Gross Margin $ | (14) | (15) | 61 | 46 | 248 | 451 |
| % | (6.2%) | (3.9%) | 8.2% | 7.6% | 17.7% | 23.5% |
| SG&A $ | 115 | 124 | 115 | 102 | 119 | 144 |
| % | 51.0% | 31.9% | 15.5% | 16.8% | 8.5% | 7.5% |
| R&D $ | 316 | 333 | 316 | 311 | 280 | 280 |
| % | 140% | 86% | 43% | 51% | 20% | 15% |
| Other Inc/Expense | -2 | 1 | 10 | 10 | 10 | 10 |
| EBT | (415) | (472) | (380) | (376) | (161) | 18 |
| ROS | (184.1%) | (122.1%) | (51.4%) | (62.1%) | (11.5%) | 0.9% |

April 18, 2005

Nortel Confidential

Page 63

NNI_01382060
64

# 2005-2006 P&L by Quarter - G&U
## - 2005 Outlook

USD $M

| | Actuals | March Outlook | | | | | Strat. Plan | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q4-04 | Q1-05 | Q2-05 | Q3-05 | Q4-05 | FY-05 | Q1-06 | Q2-06 | Q3-06 | Q4-06 | FY-06 |
| Revenue | 725 | 814 | 862 | 685 | 854 | 3 215 | 830 | 852 | 853 | 903 | 3 438 |
| Standard Mgn $ | 358 | 296 | 284 | 252 | 262 | 1 094 | 284 | 288 | 285 | 308 | 1 165 |
| Standard Mgn % | 49.4% | 36.3% | 32.9% | 36.8% | 30.6% | 34.0% | 34.2% | 33.8% | 33.4% | 34.1% | 33.9% |
| OCNIS & Variance | 52 | 69 | 69 | 71 | 77 | 286 | 65 | 74 | 68 | 65 | 273 |
| Ocnis & Variance in % | 7% | 9% | 8% | 10% | 9% | 9% | 8% | 9% | 8% | 7% | 8% |
| Gross Margin $ | 307 | 226 | 215 | 182 | 185 | 807 | 219 | 214 | 217 | 243 | 892 |
| Gross Margin % | 42.3% | 27.8% | 25.0% | 26.5% | 21.6% | 25.1% | 26.4% | 25.1% | 25.4% | 26.9% | 26.0% |
| Total SG&A (Excld BD) | 76 | 70 | 70 | 71 | 73 | 284 | 74 | 73 | 70 | 69 | 284 |
| SG&A in % | 10.5% | 8.7% | 8.2% | 10.3% | 8.5% | 8.8% | 8.9% | 8.5% | 8.2% | 7.6% | 8.3% |
| R&D Spending | 154 | 147 | 144 | 134 | 124 | 549 | 122 | 121 | 119 | 118 | 480 |
| Other Inc/Exp. | 7 | 5 | 13 | 9 | 9 | 37 | 6 | 6 | 6 | 7 | 25 |
| EBT | 67 | 3 | (13) | (33) | (22) | (64) | 18 | 14 | 22 | 50 | 103 |
| ROS | 9% | 0% | -1% | -5% | -3% | -2% | 2% | 2% | 3% | 5% | 3% |

