This is Exhibit "B" referred to in the Affidavit of PETER NEWCOMBE sworn April 11, 2014

_____
Commissioner for Taking Affidavits (or as may be)

Affirmed
Attested By / Sworn Before
Julian Kostick
Notary Public
1 Egerton Road N16 6UE
020 8952 8881

PETER NEWCOMBE
11/4/14

```
To:      Wolff, Doug (RICH1:3787)[WOLFFD@nortel.com]; Lowe, Richard
(RICH1:6891)[LOWERICH@nortel.com]; Newcombe, Peter (MOP:6599)[PETERN@nortel.com];
Debiesse, Jean-Louis (CTF:52EB)[JEAN-LOUIS.DEBIESSE@nortel.com]
Cc:      Rolston, Sharon (MOP:7950)[SROLSTON@nortel.com]; Edwards, Darryl
(MOP:6061)[DARRYLED@nortel.com]; Collins, Gerry (CTF:6176)[COLLINSG@nortel.com]; Savard,
Mark (RICH1:4430)[MSAVARD@nortel.com]; Laxdal, Glenn (RICH1:4430)[LAXDALG@nortel.com];
Hoekstra, Tara (RICH1:6888)[HOEKSTRA@nortel.com]
From:           Clement, Michel (CTF:0188)
Sent:           Fri 5/16/2008 5:48:01 AM
Importance:     Normal
Sensitivity:    None
Subject:        Re: LTE trial approval for Orange - Decission Required for '09 investment
Categories:     True
```

Thanks very much Doug for the support.
I agree with you that we need to optimize but also the opportunity to make success story for Nortel as FT still value highly our 3G techno from the words of JP Vanot the CIO-CTO.
Cordialement, Best regards
  Michel Clement, SEMEA


----- Message d'origine -----
De : Wolff, Doug (RICH1:3787)
À : Lowe, Richard (RICH1:6891); Newcombe, Peter (MOP:6599)
Cc : Clement, Michel (CTF:0188); Rolston, Sharon (MOP:7950); Edwards, Darryl (MOP:6061); Collins, Gerry (CTF:6176); Savard, Mark (RICH1:4430); Laxdal, Glenn (RICH1:4430); Hoekstra, Tara (RICH1:6888)
Envoyé : Fri May 16 01:10:30 2008
Objet : RE: LTE trial approval for Orange - Decission Required for '09 investment

Peter/Richard
Sorry for not responding earlier, I have been tied up in LSS class.
We support the Orange LTE trial offer with the understanding that the trial is classified as SGA (a demonstration trial) and that our team (Tara Hoekstra finance and Mark Savard LTE PLM/trials) goes through scrub of material and services expenses to optimize.


Doug Wolff
w 972 684-0371
m 214 636-5294

-----Original Message-----
From: Lowe, Richard (RICH1:6891)
Sent: Thursday, May 15, 2008 8:06 AM
To: Newcombe, Peter (MOP:6599); Wolff, Doug (RICH1:3787)
Cc: Clement, Michel (CTF:0188); Rolston, Sharon (MOP:7950); Edwards, Darryl (MOP:6061); Collins, Gerry (CTF:6176)
Subject: Re: LTE trial approval for Orange - Decission Required for '09 investment

Doug,
Pls respond to Peter.

R

Richard Lowe

Highly Confidential                EMEAPROD0518451

1

Carrier Networks
Office 972-684-5946
NA Cell 214-562-5946
Int'l Cell 214-578-3912

----- Original Message -----
From: Newcombe, Peter (MOP:6599)
To: Lowe, Richard (RICH1:6891); Wolff, Doug (RICH1:3787)
Cc: Clement, Michel (CTF:0188); Rolston, Sharon (MOP:7950); Edwards, Darryl (MOP:6061); Collins, Gerry (CTF:6176)
Sent: Thu May 15 08:01:41 2008
Subject: LTE trial approval for Orange - Decission Required for '09 investment

Richard/Doug,

As we discussed briefly during the review of Session 2 material we have now the estimated investment required for the LTE trial with Orange in 2009. At this stage I need your decission whether we go forward and submitt the offer to Orange on Friday, based on the estimated cost identified below of $4.7M.

(

If you choose not to approve the submission of the proposal at this stage, then as we discussed, our most probable win for an LTE trial network in late '09 will need to be removed from our LTE strategy (undermining our current plan).

I understand the significance of this ask at this time, but given the offers from ALU and Huw then if we are to particpate then we must make the decission now. Given that this is completely aligned with our current proposed strategy for LTE this has my recomendation for support.

thx

P


Peter Newcombe
Leader Carrier Networks, EMEA
Nortel
petern@nortel.com <mailto:dquane@nortel.com> Telephone +44 162843 2280 / ESN 560 2280
Mobile      +44 7740 533 187 / ESN 748 3187


The information contained herein is the property of Nortel and is strictly confidential.  Except as expressly authorized in writing by Nortel, the holder shall keep all information contained herein confidential, shall disclose it only to its employees with a need to know, and shall protect it, in whole or in part, from disclosure and dissemination to third parties with the same degree of care it uses to protect its own Confidential Information, but with no less than reasonable care.  Except as expressly authorized in writing by Nortel, the holder is granted no rights to use the information contained herein.

_____

From: Clement, Michel (CTF:0188)
Sent: 15 May 2008 13:03
To: Edwards, Darryl (MOP:6061); Rolston, Sharon (MOP:7950); Newcombe, Peter (MOP:6599)