This is Exhibit "C" referred to in the Affidavit of PETER NEWCOMBE sworn April 11, 2014

_Commissioner for Taking Affidavits (or as may be)_

Attested By / Sworn Before

Affirmed

Julian Kostick
Notary Public
1 Egerton Road N16 6UE
020 8952 8881

PETER NEWCOMBE
11/4/14

NNI_SNOW_00033567



**NØRTEL**                    CONFIDENTIAL - UNDER NDA                    **2**

## DISCLAIMER

- The information contained in this document is confidential and proprietary to Nortel Networks Corporation ("Nortel") and is governed by the terms of the previously executed Confidentiality Agreement

- This document has been prepared for the purpose of providing interested parties with general information regarding the operations and business of Nortel's Metro Ethernet Networks ("MEN") business

- By accepting this information, the recipient agrees to use, and will cause anyone under the Confidentiality Agreement to which it is authorized to disclose to use, this information only to assist them in their evaluation of MEN, and for no other purpose, and will not disclose this information to any other party

- Copies of this document are not to be made, or further distributed or forwarded, without the permission of Nortel

- Nortel and its representatives make no representation or warranty, express or implied, as to the accuracy or completeness of this information or any other written material or oral communication made available or transmitted to the recipient and disclaim any liability to the recipient relating to, or resulting from, the use of this information or such material or communication

- Nothing contained in this document is, or shall be relied upon as a promise or representation as to the past, current or future performance of MEN. Estimates, projections and other forward-looking information for MEN involve significant subjective judgments and analysis and are subject to various risks and uncertainties, and accordingly, no representation is made as to their attainability, completeness or accuracy

- In furnishing this document, Nortel undertakes no obligation to provide the recipient with access to any additional information or updates of the information contained herein

- All communications, inquiries, and requests for additional information should be directed to Michael Murray, Lazard Freres: email michael.murray@lazard.com, phone (617) 342-8010, David Descoteaux, Lazard Freres : email david.descoteaux@lazard.com, phone (212) 632-6657 . The management, employees, suppliers or customers of Nortel are not to be contacted.

2    NNI_SNOW_00033567

## AGENDA

- **OPENING REMARKS**
- MARKET LANDSCAPE AND PORTFOLIO
- GO TO MARKET
- R&D
- OPERATIONS
- PEOPLE
- FINANCIALS
- CARVE OUT OVERVIEW
- CONCLUDING REMARKS



3    NNI_SNOW_00033567

NNI_SNOW_00033567

**NORTEL**    CONFIDENTIAL – UNDER NDA

## MANAGEMENT TEAM

**Philippe Morin**
President

### Product Development & Operations



| R & D | PLM | Eng. Services | Supply Chain | Cust. Service |
|-------|-----|---------------|--------------|---------------|
| Dino DiPerna | Scott McFeely | David Elkaim | Shauna Gamble | Neal St Jacques |

### Sales



| Americas | EMEA | Asia |
|----------|------|------|
| Alvio Barrios | Peter Newcombe | Anthony McLachlan |

### Support Functions




| Finance | IT | Legal | HR |
|---------|-----|-------|-----|
| Carole Nadeau | TBD | Paul Knudsen | Trudy Wagner |

CONFIDENTIAL – UNDER NDA

N⌀RTEL

5

# MEN STRUCTURAL OVERVIEW

MEN

| Optical | Carrier Ethernet | Carrier Data | Ethernet Fiber Access |

Related Services

**Stalking Horse is Optical + Carrier Ethernet**

NNI_SNOW_00033567

5

NNI_SNOW_00033567

**NORTEL**    **CONFIDENTIAL – UNDER NDA**    6

# MEN – A COMPELLING VALUE CREATION STORY

PROVEN INNOVATION

LEADING EDGE TECHNOLOGY

MISSION CRITICAL BRAND RECOGNITION

ENVIABLE CUSTOMER BASE

MEN OPPORTUNITY

PRESENCE AND CHANNEL

MANAGEMENT TEAM AND EMPLOYEES

An exciting opportunity for investment

6

NORTEL    CONFIDENTIAL – UNDER NDA    7

## AGENDA

- OPENING REMARKS
- **MARKET LANDSCAPE AND PORTFOLIO**
- GO TO MARKET
- R&D
- OPERATIONS
- PEOPLE
- FINANCIALS
- CARVE OUT OVERVIEW
- CONCLUDING REMARKS

