

NNI_SNOW_00033567

# SUPPLY CHAIN - OPERATIONAL HIGHLIGHTS

## QUALITY AND RELIABILITY



|          | Availability | Early Return Rate |
|----------|--------------|-------------------|
| Optical  | 99.9999%     | 0.53%             |
| OME 6500 | 99.9997%     | 0.65%             |
| OME 6100 | 99.9998%     | 0.23%             |
| CPL      | 99.9997%     | 0.82%             |
| OM 5000  | 99.9999%     | 0.42%             |

## PRODUCTIVITY

- Supply Chain evolved to Low Cost Country
- Structured approach to Product Cost Reduction
- Experienced and dedicated team
- Industry Standard Techniques
- World class Operations productivity programs

## SUPPLY CHAIN EVOLUTION

|          | Standard Lead Time |
|----------|--------------------|
| OME 6500 | 3-4 weeks          |
| 40G      | 4 weeks            |
| OME 6100 | 4 weeks            |
| CPL      | 4 weeks            |
| OM 5000  | 3 weeks            |

## SYSTEM INTEGRATION AND FULFILLMENT




## SERVICE DELIVERY

- Customer Focused, Service Oriented
- Global Scale – Regionally Aligned
- Direct MEN management of all key customer touch points
- Proven track record of execution and delivery
- Scalable / Flexible

| Customer Relationship Management | Network Implementation Service Delivery | Customer and Product Technical Support | Repair and Sparing Management | Knowledge Services |
|---|---|---|---|---|
| Escalation Service & Support | Project Delivery and Implementation Integration Network Optimization | Tier 1 & 2 Global Product Support 24x7 ER | Return/Replace Next Day Same Day On-site | Classroom On-site Train the Trainer |

NNI_SNOW_00033567

**N⊘RTEL**    **CONFIDENTIAL – UNDER NDA**    47

# CUSTOMER RELATIONSHIP MANAGEMENT

- 50 customer service touch points
- End-to-End operational leadership allows sales to spend their time selling
- Aligns operational readiness with the account strategy
- Processes and metrics drive problem resolution and customer satisfaction

**Strategic Account Planning**

**Customer Relationship Management**

**Performance Management**

**Operational Touch Point – Single Point of Escalation**

**Corrective Action and Continuous Improvement**

**CSL – Customer Service Leader**    **CSAM – Customer Service Account Manager**

47

CONFIDENTIAL - UNDER NDA

N✪RTEL

48

# NETWORK IMPLEMENTATION SERVICE DELIVERY

- 250+ deployment experts supported by a network of trusted partners
- Product Expert functions retained by MEN (eg. Network Engineering)
- End to end project management utilizing PMP certified project managers
- Global, scalable, low cost deployment model acts as a strategic differentiator



**Deployment Experts:**
Americas 100+
EMEA 100+
ASIA 50+

Plan  Engineer  Deploy  Install  Test  Integrate  Accept

**End to End project management**

# TECHNICAL SUPPORT MODEL

- Organized in a multi-tier model with global, round-the-clock cross product availability
- 165+ employees plus strategic arrangements with 3rd parties
- Regionalized Tier 1 and GTAC (Installation Technical Support)
- Centralized Emergency Recovery
- Centralized Tier 2 co-located with R&D Facilities



**Technical support engineers:**
Americas 17
EMEA 18
ASIA 22

**Global product support:**
110 Engineers

NTS     ER     GTAC     GNPS

**Experienced technical support network to handle customer and product issues**




NNL_SNOW_00033567

**NORTEL**     CONFIDENTIAL – UNDER NDA     51

51

## KNOWLEDGE SERVICES

**Service**
- Global technical training & documentation
- 12000+ training days delivered annually

**Locations**
- Training labs located in Ottawa, Raleigh, UK, Germany
- Some Asia training provided by JV in China (NNCE)

**Customers**
- Training distribution:  Americas 50%, EMEA 30%, Asia 20%

**People**
- Staff located in Canada, US, Australia, India, UK, Germany
- Staff include instructors, information developers and training logistics

**Product & Technology**
- Training labs interconnected globally allowing remote instruction from anywhere to anywhere
- Courses are global and offered in various formats: instructor-led, facilitated and self-paced e-learning

**NORTEL**    **CONFIDENTIAL - UNDER NDA**    52

## AGENDA

- OPENING REMARKS
- MARKET LANDSCAPE AND PORTFOLIO
- GO TO MARKET
- R&D
- OPERATIONS
- **PEOPLE**
- FINANCIALS
- CARVE OUT OVERVIEW
- CONCLUDING REMARKS

NNI_SNOW_00033567

52

# MEN CARVE OUT EMPLOYEES BY FUNCTION[1]

| Region/Function | MEN R&D | MEN LC | Customer Service | Supply Chain | Sales/Bus. Dev. | Corporate Functions | Grand Total |
|---|---|---|---|---|---|---|---|
| NORTH AMERICA | 984 | 88 | 262 | 229 | 125 | 43 | 1731 |
| EMEA | 16 | 5 | 87 | 116 | 86 | 12 | 322 |
| ASIA | 1 | 4 | 50 | 13 | 36 | 7 | 111 |
| GREATER CHINA | | | 8 | 6 | 12 | 3 | 29 |
| LATIN AMERICA | | | 53 | 26 | 20 | 3 | 102 |
| **Total** | **1001** | **97** | **460** | **390** | **279** | **68** | **2295** |
| OPTICAL | 991 | 96 | 429 | 390 | 274 | 68 | 2248 |
| CARRIER ETHERNET | 10 | 1 | 31 | | 5 | | 47 |
| **Total** | **1001** | **97** | **460** | **390** | **279** | **68** | **2295** |

- Located in 31 countries and 98 locations

- Expected additional restructuring of approximately 70 by end of Q4

- In scope population subject to "business as usual" fluctuations over time

[1] Includes approximately 2,295 Nortel employees identified as in-scope as at 10/05/2009.

