# EXHIBIT B

```
TIME: 14:00:52                                        NORTEL NETWORKS INC.                                          PAGE:   1
DATE: 05/21/14                                          CREDITOR LISTING

Name                        Address
FREEMAN, TERRANCE           26 CONCORD DRIVE HOLTSVILLE NY 11742
FREEMAN, TERRANCE           RICHARD TODD HUNTER, ESQUIRE PO BOX 337 BRIDGEHAMPTON NY 11962
HAIN CAPITAL HOLDINGS, LLC  TRANSFEROR: ROBERTS, CRAIG ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
LIQUIDITY SOLUTIONS, INC.   TRANSFEROR: FREEMAN, TERRANCE ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
ROBERTS, CRAIG              602 NORTHILL RICHARDSON TX 75080

Total Number of Records Printed    5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006