## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 3/1/2014 through 3/31/2014**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 32.80 | $28,700.00 |
| J. Borow | Executive Director | $875 | 54.20 | $47,425.00 |
| B. Bingham | Executive Director | $800 | 28.00 | $22,400.00 |
| J. Hyland | Executive Director | $660 | 262.80 | $173,448.00 |
| N. Haslun | Managing Director | $635 | 166.40 | $105,664.00 |
| M. Dansky | Executive Director | $625 | 5.40 | $3,375.00 |
| A. Cowie | Managing Director | $600 | 178.50 | $107,100.00 |
| B. Kullberg | Managing Director | $525 | 8.00 | $4,200.00 |
| B. Frizzell | Director | $440 | 149.30 | $65,692.00 |
| A. Drobish | Director | $410 | 5.80 | $2,378.00 |
| C. Griffin | Research | $125 | 1.00 | $125.00 |
| J. Blum | Paraprofessional | $120 | 9.10 | $1,092.00 |
| M. Haverkamp | Paraprofessional | $120 | 6.40 | $768.00 |
| **For the Period 3/1/2014 through 3/31/2014** | | | **907.70** | **$562,367.00** |

Capstone Advisory Group, LLC
Invoice for the 3/1/2014-3/31/2014 Fee Statement