## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 3/1/2014 through 3/31/2014**

| Task Code | Hours | Fees |
| --- | --- | --- |
| 01. Asset Acquisition/Disposition | 692.20 | $463,943.50 |
| 05. Professional Retention/Fee Application Preparation | 16.80 | $2,718.00 |
| 08. Interaction/Mtgs w Creditors | 10.40 | $7,745.50 |
| 11. Claim Analysis/Accounting | 11.20 | $6,900.00 |
| 17. Analysis of Historical Results | 1.60 | $960.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 0.40 | $264.00 |
| 33. Intellectual Property | 175.10 | $79,836.00 |
| **For the Period 3/1/2014 through 3/31/2014** | **907.70** | **$562,367.00** |