# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 3/1/2014 through 3/31/2014**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 3/2/2014 | J. Borow | 2.30 | Reviewed rebuttal reports of experts. |
| 3/3/2014 | A. Cowie | 0.80 | Continued to analyze rebuttal expert reports prepared by an Estate's experts in asset allocation process. |
| 3/3/2014 | C. Kearns | 0.80 | Analyzed 'final' rebuttal for a Debtor estate expert. |
| 3/3/2014 | N. Haslun | 1.00 | Analyzed a Debtors' rebuttal expert report to the allocation expert reports of a creditor re: the allocation process. |
| 3/3/2014 | A. Cowie | 2.10 | Continued to analyze rebuttal expert reports prepared by an Estate's experts in asset allocation process. |
| 3/3/2014 | N. Haslun | 2.10 | Continued to analyze a certain Debtors' allocation expert's rebuttal report, in regards to the allocation process. |
| 3/3/2014 | N. Haslun | 2.10 | Analyzed a Debtors' rebuttal allocation expert's report dated 2/28/14 in regards to the allocation process. |
| 3/3/2014 | J. Borow | 2.20 | Continued the review of rebuttal reports of various opposing experts. |
| 3/3/2014 | J. Borow | 2.30 | Reviewed rebuttal reports of experts. |
| 3/3/2014 | J. Borow | 2.30 | Continued the review of rebuttal reports of various opposing experts. |
| 3/3/2014 | A. Cowie | 2.30 | Analyzed rebuttal expert reports prepared by a certain estate's experts in asset allocation process. |
| 3/3/2014 | J. Hyland | 2.70 | Continued reviewing rebuttal report of allocation expert. |
| 3/3/2014 | J. Hyland | 2.80 | Continued analyzing rebuttal report of allocation expert. |
| 3/3/2014 | A. Cowie | 2.80 | Analyzed rebuttal expert reports prepared by a certain estate's experts in asset allocation process. |
| 3/3/2014 | N. Haslun | 2.80 | Analyzed one of the Debtors' allocation expert's rebuttal report, in regards to the allocation process. |
| 3/3/2014 | J. Hyland | 2.90 | Reviewed rebuttal report of allocation expert. |
| 3/3/2014 | J. Hyland | 2.90 | Analyzed rebuttal report of allocation expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/4/2014 | C. Kearns | 0.50 | Began reading a Debtor estate experts' rebuttal reports. |
| 3/4/2014 | N. Haslun | 1.20 | Continued to analyze a certain Debtors' second allocation expert's rebuttal report in regards to the allocation process. |
| 3/4/2014 | N. Haslun | 1.90 | Analyzed one of the Debtors' transfer pricing rebuttal expert's report in regards to the allocation process. |
| 3/4/2014 | A. Cowie | 2.30 | Continued to analyze rebuttal reports in regard to asset allocation process. |
| 3/4/2014 | N. Haslun | 2.30 | Continued to analyze a certain Debtors' second allocation expert's rebuttal report in regards to the allocation process. |
| 3/4/2014 | J. Hyland | 2.40 | Reviewed allocation expert's rebuttal report and provided comments. |
| 3/4/2014 | N. Haslun | 2.60 | Analyzed one of the Debtors' second allocation expert's rebuttal report in regards to the allocation process. |
| 3/4/2014 | J. Hyland | 2.70 | Continued analyzing calculations included in allocation rebuttal report. |
| 3/4/2014 | J. Borow | 2.80 | Continued the review rebuttal reports of various opposing experts. |
| 3/4/2014 | J. Hyland | 2.80 | Analyzed calculations included in allocation rebuttal report. |
| 3/4/2014 | J. Hyland | 2.90 | Reviewed allocation expert's rebuttal report. |
| 3/4/2014 | A. Cowie | 2.90 | Prepared analysis for counsel in regard to rebuttal reports in regard to asset allocation process. |
| 3/4/2014 | A. Cowie | 2.90 | Analyzed rebuttal report in regard to asset allocation process. |
| 3/5/2014 | J. Hyland | 0.10 | Conducted call with T. Ross (NNI) re: real estate location for proceeds allocation. |
| 3/5/2014 | J. Hyland | 0.20 | Exchanged emails with counsel re: real estate matter for proceeds allocation. |
| 3/5/2014 | N. Haslun | 0.40 | Analyzed report of one Debtors' transfer pricing expert in regards to the allocation process. |
| 3/5/2014 | C. Kearns | 1.00 | Began initial read of a Debtor estate experts' rebuttals. |
| 3/5/2014 | N. Haslun | 1.10 | Continued to analyze rebuttal report of a Debtors' allocation expert in regards to the allocation process. |
| 3/5/2014 | N. Haslun | 1.70 | Continued to analyze rebuttal report of a Debtors' allocation expert in regards to the allocation process. |
| 3/5/2014 | J. Hyland | 2.10 | Analyzed a real estate matter for proceeds allocation facts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/5/2014 | A. Cowie | 2.30 | Continued to analyze expert report in regard to asset allocation process. |
| 3/5/2014 | J. Hyland | 2.30 | Continued reading rebuttal report from proceeds allocation expert. |
| 3/5/2014 | C. Kearns | 2.30 | Completed initial read of one estate experts' rebuttals. |
| 3/5/2014 | J. Borow | 2.40 | Reviewed expert rebuttal reports and analyzed positions taken. |
| 3/5/2014 | N. Haslun | 2.40 | Analyzed report of one of the Debtors' transfer pricing expert in regards to the allocation process. |
| 3/5/2014 | N. Haslun | 2.40 | Analyzed rebuttal report of a certain estate's allocation expert in regards to the allocation process. |
| 3/5/2014 | J. Borow | 2.60 | Continued the review of expert rebuttal reports and analyze positions taken. |
| 3/5/2014 | A. Cowie | 2.80 | Analyzed expert report in regard to asset allocation process. |
| 3/5/2014 | J. Hyland | 2.90 | Read rebuttal report from proceeds allocation expert. |
| 3/5/2014 | J. Hyland | 2.90 | Read proceeds allocation expert rebuttal report. |
| 3/5/2014 | A. Cowie | 2.90 | Prepared analysis of creditor recoveries based on certain expert report produced in asset allocation process. |
| 3/6/2014 | J. Borow | 0.10 | Prepared to attend meeting with counsel re: deposition rebuttals and scheduling. |
| 3/6/2014 | C. Kearns | 0.30 | Participated in conference call with F. Hodara and A. Qureshi (both counsel) regarding rebuttal reports and our collective approach to deposition process |
| 3/6/2014 | C. Kearns | 0.40 | Prepared work plan for deposition process as requested by counsel. |
| 3/6/2014 | J. Borow | 1.00 | Participated in meeting with counsel re: deposition rebuttals and scheduling. |
| 3/6/2014 | A. Cowie | 1.20 | Continued to prepare deposition discussion points for counsel in regard to certain expert rebuttal and associated expert reports. |
| 3/6/2014 | C. Kearns | 1.40 | Read Canada rebuttal. |
| 3/6/2014 | N. Haslun | 1.50 | Analyzed rebuttal expert report of a certain estate's allocation expert in regards to the allocation process. |
| 3/6/2014 | N. Haslun | 1.60 | Analyzed an allocation expert's report in regards to the allocation process. |
| 3/6/2014 | A. Cowie | 2.20 | Continued to prepare analysis of creditor recoveries based on certain expert report produced in asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/6/2014 | N. Haslun | 2.20 | Analyzed the conclusions and methodologies of the allocation experts of all estates in regards to the allocation process. |
| 3/6/2014 | J. Borow | 2.30 | Reviewed expert rebuttal reports. |
| 3/6/2014 | J. Hyland | 2.40 | Reviewed counsel's summary of rebuttal reports for the Committee. |
| 3/6/2014 | A. Cowie | 2.40 | Prepared deposition discussion points for counsel in regard to certain expert rebuttal and associated expert reports. |
| 3/6/2014 | J. Borow | 2.40 | Continued to review expert rebuttal reports. |
| 3/6/2014 | J. Hyland | 2.60 | Analyzed proceeds allocation expert rebuttal report. |
| 3/6/2014 | N. Haslun | 2.70 | Analyzed the conclusions and methodologies of the allocation experts of all estates in regards to the allocation process. |
