**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 3/1/2014 through 3/31/2014**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 3/6/2014 | B. Frizzell | Roundtrip coach airfare for ORD to LGA for meeting with counsel. | $759.00 |
| 3/10/2014 | J. Hyland | Coach airfare to NYC from Chicago for proceeds allocation meeting with counsel. | $864.00 |
| 3/18/2014 | B. Frizzell | Roundtrip coach airfare ORD-LGA for Nortel meeting. | $917.98 |
| 3/25/2014 | B. Frizzell | Roundtrip coach airfare from Chicago to Toronto for expert deposition. | $1,183.74 |
| 3/31/2014 | C. Kearns | Roundtrip coach airfare from NY to Toronto for 4/1/14. | $806.00 |
| **Subtotal - Airfare/ Train** | | | **$4,530.72** |
| **Auto Rental/Taxi** | | | |
| 3/10/2014 | J. Hyland | Taxi from NY airport to hotel for proceeds allocation meeting. | $90.50 |
| 3/10/2014 | B. Frizzell | Taxi fare from LGA to hotel while traveling. | $47.19 |
| 3/10/2014 | B. Frizzell | Taxi to ORD from home while traveling. | $37.00 |
| 3/11/2014 | J. Hyland | Taxi to airport from NYC office during proceeds allocation meeting trip. | $91.20 |
| 3/11/2014 | B. Frizzell | Taxi from ORD to home while traveling. | $40.00 |
| 3/11/2014 | B. Frizzell | Taxi from meeting to LGA while traveling. | $38.19 |
| 3/18/2014 | B. Frizzell | Taxi from LGA to hotel while traveling. | $51.30 |
| 3/18/2014 | B. Frizzell | Taxi from home to ORD for NY trip. | $38.00 |
| 3/18/2014 | B. Frizzell | Cab fare while traveling in NY. | $9.00 |
| 3/19/2014 | B. Frizzell | Cab fare while traveling from NY office to deposition. | $17.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/19/2014 | B. Frizzell | Cab fare while traveling from NY office to deposition. | $7.00 |
| 3/20/2014 | B. Frizzell | Taxi from NY to LGA while traveling. | $57.90 |
| 3/20/2014 | B. Frizzell | Taxi from ORD to Home during NY trip. | $40.00 |
| 3/30/2014 | B. Frizzell | Taxi from Pearson to Hotel while traveling. | $65.00 |
| 3/30/2014 | B. Frizzell | Taxi from home to ORD for Toronto travel. | $37.00 |
| 3/31/2014 | B. Frizzell | Taxi from Toronto to Pearson while traveling. | $63.25 |
| 3/31/2014 | B. Frizzell | Taxi from ORD to home. | $41.00 |// 
| **Subtotal - Auto Rental/Taxi** | | | **$770.53** |

**Hotel**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/11/2014 | J. Hyland | Hotel in NYC for one day at reasonable and customary rate excluding additional charges for allocation meeting with counsel. | $381.03 |
| 3/11/2014 | B. Frizzell | Hotel room for 1 night at reasonable and customary rate excluding other charges while traveling to NYC. | $346.61 |
| 3/19/2014 | B. Frizzell | Hotel for 1 night at reasonable and customary rate excluding other charges while traveling to NYC. | $401.91 |
| 3/20/2014 | B. Frizzell | Hotel for 1 night at reasonable and customary rate excluding other charges while traveling to NYC. | $401.91 |
| 3/31/2014 | B. Frizzell | Hotel for 1 night at reasonable and customary rate excluding other charges while traveling to Toronto. | $411.80 |
| **Subtotal - Hotel** | | | **$1,943.26** |

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/10/2014 | B. Frizzell | Dinner during NY trip. | $35.00 |
| 3/10/2014 | B. Frizzell | Meal while traveling in NYC. | $26.00 |
| 3/10/2014 | J. Hyland | Meal in NYC during proceeds allocation meeting with counsel. | $14.19 |
| 3/10/2014 | B. Frizzell | Meal while traveling in NYC. | $5.47 |
| 3/11/2014 | J. Hyland | Meal during NYC trip for proceeds allocation meeting. | $13.51 |
| 3/11/2014 | J. Hyland | Meal during NYC trip for proceeds allocation meeting. | $13.07 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/11/2014 | B. Frizzell | Meal while traveling in NYC. | $7.00 |
| 3/11/2014 | B. Frizzell | Meal while traveling in NYC. | $5.00 |
| 3/18/2014 | B. Frizzell | Meal while traveling in NYC. | $25.00 |
| 3/18/2014 | B. Frizzell | Meal while traveling in NYC. | $19.25 |
| 3/18/2014 | B. Frizzell | Meal while traveling in NYC. | $10.28 |
| 3/19/2014 | B. Frizzell | Meal while traveling in NYC. | $39.00 |
| 3/19/2014 | B. Frizzell | Meal while traveling in NYC. | $29.00 |
| 3/19/2014 | B. Frizzell | Meal while traveling in NYC. | $9.34 |
| 3/20/2014 | B. Frizzell | Meal while traveling in NYC. | $10.23 |
| 3/20/2014 | B. Frizzell | Meal while traveling in NYC. | $8.50 |
| 3/21/2014 | C. Kearns | Lunch with C. Kearns, D. Botter and B. Kahn (latter two from Akin) to discuss matters related to ongoing litigation. | $177.80 |
| 3/30/2014 | B. Frizzell | Meal in Toronto while traveling. | $44.76 |
| 3/30/2014 | B. Frizzell | Meal while traveling in Toronto. | $17.50 |
| 3/30/2014 | B. Frizzell | Meal while traveling in Toronto. | $5.00 |
| 3/31/2014 | B. Frizzell | Meal while traveling in Toronto. | $31.00 |
| 3/31/2014 | B. Frizzell | Meal for B. Frizzell and J. Yecies (Akin) before deposition while in Toronto. | $18.98 |
| 3/31/2014 | B. Frizzell | Meal while traveling in Toronto. | $17.63 |
| 3/31/2014 | B. Frizzell | Meal while traveling in Toronto. | $12.09 |
| **Subtotal - Meals** | | | **$594.60** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/10/2014 | J. Hyland | Local mileage to/from O'Hare for proceeds allocation meeting with counsel in NYC. | $23.52 |
| **Subtotal - Mileage** | | | **$23.52** |

Capstone Advisory Group, LLC  
Invoice for the 3/1/2014-3/31/2014 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Parking/ Tolls** | | | |
| 3/10/2014 | J. Hyland | Tolls to/from airport for proceeds allocation meeting with counsel in NYC. | $1.60 |
| 3/11/2014 | J. Hyland | Parking at O'Hare during NYC trip. | $40.00 |
| **Subtotal - Parking/ Tolls** | | | **$41.60** |
| **Postage/ FedEx** | | | |
| 3/4/2014 | CAG Direct | Postage to ship documents from NY to Chicago office for proceeds allocation. | $13.98 |
| **Subtotal - Postage/ FedEx** | | | **$13.98** |
| **Telecom** | | | |
| 3/3/2014 | J. Borow | Telecom charges for international roaming charges directly allocable to Nortel. | $353.16 |
| 3/18/2014 | B. Frizzell | In flight Wi-Fi to work on Nortel. | $12.00 |
| 3/20/2014 | B. Frizzell | In-flight Wi-Fi for working on Nortel. | $12.00 |
| 3/31/2014 | B. Frizzell | International data fee while traveling in Toronto. | $25.00 |
| **Subtotal - Telecom** | | | **$402.16** |
| **For the Period 3/1/2014 through 3/31/2014** | | | **$8,320.37** |