**EXHIBIT B**



Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

T 416 863 4511
F 416 863 4592

Salans FMC SNR Denton
dentons.com

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

INVOICE # 3039115

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| April 28, 2014 | 538462-000001 | Mike Kaplan |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 43,224.50 |
| Disbursements | | 1,942.29 |
| Total Amount Due | $ | 45,166.79 CDN |

**DENTONS CANADA LLP**

Per: _____
Mike Kaplan

---

**Payment Options:**

**Cheques:**
Cheques payable to Dentons Canada LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Dentons Canada LLP and
your account number is 538462. Please email us at
Edm.Accounting@dentons.com referencing invoice number and payment
amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 2 of 12  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 03-Feb-14 | BLG | 0029 | Review of email correspondence from counsel regarding January 29 joint allocation pre-trial conference memorandum, and bondholder group disclosure request. | 0.4 |
| 03-Feb-14 | RSK | 0029 | Review of email correspondence from Core Parties regarding Bondholder request for disclosure. | 0.3 |
| 03-Feb-14 | RSK | 0029 | Review of further revised pre-trial conference memo. | 0.2 |
| 03-Feb-14 | MJW | 0003 | Prepare December 2013 fee application. | 1.4 |
| 03-Feb-14 | MJW | 0029 | Continued review and analysis of core parties expert reports for allocation litigation. | 1.6 |
| 03-Feb-14 | MJW | 0029 | Review revised memo of results of joint pre-trial conference regarding trial protocol, and correspondence from multiple core parties' counsel. | 0.3 |
| 03-Feb-14 | MJW | 0003 | Prepare January 2014 fee account. | 1.4 |
| 03-Feb-14 | AF | 0029 | Assist Cleary/Akin Gump lawyers in connection with preparation for allocation litigation depositions. | 2.8 |
| 04-Feb-14 | PJC | 0029 | Review instructions regarding retention of academic expert for allocation litigation. | 0.3 |
| 04-Feb-14 | BLG | 0029 | Call and email correspondence with Dentons team and NNI's Cdn. counsel regarding Cdn. expert witness and reporting for allocation litigation to and obtaining instructions from Akin Gump regarding same. | 0.8 |
| 04-Feb-14 | BLG | 0029 | Email correspondence from core parties regarding trial protocol. | 0.4 |
| 04-Feb-14 | RSK | 0029 | Review of core party positions on pre-trial conference memo and proposed meeting in Toronto. | 0.3 |
| 04-Feb-14 | RSK | 0029 | Review and exchange of correspondence regarding expert rebuttal witness. | 0.3 |
| 04-Feb-14 | MJW | 0003 | Continue preparation of January, 2014 fee account. | 0.7 |
| 04-Feb-14 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding expert witness due diligence for allocation trial. | 0.3 |
| 04-Feb-14 | MJW | 0029 | Review correspondence from core parties regarding allocation litigation document production. | 0.3 |
| 04-Feb-14 | RCJ | 0012 | Analysis of cross-border claims issues and resolution. | 1.4 |
| 04-Feb-14 | AF | 0029 | Assist Cleary/Akin Gump lawyers in connection with preparation for allocation litigation depositions. | 1.9 |
