# EXHIBIT C

Legal*10954331.3

## DISBURSEMENT SUMMARY
## FEBRUARY 1 TO FEBRUARY 28, 2013
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| Non-Taxable Disbursements | |
| Binding Books/Documents | $ 31.00 |
| Conference Call charges | $ 25.08 |
| Courier & Delivery | $ 300.80 |
| Long Distance Telephone Calls | $ 18.36 |
| Meals & Beverages | $ 1,030.27 |
| Photocopy & Printing Charges | $ 482.30 |
| Postage | $ 3.05 |
| Transportation Costs | $ 51.43 |
| Total Non-Taxable Disbursements | $1,942.29 CDN. |