**EXHIBIT D**

Legal*10954331.3

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 9 of 12  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 30-Nov-13 | InterCall/RyanJacobs/Inv 1742301284 | 1.00 | 4.27 |
| 30-Nov-13 | InterCall/RyanJacobs/Inv 1742301284 | 1.00 | 5.08 |
| 30-Nov-13 | InterCall/RyanJacobs/Inv 1742301284 | 1.00 | 7.22 |
| 30-Nov-13 | InterCall/RyanJacobs/Inv 1742301284 | 1.00 | 6.05 |
| 31-Jan-14 | InterCall/ShayneKukulowicz/Inv 1742358049 | 1.00 | 2.46 |
| 31-Jan-14 | Beck Taxi/Inv 1721-061/Document Delivery to M.Wunder Jan | 1.00 | 25.71 |
| 03-Feb-14 | Telephone;12127686802;New YorkNY;4417 | 1.00 | 8.67 |
| 03-Feb-14 | Laser Copy;Waugh,Stephanie | 1.00 | 0.10 |
| 03-Feb-14 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 04-Feb-14 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 04-Feb-14 | Laser Copy;NELSON M | 160.00 | 16.00 |
| 05-Feb-14 | Laser Copy;DamaniA | 3.00 | 0.30 |
| 05-Feb-14 | Telephone;12129185207;New YorkNY;4715 | 1.00 | 8.67 |
| 05-Feb-14 | Laser Copy;mccallenm | 30.00 | 3.00 |
| 05-Feb-14 | Laser Copy;MCDONALA | 637.00 | 63.70 |
| 05-Feb-14 | Laser Copy;NELSON M | 78.00 | 7.80 |
| 05-Feb-14 | Laser Copy;WUNDER M | 17.00 | 1.70 |
| 05-Feb-14 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 06-Feb-14 | Laser Copy;jacobsr | 69.00 | 6.90 |
| 06-Feb-14 | Tabs / Binders | 1.00 | 17.20 |
| 06-Feb-14 | Laser Copy;WUNDER M | 38.00 | 3.80 |
| 06-Feb-14 | Laser Copy;NELSON M | 114.00 | 11.40 |
| 07-Feb-14 | Laser Copy;Erandio, N. | 8.00 | 0.80 |
| 07-Feb-14 | Laser Copy;NELSON M | 98.00 | 9.80 |
| 07-Feb-14 | Laser Copy;WUNDER M | 21.00 | 2.10 |
| 07-Feb-14 | Custom Tabs | 1.00 | 9.00 |
| 07-Feb-14 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 10-Feb-14 | Telephone;12128728027;New YorkNY;4715 | 1.00 | 1.02 |
| 10-Feb-14 | Laser Copy;mccallenm | 6.00 | 0.60 |
| 10-Feb-14 | Laser Copy;SINGH, Neha | 20.00 | 2.00 |
| 10-Feb-14 | Laser Copy;Waugh,Stephanie | 44.00 | 4.40 |
| 10-Feb-14 | Laser Copy;WUNDER M | 32.00 | 3.20 |
| 10-Feb-14 | Laser Copy;jacobsr | 101.00 | 10.10 |
| 12-Feb-14 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 12-Feb-14 | Laser Copy;NELSON M | 2.00 | 0.20 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 10 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 12-Feb-14 | Laser Copy;SINGH, Neha | 1.00 | 0.10 |
| 12-Feb-14 | Laser Copy;Waugh,Stephanie | 1.00 | 0.10 |
| 12-Feb-14 | Laser Copy;jacobsr | 40.00 | 4.00 |
| 13-Feb-14 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 13-Feb-14 | Colour Photocopy;mccallenm | 17.00 | 17.00 |
| 13-Feb-14 | Color Laser Printing | 28.00 | 2.80 |
| 13-Feb-14 | Photocopy;mccallenm | 1.00 | 0.10 |
| 13-Feb-14 | Photocopy;mccallenm | 645.00 | 64.50 |
| 13-Feb-14 | Photocopy;mccallenm | 26.00 | 2.60 |
| 13-Feb-14 | Meals and Beverages - Green Rebel - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 6, 2014 | 1.00 | 132.71 |
| 13-Feb-14 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 13-Feb-14 | Meals and Beverages - Green Rebel - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions February 4, 2014 | 1.00 | 185.82 |
| 13-Feb-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Cafe - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 5, 2014 | 1.00 | 138.50 |
| 14-Feb-14 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 14-Feb-14 | Laser Copy;WUNDER M | 9.00 | 0.90 |
| 14-Feb-14 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 18-Feb-14 | Laser Copy;NELSON M | 82.00 | 8.20 |
