# EXHIBIT E

Legal*10954331.3

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra Frederick | Student | Students - Ottawa | | 7.4 | $165.00 | $1,221.00 |
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 10.7 | $775.00 | $8,292.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 16.8 | $795.00 | $13,356.00 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 1.8 | $775.00 | $1,395.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 12.8 | $750.00 | $9,600.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 10.4 | $900.00 | $9,360.00 |
| | | | | | | |
| TOTAL | | | | 59.9 | CDN. | $43,224.50 |