

mobility directly within the IP layer of the network at least as good as that currently provided in circuit voice cellular networks.

Starting with IPv6 as a base (both for its application to UMTS and 3G networks, and for its relatively open status in the IETF), the team identified the deficiencies of existing mobility proposals and defined a number of extensions to IPv6 to address them. These included:
- Filtered Router Alerts (FRA), which allow edge routers to efficiently identify packets containing location update information
- Zero Overhead Diversion (ZOD), which provided a scheme to redirect packets with little or no signaling overhead
- Path Directed Encapsulating Security Payload (PD-ESP), which extended the existing ESP encryption protocol to provide end-to-end security across multiple networks.

These enhancements have also been captured as IETF drafts and have been submitted to the appropriate working groups for comment. In most cases, the Next Steps in Signaling (NSIS) group has provided the most interest and feedback, although the Mobile IP (MIP) group has also been active. At the same time, the team has developed a software-based router prototype to implement the proposed enhancements. The prototype is capable of seamlessly redirecting IPv6 packets between moving nodes without loss, and without revealing the mobile's current location to correspondent nodes. An implementation for end-to-end security and encryption has been planned, but has not yet been implemented.



The IPv6 mobility program also caught the attention of a number of customers who are looking at next generation mobile networks, most notably NTT Docomo in Japan. They have been very supportive of our activities, and wanted to engage us in an ongoing technology program in IP mobility. Unfortunately, we were forced to decline the invitation, due to a lack of funding and resources, but we continue to get inquiries from customers involved in next generation network design. To date, the IPv6 mobility program has tangibly demonstrated that it is possible to extend the IP layer of the network to directly support mobility requirements. What remains to be done with this program is to complete the definition of the end-to-end security solution, and to drive the IETF to adopt the corresponding standards enhancements, initially for IPv6 and later for IPv4.

### 2.3 GSM Business Impact

*Location*
We undertook an E911 location study at the request of the GSM business. This study was specifically aimed at determining the impact of using GPS as an absolute timing reference for measuring the base station BCCH timing. This approach contrasts with the current technique which measures the relative timing between local base stations and requires multiple additional antennas. The GPS based absolute measurement technique offers a significantly lower cost solution, subject to obtaining a high level of accuracy from the GPS measurements.
The GPS performance analysis was based on a WTL GPS simulation tool originally developed for navigation analysis but updated to evaluate timing performance. Satellite visibility obscuration in a representative base station environment was modelled together with the specific architecture features of GSM's candidate GPS receivers. Base station clock performance was also modelled to determine the fundamental accuracy achievable with the GPS configuration.



Recommendations were made on the optimum GPS configuration for this application and key issues were identified which related directly to current problems being experienced by GSM and Cambridge positioning Systems (CPS), the providers of the E-OTD E911 technology. GSM requested that the report be shared directly with CPS. A novel reporting architecture was also proposed which would significantly reduce SMS backhaul and also improve reporting accuracy. GSM are considering the implementation of this approach and the DOI filing is under evaluation.

*Multi-beam*

We have innovated a smart antenna solution to provide the potential for approximately 80% capacity improvement in a spectrum limited GSM network (e.g. 5MHz spectrum allocation). This solution adopts the basic multi-beam antenna principle developed previously for the Sprint IS-95 CDMA AABS trial. For the GSM application we are proposing a two beam per sector configuration which can make use of a slightly slimmer antenna facet compared with the AABS design. The RF feeder cable requirement (i.e. bundle size and weight) would be comparable to an existing cellsite configuration deploying conventional sector antennas. Overall, the multi-beam design offers an attractive route to provide significant capacity gains for GSM with minimum requirement for hardware and software development. Detailed discussions on the proposed design and likely performance gains are currently being held with GSM PLM and initial contact with Cingular is underway to scope a possible trial of the multibeam antenna concept. (Note: The diagram shown here is a prototype multibeam facet developed by WTL. This shows the original CDMA facet, the antenna facet for GSM would be only 70% the width).



*Multi Carrier GERAN (MC-GERAN)*

MC-GERAN can provide both voice and data with high scalable services and global GSM coverage. We have studied a multi-carrier concept for GSM/EDGE (MC-GERAN) that could allow a competitive data and voice solution relative to 1xCDMA while maintaining the standards unchanged or with minor extensions.

The proposed solution is to combine multiple GERAN carriers of 200 kHz to form a fat pipe for both uplink and downlink in order to get high data rates. GSM/GERAN divides the spectrum into pieces of 200 kHz channels and each channel is further divided into 8 slots. With our re-designed frequency re-use plan, MC-GERAN can easily configure 6 carriers (total 1.2 MHz band width) for downlink and 2 carriers (400 kHz) for uplink without increasing the stretch of the ADC range. MC-GERAN can provide very competitive data throughput. By using 1.2 MHz bandwidth, the peak rate can be as high as 2.8 Mbps versus 2.4 Mbps for 1xEVDO with 1.25 MHz spectrum and 2.4 Mbps for 3GPP/UMTS with 5 MHz spectrum.



The simulated aggregated throughput for MGERAN is 972.8 kbps per sector with a 1/3 frequency re-use plan and TU50 propagation environment with the current Nortel EDGE implementation. In the same environment, 1xEVDO aggregated throughput is 530 kbps.

