United States Bankruptcy Court
For the District of Delaware

| | |
|---|---|
| Nortel Networks, Inc. | } Chapter 11 |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| <u>Debtor</u> | } |

**NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER**

PLEASE TAKE NOTICE that the Notice of Transfer for **Freeman, Terrance (**related Docket No. 13603) by Liquidity Solutions Inc is hereby withdrawn.

<u>By:/s/ Jeff Caress</u>
Liquidity Solutions, Inc.
(201) 968-0001