# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

April 1, 2014 through April 30, 2014

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Transcripts | | $   707.85 |
| Photos/Art/ Spec Duplicating | Out of Office | 998.51 |
| Travel | | 15.12 |
| Courier/Delivery Service | | 3,513.93 |
| Computer Research - Westlaw | | 574.44 |
| In-House Duplicating | | 715.45 |
| Support Staff Overtime | | 1,386.88 |
| Pacer | | 91.60 |
| Conference Calls | | 23.38 |
| **Total of Expenses** | | **$8,027.16** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 05/22/14 16:04:44

PRO FORMA 350869 AS OF 04/30/14 INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1137487 | 04/22/14 | B | 707.85 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT - CASE# 09-10138 - 4/22/14 | 506 | 904 | 201505 |
| 1131651 | 04/02/14 | B | 396.03 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 4/2/14 | 510 | 546 | 201201 |
| 1138058 | 04/15/14 | B | 99.20 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 4/15/14 | 510 | 594 | 201527 |
| 1138057 | 04/17/14 | B | 115.20 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 4/17/14 | 510 | 594 | 201526 |
| 1140305 | 04/30/14 | B | 177.88 | Photos/Art/Spec Duplicating-Out of Office - WALSH ENVELOPE COMPANY` SE11-5 THP SETS - BLANK, 3 HOLES | 510 | 492 | 201683 |
| 1140694 | 04/30/14 | B | 210.20 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 4/30/14 | 510 | 546 | 201723 |
| 1139781 | 04/26/14 | B | 15.12 | Travel - PETTY CASH` MILEAGE COSTS- PICK UP CABLE - 4/26/14 | 511 | 400 | 201632 |
| 1132200 | 04/04/14 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 201259 |
| 1135830 | 04/11/14 | B | 44.98 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 201453 |
| 1134227 | 04/15/14 | B | 34.50 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 201352 |
| 1134231 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134232 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134233 | 04/15/14 | B | 24.55 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134234 | 04/15/14 | B | 16.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134235 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134236 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1136779 | 04/15/14 | B | 25.08 | Courier/Delivery Service | 514 | 322 | 201477 |
| 1134368 | 04/15/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134297 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134298 | 04/15/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134299 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134300 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134301 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134302 | 04/15/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134291 | 04/15/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134292 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134293 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134294 | 04/15/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134295 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134296 | 04/15/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201353 |

```
Nortel Networks, Inc.                    PRO FORMA 350369         AS OF 04/30/14                    INVOICE# ******
63989-DIP
DATE: 05/22/14 16:04:44
```

| INDEX   | DATE     | STAT | AMOUNT | DESCRIPTION             | CODE | TKPER | VOUCHER |
|---------|----------|------|--------|-------------------------|------|-------|---------|
| 1134285 | 04/15/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134286 | 04/15/14 | B    | 26.04  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134287 | 04/15/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134288 | 04/15/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134289 | 04/15/14 | B    | 13.08  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134290 | 04/15/14 | B    | 13.08  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134279 | 04/15/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134280 | 04/15/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134281 | 04/15/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134282 | 04/15/14 | B    | 27.17  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134283 | 04/15/14 | B    | 23.43  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134284 | 04/15/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134273 | 04/15/14 | B    | 27.29  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134274 | 04/15/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134275 | 04/15/14 | B    | 20.78  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134276 | 04/15/14 | B    | 26.04  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134277 | 04/15/14 | B    | 23.02  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134278 | 04/15/14 | B    | 13.08  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134267 | 04/15/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134268 | 04/15/14 | B    | 22.08  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134269 | 04/15/14 | B    | 22.02  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134270 | 04/15/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134271 | 04/15/14 | B    | 26.04  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134272 | 04/15/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134261 | 04/15/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134262 | 04/15/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134263 | 04/15/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134264 | 04/15/14 | B    | 23.30  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134265 | 04/15/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134266 | 04/15/14 | B    | 23.43  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134255 | 04/15/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134256 | 04/15/14 | B    | 13.08  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134257 | 04/15/14 | B    | 13.08  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134258 | 04/15/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134259 | 04/15/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134260 | 04/15/14 | B    | 23.43  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134249 | 04/15/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201353  |
| 1134250 | 04/15/14 | B    | 16.76  | Courier/Delivery Service | 514  | 322   | 201353  |

Nortel Networks, Inc.
