# EXHIBIT B

TIME: 12:59:19
DATE: 05/22/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: TELSTRAT 200 BUSINESS PARK DRIVE, SUITE 201 ATTN: MICHAEL GOLDBERG ARMONK NY 10504 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: TELSTRAT INC 200 BUSINESS PARK DRIVE, SUITE 201 ATTN: MICHAEL GOLDBERG ARMONK NY 10504 |
| TELSTRAT | 6900 K AVENUE PLANO TX 75074 |
| TELSTRAT INC | 6900 K AVENUE PLANO TX 75074-2527 |

Total Number of Records Printed        4

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006