**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

**Interim (S)**



VAT Invoice Date: **19 May 2014**          Our Ref: **GDB/CCN01.00001**          Invoice No.: **367842**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees (NT)** | 0.00 | 0.00 | 11,082.50 |
| For the period to 30 April 2014, in connection with the above matter. |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 13.26 |
|  | 0.00 |  | 11,095.76 |
|  |  | VAT | 0.00 |
|  |  | Total | 11,095.76 |
|  |  | **Balance Due** | **11,095.76** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 367842 when settling this invoice
**Payment Terms:** 21 days

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and
regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is
open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is
used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the
places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/04/2014

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner | Angela Pearson | 0.50 | 357.50 | (C0031) |
|  |  | **0.50** | **357.50** |  |
| Partner | Giles Boothman | 0.30 | 240.00 | (C0031) |
|  |  | **0.30** | **240.00** |  |
| Senior Associate | Antonia Croke | 0.40 | 208.00 | (C0003) |
|  |  | 0.70 | 364.00 | (C0007) |
|  |  | 9.70 | 5,044.00 | (C0029) |
|  |  | **10.80** | **5,616.00** |  |
| Associate | Lindsey Roberts | 0.20 | 81.00 | (C0002) |
|  |  | 0.90 | 364.50 | (C0029) |
|  |  | 3.70 | 1,498.50 | (C0031) |
|  |  | **4.80** | **1,944.00** |  |
| Junior Associate | Sophie Law | 0.50 | 162.50 | (C0002) |
|  |  | 2.70 | 877.50 | (C0003) |
|  |  | 2.40 | 780.00 | (C0007) |
|  |  | 1.50 | 487.50 | (C0029) |
|  |  | 1.90 | 617.50 | (C0031) |
|  |  | **9.00** | **2,925.00** |  |
| | **TOTAL** | **25.40** | **11,082.50** |  |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0002**    <u>**General Case Administration**</u>

| | | Time<br>(Decimal) | Standard Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.20 | 405.00 | 81.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.50 | 325.00 | 162.50 |
| | | | Total | 243.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|---------------|------|--------|
| 16/04/2014 | Sophie Law | MISC | Maintenance internal fee application files | 0.50 | 325.00 | 162.50 |
| 30/04/2014 | Lindsey Roberts | LETT | Brief review on documents delivered by Epiq | 0.20 | 405.00 | 81.00 |
| | | | | | | 243.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0003**        **Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Standard Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.40 | 520.00 | 208.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 2.70 | 325.00 | 877.50 |
| | | | Total | 1,085.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|----------------|------|--------|
| 07/04/2014 | Sophie Law | LETT | Email B Kahn re fee/expense estimates for March 2014 | 0.10 | 325.00 | 32.50 |
| 14/04/2014 | Sophie Law | MISC | Review Ashurst March invoice in prep for fee app | 0.70 | 325.00 | 227.50 |
| 16/04/2014 | Antonia Croke | LETT | Emails re amends to Ash fee app | 0.20 | 520.00 | 104.00 |
| 16/04/2014 | Sophie Law | MISC | Prepare fee app | 1.30 | 325.00 | 422.50 |
| 16/04/2014 | Sophie Law | MISC | Finalise and send out March fee app to Akin Gump | 0.20 | 325.00 | 65.00 |
| 16/04/2014 | Sophie Law | MISC | Amends to fee app, finalise and send | 0.40 | 325.00 | 130.00 |
| 23/04/2014 | Antonia Croke | LETT | Emails re Ash fee app | 0.10 | 520.00 | 52.00 |
| 24/04/2014 | Antonia Croke | LETT | Emails Re: Nortel - Fee Examiner Report re Ashurst 20th Interim | 0.10 | 520.00 | 52.00 |

|  |  |  |  |  |  | 1,085.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0007**</u>    <u>**Creditors Committee Meetings**</u>

