**Exhibit C**

**DISBURSEMENT SUMMARY**

**APRIL 01, 2014 THROUGH APRIL 30, 2014**

| Document Production | £13.26 |
|---|---|
| TOTAL | £13.26 |