**Exhibit D**

**Disbursements Detailed Breakdown**

**Document Production**

16/04/2014          221 sheets @ 0.06p                                                                                                      13.26