## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 01, 2014 THROUGH APRIL 30, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £800 | 0.3 | 240.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 0.5 | 357.50 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 10.8 | 5,616.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | 4.8 | 1,944.00 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 9.0 | 2,925.00 |
| TOTAL | | | 25.4 | 11,082.50 |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 01, 2014 THROUGH APRIL 30, 2014

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| General Case Administration | 0.7 | 243.50 |
| Ashurst Fee Application / Monthly Billing Reports | 3.1 | 1,085.50 |
| Creditors Committee Meetings | 3.1 | 1,144.00 |
| Intercompany Analysis | 12.1 | 5,896.00 |
| European Proceedings / Matters | 6.4 | 2,713.50 |
| TOTAL | 25.4 | 11,082.50 |