# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**March 1, 2014 - March 31, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Mar 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 4.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 58.8 |
| 6 | Committee Matters and Creditor Meetings | 2.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 175.0 |
| 15 | Travel | 42.5 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 282.3 |

**Summary of Services Rendered by Professional**

| Name | Mar 2014 Hours |
|---|---|
| Michael Kennedy, Member | 196.5 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 36.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 49.8 |
| James Elish, Analyst | - |
| **TOTAL** | 282.3 |

**Nortel Networks, Inc**
March 1, 2014 - March 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Mar 2014 Hours | Code |
|---|---|---|---|
| 3/1/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 3/3/2014 | Review RM Report | 1.0 | 1 |
| 3/3/2014 | Prepare, review and discuss material re allocation litigation | 10.0 | 14 |
| 3/4/2014 | Calls & communications w/ Cleary and experts re: allocation litigation | 2.0 | 14 |
| 3/4/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 3/5/2014 | Prepare, review and discuss material re allocation litigation | 4.0 | 14 |
| 3/6/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 3/6/2014 | Review cash summary | 1.0 | 1 |
| 3/7/2014 | Prepare, review and discuss material re allocation litigation | 5.5 | 14 |
| 3/10/2014 | Travel to NY | 4.0 | 15 |
| 3/10/2014 | Calls & communication with Cleary & management re: information request | 1.0 | 14 |
| 3/10/2014 | Calls & communications with Cleary & JR re: allocation litigation | 2.0 | 14 |
| 3/10/2014 | Prepare & review analysis re allocation litigation | 5.0 | 14 |
| 3/11/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 10.0 | 5 |
| 3/12/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 11.0 | 5 |
| 3/13/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 7.0 | 5 |
| 3/13/2014 | Travel to Chicago | 4.0 | 15 |
| 3/14/2014 | Calls & communications w/ Cleary and experts re: allocation litigation | 2.0 | 14 |
| 3/14/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 3/17/2014 | Calls & communications w/ Cleary and experts re: allocation litigation | 1.0 | 14 |
| 3/17/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 3/17/2014 | Review CCAA claims summary | 1.0 | 14 |
| 3/18/2014 | US Debtors cash and expenses | 1.0 | 1 |
| 3/18/2014 | Prepare, review and discuss material re allocation litigation | 10.0 | 14 |
| 3/19/2014 | Prepare, review and discuss material re allocation litigation | 8.0 | 14 |
| 3/19/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 2.0 | 14 |
| 3/20/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 3.0 | 14 |
| 3/20/2014 | Review cash summary | 1.0 | 1 |
| 3/21/2014 | Prepare, review and discuss material re allocation litigation | 2.0 | 14 |
| 3/24/2014 | Travel to NY | 4.0 | 15 |
| 3/24/2014 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 3/25/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 3/25/2014 | Travel to Chicago | 4.0 | 15 |
| 3/26/2014 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 3/27/2014 | Prepare, review and discuss material re allocation litigation | 8.0 | 14 |
| 3/28/2014 | Calls & communication with Cleary & management re: data | 3.0 | 14 |
| 3/28/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 3/29/2014 | Calls & communication with FTI re: allocation litigation | 2.0 | 6 |
| 3/29/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 3/30/2014 | Travel to Toronto | 4.0 | 15 |
| 3/30/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 10.0 | 5 |
| 3/31/2014 | Deposition | 10.0 | 14 |
| 3/31/2014 | Travel to NY | 3.0 | 15 |
| | **Mar 2014 Total** | **196.5** | |

**Nortel Networks, Inc**
March 1, 2014 - March 31, 2014 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Mar 2014 Hours | Code |
|---|---|---:|---:|
| 3/3/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/5/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/7/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/10/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 3/11/2014 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 3/12/2014 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 3/13/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 3/13/2014 | Travel to Chicago | 4.0 | 15 |
| 3/14/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/17/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/18/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/19/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/20/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 3/26/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/31/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| **Mar 2014 Total** | | **36.0** | |

**Nortel Networks, Inc**
March 1, 2014 - March 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | Mar 2014 Hours | Code |
|---|---|---|---|
| 3/3/2014 | Noted changes made by Green in rebuttal report | 1.5 | 14 |
| 3/11/2014 | Travel to NYC | 4.0 | 15 |
| 3/12/2014 | Meetings with professionals | 6.0 | 5 |
| 3/12/2014 | Meetings with professionals | 4.0 | 5 |
| 3/12/2014 | Travel to Chicago | 4.0 | 15 |
| 3/12/2014 | Analysis re: data contained in expert reports | 3.0 | 14 |
| 3/17/2014 | Call with other professionals | 0.8 | 5 |
| 3/30/2014 | Travel to Toronto | 4.0 | 15 |
| 3/30/2014 | Meetings with professionals | 10.0 | 5 |
| 3/31/2014 | Deposition | 9.0 | 14 |
| 3/31/2014 | Travel to NYC | 3.5 | 15 |
| | **Mar 2014 Total** | **49.8** | |