# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2014 Through March 31, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 3/10/14-3/13/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 3/10/14-3/13/14 | Hotel (three nights) | $ 1,500.00 |
| Mike Kennedy | 3/10/14-3/13/14 | Ground Transportation | $ 195.00 |
| Mike Kennedy | 3/10/14-3/13/14 | Breakfast | $ 10.00 |
| Mike Kennedy | 3/10/14-3/13/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 3/10/14-3/13/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 3/10/14-3/13/14 | Dinner | $ 19.33 |
| Mike Kennedy | 3/10/14-3/13/14 | Dinner | $ 50.00 |
| Mike Kennedy | 3/10/14-3/13/14 | Dinner | $ 45.02 |
| Jamie Ellis | 3/11/14-3/12/14 | Flight to New York, NY | $ 751.00 |
| Jamie Ellis | 3/11/14-3/12/14 | Hotel (one night) | $ 337.13 |
| Jamie Ellis | 3/11/14-3/12/14 | Ground Transportation | $ 167.55 |
| Jamie Ellis | 3/11/14-3/12/14 | Breakfast | $ 15.00 |
| Jamie Ellis | 3/11/14-3/12/14 | Lunch | $ 15.21 |
| Jamie Ellis | 3/11/14-3/12/14 | Dinner | $ 44.42 |
| Matt Rosenberg | 3/11/14-3/13/14** | Flight to New York, NY | $ 223.00 |
| Matt Rosenberg | 3/11/14-3/13/14** | Hotel (two nights) | $ 500.00 |
| Matt Rosenberg | 3/11/14-3/13/14** | Ground Transportation | $ 117.00 |
| Matt Rosenberg | 3/11/14-3/13/14** | Breakfast | $ 15.00 |
| Matt Rosenberg | 3/11/14-3/13/14** | Dinner | $ 23.51 |
| Mike Kennedy | 3/24/14-3/25/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 3/24/14-3/25/14 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 3/24/14-3/25/14 | Ground Transportation | $ 102.00 |
| Mike Kennedy | 3/24/14-3/25/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 3/24/14-3/25/14 | Dinner | $ 38.95 |
| Mike Kennedy | 3/24/14-3/25/14 | Dinner | $ 20.00 |
| Mike Kennedy | 3/30/14-4/2/14 | Flight to Toronto and New York, NY | $ 1,045.76 |
| Mike Kennedy | 3/30/14-4/2/14 | Hotel (three nights) | $ 1,350.00 |
| Mike Kennedy | 3/30/14-4/2/14 | Ground Transportation | $ 246.16 |
| Mike Kennedy | 3/30/14-4/2/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 3/30/14-4/2/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 3/30/14-4/2/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 3/30/14-4/2/14 | Dinner | $ 50.00 |
| Mike Kennedy | 3/30/14-4/2/14 | Dinner | $ 50.00 |
| Mike Kennedy | 3/30/14-4/2/14 | Dinner | $ 30.00 |
| Jamie Ellis | 3/30/14-4/2/14 | Flight to Toronto, Ontario and New York, NY | $ 1,045.76 |
| Jamie Ellis | 3/30/14-4/2/14 | Hotel (three nights) | $ 1,350.00 |
| Jamie Ellis | 3/30/14-4/2/14 | Ground Transportation | $ 81.96 |
| Jamie Ellis | 3/30/14-4/2/14 | Breakfast | $ 8.43 |
| Jamie Ellis | 3/30/14-4/2/14 | Lunch | $ 5.60 |
| Jamie Ellis | 3/30/14-4/2/14 | Dinner | $ 45.69 |
| Jamie Ellis | 3/30/14-4/2/14 | Dinner | $ 31.87 |
| Chilmark | 2/13/2014 | Fed Ex | $ 83.71 |
| **Total Expenses** | | | **$12,198.72** |

** Trip was for two separate clients and expenses are shared between the two clients

Note:  All airfare is being charged at a coach class rate.