## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

Court File No.  09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### - COMMERCIAL LIST

### IN THE MATTER OF
### THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED
### AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### UPDATED ORDER OF WITNESSES FOR TRIAL
### (May 27 through May 30)

**PLEASE TAKE NOTICE** that the Core Parties expect the following witnesses to appear at Trial in the period May 27 through May 30.

---

[1]      The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**Tuesday May 27, 2014**[2]

1. Kerry Stephens (London, UK – via video) – EMEA - *additional claims only time

**Wednesday May 28, 2014**

2. Mark Weisz (Wilmington) – US

3. Geoffrey Hall (Toronto) – UKP -  *may move to May 27, 2014

4. Paul Huffard (Wilmington) – EMEA expert

**Thursday May 29, 2014**

1. James Malackowski (Toronto) – EMEA expert

2. Coleman Bazelon (Toronto) – UKP expert

**Friday May 30, 2014**

1. Richard Cooper (Wilmington) – EMEA expert

2. Steven Felgran (Wilmington) – UKP expert

---

[2] Angela Anderson may also be available on Tuesday in either London or Wilmington

Dated: May 23, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob S. Pultman
Paul B. Keller
Laura R. Hall
Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com
ken.coleman@allenovery.com
daniel.guyder@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

Court File No. 09-CL-7950

---

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (Commercial List)

Proceeding commenced at Toronto

---

### UPDATED ORDER OF WITNESSES FOR TRIAL
### (MAY 27-30)

---

**GOODMANS LLP**
Barristers & Solicitors
333 Bay Street, Suite 3400
Toronto, Canada  M5H 2S7

Jay A. Carfagnini  (LSUC #: 22293T)
jcarfagnini@goodmans.ca
Alan Mark (LSUC #: 21772U)
amark@goodmans.ca
Jessica Kimmel (LSUC #: 32312W)
jkimmel@goodmans.ca
Peter Ruby (LSUC #: 38439P)
pruby@goodmans.ca
Joseph Pasquariello (LSUC #: 37389C)
jpasquariello@goodmans.ca

Tel:      416.979.2211
Fax:      416.979.1234
**Lawyers for the Monitor, Ernst & Young Inc.**

**Gowling Lafleur Henderson LLP**
Barristers & Solicitors
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, ON  M5X 1G5

Derrick Tay  (LSUC #: 21152A)
derrick.tay@gowlings.com
Jennifer Stam  (LSUC #: 46735J)
Jennifer.stam@gowlings.com

Tel:  416.862.5697
Fax:  416.862.7661

**Lawyers for the Canadian Debtors**