**CERTIFICATE OF SERVICE**

    I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on May 23, 2014, in the manner indicated upon the entities identified below.

Date: May 23, 2014                    */s/ Tamara K. Minott*
Wilmington, Delaware                Tamara K. Minott (No. 5643)

**Via Hand Delivery**

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
(Counsel for Hewlett-Packard)

**Via First Class Mail**

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(Counsel for Hewlett-Packard)

Adam D. Wolper
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102
(Counsel for Sterling Mets)