# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Hearing Date: TBD** |
| | ) |

## NOTICE OF TWENTY-FIRST INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | February 1, 2014 through April 30, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary | £33,321.00 (US $56,122.56)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £21.72 (US $36.58)[3] |

This is (a)n: _X_ interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.68 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.68 as published by Bloomberg.com on the date of this application.

1

35552608

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 03/31/2014 Docket No. 13235 | 02/01/2014 – 02/28/2014 | £10,563.00 | £3.66 | £8,450.40 | £3.66 | £2,112.6 |
| Date Filed: 04/16/2014 Docket No. 13352 | 03/01/2014 – 03/31/2014 | £11,675.50 | £4.80 | £9,340.40 | £4.80 | £2,335.10 |
| Date Filed: 05/22/2014 Docket No. 13628 | 04/01/2014 – 04/30/2014 | £11,082.50 | £13.26 | Pending Obj deadline 06/12/2014 £8,866.00 | Pending Obj deadline 06/12/2014 £13.26 | £2,216.50 |
| **TOTALS:** | | **£33,321.00** | **£21.72** | **£26,656.80**[4] | **£21.72**[5] | **£6,664.20** |

Summary of any Objections to Fee Applications: None.

Dated:  May 23, 2014
        London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.