# EXHIBIT C

## DISBURSEMENT SUMMARY
## MARCH 1, 2014 THROUGH MARCH 31, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $3,017.58 |
| Conference Calls/Telephone/Web Conference Services | $3,431.20 |
| Courier Service/Postage | $193.38 |
| Deposition Charges | $2,076.50 |
| Document Production – In House | $5,454.90 |
| Duplicating (billed at $.10 per page) | $11,231.90 |
| Meals/Committee Meeting Expenses | $9,179.15 |
| Travel Expenses – Airfare | $5,637.86 |
| Travel Expenses – Auto Rental | $61.97 |
| Travel Expenses – Ground Transportation | $3,383.10 |
| Travel Expenses – Incidentals | $59.60 |
| Travel Expenses – Lodging | $5,507.50 |
| Travel Expenses – Parking | $32.82 |
| Travel Expenses – Train Fare | $749.50 |
| **TOTAL** | **$50,016.96** |