# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1539419 |
| Invoice Date | 05/15/14 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/14 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 11/11/13 | Deposition  Streaming connection fee for deposition in Nortel case.; Ellen Grauer Court Reporting | $718.50 |
| 11/11/13 | Deposition  Streaming connection fee for deposition in Nortel case.; Ellen Grauer Court Reporting | $200.00 |
| 11/11/13 | Deposition  Streaming connection fee for deposition in Nortel case.; Ellen Grauer Court Reporting | $261.00 |
| 11/12/13 | Deposition  Streaming connection fee for deposition in Nortel case.; Ellen Grauer Court Reporting | $897.00 |
| 12/18/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $26.90 |
| 01/24/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB14-53062500000206 DATE: 2/25/2014 PASSENGER: BOTTER DAVID H TICKET #: 7000000000 DEPARTURE DATE: 01/29/2014 ROUTE: NYP WIL NYP (Later credited - see 1/28) | $504.00 |
| 01/24/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB14-53062500000206 DATE: 2/25/2014 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| | PASSENGER: BOTTER DAVID H TICKET #: 616686197 DEPARTURE DATE: 01/30/2014 ROUTE: NYP WIL NYP | |
| 01/27/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB14-53062500000206 DATE: 2/25/2014 PASSENGER: HODARA FRED S TICKET #: 616736831 DEPARTURE DATE: 01/07/2014 ROUTE: NYP WIL NYP | $37.00 |
| 01/27/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB14-53062500000206 DATE: 2/25/2014 PASSENGER: HODARA FRED S TICKET #: 7000000000 DEPARTURE DATE: 01/29/2014 ROUTE: NYP WIL NYP (First Class reduced) | $281.00 |
| 01/28/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB14-53062500000206 DATE: 2/25/2014 PASSENGER: BOTTER DAVID H TICKET #: 7000000000 DEPARTURE DATE: 01/29/2014 ROUTE: WAS NYP | $-504.00 |
| 01/28/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $12.86 |
| 01/28/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.31 |
| 01/29/14 | Travel - Ground Transportation  Taxi cab from Civic Center to Penn Station for travel re Nortel Case.; Uber | $17.00 |
| 01/29/14 | Travel - Train Fare  Train fare from NYC to Wilmington for Nortel hearing.; Amtrak (First Class reduced) | $140.00 |
| 01/29/14 | Travel - Train Fare  Train fare from Wilmington to NYC after Nortel hearing.; Amtrak (First Class reduced) | $140.00 |
| 01/29/14 | Travel - Ground Transportation  Taxi cab from train station in Wilmington to Bankruptcy court for Nortel hearing.; Fez Taxi | $10.00 |
| 01/29/14 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB14-53062500000206 DATE: 2/25/2014 PASSENGER: HODARA FRED S TICKET #: 73098530473 DEPARTURE DATE: 01/29/2014 ROUTE: NYP/WIL | $-33.00 |
| 01/29/14 | Travel - Train Fare  VENDOR: DINERS | $-135.00 |

| Date | Description | Amount |
|---|---|---|
| 01/30/14 | CLUB INVOICE#: FEB14-53062500000206 DATE: 2/25/2014 PASSENGER: HODARA FRED S TICKET #: 73098530465 DEPARTURE DATE: 01/29/2014 ROUTE: NYP/WIL Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB14-53062500000206 DATE: 2/25/2014 PASSENGER: WIRAKESUMA REBECCA ANN TICKET #: 616923115 DEPARTURE DATE: 01/30/2014 ROUTE: LGA YOW | $37.00 |
| 01/30/14 | Meals (100%)  Vendor Number 62689_ 1/27/14 M Joseph - Litigation team meeting (7 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800278 DATE: 1/30/2014 Check Number: 367344 | $300.00 |
| 01/30/14 | Meals (100%)  1/28/14 - K Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800278; DATE: 1/30/2014 | $29.23 |
| 01/30/14 | Meals (100%)  Vendor Number 62689_ 1/30/14 N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800278 DATE: 1/30/2014 Customer Number: 367344 Meeting re: expert reports (10 people) | $450.00 |
| 01/30/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $23.75 |
| 01/31/14 | Travel - Ground Transportation  Taxi cab from Cleary Gottlieb's office to One Bryant Park after Nortel meeting.; Delancey Car Service | $20.00 |
| 02/03/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.37 |
| 02/04/14 | Travel - Airfare  Airfare for travel from NYC to Ottawa for Nortel depositions.; Airfare from NYC to Ottawa; Delta Airlines (Economy) | $402.34 |
| 02/04/14 | Travel - Ground Transportation  Taxi cab from Rutherford Place to LGA for travel to Canada for Nortel depositions.; Uber | $64.00 |
| 02/04/14 | Travel - Airfare  Airport processing fee in connection with travel for Nortel depositions.; fee; Westjet | $26.99 |
| 02/04/14 | Meals - Business  Working Dinner with | $145.50 |

| Date | Description | Amount |
|------|-------------|--------|
| | C. Doniak during travel for Canada claims deposition in Nortel case.; A. Qureshi, C. Doniak; Side Door Contemporary Kitchen | |
| 02/04/14 | Travel - Ground Transportation Taxi from Ottawa Airport to Hotel for Stay to Attend Nortel Depositions.; Ottawa Westway Taxi | $32.60 |
| 02/04/14 | Travel - Lodging (Hotel, Apt, Other) Hotel charges for Ottawa trip from 2/4 - 2/7 for Nortel depositions (3 nights); Hotel Stay; Westin Hotel Ottawa | $1,273.86 |
| 02/04/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.08 |
| 02/05/14 | Meals - Business  Working Dinner during Canadian Claims Depositions with C. Doniak and Jane Van Lare and Michelle Parthum from Cleary.; (4 people) ; Town | $280.00 |
| 02/05/14 | Meals - Business  Breakfast for A. Qureshi on 2/6 and 2/7.  Breakfast for Qureshi, Doniak, Van Lare and Parthenum on 2/5. (6 meals); A. Qureshi, C. Doniak, M. Parthenum and J. Van Lare; Daley's Restaurant/Westin | $197.42 |
| 02/06/14 | Meals (100%)  Vendor Number 62689_ 2/6/14 N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800279 DATE: 2/6/2014 Customer Number: 366583 Committee call (6 people) | $172.46 |
| 02/06/14 | Meals (100%)  Vendor Number 62689-- 2/6/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800279 DATE: 2/16/2014 - Customer Number: 366583 Check Number: 366583 Litigation team meeting (6 people) | $194.02 |
| 02/06/14 | Meals - Business  Travel Meal in Ottawa While Preparing for Nortel depositions.; A. Qureshi; Aramark | $27.13 |
| 02/06/14 | Meals - Business  Working Lunch With C. Doniak (in Ottawa) During deposition in Nortel Case; A. Qureshi; Starbucks Ottawa. | $21.55 |
| 02/06/14 | Travel - Auto Rental  Rental car charges in Ottawa for travel during Nortel depositions.; Rental Car in Ottawa; Hertz | $61.97 |
| 02/06/14 | Travel - Parking  Parking at hotel in Ottawa during stay for Nortel depositions; Westin Hotel Ottawa | $32.82 |
| 02/07/14 | Travel - Lodging (Hotel, Apt, Other) Lodging while in Ottawa re: deposition; 4 | $1,700.67 |

