# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## MARCH 1, 2014 THROUGH MARCH 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 132.85 | $139,492.50 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 95.55 | $109,882.50 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 225.90 | $206,698.50 |
| Stephen B. Kuhn | Partner for 14 years; Admitted in 1991; Corporate Department | $895 | 0.80 | $716.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 180.00 | $171,000.00 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $810 | 197.45 | $159,934.50 |
| Sunny Gulati | Senior Counsel for 1 year; Admitted in 2004; Litigation Department | $690 | 66.60 | $45,954.00 |
| Austin S. Lilling | Senior Counsel for 3 years; Admitted in 2001; Tax Department | $685 | 2.40 | $1,644.00 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 77.80 | $59,128.00 |
| David C. Vondle | Senior Counsel for 1 year; Admitted in 2003; Corporate Department | $635 | 22.90 | $14,541.50 |
| Brandon B. Danford | Counsel for 5 years; Admitted in 2004; Litigion Department | $635 | 169.30 | $107,505.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 96.60 | $69,069.00 |
| Denis J. Windscheffel | Counsel for 4 years; Admitted in 2004; Litigation Department | $635 | 38.80 | $24,638.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 198.40 | $127,968.00 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 159.80 | $90,287.00 |
| Andrew R. Casillas | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 148.50 | $74,250.00 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 230.05 | $93,170.25 |
| Matthew C. Fagen | Associate for 2 years; Not Yet Admitted;[6] Financial Restructuring Department | $500 | 64.10 | $32,050.00 |
| Lindsey B. Harmon | Associate for 5 years; Admitted in 2009; Litigation Department | $560 | 3.40 | $1,904.00 |
| Adam S. Krotman | Associate for 5 years; Admitted in 2010; Tax Department | $615 | 1.20 | $738.00 |
| Marie-Dumesle Mercier | Associate for 1 year; Not Yet Admitted;[7] Labor Department | $405 | 34.30 | $13,891.50 |
| Katharine E. Southard | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 89.40 | $44,700.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 178.80 | $102,810.00 |

---

[6] Matthew C. Fagen's bar admission status is pending in the state of New York.

[7] Marie-Dumesle Mercier's bar admission status is pending in the state of New York.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Dawn S. Walker | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 18.30 | $9,150.00 |
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 176.40 | $71,442.00 |
| Molly E. Whitman | Associate for 1 year; Admitted in 2013; Litigation Department | $385 | 15.50 | $5,967.50 |
| Rebecca A. Wirakesuma | Associate for 1 year; Not Yet Admitted;[8] Financial Restructuring Department | $405 | 27.60 | $11,178.00 |
| Jennifer A. Brun | Legal Assistant for 2 years; Litigation Department | $180 | 19.90 | $3,582.00 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 39.20 | $10,192.00 |
| Jami L. Delgado | Legal Assistant for 12 years; Litigation Department | $180 | 68.10 | $12,258.00 |
| Cheryle R. Edmonds | Legal Assistant for 26 years; Litigation Department | $235 | 4.30 | $1,010.50 |
| Michael S. Greer | Legal Assistant for 3 years; Litigation Department | $215 | 0.90 | $193.50 |
| Melissa A. Gyure | Legal Assistant for 10 years; Litigation Department | $275 | 2.00 | $550.00 |
| Sol Kim | Legal Assistant for 2 years; Litigation Department | $220 | 165.00 | $36,300.00 |
| Leslie W. Lanphear | Librarian for 18 years | $245 | 4.20 | $1,029.00 |
| Sean C. Lay | Legal Assistant for 4 years; Litigation Department | $240 | 5.00 | $1,200.00 |

---

[8] Rebecca A. Wirakesuma's bar admission status is pending in the state of New York.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Reginald Orcel | Legal Assistant for 12 years; Litigation Department | $275 | 73.20 | $20,130.00 |
| Ezekiel J. Pariser | Legal Assistant for 1 year; Litigation Department | $195 | 56.00 | $10,920.00 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 2.10 | $619.50 |
| Natalie G. Taylor | Legal Assistant for 24 years; Litigation Department | $180 | 38.50 | $6,930.00 |
| James Thompson | Legal Assistant for 4 years; Litigation Department | $240 | 1.40 | $336.00 |
| Charles Torres | Legal Assistant for 9 years; Litigation Department | $250 | 45.30 | $11,325.00 |
| Stacy N. Ustian | Librarian for 8 years | $205 | 38.00 | $7,790.00 |

Total Amount of Fees: $1,914,075.75
Total Number of Hours: 3,215.80
Blended Hourly Rate: $595.21