# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

TIME: 13:06:15
DATE: 05/23/14
PAGE: 1

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| WB CLAIMS HOLDING - NORTEL, LLC WELLS FARGO BANK AS SUCCESSOR BY MERGER | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675 ALSTON & BIRD LLP C/O JASON H. WATSON 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC