Appendix 1

**JOHN J. MCCONNELL**
January 2014

I. **ADDRESS**

BUSINESS:
Purdue University
Krannert Building
403 West State Street
West Lafayette, IN  47907-2056
Telephone:  (765) 494-5910
E-mail:  mcconnj@purdue.edu
FAX:  (765) 494-7863

HOME:
725 Northridge Drive
West Lafayette, IN 47906
Telephone:  (765) 463-9678

II. **PERSONAL**

Born November 13, 1945, Warren, Ohio
Married with two children

III. **EDUCATION**

Ph.D., Purdue University, August 1974
M.B.A., University of Pittsburgh, August 1969
B.A., Denison University, June 1968

IV. **ACADEMIC EMPLOYMENT**

Emanuel T. Weiler Distinguished Professor of Management (Finance), Purdue University, 2000-present
Academic Director of Professional Masters Programs, May 2001-June 2006
Emanuel T. Weiler Professor of Management, Purdue University, 1989-2000
Director of Doctoral Programs and Research, Krannert School of Management, Purdue University, July 1989-1998
Professor of Management, Purdue University, July 1983-present
Visiting Scholar, University of North Carolina, January 1999-March 1999
Visiting Professor of Finance, Stanford University, September 1986-August 1987
Professor of Finance, University of Minnesota, July 1981-July 1982
Associate Professor of Management, Purdue University, July 1979-June 1983
Assistant Professor of Management, Purdue University, July 1976-June 1979
Assistant Professor of Finance, Ohio State University, January 1975-June 1976
Visiting Assistant Professor, Purdue University, August 1974-December 1974

V. **RECOGNITION OF OUTSTANDING TEACHING**

Salgo-Noren Outstanding Teacher Award, 1993, 1995, 2011, 2012
Salgo-Noren Outstanding Teacher Award, Runner Up, 1986, 1994, 1996, 2001, 2008, 2010
Most Effective Teacher, Krannert Graduate Student Association, 1992
Purdue University Teaching Academy, 2001-present
Dean's MBA Core Course Outstanding Teacher Award, 2005, 2007, 2009, 2010

VI. **MAJOR ACADEMIC HONORS**

Fellow, Financial Management Association, 2007
Distinguished Scholar, Eastern Finance Association, 2002
Phi Kappa Alpha Academic Honorary
Omicron Delta Epsilon Economics Honorary
Keynote Speaker, Midwest Finance Association Annual Meeting, 2009
Keynote Speaker, Financial Management Association Annual Meeting - Europe, 2008
Keynote Speaker, Eastern Finance Association Annual Meeting, 2002
Best Paper, *Review of Financial Studies*, 1989, "Requiem for a Market: An Analysis of the Rise and Fall of a Financial Futures Contract" (with E. T. Johnston)
Fama-DFA Prize for Capital Markets and Asset Pricing, *Journal of Financial Economics*, Second Place, 2006, "The Other January Effect" (with M. J. Cooper and A. V. Ovtchinnikov)
Graham and Dodd Scroll Award, *Financial Analysts Journal*, 2008, "Equity Returns at the Turn-of-the-Month" (with W. Xu)
All Star Paper, *Journal of Financial Economics*, 1983, "An Empirical Investigation of the Impact of 'Antitakeover' Amendments on Common Stock Prices" (with S. Linn)
All Star Paper, *Journal of Financial Economics*, 1985, "Corporate Capital Expenditure Decisions and the Market Value of the Firm" (with C. J. Muscarella)
All Star Paper, *Journal of Financial Economics*, 1989, "Further Evidence on the Bank Lending Process and the Capital-Market Response to Bank Loan Agreements" (with S. L. Lummer)
All Star Paper, *Journal of Financial Economics*, 1990, "Additional Evidence on Equity Ownership and Corporate Value" (with H. Servaes)

VII. **BOARDS OF DIRECTORS**

Federal Home Loan Bank of Indianapolis, 1983-1986
American Finance Association, 1986-1988
Harrington Bank, FSB, 1993-2001
Harrington Financial Group, Inc., 1996-2001
Los Padres Bank, 1996-2009
Harrington West Financial Group, Inc., 1996-2009
Western Finance Association, 2002-2004
Advisory Board, Global Finance Academy, University College Dublin, 2007-present

VIII. **EDITORIAL EXPERIENCE**

Co-Editor, <u>FMA Survey and Synthesis Series</u>, 2011-present
Associate Editor, <u>Journal of Financial and Quantitative Analysis</u>, 1987-present
Associate Editor, <u>Journal of Finance</u>, 1992-2000
Associate Editor, <u>Journal of Real Estate Finance and Economics</u>, 1987-1998
Editorial Review Board, <u>Journal of Business Research</u>, 1977-1993
Associate Editor, <u>Financial Management</u>, 1979-1993
Associate Editor, <u>Journal of American Real Estate and Urban Economics Association</u>, 1980-1991
Associate Editor, <u>Journal of Financial Intermediation</u>, 1989-1995
Associate Editor, <u>Asia Pacific Journal of Management</u>, 1990-2000
Associate Editor, <u>Journal of Fixed Income</u>, 1990-present
Associate Editor, <u>Journal of Empirical Finance</u>, 1991-1995
Associate Editor, <u>Pacific Basin Finance Journal</u>, 1997-2006
Associate Editor, <u>Financial Review</u>, 1998-2003
Associate Editor, <u>Asia Pacific Journal of Finance</u>, 1998-2000

