# Appendix 2

## Trial and Deposition Testimony

## of

## John J. McConnell

## January 2009 – December 2013

Blue Cross and Blue Shield of Minnesota, as Administrator of the Blue Cross and Blue Shield of Minnesota Pension Equity Plan, et al., Plaintiffs, v. Wells Fargo Bank, N.A., Defendant (United States District Court of Minnesota, Case No. 11-cv-2529 DWF/JJG)
   Deposition:    January 2013
   Trial:   August 2013

The City of Farmington Hills Employees Retirement System, Individually and on Behalf of Others Similarly Situated. Plaintiff, vs. Wells Fargo Bank, N.A., Defendant (United Stated District Court, District of Minnesota, Case No. 0:10-cv-04372-DWF/JJG)
   Deposition:    April 2013

Duff & Phelps, LLC, in its capacity as Trustee of the Protostar I Litigation Trust, Claimant, vs. Jefferies & Company, Inc., Richard E. Morrison, Jr., and Paul F. Deninger, Respondents (Financial Industry Regulatory Authority Arbitration No. 11-02937)
   FINRA Hearing:    February 2013

MBIA Insurance Corporation v. Countrywide Home Loans, Inc., Countrywide Securities Corp., Countrywide Financial Corp., Countrywide Home Loans Servicing, LP (n/k/a Bank of America, N.A., successor by *de jure* merger to BAC Home Loans Servicing, LP), and Bank of America Corp. (Supreme Court of the State of New York, County of New York, Index No. 602825/2008, IAS Part 3 (Bransten, J.)
   Deposition:    September 2012

The Bank of New York Mellon Trust Company, National Association, soley as Trustee under that certain Indenture dated September 1, 1999 and amendments thereto v. Santander Holdings USA, Inc. (United States District Court, Southern District of New York, 10 Civ. 9420 (RMB) (JCF) ECF CASE)
   Trial:   June 2012

Kin Nolte, et al. v. Cigna Corporation, et al. (United State District Court, Central District of Illinois, Urbana Division, Case No: 2:07-CV-02046-HAB-DGB)
   Deposition:    2011

T. H. Lee Fund V, L.P., et al. v. Grant Thornton LLP (Supreme Court of the State of New York, County of New York, Index No. 60277-4107)
   Deposition:    2010

<u>In the Matter of GSI Commerce Solutions, Inc., Plaintiff v. Lehman Brothers Inc., Stanford A. Haber, Neil Greenspan, Jeffrey Chernick, Joseph L. Arena and Kurt Locher, Respondents</u>, (Financial Industry Regulatory Authority Case No. 08-02857)
FINRA Hearing:         2009