# Appendix 3: Documents Relied Upon

**Legal Documents**
1. "Proof of Claim, Bank of New York Mellon, as Indenture Trustee Filed Before United States Bankruptcy Court for the District of Delaware," Case Number 09-10138, September 25, 2009

**Declarations, Expert Reports and Testimony**
1. Expert report and exhibits of Leif M.Clark and Jay L. Westbrook, dated January 24, 2014
2. Deposition transcript of Khush Dadyburjor, dated October 3, 2013
3. Deposition transcript of Darryl Edwards, dated October 31, 2013
4. Deposition transcript of Mike Zafirovski, dated November 6, 2013

**Publicly Available Documents**
1. "Guide to Credit Rating Essentials," *Standard & Poor's*, 2010
2. "Nortel Networks Ltd.'s Recovery Rating Profile," *Standard & Poor's* Global Credit Portal RatingsDirect, November 21, 2008
3. "Probability of Default Ratings and Loss Given Default Assessments for Non-Financial Speculative-Grade Corporate Obligors in the United States and Canada," *Moody's*, August 2006
4. "Moody's Ultimate Recovery Database," *Moody's*, April 2007
5. Nortel Networks Corporation, December 21, 2007 prospectus for US$575 million of 1.75% Convertible Senior Notes Due 2012 and US$575 million of 2.125% Convertible Senior Notes 2014
6. Nortel Networks Limited, December 21, 2007 prospectus for the Offers to Exchange for US$450 million of 10.75% Senior Notes due 2016, US$550 million of 10.125% Senior Notes due 2013 and US$1,000 million of Floating Rate Senior Notes due 2011
7. Nortel Networks Corporation, SEC 10-K filing for the fiscal year ended December 31, 2003
8. Nortel Networks Corporation, SEC 10-Q filing for the quarterly period ended September 30, 2005
9. Nortel Networks Corporation, SEC 10-K filing for the fiscal year ended December 31, 2005
10. Nortel Networks Corporation, SEC 10-K filing for the fiscal year ended December 31, 2006
11. Nortel Networks Corporation 2007 Annual Report
12. Nortel Networks Corporation 2008 Annual Report

**Academic Literature**
1. Roberts, Gordon S., and Jerry A. Viscione, "The Impact of Seniority and Security Covenants on Bond Yields: A Note," *The Journal of Finance*, Volume 39, Issue 5, pages 1597-1602, December 1984
2. Black, Fischer, and John C. Cox, "Valuing Corporate Securities: Some Effects of Bond Indenture Provisions," *Journal of Finance*, Volume 31, Issue 2, Papers and Proceedings of the Thirty-Fourth Annual Meeting of the American Finance Association Dallas, Texas December 28-30, 1975
3. Altman, Edward I., and Vellore M. Kishore, "Almost Everything You Wanted to Know about Recoveries on Defaulted Bonds," *Financial Analysts' Journal*, November/December 1996
4. Jay R. Galbraith, "Designing Matrix Organizations that Actually Work: How IBM, Proctor & Gamble and Others Design for Success," *John Wiley & Sons*, 2008
5. Bus. Counselor's Guide to Org. Mgmt. § 1.15 (May 2013)

**Data Sources**
1. Bloomberg L.P for Nortel bond prices and other characteristics