# APPENDIX B

# ROBERT F. KILIMNIK, MBA, CFA

408 Clairbrook Cr.,
Waterloo, Ontario
Phone: 519 884-3746
Fax: 519 884-3746
Cell: 519 884-1899

## PROFILE

A senior investment executive who played a key leadership role in the development of the private placement debt market, infrastructure financing and public-private partnerships in Canada. Extensive experience in credit and North American public debt markets.

## PROFESSIONAL EXPERIENCE

### STONEBRIDGE INFRASTRUCTURE DEBT FUNDS                      2012-

Serves as an independent member of the Credit Committee for 2 infrastructure funds managed by Stonebridge Financial with committed funds of approximately $500 million.

### THE COLLINS GROUP                                          2009 –

Spring of 2009 joined The Collins Group, an internationally focused boutique investment bank, on a part time basis as Senior Advisor, to focus on debt transactions.

### MANULIFE FINANCIAL CORPORATION                             2002-2008

Hired by MFC as Vice President and Managing Director, North American Fixed Income to direct their Canadian and U.S. bond and money market operations (assets of $40 billion). With the 2004 acquisition of John Hancock/Maritime Life assumed responsibility for Canadian Credit and Canadian Private Debt operations. Retired September 2008.

- ✓ Key member of MFC Investments acquisition acquisition/integration team for successful John Hancock/Maritime Life merger.

- ✓ Grew Canadian Private Debt portfolio from $1.5 billion to $3.4 billion (MFC now #2 private placement lender in Canada).
- ✓ Key member of the MFC Credit Committee which approves and monitors worldwide Investment Guidelines and larger transactions for both public and private markets.

## BOREALIS CAPITAL CORPORATION                                    2000-2001

A co-founder (with Steve Hudson) and Chief Investment Officer of Dorset Partners (subsequently Borealis Capital).
- ✓ As CIO and Chairman of the Investment Committee of the Board, developed investment policies and infrastructure, setting the stage for sound underwriting and investment practice.
- ✓ In a difficult market helped raise $450 million for the Private Equity Fund and $75 million for the Financial Technology Fund from such investors as OMERS, CPPIB, Royal Bank, Bank of Montreal, CIBC, Trizec, CS First Boston, Clarica Life, Sun Life and Maritime Life. Raised $33 million for the Private Equity Fund from the life companies based on personal reputation.

## CLARICA LIFE INSURANCE COMPANY                                   1971-2000

Joined Clarica Life (formerly the Mutual Life of Canada) in 1971 conducting business conditions analysis and economic forecasting. At the time of leaving Clarica in early 2000 as Vice-President, Investments responsible for Clarica's Canadian investment portfolio operations (assets of $24 billion and staff of 150) which included corporate lending, private equity, commercial mortgages, real estate, public bonds and stocks, treasury operations and ALM/portfolio management.
- ✓ Developed strong credit culture at Clarica with below average arrears and credit losses while encouraging innovation.
- ✓ Led Clarica's growth in the private placement debt market to where it became the largest non-bank corporate lender in Canada. Innovative and dominant presence in secured term lending, lease receivables financing and independent power and other infrastructure financing.
- ✓ Strategic equity interest in Newcourt Credit Group in 1993 and $150 million net profit when interest sold. Other strategic leasing equity investments in Tuckahoe Financial and National Leasing Group.
- ✓ Active involvement in the successful acquisition and integration of the Canadian operations of the Prudential of England and Metropolitan Life.

## BOARD EXPERIENCE

Served on a number of outside boards where Clarica held a strategic equity interest including Newcourt Credit Group Inc., Princeton Developments Ltd. (Edmonton), National Leasing Group (Winnipeg), Canadian Environmental Energy Corporation, Teletech Financial Limited (Montreal), and Tuckahoe Financial. Served on Princeton board as independent director and Chairman Audit Committee after leaving Clarica.

## EDUCATION

M.B.A., McMaster University
Hon. B.A. (Economics), University of Waterloo (earned Woodrow Wilson Graduate Fellowship)
C.F.A., CFA Institute

## PROFESSIONAL ACTIVITIES

- ✓ Keynote speaker at numerous conferences on corporate finance, credit and the public bond market, real estate, leasing, economics and the financial markets including various TSFA events on credit and the bond market.
- ✓ 1972 to 1986 Adjunct Assistant Professor at the University of Waterloo in the Department of Economics and School of Accounting teaching a variety of courses in accounting, management, corporate finance, investments and macro-economics.
- ✓ Chairman, Executive Committee, Investment Section, Canadian Life and Health Insurance Association (1997-1998).
- ✓ University of Waterloo Advisory Council (2001-2005).

February 2014