# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 04/03/2014 | calls with A. Bauer (.2); Call with A. Collins regarding fee application (.1); | 0.3 | 207.00 | 12349971 |
| Gray | William | 03/03/2014 | Review February time entries for fee application | 0.7 | 661.50 | 12249401 |
| Gray | William | 06/03/2014 | Review fee application preparation | 0.6 | 567.00 | 12252862 |
| Gray | William | 07/03/2014 | Work on monthly fee application | 0.7 | 661.50 | 12258174 |
| Gray | William | 13/03/2014 | Review monthly time entires | 0.4 | 378.00 | 12266577 |
| Gray | William | 14/03/2014 | Review fee application entries | 0.4 | 378.00 | 12270881 |
| Gray | William | 18/03/2014 | Review February fee application documents | 0.7 | 661.50 | 12274556 |
| Gray | William | 25/03/2014 | Review monthly fee application | 0.6 | 567.00 | 12288564 |
| Gray | William | 26/03/2014 | Review fee application entries | 0.6 | 567.00 | 12288570 |
| Gray | William | 28/03/2014 | Review monthly entries | 0.4 | 378.00 | 12290241 |
| Gray | William | 31/03/2014 | Finalize fee application; review all time entries | 1.3 | 1,228.50 | 12299802 |
| Bauer | Alison D. | 03/03/2014 | Draft and send email to all timekeepers (.1); correspondence to and from K. Ponder of Nortel on February estimates (.1); review February expenses (.2); emails to B.Yu, A. Collins and W. Gray re February expenses (.1); voice message and email to T. DeMarinis re hotel deposit (.1) | 0.6 | 489.00 | 12246872 |
| Bauer | Alison D. | 04/03/2014 | Reviewed hotel room contract in connection with description of expense for fee application (.2); composed email to A. Slavens and A. Collins regarding hotel deposit expense (.1); calls with A. Slavens regarding February fee application (.2) | 0.5 | 407.50 | 12249528 |
| Bauer | Alison D. | 06/03/2014 | Communications with accounting department on rates and February data | 0.3 | 244.50 | 12253645 |
| Bauer | Alison D. | 11/03/2014 | Meeting with A. Collins regarding Nortel fee app | 0.9 | 733.50 | 12262902 |
| Bauer | Alison D. | 11/03/2014 | Internal communications regarding fee application time keepers and expenses | 0.8 | 652.00 | 12264151 |
| Bauer | Alison D. | 17/03/2014 | Conference A. Collins(.4) ; revise language for fee application on expenses (.1) | 0.5 | 407.50 | 12271393 |
| Bauer | Alison D. | 19/03/2014 | Attention to CNO | 0.1 | 81.50 | 12277060 |
| Bauer | Alison D. | 20/03/2014 | Review and revise fee application ( 0.8); confer with A. Collins on monthly fee application (0.1) | 0.9 | 733.50 | 12279141 |
| Bauer | Alison D. | 21/03/2014 | Review of comments to fee application | 0.3 | 244.50 | 12282699 |
| Bauer | Alison D. | 25/03/2014 | Various conferences with A. Collins on status of fee application (.2); review of same and message to T. DeMarinis (.2) | 0.4 | 326.00 | 12285436 |
| Bauer | Alison D. | 31/03/2014 | Attention to correspondence from A. Collins re: February fee app draft (.1); email from K. Ponder re: March 2014 fee estimates (.1) email timekeepers (.1) | 0.3 | 244.50 | 12303602 |
| Collins | Allan | 03/03/2014 | email correspondence with A. Bauer regarding February 2014 Fee Application; | 0.1 | 29.50 | 12246986 |
| Collins | Allan | 04/03/2014 | confer with A. Slavens regarding hotel stay for trial (.1); review hotel contract (.3); confer with A. Cordo regarding inclusion of deposit for hotel fees in fee application (.1); email correspondence with A. Bauer regarding same (.1); | 0.6 | 177.00 | 12249641 |
| Collins | Allan | 07/03/2014 | review February 2014 time entries; | 3.8 | 1,121.00 | 12254617 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 10/03/2014 | review time entries (.3); prepare for meeting with A. Bauer (.3); | 0.6 | 177.00 | 12259477 |
| Collins | Allan | 11/03/2014 | meet and confer with A. Bauer regarding February 2014 fee application (1.1); confer with J. Chetri regarding February time entries (0.1); email with A. Slavens regarding hotel expenses (.1); multiple email with B. Yu regarding fee application (0.2); email with local counsel regarding time entries (0.1); review time entries (0.4); | 2.0 | 590.00 | 12262967 |
| Collins | Allan | 12/03/2014 | confer with J. Chetri regarding time entries (.2); review time entries (.2); | 0.4 | 118.00 | 12265559 |
| Collins | Allan | 13/03/2014 | multiple emails with B. Yu regarding February 2014 fee application; | 0.2 | 59.00 | 12268315 |
| Collins | Allan | 14/03/2014 | draft language to be used in fee application relating to costs (.3); email A. Slavens and A. Bauer regarding same (.1); | 0.4 | 118.00 | 12270324 |
| Collins | Allan | 14/03/2014 | review February 2014 time entries; | 2.6 | 767.00 | 12270325 |
| Collins | Allan | 17/03/2014 | meet with A. Bauer regarding fee application (.4); review time entries (3.1); confer with A. Bauer's assistant regarding same (.1); | 3.6 | 1,062.00 | 12272306 |
| Collins | Allan | 18/03/2014 | review time entries (2.1); correspond with J. Wong in accounting regarding same (.2); | 2.3 | 678.50 | 12274876 |
| Collins | Allan | 19/03/2014 | Attention to CNO and email M. Maddox at MNAT regarding same (.2); research and prepare chart detailing staffing numbers for December, January and February (1.3) | 1.5 | 442.50 | 12277186 |
| Collins | Allan | 20/03/2014 | attention to Certificate of No Objection for January 2014 fee application (.1); correspond with J. Wong in accounting regarding monthly expenses (.2); confer with A. Bauer regarding February 2014 fee application (.1); update fee application (1.0); | 1.4 | 413.00 | 12278851 |
| Collins | Allan | 21/03/2014 | multiple emails with J. Wong in accounting regarding disbursements (.3); review and edit itemized list of disbursements (.6); revise February 2014 fee application (.4); confer with J. Chetri regarding same (.1); | 1.4 | 413.00 | 12282200 |
| Collins | Allan | 24/03/2014 | review and revise February 2014 fee application (1.2); review time entries and disbursements (.6); | 1.8 | 531.00 | 12283989 |
| Collins | Allan | 25/03/2014 | revise February 2014 fee application (.5); confer with J. Wong in accounting regarding same (.1); confer with A. Bauer regarding same (.2); | 0.8 | 236.00 | 12286366 |
| Collins | Allan | 31/03/2014 | email T. Demarinis and A. Bauer regarding February 2014 fee application; | 0.1 | 29.50 | 12295467 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/03/2014 | Meet with S. Block to discuss rebuttal expert reports and March 4 meet and confer (0.5); review rebuttal expert reports (4.2); trial preparation (2.0); | 6.7 | 6,030.00 | 12246294 |
| Bomhof | Scott A. | 04/03/2014 | reviewing expert rebuttal reports; | 3.0 | 2,700.00 | 12250946 |
| Bomhof | Scott A. | 05/03/2014 | Trial preparation and review of rebuttal expert reports; | 4.1 | 3,690.00 | 12253023 |
| Bomhof | Scott A. | 06/03/2014 | trial preparation (2.6); meeting with S. Block, R. Prichard and A. Slavens regarding allocation hearing issues (1.4); | 4.0 | 3,600.00 | 12255507 |
| Bomhof | Scott A. | 07/03/2014 | reviewing rebuttal expert reports (2.1); telephone call with J. Stam, D. Abbott, I. Rozenberg and A. Slavens regarding trial procedures (1.0); | 3.1 | 2,790.00 | 12255509 |
| Bomhof | Scott A. | 10/03/2014 | meeting with M. Frazer and A. Slavens to discuss trial issues (.5); trial preparation (3.5); | 4.0 | 3,600.00 | 12259110 |
