# **EXHIBIT B**

| | | | | |
|---|---|---|---|---|
| 271 Process Server Filing | | 3/10/2014 | 31.61 | filing notice of filing and affidavit of service; |
| 271 Process Server Filing | | 3/12/2014 | 31.61 | filing notice of filing and affidavit of service; |
| 271 Process Server Filing | | 3/18/2014 | 31.61 | filing notice of filing and affidavit of service; |
| 271 Process Server Filing | | 3/21/2014 | 31.61 | filing letter to Mr. Justice Newbould with attachment and affidavit of service; |
| 271 Process Server Filing | | 3/24/2014 | 31.61 | filing letter to Mr. Justice Newbould with attachment and affidavit of service; |
| | | | **$ 158.05** | |
| 303 Taxi & Travel | | 3/21/2014 | 8.06 | Taxi & Travel Slavens, Adam; Taxi/Car Service - Courthouse to court |
| 303 Taxi & Travel | | 3/27/2014 | 58.70 | Taxi & Travel Gray, Andrew; Taxi/Car Service - Home Taxi |
| 317 Taxi & Travel (Out of Town) | | 3/12/2014 | 62.20 | Taxi & Travel (Out of Town) Block, Sheila R.; Train - New York City Travel from Rhode Island to NYC 02/11/2014 - (N-A) |
| 317 Taxi & Travel (Out of Town) | | 3/12/2014 | 178.68 | Taxi & Travel (Out of Town) Block, Sheila R.; Lodging Overnight in NYC (Affiinia Shelburne Hotel) 02/11/2014 - 02/12/2014 |
| 317 Taxi & Travel (Out of Town) | | 3/26/2014 | 476.74 | Taxi & Travel (Out of Town) Gray, Andrew; Lodging Deposition 03/26/2014 - 03/27/2014 |
| 317 Taxi & Travel (Out of Town) | | 3/26/2014 | 40.33 | Taxi & Travel (Out of Town) Gray, Andrew; Taxi/Car Service - Highline Hotel Taxi |
| 317 Taxi & Travel (Out of Town) | | 3/31/2014 | 990.59 | Taxi & Travel (Out of Town) - - VENDOR: Merit Travel - Prepaid Passes  - ANDREW GRAY - MARCH 26, 2014 - YYZ-LGA-YYZ - |
| 803 Taxi & Travel | | 3/12/2014 | 10.01 | Taxi & Travel DIAMOND TAXI, Date: 12/03/2014, Chit#3266533 |
| | | | **$ 1,825.31** | |
| 375 Miscellaneous | | 3/14/2014 | **$ 29.74** | Miscellaneous - - VENDOR: Grand & Toy Limited USB key 8GB |
| 376 Meals | | 3/11/2014 | **$ 30.21** | Meals Block, Sheila R.; Meals Other Dinner @ Grand Central Station on arriving in NYC; |
| 198 Library Costs | | 3/31/2014 | 100.00 | Library Costs Article searches |
| 498 Library Costs | | 3/5/2014 | 326.64 | Library Costs WISCONSIN TECH SEARC MADISON        WI Article download, Invoice no.: 402164 |
| 498 Library Costs | | 3/12/2014 | 13.91 | Library Costs Case |
| 498 Library Costs | | 3/18/2014 | 12.99 | Library Costs LEXIS NEXIS         800-897-3183         OH Court link - February 2014, Invoice no. EA-579487 |
| | | | **$ 453.54** | |
| 480 Telephone Charges | | 3/5/2014 | 78.02 | Telephone Charges Slavens, Adam; Data Travel Pack data coverage while on vacation |
| 800 Telephone Call | | 3/10/2014 | 1.72 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 14:01 - Dur: 37.65 |
| 800 Telephone Call | | 3/28/2014 | 0.54 | Telephone Call 12122252086 - New York, NY - Time: 12:12 - Dur: 11.07 |
| 800 Telephone Call | | 3/30/2014 | 0.23 | Telephone Call 19178562117 - New York, NY - Time: 15:12 - Dur: 4.82 |
| 800 Telephone Call | | 3/31/2014 | 0.23 | Telephone Call 19178562117 - New York, NY - Time: 10:34 - Dur: 4.22 |
| 800 Telephone Call | | 3/31/2014 | 0.05 | Telephone Call 15142827811 - Montreal, QC - Time: 20:42 - Dur: 0.93 |
| 800 Telephone Call | | 3/31/2014 | 0.14 | Telephone Call |

**Nortel**
**March 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 800 | Telephone Call | 3/31/2014 | 0.05 | Telephone Call 19149352402 - Port Chester, NY - Time: 10:43 - Dur: 2.02 |
| | | | | Telephone Call 19149352402 - Port Chester, NY - Time: 13:49 - Dur: 0.63 |
| | | | **$ 80.98** | |
| 801 | Copies | 3/3/2014 | 1.50 | Copies |
| 801 | Copies | 3/3/2014 | 0.20 | Copies |
| 801 | Copies | 3/3/2014 | 2.10 | Copies |
| 801 | Copies | 3/4/2014 | 1.20 | Copies |
| 801 | Copies | 3/4/2014 | 3.00 | Copies |
| 801 | Copies | 3/5/2014 | 0.80 | Copies |
| 801 | Copies | 3/6/2014 | 6.60 | Copies |
| 801 | Copies | 3/6/2014 | 0.20 | Copies |
| 801 | Copies | 3/7/2014 | 0.40 | Copies |
| 801 | Copies | 3/8/2014 | 2.80 | Copies |
| 801 | Copies | 3/9/2014 | 4.80 | Copies |
| 801 | Copies | 3/10/2014 | 0.10 | Copies |
| 801 | Copies | 3/10/2014 | 3.40 | Copies |
| 801 | Copies | 3/11/2014 | 0.10 | Copies |
| 801 | Copies | 3/11/2014 | 15.90 | Copies |
| 801 | Copies | 3/12/2014 | 28.40 | Copies |
| 801 | Copies | 3/13/2014 | 6.80 | Copies |
| 801 | Copies | 3/13/2014 | 0.50 | Copies |
| 801 | Copies | 3/17/2014 | 1.80 | Copies |
| 801 | Copies | 3/17/2014 | 7.20 | Copies |
| 801 | Copies | 3/18/2014 | 28.70 | Copies |
| 801 | Copies | 3/19/2014 | 3.30 | Copies |
| 801 | Copies | 3/19/2014 | 786.70 | Copies |
| 801 | Copies | 3/19/2014 | 0.40 | Copies |
| 801 | Copies | 3/19/2014 | 1.10 | Copies |
| 801 | Copies | 3/25/2014 | 0.80 | Copies |
| 801 | Copies | 3/28/2014 | 0.50 | Copies |
| 808 | Laser Printing | 3/1/2014 | 11.10 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 10.00 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 3.60 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 9.50 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 1.20 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 9.50 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 0.20 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 33.00 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 13.40 | Laser Printing |
