# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : (Jointly Administered) |
|  | : |
| Debtors. | : **Hearing Date: TBD** |
|  | : **Objections Due: June 17, 2014, 4:00 p.m.** |

**SUMMARY OF TWENTY-SEVENTH MONTHLY AND FINAL FEE APPLICATION OF McCARTER & ENGLISH, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY FEE PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013 AND FOR THE FINAL PERIOD FROM AUGUST 26, 2011 THROUGH NOVEMBER 30, 2013**

| | |
|---|---|
| Name of Applicant: | McCarter & English, LLP<br>Local Counsel to The Official Committee of Retirees |
| Authorized to Provide Professional Services to: | The Official Committee of Retired Employees |
| Date of Retention: | September 30, 2011 *nunc pro tunc* to August 26, 2011 |
| 27th Monthly Period for Which Compensation and Reimbursement Is Sought: | November 1, 2013 through November 30, 2013 |
| 27th Monthly Amount of Compensation Sought as Actual, Reasonable and Necessary: | $2,653.00 |
| 27th Monthly Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $30.00 |
| Final Period for Which Compensation and Reimbursement is Sought: | August 26, 2011 through November 30, 2013 |
| Final Amount of Compensation Sought as Actual, Reasonable and Necessary: | $2,284,960.60 |
| Final Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $66,078.86 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) find Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 17038361v.1

## PRIOR MONTHLY FEE APPLICATIONS

| Date Filed [Doc No] | Period Covered | Fees Requested | Expenses Requested | Fees Allowed (80%) | Expenses Allowed |
|---|---|---|---|---|---|
| 11/09/11 [#6730] | (1st Monthly) 08/26/11-09/30/11 | 41,834.25 | 3,031.55 | 33,467.48 | 3,031.55 |
| 11/09/11 [#6731] | (2nd Monthly) 10/01/11-10/31/11 | 22,293.00 | $54.02 | 17,834.40 | 54.02 |
| 12/14/11 [#6983] | (3rd Monthly) 11/01/11-11/30/11 | 17,469.00 | 592.71 | 13,975.20 | 592.71 |
| 01/17/12 [#7098] | (4th Monthly) 02/01/11-12/31/11 | 49,994.25 | 340.86 | 39,995.40 | 340.86 |
| 02/07/12 [#7173] | (5th Monthly) 01/01/12-01/31/12 | 50,019.00 | 152.92 | 40,015.20 | 152.92 |
| 03/12/12 [#7366] | (6th Monthly) 02/01/12-02/29/12 | 27,894.00 | 2,314.33 | 22,315.20 | 2,314.33 |
| 04/20/12 [#7568] | (7th Monthly) 03/01/12-03/31/12 | 12,327.00 | 2.40 | 9,861.60 | 2.40 |
| 05/18/12 [#7656] | (8th Monthly) 04/01/12-04/30/12 | 32,274.50 | 135.45 | 25,819.60 | 135.45 |
| 06/08/12 [#7813] | (9th Monthly) 05/01/12-05/31/12 | 70,377.50 | 1,460.71 | 56,302.00 | 1,460.71 |
| 07/12/12 [#7992] | (10th Monthly) 06/01/12-06/30/12 | 72,315.95 | 1,822.50 | 57,852.76 | 1,822.50 |
| 08/03/12 [#8096] | (11th Monthly) 07/01/20-07/31/12 | 104,521.50 | 597.05 | 83,617.20 | 597.05 |
| 09/27/12 [#8612] | (12th Monthly) 08/01/12-08/31/12 | 539,595.15 | 3,841.53 | 431,676.12 | 3,841.53 |
| 10/31/12 [#8859] | (13th Monthly) 09/01/12-09/30/12 | 324,613.75 | 14,615.80 | 259,691.00 | 14,615.80 |
| 11/19/12 [#8952] | 14th Monthly) 10/01/12-10/31/12 | 249,572.25 | 2,665.49 | 199,657.80 | $2,665.49 |
| 12/21/12 [#9173] | (15th Monthly) 11/01/12-11/30/12 | 83,373.50 | 367.55 | 66,698.80 | 367.55 |
| 01/23/13 [#9321] | (16th Monthly) 02/01/12-12/31/12 | 46,533.50 | 462.65 | 37,226.80 | 462.65 |
| 02/15/13 [#9442] | (17th Monthly) 01/01/13-01/31/13 | 113,651.50 | 849.50 | 90,921.20 | 849.50 |
| 03/25/13 [#9759] | (18th Monthly) 02/01/13-02/28/13 | 133,130.50 | 5,026.88 | 106,504.40 | 5,026.88 |
| 04/18/13 [#10177] | (19th Monthly) 03/01/13-03/31/13 | 179,766.50 | 20,146.11 | 143,813.20 | 20,146.11 |
| 05/30/13 [#10699] | (20th Monthly) 04/01/13-04/30/13 | 76,349.50 | 6,184.37 | 61,079.60 | 6,184.37 |
| 07/10/13 [#11079] | (21st Monthly) 05/01/13-05/31/13 | 9,798.00 | 512.70 | 7,838.40 | 512.70 |
| 08/07/13 [#11269] | (22nd Monthly) 06/01/13-06/30/13 | 8,503.50 | 41.46 | 6,802.80 | 41.46 |
| 08/09/13 [#11279] | (23rd Monthly) 07/01/13-07/31/13 | 6,040.50 | 59.74 | 5,504.40 | 59.74 |

