**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 <br> : <br> : Case No. 09-10138 (KG) <br> : (Jointly Administered) <br> : <br> : **Hearing Date: TBD** <br> : **Objections Due: June 17, 2014, 4:00 p.m.** |
| Nortel Networks Inc., *et al.*,[1] | |
| Debtors. | |

**NOTICE OF TWENTY-SEVENTH MONTHLY AND FINAL FEE APPLICATION OF McCARTER & ENGLISH, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE TWENTY-SEVENTH MONTHLY FEE PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013 AND FOR THE FINAL FEE PERIOD FROM AUGUST 26, 2011 THROUGH NOVEMBER 30, 2013**

**TO:   ALL PARTIES ON THE ATTACHED SERVICE LIST**

Attached hereto is the **Twenty-Seventh Monthly and Final Fee Application of McCarter & English LLP, as Counsel to The Official Committee of Retirees For Allowance of Compensation and Reimbursement of Expenses for the Twenty-Seventh Monthly Fee Period From November 1, 2013 through November 30, 2013 and for the Final Fee Period From August 26, 2011 Through November 30, 2013** (the "Application").

You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **June 17, 2014 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on undersigned counsel so as to be received by the Objection Deadline.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 17038361v.1

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>　　　　May 27, 2014 | **MCCARTER & ENGLISH, LLP**<br><br>*/s/ William F. Taylor, Jr.*　　　　　　　　<br>William F. Taylor, Jr. (Del. No. 2936)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Tel. (302) 984-6313<br>Email:  wtaylor@mcarter.com<br><br>- and -<br><br>**TOGUT, SEGAL & SEGAL LLP**<br><br>Albert Togut (*Pro Hac Vice Admission*)<br>Neil Berger (*Pro Hac Vice Admission*)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Email:  altogut@teamtogut.com<br>Email:  neilberger@teamtogut.com<br><br>*Counsel to the Official Committee*<br>*of Retired Employees* |