# **VERIFICATION**

STATE OF DELAWARE    )
                                ) SS
COUNTY OF NEW CASTLE )

       William F. Taylor, Jr. Esquire, after being duly sworn according to law, deposes and says:

       1.     I am admitted to practice in the State of Delaware and I am a member of the law firm of McCarter English, LLP ("McCarter English"), which maintains an office at Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, DE 19801.

       2.     I have personally performed many of the legal services rendered by McCarter & English as local counsel for Official Committee of Retired Employees and am familiar with all other work performed by the lawyers and paraprofessionals employed by McCarter & English in such capacity.

       3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Dated: May 27, 2014
        Wilmington, DE

                                                  */s/ William F. Taylor, Jr.*
                                                  William F. Taylor, Jr. (Del. No. 2936)