# **<u>EXHIBIT A</u>**



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

December 17, 2013
Invoice 7888925

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**................................................................................ | $2,653.00 |
| **TOTAL DISBURSEMENTS**........................................................... | $30.00 |
| **TOTAL DUE THIS INVOICE**......................................................... | $2,683.00 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $3,700.86 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $6,383.86 |

Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Page 1
December 17, 2013
Invoice 7888925

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**................................................................................... | $2,653.00 |
| **TOTAL DISBURSEMENTS**................................................................. | $30.00 |
| **TOTAL DUE THIS INVOICE**................................................................ | $2,683.00 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $3,700.86 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $6,383.86 |

Professional Services Recorded Through 11/30/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/04/13 | EXAMINE AND ANALYZE PROPOSED JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING TERMINATION OF EMPLOYMENT OF KURTZMAN CARSON CONSULTANTS LLC AS COMMUNICATIONS AGENT FOR THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS AND APPROVE SAME FOR FILING. | 02718/WFT | 0.30 |
| 11/08/13 | OFFICE CONFERENCE, REVISE AND UPDATE POWER OF ATTORNEY FOR FILING RULING REQUEST. | 02248/MJM | 0.40 |
| 11/11/13 | REVISE 24TH FEE APPLICATION OF TOGUT SEGAL SEGAL | 04990/JFS | 0.50 |
| 11/11/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING 25TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.40 |
| 11/13/13 | DRAFT, REVISE THE TS&S 24TH APPLICATION AND APPROVE NEW VERSION FOR FILING. | 02718/WFT | 0.20 |
| 11/14/13 | EXAMINE AND ANALYZE AGENDA FOR UPCOMING CASE HEARING RE STATUS; UPDATE LEAD COUNSEL RE STATUS OF SAME. | 02718/WFT | 0.30 |
| 11/14/13 | REVISE AND ELECTRONICALLY FILE 24TH FEE APPLICATION OF TOGUT SEGAL SEGAL AND CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 11/15/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING 25TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 11/15/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING 24TH FEE APPLICATION OF TOGUT SEGAL SEGAL AND CONFIRM; | 04990/JFS | 0.20 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/18/13 | EXAMINE AND ANALYZE FOR NEXT OMNIBUS HEARING RE MATTERS GOING FORWARD; UPDATE AND CORRESPOND WITH LEAD COUNSEL RE SAME. | 02718/WFT | 0.20 |
| 11/19/13 | EXAMINE AND ANALYZE, REVISE AND FINALIZE M&E 26TH MONTHLY APPLICATION. | 02718/WFT | 0.30 |
| 11/19/13 | DRAFT AND ELECTRONICALLY FILE 26TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH AND PREPARE SERVICE OF SAME; | 04990/JFS | 1.10 |
| 11/19/13 | CONFER WITH COUNSEL AND PREPARE EXHIBIT C TO 18TH OMNIBUS FEE ORDER FOR DECEMBER 2, 2013 HEARING; | 04990/JFS | 0.70 |
| 11/19/13 | DRAFT NINTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.60 |
| 11/20/13 | DRAFT, REVISE AND FINALIZE THE 9TH QUARTERLY FEE APPLICATION. | 02718/WFT | 0.20 |
| 11/20/13 | REVISE AND ELECTRONICALLY FILE NINTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.90 |
| 11/22/13 | CONFER WITH COUNSEL AND ASSIST WITH REVISIONS TO EXHIBIT C TO 18TH OMNIBUS FEE ORDER FOR DECEMBER 2, 2013 HEARING; | 04990/JFS | 0.40 |
| 11/25/13 | REVISE AND ELECTRONICALLY FILE AMENDED NINTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 11/26/13 | CONFER WITH CO-COUNSEL REGARDING FILING OF FINAL FEE APPLICATIONS; | 04990/JFS | 0.40 |
| 11/27/13 | EXAMINE AND ANALYZE MS&A REPORT ONT HE M&E 8TH QUARTERLY FEE APPLICATION. | 02718/WFT | 0.30 |
| 11/27/13 | CONFER WITH CO-COUNSEL REGARDING FEE EXAMINER'S FINAL REPORT REGARDING EIGHTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH LLP; | 04990/JFS | 0.20 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/27/13 | REVISE AND ELECTRONICALLY FILE TOGUT SEGAL & SEGAL 8TH QUARTERLY AND FINAL FEE APPLICATION | 04990/JFS | 0.90 |
| | TOTAL HOURS: | | 9.80 |

**TOTAL FEES**.................................................................. $2,653.00
**TOTAL DISBURSEMENTS**.................................................. <u>30.00</u>

**TOTAL DUE THIS INVOICE** .............................................. $2,683.00

**AMOUNT OUTSTANDING FROM PRIOR INVOICES** $3,700.86

**TOTAL AMOUNT DUE AS OF THIS INVOICE** $6,383.86

| | | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 1.80 Hours @ | 525.00 | 945.00 |
| 02248 | MARGARET J. MORIARTY | PARALEGAL | 0.40 Hours @ | 185.00 | 74.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 7.60 Hours @ | 215.00 | 1,634.00 |
| **ATTORNEY TOTALS:** | | | **9.80** | | **2,653.00** |

| DATE | DISBURSEMENTS | VALUE |
| --- | --- | --- |
| 09/25/2013 | TELEPHONIC COURT APPEARANCE | 30.00 |
|  | **Total For: SERVICES** | **30.00** |

**TOTAL DISBURSEMENTS** ................................................................. **$30.00**