IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br>           Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> **Hearing Date: TBD** |

## NOTICE OF TWENTY-FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:                              Dentons Canada LLP

Authorized to Provide
Professional Services to:                      Official Committee of Unsecured Creditors

Date of Retention:                           March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:               February 1, 2014 through April 30, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:          CDN. $43,224.50 Equivalent to USD $39,649.83[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:       CDN. $1,942.29 Equivalent to USD $1,781.66[3]

This is (a)n: __X__ interim        ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Dentons Canada LLP's February, 2014, March, 2014 and April, 2014 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on May 20, 2014 was CDN. $1.00 : U.S. $0.9173

Legal*10955067.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 5/21/14 Docket No. 13616 | 2/1/14 - 2/28/14 | $43,224.50 | $1,942.29 | $34,579.60 Pending Obj. Deadline June 11, 2014 | $1,942.29 Pending Obj. Deadline June 11, 2014 | $8,644.90 |
| Date Filed: n/a Docket No. n/a | 3/1/14 - 3/31/14 | n/a | n/a | n/a | n/a | n/a |
| Date Filed: n/a Docket No. n/a | 4/1/14 - 4/30/14 | n/a | n/a | n/a | n/a | n/a |
| **TOTALS:** | All amounts in CDN.$ | $43,224.50 | $1,942.29 | $34,579.60[4] | $1,942.29[5] | $8,644.90 |

Summary of any Objections to Fee Applications: None.

Dated: May 27, 2014
Toronto, Ontario

*M. K* (signature)

Michael N. Kaplan
DENTONS CANADA LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

Legal*10955067.1