# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2014 THROUGH APRIL 30, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/2/2014 | Weekly employee claims call with RLKS and Cleary. | 1.0 | 535 | $ 535.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/9/2014 | Weekly employee claims call with RLKS and Cleary. | 0.5 | 535 | $ 267.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/30/2014 | Weekly employee claims call with RLKS and Cleary. | 1.0 | 535 | $ 535.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 4/21/2014 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | James Lukenda | 4/22/2014 | Nortel - review monthly fee application draft time sign-off for submission | 0.3 | 725 | $ 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2014 | Corresponded with M. Cilia of RLKS and D. Parker of Nortel regarding employee claim matters. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2014 | Reviewed updated employee claims analysis provided by M. Cilia of RLKS. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2014 | Updated employee claims analysis and reconciled to source file. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2014 | Reviewed and updated employee claims analyses per notes. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2014 | Reviewed and reconciled employee claims analysis | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2014 | Investigated employee claim matters per request of R. Eckenrod and L. Lipner of Cleary. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2014 | Reviewed employee claim calculations and updated analysis. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2014 | Reconciled employee claims analyses and made appropriate updates. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2014 | Corresponded with M. Cilia of RLKS regarding various employee claim matters. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2014 | Reconciled employee claim communication documents. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2014 | Updated employee claims analysis based on data provided by A. Tsai of Epiq | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2014 | Reconciled employee claims analysis against claims database. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2014 | Corresponded with M. Cilia of RLKS regarding various employee claim matters. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2014 | Reviewed and updated employee claims analysis | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2014 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2014 | Reviewed employee claim calculations and updated analysis. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2014 | Updated employee claim analysis based on updated files from Epiq. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/4/2014 | Reconciled employee claim communication documents provided by A. Tsai of Epiq. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/4/2014 | Reviewed and updated employee claims analysis per information provided by A. Tsai of Epiq. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/4/2014 | Updated employee claim analysis based on updated files from Epiq | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/4/2014 | Corresponded with A. Tsai of Epiq regarding employee claim matters | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/4/2014 | Investigated various employee claim items per request from Cleary. | 0.7 | 535 | $ 374.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2014 | Updated employee claims analysis and documented notes. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2014 | Updated employee claims analysis based on claims database. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2014 | Corresponded with A. Tsai of Epiq regarding employee claim matters and documented notes | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/7/2014 | Reviewed and updated employee claims analyses. | 2.4 | 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/11/2014 | Reviewed and updated employee claims analysis. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/11/2014 | Reviewed employee claim communication documents and updated analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/11/2014 | Reviewed updated employee claim communication documents provided by A. Tsai of Epiq. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/11/2014 | Reviewed and updated employee claims analyses and reconciled with data | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/11/2014 | Reviewed and updated employee claims analysis per request of M. Cilia of RLKS. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2014 | Updated employee claim analysis based on updated files from Epiq | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2014 | Corresponded with A. Tsai of Epiq regarding employee claim matters | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2014 | Reconciled employee claims analyses in order to update accordingly. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2014 | Updated employee claims analysis per request of M. Cilia of RLKS | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/14/2014 | Corresponded with D. Parker of Nortel regarding various employee claim items. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2014 | Reviewed objection and settlement letter file provided by M. Cilia of RLKS | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2014 | Reviewed claims database provided by B. Hunt of Epiq. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2014 | Reconciled employee claim communication documents and made necessary edits. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2014 | Reviewed and updated employee claims analyses and documented notes. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2014 | Reviewed updated employee claims analysis and made edits as necessary | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2014 | Reconciled employee claims objections and documented notes | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2014 | Updated employee claims analysis based on objection file | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2014 | Reviewed and updated employee claims analysis | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2014 | Reviewed updated employee claim communication file provided by M. Cilia of RLKS. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2014 | Reviewed the updated claims/schedule report provided by B. Hunt of Epiq. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2014 | Updated employee claims analysis based on updated claims/schedule report. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2014 | Reconciled variances in employee claims analysis. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/17/2014 | Reviewed and updated employee claims analysis based on recon. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/18/2014 | Reconciled updated employee claims objection analysis provided by M. Cilia of RLKS. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/18/2014 | Analyzed employee claims analysis and updated report. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/18/2014 | Reviewed employee claim communication documents and updated analysis. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/18/2014 | Documented notes from recon of employee claims analysis. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/21/2014 | Reviewed and updated employee claims analysis | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2014 | Updated employee claim objection comments per analysis | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2014 | Updated employee claims analysis based on comments from Cleary | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2014 | Corresponded with Cleary regarding various employee claim matters. | 0.5 | 535 | $ 267.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2014 | Reviewed employee claims notes and reconciled against objection analysis. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2014 | Updated employee claims analysis and documented notes. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2014 | Corresponded with M. Cilia of RLKS regarding upcoming objection analysis. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/23/2014 | Updated employee claims analysis based on objection comments. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2014 | Reviewed and updated employee claims analysis per reconciliation | 1.3 | 535 | $ 695.50 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2014 THROUGH APRIL 30, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2014 | Followed up with A. Tsa of Epiq regarding certain employee claim communication documents. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2014 | Analyzed employee claims report and documented notes. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2014 | Reviewed and updated employee claims analysis per files from M. Cilia of RLKS. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/25/2014 | Updated employee objection claims analysis based on comments from Cleary | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/25/2014 | Reviewed employee claim communication documents and updated analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/30/2014 | Analyzed employee claims analysis and updated report. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 4/22/2014 | Nortel - call with Huron director review status of work streams | 0.2 | 725 | $ 145.00 |
| 25 | Case Administration | James Lukenda | 4/7/2014 | Nortel - update case correspondence | 0.3 | 725 | $ 217.50 |