# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD APRIL 1, 2014 THROUGH APRIL 30, 2014**

| Date | Professional | Cost Type | Description | Amount |
|------|--------------|-----------|-------------|--------|
|      |              |           |             | -      |