*Nortel Sale Proceeds Valuation & Allocation Summary Output*
**TABLE OF CONTENTS**

| **Exhibit Tab** | **Exhibit Title** |
|---|---|
| **Summary Output Exhibits** | |
| Summary of Residual Patents Sale Analysis | S.1.0 |
| Summary of Business Sales Analysis | S.2.0 |



*Nortel Sale Proceeds Valuation & Allocation Summary Output*
**RESIDUAL IP**
Exhibit S.1.0

*Millions USD*

| Allocation of $4.5 Billion | License (2) | Contribution Lookback Periods (3) | | | |
| --- | --- | --- | --- | --- | --- |
| | | 1991-2006 | 1991-2008 | 2001-2006 | 2001-2008 |
| US Debtors (4) | $2,493.2 | $1,929.7 | $1,917.5 | $1,733.7 | $1,748.2 |
| Canada Debtors (5) | $494.8 | $1,776.9 | $1,829.6 | $1,935.5 | $2,021.3 |
| United Kingdom Debtors | $592.7 | $389.0 | $362.1 | $283.4 | $245.0 |
| Ireland Debtors | $355.3 | $43.4 | $45.8 | $33.2 | $40.9 |
| France Debtors | $543.1 | $340.0 | $323.9 | $493.2 | $423.7 |
| NN SAS (6) | $19.9 | $19.9 | $19.9 | $19.9 | $19.9 |
| NN GmbH (7) | $1.1 | $1.1 | $1.1 | $1.1 | $1.1 |
| Total | $4,500.0 | $4,500.0 | $4,500.0 | $4,500.0 | $4,500.0 |
| US Debtors | $2,493.2 | $1,929.7 | $1,917.5 | $1,733.7 | $1,748.2 |
| Canada Debtors | $494.8 | $1,776.9 | $1,829.6 | $1,935.5 | $2,021.3 |
| EMEA Debtors | $1,512.0 | $793.4 | $752.9 | $830.8 | $730.5 |
| Total | $4,500.0 | $4,500.0 | $4,500.0 | $4,500.0 | $4,500.0 |
| US Debtors (4) | 55.4% | 42.9% | 42.6% | 38.5% | 38.8% |
| Canada Debtors (5) | 11.0% | 39.5% | 40.7% | 43.0% | 44.9% |
| United Kingdom Debtors | 13.2% | 8.6% | 8.0% | 6.3% | 5.4% |
| Ireland Debtors | 7.9% | 1.0% | 1.0% | 0.7% | 0.9% |
| France Debtors | 12.1% | 7.6% | 7.2% | 11.0% | 9.4% |
| NN SAS (6) | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| NN GmbH (7) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| US Debtors | 55.4% | 42.9% | 42.6% | 38.5% | 38.8% |
| Canada Debtors | 11.0% | 39.5% | 40.7% | 43.0% | 44.9% |
| EMEA Debtors | 33.6% | 17.6% | 16.7% | 18.5% | 16.2% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**Notes:**
(1) Based upon NPV of all non-RPE territories allocated 20 percent each to the RPE entities; see Exhibit R.3.1
(2) Total allocated value is equal to the Residual Patent sale proceeds of $4.5B less $42.85M (the values attributable to the patents held by CoreTek, Xros, Nortel Networks Application Management, Nortel GmbH and Nortel Networks France SAS)
(3) Reflects allocation of $4,457.15 according to historical R&D spend with various lookback periods; see Exhibit R.2.1
(4) Value allocated to the US includes approximately $0.00 million related to assets owned by subsidiaries not parties to the MRDA
(5) Value allocated to Canada includes approximately $21.83 million related to assets owned by subsidiaries not parties to the MRDA
(6) Value allocated to NN SAS includes approximately $19.93 million related to assets owned by subsidiaries not parties to the MRDA
(7) Value allocated to NN GmbH includes approximately $1.09 million related to assets owned by subsidiaries not parties to the MRDA



*Nortel Sale Proceeds Valuation & Allocation Summary Output*
**BUSINESS LINE IP**
Exhibit S.2.0

Page 1 of 3

*Millions USD*

| **Dollar Allocations** | All Business IP | | |
|---|---|---|---|
| | License (1) | Various (2) | 2001 - 2008 (3) |
| US Debtor | $331.5 | $326.5 | $300.0 |
| Canada Debtor | $101.2 | $314.1 | $343.2 |
| NNC | $0.1 | $0.1 | $0.1 |
| United Kingdom Debtor | $128.3 | $60.8 | $42.0 |
| Ireland Debtor | $81.8 | $7.7 | $7.0 |
| France Debtor | $122.14 | $55.83 | $72.69 |
| Total | $765.0 | $765.0 | $765.0 |
| US Debtor | $331.5 | $326.5 | $300.0 |
| Canada Debtors | $101.3 | $314.2 | $343.3 |
| EMEA Debtors | $332.3 | $124.3 | $121.7 |
| Total | $765.0 | $765.0 | $765.0 |
| **Percent Allocations** | | | |
| US Debtor | 43.3% | 42.7% | 39.2% |
| Canada Debtors | 13.2% | 41.1% | 44.9% |
| NNC | 0.0% | 0.0% | 0.0% |
| United Kingdom Debtor | 16.8% | 7.9% | 5.5% |
| Ireland Debtor | 10.7% | 1.0% | 0.9% |
| France Debtor | 16.0% | 7.3% | 9.5% |
| Total | 100.0% | 100.0% | 100.0% |
| US Debtor | 43.3% | 42.7% | 39.2% |
| Canada Debtor | 13.2% | 41.1% | 44.9% |
| EMEA Debtors | 43.4% | 16.2% | 15.9% |
| Total | 100.0% | 100.0% | 100.0% |

