# Appendix 1
## Patent Licensing Revenues – Comparable Companies

Prior to the bankruptcy filing of Nortel Networks, numerous companies had operating segments for the sole purpose of patent licensing. The following table summarizes these companies and the associated revenues generated from patent licensing.

| *Millions (USD)* | Total Revenue | | | | Licensing/Royalty Revenue | | | | Percentage of Revenue | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company | 2008 | 2009 | 2010 | 2011 | 2008 | 2009 | 2010 | 2011 | 2008 | 2009 | 2010 | 2011 |
| ARM Holdings[1] | $546 | $490 | $631 | $785 | $457 | $408 | $500 | $643 | 84% | 83% | 79% | 82% |
| Qualcomm[2] | $11,142 | $10,416 | $10,982 | $14,957 | $3,622 | $3,605 | $3,659 | $5,422 | 33% | 35% | 33% | 36% |
| Texas Instruments[3] | $12,501 | $10,427 | $13,966 | $13,735 | $2,005 | $1,607 | $2,238 | $2,045 | 16% | 15% | 16% | 15% |
| Average | $8,063 | $7,111 | $8,526 | $9,826 | $2,028 | $1,873 | $2,805 | $2,703 | 44% | 44% | 43% | 44% |

There were also many companies that had established patent licensing as part of their core operations, but did not have a designated operating segment. Instead, licensing revenues were disclosed in the footnotes to their financial statements. Other companies were using patent licensing as a way of supplementing their income and maximizing their return on R&D expenditures (these companies disclosed licensing revenue as other income). Regardless of the operating structure and accounting recognition, the financial performance of these companies demonstrates that patent licensing can generate significant revenues with very high margins.[4] Most recently, Ericsson landed an agreement with Samsung that will generate SEK 2.1 billion a year with an ongoing margin of 70%.[5] The following table summarizes patent licensing revenue, as well as patent counts, for companies that had stand-alone patent licensing within their core operating segments or used patent licensing to generate "other" income.

| *Millions (USD)* | Licensing/Royalty Revenue | | | | Patent Count | | | |
|---|---|---|---|---|---|---|---|---|
| Company | 2008 | 2009 | 2010 | 2011 | 2008 | 2009 | 2010 | 2011 |
| ARM Holdings[6] | $457 | $408 | $500 | $643 | N/A | N/A | N/A | 986 |
| Qualcomm[7] | $3,622 | $3,605 | $3,659 | $5,422 | 17,100 | 22,100 | N/A | N/A |
| Texas Instruments[8] | $2,005 | $1,607 | $2,238 | $2,045 | N/A | N/A | N/A | N/A |
| Ericsson[9] | $1,161 | $627 | $684 | $905 | 24,000 | 25,000 | 27,000 | 30,000 |
| IBM[10] | $1,153 | $1,177 | $1,154 | $1,108 | 32,000 | 36,000 | 41,000 | 47,000 |
| Philips[11] | $492 | $408 | $516 | $431 | 55,000 | 48,000 | 50,000 | 54,000 |
| Microsoft[12] | $2,000 | $2,000 | $2,000 | $2,000 | N/A | N/A | N/A | 26,000 |
| Nokia[13] | N/A | 557 | 552 | 1178 | 11,000 | 11,000 | 10,000 | 10,000 |

---

[1] ARM Holdings 2008-2011 Annual Reports.
[2] Qualcomm 2008-2011 Annual Reports.
[3] Texas Instruments 2008-2011 Annual Reports.
[4] Chris Donegan, What VC and PE Practitioners Need to Know about IP, Intellectual Asset Management Magazine (Aug. 28, 2013), http://www.iam-magazine.com/issues/article.ashx?g=435de052-8afd-4048-b9a2-2cb83397c04d.
[5] Killian Bell, Samsung Agrees Licensing Deal with Ericsson to End Patent Dispute, Cult of Android (Jan. 27, 2014, 8:18 AM), http://www.cultofandroid.com/50557/samsung-agrees-licensing-deal-ericsson-end-patent-dispute/.
[6] ARM Holdings 2008-2011 Annual Reports.
[7] Qualcomm 2008-2011 Annual Reports.
[8] Texas Instruments 2008-2011 Annual Reports.
[9] Ericsson 2008-2011 Annual Reports.
[10] IBM 2008-2011 Annual Reports.
[11] Philips 2008-2011 Annual Reports.
[12] Microsoft 2008-2011 Annual Reports; Jay Yarow, Microsoft Is Making An Astonishing $2 Billion Per Year From Android Patent Royalties, Business Insider (Nov. 6, 2013, 12:36 PM), http://www.businessinsider.com/microsoft-earns-2-billion-per-year-from-android-patent-royalties-2013-11.
[13] Nokia 2008-2011 Annual Reports.