# Appendix 2
## Qualcomm – Operating & Geographic Revenues[1]

| **Product/Brand Segments** | | | | | | |
|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 5 Yr Avg |
| Integrated Circuits and Software | $5,275 | $6,717 | $6,135 | $6,695 | $8,859 | 59.8% |
| Technology Licensing | $2,772 | $3,622 | $3,605 | $3,659 | $5,422 | 33.8% |
| Wireless & Internet | $828 | $785 | $641 | $628 | $656 | 6.3% |
| Strategic Initiatives | $1 | $12 | $29 | $0 | $0 | 0.1% |
| Adjustments & Eliminations | ($5) | $6 | $6 | $0 | $20 | 0.0% |
| Total | $8,871 | $11,142 | $10,416 | $10,982 | $14,957 | |

| **Geographic Segments** | | | | | | |
|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 5 Yr Avg |
| China | $1,875 | $2,309 | $2,378 | $3,194 | $4,744 | 25.7% |
| South Korea | $2,780 | $3,872 | $3,655 | $2,913 | $2,887 | 28.6% |
| Other Global | $1,527 | $2,393 | $2,653 | $1,942 | $2,714 | 19.9% |
| Taiwan | | | | $1,360 | $2,550 | 6.9% |
| United States | $1,165 | $970 | $632 | $555 | $897 | 7.5% |
| Japan | $1,524 | $1,598 | $1,098 | $1,018 | $1,165 | 11.4% |
| Total | $8,871 | $11,142 | $10,416 | $10,982 | $14,957 | |

---

[1] Historical Qualcomm financial information – Bloomberg Terminal, accessed on February 6, 2014.