

*Nortel Licensing Model*
**VALUATION SUMMARY - GREEN METHODOLOGY**
Exhibit 1.1

### Green - with a Licensing Business (1)

| Millions USD | OT Revision | | | |
|---|---|---|---|---|
| | Canada | US | EMEA | Total |
| Net Tangible Assets | $122 | $318 | $95 | $534 |
| IP Licensing Business - Business Sales IP (3) | $98 | $1,448 | $436 | $1,982 |
| In-Place Workforce | $79 | $135 | $42 | $255 |
| Wholly-Owned Businesses | $0 | $111 | $0 | $111 |
| Total Allocation Excluding Residual IP | $298 | $2,011 | $573 | $2,883 |
| | | | | |
| Net Tangible Assets | $122 | $318 | $95 | $534 |
| IP Licensing Business - Business Sales IP (3) | $98 | $1,448 | $436 | $1,982 |
| In-Place Workforce | $79 | $135 | $42 | $256 |
| Wholly-Owned Businesses | $0 | $111 | $0 | $111 |
| IP Licensing Business - Residual IP (3) | $1,144 | $2,543 | $766 | $4,453 |
| Total Allocation Including Residual IP | $1,443 | $4,555 | $1,339 | $7,337 |
| | | | | |
| % of Total - Excluding Residual IP | 10.3% | 69.8% | 19.9% | |
| % of Total - Including Residual IP | 19.7% | 62.1% | 18.3% | |

### Green - without a Licensing Business (2)

| Millions USD | Green Analysis | | | |
|---|---|---|---|---|
| | Canada | US | EMEA | Total |
| Net Tangible Assets | $122 | $318 | $95 | $534 |
| IP Rights and Customer Relationships | $1,415 | $468 | $100 | $1,982 |
| In-Place Workforce | $79 | $135 | $42 | $255 |
| Wholly-Owned Businesses | $0 | $111 | $0 | $111 |
| Total Allocation Excluding Residual IP | $1,615 | $1,031 | $236 | $2,883 |
| | | | | |
| Net Tangible Assets | $122 | $318 | $95 | $534 |
| IP Rights and Customer Relationships | $1,415 | $468 | $100 | $1,982 |
| In-Place Workforce | $79 | $135 | $42 | $256 |
| Wholly-Owned Businesses | - | $111 | - | $111 |
| Residual Intellectual Property | $4,453 | - | - | $4,453 |
| Total Allocation Including Residual IP | $6,069 | $1,032 | $236 | $7,337 |
| | | | | |
| % of Total - Excluding Residual IP | 56.0% | 35.8% | 8.2% | |
| % of Total - Including Residual IP | 82.7% | 14.1% | 3.2% | |

**Notes:**
(1) Nortel valuation conclusions employing Green methodology with a patent licensing business. Valuation conclusions in blue were obtained from the Green Report.
(2) Green methodology without considering licensing business. See the Green Report.
(3) IP licensing business valuation is based on Green methodology - backing into a residual value for Canada (highlighted red) by calculating licensing value of US and EMEA (highlighted green). See Exhibits 1.2, 1.3, 1.4 & 1.5 for my valuation conclusions and assumptions.



*Nortel Licensing Model*
**VALUATION SUMMARY - GREEN METHODOLOGY**
Exhibit 1.2

| | Licensing Model Value | NNI | Ireland | France | NNUK | EMEA |
|---|---|---|---|---|---|---|
| RPSM Allocation Percentage (1) | | 38.50% | 1.40% | 7.70% | 2.50% | 11.60% |
| OT Business Sale IP | $3,761 | $1,448 | $53 | $290 | $94 | $436 |
| OT Residual IP | $6,606 | $2,543 | $92 | $509 | $165 | $766 |
| OT Licensing Division Scenario | $10,367 | $3,991 | $145 | $798 | $259 | $1,203 |

**Notes:**
(1) Green Report at 27 (Q1 2010 RPS Calculation).

*Nortel Licensing Model*
**VALUATION SUMMARY - GREEN METHODOLOGY**
Exhibit 1.3



**Business Line IP**





*Nortel Licensing Model*
**VALUATION SUMMARY - GREEN METHODOLOGY**
Exhibit 1.4

**Patent Licensing Business** (1)

**Business Line**     **IP Value** (2)
*Millions USD*

The CDMA Business Asset Sale:
    CDMA
    LTE
The Enterprise Solutions Business Asset Sale:
The MEN and Optical Business Asset Sale:
The CVAS Business Asset Sale:
The GSM/GSM-R Business Asset Sale:
The Multiservice Switch Business Asset Sale:
The Layer 4-7 Assets (Alteon) Business Asset Sale:
The Next-Generation Packet Core Business Asset Sale: (3)
**TOTAL**



**INPUTS** (4)

Discount Rate (6)    12.1%

**Notes:**
(1) The patent licensing business is based on the same assumptions made in my initial report. Any differences are noted here.
(2) Valuation conclusions consider the entire market
(3) Valuation conclusion does not affect Next-Gen business line because no patents were transferred in this sale.
(4) Valuation inputs were unchanged from my original analysis except those noted here.
(5) Royalty rates were obtained from the Lazard model - litigation light, low.
(6) Discount rate utilized in Green Report for existing Nortel technology.

Case 09-10138-MFW    Doc 13656-3    Filed 05/28/14    Page 5 of 5



*Nortel Licensing Model*
**VALUATION SUMMARY - GREEN METHODOLOGY**
Exhibit 1.5

**Patent Licensing Business** (1)

| Franchise<br>*Millions USD* | IP Value (2) |
|---|---|
| Smartphones (2) | |
| Wireless Infrastructure (2) | |
| Optical (2) | |
| Data Networking (2) | |
| PC (2) | |
| Internet (2) | |
| Enterprise Voice (2) | |
| Carrier Voice (2) | |
| Other | |
| TOTAL | |

| INPUTS (3) | |
|---|---|
| Discount Rate (4) | 12.1% |

**Notes:**
(1) The patent licensing business follows the same methodology disclosed in my initial report. Any differences are noted below.
(2) Valuation conclusions consider all market participants - no adjustments were made for Rockstar Consortium entities or acquirers of Nortel Business Lines.
(3) Valuation inputs were unchanged from my original analysis except those noted here.
(4) Discount rate utilized in the Green Report for existing Nortel Technology.