# **EXHIBIT A**

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/04/2014 | conference with A. Bauer regarding fee application; | 0.1 | 94.50 | 12362308 |
| Gray | William | 04/04/2014 | Work on fee application | 0.7 | 661.50 | 12305523 |
| Gray | William | 07/04/2014 | Review final monthly fee application | 0.6 | 567.00 | 12311550 |
| Gray | William | 08/04/2014 | Finalize and file fee application | 0.4 | 378.00 | 12311562 |
| Gray | William | 11/04/2014 | Review fee application time sheet admissions | 0.4 | 378.00 | 12317995 |
| Gray | William | 21/04/2014 | Work on monthly fee application | 0.7 | 661.50 | 12328780 |
| Gray | William | 24/04/2014 | Review fee application | 0.4 | 378.00 | 12334627 |
| Bauer | Alison D. | 02/04/2014 | attention to and drafting response to Fee Examiners Preliminary Report (0.7); conferences with A. Collins regarding same (0.2) | 0.9 | 733.50 | 12298665 |
| Bauer | Alison D. | 03/04/2014 | Emails regarding fee estimates including to K. Ponder (.1); conference W. Gray on fee app (.1); review T. DeMarinis mark-up (.1); confer with A. Collins (.1); draft response to Fee examiner on preliminary report (.2) | 0.6 | 489.00 | 12299720 |
| Bauer | Alison D. | 07/04/2014 | review final draft of fee application (.1); call with A. Collins (.1); call with B. Yu (.1) | 0.3 | 244.50 | 12305759 |
| Bauer | Alison D. | 07/04/2014 | attention to filing of fee application (.1); conference call A. Cordo (.1); composed email to W. Gray, A. Collins and A. Slavens re: Fee App (.1) | 0.3 | 244.50 | 12308772 |
| Bauer | Alison D. | 10/04/2014 | Research and drafting | 0.7 | 570.50 | 12311751 |
| Bauer | Alison D. | 23/04/2014 | Meet with A. Collins re: March Nortel bill (.8); follow up questions with accounting (.1) | 0.9 | 733.50 | 12332712 |
| Bauer | Alison D. | 25/04/2014 | Review of Trustee's Final Report on Quarterly Fee Application and forward same internally | 0.2 | 163.00 | 12338512 |
| Collins | Allan | 01/04/2014 | Attention to fee examiner's preliminary report for November 2013 - January 2014 | 0.4 | 118.00 | 12296419 |
| Collins | Allan | 02/04/2014 | Confer with A. Bauer regarding Fee Examiner's Preliminary Report (.2); draft response to same (1.3); confer with B. Yu in accounting regarding December 2013 disbursements (.2) | 1.7 | 501.50 | 12299398 |
| Collins | Allan | 03/04/2014 | Confer with B. Yu in accounting (.1); review T. DeMarinis edits (.3); review updated time entries (.4); confer withJ. Chetri regarding time entries (.1); confer with A. Bauer (.1) | 1.0 | 295.00 | 12302293 |
| Collins | Allan | 07/04/2014 | Multiple emails with B. Yu in accounting regarding February disbursements (.1); finalize February fee application (1.1); email A. Cordo at MNAT regarding same (.1); call with A. Bauer regarding same (.1) | 1.4 | 413.00 | 12306723 |
| Collins | Allan | 08/04/2014 | Attention Torys LLP's filed Thirty Fifth fee application (.1); calendar June 10 hearing date (.1) | 0.2 | 59.00 | 12307983 |
| Collins | Allan | 11/04/2014 | Confer with B. Yu in accounting regarding March 2014 time entries | 0.2 | 59.00 | 12315628 |
| Collins | Allan | 15/04/2014 | Review March 2014 time entries | 4.2 | 1,239.00 | 12319738 |
| Collins | Allan | 18/04/2014 | Review March 2014 time entries | 1.6 | 472.00 | 12326028 |
| Collins | Allan | 22/04/2014 | Review March 2014 time entries | 0.6 | 177.00 | 12330364 |
| Collins | Allan | 23/04/2014 | Meet with A. Bauer regarding March time entries (.8); confer with J. Chetri regarding same (.1) | 0.9 | 265.50 | 12332840 |
| Collins | Allan | 24/04/2014 | Confer with J. Brentnall in accounting regarding fee application (.1); confer with J. Chetri regarding fee application (.1); | 1.3 | 383.50 | 12336357 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | review monthly time entries (1.1) | | | |
| Collins | Allan | 25/04/2014 | Confer with J. Chetri regarding March time entries (.1); review March time entries (.6) | 0.7 | 206.50 | 12338684 |
| Collins | Allan | 28/04/2014 | Confer with J. Chetri regarding March time entries (.2); review time entries (.7) | 0.9 | 265.50 | 12341543 |
| Collins | Allan | 29/04/2014 | Review March 2014 time entries | 2.3 | 678.50 | 12343449 |
| Collins | Allan | 30/04/2014 | Email Torys team regarding informal objections to fee application (.1); email R. Fusco at MNAT regarding same (.1); review March time entries (5.5) | 5.7 | 1,681.50 | 12344927 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/04/2014 | trial preparation (3.0); attend deposition of expert witness by live-stream (3.1); | 6.1 | 5,490.00 | 12297821 |
| Bomhof | Scott A. | 02/04/2014 | trial preparation; | 3.1 | 2,790.00 | 12297824 |
| Bomhof | Scott A. | 03/04/2014 | Trial preparation (.3); attending expert witness deposition by live stream (4.0); | 4.3 | 3,870.00 | 12299829 |
| Bomhof | Scott A. | 04/04/2014 | attend deposition of NNI expert witness by video stream (2.3); trial preparation (2.0); | 4.3 | 3,870.00 | 12303212 |
| Bomhof | Scott A. | 07/04/2014 | trial preparation (2.0); meeting with J. Ericson and A. Slavens regarding trial logistics (2.1); | 4.1 | 3,690.00 | 12307291 |
| Bomhof | Scott A. | 08/04/2014 | trial preparation (2.1); reviewing issues related to production of notes reviewed by a trial witness (1.1); meet with A. Slavens, T. Yeo and S. Block regarding research (.9); | 4.1 | 3,690.00 | 12311590 |
| Bomhof | Scott A. | 09/04/2014 | reviewing issues related to pre-trial motions (.7); telephone call with I. Rosenberg and A. Gray with respect to same (.7); trial preparation (2.5); | 3.9 | 3,510.00 | 12311597 |
| Bomhof | Scott A. | 10/04/2014 | reviewing transcripts of expert depositions and prepare for trial (3.5); exchange messages with M. Barrack regarding legal issues (.3); reviewing legal (.6); | 4.4 | 3,960.00 | 12311604 |
| Bomhof | Scott A. | 11/04/2014 | trial preparation (6.2); reviewing Canadian Debtors motion regarding expert reports (1.4); | 7.6 | 6,840.00 | 12314453 |
| Bomhof | Scott A. | 12/04/2014 | reviewing witness statements and prior depositions of relevant witnesses; | 4.2 | 3,780.00 | 12314458 |
| Bomhof | Scott A. | 13/04/2014 | exchange e-mails with S. Block, A. Gray, M. Reynolds, T. Yeo and Cleary regarding trial issues (.6); trial preparation (3.2); | 3.8 | 3,420.00 | 12314462 |
| Bomhof | Scott A. | 14/04/2014 | reviewing materials and corresponding with M. Reynolds related to Goodmans motion to strike expert reports and prepare response to same (.9); telephone call with expert(1.0); trial preparation (5.2); telephone call with J. Stam regarding trial logistics (.4); | 7.5 | 6,750.00 | 12316205 |
