# **EXHIBIT B**

**Nortel**
**April 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 87 | Motion | 4/30/2014 | $ 115.87 | Motion<br>McConville, Michael; Filing Fees - Non Taxable court filing fee from ATG |
| 270 | Process Server Picking Up/Delivering | 4/22/2014 | 9.05 | delivering letter with USB key to Judges Adminstration Office; |
| 271 | Process Server Filing | 4/16/2014 | 31.66 | filing letter to Mr. Justice Newbould with attachment and affidavit of service (re Expert Reports); and letter to Mr. Justice Newbould with attachment and affidavit of service (re Objection); |
| 271 | Process Server Filing | 4/23/2014 | 31.66 | filing letter with two copies of notice of filing and affidavit of service; |
| 271 | Process Server Filing | 4/29/2014 | 31.66 | filing letter with two copies of enclosures listed in letter to Mr. Justice Newbould and USB key containing US Interests' Declarations; |
| 271 | Process Server Filing | 4/29/2014 | 31.66 | filing motion record, factum, BOA of the US Interests (Response to Motions by the Monitor and the Canadian Debtors and the CCC to Strike Expert Reports and Testimony of Bereskin and Stratton); |
| 271 | Process Server Filing | 4/29/2014 | 31.66 | filing factum of the US Interests (Response to Motion by the UK Pension Claimants to Strike the Expert Reports and Testimony of Raymond Zenkich and Jeffrey Kinrich); |
| 271 | Process Server Filing | 4/30/2014 | 31.93 | filing motion record of the US Interests (Motion to Strike Objections and Counter-designations of the Canadian Allocation Group); |
| | | | $ 199.28 | |
| 303 | Taxi & Travel | 4/7/2014 | 52.50 | Taxi & Travel<br>Gray, Andrew; Taxi/Car Service - Home Taxi from airport re meeting in NY |
| 303 | Taxi & Travel | 4/8/2014 | 22.42 | Taxi & Travel<br>Block, Sheila R.; Parking Short term parking at the airport |
| 303 | Taxi & Travel | 4/10/2014 | 70.09 | Taxi & Travel - - VENDOR: Rosedale Livery Limited  - ANDREW GRAY - MARCH 26, 2014 - |
| 303 | Taxi & Travel | 4/10/2014 | 49.28 | Taxi & Travel - - VENDOR: Rosedale Livery Limited  - ANDREW GRAY - MARCH 26, 2014 - |
| 303 | Taxi & Travel | 4/21/2014 | 44.42 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - Pearson Airport Airport taxi from 151 St. Clements (home) to Pearson Airport |
| 303 | Taxi & Travel | 4/23/2014 | 41.20 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - 151 St. Clements Airport taxi from Pearson Airport to 151 St. Clements (home) |
| 303 | Taxi & Travel | 4/28/2014 | 40.79 | Taxi & Travel<br>Kara, Irfan; Taxi/Car Service - Yonge/Bloor Taxi |
| 303 | Taxi & Travel | 4/30/2014 | 22.61 | Taxi & Travel<br>Block, Sheila R.; Parking parking at Toronto Airport for the day |
| 317 | Taxi & Travel (Out of Town) | 4/7/2014 | 43.51 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - Clearys (NYC) cab from the airport to Clearys; |
| 317 | Taxi & Travel (Out of Town) | 4/21/2014 | 51.84 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - Client Taxi in NYC from the airport to Clearys |
| 317 | Taxi & Travel (Out of Town) | 4/21/2014 | 186.11 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Lodging Hotel in NYC booked through the internet from Ontario and paid for in Canadian dollars ($197.44 plus 32.44 tax = 230.43) 04/21/2014 - 04/22/2014 |
| 317 | Taxi & Travel (Out of Town) | 4/29/2014 | 992.35 | Taxi & Travel (Out of Town) - - VENDOR: Merit Travel - Prepaid Passes  - ANDREW GRAY - APRIL 07, 2014 - YYZ-LGA-YYZ - |
| 317 | Taxi & Travel (Out of Town) | 4/29/2014 | 898.92 | Taxi & Travel (Out of Town) - - VENDOR: Merit Travel - Prepaid Passes  - SHEILA BLOCK - APRIL 07, 2014 - YYZ-LGA-YYZ - |
| 317 | Taxi & Travel (Out of Town) | 4/30/2014 | 50.18 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Travel Agent Fee Merit Booking Fee of $55 + taxes = $62.15 Merit |
