Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
(COMMERCIAL LIST)
IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>    NORTEL NETWORKS, INC., *et al.*,<br>                                    Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**EXHIBIT "B" TO THE AFFIDAVIT OF ANGELA ANDERSON**
**AFFIRMED APRIL 25, 2014**

Signed: _____

ANGELA ANDERSON

Date:    April 25, 2014

Before me: _____

NOTARY PUBLIC

*Vu pour la seule légalisation matérielle de la signature de Madame Angela ANDERSON, sans lecture ni traduction du présent document. Fait à Moupins, le 25/04/2014.*



To:        Carbone, Peter [CAR:5049:EXCH][PETERCA@AmericasM01.nt.com]; Stark, Ryan
[CAR:1A00:EXCH][rstark@americasm01.nt.com]; Langlois, Mike
[CAR:OM0A:EXCH][llanglois@americasm01.nt.com]; Quinn, Gordon
[RICH1:4421:EXCH][quinn@americasm01.nt.com]; Javed, Al
[CAR:2A60:EXCH][aljaved@americasm01.nt.com]; Hudson, David
[CAR:6955:EXCH][dvhudson@americasm01.nt.com]; Wallace, Rod
[CAR:0S00:EXCH][rod.wallace@americasm01.nt.com]; Fortin, Jean-Pierre
[CAR:0090:EXCH][fortinj@americasm01.nt.com]; Peleato, Pam
[CAR:0090:EXCH][ppeleato@americasm01.nt.com]; Junkin, Bill
[CAR:0090:EXCH][junkincw@americasm01.nt.com]; Hashim, Paul
[RICH1:N237:EXCH][phashim@americasm01.nt.com]; Fako, Erik
[NC2:9785:EXCH][efako@americasm01.nt.com]; Wallis, Helen
[HAL02:8305:EXCH][Helen.Wallis@europem01.nt.com]; Cianciolo, Christopher
[BL60:N237:EXCH][Chris_Cianciolo@americasm01.nt.com]; Anderson, Angela
[HAL02:8306:EXCH][amander@europem01.nt.com]; de Wilton, Angela
[CAR:0090:EXCH][dewilton@americasm01.nt.com]; Weiss, Richard
[RICH1:N237:EXCH][weissr@americasm01.nt.com]; Vella, Matthew
[RICH1:N237:EXCH][mvella@americasm01.nt.com]; Tiegerman, Bernard
[RICH1:N237:EXCH][btiegerm@americasm01.nt.com]; Dean, Afzal
[CAR:0090:EXCH][adean@americasm01.nt.com]; Jensen, Eric
[NC2:9785:EXCH][ejensen@americasm01.nt.com]; Morfe, Claudio
[MOP:8310:EXCH][clmorfe@europem01.nt.com]; Foster, Steve
[CAR:NP00:EXCH][sfoster@americasm01.nt.com]; Mistry, Nalin
[CAR:6955:EXCH][nalin@americasm01.nt.com]; DiPerna, Dino
[CAR:QA00:EXCH][diperna@americasm01.nt.com]; GUTCHER, JIM
[CAR:1790:EXCH][JIMGU@AmericasM01.nt.com]; Yoakum, John
[NC1:4154:EXCH][yoakum@americasm01.nt.com]; Edholm, Phil
[SC100:4154:EXCH][pedholm@americasm06.nt.com]
From:        Vynalek, Jack [NC2:9785:EXCH]
Sent:        Wed 11/10/2004 8:35:47 PM
Importance:        Normal
Subject:    2005 IP Program Structure and Process
CTO IPR Review v3.0.ppt

All,

Attached hereto are slides with agenda and objectives for tomorrow's meeting.

