Court File No.: 09-CL-7950

# ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

- and -

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re<br>NORTEL NETWORKS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
|---|---|

**EXHIBIT "C" TO THE AFFIDAVIT OF ANGELA ANDERSON**
**AFFIRMED APRIL 25, 2014**

Signed: _____[signature]_____
ANGELA ANDERSON

Date: April 25, 2014

Before me: _____

NOTARY PUBLIC

*[Handwritten notarial note in French, with seal of Olivier LESCANE, Notary:]*
Vu pour la seule légalisation matérielle de la signature de Madame Angela ANDERSON, sans lecture ni traduction du présent document. Fait à Hospins, le 25/04/2014.

EXHIBIT
31305
14 10/31/13

| | |
|---|---|
| From: | Junkin, Bill [CAR:0090:EXCH] |
| Sent: | Thursday, April 25, 2002 12:05 PM |
| To: | Gigliotti, Tom [NC2:9545:EXCH]; Collins, Timothy [SKY:0311:EXCH]; Lasalle, Bill [MOP:8310:EXCH]; Vynalek, Jack [NC2:9546:EXCH]; Cianciolo, Chris [BL60:N116:EXCH]; Hashim, Paul [RICH1:9784:EXCH]; Mcguinness, Lindsay [BL60:9546:EXCH]; Anderson, Holmes [BL60:9546:EXCH]; Morgan, Todd [NC2:9546:EXCH]; Fako, Erik [NC2:9546:EXCH]; Bewley, Ewan [HAL02:8306:EXCH]; Anderson, Angela [HAL02:8306:EXCH]; Weiss, Richard [RICH1:N237:EXCH]; de Wilton, Angela [CAR:0090:EXCH]; Vella, Matthew [RICH1:N237:EXCH]; Tiegerman, Bernard [RICH1:N237:EXCH]; Wilkinson, Stuart [BRAM:0314:EXCH]; Witcher, Rick [NC2:9546:EXCH] |
| Cc: | Lewis, Lorelei [RICH1:N237:EXCH]; Mckenzie-Wardell, D Barbara [GNWD:N237:EXCH]; Mallon, Jennifer [CAR:0090:EXCH]; Fisher, Arthur [BRAM:9540:EXCH]; Potvin, Judy [CAR:0090:EXCH] |
| Subject: | Tech Expo Patent Showcase - Proposal Based on Your Inputs |
| Importance: | High |

**Thanks for you efforts over the past couple of days to get me the information I requested on an urgent basis.**

**Based on the information, I have pulled together this proposal** for 30 inventors to be interviewed, with 13 alternatives identified should some of the 30 selections not work out:

Tech Expo Proposal Apr25.xls

The **List tab** lists the 30 inventors (or in some cases "Lennon/McCartney" pairs of inventors), a brief statement of the Reasons for their selection, and my Sources of information for each selection.

I hope that the brief statement of Reasons will enable the interviewer to bring out some of the points that we would made in the profile.

Where the selection is based primarily on 1 or 2 patents, I have listed any co-inventors still at Nortel since they should probably be mentioned (and possibly interviewed) to reduce possible resentment.

The **Chart Tab** illustrates the "demographics" of the selections I made. My selections were intended to balance the desire to recognize those with the "best" case for recognition with the desire for a good spread of inventors by location, business/technology and Reasons containing messages we would like to get out.

**My selections are debatable, so please speak up if you think they should be modified, but there is limited time for debate.** Given the deadlines imposed by the interview process, I plan to forward this proposal (or a modified proposal based on your comments) to the Tech Expo people tomorrow (Friday) morning.

(I am attempting to send this at 10:45 am Thursday - I apologize for any delay in getting it to you, but my email server is down - I will distribute it as soon as I am able to give you as much time as I can to comment.)

(This is an update of an earlier version that I was unable to recall from some of you - it provides missing Reasons for 3 inventors and relocates 2 inventors to their actual locations.)

**Bill Junkin**

1

CONFIDENTIAL                                              NNC-NNL06570644 / 1

(613)768-3013 (ESN 398)
Fax (613)768-3017 (ESN 398)

