Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,**
**R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>    NORTEL NETWORKS, INC., *et al.*,<br>                                    Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**EXHIBIT "F" TO THE AFFIDAVIT OF ANGELA ANDERSON**
**AFFIRMED APRIL 25, 2014**

Signed:

ANGELA ANDERSON

Date:        April 25, 2014

Before me:

NOTARY PUBLIC

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [illegible] | UK | GB | | 3354879.4 | 1 388 955 | Nortel Networks Limited | METHOD AND SYSTEM FOR CONTROL | 30-Jan-08 | [redacted] | Granted | [redacted] | 5-Aug-0 | [redacted] | BAINES, STEVEN (3203965) | [redacted] |
| [redacted] | [illegible] | UK | DE | | 3354879.4 | 60318935.3 | Nortel Networks Limited | METHOD AND SYSTEM FOR CONTROL | 30-Jan-08 | [redacted] | Granted | [redacted] | 5-Aug-0 | [redacted] | BAINES, STEVEN (3203965) | [redacted] |
| [redacted] | [illegible] | UK | FR | | 3354879.4 | 1 388 955 | Nortel Networks Limited | METHOD AND SYSTEM FOR CONTROL | 30-Jan-08 | [redacted] | Granted | [redacted] | 5-Aug-0 | [redacted] | BAINES, STEVEN (3203965) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/360,485 | | 7,200,407 | Nortel Networks Limited | MULTIPLE REUSE PATTERNS FOR CHA | 3-Apr-07 | [redacted] | Granted | [redacted] | 8-Feb-0 | [redacted] | SMITH, MARTIN (2821221), WILSON, KEITH (1726805), ROBSON, JULIUS (1752812), WATKINS, MARK (1510729) | |
| [redacted] | [illegible] | UK | US | 10/738,944 | | #EMPTY | Nortel Networks Limited | METHOD AND APPARATUS FOR IMPR | #EMPTY | [redacted] | Filed | [redacted] | 17-Dec-0 | [redacted] | WILSON, KEITH (1726805), SMITH, MARTIN (2821221,30) | [redacted] |
| [redacted] | [illegible] | UK | DE | | 3808332.4 | 60316601.1 | Nortel Networks Limited | METHOD AND APPARATUS FOR IMPR | 26-Sep-07 | [redacted] | Granted | [redacted] | 4-Dec-0 | [redacted] | WILSON, KEITH (1726805), SMITH, MARTIN (2821221,30) | [redacted] |
| [redacted] | [illegible] | UK | FR | | 3808332.4 | 1 575 724 | Nortel Networks Limited | METHOD AND APPARATUS FOR IMPR | 26-Sep-07 | [redacted] | Granted | [redacted] | 4-Dec-0 | [redacted] | WILSON, KEITH (1726805), SMITH, MARTIN (2821221,30) | [redacted] |
| [redacted] | [illegible] | UK | GB | | 3808332.4 | 1 575 724 | Nortel Networks Limited | METHOD AND APPARATUS FOR IMPR | 26-Sep-07 | [redacted] | Granted | [redacted] | 6-Dec-0 | [redacted] | WILSON, KEITH (1726805), SMITH, MARTIN (2821221,30) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/321,766 | | 7,561,538 | Nortel Networks Limited | COMMUNICATION NETWORK ROUTI | 14-Jul-09 | [redacted] | Granted | [redacted] | 17-Dec-0 | [redacted] | NADEN, JAMES (2848406), REED, CHRISTOPHER (3200930,9), HALL, STEVEN (1102437,1), WINSOR, ANDREW (3204950,2) | |
| [redacted] | [illegible] | UK | US | 10/385,792 | | 7,826,471 | Nortel Networks Limited | MULTI-BEAM CELLULAR COMMUNICA | 2-Nov-10 | [redacted] | Granted | [redacted] | 11-Mar-0 | [redacted] | WILSON, FIONA (3204146), GALE, SIMON (2323285) | [redacted] |
| [redacted] | [illegible] | UK | EP | | 4111147.3 | #EMPTY | Nortel Networks Limited | MULTI-BEAM CELLULAR COMMUNICA | #EMPTY | [redacted] | Filed | [redacted] | 9-Mar-0 | [redacted] | WILSON, FIONA (3204146), GALE, SIMON (2323285) | [redacted] |
