# APPENDIX A:
# Documents Relied Upon in this Report

**Sources from These Proceedings**

*Deposition Transcripts*

Deposition of John Doolittle, Dec. 5, 2013

Deposition of Karina O, Nov. 9, 2013

Deposition of Kriss Bush, Nov. 11, 2013

Deposition of Mark Weisz, Nov. 25, 2013

Deposition of Peter Look, Nov. 12-13, 2013

Deposition of Roseanne Culina, Oct. 17, 2013

Deposition of Walter Henderson, Oct. 4, 2013

*Exhibits*

Ex. 11003, NNC-NNL007750 (Apr. 28, 2006 Nortel Networks Corp. Form 10-K for the Year Ending 2005)

Ex. 11053, NNC-NNL06153990 (Dec. 2001 PowerPoint Presentation entitled "Overview of Transfer Pricing APA and Recommendation)

Ex. 11058, NNC-NNL06542812 (Dec. 31, 2001 Email with subject "FW: Overview of Objectives of December 12)

Ex. 11068, NNI_01503491 (Mar. 17, 2002 Email with subject "Mission Accomplished!")

Ex. 11237, NNC-NNL11137449 (Mar. 22, 2006 IRS Position Paper to Proposed U.S.-Canada Bilateral APA)

Ex. 11239, EMEAPROD2287382 (Feb. 18, 2010 Advance Pricing Agreement Between Nortel Networks Inc. and the Internal Revenue Service)

Ex. 11241, NNI 01509155 (Undated Memo entitled "Transfer Pricing 2Q08 FIN48 Memo")

Ex. 11242, NNI_00879669 (Jan. 6, 2010 Memo entitled "Transfer Pricing 4Q09 FIN48 Memo")

Ex. 21003, NNC-NNL06001514 (Dec. 22, 2004 Master Research & Development Agreement and Amendments)

Ex. 21026, NNI_00373228 (Mar. 14, 2002 Horst Frisch Inc. Economic Analysis of Nortel Networks' Intercompany Transactions)

Ex. 21169, NNI_00430668 (Dec. 18, 2006 email with subject "RE: Transfer Pricing methodology beyond 2006")

Ex. 21170, NNC-NNL061547 (Dec. 5, 2007 PowerPoint presentation entitled "Global Tax Town Hall")

Ex. 21175, NNI_00018618 (May 10, 2007 email with subject "RE: New TP strategy")

Ex. 21408 (June 19, 2002 PowerPoint presentation entitled "Nortel's Proposed APA: Presentation to the Competent Authorities of Canada, the United Kingdom and the United States")

Ex. 21525, NOR-CAN00655995 (Nov. 23, 2005 email with subject "Transfer pricing – 23 illustration")

Ex. 22078, PC0184853 (Oct. 31, 2008 Nortel Networks Ltd. & Nortel Networks Inc. Joint Request for U.S.-Canada Bilateral Advance Pricing Agreement/Arrangement 2007-2011)

Ex. 22121, NNC-NNL07490130 (July 11, 2002 PowerPoint presentation entitled "Global Tax Practice")

Ex. 31086, NNI_00693643 (May 20, 2004 PowerPoint presentation entitled "International Tax Issues")

Ex. 31355, EMEAPROD2189880 (Nov. 30, 2004 Nortel Networks Functional Analysis for the years ended Dec. 31, 2000-2004)

Ex. 32166, EMEAPROD0888515 (Sept. 19, 2005 Distribution Agreement entered into by and between Nortel Networks S.P.A. ("NN Italy") and Nortel Networks Limited [effective date Jan. 1, 2002])

Ex. 33056, NNC-NNL07376624 (Jan. 2, 2003 PowerPoint entitled "Global R&D Investment Strategy and recommendations for Nortel Networks")

*Other Produced Documents*

EMEAPROD0884602 (Undated Canada Revenue Agency Advance Pricing Arrangement Position Paper – Supplementary Analysis)

NNC-NNL033613 (June 30, 2009 letter with subject "Bilateral Advance Pricing Arrangement, Nortel Networks Limited (Canada), Nortel Networks Inc. (United States), 2006 through 2010 Taxation Years")

NNC-NNL06016944 (May 2, 2005 Nortel Networks Corp. Form 10-K for the Year Ending 2004)

NNC-NNL06128358 (June 22, 2006 PowerPoint presentation entitled "Nortel Transfer Pricing Overview: Nortel Tax Department")

