**APPENDIX B:**
**Calculation of Nortel Transfer Pricing, 2001 to 2005**[211]

**Step 1: Calculate Accounting Profit for each entity:**
- Start with operating earnings from A-100
- Adjust operating earnings (using U.S. GAAP):
  o Add/subtract transactional FX gains/losses
  o Add goodwill amortization and in-process R&D
  o Add restructuring costs
  o Add/subtract prior years transfer pricing adjustments
  
  Equals Accounting Profit

**Step 2: Calculate Economic Profit:**
- Start with accounting profit (from Step 1).
- Add back R&D expenses
- Subtract R&D capital stock amortization

  Equals Economic Profit.

**Step 3: Calculate Routine Returns for the LREs and IEs:**
- Routine Distributors (LREs):
  o Calculate actual accounting profit, determine benchmark return (between 0% and 4% return on sales, ROS).
  o Apply benchmark return to each LRE to determine its accounting profit and the transfer pricing adjustment needed to actual accounting profit to meet target return.
- Integrated Entities (MRDA participants)
  o Calculate annualized routine distribution/manufacturing return as the sum of :
    - Short term capital (working) using LIBOR + 300 base point spread (BPS)= 8.9%
    - Long term capital (net PPE + other long term assets) using RONA = 23.6%

**Step 4: Calculate Residual Profit:**
- Start with economic profit (from Step 2)
- Subtract routine returns for both LREs and IEs (from Step 3)
  
  Equals Residual Profit

**Step 5: Split Residual Profit (from Step 4) among the IEs (the MRDA participants):**
- Calculate each IE's R&D capital stock balance:
  o Start with the carry-forward balance from previous year
  o Add current year R&D spending

---

[211] Author's interpretation based on NNC-NNL06128358 (June 22, 2006 PowerPoint presentation entitled "Nortel Transfer Pricing Overview: Nortel Tax Department") at 10, 27-31.

83

- o   Deduct current year amortization at 30% declining balance

  Equals current year R&D capital stock.
- Sum the IEs' current year R&D capital stocks to determine Nortel's total capital stock balance.
- Give each IE its pro rata share of Nortel's total capital stock balance.

**Step 6: Adjust accounting income by entity**

- Each IE target return is sum of its Routine Return (Step 3) and Residual Return (Step 5).
- The Transfer Pricing Adjustment for each IE is the difference between its economic profit (Step 2) and its target return (Step 5).