**APPENDIX C:**
**Calculation of Nortel Transfer Pricing, 2006 Onward**[212]

**Step 1: Calculate Accounting Profit**

- Start with U.S. GAAP operating earnings from profit & loss statement for each IE and LRE
- Adjust operating earnings for the following items:
    - Amortization of intangibles (includes goodwill impairment, purchased in-process research and development, amortization of acquired technology and other intangibles such as trademarks, patents etc.)
    - Restructuring costs
    - Gain/Loss on the sale of business
    - Stewardship Costs
    - Foreign Exchange Gain/Loss (LREs only)
    - Prior year compensating adjustments
- The remainder equals the Adjusted Accounting Profit or Loss.

**Step 2: Calculate Routine Returns**

- Calculate routine returns for the Limited Risk Entities (LREs)
    - Operating Margin ("OM") (1% for 2006 and 2007)
        - Apply OM Profit Level Indicator (PLI) to third-party revenues to determine target accounting profit
        - Determine compensating adjustment needed to meet target for LREs
- Calculate routine returns for Integrated Entities (IEs)
    - Operating Margin (1% for 2006 and 2007)
        - Apply OM PLI to third-party revenues
    - Berry Ratio ("BR") return for excess S&M and G&A expenses
        - Calculate the excess S&M and G&A expenses for each IE
        - Apply BR PLI to excess S&M and G&A expenses (BR of 1.15% for 2006 and 2007)
    - Berry Ratio returns for excess operations expense of the IEs in COGS.
        - Calculate excess operations expense
        - Apply BR PLI to excess operations expense (BR of 1.15% for 2006 and 2007)

**Step 3: Calculate Residual Profit**

- Total adjusted accounting profit less routine returns calculated in Step 2.

---

[212] Ex. 22078, PC0184853 (Oct. 31, 2008 Nortel Networks Ltd. & Nortel Networks Inc. Joint Request for U.S.-Canada Bilateral Advance Pricing Agreement/Arrangement 2007-2011) at App. F, 1-2 (the "Five Step Process for Application of the Proposed Profit Split Method").

**Step 4: Split Residual Profit**

- Residual profit is split amongst IEs based on pro-rata share of five-year rolling R&D spend.

**Step 5: Calculate Compensating Adjustment (if any)**

- Sum of routine return and allocation of residual profit = arm's length result.
- Compare adjusted accounting profit or loss to arm's length result = compensating adjustment.