Q4-04 – Draft Actuals

Nortel Confidential

April 18, 2005

NNI_01382060
65

# 2005-2006 P&L by Quarter - GSM



| USD $M | GSM - March Outlook | | | | | GSM - Strat. Plan | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1-05 | Q2-05 | Q3-05 | Q4-05 | FY-05 | Q1-06 | Q2-06 | Q3-06 | Q4-06 | FY-06 |
| Revenue | 712 | 770 | 571 | 557 | 2 610 | 550 | 530 | 489 | 468 | 2 037 |
| Standard Mgn $ | 270 | 261 | 219 | 208 | 957 | 214 | 206 | 190 | 182 | 793 |
| Standard Mgn % | 37.9% | 33.9% | 38.3% | 37.4% | 36.7% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% |
| OCNIS & Variance | 50 | 47 | 51 | 48 | 196 | 39 | 41 | 36 | 33 | 149 |
| Ocnis & Variance in % | 7.0% | 6.2% | 8.9% | 8.6% | 7.5% | 7.0% | 7.7% | 7.4% | 7.1% | 7.3% |
| Gross Margin $ | 220 | 213 | 168 | 161 | 761 | 176 | 166 | 154 | 149 | 645 |
| Gross Margin % | 30.9% | 27.7% | 29.3% | 28.8% | 29.2% | 31.9% | 31.3% | 31.5% | 31.9% | 31.7% |
| Total SG&A (Excld BD) | 46 | 46 | 46 | 45 | 182 | 45 | 43 | 40 | 38 | 165 |
| SG&A in % | 6.4% | 6.0% | 8.0% | 8.0% | 7.0% | 8.1% | 8.1% | 8.1% | 8.1% | 8.1% |
| R&D Spending | 66 | 62 | 59 | 51 | 238 | 51 | 50 | 50 | 49 | 200 |
| Other Inc/Exp. | 5 | 12 | 6 | 4 | 27 | 4 | 4 | 4 | 4 | 15 |
| EBT | 103 | 93 | 57 | 60 | 312 | 77 | 69 | 61 | 59 | 265 |
| ROS | 14% | 12% | 10% | 11% | 12% | 14% | 13% | 12% | 13% | 13% |

Nortel Confidential

April 18, 2005

NNI_01382060
66

# 2005-2006 P&L by Quarter - UMTS



| USD $M | UMTS - March Outlook | | | | | UMTS - Strat. Plan | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1-05 | Q2-05 | Q3-05 | Q4-05 | FY-05 | Q1-06 | Q2-06 | Q3-06 | Q4-06 | FY-06 |
| Revenue | 102 | 92 | 114 | 298 | 606 | 280 | 322 | 364 | 434 | 1 401 |
| Standard Mgn $ | 26 | 23 | 34 | 53 | 136 | 70 | 82 | 94 | 126 | 372 |
| Standard Mgn % | 25.4% | 25.2% | 29.6% | 17.9% | 22.5% | 24.9% | 25.4% | 25.9% | 28.9% | 26.5% |
| OCNIS & Variance | 19 | 21 | 20 | 29 | 90 | 26 | 34 | 32 | 32 | 124 |
| Ocnis & Variance in % | 19.0% | 23.3% | 17.3% | 9.9% | 14.8% | 9% | 11% | 9% | 7% | 9% |
| Gross Margin $ | 6 | 2 | 14 | 24 | 46 | 44 | 48 | 63 | 93 | 248 |
| Gross Margin % | 6.3% | 1.9% | 12.3% | 8.1% | 7.6% | 15.6% | 14.9% | 17.2% | 21.5% | 17.7% |
| Total SG&A (Excld BD) | 25 | 24 | 25 | 28 | 102 | 29.1 | 29.6 | 30.1 | 30.6 | 119.4 |
| SG&A in % | 24.4% | 26.5% | 21.6% | 9.5% | 16.8% | 10.4% | 9.2% | 8.3% | 7.0% | 8.5% |
| R&D Spending | 81 | 82 | 76 | 73 | 311 | 72 | 71 | 70 | 69 | 280 |
| Other Inc/Exp. | - | 1 | 4 | 5 | 10 | 2 | 2 | 3 | 3 | 10 |
| EBT | (99) | (106) | (90) | (82) | (376) | (59) | (54) | (39) | (9) | (162) |
| ROS | -97% | -115% | -79% | -27% | -62% | -21% | -17% | -11% | -2% | -12% |