NNI_SNOW_00033567

7

NØRTEL    CONFIDENTIAL - UNDER NDA    8

# MARKET & TECHNOLOGY TRENDS

## Key trends are driving customer requirements for increased bandwidth

### 73%
**RESIDENTIAL**

62% VoD
Tier 1 office
747 GB 2010

**Bandwidth**

- VoD/Unicast
- VoIP & MM
- HSD
- Broadcast Video

Source: Nortel analysis
IPTV ILEC/PTT 2013

### 4%
**MOBILE BACKHAUL**

New Connection
Global Mobile
Traffic
Mbps in Millions

'05 '06 '07 '08 '09 '10 '11

- PON          - DSL
- Microwave    - SONET
- Ethernet     - PDH

Source: Infonetics, Mobile
Backhaul Equipment, Installed
Base, and Services, Oct. 2008

### 23%
**BUSINESS SERVICES**

Worldwide Ethernet
and IP MPLS VPN
Services Revenue
($Billions)

- IP MPLS VPN service:
- Ethernet services
- IP MPLS VPN growth:
- Ethernet growth

Source: Infonetics Research, Ethernet
and IP MPLS VPN Services Market Size
and Forecasts, June 2009

### % Bandwidth by Network in 2013
**LINK CAPACITIES**

Gbps Routes
in Millions
(represents new ports
shipped)

- 100G
- 40G
- 10G
- <10G

Source: Infonetics, 2Q'08 Optical
Network Hardware Market Share and
Forecasts, August 2009

NNI_SNOW_00033567

**N⚹RTEL**

**CONFIDENTIAL – UNDER NDA**

9

## MARKET OPPORTUNITY

| REQUIREMENTS | GLOBAL ADDRESSABLE MARKET[1] | HIGH GROWTH OPPORTUNITIES |
|---|---|---|

- Simple evolution of 10G to 40G to 100G
- Packet centric transport (L0-L2)
- Migration to Ethernet Backhaul
- High speed data center interconnect
- True broadband access (scale & speed)

2008
$15B

2011
$16B

$6.3B
$3.1B
$2.8B
$2.2B
$1B

$5.8B
$3.7B
$2.9B
$2.8B
$1B

- MSPP
- Metro WDM
- LH DWDM
- Carrier Ethernet
- Optical Switch

- 40G/100G
- Metro / LH WDM

[1] External and Nortel Internal Analysis

**Building the long term foundation by investing in high growth segments**

9

NNI_SNOW_00033567

**NORTEL**    CONFIDENTIAL – UNDER NDA    10

## MISSION STATEMENT AND VALUE PROPOSITION

### Provider of Choice for Metro and Long Haul Transport Infrastructure

| PROVEN PEDIGREE | SUSTAINABILITY | INNOVATION ENGINE |
|---|---|---|

**Underpinning Technology**
- 1st to market: 2.5G, 10G, 40G and 100G

**Reliability - Six 9s**
- The industry benchmark

**Tier 1 Installed Base**
- AT&T          Verizon
- Comcast     NTT
- Telmex       Telus
- Telefonica   BCE

**Competitive Advantage**
- "40G wedge" (Coherent modem technology)
- Installed base and customer relationships
- World leader in High-speed electro-optics: resources, IP, experience

**People**
- Industry leaders in innovation
- Ottawa Center of Excellence
  - High Speed Design
  - FPGA / ASICs
  - Photonics
  - Link Engineering / DSP
- Respected Management team