NNI_SNOW_00033567

**NORTEL**  CONFIDENTIAL – UNDER NDA  54

# MEN CARVE OUT EMPLOYEES BY COUNTRY[1]

| COUNTRY | MEN R&D | MEN LC | Customer Service | Supply Chain | Sales/Bus. Dev. | Corporate Functions | Grand Total |
|---|---|---|---|---|---|---|---|
| CANADA | 981 | 68 | 137 | 189 | 32 | 25 | 1432 |
| UNITED STATES | 3 | 20 | 125 | 40 | 93 | 18 | 299 |
| UNITED KINGDOM | 15 | 4 | 32 | 112 | 40 | 8 | 211 |
| MEXICO | | | 27 | 18 | 6 | 2 | 53 |
| AUSTRALIA | 1 | 2 | 16 | 2 | 16 | 5 | 42 |
| ARGENTINA | | | 17 | 4 | 7 | 1 | 29 |
| INDIA | | | 14 | 10 | 2 | 1 | 27 |
| FRANCE | | | 13 | 3 | 8 | | 24 |
| GERMANY | | | 15 | | 8 | 1 | 24 |
| JAPAN | | 1 | | 1 | 9 | | 17 |
| BRAZIL | | | 6 | 4 | 6 | | 16 |
| NETHERLANDS | | 1 | 6 | | 8 | 1 | 16 |
| HONG KONG | | | 4 | 1 | 8 | 2 | 15 |
| CHINA | | | 4 | 5 | 4 | 1 | 14 |
| ISRAEL | | | 6 | | 4 | | 10 |
| RUSSIAN FEDERATION | | | 3 | | 6 | 1 | 10 |
| 15 Others | 1 | 1 | 29 | 1 | 22 | 2 | 56 |
| **Total** | **1001** | **97** | **460** | **390** | **279** | **68** | **2295** |

Represented Employees:

Union:
| | |
|---|---|
| MONKSTOWN | 52 |
| MONTREAL | 88 |
| TORONTO | 1 |
| BRAZIL | 16 |

Works Councils
| | |
|---|---|
| GERMANY | 24 |
| FRANCE | 24 |
| SPAIN | 7 |
| NETHERLANDS | 16 |
| ITALY | 6 |

Employee Forums
| | |
|---|---|
| UK | 211 |
| IRELAND | 2 |

[1] Includes approximately 2,295 Nortel employees identified as in-scope as at 10/05/2009.

NNI_SNOW_00033567

54

NNL_SNOW_00033567

**N⊘RTEL**

55

## COMPENSATION PHILOSOPHY

**Base Pay**
Regular cash compensation paid to employees

**Equity**
Grant equity as a way to attract and to retain talent (mid to long term focus)

**Other Premiums & Overtime**
In line with competitive practice & applicable laws

**Short Term Incentives**
To drive business performance, customer & shareholder value

**Market Driven**
Rewards competitive with a select group of peer comparator companies

**Benefits**
Provide health & welfare benefits, capital accumulation & retirement programs and paid time-off opportunities that are competitive in the marketplace

NNL_SNOW_00032567



NNI_SNOW_00033667

NORTEL    CONFIDENTIAL - UNDER NDA    57

# HUMAN RESOURCES MODEL

## HR Business Partner

* Consulting & Business Partnering on people-impacting issues
* Small teams leveraging SME's, external resources & processes
* Aligned to Businesses

## HR Shared Services

* Global Contact Center
* Global Workforce Admin - Comp/Bens, Hiring/Termination
* Workforce Reporting

## Centers of Excellence

* Strategy, Design & Delivery of Global HR Processes, Subject Matter Experts
* Comp & Benefits
* Employee Relations
* Recruiting

## Global Talent Strategy

* Deliver Innovative Talent Programs
* Performance Mgt
* Mgt and Executive Development
* External Benchmarking
* Org Effectiveness



HR Business Partners

HR Shared Services

Nortel Leaders Managers Employees

Centers of Excellence

Global Talent Strategy

**HR is a Shared Services Function providing global support to Nortel Leaders, Managers, and Employees. Few resources are attributed specifically to MEN.**

NØRTEL    **CONFIDENTIAL - UNDER NDA**    58

## AGENDA

- OPENING REMARKS
- MARKET LANDSCAPE AND PORTFOLIO
- GO TO MARKET
- R&D
- OPERATIONS
- PEOPLE
- **FINANCIALS**
- CARVE OUT OVERVIEW
- CONCLUDING REMARKS

NNI_SNOW_00033567

58

**NORTEL**   CONFIDENTIAL - UNDER NDA   59

## ASSUMPTIONS

General Assumptions:

- SNOW financials include Optical, Carrier Ethernet and related services
- 2006-2008 based on actuals
- 2009 and 2010 based on July09 management update
- 2010 forecast FX assumption Jan09
- Costs not included in SNOW financials: restructuring costs, interest expense, Balance Sheet translational F/X impact, (accounted for at total Nortel level) –
- EBITDA calculated as Operating margins less corporate allocations plus add-back of depreciation/ amortization
  - 50% of the depreciation and amortization is directly attributable to the SNOW business (R&D and Operations).
  - 50% is a placeholder for assets not specifically attributable to SNOW (Corporate, services)
  - CAPEX same methodology as depreciation/amortization
- Working Capital - is a combination of specifically identified SNOW balances and allocated balances (where balances cannot be specifically attributed). Details on specific vs allocated balances is available in the EDR.

Forecasting Methodology:

- Detailed analysis of historical financials / trends
- Review of expected future market spend by segment from external data sources (Dell'Oro, RHK etc.)
  - Review / input from the various internal teams (e.g. account sales operations, R&D) to evaluate future trends, pruning investments etc.

**N€RTEL**    **CONFIDENTIAL – UNDER NDA**    60

## OPTICAL QUALITY OF EARNINGS

| ($ US Millions) | 2008 QoE Actual | 2009 QoE Revised Plan | 2010 QoE Revised Plan |
|---|---|---|---|
| Revenue | 1,325 | 1,080 | 1,182 |
| YoY Growth | N/A | (18.5)% | 9.4% |
| Gross Margin | 492 | 409 | 457 |
| SG&A | 117 | 101 | 88 |
| R&D | 150 | 146 | 140 |
| Operating Margin Before Corporate | 225 | 163 | 228 |
| Operating Margin % | 17.0% | 15.1% | 19.3% |
| **Corporate Costs** | | | |
| Gross Margin | 26 | 24 | 24 |
| SG&A | 81 | 73 | 73 |
| R&D | 29 | 27 | 27 |
| Operating Margin After Corporate | 89 | 39 | 104 |
| Operating Margin | 6.7% | 3.6% | 8.8% |
| EBITDA | 112 | 66 | 132 |
| Gross Margin % | 35.2% | 35.7% | 36.6% |
| SG&A % of Revenue | 15.0% | 16.0% | 13.6% |
| R&D % of Revenue | 13.5% | 16.0% | 14.1% |

Note: 2010 Revised Plan includes the impact of the Centralized Hub Initiative (SG&A)

4 types of QoE adjustments:

- One time events
- Minority Interest on LGNT
- NMS - Managed Services
- Corporate Costs

NNI_SNOW_00033567

NNI_SNOW_00033567

NØRTEL    CONFIDENTIAL - UNDER NDA    61

# OPTICAL AND CARRIER ETHERNET REVENUE BY REGION

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Optical |  |  |  |  |  |
| NA | 639 | 674 | 613 | 559 | 615 |
| EMEA | 298 | 412 | 403 | 256 | 271 |
| CALA | 75 | 93 | 117 | 102 | 107 |
| Asia | 351 | 256 | 203 | 179 | 195 |
| Total | 1,363 | 1,434 | 1,336 | 1,096 | 1,188 |

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Carrier Ethernet |  |  |  |  |  |
| NA | 13 | 17 | 28 | 24 | 12 |
| EMEA | 21 | 15 | 14 | 10 | 2 |
| CALA | 1 | 1 | 2 | 3 | 1 |
| Asia | 2 | 3 | 2 | 6 | 3 |
| Total | 36 | 36 | 46 | 43 | 17 |

Figures are before QoE adjustments

61

NNI_SNOW_00033567

## OPTICAL AND CARRIER ETHERNET REVENUE BY TOP CUSTOMER

NORTEL    CONFIDENTIAL – UNDER NDA



Figures are before QoE adjustments

* 2006 Telefonica sub-ledger detail not available

# NØRTEL        CONFIDENTIAL – UNDER NDA

## OPTICAL AND CARRIER ETHERNET REVENUE BY PRODUCT

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Metro 30H | 127 | 76 | 31 | 16 | 1 |
| DX | 65 | 37 | 18 | 4 | 1 |
| LH | 217 | 128 | 49 | 30 | 0 |
| HDX | 48 | 37 | 31 | 21 | 4 |
| OM3K | 135 | 130 | 82 | 62 | 50 |
| Total Optical Legacy | 592 | 408 | 211 | 132 | 55 |
| OM5K | 305 | 352 | 364 | 231 | 229 |
| OME | 168 | 308 | 396 | 405 | 564 |
| OME6/XX | 5 | 28 | 31 | 20 | 25 |
| CPL | 51 | 82 | 100 | 69 | 89 |
| Axerra | 0 | 0 | 0 | 8 | 19 |
| Other | 3 | 5 | 9 | 4 | 4 |
| Total Packet Optical | 534 | 774 | 899 | 737 | 931 |
| **Total Optical Product** | **1,125** | **1,182** | **1,109** | **869** | **986** |
| Network Support Services (NSS) | 171 | 187 | 158 | 156 | 140 |
| Network Implementation Services (NIS) | 57 | 58 | 61 | 60 | 62 |
| Network Managed Services (NMS) | 10 | 7 | 7 | 11 | 0 |
| **Total Optical Services** | **238** | **253** | **227** | **227** | **202** |
| **Total Optical Revenue** | **1,363** | **1,434** | **1,336** | **1,096** | **1,188** |