| 3/6/2014 | J. Hyland | 2.80 | Reviewed rebuttal report of proceeds allocation expert. |
| 3/6/2014 | A. Cowie | 2.90 | Prepared analysis based on certain expert report produced in asset allocation process. |
| 3/7/2014 | C. Kearns | 1.50 | Read a Debtors' rebuttal report. |
| 3/7/2014 | N. Haslun | 2.00 | Analyzed the expert report of an estate's allocation expert, in regards to the allocation process. |
| 3/7/2014 | A. Cowie | 2.10 | Continued to prepare deposition discussion points for counsel in regard to certain expert rebuttal and associated expert reports. |
| 3/7/2014 | A. Cowie | 2.10 | Continued to prepare analysis based on certain expert report produced in asset allocation process. |
| 3/7/2014 | A. Cowie | 2.20 | Prepared deposition discussion points for counsel in regard to certain expert rebuttal and associated expert reports. |
| 3/7/2014 | J. Hyland | 2.50 | Continued preparing analysis of proceeds allocation expert report. |
| 3/7/2014 | J. Hyland | 2.70 | Prepared analysis of proceeds allocation expert report. |
| 3/7/2014 | A. Cowie | 2.70 | Prepared analysis based on certain expert report produced in asset allocation process. |
| 3/8/2014 | J. Hyland | 2.30 | Continued reviewing rebuttal report re: proceeds allocation. |
| 3/8/2014 | J. Hyland | 2.40 | Reviewed rebuttal report re: proceeds allocation. |
| 3/8/2014 | J. Hyland | 2.50 | Continued reviewing rebuttal report and prepared summary re: proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/9/2014 | J. Hyland | 2.50 | Continued analyzing rebuttal report re: proceeds allocation. |
| 3/9/2014 | J. Hyland | 2.60 | Analyzed rebuttal report re: proceeds allocation. |
| 3/9/2014 | J. Hyland | 2.80 | Prepared summary of proceeds allocation expert rebuttal report. |
| 3/10/2014 | B. Bingham | 0.30 | Continued to review a certain estate's expert's affirmative report. |
| 3/10/2014 | C. Kearns | 0.60 | Reviewed documents related to a Debtor estate's rebuttals. |
| 3/10/2014 | J. Borow | 1.10 | Reviewed rebuttal reports and primary expert reports in preparation for deposition. |
| 3/10/2014 | N. Haslun | 1.30 | Prepared email summarizing key points of a Debtor allocation expert's report in regards to the allocation process. |
| 3/10/2014 | A. Cowie | 1.80 | Continued to prepare deposition points for counsel in regard to analysis of expert and rebuttal reports for a certain expert, as produced in the asset allocation process. |
| 3/10/2014 | J. Hyland | 1.90 | Continued analyzing proceeds allocation rebuttal report from expert. |
| 3/10/2014 | J. Hyland | 2.00 | Reviewed allocation report from rebuttal expert. |
| 3/10/2014 | J. Hyland | 2.50 | Analyzed proceeds allocation rebuttal report from expert. |
| 3/10/2014 | J. Hyland | 2.70 | Continued reviewing proceeds allocation rebuttal report from expert. |
| 3/10/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation rebuttal report from expert. |
| 3/10/2014 | J. Borow | 2.80 | Continued to review rebuttal reports and primary expert reports in preparation for deposition. |
| 3/10/2014 | A. Cowie | 2.80 | Continued to analyze certain expert reports in association with rebuttal reports thereto, all produced in the asset allocation process. |
| 3/10/2014 | A. Cowie | 2.80 | Analyzed a certain expert report in association with rebuttal reports thereto, all produced in the asset allocation process. |
| 3/10/2014 | B. Bingham | 2.90 | Reviewed a certain estate's expert's affirmative report. |
| 3/10/2014 | A. Cowie | 2.90 | Prepared deposition points for counsel in regard to analysis of expert and rebuttal reports for a certain expert as produced in the asset allocation process. |
| 3/11/2014 | J. Borow | 0.20 | Prepared to attend and meet with counsel re: rebuttal reports and deposition preparedness. |
| 3/11/2014 | C. Kearns | 0.40 | Reviewed memo for counsel critiquing a Debtors' rebuttals. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/11/2014 | N. Haslun | 0.60 | Analyzed the rebuttal report of a Debtors' second allocation experts, in regards to the allocation process. |
| 3/11/2014 | J. Hyland | 0.70 | Continued reviewing rebuttal report from proceeds allocation expert. |
| 3/11/2014 | N. Haslun | 0.70 | Analyzed the rebuttal report of a Debtors' allocation expert, in regards to the allocation process. |
| 3/11/2014 | N. Haslun | 0.90 | Developed next steps for the analysis of rebuttal expert reports for certain Debtors, in regards to the allocation process. |
| 3/11/2014 | J. Borow | 1.10 | Continued to review rebuttal reports and primary expert reports in preparation for deposition. |
| 3/11/2014 | N. Haslun | 1.30 | Analyzed the rebuttal report of one of the Debtors' allocation experts, in regards to the allocation process. |
| 3/11/2014 | J. Hyland | 1.50 | Participated in non-IP portion of working session meeting with counsel re: proceeds allocation rebuttal reports. |
| 3/11/2014 | N. Haslun | 1.50 | Analyzed the rebuttal report of a Debtors' allocation expert, in regards to the allocation process. |
| 3/11/2014 | J. Hyland | 1.60 | Researched facts about a subsidiary and emailed results to counsel for proceeds allocation. |
| 3/11/2014 | J. Hyland | 2.30 | Reviewed follow-up items for counsel re: rebuttal reports from allocation experts. |
| 3/11/2014 | N. Haslun | 2.40 | Developed an analysis of all criticisms of the experts in this matter as included in all rebuttal reports, in regards to the allocation process. |
| 3/11/2014 | J. Borow | 2.70 | Participated in working session with counsel re: rebuttal reports and deposition preparedness. |
| 3/11/2014 | C. Kearns | 2.70 | Participated in working session meeting with counsel to review rebuttal reports. |
| 3/11/2014 | J. Hyland | 2.70 | Emailed counsel-requested support documents re: proceeds allocation expert request. |
| 3/11/2014 | A. Cowie | 2.70 | Continued to analyze rebuttal and associated expert reports in regard to asset allocation process. |
| 3/11/2014 | J. Hyland | 2.80 | Prepared for meeting with counsel re: proceeds allocation rebuttal reports. |
| 3/11/2014 | A. Cowie | 2.80 | Prepared deposition points for counsel in regard to expert and associated rebuttal reports for the asset allocation process. |
| 3/11/2014 | N. Haslun | 2.80 | Analyzed the criticisms of the a certain Debtor allocation expert's report as included in the rebuttal reports, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/11/2014 | A. Cowie | 2.80 | Analyzed rebuttal and associated expert reports in regard to asset allocation process. |
| 3/11/2014 | J. Hyland | 2.90 | Reviewed rebuttal report from proceeds allocation expert. |
| 3/11/2014 | J. Borow | 2.90 | Continued to review rebuttal reports and primary expert reports in preparation for deposition. |
| 3/12/2014 | C. Kearns | 0.30 | Created a work plan with counsel re: possible trial exhibits. |
| 3/12/2014 | N. Haslun | 1.90 | Continued to analyze criticisms of a certain Debtors' allocation expert's report included in various rebuttal reports, in regards to the allocation process. |
| 3/12/2014 | J. Hyland | 2.20 | Continued analyzing proceeds allocation expert report. |
| 3/12/2014 | J. Hyland | 2.40 | Analyzed proceeds allocation expert report. |
| 3/12/2014 | N. Haslun | 2.40 | Analyzed criticisms of a certain estate's allocation expert report included in various rebuttal reports, in regards to the allocation process. |
| 3/12/2014 | J. Borow | 2.50 | Continued to review rebuttal reports and primary expert reports in preparation for deposition. |