| 05-Feb-14 | BLG | 0029 | Review email correspondence from core parties regarding date for Toronto meeting for allocation litigation, next steps and approved pre-trial conference memorandum from | 0.8 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 3 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | January 29 hearing. | |
| 05-Feb-14 | BLG | 0029 | Update and follow up with P. Cavanagh regarding allocation litigation developments. | 0.2 |
| 05-Feb-14 | BLG | 0031 | Review of two motions by Canadian debtors and explanatory cover email and Notice of Motion. | 0.4 |
| 05-Feb-14 | RSK | 0029 | Exchanged emails with Dentons team regarding core party meeting for allocation litigation. | 0.2 |
| 05-Feb-14 | RSK | 0029 | Review of correspondence from Canadian Debtors to Justice Morawetz and final pre-trial conference memo. | 0.2 |
| 05-Feb-14 | RSK | 0029 | Review of core party correspondence regarding trial preparations. | 0.2 |
| 05-Feb-14 | MJW | 0029 | Review revised memo of joint hearing decision regarding allocation trial protocol. | 0.3 |
| 05-Feb-14 | MJW | 0031 | Review correspondence to Canadian court and final pre-trial conference memo from joint court conference. | 0.2 |
| 05-Feb-14 | MJW | 0029 | Review correspondence from multiple core parties regarding allocation litigation next steps and core parties meeting. | 0.2 |
| 05-Feb-14 | AF | 0029 | Assist Akin Gump lawyers in connection with preparation for allocation litigation depositions. | 2.5 |
| 06-Feb-14 | BLG | 0029 | Participate in UCC meeting call. | 0.5 |
| 06-Feb-14 | BLG | 0029 | Confer with S. Kukulowicz regarding expert reports. | 0.1 |
| 06-Feb-14 | BLG | 0031 | Review of reports regarding two February motions brought by NNL and Monitor. | 0.4 |
| 06-Feb-14 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 06-Feb-14 | RSK | 0031 | Review of motion of Canadian Debtors and Monitor regarding amendments to Escrow Agreements. | 0.9 |
| 06-Feb-14 | RSK | 0031 | Review of motion record and Monitor's report of Canadian Debtors and Monitor regarding stay against proceedings commenced by French Liquidator. | 1.2 |
| 06-Feb-14 | MJW | 0007 | Attend on UCC call with advisors. | 0.5 |
| 06-Feb-14 | MJW | 0031 | Review Canadian motion record and related Monitor's report regarding Canadian motion to approve escrow funds agreements amendments and change of investments. | 0.8 |
| 06-Feb-14 | MJW | 0031 | Correspondence to UCC advisors with Monitor's report with Canadian debtors financial update. | 0.2 |
| 06-Feb-14 | MJW | 0031 | Review Canadian motion record and related Monitor's report regarding French claims and proceedings against the Canadian debtors. | 1.2 |
| 06-Feb-14 | MJW | 0031 | Report to Akin Gump regarding Canadian motions and UCC positions. | 0.5 |
| 06-Feb-14 | MJW | 0031 | Call with NNI's Canadian counsel regarding Canadian motions and review correspondence regarding same. | 0.3 |
| 06-Feb-14 | RCJ | 0031 | Review Canadian Monitor/NNL motion records regarding | 0.8 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 4 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | amendment to escrow agreements and French proceedings. | |
| 06-Feb-14 | RCJ | 0007 | Participate in Committee call. | 0.5 |