| 18-Feb-14 | Photocopy;mccallenm | 106.00 | 10.60 |
| 18-Feb-14 | Photocopy;mccallenm | 11.00 | 1.10 |
| 18-Feb-14 | Color Laser Printing | 105.00 | 10.50 |
| 18-Feb-14 | Laser Copy;mccallenm | 1.00 | 0.10 |
| 18-Feb-14 | Laser Copy;WUNDER M | 62.00 | 6.20 |
| 18-Feb-14 | Photocopy;mccallenm | 82.00 | 8.20 |
| 18-Feb-14 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 19-Feb-14 | Photocopy;mccallenm | 2.00 | 0.20 |
| 19-Feb-14 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 19-Feb-14 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 19-Feb-14 | Laser Copy;KUKULOWI | 16.00 | 1.60 |
| 19-Feb-14 | Laser Copy;NELSON M | 61.00 | 6.10 |
| 20-Feb-14 | Laser Copy;mccallenm | 408.00 | 40.80 |
| 20-Feb-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Cafe - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 11, 2014 | 1.00 | 98.60 |
| 20-Feb-14 | Laser Copy;NELSON M | 196.00 | 19.60 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 11 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 20-Feb-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Cafe - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 13, 2014 | 1.00 | 122.50 |
| 21-Feb-14 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 21-Feb-14 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 24-Feb-14 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 24-Feb-14 | Photocopy;SINGH, Neha | 10.00 | 1.00 |
| 24-Feb-14 | Laser Copy;NELSON M | 349.00 | 34.90 |
| 24-Feb-14 | Laser Copy;SINGH, Neha | 9.00 | 0.90 |
| 24-Feb-14 | Photocopy;mccallenm | 21.00 | 2.10 |
| 24-Feb-14 | Laser Copy;jacobsr | 52.00 | 5.20 |
| 24-Feb-14 | Photocopy;SINGH, Neha | 1.00 | 0.10 |
| 25-Feb-14 | Color Laser Printing | 11.00 | 1.10 |
| 25-Feb-14 | Laser Copy;NELSON M | 236.00 | 23.60 |
| 25-Feb-14 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 26-Feb-14 | Laser Copy;Waugh,Stephanie | 46.00 | 4.60 |
| 26-Feb-14 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 27-Feb-14 | Laser Copy;jacobsr | 46.00 | 4.60 |
| 28-Feb-14 | Laser Copy;jacobsr | 14.00 | 1.40 |
| 28-Feb-14 | Beck Taxi/Inv 1721-062/Michael Wunder Feb 21/14 | 1.00 | 25.72 |
| 28-Feb-14 | Tabs / Cerlox / Clear Cover | 1.00 | 4.80 |
| 28-Feb-14 | Laser Copy;DamaniA | 340.00 | 34.00 |
| 06-Mar-14 | Courier & Delivery - FedEx | 1.00 | 192.40 |
| 06-Mar-14 | Courier & Delivery - FedEx | 1.00 | 108.40 |
| 12-Mar-14 | Meals and Beverages - Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 14, 2014 | 1.00 | 62.00 |
| 12-Mar-14 | Photocopy;SINGH, Neha | 1.00 | 0.10 |
| 12-Mar-14 | Meals and Beverages/Marcello's- Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 14, 2014 | 1.00 | 18.22 |
| 12-Mar-14 | Meals and Beverages – P.J. Quigley's/Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 12, 2014 | 1.00 | 134.07 |
| 13-Mar-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Café/ Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 10, 2014 | 1.00 | 120.00 |
| 13-Mar-14 | Meals and Beverages - 1202442 Ontario Ltd C/O le Monde Fresh Food Café/ Working meal for Cleary and Akin Gump lawyers in Ottawa during depositions - February 7, 2014 | 1.00 | 17.85 |
| 21-Mar-14 | Laser Copy;mccallenm | 2.00 | 0.20 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3039115  
Page 12 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 21-Mar-14 | Postage | 1.00 | 3.05 |

**TOTAL**                                CDN. $ 1,942.29