In order to implement MC-GERAN, Nortel EDGE products need to be enhanced in the following two areas: Nortel PCU (packet control unit) and RRM (radio resource management). The best strategy may be to find a strategic terminal partner and provide our terminal IPR to them.

**Highly Confidential**    NNI_01353242



### 2.4  Business Impact in Mid Term (CDMA/UMTS/GSM)

Converged BTS
As part of mid term cost reduction, we investigated how advanced technology could be applied to enable the development of a cost effective multi-mode (CDMA/UMTS) base station. The resulting proposal, called MMBTS, utilized advanced receiver, and advanced power amplifier technologies, highly integrated silicon ASIC as well as utilizing industry standard components to leverage both large scale commodity items and the benefits of Moore's Law. Compared to the next generation of CDMA (Compact) and UMTS products it represented a 20% and 40% cost reduction respectively. To achieve this level of CR while supporting dual standards, significant changes were made to the BTS internal architecture and interconnect. For example an innovative concept of the Media Dependent Adapter (MDA) was applied to convert different backhaul protocols (BCN/ATM) into a common Ethernet protocol. The design encompassed a large range of expandability and could grow from a single shelf to a BTS supporting AMC (adaptive modulation and coding), transmit and receive diversity, MIMO (multiple input multiple output) antennas, AABS (adaptive array basestation), and broadband backhaul (fibre or copper). The nominal capacity could be increased as much as 15 times for the smallest configuration (3 sectors). The MMBTS product concept was presented to Wireless Cabinet.

As a result of the insights from the MMBTS product concept, Wireless Networks initiated a Converged BTS architecture study for CDMA and UMTS with the objectives to achieve significant cost reduction and high degree of commonality while maximizing R&D efficiency.

We collaborated with both the CDMA and UMTS development teams in defining a Converged BTS architecture targeting both CDMA and UMTS product requirements and completed the converged high-level architecture. The preferred RF partitioning is a 10 MHz multi-carrier, tri-sector radio. A common Core Control Module (CCM) platform has been accepted which provides hardware capable of supporting single or multiple internal communication protocols, and a flexible backhaul. Finally, a common Channel Element Module (CEM) platform based on the next generation TI DSP, in conjunction with a hardware co-processor, has been adopted. The Convergence



Converged BTS

team has concluded that there were no technical show stopper issues in implementing a Converged BTS. WTL technologies such as High Efficiency Linear PA (HELPA), Zero IF receiver and Channelizer ASIC have been identified as key enablers for cost reduction. Common RF module (1.9GHz and 2.1GHz) and common outdoor packaging design will be launched as first convergence products in Q2/04. This will be followed by a cost reduced RF module (Q4/04) and Common Call Control Module (CCM) in Q2/ 05. Common CEM could also be available in 2005 if the economics are warranted. Indoor packaging will be unique as requirements are different between Europe and North American market. The results of the Converged BTS recommendation have been presented to the Wireless Cabinet.

*High Efficiency Linear Power Amplifier (HELPA) for CDMA/UMTS*
We have embarked on the HELPA technology program aimed at fundamentally changing the industry's efficiency benchmarks and cost models for 3G power amplifiers which will demonstrate Nortel's commitment to technological leadership within the industry.

**Highly Confidential**                                                                      NNI_01353243



Third Generation (3G) wireless systems use wideband CDMA techniques and, as such, require wider bandwidth and more linear amplification than those used on 2G systems. Various techniques exist for implementing suitable power amplifiers (PAs), but in recent years it has been widely recognized that architectures based around digital predistortion will give the best efficiency and cost structure. Even so, power amplifiers will still represent 30% of the total basestation cost and, with efficiencies of <15%, consume the majority of the power.

The HELPA will provide significant benefit for reducing CAPEX/OPEX. The overall cost reduction derived from a 50W HELPA (20MHz BW) is estimated at 26% on a bill of materials level versus standard baseband predistortion and as much as 50% over OEM architectures. Efficient PAs enable denser packaging which will enable higher power, high carrier count basestations to be built with much smaller footprints. Furthermore, both the PA and base station cooling requirements are eased, leading to a smaller and lower noise base station which results in lower power consumption, reducing operating cost.

HELPA System Block Diagram

Methods for achieving significant efficiency improvements have been identified (and IPR filed). To achieve drastic efficiency savings, a technique known as "fast Vdd tracking" will be used. In this technique, the microwave PA supply is modulated at the rate of the RF signal envelope such that the PA devices are always run at the minimum drain voltage (Vdd) commensurate with achieving the required instantaneous power. Therefore, the devices always run close to saturation, which is very efficient. A further benefit is that Vdd can, momentarily, swing higher than for fixed Vdd systems and so the peak power available per RF device is considerably increased.

We are on track to achieve basic efficiency performance this year and fully linearised high efficiency by Q3/03.