63989-DIP
DATE: 05/22/14 16:04:44
PRO FORMA 350969 AS OF 04/30/14
INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1134251 | 04/15/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134252 | 04/15/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134253 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134254 | 04/15/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134243 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134244 | 04/15/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134245 | 04/15/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134246 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134247 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134248 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134237 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134238 | 04/15/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134239 | 04/15/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134240 | 04/15/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134241 | 04/15/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134242 | 04/15/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201353 |
| 1134369 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134358 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134359 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134360 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134361 | 04/17/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134362 | 04/17/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134363 | 04/17/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134352 | 04/17/14 | B | 27.17 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134353 | 04/17/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134354 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134355 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134356 | 04/17/14 | B | 24.55 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134357 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134346 | 04/17/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134347 | 04/17/14 | B | 20.78 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134348 | 04/17/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134349 | 04/17/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134350 | 04/17/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134351 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134340 | 04/17/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134341 | 04/17/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134342 | 04/17/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 201354 |

```
Nortel Networks, Inc.                              PRO FORMA  350369           AS OF 04/30/14              INVOICE# ******
63989-DIP
DATE: 05/22/14 16:04:44
```

| INDEX   | DATE     | STAT | AMOUNT | DESCRIPTION              | CODE | TKPER | VOUCHER |
|---------|----------|------|--------|--------------------------|------|-------|---------|
| 1134343 | 04/17/14 | B    | 26.04  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134344 | 04/17/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134345 | 04/17/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134334 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134335 | 04/17/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134336 | 04/17/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134337 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134338 | 04/17/14 | B    | 23.43  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134339 | 04/17/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134328 | 04/17/14 | B    | 23.02  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134329 | 04/17/14 | B    | 13.08  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134330 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134331 | 04/17/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134332 | 04/17/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134333 | 04/17/14 | B    | 23.43  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134322 | 04/17/14 | B    | 22.02  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134323 | 04/17/14 | B    | 26.04  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134324 | 04/17/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134325 | 04/17/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134326 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134327 | 04/17/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134316 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134317 | 04/17/14 | B    | 27.29  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134318 | 04/17/14 | B    | 16.76  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134319 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134320 | 04/17/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134321 | 04/17/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134310 | 04/17/14 | B    | 13.08  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134311 | 04/17/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134312 | 04/17/14 | B    | 25.76  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134313 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134314 | 04/17/14 | B    | 27.29  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134315 | 04/17/14 | B    | 23.43  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134370 | 04/17/14 | B    | 13.08  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134371 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134372 | 04/17/14 | B    | 19.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134373 | 04/17/14 | B    | 23.28  | Courier/Delivery Service | 514  | 322   | 201354  |
| 1134374 | 04/17/14 | B    | 23.43  | Courier/Delivery Service | 514  | 322   | 201354  |

```
Nortel Networks, Inc.                                    PRO FORMA  350969       AS OF 04/30/14                      INVOICE#  ******
63989-DIP
DATE: 05/22/14 16:04:44
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1134375 | 04/17/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134364 | 04/17/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134365 | 04/17/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134366 | 04/17/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134367 | 04/17/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134376 | 04/17/14 | B | 16.76 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134377 | 04/17/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134378 | 04/17/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1134379 | 04/17/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 201354 |
| 1135099 | 04/17/14 | B | 13.08 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 201406 |
| 1135100 | 04/17/14 | B | 13.08 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 201406 |
| 1135872 | 04/17/14 | B | 72.19 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 201454 |
| 1136771 | 04/17/14 | B | 34.50 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 201476 |
| 1141624 | 04/22/14 | B | 104.62 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 201753 |
| 1139526 | 04/28/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 201615 |
| 1129600 | 04/03/14 | B | 153.63 | Computer Research - Westlaw Search Performed by: HAYES,CHRISTOPHER | 515 | 000 | |