| | | Time (Decimal) | Standard Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.70 | 520.00 | 364.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 2.40 | 325.00 | 780.00 |
| | | | Total | 1,144.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|----------------|------|--------|
| 03/04/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 03/04/2014 | Sophie Law | LETT | Attending UCC call | 0.90 | 325.00 | 292.50 |
| 10/04/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 10/04/2014 | Sophie Law | ATTD | UCC call | 0.80 | 325.00 | 260.00 |
| 16/04/2014 | Antonia Croke | LETT | Review emails from Fagen, Matthew Re: Request to Move Committee Call | 0.10 | 520.00 | 52.00 |
| 17/04/2014 | Antonia Croke | LETT | Emails SLAW/LROBER re UCC call | 0.10 | 520.00 | 52.00 |
| 17/04/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 23/04/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 24/04/2014 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 520.00 | 52.00 |
| 24/04/2014 | Sophie Law | ATTD | UCC call | 0.60 | 325.00 | 195.00 |
| 24/04/2014 | Sophie Law | INTD | Internal discussion with ACROKE re UCC call update | 0.10 | 325.00 | 32.50 |

|  |  |  |  |  |  | 1,144.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0029**       **Intercompany Analysis**

| | | Time (Decimal) | Standard Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 9.70 | 520.00 | 5,044.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.90 | 405.00 | 364.50 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 1.50 | 325.00 | 487.50 |
| | | | Total | **5,896.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|----------------|------|--------|
| 01/04/2014 | Antonia Croke | LETT | Review emails re expert reports and depositions | 0.30 | 520.00 | 156.00 |
| 01/04/2014 | Antonia Croke | LETT | Review emails Re: Trial Witness Designations and Experts | 0.10 | 520.00 | 52.00 |
| 02/04/2014 | Antonia Croke | LETT | Review email from Mr Fred S Hodara Re: Nortel meeting with Monitor | 0.10 | 520.00 | 52.00 |
| 02/04/2014 | Antonia Croke | LETT | Review emails re experts and fact witnesses | 0.10 | 520.00 | 52.00 |
| 02/04/2014 | Sophie Law | LETT | Email from Akin re update from Monitor re EMEA discussions | 0.10 | 325.00 | 32.50 |
| 03/04/2014 | Antonia Croke | LETT | Review emails re expert depositions | 0.10 | 520.00 | 52.00 |
| 05/04/2014 | Antonia Croke | LETT | Review emails re expert reports | 0.10 | 520.00 | 52.00 |
| 09/04/2014 | Antonia Croke | LETT | Review emails re experts | 0.10 | 520.00 | 52.00 |
| 09/04/2014 | Antonia Croke | LETT | Emails re sub con advice | 0.30 | 520.00 | 156.00 |
| 10/04/2014 | Antonia Croke | LETT | Review emails re Notice of Request for Joint Hearing | 0.10 | 520.00 | 52.00 |
| 11/04/2014 | Antonia Croke | LETT | Review mail from Rozenberg, Inna Re: Nortel expert Report | 0.10 | 520.00 | 52.00 |
| 11/04/2014 | Sophie Law | INTD | Catch up intd ACROKE re progress of allocation trial, discussions | 0.10 | 325.00 | 32.50 |
| 12/04/2014 | Antonia Croke | LETT | Review emails re expert reports, motion to strike, court room procedure, expert witnesses and disclosure and updates to the UCC re same | 0.50 | 520.00 | 260.00 |
| 14/04/2014 | Antonia Croke | LETT | Review emails re experts and trial motions | 0.20 | 520.00 | 104.00 |
| 14/04/2014 | Antonia Croke | LETT | Review emails re Notice Pursuant to Joint Trial Protocol re alignment to specific allocation parties | 0.20 | 520.00 | 104.00 |
| 14/04/2014 | Antonia Croke | LETT | Review emails from Laura Hall Re: Affidavits, Objections and Designations of the Monitor | 0.10 | 520.00 | 52.00 |
| 14/04/2014 | Antonia Croke | LETT | Review emails from Arthurs, Hannah Re: Nortel - Monitor and Canadian Debtors' Motion to Strike Expert Reports | 0.10 | 520.00 | 52.00 |
| 14/04/2014 | Antonia Croke | LETT | Review emails Re: Nortel- CCC Joinder to Motion to Strike | 0.10 | 520.00 | 52.00 |
| 14/04/2014 | Sophie Law | MISC | Review various emails re deposition designations, exhibit lists and witness statements served by all parties over the weekend | 0.30 | 325.00 | 97.50 |
| 15/04/2014 | Antonia Croke | LETT | Review emails Re: Pretrial Motion Schedule | 0.10 | 520.00 | 52.00 |
| 15/04/2014 | Antonia Croke | LETT | Review emails re pre trial motion and conf | 0.10 | 520.00 | 52.00 |
| 16/04/2014 | Antonia Croke | LETT | Review emails re motion to strike, pre trial motion and Expert and Rebuttal Expert Reports | 0.40 | 520.00 | 208.00 |
| 16/04/2014 | Antonia Croke | LETT | Review emails re expert reports | 0.30 | 520.00 | 156.00 |
| 16/04/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Reply of Monitor and Canadian Debtors to Objections to Motion to Shorten Notice With Respect to Motion to Strike | 0.10 | 520.00 | 52.00 |
| 16/04/2014 | Antonia Croke | LETT | Review emails from J. Sorkin, re: expert report | 0.10 | 520.00 | 52.00 |
| 16/04/2014 | Lindsey Roberts | LETT | Review of emails re motion to strike | 0.30 | 405.00 | 121.50 |
| 16/04/2014 | Sophie Law | MISC | Read email from Akin re reply of the Monitor and Canadian Debtors | 0.10 | 325.00 | 32.50 |
| 17/04/2014 | Antonia Croke | LETT | Review emails re expert reports | 0.10 | 520.00 | 52.00 |
| 17/04/2014 | Antonia Croke | LETT | Review email re trial logistics | 0.10 | 520.00 | 52.00 |
| 17/04/2014 | Antonia Croke | LETT | Review emails and ltrs re expert reports and JAs claims reports | 0.50 | 520.00 | 260.00 |
| 17/04/2014 | Lindsey Roberts | READ | Review of email and attached letter from the Court | 0.10 | 405.00 | 40.50 |