| Date | Description | Amount |
|------|-------------|--------|
| | nights Lodging while in Ottawa re: deposition; Westin Hotel | |
| 02/07/14 | Travel - Airfare  Airfare for travel from Ottawa to NYC after Nortel depositions.; Airfare from Ottawa to NYC; Delta Airlines (Economy) | $377.55 |
| 02/07/14 | Travel - Ground Transportation  Taxi cab from LGA to Franklin Street after travel from Canada for Nortel depositions.; Uber | $59.00 |
| 02/07/14 | Travel - Airfare  Airport processing fee for seat change during travel for Nortel depositions; Airport processing fee; Westjet | $28.73 |
| 02/07/14 | Travel - Incidentals - Out-of-Town Travel  Laundry at hotel during stay for Nortel depositions; Westin Hotel | $18.47 |
| 02/07/14 | Meals - Business  Coffee at Ottawa Airport While Traveling for Nortel Case.; A. Qureshi; HMS Host/D'Arcy McGees | $3.30 |
| 02/07/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.59 |
| 02/10/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1652130 DATE: 2/16/2014 Yecies Jacqueline - Arno - 02/10/2014 | $34.25 |
| 02/10/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1652130 DATE: 2/16/2014 Sorkin Joseph - Stage Door Deli and Restaurant - 02/10/2014 | $19.37 |
| 02/10/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.11 |
| 02/10/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.56 |
| 02/11/14 | Travel - Ground Transportation  Taxi cab from One Bryant Park to 50 Franklin St. after working on Nortel matter.; NYC Taxi Cab | $14.40 |
| 02/11/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1652130 DATE: 2/16/2014 Yecies Jacqueline - Natsumi - 02/11/2014 | $29.70 |
| 02/11/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1652130 DATE: 2/16/2014 | $19.42 |

---

|  |  |  |
|---|---|---|
|  | Orcel Reginald - Abeca Sushi - 02/11/14 |  |
| 02/11/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.73 |
| 02/11/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.58 |
| 02/11/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.07 |
| 02/12/14 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 499494 DATE: 2/14/2014 SENDER'S NAME: CARLY WINREB; JOB NUMBER: 268243; PICKUP: 1 BRYANT PARK; DESTINATION: 1 LIBERTY PLZ; DATE: 02/12/2014 | $10.42 |
| 02/12/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 710271 DATE: 2/27/2014 Vendor: Executive Royal Voucher #: RVWFE36198 Date: 02/12/2014 Name: Reginald Orcel‖Car Service, Vendor: Executive Royal Voucher #: RVWFE36198 Date: 02/12/2014 Name: Reginald Orcel | $62.11 |
| 02/12/14 | Travel - Airfare  Airfare for travel from NYC to Ottawa for Nortel Depositions.; Airfare from NYC to Ottawa; Delta Airlines (Economy) | $328.16 |
| 02/12/14 | Travel - Ground Transportation  Taxi cab from Franklin Street to LGA airport for travel for Nortel depositions.; Uber | $41.00 |
| 02/12/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1652130 DATE: 2/16/2014 Orcel Reginald - Abeca Sushi - 02/12/2014 | $19.96 |
| 02/12/14 | Meals (100%)  Vendor Number 62689-- 2/10/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800280; DATE: 2/12/2014  - Customer Number: F203380000 Check Number: 366968 Litigation team meeting (7 people). | $285.42 |
| 02/12/14 | Meals (100%)  Vendor Number 62689-- | $172.46 |

| | | |
|---|---|---|
| | 2/10/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800280; DATE: 2/12/2014 - Customer Number: F203380000 Check Number: 366968 Meeting with Akin and Capstone teams (11 people). | |
| 02/12/14 | Meals (100%) Vendor Number 62689-- 2/13/14 N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 2/12/2014 - Customer Number: F203380000 Check Number: 366968 Committee call (8 people). | $172.46 |
| 02/12/14 | Travel - Ground Transportation  Taxi cab from Ottawa Airport to Denton's Office for Nortel Depositions; Westway Taxi | $32.35 |
| 02/12/14 | Travel - Ground Transportation  Taxi cab from Dentons' office in Ottawa to Hotel for stay during Nortel depositions; Capital Taxi (Taxitab) | $10.50 |
| 02/12/14 | Travel - Airfare  Airport processing fee for seat change during travel for Nortel depositions; Airport processing fee; Westjet | $51.59 |
| 02/12/14 | Travel - Lodging (Hotel, Apt, Other) Hotel room charges for stay during Nortel depositions; Hotel charges; Westin Ottawa | $424.61 |
| 02/12/14 | Meals - Business  In room dinner at hotel during travel for Nortel depositions; A. Qureshi; Westin Ottawa | $47.58 |
| 02/12/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.06 |
| 02/13/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 710271 DATE: 2/27/2014  Vendor: Executive Royal Voucher #: RVPLE371A8 Date: 02/13/2014 Name: Reginald Orcell|Car Service, Vendor: Executive Royal Voucher #: RVPLE371A8 Date: 02/13/2014 Name: Reginald Orcel | $62.11 |
| 02/13/14 | Travel - Airfare  Airfare for travel from Ottawa to NYC after Nortel depositions.; Airfare from Ottawa to NYC; Delta Airlines (Economy) | $566.93 |
| 02/13/14 | Travel - Ground Transportation  Taxi cab from Flushing, NY to East 22nd Street for travel re Nortel Case.; Uber | $43.00 |
| 02/13/14 | Travel - Ground Transportation  Taxi | $37.21 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1539419

| | | |
|---|---|---|
| | from Dentons Office in Ottawa to Ottawa Airport after Nortel Depositions; Capital Taxi | |
| 02/13/14 | Travel - Ground Transportation  Taxi cab from Ottawa Hotel to Denton's Office for Nortel Depositions; Taxitab (Blue Line Taxi) | $9.59 |
| 02/13/14 | Meals - Business  Nortel Travel Meal at Ottawa Airport.; A. Qureshi; HMSHost D'Arcy McGees | $44.49 |
| 02/13/14 | Meals - Business  Breakfast during travel for Nortel depositions; A. Qureshi; Daly's Restaurant/Westin | $29.88 |
| 02/13/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.17 |
| 02/13/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.69 |
| 02/14/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.82 |
| 02/14/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.63 |
| 02/16/14 | Meals (100%)  Lunch ordered into the office while working on the weekend.; Nick Stabile; Dinner ordered in late night; Iron Sushi Love | $25.00 |
| 02/16/14 | Travel - Ground Transportation  Taxi from home to the office on the weekend.; NYC Taxi | $11.40 |
| 02/16/14 | Travel - Ground Transportation  Taxi home from the office while working on the weekend.; NYC Taxi | $14.40 |
| 02/18/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1656839 DATE: 2/23/2014 Wirakesuma Rebecca - Akura Sushi - 02/18/2014 | $20.78 |
| 02/18/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1656839 DATE: 2/23/2014 Kahn Brad - Mi Nidito - 02/18/2014 | $34.46 |
| 02/18/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: | $21.27 |