    Associate Editor, Real Estate Review, 1999-present
    Associate Editor, Journal of Corporate Finance, 2001-present
    Associate Editor, Annals of Finance, 2005-present
    Associate Editor, Investment Management and Financial Innovations, 2009-present
    Editorial Board, International Journal of Governance, 2011-present

IX.    **RESEARCH GRANTS AND CONTRACTS**

    National Science Foundation Research Grant, 1976-1977, 1977-1978
    Department of Housing and Urban Development Research Contract, 1978-1979, 1979-1980, 1980-1981
    Small Business Administration Research Contract, 1979-1980
    Federal Home Loan Bank Board Research Grant, 1982-1983
    Eli Lilly and Co. Summer Research Grant, 1985
    Center for the Study of Futures Markets Research Grant, 1987
    Small Business Administration Finance Research Program Grant, 1988
    Mid-America Institute Research Grant, 1993
    Center for International Business Education and Research Grant, 1999
    BSI Gamma Foundation Research Grant, 2008

X.    **RESEARCH ACTIVITIES AND PUBLICATIONS**

    **Books**

    Corporate Restructuring, co-editor with D. J. Denis (Edward Elgar Publishing, 2005).

    Governance: An International Perspective, co-editor with D. K. Denis (Edward Elgar Publishing, 2005).

    **Monographs and Book Chapters**

    Research Topics in Mortgage Markets, Monograph No. 3, Credit Research Center, Purdue University, 1976, co-editor with R. M. Fisher.

    Survey of the Impact of Regulation on the Residential Mortgage Market, Chapter 5, Monograph No. 10, Credit Research Center, Purdue University, 1978.

    "Application of the Modern Theory of Finance to Small Business Firms" (with R. Pettit) in Small Business Finance, Ed. P. M. Horvitz and R. R. Pettit (JAI Press, Inc.: Greenwich, CT, 1984).

    "The Impact of Usury Laws on the Effectiveness and Efficiency of the Operation of Small Business" (with R. Pettit) in Small Business Finance, Ed. P. M. Horvitz and R. R. Pettit (JAI Press, Inc.: Greenwich, CT, 1984).

    "Common Stock Valuation Effects of International Joint Ventures" (with S. Lummer) in Pacific Basin Capital Markets Research, Vol. I, Ed. R. Chang and S. Rhee (Elsevier Science Publishers: North-Holland, 1989).

    "Dividend Policy" (with J. A. Brickley) in The New Palgrave: A Dictionary of Economics, Vol. I, Ed. J. Eatwell, M. Milgate and P. Newman (MacMillan Press, Ltd., 1987). Also in The New Palgrave Dictionary on Money and Finance (MacMillan Press, Ltd., 1990).

"What Do We Know About Corporate Performance and Ownership Structure?" (with H. Servaes) in <u>Pacific Basin Capital Markets Research</u>, Vol. II, Ed. R. Chang and S. Rhee (Elsevier Science Publishers: North-Holland, 1991).

"Bank Credit and Information in Capital Markets" (with S. L. Lummer) in <u>The Palgrave Dictionary on Money and Finance</u>, Ed. J. Eatwell and P. Newman (MacMillan Press, Ltd., 1992).

"Securities Transaction Taxes: What Would Be Their Effects on Investors and Portfolios" in <u>Securities Transaction Taxes: False Hopes and Unintended Consequences</u> (Irwin Books, 1995).

"Introduction to Corporate Restructuring" (with D. J. Denis) in <u>Corporate Restructuring</u>, Vol. I & II, co-editor with D. J. Denis (Edward Elgar Publishing, 2005).

"Introduction" (with D. K. Denis) in <u>Governance: An International Perspective</u>, co-editor with D. K. Denis (Edward Elgar Publishing, 2005).

"Dividend Policy" (with D. J. Denis) in <u>The New Palgrave Dictionary of Economics</u>, 2nd edition, Ed. S. N. Durlauf and L. E. Blume (Palgrave Macmillan Ltd., 2008).

"Corporate Governance and Ownership Structure" (with S. B. McKeon and W. Xu) in <u>Corporate Governance</u>, Ed. H. K. Baker and R. Anderson (John Wiley & Sons, Inc., 2010).

"Development of the Market for Mortgage Backed Securities" (with S. A. Buser) in <u>Real Estate – Markets and Investment Opportunities</u>, Ed. H. K. Baker and P. Chinloy (Oxford University Press, 2014).

**Papers, Notes and Comments**

"Payback Substitutes for Discounted Cash Flow," <u>Financial Management</u>, Summer 1973, Vol. 2, pp. 17-23 (with W. G. Lewellen and H. P. Lanser).

"The Weighted Average Cost of Capital: Some Questions on Its Definition, Interpretation and Use: Comment," <u>Journal of Finance</u>, June 1975, Vol. XXX, No. 3, pp. 883-886 (with C. M. Sandberg).

"Mortgage Companies: A Financial Model and Evaluation of Their Residential Real Estate Lending Activities: A Dissertation Abstract," <u>Journal of Finance</u>, September 1975, Vol. XXX, No. 4, pp. 1157-1158.

"Asset Leasing In Competitive Capital Markets," <u>Journal of Finance</u>, June 1976, Vol. XXXI, pp. 787-798 (with W. G. Lewellen and M. S. Long).

"Valuation of A Mortgage Company's Servicing Portfolio," <u>Journal of Financial and Quantitative Analysis</u>, September 1976, Vol. XI, pp. 433-453.