| Bomhof | Scott A. | 11/03/2014 | preparing for March 12 pre-trial motion (2.1); trial preparation (1.7); | 3.8 | 3,420.00 | 12264046 |
| Bomhof | Scott A. | 12/03/2014 | preparing for and attending joint hearing (pre-trial conference) before Justice Newbould and Justice Morawetz (2.3); reporting to Cleary team on post-hearing discussions with counsel for UKPT and Monitor regarding UKPT request for a settlement conference (.5); trial preparation (2.7); | 5.5 | 4,950.00 | 12269607 |
| Bomhof | Scott A. | 13/03/2014 | telephone call with Cleary team, D. Abbott and S. Block regarding UKPT counsel letter and request for appointment of Justice Morawetz to oversee settlement discussions (2.1); reviewing and providing comments on letter to M. Barrack (.7); reviewing transcripts of March 12 hearing (.6); trial preparation (2.3); conference with W. Gray regarding court proceedings (.4); | 6.1 | 5,490.00 | 12269612 |
| Bomhof | Scott A. | 14/03/2014 | reviewing letters from M. Barrack to J. Bromley and Justice Morawetz and discussing same with Cleary team and S. Block and A. Gray (2.1); trial preparation (2.4); | 4.5 | 4,050.00 | 12269617 |
| Bomhof | Scott A. | 16/03/2014 | reviewing Goodmans letter to Justice Morawetz regarding UKPT settlement conference (.2); telephone call with Cleary team, D. Abbott, S. Block and A. Gray regarding UKPT request for a settlement conference (1.0); | 1.2 | 1,080.00 | 12269623 |
| Bomhof | Scott A. | 17/03/2014 | trial preparation (3.7); reviewing further letters to Justice Morawetz from counsel for UKPT (.3); reviewing proposals for wiring of courtrooms for joint hearing (.2); | 4.2 | 3,780.00 | 12273817 |
| Bomhof | Scott A. | 18/03/2014 | trial preparation (2.6); telephone call with J. Stam, D. Abbott and L. Rozenberg regarding trial logistics and court reporter arrangements (1.1); conference with W. Gray regarding research assignments (.4); | 4.1 | 3,690.00 | 12278302 |
| Bomhof | Scott A. | 19/03/2014 | trial preparation (3.8); confer with W. Gray regarding same (.3); | 4.1 | 3,690.00 | 12278582 |
| Bomhof | Scott A. | 20/03/2014 | attend expert witness deposition by live | 6.2 | 5,580.00 | 12278592 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | stream (5.0); telephone call with counsel for Monitor, UKPT and EMEA regarding trial logistics and wiring of courtrooms for trial (1.2); | | | |
| Bomhof | Scott A. | 21/03/2014 | trial preparation (2.9); reviewing expert report and preparing for deposition of expert (2.1); | 5.0 | 4,500.00 | 12284729 |
| Bomhof | Scott A. | 24/03/2014 | trial preparation (4.0); watch live stream of expert witness deposition (2.7); | 6.7 | 6,030.00 | 12284742 |
| Bomhof | Scott A. | 25/03/2014 | trial preparation and reviewing expert reports (2.0); attending deposition of expert via live stream (3.2) | 5.2 | 4,680.00 | 12286701 |
| Bomhof | Scott A. | 26/03/2014 | attending deposition of expert witness via live stream (2.2); trial preparation (1.0); | 3.2 | 2,880.00 | 12286703 |
| Bomhof | Scott A. | 27/03/2014 | Attend expert witness deposition by livestream (3.0); trial preparation (2.8); | 5.8 | 5,220.00 | 12290293 |
| Bomhof | Scott A. | 31/03/2014 | research regarding Canadian legal issues related to allocation; | 3.4 | 3,060.00 | 12294247 |
| Gray | Andrew | 03/03/2014 | internal discussions regarding document review and trial preparation and legal research (1.2); reviewing expert evidence and deposition matters (0.7); reviewing trial procedure materials and discussing same internally and with co-counsel (0.6); working on agreed statement of facts issues (0.2); preparing for expert depositions (0.2); | 2.9 | 2,320.00 | 12247101 |
| Gray | Andrew | 04/03/2014 | reviewing expert reports (3.8); discuss same with M. Blake (.1); reviewing pre-trial conference materials (0.3); conference call with co-counsel to discuss expert evidence and follow-up from same (1.3); co-ordinating legal research (0.3); | 5.8 | 4,640.00 | 12257596 |
| Gray | Andrew | 05/03/2014 | preparing for expert depositions (1.3); research on trial procedure issues (0.6); | 1.9 | 1,520.00 | 12251583 |
| Gray | Andrew | 06/03/2014 | reviewing pre-trial conference materials and discussing same with co-counsel (0.9); telephone conference and internal discussions with J. Gotowiec and other team members regarding trial logistics issues (0.6); conducting research for pre-trial filings (1.3); | 2.8 | 2,240.00 | 12257573 |
| Gray | Andrew | 07/03/2014 | trial preparation (1.3); reviewing materials for upcoming pre-trial (0.9); conducting legal research (0.4); | 2.6 | 2,080.00 | 12255037 |
| Gray | Andrew | 10/03/2014 | discussions in respect of upcoming pre-trial conference and reviewing materials delivered by parties (1.0); trial preparation work (0.4); | 1.4 | 1,120.00 | 12258838 |
| Gray | Andrew | 12/03/2014 | preparing for and attending at pre-trial conference (3.0); conference calls with Cleary and S. Block and email following from pre-trial (2.0); | 5.0 | 4,000.00 | 12264895 |
| Gray | Andrew | 13/03/2014 | conference calls and email regarding trial procedural issues (1.9); conducting legal research on discovery issue (0.7); preparing for expert depositions (0.3); | 2.9 | 2,320.00 | 12267437 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 14/03/2014 | reviewing correspondence from counsel and discussing same with S. Bomhof, S. Block and Cleary counsel (2.1); reviewing transcript of pre-trial hearing and email regarding same (.6); discussing legal research on discovery issue (.6); | 3.3 | 2,640.00 | 12268582 |
| Gray | Andrew | 16/03/2014 | conference call with co-counsel, S. Bomhof and S. Block (0.4); reviewing materials relating to trial (0.3); | 0.7 | 560.00 | 12270452 |
| Gray | Andrew | 18/03/2014 | working on expert depositions (0.5); preparing for trial (1.4); | 1.9 | 1,520.00 | 12277398 |
| Gray | Andrew | 19/03/2014 | reviewing background materials for expert depositions (0.8); internal discussions regarding expert depositions (0.5); reviewing legal research (0.4); | 1.7 | 1,360.00 | 12277375 |
| Gray | Andrew | 20/03/2014 | reviewing transcripts from depositions of experts (1.2); reviewing legal research (0.9); | 2.1 | 1,680.00 | 12280020 |
| Gray | Andrew | 24/03/2014 | reviewing correspondence to the US Court (0.2); reviewing correspondence and expert report (0.3); | 0.5 | 400.00 | 12283641 |
| Gray | Andrew | 25/03/2014 | reviewing legal research (.9) discussing legal research with Torys team (1.0); reviewing and discussing expert reports (0.7); | 2.6 | 2,080.00 | 12285973 |
| Gray | Andrew | 26/03/2014 | preparing for deposition (2.9); reviewing legal research and related email correspondence (0.8); internal discussions and email regarding expert depositions and trial preparation (0.9); | 4.6 | 3,680.00 | 12288289 |
| Gray | Andrew | 27/03/2014 | preparing for and attending deposition (2.0); email regarding depositions and expert evidence (0.4); reviewing legal research (0.7); | 3.1 | 2,480.00 | 12290297 |
| Gray | Andrew | 28/03/2014 | e-mail communication and internal discussions regarding expert evidence and depositions (0.6); | 0.6 | 480.00 | 12290891 |
| McCourt | Conor | 11/03/2014 | discussion with A. Slavens regarding MRDA; | 0.2 | 210.00 | 12261109 |
| McCourt | Conor | 25/03/2014 | considering reply report of Sheldon Burshtein and commenting; | 7.5 | 7,875.00 | 12284739 |