| 808 | Laser Printing | 3/3/2014 | 7.00 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 3.40 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 2.00 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 3.00 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 0.30 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 0.80 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 0.30 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 17.20 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 36.40 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 1.70 | Laser Printing |
| 808 | Laser Printing | 3/4/2014 | 2.90 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 5.30 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 1.90 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 8.90 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 1.30 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 70.00 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 8.30 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 3.30 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 4.70 | Laser Printing |
| 808 | Laser Printing | 3/5/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 0.90 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 3.60 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 3.00 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 3.30 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 88.40 | Laser Printing |
| 808 | Laser Printing | 3/6/2014 | 0.40 | Laser Printing |

**Nortel**
**March 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 3/6/2014 | 172.50 | Laser Printing |
| 808 Laser Printing | 3/6/2014 | 2.20 | Laser Printing |
| 808 Laser Printing | 3/6/2014 | 40.50 | Laser Printing |
| 808 Laser Printing | 3/6/2014 | 28.10 | Laser Printing |
| 808 Laser Printing | 3/7/2014 | 48.80 | Laser Printing |
| 808 Laser Printing | 3/7/2014 | 2.70 | Laser Printing |
| 808 Laser Printing | 3/7/2014 | 1.10 | Laser Printing |
| 808 Laser Printing | 3/7/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 3/7/2014 | 7.60 | Laser Printing |
| 808 Laser Printing | 3/7/2014 | 65.90 | Laser Printing |
| 808 Laser Printing | 3/7/2014 | 17.50 | Laser Printing |
| 808 Laser Printing | 3/7/2014 | 266.20 | Laser Printing |
| 808 Laser Printing | 3/9/2014 | 2.20 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 4.20 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 2.50 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 3.30 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 1.90 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 11.50 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 29.80 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 38.20 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 1,102.10 | Laser Printing |
| 808 Laser Printing | 3/10/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 137.40 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 13.00 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 2.60 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 3.50 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 66.00 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 58.50 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 25.50 | Laser Printing |
| 808 Laser Printing | 3/11/2014 | 1.20 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 2.80 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 71.30 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 3.40 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 2.60 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 17.60 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 15.00 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 20.80 | Laser Printing |
| 808 Laser Printing | 3/12/2014 | 4.30 | Laser Printing |
| 808 Laser Printing | 3/13/2014 | 9.30 | Laser Printing |
| 808 Laser Printing | 3/13/2014 | 2.20 | Laser Printing |
| 808 Laser Printing | 3/13/2014 | 3.00 | Laser Printing |
| 808 Laser Printing | 3/13/2014 | 1.20 | Laser Printing |
| 808 Laser Printing | 3/13/2014 | 2.60 | Laser Printing |
| 808 Laser Printing | 3/14/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 3/14/2014 | 13.20 | Laser Printing |
| 808 Laser Printing | 3/14/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 3/14/2014 | 3.20 | Laser Printing |
| 808 Laser Printing | 3/17/2014 | 9.60 | Laser Printing |
| 808 Laser Printing | 3/17/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 3/17/2014 | 7.50 | Laser Printing |
| 808 Laser Printing | 3/17/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 3/17/2014 | 70.50 | Laser Printing |
| 808 Laser Printing | 3/17/2014 | 11.80 | Laser Printing |
| 808 Laser Printing | 3/17/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 3/18/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 3/18/2014 | 1.70 | Laser Printing |
| 808 Laser Printing | 3/18/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 3/18/2014 | 37.10 | Laser Printing |