| Date Filed [Doc No] | Period Covered | Fees Requested | Expenses Requested | Fees Allowed (80%) | Expenses Allowed |
|---|---|---|---|---|---|
| 09/11/13 [#11576] | (24th Monthly) 08/01/13-08/31/13 | 6,324.50 | 551.71 | 5,059.60 | 551.71 |
| 10/24/13 [#12110] | (25th Monthly) 09/01/13-09/30/13 | 1,643.00 | 203.51 | 1,314.40 | 203.51 |
| 11/19/13 [#12419] | (26th Monthly) 10/10/13-10/31/13 | 2,092.00 | 15.36 | 1,673.60 | 15.36 |
| TOTAL: | | 2,282,307.60 | $66,048.86 | | |

**PRIOR QUARTERLY FEE APPLICATION**

| Date Filed [Doc No] | Period Covered | Fees Requested | Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|
| 11/21/11 [#6820] | First Quarterly 08/26/11-10/31/11 | 64,127.25 | 3,085.57 | 64,127.25 | 3,085.57 |
| 02/10/12 [#7195] | Second Quarterly 11/01/11-01/31/12 | 117,482.25 | 1,086.49 | 117,482.25 | 1,086.49 |
| 05/23/12 [#7677] | Third Quarterly 02/01/12-04/30/12 | 72,495.00 | 2,452.18 | 72,495.00 | 2,452.18 |
| 08/22/12 [#8275] | Fourth Quarterly 05/01/12-07/31/12 | 247,214.95 | 3,880.26 | 247,214.95 | 3,880.26 |
| 11/26/12 [#9004] | Fifth Quarterly 08/01/12-10/31/12 | 1,113,781.15 | 21,122.82 | 1,113,781.15 | 21,122.82 |
| 02/27/13 [#9508] | Sixth Quarterly 11/01/12-01/31/13 | 243,558.50 | 1,679.70 | 243,558.50 | 1,679.70 |
| 06/04/13 [#10747] | Seventh Quarterly 02/01/13-04/30/13 | 389,246.50 | 31,357.36 | 389,246.50 | 31,357.36 |
| 08/27/13 [#11450] | Eighth Quarterly 05/01/13-07/31/13 | 24,342.00 | 613.90 | 24,342.00 | 613.90 |
| 01/22/14 [#12851] | Ninth Quarterly 08/01/13-10/31/13 | 10,059.50 | 770.58 | | |

ME1 17038361v.1                    3

**TWENTY-SEVENTH MONTHLY FEE PERIOD**

**TIMEKEEPER SUMMARY**
**(November 1, 2013 through November 30, 2013)**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| TAYLOR, JR., WILLIAM F. | Partner, DE Bar, Bankruptcy and Restructuring | 525.00 | 1.80 | 945.00 |
| MARGARET J. MORIARTY | Paralegal, Tax, Employee Benefits & Private Clients | 185.00 | .40 | 74.00 |
| SCHIERBAUM, JARED F. | Paralegal, Bankruptcy and Restructuring | 215.00 | 7.60 | 1,634.00 |
| **TOTAL:** | | | **9.80** | **$2,653.00** |
| | *Blended Rate* | *$348.67* | | |