**Notes:**
(1) Exhibit B.1.4.1, Exhibit B.1.4.2
(2) Exhibit B.1.2.1, Exhibit B.1.2.2
(3) Exhibit B.1.3.1, Exhibit B.1.3.2



*Nortel Sale Proceeds Valuation & Allocation Summary Output*
**BUSINESS LINE IP**
Exhibit S.2.0

Page 2 of 3

*Millions USD*

| Dollar Allocations | CDMA/LTE License (1) | CDMA/LTE 1992-2008 (2) | CDMA/LTE 2001 - 2008 (3) | Enterprise License | Enterprise 1989-2008 (2) | Enterprise 2001 - 2008 (3) | MEN/Optical License (1) | MEN/Optical 1990-2008 (2) | MEN/Optical 2001 - 2008 (3) | CVAS License (1) | CVAS 1996-2008 (2) | CVAS 2001 - 2008 (3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Debtor | $95.0 | $109.3 | $100.6 | $118.4 | $107.0 | $95.8 | $54.9 | $49.0 | $44.3 | $39.2 | $30.8 | $31.3 |
| Canada Debtor | $38.8 | $104.7 | $115.0 | $30.8 | $98.6 | $109.6 | $13.8 | $45.8 | $50.8 | $9.5 | $35.6 | $35.8 |
| NNC | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.1 | $0.1 | $0.1 | $0.0 | $0.0 | $0.0 |
| United Kingdom Debtor | $44.6 | $20.7 | $14.1 | $37.4 | $19.0 | $13.4 | $17.6 | $9.0 | $6.2 | $12.4 | $6.3 | $4.4 |
| Ireland Debtor | $35.2 | $2.5 | $2.4 | $20.3 | $2.5 | $2.2 | $10.8 | $1.2 | $1.0 | $7.5 | $0.7 | $0.7 |
| France Debtor | $42.9 | $19.1 | $24.4 | $37.2 | $17.0 | $23.2 | $16.0 | $8.0 | $10.7 | $11.2 | $6.4 | $7.6 |
| Total | $256.4 | $256.4 | $256.4 | $244.3 | $244.3 | $244.3 | $113.1 | $113.1 | $113.1 | $79.9 | $79.9 | $79.9 |
| US Debtor | $95.0 | $109.3 | $100.6 | $118.4 | $107.0 | $95.8 | $54.9 | $49.0 | $44.3 | $39.2 | $30.8 | $31.3 |
| Canada Debtors | $38.8 | $104.7 | $115.0 | $30.8 | $98.6 | $109.6 | $13.9 | $45.9 | $50.9 | $9.5 | $35.6 | $35.8 |
| EMEA Debtors | $122.6 | $42.4 | $40.8 | $95.0 | $38.6 | $38.9 | $44.3 | $18.2 | $18.0 | $31.2 | $13.4 | $12.7 |
| Total | $256.4 | $256.4 | $256.4 | $244.3 | $244.3 | $244.3 | $113.1 | $113.1 | $113.1 | $79.9 | $79.9 | $79.9 |
| **Percent Allocations** | | | | | | | | | | | | |
| US Debtor | 37.0% | 42.6% | 39.2% | 48.5% | 43.8% | 39.2% | 48.6% | 43.4% | 39.2% | 49.0% | 38.6% | 39.2% |
| Canada Debtor | 15.1% | 40.8% | 44.9% | 12.6% | 40.4% | 44.9% | 12.2% | 40.5% | 44.9% | 12.0% | 44.6% | 44.9% |
| NNC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% |
| United Kingdom Debtor | 17.4% | 8.1% | 5.5% | 15.3% | 7.8% | 5.5% | 15.6% | 7.9% | 5.5% | 15.5% | 7.9% | 5.5% |
| Ireland Debtor | 13.7% | 1.0% | 0.9% | 8.3% | 1.0% | 0.9% | 9.5% | 1.0% | 0.9% | 9.4% | 0.9% | 0.9% |
| France Debtor | 16.7% | 7.5% | 9.5% | 15.2% | 7.0% | 9.5% | 14.1% | 7.1% | 9.5% | 14.1% | 8.0% | 9.5% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| US Debtor | 37.0% | 42.6% | 39.2% | 48.5% | 43.8% | 39.2% | 48.6% | 43.4% | 39.2% | 49.0% | 38.6% | 39.2% |
| Canada Debtors | 15.1% | 40.8% | 44.9% | 12.6% | 40.4% | 44.9% | 12.3% | 40.6% | 45.0% | 12.0% | 44.6% | 44.9% |
| EMEA Debtors | 47.8% | 16.5% | 15.9% | 38.9% | 15.8% | 15.9% | 39.2% | 16.1% | 15.9% | 39.0% | 16.8% | 15.9% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**Notes:**
(1) Exhibit B.1.4.1, Exhibit B.1.4.2
(2) Exhibit B.1.2.1, Exhibit B.1.2.2
(3) Exhibit B.1.3.1, Exhibit B.1.3.2