| Bomhof | Scott A. | 15/04/2014 | reviewing and providing comments on reply to motion to shorten notice period (.7); preparing reply materials to Goodmans motion to strike expert reports (1.2); trial preparation (6.0) | 7.9 | 7,110.00 | 12320884 |
| Bomhof | Scott A. | 16/04/2014 | trial preparation (7.2); telephone call with Cleary to discuss pre-trial brief issues (1.1); | 8.3 | 7,470.00 | 12321195 |
| Bomhof | Scott A. | 17/04/2014 | trial preparation; | 6.2 | 5,580.00 | 12326441 |
| Bomhof | Scott A. | 17/04/2014 | research regarding legal issues related to allocation (3.2); attention to motion revisions (.2); | 3.4 | 3,060.00 | 12326442 |
| Bomhof | Scott A. | 18/04/2014 | trial preparation (3.1); reviewing and providing comments on US interests pre-trial motions (2.2); | 5.3 | 4,770.00 | 12326443 |
| Bomhof | Scott A. | 19/04/2014 | trial preparation and reviewing trial witness affidavits; | 6.2 | 5,580.00 | 12326446 |
| Bomhof | Scott A. | 21/04/2014 | trial preparation; | 4.1 | 3,690.00 | 12328174 |
| Bomhof | Scott A. | 22/04/2014 | discussion of trial issues with W. Gray; | 0.8 | 720.00 | 12328785 |
| Bomhof | Scott A. | 23/04/2014 | trial preparation; | 6.1 | 5,490.00 | 12333508 |
| Bomhof | Scott A. | 24/04/2014 | trial preparation (4.1); meet with Torys team regarding expert report (2.1); communication with A. Bauer re: legal issue (.2); | 6.4 | 5,760.00 | 12339131 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 25/04/2014 | trial preparation and reviewing letters related to production of deposition evidence; | 6.0 | 5,400.00 | 12339134 |
| Bomhof | Scott A. | 26/04/2014 | trial preparation; | 3.2 | 2,880.00 | 12339136 |
| Bomhof | Scott A. | 27/04/2014 | reviewing further production from the Monitor regarding prior cost sharing agreements; | 1.3 | 1,170.00 | 12339137 |
| Bomhof | Scott A. | 28/04/2014 | trial preparation | 4.3 | 3,870.00 | 12344566 |
| Bomhof | Scott A. | 29/04/2014 | Review and revise Pre-trial brief and trial preparation; | 5.0 | 4,500.00 | 12344529 |
| Bomhof | Scott A. | 30/04/2014 | Trial preparation and revise pre-trial brief; | 5.6 | 5,040.00 | 12344531 |
| Yeo | Thomas | 01/04/2014 | research for case; | 4.2 | 3,423.00 | 12296608 |
| Yeo | Thomas | 08/04/2014 | meeting with S. Bomhof, S. Block and A. Slavens re: research for case; | 0.9 | 733.50 | 12308898 |
| Yeo | Thomas | 15/04/2014 | conference call with J. Cameron, W. Gray, A. Bauer and J. Leader re: research for case; | 0.7 | 570.50 | 12319447 |
| Yeo | Thomas | 17/04/2014 | drafting part of brief for case; | 5.1 | 4,156.50 | 12326034 |
| Yeo | Thomas | 17/04/2014 | meeting with S. Block and A. Slavens re: research for case (.5); conference call with team regarding same (1.0); | 1.5 | 1,222.50 | 12378260 |
| Yeo | Thomas | 24/04/2014 | meeting with S. Block, S. Bomhof, A. Gray and D. Bereskin re: expert report; | 2.1 | 1,711.50 | 12338152 |
| Gray | Andrew | 01/04/2014 | trial preparation (0.8); reviewing expert evidence (1.3); email correspondence regarding legal research and reviewing research (0.3); | 2.4 | 1,920.00 | 12296555 |
| Gray | Andrew | 02/04/2014 | conference calls regarding upcoming discovery motion and related pretrial issues (1.4); trial preparation including document review and reviewing legal research (2.7); | 4.1 | 3,280.00 | 12299364 |
| Gray | Andrew | 03/04/2014 | email regarding trial witnesses and internal discussions regarding same (0.4); reviewing deposition transcripts (1.3); email regarding upcoming CCAA motion and reviewing motion materials (0.6); reviewing expert evidence and discussing legal issues relating to same (0.5); meet with M. Blake regarding designated exhibits (.4); | 3.2 | 2,560.00 | 12302629 |
| Gray | Andrew | 06/04/2014 | preparing for trial; | 1.8 | 1,440.00 | 12306152 |
| Gray | Andrew | 07/04/2014 | meeting with co-counsel and preparing for trial (7.5); conference call regarding trial procedures (0.3); email regarding legal research and reviewing research (0.3); | 8.1 | 6,480.00 | 12306156 |
| Gray | Andrew | 08/04/2014 | meeting and conference call to discuss trial mechanics (0.7); trial preparation (1.2); | 1.9 | 1,520.00 | 12308319 |
| Gray | Andrew | 09/04/2014 | attention to pre-trial motions (0.7); reviewing materials relating to pre-trial motions (1.2); preparing for trial (4.2); | 6.1 | 4,880.00 | 12314917 |
| Gray | Andrew | 10/04/2014 | reviewing draft affidavits (1.3); discussions regarding evidence for trial and legal issues (0.2); email regarding trial procedure and mechanics (0.1); | 1.6 | 1,280.00 | 12312539 |
| Gray | Andrew | 11/04/2014 | preparing for trial (2.7); reviewing draft affidavits and discussing same (0.8); email regarding US claims issue and research regarding same (0.3); | 3.8 | 3,040.00 | 12314903 |
| Gray | Andrew | 12/04/2014 | preparing for trial and email regarding same (0.8); | 0.8 | 640.00 | 12314907 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 13/04/2014 | preparing for trial (1.7); email and preparation regarding pre-trial motions (2.1); working on expert evidence issues (1.3); | 5.1 | 4,080.00 | 12314908 |
| Gray | Andrew | 14/04/2014 | working on expert evidence issues (1.8); drafting court materials (2.6); conference calls and email regarding trial preparation and mechanics (3.2); | 7.6 | 6,080.00 | 12317452 |
| Gray | Andrew | 15/04/2014 | conference calls regarding upcoming motions (0.9); internal discussions with S. Block regarding motions and pretrial conference (1.0); drafting and reviewing draft court documents (4.0); reviewing court filings on upcoming motions (0.9); working one expert evidence issues (0.6); | 7.4 | 5,920.00 | 12319781 |
| Gray | Andrew | 16/04/2014 | preparing for motion and discussions regarding same (2.3); preparing for trial (3.6); | 5.9 | 4,720.00 | 12323642 |
| Gray | Andrew | 17/04/2014 | preparing for and attending motion on discovery issue in claims dispute and discussing the same (4.8); working on motion materials (2.3); reviewing transcripts and affidavits regarding pre-trial steps (1.5); | 8.6 | 6,880.00 | 12325510 |
| Gray | Andrew | 18/04/2014 | revising pre-trial motion and conducting research (2.7); | 2.7 | 2,160.00 | 12325511 |
| Gray | Andrew | 19/04/2014 | working on pre-trial motions and other trial preparation (3.8); | 3.8 | 3,040.00 | 12325514 |
| Gray | Andrew | 20/04/2014 | discussions regarding pre-trial steps (0.7); reviewing draft pre-trial memorandum (1.0); reviewing legal research (0.6); ; | 2.3 | 1,840.00 | 12325517 |