| 317 | Taxi & Travel (Out of Town) | 4/30/2014 | 584.74 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Airfare - LaGuardia The price |

| | | | | |
|---|---|---|---|---|
| 317 Taxi & Travel (Out of Town) | | 4/30/2014 | 50.18 | of an Air Canada return flight = April 21 - 23, 2014 per Merit. Sheila went to Providence (personal) and returned from there. The client is being charged as if she had flown directly to NYC and directly back. The difference will not be expensed. 04/21/2014 - 04/23/2014 Merit |
| 317 Taxi & Travel (Out of Town) | | 4/30/2014 | | Taxi & Travel (Out of Town) Block, Sheila R.; Travel Agent Fee Merit fee for booking airfare to/from NYC on April 30, 2014 Merit |
| 317 Taxi & Travel (Out of Town) | | 4/30/2014 | 615.57 | Taxi & Travel (Out of Town) Block, Sheila R.; Airfare - NYC - Toronto airfare to/from NYC for all day meeting at Clearys 04/30/2014 - 04/30/2014 Merit |
| 317 Taxi & Travel (Out of Town) | | 4/30/2014 | 58.29 | Taxi & Travel (Out of Town) Block, Sheila R.; Taxi/Car Service - Clearys taxi from the airport to the client's office |
| | | | $ 3,875.00 | |
| 800 Telephone Call | | 4/1/2014 | 0.27 | Telephone Call 12122252452 - New York, NY - Time: 16:57 - Dur: 5.60 |
| 800 Telephone Call | | 4/3/2014 | 0.23 | Telephone Call 12122252972 - New York, NY - Time: 10:13 - Dur: 4.48 |
| 800 Telephone Call | | 4/4/2014 | 0.59 | Telephone Call 14426668106 - - Time: 16:58 - Dur: 12.67 |
| 800 Telephone Call | | 4/4/2014 | 0.05 | Telephone Call 12122252452 - New York, NY - Time: 17:19 - Dur: 0.72 |
| 800 Telephone Call | | 4/4/2014 | 0.05 | Telephone Call 12122252452 - New York, NY - Time: 17:21 - Dur: 0.42 |
| 800 Telephone Call | | 4/4/2014 | 0.32 | Telephone Call 19178562117 - New York, NY - Time: 18:13 - Dur: 6.32 |
| 800 Telephone Call | | 4/5/2014 | 0.05 | Telephone Call 12044442176 - Oakbank, MB - Time: 14:45 - Dur: 0.72 |
| 800 Telephone Call | | 4/15/2014 | 0.23 | Telephone Call 13023519459 - Wilmington, DE - Time: 12:51 - Dur: 4.87 |
| 800 Telephone Call | | 4/15/2014 | 3.18 | Telephone Call Global Crossing, Inv # 19072787 YEO, THOMAS |
| 800 Telephone Call | | 4/16/2014 | 0.05 | Telephone Call 12122252264 - New York, NY - Time: 16:20 - Dur: 0.73 |
| 800 Telephone Call | | 4/16/2014 | 0.18 | Telephone Call 12122252264 - New York, NY - Time: 17:57 - Dur: 3.47 |
| 800 Telephone Call | | 4/21/2014 | 0.18 | Telephone Call 12123529390 - New York, NY - Time: 09:39 - Dur: 3.15 |
| 800 Telephone Call | | 4/23/2014 | 0.90 | Telephone Call 19495339738 - Anaheim, CA - Time: 15:56 - Dur: 19.58 |
| 800 Telephone Call | | 4/27/2014 | 2.35 | Telephone Call 19178562117 - New York, NY - Time: 14:09 - Dur: 51.23 |
| | | | $ 8.63 | |
| 376 Meals | | 4/21/2014 | 19.28 | Meals Block, Sheila R.; Dinner Dinner |
| 807 Meals | | 4/9/2014 | 119.41 | Meals Meals- Lunch (8) Mar 19 2014, A. Slavens (Strat |
| 807 Meals | | 4/9/2014 | 325.66 | Meals Meals- Lunch (15) Mar 25 2014, A. Slavens (Stra |
| 807 Meals | | 4/9/2014 | 97.70 | Meals Meals- Lunch (4) Mar 26 2014, A. Slavens (McEwa |
| 807 Meals | | 4/10/2014 | 19.00 | Meals Meals- Lunch (8) Mar 30 2014, A. Slaven (McEwan |
| 807 Meals | | 4/10/2014 | 179.72 | Meals Meals- Lunch (8) Mar 30 2014, A. Slaven (McEwan |
| 807 Meals | | 4/16/2014 | 225.70 | Meals Meals- Lunch (10) Apr 07 2014, A. Slavens (McEw |

**Nortel**
**April 2014 Disbursements**

$ 986.47

| | | | | |
|---|---|---|---|---|
| 499 | Copies | 4/28/2014 | 16.01 | Copies |
| | | | | Kara, Irfan; Copies Copies from Toronto Public Library |
| 499 | Copies | 4/28/2014 | 16.01 | Copies |
| | | | | Kara, Irfan; Copies Copies from Toronto Public Library |
| 801 | Copies | 4/3/2014 | 35.70 | Copies |
| 801 | Copies | 4/6/2014 | 7.50 | Copies |
| 801 | Copies | 4/9/2014 | 0.10 | Copies |
| 801 | Copies | 4/9/2014 | 2.20 | Copies |
| 801 | Copies | 4/10/2014 | 0.10 | Copies |
| 801 | Copies | 4/10/2014 | 2.40 | Copies |