Thanks,

Jack

ibject to Attorney Client and Joint Privilege

Native File Produced

ibject to Attorney Client and Joint Privilege

US_EMEA_Canada_PRIV_00048629



# 2005 Patent Program and Technology Focus Areas

IP Law Group
November 11, 2004

NORTEL INTERNAL USE ONLY - SPECIAL HANDLING – CONFIDENTIAL AND PRIVILEGED    1

# Meeting Objectives

> Discuss changes in Patent Program for 2005

> Review IP Landscape: importance of Nortel Technology Focus Areas

> Review proposed Technology Focus Areas & obtain feedback and CTO/LC agreement

> Obtain CTO/LC support of the technology portfolio review team process and identify the technical advisers for each of the portfolio teams

NORTEL INTERNAL USE ONLY - SPECIAL HANDLING – CONFIDENTIAL AND PRIVILEGED

2

# Changes from 2004 Patent Program

> 50% reduction in 2005 new filing budget from 2004

> Substantial budget reduction for managing existing patent portfolio which involves prosecuting existing applications and maintaining issued patents

Need to be *very selective*

both in new patent filings, and what we keep in the patent portfolio

> Change from LC Review teams to 4 Technology Portfolio review teams

Define Nortel technology focus areas to guide decision process

Identify representatives for each Technology Portfolio team

Wired Access

Wireless Access

Edge and Core

Services and Cross Network Technologies

Identify IP Law business liaisons for major business units

NORTEL INTERNAL USE ONLY - SPECIAL HANDLING – CONFIDENTIAL AND PRIVILEGED    3

# IP Landscape

| Technology Focus Areas | Business Value to Nortel | IP Law Group Action |
|---|---|---|
| Key next generation products and solutions for Nortel (and/or partners and competitors) | Longer term Nortel revenue & business value<br>> product/solution protection<br>> licensing for business value & revenue, defense | Key focus areas for new patents and building patent portfolio for future exploitation value (license/defense) |
| Current and near term Nortel products and solutions | Current and near term Nortel revenue & business value<br>> product/solution protection<br>> licensing for business value & revenue, defense | Key focus areas for current patent applications and patents using patent portfolio for product support, defense and license programs. |
| Former Nortel products, solutions and technology focus areas | Past or declining Nortel product & revenue focus<br>> licensing for business value & revenue, defense<br>>residual value limited to selected patents | Focus areas for existing patents using patent portfolio only for defense or license value; cull or sell the rest. |

NORTEL  INTERNAL USE ONLY - SPECIAL HANDLING – CONFIDENTIAL AND PRIVILEGED    4

# Triage technology focus areas for patent portfolio actions –see details in next three slides

> **1. Key Next Gen Products and Solutions for Nortel** (and/or Partners and Competitors) - *building patent portfolio for future value*

> **Proactively Seek Invention Disclosures for Preferential Filing and Preferentially Prosecute Existing Filings**

> **2. Current & Near Term Nortel Products and Solutions –** *maximizing value in current patent portfolio*

> **Preferentially Prosecute Existing Filings**

> **3. Former Nortel Products, Solutions & Tech Focus Areas –** *identifying residual value or cost reduction opportunities*

> **Preferentially Cull Anything We Can't Sell or License or that does not have clear Defensive Value against Identified Competitors**

NORTEL INTERNAL USE ONLY - SPECIAL HANDLING – CONFIDENTIAL AND PRIVILEGED

# Key Next Gen Products and Solutions for Nortel (and/or Partners and Competitors)

**Proactively Seek Invention Disclosures for Preferential Filing and Preferentially Prosecute Existing Filings**

**Layer 4-7 Services and Applications that provide Market Differentiation**

- Multimedia/Video Services that Enrich Content or Experience / Support Collaboration & Productivity
- Making Services Available from More Locations & More Devices
- Middleware for Connectivity of Applications, Peer to Peer Applications
- Migration of Feature Processing from End User Devices into Network
- Disruptive CPE Applications & Technology

**Ntwk Mgmt that provides Market Differentiation in Service Capability, Reliability, Security, Cost**

- Policy Management
- Accounting/Billing Support for New Services

**Network Edge Technologies that Enable Market Differentiation**

- Enabling New Services or Service Convergence
- Enabling Improved Security (Identity, Applications & Services, Content Protection)
- Delivering and Monitoring Service-Appropriate QoS