2

CONFIDENTIAL                                    NNC-NNL06570644 / 2

NNC-NNL0657064S

| | | Ottawa | Harlow | Boston | Richardson | RTP | Other Europe | Other US | Other CA | Total entries so far | | Selected Entries | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Optical | Systems | Grimes, Roberts, Serack | Jolley | | Flanagan | | | | | 7 | 16% | 5 | 17% |
| | | | | | | | | | | 5 | 11% | 3 | 10% |
| | Components | Hogeboom | Linworth | | | | | | | | | | 7% |
| | | | | | | | | | | 2 | 5% | 2 | |
| Wireless | | McGowan/Lehman, Teng | McNicol | | Huang, Lo, Leung, Mitzell & Wenzel | | Dornstetter/Duplessis, Lucidarme/Ben Rached, Fauconnier/Le Strat | | | 10 | 23% | 8 | 27% |
| Metro & Enterprise | | | | | | | | | | | | | |
| | Data | Aubin, Casey | Brueckheimer, Fisher | Kennelly, Fedyk, Crump&Doeng | | | | | | 22 | 50% | 15 | 50% |
| | | | | | | | | Thwaitson, Ryals, Modelski | | 10 | 23% | 6 | 20% |
| | VoIP | Petras, Sylvain | Smyth | | Sollee | McKinnon | | | | 8 | 14% | 3 | 10% |
| | Metro Optical | Hayward, Pegrum | Fells, Murton/Goodman | | | | | | | 4 | 9% | 3 | 10% |
| | Circuit | Chapot | Searle | Jamoussi, Schofield&Monga | | | | | | 2 | 5% | 2 | 7% |
| Adv Tech | | Raines, Ould Brahim, Kwong | | | | | | Vlajnic | | 8 | 14% | 3 | 10% |
| Other | | | | | | | | | | 0 | 0% | 0 | 0% |
| Total of entries so far | | 18 | 7 | 6 | 6 | 0 | 1 | 3 | 0 | 44 | 100% | 30 | 100% |
| | | 41% | 16% | 16% | 14% | 0% | 2% | 7% | 0% | 100% | | 30 | |
| Total of selected | | 10 | 7 | 4 | 4 | 0 | 1 | 2 | 0 | | | | |
| | | 33% | 23% | 13% | 13% | 0% | 3% | 7% | 0% | | | | |

| Inventor(s) | Reasons | Co-inventors | Sources |
|---|---|---|---|
| Alan Glen | multiplexing patents - underpin licensing program, prolific patentee in several technology areas including ▮ access networks, optical switching; as director of R&D programs he drives comprehensive patent protection of his programs personally and through his teams | | Sig. Pat. Awards, Top 80, Tiegerman |
| Kim Roberts | prolific patentee covering many key aspects of optical transmission product line - IP generated both in UK and Ottawa | | Sig. Pat. Awards, Top 80, Tiegerman, H Anderson |
| James Farwell | prolific patentee in optical component and systems area, including Dispersion Compensation using Bragg grating - licensed to 3M | | Sig. Pat. Awards, Top 80, Bewley, Tiegerman |
| Phil Orcutt | key patent underpinning SCWD licensing program | Dana Merrill | Sig. Pat. Awards, Top 80, Weiss |
| Hamed Eisazai | prolific patentee in network and switch architectures, including Rotator switch architecture which has licensing prospects | | Top 80, H Anderson |
| Geoff Thompson | patents covering aspects of ▮ including VLAN frame format, also technical expert supporting data licensing programs | | Sig. Pat. Awards, Top 80, Vella |
| John Hogeboom | high speed data circuits including key patents covering PHSI cells that have been licensed to IBM | | Top 80 |
| John McNicol | Patents support Adaptive Digital PerDisortion (ADPD) Power Amplifier technology licensing program and provides cost reduction of Base Stations. (Now in Ottawa Optical test this activity was BP6 in UK Wireless ) | David Wessel, Howard Smith | Top 80, Kikuta |
| Ray Aubin | patented patent on path oriented routing - used in ▮ license program | | Top 80, Vella |
| Michael Perrin | patents covering Voice Button - technology licensing potential | | Top 80 |
| Rich Kennedy | patent protecting key Contivity interface that provides secure management functionality - key product feature which we believe is used by others in industry - defense and licensing potential | | Top 80, McGuinness |
| Don Fedyk | Bandwidth Correlation in Connection Oriented Packet Networks - ▮ and part of ▮ licensing program | Peter Ashwood Smith, Derek Skalecki | Top 80, Vella, McGuinness |
| Bilel Jamoussi | Key patent relevant to ▮ | | Top 80, Vella |
| Chenhathu Henry | Power control and ▮ patents in mobile terminal licensing program (with others), and very active in IP efforts | | Sig. Pat. Awards, Top 80, Hashim |
| Wing Lo | multiple access protocol patent used in mobile terminal licensing program | | Top 80, Hashim |
| Athena Leung | OTAPA patent (with others) used in mobile terminal licensing program | | Top 80, Hashim |
| Milan Vlajnic | Air Digital Modem Implementation using DSP - a key feature of CVX products and believed widely used in the industry - defense and licensing potential | Robert Denman | Top 80, Vella |
| Nigel Jolley | Patent application for gain flattened amplification using a module comprising 2 optical amps linked by a VOA. This is considered a fundamental technique for gain flattened amplification. Currently in Ottawa, but in UK until recently (including this inventive activity) | | Bewley |
| Wen Tong | Several applications filed | | Hashim |
| Simon Brueckheimer | Several important applications on ATM including wormhole routing and allocation of voice channels in ATM, also co-inventor (with David Fisher, Michael Langevin) on patents in Rotator technology licensing program | | Top 80, Bewley |
| Julian Fells | Application on diffraction grating based dispersion compensator with licensing potential. Also a very capable "Patent Mentor" encouraging and advising colleagues to file patent applications on important developments, and reviewing invention disclosures for commercial significance | | Bewley |
| Chris Murton & David Gladman | Joint inventors in a number of patent applications potentially relevant to ▮ virtual concatenation | | Bewley |
| Jerry Rixel & Pete Wenzel | Numerous patent applications filed on packet core being developed to provide packet data for ▮ | | Hashim, Mishler |
| Jeff Saunk | Several patent applications filed on Smart Antenna antenna technology | | Bewley |
| Richard Crump & Janet Doong | Several patent applications on important aspects of Versatar 25k (Janus), including filings made after projected cancelled - recognize value of capturing IP even when developments are dropped because the IP can still be of value to Nortel | | McGuinness |
| Thierry Lucidarme & Nidham Ben Rached | Prolific inventors with several applications filed on important aspects of ▮ | | Bewley |