| [redacted] | [illegible] | UK | US | 12/880,246 | | #EMPTY | Nortel Networks Limited | MULTI-BEAM CELLULAR COMMUNICA | #EMPTY | [redacted] | Filed | [redacted] | 13-Sep-1 | [redacted] | WILSON, FIONA (3204146), GALE, SIMON (2323285) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/320,574 | | 7,593,615 | Nortel Networks Limited | WIRELESS ACCESS COMMUNICATION | 1-Sep-09 | [redacted] | Granted | [redacted] | 16-Dec-0 | [redacted] | EDWARDS, KEITH (2856862) | [redacted] |
| [redacted] | [illegible] | UK | US | 12/540,584 | | 7,881,202 | Nortel Networks Limited | TELECOMMUNICATIONS NETWORK | 18-Jan-11 | [redacted] | Granted | [redacted] | 18-Aug-0 | [redacted] | EDWARDS, KEITH (2856862) | [redacted] |
| [redacted] | [illegible] | UK | US | 13/173,875 | | #EMPTY | Nortel Networks Limited | TELECOMMUNICATIONS NETWORK | #EMPTY | [redacted] | Filed | [redacted] | 30-Jun-1 | [redacted] | EDWARDS, KEITH (2856862) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/330,945 | | 7,092,673 | Nortel Networks Limited | ANGLE OF ARRIVAL ESTIMATION IN A | 15-Aug-06 | [redacted] | Granted | [redacted] | 27-Dec-0 | [redacted] | BEVAN, DAVID (3204195), ERMOLAYEV, VICTOR T (GPS6601188), FLAKSMAN, ALEXANDER G (GPS6601184), MAVRICHEV, EVGENY A (GPS0455372) | |
| [redacted] | [illegible] | UK | US | 10/358,914 | | 7,792,547 | Nortel Networks Limited | DOWNLINK AND UPLINK ARRAY AND | 7-Sep-10 | [redacted] | Granted | [redacted] | 5-Feb-0 | [redacted] | SMITH, MARTIN (2821221), URQUHART, ANDREW (2821296), ROBSON, JULIUS (1752812), BEVAN, DAVID (3204195) | |
| [redacted] | [illegible] | UK | US | 12/857,422 | | #EMPTY | Nortel Networks Limited | DOWNLINK AND UPLINK ARRAY AND | #EMPTY | [redacted] | Filed | [redacted] | 17-Aug-1 | [redacted] | SMITH, MARTIN (2821221), URQUHART, ANDREW (2821296), ROBSON, JULIUS (1752812), BEVAN, DAVID (3204195) | |
| [redacted] | [illegible] | UK | US | 10/401,003 | | 7,233,634 | Nortel Networks Limited | MAXIMUM LIKELIHOOD DECODING | 19-Jun-07 | [redacted] | Granted | [redacted] | 27-Mar-0 | [redacted] | HASSELL SWEATMAN, CATHERINE ZW (GPS68191125), THOMPSON, JOHN SCOTT (GPS68191131) | |
| [redacted] | [illegible] | UK | US | 10/675,770 | | 6,894,553 | Nortel Networks Limited | MODULATED POWER SUPPLY | 17-May-05 | [redacted] | Granted | [redacted] | 30-Sep-0 | [redacted] | DOLMAN, GRAHAM (3201253) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/456,245 | | 7,184,703 | Nortel Networks Limited | MULTI-HOP WIRELESS COMMUNICAT | 27-Feb-07 | [redacted] | Granted | [redacted] | 6-Jun-0 | [redacted] | NADEN, JAMES (2848406), WILSON, FIONA (3204146) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/968,518 | | #EMPTY | Nortel Networks Limited | MULTI-HOP WIRELESS COMMUNICAT | #EMPTY | [redacted] | Filed | [redacted] | 19-Oct-0 | [redacted] | NADEN, JAMES (2848406), WILSON, FIONA (3204146) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/683,309 | | 7,783,256 | Nortel Networks Limited | WIRELESS COMMUNICATION | 24-Aug-10 | [redacted] | Granted | [redacted] | 10-Oct-0 | [redacted] | BEVAN, DAVID (3204195), BAINES, STEVEN (3203965), GALE, SIMON (2323285) | [redacted] |
| [redacted] | [illegible] | UK | US | 12/857,197 | | #EMPTY | Nortel Networks Limited | WIRELESS COMMUNICATION | #EMPTY | [redacted] | Filed | [redacted] | 16-Aug-1 | [redacted] | BEVAN, DAVID (3204195), BAINES, STEVEN (3203965), GALE, SIMON (2323285) | [redacted] |