NNC-NNL089697 (Mar. 14, 2002 letter to IRS with subject "Nortel Networks' Request for Advance Pricing Agreement Pursuant to Revenue Procedure 96-53")

NNC-NNL099354 (May 6, 2008 PowerPoint presentation entitled "Tax Matters Update, Audit Committee Meeting")

NNI_00226852 (Mar. 14, 2002 letter to CRA with subject "Nortel Networks' Request for Advance Pricing Arrangement")

NNI_00226879 (Mar. 27, 2002 letter to Inland Revenue with subject "Nortel Networks' Request for Advance Pricing Arrangement)

NNI_00265297 (Feb. 28, 2010 Report entitled "Nortel Networks Limited Transfer Pricing Report for the Year Ended December 31, 2009")

NNI_00578051 (2000 R&D CSA Worksheet)

NNI_00684753 (Oct. 3, 2007 Memo with subject "Analysis of Nortel's Transfer Pricing for Years After 2005")

NNI_01042966 (Apr. 6, 2006 Letter with subject "RE: Nortel Networks, Inc (APA-148919-02) Proposed U.S.-Canada Bilateral APA")

NNI_01503523 (Dec. 23, 2008 Letter from A. Seve to M. Orlando)

NNI_01532818 (Feb. 17, 2010 Advance Pricing Arrangement between Nortel Networks Limited and the Minister of National Revenue)

NNI_01534432 (Oct. 23, 2006 letter with subject "Nortel Multilateral APA: Taxpayer's Suggested Approach to Resolve the APA")

NOR_53648037 (2002 Transfer Pricing Worksheet)

NOR_53648041 (2003 Transfer Pricing Worksheet)

NOR_53648130 (2005 Transfer Pricing Worksheet)

NOR_53648312 (2001 Transfer Pricing Worksheet)

NOR_53648508 (2004 Transfer Pricing Worksheet)

NOR_53648133 (2006 Transfer Pricing Worksheet)

NOR_53648323 (2007 Transfer Pricing Worksheet)

NOR_53648048 (2008 Transfer Pricing Worksheet)

NOR_56971224 (2009 Transfer Pricing Worksheet)

US_Canada_PRIV_00275175 (Mar. 9, 2010 letter with subject "Nortel Networks Incorporated Withdrawal of Bilateral APA Request with Canada")

US_EMEA_Canada_PRIV_00147144 (Aug. 8, 2005 email with subject "Poland Addendum – Distribution Agreement")

*Pleadings*

Allocation Position of the Monitor and Canadian Debtors, May 16, 2013

Response of the Monitor and Canadian Debtors to the Opening Allocation Pleadings of the Other Core Parties, May 29, 2013

**Other References**

*Cases*

*Comm'r of Internal Revenue v. Newman*, 159 F.2d 848, 850-51 (2d Cir. 1947)

*Helvering v. Gregory*, 69 F.2d 809, 810 (2d Cir. 1934)

*Veritas Software Corp. v Commissioner,* 133 T.C. 297 (T.C. 2009)

*Inland Revenue Commissioners v. Westminster* [1936] A.C. 1 (H.L.) 490 (U.K.)

*Statutes and Regulations*

United States

26 C.F.R. § 1.482-1 (2013)

26 C.F.R. § 1.482-4 (2013)

26 C.F.R. § 1.482-6 (2013)

26 C.F.R. § 1.482-7 (2013)

26 C.F.R. § 1.482-8 (2013)

26 U.S.C. § 1446 (2013)

26 U.S.C. § 761 (2013)

26 U.S.C. § 875 (2013)

Rev. Proc. 91-22, 1991-1 C.B. 526

T.D. 9568, 2012-12 I.R.B. 499 (Mar. 19, 2012)

T.D. 9630, 2013-38 I.R.B. 199 (Sep. 16, 2013)

Treas. Reg. 86, § 45 (1935)

Canada.

Income Tax Act, R.S.C. 1985, c. 1, § 247 (5th Supp.)