Nortel Confidential

April 18, 2005

NNI_01382060
67

# 2005-2006 - P&L - G&U

| G&U | 2005 | | | | 2006 | | | | B/(W) 06 vs 05 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Access | Packet | Circuit | Total | Access | Packet | Circuit | Total | Access | Packet | Circuit | Total |
| **Revenue** | **2 271** | **177** | **767** | **3 215** | **2 458** | **241** | **739** | **3 438** | **187** | **64** | **(28)** | **223** |
| % of total revenues | 71% | 6% | 24% | 100% | 76% | 8% | 23% | 100% | 6% | 2% | -1% | 0% |
| **Standard Mgn $** | **614** | **80** | **341** | **1 035** | **734** | **121** | **310** | **1 165** | **120** | **41** | **(31)** | **130** |
| Standard Mgn % | 27% | 45% | 44% | 32% | 30% | 50% | 42% | 34% | 3% | 5% | -3% | 2% |
| OCNIS & Variance | 157 | 30 | 41 | 228 | 195 | 39 | 39 | 273 | 38 | 9 | (3) | 44 |
| Ocnis & Var in % of Rev | 7% | 17% | 5% | 7% | 8% | 16% | 5% | 8% | 1% | -1% | 0% | 1% |
| **Gross Margin $** | **458** | **50** | **300** | **807** | **540** | **82** | **271** | **892** | **82** | **32** | **(28)** | **85** |
| Gross Margin % | 20% | 28% | 39% | 25% | 22% | 34% | 37% | 26% | 2% | 6% | -2% | 1% |
| Total SG&A (Excld BD) | 218 | 15 | 51 | 284 | 204 | 20 | 60 | 284 | (14) | 5 | 9 | 0 |
| SG&A in % of Rev | 10% | 8% | 7% | 9% | 8% | 8% | 8% | 8% | -1% | 0% | 2% | -1% |
| **R&D Spending** | **372** | **75** | **102** | **549** | **326** | **66** | **88** | **480** | **(46)** | **(9)** | **(14)** | **(69)** |
| R&D in % of Rev | 16% | 42% | 13% | 17% | 13% | 27% | 12% | 14% | -3% | -15% | -1% | -3% |
| **Other Inc/Exp.** | **31** | **1** | **5** | **37** | **20** | **1** | **4** | **24** | **(11)** | **(0)** | **(2)** | **(13)** |
| **EBT** | **(165)** | **(41)** | **141** | **(64)** | **(10)** | **(5)** | **119** | **104** | **155** | **35** | **(22)** | **168** |
| ROS | -7% | -23% | 18% | -2% | 0% | -2% | 16% | 3% | 7% | 21% | -2% | 5% |
| | | | | | | | | | | | | |
| *Revenue* | *71%* | *6%* | *24%* | *100%* | *72%* | *7%* | *21%* | *100%* | *-1%* | *-2%* | *2%* | *0%* |
| *Std Margin* | *59%* | *8%* | *33%* | *100%* | *63%* | *10%* | *27%* | *100%* | *-4%* | *-3%* | *6%* | *0%* |
| *R&D* | *68%* | *14%* | *19%* | *100%* | *68%* | *14%* | *18%* | *100%* | *0%* | *0%* | *0%* | *0%* |

Nortel Confidential

April 18, 2005

NNI_01382060
68

# 2005-2006 - P&L - GSM

| GSM | 2005 | | | | 2006 | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Access | Packet | Circuit | Total | Access | Packet | Circuit | Total | Access | Packet | Circuit | Total |
| **Revenue** | **1 739** | **125** | **744** | **2 609** | **1 312** | **105** | **619** | **2 037** | **(427)** | **(20)** | **(125)** | **(572)** |
| *% of total revenues* | 67% | 5% | 29% | 81% | 64% | 5% | 30% | 59% | -2% | 0% | 2% | -22% |
| **Standard Mgn $** | **534** | **58** | **335** | **927** | **461** | **53** | **279** | **793** | **(73)** | **(5)** | **(56)** | **(134)** |
| *Standard Mgn %* | 31% | 46% | 45% | 36% | 35% | 51% | 45% | 39% | 4% | 4% | 0% | 3% |
| **OCNIS & Variance** | 108 | 19 | 40 | 167 | 96 | 17 | 35 | 149 | (12) | (2) | (4) | (18) |
| *Ocnis & Var in % of Rev* | 6% | 15% | 5% | 6% | 7% | 16% | 6% | 7% | 1% | 1% | 0% | 1% |
| **Gross Margin $** | **425** | **39** | **295** | **760** | **365** | **37** | **244** | **645** | **(61)** | **(3)** | **(52)** | **(115)** |
| *Gross Margin %* | 24% | 31% | 40% | 29% | 28% | 35% | 39% | 32% | 3% | 3% | 0% | 3% |
| **Total SG&A (Excld BD)** | 128 | 8 | 46 | 182 | 106 | 9 | 50 | 165 | (22) | 0 | 5 | (17) |
| *SG&A in % of Rev* | 7.4% | 6.6% | 6.1% | 7.0% | 8% | 8% | 8% | 8.1% | 1% | 1% | 2% | 1% |
| **R&D Spending** | 145 | 38 | 55 | 238 | 122 | 32 | 46 | 200 | (23) | (6) | (9) | (38) |
| *R&D in % of Rev* | 8% | 30% | 7% | 9% | 9% | 30% | 7% | 10% | 1% | 0% | 0% | 1% |
| **Other Incl/Exp.** | 23 | 0 | 4 | 27 | 12 | 0 | 2 | 15 | (11) | (0) | (2) | (13) |
| **EBT** | **127** | **(7)** | **191** | **311** | **124** | **(4)** | **145** | **265** | **(3)** | **3** | **(45)** | **(46)** |
| ROS | 7% | -5% | 26% | 12% | 9% | -4% | 23% | 13% | 2% | 2% | -2% | 1% |
| | | | | | | | | 0% | | | | |
| *Revenue* | 67% | 5% | 29% | 100% | 64% | 5% | 30% | 100% | 2% | 0% | -2% | 0% |
| *Std Margin* | 58% | 6% | 36% | 100% | 58% | 7% | 35% | 100% | -1% | 0% | 1% | 0% |
| *R&D* | 61% | 16% | 23% | 100% | 61% | 16% | 23% | 100% | 0% | 0% | 0% | 0% |