### Strong fundamentals for continued leadership

10

NNI_SNOW_00033567

**NORTEL**    **CONFIDENTIAL - UNDER NDA**    11

## 40G MOMENTUM

- 50+ Customer wins to date (1/3 new footprint)
  - Verizon Business, Bell, Telus, Virgin Media, Mediacom, Lightower, TDC, Southern Cross, SK Broadband
- #1 in 40G Shipments for 3 of the 4 most recent quarters, with 32% rolling 4Q share (Dell'Oro Group, August 2009)
  - Available only as of May 2008
  - Passed 1500th 40G wavelength shipped milestone in June'09
- Industry moving to same technology for 100G
- Key accomplishments in 2009
  - Demonstrated colorless OADM capability at OFC/NFOEC
  - Achieved world record distances in 100G transmission (2,000km)
  - Achieved world record distances in 40G transmission for both terrestrial (3300km) and submarine (12,000km) applications











NNI_SNOW_00033567

NORTEL    CONFIDENTIAL – UNDER NDA    12

## THE 40G WEDGE IN 2010

$12B

$2.0B

$4.7B 2.5G and 10G LH and METRO WDM

| | | | | | |
|---|---|---|---|---|---|
| POTS | 10G PULL | 40G METRO | SUB | 10G PULL | 40G LH |
| $800M | $230M | $50M | $200M | $100M | $600M |

edge

$5.5B OCS and MSPP (excluding 40G POTS)

[1] Based on External Data and Nortel Internal Analysis

**The 40G / 100G wedge attracts a 30% share of the $2.0B opportunity**

12

NNI_SNOW_00033567



40G Wedge at play in a tier 1 customer

NNI_SNOW_00033567

## 40G EXAMPLE DEPLOYMENT - CURRENTLY ONGOING

CONFIDENTIAL - UNDER NDA

NORTEL

### Terrestrial and Submarine Application

- 40G over regional sub-sea spans (2000km, 3300km)
- 10G over long sub-sea spans (4700km, 6200km)
- Multiple 40G wavelengths per fiber
- >100 OME 6500/CPL nodes
- >100 40G Interfaces
- Contract Value: $30M ($18M submarine)

NNI_SNOW_00033567

NORTEL    CONFIDENTIAL – UNDER NDA    15

# PREMIER CUSTOMER OPPORTUNITIES - OPTICAL

| CUSTOMER | 2008 | | | 2009 | | | 2010 | | | 09/10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | METRO | LONG HAUL | REV | METRO | LONG HAUL | REV | METRO | LONG HAUL | REV | % GROWTH |
| | 🟢 | 🔴 | $99M | 🟢 | 🟢 | $110M | 🟢 | 🟢 | $160M | 45% |
| | 🟢 | 🟢 | $154M | 🟡 | 🟢 | $125M | 🟡 | 🟢 | $130M | 4% |
| | 🟢 | 🟢 | $123M | 🟢 | 🟢 | $90M | 🟢 | 🟢 | $100M | 11% |
| | 🟢 | 🟢 | $62M | 🟢 | 🟢 | $51M | 🟢 | 🟢 | $50M | 0% |
| | 🟢 | 🟢 | $45M | 🟢 | 🟢 | $50M | 🟢 | 🟢 | $55M | 10% |
| | 🟡 | 🔴 | $21M | 🟢 | 🟡 | $26M | 🟢 | 🟢 | $40M | 54% |
| | 🟡 | 🟢 | $65M | 🟡 | 🟢 | $52M | 🟡 | 🟢 | $55M | 6% |
| | 🔴 | 🔴 | $0M | 🔴 | 🟡 | $5M | 🟡 | 🟢 | $15M | 200% |
| | | | $569M | | | $509M | | | $605M | 19% |