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| MERS 8600/ESU | 36 | 36 | 46 | 42 | 14 |
| Total Carrier Ethernet Product | 36 | 36 | 46 | 42 | 14 |
| Network Support Services (NSS) | 0 | 0 | 0 | 0 | 3 |
| Network Implementation Services (NIS) | 0 | 0 | 0 | 0 | 0 |
| Network Managed Services (NMS) | 0 | 0 | 0 | 0 | 0 |
| Total Carrier Ethernet Services | 0 | 0 | 0 | 1 | 3 |
| **Total Carrier Ethernet Revenue** | **36** | **36** | **46** | **43** | **17** |

Figures are before QoE adjustments

NORTEL    CONFIDENTIAL – UNDER NDA    64

## OPTICAL AND CARRIER ETHERNET DEFERRED REVENUE

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| **Reported Revenue** | **1,400** | **1,470** | **1,383** | **1,139** | **1,205** |
| Optical | 1,363 | 1,434 | 1,336 | 1,096 | 1,188 |
| Carrier Ethernet | 36 | 36 | 46 | 43 | 17 |
| **Net Deferred Revenue Activity** | **148** | **80** | **(5)** | **65** | **30** |
| Optical | 150 | 81 | (4) | 64 | 30 |
| Carrier Ethernet | (2) | (1) | (2) | 1 | 0 |

Figures are before QoE adjustments

NNI_SNOW_00033567

64

**NORTEL**    CONFIDENTIAL - UNDER NDA

# OPTICAL AND CARRIER ETHERNET COGS (Std. Cost + OCNIS)

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Optical COGS | 918 | 988 | 961 | 711 | 766 |
| Standard Cost of Sales | 802 | 900 | 732 | 590 | 661 |
| In-year Variations to Standard | (42) | (79) | (13) | (12) | (31) |
| Freight & Logistics | 40 | 40 | 47 | 38 | 40 |
| Inventory Provisions | 27 | 43 | 110 | 24 | 16 |
| Sustaining/Maintenance/CR | 17 | 20 | 24 | 20 | 24 |
| Warranty/KPD | 6 | 4 | 5 | 5 | 13 |
| Regional | 15 | 7 | 3 | 3 | 3 |
| Annual Incentive Plan | 4 | 4 | 0 | 13 | 12 |
| Customer Service (Net) | 15 | 13 | 9 | 9 | 9 |
| Other COGS | 33 | 37 | 45 | 20 | 18 |

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Carrier Ethernet COGS | 17 | 20 | 25 | 28 | 12 |
| Standard Cost of Sales | 16 | 15 | 17 | 19 | 9 |
| In-year Variations to Standard | (2) | (1) | (0) | (1) | 0 |
| Freight & Logistics | 1 | 1 | 2 | 1 | 0 |
| Inventory Provisions | 0 | 0 | 1 | 0 | 0 |
| Sustaining/Maintenance/CR | 1 | 1 | 1 | 4 | 2 |
| Warranty/KPD | 0 | 1 | 0 | 1 | 0 |
| Regional | 0 | 0 | 0 | 0 | 0 |
| Annual Incentive Plan | 0 | 0 | (0) | 0 | 0 |
| Customer Service (Net) | 0 | 0 | 1 | 1 | 1 |
| Other COGS | 1 | 1 | 2 | 2 | (1) |

| 2008 1-Time |
|---|
| Flex MTL Closure $22M |
| Post-Filing E&O $59M |
| Licence Write-Off $12M |

Figures are before QoE adjustments

65

**NORTEL**  CONFIDENTIAL – UNDER NDA

## OPTICAL AND CARRIER ETHERNET SG&A (Before Corporate Allocation)

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 * Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Optical | 130 | 126 | 122 | 104 | 92 |
| Region | 88 | 98 | 87 | 66 | 66 |
| Americas | 44 | 44 | 38 | 32 | 32 |
| EMEA | 27 | 34 | 29 | 20 | 20 |
| Asia (includes LG) | 17 | 20 | 20 | 14 | 14 |
| Prime (PLM, Prod Mkt, Exec, etc) | 29 | 21 | 21 | 32 | 32 |
| Global Operations (Order Mgmt, Planning, etc) | 8 | 7 | 6 | 6 | 7 |
| Global Sales and Services | 4 | 5 | 9 | 0 | 0 |
| Bad Debt Provision | 0 | (4) | (2) | 1 | 1 |
| Central Hub Initiative | 0 | 0 | 0 | 0 | (13) |

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 * Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Carrier Ethernet | 7 | 15 | 22 | 3 | 3 |
| Region | 0 | 7 | 13 | 2 | 2 |
| Americas | 0 | 0 | 2 | 1 | 1 |
| EMEA | 0 | 5 | 9 | 0 | 0 |
| Asia (includes LG) | 0 | 1 | 2 | 1 | 1 |
| Prime (PLM, Prod Mkt, Exec, etc) | 7 | 8 | 7 | 1 | 1 |
| Global Operations (Order Mgmt, Planning, etc) | 0 | 0 | 0 | 1 | 0 |
| Global Sales and Services | 0 | (0) | 1 | 0 | 0 |
| Bad Debt Provision | 0 | 0 | (0) | 0 | 0 |