| 3/12/2014 | N. Haslun | 2.50 | Continued to analyze criticisms of a certain Debtors' allocation expert's report included in various rebuttal reports, in regards to the allocation process. |
| 3/12/2014 | J. Hyland | 2.60 | Reviewed proceeds allocation rebuttal report from allocation expert. |
| 3/12/2014 | J. Borow | 2.70 | Continued to review rebuttal reports and primary expert reports in preparation for deposition. |
| 3/12/2014 | A. Cowie | 2.70 | Continued to analyze exert rebuttal report in regard to asset allocation process. |
| 3/12/2014 | N. Haslun | 2.70 | Analyzed criticisms of a certain estate's allocation expert report included in various rebuttal reports, in regards to the allocation process. |
| 3/12/2014 | A. Cowie | 2.80 | Analyzed expert rebuttal report in regard to asset allocation process. |
| 3/12/2014 | A. Cowie | 2.90 | Prepared deposition points for counsel in regard to rebuttal report prepared for asset allocation process. |
| 3/13/2014 | C. Kearns | 0.70 | Read deposition outline for a Debtors' expert. |
| 3/13/2014 | B. Bingham | 0.80 | Completed review of a certain estate expert's affirmative report and identified potential valuation standards-specific items to address. |
| 3/13/2014 | N. Haslun | 0.80 | Analyzed the Expert Report and Rebuttal Report of a certain Debtors' allocation expert, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/13/2014 | N. Haslun | 0.80 | Analyzed a Debtors' allocation expert's 2/28/14 report, in regards to the allocation process. |
| 3/13/2014 | A. Cowie | 1.20 | Continued to analyze a certain expert report and associated rebuttal reports in regard to the asset allocation process. |
| 3/13/2014 | J. Hyland | 1.20 | Continued analyzing rebuttal report from proceeds allocation expert and provided deposition questions to counsel. |
| 3/13/2014 | J. Hyland | 1.30 | Continued analyzing rebuttal report from proceeds allocation expert and provided deposition questions to counsel. |
| 3/13/2014 | J. Hyland | 2.00 | Prepared deposition questions for a proceeds allocation deponent. |
| 3/13/2014 | J. Borow | 2.10 | Continued to review rebuttal reports and primary expert reports in preparation for deposition. |
| 3/13/2014 | A. Cowie | 2.10 | Continued to prepare deposition related questions in regard to a certain expert report including all associated rebuttal reports prepared in asset allocation process. |
| 3/13/2014 | N. Haslun | 2.10 | Analyzed one of the Debtors' allocation expert report in regards the allocation process. |
| 3/13/2014 | J. Borow | 2.30 | Continued to review rebuttal reports and primary expert reports in preparation for deposition. |
| 3/13/2014 | N. Haslun | 2.40 | Analyzed a Debtors' allocation expert report in response to expert reports produced in this matter in regards to the allocation process. |
| 3/13/2014 | J. Hyland | 2.60 | Analyzed rebuttal report from proceeds allocation expert. |
| 3/13/2014 | N. Haslun | 2.70 | Continued to analyze criticisms of a certain Debtors' allocation expert report included in various rebuttal reports, in regards to the allocation process. |
| 3/13/2014 | A. Cowie | 2.80 | Prepared deposition related questions in regard to a certain expert report including all associated rebuttal reports prepared in asset allocation process. |
| 3/13/2014 | A. Cowie | 2.80 | Analyzed a certain expert report and associated rebuttal reports in regard to the asset allocation process. |
| 3/13/2014 | B. Bingham | 2.90 | Analyzed certain estate expert's affirmative report and identified potential valuation standards-specific items to address. |
| 3/14/2014 | J. Hyland | 0.10 | Reviewed proceeds allocation re: UKP. |
| 3/14/2014 | N. Haslun | 0.20 | Participated in call with J. Yecies of counsel Gump regarding draft statement of facts in regards to the allocation process. |
| 3/14/2014 | C. Kearns | 0.80 | Reviewed rebuttal analyses re: a Debtors' expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/14/2014 | N. Haslun | 0.80 | Continued to analyze the conclusions and methodologies of the allocation experts of all estates in regards to the allocation process. |
| 3/14/2014 | A. Cowie | 1.10 | Prepared deposition questions in regard to a certain expert report and associated rebuttal reports as prepared in accordance with the asset allocation legal proceedings. |
| 3/14/2014 | N. Haslun | 1.20 | Analyzed historical financial information of Nortel in regards to the allocation process. |
| 3/14/2014 | J. Borow | 1.50 | Continued to review rebuttal reports and primary expert reports in preparation for deposition. |
| 3/14/2014 | J. Borow | 1.60 | Reviewed and analyzed various expert rebuttal reports. |
| 3/14/2014 | A. Cowie | 1.80 | Continued to analyze a certain expert report and associated rebuttal reports in regard to the asset allocation process. |
| 3/14/2014 | N. Haslun | 2.00 | Continued to analyze a certain Debtors' allocation expert report in regards to the allocation process. |
| 3/14/2014 | N. Haslun | 2.10 | Continued to analyze the schedules attached to the a Debtors' draft transfer pricing statement of facts. |
| 3/14/2014 | N. Haslun | 2.40 | Analyzed the schedules attached to a certain Debtors' draft transfer pricing statement of facts. |
| 3/14/2014 | J. Hyland | 2.40 | Analyzed proceeds allocation expert report and compared to supporting documents. |
| 3/14/2014 | N. Haslun | 2.50 | Analyzed one of the Debtors' allocation expert reports in regards to the allocation process. |
| 3/14/2014 | A. Cowie | 2.60 | Continued to analyze a certain expert report and associated rebuttal reports in regard to the asset allocation process. |
| 3/14/2014 | J. Hyland | 2.70 | Continued analyzing agreed fact exhibits from one estate. |
| 3/14/2014 | J. Hyland | 2.80 | Analyzed rebuttal report from proceeds allocation expert. |
| 3/14/2014 | J. Hyland | 2.90 | Reviewed cited source documents for proceeds allocation expert report. |
| 3/14/2014 | J. Hyland | 2.90 | Analyzed agreed fact exhibits from one estate. |
| 3/14/2014 | A. Cowie | 2.90 | Analyzed a certain expert report and associated rebuttal reports in regard to the asset allocation process. |
| 3/15/2014 | J. Hyland | 1.90 | Finalized analysis of fact exhibits and provided comments to counsel. |
| 3/16/2014 | J. Hyland | 1.50 | Reviewed, analyzed, and responded to counsel re: statement of facts between the estates. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/16/2014 | J. Hyland | 1.60 | Reviewed proceeds allocation expert report and resulting rebuttal report from an expert and deponent. |
| 3/17/2014 | J. Hyland | 0.10 | Reviewed email from M. Wunder of counsel re: upcoming Canadian court hearing. |
| 3/17/2014 | C. Kearns | 0.20 | Emailed with counsel re: an Estate's issues. |
| 3/17/2014 | C. Kearns | 0.30 | Reviewed analysis of latest monitor report. |
| 3/17/2014 | A. Cowie | 0.80 | Continued to prepare fact check analysis for counsel in regard to proposed statement of facts financial information. |
| 3/17/2014 | N. Haslun | 1.20 | Continued to analyze a certain Debtors' allocation expert's report in regards to the allocation process. |
| 3/17/2014 | A. Cowie | 1.60 | Continued to analyze certain expert report and related rebuttals in regard to asset allocation process. |
| 3/17/2014 | J. Hyland | 1.80 | Reviewed the 104th Monitor's report relative to proceeds allocation issues. |
| 3/17/2014 | A. Cowie | 1.80 | Prepared fact check analysis for counsel in regard to proposed statement of facts financial information. |
| 3/17/2014 | N. Haslun | 2.10 | Continued to analyze a certain Debtors' allocation expert's report in regards to the allocation process. |