| 07-Feb-14 | BLG | 0031 | Review of email correspondence regarding Canadian motions. | 0.5 |
| 07-Feb-14 | BLG | 0029 | Review of email correspondence regarding revision of dates and working group for agreed statement of fact. | 0.3 |
| 07-Feb-14 | RSK | 0031 | Review of correspondence from Monitor and Akin Gump regarding motion for amendments to Escrow Agreements and relief in connection with French Proceedings. | 0.3 |
| 07-Feb-14 | MJW | 0031 | Review correspondence from Canadian counsel regarding Canadian motion relating to French proceedings. | 0.1 |
| 07-Feb-14 | MJW | 0031 | Call with Monitor's Canadian counsel regarding Canadian motion relating to French proceedings. | 0.2 |
| 07-Feb-14 | MJW | 0031 | Email correspondence to and from Akin Gump regarding Canadian motion relating to French proceedings against Canadian debtors. | 0.3 |
| 07-Feb-14 | MJW | 0029 | Review correspondence from counsel for Canadian debtors regarding allocation litigation core party meeting. | 0.1 |
| 10-Feb-14 | BLG | 0031 | Review of email correspondence regarding endorsement of Morawetz J. from Canadian motion regarding escrow funds. | 0.1 |
| 10-Feb-14 | BLG | 0029 | Review of email correspondence regarding dispute over clarifications and corrections to deposition evidence. | 0.2 |
| 10-Feb-14 | RSK | 0031 | Review of Canadian Court endorsement regarding amendment to escrow agreements. | 0.2 |
| 10-Feb-14 | MJW | 0031 | Review issued Canadian court order and endorsement regarding escrow distribution agreement amendments. | 0.2 |
| 10-Feb-14 | MJW | 0029 | Review correspondence from counsel to Canadian debtors, and call to Akin Gump regarding related allocation litigation issues. | 0.2 |
| 10-Feb-14 | MJW | 0029 | Review correspondence from counsel for U.S. debtors regarding allocation litigation depositions. | 0.1 |
| 12-Feb-14 | BLG | 0031 | Review of correspondence from Justice Morawetz regarding change of trial judge to Justice Newbould and email correspondence regarding same. | 0.6 |
| 12-Feb-14 | RSK | 0031 | Review of correspondence from Justice Morawetz regarding trial being heard by Justice Newbould. | 0.2 |
| 12-Feb-14 | RSK | 0029 | Office conference with Dentons team and exchange of emails with Akin Gump regarding Justice Newbould. | 0.5 |
| 12-Feb-14 | MJW | 0031 | Review correspondence from Canadian court regarding new judge for trial, confer with Dentons lawyers and email correspondence to and from Akin Gump regarding same. | 0.5 |
| 12-Feb-14 | RCJ | 0031 | Email correspondence with Akin Gump team regarding judicial change and Newbould background. | 0.2 |
| 12-Feb-14 | AF | 0029 | Assist Akin Gump lawyers in connection with preparation for allocation litigation depositions. | 0.2 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 5 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 13-Feb-14 | BLG | 0007 | Participate in UCC call. | 0.5 |
| 13-Feb-14 | BLG | 0031 | Instruct to clerk for assembly of material requested by Akin Gump, review same and forward to Akin Gump. | 0.3 |
| 13-Feb-14 | RSK | 0029 | Review of background material for Justice Newbould. | 0.3 |
| 13-Feb-14 | RSK | 0031 | Participated in Committee call. | 0.5 |
| 13-Feb-14 | MJW | 0007 | Attend on UCC call with advisors. | 0.5 |