### Zero IF Receiver for CDMA/UMTS
Zero-IF architecture offers many advantages; the most important are simplicity and cost effectiveness. The Zero IF receiver consists of two ASICs: Tunable Low-Pass Filter (TLPF) ASIC and High Linearity Direct Demodulator (HLDD) ASIC and is a key enabler for a converged BTS (CDMA/UMTS). It is very flexible and can support 1 to 6 CDMA or 1-2 UMTS carriers with no additional cost. Preliminary analysis showed that the Zero IF receiver will provide $250 in cost reduction for a 3 sector, 3 carrier CDMA RF module.

### Micro ElectroMechanical Systems (MEMS)
We have proposed initial application of MEMS for the power amplifier. We have determined specs for a Tunable Capacitor for HEL-PA program that would be used to compensate Drain-to-Substrate capacitance variation with bias. It is believed that >10% improvement in efficiency could be achievable and WTL is working with STMicro to determine feasibility. Internally, we have started to design some of the building blocks such as thermal actuators and the capacitor.

## 2.5  Next Generation Systems

### 3G Evolution
We have developed a new radio system concept called the Mid Term System (MTS) based on OFDM and advanced antenna array processing technology. The aggregate throughput of this

2002 WTL Year End Report        Restricted        Page  18

**Highly Confidential**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NNI_01353244



system is targeted at 100MB/s for a 5MHz cell which is 40x that of 3GPP. The peak rate per user is in the order of 20 Mb/s which is 10x that of 3GPP while the system cost per Mbit of transmission is 1/10 of 3G systems.

*Architecture*
Two key objectives in this year's program have been to increase the uplink capacity by twofold (target 60 Mbps) and to improve downlink coverage. A Dual-Mode OFDMA scheme has been developed, proposing the time-frequency segregation of power controlled and rate controlled physical channels to support real-time constant bit rate traffic and high speed best effort packet data traffic respectively.

With the objectives of leveraging our expertise for potential future funding from the EU and also maintaining a link with the 4G research community, a concerted effort has been made to actively participate in the World Wireless Research Forum (WWRF). This has resulted in Steering Board Membership for Nortel. Participation in technical activities in this forum included contributions to MIMO, air interface, and ad hoc white papers and a keynote speech presented by Al Javed. WTL has proposed and is seeking EU funding for a technology project aligned with MTS objectives in the WWI (World Wireless Initiative).

Joint R&D activities have been identified in collaboration with Vodafone and the project is now underway. Topics include multibeam deployment, terminal diversity, MIMO propagation, and coverage enhancement using multihop. At the suggestion of Vodafone, a technical paper is being written on 4G spectrum requirements when MIMO, adaptive modulation and coding, and scheduling gain are included

*Propagation and Antennas*
With MIMO technology a fundamental element of the MTS solution, and UE's needing to remain physically compact, a comprehensive understanding of the propagation channel is essential if effective MIMO performance is to be achieved. As a result the focus of this year's activity has been on the development of spatial channel models describing the mobile 2GHz propagation environment being addressed by MTS. In this context the channel modelling work fundamentally underpins the detailed design work being carried out elsewhere on the physical layer and antenna array processing. In addition, targeted radio propagation trials have been carried out to obtain key measurement data to substantiate the channel model development. These trials have also been used to de-risk certain key enabling technologies such as Directional UE antenna designs and MIMO.



A wideband trial has now been successfully completed measuring the angle-of-arrival distribution of multipath at the UE. This work has resulted in the generation of a unique database of results for Nortel that provide important statistics for the accurate evaluation of likely performance gains achievable from a MIMO terminal. The trial was conducted in collaboration with the University of Bristol and used their state-of-the-art MEDAV wideband channel sounder. The mobile equipment used for the trial is shown in the figure.

*Antenna Array Processing*
This year's AAP work has primarily targeted improvements in downlink coverage, uplink capacity, and simplification of the antenna designs as a means for achieving more cost-effective multiple antenna solutions for MTS. As a result a range of new IPR has been generated and the potential of several innovative new technologies better understood.

**Highly Confidential**                                                                                                   NNI_01353245



Key enabling technologies investigated during 2002 include:
- sub-MIMO switching & directional UE antennas
- enhanced cellsite antenna configurations
- downlink soft handoff strategies for coverage enhancement
- uplink AAP capacity enhancements
- angle of arrival estimation for position location

Sub-MIMO switching is a technology innovation developed during our 3G evolution studies. This new concept uses intelligent switching at the terminal to select a sub-set of antenna signals from an available set to achieve a MIMO performance level close to that achieved by the full set. The key advantage of such a scheme is that the number of receiver chains at the terminal can be reduced, hence decreasing cost, reducing power consumption without unduly impacting achievable performance. When combined with directive UE antennas this offers further performance gains while easing the antenna design challenge by avoiding the need for truly omni antenna elements at the user terminal. WTL have developed strong IPR relating to both sub-MIMO switching and directional UE antennas.

The MTS proposal for a Node-B antenna configuration consisting of 2:4 MIMO-plus-multibeam has been compared directly with Lucent's proposal of 4:4MIMO using full sector antennas. The detailed performance/complexity trade-off studies indicate that the WTL solution offers twice the downlink capacity for a similar level of complexity while on the uplink the same 3-beam antenna offers a 50% capacity increase over the Lucent alternative. WTL have established a clear IPR advantage for the preferred MTS antenna configuration.