| 1132604 | 04/08/14 | B | 26.35 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1140168 | 04/28/14 | B | 394.46 | Computer Research - Westlaw Search Performed by: HAYES,CHRISTOPHER | 515 | 000 | |
| 1129192 | 04/04/14 | B | 3.60 | In-House Duplicating | 519 | 546 | |
| 1130827 | 04/07/14 | B | 19.20 | In-House Duplicating | 519 | 605 | |
| 1130828 | 04/08/14 | B | 4.80 | In-House Duplicating | 519 | 605 | |
| 1132269 | 04/11/14 | B | 6.60 | In-House Duplicating | 519 | 594 | |
| 1133054 | 04/15/14 | B | 22.40 | In-House Duplicating | 519 | 605 | |
| 1133052 | 04/15/14 | B | 114.40 | In-House Duplicating | 519 | 603 | |
| 1133053 | 04/15/14 | B | 57.20 | In-House Duplicating | 519 | 454 | |
| 1133891 | 04/16/14 | B | 12.80 | In-House Duplicating | 519 | 605 | |
| 1133543 | 04/16/14 | B | 14.50 | In-House Duplicating | 519 | 971 | |
| 1133544 | 04/16/14 | B | 14.60 | In-House Duplicating | 519 | 560 | |
| 1133892 | 04/17/14 | B | 1.00 | In-House Duplicating | 519 | 670 | |
| 1134565 | 04/21/14 | B | 0.40 | In-House Duplicating | 519 | 594 | |
| 1134566 | 04/21/14 | B | 0.40 | In-House Duplicating | 519 | 594 | |
| 1135304 | 04/22/14 | B | 13.50 | In-House Duplicating | 519 | 554 | |

| Nortel Networks, Inc. 63989-DIP DATE: 05/22/14 16:04:44 | | | | PRO FORMA 350369 | | AS OF 04/30/14 | | INVOICE# ****** |
|---|---|---|---|---|---|---|---|---|

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1136428 | 04/24/14 | B | 12.80 | In-House Duplicating | 519 | 637 | |
| 1136889 | 04/25/14 | B | 0.60 | In-House Duplicating | 519 | 594 | |
| 1138755 | 04/30/14 | B | 14.60 | In-House Duplicating | 519 | 623 | |
| 1135133 | 04/13/14 | B | 141.00 | Support Staff Overtime | 525S | 400 | |
| 1135113 | 04/15/14 | B | 16.00 | Support Staff Overtime | 525S | 452 | |
| 1135114 | 04/17/14 | B | 32.00 | Support Staff Overtime | 525S | 452 | |
| 1135128 | 04/18/14 | B | 141.00 | Support Staff Overtime | 525S | 400 | |
| 1141073 | 04/21/14 | B | 94.00 | Support Staff Overtime | 525S | 400 | |
| 1141075 | 04/23/14 | B | 105.75 | Support Staff Overtime | 525S | 400 | |
| 1141076 | 04/24/14 | B | 47.00 | Support Staff Overtime | 525S | 400 | |
| 1141078 | 04/26/14 | B | 235.00 | Support Staff Overtime | 525S | 400 | |
| 1141079 | 04/27/14 | B | 235.00 | Support Staff Overtime | 525S | 400 | |
| 1141067 | 04/28/14 | B | 88.13 | Support Staff Overtime | 525S | 400 | |
| 1141056 | 04/28/14 | B | 32.00 | Support Staff Overtime | 525S | 452 | |
| 1141068 | 04/29/14 | B | 105.75 | Support Staff Overtime | 525S | 400 | |
| 1141069 | 04/30/14 | B | 82.25 | Support Staff Overtime | 525S | 400 | |
| 1141057 | 04/30/14 | B | 32.00 | Support Staff Overtime | 525S | 452 | |
| 1144816 | 04/30/14 | B | 91.60 | Pacer charges for the month of April | 529 | 000 | |
| 1127505 | 04/01/14 | B | 1.20 | In-House Printing - black & white Call time: 17:26; to | 541 | 904 | |
| 1128033 | 04/02/14 | B | 1.20 | In-House Printing - black & white Call time: 10:53; to | 541 | 904 | |
| 1129198 | 04/04/14 | B | 1.35 | In-House Printing - black & white Call time: 09:09; to | 541 | 546 | |
| 1129199 | 04/04/14 | B | 0.05 | In-House Printing - black & white Call time: 09:09; to | 541 | 546 | |
| 1129200 | 04/04/14 | B | 1.35 | In-House Printing - black & white Call time: 09:09; to | 541 | 546 | |
| 1129201 | 04/04/14 | B | 0.05 | In-House Printing - black & white Call time: 09:09; to | 541 | 546 | |
| 1129202 | 04/04/14 | B | 1.35 | In-House Printing - black & white Call time: 09:10; to | 541 | 546 | |
| 1129203 | 04/04/14 | B | 0.05 | In-House Printing - black & white Call time: 09:10; to | 541 | 546 | |
| 1129204 | 04/04/14 | B | 0.15 | In-House Printing - black & white Call time: 09:10; to | 541 | 546 | |