| Date | Name | Type | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 18/04/2014 | Antonia Croke | LETT | Review emails re expert designations and reports | 0.60 | 520.00 | 312.00 |
| 22/04/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- List of Allocation Trial Witnesses and Location of Testimony | 0.10 | 520.00 | 52.00 |
| 22/04/2014 | Antonia Croke | LETT | Review emails from 19/4 to 22/4 re pre trial motions, motions filed in the US and Canada and experts/experts reports | 0.70 | 520.00 | 364.00 |
| 22/04/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Motions in Limine | 0.10 | 520.00 | 52.00 |
| 22/04/2014 | Antonia Croke | LETT | Review emails RE: Draft Order with Respect to disputed document | 0.10 | 520.00 | 52.00 |
| 22/04/2014 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Production of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 22/04/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Order re Disputed Document and additional emails re same | 0.20 | 520.00 | 104.00 |
| 22/04/2014 | Antonia Croke | LETT | Review emails RE: US Interests' Motion to Strike the Expert Reports of the UKPC & CCC | 0.10 | 520.00 | 52.00 |
| 22/04/2014 | Sophie Law | LETT | Email from M Fagen re Draft Motion to Strike Global SubCon Expert Reports | 0.10 | 325.00 | 32.50 |
| 22/04/2014 | Sophie Law | LETT | Email from M Fagen re Outline of Monitor and CN Debtors re Pretrial Conference | 0.10 | 325.00 | 32.50 |
| 22/04/2014 | Sophie Law | LETT | Email from M Fagen re Amended Agenda for 4.22 Joint Pretrial Conference | 0.10 | 325.00 | 32.50 |
| 22/04/2014 | Sophie Law | MISC | Emails from M Fagen re Order re Disputed Document; Proposed Order Approving Motion to Strike Global SubCon Expert Reports and List of Allocation Trial Witnesses and Location of Testimony | 0.20 | 325.00 | 65.00 |
| 22/04/2014 | Lindsey Roberts | READ | Brief review of emails re: Motions in Limine; UKPC Mohai and letter from Monitors Counsel | 0.20 | 405.00 | 81.00 |
| 23/04/2014 | Antonia Croke | LETT | Review emails re hearings and experts | 0.10 | 520.00 | 52.00 |
| 23/04/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Trial Exhibits Database | 0.10 | 520.00 | 52.00 |
| 24/04/2014 | Antonia Croke | LETT | Review email from Hanrahan, Andrew Re: Nortel - Deposition Designations | 0.10 | 520.00 | 52.00 |
| 24/04/2014 | Antonia Croke | LETT | Review emails re affidavits and exhibits | 0.10 | 520.00 | 52.00 |
| 27/04/2014 | Antonia Croke | LETT | Review emails and letters re pre trial disclosures, experts and witnesses | 0.50 | 520.00 | 260.00 |
| 28/04/2014 | Antonia Croke | LETT | Review emails re production of docs and date for witness disclosure | 0.10 | 520.00 | 52.00 |
| 28/04/2014 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn Re: Nortel- Draft Response to Motion in Limine | 0.10 | 520.00 | 52.00 |
| 28/04/2014 | Antonia Croke | LETT | Review emails Re: filed pleadings and experts | 0.20 | 520.00 | 104.00 |
| 29/04/2014 | Antonia Croke | LETT | Review email from Johnson, Robert Re: Nortel - motion to strike Canadian Group's objections | 0.10 | 520.00 | 52.00 |
| 29/04/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: RE: Nortel - Responses to Motions in Limine | 0.10 | 520.00 | 52.00 |
| 29/04/2014 | Sophie Law | LETT | Email from Johnson, Robert Re: Nortel - motion to strike Canadian Group's objections | 0.10 | 325.00 | 32.50 |
| 29/04/2014 | Sophie Law | LETT | Email from Fagen, Matthew Re: RE: Nortel - Responses to Motions in Limine | 0.10 | 325.00 | 32.50 |
| 30/04/2014 | Antonia Croke | LETT | Review letter from KM Re: Nortel Allocation Litigation re: Open Trial and Confidentiality Orders | 0.10 | 520.00 | 52.00 |
| 30/04/2014 | Antonia Croke | LETT | Review email from Cordo, Annie Re: Nortel - Trial start time | 0.10 | 520.00 | 52.00 |
| 30/04/2014 | Antonia Croke | LETT | Review Letter from the EMEA debtors re: Claims Trial Witnesses | 0.20 | 520.00 | 104.00 |
| 30/04/2014 | Antonia Croke | LETT | Review emails from 28/4/14 to 30/4/14 re experts, exhibits, pre trial disclosure, motions to strike evidence and motions to oppose, affidavits and order of witnesses | 1.20 | 520.00 | 624.00 |
| 30/04/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: RE: Nortel - motion to strike Canadian Group's objections | 0.10 | 520.00 | 52.00 |