| | | |
|---|---|---|
| | 1656839 DATE: 2/23/2014 Yecies Jacqueline - Blake & Todd - 02/18/2014 | |
| 02/18/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.50 |
| 02/19/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1656839 DATE: 2/23/2014 Kahn Brad - Aki Sushi 39th st.) - 02/19/2014 | $30.76 |
| 02/19/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 710582 DATE: 3/7/2014  Vendor: Executive Royal Voucher #: 450384 Date: 02/19/2014 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 450384 Date: 02/19/2014 Name: Brad Kahn | $50.25 |
| 02/20/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1656839 DATE: 2/23/2014 Fagen Matthew - Akdeniz - 02/20/2014 | $28.52 |
| 02/20/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1656839 DATE: 2/23/2014 Yecies Jacqueline - Qi 43rd St) - 02/20/2014 | $24.56 |
| 02/20/14 | Document Production - In House REQUESTOR: S DALY; DESCRIPTION: COLOR COPIES; QUANTITY: 104; DATE ORDERED: 2/20/14 | $10.40 |
| 02/20/14 | Meals (100%)  Vendor Number 62689-- 2/18/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 2/20/2014  - Customer Number: F203380000 Check Number: 366583 Litigation team meeting (7 people). | $254.93 |
| 02/20/14 | Meals (100%)  Vendor Number 62689-- 2/20/14 N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800281; DATE: 3/11/2014  - Customer Number: F203380000 Check Number: 366583 Committee call (9 people). | $172.46 |
| 02/20/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1177618 DATE: 3/12/2014  Vendor: Dial Car Voucher #: DLA3923404 Date: 02/20/2014 Name: | $47.99 |

| | | |
|---|---|---|
| | Rebecca WirakesumallCar Service, Vendor: Dial Car Voucher #: DLA3923404 Date: 02/20/2014 Name: Rebecca Wirakesuma | |
| 02/21/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 710271 DATE: 2/27/2014 Vendor: Executive Royal Voucher #: 451191 Date: 02/21/2014 Name: Rebecca WirakesumallCar Service, Vendor: Executive Royal Voucher #: 451191 Date: 02/21/2014 Name: Rebecca Wirakesuma | $33.71 |
| 02/23/14 | Travel - Ground Transportation Taxi cab from 116 W. 14th Street to OBP to work in office on Nortel matter.; Delancey Car Service | $15.00 |
| 02/23/14 | Travel - Ground Transportation Taxi cab from OBP to 116 W. 14th Street after working in office on Nortel matter.; Delancey Car Service | $15.00 |
| 02/24/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 710271 DATE: 2/27/2014 Vendor: Executive Royal Voucher #: 450386 Date: 02/24/2014 Name: Brad KahnllCar Service, Vendor: Executive Royal Voucher #: 450386 Date: 02/24/2014 Name: Brad Kahn | $29.25 |
| 02/24/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Yecies Jacqueline - Trattoria Trecolori - 02/24/2014 | $31.56 |
| 02/24/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Sorkin Joseph - Stage Door Deli and Restaurant - 02/24/2014 | $19.37 |
| 02/24/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Kahn Brad - Akdeniz - 02/24/2014 | $33.09 |
| 02/24/14 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $14.40 |
| 02/24/14 | Travel - Ground Transportation Taxi cab from OBP to 116 W. 14th Street after working in office on Nortel matter.; NYC Taxi Cab | $11.40 |
| 02/24/14 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.11 |
| 02/24/14 | Audio and Web Conference Services | $0.95 |

| | | |
|---|---|---|
| | VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | |
| 02/24/14 | Audio and Web Conference Services | $2.43 |
| | VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | |
| 02/24/14 | Audio and Web Conference Services | $5.77 |
| | VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034561006 DATE: 2/24/2014 Multi-office omnibus teleconference invoice. Account# 205134736 | |
| 02/25/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Weinreb Carly - East Pacific - 02/25/2014 | $19.00 |
| 02/25/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Sorkin Joseph - Akdeniz - 02/25/2014 | $20.45 |
| 02/26/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Sorkin Joseph - Stage Door Deli and Restaurant - 02/26/2014 | $19.37 |
| 02/26/14 | Travel - Ground Transportation  Taxi home from the office after working late night.; NYC Taxi | $9.60 |
| 02/26/14 | Travel - Ground Transportation  Taxi home after working late on 2/25 (aftermidnight).; NYC Taxi | $17.30 |
| 02/26/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $19.10 |
| 02/27/14 | Meals (100%)  Vendor Number 62689-- 2/24/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800282; DATE: 2/27/2014  - Customer Number: F203380000 Check Number: 366583 Meeting re: rebuttal reports (8 people). | $254.93 |
| 02/27/14 | Meals (100%)  Vendor Number 62689-- 2/25/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800282; DATE: 2/27/2014  - Customer Number: F203380000 Check Number: 366583 Meeting/conference call re: expert rebuttal report (3) | $120.00 |
| 02/27/14 | Meals (100%)  Vendor Number 62689-- 2/26/14 K. Herron VENDOR: RESTAURANT | $249.87 |

|          |                                                                                                                                                                                                  |          |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | ASSOCIATES; INVOICE#: 2033800282; DATE: 2/27/2014 - Customer Number: F203380000 Check Number: 366583 Litigation team meeting (7 people)                                                           |          |
| 02/27/14 | Meals (100%)  Vendor Number 62689-- 2/27/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800282; DATE: 2/27/2014 - Customer Number: F203380000 Check Number: 366583 Committee call (8 people) | $172.46 |
| 02/27/14 | Travel - Ground Transportation  Taxi home from the office after working late night.; NYC Taxi                                                                                                     | $11.12   |
| 02/27/14 | Meals (100%)  Dinner ordered to the office for Nortel team while working late.; Abid Qureshi, Joseph Sorkin, Robert Johnson, Nicholas Stabile, Jackie Yecies, Christine Doniak, Annie Evans, Carly Weinreb (8 people); late night dinner; Akdeniz | $253.58  |
| 02/27/14 | Meals (100%)  Dinner ordered into the office while working late.; Nick Stabile; Meal ordered into office; Iron Sushi Love                                                                         | $25.00   |
| 02/28/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Stabile Nicholas - Mangia 48th St.) - 02/28/2014                                                               | $21.63   |
| 02/28/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Evans Annie Anne) - Mangia 48th St.) - 02/28/2014                                                              | $21.63   |
| 02/28/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Sorkin Joseph - Mangia 48th St.) - 02/28/2014                                                                  | $21.63   |
| 02/28/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Johnson Robert - Mangia 48th St.) - 02/28/2014                                                                 | $21.63   |
| 02/28/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Weinreb Carly - Mangia 48th St.) - 02/28/2014                                                                  | $21.63   |
| 02/28/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Doniak Christine - Mangia 48th St.) - 02/28/2014                                                               | $21.63   |
| 02/28/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#:                                                                                                                                    | $74.11   |