"Mortgage Company Bids on The GNMA Auction," <u>Journal of Bank Research</u>, Winter 1977, Vol. 7, pp. 294-302.

"Corporate Merger and The Co-Insurance of Corporate Debt," <u>Journal of Finance</u>, May 1977, Vol. XXXII, No. 2, pp. 349-365 (with E. H. Kim).

"Capital Structure Rearrangements and Me-First Rules in an Efficient Capital Market," <u>Journal of Finance,</u> June 1977, Vol. XXXII, No. 3, pp. 789-810 (with E. H. Kim and P. R. Greenwood).

"Price Distortions Induced by The Revenue Structure of Federally-Sponsored Mortgage Loan Programs," <u>Journal of Finance</u>, September 1977, Vol. XXXII, pp. 1201-1206.

"Tax Reform, Firm Valuation, and Capital Costs," <u>Financial Management</u>, Winter 1977, Vol. 6, pp. 59-66 (with W. G. Lewellen).

"Financial Leverage Clienteles: Theory and Evidence," <u>Journal of Financial Economics</u>, March 1978, Vol. 7, pp. 83-110 (with E. H. Kim and W. G. Lewellen).

"Sale-And-Leaseback Agreements and Enterprise Valuation," <u>Journal of Financial and Quantitative Analysis</u>, December 1978, Vol. XIII, pp. 871-883 (with E. H. Kim and W. G. Lewellen).

"Discussion," <u>Journal of Finance</u>, May 1980, Vol. 35, pp. 465-467.

"Another Foray into the Backwaters of the Market," <u>Journal of Portfolio Management</u>, Fall 1980, Vol. 7, pp. 61-65 (with G. G. Schlarbaum).

"Rates of Return on GNMA Securities: The Cost of Mortgage Funds," <u>Journal of American Real Estate and Urban Economics Association</u>, Fall 1980, Vol. 8, pp. 320-336 (with K. B. Dunn).

"Evidence on the Impact of Exchange Offers on Security Prices: The Case of Income Bonds," <u>Journal of Business</u>, January 1981, Vol. 54, No. 1, pp. 65-85 (with G. G. Schlarbaum).

"Returns, Risks and Pricing of Income Bonds, 1956-1976 (Does Money Have An Odor?)," <u>Journal of Business</u>, January 1981, Vol. 54, No. 1, pp. 33-63 (with G. G. Schlarbaum).

"A Comparison of Alternative Models for Pricing GNMA Mortgage-Backed Securities," <u>Journal of Finance</u>, May 1981, Vol. 36, No. 2, pp. 471-484 (with K. B. Dunn).

"Valuation of GNMA Mortgage-Backed Securities," <u>Journal of Finance</u>, June 1981, Vol. 36, No. 3, pp. 599-616 (with K. B. Dunn).

"Further Evidence on the Terms of Financial Leases," <u>Financial Management</u>, Autumn 1981, Vol. 10, No. 4, pp. 7-14 (with P. J. Crawford and C. P. Harper).

"Rate of Return Indexes for GNMA Securities," <u>Journal of Portfolio Management</u>, Winter 1981, Vol. 7, No. 2, pp. 65-74 (with K. B. Dunn).

"The Administrative Costs of Corporate Bankruptcy," <u>Journal of Finance</u>, March 1982, Vol. 37, No. 1, pp. 219-226 (with J. S. Ang and J. H. Chua).

"The Income Bond Puzzle," <u>Chase Financial Quarterly</u>, Summer 1982, Vol. 1, No. 9, pp. 9-28 (with G. G. Schlarbaum).

Case 09-10138-MFW    Doc 13637-1    Filed 05/23/14    Page 6 of 15

*John J. McConnell* 6

"An Empirical Investigation of the Impact of 'Antitakeover' Amendments on Common Stock Prices," Journal of Financial Economics, April 1983, Vol. 11, Nos. 1-4, pp. 361-399 (with S. Linn).

"The Market Value of Control in Publicly-Traded Corporations," Journal of Financial Economics, April 1983, Vol. 11, Nos. 1-4, pp. 439-471 (with R. C. Lease and W. H. Mikkelson).

"Valuation of Asset Leasing Contracts," Journal of Financial Economics, August 1983, Vol. 12, No. 2, pp. 237-261 (with J. S. Schallheim).

"A Trading Strategy for New Listings on the NYSE," Financial Analysts Journal, January/February 1984, Vol. 40, No. 1, pp. 34-38 (with G. Sanger).

"The Turn-of-the-Year in Canada," Journal of Finance, March 1984, Vol. 39, No. 1, pp. 185-192 (with A. Berges and G. G. Schlarbaum).

"The Market Value of Differential Voting Rights in Closely Held Corporations," Journal of Business, October 1984, Vol. 57, No. 4, pp. 443-467 (with R. C. Lease and W. H. Mikkelson).

"Corporate Combinations and Common Stock Returns: The Case of Joint Ventures," Journal of Finance, June 1985, Vol. 40, No. 2, pp. 519-536 (with T. J. Nantell).

"Corporate Capital Expenditure Decisions and the Market Value of the Firm," Journal of Financial Economics, September 1985, Vol. 14, No. 3, pp. 399-422 (with C. J. Muscarella).

"A Model for the Determination of 'Fair' Premiums on Lease Cancellation Insurance Policies," Journal of Finance, December 1985, Vol. 40, No. 5, pp. 1439-1457 (with J. S. Schallheim).