| McCourt | Conor | 27/03/2014 | considering license document (0.7); considering legal questions from Cleary Gottlieb (0.4); | 1.1 | 1,155.00 | 12288517 |
| Frazer | Mitch | 10/03/2014 | meeting with S. Bomhof and A. Slavens re trial issues; | 0.5 | 450.00 | 12257917 |
| Slavens | Adam | 02/03/2014 | reviewing rebuttal expert reports re trial; | 5.0 | 3,450.00 | 12247689 |
| Slavens | Adam | 03/03/2014 | reviewing rebuttal expert reports re trial; | 4.8 | 3,312.00 | 12247690 |
| Slavens | Adam | 03/03/2014 | trial preparation; | 2.8 | 1,932.00 | 12247692 |
| Slavens | Adam | 04/03/2014 | trial preparation; | 4.1 | 2,829.00 | 12249603 |
| Slavens | Adam | 04/03/2014 | reviewing draft trial protocol and related correspondence; | 1.7 | 1,173.00 | 12249607 |
| Slavens | Adam | 05/03/2014 | trial preparation; | 5.0 | 3,450.00 | 12252257 |
| Slavens | Adam | 05/03/2014 | reviewing draft trial protocol and related correspondence; | 0.6 | 414.00 | 12252259 |
| Slavens | Adam | 06/03/2014 | trial preparation (5.9); meeting with S. Bomhof, S. Block and R. Prichard regarding hearing allocation issues (1.4); | 7.3 | 5,037.00 | 12254367 |
| Slavens | Adam | 07/03/2014 | trial preparation (5.5); telephone call with S. Bomhof, J. Stam, D. Abbott and I. | 6.5 | 4,485.00 | 12257037 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Slavens | Adam | 09/03/2014 | Rozenberg regarding trial issues (1.0); reviewing comments of core parties on draft trial protocol and related correspondence; | 1.8 | 1,242.00 | 12257040 |
| Slavens | Adam | 10/03/2014 | reviewing court filings of core parties re draft trial protocol; | 1.6 | 1,104.00 | 12259453 |
| Slavens | Adam | 10/03/2014 | meet with S. Bomhof and M. Frazer to discuss trial issues; | 0.5 | 345.00 | 12259485 |
| Slavens | Adam | 11/03/2014 | trial preparation (4.8); discussion with C. McCourt (.2); | 5.0 | 3,450.00 | 12263268 |
| Slavens | Adam | 12/03/2014 | participating by teleconference in pre-trial conference (1.9); preparing for same (0.8); | 2.7 | 1,863.00 | 12265360 |
| Slavens | Adam | 12/03/2014 | conducting Canadian legal research for case; | 1.5 | 1,035.00 | 12265362 |
| Slavens | Adam | 12/03/2014 | trial preparation; | 3.4 | 2,346.00 | 12265364 |
| Slavens | Adam | 13/03/2014 | trial preparation; | 4.8 | 3,312.00 | 12267896 |
| Slavens | Adam | 14/03/2014 | trial preparation; | 4.9 | 3,381.00 | 12270201 |
| Slavens | Adam | 14/03/2014 | reviewing correspondence from core parties re trial (0.5); email correspondence and telephone calls with working group re same (1.4); | 1.9 | 1,311.00 | 12270203 |
| Slavens | Adam | 14/03/2014 | reviewing expert reports for trial; | 1.5 | 1,035.00 | 12270205 |
| Slavens | Adam | 15/03/2014 | preparing for expert depositions; | 4.7 | 3,243.00 | 12270207 |
| Slavens | Adam | 17/03/2014 | expert witness depositions; | 6.2 | 4,278.00 | 12271796 |
| Slavens | Adam | 17/03/2014 | trial preparation; | 3.6 | 2,484.00 | 12271806 |
| Slavens | Adam | 18/03/2014 | expert witness depositions; | 4.5 | 3,105.00 | 12274815 |
| Slavens | Adam | 18/03/2014 | trial preparation; | 0.9 | 621.00 | 12274818 |
| Slavens | Adam | 19/03/2014 | expert witness depositions; | 5.8 | 4,002.00 | 12277670 |
| Slavens | Adam | 19/03/2014 | trial preparation (.9); confer with A. Bauer and W. Gray (.1); | 1.0 | 690.00 | 12277677 |
| Slavens | Adam | 20/03/2014 | expert witness depositions (5.9); confer with M. Blake regarding organization of expert reports (.1); | 6.0 | 4,140.00 | 12279585 |
| Slavens | Adam | 20/03/2014 | trial preparation; | 1.0 | 690.00 | 12279598 |
| Slavens | Adam | 21/03/2014 | trial preparation (2.3); confer with S. Block regarding pre-trial order (.1); | 2.4 | 1,656.00 | 12281872 |
| Slavens | Adam | 22/03/2014 | trial preparation; | 2.0 | 1,380.00 | 12281874 |
| Slavens | Adam | 24/03/2014 | expert witness depositions; | 3.0 | 2,070.00 | 12284320 |
| Slavens | Adam | 24/03/2014 | trial preparation; | 1.8 | 1,242.00 | 12284335 |
| Slavens | Adam | 25/03/2014 | expert witness depositions; | 1.5 | 1,035.00 | 12286346 |
| Slavens | Adam | 25/03/2014 | trial preparation; | 0.8 | 552.00 | 12286351 |
| Slavens | Adam | 26/03/2014 | expert witness depositions; | 3.8 | 2,622.00 | 12288150 |
| Slavens | Adam | 26/03/2014 | trial preparation; | 0.5 | 345.00 | 12288155 |
| Slavens | Adam | 27/03/2014 | trial preparation; | 4.0 | 2,760.00 | 12290061 |
| Slavens | Adam | 27/03/2014 | expert witness depositions; | 2.6 | 1,794.00 | 12290064 |
| Slavens | Adam | 28/03/2014 | expert witness depositions; | 3.0 | 2,070.00 | 12293256 |
| Slavens | Adam | 28/03/2014 | trial preparation; | 1.2 | 828.00 | 12293262 |
| Slavens | Adam | 30/03/2014 | trial preparation; | 3.3 | 2,277.00 | 12293265 |
| Slavens | Adam | 31/03/2014 | expert witness depositions; | 4.0 | 2,760.00 | 12293880 |
| Slavens | Adam | 31/03/2014 | trial preparation; | 1.5 | 1,035.00 | 12293885 |
| Reynolds | Molly | 03/03/2014 | preparing trial procedures memo (.4); meet with J. Gotowiec regarding tasks for trial (.3); | 0.7 | 434.00 | 12255307 |
| Reynolds | Molly | 04/03/2014 | preparing trial procedures memo; | 1.2 | 744.00 | 12255313 |
| Reynolds | Molly | 05/03/2014 | preparing trial procedures memo; | 0.8 | 496.00 | 12255325 |
| Reynolds | Molly | 06/03/2014 | meeting with I. Kara to discuss research re experts (0.5), preparing trial procedures memo and communicating with A. Nee re same (1.5); | 2.0 | 1,240.00 | 12255335 |
| Reynolds | Molly | 07/03/2014 | preparing trial procedures memo (2.0) discuss | 2.7 | 1,674.00 | 12255368 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 10/03/2014 | expert depositions with A. Nee (0.7); meeting with A. Nee to discuss expert depositions, preparing memo re same; | 2.1 | 1,302.00 | 12258374 |
| Reynolds | Molly | 11/03/2014 | preparing memo on expert examination procedure; | 6.0 | 3,720.00 | 12264383 |
| Reynolds | Molly | 12/03/2014 | communicating with A. Nee re expert deposition procedure (1.0), additional research re same (2.0); | 3.0 | 1,860.00 | 12264603 |
| Reynolds | Molly | 13/03/2014 | drafting memo on expert deposition procedures; | 0.4 | 248.00 | 12269744 |
| Reynolds | Molly | 17/03/2014 | organizing deposition transcripts; | 0.2 | 124.00 | 12271600 |
| Reynolds | Molly | 18/03/2014 | organizing transcripts and logistics for depositions; | 0.5 | 310.00 | 12276863 |
| Reynolds | Molly | 19/03/2014 | organizing deposition logistics; | 0.9 | 558.00 | 12277095 |
| Reynolds | Molly | 20/03/2014 | organizing transcripts, corresponding with Cleary re expert report; | 1.0 | 620.00 | 12279110 |
| Reynolds | Molly | 21/03/2014 | coordinating deposition logistics and transcripts; | 0.5 | 310.00 | 12285316 |
| Reynolds | Molly | 24/03/2014 | organizing transcripts and exhibits of depositions; | 0.3 | 186.00 | 12285331 |
| Reynolds | Molly | 25/03/2014 | coordinating deposition transcripts and logistics; | 0.7 | 434.00 | 12285681 |
| Reynolds | Molly | 26/03/2014 | organizing deposition logistics and transcripts; | 0.2 | 124.00 | 12287316 |
| Reynolds | Molly | 27/03/2014 | organizing deposition transcripts; | 0.1 | 62.00 | 12292382 |
| Reynolds | Molly | 31/03/2014 | organizing deposition transcripts and exhibits (0.5), reviewing correspondence from I. Rozenberg re agreed statement of facts (0.2); | 0.7 | 434.00 | 12294625 |