| 808 Laser Printing | 3/18/2014 | 34.00 | Laser Printing |
| 808 Laser Printing | 3/18/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 3/19/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 3/19/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 3/19/2014 | 294.20 | Laser Printing |
| 808 Laser Printing | 3/19/2014 | 13.50 | Laser Printing |
| 808 Laser Printing | 3/19/2014 | 370.10 | Laser Printing |
| 808 Laser Printing | 3/19/2014 | 10.20 | Laser Printing |
| 808 Laser Printing | 3/19/2014 | 7.00 | Laser Printing |

**Nortel**
**March 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 3/20/2014 | 2.40 | Laser Printing |
| 808 Laser Printing | 3/20/2014 | 2.10 | Laser Printing |
| 808 Laser Printing | 3/20/2014 | 10.70 | Laser Printing |
| 808 Laser Printing | 3/20/2014 | 33.20 | Laser Printing |
| 808 Laser Printing | 3/20/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 3/21/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 3/21/2014 | 33.20 | Laser Printing |
| 808 Laser Printing | 3/21/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 3/24/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 3/24/2014 | 3.30 | Laser Printing |
| 808 Laser Printing | 3/24/2014 | 2.80 | Laser Printing |
| 808 Laser Printing | 3/24/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 3/24/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 3/24/2014 | 25.90 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 6.10 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 22.10 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 10.80 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 2.20 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 3.30 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 124.50 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 33.10 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 382.40 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 167.80 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 10.40 | Laser Printing |
| 808 Laser Printing | 3/25/2014 | 17.20 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 581.10 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 14.20 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 1.60 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 3.50 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 12.30 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 7.20 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 15.30 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 23.60 | Laser Printing |
| 808 Laser Printing | 3/26/2014 | 7.80 | Laser Printing |
| 808 Laser Printing | 3/27/2014 | 6.20 | Laser Printing |
| 808 Laser Printing | 3/27/2014 | 3.80 | Laser Printing |
| 808 Laser Printing | 3/27/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 3/27/2014 | 29.70 | Laser Printing |
| 808 Laser Printing | 3/27/2014 | 195.30 | Laser Printing |
| 808 Laser Printing | 3/27/2014 | 880.40 | Laser Printing |
| 808 Laser Printing | 3/27/2014 | 34.50 | Laser Printing |
| 808 Laser Printing | 3/27/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 3/28/2014 | 2.50 | Laser Printing |
| 808 Laser Printing | 3/28/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 3/28/2014 | 9.10 | Laser Printing |
| 808 Laser Printing | 3/28/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 3/28/2014 | 3.20 | Laser Printing |
| 808 Laser Printing | 3/31/2014 | 2.40 | Laser Printing |
| 808 Laser Printing | 3/31/2014 | 0.90 | Laser Printing |
| 4801 Duplicating | 3/19/2014 | 98.20 | Duplicating |
| 4808 Laser Printing | 3/7/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 3/7/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 3/7/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 3/11/2014 | 0.40 | Laser Printing |
| 4808 Laser Printing | 3/14/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/18/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/19/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 17.00 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 2.40 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 2.50 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 7.80 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 0.60 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/20/2014 | 0.60 | Laser Printing |

**Nortel**
**March 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 4808 Laser Printing | 3/24/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 1.20 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.80 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.80 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.80 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 2.50 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 2.50 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.60 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 6.40 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 1.10 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 3/25/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 3/26/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 3/26/2014 | 0.20 | Laser Printing |
| 4809 Laser Printing-Colour | 3/19/2014 | 3.40 | Laser Printing-Colour |