**COMPENSATION BY PROJECT CATEGORY**
**(November 1, 2013 through November 30, 2013)**

| | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| D24 | CASE ADMINISTRATION | 5.90 | 1,578.50 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 2.70 | 580.50 |
| D30 | LITIGATION | .30 | 157.50 |
| D34 | TAX ISSUES | .40 | 74.00 |
| D47 | FEE APPLICATION – OTHERS | .50 | 262.50 |
| | **TOTAL:** | **9.80** | **2,653.00** |

**EXPENSE SUMMARY**
**(November 1, 2013 through November 30, 2013)**

| Expense Category | Total Expenses |
|---|---|
| TELEPHONIC COURT APPEARANCE SERVICE | 30.00 |
| **TOTAL:** | **$30.00** |

4

## FINAL FEE PERIOD

## TIMEKEEPER SUMMARY
### (August 26, 2011 through November 30, 2013)

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| ALEXANDER, JASON M. | Associate, NJ Bar, Insurance Coverage | 360.00 | 71.20 | 25,632.00 |
| ALEXANDER, JASON M. | Associate, NJ Bar, Insurance Coverage | 335.00 | 137.00 | 45,895.00 |
| BERNSTEIN, SCOTT H. | Associate, NJ Bar, Bankruptcy And Restructuring | 370.00 | 13.90 | 5,143.00 |
| BERNSTEIN, SCOTT H. | Associate, NJ Bar, Bankruptcy And Restructuring | 360.00 | 2.20 | 792.00 |
| BROWN, DEBORAH | Paralegal, Insurance Coverage | 215.00 | 62.60 | 13,459.00 |
| BROWN, DEBORAH | Paralegal, Insurance Coverage | 210.00 | 96.70 | 20,307.00 |
| BROWN, KEVIN A. | Associate, NJ Bar, Tax Employee Benefits & Private Clients | 395.00 | 353.00 | 139,435.00 |
| BROWN, KEVIN A. | Associate, NJ Bar, Tax Employee Benefits & Private Clients | 385.00 | 114.70 | 44,140.25 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy And Restructuring | 350.00 | 0.20 | 70.00 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy And Restructuring | 320.00 | 44.90 | 14,368.00 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy And Restructuring | 295.00 | 47.70 | 14,071.50 |
| CHIAFULLO, LOUIS A. | Partner, NJ Bar, Insurance Coverage | 445.00 | 52.80 | 23,496.00 |
| CHIAFULLO, LOUIS A. | Partner, NJ Bar, Insurance Coverage | 435.00 | 107.30 | 46,675.50 |
| COSGROVE KURTZ, NORISS | Associate, DE Bar , Product Liability, Tort & Gen. Lit. | 400.00 | 15.20 | 6,080.00 |
| COSGROVE KURTZ, NORISS . | Associate, DE Bar , Product Liability, Tort & Gen. Lit. | 390.00 | 94.60 | 36,894.00 |
| CUNNINGHAM, BRIAN | Associate, DE Bar, Business & Financial Litigation | 360.00 | 8.60 | 3,096.00 |
| CUNNINGHAM, BRIAN | Associate, DE Bar, Business & Financial Litigation | 340.00 | 148.20 | 50,388.00 |
| DANIELE, MARK A. | Partner, NJ Bar, Tax Employee Benefits & Private Clients | 525.00 | 873.50 | 458,561.25 |
| DAVIS, CRAIG W. | Associate, NJ Bar, Insurance Coverage | 360.00 | 4.60 | 1,656.00 |
| DAVIS, CRAIG W. | Associate, NJ Bar, Insurance Coverage | 335.00 | 109.20 | 36,582.00 |
| GOLDSON-CAMMOCK, TAMIKA | Paralegal, Product Liability, Tort & Gen. Lit. | 165.00 | 0.80 | 132.00 |
| GOLDSON-CAMMOCK, TAMIKA | Paralegal, Product Liability, Tort & Gen. Lit. | 160.00 | 1.80 | 288.00 |