*Nortel Sale Proceeds Valuation & Allocation Summary Output*
**BUSINESS LINE IP**
Exhibit S.2.0

Page 3 of 3

*Millions USD*

| Dollar Allocations | GSM/GSM-R License (1) | GSM/GSM-R 1991-2008 (2) | GSM/GSM-R 2001-2008 (3) | MSS License (1) | MSS 1991-2008 (2) | MSS 2001-2008 (3) | Layer 4-7 License (1) | Layer 4-7 1998-2008 (2) | Layer 4-7 2001-2008 (3) | Next-Gen License (1) | Next-Gen 1992-2008 (2) | Next-Gen 2001-2008 (3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Debtor | $10.4 | $21.2 | $19.3 | $1.2 | $1.9 | $1.7 | $9.3 | $3.7 | $3.6 | $3.1 | $3.6 | $3.3 |
| Canada Debtor | $6.1 | $19.9 | $22.1 | $0.9 | $1.8 | $2.0 | $0.0 | $4.1 | $4.2 | $1.3 | $3.5 | $3.8 |
| NNC | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| United Kingdom Debtor | $14.0 | $4.0 | $2.7 | $0.9 | $0.4 | $0.2 | $0.0 | $0.7 | $0.5 | $1.5 | $0.7 | $0.5 |
| Ireland Debtor | $6.1 | $0.5 | $0.5 | $0.7 | $0.0 | $0.0 | $0.0 | $0.1 | $0.1 | $1.2 | $0.1 | $0.1 |
| France Debtor | $12.6 | $3.6 | $4.7 | $0.9 | $0.3 | $0.4 | $0.0 | $0.8 | $0.9 | $1.4 | $0.6 | $0.8 |
| Total | $49.2 | $49.2 | $49.2 | $4.5 | $4.5 | $4.5 | $9.3 | $9.3 | $9.3 | $8.5 | $8.5 | $8.5 |
| US Debtor | $10.4 | $21.2 | $19.3 | $1.2 | $1.9 | $1.7 | $9.3 | $3.7 | $3.6 | $3.1 | $3.6 | $3.3 |
| Canada Debtors | $6.1 | $19.9 | $22.1 | $0.9 | $1.8 | $2.0 | $0.0 | $4.1 | $4.2 | $1.3 | $3.5 | $3.8 |
| EMEA Debtors | $32.6 | $8.1 | $7.8 | $2.4 | $0.7 | $0.7 | $0.0 | $1.5 | $1.5 | $4.1 | $1.4 | $1.4 |
| Total | $49.2 | $49.2 | $49.2 | $4.5 | $4.5 | $4.5 | $9.3 | $9.3 | $9.3 | $8.5 | $8.5 | $8.5 |
| **Percent Allocations** | | | | | | | | | | | | |
| US Debtor | 21.2% | 43.0% | 39.2% | 26.4% | 43.0% | 39.2% | 100.0% | 39.5% | 39.2% | 37.0% | 42.6% | 39.2% |
| Canada Debtor | 12.4% | 40.6% | 44.9% | 19.1% | 40.6% | 44.9% | 0.0% | 44.1% | 44.9% | 15.1% | 40.8% | 44.9% |
| NNC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| United Kingdom Debtor | 28.4% | 8.1% | 5.5% | 19.1% | 8.1% | 5.5% | 0.0% | 7.4% | 5.5% | 17.4% | 8.1% | 5.5% |
| Ireland Debtor | 12.4% | 1.0% | 0.9% | 16.4% | 1.0% | 0.9% | 0.0% | 0.9% | 0.9% | 13.7% | 1.0% | 0.9% |
| France Debtor | 25.6% | 7.3% | 9.5% | 19.1% | 7.3% | 9.5% | 0.0% | 8.1% | 9.5% | 16.7% | 7.5% | 9.5% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| US Debtor | 21.2% | 43.0% | 39.2% | 26.4% | 43.0% | 39.2% | 100.0% | 39.5% | 39.2% | 37.0% | 42.6% | 39.2% |
| Canada Debtors | 12.4% | 40.6% | 44.9% | 19.1% | 40.6% | 44.9% | 0.0% | 44.1% | 44.9% | 15.1% | 40.8% | 44.9% |
| EMEA Debtors | 66.3% | 16.4% | 15.9% | 54.5% | 16.4% | 15.9% | 0.0% | 16.4% | 15.9% | 47.8% | 16.5% | 15.9% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**Notes:**
(1) Exhibit B.1.4.1, Exhibit B.1.4.2
(2) Exhibit B.1.2.1, Exhibit B.1.2.2
(3) Exhibit B.1.3.1, Exhibit B.1.3.2