| Gray | Andrew | 21/04/2014 | reviewing draft motion and providing comments (1.6); conference call and reviewing materials in connection with the pre-trial conference (1.8); conference call regarding trial fact evidence and reviewing fact evidence (1.1); reviewing legal research and draft brief (0.9); conducting legal research (1.2); reviewing and considering expert evidence and motions and correspondence relating to expert evidence (1.3); reviewing draft order regarding Orlando motion (0.1); | 8.0 | 6,400.00 | 12327140 |
| Gray | Andrew | 22/04/2014 | preparing for and attending pre-trial and discussing outcome of same and follow-up tasks (5.4); preparing for trial (0.7); working on expert evidence issues (0.9); working on pretrial brief (1.3); | 8.3 | 6,640.00 | 12330440 |
| Gray | Andrew | 23/04/2014 | reviewing evidence for trial (2.4); preparing for meetings on expert evidence (1.9); conference calls and email regarding court process and trial mechanics (1.6); | 5.9 | 4,720.00 | 12333742 |
| Gray | Andrew | 24/04/2014 | trial preparation (3.8); working on pre-trial motions and briefing (2.7); discussion with M. Reynolds and email regarding trial mechanics and planning (0.5); working on expert evidence issues (2.8); | 9.8 | 7,840.00 | 12335466 |
| Gray | Andrew | 25/04/2014 | conference call and correspondence regarding trial mechanics (0.9); working on pretrial | 5.6 | 4,480.00 | 12336558 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | motions (1.2); working on pretrial briefs (1.4); expert evidence issues (0.4); preparing for trial (1.7); | | | |
| Gray | Andrew | 26/04/2014 | working on pretrial motions (1.8); reviewing reply affidavits and other materials delivered April 25 (2.9); | 4.7 | 3,760.00 | 12336681 |
| Gray | Andrew | 27/04/2014 | working on pretrial motions (4.9); discussing trial issues and reviewing documents (1.3); conducting legal research and email regarding same (1.6); | 7.8 | 6,240.00 | 12337861 |
| Gray | Andrew | 28/04/2014 | revising pretrial motions and office conferences and calls regarding same (7.5); reviewing pretrial brief and conducting legal research (1.5); preparing for trial (1.0); | 10.0 | 8,000.00 | 12340876 |
| Gray | Andrew | 29/04/2014 | working on pretrial motions (1.7); preparing for trial (3.5); reviewing draft pretrial brief (2.9); | 8.1 | 6,480.00 | 12342890 |
| Gray | Andrew | 30/04/2014 | preparing for trial (3.8); preparing for pretrial motions (2.7); email, office conference and conference call regarding court procedures (0.4); | 6.9 | 5,520.00 | 12345243 |
| McCourt | Conor | 01/04/2014 | reviewing research results; | 2.5 | 2,625.00 | 12295900 |
| McCourt | Conor | 02/04/2014 | completing review of research results (0.9); e-mail to Tom Yeo and Adam Slavens (0.2); considering legal memorandum from Tom Yeo (1.5); | 2.6 | 2,730.00 | 12298079 |
| McCourt | Conor | 07/04/2014 | considering legal issue (0.6); considering e-mail from S. Bomhof (0.3); reviewing depositions (3.3); considering and responding to e-mail from S. Block (0.2); | 4.4 | 4,620.00 | 12305368 |
| McCourt | Conor | 11/04/2014 | considering legal research; | 1.6 | 1,680.00 | 12317941 |
| McCourt | Conor | 16/04/2014 | considering legal issues; | 7.0 | 7,350.00 | 12323513 |
| McCourt | Conor | 17/04/2014 | considering legal research; | 2.1 | 2,205.00 | 12324758 |
| McCourt | Conor | 22/04/2014 | completing legal research and drafting e-mail to Tom Yeo and Adam Slavens; | 2.3 | 2,415.00 | 12327827 |
| McCourt | Conor | 28/04/2014 | considering legal research assignment from Ezra Siller; | 0.4 | 420.00 | 12341562 |
| Slavens | Adam | 01/04/2014 | expert witness depositions; | 6.0 | 4,140.00 | 12296747 |
| Slavens | Adam | 01/04/2014 | trial preparation; | 0.4 | 276.00 | 12296749 |
| Slavens | Adam | 02/04/2014 | expert witness depositions; | 4.6 | 3,174.00 | 12299317 |
| Slavens | Adam | 03/04/2014 | expert witness depositions; | 3.5 | 2,415.00 | 12302218 |
| Slavens | Adam | 04/04/2014 | expert witness depositions; | 4.0 | 2,760.00 | 12304651 |
| Slavens | Adam | 04/04/2014 | trial preparation; | 1.5 | 1,035.00 | 12304655 |
| Slavens | Adam | 05/04/2014 | trial preparation; | 3.5 | 2,415.00 | 12304657 |
| Slavens | Adam | 06/04/2014 | trial preparation; | 1.0 | 690.00 | 12304658 |
| Slavens | Adam | 07/04/2014 | trial preparation (2.1); meet with S. Bomhof and J. Ericson (4.4); | 6.5 | 4,485.00 | 12306508 |
| Slavens | Adam | 08/04/2014 | trial preparation (3.5); meet with S. Bomhof, S. Block and T. Yeo regarding research (.9); | 4.4 | 3,036.00 | 12308869 |
| Slavens | Adam | 09/04/2014 | trial preparation; | 6.7 | 4,623.00 | 12311108 |
| Slavens | Adam | 10/04/2014 | trial preparation; | 9.7 | 6,693.00 | 12313442 |
| Slavens | Adam | 11/04/2014 | trial preparation; | 5.1 | 3,519.00 | 12315432 |
| Slavens | Adam | 12/04/2014 | trial preparation; | 3.9 | 2,691.00 | 12315430 |
| Slavens | Adam | 13/04/2014 | trial preparation; | 3.0 | 2,070.00 | 12315431 |
| Slavens | Adam | 14/04/2014 | reviewing affidavits; | 3.5 | 2,415.00 | 12317048 |
| Slavens | Adam | 14/04/2014 | trial preparation; | 1.7 | 1,173.00 | 12317052 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 15/04/2014 | finalizing, serving and filing court documents; | 2.5 | 1,725.00 | 12319728 |
| Slavens | Adam | 15/04/2014 | trial preparation; | 0.5 | 345.00 | 12319736 |
| Slavens | Adam | 16/04/2014 | trial preparation; | 6.0 | 4,140.00 | 12323537 |
| Slavens | Adam | 16/04/2014 | finalizing, serving and filing court documents; | 6.0 | 4,140.00 | 12323539 |
| Slavens | Adam | 17/04/2014 | trial preparation (5.5); meet with S. Block and T. Yeo regarding case research (.5); team conference call regarding research (1.0); | 7.0 | 4,830.00 | 12322047 |
| Slavens | Adam | 18/04/2014 | trial preparation; | 2.5 | 1,725.00 | 12322055 |
| Slavens | Adam | 19/04/2014 | trial preparation; | 1.0 | 690.00 | 12322179 |
| Slavens | Adam | 21/04/2014 | trial preparation; | 5.0 | 3,450.00 | 12326574 |
| Slavens | Adam | 22/04/2014 | preparing, serving and filing case court documents; | 1.6 | 1,104.00 | 12330330 |
| Slavens | Adam | 22/04/2014 | trial preparation; | 3.3 | 2,277.00 | 12330333 |
| Slavens | Adam | 23/04/2014 | preparing, serving and filing case court documents; | 1.0 | 690.00 | 12333480 |
| Slavens | Adam | 23/04/2014 | trial preparation; | 3.5 | 2,415.00 | 12333483 |
| Slavens | Adam | 24/04/2014 | trial preparation; | 7.0 | 4,830.00 | 12335893 |
| Slavens | Adam | 25/04/2014 | trial preparation; | 6.0 | 4,140.00 | 12336680 |
| Slavens | Adam | 25/04/2014 | reviewing court filings of core parties for case; | 0.8 | 552.00 | 12336683 |
| Slavens | Adam | 26/04/2014 | reviewing court filings of core parties for case; | 2.0 | 1,380.00 | 12336684 |