| 801 | Copies | 4/13/2014 | 0.20 | Copies |
| 801 | Copies | 4/14/2014 | 456.60 | Copies |
| 801 | Copies | 4/15/2014 | 90.00 | Copies |
| 801 | Copies | 4/15/2014 | 4.20 | Copies |
| 801 | Copies | 4/15/2014 | 7.20 | Copies |
| 801 | Copies | 4/15/2014 | 0.50 | Copies |
| 801 | Copies | 4/16/2014 | 54.80 | Copies |
| 801 | Copies | 4/16/2014 | 2.00 | Copies |
| 801 | Copies | 4/18/2014 | 0.30 | Copies |
| 801 | Copies | 4/19/2014 | 0.10 | Copies |
| 801 | Copies | 4/20/2014 | 0.40 | Copies |
| 801 | Copies | 4/22/2014 | 8.80 | Copies |
| 801 | Copies | 4/24/2014 | 0.20 | Copies |
| 801 | Copies | 4/24/2014 | 9.60 | Copies |
| 801 | Copies | 4/24/2014 | 44.10 | Copies |
| 801 | Copies | 4/25/2014 | 0.10 | Copies |
| 801 | Copies | 4/25/2014 | 0.40 | Copies |
| 801 | Copies | 4/26/2014 | 0.70 | Copies |
| 801 | Copies | 4/26/2014 | 5.90 | Copies |
| 801 | Copies | 4/28/2014 | 0.40 | Copies |
| 801 | Copies | 4/28/2014 | 67.60 | Copies |
| 801 | Copies | 4/28/2014 | 9.70 | Copies |
| 801 | Copies | 4/28/2014 | 158.60 | Copies |
| 801 | Copies | 4/29/2014 | 3.80 | Copies |
| 801 | Copies | 4/29/2014 | 26.60 | Copies |
| 801 | Copies | 4/29/2014 | 41.40 | Copies |
| 801 | Copies | 4/29/2014 | 32.20 | Copies |
| 801 | Copies | 4/30/2014 | 1.10 | Copies |
| 801 | Copies | 4/30/2014 | 57.60 | Copies |
| 808 | Laser Printing | 4/1/2014 | 15.00 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 1.30 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 61.50 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 0.20 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 12.10 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 200.80 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 0.20 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 4.60 | Laser Printing |
| 808 | Laser Printing | 4/1/2014 | 103.10 | Laser Printing |
| 808 | Laser Printing | 4/2/2014 | 31.60 | Laser Printing |
| 808 | Laser Printing | 4/2/2014 | 2.40 | Laser Printing |
| 808 | Laser Printing | 4/2/2014 | 11.60 | Laser Printing |
| 808 | Laser Printing | 4/2/2014 | 9.40 | Laser Printing |
| 808 | Laser Printing | 4/2/2014 | 564.60 | Laser Printing |
| 808 | Laser Printing | 4/2/2014 | 0.70 | Laser Printing |
| 808 | Laser Printing | 4/2/2014 | 1.30 | Laser Printing |
| 808 | Laser Printing | 4/2/2014 | 57.60 | Laser Printing |
| 808 | Laser Printing | 4/3/2014 | 5.00 | Laser Printing |
| 808 | Laser Printing | 4/3/2014 | 7.50 | Laser Printing |
| 808 | Laser Printing | 4/3/2014 | 2.30 | Laser Printing |
| 808 | Laser Printing | 4/3/2014 | 0.70 | Laser Printing |
| 808 | Laser Printing | 4/3/2014 | 2.20 | Laser Printing |
| 808 | Laser Printing | 4/3/2014 | 2.40 | Laser Printing |
| 808 | Laser Printing | 4/4/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 4/4/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 4/4/2014 | 1.40 | Laser Printing |
| 808 | Laser Printing | 4/4/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 4/5/2014 | 1.60 | Laser Printing |
| 808 | Laser Printing | 4/5/2014 | 17.60 | Laser Printing |
| 808 | Laser Printing | 4/6/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 4/6/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 4/7/2014 | 0.70 | Laser Printing |

| | | | |
|---|---|---|---|
| 808 Laser Printing | 4/7/2014 | 4.00 | Laser Printing |
| 808 Laser Printing | 4/7/2014 | 7.00 | Laser Printing |
| 808 Laser Printing | 4/7/2014 | 22.10 | Laser Printing |
| 808 Laser Printing | 4/8/2014 | 3.30 | Laser Printing |
| 808 Laser Printing | 4/8/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 4/8/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 4/8/2014 | 17.20 | Laser Printing |
| 808 Laser Printing | 4/8/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 4/8/2014 | 35.40 | Laser Printing |