**Network Architectures that Provide End to End Solutions**

- Enabling Service Convergence - 3G Serving Nodes, Wireless/Wireline Access G/Ws
- Broadband Connectivity - OFDM-MIMO and Wireless Mesh WLANs, BBFWA, PON
- Content & Application Services through Content & Application Aware Infrastructure
- Network Storage

**Network Core Technologies that provide Market Impact on Cost and/or Performance**

- Disruptive Router Cost and/or Performance Improvements
- Disruptive Optical Network Cost and/or Performance Improvements

NORTEL INTERNAL USE ONLY - SPECIAL HANDLING – CONFIDENTIAL AND PRIVILEGED        6

# Current & Near Term Nortel Products and Solutions

## Preferentially Prosecute Existing Filings

Current Wireless Product Thrusts - CDMA, UMTS, GSM including

BSC/RNC Evolution – CDMA, GSM & UMTS products (including BSC, RNC, UTRAN, BSCe3, CCPDS, CBRS, CSVS, CSIS)

BTS Evolution – CDMA, GSM & UMTS products (including BTS evolutions, compact BTS, Metrocell, iBTS, and UMTS Systems/Solutions)

Home Location Register (HLR) – GSM/UMTS evolution, 3rd party H/W & S/W, massive scalability (R4, R5& HSS )

Mobile Switching Center (MSC) – evolution of core ntwk call processing (GSM, UMTS, CDMA, TDMA & AMPS cct & pkt voice)

Cost Reduction Technologies - High Efficiency Linear Power Amps ("HELPA"), Duplexers, ASICs, BTS Cable Reduction Tech

802.xx WLANs - including 802.11, 802.16

Current Wireline Product Thrusts

Multi Service Edge (Formerly Neptune)

Multimedia Communications Server (MCS)

Succession

Current Enterprise Product Thrusts

Communication Applications - Customer Contact, Voice Portals, and Directory Services

IP PBXs

Network Connectivity - Ethernet switching, routing

Security Solutions - Access, authentication, firewall, NAT, border control

Current Optical Product Thrusts

Optical Multi-service Edge (OME)

OPTera Connect HDX

Common Photonic Layer

LH DT

ASON / ASTN

Next Generation SONET/SDH

Optical Ethernet

IP Routing

Ethernet Switching

MPLS

Advanced Interconnect and Cost Reduction - high speed and high density design techniques.

NORTEL INTERNAL USE ONLY - SPECIAL HANDLING -- CONFIDENTIAL AND PRIVILEGED

7

# Former Nortel Products, Solutions & Tech Focus Areas

**Preferentially Cull Anything We Can't Sell or License or that does not have clear Defensive Value against Identified Competitors**

**ATM, Token Ring and other declining Data technologies** (other than fundamental or std essential patents)

**DSL** (other than fundamental or standards essential patents)

**AMPS/TDMA** (other than patents also applicable to GSM  3G)

**TDM / Circuit Switching and Circuit Switched Services** - wireless & wireline

**Legacy Terminals, Key Systems and PBXs**

**Physical Design and PCBs without Disruptive Cost or Performance Impact**

**Electronic Circuits (at the Building Block level)**

**Optical Components**

**Semiconductor Devices and Processes**

**Cable and Connector Structures**

NORTEL  INTERNAL  USE ONLY - SPECIAL HANDLING – CONFIDENTIAL AND PRIVILEGED    8

# Feedback/Discussion

> Reach concurrence on Nortel Technology Focus Areas

> Technology Portfolio Review Team structure

> Services & Cross Network Technologies    -CTO / LC team members?
> Network Edge & Core                      -CTO / LC team members?
> Wireless Access                          -CTO / LC team members?
> Wired Access                             -CTO / LC team members?

> Identification of programs aligned with key next generation products & solutions and appropriate program contacts

> Need inputs by November 30 to enable ongoing review of invention disclosures for filing and to feed prosecution, maintenance & further filing decisions

NORTEL INTERNAL USE ONLY - SPECIAL HANDLING – CONFIDENTIAL AND PRIVILEGED    9