NRC-NNL 06579646

NNC-NNL06576645

| Name | Description | | |
|---|---|---|---|
| Denis Faucomier & Evelyne Le Strat | Numerous filings related to wireless standards submissions, and coordination of IP efforts with European wireless standards efforts | | Bewley |
| Ken Hayward* | Gbps Ethernet interface to ▊ - covers key feature of Optical Ethernet product line - (replace with Scott Pegrum if necessary) | Don Ellis, John Brule, Michael To | Top 80, Vella |
| Dany Sylvain | Patent applications filed on VTOA used in Succession products, prolific filer on circuit to packet transition technologies and providing multimedia services over packet and hybrid networks. Has also worked with IP Law to prioritize key areas for patent protection in VoIP and to review invention disclosures for commercial significance. | | Morgan, Witcher |
| Steve McKinnon | Several patent applications filed on IMS, especially "presence based technologies" for helping carriers derive new revenues. Has also acted as "Patent Champion" encouraging colleagues to file patent applications on commercially significant innovations and helping IP Law prioritize key areas for patent protection. | | Morgan, Witcher |
| **Alternatives** | | | |
| Scott Pegrum* | Filed patent applications on important aspects of Terabit Interceptor project, including filings made after project cancelled - recognizes value in capturing IP from closed developments which may still be of value to Nortel, also key reviewer for disclosures in his area | | McGuinness |
| Hamid Ould Brahim | Filed several patent applications on Layer 2 vPNs / Optical Ethernet | | H. Anderson |
| Herman Kwong | Filed several patent applications on BGA breakout techniques that reduce the number of circuit board layers required for complex circuit boards to achieve cost reduction - considerable technology licensing potential | | H. Anderson |
| Neil McGowan & Brian Lehman | Patents on CDMA Channelizer used to reduce cost by enabling multiple air interface technologies through common hardware architecture - potential technology licensing program | Brad Morris, Blaine Geddes | Top 80, Kikuta |
| David Fisher | Patents on Sequence Synchronization used in Ridatar switch architecture which has licensing prospects (Simon Brueckheimer above, and Michel Langevin are co-inventor) - discuss UK and Ottawa inventive activity | Simon Brueckheimer, Michel Langevin | Top 80, Bewley |
| Rich Modelski | Filed several patent applications on Route Switch Processor - leading edge development which is Nortel's candidate in the race to 40 Gbps capability | | McGuinness |
| Bruce Schofield and Inder Monga | Filed significant patent applications on Optical Switched Router and Optical Services Agent - projects cancelled, but IP may lead to license program, deals with EMC | | McGuinness |
| Jean-Louis Gomeister & Philippe Dupless | Numerous patent applications on key developments in GSM | | Bewley, Hashim |
| Randy Ryals | patent applications covering key aspects of Centillion and Passport 8600 switch architecture | | Vella |
| Liam Casey | Key patent covering IP VPNs using ▊ licensing program | Robert Eros | Top 80, Vella |
| Jim Serack | synchronization used for ▊ product line - part of ▊ patent licensing portfolio | | Top 80 |
| Patrick Sollee | Patent applications filed on a wide range of technologies including wireless (VLR content management) and SIP-related technologies and security firewall functions for VoIP. Has worked closely with IP Law to ensure quality of filed patent applications filed by outside counsel | | Morgan, Witcher |
| ??? Smyth | Prolific inventor including - Significant VoIP patent application | | Bewley |
| Tom Flanagan | BLSR patent used in ▊ licensing program | Jim McEachern, Dino Di Perna, Richard Romagnino | Sig. Pat Awards, Top 80 |