| [redacted] | [illegible] | UK | EP | | 5078425 | #EMPTY | Nortel Networks Limited | ONLINE CHARGING IN A COMMUNICA | #EMPTY | [redacted] | Filed | [redacted] | 7-May-0 | [redacted] | WATSON, MARK (1673528), RICHARDS, CHRISTOPHER (1673225,1), RICAGNI, GIUSEPPE (3035746), MACLEAN, IAN (0044070) | |
| [redacted] | [illegible] | UK | US | 10/553,914 | | #EMPTY | Nortel Networks Limited | ONLINE CHARGING IN A COMMUNICA | #EMPTY | [redacted] | Filed | [redacted] | 26-Apr-0 | [redacted] | WATSON, MARK (1673528), RICHARDS, CHRISTOPHER (1673225,1), RICAGNI, GIUSEPPE (3035746), MACLEAN, IAN (0044070) | |
| [redacted] | [illegible] | UK | US | 10/685,302 | | 7,345,633 | Nortel Networks Limited | MULTIBEAM PLANAR ANTENNA STRU | 18-Mar-08 | [redacted] | Granted | [redacted] | 10-Oct-0 | [redacted] | SMITH, MARTIN (2821221), URQUHART, ANDREW (2821296), ABRAHAM, IAN (2821783) | |
| [redacted] | [illegible] | UK | DE | | 3780407.7 | 1 609 214 | Nortel Networks Limited | MULTIBEAM PLANAR ANTENNA STRU | 6-Aug-08 | [redacted] | Granted | [redacted] | 17-Dec-0 | [redacted] | SMITH, MARTIN (2821221), URQUHART, ANDREW (2821296), ABRAHAM, IAN (2821783) | |
| [redacted] | [illegible] | UK | FR | | 3780407.7 | 1 609 214 | Nortel Networks Limited | MULTIBEAM PLANAR ANTENNA STRU | 6-Aug-08 | [redacted] | Granted | [redacted] | 17-Dec-0 | [redacted] | SMITH, MARTIN (2821221), URQUHART, ANDREW (2821296), ABRAHAM, IAN (2821783) | |
| [redacted] | [illegible] | UK | GB | | 3780407.7 | 1 609 214 | Nortel Networks Limited | MULTIBEAM PLANAR ANTENNA STRU | 6-Aug-08 | [redacted] | Granted | [redacted] | 17-Dec-0 | [redacted] | SMITH, MARTIN (2821221), URQUHART, ANDREW (2821296), ABRAHAM, IAN (2821783) | |
| [redacted] | [illegible] | UK | EP | | [illegible] | #EMPTY | Nortel Networks Limited | WIRELESS ANTENNAS, NETWORKS, M | #EMPTY | [redacted] | Filed | [redacted] | 16-Dec-0 | [redacted] | SMITH, MARTIN (2821221), WARD, CHRIS (2325540), BEVAN, DAVID (3204195), TEO, KOON HOO (1673887), SMITH, ADRIAN (2862302) | |
| [redacted] | [illegible] | UK | US | 10/583,407 | | #EMPTY | Nortel Networks Limited | ANTENNA DIVERSITY | #EMPTY | [redacted] | Filed | [redacted] | 10-Oct-0 | [redacted] | URQUHART, ANDREW (2821296), GALE, SIMON (2323285) | [redacted] |
| [redacted] | [illegible] | UK | CN | 200480011712X | | [illegible] | Nortel Networks Limited | METHOD AND EQUIPMENT FOR PROV | 18-Nov-09 | [redacted] | Granted | [redacted] | 25-Mar-0 | [redacted] | WATSON, MARK (1673528), FAUCONNIER, DENIS (4500403), LAUTIER-MERIAU, LAURENCE (4502248) | |
| [redacted] | [illegible] | UK | US | 10/551,242 | | #EMPTY | Nortel Networks Limited | INCLUDING A HASHED SERVICE IDENT | #EMPTY | [redacted] | Filed | [redacted] | 25-Mar-0 | [redacted] | WATSON, MARK (1673528), FAUCONNIER, DENIS (4500403), LAUTIER-MERIAU, LAURENCE (4502248) | |
| [redacted] | [illegible] | UK | US | 10/645,418 | | #EMPTY | Nortel Networks Limited | MANAGEMENT OF QUEUES IN CONT | #EMPTY | [redacted] | Filed | [redacted] | 21-Aug-0 | [redacted] | MCCORMACK, TONY (0465290), KIRUBALARATNAM, NITHYAGANESH (5046930,1), O'CONNOR, NEIL (1670864,7) | |
| [redacted] | [illegible] | UK | CA | | [illegible] | #EMPTY | Nortel Networks Limited | MANAGEMENT OF QUEUES IN CONT | #EMPTY | [redacted] | Filed | [redacted] | 12-Aug-0 | [redacted] | MCCORMACK, TONY (0465290), KIRUBALARATNAM, NITHYAGANESH (5046930,1), O'CONNOR, NEIL (1670864,7) | |