Canada Customs & Revenue Agency, *International Transfer Pricing: Advance Pricing Arrangements (APAs)*, Information Circular 94-4R (Mar. 16, 2001), *available at* http://www.cra-arc.gc.ca/E/pub/tp/ic94-4r/ic94-4r-e.pdf

Revenue Canada, *International Transfer Pricing*, Information Circular 87-2R, Sep. 27, 1999, *available at* http://www.cra-arc.gc.ca/E/pub/tp/ic87-2r/ic87-2r-e.pdf

*Government and International Organization Publications*

Canada Revenue Agency, *Advance Pricing Arrangement: Program report 2012-2013 available at* http://www.cra-arc.gc.ca/tx/nnrsdnts/cmp/p_rprt13-eng.html

HM Revenue & Customs, *Taxing Multinationals: Transfer Pricing Rules* (2013), *available at* https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/193458/HMRC_Issue_briefing_-_transfer_pricing_rules.pdf

Intercompany Transfer Pricing Regulations Under Section 482, 59 Fed. Reg. 130 (July 8, 1994)

Internal Revenue Service, *Advance Pricing Agreement Program*, *available at* http://www.irs.gov/Businesses/ Corporations/Advance-Pricing-Agreement-Program

Internal Revenue Service, *Announcement & Report Concerning Advance Pricing Agreements* (Mar. 25, 2013), *available at* http://www.irs.gov/pub/irs-drop/a-13-17.pdf

Org. for Econ. Coop. & Dev. (OECD), *Model Tax Convention on Income and Capital* (July 22, 2010)

Org. for Econ. Coop. & Dev. (OECD), *Review of Comparability and of Profit Methods: Revision of Chapters I-III of the Transfer Pricing Guidelines* (2010)

Org. for Econ. Coop. & Dev. (OECD), *Revised Discussion Draft on Transfer Pricing Aspects of Intangibles* (July 2013), *available at* http://www.oecd.org/ctp/transfer-pricing/revised-discussion-draft-intangibles.pdf

Org. for Econ. Coop. & Dev. (OECD), *Transfer Pricing Guidelines for Multinational Enterprises & Tax Administrations* (2010)

Org. for Econ. Coop. & Dev. (OECD), *Transfer Pricing Guidelines for Multinational Enterprises & Tax Administrations* (1996)

U.N. Conference on Trade and Development (UNCTAD), *World Investment Report 2011: Non-Equity Modes of International Production and Development*, U.N. Doc. UNCTAD/WIR/2011, U.N. Sales No. E.11.D.2 (2012), *available at* http://unctad.org/Sections/dite_dir/docs/ WIR11_web%20tab%2034.pdf

U.S. Treasury Dep't & Internal Revenue Service, *A Study of Intercompany Pricing (Section 482 White Paper)* (Oct. 18, 1988), *available at* https://ia600305.us.archive.org/17/items/studyofintercomp00unit/studyofintercomp00unit_bw.pdf

***Books, Periodicals and Other Works***

Andrew P. Solomon, et al., *Final Section 482 Cost Sharing Regulations: A Renewed Commitment to the Income Method,* 20.17 Tax Mgmt. Transfer Pricing Report (2012)

Ernst & Young, *Guide to Advance Pricing Agreements (APA) United Kingdom*, http://www.ey.com/GL/en/ Services/Tax/International-Tax/Guide-to-advance-pricing-agreements--APA----United-Kingdom

Ernst & Young, *Guide to Advance Pricing Agreements (APAs)*, *available at* http://www.ey.com/GL/en/Services/ Tax/International-Tax/Guide-to-advance-pricing-agreements--APA----Managing-Global-Transfer-Pricing-Issues-with-APA

Ernst & Young, *The 2012 Worldwide Corporate Tax Guide* (2012), *available at* http://www.ey.com/Publication/vwLUAssets/Worldwide_corporate_tax_guide_2012/$FILE/WCTG_2012_Worldwide_Corporate_Tax_Guide.pdf

Ernst & Young, *Transfer Pricing Global Reference Guide*, 215 (2013), *available at* http://www.ey.com/Publication/vwLUAssets/Transfer_pricing_global_reference_guide_2013/$FILE/Transfer_pricing_global_reference_guide_2013.pdf

Jamie Elliott & Clive Emmanuel, *International Transfer Pricing: Searching for Patterns*, 18.2 Eur. Mgmt. J. 216 (2000)

John Dunning, *Location and the Multinational Enterprise: A Neglected Factor?*, 29.1 J. Int'l Bus. Stud. 45 (1998)

Karen S. Cravens, *Examining the Role of Transfer Pricing as a Strategy for Multinational Firms*, 6.2 Int'l Bus. Rev. 127 (1997)