Nortel Confidential

April 18, 2005

NNI_01382060
69

# 2005-2006 - P&L - UMTS

| UMTS | 2005 | | | | 2006 | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Access | Packet | Circuit | Total | Access | Packet | Circuit | Total | Access | Packet | Circuit | Total |
| **Revenue** | **532** | **52** | **22** | **606** | **1 146** | **136** | **119** | **1 401** | **614** | **84** | **97** | **795** |
| *% of total revenues* | *88%* | *9%* | *4%* | *19%* | *82%* | *10%* | *9%* | *41%* | *-6%* | *1%* | *5%* | *22%* |
| **Standard Mgn $** | **81** | **22** | **6** | **108** | **274** | **67** | **31** | **372** | **193** | **46** | **25** | **263** |
| *Standard Mgn %* | *15%* | *42%* | *26%* | *18%* | *24%* | *50%* | *26%* | *27%* | *9%* | *8%* | *0%* | *9%* |
| OCNIS & Variance | 49 | 11 | 2 | 61 | 98 | 22 | 3 | 124 | 50 | 11 | 2 | 63 |
| *Ocns & Var in % of Rev* | *9%* | *21%* | *7%* | *10%* | *9%* | *16%* | *3%* | *9%* | *-1%* | *-5%* | *-4%* | *-1%* |
| **Gross Margin $** | **32** | **11** | **4** | **47** | **175** | **45** | **28** | **248** | **143** | **34** | **23** | **201** |
| *Gross Margin %* | *6%* | *20%* | *19%* | *8%* | *15%* | *33%* | *23%* | *18%* | *9%* | *13%* | *4%* | *10%* |
| **Total SG&A (Excld BD)** | 90 | 6 | 5 | 102 | 98 | 12 | 10 | 119 | 8 | 5 | 5 | 17 |
| *SG&A in % of Rev* | *17%* | *12%* | *24%* | *17%* | *9%* | *9%* | *9%* | *9%* | *-8%* | *-4%* | *-15%* | *-8%* |
| **R&D Spending** | 226 | 38 | 47 | 311 | 204 | 34 | 42 | 280 | (22) | (4) | (5) | (31) |
| *R&D in % of Rev* | *43%* | *73%* | *210%* | *51%* | *18%* | *25%* | *35%* | *20%* | *-25%* | *-48%* | *-174%* | *-31%* |
| Other Inc/Exp. | 8 | 0 | 1 | 10 | 8 | 0 | 1 | 10 | - | - | - | - |
| **EBT** | **(292)** | **(34)** | **(50)** | **(376)** | **(134)** | **(1)** | **(26)** | **(161)** | **158** | **33** | **24** | **214** |
| | *-55%* | *-66%* | *-221%* | *-62%* | *-12%* | *-1%* | *-22%* | *-12%* | *43%* | *65%* | *199%* | *50%* |
| *Revenue* | *88%* | *9%* | *4%* | *100%* | *82%* | *10%* | *9%* | *100%* | *6%* | *-1%* | *-5%* | *0%* |
| *Std Margin* | *75%* | *20%* | *5%* | *100%* | *74%* | *18%* | *8%* | *100%* | *1%* | *2%* | *-3%* | *0%* |
| *R&D* | *73%* | *12%* | *15%* | *100%* | *73%* | *12%* | *15%* | *100%* | *0%* | *0%* | *0%* | *0%* |