15

NNI_SNOW_00033567

**NORTEL**    CONFIDENTIAL – UNDER NDA    16

## COMPETITIVE LANDSCAPE

### 40G FIRST GENERATION

Competition

STRATALIGHT    MintERA

**Competitive Dynamics**
- Milking existing footprint
- Improving performance
- Investing in 100G

**How We Win**
- Economics / Performance
- Service Richness
- Power / Space Savings

### 40G / 100G INTERCEPT

Competition

Alcatel-Lucent

Nokia Siemens Networks

FUJITSU

ERICSSON
TAKING YOU FORWARD

HUAWEI

ciena

**Competitive Dynamics**
- Dropping 10G pricing
- Investing in 100G

**How We Win**
- Offer 10G / 40G / 100G
- Time to market
- Cost reducing 40G

### ALTERNATIVE OFFERS

Competition

CISCO

Juniper
NETWORKS

**Competitive Dynamics**
- 40G / 100G on router
- Compete on performance

**How We Win**
- Not all traffic on router
- OTN / Photonic intelligence

16

NNI_SNOW_00033567



NN‖RTEL    CONFIDENTIAL – UNDER NDA    18

# PRODUCT SUMMARY – NEXT GENERATION OPTICAL



OME 6100



CPL



OM 5000



OME 6500

| Convergence Platform | Service Rich Metro WDM Solutions | Adaptive all Optical Intelligent Networking | Optical-Ethernet-TDM over SONET/SDH |
|---|---|---|---|
| 10G/40G/100G Transport:<br>• 40G interconnect<br>• 10G alignment<br>Metro / LH WDM:<br>• Integrated ROADM<br>• Electronic DC/PMDC<br>Aggregation / MSPP:<br>• PDH Service Support<br>• Bonded T1/T3<br>Packet Switching:<br>• VLAN business services<br>• Triple-play delivery<br>DXC:<br>• Next Gen DXC | Rich Protocol Support:<br>• FE/GbE/10GbE<br>• ESCON/FICON<br>• Fibre Channel<br>• FDDI<br>• SONET/SDH<br>• ETR/CLO<br>• ISC/ISC3<br>• ATM<br>• D1 Video/DV6000<br>IBM/EMC Certification<br>Metro/Regional WDM:<br>• Low cost photonics<br>Interworking with OME 6500 platform | Simplicity:<br>• Automatic • activation<br>• Adaptive control<br>• Automatic Topology<br>• Remote configurability<br>• Fault detection<br>• Fault isolation<br>Commonality:<br>• Metro, Regional, ULH<br>• Reach and capacity in one platform<br>• Service independent<br>• Foreign • support | • 155M → 2.5G MSPP<br>Edge & Aggregation<br>Multi-Service:<br>• DS1/DS3, E1/E3, FE, GE, STM-n, OC-n<br>• L1 & L2 MEF based Ethernet services<br>• Wireless Backhaul<br>• Business Services<br>• Private Networks<br>• Infrastructure Apps |

NNI_SNOW_00033567

**NORTEL**

**CONFIDENTIAL – UNDER NDA**

19

# PRODUCT SUMMARY – LEGACY OPTICAL

| OM3K | OM4K | LH1600 | DX |
|---|---|---|---|
|  |  |  |  |

| Sonet/SDH Platform | STM-4/16 SDH Access Multiplexer | Open Multi-Service Optical Platform | Flexible, intelligent, MS platform |
|---|---|---|---|
| Scalable<br>• OC-3, OC-12, OC-48, OC-192<br>• Distance extension for FC/FICON (1000 Kms)<br>Flexible<br>• Multi-service: DS1, DS3, EC-1, OC-3, OC-12, OC-48, OC-192, 10/100 Base-T, 100 Base-FX and 1000 Base-SX/LX, FC/FICON)<br>• DWDM capability (OC-48 and OC-192)<br>Environmentally hardened<br>Fully non-blocking VT1.5 switch (10 Gbps) across the entire B/W | Flexible network configs.<br>• Terminal multiplexer<br>• Add/Drop multiplexer<br>• Small cross-connect<br>• Hub Multiplexer<br>• Regenerator<br>• Universal service slots<br>Standards based Ethernet Services and Transport<br>In-service upgrade from STM-4 to SMT-16<br>Fully non-blocking cross-connects for low and high-order traffic | Designed to scale to 800 Gbps<br>Guarantees uncompromised reliability and performance of mission-critical video, data and voice transport services<br>Carrier grade reliability with 99.999% availability Ability to aggregate multiple independent low-speed channels to 10 Gbps per wavelength<br>Enables the add/drop of local traffic without terminating express optical channels | Service delivery through Gigabit Ethernet support<br>Support up to 256 OC3/STM1 channels<br>Offers dual OC-48/STM16 short, intermediate & long reach interfaces<br>Provides extensive UPSR/SNCP and BLSR/MS-Spring support<br>40 msec protection<br>Allows mix of Sonet & SDH traffic on the same network element<br>In-service hardware upgrades from low-density to high density interfaces |