* 2009 reorganization - movement between Region and Prime SG&A headcount

Figures are before QoE adjustments

CONFIDENTIAL – UNDER NDA

67

NORTEL

# OPTICAL AND CARRIER ETHERNET R&D BY PRODUCT

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Metro SDH | 2 | 0 | 0 | 0 | 0 |
| DX | 2 | 0 | 0 | 0 | 0 |
| LH | 2 | 0 | 0 | 0 | 0 |
| HDX | 6 | 1 | 0 | 1 | 0 |
| OM3K | 16 | 7 | 0 | 0 | 0 |
| Total Optical Legacy | 27 | 9 | 0 | 1 | 0 |
| OM5K | 21 | 18 | 16 | 17 | 14 |
| OME | 119 | 161 | 141 | 143 | 144 |
| OME51XX | 3 | 4 | 3 | 3 | 0 |
| CPL | 14 | 9 | 12 | 11 | 12 |
| Other | 14 | 7 | 2 | 3 | 1 |
| Total Packet Optical | 171 | 199 | 174 | 177 | 171 |
| Total Optical Product | 198 | 208 | 174 | 178 | 171 |
| Total Optical Services | 1 | 0 | 1 | 1 | 1 |
| Total Optical R&D | 199 | 208 | 175 | 179 | 172 |

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| MERS 8600/ESU | 27 | 79 | 84 | 12 | 3 |
| Total Carrier Ethernet Product | 27 | 79 | 84 | 12 | 3 |
| Total Carrier Ethernet Services | 0 | 0 | 0 | 0 | 0 |
| Total Carrier Ethernet R&D | 27 | 79 | 84 | 12 | 3 |

Figures are before QoE adjustments

NNI_SNOW_00033567

N✪RTEL          CONFIDENTIAL – UNDER NDA          68

# OPTICAL CORPORATE COSTS BOTTOM-UP ANALYSIS

| ($ US Millions) | 2008 | 2009-10 |
|---|---|---|
| Marketing | 5 | 5 |
| IT | 44 | 42 |
| Real Estate | 22 | 19 |
| HR | 8 | 7 |
| Finance | 20 | 17 |
| Legal | 7 | 7 |
| Annual Incentive Plan | 15 | 15 |
| Long Term Initiative | 6 | 6 |
| Other | 9 | 6 |
| Total | 136 | 124 |

Does not include one time transition costs

68

NØRTEL          CONFIDENTIAL – UNDER NDA

## OPTICAL WORKING CAPITAL SUMMARY

| ($ US Millions) | 2007A Q4 | 2008A Q4 | 2009E Q4 | 2010E Q4 |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| A/R | 316 | 286 | 218 | 242 |
| Inventory | 231 | 246 | 196 | 159 |
| *Deferred COS* | 121 | 96 | 55 | 43 |
| *Deferred warranty* | 1 | 1 | 0 | 0 |
| *Net inventory* | 109 | 150 | 140 | 115 |
| Prepaids and Other Current Assets | 76 | 83 | 69 | 71 |
| **Total Optical CURRENT ASSETS** | 624 | 615 | 482 | 472 |
| | | | | |
| **CURRENT LIABILITIES** | | | | |
| A/P | (133) | (176) | (97) | (103) |
| Other Current Liabilities | (296) | (282) | (171) | (142) |
| *Deferred Revenue Short term* | (148) | (141) | (76) | (46) |
| *Contract Manufacturing provision* | (51) | (67) | (25) | (25) |
| *Warranty/KPD* | (29) | (27) | (28) | (28) |
| *R&D Provision* | (15) | (9) | (8) | (8) |
| *Other accrued* | (9) | (8) | (7) | (7) |
| *Other accrued* | (42) | (31) | (26) | (28) |
| Contractual Liabilities | (22) | (17) | (13) | (15) |
| Payroll Liabilities | (41) | (25) | (33) | (33) |
| **Total Optical CURRENT LIABILITIES** | (493) | (499) | (314) | (292) |
| | | | | |
| **NET WORKING CAPITAL** | 131 | 116 | 168 | 179 |

**Note:**

This is the initial Working Capital analysis. With the revised view, there would be minor changes by line item, however, the net working capital requirement for the Optical business for future years is still representative.

Figures are before QoE adjustments

69

CONFIDENTIAL – UNDER NDA

**N⊘RTEL**

70

# OPTICAL AND CARRIER ETHERNET CAPEX

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| CAPEX | 24 | 40 | 40 | 13 | 23 |
| Optical Specific | 11 | 14 | 13 | 6 | 11 |
| Carrier Ethernet Specific | 1 | 5 | 6 | 0 | 0 |
| Corporate (50% Placeholder) | 12 | 20 | 20 | 7 | 11 |

Figures are before QoE adjustments

70          NNI_SNOW_00033567

NNI_SNOW_00033567

**NØRTEL**

**CONFIDENTIAL – UNDER NDA**

71

## AGENDA

- OPENING REMARKS
- MARKET LANDSCAPE AND PORTFOLIO
- GO TO MARKET
- R&D
- OPERATIONS
- PEOPLE
- FINANCIALS
- **CARVE OUT OVERVIEW**
- CONCLUDING REMARKS

71

CONFIDENTIAL – UNDER NDA

N❷RTEL

72

## CARVE OUT OVERVIEW

- Nortel has a matrix structure with Business and Functional organizations.