| 3/17/2014 | N. Haslun | 2.30 | Continued to analyze a certain Debtors' allocation expert's report in regards to the allocation process. |
| 3/17/2014 | N. Haslun | 2.40 | Analyzed one of the Debtors' allocation expert's report, in regards to the allocation process. |
| 3/17/2014 | J. Hyland | 2.60 | Analyzed sources for proceeds allocation expert report. |
| 3/17/2014 | J. Hyland | 2.80 | Continued reviewing proceeds allocation report for deposition. |
| 3/17/2014 | J. Hyland | 2.90 | Reviewed proceeds allocation report for deposition. |
| 3/17/2014 | A. Cowie | 2.90 | Analyzed certain expert report and related rebuttals in regard to asset allocation process. |
| 3/18/2014 | B. Bingham | 0.40 | Continued to analyze certain valuation footnote references back to source documents. |
| 3/18/2014 | J. Hyland | 1.60 | Reviewed LRE distribution agreements. |
| 3/18/2014 | N. Haslun | 2.40 | Analyzed one of the Debtors' allocation expert's rebuttal report, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/18/2014 | A. Cowie | 2.60 | Continued to analyze certain expert report and related rebuttals in regard to asset allocation process. |
| 3/18/2014 | A. Cowie | 2.80 | Continued to analyze certain expert report and related rebuttals in regard to asset allocation process. |
| 3/18/2014 | N. Haslun | 2.80 | Continued to analyze a certain Debtors' allocation expert's rebuttal report, in regards to the allocation process. |
| 3/18/2014 | J. Hyland | 2.80 | Continued analyzing proceeds allocation rebuttal report from an expert. |
| 3/18/2014 | B. Bingham | 2.80 | Analyzed certain valuation footnote references back to source documents. |
| 3/18/2014 | J. Hyland | 2.90 | Analyzed proceeds allocation rebuttal report from an expert. |
| 3/18/2014 | N. Haslun | 2.90 | Analyzed one of the Debtors' allocation expert's report, in regards to the allocation process. |
| 3/18/2014 | A. Cowie | 2.90 | Analyzed expert report and associated rebuttal reports in regard to asset allocation process. |
| 3/18/2014 | J. Hyland | 2.90 | Analyzed authoritative literature on proceeds allocation. |
| 3/19/2014 | J. Hyland | 0.10 | Conducted call with A. Evans (counsel) re: proceeds allocation deposition preparation. |
| 3/19/2014 | C. Kearns | 0.20 | Read emails and related correspondence re: trial calendar. |
| 3/19/2014 | C. Kearns | 0.30 | Emailed with counsel during an expert's deposition. |
| 3/19/2014 | C. Kearns | 1.00 | Reviewed overall rebuttal summary prepared at request of counsel. |
| 3/19/2014 | N. Haslun | 1.30 | Analyzed one of the Debtors' IP allocation expert's report in regards to the allocation process. |
| 3/19/2014 | B. Bingham | 1.60 | Continued drafting specific deposition questions relating to valuation standards compliance based on analysis of an expert's report. |
| 3/19/2014 | J. Hyland | 1.70 | Prepared deposition points for counsel for a deposition of a proceeds allocation expert. |
| 3/19/2014 | N. Haslun | 1.90 | Analyzed one of the Debtors' allocation expert's report in regards to the allocation process. |
| 3/19/2014 | N. Haslun | 2.20 | Continued to analyze a certain Debtors' allocation expert's report in regards to the allocation process. |
| 3/19/2014 | B. Bingham | 2.50 | Drafted specific deposition questions relating to valuation standards compliance based on analysis of an expert's report. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 3/19/2014 | J. Hyland | 2.60 | Reviewed claims schedules and resulting creditor recoveries based upon a proceeds allocation assumption. |
| 3/19/2014 | B. Bingham | 2.60 | Drafted analysis of a certain expert's report in regard to valuation standards and procedures. |
| 3/19/2014 | N. Haslun | 2.60 | Continued to analyze a certain Debtors' allocation expert's report in regards to the allocation process. |
| 3/19/2014 | A. Cowie | 2.70 | Prepared deposition points for counsel in regard to certain expert report and associated rebuttal reports. |
| 3/19/2014 | A. Cowie | 2.80 | Continued to analyze certain expert report and related rebuttals in regard to asset allocation process. |
| 3/19/2014 | J. Hyland | 2.80 | Continued reviewing proceeds allocation expert report and related rebuttals. |
| 3/19/2014 | J. Hyland | 2.90 | Reviewed proceeds allocation expert report and related rebuttals. |
| 3/19/2014 | A. Cowie | 2.90 | Analyzed expert report and associated rebuttal reports in regard to asset allocation process. |
| 3/20/2014 | N. Haslun | 1.10 | Continued to analyze a certain Debtors' allocation expert's report in regards to the allocation process. |
| 3/20/2014 | N. Haslun | 2.10 | Analyzed one of the Debtors' allocation expert's report in regards to the allocation process. |
| 3/20/2014 | A. Cowie | 2.30 | Prepared deposition points for counsel in regard to certain expert report and associated rebuttal reports. |
| 3/20/2014 | J. Hyland | 2.30 | Continued reviewing exhibits of a proceeds allocation expert's report. |
| 3/20/2014 | J. Hyland | 2.40 | Continued reviewing exhibits of a proceeds allocation expert's report. |
| 3/20/2014 | N. Haslun | 2.40 | Analyzed one of the Debtors' allocation expert's report in regards to the allocation process. |
| 3/20/2014 | N. Haslun | 2.60 | Continued to analyze a certain Debtors' allocation expert's report in regards to the allocation process. |
| 3/20/2014 | J. Hyland | 2.80 | Prepared questions for deposition of a proceeds allocation expert. |
| 3/20/2014 | J. Hyland | 2.90 | Reviewed exhibits of a proceeds allocation expert's report. |
| 3/20/2014 | A. Cowie | 2.90 | Continued to prepare deposition points for counsel in regard to certain expert report and associated rebuttal reports. |
| 3/20/2014 | B. Bingham | 2.90 | Continued drafting deposition issues a certain allocation expert's valuation assumptions as to definition of value. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/20/2014 | A. Cowie | 2.90 | Analyzed expert report and associated rebuttal reports in regard to asset allocation process. |
| 3/21/2014 | C. Kearns | 1.00 | Met with B. Kahn and D. Botter (each of counsel) to discuss status of rebuttal/ discovery process and other matters. |
| 3/21/2014 | A. Cowie | 1.20 | Continued to prepare deposition points for counsel in regard to certain expert report and associated rebuttal reports. |
| 3/21/2014 | N. Haslun | 1.20 | Analyzed historical Nortel financial information in regards to the allocation process. |
| 3/21/2014 | C. Kearns | 1.30 | Reviewed deposition outline for upcoming depositions of opposing experts. |
| 3/21/2014 | J. Borow | 1.40 | Reviewed expert rebuttal reports. |
| 3/21/2014 | J. Hyland | 1.50 | Reviewed proceeds allocation opening expert report. |
| 3/21/2014 | N. Haslun | 1.50 | Continued to analyze a certain Debtors' allocation expert's report in regards to the allocation process. |
| 3/21/2014 | N. Haslun | 1.50 | Analyzed one of the Debtors' allocation expert's rebuttal report in regards to the allocation process. |
| 3/21/2014 | A. Cowie | 2.10 | Continued to analyze certain expert report and related rebuttals in regard to asset allocation process. |
| 3/21/2014 | A. Cowie | 2.20 | Prepared deposition points for counsel in regard to certain expert report and associated rebuttal reports. |
| 3/21/2014 | J. Hyland | 2.40 | Continued analyzing assumptions in proceeds allocation rebuttal report. |
| 3/21/2014 | N. Haslun | 2.40 | Analyzed one of the Debtors' allocation expert's report in regards to the allocation process. |
| 3/21/2014 | J. Hyland | 2.80 | Continued analyzing assumptions in proceeds allocation rebuttal report. |