| 14-Feb-14 | RSK | 0029 | Review of prior decisions of Justice Newbould to prepare for allocation litigation. | 0.5 |
| 14-Feb-14 | RCJ | 0029 | Diligence on Justice Newbould issues. | 0.3 |
| 14-Feb-14 | RCJ | 0007 | Participate in Committee call. | 0.5 |
| 14-Feb-14 | RCJ | 0012 | Claims diligence and analysis. | 1.4 |
| 18-Feb-14 | PJC | 0029 | Review correspondence from R. Jacobs regarding Agreed Statement of Facts. | 0.3 |
| 18-Feb-14 | BLG | 0029 | Review of email correspondence regarding document productions. | 0.2 |
| 18-Feb-14 | BLG | 0029 | Review of email correspondence regarding allocation litigation preparation and instruct librarian and student regarding response. | 0.8 |
| 18-Feb-14 | RSK | 0031 | Due diligence for allocation trial. | 0.5 |
| 18-Feb-14 | MJW | 0029 | Review correspondence from counsel to core parties regarding allocation litigation expert reports. | 0.1 |
| 18-Feb-14 | MJW | 0029 | Review correspondence from Akin Gump regarding allocation litigation and related Canadian issues, and confer with Dentons team regarding same. | 0.3 |
| 18-Feb-14 | MJW | 0029 | Review report to Akin Gump regarding Canadian litigation issues in relation to allocation litigation. | 0.3 |
| 18-Feb-14 | MJW | 0031 | Review draft responses of Canadian debtors and Monitor in connection with Canadian leave for appeal application and cross-appeal leave application to Supreme Court of Canada by the Ontario Ministry of the Environment. | 0.4 |
| 18-Feb-14 | RCJ | 0029 | Continue work on trial prep and strategic issue analysis. | 2.3 |
| 18-Feb-14 | RCJ | 0029 | Consider Newbould decisions and related issues relevant for allocation trial. | 0.9 |
| 19-Feb-14 | PJC | 0029 | Telephone call with R. Jacobs. (0.2) Review of draft responses for litigation, and report to Dentons team. (1.0) | 1.2 |
| 19-Feb-14 | BLG | 0029 | Review of email correspondence regarding draft response to Representative Witness responses, confer with R. Jacobs and review P. Cavanagh comments. | 0.4 |
| 19-Feb-14 | BLG | 0029 | Instructions to student regarding Canadian case law summary. | 0.2 |
| 19-Feb-14 | BLG | 0029 | Email correspondence to Akin Gump regarding expert witnesses. | 0.1 |
| 19-Feb-14 | RSK | 0029 | Review of representative witness questions. | 0.6 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3039115
Page 6 of 12
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 19-Feb-14 | RSK | 0031 | Review of draft reply factum regarding appeal by Nortel Canada of MOE environmental decision. | 0.4 |
| 19-Feb-14 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding allocation litigation and responses to representative witness questions. | 0.3 |
| 19-Feb-14 | MJW | 0029 | Review rep witness questions response summary. | 0.4 |
| 19-Feb-14 | RCJ | 0029 | Review from Akin Gump draft of rep witness answers. | 0.5 |
| 19-Feb-14 | RCJ | 0029 | Discussion with B. Grossman regarding draft rep witness answers. | 0.1 |
| 20-Feb-14 | BLG | 0007 | Participate in UCC meeting call. | 0.5 |
| 20-Feb-14 | BLG | 0029 | Review of Canadian case law summary for Akin Gump and provide comments. | 0.5 |
| 20-Feb-14 | BLG | 0029 | Review of correspondence regarding deposition corrections and productions of US Debtors. | 0.1 |