Work on the uplink has highlighted the impact of intra-cell interference on capacity. Means to reduce this by increasing the intra-cell orthogonality include synchronous CDMA, OFDM or multicarrier CDMA multiple access schemes. The AAP work has focussed on the performance of various techniques in the presence of varying degrees of orthogonality. As an example, Directional UE antennas have been analysed and shown to be capable of providing up to a 40% capacity increase on the uplink design. A novel hybrid antenna configuration has been developed which utilises the multibeam antenna in 3-beam mode for the downlink, but in a multi-way diversity mode on the uplink. This approach provides significant extra gain and can be achieved without undue impact on cabling complexity. A patent filing is in preparation to address this new concept that is also potentially applicable to smart antenna solutions for 1x and UMTS systems.

*Physical Layer*
Significant progress has been made in physical layer design on both downlink and uplink and certain solutions are equally applicable to OFDM and CDMA systems

Several innovative solutions have been developed this year to improve DL coverage and spectrum efficiency, namely:
- a soft handoff (SHO) scheme based on a joint Node-B space-time coding to provide 10 fold user data rate improvement at 99% coverage;
- an advanced iterative fast MLD V-BLAST receiver achieving superior performance to Lucent's V-BLAST solution;
- a novel space time based HARQ to provide 3-5 dB SNR gain over Lucent's V-BLAST HARQ with Chase combining;
- a sub-MIMO switching solution to significantly reduce terminal cost.

Significant new solutions were developed for the uplink:
- a complete high speed OFDM link design has been proposed to increase UL data rate;
- UL virtual MIMO concept has been proposed to use BLAST based cooperative terminal transmission for multi-fold capacity enhancement and STTD based cooperative terminal transmission for coverage enhancement for single antenna terminals.

2002 WTL Year End Report　　　　　　Restricted　　　　　　Page  20

**Highly Confidential**　　　　　　NNI_01353246



Efforts have been made to enhance the high-speed downlink performance, such as feed-forward transmission concept, which eliminate the channel quality feedback to reduce the system complexity for adaptive coding /modulation and increase uplink capacity. In addition, a novel construction of the incremental redundancy hybrid ARQ (HARQ) on the space-time symbol level combining for V-BLAST scheme has been identified. This space-time coding (STC) based HARQ invention provides 3-5 dB SNR gain for low mobility (up to 30km) with 6ms feedback delay. The new solution works well for both nomadic and high-speed mobility cases.

*Medium Access Control*
A study on the potential benefits of fixed intelligent relaying in MTS was carried out. Fixed intelligent relays as multihop extensions within the macrocell deliver higher coverage with minimal changes to the base station and the UE. They offer stable coverage gain relative to peer-to-peer relaying which is dependent on the number of peer mobiles in the area. We provided a preliminary view of the intelligent relay functions, scope and operation. In an FDD system, fixed relaying implies the need to share the same frequency band in a time-division manner for transmitting between BS-relay and relay-UE. Our innovative approaches to reuse the band for simultaneous transmission between BS-relay and relay UE will optimize the use of the spectrum.

Two coverage options, Cyclic Transmit Power Change and Beam Wobbling, to improve service coverage ubiquity have been innovated and showed significant performance gains in preliminary simulation studies. These coverage options do not require inter node-B co-ordination. They also offer the benefit of generating coverage improvements with very minimal capacity tradeoff relative to other coverage options.



*System Performance*
For the OFDMA uplink in burst mode (Mode 2), the full queue capacity was evaluated to provide results approaching the design target of 60 Mbps. In the preliminary results generated for this study, the aggregate throughput of 50 Mbps/cell was obtained using the PF scheduler and 1x2 MRC with no HARQ or RLP modeled. This is approximately 2 times higher than what can be achieved with S-CDMA.

Improvements realized from coverage techniques proposed could be significant in realizing higher rates across the cell, and particularly at the cell edge, as illustrated below. The coverage techniques proposed range from various flavors of soft handoff to those that propose dynamic reuse such as tiering.



The capability of the MTS system to support higher number of packet voice users was confirmed with simulations. The packet voice capacity for MTS was evaluated to be approximately 5 times that of 1xEV-DV. An evaluation of the MTS system's capability to support HTTP and FTP traffic showed that the MTS capacity could be on the order of 7-8 times that obtained for 1XEV-DV systems.

Further physical layer improvements made to the downlink system concept in 2002 resulted in a potential increase of link level capacity. The feedforward transmission scheme proposed for the downlink has the potential to improve the system throughput by nearly 30% when evaluated

2002 WTL Year End Report          Restricted                    Page 21

**Highly Confidential**                                                                    NNI_01353247



under more realistic conditions of C/I feedback delay in high mobility. The introduction of the novel STC HARQ concept has the potential of providing 45-65% capacity gain. These features will be further assessed in the coming year for their impact on the integrated system capacity.

*Radio Implementation*
This thrust explored the implementation viability of the Mid-term 3G evolution system from the technology, hardware design and cost perspectives

A roadmap has been established to achieve a power efficient UE:
- Digital circuitry is anticipated to consume a negligible percentage of the power in 5 years if implemented in ASIC
- RF will remain the power consumption driver and technology such as sub-MIMO switching are key enablers
- We have demonstrated that the Zero IF chip integrated last year was functional with our IPR algorithm correcting the IQ imbalance.