| 1129205 | 04/04/14 | B | 4.20 | In-House Printing - black & white Call time: 09:10; to | 541 | 546 | |
| 1129206 | 04/04/14 | B | 0.15 | In-House Printing - black & white Call time: 09:10; to | 541 | 546 | |
| 1129207 | 04/04/14 | B | 4.20 | In-House Printing - black & white Call time: 09:10; to | 541 | 546 | |

```
Nortel Networks, Inc.                         PROFORMA 350369          AS OF 04/30/14          INVOICE# ******
63989-DIP
DATE: 05/22/14 16:04:44
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1129193 | 04/04/14 | B | 0.15 | In-House Printing - black & white Call time: 09:07; to | 541 | 546 | |
| 1129194 | 04/04/14 | B | 4.20 | In-House Printing - black & white Call time: 09:07; to | 541 | 546 | |
| 1129195 | 04/04/14 | B | 1.20 | In-House Printing - black & white Call time: 09:09; to | 541 | 546 | |
| 1129196 | 04/04/14 | B | 1.20 | In-House Printing - black & white Call time: 09:09; to | 541 | 546 | |
| 1129197 | 04/04/14 | B | 1.05 | In-House Printing - black & white Call time: 09:09; to | 541 | 546 | |
| 1130155 | 04/07/14 | B | 2.35 | In-House Printing - black & white Call time: 18:47; to | 541 | 605 | |
| 1131779 | 04/10/14 | B | 5.10 | In-House Printing - black & white Call time: 16:05; to | 541 | 968 | |
| 1131780 | 04/10/14 | B | 2.95 | In-House Printing - black & white Call time: 16:16; to | 541 | 968 | |
| 1131782 | 04/10/14 | B | 13.55 | In-House Printing - black & white Call time: 09:13; to | 541 | 546 | |
| 1131781 | 04/10/14 | B | 13.55 | In-House Printing - black & white Call time: 09:12; to | 541 | 546 | |
| 1132270 | 04/11/14 | B | 1.05 | In-House Printing - black & white Call time: 16:43; to | 541 | 594 | |
| 1132726 | 04/14/14 | B | 2.95 | In-House Printing - black & white Call time: 14:08; to | 541 | 734 | |
| 1133072 | 04/15/14 | B | 2.75 | In-House Printing - black & white Call time: 11:01; to | 541 | 971 | |
| 1133073 | 04/15/14 | B | 0.40 | In-House Printing - black & white Call time: 11:01; to | 541 | 971 | |
| 1133074 | 04/15/14 | B | 6.90 | In-House Printing - black & white Call time: 11:02; to | 541 | 971 | |
| 1133075 | 04/15/14 | B | 1.90 | In-House Printing - black & white Call time: 11:02; to | 541 | 971 | |
| 1133076 | 04/15/14 | B | 0.05 | In-House Printing - black & white Call time: 11:02; to | 541 | 971 | |
| 1133055 | 04/15/14 | B | 1.10 | In-House Printing - black & white Call time: 18:17; to | 541 | 605 | |
| 1133056 | 04/15/14 | B | 0.45 | In-House Printing - black & white Call time: 18:17; to | 541 | 605 | |
| 1133057 | 04/15/14 | B | 2.75 | In-House Printing - black & white Call time: 13:12; to | 541 | 546 | |
| 1133058 | 04/15/14 | B | 0.40 | In-House Printing - black & white Call time: 13:12; to | 541 | 546 | |
| 1133059 | 04/15/14 | B | 6.90 | In-House Printing - black & white Call time: 13:15; to | 541 | 546 | |
| 1133060 | 04/15/14 | B | 1.90 | In-House Printing - black & white Call time: 13:21; to | 541 | 546 | |
| 1133061 | 04/15/14 | B | 0.05 | In-House Printing - black & white Call time: 13:21; to | 541 | 546 | |
| 1133109 | 04/15/14 | B | 1.70 | In-House Printing - black & white Call time: 12:33; to | 541 | 546 | |
| 1133110 | 04/15/14 | B | 0.10 | In-House Printing - black & white Call time: 12:33; to | 541 | 546 | |
| 1133111 | 04/15/14 | B | 4.70 | In-House Printing - black & white Call time: 12:33; to | 541 | 546 | |
| 1133112 | 04/15/14 | B | 0.10 | In-House Printing - black & white Call time: 12:33; to | 541 | 546 | |
| 1133113 | 04/15/14 | B | 3.40 | In-House Printing - black & white Call time: 12:42; to | 541 | 546 | |
| 1133114 | 04/15/14 | B | 0.40 | In-House Printing - black & white Call time: 12:42; to | 541 | 546 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 05/22/14 16:04:44