| 30/04/2014 | Antonia Croke | LETT | Review email from Annette Fournier  Re: Nortel - Book of Authorities and filing | 0.10 | 520.00 | 52.00 |
| 30/04/2014 | Sophie Law | LETT | Email from Fagen, Matthew  Re: RE: Nortel - motion to strike Canadian Group's objections | 0.10 | 325.00 | 32.50 |
| 30/04/2014 | Sophie Law | LETT | Email from Fagen, Matthew  Re: Nortel- Letter re Canadian Allocation Group Fact and Expert Witness Schedules | 0.10 | 325.00 | 32.50 |
| 30/04/2014 | Lindsey Roberts | LETT | Review of emails re: Motion to Strike Depo | 0.30 | 405.00 | 121.50 |

5,896.00

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0031**</u>    <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Standard Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 715.00 | 357.50 |
| GDB | Giles Boothman | 0.30 | 800.00 | 240.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 3.70 | 405.00 | 1,498.50 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 1.90 | 325.00 | 617.50 |
| | | | Total | **2,713.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|----------------|------|--------|
| 08/04/2014 | Angela Pearson | READ | Review emails re: sub-con issue | 0.30 | 715.00 | 214.50 |
| 08/04/2014 | Angela Pearson | INTD | Discussion with LROBE re: Sub-con issue | 0.20 | 715.00 | 143.00 |
| 08/04/2014 | Giles Boothman | SUPE | Sophie re sub con query | 0.30 | 800.00 | 240.00 |
| 08/04/2014 | Lindsey Roberts | READ | Review previous advice on sub-con; discussion with SLAW; emails to/from Akin Gump; review of SLAW's amends | 2.80 | 405.00 | 1,134.00 |
| 08/04/2014 | Sophie Law | RSCH | Email in from Akin re sunstantive consolidation; emails Ashurst team; review previous advice; emails AG team; intds LROBER, AMP re BCCI case; review English law principles re piercing the corporate veil | 1.70 | 325.00 | 552.50 |
| 09/04/2014 | Lindsey Roberts | LETT | Email to Brad; checking case appropriate citation | 0.30 | 405.00 | 121.50 |
| 09/04/2014 | Sophie Law | LETT | Review revised wording in from B Kahn re subcon; internal discussion with LROBER re same | 0.20 | 325.00 | 65.00 |
| 15/04/2014 | Lindsey Roberts | READ | Brief review of email (and attachments) re: materials served by all parties | 0.60 | 405.00 | 243.00 |

|  |  |  |  |  |  | 2,713.50 |