|  |  |  |
|---|---|---|
|  | 1177618 DATE: 3/12/2014 Vendor: Dial Car Voucher #: DLA4008751 Date: 02/28/2014 Name: Robert Johnson‖Car Service, Vendor: Dial Car Voucher #: DLA4008751 Date: 02/28/2014 Name: Robert Johnson |  |
| 02/28/14 | Travel - Ground Transportation  Taxi cab after working in office on Nortel matter.; NYC Taxi Cab | $8.00 |
| 02/28/14 | Meals (100%)  Dinner ordered into the office for Nortel team while working late.; Abid Qureshi, Joseph Sorkin, Robert Johnson, Nicholas Stabile, Jacie Yecies, Christine Doniak, Annie Evans, Carly Weinreb (8 people); ordered in while working late; Iron Sushi | $241.47 |
| 02/28/14 | Meals - Business Dinner with the Nortel team.; Nortel Team; Manhattan Plaza | $20.00 |
| 02/28/14 | Travel - Ground Transportation  Taxi home from the office after working late.; NYC Taxi | $22.50 |
| 03/01/14 | Duplication - In House  Photocopy - User # 990100, NY, 22 page(s) | $2.20 |
| 03/01/14 | Duplication - In House  Photocopy - User # 990100, NY, 4866 page(s) | $486.60 |
| 03/01/14 | Duplication - In House  Photocopy - User # 990100, NY, 5616 page(s) | $561.60 |
| 03/01/14 | Duplication - In House  Photocopy - User # 990100, NY, 210 page(s) | $21.00 |
| 03/01/14 | Duplication - In House  Photocopy - User # 990100, NY, 16 page(s) | $1.60 |
| 03/01/14 | Duplication - In House  Photocopy - User # 990100, NY, 2986 page(s) | $298.60 |
| 03/01/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Asencio Daniel - Rincon del Sabor - 03/01/2014 | $13.43 |
| 03/01/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Lutchman Ervin - Bombay Junction - 03/01/2014 | $19.37 |
| 03/01/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1673757 DATE: 3/2/2014 Bhowmik Kris Krishanu) - China Gourmet - 03/01/2014 | $21.86 |
| 03/01/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 710582 DATE: 3/7/2014 Vendor: Executive Royal Voucher #: RVRME381C8 Date: 03/01/2014 Name: Sol Kim‖Car Service, Vendor: Executive Royal Voucher #: RVRME381C8 Date: 03/01/2014 Name: Sol Kim | $87.78 |
| 03/01/14 | Travel - Ground Transportation | $75.48 |

| | | |
|---|---|---|
| | VENDOR: CORPORATE TRANSPORTATION GROUP, LTD INVOICE#: 1022305 DATE: 3/7/2014 Vendor: Corporate Transportation Group, LTD Voucher #: RVUPE381F8 Date: 03/01/2014 Name: Kris Bhowmik‖Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: RVUPE381F8 Date: 03/01/2014 Name: Kris Bhowmik | |
| 03/01/14 | Document Production - In House REQUESTOR: S KIM; DESCRIPTION: COLOR COPIES; QUANTITY: 11904; DATE ORDERED: 3/1/14 | $1,190.40 |
| 03/01/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1177618 DATE: 3/12/2014 Vendor: Dial Car Voucher #: DLA3924611 Date: 03/01/2014 Name: Robert Johnson‖Car Service, Vendor: Dial Car Voucher #: DLA3924611 Date: 03/01/2014 Name: Robert Johnson | $74.11 |
| 03/01/14 | Travel - Ground Transportation  Taxi home from work after working overtime; ADY-Uber Technologies Taxi | $27.00 |
| 03/01/14 | Travel - Ground Transportation  Taxi home after working late on 2/28 (after midnight).; NYC Taxi | $14.40 |
| 03/01/14 | Travel - Ground Transportation  Taxi home from the office working on the weekend.; NYC Taxi | $7.50 |
| 03/02/14 | Travel - Ground Transportation VENDOR: CORPORATE TRANSPORTATION GROUP, LTD INVOICE#: 1022305 DATE: 3/7/2014 Vendor: Corporate Transportation Group, LTD Voucher #: RV01E38198 Date: 03/02/2014 Name: Ervin Lutchman‖Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: RV01E38198 Date: 03/02/2014 Name: Ervin Lutchman | $79.93 |
| 03/03/14 | Courier Service/Messenger Service- Off Site  2/21/14: David Botter from M. Fagen VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 2-575-65721; DATE: 3/3/2014 | $85.14 |
| 03/03/14 | Courier Service/Messenger Service- Off Site  2/21/14: Joseph Sorkin from Kevin Caponigro VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 2-575-65721; DATE: 3/3/2014 | $46.08 |
| 03/03/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1177618 DATE: 3/12/2014 Vendor: Dial Car Voucher #: | $74.05 |

|  |  |  |
|---|---|---|
|  | DLRVT2E381C8 Date: 03/03/2014 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLRVT2E381C8 Date: 03/03/2014 Name: David Botter |  |
| 03/03/14 | Travel - Lodging (Hotel, Apt, Other) Hotel stay (3/3-4/2014) (1 night) re: meetings in Toronto.; Shangri-La Hotel Toronto; Nortel - Shangri-La Hotel Toronto | $596.60 |
| 03/03/14 | Meals - Business  Hotel meals (3/3-4/2014) re: meetings in Toronto.; D. Botter; Nortel - Shangri-La Hotel Toronto Meals | $55.00 |
| 03/03/14 | Travel - Ground Transportation  Taxi from Toronto airport to hotel after arriving for pretrial meeting.; AirFlight Taxi (Toronto) | $63.16 |
| 03/03/14 | Travel - Airfare  Airfare from New York to Toronto to attend pretrial meeting.; Travel - Airfare; Delta Air Lines (Economy) | $298.56 |
| 03/03/14 | Travel - Airfare  Airfare to New York after attending pretrial meeting in Toronto.; Travel - Airfare; Porter Airlines (Economy) | $407.78 |
| 03/03/14 | Telephone - Cell/ Pagers  Telephone roaming charges for various trips during the month of February to attend depositions in Canada and participating in telephone conferences from the Dominican Republic.; Verizon Wireless | $430.93 |
| 03/03/14 | Travel - Ground Transportation  Taxi home from the office after working late night.; NYC Taxi | $7.70 |
| 03/03/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1675224 DATE: 3/9/2014 Fagen Matthew - !Savory - 03/03/2014 | $22.14 |
| 03/03/14 | Travel - Airfare  Airport processing fee during travel for Nortel depositions.; fee; Westjet | $27.11 |
| 03/03/14 | Travel - Ground Transportation  Taxi cab to LGA airport for travel to Toronto to attend Nortel depositions.; Uber | $43.00 |
| 03/03/14 | Travel - Airfare  Airfare for travel back to NYC after attending Nortel depositions.; Airfare for travel to NYC; Delta Airlines (Economy) | $298.56 |
| 03/03/14 | Travel - Ground Transportation  Taxi cab from Toronto Airport to Downtown for Nortel Depositions; Airline Limousine | $64.14 |
| 03/03/14 | Travel - Lodging (Hotel, Apt, Other) Hotel Charges for Stay During Nortel Depositions in Toronto; Hotel Stay Charges; Shangri-La Hotel (1 night) | $589.00 |
| 03/03/14 | Document Production - In House REQUESTOR: S KIM; DESCRIPTION: | $92.90 |