"Stock Exchange Listings, Firm Value, and Security Market Efficiency: The Impact of NASDAQ," Journal of Financial and Quantitative Analysis, March 1986, Vol. 21, No. 1, pp. 1-25 (with G. C. Sanger).

"Corporate Mergers and Security Returns," Journal of Financial Economics, June 1986, Vol. 16, No. 2, pp. 143-187 (with D. K. Dennis).

"LYON Taming," Journal of Finance, July 1986, Vol. 41, No. 3, pp. 561-577 (with E. S. Schwartz).

"The Evidence on Limited Voting Stock: Motives and Consequences," Midland Corporate Finance Journal, Summer 1986, Vol. 4, No. 2, pp. 66-71 (with R. C. Lease and W. H. Mikkelson).

"The Puzzle in Post-Listing Common Stock Returns," Journal of Finance, March 1987, Vol. 42, No. 1, pp. 119-140 (with G. C. Sanger).

"The Determinants of Yields on Financial Leasing Contracts," Journal of Financial Economics, September 1987, Vol. 19, No. 1, pp. 45-67 (with J. S. Schallheim, R. Johnson and R. C. Lease).

"Valuing Mortgage Loan Servicing," <u>Journal of Real Estate Finance and Economics</u>, March 1988, Vol. 1, No. 1, pp. 5-22 (with L. D. Van Drunen).

"Requiem for a Market: An Analysis of the Rise and Fall of a Financial Futures Contract," <u>Review of Financial Studies</u>, 1989, Vol. 2, No. 1, pp. 1-23 (with E. T. Johnston).

"Further Evidence on the Bank Lending Process and the Capital-Market Response to Bank Loan Agreements," <u>Journal of Financial Economics</u>, November 1989, Vol. 25, No. 1, pp. 99-122 (with S. L. Lummer).

"Realized Returns and the Default and Prepayment Experience of Financial Leasing Contracts," <u>Financial Management</u>, Summer 1990, Vol. 19, No. 2, pp. 11-20 (with R. C. Lease and J. S. Schallheim).

"Additional Evidence on Equity Ownership and Corporate Value," <u>Journal of Financial Economics</u>, September 1990, Vol. 27, No. 1, pp. 595-612 (with H. Servaes).

"Day-of-the-Week Effects in Financial Futures: An Analysis of GNMA, T-Bond, T-Note, and T-Bill Contracts," <u>Journal of Financial and Quantitative Analysis</u>, March 1991, Vol. 26, No. 1, pp. 23-44 (with E. T. Johnston and W. A. Kracaw).

"Corporate Performance, Corporate Takeovers, and Management Turnover," <u>Journal of Finance</u>, June 1991, Vol. 46, No. 2, pp. 671-687 (with K. J. Martin).

"Prepayments and the Valuation of Adjustable Rate Mortgage-Backed Securities," <u>Journal of Fixed Income</u>, June 1991, Vol. 1, pp. 21-35 (with M. K. Singh).

"The Economics of Pre-packaged Bankruptcy," <u>Journal of Applied Corporate Finance</u>, Summer 1991, Vol. 4, No. 2, pp. 93-97 (with H. Servaes).

"The Origin of LYONs: A Case Study in Financial Innovation," <u>Journal of Applied Corporate Finance</u>, Winter 1992, Vol. 4, No. 4, pp. 82-89 (with E. S. Schwartz).

"Seasonalities in NYSE Bid-Ask Spreads and Stock Returns in January," <u>Journal of Finance</u>, December 1992, Vol. 47, No. 5, pp. 1999-2014 (with R. A. Clark and M. K. Singh).

"Valuation and Analysis of Collateralized Mortgage Obligations," <u>Management Science</u>, June 1993, Vol. 39, No. 6, pp. 692-709 (with M. Singh).

"The Effect of Market Segmentation and Illiquidity on Asset Prices: Evidence From Exchange Listings," <u>Journal of Finance</u>, June 1994, Vol. 49, No. 2, pp. 611-636 (with G. B. Kadlec).

"Rational Prepayments and the Valuation of Collateralized Mortgage Obligations," <u>Journal of Finance</u>, July 1994, Vol. 49, No. 3, pp. 891-921 (with M. Singh).

"Investor Base, Cost of Capital, and New Listings on the NYSE," <u>Journal of Applied Corporate Finance</u>, Spring 1995, Vol. 8, No. 1, pp. 59-63 (with G. B. Kadlec).

"Equity Ownership and the Two Faces of Debt," <u>Journal of Financial Economics</u>, September 1995, Vol. 39, No. 1, pp. 131-157 (with H. Servaes).

"Open-Market Share Repurchase Programs and Bid-Ask Spreads on the NYSE: Implications for Corporate Payout Policy," <u>Journal of Financial and Quantitative Analysis</u>, September 1995, Vol. 30, No. 3, pp. 365-382 (with J. M. Miller).

"Can Takeover Losses Explain Spin-off Gains?," <u>Journal of Financial and Quantitative Analysis</u>, December 1995, Vol. 30, No. 4, pp. 465-485 (with J. W. Allen, S. L. Lummer and D. K. Reed).

"Prepacks: An Empirical Analysis of Prepackaged Bankruptcies," <u>Journal of Financial Economics</u>, January 1996, Vol. 40, No. 1, pp. 135-162 (with E. Tashjian and R. C. Lease).

"Implementing an Option-Theoretic CMO Valuation Model with Recent Prepayment Data," <u>Journal of Fixed Income</u>, March 1996, Vol. 5, No. 4, pp. 45-55 (with M. K. Singh).