| Gotowiec | James | 03/03/2014 | meeting with A. Gray regarding module project (0.2); meeting with M. Reynolds regarding upcoming tasks to prepare for trial (0.3); | 0.5 | 245.00 | 12246238 |
| Gotowiec | James | 04/03/2014 | preparing for meeting with B. Unger regarding research question (0.2); office conference with E. Siller regarding background to case and legal issue (0.2); reviewing deposition transcripts for module project (1.2); | 1.6 | 784.00 | 12248395 |
| Gotowiec | James | 05/03/2014 | meeting with B. Unger regarding legal research; | 0.2 | 98.00 | 12252691 |
| Gotowiec | James | 06/03/2014 | discussing module project with A. Gray; | 0.2 | 98.00 | 12253557 |
| Gotowiec | James | 07/03/2014 | email and discussion with E. Siller regarding legal research; | 0.2 | 98.00 | 12254385 |
| Gotowiec | James | 08/03/2014 | reviewing allocation statements and documents for module project; | 2.4 | 1,176.00 | 12255056 |
| Gotowiec | James | 09/03/2014 | reviewing transcripts and documents for module project; | 8.6 | 4,214.00 | 12255117 |
| Gotowiec | James | 10/03/2014 | reviewing additional transcripts and revising module; | 1.1 | 539.00 | 12257833 |
| Gotowiec | James | 12/03/2014 | reviewing deposition transcripts for module project; | 0.3 | 147.00 | 12264600 |
| Gotowiec | James | 13/03/2014 | continuing review of deposition transcripts for module project; | 2.6 | 1,274.00 | 12266499 |
| Attersley | Shane | 03/03/2014 | meeting with S. Levitt and B. Unger re delegation of case law research (0.3); conducting case law research (3.5); | 3.8 | 1,653.00 | 12246269 |
| Unger | Brian | 02/03/2014 | research re Canadian & US evidentiary rules in preparation for trial; | 3.2 | 1,056.00 | 12245154 |
| Unger | Brian | 03/03/2014 | research re case law (3.9); meet with C. Mauro and S. Levitt regarding research | 4.7 | 1,551.00 | 12246253 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | strategy (.5); meet with S. Attersley and S. Levitt regarding case law research (.3); | | | |
| Unger | Brian | 04/03/2014 | research re case law; | 2.1 | 693.00 | 12251629 |
| Unger | Brian | 05/03/2014 | research re case law (5.0); meet with J. Gotowiec regarding case law research (.2); | 5.2 | 1,716.00 | 12251633 |
| Unger | Brian | 06/03/2014 | research re case law; | 8.4 | 2,772.00 | 12253701 |
| Unger | Brian | 07/03/2014 | research re case law; | 1.0 | 330.00 | 12254605 |
| Unger | Brian | 11/03/2014 | research re case law; | 1.7 | 561.00 | 12263028 |
| Unger | Brian | 24/03/2014 | research re case law; | 3.7 | 1,221.00 | 12283600 |
| Unger | Brian | 25/03/2014 | research re case law; | 0.7 | 231.00 | 12285662 |
| Unger | Brian | 26/03/2014 | research re case law; | 0.3 | 99.00 | 12287347 |
| Unger | Brian | 27/03/2014 | research re case law; | 2.2 | 726.00 | 12289434 |
| Unger | Brian | 28/03/2014 | research re case law; | 0.4 | 132.00 | 12290583 |
| Unger | Brian | 31/03/2014 | research re case law; | 2.6 | 858.00 | 12293600 |
| Levitt | Sam | 03/03/2014 | research re case law (6.5); meet with C. Mauro and B. Unger regarding research strategy (.3); meet with S. Attersley and B. Unger regarding case law research (.3); | 7.1 | 2,343.00 | 12249091 |
| Levitt | Sam | 04/03/2014 | research re case law; | 3.2 | 1,056.00 | 12249098 |
| Levitt | Sam | 06/03/2014 | conducting research re expert reports; | 0.5 | 165.00 | 12254030 |
| Levitt | Sam | 07/03/2014 | conducting research re expert reports; | 0.7 | 231.00 | 12256771 |
| Lee | Jonathan | 06/03/2014 | witness document collection - compiling documents for Cleary to put in data room | 0.9 | 297.00 | 12252754 |
| Lee | Jonathan | 20/03/2014 | witness document collection | 0.4 | 132.00 | 12279131 |
| Kennedy | Nick | 14/03/2014 | caselaw research for Andrew Gray; | 4.0 | 1,320.00 | 12267454 |
| Kara | Irfan | 05/03/2014 | conducting research re trial procedure issues in Ontario; | 1.1 | 363.00 | 12249217 |
| Kara | Irfan | 06/03/2014 | conducting research re trial procedure and expert reports in Ontario (3.4); meet with C. Mauro regarding case law research (.3); meet with M. Reynolds regarding research re Experts (.5); | 4.2 | 1,386.00 | 12251671 |
| Kara | Irfan | 07/03/2014 | conducting research re expert reports; | 2.3 | 759.00 | 12254233 |
| Kara | Irfan | 10/03/2014 | conducting research re expert reports; | 3.0 | 990.00 | 12257210 |
| Kara | Irfan | 11/03/2014 | conducting research re expert reports; | 5.1 | 1,683.00 | 12259378 |
| Kara | Irfan | 12/03/2014 | conducting research re expert reports; | 4.4 | 1,452.00 | 12263144 |
| Kara | Irfan | 13/03/2014 | conducting research re expert reports; | 0.3 | 99.00 | 12264968 |
| Kara | Irfan | 17/03/2014 | conducting research re expert reports; | 0.4 | 132.00 | 12269941 |
| Kara | Irfan | 18/03/2014 | conducting research re expert reports; | 0.4 | 132.00 | 12272494 |
| Kara | Irfan | 19/03/2014 | conducting research re expert reports; | 0.6 | 198.00 | 12273807 |
| Kara | Irfan | 20/03/2014 | conducting research re expert reports; | 2.0 | 660.00 | 12277535 |
| Daniels | Marissa | 04/03/2014 | conducting case law research; | 2.3 | 759.00 | 12248835 |
| Che | Eliot | 07/03/2014 | assisting with compiling and organization of expert report documents; | 0.8 | 264.00 | 12253907 |
| Lafrance | Stephanie | 12/03/2014 | research for case; | 1.2 | 522.00 | 12264762 |
| Siller | Ezra | 03/03/2014 | research for case; | 0.9 | 324.00 | 12246860 |
| Siller | Ezra | 04/03/2014 | research for case (1.9); office conference with J. Gotowiec regarding background to case (.2); | 2.1 | 756.00 | 12248625 |
| Siller | Ezra | 05/03/2014 | research for case | 2.8 | 1,008.00 | 12251180 |
| Siller | Ezra | 07/03/2014 | research for case (.8); email and discussion with J. Gotowiec regarding legal research (.2); | 1.0 | 360.00 | 12253913 |
| Siller | Ezra | 10/03/2014 | research for case; | 3.5 | 1,260.00 | 12258416 |
| Siller | Ezra | 11/03/2014 | research for case; | 2.2 | 792.00 | 12262669 |
| Siller | Ezra | 12/03/2014 | research for case; | 4.6 | 1,656.00 | 12264486 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Siller | Ezra | 13/03/2014 | research for case; | 3.7 | 1,332.00 | 12267024 |
| Siller | Ezra | 14/03/2014 | research for case; | 2.0 | 720.00 | 12268347 |
| Siller | Ezra | 17/03/2014 | research for case; | 0.5 | 180.00 | 12271381 |
| Siller | Ezra | 18/03/2014 | research for case; | 0.3 | 108.00 | 12274058 |
| Siller | Ezra | 24/03/2014 | research for case; | 0.2 | 72.00 | 12283428 |
| Block | Sheila R. | 01/03/2014 | reviewing experts' evidence (2.0); trial preparation (1.0); reviewing deposition transcripts (1.0); | 4.0 | 4,200.00 | 12244949 |
| Block | Sheila R. | 02/03/2014 | reviewing expert evidence; | 1.0 | 1,050.00 | 12244952 |
| Block | Sheila R. | 03/03/2014 | reviewing expert evidence (2.5); trial preparation, reviewing depositions and preparation for meeting and conference calls (6.4); telephone call with Cleary regarding same (0.2); trial issues, emails, telephone calls regarding same (0.3); confer with S. Bomhof regarding rebuttal expert reports (.5); | 9.9 | 10,395.00 | 12246492 |
| Block | Sheila R. | 04/03/2014 | preparation for meeting and conference; office conference with Cleary regarding same; attending meeting and conference (7.0); conference with Clear regarding expert depositions (2.0); | 9.0 | 9,450.00 | 12254747 |