| 4809 Laser Printing-Colour | 3/20/2014 | 1.70 | Laser Printing-Colour |
| 5808 Laser Printing | 3/25/2014 | 0.88 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 0.51 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 0.63 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 0.13 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 2.65 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 2.40 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.39 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.26 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 2.91 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.52 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.26 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 5.44 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.39 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.52 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 4.17 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.14 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.01 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 6.70 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 0.13 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 0.13 | Laser Printing |
| 5808 Laser Printing | 3/25/2014 | 1.26 | Laser Printing |
| | | **$ 7,442.53** | |
| 822 Courier | 3/11/2014 | 20.66 | Courier |
| | | | 79 Wellington Street West,Inv # 60024, |
| | | | 4700 Keele St,Osgoode Library - York Univer, |
| | | | John Thomas,2,2 |
| 822 Courier | 3/19/2014 | 83.67 | Courier |
| | | | 79 Wellington Street West,Torys, |
| | | | 333 Bay St,Goodmans Llp, |
| | | | ed dying,10,0 |
| 822 Courier | 3/25/2014 | 72.45 | Courier |
| | | | 79 Wellington Street West,Invoice # 60119, |
| | | | 333 Bay St,Goodmans, |
| | | | leave e2 e5,4,0 |
| 822 Courier | 3/27/2014 | 4.26 | Courier |

**Nortel**
**March 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 822 Courier | | 3/27/2014 | 63.26 | Courier<br>79 Wellington Street West,Invoice # 60119,<br>333 Bay St,Goodmans LLP,<br>ibra,1,1 |
| 822 Courier | | 3/28/2014 | 4.26 | Courier<br>79 Wellington Street West,Invoice # 60119,<br>333 Bay St,Goodmans,<br>south 3 room4,10,0 |
| 822 Courier | | 3/28/2014 | 90.81 | Courier<br>79 Wellington Street West,Invoice # 60119,<br>181 Wellington St W,Ritz Carlton, Toronto,<br>daniella,1,1 |
| 822 Courier | | 3/31/2014 | 97.11 | Courier<br>79 Wellington Street West,Invoice # 60119,<br>333 Bay St,Goodmans,<br>Elizabth E6,10,0 |
| | | | | Courier<br>333 Bay St,Goodmans,<br>79 Wellington Street West,Invoice # 60119,<br>Siva,9,0 |
| | | | **$ 436.48** | |
| 829 Electronic Document Loading | | 3/16/2014 | **$ 42.89** | Electronic Document Loading loading and manipulating data medias from vendor s and/or other parties in order to input into a database; |
| 811 Binding Charges | | 3/31/2014 | 2.71 | Binding Charges<br>Mar-04-14, A Angeloni, Binding Charges, x1, /JS |
| 844 Exhibit Tabs | | 3/31/2014 | 4.30 | Exhibit Tabs<br>Mar-12-14, F Calamusa, Exhibit Tabs, x19, /JS |
| 844 Exhibit Tabs | | 3/31/2014 | 2.04 | Exhibit Tabs<br>Mar-04-14, A Angeloni, Exhibit Tabs, x9, /JS |
| 844 Exhibit Tabs | | 3/31/2014 | 4.07 | Exhibit Tabs<br>Mar-12-14, Y Reynolds, Exhibit Tabs, x18, /TW |
| 844 Exhibit Tabs | | 3/31/2014 | 7.24 | Exhibit Tabs<br>Mar-25-14, M Perez, Exhibit Tabs, x32, /JS/MM |
| 844 Exhibit Tabs | | 3/31/2014 | 11.53 | Exhibit Tabs<br>Mar-25-14, M Perez, Exhibit Tabs, x51, /JS |
| | | | **$ 31.89** | |
| 883 On Line Research Charges -WestlaweCarswell Excl. | | 3/4/2014 | 139.97 | On Line Research Charges -WestlaweCarswell Excl. |
| 885 On Line Research Charges - Quicklaw | | 3/3/2014 | 250.74 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/3/2014 | 92.43 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/3/2014 | 281.28 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/3/2014 | 42.60 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/3/2014 | 109.31 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/4/2014 | 423.53 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/4/2014 | 61.09 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/4/2014 | 45.02 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/4/2014 | 167.96 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/6/2014 | 114.11 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/7/2014 | 80.37 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/7/2014 | 20.09 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/11/2014 | 274.06 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/11/2014 | 947.52 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/11/2014 | 526.41 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/12/2014 | 4.83 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/13/2014 | 132.61 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/14/2014 | 68.32 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/17/2014 | 28.13 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/25/2014 | 282.09 