ME1 17038361v.1

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| GRAY, CATHERINE M. | Associate, CT Bar, Labor & Employment Law | 360.00 | 6.80 | 2,448.00 |
| GRAY, CATHERINE M. | Associate, CT Bar, Labor & Employment Law | 335.00 | 32.40 | 10,854.00 |
| GREENSTONE, JAMES J. | Research Analyst | 150.00 | 4.40 | 660.00 |
| GREULICH, TRACY R. | Paralegal, Tax, Employee Benefits & Private Clients | 245.00 | 1.50 | 367.50 |
| HALLMAN, SHARYN | Paralegal, Product Liability, Tort & Gen. Lit. | 185.00 | 0.40 | 74.00 |
| HARTY, DAVID | Associate, NY Bar, Real Estate | 415.00 | 1.50 | 622.50 |
| HOROWITZ, JOEL E. | Associate, PA Bar, Tax, Employee Benefits & Private Clients | 580.00 | 34.50 | 20,010.00 |
| HOROWITZ, JOEL E. | Tax, Employee Benefits & Private Clients | 570.00 | 18.20 | 10,374.00 |
| HRUBIEC, R. JOSEPH | Associate, NJ Bar, Product Liability, Tort & Gen. Lit. | 270.00 | 43.30 | 11,691.00 |
| HRUBIEC, R. JOSEPH | Associate, DE Bar, Product Liability, Tort & Gen. Lit. | 240.00 | 95.90 | 23,016.00 |
| INSUA, NICHOLAS M. | Partner, NJ Bar, Insurance Coverage | 420.00 | 23.60 | 9,912.00 |
| INSUA, NICHOLAS M. | Partner, NJ Bar, Insurance Coverage | 410.00 | 53.80 | 22,058.00 |
| KAHN, BRETT D. | Associate, NJ Bar, Insurance Coverage | 305.00 | 58.10 | 17,720.50 |
| KAHN, BRETT D. | Associate, NJ Bar, Insurance Coverage | 280.00 | 118.30 | 33,124.00 |
| KELLAR, JAMES | Associate, NJ Bar, Bankruptcy & Restructuring | 325.00 | 32.20 | 10,465.00 |
| KELLAR, JAMES | Associate, NJ Bar, Bankruptcy & Restructuring | 300.00 | 145.30 | 43,590.00 |
| KILLIAN, PATRICIA A. | Associate PA Bar Tax, Employee Benefits & Private Clients | 380.00 | 59.60 | 22,648.00 |
| KIMBALL, JANE S. | Special Counsel, NJ Bar, Tax, Employee Benefits & Private Clients | 400.00 | 6.60 | 2,640.00 |
| KIMBALL, JANE S. | Special Counsel, NJ Bar, Tax, Employee Benefits & Private Clients | 390.00 | 428.30 | 167,052.60 |
| KIMBALL, JANE S. | Special Counsel, NJ Bar, Tax, Employee Benefits & Private Clients | 375.00 | 17.00 | 6,375.00 |
| KORNSTEIN, ALAN F. | Partner, NJ Bar, Tax, Employee Benefits & Private Clients | 520.00 | 297.10 | 154,492.00 |
| KURTZ, MITCHELL S. | Associate, NJ Bar, Product Liability, Tort & Gen. Lit. | 410.00 | 89.90 | 36,859.00 |
| KURTZ, MITCHELL S. | Associate, PA Bar, Product Liability, Tort & Gen. Lit. | 400.00 | 14.80 | 5,920.00 |
| LIPSTEIN, STACY | Paralegal, Bankruptcy & Restructuring | 195.00 | 2.70 | 526.50 |
| LUDGIN, DAVID A. | Partner, NJ Bar, Tax, Employee Benefits & Private Clients | 525.00 | 0.20 | 105.00 |
| MANELLA, CHRISTOPHER, E | Associate, NJ Bar, Bankruptcy & Restructuring G | 220.00 | 6.10 | 1,342.00 |
| MORIARTY, MARGARET J. | Paralegal, Tax, Employee Benefits & Private Clients | 185.00 | 0.40 | 74.00 |