| Slavens | Adam | 26/04/2014 | trial preparation; | 1.1 | 759.00 | 12336688 |
| Slavens | Adam | 27/04/2014 | trial preparation; | 2.7 | 1,863.00 | 12337762 |
| Slavens | Adam | 28/04/2014 | trial preparation; | 9.0 | 6,210.00 | 12340852 |
| Slavens | Adam | 29/04/2014 | trial preparation; | 12.0 | 8,280.00 | 12343723 |
| Slavens | Adam | 30/04/2014 | trial preparation; | 14.4 | 9,936.00 | 12345285 |
| Reynolds | Molly | 02/04/2014 | organizing transcripts and exhibits of depositions (0.5); | 0.5 | 310.00 | 12299514 |
| Reynolds | Molly | 03/04/2014 | coordinating deposition exhibits and transcripts; | 0.7 | 434.00 | 12309496 |
| Reynolds | Molly | 07/04/2014 | organizing deposition transcripts and exhibits; | 0.5 | 310.00 | 12306175 |
| Reynolds | Molly | 11/04/2014 | Researching and discussing Canadian evidence rules with A. Nee (4.5); | 4.5 | 2,790.00 | 12312688 |
| Reynolds | Molly | 13/04/2014 | corresponding with S. Bomhof re motion materials; | 0.6 | 372.00 | 12314872 |
| Reynolds | Molly | 14/04/2014 | corresponding with A. Nee re evidence rules (0.5), corresponding with S. Bomhof and M. Decker re expert evidence motions (2.1); | 2.6 | 1,612.00 | 12316499 |
| Reynolds | Molly | 15/04/2014 | drafting motion materials; | 8.1 | 5,022.00 | 12324960 |
| Reynolds | Molly | 16/04/2014 | drafting motion materials; | 6.5 | 4,030.00 | 12324965 |
| Reynolds | Molly | 17/04/2014 | corresponding with S. Bomhof and S. Block re revisions to motion materials; | 0.4 | 248.00 | 12324975 |
| Reynolds | Molly | 21/04/2014 | meeting with I. Kara re motion materials (0.5), revising motion materials (.8); | 1.3 | 806.00 | 12326811 |
| Reynolds | Molly | 22/04/2014 | revising motion materials; | 4.7 | 2,914.00 | 12329361 |
| Reynolds | Molly | 23/04/2014 | revising motion materials; | 0.2 | 124.00 | 12334772 |
| Reynolds | Molly | 24/04/2014 | revising factum (2.2), meeting with A. Gray regarding trial issues (0.5); | 2.7 | 1,674.00 | 12334813 |
| Reynolds | Molly | 25/04/2014 | revising factum and preparing motion materials; | 1.6 | 992.00 | 12335382 |
| Reynolds | Molly | 26/04/2014 | revising motion materials; | 1.9 | 1,178.00 | 12340387 |
| Reynolds | Molly | 27/04/2014 | revising motion materials; | 3.3 | 2,046.00 | 12337766 |
| Reynolds | Molly | 28/04/2014 | revising motion materials; | 4.4 | 2,728.00 | 12340454 |
| Reynolds | Molly | 29/04/2014 | filing motion materials; | 0.9 | 558.00 | 12342505 |
| Reynolds | Molly | 30/04/2014 | researching case law; | 0.9 | 558.00 | 12345024 |
| Gotowiec | James | 23/04/2014 | office conference with E. Siller regarding | 0.3 | 147.00 | 12330681 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | research question; | | | |
| Unger | Brian | 24/04/2014 | research re case law; | 0.3 | 99.00 | 12335242 |
| Unger | Brian | 30/04/2014 | preparation for trial; | 0.1 | 33.00 | 12345288 |
| Lee | Jonathan | 15/04/2014 | witness document collection | 0.2 | 66.00 | 12318632 |
| Lee | Jonathan | 16/04/2014 | trial prep; | 1.6 | 528.00 | 12322780 |
| Lee | Jonathan | 17/04/2014 | witness document collection | 1.6 | 528.00 | 12321597 |
| Kara | Irfan | 02/04/2014 | assisting with preparation for cross examinations at trial; | 2.1 | 693.00 | 12296789 |
| Kara | Irfan | 03/04/2014 | assisting with preparation for cross examinations at trial; | 3.4 | 1,122.00 | 12298850 |
| Kara | Irfan | 04/04/2014 | assisting with preparation for cross examinations at trial; | 4.8 | 1,584.00 | 12301448 |
| Kara | Irfan | 07/04/2014 | assisting with preparation for cross examinations at trial; | 2.9 | 957.00 | 12304320 |
| Kara | Irfan | 08/04/2014 | assisting with preparation for cross examinations at trial; | 6.0 | 1,980.00 | 12306234 |
| Kara | Irfan | 09/04/2014 | assisting with preparation for cross examinations at trial; | 4.0 | 1,320.00 | 12308566 |
| Kara | Irfan | 10/04/2014 | assisting with preparation for cross examinations at trial; | 8.6 | 2,838.00 | 12310521 |
| Kara | Irfan | 11/04/2014 | assisting with preparation for cross examinations at trial; | 6.8 | 2,244.00 | 12312660 |
| Kara | Irfan | 12/04/2014 | assisting with preparation for cross examinations at trial; | 1.4 | 462.00 | 12313778 |
| Kara | Irfan | 21/04/2014 | trial preparation (1.0); drafting motion materials (5.5); meet with M. Reynolds regarding motion materials (.5); | 7.0 | 2,310.00 | 12325667 |
| Kara | Irfan | 22/04/2014 | drafting motion materials; | 6.3 | 2,079.00 | 12327198 |
| Kara | Irfan | 23/04/2014 | drafting motion materials (4.6); trial preparation (0.5); | 5.1 | 1,683.00 | 12329798 |
| Kara | Irfan | 24/04/2014 | trial preparation; | 4.3 | 1,419.00 | 12333123 |
| Kara | Irfan | 25/04/2014 | trial preparation; | 6.9 | 2,277.00 | 12335440 |
| Kara | Irfan | 26/04/2014 | trial preparation; | 0.5 | 165.00 | 12336630 |
| Kara | Irfan | 28/04/2014 | trial preparation; | 8.5 | 2,805.00 | 12338000 |
| Kara | Irfan | 29/04/2014 | trial preparation; | 5.7 | 1,881.00 | 12340970 |
| Kara | Irfan | 30/04/2014 | trial preparation; | 2.2 | 726.00 | 12342986 |
| Che | Eliot | 27/04/2014 | researching case law on proportionality in discovery; | 1.2 | 396.00 | 12337771 |
| Siller | Ezra | 22/04/2014 | research for case; | 0.3 | 108.00 | 12329373 |
| Siller | Ezra | 23/04/2014 | research for case (4.5); confer with J. Gotowiec regarding research (.3); | 4.8 | 1,728.00 | 12334735 |
| Siller | Ezra | 25/04/2014 | research for case; | 0.3 | 108.00 | 12335413 |
| Siller | Ezra | 25/04/2014 | research for case | 0.7 | 252.00 | 12347845 |
| Chan | Albert | 21/04/2014 | researching case law and legal literature; | 4.8 | 1,584.00 | 12326968 |
| Block | Sheila R. | 01/04/2014 | conference call regarding expert evidence (1.5); reviewing transcripts (0.5); and trial preparation (5.0); | 7.0 | 7,350.00 | 12295876 |
| Block | Sheila R. | 02/04/2014 | preparation for trial; | 5.5 | 5,775.00 | 12297827 |
| Block | Sheila R. | 03/04/2014 | preparation for deposition; | 5.0 | 5,250.00 | 12302311 |
| Block | Sheila R. | 04/04/2014 | preparation for Stratton and deposition; | 6.0 | 6,300.00 | 12303211 |
| Block | Sheila R. | 05/04/2014 | preparation for trial; | 8.0 | 8,400.00 | 12303285 |
| Block | Sheila R. | 06/04/2014 | preparation for trial; | 5.5 | 5,775.00 | 12303287 |
| Block | Sheila R. | 07/04/2014 | preparation for meeting with Cleary regarding trial preparation (2.6); meeting with Cleary (5.5); and further preparation for trial (1.5); | 9.6 | 10,080.00 | 12305495 |
| Block | Sheila R. | 08/04/2014 | office conference with S. Bomhof, T. Yeo and | 1.6 | 1,680.00 | 12308658 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | A. Slavens regarding legal research (0.8); and revising memo regarding trial issues (0.8); | | | |