| 808 Laser Printing | 4/9/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 4/9/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 4/9/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 4/9/2014 | 11.20 | Laser Printing |
| 808 Laser Printing | 4/9/2014 | 63.70 | Laser Printing |
| 808 Laser Printing | 4/10/2014 | 1.40 | Laser Printing |
| 808 Laser Printing | 4/10/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 4/10/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 4/10/2014 | 21.40 | Laser Printing |
| 808 Laser Printing | 4/10/2014 | 12.60 | Laser Printing |
| 808 Laser Printing | 4/10/2014 | 23.80 | Laser Printing |
| 808 Laser Printing | 4/10/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 4/11/2014 | 4.20 | Laser Printing |
| 808 Laser Printing | 4/11/2014 | 13.90 | Laser Printing |
| 808 Laser Printing | 4/11/2014 | 7.90 | Laser Printing |
| 808 Laser Printing | 4/13/2014 | 38.20 | Laser Printing |
| 808 Laser Printing | 4/14/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 4/14/2014 | 1.90 | Laser Printing |
| 808 Laser Printing | 4/14/2014 | 3.90 | Laser Printing |
| 808 Laser Printing | 4/14/2014 | 21.30 | Laser Printing |
| 808 Laser Printing | 4/14/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 4/14/2014 | 463.50 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 2.00 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 288.60 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 4/15/2014 | 2.10 | Laser Printing |
| 808 Laser Printing | 4/16/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 4/16/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 4/16/2014 | 6.60 | Laser Printing |
| 808 Laser Printing | 4/16/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 4/16/2014 | 30.30 | Laser Printing |
| 808 Laser Printing | 4/16/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 4.80 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 2.50 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 9.10 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 1.30 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 3.70 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 64.80 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 4/17/2014 | 2.50 | Laser Printing |
| 808 Laser Printing | 4/18/2014 | 8.00 | Laser Printing |
| 808 Laser Printing | 4/19/2014 | 6.00 | Laser Printing |
| 808 Laser Printing | 4/19/2014 | 1.70 | Laser Printing |
| 808 Laser Printing | 4/20/2014 | 31.50 | Laser Printing |
| 808 Laser Printing | 4/21/2014 | 3.60 | Laser Printing |
| 808 Laser Printing | 4/21/2014 | 23.40 | Laser Printing |
| 808 Laser Printing | 4/21/2014 | 4.50 | Laser Printing |
| 808 Laser Printing | 4/21/2014 | 7.80 | Laser Printing |
| 808 Laser Printing | 4/21/2014 | 5.90 | Laser Printing |
| 808 Laser Printing | 4/21/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 4/21/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 4/21/2014 | 35.30 | Laser Printing |
| 808 Laser Printing | 4/22/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 4/22/2014 | 10.80 | Laser Printing |
| 808 Laser Printing | 4/22/2014 | 3.30 | Laser Printing |
| 808 Laser Printing | 4/22/2014 | 5.70 | Laser Printing |
| 808 Laser Printing | 4/22/2014 | 47.90 | Laser Printing |
| 808 Laser Printing | 4/23/2014 | 164.60 | Laser Printing |
| 808 Laser Printing | 4/23/2014 | 5.60 | Laser Printing |

**Nortel**
**April 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 4/23/2014 | 24.20 | Laser Printing |
| 808 Laser Printing | 4/23/2014 | 7.10 | Laser Printing |
| 808 Laser Printing | 4/24/2014 | 7.30 | Laser Printing |
| 808 Laser Printing | 4/24/2014 | 2.90 | Laser Printing |
| 808 Laser Printing | 4/24/2014 | 3.90 | Laser Printing |
| 808 Laser Printing | 4/24/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 4/24/2014 | 2.00 | Laser Printing |
| 808 Laser Printing | 4/24/2014 | 17.20 | Laser Printing |