| [redacted] | [illegible] | UK | EP | | 4077251.3 | #EMPTY | Nortel Networks Limited | MANAGEMENT OF QUEUES IN CONT | #EMPTY | [redacted] | Filed | [redacted] | 9-Aug-0 | [redacted] | MCCORMACK, TONY (0465290), KIRUBALARATNAM, NITHYAGANESH (5046930,1), O'CONNOR, NEIL (1670864,7) | |
| [redacted] | [illegible] | UK | US | #EMPTY | | #EMPTY | Nortel Networks Limited | MANAGEMENT OF QUEUES IN CONT | #EMPTY | [redacted] | [illegible] | [redacted] | #EMPTY | [redacted] | MCCORMACK, TONY (0465290), KIRUBALARATNAM, NITHYAGANESH (5046930,1), O'CONNOR, NEIL (1670864,7) | |
| [redacted] | [illegible] | UK | US | 10/563,068 | | 7,418,269 | Nortel Networks Limited | UPLINK INTERFERENCE REDUCTION I | 26-Aug-08 | [redacted] | Granted | [redacted] | 30-Jun-0 | [redacted] | EDWARDS, KEITH (2856862) | [redacted] |
| [redacted] | [illegible] | UK | DE | 602004029788.7-08 | | 1 645 158 | Nortel Networks Limited | UPLINK INTERFERENCE REDUCTION I | 27-Oct-10 | [redacted] | Granted | [redacted] | 30-Jun-0 | [redacted] | EDWARDS, KEITH (2856862) | [redacted] |
| [redacted] | [illegible] | UK | FR | | 4743165.3 | 1 645 158 | Nortel Networks Limited | UPLINK INTERFERENCE REDUCTION I | 27-Oct-10 | [redacted] | Granted | [redacted] | 30-Jun-0 | [redacted] | EDWARDS, KEITH (2856862) | [redacted] |
| [redacted] | [illegible] | UK | GB | | 4743165.3 | 1 645 158 | Nortel Networks Limited | UPLINK INTERFERENCE REDUCTION I | 27-Oct-10 | [redacted] | Granted | [redacted] | 30-Jun-0 | [redacted] | EDWARDS, KEITH (2856862) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/947,909 | | 7,330,483 | Nortel Networks Limited | ENTERPRISE VOICE OVER INTERNET P | 12-Feb-08 | [redacted] | Granted | [redacted] | 25-May-0 | [redacted] | BRADO, PATRICK (1668167), STORRIE, JOHN (1560683) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/675,162 | | 7,593,388 | Nortel Networks Limited | CONVERTOR SHARED BY MULTIPLE V | 22-Sep-09 | [redacted] | Granted | [redacted] | 30-Sep-0 | [redacted] | MITCHELL, JULIAN (1672309), [illegible], LARRIGAN, SCOTT [illegible] | |
| [redacted] | [illegible] | UK | US | 10/674,139 | | 7,568,041 | Nortel Networks Limited | METHODS AND APPARATUS FOR SELE | 28-Jul-09 | [redacted] | Granted | [redacted] | 29-Sep-0 | [redacted] | TURNER, ROBERT (0282322), MITCHELL, JULIAN (1672309), WATTS, NEIL (0912508) | |
| [redacted] | [illegible] | UK | US | 10/743,072 | | 7,002,522 | Nortel Networks Limited | MODULATED POWER SUPPLY | 21-Feb-06 | [redacted] | Granted | [redacted] | 23-Dec-0 | [redacted] | DAVIES, DORIAN (3203801), DOLMAN, GRAHAM (3201253,7) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/718,412 | | 7,957,359 | Nortel Networks Limited | METHOD OF RESOURCE ALLOCATION | 7-Jun-11 | [redacted] | Granted | [redacted] | 19-Nov-0 | [redacted] | ROBSON, JULIUS (1752812), HUDSON, JOHN (3200045) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/683,413 | | 7,372,832 | Nortel Networks Limited | CHANNEL SELECTION | 13-May-08 | [redacted] | Granted | [redacted] | 10-Oct-0 | [redacted] | BEVAN, DAVID (3204195), BAINES, STEVEN (3203965), SMITH, MARTIN (2821221) | [redacted] |