KPMG Global Transfer Pricing Services, *Global Transfer Pricing Review France* (2013), *available at* http://www.kpmg.com/Global/en/IssuesAndInsights/ ArticlesPublications/global-transfer-pricing-review/Documents/france.pdf

KPMG Global Transfer Pricing Services, *Global Transfer Pricing Review United Kingdom* (2013), *available at* http://www.kpmg.com/Global/en/IssuesAndInsights/ArticlesPublications/ global-transfer-pricing-review/Documents/uk.pdf

KPMG Global Transfer Pricing Services, *Global Transfer Pricing Review Ireland* (2013), *available at* https://www.kpmg.com/Global/en/IssuesAndInsights/ArticlesPublications/global-transfer-pricing-review/Documents/ireland.pdf

Laurel Adams & Ralph Drtina, *Transfer Pricing for Aligning Divisional and Corporate Decisions*, 51.5 Bus. Horizons 411 (2008)

Lorraine Eden & L. Murphy Smith, Prof. of Mgmt. & Prof. of Acct., The Ethics of Transfer Pricing at AOS Workshop on Fraud in Accounting, Organizations and Society, Imperial College, London, UK (Apr. 1-2, 2011)

Lorraine Eden et al., *Standards Across Borders: Crossborder Diffusion of the Arm's Length Standard in North America*, 26.1 Acct., Orgs. & Soc'y 1 (2001)

Lorraine Eden, *Taxes, Transfer Pricing and the Multinational Enterprise*, in Oxford Handbook of Int'l Bus. 591 (Alan Rugman ed., 2d ed. 2009).

Lorraine Eden, *Taxing Multinationals: Transfer Pricing and Corporate Income Taxation in North America* (1998)

Lorraine Eden, *Transfer Pricing, Intrafirm Trade and the BLS International Price Program* (U.S. Dep't. of Labor, Bureau of Labor Statistics, Working Paper No. 334, 2001), *available at* http://www.bls.gov/osmr/pdf/ec010020.pdf

Marc M. Levey et al., *Transfer Pricing Rules and Compliance Handbook* (2006)

Marco Fiaccadori et al., *Licensor-Licensee Profit Split and the Income Approach*, Int'l Tax Rev. 1 (Dec. 17, 2012), *available at* http://www.internationaltaxreview.com/Article/3132196/Licensor-licensee-profit-split-and-the-income-approach.html

Martine Cools, *Increased Transfer Pricing Regulations: What About the Managerial Role of Transfer Pricing?*, 10.4 Int'l Transfer Pricing J. 134 (2003)

Paul A. DiSangro et al., *Alternative Dispute Resolution Processes in the Current U.S. Transfer Pricing Landscape*, 21.5 Tax Mgmt. Transfer Pricing Report 1 (June 28, 2012)

PwC, *EU Joint Transfer Pricing Forum Releases 2012 Statistics on APAs and Pending Cases under the EU Arbitration Convention* (Oct. 9, 2013), *available at* http://www.pwc.com/en_GX/gx/tax/newsletters/tax-controversy-dispute-resolution/assets/pwc-eu-jtpf-2012-statistics.pdf

PwC, *France* in International Transfer Pricing 2013/14 405 (2013), *available at* http://www.pwc.com/gx/en/ international-transfer-pricing/assets/france.pdf

PwC, *Ireland* in International Transfer Pricing 2013/14 503 (2013), *available at* http://www.pwc.com/gx/en/ international-transfer-pricing/assets/ireland.pdf

Richard C. Stark et al., *Consistency, Sunshine, Privacy, Secret Law and the APA Program*, 130 Tax Notes 655 (Feb. 7, 2011)

Sang Ji & Steven Gee, White & Case, *US—Benefits of Intangible Property Migrations*, in Global Tax Report: Intellectual Property Tax Planning 2 (Sep. 2013), *available at* http://www.whitecase.com/files/Publication/09053fd0-edb6-497b-855c-77aa622b9b75/Presentation/PublicationAttachment/ebf87b12-512d-46f0-8930-8cec5c6c89c9/newsletter-global-tax-report-september-2013-11.pdf

Sol Picciotto, *International Taxation and Intrafirm Pricing in Transnational Corporate Groups*, 17.8 Acct., Orgs. & Soc'y 759 (1992)

Valerie Amerkhail, *Functional Analysis & Choosing the Best Method*, in Practical Guide to U.S. Transfer Pricing (3d ed. 2006)