Nortel Confidential

April 18, 2005

NNI_01382060
70



# 2005-2007 UMTS Sensitivity Analysis
# 3 Scenarios (Middle/Up/Down).
# Up = Current Strat. Plan view

| | 2005 | 2006 | | | 2007 | | |
|---|---|---|---|---|---|---|---|
| | **Base** | **Down** | **Middle** | **Strat** | **Down** | **Middle** | **Strat** |
| UMTS Revenue | 651 | 899 | 1 049 | 1 401 | 1 248 | 1 423 | 1 924 |
| - Cingular MS | | 0% | 5.5% | 11% | 0% | 5.5% | 11% |
| - China | | 5% | 7.5% | 15% | 5% | 7.5% | 15% |
| - Japan SBB/Other | | 0 | 0 | 80 | 0 | 0 | 180 |
| - Vodafone rev | | 250 | 300 | 371 | 300 | 350 | 428 |
| UMTS Market | 8800 | 12800 | 12800 | 12800 | 15600 | 15600 | 15600 |
| **UMTS MS** | **7.4%** | **7.0%** | **8.2%** | **10.9%** | **8.0%** | **9.1%** | **12.3%** |

Nortel Confidential

April 18, 2005

NNI_01382060
71

# 2005-2007 UMTS Sensitivity Analysis 3 Scenarios (Middle/Up/Down). P&L Summary

| in $M | 2005 Outlook | 2006 Down | 2006 Middle | 2006 Strat. | 2007 Down | 2007 Middle | 2007 Strat |
|---|---|---|---|---|---|---|---|
| Revenue | 606 | 899 | 1 049 | 1 401 | 1 248 | 1 423 | 1 924 |
| Standard Margin $ | 136 | 263 | 300 | 372 | 419 | 473 | 602 |
| % | 22.5% | 29.2% | 28.6% | 26.5% | 33.6% | 33.2% | 31.3% |
| OCNIS | 90 | 108 | 105 | 124 | 125 | 132 | 151 |
| | 14.8% | 12.0% | 10.0% | 8.9% | 10.0% | 9.3% | 7.8% |
| Gross Margin $ | 46 | 155 | 195 | 248 | 295 | 340 | 451 |
| % | 7.6% | 17.2% | 18.6% | 17.7% | 23.6% | 23.9% | 23.5% |
| SG&A $ | 102 | 99 | 105 | 119 | 112 | 121 | 144 |
| % | 16.8% | 11.0% | 10.0% | 8.5% | 9.0% | 8.5% | 7.5% |
| R&D $ | 311 | 263 | 263 | 280 | 255 | 255 | 280 |
| % | 51% | 29% | 25% | 20% | 20% | 18% | 15% |
| Other Inc/Expense | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| EBT | (376) | (217) | (183) | (161) | (82) | (45) | 18 |
| ROS | (62.1%) | (24.1%) | (17.4%) | (11.5%) | (6.6%) | (3.1%) | 0.9% |

Nortel Confidential
April 18, 2005



NNI_01382060
72



NNI_01382060
73

NNI_01382060
74



## GSM/UMTS Revenue Growth (1/2)
### Data ARPU Evolution 2000-2009 - Pyramid

Data as a % of Total ARPU*

— North America
— Western Europe
— Japan
— Korea

*Note1: SMS revenues are excluded in data ARPU

Note 2: Voice ARPUs in this period remain generally flat

**Significant Data ARPU growth expected in all Regions**

April 18, 2005

Nortel Confidential

Page 74

# GSM/UMTS Revenue Growth (2/2)
## Application Drivers for Growth

> **Messaging Services**
  - SMS revenue will remain strong but reduce in absolute and share terms as a % of ARPU
  - IM will cannibalise some SMS revenue
  - Pricing, usability, utility & penetration issues still hampering MMS take-off

> **E-mail**
  - Blackberry now with 70+ mobile carriers in 35 countries, sales reached 2m total in Q404
  - E-mail to provide 20% of data ARPU in 2008, 2/3 of this will be from consumer email

> **Video Services**
  - Videotelephony will take off at 15-20% UMTS penetration, but will have limited ARPU impact (<$1)
  - TV streaming popular as launch service but may be offered over alternate infrastructure in Long term
  - VideoMessaging and streaming to remain as marginal services
  - Pyramid predict Video Services to add $1.20 to blended ARPU