# PRODUCT SUMMARY - CARRIER ETHERNET

MERS 8600

## PORTFOLIO HIGHLIGHTS

- Scalability from 120G→480G
- Carrier Grade, 5 9's architecture
- MEF Complaint L2 VPN services
- Advanced QoS
- Complete IEEE Provider Bridging
- Industry Leading Ethernet OA&M
- Advanced 50 ms protected Rings
- Support >6M Mac address subs
- Support >8K PBT trunks,
- Support >56K EVPNs
- Enhanced Residential Features
- MPLS Interworking: MS-PWE, VPLS
- IP VPNs: VRF, VRF-Line, RFC 2547

Wireless  PON  Fiber  TDM  DWDM
                    Sonet

- Ethernet Over Anything
- Deterministic & Scalable
- OPEX as effective as SONET
- Any Service Support



ESU - Access

## Building scalable deterministic Ethernet networks

NØRTEL

21

# INTELLIGENT PACKET OPTICAL CONTROL CAPABILITIES





Packet

TDM

OTN

DWDM

10G/40G/100G

Ethernet/MPLS Services

SONET/SDH Services

OTN Services

Wavelength Services

⋏ A-Z Service Provisioning

⋏ Network & Service Visualization

⋏ 1+1 Dedicated Service Protection

⋏ 1:N Service Restoration

⋏ Redial Service Restoration

⋏ Service Fault Isolation

⋏ OSS & Operations Integration

⋏ UNI, I-NNI, E-NNI

## Consistent management and control across all transport services

NNI_SNOW_00033567

21

NNI_SNOW_00033567

**NORTEL**     CONFIDENTIAL – UNDER NDA     22

## MEN SERVICES PORTFOLIO

- We collaborate with our customers to maximize their technology investments

- Our services help customers make money by implementing and integrating our data and optical network components into powerful business solutions

- We save customers money by maintaining and supporting the operation of their network

- The result is the acceleration of the return on our customer's financial, technology, and human capital investments

### Network Implementation Services

*Ensuring optimal network design, deployment, capacity and performance*



### Network Support Services

*Minimizing the risk of operating your network with simple, flexible and reliable support plans*

### Network Managed Services

*Providing multi-vendor, multi-technology network management solutions*

22

NNI_SNOW_00033567

**NORTEL**    **CONFIDENTIAL - UNDER NDA**    23

# SERVICES GEOGRAPHIC DISTRIBUTION

**2008 REVENUE**



|  | 2006 | 2007 | 2008 |
|---|---|---|---|
| REVENUE | $238 | $253 | $228 |
| Std Margin % | 45% | 43% | 45% |

- Solid product attached business
- High value, high margin services portfolio
- Trusted business partner with global reach in 65+ Countries
- Servicing an installed base of over 430,000 network elements

**Significant contributor to MEN profitability**

NETWORK IMPLEMENTATION SERVICES

CONFIDENTIAL - UNDER NDA

| | 2006 | 2007 | 2008 |
|---|---|---|---|
| REVENUE | $57 | $58 | $62 |
| Std Margin % | 11% | 10% | 11% |