- The carve out identifies the resources (or portions of resources) in each of the Business and Functional organizations that support MEN and places them in the MEN carve out.

**Carve out objective:**

- Execute a carve out of the MEN business and "in-scope" activities with a view to enabling a divestiture

  - Segregate/carve-out all MEN related products, platforms, IPR, headcount, physical, intellectual and financial assets, financial liabilities, obligations, including contractual relationship, systems and tools

- Identify all upstream and downstream MEN dependencies with the Rest of Nortel (RON) and identify areas needing transition services

- Prepare a fully allocated P&L, B/S, C/F, that reflects the carved out entity

NNI_SNOW_00033567

# HIGHLIGHTS

## Legal Structure

- Cash free, debt free transfer generally structured in each jurisdiction as a sale of certain assets with centralized transfer of IP and the assumption of certain liabilities
  - "Stalking horse" sale under "363" of US bankruptcy code. Canadian approval of sale of Canadian assets.
  - Multiple Debtor jurisdictions involved – Canada under CCAA, certain EMEA countries under UK Administration and US under Chapter 11, among others, as well as entities not under creditor protection.
  - Separate asset and sale purchase agreement for certain EMEA entities

## Customer and Supplier Agreements

- Snow-only contracts will be assigned, with counter party's consent as required
- The Snow portion of material bundled customer contracts will be managed through a "clone and split" (with the customer's consent) or a subcontract arrangement
- Generally, Snow buyer will be responsible for putting necessary supply agreements in place, however, there may be situations where a "clone and split" arrangement can be put in place or where Snow buyer will be able to purchase products under a Nortel supply agreement for a transition period following closing

## Tangible Assets Transferring and Liabilities Assumed by Buyer

- Unless otherwise specifically scheduled, "Owned Assets" transferring are those used exclusively in the Snow business
  - Assets transferring are primarily Inventory and Owned Equipment.
  - Owned Equipment categories are R&D Lab assets, Real Estate furniture and fixtures, IS (Desktop, Laptops and Servers) and test equipment, tools and platforms related to Global Ops and Supply Chain.
  - Nortel retains Accounts Receivable.
- Liabilities transferring are primarily Warranty, Known Product Defect, other Contractual liabilities (including liability for certain employee costs such as vacation that they default will certain employee payroll liabilities, Nortel retains Accounts Payable

NNL_SNOW_00033567

**N〇RTEL**    **CONFIDENTIAL - UNDER NDA**

# HIGHLIGHTS

## Headcount & HR matters

- Employees would transfer to the Buyer (in some cases through operation of law, including through a share purchase) into identical or (where legally permissible) equivalent roles, whose terms and conditions of employment comply with applicable law and would be substantially the same in aggregate (equal to or better than) those in effect prior to the closing

  - MEN - approximately 3090 (end of Q2) in scope employees (2874 MEN and GOPS, 216 corporate functions)

  - Optical -CE - approximately 2699 (end of Q2) in scope employees (2495 Optical + CE and GOPS, 204 corporate functions)

- All employees hired by or transferred to the Buyer would have their service under Nortel recognized by the Buyer for all purposes other than benefit accrual under an existing Buyer defined benefit pension plan not transferred by operation of law, through the requirements of collective bargaining agreements, or as may be mutually agreed to between the parties.

- Collective Bargaining Agreements - Buyer will become the successor employer under collective bargaining agreements covering in-scope employees and will be bound by and comply with the terms of those agreements (less than 7% of the population)

## Pensions

- It is intention of the Seller to transfer to the Buyer only such pension liabilities as required by operation of Law (Germany), or through the requirements of collective bargaining agreements, or as may be mutually agreed to between the parties.

- Buyer to establish registered pension plans (DB or DC) for union and non-union employees in Canada.

**NORTEL**

**CONFIDENTIAL – UNDER NDA**

# HIGHLIGHTS

## IT Infrastructure

- Servers predominantly used, as well as, PC's and business applications exclusively used by Snow will be made available for transfer
- Required data from shared applications will be extracted (in machine readable form) and made available for transfer
- Nortel will create a "network bubble(s)" to isolate Snow and is willing to enter into a TSA to enable an orderly handoff of the business

## Transition Services

- Buyer should provide a transition strategy and indicate what transition services, business process applications, and data they will require from Nortel:
  - Nature/scope/duration of services will be addressed on a case by case basis
  - Types of transition services provided previously (e.g. network, email, voice telephony, partner access, specific applications, etc.)
  - Data extraction that will be required to load existing business process applications of Buyer
  - Business processes applications (e.g. book, bill, ship) that will have to be replicated
  - Complexities around corporate ERP, financial, HR and some other sensitive applications
- Transition Services will be charged to the buyer will be reflective of our current costs, with cost recovery as the stated mandate

NNI_SNOW_00033567

**NØRTEL**    **CONFIDENTIAL - UNDER NDA**    76

# HIGHLIGHTS

**Real Estate**

Facility Overview & Approx. Population.