| 3/21/2014 | A. Cowie | 2.90 | Analyzed expert report and associated rebuttal reports in regard to asset allocation process. |
| 3/21/2014 | J. Hyland | 2.90 | Analyzed assumptions in proceeds allocation rebuttal report. |
| 3/22/2014 | J. Hyland | 2.40 | Continued reviewing assumptions in proceeds allocation opening expert report. |
| 3/22/2014 | J. Hyland | 2.50 | Reviewed assumptions in proceeds allocation opening expert report. |
| 3/23/2014 | J. Hyland | 2.60 | Continued analyzing opening and rebuttal reports from proceeds allocation expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/23/2014 | J. Hyland | 2.80 | Analyzed opening and rebuttal reports from proceeds allocation expert. |
| 3/24/2014 | J. Hyland | 0.10 | Reviewed U.S. Debtors' 3/24/14 letter to Judge Gross re: trial times. |
| 3/24/2014 | J. Hyland | 0.10 | Conducted call with R. Johnson (counsel) re: a proceeds allocation expert's deposition. |
| 3/24/2014 | N. Haslun | 1.40 | Continued to analyze a certain claimants' allocation expert's report, in regards to the allocation process. |
| 3/24/2014 | C. Kearns | 1.50 | Read deposition transcript for a Debtor expert. |
| 3/24/2014 | J. Hyland | 1.70 | Reviewed and analyzed financial impact of proceeds allocation proposal. |
| 3/24/2014 | B. Bingham | 1.90 | Continued writing deposition questions for a certain estate expert in the asset allocation process. |
| 3/24/2014 | N. Haslun | 1.90 | Continued to analyze a certain claimants' allocation expert's report, in regards to the allocation process. |
| 3/24/2014 | A. Cowie | 2.40 | Continued to analyze certain expert report and related rebuttals in regard to asset allocation process. |
| 3/24/2014 | J. Hyland | 2.40 | Analyzed calculations in proceeds allocation expert report and rebuttal. |
| 3/24/2014 | N. Haslun | 2.40 | Analyzed a certain estate allocation expert's report, in regards to the allocation process. |
| 3/24/2014 | J. Hyland | 2.50 | Prepared deposition questions for counsel on a proceeds allocation expert report. |
| 3/24/2014 | N. Haslun | 2.70 | Continued to analyze a certain claimants' allocation expert's report, in regards to the allocation process. |
| 3/24/2014 | B. Bingham | 2.80 | Wrote deposition questions for a certain estate expert in the asset allocation process. |
| 3/24/2014 | J. Hyland | 2.80 | Reviewed deposition questions for a proceeds allocation expert. |
| 3/24/2014 | A. Cowie | 2.90 | Prepared deposition points for counsel in regard to certain expert report and associated rebuttal reports. |
| 3/24/2014 | J. Hyland | 2.90 | Analyzed proceeds allocation expert report at direction of counsel. |
| 3/24/2014 | A. Cowie | 2.90 | Analyzed certain expert report and associated rebuttal reports in regard to asset allocation process. |
| 3/25/2014 | J. Hyland | 0.20 | Conducted call with N. Stabile (counsel) re: proceeds allocation expert reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/25/2014 | C. Kearns | 0.40 | Evaluated proposed inter-Estate settlement allocation construct. |
| 3/25/2014 | C. Kearns | 0.50 | Participated in pre-meeting preparation with counsel. |
| 3/25/2014 | C. Kearns | 0.50 | Participated in part of a call with counsel, FTI, Milbank and Cleary to debrief after EMEA meeting with ad hocs. |
| 3/25/2014 | C. Kearns | 0.60 | Read deposition transcript for an allocation expert. |
| 3/25/2014 | C. Kearns | 0.60 | Prepared draft analysis for UCC re: potential inter-Estate settlement allocation construct. |
| 3/25/2014 | C. Kearns | 1.00 | Participated in post-meeting debrief with counsel and discussed next steps. |
| 3/25/2014 | N. Haslun | 1.20 | Analyzed one of the Debtors' allocation expert's report, in regards to the allocation process. |
| 3/25/2014 | C. Kearns | 1.30 | Participated in meeting with counsel, joint administrator and his counsel re: possible allocation construct. |
| 3/25/2014 | J. Hyland | 1.30 | Participated in call with N. Stabile, J. Yecies, and K. Herron (all with counsel), and Cleary re: rebuttal report from a proceeds allocation expert. |
| 3/25/2014 | N. Haslun | 1.30 | Analyzed one Debtors' allocation expert report in regards to the allocation process. |
| 3/25/2014 | J. Hyland | 1.50 | Reviewed deposition questions related to an allocation expert. |
| 3/25/2014 | A. Cowie | 1.60 | Continued to analyze certain expert report and related rebuttals in regard to asset allocation process. |
| 3/25/2014 | J. Hyland | 2.00 | Prepared deposition points for proceeds allocation expert. |
| 3/25/2014 | J. Hyland | 2.10 | Reviewed proceeds allocation recovery analyses. |
| 3/25/2014 | J. Hyland | 2.20 | Reviewed deposition questions for a proceeds allocation expert. |
| 3/25/2014 | A. Cowie | 2.20 | Prepared an analysis of proposed EMEA settlement. |
| 3/25/2014 | N. Haslun | 2.20 | Continued to analyzed a certain Debtors' allocation expert's report, in regards to the allocation process. |
| 3/25/2014 | A. Cowie | 2.30 | Continued to prepare deposition points for counsel in regard to certain expert report and associated rebuttal reports. |
| 3/25/2014 | N. Haslun | 2.60 | Analyzed potential allocations of proceeds in regards to the allocation process. |
| 3/25/2014 | A. Cowie | 2.80 | Analyzed a certain expert report and associated rebuttal reports in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/25/2014 | J. Hyland | 2.90 | Reviewed proceeds allocation expert report and prepared deposition questions. |
| 3/25/2014 | N. Haslun | 2.90 | Continued to analyze potential allocations of proceeds in regards to the allocation process. |
| 3/26/2014 | C. Kearns | 0.40 | Read deposition summary for additional Debtor expert. |
| 3/26/2014 | N. Haslun | 0.50 | Analyzed a Debtors' November 2013 Monthly Operating Report in regards to the allocation process. |
| 3/26/2014 | B. Bingham | 0.70 | Continued to research and respond to queries in regard to deposition questions and related source materials. |
| 3/26/2014 | C. Kearns | 1.20 | Reviewed final draft of analysis for UCC re: sensitivities around proposed inter-Estate construct. |
| 3/26/2014 | A. Cowie | 1.80 | Prepared deposition points for counsel in regard to certain expert report and associated rebuttal reports prepared in the asset allocation process. |
| 3/26/2014 | A. Cowie | 1.90 | Continued to prepare an analysis of proposed inter-Estate settlement. |
| 3/26/2014 | A. Cowie | 2.20 | Analyzed a certain expert report and associated rebuttal reports in regard to asset allocation process. |
| 3/26/2014 | J. Hyland | 2.40 | Reviewed proceeds allocation recovery calculations and related assumptions. |
| 3/26/2014 | N. Haslun | 2.40 | Continued to analyze potential allocation and recovery scenarios in regards to the allocation process. |
| 3/26/2014 | N. Haslun | 2.40 | Continued to analyze potential allocation and recovery scenarios in regards to the allocation process. |
| 3/26/2014 | J. Hyland | 2.40 | Continued reviewing questions for proceeds allocation expert. |
| 3/26/2014 | J. Hyland | 2.50 | Reviewed questions for proceeds allocation expert. |
| 3/26/2014 | J. Hyland | 2.70 | Prepared potential deposition topics for counsel re: proceeds allocation expert. |
| 3/26/2014 | A. Cowie | 2.80 | Prepared an analysis of proposed settlement. |
| 3/26/2014 | N. Haslun | 2.80 | Analyzed potential allocation and scenarios in regards to the allocation process. |
| 3/26/2014 | B. Bingham | 2.90 | Researched and responded to queries in regard to deposition questions and related source materials. |