| 20-Feb-14 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 20-Feb-14 | RSK | 0029 | Review of memo summarizing Justice Newbould's decisions involving expert testimony. | 0.3 |
| 20-Feb-14 | MJW | 0007 | Attend on Committee call with advisors. | 0.5 |
| 20-Feb-14 | RCJ | 0007 | Participated in Committee call. | 0.5 |
| 20-Feb-14 | RCJ | 0029 | Detailed review of memo on Newbould decisions and related issues. | 1.3 |
| 21-Feb-14 | BLG | 0029 | Review of email correspondence from Akin Gump regarding caselaw summary. | 0.2 |
| 21-Feb-14 | BLG | 0029 | Review of email correspondence from Cleary regarding rebuttal expert reports. | 0.1 |
| 21-Feb-14 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding allocation litigation issues. | 0.2 |
| 24-Feb-14 | BLG | 0029 | Review of correspondence from Akin Gump and respond to Akin Gump regarding Canadian procedural practice. | 1.0 |
| 24-Feb-14 | BLG | 0029 | Email correspondence regarding allocation litigation document productions. | 0.1 |
| 24-Feb-14 | RSK | 0029 | Review of correspondence from Akin Gump regarding expert witnesses and responses. | 0.3 |
| 24-Feb-14 | RSK | 0029 | Email to Akin Gump regarding litigation theories. | 0.2 |
| 24-Feb-14 | MJW | 0012 | Calls with Akin Gump regarding Canadian estate claims. | 0.2 |
| 24-Feb-14 | MJW | 0012 | Review Monitor's reports and analyze Canadian estate claims. | 0.8 |
| 24-Feb-14 | RCJ | 0029 | Consider allocation position issues and trial strategy. | 0.8 |
| 24-Feb-14 | RCJ | 0031 | Email correspondence with Akin Gump and Dentons teams regarding litigation. | 0.4 |
| 26-Feb-14 | RSK | 0029 | Review correspondence regarding allocation litigation meeting. | 0.2 |
| 26-Feb-14 | RCJ | 0012 | Telephone call with Akin Gump regarding claims issues. | 0.1 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 7 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 26-Feb-14 | RCJ | 0012 | Claims diligence and analysis. | 0.4 |
| 27-Feb-14 | RSK | 0007 | Participated in Committee call. | 0.4 |
| 27-Feb-14 | RSK | 0029 | Review of proposal from Cleary regarding trial procedure. | 0.2 |
| 27-Feb-14 | MJW | 0029 | Attend on conference call with Committee and advisors. | 0.4 |
| 27-Feb-14 | MJW | 0029 | Review correspondence regarding allocation litigation meeting for core parties and proposals regarding various litigation issues. | 0.3 |
| 27-Feb-14 | MJW | 0029 | Review allocation litigation expert witness deposition schedule and related correspondence. | 0.2 |
| 27-Feb-14 | RCJ | 0007 | Participate in Committee call. | 0.4 |
| | | | Total | 59.9 |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra Frederick | Student | Students - Ottawa | | 7.4 | $165.00 | $1,221.00 |
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 10.7 | $775.00 | $8,292.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 16.8 | $795.00 | $13,356.00 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 1.8 | $775.00 | $1,395.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 12.8 | $750.00 | $9,600.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 10.4 | $900.00 | $9,360.00 |
| TOTAL | | | | 59.9 | CDN. | $43,224.50 |