*Prototype*
We have built and tested an OFDM downlink providing 18.4 Mbit/s throughput over a 2 transmit-4 receive antenna configuration supporting Space Time Coding. This high-speed Downlink employs adaptive features at the radio layer to allow for higher peak rates in high-speed mobility. Broadband IP services, delivered with a QOS based scheduler were integrated on this prototype platform to provide end-to-end performance evaluation.

We have also developed an UMTS-like CDMA uplink with MIMO in a 1 transmit, two receive antenna configuration. This has been integrated with the MIMO-OFDM downlink to have a true duplex system as shown in the figure.



We have demonstrated the 3G Evolution prototype to over 30 operators this year. The figure shows the demo set-up for the GSM UMTS User Group visit. Reaction has been very positive with the consensus being that Nortel is shaping the future in the evolution of 3G.

*Future work in 3G Evolution*
We have shown that the OFDMA solution is a promising way to realize capacity gains for the uplink. While most of the design has been completed this year, further work is needed to assess the integrated system capacity benefits and devise viable coverage solutions for the uplink.

Coverage can be a major differentiator for the MTS system in comparison with competitive efforts. Further, by addressing this through looking at solutions other than soft handoff, such as the use of micro-relays in the cell, MTS may provide leadership towards the realization of ubiquitous access in 4G systems. The relaying concept can also be adapted to the current 3GEV solutions.

*Last Mile Wireless Backhaul*
Working with ATI and Metro Optical, a number of initiatives have been undertaken to fill a Portfolio gap and lower costs with respect to last mile wireless backhaul access.

An opportunity was identified for Nortel to use the emerging standard for High Speed Mezzanine Cards (HSMC) in future BTS and OpTera Metro blades and to partner with 3rd parties who can develop HSMC-based solutions for the last mile market – an area that Nortel has abandoned but that is critical to our end-to-end solutions. The goal is to enable cheaper last mile interfaces from

**Highly Confidential**        NNI_01353248



a plethora of OEM vendors (saving on internal R&D spending) and the possibility of selling these standards-compliant modules to a wider market within the industry.

We worked with selected chip/blade vendors to get them involved into the PICMG 3.0 sub-module group. The intent is that a Nortel Wireless BTS edge, Enterprise edge, Metro OE edge can all leverage a common volume of 3rd party last mile industry standard interface modules. Turning this last mile into a commodity market is the long term goal, where our competitors that still invest in the last mile will find it tougher to compete.

We also brought various broadband last mile box builders and chip vendors to the table throughout the year evaluating their abilities, initially specific to wireless backhaul needs, but also in cooperation with ATI's CAFÉ (Copper, Air, Fibre, Edge) initiative.
Capitalizing on a proprietary Nortel technique, a Nortel timing chip supplier, Datum, has been brought into a cooperative development/alliance that will lower costs for UMTS and CDMA precision timing needs as well enable a Nortel OE Metro edge feature for precision timing on last mile TDM circuits and Ethernet drops. WTL took the lead to implement a precision timing prototype funded through ATI but leveraging WTL timing expertise.

### IP Seamless Mobility

A solution for seamless mobility in an all-IP wireless access network, meeting stringent requirements for "seamlessness" during handoff (in terms of packet delay, packet loss and packet re-ordering) has been developed. The system and software design for this solution have been completed; an implementation of a prototype is underway and a demo is planned for the end of this year. In addition to application in evolving cellular networks, IP Seamless Mobility may provide a key differentiator for Acumen. IP Micromobility is an important element of the IP Seamless Mobility solution. Extensive simulations were performed that indicate that our patent-pending "Wireless IP" Micromobility solution is as good as and/or better than competing solutions. This solution was also implemented, as a building block for the IP Seamless Mobility solution.



### Specialized Mobile Radio (SMR) Service in 3G

To provide additional revenue for cellular operators, there is high interest in providing SMR services over 3G infrastructure. A market analysis and identification of services in existing SMR systems has indicated that Push-to-Talk (PTT, a.k.a. real-time voice messaging) with multicast and broadcast capabilities is a promising SMR service to be implemented in 3G systems.
To enable real-time voice messaging, a new service architecture based on overlay network routing has been proposed as shown below. This architecture enables efficient in-band delivery of application data (i.e., both bearer and signaling) based on permanent user identity instead of temporarily assigned IP address. It meets a key requirement for PTT operation (i.e. fast call setup)



**Highly Confidential**    NNI_01353249

23



and at the same time supports real-time message delivery.
Currently, we are developing a PTT service prototype system based on the proposed architecture aiming at proving of the concepts. The testbed for the prototype system has been setup in our laboratory and related software development is on going.

### IP QoS through Host-controlled Packet Forwarding
Many solutions proposed to-date for providing QoS in an IP-based network involve explicit signalling from the mobile host to the network. These solutions (e.g. RSVP) have received only marginal acceptance in the wired Internet and are not "wireless friendly", requiring excessive radio link bandwidth and offering no support for mobility.