PRO FORMA  350969     AS OF 04/30/14                                      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1133103 | 04/15/14 | B | 3.40 | In-House Printing - black & white Call time: 12:31; to | 541 | 546 | |
| 1133104 | 04/15/14 | B | 0.75 | In-House Printing - black & white Call time: 12:31; to | 541 | 546 | |
| 1133105 | 04/15/14 | B | 2.00 | In-House Printing - black & white Call time: 12:32; to | 541 | 546 | |
| 1133106 | 04/15/14 | B | 0.10 | In-House Printing - black & white Call time: 12:32; to | 541 | 546 | |
| 1133107 | 04/15/14 | B | 3.25 | In-House Printing - black & white Call time: 12:32; to | 541 | 546 | |
| 1133108 | 04/15/14 | B | 0.50 | In-House Printing - black & white Call time: 12:32; to | 541 | 546 | |
| 1133097 | 04/15/14 | B | 1.70 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1133098 | 04/15/14 | B | 0.10 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1133099 | 04/15/14 | B | 4.70 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1133100 | 04/15/14 | B | 0.10 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1133101 | 04/15/14 | B | 3.40 | In-House Printing - black & white Call time: 12:05; to | 541 | 546 | |
| 1133102 | 04/15/14 | B | 0.40 | In-House Printing - black & white Call time: 12:05; to | 541 | 546 | |
| 1133091 | 04/15/14 | B | 3.25 | In-House Printing - black & white Call time: 11:38; to | 541 | 546 | |
| 1133092 | 04/15/14 | B | 0.50 | In-House Printing - black & white Call time: 11:38; to | 541 | 546 | |
| 1133093 | 04/15/14 | B | 3.40 | In-House Printing - black & white Call time: 12:02; to | 541 | 546 | |
| 1133094 | 04/15/14 | B | 0.75 | In-House Printing - black & white Call time: 12:02; to | 541 | 546 | |
| 1133095 | 04/15/14 | B | 2.00 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1133096 | 04/15/14 | B | 0.10 | In-House Printing - black & white Call time: 12:04; to | 541 | 546 | |
| 1133085 | 04/15/14 | B | 3.25 | In-House Printing - black & white Call time: 11:24; to | 541 | 546 | |
| 1133086 | 04/15/14 | B | 0.50 | In-House Printing - black & white Call time: 11:24; to | 541 | 546 | |
| 1133087 | 04/15/14 | B | 3.25 | In-House Printing - black & white Call time: 11:36; to | 541 | 546 | |
| 1133088 | 04/15/14 | B | 0.50 | In-House Printing - black & white Call time: 11:36; to | 541 | 546 | |
| 1133089 | 04/15/14 | B | 3.25 | In-House Printing - black & white Call time: 11:38; to | 541 | 546 | |
| 1133090 | 04/15/14 | B | 0.50 | In-House Printing - black & white Call time: 11:38; to | 541 | 546 | |
| 1133079 | 04/15/14 | B | 1.40 | In-House Printing - black & white Call time: 11:15; to | 541 | 546 | |
| 1133080 | 04/15/14 | B | 0.10 | In-House Printing - black & white Call time: 11:15; to | 541 | 546 | |
| 1133081 | 04/15/14 | B | 6.00 | In-House Printing - black & white Call time: 11:17; to | 541 | 546 | |
| 1133082 | 04/15/14 | B | 0.80 | In-House Printing - black & white Call time: 11:17; to | 541 | 546 | |
| 1133083 | 04/15/14 | B | 3.25 | In-House Printing - black & white Call time: 11:17; to | 541 | 546 | |
| 1133084 | 04/15/14 | B | 0.50 | In-House Printing - black & white Call time: 11:17; to | 541 | 546 | |

Nortel Networks, Inc.                                                   PRO FORMA 336369                        AS OF 04/30/14                                    INVOICE# ******
63989-DIP
DATE: 05/22/14 16:04:44

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1133068 | 04/15/14 | B | 7.45 | In-House Printing - black & white Call time: 10:54; to | 541 | 546 | |
| 1133069 | 04/15/14 | B | 0.20 | In-House Printing - black & white Call time: 10:54; to | 541 | 546 | |
| 1133070 | 04/15/14 | B | 1.00 | In-House Printing - black & white Call time: 10:57; to | 541 | 546 | |