| Date | Description | Amount |
|---|---|---|
| | COLOR COPIES; QUANTITY: 929; DATE ORDERED: 3/3/14 | |
| 03/04/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1177618 DATE: 3/12/2014 Vendor: Dial Car Voucher #: DLA4006740 Date: 03/04/2014 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA4006740 Date: 03/04/2014 Name: David Botter | $123.39 |
| 03/04/14 | Meals - Business  Coffee at Toronto Airport re: attendance at meetings.; D. Botter; Nortel - Starbucks | $11.69 |
| 03/04/14 | Travel - Airfare  WestJet Airlines seat purchase fee for return flight from Toronto re: attendance at meetings.; Service Fee; Nortel - WestJet Airlines | $15.29 |
| 03/04/14 | Travel - Lodging (Hotel, Apt, Other) Hotel room charge while in Toronto for pretrial meeting.; Hotel Room Charge; Shangri-La Hotel (Toronto) (1 night) | $598.00 |
| 03/04/14 | Travel - Ground Transportation  Taxi from pretrial meeting in Toronto to airport for trip back to New York.; ICO, Inc. Taxi (Toronto) | $18.05 |
| 03/04/14 | Travel - Ground Transportation  Taxi home from Newark airport after attending pretrial meeting in Toronto.; Classic1 Limousine | $40.00 |
| 03/04/14 | Travel - Airfare  Ticket change fee regarding trip to Toronto for pretrial meeting.; Airline ticket change fee; Porter Airlines | $169.50 |
| 03/04/14 | Travel - Ground Transportation  Taxi home after working late on 3/3 (after midnight).; NYC Taxi | $13.10 |
| 03/04/14 | Travel - Ground Transportation  Taxi cab from LGA airport to 116 W. 14th Street after traveling for Nortel depositions.; Uber | $48.00 |
| 03/04/14 | Travel - Airfare  Airfare for travel to NYC from Toronto after Nortel depositions.; Airfare for travel from Toronto; Delta Airlines (Economy) | $330.65 |
| 03/04/14 | Travel - Airfare  Airport processing fee for seat change during travel for Nortel depositions; Airport processing fee; Westjet | $15.10 |
| 03/04/14 | Travel - Ground Transportation  Taxi from Downtown Toronto to Pearson Airport after travel for Nortel depositions; Uber | $66.81 |
| 03/05/14 | Duplication - In House  Photocopy - User # 990100, NY, 44 page(s) | $4.40 |
| 03/05/14 | Duplication - In House  Photocopy - User # 990100, NY, 1145 page(s) | $114.50 |
| 03/05/14 | Audio and Web Conference Services Expenses For February, 2014 | $2,915.13 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: TELCONF LLC; INVOICE#: 03001-01001-14; DATE: 3/5/2014 | |
| 03/05/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 710802 DATE: 3/14/2014 Vendor: Executive Royal Voucher #: RVM4E3810A Date: 03/05/2014 Name: Sol Kim||Car Service, Vendor: Executive Royal Voucher #: RVM4E3810A Date: 03/05/2014 Name: Sol Kim | $87.78 |
| 03/05/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1675224 DATE: 3/9/2014 Kim Sol - Dallas BBQ 42nd St.) - 03/05/2014 | $21.77 |
| 03/06/14 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 3/6/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $17.07 |
| 03/06/14 | Meals (100%)  Vendor Number 62689-- 3/5/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800283; DATE: 3/6/2014  - Customer Number: F203380000 Check Number: 366968 Meeting re: experts (3 people) | $100.60 |
| 03/06/14 | Meals (100%)  Vendor Number 62689-- 3/5/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800283; DATE: 3/6/2014  - Customer Number: F203380000 Check Number: 366968 Litigation work session re: expert reports (5 people) | $200.00 |
| 03/06/14 | Meals (100%)  Vendor Number 62689-- 3/5/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800283; DATE: 3/6/2014  - Customer Number: F203380000 Check Number: 366968 Committee call (9 people) | $172.46 |
| 03/06/14 | Meals - Business  Working Meal in Ottawa with C. Doniak during Nortel Depositions.; A. Qureshi, C. Doniak; The Brig | $56.45 |
| 03/07/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 1728 page(s) | $172.80 |
| 03/07/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 6690 page(s) | $669.00 |
| 03/07/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 6580 page(s) | $658.00 |
| 03/07/14 | Duplication - In House  Photocopy - User # 990100, NY, 2120 page(s) | $212.00 |
| 03/07/14 | Courier Service/Messenger Service- Off | $44.08 |

|  |  |  |
|---|---|---|
|  | Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E104A DATE: 3/8/2014 TRACKING #: 1Z02E52EPG55088406; PICKUP DATE: 03/07/2014; SENDER: J. SORKIN / KB; RECEIVER: JOSEPH SORKIN - N/A; |  |
| 03/07/14 | Document Production - In House REQUESTOR: S KIM; DESCRIPTION: COLOR COPIES; QUANTITY: 35928; DATE ORDERED: 3/7/14 | $3,592.80 |
| 03/08/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 3237 page(s) | $323.70 |
| 03/08/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 864 page(s) | $86.40 |
| 03/08/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 1119 page(s) | $111.90 |
| 03/08/14 | Duplication - In House  Photocopy - User # 990100, NY, 3058 page(s) | $305.80 |
| 03/08/14 | Duplication - In House  Photocopy - User # 990100, NY, 13302 page(s) | $1,330.20 |
| 03/09/14 | Travel - Incidentals - Out-of-Town Travel Currency exchange fees (GBP to US Dollar from previous Nortel-related trips).; ICE Currency Services USA | $3.00 |
| 03/09/14 | Travel - Incidentals - Out-of-Town Travel Currency exchange fee (Euro to US Dollar for previous Nortel-related trip).; ICE Currency Services USA | $3.00 |
| 03/10/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 26 page(s) | $2.60 |
| 03/10/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 52 page(s) | $5.20 |
| 03/10/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 3810 page(s) | $381.00 |
| 03/10/14 | Duplication - In House  Photocopy - User # 990100, NY, 1130 page(s) | $113.00 |
| 03/10/14 | Meals (100%)  Vendor Number 62689-- VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 1680924; DATE: 3/16/2014 Catering Akin Gump - Maguro Sushi - 03/10/2014 Litigation late night dinner (8 people) | $402.56 |
| 03/10/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1680924 DATE: 3/16/2014 Orcel Reginald - Shun Lee West - 03/10/2014 | $22.00 |
| 03/10/14 | Document Production - In House REQUESTOR: K HERRON; DESCRIPTION: COLOR COPIES; QUANTITY: 426; DATE ORDERED: 3/10/14 | $42.60 |
| 03/10/14 | Document Production - In House REQUESTOR: K HERRON; DESCRIPTION: COLOR COPIES; QUANTITY: 105; DATE ORDERED: 3/10/14 | $10.50 |