"Prepacks as a Mechanism for Resolving Financial Distress: The Evidence," <u>Journal of Applied Corporate Finance</u>, Winter 1996, Vol. 8, No. 4, pp. 99-106 (with R. C. Lease and E. Tashjian).

"A Survey of Evidence on Domestic and International Stock Exchange Listings with Implications for Markets and Managers," <u>Pacific-Basin Finance Journal</u>, 1996, Vol. 4, pp. 347-376 (with H. J. Dybevik, D. Haushalter and E. Lie).

"An Analysis of Prices, Bid/Ask Spreads and Bid and Ask Depths Surrounding Ivan Boesky's Illegal Insider Trading in Carnation's Stock," <u>Financial Management</u>, Summer 1997, Vol. 26, No. 2, pp. 18-34 (with S. Chakravarty).

"To Live or Let Die? An Empirical Analysis of Piecemeal Voluntary Corporate Liquidations," <u>Journal of Corporate Finance</u>, December 1997, Vol. 3, No. 4, pp. 325-354 (with G. R. Erwin).

"Equity Carve-outs and Managerial Discretion," <u>Journal of Finance</u>, February 1998, Vol. LIII, No. 1, pp. 163-186 (with J. W. Allen).

"Mortgage Prepayment Float: Pricing and Risk Analysis," <u>Journal of Fixed Income</u>, March 1998, Vol. 7, No. 4, pp. 83-93 (with L. A. Angbazo, I. F. Megbolugbe and T. T. Yang).

"MIPS, QUIPS and TOPrS: Old Wine in New Bottles," <u>Journal of Applied Corporate Finance</u>, Spring 1998, Vol. 11, No. 1, pp. 39-44 (with A. Khanna).

"Earnings Signals in Fixed-Price and Dutch Auction Self-Tender Offers," <u>Journal of Financial Economics</u>, August 1998, Vol. 49, No. 2, pp. 161-186 (with E. Lie).

"Does Insider Trading Really Move Stock Prices?," <u>Journal of Financial and Quantitative Analysis</u>, June 1999, Vol. 34, No. 2, pp. 191-209 (with S. Chakravarty).

"A Survey of U.S. Corporate Financing Innovations: 1970-1997," <u>Journal of Applied Corporate Finance</u>, 1999, Vol. 12, No. 1, pp. 55-69 (with K. Carow and G. Erwin).

"Do Institutional Investors Exacerbate Managerial Myopia?," <u>Journal of Corporate Finance</u>, September 2000, Vol. 6, No. 3, pp. 307-329 (with S. Wahal).

"Spin-offs, Ex Ante," <u>Journal of Business</u>, April 2001, Vol. 74, No. 2, pp. 245-280 (with M. Ozbilgin and S. Wahal).

"Debt-Reducing Exchange Offers," <u>Journal of Corporate Finance</u>, June 2001, Vol. 7, No. 2, pp. 179-207 (with E. Lie and H. J. Lie).

"The Cadbury Committee, Corporate Performance, and Top Management Turnover," <u>Journal of Finance</u>, February 2002, Vol. 57, No. 1, pp. 461-483 (with J. Dahya and N. G. Travlos).

"Learning from a Keynote Speaker: Lessons from Merton Miller's PACAP Addresses," <u>Pacific-Basin Finance Journal</u>, 2002, Vol. 10, pp. 359-369.

"International Corporate Governance," <u>Journal of Financial and Quantitative Analysis</u>, March 2003, Vol. 38, No. 1, pp. 1-36 (with D. K. Denis).

"S&P 500 Index Additions and Earnings Expectations," <u>Journal of Finance</u>, October 2003, Vol. 58, No. 5, pp. 1821-1840 (with D. K. Denis, A. V. Ovtchinnikov and Y. Yu).

"Predictability of Long-Term Spinoff Returns," <u>Journal of Investment Management</u>, 2004, Vol. 2, No. 3, pp. 35-44 (with A. Ovtchinnikov).

"Outside Directors and Corporate Board Decisions," <u>Journal of Corporate Finance</u>, 2005, Vol. 11, pp. 37-60 (with J. Dahya).

"Returns to Acquirers of Listed and Unlisted Targets," <u>Journal of Financial and Quantitative Analysis</u>, March 2006, Vol. 41, No. 1, pp. 197-220 (with M. Faccio and D. Stolin).

"The Other January Effect," <u>Journal of Financial Economics</u>, November 2006, Vol. 82, No. 2, pp. 315-342 (with M. J. Cooper and A. V. Ovtchinnikov).

"Political Connections and Corporate Bailouts," <u>Journal of Finance</u>, December 2006, Vol. 61, No. 6, pp. 2597-2635 (with M. Faccio and R. Masulis).

"Board Composition, Corporate Performance, and the Cadbury Committee Recommendation," <u>Journal of Financial and Quantitative Analysis</u>, September 2007, Vol. 42, No. 3, pp. 535-564 (with J. Dahya).

"Dominant Shareholders, Corporate Boards and Corporate Value: A Cross-Country Analysis," <u>Journal of Financial Economics</u>, January 2008, Vol. 87, No. 1, pp. 73-100 (with J. Dahya and O. Dimitrov).

"Changes in Insider Ownership and Changes in the Market Value of the Firm," <u>Journal of Corporate Finance</u>, April 2008, Vol. 14, No. 2, pp. 92-106 (with H. Servaes and K. V. Lins).