| Block | Sheila R. | 06/03/2014 | telephone call with J. Rosenthal regarding deposition issues and trial issues (0.2); office conference with S. Bomhof, A. Slavens and R. Prichard regarding allocaton hearing issues (1.4); | 1.6 | 1,680.00 | 12254732 |
| Block | Sheila R. | 10/03/2014 | emails regarding trial protocol with counsel (0.5); emails regarding trial preparation with Cleary (0.3); | 0.8 | 840.00 | 12259442 |
| Block | Sheila R. | 11/03/2014 | reviewing submissions re pre-trial and emails regarding same; | 1.3 | 1,365.00 | 12265526 |
| Block | Sheila R. | 12/03/2014 | reviewing submissions for pre-trial (0.5); telephone calls with Torys and other counsel and emails with Torys and Cleary regarding pre-trial (1.5); | 2.0 | 2,100.00 | 12265529 |
| Block | Sheila R. | 13/03/2014 | email follow up regarding pre-trial issues (0.8); conference call with Cleary and S. Bomhof regarding trial issues (0.8); | 1.6 | 1,680.00 | 12266611 |
| Block | Sheila R. | 14/03/2014 | attention to emails regarding pre-trial and discussion with Cleary team, S. Bomhof and A. Gray regarding same; | 1.0 | 1,050.00 | 12269599 |
| Block | Sheila R. | 15/03/2014 | deposition answers; | 1.0 | 1,050.00 | 12269602 |
| Block | Sheila R. | 16/03/2014 | conference call with Cleary and Torys team regarding attendance before Judge Gross; | 0.4 | 420.00 | 12269604 |
| Block | Sheila R. | 18/03/2014 | preparation for trial; | 3.0 | 3,150.00 | 12273566 |
| Block | Sheila R. | 19/03/2014 | preparation for deposition of experts; | 8.0 | 8,400.00 | 12276558 |
| Block | Sheila R. | 20/03/2014 | viewing experts testimony (3.0); office conference with Cleary regarding experts testimony (0.3); reviewing transcripts of deposition (2.5); | 5.8 | 6,090.00 | 12278282 |
| Block | Sheila R. | 21/03/2014 | reviewing pretrial order (.7); telephone call with A. Slavens regarding same (.1); correspondence with Cleary regarding same (.2); | 1.0 | 1,050.00 | 12281308 |
| Block | Sheila R. | 23/03/2014 | reviewing deposition transcripts (1.0): correspondence regarding rep. deposition | 1.5 | 1,575.00 | 12281293 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 24/03/2014 | questions (0.5); reviewing answers to rep. deposition questions and email regarding same (0.5); reviewing correspondence with the Court (0.4); communication with opposing counsel regarding deposition issues (0.7); correspondence regarding further expert report from Monitor (0.5); | 2.1 | 2,205.00 | 12303121 |
| Block | Sheila R. | 25/03/2014 | various telephone calls and emails with Cleary and other counsel, letter to P. Ruby regarding same (4.0); reviewing report and telephone calls regarding same (3.8); meeting with counsel regarding expert depositions (1.5); and office conference with Cleary regarding trial preparation (0.4); | 9.7 | 10,185.00 | 12285259 |
| Block | Sheila R. | 26/03/2014 | preparation for expert depositions; | 5.8 | 6,090.00 | 12286950 |
| Block | Sheila R. | 27/03/2014 | meeting with expert (0.5); expert deposition (3.5); follow up regarding licenses and transcript (0.3); reviewing expert report (2.5); and conference call with Cleary regarding expert depositions (1.0); | 7.8 | 8,190.00 | 12290547 |
| Block | Sheila R. | 28/03/2014 | preparation regarding experts depositions ; | 0.5 | 525.00 | 12292009 |
| Block | Sheila R. | 31/03/2014 | reviewing expert deposition testimony; emails (1.4); agreed statement of facts (1.0); | 2.4 | 2,520.00 | 12293742 |
| DeMarinis | Tony | 04/03/2014 | review of expert rebuttals and associated information; | 2.5 | 2,625.00 | 12249653 |
| DeMarinis | Tony | 05/03/2014 | reading counsel correspondence regarding meet and confer and revised trial protocol (0.3); reviewing expert rebuttals (0.6); analysis and consideration of accumulated expert evidence (1.3); | 2.2 | 2,310.00 | 12252047 |
| DeMarinis | Tony | 06/03/2014 | review and analysis of evidence and filings; | 2.0 | 2,100.00 | 12254495 |
| DeMarinis | Tony | 07/03/2014 | review and analysis of parties' expert materials; | 2.5 | 2,625.00 | 12257450 |
| DeMarinis | Tony | 17/03/2014 | review and analysis relating to trial materials, correspondence, issues relating to proposed mediation of UKPC claims, and associated matters; | 3.8 | 3,990.00 | 12272412 |
| DeMarinis | Tony | 18/03/2014 | planning and preparation regarding trial, including internal discussions, counsel correspondence, review of expert and other documents, and consideration of procedural matters; | 4.6 | 4,830.00 | 12273874 |
| DeMarinis | Tony | 19/03/2014 | reading evidentiary documents exchanged by core parties; | 2.5 | 2,625.00 | 12277975 |
| DeMarinis | Tony | 20/03/2014 | engaged in consideration of cumulative trial evidence and documents; | 2.4 | 2,520.00 | 12280089 |
| DeMarinis | Tony | 21/03/2014 | assembling and compiling key case documents (1.2): reading and organizing correspondence and other materials (0.7); | 1.9 | 1,995.00 | 12282228 |
| DeMarinis | Tony | 21/03/2014 | evidence review and analysis (2.0); consideration of allocation methodology and supporting evidence (1.8); | 3.8 | 3,990.00 | 12282229 |
| DeMarinis | Tony | 24/03/2014 | reading evidentiary filings and documents, and cross-reference party materials; | 1.6 | 1,680.00 | 12284321 |
| DeMarinis | Tony | 25/03/2014 | trial preparation, including review of | 3.5 | 3,675.00 | 12286302 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| DeMarinis | Tony | 26/03/2014 | accumulated filings and legal arguments; reading materials and counsel correspondence on expert reports (1.3); consideration and analysis of accumulated evidence (1.5); review trial schedule, and consideration of further pre-trial matters (0.6); | 3.4 | 3,570.00 | 12288195 |
| DeMarinis | Tony | 27/03/2014 | trial planning and preparation, and related review and analysis; | 2.5 | 2,625.00 | 12290423 |
| DeMarinis | Tony | 28/03/2014 | reading trial documents, counsel correspondence, and exchanges on expert testimony (3.0); planning and analysis relating to trial and procedural matters (1.3); | 4.3 | 4,515.00 | 12293331 |
| DeMarinis | Tony | 31/03/2014 | review and consideration of witness designations, counsel correspondence on same, and associated information (2.0); analysis of materials in the trial, and related issues; (2.5); | 4.5 | 4,725.00 | 12295545 |
| Blake | Maureen | 04/03/2014 | trial database logistics; | 6.2 | 2,697.00 | 12251083 |
| Blake | Maureen | 05/03/2014 | trial database logistics; | 4.5 | 1,957.50 | 12253570 |
| Blake | Maureen | 06/03/2014 | trial database logistics; | 7.0 | 3,045.00 | 12253573 |
| Blake | Maureen | 07/03/2014 | trial database logistics; | 5.1 | 2,218.50 | 12253902 |
| Blake | Maureen | 18/03/2014 | trial database logistics; | 1.4 | 609.00 | 12279115 |
| Blake | Maureen | 20/03/2014 | trial database logistics; | 1.6 | 696.00 | 12279547 |
| Blake | Maureen | 21/03/2014 | trial database logistics; | 5.2 | 2,262.00 | 12279556 |
| Blake | Maureen | 25/03/2014 | trial database logistics; | 0.5 | 217.50 | 12285700 |
| Blake | Maureen | 26/03/2014 | trial database logistics; | 2.5 | 1,087.50 | 12287074 |
| Blake | Maureen | 27/03/2014 | trial database logistics; | 4.5 | 1,957.50 | 12289222 |
| Blake | Maureen | 28/03/2014 | trial database logistics; | 4.0 | 1,740.00 | 12300370 |