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/26/2014 | 204.94 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/27/2014 | 1,207.12 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/27/2014 | 884.06 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/31/2014 | 76.50 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/31/2014 | 43.47 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 3/31/2014 | 33.01 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 3/3/2014 | 102.94 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 3/3/2014 | 463.24 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 3/3/2014 | 61.40 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 3/3/2014 | 119.20 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 3/3/2014 | 236.59 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 3/3/2014 | 166.15 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 3/4/2014 | 328.24 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 3/4/2014 | 415.83 | On Line Research Charges -WestlaweCarswell Incl. |

**Nortel**
**March 2014 Disbursements**

| | | | | |
|---|---|---|---:|---|
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/4/2014 | 47.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/4/2014 | 122.81 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/4/2014 | 357.59 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/4/2014 | 44.70 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/4/2014 | 252.84 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/5/2014 | 86.69 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/5/2014 | 146.29 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/5/2014 | 153.96 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/5/2014 | 200.47 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/6/2014 | 97.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/6/2014 | 16.25 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/6/2014 | 106.55 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/7/2014 | 27.09 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/8/2014 | 10.84 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/9/2014 | 39.73 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/10/2014 | 113.78 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/10/2014 | 266.39 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/10/2014 | 214.01 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/11/2014 | 16.25 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/11/2014 | 90.30 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/11/2014 | 270.90 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/11/2014 | 48.76 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/11/2014 | 507.49 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/11/2014 | 272.25 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/12/2014 | 238.39 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/12/2014 | 70.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/12/2014 | 438.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/12/2014 | 130.03 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/13/2014 | 4.06 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/13/2014 | 29.80 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/13/2014 | 89.40 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/14/2014 | 200.47 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/17/2014 | 48.76 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/17/2014 | 36.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/18/2014 | 10.84 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/20/2014 | 16.25 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/21/2014 | 4.06 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/24/2014 | 24.38 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/24/2014 | 226.65 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/26/2014 | 24.38 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/26/2014 | 361.65 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/27/2014 | 55.08 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/27/2014 | 329.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/27/2014 | 178.79 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/27/2014 | 232.97 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/31/2014 | 526.48 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/31/2014 | 27.14 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/31/2014 | 27.14 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 3/31/2014 | 32.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 3/19/2014 | 1,670.12 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 3/25/2014 | 3,774.57 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 3/25/2014 | 665.41 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 3/25/2014 | 1,482.86 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 3/26/2014 | 951.40 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 3/27/2014 | 989.31 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 3/28/2014 | 910.63 | On Line Research Charges - Westlaw Incl. |
| | | | **$ 25,754.89** | |
| | | | **$ 36,286.51** | |