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| MORIARTY, MARGARET J. | Paralegal, Tax, Employee Benefits & Private Clients | 180.00 | 8.30 | 1,494.00 |
| MORRISON, CYNTHIA M. | Associate, DE Bar, Insurance Coverage | 385.00 | 1.60 | 616.00 |
| MORRISON, CYNTHIA M. | Associate, DE Bar, Insurance Coverage | 380.00 | 48.00 | 18,240.00 |
| MULLER, JEFFREY S. | Partner, NJ Bar, Tax, Employee Benefits & Private Clients | 390.00 | 1.90 | 741.00 |
| NATALI, JR., ARNOLD L. | Partner, NJ Bar, Insurance Coverage | 530.00 | 90.50 | 47,965.00 |
| NATALI, JR., ARNOLD L. | Partner, NJ Bar, Insurance Coverage | 520.00 | 174.10 | 90,532.00 |
| NWANERI, NNAMDI, J. | Associate, PA Bar, Real Estate | 245.00 | 126.50 | 30,992.50 |
| OSIAS, BRIAN J. | Partner, NJ Bar, Insurance Coverage | 425.00 | 2.40 | 1,020.00 |
| PASTOR, SHERILYN | Partner, NJ Bar, Insurance Coverage | 590.00 | 0.30 | 177.00 |
| PASTOR, SHERILYN | Partner, NJ Bar, Insurance Coverage | 580.00 | 1.00 | 580.00 |
| PUENTE, JOHN D. | Litigation/System Support | 200.00 | 1.40 | 280.00 |
| REILLY, WILLIAM T. | Partner, NJ Bar, Business & Financial Litigation | 550.00 | 52.90 | 29,095.00 |
| REILLY, WILLIAM T. | Partner, NJ Bar, Business & Financial Litigation | 525.00 | 7.00 | 3,675.00 |
| RICE, BRIAN P. | Associate, NJ Bar, Construction Industry | 365.00 | 0.60 | 219.00 |
| RICE, BRIAN P. | Associate, NJ Bar, Construction Industry | 355.00 | 78.90 | 28,009.50 |
| ROBERTS, JOSHUA | Associate, PA Bar, Business & Financial Litigation | 395.00 | 8.00 | 3,160.00 |
| ROBERTS, JOSHUA | Associate, PA Bar, Business & Financial Litigation | 385.00 | 85.10 | 32,763.50 |
| ROBERTS AVERY, VANESSA | Associate, CT Bar, Business & Financial Litigation | 400.00 | 1.50 | 600.00 |
| ROBERTS AVERY, VANESSA | Associate, CT Bar, Business & Financial Litigation | 390.00 | 32.00 | 12,480.00 |
| ROMANO, RENEE M. | Paralegal, Product Liability, Tort & Gen. Lit. | 170.00 | 8.40 | 1,428.00 |
| SCAVINA, LEEANN | Paralegal, Business & Financial Litigation | 205.00 | 0.70 | 143.50 |
| SCHIERBAUM, JARED, F. | Paralegal, Bankruptcy & Restructuring | 215.00 | 275.10 | 59,146.50 |
| SNEDEKER, JAMES A. | Paralegal, Bankruptcy & Restructuring | 180.00 | 0.50 | 90.00 |
| SNEDEKER, JAMES A. | Paralegal, Bankruptcy & Restructuring | 175.00 | 19.90 | 3,482.50 |
| TAYLOR, CARRIE | Paralegal, Business & Financial Litigation | 185.00 | 7.00 | 1,295.00 |
| TAYLOR, CARRIE | Paralegal, Business & Financial Litigation | 180.00 | 0.90 | 162.00 |
| TAYLOR, JR., WILLIAM F. | Partner, DE Bar, Bankruptcy and Restructuring | 525.00 | 460.30 | 241,657.50 |
| THOMAS, DAVID A. | Associate, NJ Bar, Insurance Coverage | 410.00 | 48.80 | 20,008.00 |

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| THOMAS, DAVID A. | Associate, NJ Bar, Insurance Coverage | 405.00 | 93.90 | 38,029.50 |
| VILLANUEVA, MARK D. | Associate, PA Bar, Insurance Coverage | 385.00 | 0.70 | 269.50 |
| VILLANUEVA, MARK D. | Associate, PA Bar, Insurance Coverage | 380.00 | 34.50 | 13,110.00 |
| WILLIAMS, SCOTT | Litigation/System Support | 200.00 | 2.40 | 480.00 |
| YINGLING, BETH | Partner, NJ Bar, Tax, Employee Benefits & Private Clients | 465.00 | 1.80 | 837.00 |
| | **TOTALS** | | **5,630.44** | **2,284,960.6** |
| | *AVERAGED BILLING RATE* | **405.82** | | **2,284,960.60** |