| Block | Sheila R. | 09/04/2014 | correspondence regarding depositions and trial issues; | 0.7 | 735.00 | 12311664 |
| Block | Sheila R. | 10/04/2014 | conference call with Cleary; | 0.5 | 525.00 | 12311677 |
| Block | Sheila R. | 11/04/2014 | correspondence; | 0.4 | 420.00 | 12315639 |
| Block | Sheila R. | 12/04/2014 | initial review of filings by parties (1.2); designating deposition references (1.5); reviewing motion to strike (1.3); telephone call with Cleary regarding motion on April 22, 2014 (0.4); | 4.4 | 4,620.00 | 12315650 |
| Block | Sheila R. | 13/04/2014 | emails regarding motion to strike (1.0); reviewing evidence (0.8); | 1.8 | 1,890.00 | 12315663 |
| Block | Sheila R. | 15/04/2014 | motion materials and trial issues, emails and internal office conferences with A. Gray regarding same; | 1.0 | 1,050.00 | 12318042 |
| Block | Sheila R. | 16/04/2014 | emails re motions (0.5); reviewing motion materials re motion to shorten (0.5); conference call with counsel regarding trial issues, further call with counsel and follow up emails to Cleary (1.0); preparation for trial (2.5); and reviewing motion materials (1.0); | 5.5 | 5,775.00 | 12321018 |
| Block | Sheila R. | 17/04/2014 | trial preparation (4.8); conference call with Cleary (1.8); correspond with M. Reynolds regarding motions (.2); meet with T. Yeo and A. Slavens regarding research (.5); | 7.3 | 7,665.00 | 12325029 |
| Block | Sheila R. | 18/04/2014 | correspondence with Cleary regarding trial (0.8); and preparation for trial (5.0); | 5.8 | 6,090.00 | 12325035 |
| Block | Sheila R. | 19/04/2014 | preparation for trial; | 6.5 | 6,825.00 | 12325039 |
| Block | Sheila R. | 20/04/2014 | trial preparation; | 8.5 | 8,925.00 | 12325040 |
| Block | Sheila R. | 21/04/2014 | trial preparation; | 14.0 | 14,700.00 | 12330375 |
| Block | Sheila R. | 22/04/2014 | trial preparation; | 9.0 | 9,450.00 | 12330376 |
| Block | Sheila R. | 23/04/2014 | preparation for trial; | 8.0 | 8,400.00 | 12337353 |
| Block | Sheila R. | 24/04/2014 | prepare motion to strike (3.0); prepare for trial (1.9); internal meeting regarding expert evidence (2.1); | 7.0 | 7,350.00 | 12335458 |
| Block | Sheila R. | 25/04/2014 | preparation for trial; | 9.0 | 9,450.00 | 12337356 |
| Block | Sheila R. | 26/04/2014 | preparation for trial; | 9.5 | 9,975.00 | 12337366 |
| Block | Sheila R. | 27/04/2014 | reviewing motion materials regarding motion to strike (1.0); preparation for trial (7.5); | 8.5 | 8,925.00 | 12337368 |
| Block | Sheila R. | 28/04/2014 | preparation regarding motion to strike (1.8); preparation for trial (9.0); | 10.8 | 11,340.00 | 12341546 |
| Block | Sheila R. | 29/04/2014 | preparation for trial; | 13.0 | 13,650.00 | 12341894 |
| Block | Sheila R. | 30/04/2014 | trial preparation; | 9.5 | 9,975.00 | 12344710 |
| Cameron | John | 15/04/2014 | conference call with T. Yeo, A. Bauer, W. Gray and J. Leader; | 0.7 | 735.00 | 12318916 |
| DeMarinis | Tony | 01/04/2014 | materials and correspondence regarding expert designations and alternative allocations; | 2.5 | 2,625.00 | 12297107 |
| DeMarinis | Tony | 02/04/2014 | trial planning and preparation; | 2.3 | 2,415.00 | 12299271 |
| DeMarinis | Tony | 03/04/2014 | trial preparation, reviews and analysis (3.0); reviewing counsel exchanges on expert testimony and other matters (0.5); | 3.5 | 3,675.00 | 12301959 |
| DeMarinis | Tony | 04/04/2014 | review and planning in relation to trial pleadings and supporting materials; | 2.5 | 2,625.00 | 12304705 |
| DeMarinis | Tony | 07/04/2014 | engaged in consideration of expert reports, | 1.5 | 1,575.00 | 12306604 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | rebuttals and related documents; | | | |
| DeMarinis | Tony | 08/04/2014 | reading trial documents and counsel exchanges; | 2.8 | 2,940.00 | 12309000 |
| DeMarinis | Tony | 09/04/2014 | trial preparation and analysis (2.5); reading various documents relating to expert testimony and counsel submissions on same (1.5); | 4.0 | 4,200.00 | 12310924 |
| DeMarinis | Tony | 10/04/2014 | planning and analysis in relation to trial evidence and legal matters; | 2.5 | 2,625.00 | 12313456 |
| DeMarinis | Tony | 11/04/2014 | review, analysis and planning regarding pre-trial matters, trial protocol, and related work; | 2.5 | 2,625.00 | 12315580 |
| DeMarinis | Tony | 14/04/2014 | review and analysis of materials and correspondence on expert submissions and trial planning; | 3.7 | 3,885.00 | 12317391 |
| DeMarinis | Tony | 15/04/2014 | reading extensive expert documents and related filings, correspondence and other materials; | 3.7 | 3,885.00 | 12318340 |
| DeMarinis | Tony | 16/04/2014 | review of expert reports, motion to strike expert testimony, and other documents in pre-trial filings and exchange; | 2.5 | 2,625.00 | 12323403 |
| DeMarinis | Tony | 17/04/2014 | counsel correspondence and analysis relating to expert testimony in trial proceeding; | 2.0 | 2,100.00 | 12326045 |
| DeMarinis | Tony | 21/04/2014 | review and consideration of expert testimony materials, designations, and related correspondence and procedures; | 2.7 | 2,835.00 | 12326590 |
| DeMarinis | Tony | 22/04/2014 | analysis of various materials served by parties in connection with expert testimony and requested strikings; | 3.0 | 3,150.00 | 12330294 |
| DeMarinis | Tony | 23/04/2014 | trial reviews, analysis and planning; | 2.8 | 2,940.00 | 12333589 |
| DeMarinis | Tony | 24/04/2014 | reading expert testimony documents; | 1.0 | 1,050.00 | 12336117 |
| DeMarinis | Tony | 25/04/2014 | reading various materials served by the core parties pursuant to the trial protocol; | 2.8 | 2,940.00 | 12338627 |
| DeMarinis | Tony | 28/04/2014 | expert testimony issues and materials review; | 1.5 | 1,575.00 | 12340282 |
| Blake | Maureen | 01/04/2014 | trial database logistics; | 2.0 | 870.00 | 12296145 |
| Blake | Maureen | 02/04/2014 | trial database logistics; | 1.5 | 652.50 | 12300381 |
| Blake | Maureen | 03/04/2014 | trial database logistics; | 5.6 | 2,436.00 | 12305614 |
| Blake | Maureen | 04/04/2014 | trial database logistics; | 5.0 | 2,175.00 | 12301374 |
| Blake | Maureen | 08/04/2014 | trial database logistics; | 4.2 | 1,827.00 | 12309985 |
| Blake | Maureen | 10/04/2014 | trial database logistics; | 4.2 | 1,827.00 | 12312180 |
| Blake | Maureen | 11/04/2014 | trial database logistics; | 1.5 | 652.50 | 12316037 |
| Blake | Maureen | 15/04/2014 | trial database logistics; | 2.3 | 1,000.50 | 12318923 |
| Blake | Maureen | 17/04/2014 | trial database logistics; | 1.4 | 609.00 | 12321391 |