| 808 Laser Printing | 4/25/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 4/25/2014 | 10.80 | Laser Printing |
| 808 Laser Printing | 4/25/2014 | 18.40 | Laser Printing |
| 808 Laser Printing | 4/25/2014 | 2.10 | Laser Printing |
| 808 Laser Printing | 4/25/2014 | 32.20 | Laser Printing |
| 808 Laser Printing | 4/25/2014 | 42.60 | Laser Printing |
| 808 Laser Printing | 4/26/2014 | 3.30 | Laser Printing |
| 808 Laser Printing | 4/26/2014 | 5.90 | Laser Printing |
| 808 Laser Printing | 4/26/2014 | 5.60 | Laser Printing |
| 808 Laser Printing | 4/27/2014 | 12.20 | Laser Printing |
| 808 Laser Printing | 4/27/2014 | 3.90 | Laser Printing |
| 808 Laser Printing | 4/27/2014 | 28.40 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 4.80 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 4.40 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 36.40 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 2.60 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 34.30 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 17.40 | Laser Printing |
| 808 Laser Printing | 4/28/2014 | 37.90 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 7.30 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 41.20 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 16.30 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 17.20 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 16.80 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 23.60 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 26.40 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 7.80 | Laser Printing |
| 808 Laser Printing | 4/29/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 4/30/2014 | 48.80 | Laser Printing |
| 808 Laser Printing | 4/30/2014 | 15.80 | Laser Printing |
| 808 Laser Printing | 4/30/2014 | 16.90 | Laser Printing |
| 808 Laser Printing | 4/30/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 4/30/2014 | 8.60 | Laser Printing |
| 808 Laser Printing | 4/30/2014 | 18.40 | Laser Printing |
| 808 Laser Printing | 4/30/2014 | 16.20 | Laser Printing |
| 808 Laser Printing | 4/30/2014 | 270.40 | Laser Printing |
| 4808 Laser Printing | 4/2/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 4/2/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 4/2/2014 | 0.60 | Laser Printing |
| 4808 Laser Printing | 4/2/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 4/2/2014 | 2.10 | Laser Printing |
| 4808 Laser Printing | 4/2/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 4/2/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 4/3/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 4/3/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 4/3/2014 | 0.50 | Laser Printing |
| 4808 Laser Printing | 4/4/2014 | 2.10 | Laser Printing |
| 4808 Laser Printing | 4/4/2014 | 4.80 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 0.60 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 0.40 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 5.20 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 0.90 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 0.40 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 4/7/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 4/8/2014 | 1.20 | Laser Printing |
| 4808 Laser Printing | 4/9/2014 | 1.10 | Laser Printing |
| 4808 Laser Printing | 4/9/2014 | 1.20 | Laser Printing |
| 4808 Laser Printing | 4/9/2014 | 1.10 | Laser Printing |

**Nortel**
**April 2014 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 4808 | Laser Printing | 4/10/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 20.90 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 3.50 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 8.10 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 4/10/2014 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 4/14/2014 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 4/15/2014 | 2.30 | Laser Printing |
| 4808 | Laser Printing | 4/15/2014 | 2.30 | Laser Printing |