| [redacted] | [illegible] | UK | EP | | 3780405.3 | #EMPTY | Nortel Networks Limited | TRANSMISSION CHANNEL SELECTION | #EMPTY | [redacted] | Filed | [redacted] | 18-Dec-0 | [redacted] | BEVAN, DAVID (3204195), BAINES, STEVEN (3203965), SMITH, MARTIN (2821221) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/697,464 | | 7,643,412 | Nortel Networks Limited | MEDIA PROXY ABLE TO DETECT BLOC | 5-Jan-10 | [redacted] | Granted | [redacted] | 30-Oct-0 | [redacted] | MITCHELL, JULIAN (1672309), LEVAY, LOUIS (1730835), ADUN, CEDRIC (0810673) | [redacted] |
| [redacted] | [illegible] | UK | US | [illegible] | | #EMPTY | Nortel Networks Limited | MEDIA PROXY ABLE TO DETECT BLOC | #EMPTY | [redacted] | Filed | [redacted] | 1-Oct-0 | [redacted] | MITCHELL, JULIAN (1672309), LEVAY, LOUIS (1730835), ADUN, CEDRIC (0810673) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/693,233 | | 7,876,745 | Nortel Networks Limited | TANDEM FREE OPERATION OVER PAC | 25-Jan-11 | [redacted] | Granted | [redacted] | 23-Oct-0 | [redacted] | STEWART, MARK (0502980), GIBBS, GRAEME (1083233,8), WALKER, DOMINIC (0488280) | |
| [redacted] | [illegible] | UK | US | 10/922,273 | | #EMPTY | Nortel Networks Limited | IMPROVED USER INTERFACE | #EMPTY | [redacted] | Filed | [redacted] | 19-Aug-0 | [redacted] | DUNBAR, CHRIS (0504180), DONOHOE, [illegible] (0401162,1), MOONEY, EOIN [illegible], MORRIS, TOMMY A (0401278,4) | |
| [redacted] | [illegible] | UK | US | 10/911,176 | | #EMPTY | Nortel Networks Limited | NETWORK MANAGEMENT ACROSS A | #EMPTY | [redacted] | Filed | [redacted] | 4-Aug-0 | [redacted] | KETTLEWELL, PAUL (0912510), MITCHELL, JULIAN (1672309,5), ARAMBEPOLA, SUJATA (1752988,1) | |
| [redacted] | [illegible] | UK | GB | | [illegible] | 2 410 672 | Nortel Networks Limited | ADAPTIVE ANTENNA SOLUTIONS | 13-Oct-06 | [redacted] | Granted | [redacted] | 6-Feb-0 | [redacted] | WILSON, KEITH (1726805) | [redacted] |
| [redacted] | [illegible] | UK | US | 10/940,428 | | 7,580,630 | Nortel Networks Limited | SPECTRAL SHAPING FOR OPTICAL OFD | 25-Aug-09 | [redacted] | Granted | [redacted] | 14-Sep-0 | [redacted] | LEE, HUAI (0444701), EPWORTH, RICHARD (0697219), ROBINSON, ALAN A (1221719), RICKARD, ROBIN (2814671) | |
| [redacted] | [illegible] | UK | US | 11/018,227 | | #EMPTY | Nortel Networks Limited | UNIVERSAL DECODER | #EMPTY | [redacted] | Filed | [redacted] | 21-Dec-0 | [redacted] | WATSON, MARK (1673528) | [redacted] |
| [redacted] | [illegible] | UK | US | 11/782,788 | | #EMPTY | Nortel Networks Limited | MULTI-HOP LOAD BALANCING | #EMPTY | [redacted] | Filed | [redacted] | 19-May-1 | [redacted] | NADEN, JAMES (2848406), WILSON, FIONA (3204146) | [redacted] |
| [redacted] | [illegible] | UK | US | 11/396,109 | | #EMPTY | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | #EMPTY | [redacted] | Filed | [redacted] | 21-Aug-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | DE | | 5712795.9 | 6.02006E+11 | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | 25-Nov-09 | [redacted] | Granted | [redacted] | 6-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | FR | | 5712795.9 | 1 735 961 | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | 25-Nov-09 | [redacted] | Granted | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | GB | | 5712795.9 | 1 735 961 | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | 25-Nov-09 | [redacted] | Granted | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | NL | | 5712795.9 | 1 735 961 | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | 25-Nov-09 | [redacted] | Granted | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | SE | | 5712795.9 | 1 735 961 | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | 25-Nov-09 | [redacted] | Granted | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | GB | | [illegible] | 2 422 366 | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | 31-Oct-07 | [redacted] | Granted | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | US | 10/818,685 | | #EMPTY | Nortel Networks Limited | TRAFFIC ENGINEERING IN FRAME-BAS | #EMPTY | [redacted] | Filed | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | US | 11/[illegible] | | #EMPTY | Nortel Networks Limited | VLAN SUPPORT OF DIFFERENTIATED | #EMPTY | [redacted] | Filed | [redacted] | 30-Jun-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | CA | | 2,560,702 | #EMPTY | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | #EMPTY | [redacted] | Filed | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | CN | | 2.00580E+11 | [illegible] | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | 13-Oct-10 | [redacted] | Granted | [redacted] | 6-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | IN | 5325/DELNP/2006 | | #EMPTY | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | #EMPTY | [redacted] | Filed | [redacted] | 6-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | KR | 10-2006-7020148 | | #EMPTY | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | #EMPTY | [redacted] | Filed | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | US | 10/593,106 | | #EMPTY | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | #EMPTY | [redacted] | Filed | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | GB | | [illegible] | 2 428 737 | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | 21-May-08 | [redacted] | Granted | [redacted] | 18-Aug-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | JP | 2007-506833 | | #EMPTY | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | #EMPTY | [redacted] | Filed | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | JP | | 0 | #EMPTY | Nortel Networks Limited | DIFFERENTIAL FORWARDING IN ADDR | #EMPTY | [redacted] | Filed | [redacted] | 8-Apr-0 | [redacted] | FRISKNEY, ROBERT (0502043), BRAGG, NIGEL (0501791,13), PARRY, SIMON (0501977,7), ASHWOOD SMITH, PETER (1600361,10), ALLAN, DAVID (0505898), BRUECKHEIMER, SIMON (2822062), RABIE, SAMEH (1504281), ABDUL MAC | |
| [redacted] | [illegible] | UK | US | 10/867,263 | | 7,650,142 | Nortel Networks Limited | METHOD FOR SETTING UP A CONFER | 19-Jan-10 | [redacted] | Granted | [redacted] | 8-Jul-0 | [redacted] | LINDMAN, TIMOTHY (0361132), SAUTER, MARTIN (5031728), CARNIER, FREDERIC (1682113), ALTWEIN, THOMAS (5004603), CURRIE, DARIN (1670218) | |
| [redacted] | [illegible] | UK | EP | | [illegible] | #EMPTY | Nortel Networks Limited | A METHOD FOR SETTING UP A CONFE | #EMPTY | [redacted] | Filed | [redacted] | 10-Jun-0 | [redacted] | LINDMAN, TIMOTHY (0361132), SAUTER, MARTIN (5031728), CARNIER, FREDERIC (1682113), ALTWEIN, THOMAS (5004603), CURRIE, DARIN (1670218) | |
| [redacted] | [illegible] | UK | US | 10/843,402 | | 7,961,714 | Nortel Networks Limited | PROVIDING PACKET-BASED MULTIME | 14-Jun-11 | [redacted] | Granted | [redacted] | 21-May-0 | [redacted] | WATSON, MARK (1673528), BOOW, RICHARD (1680135), LEEDER, MICHAEL (1074780) | |