> **Content Delivery Services**
  - Music download predicted as major revenue and traffic impact
  - Opinion on music contribution to ARPU varies
  - Java downloads, ringtones and games to triple in value over the next 4 years

**Non-SMS Data ARPU in WE increases from €1.15 to €5.78 between 04 & 08**

Source: Pyramid

Nortel Confidential

NNI_01382060
75

NNI_01382060
76

# Top 15 GSM & UMTS Customers



| GSM & UMTS | 2004 | 2005 | 2006 | 2007 | | 2004 | 2005 | 2006 | 2007 | | 2004 | 2005 | 2006 | 2007 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Top accounts | Market Size ($M) | | | | Nortel G+U Revenue ($M) | | | | | Share of G&U Addr. CapEx | | | |
| | G+U Addr. CapEx ($M) | | | | | | | | | | | | | |
| Total Top 15 | 15 678 | 15 653 | 18 801 | 17 725 | | 1 991 | 2 465 | 2 524 | 2 553 | | 13% | 16% | 13% | 14% |
| World | 37 260 | 40 900 | 44 020 | 44 360 | | 2 636 | 3 220 | 3 438 | 3 907 | | 7% | 8% | 8% | 9% |
| Top 15 share of total | 42% | 38% | 43% | 40% | | 76% | 77% | 73% | 65% | | | | | |

## Top 15 represent 70%+ of total revenus

Nortel Confidential

April 18, 2005

# GSM/UMTS Strat Plan Summary - Extra



| GSM&UMTS Regions | MARKET SIZE ($M) | | | | NORTEL REVENUE ($M) | | | | NORTEL SHARE (%) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 |
| N. America | 4 490 | 5 100 | 5 700 | 6 100 | 1 103 | 915 | 889 | 973 | 24.6% | 17.9% | 15.6% | 16.0% |
| CALA | 2 610 | 2 850 | 2 850 | 2 900 | 170 | 200 | 200 | 270 | 6.5% | 7.0% | 7.0% | 9.3% |
| EMEA | 20 240 | 21 700 | 22 350 | 22 300 | 998 | 1 187 | 1 296 | 1 406 | 4.9% | 5.5% | 5.8% | 6.3% |
| G. China | 4 600 | 5 000 | 6 600 | 6 500 | 263 | 295 | 536 | 559 | 5.7% | 5.9% | 8.1% | 8.6% |
| Asia Pac | 5 320 | 6 250 | 6 520 | 6 560 | 103 | 553 | 626 | 910 | 1.9% | 8.8% | 9.6% | 13.9% |
| G&U Base | 37 260 | 40 900 | 44 020 | 44 360 | 2 636 | 3 150 | 3 547 | 4 120 | 7.1% | 7.7% | 8.1% | 9.3% |

**UMTS Extended Revenue**

| | MARKET SIZE ($M) | | | | NORTEL REVENUE ($M) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 |
| | 1500 | 2000 | 2414 | 2721 | | | | |
| Asia Pac | | | | | 0 | 110 | 422 | 490 |

| GSM&UMTS Regions | MARKET SIZE ($M) | | | | NORTEL REVENUE ($M) | | | | NORTEL SHARE (%) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 |
| N. America | 4 490 | 5 100 | 5 700 | 6 100 | 1 103 | 915 | 889 | 973 | 24.6% | 17.9% | 15.6% | 16.0% |
| CALA | 2 610 | 2 850 | 2 850 | 2 900 | 170 | 200 | 200 | 270 | 6.5% | 7.0% | 7.0% | 2.5% |
| EMEA | 20 240 | 21 700 | 22 350 | 10 949 | 998 | 1 187 | 1 296 | 1 406 | 4.9% | 5.5% | 5.8% | 39.1% |
| G. China | 4 600 | 5 000 | 6 600 | 7 351 | 263 | 295 | 536 | 559 | 5.7% | 5.9% | 8.1% | 7.6% |
| Asia Pac | 5 320 | 6 250 | 6 520 | 6 560 | 103 | 663 | 1 048 | 1 400 | 1.9% | 10.6% | 16.1% | 21.3% |
| G&U Ext. | 37 260 | 40 900 | 44 020 | 34 558 | 2 636 | 3 260 | 3 963 | 4 610 | 7.1% | 8.0% | 9.0% | 13.3% |