2008 REVENUE DISTRIBUTION

EMEA REV: 34%

AMERICAS REV: 55%

ASIA PAC REV: 11%

**PORTFOLIO**

- Design and Deploy
- Integrate and Optimize
- OSS Services

**CUSTOMER VALUE**

- End to end solution - reduces risk
- Time to market & service readiness
- Optimized design / maximize performance
- Minimum impact on internal resources

**NORTEL**

## CONFIDENTIAL - UNDER NDA

25

# NETWORK SUPPPORT SERVICES

|  | 2006 | 2007 | 2008 |
|---|---|---|---|
| REVENUE | $171 | $187 | $159 |
| Std Margin % | 58% | 55% | 59% |

## 2008 REVENUE, NEs UNDER SUPPORT SERVICES CONTRACT

ASIA PAC
REV: 13%
NEs: 82,000

NA
REV: 45%
NEs: 230,000

EMEA
REV: 38%
NEs: 99,000

CALA
REV: 4%
NEs: 19,000

### 75% OF DEPLOYED ELEMENTS ARE UNDER SERVICES SUPPORT CONTRACTS

### RENEWAL RATES

Support Services Renewal Rates:
Tier 1 customers:  90%
Tier 2 customers:  80%
Tier 3 customers:  72%
Weighted Average Renewal – 80%

### PORTFOLIO

- Technical Support
- Software Services
- Spares Management
- Repair Services
- Onsite Services

### CUSTOMER VALUE

- Immediate access to product expertise
- Timely problem resolution
- Lower CAPEX required
- Reduced ongoing OPEX
- Maintain current functionality

NNI_SNOW_00033567

**NORTEL**          **CONFIDENTIAL – UNDER NDA**          26

# AGENDA

- OPENING REMARKS
- MARKET LANDSCAPE AND PORTFOLIO
- **GO TO MARKET**
- R&D
- OPERATIONS
- PEOPLE
- FINANCIALS
- CARVE OUT OVERVIEW
- CONCLUDING REMARKS

26

NNI_SNOW_00033567

NNI_SNOW_00033567

**NØRTEL**    **CONFIDENTIAL – UNDER NDA**    27

## GLOBAL PRESENCE



- Global reach with over 1,000 customers in 65 plus countries

- Install base of over 430,000 network elements

- 31%[1] of all Metro WDM signals travel over MEN equipment

- 1st to introduce metro WDM, now with 46,000 nodes to >400 customers globally

- Deployed in over 20 of the largest service providers globally including AT&T, NTT, British Telecom, Deutsche Telekom, Liberty Global, Bell.

- Deployed in over 10 of the largest cable and MSO

- Used to secure critical financial information in banks and stock exchanges around the world, in cities such as New York, Mumbai, Shanghai, and Sydney.

- Powering the world's largest research networks

[1] Dell'Oro July 2009

**Powering mission critical applications**

NNI_SNOW_00033567

**NØRTEL**　　CONFIDENTIAL – UNDER NDA　　28

# MEN GO TO MARKET OVERVIEW

REVENUE BY REGION[1]

| AMERICAS | EMEA | ASIA |
|---|---|---|
| 55% | 30% | 15% |

- Go to market is organized by region
  - AMERICAS (NA & CALA), EMEA and Asia
- Direct sales > 90% of MEN Revenue
  - Dedicated sales team for major carrier accounts
  - Carrier managed services driven through enterprise / carrier sales teams
  - Regional teams for smaller customers
  - Major corporate accounts also have a dedicated sales team
- Indirect sales < 10% of MEN Revenue
  - Carrier Resale
  - Resellers
  - Partners
- Dedicated Enterprise account team to drive channel and global Enterprise customer relationships

[1] Based on 2008 actual revenue MEN preliminary carve out

28

NNI_SNOW_00033567



NNI_SNOW_00033567



NNI_SNOW_00033567

**NORTEL**    **CONFIDENTIAL – UNDER NDA**    31

## AGENDA

- OPENING REMARKS
- MARKET LANDSCAPE AND PORTFOLIO
- GO TO MARKET
- **R&D**
- OPERATIONS
- PEOPLE
- FINANCIALS
- CARVE OUT OVERVIEW
- CONCLUDING REMARKS