- The Total Carve Out population is housed in 115 global locations
- 70 % of the Carve Out Population is housed at 2 Locations ..
- 55%  Ottawa, Canada - Carling Owned Facility ( 90% in Lab 10E&W)
- 15%  Montreal Canada - Boulevard Alfred Nobel Leased Facility ( approx. 50% of the leased space )

Other locations with significant Populations.

- 7%   Newtonabbey , UK, Monkstown Owned Facility
- 3%   RTP USA , GWRTP Leased Facility

Occupancy Strategy / Segregation Demising.

- The In Scope population is currently not segregated or Demised within any of the Nortel Facilities.
- Lab 10 in Ottawa would be solely dedicated to the carved business.
- In Scope population is currently not segregated or Demised within any of the Nortel Facilities.
- Strategies for the Carve Out would include :
- Demising and subleasing , lease assignments , or relocation to a  Buyer location.
- All Owned real estate assets (furniture) used exclusively by Snow will transfer to the Buyer

Leasing / Subleasing / Assignment.

- For the Nortel Owned sites (Ottawa and Monkstown) the Buyer and Nortel would negotiate a lease.
- The Montreal Lease would be assigned to the buyer.
- The majority of Leased Locations with minor populations would require the buyer to vacate at close .
- At all other the Nortel leased sites where required a sublease agreement would be in place.
- The occupancy strategies will be developed and agreed to by both the Seller and the Buyer;

NNL_SNOW_00033567

**NORTEL**          **CONFIDENTIAL - UNDER NDA**          77

# HIGHLIGHTS

## Intellectual Property

- Nortel Patent and Non-patent IP predominantly used in the Snow products will be assigned to Buyer with a license back to Nortel.

- Nortel Patent and Non-patent IP non- predominantly used in the Snow products will be licensed in an appropriate Field of Use.

- Nortel Cross licenses will not be assigned. However, rights under such licenses that are automatically granted to divested businesses will be provided.

- Buyer is responsible to obtain all third party IP licenses.

- Outbound licenses (such as patent licenses) will not be assigned, even where the underlying IP is assigned.

- Trademarks that are exclusively used on the Snow products will be assigned. The Purchaser will receive a transitional license (for a limited period of time) to use the Nortel trademark.

## Financials Statements & Accounting

- Carve-out financial statements for Snow for the years ending 12/31/07 and 12/31/08 in accordance with US GAAP and SEC rules & regulations.

- SAP and applicable sub-ledgers used to identify specific Snow amounts and balances for carve-out statements.

- Common or shared costs and balances allocated by appropriate methods for deal purpose Income Statements and Working Capital.

NNI_SNOW_00033567

**NØRTEL**    CONFIDENTIAL – UNDER NDA    78

## AGENDA

- OPENING REMARKS
- MARKET LANDSCAPE AND PORTFOLIO
- GO TO MARKET
- R&D
- OPERATIONS
- PEOPLE
- FINANCIALS
- CARVE OUT OVERVIEW
- **CONCLUDING REMARKS**