| 3/27/2014 | J. Hyland | 0.10 | Conducted call with J. Yecies (counsel) re: allocation depositions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/27/2014 | N. Haslun | 0.50 | Analyzed the deposition summary of the a Debtors' expert, in regards to the allocation process. |
| 3/27/2014 | C. Kearns | 0.60 | Participated in post call discussion to counsel re: proceeds allocation next steps. |
| 3/27/2014 | J. Hyland | 0.70 | Reviewed questions for proceeds allocation expert. |
| 3/27/2014 | C. Kearns | 0.80 | Constructed further analysis of proposed construct to evaluate possible alternatives. |
| 3/27/2014 | J. Hyland | 1.20 | Reviewed proceeds allocation narrative. |
| 3/27/2014 | J. Hyland | 1.30 | Prepared potential proceeds allocation methodology. |
| 3/27/2014 | C. Kearns | 1.40 | Analyzed proceeds allocation approaches from the estates. |
| 3/27/2014 | J. Hyland | 1.40 | Analyzed proceeds allocation expert report and provided comments to counsel. |
| 3/27/2014 | J. Hyland | 1.50 | Reviewed proceeds allocation recovery assumptions and calculations. |
| 3/27/2014 | J. Hyland | 1.60 | Reviewed final deposition questions re: proceeds allocation deposition deponent. |
| 3/27/2014 | J. Hyland | 2.00 | Reviewed final deposition questions re: proceeds allocation deposition deponent. |
| 3/27/2014 | A. Cowie | 2.30 | Continued to analyze certain expert report and related rebuttals in regard to asset allocation process. |
| 3/27/2014 | N. Haslun | 2.50 | Analyzed deposition transcript of a certain estate's expert, in regards to the allocation process. |
| 3/27/2014 | A. Cowie | 2.80 | Analyzed certain expert report and associated rebuttal reports for counsel in preparation for depositions. |
| 3/27/2014 | A. Cowie | 2.90 | Analyzed second expert report and associated rebuttal reports for counsel in preparation for depositions. |
| 3/28/2014 | J. Borow | 0.40 | Continued to review deposition information and related analyses. |
| 3/28/2014 | J. Hyland | 0.70 | Conducted call with M. Kennedy (Chilmark) re: proceeds allocation methodologies, Estates' assets, and Estates' claims. |
| 3/28/2014 | C. Kearns | 1.00 | Continued to analyze and evaluate possible alternatives re: settlement construct. |
| 3/28/2014 | N. Haslun | 2.60 | Continued to analyze Nortel historical financial information in regards to the allocation process. |

**Capstone Advisory Group, LLC**
**Invoice for the 3/1/2014-3/31/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/28/2014 | A. Cowie | 2.70 | Prepared deposition points for counsel in regard to second expert report and associated rebuttal reports. |
| 3/28/2014 | A. Cowie | 2.70 | Continued to prepare deposition points for counsel in regard to second expert report and associated rebuttal reports. |
| 3/28/2014 | N. Haslun | 2.70 | Analyzed Nortel historical financial information in regards to the allocation process. |
| 3/28/2014 | J. Hyland | 2.80 | Reviewed expert report in preparation for upcoming deposition re: proceeds allocation. |
| 3/28/2014 | J. Borow | 2.80 | Reviewed deposition information and related analyses. |
| 3/28/2014 | N. Haslun | 2.90 | Continued to analyze Nortel historical financial information in regards to the allocation process. |
| 3/28/2014 | A. Cowie | 2.90 | Analyzed second expert report and associated rebuttal reports for counsel in preparation for depositions. |
| 3/30/2014 | J. Hyland | 2.00 | Reviewed supporting cited documents for proceeds allocation expert report. |
| 3/30/2014 | J. Hyland | 2.40 | Reviewed deposition outline for proceeds allocation deponent. |
| 3/31/2014 | J. Hyland | 0.10 | Continued live streaming a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |
| 3/31/2014 | J. Hyland | 0.60 | Continued live streaming a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |
| 3/31/2014 | J. Hyland | 0.70 | Continued live streaming a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |
| 3/31/2014 | C. Kearns | 1.00 | Listed issues to be addressed with an estate and discussed with counsel. |
| 3/31/2014 | J. Hyland | 1.00 | Continued live streaming a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |
| 3/31/2014 | J. Hyland | 1.00 | Continued live streaming a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |
| 3/31/2014 | J. Borow | 1.10 | Reviewed scenarios re: recovery analyses. |
| 3/31/2014 | J. Hyland | 1.10 | Analyzed results from deposition of proceeds allocation expert. |
| 3/31/2014 | J. Hyland | 1.20 | Continued live streaming a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |
| 3/31/2014 | J. Hyland | 1.20 | Continued live streaming a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/31/2014 | J. Hyland | 1.30 | Continued live streaming a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |
| 3/31/2014 | J. Hyland | 1.40 | Live-streamed a portion of the deposition of a proceeds allocation expert and provided comments to counsel. |
| 3/31/2014 | N. Haslun | 1.60 | Continued to analyze Nortel historical financial information in regards to the allocation process. |
| 3/31/2014 | N. Haslun | 1.70 | Continued to analyze Nortel historical financial information in regards to the allocation process. |
| 3/31/2014 | J. Hyland | 1.80 | Reviewed deposition question outline in preparation for the proceeds allocation expert. |
| 3/31/2014 | N. Haslun | 2.20 | Continued to analyze Nortel historical financial information in regards to the allocation process. |
| 3/31/2014 | N. Haslun | 2.50 | Analyzed Nortel historical financial information in regards to the allocation process. |
| 3/31/2014 | A. Cowie | 2.70 | Continued to prepare recovery model in regard to an inter-Estate settlement proposal. |
| 3/31/2014 | A. Cowie | 2.70 | Continued to prepare recovery model in regard to an inter-Estate settlement proposal. |
| 3/31/2014 | A. Cowie | 2.90 | Analyzed settlement proposal and impact on allocations. |
| Subtotal | | 692.20 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/12/2014 | J. Blum | 0.30 | Continued to prepare February fee application. |
| 3/12/2014 | M. Haverkamp | 1.60 | Prepared February fee application. |
| 3/12/2014 | J. Blum | 1.60 | Prepared February fee application. |
| 3/12/2014 | J. Blum | 2.70 | Prepared February fee application. |
| 3/13/2014 | J. Blum | 1.00 | Prepared February fee application. |
| 3/13/2014 | M. Haverkamp | 1.00 | Prepared February fee application. |
| 3/13/2014 | M. Haverkamp | 1.20 | Continued to prepare February fee application. |
| 3/13/2014 | M. Haverkamp | 1.50 | Continued to prepare February fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/13/2014 | J. Blum | 1.90 | Prepared February fee application. |
| 3/17/2014 | J. Blum | 0.50 | Worked on February's pre-bill for the fee application. |
| 3/17/2014 | M. Haverkamp | 0.50 | Prepared February fee application. |
| 3/23/2014 | J. Hyland | 1.30 | Reviewed first draft of February fee application. |
| 3/24/2014 | J. Blum | 0.50 | Worked on February's pre-bill for the fee application. |
| 3/25/2014 | J. Blum | 0.60 | Worked on February's pre-bill for the fee application. |
| 3/25/2014 | M. Haverkamp | 0.60 | Prepared February fee application. |
| Subtotal | | 16.80 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/6/2014 | J. Hyland | 0.10 | Prepared for UCC call with UCC members and professionals. |
| 3/6/2014 | J. Borow | 0.40 | Prepared to attend and participate in meeting with UCC and counsel to UCC. |
| 3/6/2014 | C. Kearns | 1.00 | Participated in weekly UCC call with UCC members/ participants. |
| 3/6/2014 | J. Hyland | 1.00 | Participated in UCC call with UCC members and professionals. |