**TOTAL PROFESSIONAL FEES**                                                           $   43,224.50

**NON-TAXABLE DISBURSEMENTS**
| | |
|---|---:|
| Binding Books / Documents | $ 31.00 |
| Conference Call charges | 25.08 |
| Courier & Delivery | 300.80 |
| Long Distance Telephone Calls | 18.36 |
| Meals & Beverages | 1,030.27 |
| Photocopy & Printing Charges | 482.30 |
| Postage | 3.05 |
| Transportation Costs | 51.43 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $ 1,942.29 |

**TOTAL DISBURSEMENTS**                                                                       1,942.29

**TOTAL AMOUNT DUE**                                                                  $   45,166.79 CDN

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 8 of 12  
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0003 | Dentons Fee Application/Monthly Billing Reports | 3.5 | 2,782.50 |
| 0007 | Creditors Committee Meetings | 5.8 | 4,652.50 |
| 0012 | General Claims Analysis/Claims Objections | 4.3 | 3,270.00 |
| 0029 | Intercompany Analysis | 33.5 | 22,011.50 |
| 0031 | Canadian Proceedings/Matters | 12.8 | 10,508.00 |
|  | Total | 59.9 | $43,224.50 |

**TOTAL PROFESSIONAL FEES** $ 43,224.50

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 9 of 12  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 30-Nov-13 | InterCall/RyanJacobs/Inv 1742301284 | 1.00 | 4.27 |
| 30-Nov-13 | InterCall/RyanJacobs/Inv 1742301284 | 1.00 | 5.08 |
| 30-Nov-13 | InterCall/RyanJacobs/Inv 1742301284 | 1.00 | 7.22 |
| 30-Nov-13 | InterCall/RyanJacobs/Inv 1742301284 | 1.00 | 6.05 |
| 31-Jan-14 | InterCall/ShayneKukulowicz/Inv 1742358049 | 1.00 | 2.46 |
| 31-Jan-14 | Beck Taxi/Inv 1721-061/Document Delivery to M.Wunder Jan | 1.00 | 25.71 |
| 03-Feb-14 | Telephone;12127686802;New YorkNY;4417 | 1.00 | 8.67 |
| 03-Feb-14 | Laser Copy;Waugh,Stephanie | 1.00 | 0.10 |
| 03-Feb-14 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 04-Feb-14 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 04-Feb-14 | Laser Copy;NELSON M | 160.00 | 16.00 |
| 05-Feb-14 | Laser Copy;DamaniA | 3.00 | 0.30 |
| 05-Feb-14 | Telephone;12129185207;New YorkNY;4715 | 1.00 | 8.67 |
| 05-Feb-14 | Laser Copy;mccallenm | 30.00 | 3.00 |
| 05-Feb-14 | Laser Copy;MCDONALA | 637.00 | 63.70 |
| 05-Feb-14 | Laser Copy;NELSON M | 78.00 | 7.80 |
| 05-Feb-14 | Laser Copy;WUNDER M | 17.00 | 1.70 |
| 05-Feb-14 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 06-Feb-14 | Laser Copy;jacobsr | 69.00 | 6.90 |
| 06-Feb-14 | Tabs / Binders | 1.00 | 17.20 |
| 06-Feb-14 | Laser Copy;WUNDER M | 38.00 | 3.80 |
| 06-Feb-14 | Laser Copy;NELSON M | 114.00 | 11.40 |
| 07-Feb-14 | Laser Copy;Erandio, N. | 8.00 | 0.80 |
| 07-Feb-14 | Laser Copy;NELSON M | 98.00 | 9.80 |
| 07-Feb-14 | Laser Copy;WUNDER M | 21.00 | 2.10 |
| 07-Feb-14 | Custom Tabs | 1.00 | 9.00 |
| 07-Feb-14 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 10-Feb-14 | Telephone;12128728027;New YorkNY;4715 | 1.00 | 1.02 |
| 10-Feb-14 | Laser Copy;mccallenm | 6.00 | 0.60 |
| 10-Feb-14 | Laser Copy;SINGH, Neha | 20.00 | 2.00 |
| 10-Feb-14 | Laser Copy;Waugh,Stephanie | 44.00 | 4.40 |
| 10-Feb-14 | Laser Copy;WUNDER M | 32.00 | 3.20 |
| 10-Feb-14 | Laser Copy;jacobsr | 101.00 | 10.10 |
| 12-Feb-14 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 12-Feb-14 | Laser Copy;NELSON M | 2.00 | 0.20 |