An alternate solution has been developed using constraint-based routing concepts with the mobile host as the entity defining the path through the network using source based routing techniques. This solution avoids the pitfalls of the signalling approach and can be adapted for use with off-the-self routers. An invention disclosure is being prepared and design of a simulation is currently underway.

### Wireless Internet Access Network (WIAN) QoS
A WIAN IP QoS study was initiated to establish a WTL framework for IP QoS that would marry the capabilities of the Mid-Term Solution air interface with end-to-end IP QoS. A framework has been defined for IP QoS support in the WIAN.

This framework includes the critical L3 to L2 (IP to MTS) bearer service access point (virtual interface). Across this interface passes an opaque data unit (carrying the IP packet), the identifier for the mobile node, and the Layer 2 scheduler parameters required to meet the QoS associated with the packet. The Nortel Networks Service Class framework, as defined by the Nortel QoS Core Team, has been mapped to this framework. Candidate MTS technologies that would support the NNSCs have been identified. A number of open issues have been identified for possible future investigations.



### Over the Air QoS Scheduling
We initiated a study of scheduling techniques and algorithms to support Over-The-Air (OTA) QoS given the (rapidly) changing conditions on the radio link. The goal of this study was to determine how responsibility for meeting QoS could be partitioned between an IP-aware Layer 3 scheduler and a radio link-aware Layer 2 scheduler. In this model, scheduling on the downlink to satisfy QoS commitments is handled at the IP packet level (Layer 3) while a relatively simple MAC scheduling design is used at the radio interface level (Layer 2). Simulation of the model is currently underway.

### Ad Hoc Peer to Peer Applications
The ad hoc peer-to-peer (AHP2P) program undertook to determine how far it was possible to go to creating a complete mobile communications system without requiring any involvement from the network operator (other than providing access). Building on last year's activities, the team refined the original AHP2P framework (called "Continuum") to extend its capabilities and range. The latest version of this prototype, Continuum 1.0, provides a number of capabilities that are equal or superior to equivalent commercial applications. The Continuum prototype tangibly demonstrates

**Highly Confidential**                                                                                                        NNI_01353250


that it is possible to develop and deploy sophisticated communications services using only client software, without requiring any involvement from the network operator (other than to provide high-speed wireless access to the users). Although many applications still require an advanced network infrastructure (voice services, in particular), many of the most popular data services can be implemented using AH and P2P technologies, which can dramatically lower the cost of entry for network operators. That, coupled with the increased traffic generated by these applications, may make AHP2P an attractive opportunity for 3G networks.

The AHP2P team has also been monitoring related activities in the Internet and wireless communities, most notably the JXTA forum (originally founded by Sun Microsystems), which is developing protocols and frameworks for ad hoc peer-to-peer applications. The JXTA system has now advanced to the point where they can provide many of the connection and routing capabilities now present in Continuum, allowing us the option of porting Continuum onto JXTA to take advantage of the larger base of developers.



An Ad Hoc Peer-to-Peer Cellular Network

In addition, a number of companies have announced products based on ad hoc and peer-to-peer technologies, in most cases as proprietary enhancements to wireless LANs. Such systems can also be deployed as adjuncts to cellular data, by providing wireless access in areas where it is uneconomical or infeasible to deploy a full cellsite. In addition, it is possible for cellular networks to take advantage of ad hoc technology to improve coverage and lower costs, by enabling advanced mobile devices to "hop through" one other to reach a cellsite. These opportunities will be explored more fully in next year's program.

The AHP2P program has proven itself to be extremely valuable in understanding the implications and opportunities inherent in these technologies, including the ability to deploy self-discovering/self-organizing/self-healing networks (which can reduce a network provider's operating expenses), and to define new services which do not require core network components to function (which reduces the operator's capital expenses). The end result will be, in time, a next generation wireless network which is inexpensive to deploy, easy to operate, and capable of supporting the most sophisticated services.

### New Product Opportunity (ACUMEN)

We have developed a product concept called Acumen which is based on auto-configuring, unlicensed, mobility-enabled networks for providing wireless, high-speed, packet data services to users in both public and private networks. Acumen incorporates the concept of a Community Area Network (CAN) – a cluster of micro- or pico-cells providing coverage over a relatively wide area. The size of the coverage area is not constrained by the design or the concept, but it is expected to be larger than a local area network (LAN) and smaller than a metropolitan area network (MAN). Acumen provides a wireless packet data solutions that is more cost effective



*acumen* Wireless Packet Data Access Model

**Highly Confidential**                                                                                   NNI_01353251



and offers higher performance than can be achieved with macro cellular solutions.

Acumen uses wireless technology both for connection to mobile terminals and for backhaul to a broadband access point in the wired network. Inherent in the Acumen concept is the ability to forward packets towards their destination by hopping over wireless links through intermediate nodes. Acumen builds on concepts and technologies existing in the industry and in academia. In particular, acumen incorporates concepts related to:
- Multi-hop packet radio networking (e.g. Metricom Ricochet, Mesh Networks)
- Ad hoc networking (e.g. antNet)
- Packet-based wireless access protocols (e.g. IEEE 802.11)
- Smart antenna technologies
- Advanced signal processing technologies.