| 1133071 | 04/15/14 | B | 2.25 | In-House Printing - black & white Call time: 10:57; to | 541 | 546 | |
| 1133077 | 04/15/14 | B | 1.75 | In-House Printing - black & white Call time: 11:11; to | 541 | 546 | |
| 1133078 | 04/15/14 | B | 0.10 | In-House Printing - black & white Call time: 11:11; to | 541 | 546 | |
| 1133062 | 04/15/14 | B | 1.10 | In-House Printing - black & white Call time: 16:19; to | 541 | 546 | |
| 1133063 | 04/15/14 | B | 0.45 | In-House Printing - black & white Call time: 16:19; to | 541 | 546 | |
| 1133064 | 04/15/14 | B | 1.10 | In-House Printing - black & white Call time: 16:19; to | 541 | 546 | |
| 1133065 | 04/15/14 | B | 0.45 | In-House Printing - black & white Call time: 16:19; to | 541 | 546 | |
| 1133066 | 04/15/14 | B | 1.10 | In-House Printing - black & white Call time: 16:34; to | 541 | 546 | |
| 1133067 | 04/15/14 | B | 0.45 | In-House Printing - black & white Call time: 16:34; to | 541 | 546 | |
| 1133553 | 04/16/14 | B | 5.50 | In-House Printing - black & white Call time: 13:24; to | 541 | 546 | |
| 1133554 | 04/16/14 | B | 5.65 | In-House Printing - black & white Call time: 13:24; to | 541 | 546 | |
| 1133555 | 04/16/14 | B | 4.95 | In-House Printing - black & white Call time: 13:25; to | 541 | 546 | |
| 1133556 | 04/16/14 | B | 5.70 | In-House Printing - black & white Call time: 13:26; to | 541 | 546 | |
| 1133557 | 04/16/14 | B | 3.45 | In-House Printing - black & white Call time: 13:26; to | 541 | 546 | |
| 1133546 | 04/16/14 | B | 15.70 | In-House Printing - black & white Call time: 09:46; to | 541 | 546 | |
| 1133547 | 04/16/14 | B | 1.60 | In-House Printing - black & white Call time: 09:46; to | 541 | 546 | |
| 1133549 | 04/16/14 | B | 5.65 | In-House Printing - black & white Call time: 13:57; to | 541 | 546 | |
| 1133550 | 04/16/14 | B | 4.95 | In-House Printing - black & white Call time: 13:58; to | 541 | 546 | |
| 1133551 | 04/16/14 | B | 5.70 | In-House Printing - black & white Call time: 13:58; to | 541 | 546 | |
| 1133552 | 04/16/14 | B | 3.45 | In-House Printing - black & white Call time: 13:59; to | 541 | 546 | |
| 1133545 | 04/16/14 | B | 1.45 | In-House Printing - black & white Call time: 10:49; to | 541 | 560 | |
| 1133548 | 04/16/14 | B | 2.75 | In-House Printing - black & white Call time: 10:33; to | 541 | 560 | |
| 1133560 | 04/16/14 | B | 1.50 | In-House Printing - black & white Call time: 17:21; to | 541 | 605 | |
| 1133561 | 04/16/14 | B | 3.80 | In-House Printing - black & white Call time: 17:23; to | 541 | 605 | |
| 1133562 | 04/16/14 | B | 6.35 | In-House Printing - black & white Call time: 17:55; to | 541 | 605 | |
| 1133558 | 04/16/14 | B | 7.15 | In-House Printing - black & white Call time: 16:43; to | 541 | 971 | |
| 1133559 | 04/16/14 | B | 0.20 | In-House Printing - black & white Call time: 16:43; to | 541 | 971 | |

Nortel Networks, Inc.  PRO FORMA 336369  AS OF 04/30/14  INVOICE# ******
63989-DIP
DATE: 05/22/14 16:04:44

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1133893 | 04/17/14 | B | 1.45 | In-House Printing - black & white Call time: 15:29; to | 541 | 546 | |
| 1133900 | 04/17/14 | B | 1.35 | In-House Printing - black & white Call time: 09:37; to | 541 | 546 | |
| 1133901 | 04/17/14 | B | 1.10 | In-House Printing - black & white Call time: 10:30; to | 541 | 546 | |
| 1133902 | 04/17/14 | B | 1.10 | In-House Printing - black & white Call time: 10:30; to | 541 | 546 | |
| 1133903 | 04/17/14 | B | 0.40 | In-House Printing - black & white Call time: 10:31; to | 541 | 546 | |
| 1133904 | 04/17/14 | B | 1.00 | In-House Printing - black & white Call time: 10:31; to | 541 | 546 | |
| 1133894 | 04/17/14 | B | 3.95 | In-House Printing - black & white Call time: 15:29; to | 541 | 546 | |