| Date | Description | Amount |
|---|---|---|
| 03/10/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 711248 DATE: 3/28/2014 Vendor: Executive Royal Voucher #: RVU9E381D9 Date: 03/10/2014 Name: Reginald Orcel‖Car Service, Vendor: Executive Royal Voucher #: RVU9E381D9 Date: 03/10/2014 Name: Reginald Orcel | $62.11 |
| 03/10/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $15.00 |
| 03/11/14 | Duplication - In House  Photocopy - User # 990100, NY, 3 page(s) | $0.30 |
| 03/11/14 | Duplication - In House  Photocopy - User # 990100, NY, 3076 page(s) | $307.60 |
| 03/11/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1680924 DATE: 3/16/2014 Kim Sol - Yo Sushi 2nd Ave) - 03/11/2014 | $22.00 |
| 03/11/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1177909 DATE: 3/19/2014 Vendor: Dial Car Voucher #: DLA3960983 Date: 03/11/2014 Name: Robert Johnson‖Car Service, Vendor: Dial Car Voucher #: DLA3960983 Date: 03/11/2014 Name: Robert Johnson | $78.19 |
| 03/11/14 | Travel - Train Fare  Train fare from Newark Penn Station en route to pretrial conference in Wilmington, DE.; Amtrak (First Class reduced) | $140.00 |
| 03/11/14 | Travel - Train Fare  Train fare for return trip home after attending pretrial conference in Wilmington, DE.; Amtrak (First Class reduced) | $140.00 |
| 03/11/14 | Travel - Ground Transportation  Taxi to 116 W. 14th St after travel re Nortel depositions; Uber | $15.00 |
| 03/11/14 | Document Production - In House REQUESTOR: N KUNEN; DESCRIPTION: COLOR COPIES; QUANTITY: 36; DATE ORDERED: 3/11/14 | $3.60 |
| 03/12/14 | Duplication - In House  Photocopy - User # 990100, NY, 144 page(s) | $14.40 |
| 03/12/14 | Duplication - In House  Photocopy - User # 990100, NY, 456 page(s) | $45.60 |
| 03/12/14 | Duplication - In House  Photocopy - User # 990100, NY, 2132 page(s) | $213.20 |
| 03/12/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1680924 DATE: 3/16/2014 Orcel Reginald - Abeca Sushi - 03/12/2014 | $22.00 |
| 03/12/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: | $20.69 |

|          |                                                                                                                                                                                                                                                                                                                 |            |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          | 1680924 DATE: 3/16/2014 Weinreb Carly - Uncle Nick's 9th Ave) - 03/12/2014                                                                                                                                                                                                                                        |            |
| 03/12/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 711033 DATE: 3/21/2014 Vendor: Executive Royal Voucher #: 433727 Date: 03/12/2014 Name: Nicholas Stabile\|Car Service, Vendor: Executive Royal Voucher #: 433727 Date: 03/12/2014 Name: Nicholas Stabile                             | $84.10     |
| 03/12/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 711033 DATE: 3/21/2014 Vendor: Executive Royal Voucher #: RVZBE381F8 Date: 03/12/2014 Name: Sol Kim\|Car Service, Vendor: Executive Royal Voucher #: RVZBE381F8 Date: 03/12/2014 Name: Sol Kim                                       | $87.78     |
| 03/12/14 | Travel - Ground Transportation Taxi from station to Richards, Layton & Finger, our local counsel; The Date Taxi                                                                                                                                                                                                   | $10.00     |
| 03/12/14 | Meals - Business Meal before court; F. Hodara; Brew Ha Ha                                                                                                                                                                                                                                                         | $13.95     |
| 03/12/14 | Travel - Ground Transportation Taxi from home to Newark Penn Station en route to pretrial conference in Wilmington, DE.; Classic1 Limousine                                                                                                                                                                        | $40.00     |
| 03/12/14 | Travel - Ground Transportation Taxi from Wilmington train station to courthouse to attend pretrial conference.; Oscar Taxi Service (Wilmington)                                                                                                                                                                    | $8.00      |
| 03/12/14 | Travel - Airfare Airfare for travel to Toronto to attend Nortel depositions.; Airfare for travel to Toronto; Delta Airlines (Economy)                                                                                                                                                                             | $298.56    |
| 03/12/14 | Travel - Ground Transportation Taxi from 116 W. 14th St. to LGA Airport for travel re Nortel depositions; Uber                                                                                                                                                                                                    | $57.00     |
| 03/12/14 | Travel - Airfare RT Airfare from Toronto to Chicago for Nortel Meetings (Economy); Airfare Charges; Porter Airlines                                                                                                                                                                                               | $1,354.46  |
| 03/12/14 | Travel - Ground Transportation Taxi cab from Court to Toronto Airport after Nortel Hearing.; Uber                                                                                                                                                                                                                 | $57.90     |
| 03/12/14 | Travel - Ground Transportation VENDOR: CORPORATE TRANSPORTATION GROUP, LTD INVOICE#: 1023064 DATE: 3/21/2014 Vendor: Corporate Transportation Group, LTD Voucher #: RVJBE381Y9 Date: 03/12/2014 Name: Raymond Bacchus\|Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: RVJBE381Y9 Date: 03/12/2014 Name: | $75.48     |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1539419

| | | |
|---|---|---|
| | Raymond Bacchus | |
| 03/12/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1178217 DATE: 3/26/2014 Vendor: Dial Car Voucher #: DLA4009937 Date: 03/12/2014 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA4009937 Date: 03/12/2014 Name: David Botter | $87.91 |
| 03/12/14 | Travel - Ground Transportation  Taxi from airport to hotel in Chicago.; Chicago Taxi | $45.42 |
| 03/12/14 | Travel - Ground Transportation  Taxi from hotel to dinner in Chicago.; Globe Taxi Association | $8.05 |
| 03/12/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $13.12 |
| 03/13/14 | Duplication - In House  Photocopy - User # 990100, NY, 32 page(s) | $3.20 |
| 03/13/14 | Duplication - In House  Photocopy - User # 990100, NY, 243 page(s) | $24.30 |
| 03/13/14 | Duplication - In House  Photocopy - User # 990100, NY, 888 page(s) | $88.80 |
| 03/13/14 | Duplication - In House  Photocopy - User # 990100, NY, 2461 page(s) | $246.10 |
| 03/13/14 | Computerized Legal Research - Westlaw User: MERCIER,MARIE Date: 3/13/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 03/13/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1680924 DATE: 3/16/2014 Yecies Jacqueline - Junior's Broadway) - 03/13/2014 | $23.19 |
| 03/13/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1680924 DATE: 3/16/2014 Orcel Reginald - Chef 28 - 03/13/2014 | $20.40 |
| 03/13/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 711033 DATE: 3/21/2014 Vendor: Executive Royal Voucher #: 456261 Date: 03/13/2014 Name: Joseph Sorkin‖Car Service, Vendor: Executive Royal Voucher #: 456261 Date: 03/13/2014 Name: Joseph Sorkin | $72.25 |
| 03/13/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 711033 DATE: 3/21/2014 Vendor: Executive Royal Voucher #: RV0CE381D8 Date: 03/13/2014 Name: Reginald Orcel‖Car Service, Vendor: Executive Royal Voucher #: RV0CE381D8 Date: 03/13/2014 Name: Reginald Orcel | $53.76 |
| 03/13/14 | Travel - Incidentals - Out-of-Town Travel | $35.13 |