"Equity Returns at the Turn-of-the-Month," <u>Financial Analysts Journal</u>, March/April 2008, Vol. 64, No. 2, pp. 49-64 (with W. Xu).

"Capital Market Imperfections and the Sensitivity of Investment to Stock Prices," <u>Journal of Financial and Quantitative Analysis</u>, 2009, Vol. 44, No. 3, pp. 551-578 (with A. V. Ovtchinnikov).

"Does Board Independence Matter in Companies with a Controlling Shareholder?," <u>Journal of Applied Corporate Finance</u>, Winter 2009, Vol. 21, No. 1, pp. 67-78 (with O. Dimitrov and J. Dahya).

"Auction Failures and the Market for Auction Rate Securities," <u>Journal of Financial Economics</u>, September 2010, Vol. 97, No. 3, pp. 451-469 (with A. Saretto).

"Why Did Auction Rate Bond Auctions Fail During 2007-2008?," <u>Journal of Fixed Income</u>, Fall 2010, Vol. 20, No. 2, pp. 5-18 (with B. Liu and A. Saretto).

"What's the Best Way to Trade Using the January Barometer?," <u>Journal of Investment Management</u>, Fourth Quarter 2010, Vol. 8, No. 4, pp. 1-15 (with M. J. Cooper and A. V. Ovtchinnikov).

"The Origins and Evolution of the Market for Mortgage Backed Securities," <u>Annual Review of Financial Economics</u>, December 2011, Vol. 3, pp. 173-192 (with S. A. Buser).

"The Role of the Media in Corporate Governance: Do the Media Influence Managers' Capital Allocation Decisions?," <u>Journal of Financial Economics</u>, 2013, Vol. 110, No. 1, pp. 1-17 (with B. Liu).

"Sheltering Corporate Assets from Political Extraction," <u>Journal of Law, Economics, and Organization</u>, 2013, Vol. 29, No. 2, pp. 332-354 (with L. Caprio and M. Faccio).

**Book Reviews**

<u>Security Prices in a Competitive Capital Market</u>, Richard A. Brealey, <u>The Financial Review</u>, Spring 1973, pp. 74-75.

<u>Risk and Opportunity: A New Approach to Stock Market Profits</u>, Conrad W. Thomas, <u>The Bankers Magazine</u>, Summer 1975, Vol. 158, p. 108.

<u>The Inflation of House Prices</u>, Leo Grebler and Frank Mittelbach, <u>Journal of Money, Credit and Banking</u>, November 1980, Vol. XII, No. 4, p. 677.

**Sponsored Reports**

"Feasibility of an Organized Market for Options on GNMA Securities," Parts 1-4, Department of Housing and Urban Development, Office of Housing Finance, Washington, D.C., 1978.

"The Fungibility of GNMA Securities and the Implications for Market Liquidity," Department of Housing and Urban Development, Office of Housing Finance, Washington, D.C., 1979.

"Application of the Theory of Finance to Small Businesses," Small Business Administration, Washington, D.C., 1980 (with R. R. Pettit).

"The Impact of State Usury Laws on Small Businesses," Small Business Administration, Washington, D.C., 1980 (with R. R. Pettit).

"The Efficiency of the GNMA Securities Market: Model Development and Documentation," Department of Housing and Urban Development, Washington, D.C., 1981 (with K. B. Dunn).

"Evaluation of an S&L's Mortgage Servicing Portfolio," Federal Home Loan Bank Board, Washington, D.C., 1984 (with L. D. Van Drunen).

"Realized Returns and the Default and Prepayment Experience of Financial Leasing Contracts," Small Business Administration, Washington, D.C., 1988 (with R. C. Lease and J. S. Schallheim).

## XI. PROFESSIONAL EDUCATION PROGRAMS

National Real Estate Lending School sponsored by American Bankers Association, Columbus, OH, 1975

Advanced Seminar on Consumer Credit sponsored by National Association of Mutual Savings Banks, Bridgeport, CT, 1977, 1978

Portuguese Housing Conference sponsored by Portuguese National Bank and U.S. Agency for International Development, Salt Lake City, UT, 1979

Executive Seminar on "Cash Management and Short-term Financial Planning," San Diego, Houston, Toledo and Cincinnati, 1978-1979

Seminar on Mergers and Acquisitions sponsored by Berkeley Program in Finance, Monterey, CA, 1983

Seminar on the Analysis of Security Prices sponsored by University of Chicago Center for Research in Security Prices, Chicago, IL, May 1984, November 1984, November 1985

Executive Seminar on "Introduction to Corporate Finance" for BATUS, Inc., 1986

Executive Seminar on "Financial Planning and Corporate Valuation" for Sears, Roebuck & Co., 1996 and 1997

Pacific Coast Bank School sponsored by Pacific Coast Bankers Association, Seattle, WA, 1978

Directors Forum, "The Role of Capital Markets in Corporate Governance," Universidade Católica Portuguesa, 2009

## XII. PROFESSIONAL ACTIVITIES

### Presented Testimony before

U.S. House of Representatives Subcommittee on Housing and Urban Development during hearings on H.R. 6442, "The Federal Home Loan Mortgage Corporation Act," June 1982

U.S. Senate Subcommittee on Housing and Urban Affairs during roundtable discussion on the "Safety and Soundness of Fannie Mae and Freddie Mac," February 1990

### Presented Papers at

American Finance Association Meeting, 1976, 1978, 1980, 1981, 1982, 1983, 1985, 1986, 1988, 1990, 1991, 1993, 1998, 2003, 2006, 2009, 2014