| Mauro | Clare | 03/03/2014 | advising students re research strategy (S. Levitt; B. Unger); | 0.5 | 195.00 | 12245446 |
| Mauro | Clare | 06/03/2014 | advising student re research strategy (I. Kara); | 0.3 | 117.00 | 12253402 |
| Szydlowski | Tanya | 13/03/2014 | library research re information retrieval (T.Yeo); | 0.5 | 77.50 | 12267048 |
| Szydlowski | Tanya | 25/03/2014 | library research re case retrieval (B. Unger); | 1.7 | 263.50 | 12285508 |
| Szydlowski | Tanya | 26/03/2014 | library research re case retrieval (S. Bomhof); | 0.5 | 77.50 | 12287336 |
| Hoffman | Michael B. | 21/03/2014 | Research & obtain Bankruptcy studies | 0.5 | 195.00 | 12284761 |
| Hoffman | Michael B. | 24/03/2014 | Research & obtain articles, treatises & law reviews- conflicts of laws - patents | 1.8 | 702.00 | 12284775 |
| Hoffman | Michael B. | 28/03/2014 | Research & obtain articles, treatises, law reviews and memos - patents - conflict of laws | 1.9 | 741.00 | 12291660 |
| Gray | William | 03/03/2014 | Work on allocation issues (1.3); review expert discovery materials (.5) | 1.8 | 1,701.00 | 12249388 |
| Gray | William | 04/03/2014 | Review expert discovery materials (1.8); work on trial prep issues (.3) | 2.1 | 1,984.50 | 12252850 |
| Gray | William | 05/03/2014 | Work on allocation research | 1.6 | 1,512.00 | 12252857 |
| Gray | William | 06/03/2014 | Work on allocation issues | 1.3 | 1,228.50 | 12252861 |
| Gray | William | 07/03/2014 | Work on allocation issues (1.3); review discovery materials (1.8) | 3.1 | 2,929.50 | 12258175 |
| Gray | William | 10/03/2014 | Work on allocation issues | 0.8 | 756.00 | 12258207 |
| Gray | William | 11/03/2014 | Work on allocation issues | 1.3 | 1,228.50 | 12266563 |
| Gray | William | 12/03/2014 | Work on expert witness testimony | 1.7 | 1,606.50 | 12266569 |
| Gray | William | 13/03/2014 | Conference with S. Bomhof regarding court developments regarding handling of Canadian | 1.9 | 1,795.50 | 12266576 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | proceedings (.4); work on allocation issues (1.2); review of discovery materials (.3) | | | |
| Gray | William | 14/03/2014 | Work on expert discovery materials (.8); conference regarding Toronto trial court issues (0.4) | 1.2 | 1,134.00 | 12270877 |
| Gray | William | 17/03/2014 | Work on allocation issue (1.4); review trial issues (.8) | 2.2 | 2,079.00 | 12270888 |
| Gray | William | 18/03/2014 | Conference with S. Bomhof regarding research assignments (.4); review issues regarding allocation issues (.7); review issues regarding expert discovery materials (1.2); work on issues regarding change of judgeships (0.6) | 2.9 | 2,740.50 | 12274555 |
| Gray | William | 19/03/2014 | Review trial research memorandum (.3); review Canadian allocation issues (.5); conference with S. Bomhof (.3); confer with A. Bauer regarding litgation research (.4); conference with A. Bauer and A. Slavens (.1) | 1.6 | 1,512.00 | 12284229 |
| Gray | William | 25/03/2014 | Work on research memorandum issues | 1.8 | 1,701.00 | 12288565 |
| Gray | William | 26/03/2014 | Work on research memorandum issues | 1.2 | 1,134.00 | 12288568 |
| Gray | William | 28/03/2014 | Work on trial research memorandum | 1.3 | 1,228.50 | 12290242 |
| Gray | William | 31/03/2014 | Work on legal research regarding conflict of law issues (1.7); work on allocation (1.); review deposition transcripts and discovery materials (.8) | 3.5 | 3,307.50 | 12299803 |
| Bauer | Alison D. | 19/03/2014 | Attention to litigation research issues and research same (5.0); conference W. Gray (.4); call W. Gray and A. Slavens (.1) | 5.5 | 4,482.50 | 12277061 |
| Bauer | Alison D. | 20/03/2014 | Attention to litigation research issues and research same | 5.3 | 4,319.50 | 12279057 |
| Bauer | Alison D. | 25/03/2014 | Trial research | 5.2 | 4,238.00 | 12285458 |
| Bauer | Alison D. | 26/03/2014 | Attention to research and correspondence with J. Leader (.5) | 0.5 | 407.50 | 12287861 |
| Bauer | Alison D. | 27/03/2014 | Conference call with J. Leader (.3); analysis research issues for trial (2.0) | 2.3 | 1,874.50 | 12289215 |
| Bauer | Alison D. | 28/03/2014 | Review caselaw and draft memo (3.1); message J. Leader (.1) | 3.2 | 2,608.00 | 12290568 |
| Bauer | Alison D. | 31/03/2014 | Emails regarding research | 0.3 | 244.50 | 12303668 |
| Leader | Jaclyn | 25/03/2014 | Various meetings with A. Bauer regarding research regarding trial issue (.4); research regarding same (5.8) | 6.2 | 4,526.00 | 12293752 |
| Leader | Jaclyn | 26/03/2014 | Research regarding trial issue (4.2); draft email memorandum to A. Bauer regarding same (0.5) | 4.7 | 3,431.00 | 12293738 |
| Leader | Jaclyn | 27/03/2014 | Research relating to trial issue (4.8); draft email to A. Bauer regarding research (.2); review email string forwarded by A. Bauer (.1); conference call with A. Bauer regarding same (.3) | 5.4 | 3,942.00 | 12290646 |
| Leader | Jaclyn | 28/03/2014 | Research relating to trial issue (5.4); listen to voicemail from A. Bauer regarding same (.1); emails with A. Bauer regarding same (.1); review memorandum to file regarding same (.2) | 5.8 | 4,234.00 | 12290626 |
| Collins | Allan | 19/03/2014 | review email from A. Bauer regarding case law research; | 0.1 | 29.50 | 12337487 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/03/2014 | research regarding Canadian legal issues related to allocation; | 3.4 | 3,060.00 | 12250947 |
| Bomhof | Scott A. | 05/03/2014 | Canadian legal issues related to allocation; | 2.7 | 2,430.00 | 12253024 |
| Bomhof | Scott A. | 10/03/2014 | research regarding Canadian legal issues related to allocation; | 1.4 | 1,260.00 | 12259111 |
| Bomhof | Scott A. | 11/03/2014 | research regarding Canadian legal issues related to allocation; | 3.4 | 3,060.00 | 12264048 |
| Bomhof | Scott A. | 12/03/2014 | research regarding Canadian legal issues related to allocation; | 3.1 | 2,790.00 | 12269609 |
| Bomhof | Scott A. | 14/03/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12269619 |
| Bomhof | Scott A. | 17/03/2014 | research . re Canadian legal issues related to allocation; | 3.1 | 2,790.00 | 12273820 |
| Bomhof | Scott A. | 19/03/2014 | research regarding Canadian legal issues related to allocation; | 3.4 | 3,060.00 | 12278584 |
| Bomhof | Scott A. | 21/03/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12284730 |
| Bomhof | Scott A. | 25/03/2014 | attending meeting with T. Yeo, A. Bauer, A. Gray and A. Slavens regarding research for trial (1.0); research on Canadian legal issues (1.9); call with A. Bauer (.1); | 3.0 | 2,700.00 | 12286702 |
| Bomhof | Scott A. | 26/03/2014 | research law cited in Canadian debtor's expert report and related Canadian issues (3.6); draft email to C. McCourt (.3); confer with C. McCourt (.1); | 4.0 | 3,600.00 | 12286704 |
| Bomhof | Scott A. | 27/03/2014 | Research regarding Canadian legal issues; | 3.0 | 2,700.00 | 12290300 |
| Bomhof | Scott A. | 28/03/2014 | trial preparation; | 3.1 | 2,790.00 | 12291528 |
| Bomhof | Scott A. | 31/03/2014 | watching deposition of expert witness by live stream; | 4.0 | 3,600.00 | 12294246 |
| Yeo | Thomas | 03/03/2014 | research for case; | 5.4 | 4,401.00 | 12247814 |
| Yeo | Thomas | 04/03/2014 | research for case; | 5.8 | 4,727.00 | 12249809 |