## COMPENSATION BY PROJECT CATEGORY
**(August 26, 2011 through November 30, 2013)**

| | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| D21 | ASSET ANALYSIS AND RECOVERY | 10.35 | 5,532.00 |
| D23 | BUSINESS OPERATIONS | 18.10 | 9,873.00 |
| D24 | CASE ADMINISTRATION | 539.40 | 192,345.00 |
| D25 | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.60 | 223.00 |
| D26 | EMPLOYEE BENEFITS/PENSIONS | 2,339.39 | 1,041,803.60 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 165.60 | 54,315.50 |
| D30 | LITIGATION | 1,962.20 | 758,169.00 |
| D33 | PREP/REVIEW OF US TRUSTEE REPORT | 0.75 | 393.75 |
| D34 | TAX ISSUES | 96.10 | 50,063.50 |
| D38 | BUSINESS ANALYSIS | 1.50 | 807.00 |
| D40 | DATA ANALYSIS | 12.90 | 2,374.50 |
| D41 | LITIGATION CONSULTING | 28.10 | 14,482.00 |
| D43 | OTHER (EXPLAIN) | 171.4 | 63,629.50 |
| D47 | FEE APPLICATIONS - OTHERS | 26.10 | 13,610.50 |
| D48 | RETENTION APPLICATIONS - APPLICANT | 11.70 | 4,501.00 |
| D49 | RETENTION APPLICATIONS - OTHERS | 5.40 | 1,161.00 |
| D50 | TRAVEL TIME | 2.00 | 780.00 |
| D61 | COURT HEARING | 13.10 | 3,982.00 |
| D62 | GENERAL CASE STRATEGY | 221.45 | 65,452.75 |
| XX | xx | 4.30 | 1,462.00 |
| | **TOTAL:** | **5,630.44** | **$2,284,960.60** |

ME1 17038361v.1                             8

**EXPENSE SUMMARY**
**(August 26, 2011 through November 30, 2013)**

| Expense Category | Total Expenses |
|---|---:|
| CAR RENTALS | 104.49 |
| CAR SERVICES | 1,090.54 |
| COLOR PRINTER | 13.20 |
| COLOR SCANNING | 18.60 |
| FEDERAL EXPRESS | 2,951.96 |
| FILING FEES-MISC | 18,594.78 |
| IMAGING | 227.04 |
| LABOR (DATA AND TECH CONVERSIONS) | 287.50 |
| LIBRARY RESEARCH | 6,848.70 |
| LODGING | 1,886.81 |
| LUNCHEON MEETINGS | 570.57 |
| MEALS | 1,757.13 |
| MESSENGER/OUTSIDE | 914.50 |
| OUTSIDE PHOTOCOPY SERVICES | 1,158.67 |
| OVERSIZE COPIES | 165.60 |
| PDF CONVERSION | 57.42 |
| PHOTOCOPIES | 3,190.20 |
| POSTAGE | 632.95 |
| PRINTING W/SLIP SHEETS, STAPLES | 2,076.50 |
| SERVICES | 17,827.24 |
| SPECIAL SERVICES | 26.25 |
| TELECOPIER | 42.00 |
| TELEPHONE | 338.07 |
| TRANSCRIPTS | 216.00 |
| TRAVEL | 5,073.39 |
| VELO BINDING | 8.75 |
|  | **$66,078.86** |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 09-10138 (KG)<br>: (Jointly Administered)<br>:<br>: **Hearing Date: TBD**<br>: **Objections Due: June 17, 2014, 4:00 p.m.** |

**TWENTY-SEVENTH MONTHLY AND FINAL FEE APPLICATION OF McCARTER & ENGLISH, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE TWENTY-SEVENTH MONTHLY FEE PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013 AND FOR THE FINAL FEE PERIOD FROM AUGUST 26, 2011 THROUGH NOVEMBER 30, 2013**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of McCarter & English LLP ("McCarter & English"), hereby submits its Twenty-Seventh Monthly and Final Fee Application (the "Application") for reasonable compensation for professional legal services rendered as Delaware counsel for The Official Committee of Retirees (the "Retiree Committee") in the amount of $2,653.00 together with reimbursement for actual and necessary expenses in the amount of $30.00 incurred during the twenty-seventh monthly period commencing November 1, 2013 through November 30, 2013 (the "27th Monthly Fee Period"), and in the amount of $2,284,960.60 together with reimbursement for actual and necessary expense in the amount of $66,078.86 incurred during the final fee period commencing August 26, 2011 through and including November 30, 2013 (the "Final Fee Period"). In support of this Application, McCarter & English represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 17038361v.1

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors"), other than Nortel Networks (CALA) Inc.,[2] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases are consolidated for procedural purposes only.

3. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. The United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee"), and an ad hoc group of bondholders was organized (the "Bondholder Group"). An Official Committee of Long-Term Disability Participants (the "LTD Committee") also was appointed.

5. On the Petition Date, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL", and together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors")[3] commenced a proceeding with the Ontario Superior Court of Justice (the "Canadian Court") under the Canada Companies' Creditors Arrangement Act (the "CCAA"), seeking relief from their creditors (collectively, the

---

[2] Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098].
[3] The Canadian Debtors include the following entities:  NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

"Canadian Proceedings") and a Monitor, Ernst & Young Inc. (the "Monitor"), was appointed by the Canadian Court.  Also on the Petition Date, the High Court of England and Wales placed nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[4] into administration (the "English Proceedings") under the control of individuals from Ernst & Young LLP (collectively, the "Joint Administrators").  Other Nortel Affiliates have commenced and in the future may commence creditor protection, insolvency and dissolution proceedings around the world.

6.       On September 20, 2011, McCarter & English was retained to serve as counsel for the Official Committee of Retired Employees by *Order Approving the Retention of McCarter & English, LLP as Delaware Counsel to the Official Committee of Retired Employees Nunc Pro Tunc to August 26, 2011* [D.1. 6413] (the "Retention Order").  The Retention Order authorized McCarter & English to be compensated on an hourly basis, and to be reimbursed for actual and necessary out-of-pocket expenses.

## RELIEF REQUESTED

7.       McCarter & English has rendered actual and necessary services on behalf of the estates, and is seeking reasonable compensation with respect to the same.  McCarter & English has divided its labor with co-counsel Togut, Segal & Segal, LLP ("Togut") in providing legal services to the Retiree Committee.  McCarter & English has coordinated with Togut to avoid duplication of work.

---

[4] The EMEA Debtors include the following entities:  Nortel Networks UK Limited, Nortel Networks S.A., Nortel Network (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o, Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o and Nortel Networks International Finance & Holding B.V.

ME1 17038361v.1                                        3

8. McCarter & English seeks approval of its compensation for fees in the amount of $2,653.00 and expense reimbursement of $30.00 for the 27th Monthly Fee Period.

9. McCarter English also seeks allowance of final compensation for actual, reasonable, and necessary professional services rendered by McCarter & English, as counsel to the Retiree Committee, during the Final Fee Period in the amount of $2,284,960.60, and final reimbursement of actual, reasonable, and necessary expenses incurred during the Final Fee Period in the amount of $66,078.86.

10. All services for which compensation is requested by McCarter & English were performed on behalf of the Retiree Committee, and not on behalf of any other person or entity. McCarter & English maintains written records of the time expended in providing the professional services required by the Retiree Committee.

11. In accordance with the administrative order, under 11 U.S.C. §§ 105(a) and 331 establishing procedures for interim compensation and reimbursement of expenses for professionals, entered on February 4, 2009 [D.I. 222] (the "Administrative Order"), McCarter & English submitted regular monthly fee applications (the "Monthly Fee Applications") as outlined on pages 2 and 3 of the *Summary of Twenty-Seventh Monthly and Final Fee Application of McCarter English, LLP for Allowance of Compensation and Reimbursement of Expenses for the Monthly Fee Period from November 1, 2013 Through November 30, 2013 and for the Final Period From August 26, 2011 Through November 30, 2013* (the "Summary") filed herewith.

12. In addition, pursuant to the Administrative Order, McCarter & English filed the quarterly fee application (the "Quarterly Fee Applications") as outlined on page 3 of the Summary.

13. All services for which compensation is requested by McCarter & English were performed for, or on behalf of, the Retiree Committee.

14. The compensation sought by McCarter & English during the 27th Monthly Fee Period and the Final Fee Period are billed at rates and in accordance with practices customarily employed by McCarter & English and is, to the best of our belief, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11.