| Blake | Maureen | 22/04/2014 | trial database logistics; | 1.2 | 522.00 | 12335371 |
| Blake | Maureen | 25/04/2014 | trial database logistics;` | 2.0 | 870.00 | 12340376 |
| Blake | Maureen | 29/04/2014 | trial database logistics; | 1.5 | 652.50 | 12346042 |
| Hoffman | Michael B. | 10/04/2014 | Research and obtain articles regarding legal issue | 2.9 | 1,131.00 | 12314484 |
| Gray | William | 01/04/2014 | Work on allocation issues (1.3); review discovery materials (.3) | 1.6 | 1,512.00 | 12299805 |
| Gray | William | 02/04/2014 | Work on legal research memorandum regarding legal issues | 1.4 | 1,323.00 | 12299810 |
| Gray | William | 03/04/2014 | Work on allocation issues | 1.3 | 1,228.50 | 12299812 |
| Gray | William | 04/04/2014 | Work on expert witness reports (.8); work on discovery regarding patent issues (1.3) | 2.1 | 1,984.50 | 12305524 |
| Gray | William | 07/04/2014 | Work on intellectual property issues regarding patent (1.4); work on expert testimony (.8) | 2.2 | 2,079.00 | 12311552 |
| Gray | William | 08/04/2014 | Work on intellectual property issues (1.1); review expert discovery materials (.2) | 1.3 | 1,228.50 | 12311560 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 09/04/2014 | Work on intellectual property issues (1.2); review expert discovery materials (1.0) | 2.2 | 2,079.00 | 12311573 |
| Gray | William | 10/04/2014 | Work on intellectual property issues (.7); conference with A. Bauer regarding intellectual property issues (.3); work on expert discovery materials (.8) | 1.8 | 1,701.00 | 12311580 |
| Gray | William | 11/04/2014 | Work on legal issue memorandum (1.8); work on expert discovery materials (1.1) | 2.9 | 2,740.50 | 12317994 |
| Gray | William | 14/04/2014 | Review legal memorandum (1.2); research relating to legal issues (1.6) | 2.8 | 2,646.00 | 12318001 |
| Gray | William | 15/04/2014 | Conference with A. Bauer, J. Leader, T. Yeo and J. Cameron regarding legal research (.7); work on legal memorandum (1.8) | 2.5 | 2,362.50 | 12318010 |
| Gray | William | 16/04/2014 | Conference with J. Leader regarding research (2); legal research (1.3); review motion to shorten time to respond to answers and related pleadings (.4) | 1.9 | 1,795.50 | 12323699 |
| Gray | William | 17/04/2014 | Work on legal issue | 1.3 | 1,228.50 | 12323708 |
| Gray | William | 18/04/2014 | Work on legal research issues (1.4); review trial briefing issues (.8); review bondholder positions on fair valuation process (.8); review disputes regarding expert discovery materials (.7); review trial memorandum (1.3) | 5.0 | 4,725.00 | 12328772 |
| Gray | William | 21/04/2014 | Work on legal issues | 1.6 | 1,512.00 | 12328775 |
| Gray | William | 22/04/2014 | Conference with S. Bomhof regarding trial issues (.8); work on legal issue (1.6); work on valuation issues (1.2) | 3.6 | 3,402.00 | 12328788 |
| Gray | William | 23/04/2014 | Work on legal research issues (2.2); research US legal issue (.6) | 2.8 | 2,646.00 | 12334631 |
| Gray | William | 24/04/2014 | Work on legal issues (.4); meeting with A. Bauer on bankruptcy issues (.3); legal research (1.3); work on patent issues (.7) | 2.7 | 2,551.50 | 12334626 |
| Gray | William | 25/04/2014 | Work on legal issues (1.1); work on pre-trial brief issues (1.3) | 2.4 | 2,268.00 | 12344687 |
| Gray | William | 28/04/2014 | Review legal issues (.5); work on pre-trial brief (1.2) | 1.7 | 1,606.50 | 12344692 |
| Gray | William | 29/04/2014 | Work on pre-trial brief (1.5); research legal issue (.2) | 1.7 | 1,606.50 | 12344695 |
| Gray | William | 29/04/2014 | Further work on legal issues (.1); conference with A. Bauer regarding same (.2) | 0.3 | 283.50 | 12344697 |
| Gray | William | 30/04/2014 | Work on pre-trial brief | 1.8 | 1,701.00 | 12344701 |
| Bauer | Alison D. | 02/04/2014 | attention to emails from litigation team and respond regarding research issues | 0.3 | 244.50 | 12298669 |
| Bauer | Alison D. | 04/04/2014 | attention to correspondence from and to internal team on research (.3); conference call with J. Leader (.3) | 0.6 | 489.00 | 12304174 |
| Bauer | Alison D. | 07/04/2014 | Research and draft memo on intellectual issues | 5.4 | 4,401.00 | 12308777 |
| Bauer | Alison D. | 08/04/2014 | Read email from S. Bomhof re: Nortel Research (0.1); composed email to A. Collins (0.1); research and draft memo on legal issues (5.9); confer with A. Collins regarding same (0.1) | 6.2 | 5,053.00 | 12308707 |
| Bauer | Alison D. | 09/04/2014 | research and drafting | 3.7 | 3,015.50 | 12309569 |
| Bauer | Alison D. | 10/04/2014 | confer with W. Gray regarding legal issues | 0.3 | 244.50 | 12374463 |
| Bauer | Alison D. | 11/04/2014 | Revise memo | 2.0 | 1,630.00 | 12313007 |
| Bauer | Alison D. | 15/04/2014 | Analysis of litigation issues (.4); conference | 1.1 | 896.50 | 12318039 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | call with J. Cameron, T. Yeo, J. Leader and W. Gray (.7); | | | |
| Bauer | Alison D. | 23/04/2014 | Research caselaw, analysis and composed email to S. Bomhof (3.6); correspond with J. Leader regarding same (.2) | 3.8 | 3,097.00 | 12333492 |
| Bauer | Alison D. | 24/04/2014 | Call with S. Bomhof (0.2); emails to and from S. Bomhof concerning and additional research and drafting of legal memoranda (4.0); conference W. Gray on bankruptcy law issues (0.3) | 4.5 | 3,667.50 | 12335091 |
| Bauer | Alison D. | 25/04/2014 | Attention to emails on and analysis of US legal issues (.5); conference J. Leader re research for same (.2); review of J. Leader research (.4); attention to requests concerning US Bankruptcy Court docket entries (0.1) | 1.2 | 978.00 | 12338501 |
| Bauer | Alison D. | 28/04/2014 | Westlaw research and drafting of memo on US legal issues (6.4); emails to internal team re same (.3) | 6.7 | 5,460.50 | 12338996 |
| Bauer | Alison D. | 29/04/2014 | Mark up brief (2.8); confer with W. Gray (.2) | 3.0 | 2,445.00 | 12342857 |
| Leader | Jaclyn | 02/04/2014 | Review emails from A. Bauer and A. Slavens regarding legal issue (.2); research (1.2) | 1.4 | 1,022.00 | 12322084 |
| Leader | Jaclyn | 04/04/2014 | Review emails from A. Bauer and A. Slavens regarding legal research (.3); emails to A. Bauer regarding same (.2); call with A. Bauer regarding same (.3); research regarding same (1.5); draft memorandum to A. Bauer regarding same (1.1) | 3.4 | 2,482.00 | 12322062 |
| Leader | Jaclyn | 14/04/2014 | Review memorandum from A. Bauer regarding legal issues relating to U.S. patents (.3) | 0.3 | 219.00 | 12316603 |
| Leader | Jaclyn | 16/04/2014 | conference with W. Gray regarding legal issues | 0.2 | 146.00 | 12362311 |