| 4808 | Laser Printing | 4/15/2014 | 2.30 | Laser Printing |
| 4808 | Laser Printing | 4/15/2014 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 4/28/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 4/29/2014 | 2.10 | Laser Printing |
| | | | **$ 4,867.82** | |
| 954 | Copy Preparation | 4/30/2014 | 18.25 | Copy Preparation labour; Apr-15-14, C Pellegrenni, Hand Labour, 30 min., /TW/JS/MM |
| 954 | Copy Preparation | 4/30/2014 | 36.50 | Copy Preparation labour; Apr-24-14, J Palmateer, Hand Labour, 60 min., /TW |
| 954 | Copy Preparation | 4/30/2014 | 18.25 | Copy Preparation labour; Apr-28-14, M Bojovick, Hand Labour, 30 min., /TW |
| 821 | Production Printing | 4/20/2014 | 20.35 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted productions; tabbing or inserting separator sheets ; setting stamps and document labels; |
| 821 | Production Printing | 4/30/2014 | 16.42 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted productions; tabbing or inserting separator sheets ; setting stamps and document labels; |
| 839 | LTS Laser Printing | 4/20/2014 | 126.14 | LTS Laser Printing printing images and/or transcripts from the data base; |
| 839 | LTS Laser Printing | 4/30/2014 | 94.14 | LTS Laser Printing printing images and/or transcripts from the data base; |
| | | | **$ 330.05** | |
| 811 | Binding Charges | 4/30/2014 | 24.63 | Binding Charges Apr-29-14, K Danilko, Binding Charges, x9, /TW/JS |
| 811 | Binding Charges | 4/30/2014 | 10.95 | Binding Charges Apr-02-14, I Kara, Binding Charges, x4, /TW |
| 811 | Binding Charges | 4/30/2014 | 16.42 | Binding Charges Apr-15-14, C Pellegrenni, Binding Charges, x6, /TW/JS/MM |
| 811 | Binding Charges | 4/30/2014 | 16.42 | Binding Charges Apr-28-14, M Bojovick, Binding Charges, x6, /TW |
| 811 | Binding Charges | 4/30/2014 | 8.21 | Binding Charges Apr-28-14, M Bojovick, Binding Charges, x3, /TW/JS |
| 811 | Binding Charges | 4/30/2014 | 21.90 | Binding Charges Apr-29-14, M Bojovick, Binding Charges, x8, /TW/JS |
| 811 | Binding Charges | 4/30/2014 | 10.95 | Binding Charges Apr-29-14, M Gignac, Binding Charges, x4, /JS |
| 811 | Binding Charges | 4/30/2014 | 2.74 | Binding Charges Apr-30-14, C Chipingdale, Binding Charges, x1, /MM |
| 811 | Binding Charges | 4/30/2014 | 10.95 | Binding Charges Apr-30-14, M Bojovick, Binding Charges, x4, /JS |
| 844 | Exhibit Tabs | 4/30/2014 | 7.07 | Exhibit Tabs Apr-04-14, K Danilko, Exhibit Tabs, x31, /JS |
| 844 | Exhibit Tabs | 4/30/2014 | 10.04 | Exhibit Tabs |

**Nortel**
**April 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 844 | Exhibit Tabs | 4/30/2014 | 25.55 | Apr-02-14, I Kara, Exhibit Tabs, x44, /TW Exhibit Tabs |
| 844 | Exhibit Tabs | 4/30/2014 | 10.49 | Apr-10-14, J Palmateer, Exhibit Tabs, x112, /TW Exhibit Tabs |
| 844 | Exhibit Tabs | 4/30/2014 | 2.51 | Apr-14-14, C Pellegrenni, Exhibit Tabs, x46, /TW Exhibit Tabs |
| 844 | Exhibit Tabs | 4/30/2014 | 5.25 | Apr-15-14, C Pellegrenni, Exhibit Tabs, x11, /TW/JS/MM Exhibit Tabs |
| 844 | Exhibit Tabs | 4/30/2014 | 25.32 | Apr-16-14, J Palmateer, Exhibit Tabs, x23, /JS Exhibit Tabs |
| 844 | Exhibit Tabs | 4/30/2014 | 2.74 | Apr-28-14, M Bojovick, Exhibit Tabs, x111, /TW Exhibit Tabs |
| 844 | Exhibit Tabs | 4/30/2014 | 13.91 | Apr-28-14, M Bojovick, Exhibit Tabs, x12, /TW/JS Exhibit Tabs |
| 844 | Exhibit Tabs | 4/30/2014 | 3.42 | Apr-30-14, K Powell, Exhibit Tabs, x61, /JS/MM Exhibit Tabs |
| | | | | Apr-30-14, M Bojovick, Exhibit Tabs, x15, /JS |
| | | **$** | **229.47** | |
| 822 | Courier | 4/1/2014 | 252.80 | Courier From One Liberty Plaza, to Cleary Gottlieb, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 | Courier | 4/3/2014 | 6.33 | Courier 333 Bay St,Goodmans, 79 Wellington Street West,Inv # 60245 , no pick up,1,0 |