Nortel Confidential
April 18, 2005

NNL_01382060
77

NNI_01382060
78



NNI_01382060
79

# EMEA – UMTS Market Share Growth



| Operator | Opportunity | Strategy | Risk |
|---|---|---|---|
| Bouygues Telecom | Total: $200m<br><br>'06: $70m<br>'07: $130m<br><br>Target: 45%<br><br>'06: $40m<br>'07: $54m | 1.Focus on common 2G/3G portfolio to profit from 93% GSM footprint<br><br>2. Drive operator to launch with HSDPA in 900MHz | Currently not on 3G supplier list, requires re-entry strategy |
| TMO-UK | Total: $300m est.<br><br>'06: $120m<br>'07: $180m<br><br>Target: 25%<br><br>'06: $30m<br>'07: $45m | 1.Build on existing 20% GSM market share<br><br>2.Exploit savings through common BTS & OAM | Existing block at CEO level needs to be neutralised |

Nortel Confidential

April 18, 2005

NNI_01382060
80

# NA – UMTS Market Share Growth

| Operator | Opportunity | Strategy | Risk |
|---|---|---|---|
| Cingular | Total: $2.1bn<br>'06: $900m<br>'07: $1.2bn<br>Target: 20%<br>'06: $180m<br>'07: $240m | 1. Continue to deliver on voice core and migrate to 3G<br><br>2. Leverage Blue UMTS, improve performance, expand coverage<br><br>3. Demonstrate HSDPA leadership to create doubt with decision makers | Nortel currently excluded from 3G vendors, requires execution of re-entry plan or competitor failure |
| TMO-US | Total: $610m<br>'06: $146m<br>'07: $467m<br>Target: 33%<br>'06: $50m<br>'07: $150m | 1. Continue to deliver GSM success, focus on New York<br><br>2. Offer early trial of HSDPA<br><br>3. Focus on 2G/3G product synergies OAM and BTS18000 | Currently excluded from voice evolution, Lucent & E/// will compete strongly |

Nortel Confidential

April 18, 2005

Page 80

NNI_01382060

# Asia – UMTS Market Share Growth

| Operator | Opportunity | Strategy | Risk |
|---|---|---|---|
| Telstra | Total: $100m<br><br>'06: $50m<br>'07: $50bn<br><br>Target: 30%<br><br>'06: $15m<br>'07: $18m | 1. Leverage CDMA position to build converged network proposition<br><br>2. Build relationship with H3G to supply to joint network | Capex not guaranteed because of H3G sharing, Nortel excluded after first tender |
| Chungwha Telecom | Total: $108m<br><br>'06: $48m<br>'07: $60bn<br><br>Target: 30%<br><br>'06: $14m<br>'07: $18m | 1. Focus on cost savings achieved through common GSM/UMTS Platforms<br><br>2. Deliver current phases of GSM successfully | Requires operator to open to public tendering exercise again |

Nortel Confidential

April 18, 2005

NNI_01382060
82

# Recent Momentum

> Orange
  - Successful HSDPA demo with form factor devices at 3GSM
  - Awarded UMTS deal in southern Poland with Centretel at positive margin (same geography as current GSM deployment)
  - Recently awarded HSDPA pilot for a "ville Orange"



> Vodafone
  - Successful HSDPA demo with VF DE at CeBIT should gain significant mindshare – viewed as well in advance of Siemens
  - Important to mitigate other VF concerns

> Softbank (Japan)
  - Awarded main partner for market trial

> SK-T UMTS order
  - Working with LG to win 3 regions

> TSTT
  - EDGE, R4





Nortel Confidential
April 18, 2005

NNI_01382060
83

# 2003-2007 - Revenue & Margin by Region

## Revenues ($US M)

| ($US M) | 2003 Act. | 2004 Act. | 2005 March OL | 2006 Strat | 2007 Strat |
|---|---|---|---|---|---|
| **GSM** | | | | | |
| North America | 942 | 1 042 | 932 | 669 | 568 |
| CALA | 101 | 170 | 200 | 200 | 210 |
| EMEA | 517 | 670 | 702 | 611 | 540 |
| Greater China | 188 | 263 | 250 | 238 | 207 |
| Asia | 16 | 102 | 526 | 319 | 458 |
| GSM Global | 1 764 | 2 247 | 2 609 | 2 037 | 1 983 |
| **UMTS** | | | | | |
| North America | 34 | 59 | 3 | 200 | 367 |
| CALA | 0 | 0 | - | - | 60 |
| EMEA | 191 | 327 | 495 | 699 | 881 |
| Greater China | - | 1 | 75 | 302 | 355 |
| Asia | 0 | 0 | 33 | 200 | 261 |
| UMTS Global | 225 | 387 | 606 | 1 401 | 1 924 |
| **TOTAL GU** | | | | | |
| North America | 977 | 1 100 | 935 | 869 | 935 |
| CALA | 101 | 171 | 200 | 200 | 270 |
| EMEA | 708 | 996 | 1 197 | 1 310 | 1 421 |
| Greater China | 188 | 264 | 325 | 540 | 562 |
| Asia | 16 | 102 | 559 | 519 | 719 |
| GU Global | 1 989 | 2 634 | 3 215 | 3 438 | 3 907 |