NNI_SNOW_00033567



CONFIDENTIAL – UNDER NDA

# MEN – A HISTORY OF INNOVATION AND LEADERSHIP

····· OPTICAL  ■ CARRIER DATA AND ETHERNET

NNI_SNOW_00033567

**NORTEL**    CONFIDENTIAL – UNDER NDA    33

# DWDM LINE SIMPLIFICATION

- Nortel 40Gbps Solution eliminates DSCM + PMD Compensators + Associated amplification, reducing cost by up to 60% and latency by 20%
- Nortel 40Gbps can operate over "Black Links" to reduce regen/PMD compensation



33

NNI_SNOW_00033567

**NORTEL**    **CONFIDENTIAL – UNDER NDA**    34

## MEN ADVANCED OPTICAL MODEMS

### ADVANCED MODULATION SCHEMES

QAM/QPSK

Q(0,0) I (1,1)

(0,1) (1,0)

Multi-Level, Phase, Polarization Modulation
Coherent Rx - Phase & Amplitude recovery

### HIGH PERFORMANCE DAC / ADC

DAC          ADC

High Speed, Resolution & Linearity
Ultra Low Power (CMOS)

### HIGH CODING GAIN TURBO FEC

Coding Gain (dB)

soft dec.
hard dec.
Wraptor hard dec
RS-8 (OTN standard)

Shannon bounds
100GigE    3 x ODU3+

candidate
soft dec. codes

Overhead

Flexible payload rate and FEC overhead
Target 10-12 dBs of Coding Gain

### CUSTOM HIGH PERFORMANCE DSP

Carrier Phase & Polarization Recovery
Chromatic Dispersion & PMD Compensation

## Makes 10G /40G / 100G DWDM / ROADM plug and play



OME 6500: 40 GB/S OPTICAL MODEM

CONFIDENTIAL – UNDER NDA

NNI_SNOW_00033567

NNI_SNOW_00033667

**NORTEL**    CONFIDENTIAL – UNDER NDA    36

# THE INNOVATION ENGINE

Patents to be Assigned: ~ 1200
Patents to be Licensed: > 1800

## EMPLOYEE PATENT DISTRIBUTION

1    2    3-4    5-9    10-14    15-29    30+

Half of all active Nortel fellows are in MEN

## PATENTS USED BY MEN

## INNOVATION OVER TIME

'04    '05    '06    '07    '08

"Wellbrock says Verizon ran the Nortel gear 100 Gbit/s test in Longview, Texas using fiber that had the highest Polarization Mode Dispersion (PMD) fiber the carrier could find."

"The fiber we found was not even being used for 10G, and we ran 100G on top of it, Wellbrock says."

## The Innovation engine is alive and well

36

NNL_SNOW_00033567

**NORTEL**  **CONFIDENTIAL – UNDER NDA**  37

# R&D TEAM HIGHLIGHTS

## Experienced, innovative R&D team

- Fiber propagation and device physics
- Advanced signal processing & modeling
- High speed digital/analog/mixed signal PCB/ASIC/FPGA
- Extensive software expertise (real-time, control & data plane, network management)

## Recognized Industry leaders

- Foundational conference presentations
- ~100 publications since 2005

## Invented and led standardization of

- Synchronous Optical Network (SONET)
- Bidirectional Line Switched Rings (BLSR)
- Automatically Switched Optical Network (ASON)
- Generic Framing Protocol (GFP)/Virtual Concatenation (VCAT)/Link Capacity Adjustment Scheme (LCAS)
- Provider Backbone Bridge/Transport & Link State Bridging(PBB/PBT/PLSB)
- Dual-Polarization QPSK modulation scheme for 100Gb/s