78

NNI_SNOW_00033567



**NORTEL**

CONFIDENTIAL – UNDER NDA

79

## MEN – A COMPELLING VALUE CREATION STORY

PROVEN INNOVATION

LEADING EDGE TECHNOLOGY

MISSION CRITICAL BRAND RECOGNITION

MEN OPPORTUNITY

ENVIABLE CUSTOMER BASE

PRESENCE AND CHANNEL

MANAGEMENT TEAM AND EMPLOYEES

An exciting opportunity for investment

NØRTEL

CONFIDENTIAL - UNDER NDA

80

## BACKUP

NNI_SNOW_00033567

80

**N⌀RTEL**                          **CONFIDENTIAL – UNDER NDA**                          81

# OPTICAL QUALITY OF EARNINGS

| ($ US Millions) | 2008 | | | | | | 2009 | | | | | | 2010 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | 1-Time | NMS | LGNT | Corp | QoE | Expected | 1-Time | NMS | LGNT | Corp | QoE | Expected | 1-Time | NMS | LGNT | Corp | QoE |
| Revenue | 1,336 | 0 | (7) | (4) | 0 | 1,325 | 1,096 | 0 | (11) | (5) | 0 | 1,080 | 1,188 | 0 | 0 | (6) | 0 | 1,182 |
| YoY Growth | (6.0)% | N/A | N/A | N/A | N/A | N/A | (18.0)% | N/A | N/A | N/A | N/A | (18.5)% | 8.4% | N/A | N/A | N/A | N/A | 9.4% |
| Gross Margin | 405 | 93* | (2) | (4) | 0 | 492 | 423 | (7) | (2) | (3) | 0 | 409 | 462 | 0 | 0 | (5) | 0 | 457 |
| SG&A | 122 | 0 | 0 | 0 | 0 | 117 | 104 | 0 | 0 | 0 | 0 | 101 | 92 | 0 | 0 | (4) | 0 | 88 |
| R&D | 150 | 0 | 0 | 0 | 0 | 150 | 146 | 0 | 0 | 0 | 0 | 146 | 140 | 0 | 0 | 0 | 0 | 140 |
| Operating Margin Before Corporate | 134 | 93 | (2) | 1 | 0 | 225 | 174 | (7) | (2) | (2) | 0 | 163 | 230 | 0 | 0 | (2) | 0 | 228 |
| Operating Margin % | 10.0% | N/A | N/A | N/A | N/A | 17.0% | 15.8% | N/A | N/A | N/A | N/A | 15.1% | 19.3% | N/A | N/A | N/A | N/A | 19.2% |
| **Corporate Costs** | | | | | | | | | | | | | | | | | | |
| Gross Margin ** | 30 | 0 | 0 | 0 | (4) | 26 | 38 | 0 | 0 | 0 | (14) | 24 | 40 | 0 | 0 | 0 | (16) | 24 |
| SG&A | 107 | 0 | 0 | 0 | (26) | 81 | 97 | 0 | 0 | 0 | (24) | 73 | 112 | 0 | 0 | 0 | (40) | 73 |
| R&D | 25 | 0 | 0 | 0 | 4 | 29 | 33 | 0 | 0 | 0 | (6) | 27 | 33 | 0 | 0 | 0 | (5) | 27 |
| Operating Margin After Corporate | (29) | 93 | (2) | 1 | 27 | 89 | 5 | (7) | (2) | (2) | 44 | 39 | 45 | 0 | 0 | (2) | 61 | 104 |
| Operating Margin | (2.0)% | N/A | N/A | N/A | N/A | 6.7% | 0.5% | N/A | N/A | N/A | N/A | 3.6% | 3.8% | N/A | N/A | N/A | N/A | 8.8% |
| EBITDA | 6 | 81 | (2) | 1 | 27 | 112 | 32 | (7) | (2) | (2) | 44 | 66 | 73 | 0 | 0 | (2) | 61 | 132 |
| Gross Margin % | 28.1% | N/A | N/A | N/A | N/A | 35.2% | 35.1% | N/A | N/A | N/A | N/A | 35.7% | 25.5% | N/A | N/A | N/A | N/A | 38.6% |
| SG&A % of Revenue | 17.2% | N/A | N/A | N/A | N/A | 15.0% | 18.3% | N/A | N/A | N/A | N/A | 16.0% | 17.2% | N/A | N/A | N/A | N/A | 13.6% |
| R&D % of Revenue | 13.1% | N/A | N/A | N/A | N/A | 13.5% | 16.2% | N/A | N/A | N/A | N/A | 16.0% | 14.5% | N/A | N/A | N/A | N/A | 14.1% |

\* Includes: (1) Post-filing E&O = $59M; (2) Flextronics Montreal Closure = $22M; (3) Licence write-off = $12M

\*\* Corporate Cost (Nortel)

Gross Margin: Headcount tax (Real Estate, IT, HR), Annual Incentive Plan

SG&A: Balance of Corporate Costs

R&D: Headcount tax (Real Estate, IT, HR), Annual Incentive Plan

Note: 2010 Revised Plan includes the impact of the Centralized Hub Initiative (SG&A)

# CARRIER ETHERNET P&L SUMMARY

| ($ US Millions) | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Revised Plan | 2010 Revised Plan |
|---|---|---|---|---|---|
| Revenue | 36 | 36 | 46 | 43 | 17 |
| YoY Growth | 30.2% | (1.9)% | 28.7% | (6.6)% | (59.9)% |
| Gross Margin | 19 | 16 | 21 | 15 | 5 |
| Gross Margin % | 52.8% | 43.5% | 45.5% | 34.9% | 30.6% |
| SG&A | 7 | 15 | 22 | 3 | 3 |
| % of Revenue | 20.4% | 42.6% | 47.2% | 7.0% | 18.0% |
| R&D | 27 | 79 | 84 | 12 | 3 |
| % of Revenue | 75.3% | 220.5% | 182.2% | 27.8% | 14.6% |
| Operating Margin Before Corporate Allocation | (16) | (79) | (85) | 0 | (0) |
| Operating Margin % | (43.0)% | (219.6)% | (183.9)% | 0.1% | (2.0)% |
| SG&A Corporate Allocation | 0 | 1 | 4 | 4 | 2 |
| EBITDA | (9) | (74) | (84) | (3) | (1) |

Figures are before QoE adjustments

NNI_SNOW_00033567

CONFIDENTIAL - UNDER NDA

NØRTEL

83

# CARRIER ETHERNET WORKING CAPITAL SUMMARY

| ($ US Millions) | 2010E Q4 |
|---|---|
| **CURRENT ASSETS** | |
| A/R | 2 |
| Inventory | 2 |
| *Deferred COS* | *1* |
| *Deferred Warranty* | *0* |
| *Net Inventory* | *1* |
| Prepaid and Other Current Assets | 1 |
| **Total CARRIER ETHERNET CURRENT ASSETS** | **4** |
| | |
| **CURRENT LIABILITIES** | |
| A/P | (2) |
| Other Current Liabilities | (3) |
| *Deferred Revenue Short-term* | *(2)* |
| *Contract Manufacturing Provision* | *0* |
| *Warranty/KPD* | *(1)* |
| *R&D Provision* | *0* |
| *Other Accrued* | *0* |
| *Other Accrued* | *0* |
| Contractual Liabilities | (0) |
| Payroll Liabilities | (1) |
| **Total CARRIER ETHERNET CURRENT LIABILITIES** | **(5)** |
| | |
| **NET WORKING CAPITAL** | **(0)** |

Figures are before QoE adjustments

NNI_SNOW_00033567

83