| 3/6/2014 | J. Borow | 1.00 | Participated in meeting with UCC and counsel to UCC. |
| 3/13/2014 | J. Hyland | 0.60 | Participated in weekly UCC call with UCC professionals and members. |
| 3/13/2014 | J. Hyland | 1.10 | Prepared for UCC call by reviewing documents distributed by counsel. |
| 3/20/2014 | C. Kearns | 0.30 | Participated in part of update call with UCC. |
| 3/20/2014 | J. Borow | 0.40 | Prepared to attend meeting with UCC and professionals. |
| 3/20/2014 | J. Hyland | 0.50 | Participated in UCC call with UCC professionals and members. |
| 3/20/2014 | J. Borow | 0.50 | Participated in meeting with UCC and professionals. |
| 3/20/2014 | J. Hyland | 0.70 | Reviewed distributed materials to UCC for the UCC call. |
| 3/27/2014 | C. Kearns | 0.50 | Prepared for call with UCC - reviewed and analyzed a Debtors' allocation construct to disseminate to our group. |
| 3/27/2014 | J. Hyland | 0.80 | Prepared for UCC call by reviewing UCC distributed documents. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/27/2014 | J. Hyland | 1.50 | Participated in weekly UCC call with UCC members and professionals. |
| Subtotal | | 10.40 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/7/2014 | J. Hyland | 0.80 | Reviewed Canadian claims schedule as of March 6, 2014. |
| 3/7/2014 | J. Hyland | 2.00 | Analyzed US and EMEA claims. |
| 3/12/2014 | J. Hyland | 1.80 | Reviewed claims details and amounts for each estate. |
| 3/25/2014 | C. Kearns | 0.20 | Emailed with counsel re: tax claim issues. |
| 3/28/2014 | J. Hyland | 0.50 | Participated in call with D. Botter and B. Kahn (both counsel) re: claims. |
| 3/28/2014 | J. Hyland | 2.00 | Continued analyzing U.S. claims and cross-border claims. |
| 3/28/2014 | J. Hyland | 2.90 | Analyzed US claims and cross-border claims. |
| 3/31/2014 | C. Griffin | 1.00 | Retrieved daily prices for all publically traded Nortel bonds and notes. |
| Subtotal | | 11.20 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/17/2014 | A. Cowie | 1.60 | Analyzed Canadian Monitor 103rd and 104th Reports in regard to potential impact on creditor recoveries. |
| Subtotal | | 1.60 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/6/2014 | J. Hyland | 0.40 | Reviewed NNL cash forecast. |
| Subtotal | | 0.40 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/3/2014 | B. Frizzell | 2.40 | Reviewed expert rebuttal reports re: IP proceeds allocation. |
| 3/4/2014 | B. Frizzell | 1.30 | Reviewed rebuttal reports re: IP proceeds allocation. |
| 3/5/2014 | B. Frizzell | 2.80 | Reviewed expert rebuttal reports re: IP proceeds allocation. |
| 3/6/2014 | B. Frizzell | 1.10 | Continued to review expert rebuttal reports re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/6/2014 | B. Frizzell | 1.60 | Reviewed sources cited in rebuttal expert reports re: IP proceeds allocation. |
| 3/6/2014 | B. Frizzell | 2.20 | Reviewed expert rebuttal reports re: IP proceeds allocation. |
| 3/7/2014 | B. Frizzell | 1.50 | Analyzed data from expert rebuttals re: IP proceeds allocation. |
| 3/7/2014 | B. Frizzell | 1.80 | Continued to review rebuttal report materials re: IP proceeds allocation. |
| 3/7/2014 | B. Frizzell | 2.00 | Reviewed rebuttal report materials re: IP proceeds allocation. |
| 3/8/2014 | B. Frizzell | 0.80 | Reviewed rebuttal report materials re: IP proceeds allocation. |
| 3/8/2014 | B. Frizzell | 1.10 | Continued to review rebuttal report materials re: IP proceeds allocation. |
| 3/10/2014 | M. Dansky | 0.60 | Reviewed documents related to expert depositions. |
| 3/10/2014 | B. Frizzell | 1.40 | Researched issues from expert rebuttal reports re: IP proceeds allocation. |
| 3/10/2014 | B. Kullberg | 1.50 | Reviewed expert reports re: IP allocation methods. |
| 3/10/2014 | B. Frizzell | 2.40 | Continued to review rebuttal report materials re: IP proceeds allocation. |
| 3/10/2014 | B. Frizzell | 2.70 | Reviewed rebuttal report materials re: IP proceeds allocation. |
| 3/11/2014 | M. Dansky | 0.30 | Analyzed IP expert's position on proceeds allocation. |
| 3/11/2014 | B. Kullberg | 1.00 | Reviewed expert reports re: IP allocation. |
| 3/11/2014 | B. Frizzell | 1.50 | Attended IP portion of working session meeting with counsel to discuss expert rebuttal reports re: IP proceeds allocation. |
| 3/11/2014 | B. Frizzell | 2.30 | Prepared for expert depositions re: IP proceeds allocation. |
| 3/11/2014 | B. Kullberg | 2.50 | Reviewed expert report re: IP proceeds allocation methodology. |
| 3/11/2014 | B. Frizzell | 2.70 | Reviewed rebuttal report materials re: IP proceeds allocation. |
| 3/12/2014 | B. Frizzell | 1.20 | Reviewed source documents for expert deposition preparation re: IP proceeds allocation. |
| 3/12/2014 | B. Frizzell | 1.30 | Edited write-up for deposition prep re: IP proceeds allocation. |
| 3/12/2014 | B. Frizzell | 1.90 | Continued to review materials for expert witness depositions re: IP proceeds allocation. |
| 3/12/2014 | B. Frizzell | 1.90 | Continued to review materials for expert witness depositions re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/12/2014 | B. Frizzell | 2.60 | Reviewed materials for expert deposition preparation re: IP proceeds allocation. |
| 3/12/2014 | B. Frizzell | 2.60 | Researched deposition issues re: IP proceeds allocation. |
| 3/13/2014 | B. Kullberg | 0.50 | Reviewed draft deposition outline re: IP. |
| 3/13/2014 | B. Frizzell | 1.90 | Continued to research deposition issues re: IP proceeds allocation. |
| 3/13/2014 | B. Frizzell | 2.30 | Edited deposition preparation write-up re: IP proceeds allocation. |
| 3/13/2014 | B. Frizzell | 2.80 | Researched deposition issues re: IP proceeds allocation. |
| 3/14/2014 | B. Frizzell | 2.50 | Researched issues for deposition preparation re: IP proceeds allocation. |
| 3/14/2014 | B. Frizzell | 2.60 | Reviewed and summarized expert rebuttal points for deposition preparation re: IP proceeds allocation. |
| 3/17/2014 | B. Frizzell | 0.60 | Searched document repository for cited documents re: IP proceeds allocation. |
| 3/17/2014 | B. Frizzell | 1.20 | Reviewed online research for deposition preparation re: IP proceeds allocation. |
| 3/17/2014 | B. Frizzell | 1.80 | Continued to review research source documents for deposition preparation re: IP proceeds allocation. |
| 3/17/2014 | B. Frizzell | 2.50 | Reviewed research documents for deposition preparation re: IP proceeds allocation. |
| 3/17/2014 | B. Frizzell | 2.70 | Analyzed cited source data for deposition preparation re: IP proceeds allocation. |
| 3/17/2014 | A. Drobish | 2.90 | Analyzed licensing analysis related to a certain expert's deposition preparation. |
| 3/17/2014 | A. Drobish | 2.90 | Analyzed licensing analysis related to a certain expert's deposition preparation. |
| 3/18/2014 | B. Frizzell | 0.80 | Continued reviewing expert materials in preparation for deposition re: IP proceeds allocation. |
| 3/18/2014 | B. Frizzell | 1.60 | Continued preparation of topics for a certain expert's deposition re: IP proceeds allocation. |
| 3/18/2014 | B. Frizzell | 1.90 | Reviewed expert materials in preparation for deposition re: IP proceeds allocation. |
| 3/18/2014 | B. Frizzell | 2.20 | Prepared topics for an expert's deposition re: IP proceeds allocation. |
| 3/19/2014 | B. Frizzell | 0.30 | Continued attending an IP expert's deposition at Cleary offices. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/19/2014 | B. Frizzell | 0.40 | Reviewed a Debtors' expert's errata re: IP proceeds allocation. |
| 3/19/2014 | B. Frizzell | 0.50 | Continued attending an IP expert's deposition at Cleary offices. |