DENTONS CANADA LLP                                          INVOICE 3039115
The Official Committee of Unsecured Creditors                  Page 10 of 12
Re: Nortel Networks Inc., et al.                         Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 12-Feb-14 | Laser Copy;SINGH, Neha | 1.00 | 0.10 |
| 12-Feb-14 | Laser Copy;Waugh,Stephanie | 1.00 | 0.10 |
| 12-Feb-14 | Laser Copy;jacobsr | 40.00 | 4.00 |
| 13-Feb-14 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 13-Feb-14 | Colour Photocopy;mccallenm | 17.00 | 17.00 |
| 13-Feb-14 | Color Laser Printing | 28.00 | 2.80 |
| 13-Feb-14 | Photocopy;mccallenm | 1.00 | 0.10 |
| 13-Feb-14 | Photocopy;mccallenm | 645.00 | 64.50 |
| 13-Feb-14 | Photocopy;mccallenm | 26.00 | 2.60 |
| 13-Feb-14 | Meals and Beverages - Green Rebel - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 6, 2014 | 1.00 | 132.71 |
| 13-Feb-14 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 13-Feb-14 | Meals and Beverages - Green Rebel - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions February 4, 2014 | 1.00 | 185.82 |
| 13-Feb-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Cafe - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 5, 2014 | 1.00 | 138.50 |
| 14-Feb-14 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 14-Feb-14 | Laser Copy;WUNDER M | 9.00 | 0.90 |
| 14-Feb-14 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 18-Feb-14 | Laser Copy;NELSON M | 82.00 | 8.20 |
| 18-Feb-14 | Photocopy;mccallenm | 106.00 | 10.60 |
| 18-Feb-14 | Photocopy;mccallenm | 11.00 | 1.10 |
| 18-Feb-14 | Color Laser Printing | 105.00 | 10.50 |
| 18-Feb-14 | Laser Copy;mccallenm | 1.00 | 0.10 |
| 18-Feb-14 | Laser Copy;WUNDER M | 62.00 | 6.20 |
| 18-Feb-14 | Photocopy;mccallenm | 82.00 | 8.20 |
| 18-Feb-14 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 19-Feb-14 | Photocopy;mccallenm | 2.00 | 0.20 |
| 19-Feb-14 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 19-Feb-14 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 19-Feb-14 | Laser Copy;KUKULOWI | 16.00 | 1.60 |
| 19-Feb-14 | Laser Copy;NELSON M | 61.00 | 6.10 |
| 20-Feb-14 | Laser Copy;mccallenm | 408.00 | 40.80 |
| 20-Feb-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Cafe - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 11, 2014 | 1.00 | 98.60 |
| 20-Feb-14 | Laser Copy;NELSON M | 196.00 | 19.60 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 11 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 20-Feb-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Cafe - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 13, 2014 | 1.00 | 122.50 |
| 21-Feb-14 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 21-Feb-14 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 24-Feb-14 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 24-Feb-14 | Photocopy;SINGH, Neha | 10.00 | 1.00 |
| 24-Feb-14 | Laser Copy;NELSON M | 349.00 | 34.90 |
| 24-Feb-14 | Laser Copy;SINGH, Neha | 9.00 | 0.90 |
| 24-Feb-14 | Photocopy;mccallenm | 21.00 | 2.10 |
| 24-Feb-14 | Laser Copy;jacobsr | 52.00 | 5.20 |
| 24-Feb-14 | Photocopy;SINGH, Neha | 1.00 | 0.10 |
| 25-Feb-14 | Color Laser Printing | 11.00 | 1.10 |
| 25-Feb-14 | Laser Copy;NELSON M | 236.00 | 23.60 |
| 25-Feb-14 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 26-Feb-14 | Laser Copy;Waugh,Stephanie | 46.00 | 4.60 |
| 26-Feb-14 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 27-Feb-14 | Laser Copy;jacobsr | 46.00 | 4.60 |
| 28-Feb-14 | Laser Copy;jacobsr | 14.00 | 1.40 |
| 28-Feb-14 | Beck Taxi/Inv 1721-062/Michael Wunder Feb 21/14 | 1.00 | 25.72 |
| 28-Feb-14 | Tabs / Cerlox / Clear Cover | 1.00 | 4.80 |
| 28-Feb-14 | Laser Copy;DamaniA | 340.00 | 34.00 |
| 06-Mar-14 | Courier & Delivery - FedEx | 1.00 | 192.40 |
| 06-Mar-14 | Courier & Delivery - FedEx | 1.00 | 108.40 |
| 12-Mar-14 | Meals and Beverages - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 14, 2014 | 1.00 | 62.00 |
| 12-Mar-14 | Photocopy;SINGH, Neha | 1.00 | 0.10 |
| 12-Mar-14 | Meals and Beverages/Marcello's- Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 14, 2014 | 1.00 | 18.22 |
| 12-Mar-14 | Meals and Beverages – P.J. Quigley's/Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 12, 2014 | 1.00 | 134.07 |
| 13-Mar-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Café/ Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 10, 2014 | 1.00 | 120.00 |
| 13-Mar-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Café/ Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 7, 2014 | 1.00 | 17.85 |
| 21-Mar-14 | Laser Copy;mccallenm | 2.00 | 0.20 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 12 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 21-Mar-14 | Postage | 1.00 | 3.05 |

**TOTAL** CDN. $ 1,942.29