The competitive advantages of the Acumen are:
- provides a value-added entry into the burgeoning high-speed wireless packet data business which utilises 802.11 technology – the interface of choice for high-speed wireless packet data
- offers high-speed wireless packet data access across wider coverage areas
- minimises cost of capital, installation and commissioning (self organizing, auto configuration)
- minimises cost of operations (fault detection and self healing)
- is highly flexible in terms of capacity, coverage, and availability (indoor/outdoor deployment)

We have started to develop a detail project plan for the Acumen project. The initial alpha product trail is scheduled in October, 2003 which will be followed by a market trial in November, 2003.

## 3    Technology Alliances

To widen our search in acquiring leading edge technology, we have reviewed and assessed 35 Startup companies and 18 incumbent technology companies. We have identified a number of potential startup companies who are developing advanced RF ASIC, high efficiency power amplifier (50%), re-configurable modem chip set, and antenna technology, for basestation cost reduction. We will continue to monitor their progress. If proven successful, we will reassess their technology for our product applications.

We have good leverage on our incumbent technology partners: TI, ST-Micro, Analog Device, Intel, etc. We work with TI to explore the integration of Turbo Decoder and Multi-user detection functions into their next generation of DSP. Our work with ST Micro to explore the feasibility of integrating the high performance A/D and D/A converter and digital logic on a mix signal ASIC has proven valuable for low cost transceiver design. We are also starting to do MEMs design using ST-Micro foundry. We have started to evaluate Network processor from Intel for BTS and BSC applications.

We have also interacted with 18 universities in the Wireless arena spanning across the US, Canada, Mexico, Russia and the UK through which Nortel is provided with a number of opportunities for creating and capturing new wireless technologies. The work generally takes the form of small highly focused projects involving world-class academic research groups led by highly respected Professors. The research projects address new system concepts, advanced air interface designs, enhanced channel coding, spatial processing techniques, radio propagation, radio resource management, and ad-hoc networking.

**Highly Confidential**                                                                                       NNI_01353252

26



## 4   IPR and Technology Licensing

We continued to make excellent progress in generating IPR in 2002. As of November 2002, our technology innovation generated 61 Invention Disclosures. Through extensive business case review for each Invention Disclosure submitted in 2001 and 2002, we have completed 60 filings and 11 provisional filings to the US Patent Office. WTL has received 26 granted patents in 2002 which is about 7% of the total number of patented awarded to Nortel Network. In addition, WTL submitted 15 papers for publication.

Our technology innovation contributed $950K revenue for Wireless via licensing and royalty payments associated with our power amplifier and SAW filter technology. We have also explored number of technology licensing opportunities with Analog Devices, ST Micro, TI and Mini-circuit.

The following list of patents has a very high value and licensing potential for Nortel Networks.

**Cost Reduction**
███████ "PSU Linearization and Pre-Distortion for Memory Correction" - Power supply modulation and memory correction technologies for highly efficient linearlized power amplifier

███████ "Low passband ripple SAW device" - Key enabler in active agile duplexers.

███████ "HELPA Power Amplifiers"
Defines the HELPA system, memory mitigation and Vdd modulation.

**Near-term 3G Evolution**
███████ Split Multiplex Sublayers Design for Layer 2 of Wireless Air Interface,
This new architecture enables the simultaneous support of the conventional cdma2000 dedicated channels as well as the 1xEV-DV shared channel.

███████ Enhanced Control-Hold Mode for High Rate Packet Data Wireless Access Network,
Increases the maximum number of active users per-sector and improving scheduling efficiency of the 1xEV-DV shared channel for bursty packet data traffic.

███████ "Multi-beam antenna system"
This patent addresses the problem of introducing multibeam antennas in a 1xeV system. It proposes the use of overlay pilots, auxiliary pilots and MS reporting of C/I (a standards change).

**Mid-term 3G Evolution**
███████ "Directional & MIMO terminal antennas" + 15067ID "Selection diverse MIMO".
This pair of patents describes sub-MIMO switching for either directional or omni antennas. This provides most of the benefits of higher order MIMO with a reduced complexity receiver at the UE.

███████ Space Time Coded ARQ
A break through of MIMO ARQ transmission with 45-65% capacity gain without additional cost, applicable to 1xEV-DV, HSDPA, and WLAN

███████ "Dynamic interferer removal to improve downlink coverage".
Improves the minimum data rate available in an Adaptive Modulation & Coding system by dynamically reducing interference to particular users, using UE measurements of pilot powers.

███████ Fast MLD Decoder for MIMO-BLAST
Higher performance low complexity MIMO-BLAST optimum decoder which out-performs Lucent's 4x4 V-BLAST by 45% network throughput improvement

███████ MIMO-OFDM Soft Hand-Off
World First MIMO-OFDM Soft Handoff solution to increase the guaranteed data rate coverage by 10 fold at 99%tile.