| 1133895 | 04/17/14 | B | 2.50 | In-House Printing - black & white Call time: 15:30; to | 541 | 546 | |
| 1133896 | 04/17/14 | B | 4.40 | In-House Printing - black & white Call time: 15:33; to | 541 | 546 | |
| 1133897 | 04/17/14 | B | 1.50 | In-House Printing - black & white Call time: 09:52; to | 541 | 546 | |
| 1133898 | 04/17/14 | B | 6.35 | In-House Printing - black & white Call time: 09:32; to | 541 | 546 | |
| 1133899 | 04/17/14 | B | 6.00 | In-House Printing - black & white Call time: 09:37; to | 541 | 546 | |
| 1134570 | 04/21/14 | B | 11.90 | In-House Printing - black & white Call time: 14:37; to | 541 | 554 | |
| 1134571 | 04/21/14 | B | 11.90 | In-House Printing - black & white Call time: 14:35; to | 541 | 554 | |
| 1134567 | 04/21/14 | B | 1.80 | In-House Printing - black & white Call time: 17:42; to | 541 | 904 | |
| 1134568 | 04/21/14 | B | 0.40 | In-House Printing - black & white Call time: 17:42; to | 541 | 904 | |
| 1134569 | 04/21/14 | B | 2.40 | In-House Printing - black & white Call time: 13:18; to | 541 | 904 | |
| 1135307 | 04/22/14 | B | 1.05 | In-House Printing - black & white Call time: 09:13; to | 541 | 904 | |
| 1135305 | 04/22/14 | B | 0.90 | In-House Printing - black & white Call time: 16:10; to | 541 | 554 | |
| 1135306 | 04/22/14 | B | 0.25 | In-House Printing - black & white Call time: 16:10; to | 541 | 554 | |
| 1136429 | 04/24/14 | B | 1.35 | In-House Printing - black & white Call time: 15:48; to | 541 | 637 | |
| 1136430 | 04/24/14 | B | 0.05 | In-House Printing - black & white Call time: 15:48; to | 541 | 637 | |
| 1138757 | 04/30/14 | B | 11.65 | In-House Printing - black & white Call time: 20:12; to | 541 | 010 | |
| 1138758 | 04/30/14 | B | 16.35 | In-House Printing - black & white Call time: 20:10; to | 541 | 010 | |
| 1138759 | 04/30/14 | B | 1.80 | In-House Printing - black & white Call time: 21:27; to | 541 | 605 | |
| 1128034 | 04/02/14 | B | 4.75 | In-House Printing - color | 542 | 602 | |
| 1131783 | 04/10/14 | B | 2.50 | In-House Printing - color | 542 | 602 | |
| 1131784 | 04/10/14 | B | 2.00 | In-House Printing - color | 542 | 602 | |
| 1131785 | 04/10/14 | B | 4.75 | In-House Printing - color | 542 | 602 | |
| 1133115 | 04/15/14 | B | 2.25 | In-House Printing - color | 542 | 602 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | | | | | INVOICE# ****** |
| 63989-DIP | | | PRO FORMA 336369 | | | AS OF 04/30/14 | | |
| DATE: 05/22/14 16:04:44 | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1133116 | 04/15/14 | B | 2.25 | In-House Printing - color | 542 | 602 | |
| 1133563 | 04/16/14 | B | 0.75 | In-House Printing - color | 542 | 400 | |
| 1133564 | 04/16/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1133565 | 04/16/14 | B | 0.75 | In-House Printing - color | 542 | 400 | |
| 1133908 | 04/17/14 | B | 0.75 | In-House Printing - color | 542 | 904 | |
| 1133905 | 04/17/14 | B | 7.50 | In-House Printing - color | 542 | 904 | |
| 1133906 | 04/17/14 | B | 2.00 | In-House Printing - color | 542 | 904 | |
| 1133907 | 04/17/14 | B | 14.25 | In-House Printing - color | 542 | 904 | |
| 1135938 | 04/23/14 | B | 1.50 | In-House Printing - color | 542 | 637 | |
| 1135939 | 04/23/14 | B | 4.00 | In-House Printing - color | 542 | 637 | |
| 1135936 | 04/23/14 | B | 0.25 | In-House Printing - color | 542 | 400 | |
| 1135937 | 04/23/14 | B | 0.50 | In-House Printing - color | 542 | 400 | |
| 1135935 | 04/23/14 | B | 1.00 | In-House Printing - color | 542 | 400 | |
| 1141590 | 04/10/14 | B | 16.33 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 201752 |
| 1141783 | 04/16/14 | B | 7.05 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 201774 |
| | | | 8,027.16 | | | | |