|          |                                                                                                                                                                                                                                                                       |           |
|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          | Laundry at hotel during travel for Nortel depositions; Westin Hotel Ottawa                                                                                                                                                                                             |           |
| 03/13/14 | Meals - Business  Coffee during travel in Ottawa for Nortel depositions.; A. Qureshi; Starbucks                                                                                                                                                                         | $3.31     |
| 03/13/14 | Travel - Ground Transportation VENDOR: CORPORATE TRANSPORTATION GROUP, LTD INVOICE#: 1023064 DATE: 3/21/2014  Vendor: Corporate Transportation Group, LTD Voucher #: 146047 Date: 03/13/2014 Name: Kris Bhowmik‖Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: 146047 Date: 03/13/2014 Name: Kris Bhowmik | $75.48    |
| 03/13/14 | Meals (100%)  Vendor Number 62689-- 3/7/14 S. Daly VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 3/13/2014  - Customer Number: F203380000 Check Number: 367344 Litigation meeting (7 people)                                                                | $324.01   |
| 03/13/14 | Meals (100%)  Vendor Number 62689-- 3/10/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 3/13/2014  - Customer Number: F203380000 Check Number: 367344 Litigation team meeting (8 people)                                                        | $318.08   |
| 03/13/14 | Meals (100%)  Vendor Number 62689-- 3/11/14 N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 3/13/2014  - Customer Number: F203380000 Check Number: 367344 Team meeting re: expert rebuttal reports (8 people)                                        | $183.35   |
| 03/13/14 | Meals (100%)  Vendor Number 62689-- 3/11/14 M. Andino VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 3/13/2014  - Customer Number: F203380000 Check Number: 367344 Meeting re: expert rebuttal reports with Capstone (12 people)                             | $616.89   |
| 03/13/14 | Meals (100%)  Vendor Number 62689-- 3/11/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 3/11/2014  - Customer Number: F203380000 Check Number: 367344 Litigation team meeting (5 people)                                                        | $61.24    |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1539419

| Date | Description | Amount |
|---|---|---|
| 03/13/14 | Meals (100%) Vendor Number 62689--3/13/14 N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 3/13/2014 - Customer Number: F203380000 Check Number: 367344 Committee call (8 people) | $172.46 |
| 03/13/14 | Meals (100%) Vendor Number 62689--3/13/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800284; DATE: 3/13/2014 - Customer Number: F203380000 Meeting with expert (8 people) | $551.39 |
| 03/13/14 | Travel - Ground Transportation Taxi from dinner to hotel while in Chicago.; Royal 3 CCC Taxi | $7.56 |
| 03/13/14 | Travel - Ground Transportation Taxi home from the office after working late.; NYC Taxi | $7.00 |
| 03/13/14 | Meals - Business Meal charges while in Chicago; Joseph Sorkin; W Chicago City Center Hotel | $30.24 |
| 03/13/14 | Travel - Lodging (Hotel, Apt, Other) Hotel accomodations in Chicago.; Hotel accomodations in Chicago; W Chicago City Center Hotel (1 night) | $324.76 |
| 03/14/14 | Duplication - In House Photocopy - User # 990100, NY, 457 page(s) | $45.70 |
| 03/14/14 | Duplication - In House Photocopy - User # 990100, NY, 45 page(s) | $4.50 |
| 03/14/14 | Duplication - In House Photocopy - User # 990100, NY, 1576 page(s) | $157.60 |
| 03/14/14 | Computerized Legal Research - Lexis Service: EXPERT WITNESS SERVICE; Employee: USTIAN STACEY; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 8.0 | $1,294.20 |
| 03/14/14 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: USTIAN STACEY; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 03/14/14 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: USTIAN STACEY; Charge Type: SEARCHES; Quantity: 4.0 | $641.70 |
| 03/14/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1680924 DATE: 3/16/2014 Orcel Reginald - Baluchi's Indian Restaurant 3rd Ave) - 03/14/2014 | $22.00 |
| 03/14/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 711033 DATE: 3/21/2014 Vendor: Executive Royal Voucher #: | $62.11 |

|          |                                                                                                                                                                                                                                                                                                                                                                                 |           |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          | RV0DE381A8 Date: 03/14/2014 Name: Reginald Orcell\|Car Service, Vendor: Executive Royal Voucher #: RV0DE381A8 Date: 03/14/2014 Name: Reginald Orcel                                                                                                                                                                                                                               |           |
| 03/14/14 | Document Production - In House REQUESTOR: S KIM; DESCRIPTION: COLOR COPIES; QUANTITY: 3815; DATE ORDERED: 3/14/14                                                                                                                                                                                                                                                                 | $381.50   |
| 03/14/14 | Document Production - In House REQUESTOR: S KIM; DESCRIPTION: COLOR COPIES; QUANTITY: 1302; DATE ORDERED: 3/14/14                                                                                                                                                                                                                                                                 | $130.20   |
| 03/14/14 | Travel - Airfare  Flight to Chicago.; Flight to Chicago; Delta Airlines (Economy)                                                                                                                                                                                                                                                                                                | $603.00   |
| 03/14/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi                                                                                                                                                                                                                                                                                                          | $19.80    |
| 03/15/14 | Duplication - In House  Photocopy - User # 990100, NY, 68 page(s)                                                                                                                                                                                                                                                                                                                | $6.80     |
| 03/15/14 | Duplication - In House  Photocopy - User # 990100, NY, 1024 page(s)                                                                                                                                                                                                                                                                                                              | $102.40   |
| 03/15/14 | Duplication - In House  Photocopy - User # 990100, NY, 1 page(s)                                                                                                                                                                                                                                                                                                                 | $0.10     |
| 03/15/14 | Duplication - In House  Photocopy - User # 990100, NY, 1 page(s)                                                                                                                                                                                                                                                                                                                 | $0.10     |
| 03/15/14 | Duplication - In House  Photocopy - User # 990100, NY, 1256 page(s)                                                                                                                                                                                                                                                                                                              | $125.60   |
| 03/15/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1680924 DATE: 3/16/2014 Orcel Reginald - Just Salad 30 Rockefeller Center) - 03/15/2014                                                                                                                                                                                                                                | $22.00    |
| 03/15/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 711033 DATE: 3/21/2014  Vendor: Executive Royal Voucher #: RVHEE38198 Date: 03/15/2014 Name: Reginald Orcell\|Car Service, Vendor: Executive Royal Voucher #: RVHEE38198 Date: 03/15/2014 Name: Reginald Orcel                                                                                       | $64.28    |
| 03/15/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1178217 DATE: 3/26/2014  Vendor: Dial Car Voucher #: DLRVPEE381L9 Date: 03/15/2014 Name: Reginald Orcell\|Car Service, Vendor: Dial Car Voucher #: DLRVPEE381L9 Date: 03/15/2014 Name: Reginald Orcel                                                                                                                | $65.18    |
| 03/16/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1680924 DATE: 3/16/2014 Orcel Reginald - Benares - 03/16/2014                                                                                                                                                                                                                                                          | $22.00    |
| 03/16/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#:                                                                                                                                                                                                                                                                                                                    | $65.18    |