Financial Management Association Meeting, 1975, 1976, 1977, 1978, 1980, 1981, 1982, 1983, 1984, 1986, 1988, 1992, 1999, 2000, 2001

Western Economics Association Meeting, 1975

Midwest Finance Association Meeting, 1975, 1985

American Real Estate and Urban Economics Association Meeting, 1979, 1981

    Western Finance Association Meeting, 1980, 1981, 1982, 1984, 1985, 1986, 1988, 1989, 1990, 1995, 2000
American Economics Association Meeting, 1987, 2006, 2009
Pacific Basin Finance Conference, 1989, 1990
Garn Institute Symposium, 1989
Western Finance Conference, 1991
Hyundai Research Institute Conference, 1996
Association of Financial Economists Meeting, 1999
European Finance Association, 1999
European Financial Management Association, 2000
Global Finance Academy Conference, 2008, 2011

**Discussed Papers at**

American Finance Association Meeting, 1976, 1977, 1979, 1985, 2000
Financial Management Association Meeting, 1975, 1977
American Real Estate and Urban Economics Association Meeting, 1978, 1979
American Economics Association Meeting, 1985
Pacific Basin Finance Conference, 1989
National Bureau of Economic Research Conference, 1994

**Session Chairman at**

Financial Management Association Meeting, 1979, 1985, 2006
American Finance Association Meeting, 1981, 1988, 1994, 1995, 1996, 1999, 2000, 2001
Winter Finance Conference, 1992, 1995

**Program Committee for**

Financial Management Association Meeting, 1979, 1984, 1985, 1986, 1988, 1993, 2009 (Chairman, Doctoral Student Consortium, 1993)
Western Finance Association Meeting, 1980, 1986, 1991, 1993, 1995
American Finance Association Meeting, 1987, 1988, 1994, 1996, 1998, 1999
Pacific Basin Finance Conference, 1989, 1990, 1998, 2000
Eastern Finance Association, 2007

XIII. **COMMITTEE ASSIGNMENTS -- PURDUE UNIVERSITY**

Finance Area Recruiting Committee, 1977-present
Krannert School Library Committee, 1977-1978
Krannert School Doctoral Student Placement Officer, 1978-1979
Krannert School Colloquium Committee, 1978-1981
Purdue University Grievance Committee, 1978-1980, 2001-2003 (Subcommittee Chairman, 1980; Chairman, 2002-2003)
Krannert School Masters Student Advisory Committee, 1979-1980
Krannert School Masters Student Examining Committee, 1980-1981
Krannert School Undergraduate Program Committee, 1979-1980 (Subcommittee Chairman)
Finance Area Ph.D. Admissions Committee, 1979-1981, 1983-1985, 1991-present
Krannert School Search Committee for Morgan Professor of Private Enterprise, 1980-1981
Krannert School Computer Policy Committee, 1982-1984
Krannert School Dean Search Committee, 1982-1984, 1989-1990

       Krannert School Committee on Organizational Structure
           (Chairman, 1984)
       Krannert School Committee on Funded Research, 1984-1985
       Krannert School Ph.D. Preliminary Examination Committee, 1982-1984
           (Chairman, 1982)
       Krannert School Faculty Grievance Committee, 1985-1986
       Area Coordinator, Finance Faculty, 1985-1986, 1994-1998, 2006-2008, 2012-2013
       Krannert School Management Policy Committee, 1985-1986, 1992-1993, 1994-2008, 2010-2013
       Krannert School Faculty Relations Committee, 1985-1986
       Purdue University Senate, 1987-1990
       Krannert School Management Lecture Series Committee, 1987-1989
           (Chairman, 1987-1989)
       Krannert School Grade Appeals Committee, 1988-1991, 2011-2013
           (Chairman, 1989-1990)
       Krannert School Accounting Faculty Search Committee, 1988-1989
           (Chairman, 1988-1989)
       Krannert School M.I.S. Faculty Search Committee, 1989-1990, 1999-2000
           (Chairman, 1989-1990)
       Krannert School Search Committee for Henderson Professorship, 1991-1993
           (Chairman, 1991-1992)
       Krannert School Committee to Reconsider Ph.D. Program in Management, 1990-1991
           (Chairman, 1990-1991)
       Krannert School Faculty Advisory Committee, 1992-1998
       Krannert School Teaching and Research Supplement Committee, 1993-2003
           (Chairman, 1994-1996)
       Krannert School MSM Curriculum Committee, 1996-1998
       Krannert School Search Committee for Accenture Professor of IT, 2000-2002
           (Chairman, 2001-2002)
       Purdue University Committee for Ethics in Graduate Education, 2002-2004
       Krannert School MBA Rankings Committee, 2002-2004
           (Chairman, 2002-2004)
       Purdue University Graduate School Council, 2002-2006
       Purdue University Search Committee for Dean of the Graduate School, 2002-2003
       Krannert School Masters Programs Review Committee, 2003-2004
           (Chairman, 2003-2004)
       Krannert School Undergraduate Program Task Force, 2006-2007
       Purdue University Retirement Plan Review Task Force, 2008-2010
       Krannert School Department Chair Search Advisory Committee, 2013
           (Chairman, 2013)
       Krannert School Management/HTM Working Group, 2013
       Chicago Weekend MBA Program Committee, 2013