| Yeo | Thomas | 05/03/2014 | meeting with J. Cameron, S. Attersley, F. House and E. Siller re: research for case; | 0.8 | 652.00 | 12252248 |
| Yeo | Thomas | 05/03/2014 | research for case; | 6.3 | 5,134.50 | 12252249 |
| Yeo | Thomas | 06/03/2014 | meeting with A. Slavens re: research for case; | 0.9 | 733.50 | 12254393 |
| Yeo | Thomas | 06/03/2014 | research for case (.3); discussing follow up research (.2); | 0.5 | 407.50 | 12254395 |
| Yeo | Thomas | 07/03/2014 | research for case; | 2.4 | 1,956.00 | 12257680 |
| Yeo | Thomas | 10/03/2014 | research for case; | 5.8 | 4,727.00 | 12259629 |
| Yeo | Thomas | 11/03/2014 | meeting with J. Cameron, S. Attersley, F. House and E. Siller re: research for case; | 0.7 | 570.50 | 12261097 |
| Yeo | Thomas | 11/03/2014 | call with J. Cameron re: research for case (.4); prepare for same (.1); | 0.5 | 407.50 | 12261098 |
| Yeo | Thomas | 11/03/2014 | research for case; | 5.8 | 4,727.00 | 12261099 |
| Yeo | Thomas | 12/03/2014 | research for case (5.3); discussion with C. McCourt regarding research assignment (.3); | 5.6 | 4,564.00 | 12265575 |
| Yeo | Thomas | 13/03/2014 | research for case; | 3.5 | 2,852.50 | 12268462 |
| Yeo | Thomas | 14/03/2014 | research for case; | 3.3 | 2,689.50 | 12270584 |
| Yeo | Thomas | 17/03/2014 | research for case (5.0); discussion with C. McCourt regarding research (.3); | 5.3 | 4,319.50 | 12272476 |
| Yeo | Thomas | 18/03/2014 | research for case; | 0.1 | 81.50 | 12282088 |
| Yeo | Thomas | 24/03/2014 | research for case; | 1.9 | 1,548.50 | 12284479 |
| Yeo | Thomas | 25/03/2014 | meeting with A. Gray, S. Bomhof, A. Slavens and A. Bauer re: research for case; | 1.1 | 896.50 | 12285920 |
| Yeo | Thomas | 25/03/2014 | research for case; | 3.7 | 3,015.50 | 12285921 |
| Yeo | Thomas | 26/03/2014 | research for case (6.6); email correspondence | 6.8 | 5,542.00 | 12289920 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| | | | with C. McCourt (.2); | | | |
| Yeo | Thomas | 27/03/2014 | research for case; | 6.3 | 5,134.50 | 12289912 |
| Yeo | Thomas | 28/03/2014 | meeting with A. Slavens and call to M. Gurgel re: research for case; | 1.6 | 1,304.00 | 12293071 |
| Yeo | Thomas | 28/03/2014 | research for case (4.1); meet with F. House to discuss research (.3); | 4.4 | 3,586.00 | 12293074 |
| Yeo | Thomas | 30/03/2014 | research for case; | 4.4 | 3,586.00 | 12293089 |
| Yeo | Thomas | 31/03/2014 | research for case; | 3.4 | 2,771.00 | 12295109 |
| McCourt | Conor | 12/03/2014 | discussion with T. Yeo regarding research issues; | 0.3 | 315.00 | 12264259 |
| McCourt | Conor | 17/03/2014 | considering caselaw (0.7); discussion with T. Yeo regarding research (0.3); sending case decisions to T. Yeo (0.4); | 1.4 | 1,470.00 | 12270896 |
| McCourt | Conor | 26/03/2014 | considering comments of T. Yeo on report and responding (1.2); exchange of e-mails with T. Yeo (0.2); considering e-mail from S. Bomhof (0.2); discussion with S. Bomhof (0.1); trial-related research (0.8); | 2.5 | 2,625.00 | 12288297 |
| Slavens | Adam | 06/03/2014 | conducting Canadian legal research for case (.6); meet with T. Yeo regarding research for case (.9); | 1.5 | 1,035.00 | 12254387 |
| Slavens | Adam | 07/03/2014 | conducting Canadian legal research for case; | 1.9 | 1,311.00 | 12257039 |
| Slavens | Adam | 10/03/2014 | conducting Canadian legal research for case; | 3.0 | 2,070.00 | 12259486 |
| Slavens | Adam | 11/03/2014 | conducting Canadian legal research for case; | 1.8 | 1,242.00 | 12263267 |
| Slavens | Adam | 13/03/2014 | conducting Canadian legal research for case; | 1.5 | 1,035.00 | 12267903 |
| Slavens | Adam | 19/03/2014 | conducting Canadian legal research for case; | 2.0 | 1,380.00 | 12277671 |
| Slavens | Adam | 21/03/2014 | conducting Canadian legal research for case; | 2.0 | 1,380.00 | 12281870 |
| Slavens | Adam | 24/03/2014 | conducting Canadian legal research for case; | 5.2 | 3,588.00 | 12284332 |
| Slavens | Adam | 25/03/2014 | conducting Canadian legal research for case; | 6.5 | 4,485.00 | 12286347 |
| Slavens | Adam | 25/03/2014 | conference with A. Bauer, A Gray, T. Yeo and S. Bomhof; | 1.0 | 690.00 | 12356201 |
| Slavens | Adam | 26/03/2014 | conducting Canadian legal research for case; | 4.0 | 2,760.00 | 12288151 |
| Slavens | Adam | 27/03/2014 | conducting Canadian legal research for case; | 3.7 | 2,553.00 | 12290066 |
| Slavens | Adam | 28/03/2014 | conducting Canadian legal research for case (1.4); meet with T. Yeo and call to M. Gurgel (1.6); | 3.0 | 2,070.00 | 12293270 |
| Slavens | Adam | 31/03/2014 | conducting Canadian legal research for case; | 2.0 | 1,380.00 | 12293882 |
| Atkey | Matthew | 04/03/2014 | attention to emails regarding research and analysis of certain Canadian law issues; | 0.3 | 201.00 | 12257759 |
| Reynolds | Molly | 05/03/2014 | preparing for trial; | 0.9 | 558.00 | 12251506 |
| Attersley | Shane | 04/03/2014 | researching case law (3.1); drafting summaries of case law (1.9); | 5.0 | 2,175.00 | 12248166 |
| Attersley | Shane | 05/03/2014 | drafting and revising case law memos (1.8); preparing for meeting with E. Siller, F. House, T. Yeo and J. Cameron re research status (0.1); meeting with E. Siller, F. House, T. Yeo and J. Cameron to discuss research status (0.8); | 2.7 | 1,174.50 | 12250175 |
| Attersley | Shane | 06/03/2014 | discussing follow-up research with T. Yeo and articling students (0.2); | 0.2 | 87.00 | 12252823 |
| Attersley | Shane | 11/03/2014 | drafting/revising memos on Canadian case law (4.4); preparing for research status meeting (0.1); meeting with J. Cameron, T. Yeo, E. Siller and F. House to discuss research status (0.7); | 5.2 | 2,262.00 | 12261039 |
| Attersley | Shane | 12/03/2014 | revising memos re English and Canadian law; | 0.5 | 217.50 | 12264129 |
| Attersley | Shane | 18/03/2014 | revising memo re Canadian case law; | 1.3 | 565.50 | 12275179 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Attersley | Shane | 19/03/2014 | revising memo re Canadian case law; | 0.1 | 43.50 | 12275185 |
| House | Frazer | 01/03/2014 | conducting legal research (4.2); | 4.2 | 1,512.00 | 12244148 |
| House | Frazer | 03/03/2014 | conducting legal research (8.6); meeting with S. Golder (0.2); | 8.8 | 3,168.00 | 12246301 |
| House | Frazer | 04/03/2014 | conducting legal research (9.5); | 9.5 | 3,420.00 | 12248919 |
| House | Frazer | 05/03/2014 | meeting with J. Cameron, T. Yeo, S. Attersley, and E. Siller (0.8); meeting with S. Golder (0.3); conducting legal research (1.7); | 2.8 | 1,008.00 | 12249699 |
| House | Frazer | 06/03/2014 | conducting legal research (2.9); | 2.9 | 1,044.00 | 12252821 |
| House | Frazer | 09/03/2014 | conducting legal research; | 2.3 | 828.00 | 12255157 |
| House | Frazer | 10/03/2014 | conducting legal research (1.5); meeting with S. Golder (0.2); | 1.7 | 612.00 | 12259560 |
| House | Frazer | 11/03/2014 | conducting legal research (1.5); meeting with J. Cameron, T. Yeo, E. Siller, and S. Attersley (0.7); | 2.2 | 792.00 | 12262980 |
| House | Frazer | 12/03/2014 | conducting legal research (1.8); | 1.8 | 648.00 | 12264817 |
| House | Frazer | 13/03/2014 | conducting legal research (0.4); | 0.4 | 144.00 | 12268290 |
| House | Frazer | 27/03/2014 | conducting legal research (2.2); | 2.2 | 792.00 | 12289480 |
| House | Frazer | 28/03/2014 | meeting with T. Yeo to discuss research (0.3); conducting legal research (0.2); | 0.5 | 180.00 | 12290928 |