## SUMMARY OF SERVICES RENDERED DURING THE 27th MONTHLY FEE PERIOD

15. Attached hereto as **Exhibit A** is a detailed invoice of fees incurred during the 27th Monthly Fee Period showing the amount of $2,653.00 due for fees and a statement of expenses incurred in the amount of $30.00 due for reimbursement of expenses.

16. During the 27th Monthly Fee Period, McCarter & English rendered professional services to the Retiree Committee as requested and as necessary and appropriate in furtherance of the Debtors' retired employees' interests in connection with their rights under section 1114 of the Bankruptcy Code,

## SUMMARY OF DISBURSEMENTS RENDERED DURING THE 27th MONTHLY FEE PERIOD

17. McCarter & English incurred or disbursed the actual and necessary costs and expenses related to these cases in the amount of $30.00 as follows:

| Expense Category | Total Expenses |
|---|---|
| Telephonic Court Appearance Service | 30.00 |
| Total: | $30.00 |

18. Pursuant to Local Rule 2016-2 of this Court, McCarter & English represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

    (a) Copy Charges are $.10 per page, which charge is reasonable and customary in the legal industry representing costs of copy materials, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of lost expenditures. In addition, McCarter & English often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs.

    (b) Incoming facsimiles are not billed.

    (c) Out-going facsimiles are billed at the rate of $1.00 per page. The costs represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of lost expenditures. Toll telephone charges are not billed. In addition, the Firm utilizes the services of a carrier for high volume, multiple-destination fax transactions, and this Application seeks the recovery of those costs

19. McCarter & English has endeavored to represent the Retiree Committee in the most expeditious and economical manner possible. Tasks have been assigned to attorneys, paralegals, and other support staff at McCarter & English so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter. Moreover, McCarter & English has endeavored to coordinate with Togut and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Retiree Committee.

## VALUATION OF SERVICES
## RENDERED DURING THE 27th MONTHLY FEE PERIOD

20. Attorneys and paraprofessionals of McCarter & English have expended a total of 5630.44 hours in connection with this matter during the 27th Monthly Fee Period.

21.  The amount of time spent by each of these persons providing services to the Retiree Committee for the 27th Monthly Fee Period is fully set forth in the detail attached hereto as <u>Exhibit A</u>.  These are McCarter & English's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by McCarter & English for the 27th Monthly Fee Period as local counsel for the Retiree Committee in these cases under Chapter 11 is $2,653.00.

22.  McCarter & English believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit A hereto are in compliance with the requirements of Local Rule 2016-2.

23.  In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## FINAL FEE PERIOD

24.  This Application also covers the Final Fee Period of August 26, 2011 through and including November 30, 2013.  During the Final Fee Period, McCarter & English performed necessary services and incurred out-of-pocket disbursements in connection with its representation of the Retiree Committee.  As set forth in the Monthly Applications, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, (e) the costs of comparable services other than in a case under this title and (f) the results achieved.

In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs incurred while representing the Retiree Committee.

**WHEREFORE**, McCarter & English requests that allowance be made in the sum of $2,653.00 as compensation for necessary professional services rendered to the Retiree Committee for the period 27th Monthly Fee Period, and (ii) reimbursement in the amount of $30.00 for actual, reasonable and necessary expenses incurred during the 27th Monthly Fee Period; (b) and final allowance be made in the sum of $2,284,960.60 as compensation for necessary professional services rendered to the Retiree Committee for the Final Fee Period, and the sum of $66,078.86 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and further requests such other and (c) grant such other and further relief as is just and proper.

Dated: Wilmington, Delaware  
May 27, 2014

**MCCARTER & ENGLISH, LLP**

*/s/ William F. Taylor, Jr.*  
William F. Taylor, Jr. (Del. No. 2936)  
Renaissance Centre  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  
Tel. (302) 984-6313  
Email:  wtaylor@mcarter.com

- and -

**TOGUT, SEGAL & SEGAL LLP**

Albert Togut (*Pro Hac Vice Admission*)  
Neil Berger (*Pro Hac Vice Admission*)  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Email:  altogut@teamtogut.com  
Email:  neilberger@teamtogut.com

*Counsel to the Official Committee*  
*of Retired Employees*