| Leader | Jaclyn | 23/04/2014 | Review email memorandum from Cleary (.2) email and speak with A. Bauer regarding same (0.2) | 0.4 | 292.00 | 12332924 |
| Leader | Jaclyn | 25/04/2014 | Call with A. Bauer regarding US legal issue (.2); research regarding same (1.3); draft email to A. Bauer summarizing research (.2) | 1.7 | 1,241.00 | 12336391 |
| Collins | Allan | 08/04/2014 | Confer with A. Bauer regarding legal issue (.1); research relating to same (1.6) | 1.7 | 501.50 | 12308962 |
| Collins | Allan | 09/04/2014 | Legal research | 1.3 | 383.50 | 12311069 |
| Collins | Allan | 15/04/2014 | Retrieve case opinion at request of S. Bomhof | 0.2 | 59.00 | 12318896 |
| Collins | Allan | 24/04/2014 | Review US Bankruptcy Court docket (1.2); retrieve case law for S. Bomhof (.2) | 1.4 | 413.00 | 12335090 |
| Collins | Allan | 25/04/2014 | Review docket for Memorandum and send to A. Slavens | 0.3 | 88.50 | 12338604 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/04/2014 | research regarding Canadian legal issues related to allocation; | 4.0 | 3,600.00 | 12297822 |
| Bomhof | Scott A. | 03/04/2014 | reviewing research memos and analysis prepared for allocation hearing; | 3.0 | 2,700.00 | 12299832 |
| Bomhof | Scott A. | 04/04/2014 | research regarding Canadian legal issues related to allocation; | 1.9 | 1,710.00 | 12303216 |
| Bomhof | Scott A. | 06/04/2014 | exchange e-mails with S. Block and T. Yeo and research on Canadian legal issues related to allocation; | 2.3 | 2,070.00 | 12307289 |
| Bomhof | Scott A. | 07/04/2014 | research regarding Canadian legal issues related to allocation; | 3.0 | 2,700.00 | 12307290 |
| Bomhof | Scott A. | 08/04/2014 | research regarding Canadian legal issues related to allocation; | 3.4 | 3,060.00 | 12311591 |
| Bomhof | Scott A. | 09/04/2014 | research regarding Canadian legal issues related to allocation; | 4.1 | 3,690.00 | 12311598 |
| Bomhof | Scott A. | 10/04/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12311606 |
| Bomhof | Scott A. | 11/04/2014 | research regarding Canadian legal issues related to allocation; | 2.3 | 2,070.00 | 12314455 |
| Bomhof | Scott A. | 13/04/2014 | research regarding legal issues related to allocation; | 3.1 | 2,790.00 | 12314461 |
| Bomhof | Scott A. | 14/04/2014 | research regarding Canadian legal issues related to allocation (.9); team conference call regarding same (1.0); | 1.9 | 1,710.00 | 12316206 |
| Bomhof | Scott A. | 15/04/2014 | research regarding Canadian legal issues related to allocation; | 2.5 | 2,250.00 | 12320885 |
| Bomhof | Scott A. | 16/04/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12321196 |
| Bomhof | Scott A. | 18/04/2014 | research regarding Canadian legal issues related to allocation; | 2.9 | 2,610.00 | 12326445 |
| Bomhof | Scott A. | 23/04/2014 | discussing legal research issues with T. Yeo and research regarding Canadian legal issues related to allocation; | 4.1 | 3,690.00 | 12333509 |
| Bomhof | Scott A. | 24/04/2014 | research regarding Canadian legal issues related to allocation; | 1.7 | 1,530.00 | 12339132 |
| Bomhof | Scott A. | 25/04/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12339133 |
| Bomhof | Scott A. | 28/04/2014 | Canadian legal research for pre-trial brief; | 4.1 | 3,690.00 | 12344568 |
| Yeo | Thomas | 02/04/2014 | research for case; | 6.4 | 5,216.00 | 12299291 |
| Yeo | Thomas | 03/04/2014 | research for case; | 2.9 | 2,363.50 | 12304364 |
| Yeo | Thomas | 04/04/2014 | meeting with Adam Slavens re: research for case; | 0.1 | 81.50 | 12304395 |
| Yeo | Thomas | 05/04/2014 | research for case; | 3.6 | 2,934.00 | 12304376 |
| Yeo | Thomas | 06/04/2014 | research for case; | 1.5 | 1,222.50 | 12304379 |
| Yeo | Thomas | 07/04/2014 | research for case; | 0.1 | 81.50 | 12306762 |
| Yeo | Thomas | 08/04/2014 | research for case; | 0.6 | 489.00 | 12308900 |
| Yeo | Thomas | 09/04/2014 | research for case; | 0.4 | 326.00 | 12311144 |
| Yeo | Thomas | 09/04/2014 | meeting with F. House and S. Golder re: research for case; | 0.2 | 163.00 | 12311145 |
| Yeo | Thomas | 11/04/2014 | research for case; | 0.9 | 733.50 | 12378261 |
| Yeo | Thomas | 13/04/2014 | e-mails with Scott Bomhof re: research for case; | 0.2 | 163.00 | 12314898 |
| Yeo | Thomas | 14/04/2014 | conference call with S. Bomhof, A. Slavens, M. Gottlieb, M. Milne-Smith and S. Frankel re: analysis of Canadian law; | 1.0 | 815.00 | 12317049 |
| Yeo | Thomas | 14/04/2014 | research for case; | 0.4 | 326.00 | 12317051 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Yeo | Thomas | 15/04/2014 | research for case; | 3.6 | 2,934.00 | 12319452 |
| Yeo | Thomas | 16/04/2014 | research for case; | 2.5 | 2,037.50 | 12323666 |
| Yeo | Thomas | 18/04/2014 | drafting part of brief for case; | 2.1 | 1,711.50 | 12326037 |
| Yeo | Thomas | 19/04/2014 | research for case; | 0.3 | 244.50 | 12326038 |
| Yeo | Thomas | 20/04/2014 | drafting part of brief for case; | 1.0 | 815.00 | 12326039 |
| Yeo | Thomas | 21/04/2014 | drafting section for brief; | 1.7 | 1,385.50 | 12327518 |
| Yeo | Thomas | 21/04/2014 | research for case; | 0.5 | 407.50 | 12327519 |
| Yeo | Thomas | 23/04/2014 | research for case and discussing same with S. Bomhof | 0.4 | 326.00 | 12333805 |
| Yeo | Thomas | 24/04/2014 | research for case; | 2.0 | 1,630.00 | 12338153 |
| Yeo | Thomas | 25/04/2014 | research for case; | 0.1 | 81.50 | 12338185 |
| Yeo | Thomas | 27/04/2014 | research for case; | 0.3 | 244.50 | 12338198 |
| Yeo | Thomas | 28/04/2014 | research for case; | 1.9 | 1,548.50 | 12341084 |
| Yeo | Thomas | 29/04/2014 | research for case; | 2.8 | 2,282.00 | 12343049 |
| Yeo | Thomas | 29/04/2014 | reviewing draft pre-trial brief; | 1.5 | 1,222.50 | 12343052 |
| Yeo | Thomas | 30/04/2014 | reviewing pre-trial brief; | 4.0 | 3,260.00 | 12345531 |
| McCourt | Conor | 03/04/2014 | considering memorandum on equitable behaviour of trustee from A. Slavens (0.3); considering draft responses to Canadian law questions and responding to T. Yeo (0.8); | 1.1 | 1,155.00 | 12299745 |
| Slavens | Adam | 01/04/2014 | conducting Canadian legal research for case; | 2.6 | 1,794.00 | 12296748 |
| Slavens | Adam | 02/04/2014 | conducting Canadian legal research for case; | 1.7 | 1,173.00 | 12299321 |
| Slavens | Adam | 03/04/2014 | conducting Canadian legal research for case; | 2.0 | 1,380.00 | 12302228 |
| Slavens | Adam | 04/04/2014 | conducting Canadian legal research for case (3.6); meet with T. Yeo regarding research (.1); | 3.7 | 2,553.00 | 12304653 |
| Slavens | Adam | 07/04/2014 | conducting Canadian legal research for case; | 2.5 | 1,725.00 | 12306512 |