| 822 | Courier | 4/4/2014 | 4.28 | Courier 333 Bay St,Goodmans, 79 Wellington Street West,Inv # 60245 , kunalan,1,1 |
| 822 | Courier | 4/7/2014 | 3.26 | Courier 79 Wellington Street West,Invoice # 60349, 10 Kings College Cir,University of Toronto, amy r,1,2 |
| 822 | Courier | 4/7/2014 | 30.67 | Courier 79 Wellington Street West,Invoice # 60349, 297 Laird Dr,, mail box,1,1 |
| 822 | Courier | 4/29/2014 | 52.28 | Courier From One Liberty Plaza, to Clearly Gottlieb Steen & Hamilton L, 79 WELLINGTON ST WEST, Ref #100666 |
| | | **$** | **349.62** | |
| 826 | Data/Project Management | 4/20/2014 **$** | 8.59 | Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. |
| 827 | Transcripts | 4/20/2014 | 759.86 | Transcripts loading, checking and formatting electronic transcripts; |
| 827 | Transcripts | 4/30/2014 | 72.99 | Transcripts loading, checking and formatting electronic transcripts; |
| | | **$** | **832.85** | |
| 829 | Electronic Document Loading | 4/20/2014 | 34.37 | Electronic Document Loading loading and manipulating data medias from vendors and/or other parties in order to input into a database; |
| 829 | Electronic Document Loading | 4/30/2014 | 8.67 | Electronic Document Loading loading and manipulating data medias from vendors and/or other parties in order to input into a database; |
| | | **$** | **43.04** | |
| 831 | Additional Coded Fields | 4/20/2014 | 25.78 | Additional Coded Fields inputting additional searchable descriptive information regarding each scanned document, in specified database fields; |

**Nortel**
**April 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 831 | Additional Coded Fields | 4/30/2014 | 0.68 | Additional Coded Fields inputting additional searchable descriptive information regarding each scanned document, in specified database fields; |
| | | | $ 26.46 | |
| 834 | E-Discovery Data Management | 4/30/2014 | 140.51 | E-Discovery Data Management involves data manipulation, (i.e. processing Exc el spreadsheets), dealing with password protecti on and similar tasks; |
| 836 | E-Discovery Consulting | 4/20/2014 | 515.62 | E-Discovery Consulting e-discovery project consulting; |
| 837 | E-Discovery Processing (/MB) | 4/20/2014 | 643.89 | E-Discovery Processing (/MB) E-discovery project set-up, extraction of metada ta and documents, OCR, Native File, Deduplicatio n, & filtering services; Minimum charge of $15 0 to a maximum charge of $1,100; |
| 837 | E-Discovery Processing (/MB) | 4/30/2014 | 136.86 | E-Discovery Processing (/MB) E-discovery project set-up, extraction of metada ta and documents, OCR, Native File, Deduplicatio n, & filtering services; Minimum charge of $15 0 to a maximum charge of $1,100; |
| | | | $ 1,436.88 | |
| 4196 | Word Processing | 4/13/2014 | $ 67.50 | Word Processing Client Billing Summary Report Ending 4/13/14 |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 4/19/2014 | 280.43 | On Line Research Charges -WestlaweCarswell Excl. |
| 885 | On Line Research Charges - Quicklaw | 4/4/2014 | 22.54 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 4/10/2014 | 4.02 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 4/14/2014 | 6.44 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 4/16/2014 | 258.45 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 4/16/2014 | 157.00 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 4/17/2014 | 79.70 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 4/25/2014 | 16.10 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 4/28/2014 | 96.61 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 4/30/2014 | 7.32 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/1/2014 | 91.36 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/2/2014 | 108.55 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/3/2014 | 179.11 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/4/2014 | 54.