## Std Margin (%)

| | 2003 Act | 2004 Act | 2005 March OL | 2006 Strat | 2007 Strat |
|---|---|---|---|---|---|
| **GSM** | | | | | |
| North America | 52.3% | 55.0% | 53.7% | 54.4% | 54.4% |
| CALA | 23.3% | 13.0% | 29.3% | 33.6% | 33.2% |
| EMEA | 37.5% | 42.7% | 39.9% | 38.2% | 36.9% |
| Greater China | 78.8% | 53.3% | 47.6% | 42.3% | 43.2% |
| Asia | -16.0% | -120.0% | -0.2% | 8.9% | 13.7% |
| GSM Global | 48.2% | 39.9% | 36.7% | 39.0% | 36.8% |
| **UMTS** | | | | | |
| North America | -21.7% | 24.7% | -27.3% | 28.8% | 32.0% |
| CALA | 68.1% | 78.4% | n/a | n/a | 10.0% |
| EMEA | 21.1% | 15.8% | 26.6% | 31.4% | 35.1% |
| Greater China | n/a | -786.0% | -8.0% | 15.0% | 25.0% |
| Asia | 205.2% | 42.1% | 35.4% | 24.5% | 31.0% |
| UMTS Global | 8.9% | 16.4% | 22.5% | 26.5% | 31.3% |
| **TOTAL GU** | | | | | |
| North America | 49.7% | 53.4% | 53.4% | 48.5% | 45.6% |
| CALA | 23.4% | 13.1% | 29.3% | 33.6% | 28.0% |
| EMEA | 33.1% | 33.9% | 34.4% | 34.6% | 35.7% |
| Greater China | 71.9% | 50.7% | 34.8% | 27.0% | 31.7% |
| Asia | -14.9% | -119.3% | 1.8% | 14.9% | 20.0% |
| GU Global | 43.8% | 36.3% | 34.0% | 33.9% | 34.1% |

## Revenues in %

| | 2003 Act | 2004 Act | 2005 March OL | 2006 Strat | 2007 Strat |
|---|---|---|---|---|---|
| **GSM** | | | | | |
| North America | 53% | 46% | 36% | 33% | 29% |
| CALA | 6% | 8% | 8% | 10% | 11% |
| EMEA | 29% | 30% | 27% | 30% | 27% |
| Greater China | 11% | 12% | 10% | 12% | 10% |
| Asia | 1% | 5% | 20% | 16% | 23% |
| GSM Global | 89% | 85% | 81% | 69% | 61% |
| **UMTS** | | | | | |
| North America | 15% | 15% | 1% | 14% | 19% |
| CALA | 0% | 0% | 0% | 0% | 3% |
| EMEA | 85% | 84% | 82% | 50% | 46% |
| Greater China | 0% | 0% | 12% | 22% | 18% |
| Asia | 0% | 0% | 5% | 14% | 14% |
| UMTS Global | 11% | 16% | 19% | 41% | 49% |
| **TOTAL GU** | | | | | |
| North America | 49% | 42% | 29% | 25% | 24% |
| CALA | 5% | 6% | 6% | 6% | 7% |
| EMEA | 36% | 38% | 37% | 38% | 36% |
| Greater China | 9% | 10% | 10% | 16% | 14% |
| Asia | 1% | 4% | 17% | 15% | 18% |
| GU Global | 100% | 100% | 100% | 100% | 100% |

Nortel Confidential

April 18, 2005



NNI_01382060



# DCA process

## What is DCA? :
- Checkpoints to control and manage the bid process
- Strategic RISK Assessment & Management
- Financials evaluation
- Corporate Governance enforcement

NNI_01382060