**SKILLS DISTRIBUTION**



- Software
- Photonics
- Verification
- Hardware
- Support
- Systems

**STANDARDS**

~500 contributions (2006-08)
ITU: 4 key positions
ANSI: lead contributor
IEEE: Editor (802.1aq PLSB)



NNL_SNOW_00033567

**NORTEL**  CONFIDENTIAL - UNDER NDA  39

# THE DEVELOPMENT ENGINE

## PROCESS | DELIVERY



Design & Test CP 505.32 | Delivery & Retirement CP 505.33

Nortel Corporate Policies

Product Life Cycle Management Procedures

Management Processes: Project Planning | Project Management | Risk/Churn Management | New Product Introduction | Development "Partner" Management | Product Defect Management | Process Management

Core Technical Processes: System & Feature Requirements | Design Estimation | Software Development | Product Defect Management | Hardware Development | Verification: Feature, Product, etc. | Document & Record Control

**Comprehensive Life Cycle and Development Processes**
**TL 9000 Registrations: 2000, 2002, 2007**
**CMMI-3: Target 2009**

### SCHEDULE ADHERANCE

| SCHEDULE ADHERANCE | 2007 | 2008 |
| --- | --- | --- |
| No. of releases/year | 24 | 27 |
| Avg. schedule deviation to commit at launch (weeks) | 3.7 | 4.3 |
| Avg. schedule deviation to commit at launch w/o OEMs (weeks) | 3.8 | (2.5) |

| FIELD PERFORMANCE | Optical | Carrier Data | Carrier Ethernet |
| --- | --- | --- | --- |
| NE Types | 22 | 5 | 2 |
| - NEs deployed | 380,000 | 52,000 | 36,000 |
| Overall Outage downtime (min/NE/year) | 0.32 | 0.55 | 1.6 |
| TL-9000 total outage downtime objective | 1.0 | 1.5 | 40.0 |

**Best delivery record in Nortel - Outstanding field performance**

NNI_SNOW_00033567

NØRTEL    **CONFIDENTIAL - UNDER NDA**    40

## AGENDA

- OPENING REMARKS
- MARKET LANDSCAPE AND PORTFOLIO
- GO TO MARKET
- R&D
- **OPERATIONS**
- PEOPLE
- FINANCIALS
- CARVE OUT OVERVIEW
- CONCLUDING REMARKS

40

NORTEL    CONFIDENTIAL - UNDER NDA    41

# GLOBAL OPERATIONS[1]

## Supply Chain
## 390 Employees

- Procurement
- Sourcing Council
- EMS Governance
- Contract Negotiations
- Procurement processes
- Component Engineering
- Order Management
- Order Fulfillment
- Materials Management
- Mfg and Test Engineering
- Manufacturing
- Logistics, Trade and Compliance
- EMS and Mfg Support
- Hardware Quality and Reliability
- Cost Management
- Supply Chain Project Management
- Systems Integration and Fulfillment

## Service Delivery
## 460 Employees

- Customer Service Leadership
- Customer Facing Technical Support
- Software upgrades
- Global Product Support
- Emergency Recovery
- Product Deployment (Account teams)
  - Engineering and Installation
  - Logistics
  - Project Management
- Knowledge Services

Headcount based on MEN preliminary carve out excluding JVs

**Global Operations has worldwide reach to procure, supply and service**

NNI_SNOW_00033567

41

NNI_SNOW_00033567

**NORTEL**    **CONFIDENTIAL - UNDER NDA**    42

## SUPPLY CHAIN MODEL



- Low cost component of supply chain represents > 75% of overall cost
- Time to market advantage gained by collocating new product introduction and CMs
- System integration model that provides final customer touch point for CSAT assurance

NT SIF and Distribution
Contract Manufacturer (CM)
OEM / ODM

42

# KEY SUPPLY CHAIN RELATIONSHIPS - OPTICAL



| Partner | Relationship | Sites | Products | % Spend[1] |
|---------|-------------|-------|----------|-----------|

[1] Estimate based on 12 month forward view from Q1 2009

NØRTEL

NNI_SNOW_00033567

43