| 3/19/2014 | B. Frizzell | 0.50 | Continued attending an IP expert's deposition at Cleary offices. |
| 3/19/2014 | B. Frizzell | 0.50 | Continued attending an IP expert's deposition at Cleary offices. |
| 3/19/2014 | B. Frizzell | 0.50 | Continued attending an IP expert's deposition at Cleary offices. |
| 3/19/2014 | B. Frizzell | 0.70 | Continued attending an IP expert's deposition at Cleary offices. |
| 3/19/2014 | B. Frizzell | 0.70 | Continued attending an IP expert's deposition at Cleary offices. |
| 3/19/2014 | B. Frizzell | 0.90 | Reviewed issues from an estate expert's deposition re: IP proceeds allocation. |
| 3/19/2014 | B. Frizzell | 0.90 | Prepared for an expert's deposition re: IP proceeds allocation. |
| 3/19/2014 | B. Frizzell | 0.90 | Continued preparation for a certain IP expert's deposition at Cleary offices. |
| 3/19/2014 | B. Frizzell | 1.00 | Continued preparation for a certain IP expert's deposition at Cleary offices. |
| 3/19/2014 | B. Frizzell | 1.60 | Attended deposition of a Debtors' IP expert. |
| 3/20/2014 | B. Kullberg | 0.50 | Participated in call with counsel re: IP allocation. |
| 3/20/2014 | B. Frizzell | 1.40 | Reviewed expert witness documents re: IP proceeds allocation. |
| 3/20/2014 | M. Dansky | 1.60 | Reviewed expert depositions on IP allocation. |
| 3/20/2014 | B. Frizzell | 2.10 | Prepared expert witness materials re: IP proceeds allocation. |
| 3/21/2014 | B. Frizzell | 1.20 | Researched expert deposition issues re: IP proceeds allocation. |
| 3/21/2014 | N. Haslun | 1.60 | Analyzed one of the Debtors' IP allocation expert's report, in regards to the allocation process. |
| 3/21/2014 | B. Frizzell | 2.60 | Reviewed expert materials for deposition prep re: IP proceeds allocation. |
| 3/21/2014 | B. Frizzell | 2.70 | Prepared expert witness materials re: IP proceeds allocation. |
| 3/24/2014 | B. Frizzell | 0.60 | Continued preparing materials for expert depositions re: IP proceeds allocation. |
| 3/24/2014 | M. Dansky | 1.00 | Continued the review of IP deposition transcripts. |
| 3/24/2014 | B. Frizzell | 1.30 | Reviewed expert materials for deposition prep re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/24/2014 | B. Frizzell | 1.70 | Researched expert issues re: IP proceeds allocation. |
| 3/24/2014 | B. Frizzell | 1.70 | Prepared materials for expert depositions re: IP proceeds allocation. |
| 3/24/2014 | M. Dansky | 1.90 | Reviewed IP depositions transcripts for a Debtors' expert. |
| 3/24/2014 | B. Kullberg | 2.00 | Reviewed expert deposition transcript re: IP allocation. |
| 3/24/2014 | B. Frizzell | 2.00 | Continued reviewing expert materials for deposition preparation re: IP proceeds allocation. |
| 3/25/2014 | B. Frizzell | 1.70 | Researched issues for expert depositions re: IP proceeds allocation. |
| 3/25/2014 | B. Frizzell | 2.00 | Continued preparing materials for expert depositions re: IP proceeds allocation. |
| 3/25/2014 | B. Frizzell | 2.40 | Continued preparing materials for expert depositions re: IP proceeds allocation. |
| 3/25/2014 | B. Frizzell | 2.50 | Continued preparing materials for expert depositions re: IP proceeds allocation. |
| 3/25/2014 | B. Frizzell | 2.90 | Prepared materials for expert depositions re: IP proceeds allocation. |
| 3/26/2014 | B. Frizzell | 0.60 | Reviewed materials for expert deposition re: IP proceeds allocation. |
| 3/26/2014 | B. Frizzell | 0.70 | Continued preparing materials for expert depositions re: IP proceeds allocation. |
| 3/26/2014 | B. Frizzell | 0.80 | Researched issues for expert deposition re: IP proceeds allocation. |
| 3/26/2014 | B. Frizzell | 1.30 | Continued preparing materials for expert depositions re: IP proceeds allocation. |
| 3/26/2014 | B. Frizzell | 2.50 | Continued preparing materials for expert depositions re: IP proceeds allocation. |
| 3/26/2014 | B. Frizzell | 2.90 | Prepared materials for expert deposition re: IP proceeds allocation. |
| 3/26/2014 | B. Frizzell | 2.90 | Continued preparing materials for expert depositions re: IP proceeds allocation. |
| 3/27/2014 | B. Frizzell | 0.80 | Reviewed analysis for expert deposition preparation re: IP proceeds allocation. |
| 3/27/2014 | B. Frizzell | 2.00 | Researched issues for expert depositions re: IP proceeds allocation. |
| 3/27/2014 | B. Frizzell | 2.30 | Reviewed expert materials for deposition prep re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/27/2014 | N. Haslun | 2.30 | Continued to analyze deposition transcript of a certain Debtors' IP expert, in regards to the allocation process. |
| 3/27/2014 | N. Haslun | 2.70 | Continued to analyze deposition transcript of a certain Debtors' IP expert, in regards to the allocation process. |
| 3/28/2014 | B. Frizzell | 0.90 | Researched expert deposition issues re: IP proceeds allocation. |
| 3/28/2014 | B. Frizzell | 1.40 | Continued the review of expert reports for deposition preparation re: IP proceeds allocation. |
| 3/28/2014 | B. Frizzell | 2.70 | Reviewed expert reports for deposition preparation re: IP proceeds allocation. |
| 3/30/2014 | B. Frizzell | 0.70 | Continued to review expert reports in preparation for deposition re: IP proceeds allocation. |
| 3/30/2014 | B. Frizzell | 1.10 | Reviewed expert reports in preparation for deposition re: IP proceeds allocation. |
| 3/30/2014 | B. Frizzell | 1.40 | Reviewed materials in preparation for expert deposition re: IP proceeds allocation. |
| 3/30/2014 | B. Frizzell | 2.20 | Continued to review expert reports in preparation for deposition re: IP proceeds allocation. |
| 3/31/2014 | B. Frizzell | 0.20 | Continued to review materials in preparation for deposition of a certain IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 0.40 | Continued to review materials in preparation for deposition of a certain IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 0.60 | Continued to review materials in preparation for deposition of a certain IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 0.60 | Continued to attend deposition of a certain estate's expert re: IP proceeds allocation. |
| 3/31/2014 | B. Frizzell | 0.60 | Continued to attend deposition of a certain estate's expert re: IP proceeds allocation. |
| 3/31/2014 | B. Frizzell | 0.70 | Continued to attend deposition of a certain estate's expert re: IP proceeds allocation. |
| 3/31/2014 | B. Frizzell | 0.80 | Continued to review materials in preparation for deposition of a certain IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 0.90 | Continued to review materials in preparation for deposition of a certain IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 1.00 | Continued to attend deposition of a certain estate's expert re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 3/31/2014 | B. Frizzell | 1.10 | Reviewed materials in preparation for deposition of a Debtors' IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 1.20 | Continued to review materials and notes from deposition of an IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 1.20 | Continued to attend deposition of a certain estate's IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 1.30 | Continued to attend deposition of a certain estate's IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 1.40 | Reviewed exhibits from IP deposition of a Debtors' IP expert re: proceeds allocation. |
| 3/31/2014 | B. Frizzell | 1.40 | Attended IP expert deposition of an allocation expert re: IP proceeds allocation. |
| Subtotal | | 175.10 | |
| **Total Hours** | | **907.70** | |