**Highly Confidential**                                                                                         NNI_01353253



## 5    Milestones

| Milestone | Plan | Fcst. | Act. | Comment |
|---|---|---|---|---|
| HELPA – 30% efficient non-linearized PA demonstration | Dec Dec | Dec Mar/03 | Dec | Reduced bandwidth operation achieved. Full bandwidth operation. |
| HELPA - System Design Document & Top Simulation | Dec | Dec | Dec | Complete |
| GPSTM - Alpha 1 Module demo and CDMA transfer | Dec | Dec | | Executive review scheduled Dec 16/02. |
| APDP - iBTS integration de-risk with UMTS | Apr | Mar | Mar | 3 units tested by UMTS. Complete. |
| ADPD - Reference PA - deliver 2 units to OEM | Feb | May | May | Program change. IPR licensed. Complete. |
| ADPD - mixed-signal ASIC samples | Nov | - | - | Program change. IPR licensed. Cancelled. |
| Rx3B SAW - cost reduction transfer to MFRM | Jun | May | May | Complete |
| 800 CDMA Duplexer - transfer tech. to 2M00 | May | May | May | Complete |
| 1900 CDMA Duplexer - transfer tech. to 2M00 | Jan | Jan | Jan | Complete |
| UMTS DTRx + CFT + ICT PCP - transfer to UMTS | Feb | March | March | Complete |
| LNA design for Passive Duplexer for CDMA Compact | June | June | June | Complete |
| Multi-mode BTS system requirements & cost structure & strawman architecture | Mar | Apr | Apr | Complete. Proposal presented to Wireless Cabinet. |
| Mid-term system (MTS) design review | Apr/Sep | Apr/Jun/Sep | Apr/Jun/Sep | Completed with major updates in Uplink, coverage and antenna configuration. |
| MTS AAP performance predictions, UL capacity, DL coverage enhancements | Jun | June | June | Findings presented at Q2 Design Review. |
| Submission of MC-DV proposal to 3GPP2 | Aug | June | June | MC-DV technology proposal complete, sent to PLM. Target submission to CDG in August, then 3GPP2. |
| Standalone, OFDM & WCDMA comparison | Jul | July | July | Results documented and passed on to UMTS PPS team. |
| CDC-II Turbo card + FPGA integrated with 2M 1x terminal emulator | Sep | Sept | Sept | Card was delivered on schedule. |
| Progressive multi-layer coding & MIMO | Sep | Sept | Sept | Link layer study indicated benefits that could further studied at system level. |
| 3G Terminal power consumption reduction proposal | Nov | Nov | Nov | Complete |
| Strawman architecture for MUD HW assist | Jun | June | June | Complete |
| Performance of integrated DL/UL mobility prototype | TBD | TBD | | Re-prioritized due to resource optimization. |
| UMTS multi-beam recommendations | Nov | Nov | Nov | Complete |
| Initial outdoor to outdoor channel model | Mar | Feb | Feb | Model framework document issued. |
| ECS - Ethernet Clock Recovery Prototype | Dec | Jan/03 | | Technology program. Definition delays. |
| CDMA to WLAN handover prototype | May | May | May | Demos given to major US customers. Complete. |
| Integrated IP-based micro-mobility prototype | Oct | Dec | Dec | Complete |
| Evolved RAN product concept and cost models | Sep | | Dec | Integrated functional architecture for current UMTS RAN + Core network functions captured. |
| Filtered router alert draft | Feb | | Apr | File under consideration in the IETF. |
| Network Impact of Ad Hoc P2P Communications | TBD | | | Resources re-vectored to ACUMEN. |
| Global Search and matching prototype | Q103 | Q103 | | Global info pattern matching based on Monterrey Tech research. |
| Licensing revenue target of $4M | Dec | | Dec | $950K confirmed. Other deals did not close due to difficult market conditions. |

**Highly Confidential**                                             NNI_01353254



## 6  Distribution List

| | |
|---|---|
| Adams, Garry | Landau, Keith |
| Ashlee, Kieren | Langlois, Michael |
| Auriol, Helene | Lasalle, William |
| Barnard, Paul | Lowe, Richard |
| Bejina, Christophe | Lowther, Doug |
| Biston, Alain | MacKinnon, Peter |
| Borowiecki, Thomas | MacLaren, Peter |
| Bourland, Deborah | MacLeod, Ross |
| Brown, Jamie | Matyas, Bob |
| Cameron, Leo | McClymont, Ian |
| Carbone, Peter | Mumford, Greg |
| Cartier, Daniel | Murashige, David |
| Challoner, Paul | Murat, Larry |
| Chavez, David | Myers, Stacey |
| Choi, David | Nowak, Richard |
| Connor, Daniel | Piasentin, Richard |
| Cruise, Stanley | Repeta, Morris |
| Debon, Pascal | Richardson, Graham |
| Driedger, Mark | Royer, Claude |
| Dufrasnes, Florence | Searles, Steve |
| Fisher, Arthur | Shevell, Steven |
| Gage, Bill | Sicotte, Luc Paul |
| Graham, Harold | Slattery, Steve |
| Hanley, Don | Stark, Ryan |
| Hudson, Vivian | Valois, Brenda |
| Javed, Al | Ward, Chris |
| Jezouin, Jean Luc | Watkins, Tim |
| Kerr, Robert | Whitehurst, Jay |
| Kinney, James | Whitton, Mark |
| Kos, Steve | Wood, Rob |
| Kutac, Gary | Wolff, Douglas |
| Laguerite, Emmanuelle | Zaccone, Pierre |