|  |  |  |
|---|---|---|
|  | 1178217 DATE: 3/26/2014 Vendor: Dial Car Voucher #: DLRVXFE38119 Date: 03/16/2014 Name: Reginald Orcell‖Car Service, Vendor: Dial Car Voucher #: DLRVXFE38119 Date: 03/16/2014 Name: Reginald Orcel |  |
| 03/17/14 | Duplication - In House  Photocopy - User # 990100, NY, 452 page(s) | $45.20 |
| 03/17/14 | Duplication - In House  Photocopy - User # 990100, NY, 1931 page(s) | $193.10 |
| 03/17/14 | Courier Service/Messenger Service- Off Site  Late fee for Shipping of payment of invoice # 934674678 related to documents from London after deposition VENDOR: UPS SUPPLY CHAIN SOLUTIONS; INVOICE#: 940914512; DATE: 3/17/2014 | $4.66 |
| 03/18/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 135 page(s) | $13.50 |
| 03/18/14 | Duplication - In House  Photocopy - User # 990100, NY, 140 page(s) | $14.00 |
| 03/18/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1178217 DATE: 3/26/2014 Vendor: Dial Car Voucher #: DLA3962600 Date: 03/18/2014 Name: Robert Johnson‖Car Service, Vendor: Dial Car Voucher #: DLA3962600 Date: 03/18/2014 Name: Robert Johnson | $74.11 |
| 03/18/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $15.00 |
| 03/18/14 | Travel - Train Fare  Subway fare from deposition.; MTA Subway | $2.50 |
| 03/18/14 | Travel - Ground Transportation  Taxi to Zenkich deposition.; NYC Taxi | $26.00 |
| 03/18/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $14.90 |
| 03/19/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 3/19/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 03/19/14 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $7.70 |
| 03/20/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 3/20/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 03/20/14 | Meals (100%)  Vendor number 62689-- 3/17/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800285; DATE: 3/20/2014  - Customer Number: F203380000 Meeting with expert (8 people) | $320.00 |
| 03/20/14 | Meals (100%)  Vendor number 62689-- 3/20/14 N. Kunen VENDOR: RESTAURANT | $172.46 |

| | | |
|---|---|---|
| | ASSOCIATES; INVOICE#: 2033800285; DATE: 3/20/2014 - Customer Number: F203380000 Committee call (8 people). | |
| 03/20/14 | Meals (100%)  Vendor Number 62689-- 3/20/14 K. Herron VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800285; DATE: 3/20/2014 - Customer Number: F203380000 Litigation meeting (6 people) | $199.89 |
| 03/20/14 | Travel - Ground Transportation  Taxi home afer working.; NYC Taxi | $16.80 |
| 03/21/14 | Duplication - In House  Photocopy - User # 990100, NY, 192 page(s) | $19.20 |
| 03/21/14 | Duplication - In House  Photocopy - User # 990100, NY, 931 page(s) | $93.10 |
| 03/21/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 3/21/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 03/23/14 | Computerized Legal Research - Westlaw User: MERCIER,MARIE Date: 3/23/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 03/24/14 | Duplication - In House  Photocopy - User # 990100, NY, 115 page(s) | $11.50 |
| 03/24/14 | Duplication - In House  Photocopy - User # 990100, NY, 1372 page(s) | $137.20 |
| 03/24/14 | Duplication - In House  Photocopy - User # 990100, NY, 1142 page(s) | $114.20 |
| 03/24/14 | Duplication - In House  Photocopy - User # 990100, NY, 72 page(s) | $7.20 |
| 03/24/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 3/24/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $374.15 |
| 03/24/14 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: WEINREB CARLY; Charge Type: SEARCHES; Quantity: 1.0 | $59.40 |
| 03/25/14 | Duplication - In House  Photocopy - Kim, Sol, NY, 552 page(s) | $55.20 |
| 03/25/14 | Duplication - In House  Photocopy - User # 990100, NY, 2418 page(s) | $241.80 |
| 03/25/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 711248 DATE: 3/28/2014  Vendor: Executive Royal Voucher #: 444222 Date: 03/25/2014 Name: Brad Kahn||Car Service, Vendor: Executive Royal Voucher #: 444222 Date: 03/25/2014 Name: Brad Kahn | $29.25 |
| 03/26/14 | Duplication - In House  Photocopy - User # 990100, NY, 696 page(s) | $69.60 |
| 03/26/14 | Duplication - In House  Photocopy - User # 990100, NY, 752 page(s) | $75.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1539419

| Date | Description | Amount |
|---|---|---|
| 03/26/14 | Duplication - In House  Photocopy - User # 990100, NY, 512 page(s) | $51.20 |
| 03/26/14 | Duplication - In House  Photocopy - User # 990100, NY, 3459 page(s) | $345.90 |
| 03/26/14 | Duplication - In House  Photocopy - User # 990100, NY, 687 page(s) | $68.70 |
| 03/26/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 3/26/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $113.91 |
| 03/26/14 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 3/26/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 03/27/14 | Duplication - In House  Photocopy - User # 990100, NY, 5181 page(s) | $518.10 |
| 03/27/14 | Duplication - In House  Photocopy - User # 990100, NY, 4590 page(s) | $459.00 |
| 03/27/14 | Computerized Legal Research - Westlaw User: ELIBRARIES,- Date: 3/27/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $16.21 |
| 03/27/14 | Computerized Legal Research - Lexis Service: LEXIS PUBLIC RECORDS; Employee: STABILE  NICHOLAS; Charge Type: SEARCHES; Quantity: 1.0 | $9.00 |
| 03/27/14 | Computerized Legal Research - Lexis Service: ALM MEDIA SERVICE; Employee: USTIAN  STACEY; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 03/27/14 | Computerized Legal Research - Lexis Service: ALM MEDIA SERVICE; Employee: USTIAN  STACEY; Charge Type: SEARCHES; Quantity: 2.0 | $120.60 |
| 03/27/14 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: USTIAN  STACEY; Charge Type: SEARCHES; Quantity: 3.0 | $37.80 |
| 03/27/14 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: USTIAN  STACEY; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 03/27/14 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: USTIAN  STACEY; Charge Type: SEARCHES; Quantity: 1.0 | $34.20 |
| 03/28/14 | Duplication - In House  Photocopy - User # 990100, NY, 5752 page(s) | $575.20 |
| 03/28/14 | Duplication - In House  Photocopy - User # 990100, NY, 3372 page(s) | $337.20 |
| 03/28/14 | Duplication - In House  Photocopy - User # 990100, NY, 32 page(s) | $3.20 |
| 03/31/14 | Duplication - In House  Photocopy - User # 990100, NY, 1266 page(s) | $126.60 |
| 03/31/14 | Duplication - In House  Photocopy - User # 990100, NY, 280 page(s) | $28.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1539419

Page 28
May 15, 2014

| 03/31/14 | Duplication - In House  Photocopy - User # 990100, NY, 3354 page(s) | $335.40 |
| 03/31/14 | Duplication - In House  Photocopy - User # 990100, NY, 450 page(s) | $45.00 |
| | Current Expenses | $50,016.96 |