XIV. **CONSULTING**

       **<u>Government Agencies</u>**

       Department of Housing and Urban Development
       Small Business Administration
       Government National Mortgage Association
       U.S. Internal Revenue Service
       Office of Thrift Supervision (Topeka, KS)
       Department of Justice
       Office of Federal Housing Enterprise Oversight

*John J. McConnell* 14

### **Corporations**

Knutsen Companies, Inc.
Wilder Foundation
Merrill Lynch White Weld Capital Markets, Inc.
Goldman, Sachs and Company
Federal Home Loan Bank of Dallas
Federal Home Loan Mortgage Corporation
Merrill Lynch Mortgage Capital, Inc.
Ernst and Young
Santa Fe Pacific Corporation
Federal Home Loan Bank of Indianapolis
Consolidated Edison, Incorporated

### **Trade Associations**

National Association of Mutual Savings Banks
Massachusetts Consumer Finance Association

### **Law Firms**

Cravath, Swaine & Moore (New York, NY)
Davis, Polk & Wardwell (New York, NY)
Simpson, Thacher & Bartlett (New York, NY)
Mayer, Brown & Platt (Chicago, IL)
Davis, Miner & Barnhill (Chicago, IL)
Stroock & Stroock & Lavan (New York, NY)
Shartsis, Friese & Ginsburg (San Francisco, CA)
Franta & White (Minneapolis, MN)
Kightlinger, Young, Gray & DeTrude (Indianapolis, IN)
Wetzel & DeFrang (Portland, OR)
Cochrane & Bresnahan (St. Paul, MN)
Kirkpatrick & Lockhart (Washington, DC)
Brown & Bain (Palo Alto, CA)
Hennigan & Mercer (Los Angeles, CA)
Cadwalader, Wickersham & Taft (Washington, DC)
Drinker, Biddle & Reath (Philadelphia, PA)
Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson (Miami, FL)
Timothy D. Kelly (Minneapolis, MN)
Mackall, Crounse & Moore (Minneapolis, MN)
Streich, Lang, Weeks & Cardon (Phoenix, AZ)
Finkelstein, Thompson & Loughran (Washington, DC)
Maslon, Edelman, Borman & Brand (Minneapolis, MN)
Morrison & Hecker (Phoenix, AZ)
Bell, Boyd & Lloyd (Chicago, IL)
Ireland, Stapleton, Pryor & Pascoe (Denver, CO)
Carr & Mussman (San Francisco, CA)
Oppenheimer, Wolff & Donnelly (Minneapolis, MN)
Gibson, Dunn & Crutcher (Dallas, TX; San Diego, CA)
Sachnoff & Weaver (Chicago, IL)
Richards & O'Neil (New York, NY)
Choate, Hall & Stewart (Boston, MA)

Barnes & Thornburg (Indianapolis, IN)
Schiff, Hardin & Waite (Chicago, IL)
Leonard, Street & Deinard (Minneapolis, MN)
Wilson, Sonsini, Goodrich & Rosati (San Francisco, CA)
Theodore Goddard (London, England)
Akerman, Senterfitt & Eidson (Miami, FL)
Jones, Day, Reavis & Pogue (Cleveland, OH)
Brobeck, Phleger & Harrison (San Francisco, CA)
Davis, Scott, Weber & Edwards (New York, NY)
Kramer, Levin, Naftalis & Nessen (New York, NY)
Rogers & Wells (New York, NY)
Willkie, Farr & Gallagher (New York, NY)
Shearman & Sterling (San Francisco, CA)
Gibson, Dunn & Crutcher (San Francisco, CA)
Sidley & Austin (Chicago, IL)
Arnold & Porter (Washington, DC)
Stuart, Branigin, Ricks & Schilling (Lafayette, IN)
Hertlein & Brown (Columbus, OH)
Brault, Graham, Scott & Brault (Baltimore, MD)
Spriggs & Hollingsworth (Washington, DC)
Jenner & Block (Chicago, IL)
Brown & Wood (New York, NY)
Alschuler, Grossman, Stein & Kahan (Los Angeles, CA)
Wynne & Maney (Houston, TX)
Wachtell, Lipton, Rosen & Katz (New York, NY)
Quarles & Brady Streich Lang (Phoenix, AZ)
Herrick, Feinstein (New York, NY)
McCutchen, Doyle, Brown & Enersen (San Francisco, CA)
Shaffer, Lombardo & Shurin (Kansas City, MO)
James E. Dahl & Associates (Chicago, IL)
Lankler, Siffert & Wohl (New York, NY)
Hogan & Hartson (New York, NY)
Bendinger, Crockett, Peterson, Greenwood & Casey (Salt Lake City, UT)
Schulte, Roth & Zabel (New York, NY)
Lewis, Brisbois, Bisgaard & Smith (New York, NY)
Skadden, Arps, Slate, Meagher & Flom (New York, NY)
Menz, Bonner & Komar (New York, NY)
Sutherland, Asbill & Brennan (Washington, DC)
Jeffer, Mangels, Butler & Marmaro (Los Angeles, CA)
Roeca, Luria & Hiraoka (Honolulu, HI)
Blank Rome (Philadelphia, PA)
Zelle, Hofmann, Voelbel & Mason (Minneapolis, MN)
Bingham McCutchen (Los Angeles, CA)
Winston & Strawn (Chicago, IL)
Fried, Frank, Harris, Shriver & Jacobson (New York, NY)
Reed Smith (San Francisco, CA)
Schlam, Stone & Dolan (New York, NY)
Winthrop & Weinstine (Minneapolis, MN)
Wilmer Cutler Pickering Hale and Dorr (New York, NY)