| House | Frazer | 30/03/2014 | conducting legal research (2.3); | 2.3 | 828.00 | 12292559 |
| House | Frazer | 31/03/2014 | conducting legal research (1.0); | 1.0 | 360.00 | 12294104 |
| Golder | Sam | 03/03/2014 | corresponding with F.House (0.2); conducting legal research (3.6); writing memo on interpretation of contracts (4.8); meet with C. Mauro regarding legal research (.3); | 8.9 | 2,937.00 | 12247672 |
| Golder | Sam | 04/03/2014 | writing memo on interpretation of contracts (2.6); researching issues related to allocation (1.4); writing memo on issues related to allocation (3.5); | 7.5 | 2,475.00 | 12249892 |
| Golder | Sam | 05/03/2014 | meeting with F. House re: research memos (0.3); researching interpretation of contracts (1.3); | 1.6 | 528.00 | 12252281 |
| Golder | Sam | 06/03/2014 | researching interpretation of contracts (2.3); writing and revising memo on intellectual property licenses (1.4); | 3.7 | 1,221.00 | 12254445 |
| Golder | Sam | 07/03/2014 | writing memo on interpretation of contracts (4.5); | 4.5 | 1,485.00 | 12256800 |
| Golder | Sam | 09/03/2014 | revising memo on legal interpretation of contracts (1.7); | 1.7 | 561.00 | 12256757 |
| Golder | Sam | 10/03/2014 | revising memo re: interpretation of contracts (0.7); meeting with F. House re: memo (0.2); | 0.9 | 297.00 | 12259215 |
| Golder | Sam | 11/03/2014 | creating binder for memo and case law (1.3); | 1.3 | 429.00 | 12263795 |
| Golder | Sam | 12/03/2014 | preparing binder for memo and case law (0.2); revising memo on interpretation of IP licenses (0.5); | 0.7 | 231.00 | 12265217 |
| Golder | Sam | 27/03/2014 | researching commonwealth case law re: issues related to allocation (1.9); | 1.9 | 627.00 | 12293762 |
| Golder | Sam | 31/03/2014 | researching contractual interpretation and parties customs and practices (6.7); | 6.7 | 2,211.00 | 12294920 |
| Siller | Ezra | 05/03/2014 | meeting with J. Cameron, T. Yeo, S. Attersley and F. House; | 0.8 | 288.00 | 12251384 |
| Siller | Ezra | 11/03/2014 | meeting with S. Attersley, F. House, T. Yeo and J. Cameron; | 0.7 | 252.00 | 12262887 |
| Cameron | John | 05/03/2014 | discussion with T. Yeo, S. Attersley, F. | 0.8 | 840.00 | 12251383 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | House and E. Siller about Canadian legal research; | | | |
| Cameron | John | 05/03/2014 | Canadian legal research; | 1.0 | 1,050.00 | 12251385 |
| Cameron | John | 11/03/2014 | discussion about Canadian research with T. Yeo, S. Attersley, E. Siller and F. House; | 0.7 | 735.00 | 12262924 |
| Cameron | John | 11/03/2014 | discussion with T. Yeo about Canadian research; | 0.4 | 420.00 | 12262925 |
| Cameron | John | 11/03/2014 | Canadian research; | 2.0 | 2,100.00 | 12262926 |
| Cameron | John | 12/03/2014 | Canadian legal research; | 3.0 | 3,150.00 | 12264787 |
| Cameron | John | 13/03/2014 | research about Canadian law; | 2.2 | 2,310.00 | 12267368 |
| Cameron | John | 14/03/2014 | Canadian legal research; | 1.0 | 1,050.00 | 12277591 |
| Cameron | John | 15/03/2014 | Canadian legal research; | 1.0 | 1,050.00 | 12277590 |
| DeMarinis | Tony | 04/03/2014 | analysis of legal matters relating to expert testimony and rebuttals; | 2.0 | 2,100.00 | 12249654 |
| DeMarinis | Tony | 05/03/2014 | consideration of issues and alternatives relating to resolution of allocation dispute and related process matters; | 1.4 | 1,470.00 | 12252050 |
| DeMarinis | Tony | 07/03/2014 | consideration of Canadian law in relation to trial and procedure; | 2.0 | 2,100.00 | 12257449 |
| DeMarinis | Tony | 19/03/2014 | consideration of procedural issues in cross-border trial proceedings; | 2.0 | 2,100.00 | 12277976 |
| DeMarinis | Tony | 24/03/2014 | consideration and review of law relating to issues at trial, and reading research on same; | 2.0 | 2,100.00 | 12284315 |
| DeMarinis | Tony | 28/03/2014 | analysis of expert testimony issues; | 1.6 | 1,680.00 | 12293335 |
| DeMarinis | Tony | 31/03/2014 | consideration of law relating to party pleadings; | 1.4 | 1,470.00 | 12295546 |
| Watt | Nicholas | 13/03/2014 | library research re trial issue (T. Yeo); | 0.4 | 156.00 | 12267029 |
| Mauro | Clare | 03/03/2014 | advising student re research strategy (S. Golder); | 0.3 | 117.00 | 12245676 |
| Bauer | Alison D. | 25/03/2014 | conference call with A. Slavens, S. Bomhof, A. Gray and T. Yeo (1.0); conference call with S. Bomhof (.1) | 1.1 | 896.50 | 12337486 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Bomhof | Scott A. | 06/03/2014 | discussion with T. DeMarinis regarding Canadian Process; | 0.2 | 180.00 | 12349949 |
| Bomhof | Scott A. | 14/03/2014 | reviewing EMEA motion record seeking production of documents from Canadian Debtors; | 0.5 | 450.00 | 12269621 |
| Bomhof | Scott A. | 21/03/2014 | meeting with A. Slavens to discuss CCAA stay extension motion; | 0.6 | 540.00 | 12349950 |
| Slavens | Adam | 04/03/2014 | reviewing CCAA case court materials; | 1.2 | 828.00 | 12249601 |
| Slavens | Adam | 05/03/2014 | reviewing CCAA case court documents; | 2.8 | 1,932.00 | 12252260 |
| Slavens | Adam | 10/03/2014 | finalizing, serving and filing CCAA case court materials; | 2.5 | 1,725.00 | 12259428 |
| Slavens | Adam | 12/03/2014 | finalizing, serving and filing CCAA case court materials; | 2.5 | 1,725.00 | 12265361 |
| Slavens | Adam | 13/03/2014 | reviewing CCAA case court documents; | 2.1 | 1,449.00 | 12267901 |
| Slavens | Adam | 18/03/2014 | finalizing, serving and filing CCAA case court materials; | 2.1 | 1,449.00 | 12274816 |
| Slavens | Adam | 18/03/2014 | reviewing CCAA case court documents; | 1.4 | 966.00 | 12274817 |
| Slavens | Adam | 19/03/2014 | reviewing CCAA case court documents; | 1.0 | 690.00 | 12277672 |
| Slavens | Adam | 20/03/2014 | finalizing, serving and filing CCAA case court materials; | 1.0 | 690.00 | 12279595 |
| Slavens | Adam | 20/03/2014 | preparing for motion returnable March 21, 2014; | 1.0 | 690.00 | 12279599 |
| Slavens | Adam | 21/03/2014 | attending motion returnable March 21, 2014 (1.5); preparing for same (0.5); reporting to Cleary re same (0.3); | 2.3 | 1,587.00 | 12281852 |
| Slavens | Adam | 21/03/2014 | meet with S. Bomhof regarding CCAA stay extension motion; | 0.6 | 414.00 | 12356200 |
| Slavens | Adam | 24/03/2014 | finalizing, serving and filing CCAA case court materials; | 1.0 | 690.00 | 12284328 |
| DeMarinis | Tony | 06/03/2014 | discussion with Scott Bomhof regarding Canadian process (0.2); consideration of related issues and alternatives, and review of information (0.7); reviewing materials from Canadian proceedings (1.9); | 2.8 | 2,940.00 | 12254491 |
| DeMarinis | Tony | 20/03/2014 | reading counsel exchanges and related materials on Canadian procedural matters, and consideration of protocol, orders and other materials in relation to same; | 1.7 | 1,785.00 | 12280087 |
| DeMarinis | Tony | 21/03/2014 | review reports, filings and related documents in the Canadian proceedings; | 1.3 | 1,365.00 | 12282230 |
| DeMarinis | Tony | 25/03/2014 | consideration of Canadian procedural matters in relation to pending trial; | 1.5 | 1,575.00 | 12286303 |
| DeMarinis | Tony | 26/03/2014 | consideration of trial protocol and proposed cross-border arrangements, correspondence to court on same, and related procedural matters; | 0.9 | 945.00 | 12288197 |