| Slavens | Adam | 08/04/2014 | conducting Canadian legal research for case; | 3.0 | 2,070.00 | 12308890 |
| Slavens | Adam | 09/04/2014 | conducting Canadian legal research for case; | 3.1 | 2,139.00 | 12311106 |
| Slavens | Adam | 10/04/2014 | conducting Canadian legal research for case; | 2.0 | 1,380.00 | 12313445 |
| Slavens | Adam | 11/04/2014 | conducting Canadian legal research for case; | 2.9 | 2,001.00 | 12315438 |
| Slavens | Adam | 14/04/2014 | conducting Canadian legal research for case (1.6); team conference call regarding same (1.0); | 2.6 | 1,794.00 | 12317050 |
| Slavens | Adam | 15/04/2014 | conducting Canadian legal research for case; | 3.2 | 2,208.00 | 12319735 |
| Slavens | Adam | 17/04/2014 | conducting Canadian legal research for case; | 2.0 | 1,380.00 | 12322050 |
| Slavens | Adam | 18/04/2014 | conducting Canadian legal research for case; | 3.0 | 2,070.00 | 12322054 |
| Slavens | Adam | 19/04/2014 | conducting Canadian legal research for case; | 7.0 | 4,830.00 | 12322180 |
| Slavens | Adam | 20/04/2014 | conducting Canadian legal research for case; | 1.8 | 1,242.00 | 12326595 |
| Slavens | Adam | 21/04/2014 | conducting Canadian legal research for case; | 5.5 | 3,795.00 | 12326575 |
| Slavens | Adam | 22/04/2014 | conducting Canadian legal research for case; | 5.0 | 3,450.00 | 12330332 |
| Slavens | Adam | 23/04/2014 | conducting Canadian legal research for case; | 4.3 | 2,967.00 | 12333482 |
| Slavens | Adam | 24/04/2014 | conducting Canadian legal research for case; | 4.0 | 2,760.00 | 12335897 |
| Slavens | Adam | 26/04/2014 | conducting Canadian legal research for case; | 3.7 | 2,553.00 | 12336686 |
| Slavens | Adam | 27/04/2014 | conducting Canadian legal research for case; | 6.0 | 4,140.00 | 12337763 |
| Slavens | Adam | 28/04/2014 | conducting Canadian legal research for case; | 3.0 | 2,070.00 | 12340853 |
| House | Frazer | 04/04/2014 | discussing legal research with S.Golder (0.2); | 0.2 | 72.00 | 12303349 |
| House | Frazer | 09/04/2014 | meet with S. Golder and T. Yeo regarding research; | 0.3 | 108.00 | 12309683 |
| House | Frazer | 23/04/2014 | conducting legal research (0.5); meet with S. Golder (.2); | 0.7 | 252.00 | 12334234 |
| House | Frazer | 24/04/2014 | conducting legal research (1.0); | 1.0 | 360.00 | 12334239 |
| House | Frazer | 30/04/2014 | conducting legal research (1.5); | 1.5 | 540.00 | 12346191 |
| Kennedy | Nick | 27/04/2014 | caselaw research for Andrew Gray; | 5.8 | 1,914.00 | 12337752 |
| Golder | Sam | 01/04/2014 | conducting Canadian legal research; | 1.6 | 528.00 | 12296706 |
| Golder | Sam | 04/04/2014 | conducting Canadian legal research (3.5); | 3.7 | 1,221.00 | 12304135 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | discussing legal research with F. House (0.2); | | | |
| Golder | Sam | 09/04/2014 | meeting with F. House and T. Yeo re: research for case (0.3); prepare for same (.1); | 0.4 | 132.00 | 12310474 |
| Golder | Sam | 10/04/2014 | preparing summaries of legal research; | 2.8 | 924.00 | 12311468 |
| Golder | Sam | 16/04/2014 | research for case (0.6); | 0.6 | 198.00 | 12322936 |
| Golder | Sam | 17/04/2014 | research for case; | 0.6 | 198.00 | 12325630 |
| Golder | Sam | 23/04/2014 | meeting with F. House re: trial summary changes (0.2); | 0.2 | 66.00 | 12333167 |
| Golder | Sam | 24/04/2014 | researching and writing email to F. House re: A. Gray's trial brief questions (0.4); | 0.4 | 132.00 | 12341265 |
| Golder | Sam | 30/04/2014 | reviewing and revising pre-trial brief; | 0.7 | 231.00 | 12350270 |
| Chan | Albert | 14/04/2014 | conducting legal research; | 1.5 | 495.00 | 12316373 |
| Cameron | John | 01/04/2014 | Canadian legal research; | 2.0 | 2,100.00 | 12298879 |
| Cameron | John | 15/04/2014 | Canadian legal research; | 1.0 | 1,050.00 | 12318850 |
| Cameron | John | 24/04/2014 | Canadian legal research; | 1.5 | 1,575.00 | 12335160 |
| DeMarinis | Tony | 02/04/2014 | trial analysis and preparation; | 2.0 | 2,100.00 | 12299273 |
| DeMarinis | Tony | 04/04/2014 | trial analysis and planning; | 2.0 | 2,100.00 | 12304704 |
| DeMarinis | Tony | 07/04/2014 | analysis of legal considerations in relation to trial, pleadings and procedure; | 2.3 | 2,415.00 | 12306603 |
| DeMarinis | Tony | 10/04/2014 | analysis in relation to trial evidence; | 1.5 | 1,575.00 | 12313458 |
| DeMarinis | Tony | 15/04/2014 | review and analysis in relation to proposed hearing of expert evidence matters in Canadian court; | 2.0 | 2,100.00 | 12318341 |
| DeMarinis | Tony | 17/04/2014 | review and analysis in relation to striking motion for NNI expert and related trial matters; | 1.7 | 1,785.00 | 12326046 |
| Mauro | Clare | 16/04/2014 | document retrieval/delivery of authorities (A. Slavens); | 0.3 | 117.00 | 12322549 |
| Mauro | Clare | 16/04/2014 | conducting legal research (M. Reynolds); | 0.8 | 312.00 | 12322701 |
| Szydlowski | Tanya | 17/04/2014 | library research re case retrieval (S. Golder); | 1.5 | 232.50 | 12321581 |
| Leader | Jaclyn | 15/04/2014 | conference call with J. Cameron, T. Yeo, W. Gray and A. Bauer; | 0.7 | 511.00 | 12362310 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 08/04/2014 | reviewing CCAA case court materials; | 2.0 | 1,380.00 | 12308893 |
| Slavens | Adam | 15/04/2014 | reviewing CCAA case court documents; | 1.9 | 1,311.00 | 12319731 |
| Slavens | Adam | 17/04/2014 | reviewing CCAA case court documents; | 1.1 | 759.00 | 12322044 |
| Slavens | Adam | 25/04/2014 | reviewing CCAA case court documents; | 1.7 | 1,173.00 | 12336679 |
| DeMarinis | Tony | 07/04/2014 | review responding motion record of Monitor for April 17 hearing and related materials; | 0.8 | 840.00 | 12306606 |
| DeMarinis | Tony | 11/04/2014 | consideration of trial arrangements in Canadian proceedings; | 0.6 | 630.00 | 12315583 |
| DeMarinis | Tony | 14/04/2014 | planning and analysis on proposed motion on expert testimony; | 1.5 | 1,575.00 | 12317393 |
| DeMarinis | Tony | 21/04/2014 | reading documents in the Canadian proceedings; | 0.8 | 840.00 | 12326591 |
| DeMarinis | Tony | 22/04/2014 | review Canadian court documents in relation to expert testimony and proposed striking; | 1.3 | 1,365.00 | 12330297 |
| DeMarinis | Tony | 24/04/2014 | review and consideration of materials filed in the Canadian proceedings, and associated legal matters; | 3.4 | 3,570.00 | 12336115 |
| DeMarinis | Tony | 25/04/2014 | review and analysis of documents filed in the Canadian proceedings; | 1.5 | 1,575.00 | 12338628 |
| DeMarinis | Tony | 28/04/2014 | materials review and consideration in relation to pending hearings; | 2.5 | 2,625.00 | 12340278 |