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/6/2014 | 32.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/10/2014 | 16.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/10/2014 | 65.13 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/11/2014 | 16.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/15/2014 | 189.06 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/16/2014 | 28.49 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/16/2014 | 16.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/16/2014 | 203.54 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/16/2014 | 192.68 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/16/2014 | 16.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/17/2014 | 24.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/17/2014 | 30.30 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/18/2014 | 48.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/18/2014 | 523.76 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/19/2014 | 32.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/21/2014 | 325.66 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/21/2014 | 385.36 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/21/2014 | 113.98 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/22/2014 | 32.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/23/2014 | 566.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/23/2014 | 81.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/23/2014 | 464.06 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/24/2014 | 48.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/24/2014 | 48.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/24/2014 | 48.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/25/2014 | 16.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Carges -WestlaweCarswell Incl. | 4/25/2014 | 65.13 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/25/2014 | 56.99 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/25/2014 | 48.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/26/2014 | 81.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/27/2014 | 16.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/27/2014 | 284.04 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/28/2014 | 148.35 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/29/2014 | 130.26 | On Line Research Charges -WestlaweCarswell Incl. |

**Nortel**
**April 2014 Disbursements**

| Code | Description | Date | Amount | Description |
|---|---|---|---|---|
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/29/2014 | 32.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/30/2014 | 906.01 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 4/30/2014 | 16.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 4885 | On Line Research Charges - Westlaw Excl. | 4/23/2014 | 178.56 | On Line Research Charges - Westlaw Excl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/2/2014 | 631.47 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/4/2014 | 656.53 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/8/2014 | 1,122.22 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/9/2014 | 925.78 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/10/2014 | 2,566.63 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/14/2014 | 323.36 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/16/2014 | 272.19 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/17/2014 | 130.65 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/17/2014 | 131.05 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/18/2014 | 135.94 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/23/2014 | 328.71 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 4/28/2014 | 1,509.01 | On Line Research Charges - Westlaw Incl. |
|  |  |  | **$ 15,628.96** |  |
|  |  |  | **$ 29,006.49** |  |