**Appendix D:**
**Curriculum Vitae of Lorraine Eden, PhD**

# LORRAINE EDEN:  CURRICULUM VITAE

## I.   PERSONAL INFORMATION

- Name: Lorraine Eden   (married name: Lorraine Boyd Eden Hermann).

- Title: Professor of Management and Mays Research Fellow.

- Address:   Professor Lorraine Eden, Department of Management, Mays School of Business, 415D Wehner, TAMU 4221, Texas A&M University, College Station, Texas 77843-4221. Phone 979-845-4861 (w); 979-693-1626 (h); 979-777-3489 (cell). Fax 979-845-9641 (w). Email: leden@tamu.edu; lorraine.eden@gmail.com.   Websites:   http://mays.tamu.edu/directory/employees/57/   and http://www.voxprof.com.

- Dual citizenship: USA and Canada.

- Married to Professor Charles F. Hermann. Three children: Jessica Eden Frame, Karen Hermann Clements and Christopher Hermann.

## II.  DEGREES RECEIVED

- Dalhousie University, Ph.D. with Distinction in Economics, 1976.
- McGill University, M.A. in Economics, 1973.
- Mount Allison University, B.A. with First Class Honors in Economics, 1970.

## III.  EMPLOYMENT HISTORY

- Texas A&M University, Department of Management, 1995-present.
  - o   Full Professor 2002-present.
  - o   Associate Professor 1995-2002.
  - o   Development (sabbatical) leave: Sept.-Dec. 2004; Sept. 2013-August 2014.

- Visiting Full Professor, Department of Management and Human Resources, The Ohio State University, Columbus, OH, Sept. 2013-August 2014.

- Visiting Research Professor, Henley Business School and Department of Economics, University of Reading, Reading, UK 2011-2014.

- John H. Dunning Inaugural Visiting Professor, Henley Business School, University of Reading, Reading, UK, 2011.

- University of Texas at Austin, Department of Management, Visiting Full Professor, 2004-2005.

- Harvard University, Kennedy School of Government, Visiting Full Professor and Fulbright Research Scholar, 1992-93.

- Carleton University, The Norman Paterson School of International Affairs, 1988-95.
  - Associate Professor 1988-92; Full Professor 1992-95; Adjunct Research Professor 1995-2005.

- Brock University, Department of Economics, 1980-88.
  - Assistant Professor 1980-81; Associate Professor 1981-88.

- Mount St. Vincent University, Department of Economics, 1971-80.
  - Lecturer 1971-74; Assistant Professor 1976-80.

## IV.  HONORS AND AWARDS

**Research Honors and Awards**

1. Academy of International Business (AIB)/Temple University Award for the Best Paper at the Annual AIB Conference, Istanbul, Turkey, July 2013. Award (with Kai Xu) for "Institutional Distance, Direction and Complementarity: Impacts on the Mode of Entry Decision".

2. Scowcroft Institute Faculty Research Grant, Texas A&M University, 2013.

3. Identified as the most prolific scholar in terms of number of publications in the top 45 high-impact business journals in 2010 (based on SSCI Journal Citation Reports) in J. Linton, 2012, "Business school research and rankings: Where do the schools really stand?" *Technovation*, 32 (January): 1-5.

4. Mays Research Fellow, Texas A&M University, 2012-2015.

5. Visiting Research Professor, Henley Business School and Department of Economics, University of Reading, Reading, UK 2011-2014.

6. Inaugural holder of the John H. Dunning Visiting Professorship, Henley Business School, University of Reading, Reading, UK, 2011, funded by Mrs. Christine Dunning in memory of her husband John H. Dunning.

7. Mays Summer Research Grant, Texas A&M University, 2009.

8. Mays Research Fellow, Texas A&M University, 2008-2011.

9.  Editor-in-Chief, *Journal of International Business Studies*, January 2008-December 2010 (began processing manuscripts July 1, 2007).

10. Mays Summer Research Grant, Texas A&M University, 2006 (with Paige Fields and Hong Zhu).

11. Deputy Editor-in-Chief, *Journal of International Business Studies*, January 2006 – December 2007.

12. *Who's Who in America - 2006, 60Th Diamond Edition*, Marquis 2005 (Lorraine Alison Boyd).

13. Elected as a Fellow of the Academy of International Business, May 2004.

14. Departmental Editor, International Political Economy, *Journal of International Business Studies*, 2003-2006.

15. Ad hoc best reviewer award, Business Policy and Strategy Division, Academy of Management, 2003.

16. Texas A&M Faculty Fellow Fall 2002-Summer 2007. One of 12 Fellows selected yearly by the University. Each Fellow receives $20,000 per year for five years.

17. First recipient of the 2002 *Bush Excellence in International Research Faculty Award*, given annually by the Bush Presidential Library Foundation in recognition of Texas A&M faculty who make outstanding contributions to international research. Feb 2002.

18. Named as the *James Earl Rudder Faculty Fellow*, Department of Management, Texas A&M University, 2001-2002.

19. *Best Paper Proceedings*, International Management Division, Academy of Management, August 2001. Opening the Black Box: The Multinational Enterprise and the Costs of Doing Business Abroad (with Stewart Miller).

20. *Best Paper Proceedings*, International Management Division, Academy of Management, August 2001. Safe in My Backyard: Strategic Trade Policy and Rivalry among Multinational Enterprises (with Tieying Yu).

21. *Who's Who in International Business Education and Research*. 1999.

22. Adjunct Research Professor, School of International Affairs, Carleton University, 1995-98. Reappointed, 1998-2001, and 2001-2004.

23. Beta Gamma Sigma (Honor Society for AACSB Accredited Business Programs), 1996 - present.

24. Phi Beta Delta (Honor Society for International Scholars), 1995 - present.

25. Research Associate, International Motor Vehicle Project, Massachusetts Institute of Technology, 1995-99.

26. *Carleton University Faculty Research Achievement Award.* 1994-95.

27. Visiting Research Professor, Department of Finance, College of Business, The Ohio State University, July-August 1993; June-December 1994.

28. *Canada-US Fulbright Research Fellowship* at Harvard University. 1992-93.

29. Visiting Professor and Research Fellow, Center for Business and Government, Kennedy School of Government, Harvard University, 1992-93.

30. Visiting Research Fellow, Dalhousie University, Center for International Business Studies, summer 1984.

31. Dalhousie University: *Canada Council Doctoral Fellowship, Special Killam Fellowship, Graduate Fellowship*, 1974-1976. PhD in Economics, First Class Honors with Distinction, 1976.

32. McGill University: *McConnell Fellowship, New Brunswick Postgraduate Fellowship*, 1970-71.

33. Mount Allison University: *Sharp Scholarship* and various undergraduate scholarships, 1966-70. Prize for Highest Standing in Economics, 1969. B.A. in Economics, Summa Cum Laude, 1970.

34. St. Stephen High School, St. Stephen, New Brunswick, Canada: *Governor General's Medal* and Valedictorian, 1966.


## Teaching Honors and Awards

1. Mays Teaching Grant, Texas A&M University, Summer 2011.

2. External evaluator, International MBA Program, Florida International University, October 2004.

3. Member of the Global Advisory Board to the Ph.D. program on International Business Administration at Texas A&M International University, Laredo, Texas, 2004-present.

4. Member of the External Faculty Advisors Board to the Ph.D. program in International Business at the University of Texas at El Paso, 2003-present.

5. Elected an honorary member, International Gold Key Society, Texas A&M University, Nov. 2002 (maximum of five TAMU faculty chosen per year).

6. Texas A&M University *Former Students Association Award for Excellence in Faculty Teaching,* Mays College of Business, 2000.

7. First recipient of the *Trans-Texas Video Teleconferencing (TTVN) Prize for Most Innovative Use of the Trans-Texas Video Teleconferencing Network*. 1997-98.

8. *Pew Faculty Fellowship in International Affairs:* The John F. Kennedy School of Government, Harvard

University, 1991-92.


## Professional Honors and Awards

- John H. Dunning President's Award for outstanding service to the Academy of International Business and the field of international business. Presented by the Academy of International Business at the annual meetings, Washington, DC, July 2012.

- Founder's Recognition Award, Women in the Academy of International Business, 2007.

- Co-chair, Back & Forth Committee, Academy of International Business Fellows, 2006-2007.

- Rotary International Paul Harris Fellow, nominated by the Bryan Rotary Club, 2006.

- Organizer and Chair, Junior Faculty Consortium, International Management Division, Academy of Management annual meetings, Hawaii, 2005.

- Chair, Ad Hoc Committee on International Diversity, Academy of Management, 2002-2004.

- Founder, Women in the Academy of International Business (WAIB), 2001-2003; Past President 2003-2005.

- Vice President and Program Chair, Academy of International Business, Nov. 2000-August 2002.

- Associate Director, Center for the Study of Western Hemispheric Trade, Texas A&M-College Station, fall 1995-97.

- Board of Directors, International Trade and Finance Association, 1996-98.

- Secretary and Founding Member, Active Learning in International Affairs (ALIAS), International Studies Association, 1995-97.

- President, International Political Economy Section, International Studies Association, 1994-96; Program Chair 1994-95. Vice-President 1992-94. Past President 1996-97.

- Founding Coordinator of the Women Economists Network (WEN) 1990-91; President 1991-92; Past President 1992-93.

- Vice-President, Canadian Economics Association, 1990-91.

- Elected to membership in International Institute of Public Finance, 1985.

## V.  SCHOLARLY PUBLICATIONS

- Citations using *Publish-or-Perish* based on Google Scholar (January 2014): 5,152. H-index: 28.

- Identified as the most prolific scholar in terms of number of publications in the top 45 high-impact business journals in 2010 (based on SSCI Journal Citation Reports) in J. Linton, 2012, "Business school research and rankings: Where do the schools really stand?" *Technovation*, 32 (January): 1-5. \

- Scholarly publications (as of January 2014; excludes reprints)
    - Scholarly journal articles                                                      60
    - Scholarly journal editorials                                                   23
    - Guest editor of special issues of journals                              4
    - Scholarly books                                                                      6
    - Chapters in refereed research annuals and scholarly books    44
    - Refereed conference proceedings                                          9
    - Other scholarly publications                                                 6
  Total                                                                                          152


**<u>Scholarly Journal Articles</u>**

*1.*   Dai, Li, Lorraine Eden and Paul Beamish. 2013.  Place, Space and Geographic Exposure: Foreign subsidiary survival in conflict zones.  *Journal of International Business Studies,* 44.6 (August): 554-578.

2.   Li, Dan, Lorraine Eden, Michael Hitt and R. Duane Ireland. 2012. Governance in Multilateral R&D Alliances. *Organization Science*, 23.4 (July-August): 1191-1210*.*

3.   Li, Dan, Stewart R. Miller, Lorraine Eden and Michael A. Hitt. 2012. The Impact of Rule of Law on Value Creation for Local Alliance Partners in BRIC Countries. *Journal of International Management*, 18: 305-321*.*

4.   Zhu, Hong, Lorraine Eden, Stewart R. Miller, Douglas E. Thomas and Paige Fields. 2012. Host-country location decisions of early movers and latecomers: The role of local density and experiential learning. *International Business Review*, 21: 145-155*.*

*5.*  Campbell, Joanna Tochman, Lorraine Eden and Stewart R. Miller. 2012. Multinationals and Corporate Social Responsibility in Host Countries: Does Distance Matter? *Journal of International Business Studies,* 43: 84-106.

6.   Li, Dan, Stewart R. Miller, Lorraine Eden and Michael A. Hitt. 2012. The Impact of Rule of Law on Value Creation for Local Alliance Partners in BRIC Countries. *Journal of International Management*, 18: 305-321.

7.   Eden, Lorraine. 2011. Launching a career in transfer pricing. *Transfer Pricing International Journal*, October: 26-30.

8. Eden, Lorraine, Li Dai and Dan Li. 2010-2011. International Business, International Management, International Strategy: What's in a Name? *International Studies of Management & Organization,* 40(4): 54-68.

   a. Reprinted as "What's in a Name?" in *The Routledge Companion to International Management Education,* edited by Denise Tsang, Hamid H. Kazeroony and Guy Ellis. Routledge, pp. 33-61, Routledge: London and New York.

9. Lee, Seung-Hyun, Kyeungrae Oh and Lorraine Eden. 2010. Why do firms bribe? Insights from residual control theory into firms' vulnerability and exposure to corruption. *Management International Review,* 50: 775–796.

10. Eden, Lorraine and Li Dai**.** 2010. Rethinking the O in Dunning's OLI/Eclectic Paradigm. *Multinational Business Review*, 18.1, 13-34.

11. Eden, Lorraine. 2010. Are IPE journals becoming boring? *International Studies Quarterly,* 54, 901–907.

12. Chang, Sea-Jin, Arjen van Witteloostuijn and Lorraine Eden. 2010. From the JIBS Editors: Common method variance in international business research. *Journal of International Business Studies*, 41.3: 178-184.

13. Eden, Lorraine and the 1970-1985 JIBS Decade Award Winners. 2010. Perspectives on international business: Insights from the 1970–1985 JIBS Decade Award Winners. *Journal of International Business Studies*, 40.9: 1581-1590.

14. Li, Dan, Lorraine Eden, Michael Hitt and Duane Ireland. 2008. Friends, Acquaintances or Strangers? Partner Selection in R&D Alliances. *Academy of Management Journal,* 51.2 *(*April): 315-334.

15. Miller, Stewart, Douglas Thomas, Lorraine Eden and Michael Hitt. 2008. Knee Deep in the Big Muddy: The Survival of Emerging Market Firms in Developed Markets. *Management International Review*, 48.6: 645-666.

16. Perez Batres, Luis and Lorraine Eden. 2008. Is There a Liability of Localness? How Emerging Market Firms Respond to Regulatory Punctuations. *Journal of International Management,* 14.3 (September): 232-251.

17. Miller, Stewart, Dan Li, Lorraine Eden and Michael Hitt. 2008. Insider Trading and the Valuation of International Strategic Alliances in Emerging Stock Markets. *Journal of International Business Studies¸* 39.1.

18. Thomas, Douglas, Lorraine Eden, Michael Hitt and Stewart Miller. 2007. Experience of Emerging Market Firms: The Role of Cognitive Bias in Developed Market Entry and Survival. *Management International Review* 47.6: 1-23.

19. Eden, Lorraine. 2007. Multinationals, Foreign Direct Investment and the New Regionalism in the

Americas. *Integration & Trade Journal*, 26 (June): 97-124*.*

*20.* Uhlenbruck, Klaus, Peter Rodriguez, Jonathan Doh and Lorraine Eden. 2006. The Impact of Corruption on Entry Strategy: Evidence from Telecommunication Projects in Emerging Economies. *Organization Science,* 17.3 (May-June): 402-414*.*

21. Rodriguez, Peter, Don Siegel, Amy Hillman and Lorraine Eden. 2006. Three Lenses on the MNE: Politics, Corruption and Corporate Social Responsibility. *Journal of International Business Studies* **37,** 733–746.

22. Miller, Stewart and Lorraine Eden. 2006. Local Density and Foreign Subsidiary Performance. *Academy of Management Journal,* 49.2: 341-355.

23. Eden, Lorraine. 2005. Went for Cost, Priced at Cost? An Economic Approach to the Transfer Pricing of Offshored Business Services. *Transnational Corporations*, August 2005.

     a.   Reprinted in *Tax Management Transfer Pricing Report*, Special Report, February 2006.

24. Rodriguez, Peter, Klaus Uhlenbruck and Lorraine Eden. 2005. Government Corruption and the Entry Strategies of Multinationals. *Academy of Management Review*, 30.2: 383-396*.*

25. Eden, Lorraine, Luis Juárez Valdez and Dan Li. 2005. Walk Softly and Carry a Big Stick: Transfer Pricing Penalties and the Market Valuation of Japanese Multinationals in the United States. *Journal of International Business Studies. 36: 398-414.*

26. Eden, Lorraine and Robert Kudrle. 2005. Tax Havens: Renegade States in the International Tax Regime. *Law and Policy,* 27.1 (January)*:* 100-127.

27. Thomas, Douglas and Eden, Lorraine. 2004. What Is the Shape of the Multinationality-Performance Relationship? *Multinational Business Review*. 6(2): 63-70.

28. Eden, Lorraine and Peter Rodriguez. 2004. How Weak Are the Signals? International Price Indices and Multinational Enterprises. *Journal of International Business Studies,* 35.1: 61-74.

29. Doh, Jonathan, Peter Rodriguez, Klaus Uhlenbruck, Jamie Collins, Lorraine Eden. 2003. Coping with Corruption in Foreign Markets. *Academy of Management Executive,* 17.3: 114-127.

30. Kudrle, Robert and Lorraine Eden. 2003. The Campaign against Tax Havens: Will It Last? Will It Work? *Stanford Journal of Law, Business and Finance*, 9.1 (Autumn): 37-68*.*

31. Eden, Lorraine and Maureen Appel Molot. 2002.  Insiders, Outsiders and Host Country Bargains. *Journal of International Management,* 8(4): 359-433.

*32.* Eden, Lorraine and Rebecca Smith. 2001. *Not* at Arm's Length: A Guide to Transfer Pricing Resources. *Journal of Business and Finance Librarianship,* 6.4: 3-22.

33. Eden, Lorraine and Stefanie Lenway. 2001. Multinationals: The Janus Face of Globalization. *Journal*

*of International Business Studies*, 32.3:  383-400.

34. Lorraine Eden, Tina Dacin and William Wan. 2001. Standards across Borders:  Diffusion of the Arm's Length Standard in North America. *Accounting, Organizations and Society* 26: 1-23.

35. Eden, Lorraine. 2000. The Realist Adjusts the Sails: Vernon and MNE-State Relations over Three Decades. *Journal of International Management*, 6: 335-342.

36. Hoskisson, Robert, Lorraine Eden, Chung-Ming Lau and Michael Wright. 2000. Strategy in Emerging Economies. *Academy of Management Journal 43.3* (June): 249-67.

37. Eden, Lorraine. 2000. The Arm's Length Standard in North America. *Tax Notes International*. February 7: 673-681.

38. Carter, Ralph and Lorraine Eden. 1999. Who Makes US Trade Policy? *The International Trade Journal*, 13.2 (summer): 53-100.

39. Krueger, Angela, Victoria Salin, Gary Williams, Lorraine Eden and Alan Gray. 1999.  Profitability of Geographic Diversification Strategy. *Journal of Food Distribution Research* 30.1 (March): 112-23.

40. Eden, Lorraine, Edward Levitas and Richard Martinez. 1997. The Production, Transfer and Spillover of Technology: Comparing Large and Small Multinationals as Technology Producers. *Small Business Economics* 9(1):53-66.

   a. Reprinted in 1999 in *Small and Medium-sized Enterprises in the Global Economy*, edited by Zoltan J. Acs and Bernard Yeung, University of Michigan Press, Ann Arbor, Michigan, pp.121-44.

   b. Reprinted in 2003 as Chapter 16 in *SMEs in the Age of Globalization,* edited by David Audretsch, The Globalization of the World Economy Series, Edward Elgar Publishing.

41. Eden, Lorraine 1996. The Emerging North American Investment Regime. *Transnational Corporations* 5(3): 61-98.

42. Eden, Lorraine and M.A. Molot. 1996. Made in America? The Auto Industry in the 1990s. *The International Executive* 38.4 (July/August): 501-41.

   a. Earlier version appeared as *Occasional Paper No. 31,* Center for Trade Policy and Law, 1994. 38 pp.

43. Eden, Lorraine. 1995. Foreign Direct Investment in Canada: Charting a New Policy Direction, *Canadian Foreign Policy* Winter 1994/95: 43-60.

   a. Earlier version appeared as Issue No.1 in the *Industry Canada Occasional Paper Series*, in English and French, November 1994.

44. Eden, Lorraine and M.A. Molot. 1994. The Challenge of NAFTA: Canada's Place in the North

American Auto Industry. *North American Outlook,* 5.1 (November): 56-92.

45. Eden, Lorraine 1994. Puerto Rican Transfers and Section 936. *Tax Notes International,* 9 (July 4):  37-45.

46. Eden, Lorraine and M.A. Molot. 1993. Insiders and Outsiders: Defining `Who Is Us?' in the North American Auto Industry. *Transnational Corporations* 2.3 (December): 31-64.

47. Eden, Lorraine and M.A. Molot. 1993. Canada's National Policies: Reflections on 125 Years. *Canadian Public Policy* 19.3 (September): 232-251.

48. Eden, Lorraine and M. A. Molot. 1992. Comparative and Competitive Advantage in the North American Trade Bloc. *Canadian Business Economics* 1.1 (Fall): 45-59.

49. Yuan, J.D. and Lorraine Eden. 1992. Export Processing Zones in China: A Comparative Study. *Asian Survey,* 32.11 (November): 1026-1045.

50. Eden, Lorraine. 1991. Free Trade, Tax Reform and Transfer Pricing. *Canadian Tax Journal* 39.1 (January-February): 90-112.

51. Eden, Lorraine. 1991. Introduction to `Sovereignty at Bay: An Agenda for the 1990s'. *Millennium* 20.2 (August): 187-88.

52. Eden, Lorraine 1991. Bringing the Firm Back In: Multinationals in International Political Economy. *Millennium* 20.2 (August): 197-224.

   a. Reprinted in Lorraine Eden and Evan Potter, eds. *Multinationals in the Global Political Economy* (Macmillan, St. Martins and McClelland and Stewart, 1993).

53. Auld, D.A.L. and Lorraine Eden. 1990. Public Characteristics of Non-Public Goods. *Public Finance/Finances Publiques* 45.3 (June): 378-91.

54. Eden, Lorraine 1988. Equity and Neutrality in the International Taxation of Capital. *Osgoode Hall Law Journal*. 26.2 (Fall): 367-408.

55. Auld, D.A.L. and Lorraine Eden. 1987. A Comparative Evaluation of Provincial-Local Equalization. *Canadian Public Policy* 13.4 (Winter): 515-28.

56. Eden, Lorraine 1987. Provincial-Municipal Equalization in the Maritime Provinces. *Canadian Public Administration* 30.4 (Winter): 585-600.

57. Eden, Lorraine 1984. Theories of Growth in Government Share: Some Reflections. *Western Tax Review* 5.2 (Fall): 15-31.

58. Eden, Lorraine 1983. Transfer Pricing Policies under Tariff Barriers. *Canadian Journal of Economics,* XVI (November): 669-85.

59. Auld, D.A.L. and Lorraine Eden. 1983. Federal-Provincial Fiscal Equalization and the Canadian Constitution. *Government and Policy*, 1 (August):  475-87.

60. Eden, Lorraine. 1978. Vertically Integrated Multinationals - a Microeconomic Analysis. *Canadian Journal of Economics*, XI (August): 534-46.

### Scholarly Journal Editorials

During my tenure as Editor-in-Chief of the *Journal of International Business Studies* (Editor-Elect, July-December 2007; Editor-in-Chief January 2008-December 2010), I regularly published editorials on international business topics (e.g., time in IB, FDI spillovers and linkages) and/or scholarly publication issues (e.g. JIBS publication criteria, scientists behaving badly). These pieces went through an internal peer review process with the JIBS Editors, and occasionally also with the Consulting Editors and Editorial Review Board members, before the editorials were finalized for publication. The editorials are available for free download here: http://www.palgrave-journals.com/jibs/archive/categ_ed_012011.html

1. Eden, Lorraine. 2010. Letter from the Editor-in-Chief: Exit, Stage Left, *Journal of International Business Studies*, 41.9:  1439-1443.

2. Eden, Lorraine. 2010. JIBS 41.7 Letter from the Editor-in-Chief: JIBS Publication Criteria and their Consequences, *Journal of International Business Studies*, 41.7: 1093-1098.

3. Eden, Lorraine. 2010. Letter from the Editor-in-Chief: Standing on the shoulders. *Journal of International Business Studies*, 41.5: 755-758.

4. Eden, Lorraine. 2010. Letter from the Editor-in-Chief: Scientists behaving badly. *Journal of International Business Studies*, 41.4: .561-566.

5. Eden, Lorraine. 2010. Letter from the Editor-in-Chief:  The "Asia and Global Business" Special Issue, *Journal of International Business Studies*, 41.3: 371-372.

6. Eden, Lorraine. 2010. Letter from the Editor-in-Chief: Lifting the veil on how institutions matter in IB research. *Journal of International Business Studies*, 41.2: 175-177.

7. Eden, Lorraine. 2010. Letter from the Editor-in-Chief: The JIBS Decade Award: Integrating international acquisitions. *Journal of International Business Studies*, 41.1: 1 -4.

8. Eden, Lorraine. 2009. Letter from the Editor-in-Chief: The JIBS40/AIB50 Anniversary Issue: Innovations in international business theory, *Journal of International Business Studies*, 40.9: 1407-1410.

9. Eden, Lorraine. 2009. Letter from the Editor-in-Chief: The how and the impacts of going international. *Journal of International Business Studies*, 40.8: 1239-1240.

10. Eden, Lorraine. 2009. Letter from the Editor-in-Chief: FDI spillovers and linkages. *Journal of International Business Studies*,40.7: 1065-1069.

11. Eden, Lorraine. 2009. Letter from the Editor-in-Chief: JIBS status report – the first 18 months, *Journal of International Business Studies 40.5:* 713-718.

12. Eden, Lorraine. 2009. JIBS 40.4 Letter from the Editor-in-Chief:  Time in international business, *Journal of International Business Studies*,pp.535-538.

13. Eden, Lorraine. 2009. Letter from the Editor-in-Chief:  Real options and international business, *Journal of International Business Studies*, 40.3: 357-360.

14. Eden, Lorraine. 2009. Letter from the Editor-in-Chief: Reverse knowledge transfers, culture clashes and going international, *Journal of International Business Studies*,40.2: 177-180.

15. Eden, Lorraine. 2009. Letter from the Editor-in-Chief:  Happy 40th Anniversary! *Journal of International Business Studies*,  40.1: 1-4.

16. Eden, Lorraine. 2008. Letter from the Editor-in-Chief, *Journal of International Business Studies*,39.8: 1239-1241.

17. Eden, Lorraine. 2008. Letter from the Editor-in-Chief, *Journal of International Business Studies*,39.7: 1095-1096.

18. Eden, Lorraine. 2008. Letter from the Editor-in-Chief, *Journal of International Business Studies*,39.6: 937-939.

19. Eden, Lorraine. 2008. Letter from the Editor-in-Chief, *Journal of International Business Studies, 39.5:* 769-771.

20. Eden, Lorraine. 2008. Letter from the Editor-in-Chief, *Journal of International Business Studies*,39.4: 333-336.

21. Eden, Lorraine. 2008. Letter from the Editor-in-Chief, *Journal of International Business Studies*,39.3: 180-183.

22. Eden, Lorraine. 2008. Letter from the Editor-in-Chief, *Journal of International Business Studies*,39.2: 177-179.

23. Eden, Lorraine. 2008. Letter from the Editor-in-Chief, Journal of International Business Studies,39.1: 1-7.


**Guest Editor of Special Issues of Scholarly Journals**

1. Eden, Lorraine, Amy Hillman, Peter Rodriguez and Donald Siegel. Special Issue Editors. 2006. Three Lenses on the Multinational Enterprise: Politics, Corruption and Corporate Social Responsibility. *Journal of International Business Studies*, September 2006.

2. Eden, Lorraine and Stefanie Lenway. Special Issue Editors. 2001. Multinationals: The Janus Face of

Globalization. *Journal of International Business Studies,* 32.3, pp. 383-518 (reviewed in *Foreign Policy*, January-February 2002).

3.  Hoskisson, Robert, Lorraine Eden, Chung-Ming Lau and Michael Wright. Special Issue Editors. 2000. Strategies in Emerging Markets. *Academy of Management Journal*, 43.3 (June).

4.  Eden, Lorraine. Guest editor. 1991. *Millennium: Journal of International Affairs Special Issue on "Sovereignty at Bay: An Agenda for the 1990s"*, 20.2 (August).


**Scholarly Books**

1.  Eden, Lorraine and Wendy Dobson, editors. 2005. *Governance, Multinationals and Growth*. Cheltenham, UK: Edward Elgar Publishing.

    a.  Nominated for The IPEG (International Political Economy Group) Best Book award for 2005. (This award is given by the British International Studies Association for the best book published on international political economy in the previous year.)

2.  Eden, Lorraine 1998. *Taxing Multinationals: Transfer Pricing and Corporate Income Taxation in North America*. Toronto: University of Toronto Press. 757 pp.

3.  Eden, Lorraine, ed. 1994. *Multinationals in North America*. Industry Canada Research Series Volume Three. Calgary: University of Calgary Press (English and French). 662 pp. Reprinted in 1996. http://www.uofcpress.com/1-895176/1-895176-47-6.html. (Reviewed in the Journal of Economic Literature, March 2001).

4.  Eden, Lorraine and Evan Potter, Eds. 1993. *Multinationals in the Global Political Economy*. London: Macmillan, New York: St. Martin's Press, and Toronto: McClelland and Stewart. 213 pp.

5.  Lorraine Eden, ed. 1991. *Retrospectives on Public Finance*. Fiscal Reform in the Developing World Series. Durham, N.C.: Duke University Press. 409 pp.

6.  Rugman, A.M. and Lorraine Eden, Eds. 1985. *Multinationals and Transfer Pricing*. London : Croom Helm and New York: St. Martin's Press. 336 pp.


**Chapters in Refereed Research Annuals and Scholarly Books**

1.  Li, Dan, Stewart Miller and Lorraine Eden. 2012. Entry Mode Decisions by Emerging Market Firms Investing in Developed Markets. In *Institutional Theory in International Business: Advances in International Management*, volume 25, edited by Timothy Devinney, Torben Pedersen and Laszlo Tihanyi, Emerald Publishers.

2.  Eden, Lorraine. 2012.  Transfer price manipulation. Chapter 7 in *Draining Development? The sources, consequences and control of flows of illicit funds from developing countries,* edited by Peter Reuter. Washington, DC: The World Bank.

3.  Li, Dan, Lorraine Eden, Michael Hitt and Duane Ireland. 2012. Knowledge Management in International R&D Alliances: A Cultural Perspective. In *Strategic Alliances for Value Creation*, T.K. Das (editor). Information Age Publishing.

4.  Eden, Lorraine and Stewart Miller. 2010. Revisiting Liability of Foreignness: The Socio-Political Hazards facing Chinese Multinationals in the United States of America. Karl Sauvant, editor, *Is the United States Ready for Foreign Investment from China?* Cheltenham, UK: Edward Edgar, pp. 122-141.

5.  Eden, Lorraine. 2009. Introduction to t*he JIBS Decade Awards: 1970-1986.* Commemorative volume prepared for winners of the JIBS Anniversary Decade Awards. London: Palgrave Macmillan.

6.  Eden, Lorraine. 2009. Taxes, Transfer Pricing and the Multinational Enterprise. In Alan Rugman (editor). *Oxford Handbook of International Business*, 2nd Edition. Oxford University Press.

    a.  Published in a paperback edition in 2010.

7.  Eden, Lorraine.  2009. The Rise of Transnationals from Emerging Markets: Threat or Opportunity? In *The Rise of Transnational Corporations from Emerging Markets: Threat or Opportunity?* Edited by Karl Sauvant. Edward Elgar Publishing.

8.  Eden, Lorraine. 2006. Cave! Hic Dragones! Alan M. Rugman's Contributions to the Field of International Business. In *Internalization, International Diversification and the Multinational Enterprise: Essays in Honor of Alan M. Rugman.* Research in Global Strategic Management, Volume 11. Alain Verbeke and Daniel Van Den Bulcke, editors. Amsterdam, Netherlands: Elsevier.

9.  Schuler, Doug, Stefanie Lenway and Lorraine Eden. 2006. Multinational Corporations through the Uneven Development Lens. In Subhash C. Jain and Sushil Vachani (editors). *Multinational Corporations and Global Poverty Reduction*. Cheltenham, UK: Edward Elgar.

10. Diewert, W. E., W. F. Alterman and L. Eden. 2005. Transfer Prices and Import and Export Price Indexes: Theory and Practice. In *International Monetary Fund Export and Import Price Index Revised Manual, Chapter 18.* http://www.imf.org/external/np/sta/tegeipi/. Also published as:

    a.  Diewert, Erwin, William Alterman and Lorraine Eden.  2005. Transfer Prices and Import and Export Price Indexes: Theory and Practice. In *Price and Productivity Measurement, Volumes 1 and 2*. W. Erwin Diewert, Bert M. Balk, Dennis Fixler, Kevin J. Fox and Alice O. Nakamura (editors). Trafford Press.

11. Uhlenbruck, Klaus, Peter Rodriguez, Jonathan Doh and Lorraine Eden. 2005. Firm Responses to Corruption in Foreign Markets. *Transparency International Global Corruption Report, 2005.* http://www.globalcorruptionreport.org/download.html

12. Eden, Lorraine, Stefanie Lenway and Douglas Schuler. 2005. From the Obsolescing Bargain to the Political Bargaining Model. In Robert Grosse (ed.) *International Business-Government Relations in the 21st Century*. Cambridge, UK: Cambridge University Press.

13. Eden, Lorraine and Wendy Dobson. 2005. Governance, Multinationals and Growth: An Introduction to the Issues. In Lorraine Eden and Wendy Dobson (editors), *Governance, Multinationals and Growth*.. Cheltenham, UK: Edward Elgar Publishing.

14. Eden, Lorraine and Stewart Miller. 2004. Distance Matters: Liability of foreignness, institutional distance and ownership strategy. In M.A. Hitt & J.L.C. Cheng (eds.), *The Evolving Theory of the Multinational Firm. Advances in International Management*. Volume 16, Elsevier, Amsterdam, Netherlands.

15. Eden, Lorraine and Dan Li. 2004. The New Regionalism and Foreign Direct Investment in the Americas. In *Strengthening the North American Community: NAFTA at Ten*, edited by Sidney Weintraub. Washington, DC: Center for Strategic and International Studies.

16. Eden, Lorraine. 2003. A Critical Reflection and Some Conclusions on OLI. In *International Business and the Eclectic Paradigm: Developing the OLI Framework*, edited by John Cantwell and Rajneesh Narula. London and New York: Rutledge, pp. 277-97.

17. Eden, Lorraine, Douglas Thomas and Kingsley Olibe. 2003.  Why Multinationality Matters. In *Extending the Eclectic Paradigm in International* Business: Essays in Honor of John Dunning, edited by Peter Gray. Cheltenham, UK:  Edward Edgar Publishing, pp. 31-54.

18. Eden, Lorraine. 2002.  Regional Integration and Foreign Direct Investment:  Theory and Lessons from NAFTA. *Emerging Issues in International Business Research,* edited by Masaaki Kotabe and Preet Aulakh. Cheltenham, UK: Edward Elgar Publishing, pp15-36.

19. Eden, Lorraine. 2001. International Taxation, Transfer Pricing and the Multinational Enterpri*s*e. In *The Oxford Handbook of International Business*, edited by Alan Rugman and Thomas Brewer. London, UK: Oxford University Press, pp. 591-619.

20. Eden, Lorraine and Antoine Monteils. 2000. Regional Integration and the Location Decisions of Multinational Enterprises. In John Dunning, editor. *Regions, Globalization and the Knowledge-Based Economy*. Oxford: Oxford University Press, pp. 170-219.

21. Eden, Lorraine and Fen Hampson. 1997. Clubs Are Trump: The Formation of International Regimes. In *Contemporary Capitalism: The Embeddedness of Institutions*, edited by Russell Boyer and Rogers Hollingsworth. Cambridge: Cambridge University Press.

22. Eden, Lorraine. 1996. Deep Integration: Tax Harmonization and Investment Policies in North America. In *Investment Rules for the Global Economy: Enhancing Access to Markets,* edited by Pierre Sauvé and Daniel Schwanen. Policy Study No. 28. Toronto: C.D. Howe Institute, pp.293-323.

23. Eden, Lorraine. 1995. Multinationals and Regional Integration: Lessons from NAFTA. In *Multinational Enterprises and the Global Economy,* edited by L. Preston. College Park, Maryland: CIBER Maryland.

24. Eden, Lorraine 1994. Multinationals in North America: An Introduction to the Issues. In *Multinationals in North America*, edited by Lorraine Eden, Industry Canada Research Series Volume

Three. Calgary: University of Calgary Press (in English and French). Reprinted in 1996.

25. Eden, Lorraine 1994. Who Does What After NAFTA? Location Strategies of U.S. Multinationals. In *Multinationals in North America*, edited by Lorraine Eden, Industry Canada Research Series Volume Three. Calgary: University of Calgary Press (in English and French). Reprinted in 1996.

26. Eden, Lorraine and M.A. Molot. 1993. Fortress or Free Market: NAFTA and its Implications for the Pacific Rim. In *Managing International Economic Relations in the Pacific in the 1990s*, edited by Richard Higgott, John Leaver and John Ravenhill. Allen and Unwin Publishers.

27. Eden, Lorraine and M.A. Molot. 1993. Insiders and Outsiders: Auto Industry Policy Choices in the NAFTA Debate. In *The Challenge of NAFTA: North America, Australia, New Zealand and the World Trade Regime,* edited by Robert Cushing et al. Austin: University of Texas at Austin Press.

28. Eden, Lorraine 1993. Thinking Globally, Acting Locally: Multinationals in the Global Political Economy. In *Multinationals in the Global Political Economy,* edited by Lorraine Eden and Evan Potter. London: Macmillan,  New York: St. Martin's Press, and Toronto: McClelland and Stewart.

29. Eden, Lorraine and M.A. Molot. 1993. Continentalizing the North American Auto Industry. In *The Political Economy of a North American Free Trade Area*, edited by Maxwell Cameron and Ricardo Grinspun. New York: St. Martin's Press and Montreal: McGill-Queens University Press.

*30.* Eden, Lorraine and M.A. Molot. 1993. From Silent Integration to Strategic Alliance: The Political Economy of North American Free Trade. In Gustavo Vega Canovas, ed. *Liberacion Economic Y Libre Commercio en America del Norte.*   Mexico City: Center for International Studies, El Colegio de Mexico, 1993, 23-72.  Published in Spanish.

   a. Also available as an *Occasional Papers in International Trade Law and Policy.*  Ottawa: Center for Trade Policy and Law, June 1991.  45 pp.

31. Eden, Lorraine and M.A. Molot.  1992. The View from the Spokes: Canada and Mexico Face the US. In *North America Without Borders?  Integrating Canada, the United States, and Mexico*, edited by Stephen Randall with Herman Konrad and Sheldon Silverman.  Calgary: University of Calgary Press.

32. Eden, Lorraine and M.A. Molot.  1992. The Political Economy of a NAFTA: A Public Choice Approach. In *Policy Forum on Canada-US-Mexico Free Trade*, edited by William Watson.  Kingston: Queen's University, John Deutsch Institute.

33. M. Cameron, Lorraine Eden and M.A. Molot.  1992.  North American Free Trade: Conflict and Co-operation in Canada-Mexico Relations.  In *A New World Order?  Canada Among Nations 1992-93*, edited by Fen Hampson and Christopher Maule.  Ottawa: Carleton University Press, 174-90.

   a. Also published in Spanish in Gustavo Vega Canovas, ed. *Mexico-Estates Unites-Canada 1991-92*.  Mexico City: Center for International Studies, El Colegio de Mexico, 1993, 303-26.

34. Eden, Lorraine 1991.   Retrospectives on Public Finance: An Introduction to the Issues.   In

*Retrospectives on Public Finance*, edited by Lorraine Eden.  Durham, N.C.: Duke University Press.

35. Eden, Lorraine and Melville McMillan.  1991. Local Public Goods: Shoup Revisited.  In *Retrospectives on Public Finance*, edited by Lorraine Eden, Durham, N.C.: Duke University Press.

36. Eden, Lorraine 1991.  Multinational Responses to Trade and Technology: Implications for Canada.  In *Foreign Investment, Technology and Growth*, edited by Don McFetridge, Industry (formerly Investment) Canada Research Series Volume I, Calgary: University of Calgary Press (published in French and English).

37. Eden, Lorraine 1990.   New Directions in International Business Research.  *Research in Global Strategic Management, Volume 1: A Canadian Perspective*, edited by Alan M. Rugman, Greenwich, Conn.: JAI Press Inc., 163-75.

38. Eden, Lorraine 1990.  Multinationals and Transfer Pricing in the Petroleum Industry: A Comment.  In *International Aspects of Taxation*, edited by Assaf Razin and Joel Slemrod, Chicago: National Bureau of Economic Research and the University of Chicago Press, 155-59.

39. Eden, Lorraine 1990.  Two Steps Forward, One Step Back: Into the 1990s", in *Canada Among Nations 1989: The Challenge of Change*, edited by M.A. Molot and Fen Hampson.  Ottawa: Carleton University Press, 135-62.

40. Eden, Lorraine 1989.   Choices for the Global Economy.  In *Canada Among Nations 1988: The Mulroney Years*, edited by Brian Tomlin and M.A. Molot.  Toronto: Lorimer Press, 83-106.

41. Eden, Lorraine 1989.  Pharmaceuticals in Canada: An Analysis of the Compulsory Licensing Debate.  In *International Business in Canada: Strategies for Management*, edited by A.M. Rugman.  New York and Toronto: Prentice-Hall, 245-67.

42. Eden, Lorraine 1988.  The Impacts of Tax and Tariff Reforms on U.S. Direct Investments in Canadian Manufacturing.  In *Canada/U.S.A.: The Economic Relationship*, edited by David McKee.  New York: Praeger Publishers, 121-51.

43. Eden, Lorraine and A.M. Rugman.  1985. Introduction to Multinationals and Transfer Pricing.  In *Multinationals and Transfer Pricing*, edited by A.M. Rugman and Lorraine Eden.  London and New York: Croom Helm and St. Martin's Press, 1-10.

    a. Also published in Spanish in *Informacion Comercial Espanola, Revista de Economia*, Ministerio de Economia y Hacienda.  616, Dec. 1984, 35-40.

44. Eden.  L. 1985.  The Microeconomics of Transfer Pricing.  In *Multinationals and Transfer Pricing*, edited by A.M. Rugman and Lorraine Eden.  London and New York: Croom Helm and St. Martin's Press, 13-46.

    a. Reprinted in Sylvain Plasschaert, ed. *Transnational Corporations, Transfer Pricing and Taxation*, London and New York: Routledge, UN Library on Transnational Corporations, 1993, pp.151-82.

**Refereed Conference Proceedings**

1.    Eden, Lorraine and Stewart Miller.  2001.  Opening the Black Box: The Multinational Enterprise and the Costs of Doing Business Abroad.  *Best Paper Proceedings, Academy of Management*.

*2.*    Yu, Tieying and Lorraine Eden. 2001. Safe in My Backyard: Strategic Trade Policy and Rivalry among Multinational Enterprises.  *Best Paper Proceedings, Academy of Management.*

3.    Eden, Lorraine & Kingsley Olibe.  1997. Does Multinationality Affect Performance?  New Evidence from U.S. Manufacturing Firms.  In J. LeMaster, editor, *Southwest Review of International Business Research*.

4.    Eden.  L. 1996.  Searching for a CUP: The Harmonization of Transfer Pricing Rules in North America. In D. Dimon, I.G. Tomlinson and S.E.W. Nichols (Eds.) *Competitiveness in International Business and Trade*, Volume 1.  Laredo: Texas A&M International University.

5.    Eden, Lorraine and M.A. Molot.  1994. Made in America?  Lessons from the North American Auto Industry.  In Khosrow Fatemi, ed, *The Globalization of Business in the 1990s: Implications for Trade and Investment, Vol. II: The Americas*.  Laredo, Texas: Texas A&M International University.

6.    Eden, Lorraine.  1986. The Impacts of Equalization on Municipal Fiscal Capacity: a Comparison of the Maritime Provinces. *Atlantic Canada Economics Association Papers* 15: 84-107.

7.    D.A.L. Auld and Lorraine Eden.  1982. Provincial-Municipal Fiscal Equalization and Revenue Sharing. *Atlantic Canada Economics Association Papers* 11: 51-70.

8.    L. Hunt and Lorraine Eden.  1981. Development of the Canadian East Coast Offshore Fisheries. *Atlantic Canada Economics Association Papers* 10: 1-20.

9.    Eden, Lorraine 1980. Canadian Equalization Grants in Theory and Practice.  *Atlantic Canada Economics Association Papers* 9: 43-63.


**Other Scholarly Publications**

1.    Eden, Lorraine  1997.  The OECD Tax Transfer Pricing Regime: Implications for Korea.  *NDI for the 21st Century*, 1(1), pp.110-15.  Seoul: National Development Institute.  Published in Korean.

2.    Eden, Lorraine and M.A. Molot.  1993. *The NAFTA's Automotive Provisions: The Next Stage of Managed Trade.*  C.D. Howe Commentary: The NAFTA Papers.  Toronto: C.D. Howe Research Institute, November.  24 pp.

3.    Eden, Lorraine 1991.  Globalization and Competitiveness in the 1990s.  *Taking Stock: The Network Seminars on Canadian Federalis*m, edited by Donald Lenihan, Ottawa: The Network on the Constitution, 24-27.

4.    Eden, Lorraine 1987.  Equalization at the Local Level in Canada.  *Policy Options*, May/June.

5.  Eden, Lorraine 1981.  Maternity Leave Policies in Canadian Universities.  *C.A.U.T. Facts and Figures* No.3.

6.  Eden, Lorraine 1981.  Faculty Salary Structures: A Case Study. *Canadian Association of University Teachers (CAU.T) Bulletin*, December.  Reply, May 1981.

## VI.  OTHER PUBLICATIONS

### Book Reviews in Scholarly Journals

1.  Eden, Lorraine. 2004. Invited book review for *Journal of International Business Studies* of Globalization and NGOs: Transforming Business, Governments, and Society, edited by Jonathan Doh and Hildy Teegen, Praeger, 2003.

2.  Eden, Lorraine. 2003. Invited book review for *Journal of International Business Studies* of *Intrafirm Trade and Global Transfer Pricing Regulations*, by Roger Tang, Quorum Books, 2002.

3.  Eden, Lorraine 1996.  Whither WIR?  Transnational Corporations, V(2) August. Invited book review of World Investment Report 1995, Geneva: UNCTAD, Division on Transnational Corporations and Investment, 1995.

4.  Eden, Lorraine 1996. Trade in the International Political Economy. Review of International Political Economy 3(4), in press. Invited book review of The International Political Economy of International Trade, Volumes I and II, edited by David Lake, Aldershot, UK: Edward Elgar, 1993.

5.  Eden, Lorraine 1992. TNCs and Growth. International Economic Insights, Nov/Dec.: 21-23,  with a "Reply" in   May 1993. Invited book review of World Investment Report 1992, UN Center for Transnational Corporations, New York: UNCTC, 1992.

6.  Eden, Lorraine 1987. Invited book review of Canadian Trade at a Crossroads, edited by D. Conklin and T. Courchene,  Canada/U.S. Trade and Investment Issues, edited by D. Fretz, R. Stern and John Whalley, and FIRA and FIRB by A.E. Safarian. Toronto: Ontario Economic Council, 1985. Published in Canadian Public Policy, Fall.

7.  Eden, Lorraine 1985. Invited book review of Governments and Multinationals: Policies in the Developed Countries by A.E. Safarian, 1983. Published in Canadian Public Policy IX Summer: 261-64.

8.  Eden, Lorraine 1982. Invited book review of Fiscal Dimensions in Canadian Federalism, edited by Richard M. Bird. Published in Canadian Public Policy VIII, Summer: 403-4.

9.  Eden, Lorraine 1982. Invited book review of Multinationals in Canada: Theory, Performance and Economic Impact and Inside the Multinationals by Alan M. Rugman, St. Martin's Press. Published in Canadian Journal of Economics XV, August:  562-66.

10. Lorraine Eden. 1980. Invited book review of Fiscal Transfer Pricing in Multinational Corporations by G.F. Mathewson and G.D. Quirin, Ontario Economic Council, 1979. Published in Canadian Public Policy, Spring 1980: 408-11.

11. Eden, Lorraine 1980. Book review of Salary Equity, Detecting Sex Bias in Salaries Among College and University Professors, edited by T.R. Pezzulo and B.E. Brittingham. Published in C.A.U.T. Bulletin, Dec. 1980.


## Working/Discussion Paper Series

1. Diewert, W. E., W. F. Alterman and L. Eden. 2005. Transfer Prices and Import and Export Price Indexes: Theory and Practice. Discussion Paper No. 05-08, Department of Economics, University of British Columbia, Vancouver, Canada, V6T 1Z1, March.
   http://www.econ.ubc.ca/diewert/disc.htm.
   http://papers.ssrn.com/sol3/papers.cfm?abstract_id=734883.

2. Benjamin, Dwayne, Arthur Sweetman, Craig Riddell and Lorraine Eden. 2004. *International Mobility of Skilled Labour, Analytical Issues and Research Priorities: Rapporteurs' Comments - Summary of Roundtables.* Industry Canada. Working Paper 2004 A-Summary. Ottawa: Industry Canada. http://strategis.ic.gc.ca/epic/internet/ineas-aes.nsf/en/ra01936e.html

3. Eden, Lorraine. 2001. Transfer Pricing, Intrafirm Trade and the BLS International Price Program. Bureau of Labor Statistics Working Paper Series, WP-334. Washington, DC: US Department of Labor. http://www.bls.gov/ore/abstract/ec/ec010020.htm

4. Eden, Lorraine 1994. Multinationals as Agents of Change: Setting a New Canadian Policy on Foreign Direct Investment. Industry Canada Occasional Paper Series, Number 1. October. 51 pages. In English and French.


## Texas A&M Working Paper Series

1. Miller, Stewart and Lorraine Eden. 2005. Local Density and Foreign Subsidiary Performance. The George Bush School of Government and Public Service Working Paper Series #574.
   http://bush.tamu.edu/research/working_papers/leden/Miller-Eden-AMJ-forthcoming.pdf

2. Eden, Lorraine. 2005. Went for Cost, Priced at Cost? An Economic Approach to the Transfer Pricing of Offshored Business Services. The George Bush School of Government and Public Service Working Paper Series #570.
   http://bush.tamu.edu/research/working_papers/leden/EDEN-WENT-FOR-COST-PRICED-AT-COST.pdf

3. Eden, Lorraine. 2004. Cave! Hic Dragones! Alan M. Rugman's Contributions to the Field of International Business. The George Bush School of Government and Public Service Working Paper Series #572.
   http://bush.tamu.edu/research/working_papers/leden/Eden-Cave-Hic-Dragones-2005.pdf

4.   Stewart Miller, Dan Li, Lorraine Eden and Michael Hitt. 2005. Do International Strategic Alliances Create Value for Emerging Market Shareholders? The Valuation of Chinese-Foreign Alliances on the Shanghai Stock Market, 1990-2002. The George Bush School of Government and Public Service Working Paper Series #579.
      http://bush.tamu.edu/research/working_papers/leden/Eden-Insider_Trading.pdf

5.   Eden, Lorraine and Stewart Miller.  2004. Distance matters: Liability of Foreignness, Institutional Distance and Ownership Strategy. The George Bush School of Government and Public Service Working Paper Series #404.
      http://bush.tamu.edu/content/research/working_papers/leden/Eden-Miller-AIM-fnl-GBS-WP.pdf

6.   Eden, Lorraine, Stefanie Lenway and Douglas Schuler. 2004.  From the Obsolescing Bargain to the Political Bargaining Model. The George Bush School of Government and Public Service Working Paper Series #403.
      http://bush.tamu.edu/content/research/working_papers/leden/Eden-Lenway-Schuler-FINAL-GBS.pdf

7.   Eden, Lorraine, Luis Juarez-Valdez and Dan Li. 2004. Talk Softly but Carry a Big Stick: Transfer Pricing Penalties and the Market Valuation of Japanese Multinationals in the United States.  The George Bush School of Government and Public Service Working Paper Series #402.
      http://bush.tamu.edu/content/research/working_papers/leden/Eden-Juarez-Li-Feb-2004.pdf


## Unpublished Technical Reports

1.   Eden, Lorraine, editor. 2002. 2003. 2005. *WAIB Directory* (Women in the Academy of International Business), Annual directory of members of the Academy of International Business.

2.   Eden, Lorraine, editor. 1996. *Annual Report to Congress. June 1996.* College Station, TX: Center for the Study of Western Hemispheric Trade. 206 pp.

3.   Eden, Lorraine 1990-2003. *Multinationals and Transfer Pricing*. Course Binder prepared for executive training course, Center for Career Development, Revenue Canada Taxation. Various issues, 1990-2003.

4.   Eden, Lorraine 1980. *Submission to M.P.H.E.C. on Faculty Salaries at Mount St. Vincent University*. Submission to the Maritime Provinces Higher Education Commission.

5.   Eden, Lorraine 1979. *Report on Salary Study Conducted by M.S.V.U. Faculty Association - Spring, 1978*. Presented to M.S.V.U Faculty Association.

6.   Eden, Lorraine 1978. *Submission to M.P.H.E.C. on Faculty Salaries at Mount St. Vincent University*. Submission to Maritime Provinces Higher Education Commission.

7.   Eden, Lorraine 1976. *The Importance of Transfer Pricing: A Microeconomic Analysis of Multinational Behaviour Under Trade Barriers*, unpublished Doctoral Dissertation, Dalhousie University, Halifax, N.S. Supervisor: Dr. Carl Sumner Shoup, McVickar Professor of Political

Economy Emeritus, Columbia University.

8.   Eden, Lorraine 1973. *The Consequences of Mild Inflation - the Canadian Case 1974-70*, unpublished M.A. Thesis, McGill University, Montreal. Supervisor: Dr. Alex Vicas.

9.   Eden, Lorraine 1973. *Nova Scotia Exports to Europe and Japan*. Nova Scotia Department of Development, Halifax.

10.  Eden, Lorraine 1970. *Defense Industry Contracting - A Profit Study*. Supply and Services Canada, Ottawa.

11.  Eden, Lorraine 1970. *Money Matters, Money Doesn't Matter*, unpublished B.A. Honors Thesis, Mount Allison University. Supervisor: Dr. William Cunningham.


**THE ETHICIST – Academy of Management Ethics Blog (http://ethicist.aom.org)**

1.   October 2013 --Ethics in Research – Lorraine Eden – Retraction: Mistake or Misconduct?

2.   February 2013 – THE ETHICIST - Lorraine Eden. Better by the dozen: THE ETHICIST blog posts July 2011-February 2013.

3.   February 2013 – Ethics in Research – Lorraine Eden, James Davis and Susan Madsen – *Ethics in Research Scenarios: What Would YOU Do?*

4.   November 2012 -  Ethics in Research – Lorraine Eden – *The Thought Leader Series: Michael A. Hitt on Ethics in Research*

5.   August 2012 – THE ETHICIST- Lorraine Eden- *Happy Birthday! Taking Stock of The Ethicist's First Year*

6.   May 2012 – Ethics in Research – Lorraine Eden - *Slicing and Dicing: Ex Post Approaches*

7.   February 2012 – Ethics in Research – Lorraine Eden - *Slicing and Dicing: Ex Ante Approaches*

8.   November 2011 – Ethics in Research – Lorraine Eden - *Double-Blind Review in the Age of Google and PowerPoint*

9.   November 2011 – Ethics in Research – Lorraine Eden - *AOM Videos on "Ethics in Research & Publication"*

10.  August 2011 – Ethics in Research – Lorraine Eden -Scientists Behaving Badly: Insights from the Fraud Triangle

11.  July 2011 – THE ETHICIST – Lorraine Eden - Welcome to THE ETHICIST!

## VII.    RESEARCH IN PROGRESS

**Commitments**

1.  Eden, Lorraine. Under contract. *The Economics of Transfer Pricing*: *The International Library of Critical Writings in Economics.* Cheltenham, UK: Edward Elgar Publishing.

2.  Eden, Lorraine. The Arm's Length Standard: Making It Work in a 21st Century World of Multinationals and Nation States. Presented at the authors' workshop, Kings College London, UK, November 2013. Forthcoming as a book chapter in Thomas Pogge and Krishen Mehta, editors.  [Title TBA]. Oxford University Press.

3.  Eden, Lorraine. Arbitration of Transfer Pricing Disputes. For presentation at the 2014 Fordham Law School Conference on International Arbitration and Mediation, New York City, June 12-13, 2014, in panel on "arbitration of international tax disputes". Presenting paper on "Arbitration of Transfer Pricing Disputes".  Paper to be published by Nijhoff in the annual volume of *Contemporary Issues in Arbitration and Mediation: The Fordham Papers.*

**Under Review**

1.  He, Xiaoming, Subrata Chakrabarty and Lorraine Eden. Ownership Structure and Firm Performance: A Study of Chinese Multinational Corporations. Under third review at *Long Range Planning*.

2.  Dai, Li, Lorraine Eden and Paul Beamish. Caught in the Crossfire: Vulnerability and Firm Responses to Host-Country Political Conflict. Under first review at *Academy of Management Journal.*

3.  Zhu, Hong, Michael Hitt, Lazlo Tihanyi, Lorraine Eden and Kai Xu.  Host Country Economic Institutions and Merged Firm Performance. Under first review at *Journal of Management*.

**Close to Journal Submission**

*1.*  Eden, Lorraine and L. Murphy Smith.  The Ethics of Transfer Pricing: Insights from the Fraud Triangle.  In preparation for first submission to *Critical Perspectives on Accounting.*

2.  He, Xiaoming, Lorraine Eden and Michael Hitt. Two's Company, Three's a Crowd? The Role of Institutional Investors in State Multinationals. In preparation for first submission to *Journal of World Business*.

3.  He, Xiaoming, Lorraine Eden and Michael Hitt. The State Multinational as a Hybrid Organizational Form.  In preparation for first submission to *Business Horizons.*

*4.*  Xu, Kai and Lorraine Eden. Institutional Distance, Direction and Complementarity: Impacts on the Mode of Entry Decision. In preparation for first submission to *Journal of International Business*

*Studies.*

## Working Paper Stage

**1.**  Miller, Stewart, Lorraine Eden, Joanna Tochman Campbell and Dan Li. Not All Legitimacy is Created Equal: Performance Implications of Dynamic Legitimacy.

2.  Eden, Lorraine. The Internalization Benefits of Transfer Price Manipulation.

3.  Eden, Lorraine and Ralph Carter. Who Wins US Trade Policy Debates?

## Projects in the Development Stage

#### With Li Dai and Paul Beamish – Multinationals in Conflict Zones

1.  Eden, Lorraine and Li Dai. Do Country Borders Matter? Foreign Subsidiaries and Multiple Conflict Zones. Accepted for presentation at the annual meetings of the International Studies Association, Toronto, March 2014.

2.  Dai, Li, Lorraine Eden and Paul Beamish. The Stay-or-Leave Decision and its Impact on Foreign Subsidiary Performance in Conflict Zones.

#### With Dan Li and Matt Josefy: Licensing and Strategic Alliances

1.  Dan Li, Lorraine Eden and Matt Josefy. Knowledge Management in Multi-Partner International Alliances.

2.  Lorraine Eden, Matt Josefy and Dan Li. Intellectual Property Licensing: Comparing Arm's Length and Related Party Agreements. For presentation at a Boston College faculty seminar April 2014.

#### Other Projects

1. Eden, Lorraine, David Boss, Kai Xu and Mary Han. A New Look at Born Globals.

2. Eden, Lorraine, Charles F. Hermann and Dan Li. Bringing Cases Back In: Qualitative Research in International Business.

3. Eden, Lorraine. Transfer Pricing Disputes and MNE-State Bargains.

4. Eden, Lorraine and Dan Li. Who Should Set Transfer Prices?

5. Eden, Lorraine and Monica Boos. How to Value – and Protect? Choosing the Optimal Transfer Mode for Intangible Assets.

6. Eden, Lorraine and Jun Li. Renegades in International Tax Space? Tax Havens and Inward Foreign

Direct Investment.

4. Miller, Stewart, Lorraine Eden and Joanna Tochman Campbell. Learning from Self and Learning from Others: The Janus-Faced View of Learning from High Risk Variation.

Book Projects

1. Eden, Lorraine. *The Mechanics of International Business.* Textbook suitable for honors and masters level courses on the economics of international business. Second revision completed.

2. Eden, Lorraine. *Transfer Pricing in Theory and Practice*. Professional book suitable for teachers and practitioners in the field of transfer pricing. Under development.


## VIII.   CONFERENCE/WORKSHOP PRESENTATIONS

*Note: List includes only presentations as a Texas A&M faculty member; i.e., July 1995-present.*

**Accepted or Offered for Presentation (as of January 2014)**

1. Invited speaker, Faculty Workshop, University of Alberta, Canada, September 2014.

2. Dai, Li and Lorraine Eden. Do Country Borders Matter? Foreign Subsidiaries and Conflict Zones. Offered for presentation at the annual meetings of the Academy of Management, Philadelphia, August 1-5, 2014, as part of a Symposium on "MNEs in Deadly Environments: Strategic Response to Disasters, Conflict and Crime."

3. Eden, Lorraine and L. Murphy Smith. The Ethics of Transfer Pricing: Insights from the Fraud Triangle. Offered for presentation at the annual meetings of the Academy of International Business, Vancouver, Canada, June 23-26, 2014.

4. Invited speaker, 2014 Fordham Law School Conference on International Arbitration and Mediation, New York City, June 12-13, 2014, in panel on "arbitration of international tax disputes". Presenting paper on "Arbitration of Transfer Pricing Disputes". Paper to be published by Nijhoff in the annual volume of *Contemporary Issues in Arbitration and Mediation: The Fordham Papers.*

5. Invited Keynote speaker, 2nd International Business Research Conference, HEC Montreal, Montreal, Canada. April 17, 2014

6. Eden, Lorraine. Moderator of panel on "25 Years of Case Teaching in International Relations" at the annual meetings of the International Studies Association, Toronto, Canada, March 28, 2014.

7. Eden, Lorraine and Li Dai. How Country Borders Affect Foreign Subsidiary Behavior in Conflict Zones. Accepted for presentation at the annual meetings of the International Studies Association, Toronto, Canada, March 26, 2014.

8.  Eden, Lorraine. Organizer and Chair of two panels on "Foreign Direct Investment and Geography" at the annual meetings of the International Studies Association, Toronto, Canada, March 26, 2014.

9.  Invited speaker, Faculty Workshop, Boston College, March 12, 2014.

**Completed Conference and Workshop Presentations**

10. Eden, Lorraine. Invited speaker, Faculty Workshop, Cass Business School, London, UK. November 22, 2013. Presentation: "Caught in the Crossfire: Multinationals in War Zones".

11. Eden, Lorraine. Authors' Workshop.  King's College London, London, UK. Paper: "The Arm's Length Standard: Making It Work in a 21st Century World of Multinationals and Nation States", November 23-24, 2013.

12. Eden, Lorraine. Discussant for Lee Sheppard's paper on "Developing Countries and Tax Avoidance". Authors' Workshop.  King's College London, London, UK. November 2013.

13. Eden, Lorraine. Responder. Thought Leadership Forum on "Global Tax Justice and Illicit Financial Flows". Dickson Poon School of Law, King's College London, London, UK, November 22, 2013.

14. **Xu, Kai** and Lorraine Eden. 2013. Institutional Distance, Direction and Complementarity: Impacts on the Mode of Entry Decision.  Presented in a competitive paper session at the annual meetings of the Academy of International Business, Istanbul, July 2013. Paper received the AIB/Temple University Best Paper Award for the best paper presented at the conference.

15. Eden, Lorraine. Co-Presenter. UNCTAD Panel on the 2013 World Investment Report. Global Value Chains: Investment and Trade for Development.  Annual meetings of the Academy of International Business, Istanbul, Turkey. July 2013.

16. Eden, Lorraine. Panelist in Roundtable on Institutions and Strategy. Annual meetings of the Academy of International Business, Istanbul, Turkey. July 2013.

17. Eden, Lorraine. Taxing Multinationals in Developing Countries. Presented at the annual meetings of the International Studies Association, San Francisco, April 4, 2013.

18. **Dai, Li,** Lorraine Eden and Paul Beamish. 2013. Foreign Subsidiary Exit in Response to External Threats: The Role of Exposure, Resources and Coping Mechanisms.  Invited faculty seminar at Indiana University, March.

2.  Miller, Stewart, Lorraine Eden, Joanna Tochman Campbell and Dan Li. 2012. Not All Legitimacy is Created Equal: Performance Implications of Dynamic Legitimacy. Presented at the annual meetings of the Academy of Management, Boston, August.

3.  **Dai, Li,** Lorraine Eden and Paul Beamish. 2012. External threats and MNE strategy: The role of exposure, resources and coping mechanisms. Presented at the annual meetings of the Academy of Management, Boston, August.

4.  <u>Dai, Li,</u> Lorraine Eden and Paul Beamish. 2012. Place, Space and Hot Spots: MNE Responses to Political Conflicts in Host Countries. Presented at the International Studies Association annual meetings, San Diego, April.

5.  **<u>Dai, Li,</u>** Lorraine Eden and Paul Beamish. 2012. External threats and MNE strategy: The role of exposure, resources and coping mechanisms. Invited faculty seminar at Carleton University, Ottawa, Canada, March.

6.  Worthington, William J., Michael A. Hitt, R. Duane Ireland and Lorraine Eden. 2011. Unbundling the Bundling Process:  SME Response to Environmental Context.  Presented at the annual meetings of the Strategic Management Society, Miami, September.

7.  Brymer, Rhett and Lorraine Eden. 2011. Intra-Organizational Rent Appropriation:  Favorable Conditions and Human Capital Bargaining in Multinational Enterprises. Presented at the annual meetings of the Strategic Management Society, Miami, September.

8.  Miller, Stewart, Lorraine Eden and Joanna Tochman Campbell. 2011. Learning from self and from others: The Janus-faced view of learning from high risk variation. Presented at the annual meetings of the Academy of Management, San Antonio, TX, August.

9.  Li, Dai and Lorraine Eden. 2011. Caught in the Crossfire: Strategies of MNEs in Host Countries at War. Presented at the Symposium on "Integrating Political Science into International Business Research", at the annual meetings of the Academy of Management, San Antonio, TX, August.

10. He, Xiaoming, Lorraine Eden and Michael Hitt. 2011. The Role of Institutional Investors in State Multinationals: A Multi-Country Study. Presented at the annual meetings of the Academy of International Business, Nagoya, Japan, June.

11. Huh, Dong Wook, Li Dai and Lorraine Eden. 2011. Leaders, Challengers and Institutional Voids. Presented at the annual meetings of the Academy of International Business, Nagoya, Japan, June.

12. Eden, Lorraine. 2011.  MNEs, Taxes, Transfer Pricing and Sustainable Development. Invited Presentation at the AIB Fellows Plenary, Academy of International Business Annual Meetings, Nagoya, Japan, June 25.

13. Eden, Lorraine. 2011.  Chair/presenter in the Plenary on "Strategic Alliances and International Business". Henley Business School International Business Conference, University of Reading, UK, April.

14. Eden, Lorraine. 2011. The Internalization Benefits of Transfer Price Manipulation. Invited Faculty Lecture at Henley Business School, University of Reading, UK, April.

15. Eden, Lorraine and Murphy Smith. 2011. The Ethics of Transfer Pricing. *Accounting, Organizations and Society* Workshop for Special Issue on "Fraud in Organizations", Imperial College, London, UK, April.

16. Dai, Li and Lorraine Eden. 2011. Stay or Go? A Vulnerability Perspective on Foreign Multinationals in

War Zones. Presentation at the annual meetings of the International Studies Association, Montreal, Canada. March.

17. Dai, Li and Lorraine Eden. 2010. Caught in the Crossfire: The effect of interstate war on FDI by industry. Presented at the annual meetings of the Academy of Management, Montreal, Canada. August.

18. Eden, Lorraine. 2010, Participant/Chair. International Management Division, Professional Development Workshop on "The Liability of Foreignness of International Studies: Publishing in Premier Management Journals". Academy of Management Annual Meetings, Montreal. August.

19. Eden, Lorraine. 2010. Participant. Ethics in the Publication Process: Policy, Practice, and Consequences. All-Academy Theme Symposium. Academy of Management Annual Meetings. Montreal. August.

20. Eden, Lorraine. 2010. The Ethics of Publishing. Presentation at the joint Doctoral/Junior Faculty Consortia, International Management Division, Academy of Management Annual Meetings. Chicago. August.

21. Dai, Li and Lorraine Eden. 2010. Caught in the Crossfire: MNEs in Warring Host Countries. Presented at the annual meetings of the Academy of International Business in Rio de Janeiro, Brazil, June.

22. Eden, Lorraine. 2010. Co-chair (with Laszlo Tihanyi) annual JIBS Paper Development Workshop. Academy of International Business Meetings, Rio de Janeiro, Brazil, June.

23. Eden, Lorraine. 2010. The Ethics of Publishing. Presentation at the joint Doctoral/Junior Faculty Consortia, Academy of International Business Annual Meetings. Rio de Janeiro, June.

24. Eden, Lorraine. 2010. The Internalization Benefits of Transfer Price Manipulation. Invited presentation to faculty and PhD students in the Department of Economics at the University of Texas at Dallas, April.

25. Eden, Lorraine. 2010. Publishing International Business Research: Insights from a Journal Editor. Presentation to Business School Faculty at Prairie View Texas A&M University, Prairie View, Texas, March.

26. Lorraine Eden. 2010. So You Want to Be a Journal Editor? Organized, chaired and presented at panel, International Studies Association Annual Convention, New Orleans. February.

27. Lorraine Eden. 2010. Successful Publication Strategies: Meet the IPE Journal Editors. Organized, chaired and presented at panel, International Studies Association Annual Convention, New Orleans, February.

28. Eden, Lorraine, Robert Kudrle and Charles Hermann. 2009. Bringing the Renegades back in: Lessons from the OECD's Harmful Tax Competition Project. Presented at the International Political Economy Society annual meetings, Texas A&M University, November.

29. He, Xiaoming and Lorraine Eden. 2009. Chinese State Owned Multinationals and their Outward FDI Strategies. Presented at a Research Roundtable, US-China Conference, Beijing, China, October.

30. Eden, Lorraine, Stewart Miller, Dan Li and Yichi Zhang. 2009. Chinese Multinationals in the United States: Coping with Liability of Foreignness.   Presented at a Research Roundtable, US-China Conference, Beijing, China, October.

31. Eden, Lorraine, Stewart Miller and Joanna Campbell. 2009. Doing harm by doing good? The Community Reinvestment Act and the US banking crisis. Presented at the annual meetings of the Strategic Management Society. Washington, DC. October.

32. Eden, Lorraine. 2009. Planning for Publication. "Meet the Editors" panel at the Global Strategy Doctoral Consortium, Annual Meetings of the Strategic Management Society, Washington, DC. October.

33. Eden, Lorraine. 2009.  Panelist at an Academy of International Business (AIB) roundtable on "Global Crises and International Business" at ANPAD (National Association of Graduate Studies and Research in Administration in Brazil) annual conference in Sao Paolo, Brazil, September.

34. Eden, Lorraine.  2009. Transfer pricing, illicit money flows and developing countries. Presented at the World Bank conference on "Illicit Flows and Developing Countries", Washington, DC. September. Video available on BSPAN.

35. Eden, Lorraine. 2009. Panelist. "Research on Ethics and Fraud in International Business Journals." Presented at the Workshop on Ethics and the Organization, Queen's University, Kingston, Ontario. September.

36. Campbell, Joanna, Lorraine Eden and Stewart Miller. 2009. Above and beyond: Asymmetric information, corporate social responsibility and firm performance. Presented at the annual meetings of the Academy of Management. Chicago. August.

37. He, Xiaoming and Lorraine Eden. 2009. State Multinationals as a Hybrid Organizational Form. Presented at the annual meetings of the Academy of Management. Chicago. August.

38. Campbell, Joanna, Lorraine Eden and Stewart Miller. 2009. Does distance matter? Multinationals and corporate social responsibility in host countries. Presented at the annual meetings of the Academy of International Business. San Diego. June.

39. Li, Dan, Stewart Miller, Lorraine Eden and Michael Hitt. 2009. Value Creation by International Strategic Alliances in BRIC Countries. Presented at the annual meetings of the Academy of International Business. San Diego. June.

40. Li, Dan, Stewart Miller and Lorraine Eden. 2009. Entry Mode Imitation by Emerging Market Firms in Developed Markets. Presented at the annual meetings of the Academy of International Business. San Diego. June.

41. Eden, Lorraine. 2009. Rethinking the 'O' in Dunning's OLI: The Benefits and Costs of Being a

Paradigm. Presented at the University of Reading's 2nd Annual IB Conference. University of Reading, Reading, UK. March 30.

42. Eden, Lorraine. 2009. Publishing International Business Research: Insights from a Journal Editor. Prairie View Texas A&M University, Prairie View, Texas, March.

43. Eden, Lorraine. 2009. Publishing International Business Research: Insights from a Journal Editor. Baruch College, New York, February.

44. Eden, Lorraine. 2008. Organized and chaired a Paper Development Workshop on "The Questions We Ask in International Management: Views from the Journal Editors", Academy of Management, International Management Division, Anaheim, August.

45. Eden, Lorraine. 2008. Qualitative Research in International Management: Insights from JIBS. Academy of Management, Professional Development Workshop, Anaheim, August.

46. Eden, Lorraine. 2008. Qualitative Research in International Business. Presented at the annual meetings of the Academy of International Business, Milan, Italy, June.

47. Eden, Lorraine. 2008. Organized and presented on JIBS at an All-Convention Symposium panel on "Bridging the Divides in the IPE Journals" at the International Studies Association annual meetings, San Francisco, March.

48. Perez-Batres, Luis, Lorraine Eden and Michael Hitt. 2008. Learning to Adapt to Radical Change in an Emerging Market: Lessons from the Mexican Banking Industry, 1991-2004. Organization Science Winter Conference, February.

49. Eden, Lorraine. 2007. The "What" and "Why" of International Business Research. Presented at the Colloquium on the Globalization of Business Education. IESE, University of Navarre, Barcelona. Spain, October 4-7.

50. Eden, Lorraine, Stewart Miller, Douglas Thomas, Paige Fields and Hong Zhu. 2007. Liability of Foreignness and Imitation Strategies of Host Country Multinationals. Presented in a Showcase Symposium at the August 2007 Academy of Management meetings.

51. Eden, Lorraine, Charles F. Hermann and Dan Li. 2007. Bringing Cases Back In: Qualitative Research in International Business. Presented in the Professional Development Workshop (PDW) "Making case-study based research count: Best practices and future directions", August 2007 Academy of Management meetings.

52. Eden, Lorraine, Stewart Miller, Douglas Thomas, Paige Fields and Hong Zhu. 2007. When You Leave, Should I Go Too? Trait-Based and Location-Based Imitation by Host-Country Multinationals. Presented at the June 2007 Academy of International Business meetings.

53. Perez-Batres, Luis and Lorraine Eden. 2007. Is There a Liability of Localness? Presented at Temple University, *Journal of International Management* annual conference.

54. Eden, Lorraine. 2006. Rapporteur. International Conference on The Rise of Transnational Corporations from Emerging Markets: Threat or Opportunity? Columbia University, New York City, October 24-25.

55. Eden, Lorraine, Stewart Miller, Douglas Thomas, Paige Fields and Hong Zhu. 2006. When You Leave, Should I Go Too? Trait-Based and Location-Based Imitation by Host-Country Multinationals. Annual meetings of the Strategic Management Society, Vienna, November.

56. Miller, Stewart, Douglas Thomas, Lorraine Eden and Michael Hitt. 2006. Knee Deep in the Big Muddy: A Resource Based View of Location Choice by Hispanic Banks in the United States. Annual meetings of the Academy of Management, Atlanta, August.

57. Zhu, Hong and Lorraine Eden. 2006. Ethnicity and Location Choice: Entry Strategies of Asian Banks in the United States. Annual meetings of the Academy of Management, Atlanta, August.

58. Zhu, Hong, Lorraine Eden and Stewart Miller. 2006. Do Birds of a Feather Flock Together? Location Strategies of Asian Banks in the United States. Annual meetings of the Academy of International Business, Beijing, China, June.

59. Li, Dan, Stewart Miller and Lorraine Eden. 2006. Alliance or Acquisition Decisions of Emerging Market Firms: Imitation and the Effect of Uncertainty. Annual meetings of the Academy of International Business, Beijing, China, June.

60. Eden Lorraine. Multinationals and the New Regionalism in the Americas. 2006. Keynote address at the 11th Annual Conference "Global Trade & Investment Challenges for Western Hemispheric Development", Texas A&M International University, April 5.

61. Eden, Lorraine and Ralph Carter. 2006. Politics, Economics and Trade Policy Wins. International Studies Association annual meetings, San Diego, March 22-25.

62. Eden, Lorraine. 2006. Hard Bargains: Examining Transfer Pricing Disputes through the Lens of the Political Bargaining Model. International Studies Association annual meetings, San Diego, March.

63. Eden, Lorraine. 2006. Multinationals and the New Regionalism in the Americas. Presented at the Third IDB/CEPII Conference, "The New Regionalism" Progress, Setbacks and Challenges", Inter-American Development Bank, Washington, DC, February.

64. Stewart Miller, Dan Li, Lorraine Eden and Michael Hitt. 2005. Do International Strategic Alliances Create Value for Emerging Market Shareholders? The Valuation of Chinese-Foreign Alliances on the Shanghai Stock Market, 1990-2002 Presented at the Roundtable group on US-China International Relations, China-US Relations Conference, November 14-17, Beijing, China.

65. Thomas, Douglas, Dan Li and Lorraine Eden. 2005. Market Reactions to Emerging Market Firms' FDI in Developed Markets. Annual meetings of the Strategic Management Society, Orlando, Florida, October.

66. Li, Dan and Lorraine Eden. 2005. Knowledge Protection in Non-conventional International R&D

Alliances. Annual meetings of the Strategic Management Society, Orlando, Florida, October.

67. Li, Dan, Lorraine Eden, Michael Hitt and Duane Ireland. 2005. Friends, Acquaintances, or Strangers? Partner Selection in R&D Alliances.  Annual meetings of the Academy of Management, Honolulu, August.

68. Thomas, Douglas, Lorraine Eden and Michael Hitt. 2005. The Institutional Distance Paradox: Explaining The 'Early Mover' Internationalization Strategies of Emerging Market Firms. Annual meetings of the Academy of International Business, Quebec City, July.

69. Perez-Batres, Luis and Lorraine Eden. 2005. Emerging Market Firms' Strategic Responses to Radical Environmental Change. Annual meetings of the Academy of International Business, Quebec City, July.

70. Perez-Batres, Luis and Lorraine Eden. 2005. Adaptation to Regulatory Punctuations in a Focal Host Market. Annual meetings of the Academy of International Business, Quebec City, July.

71. Stewart Miller, Dan Li, Lorraine Eden and Michael Hitt. 2005. Do International Strategic Alliances Create Value for Emerging Market Shareholders? The Valuation of Chinese-Foreign Alliances on the Shanghai Stock Market, 1990-2002. Presented at the Shanghai Institute for International Studies, Shanghai, May.

72. Eden, Lorraine, Charles F. Hermann and Dan Li. 2005. Bringing Cases Back In: Qualitative Research in International Business. Annual meetings of the International Studies Association, Hawaii, March.

73. Miller, Stewart and Lorraine Eden. 2004. Local Density and Foreign Subsidiary Performance. Presented at a faculty workshop, Department of Management, University of Illinois Champaign-Urbana. November.

74. Eden, Lorraine. 2004. Strategic Decision-Making in Multinationals: Responses to Regional Integration in North America. Presented at the Center for Trade Policy and Law Investment Conference, University of Ottawa Law School, November.

75. Eden, Lorraine and Charles F. Hermann. 2004. Bringing Cases Back In: Qualitative Research in International Business. Presented at the 2nd Annual JIBS/AIB/CIBER Invitational Conference on Emerging Research Frontiers in International Business, Michigan State University, September.

76. Eden, Lorraine. 2004. The Internalization Benefits of Transfer Price Manipulation. Presented at the Academy of Management annual meetings, New Orleans, August.

77. Eden, Lorraine. 2004. Cave! Hic Dragones! Alan M. Rugman's Contributions to the Field of International Business. Presented in Booz Allen Hamilton IMD Eminent Scholar Session, Academy of Management, New Orleans, August.

78. Eden, Lorraine. 2004. An Editor's Perspective on Getting Published: Lessons from JIBS. Doctoral Consortium, International Management Division, Academy of Management meetings, New Orleans, August.

79. Eden, Lorraine. 2004. Fifteen Tips on the Balancing Act. Doctoral Consortium, International Management Division, Academy of Management meetings, New Orleans, August.

80. Brookfield, Jonathan, Michael Hitt and Lorraine Eden. 2004. Security Risks and Firm Strategy. Presented at the Academy of International Business annual meetings, Stockholm, Sweden, July.

81. Eden, Lorraine, Stefanie Lenway and Douglas Schuler. 2004. From the Obsolescing Bargain to the Political Bargaining Model. Presented at the Academy of International Business annual meetings, Stockholm, Sweden, July.

82. Diewert, Erwin, William Alterman and Lorraine Eden. 2004. Transfer Prices and Import and Export Price Indexes: Theory and Practice. Presented at the SSHRC International Conference on Index Number Theory and the Measurement of Prices and Productivity, Vancouver, BC, June 30-July 3.

83. Eden, Lorraine. 2004. The Internalization Benefits of Transfer Price Manipulation. Presented at the International Panel Data Conference, Texas A&M University, June.

84. Eden, Lorraine and Dan Li. 2004. Do Insiders Contribute More than Outsiders? FDI and NAFTA. Presented at the 9th Annual conference on "Trade and Investment in the Americas: The Challenge of Globalization", Texas A&M International University, Laredo, Texas, March.

85. Eden, Lorraine and Dan Li. 2004. Do Insiders Contribute More than Outsiders? FDI and NAFTA. Presented at a faculty workshop, the Université du Quebec à Montreal (UQAM), March.

86. Eden, Lorraine, Robert Kudrle and Charles Hermann. 2004. Bringing the Renegades back in: Lessons from the OECD's Harmful Tax Competition Project. Annual meetings of the International Studies Association, Montreal, Canada, April.

87. Eden, Lorraine. 2004. International Mobility of Skilled Labour, Analytical Issues and Research Priorities: Remarks by the Rapporteur. Industry Canada and Social Sciences and Humanities Research Council Workshop on "International Migration of High Skilled Labor, Ottawa, February.

88. Stewart Miller and Lorraine Eden. 2004. Strategic Positioning, Market Experience, Home-Country Environment And Foreign Subsidiary Performance: The Effect of Local Density. Presented at the pre-conference workshop, *Organization Science Winter Conference*, Steamboat Springs, February.

89. Eden, Lorraine, Stefanie Lenway and Douglas Schuler. 2004. Changing Perspectives on the Obsolescing Bargain Model. Presented at the authors' workshop, International Business-Government Relations in the 21st Century, organized by Robert Grosse at Thunderbird, Phoenix, AZ, January.

90. Thomas, Douglas and Lorraine Eden. 2003. Strategic Responses of Emerging Market Firms to Institutional Transformation. Presented at the December 2003 *Journal of Management Studies* workshop on Emerging Markets, Hong Kong.

91. Eden, Lorraine and Dan Li. 2003. Who Should Set Transfer Prices? Presented at the 2003 Strategic

Management Society meetings, Baltimore, November.

92. Hitt, Michael, Lorraine Eden and Jonathan Brookfield. 2003. Terrorism, Security Risk and Firm Strategy. Presented at the 2003 Strategic Management Society meetings, Baltimore, November.

93. Schuler, Douglas, Lorraine Eden and Stephanie Lenway. 2003. Multinationals and Uneven Development. Presented at the workshop, Multinationals and World Poverty, organized by Subash Jain and Sushil Vachani, University of Connecticut, October.

94. Eden, Lorraine. 2003. Presentation at and participation in the workshop "New Directions in International Business and International Management Research", hosted by Joseph Cheng (Illinois) and Timothy Devinney (AGSM), Salish, WA, August.

95. Uhlenbruck, Klaus, Peter Rodriguez, Jonathan Doh and Lorraine Eden. 2003. Coping with Corruption: The Effect of Government Corruption on Entry Strategy. Annual meetings of the Academy of Management, Seattle, August.

96. Eden, Lorraine and Bernard Yeung. 2003. Transfer Pricing: Thinking Like a Manager. Presented at the Academy of Management meetings, Seattle, August 2003.

97. Yu, Tieying and Lorraine Eden. 2003. Safe in My Backyard: Strategic Trade Policy and Rivalry among Multinational Enterprises. Presented at the 2003 Academy of Management meetings, Seattle, August.

98. Uhlenbruck, Klaus, Peter Rodriguez, Jonathan Doh and Lorraine Eden. 2003. The Impact of Corruption on Entry Strategy: Evidence from Telecommunications Projects in Emerging Economies. Annual meetings of the Academy of International Business, Monterrey, CA, July.

99. Stewart Miller and Lorraine Eden. 2003. Multinationals and Organizational Legitimacy. Annual meetings of the Academy of International Business, Monterrey, CA, July.

100. Eden, Lorraine and Monica Boos. 2003. How to Value – and Protect? Choosing the Optimal Transfer Mode for Intangible Assets. Presented at the Eastern Academy of Management meetings, Porto, Portugal, June.

101. Eden, Lorraine. 2003. Deepening NAFTA: Taxes, Trade and Foreign Direct Investment. Annual meetings of the Canadian Economics Association, Carleton University, Ottawa, May.

102. Eden, Lorraine and Charles Hermann. 2003. The New Regionalism in the Americas. Presented at the Geography Teachers Workshop on Globalization, Texas A&M University International Center, College Station, Texas, May.

103. Eden, Lorraine and Dan Li. 2003. The New Regionalism and Foreign Direct Investment in the Americas. Presented at the "Canada-United States Business Conference", Indiana University, April.

100. Eden, Lorraine and Robert Kudrle. 2003. Tax Havens: Renegade States in the International Tax Regime. Presented at the University of Buffalo Law School conference on "Law, Technology and

Development", March.

101. Eden, Lorraine. 2003. Panel presentation on "Importance of Father-Daughter Relationships to Academic Women Faculty Members" to the "Women in Time" workshop, Texas A&M University, March.

102. Eden, Lorraine. 2003. Foreign Direct Investment in Tax Havens. Invited presentation to faculty and graduate students in the College of Business, University of Puerto Rico, San Juan, PR, February.

103. Eden, Lorraine. 2003. Foreign Direct Investment in Tax Havens. Graduate student workshop presentation, Faculty of Engineering, Texas A&M University, February.

104. Lorraine Eden. 2002. Deepening NAFTA: Trade, Taxes and Foreign Direct Investment. Presented at the conference *NAFTA at 10: Progress, Potential and Precedents*, Woodrow Wilson International Center for Scholars, Washington, DC, Dec. 9-10, 2002.
http://wwics.si.edu/index.cfm?topic_id=1420&fuseaction=topics.item&news_id=17241

*105.* Eden, Lorraine and Bernard Yeung. 2002. Transfer Pricing: Thinking Like a Manager. Presented at the conference, *The Development of International Business*, Indiana University, Nov.

106. Thomas, Douglas, Lorraine Eden and Michael Hitt. 2002. Who Goes Abroad? International Diversification by Emerging Market Firms into Developed Markets. Presented at the 2002 annual meetings of the Academy of Management.

107. Eden, Lorraine and Jun Li. 2002. Black Holes in Tax Space? Tax Havens and Inward Foreign Direct Investment. Annual meetings of the International Studies Association, New Orleans, March.

108. Eden, Lorraine and Jun Li. 2001. Black Holes in Tax Space? Tax Havens and Inward Foreign Direct Investment. Annual meetings of the Academy of International Business, Sydney, Australia, Nov.

109. Eden, Lorraine and Tieying Yu. 2001. What Do You Have to Declare? Transfer Price Manipulation in US Imports. Annual meetings of the Academy of International Business annual meetings, Sydney, Australia, Nov.

110. Eden, Lorraine and Robert Kudrle. 2001. Tax Havens and the OECD: The International Diffusion of Tax Competition Norms. Presented at the Hong Kong meetings of the International Studies Association, Hong Kong, July.

111. Eden, Lorraine and Stewart Miller. 2001. Opening the Black Box: The Multinational Enterprise and the Costs of Doing Business Abroad. Presented at the Academy of Management annual meetings, Washington, DC, August. Included in the AOM Best Paper Proceedings.

112. Eden, Lorraine, Katzu Shimizu and Richard Lester. 2001. Plant Strategy Dynamics. Presented in the International Management Division at the Academy of Management annual meetings, Washington, DC, August.

113. Yu, Tieying and Lorraine Eden. 2001. Safe in My Backyard: Strategic Trade Policy and Rivalry among

Multinational Enterprises. Presented at the Academy of Management annual meetings, Washington, DC, August. Included in the AOM Best Paper Proceedings.

114. Eden, Lorraine and Robert Kudrle. 2001. The New Attack on Tax Havens: Understanding Politics and Policy. Annual meetings of the International Studies Association, Chicago, IL, February.

115. Eden, Lorraine and Luis Juarez Valdez. 2000.  Speak Softly but Carry a Big Stick: The Impact of the US Transfer Pricing Penalty on the Stock Market Valuation of Japanese Multinationals in the United States. Annual meetings of the Academy of International Business, Phoenix, November.

116. Eden, Lorraine and Douglas Thomas. 2000. Is the Multinationality-Performance Relationship U-Shaped? Annual meetings of the Academy of Management, International Management Division, August, Toronto, Canada.

117. Eden, Lorraine. 2000. Taxes, Transfer Pricing and the Multinational Enterprise. Presented at the authors' workshop for the Oxford Handbook in International Business, edited by Alan Rugman and Thomas Brewer (Oxford University Press), Oxford University, UK, May.

118. Eden, Lorraine. 2000. Implications of Transfer Pricing for the US Export and Import Price Indexes. Presented at a Bureau of Labor Statistics conference on price indexes, Washington, D.C., June.

119. Eden, Lorraine. 2000. Regional Integration And Foreign Direct Investment:  Theory and Lessons from NAFTA. Presented at a workshop on Emerging Issues in International Business Research, bringing together the authors of a forthcoming book, edited by Masaaki Kotabe, Preet Aulakh and Arvind Phatak, April.

120. Eden, Lorraine and M.A. Molot. 1999. Insiders, Outsiders and MNE-Host Country Bargains: A case study of the automotive industry in Canada. Annual meetings of the Academy of International Business, Charleston, SC, November.

121. Eden, Lorraine. 1999. In the Hurricane's Eye: Ray Vernon and the Multinational Enterprise. Presented at a panel in honor of Raymond Vernon at the Academy of International Business annual meetings, November.

122. Eden, Lorraine. 1999. Multinationals: The Janus Face of Globalization. Paper presented in the Opening Plenary Panel at the Academy of International Business annual meetings, Charleston, SC, November.

123. Eden, Lorraine. 1999. Chaired a two-day transfer pricing conference in Toronto, organized by the Institute for International Research on New Issues in Transfer Pricing for Canadian Business. Presentation on New International Issues in Transfer Pricing Regulation. September.

124. Eden, Lorraine. 1999. Participant in a weekend workshop on North American Trade and Investment, sponsored by Duke University, which brought together 30 faculty from the three countries to discuss possible joint teaching and research opportunities, May 21-22.

125. Eden, Lorraine, Antoine Monteils and William Wan. 1998. Regional Integration and The Location

Decisions of Multinational Enterprises. Presentation at the CIBER Conference on "Regions, Globalization and the Knowledge Based Economy", Rutgers University, Newark, October.

126. Eden, Lorraine and Douglas Thomas. 1998. Does Internalization Matter? Evaluating the 'I' in the OLI Paradigm. Annual meetings of the Academy of International Business, Vienna, Austria, October.

127. Eden, Lorraine. 1998. Teaching international business using distance-learning techniques. Presented at the Trans-Texas Video Network (TTVN) Users Conference, TAMU, August. Also presented at a Faculty Forum for Teaching Distance Learning, TAMU, August.

128. Eden, Lorraine. 1998. International Business and Regional Integration in North America. Presented in a political science class at the Free University of Amsterdam, Amsterdam, the Netherlands, May.

129. Eden, Lorraine and Craig Keller. 1998. Gross versus Net Margin Methods in Theory and Practice. Presented at the INSIGHT Conference on Advanced Transfer Pricing, Toronto, April.

130. R. Carter and L. Eden. 1998. Who Wins US Trade Policy Debates? Annual meetings of the International Studies Association annual meetings, Minneapolis, March.

131. Eden, Lorraine & K. Olibe. 1997. Does Multinationality Affect Performance? New Evidence from U.S. Manufacturing Firms. Presented at the 1997 annual Southwest Academy of International Business meetings, New Orleans, March.

132. Eden, Lorraine, K. Husbands & M. A. Molot. 1997. Shocks and Responses: The Canadian Auto Parts Suppliers Adjust to Free Trade and Lean Production. Annual meetings of the International Studies Association, Toronto, March.

133. R. Carter & L. Eden. 1997.  Who Makes US Trade Policy? Annual Southwest American Political Science Association, New Orleans, March.

134. Eden, Lorraine, K. Husbands & M.A. Molot. 1997. Shocks and Responses: Canadian and Mexican Auto Parts Suppliers Adjust to Free Trade and Lean Production. Presented at the Researchers' Workshop, International Motor Vehicle Program, Massachusetts Institute of Technology, June.

135. Eden, Lorraine, K. Husbands & M.A. Molot. 1997. Shocks and Responses: Canadian Auto Parts Suppliers Adjust to Free Trade and Lean Production. Annual meetings of the Academy of International Business, Monterrey, Mexico, October.

136. Eden, Lorraine, M. T. Dacin & W. Wan. 1997. Standards Across Borders: Crossborder Diffusion of the Arm's Length Standard in North America, 1917-97. Annual meetings of the Academy of International Business, Monterrey, Mexico, October.

137. Eden, Lorraine, K. Husbands & M.A. Molot. 1997. Shocks and Responses: Canadian Auto Parts Suppliers Adjust to Free Trade and Lean Production. Annual meetings of the Academy of International Business, Monterrey, Mexico, October.

138. Eden, Lorraine & K. Olibe. 1997. Does Multinationality Affect Performance? Evaluating the 'L' in OLI. Annual meetings of the Academy of International Business, Monterrey, Mexico, October.

139. Eden, Lorraine & W. Wan. 1997. Competitiveness and the North American Diamond. Annual meetings of the Academy of International Business, Monterrey, Mexico, October.

140. Eden, Lorraine, M. T. Dacin & W. Wan. 1997. Standards Across Borders: Crossborder Diffusion of the Arm's Length Standard in North America, 1917-97. Presented at the annual meetings of the Association for Canadian Studies in the United States (ACSUS), Minneapolis, November.

141. Eden, Lorraine, K. Husbands & M.A. Molot. 1997. Shocks and Responses: Comparing the Responses of Canadian and Mexican Auto Parts Suppliers to Free Trade and Lean Production. Annual meetings of the   Association for Canadian Studies in the United States (ACSUS), Minneapolis, November.

142. Eden, Lorraine. 1996. Strategies of Multinationals in the New Regional Economies: Lessons from NAFTA. Presented at an invited joint seminar of the American University of Cairo and Cairo University, Cairo, Egypt, January 1996.

143. Eden, Lorraine. 1996. NAFTA: A Leap of Faith -- to Where? Presented at the Center for International Business Education and Research (CIBER) Workshop on Internationalizing the Business Curriculum, held at Texas A&M International University, Laredo, Texas, February.

144. Eden, Lorraine. 1996. NAFTA: A Leap of Faith --to Where? Presented at the Workshop on International Issues for Potential Leaders in the TAMU System, Center for Leadership in Higher Education, TAMU Chancellor's Office, February.

145. Eden, Lorraine, K. Husbands and M.A. Molot. 1996. Competing in a Lean World: How the Auto Parts Industries in Canada and Mexico Are Responding to the Pressures of  Free Trade and Lean Production. Annual meetings of the International Studies Association, San Diego, April.

146. Eden, Lorraine. 1996. The Emerging North American Investment Regime. Annual meetings of the International Studies Association, San Diego, April 1996. Revised version presented at the Association for Canadian Studies in the United States First Colloquium on North America in the 21st Century, Toronto, November.

147. Eden, Lorraine. 1996. Searching for a CUP: The Harmonization of Transfer Pricing Rules in North America. Annual meetings, International Trade and Finance Association, San Diego, May.

148. Eden, Lorraine. 1996. NAFTA: A Leap of Faith -- to Where? After dinner speech presented at the NAFTA Summer Institute, Center for the Study of Western Hemispheric Trade, Austin, Texas, June.

149. Eden, Lorraine. 1996. Transfer Price Manipulation: Are Inaccuracy Penalties the Solution? Annual meetings of the Academy of International Business, Banff, September.

150. Eden, Lorraine. 1996. The North American Economy in 1996. Center for Business and Economic Analysis Executive Economic Briefing Paper. Presented as part of CBEA Executive Economic

Briefings in Houston, San Antonio and Dallas, October.

151. Eden, Lorraine. 1996.  The OECD Tax Transfer Pricing Regime: Implications for Korea. Presented to the Federation of Korean Industries, Seoul, Korea, October.

152. C.F. Hermann and L. Eden. 1996. Worldwide Transformation at the 21st Century: Prospects for the Korean Society. Presented at the inaugural workshop of the National Development Institute in Seoul, Korea, October.

153. Eden, Lorraine. 1996. The Changing Dynamics of the Canadian and Mexican Auto Parts Industries. Panel presentation at the Association for Canadian Studies in the United States First Colloquium on North America in the 21st Century, Toronto, November.

154. Eden, Lorraine, K. Husbands and M.A. Molot. 1996. Panel presentation at the Southern Economics Association annual meetings, Washington, DC, November.

155. Kingsley Olibe and L. Eden. 1996. Does Multinationality Matter? New Evidence from US Manufacturing Multinationals. Presented at TAMU Accounting Seminar, November.

156. Eden, Lorraine and C.F. Hermann. 1996. Renegade States in International Affairs: A Conceptual Framework. First draft Annual meetings of the International Studies Association, Chicago, February 1995. Revised paper presented at the Southwest International Studies Association meetings, Houston, March.

157. Eden, Lorraine. 1995. Deep Integration: Tax Harmonization and Investment Policies in North America. Annual meetings of the Canadian Economics Association, Montreal, June.

158. Eden, Lorraine. 1995. Technology Spillovers and the Multinational Enterprise. Presented at the conference, 'Small and Medium Sized Enterprises in the Global Economy', CIBER University of Maryland, October.

159. Eden, Lorraine. 1995. NAFTA: A Leap of Faith -- to Where? Center for Business and Economic Analysis Executive Economic Briefing Paper. Presented as part of CBEA Executive Economic Briefings in Houston, San Antonio and Dallas, October.


## IX.    RESEARCH FUNDING

**Individual Research Grants**

1. Scowcroft Institute Faculty Research Grant, 2014 for project on "Foreign Subsidiaries in Conflict Zones". $2,500. Texas A&M University.

2. Mays Research Faculty Fellowship, 2012-2015. Texas A&M University.

3. Mays Summer Teaching Grant, summer 2011. Texas A&M University.

4.  Mays Summer Research Grant, summer 2009. Texas A&M University.

5.  Mays Research Faculty Fellowship, 2008-2011.  Texas A&M University.

6.  Mays Summer Research Grant (with Paige Fields and Hong Zhu), summer 2006: $12,000. Texas A&M University.

7.  Taxation and Corporate Social Responsibility. Texas A&M CIBER monograph project. Funded by 2002-2003 SHELL Corporate Social Responsibility grant: $7,500.

8.  Texas A&M University Faculty Fellowship. $20,000 per year for five years. University-wide research competition open to associate professors and junior full professors. Twelve awarded each year.

9.  James Earl Rudder Faculty Fellow, $4,000 per year for four years. Texas A&M University, Department of Management (Sept. 2001). Withdrawn by department on receipt of Texas A&M Faculty Fellowship.

10. Canadian Embassy in Washington, DC - New Issues in Transfer Pricing Regulation in North America - $5,500 - 1999-January 2002.

11. Center for the Study of Western Hemispheric Trade, Texas A&M University - $13,950 - 'Responses to NAFTA and Lean Production: A Survey of Canadian and Mexican Automotive Suppliers' - 1996-98.

12. Carleton University - $10,000 - Carleton University Research Achievement Award - 1994-95.

13. Investment Canada - $6,000 - research - <u>MNEs in North America: After NAFTA</u> - 1993.

14. Investment Canada - $6,000 - conference organizer and general editor of *Multinationals in North America* - 1993.

15. Ontario Fair Tax Commission - $15,000 - research - writing a monograph on <u>Taxes, Transfer Pricing and Free Trade: Implications for Ontario Tax Policy</u>, 1992-93.

16. Foundation for Educational Exchange between Canada and The United States of America - $US 25,000 - Canada-US Fulbright Research Award for research on "The North American Auto Industry under Free Trade" while on sabbatical leave at Harvard University - 1992-93.

17. C.D. Howe Institute - $1,000 - Special Advisor at the Constitutional Conference on the Economic Union, Montreal, P.Q. - January 1992.

18. Investment Canada - $5,000 - research - <u>Multinational Responses to Trade and Technology Changes: Implications for Canada</u> - September 1990.

19. Carleton University General Research Funding and GR-6 Awards - $3,500 - <u>The Publicness of Local Public Goods</u> and <u>International Taxation</u> -School of International Affairs - 1988-89.

20. Canada, Federal Government - Challenge '87 student employment grant - $4,000 - <u>Analyzing Expenditure Patterns of Ontario Cities</u> - Economics - Summer, 1987.

21. Social Sciences and Humanities Research Council - $19,750 - <u>Designing an Optimal Provincial-Local Equalization Grant</u> - Economics - 1987-89.

22. Dalhousie University - $2,000 - Visiting Research Fellowship in the Center for International Business Studies at Dalhousie University - International Business - Summer, 1984.

23. Brock University internal Social Sciences and Humanities Research Council of Canada (SSHRCC) funding - $500 to $1,000 annually - Economics - 1983-87.


**Team Research Grants**

1. Lorraine Eden, Paige Fields and Hong Zhu – Mays Summer Research Grant Program - $12,000 – summer 2006. Texas A&M University.

2. Lorraine Eden and Maureen Appel Molot - International Motor Vehicle Program Research Grant, Massachusetts Institute of Technology - $12,975- Impact of Free Trade and Lean Production on the Canadian and Mexican Auto Parts Industries. 1997-2000.

3. Lorraine Eden and Maureen Appel Molot - Social Sciences and Humanities Research Council of Canada Strategic Grants on Managing for Global Competitiveness - $95,750 - <u>Managing the North American Relationship: Lessons from the Auto Industry</u> - 1991-1996.

4. Lorraine Eden and Maureen Appel Molot - Carleton General Research Funding Gr-6 Award -$3,000, and Social Sciences and Humanities Research Council of Canada Strategic Grants on Managing for Global Competitiveness - $10,000 - <u>The Canadian Automotive Industry: Managing the North American Relationship</u> - 1990-91.

5. Lorraine Eden and Douglas Auld, University of Guelph - SSHRCC - $10,000 - research - <u>Provincial-Local Equalization Programs in Canada</u> - Economics - 1984-86.


**Conference and Workshop Grants**

1. 2009 Research Roundtable: *The Chinese Are Coming: China's Foreign Direct Investment in the United States.* US-China Roundtable, Texas A&M University. Held in Beijing, China, October 2009.  $10,000.

2. 2006 Authors' Workshop for Focused Issue of the *Journal of International Business Studies* on "Three Lenses on the Multinational Enterprise: Politics, Corruption and Corporate Social Responsibility", Phoenix, Arizona, January 2006.

3. 2004 Conference on "Multinationals, Growth and Governance", held at the Rotman School of Management, University of Toronto, April 2004, in honor of A. Edward Safarian. Funding from Industry Canada and the Department of Foreign Affairs and International Trade (DFAIT): $C 35,000.

4.  1996 Workshop on NAFTA organized by the Center for the Study of Western Hemispheric Trade, Texas A&M University - NAFTA Workshop organized by L. Eden, J. Gaspar and G. Carranza - $US 10,000.

5.  1992 Conference on "Multinationals in North America". Funding by Investment Canada - $7,500 preparation of conference proposal. Contract through Center for Trade Policy and Law - May 1993 conference - $150,000. Total: $157,500.

6.  1989 Conference on "Retrospectives on Public Finance". Funding by SSHRCC - $5,000, Japan Foundation - $12,000, Internal - $2,000. Total: $19,000.


**Other Research-related Grants/Awards**

- Thomson Reuters Transfer Pricing OneSource Documenter. Free access for teaching and research purposes. Contract signed January 2011. Ongoing.
  http://onesource.thomsonreuters.com/solutions/transfer-pricing/transfer-pricing/

- ktMINE Royalty Rate Finder. Free access for teaching and research purposes. Contract signed November 2011. Ongoing.
  http://www.ktmine.com/solutions-new/royalty-and-market-rate-intelligence/

3.  ktMINE Licensing Agreement Analyzer. Free access for teaching and research purposes. Contract signed February 2013.  Ongoing.
  http://www.ktmine.com/solutions-new/licensing-intelligence/


# X.  TEACHING

**University-Based Teaching Experience**

Courses Taught by Semester at Texas A&M University – 2010-present only
- Fall 2013-Spring 2014: Faculty Development Leave, no teaching except for graduate supervisions.
- Spring 2013: no teaching except for graduate supervisions.
- Fall 2012: MGMT/INTA 663: International Transfer Pricing (Masters section -34 students)
- Fall 2012: MGMT/IBUS 450: The International Environment of Business (2 courses – 56 students)
- Spring 2012: MGMT/IBUS 667: Multinational Enterprises (PhD section – 6 students)
- Spring 2012: MGMT/IBUS 450: The International Environment of Business  (28 students)
- Fall 2011: MGMT/IBUS 450: The International Environment of Business (30 students)
- Fall 2011: MGMT 663/INTA 689: International Transfer Pricing (Masters section - 22 students)
- Spring 2011: MGMT 667/INTA 629: Multinational Enterprises (Masters section – 19 students)
- Fall 2010: MGMT 689/INTA 689 – International Transfer Pricing (Masters section – 19 students)
- Spring 2010: MGMT 667 – Multinational Enterprises (PHD Section – 6 students)
- Spring 2010: MGMT 667/INTA 629 – Multinational Enterprises (Masters Section -24 students)
       * Stacked course (undergraduate honors + masters)

Average Student Evaluations across 16 Courses/Sections (2010-2013)
- Mean overall evaluation  4.64 out of 5.0
- Effective teacher         4.80 out of 5.0
- Good instructor          4.80 out of 5.0
- Good course              4.64 out of 5.0

- Evaluation scores: 5.0 = strongly agree; 4.0 = agree, 3.0 = undecided, 2.0 = disagree, 1.0 = strongly disagree (maximum 5.0).

Graduate Courses Taught

- Multinational Enterprises (taught at both PhD and Masters Levels), MGMT667/IBUS 667: Fall 1995, Fall 1996, Fall 1997, Fall 1998, Fall 2000, Fall 2001, Fall 2002, Fall 2003, Spring 2005, Spring 2006, Spring 2007, Spring 2008, Spring 2010, Spring 2011, Spring 2012.
- International Transfer Pricing (MGMT663/BUSH629): Spring 2007 (NEW PREP), Fall 2010, Fall 2011, Fall 2012.
- International Business Policy (MGMT/IBUS 679): Spring 2009 (NEW PREP). Stacked with MGMT/IBUS 450H
- Regional Integration in the Americas (MGMT/IBUS/BUSH 665). Spring 1997, Spring 1998, Spring 1999.
- International Political Economy (Carleton, IA 500), 1988-95.
- International Trade Theory and Policy (Carleton, IA 538), 1988-95.
- Public Policy and the Multinational Enterprise (Harvard, Kennedy School), spring 1993. Team-taught with Raymond Vernon.
- Political Economy of the Multinational Enterprise (Carleton, IA 530), 1988-95.
- Independent Study Courses (TAMU):
  - Transfer Pricing (MA Economics): Jinkan Khatadia, summer 2009
  - International Business Policy (MBA): Charlene Chang, spring 2009
  - Strategic Transfer Pricing (PhD MGMT), spring 2003 (student: Dan Li).
  - International Diversification and Firm Performance (PhD MGMT), spring 2002 (student: Eugene Kang).
  - Internalization and Firm Performance (PhD, MGMT), spring 1998 (student: Doug Thomas).
  - Transfer Pricing (PhD, MGMT), fall 1996 (student: William Wan).

Undergraduate Courses Taught

- International Environment of Business (Taught at both Undergraduate and Honors Undergraduate levels). MGMT/IBUS 450. Fall 1995, Spring 1996, Spring 1997, Fall 1997, Spring 1998, Fall 1998, Spring 1999, Fall 1999, Spring 2000, Fall 2000, Spring 2001, Fall 2001, Spring 2002 (triple section), Fall 2002 (two sections), Fall 2003, Spring 2005, Fall 2005 (three sections), Fall 2007 (triple section), Fall 2008, Fall 2011, Spring 2012, Fall 2012 (two sections).
- Canadian Economic Problems and Policies (Brock University; MSVU).
- Economics of the Multinational Enterprise (Brock University).
- International Trade Theory and Policy (Brock University; Carleton University).
- International Payments (Brock University).

- Microeconomics (Brock University; MSVU).
- Macroeconomics (Brock University; MSVU).
- Public Finance: Expenditure (Brock University; Carleton University).
- Public Finance: Taxation (300 level, Economics, Brock).
- Independent Study Courses:
  - Honors course, International Environment of Business, Fall 2002 (Andrew York).
  - Washington Study Internship, TAMU, Spring 2001 (Tania Fongemie).
  - Energy Regulation in the United States, TAMU, Spring 1999 (Melissa Brown).

Graduate Supervisions

*PhD Dissertation Chair at Texas A&M University*
- Dong Wook Huh (MGMT) – 2011-present
- Li Dai (MGMT) – "Caught in the Crossfire: Strategies of Multinationals in Host Countries at War", 2009-2011
- Xiaoming He (MGMT) – "The State Multinational: The Impact of State Ownership on International Diversification and Firm Performance", 2008- 2010
- Luis Perez-Batres (MGMT) – "Do Desperate Times Call for Desperate Measures?" 2003-2006 (co-chair with Michael Hitt).
- Dan Li (MGMT) – "Partner Selection in R&D Alliances" - 2003-2005 (co-chair Michael Hitt).
- Antoine Monteils (MGMT) - 2000-2005 (withdrew from program).
- Douglas Thomas (MGMT) – "Who Goes Abroad? International Diversification by Emerging Market Firms into Developed Markets" -- 1999-2001 (co-chair Michael Hitt).

*PhD Dissertation Committee Member at Texas A&M University*
- Ying Zhu (Marketing) – graduated 2011.
- Kelli Phelan (Educational Administration and Human Resource Development) - graduated 2010.
- Jie Kie (Educational Administration and Human Resource Development), graduated 2010.
- Kehan Xu (MGMT) – graduated 2010.
- Hong Zhu (MGMT) – graduated 2008.
- Bill Worthington (MGMT) – graduated 2007.
- Bruce Runyan (Accounting) graduated 2006.
- Wesley Welch (Agricultural Economics) graduated 2003.
- Tieying Yu (MGMT) graduated 2003.
- Shirley Hunter (Accounting) graduated 2003.
- Pranjal Gupta (Marketing) graduated 2002.
- Luis Juarez Valdez (Accounting) graduated 1999.
- Aleta Best (MGMT) graduated 1997.

*Ph.D. Dissertation Supervisions Outside of Texas A&M*
- Monica Boos, Economics, Albert-Ludwigs-Universität Freiburg, Freiburg, Germany (co-supervising dissertation with professor at ALU Freiburg, September 2000-December 2002).
- Gary Lazarus (Economics) - Carleton University, committee member, completed 1990.
- Tony Porter (Political Science) - Carleton University, committee member, completed 1992.

*Ph.D. External or Internal/External Dissertation Examiner*
- Kim, Zukweon.  Ph.D. in International Business.  Rutgers University, 2000.
- Ronald Lange, Ph.D. Economics, Queen's, 1982.
- Glen Copplestone, Ph.D. Economics, UWO, 1984.
- Eric Asante, Ph.D. Economics, McMaster, 1985.
- James Feehan, Ph.D. Economics, Carleton, 1990.

*M.A. Thesis Committee Supervisions at Texas  A&M University*
- Angela Krueger (Agricultural Economics) - committee member, 1997-99.
- Ivan Borja (Agricultural Economics) – committee member, 2001-.

*M.A. Student Advisor – Texas A&M University at the George Bush School*
- Approximately 10 students per year from the International Economics and Development concentration in the Masters in International Affairs Program (MPIA).

*M.A. Research Essay/Thesis Supervisions - Carleton University* **
- Judith van Walsum, 1990; Philip Rourke, 1989; Jing-dong Yuan, 1990; Luz Maria de la Mora Sanchez, 1990;  Denis Paquin, 1992; Jim Nickel, 1992; Iain MacInnis, 1992; Beth Breger, 1993 (Harvard); Derek Baas, 1994; Jason Parker, 1995; Asheet Patel, 1995; Usha Viswanathan, 1995

** Service on MA Theses committees as Advisor not listed; only supervisory responsibilities listed.

*MA Thesis External Examiner:*
- Elaine Kozak, M.A. NPSIA, Carleton, 1990; Mr. Sharma - Ph.D. Economics, Carleton, 1992; Brock Trenchard, MA NPSIA, Carleton 1995


**Executive Education and Training**

Executive Education - Center for Executive Development, Mays Business School (2009-present).
*Global Strategic Management* - Halliburton BLD III Program, Center for Executive Development. My teaching evaluations in the Halliburton BLDIII program, where I teach two half-days on Global Strategic Management, have been consistently positive, with almost all participants grading my sessions in the "Strongly Agree" category.  I have taught:
- 8 hour module: June 2013, October 2012, April 2012, September 2011, May 2011, October 2010, April 2010, September 2009, July 2009.
- 4 hour module: October 2008.

Executive Education – EMBA Capstone Project Supervisions (2011-present)
- Ahmed Mousbah, Baker Hughes, 2013
- Chester Lopez, Schlumberger, 2012

Private Sector Executive Education and Training

- *Transfer Pricing- two to five day workshops on transfer pricing:*
    - Field Economists, Bureau of Labor Statistics – 2003, 2004.

- o  Tax auditors and Senior Staff, Canada Revenue Agency (CRA, formerly known as Revenue Canada) – multiple years.

- New course provider for executive training on *Transfer Pricing* for the Chartered Institute of Taxation (COIT) in the Advanced Diploma in International Taxation (ADIT) for Paper 3, "Transfer Pricing". The course is offered through 86Pillars (http://www.86pillars.org). For list of ADIT providers, see http://www.tax.org.uk/adithttp://www.tax.org.uk/adit.

- Transfer Pricing Associates. Editorial Board Member. New E-Bright learning platform (online transfer pricing course). http://www.e-bright.com/editorial-board.

## Outstanding Teacher/Instructor Awards

1. Nominated by Department of Management for a TAMU Presidential Teaching Professorship, Fall 2011.

2. Elected a Fellow of the Academy of International Business for lifetime contributions to and achievements in international business, 2004.

3. Selected as an Honorary faculty member, International Gold Key Society, Nov. 2002 (maximum of five faculty selected each year).

4. Texas A&M University, Former Students Association Award for Teaching Excellence, Fall 2000 (university level award).

5. First Prize for Most Innovative Use of the Trans-Texas Video Teleconferencing Network, 1997-98 (Texas A&M University System level award).

## Publications with Teaching/Instruction Focus in Refereed Journals

1. Eden, Lorraine. 2011. Launching a career in transfer pricing. *Transfer Pricing International Journal*, October: 26-30.

2. Eden, Lorraine, Li Dai and Dan Li. 2010-2011. International Business, International Management, International Strategy: What's in a Name? *International Studies of Management & Organization,* 40(4): 54-68.
   a. To be reprinted in *The Routledge Companion to International Management Education,* edited by Denise Tsang, forthcoming with Routledge.

3. Eden, Lorraine. 2010. Letter from the Editor-in-Chief: JIBS Publication Criteria and their Consequences. *Journal of International Business Studies*, 41.7: 1093-1098.

4. Eden, Lorraine. 2010. Letter from the Editor-in-Chief: Scientists behaving badly. *Journal of International Business Studies*, 41.4: 561-566.

## Teaching Related Grants

1. Thomson Reuters Transfer Pricing OneSource Documenter. Free access for teaching and research purposes. Contract signed January 2011.
   http://onesource.thomsonreuters.com/solutions/transfer-pricing/transfer-pricing/

2. ktMINE Royalty Rate Finder. Free access for teaching and research purposes. Contract signed November 2011.
   http://www.ktmine.com/solutions-new/royalty-and-market-rate-intelligence/

3. ktMINE Licensing Agreement Analyzer. Free access for teaching and research purposes. Contract signed February 2013.
   http://www.ktmine.com/solutions-new/licensing-intelligence/

4. Eden, Lorraine. Mays Summer Teaching Grant, Summer 2011.

5. Eden, Lorraine. Texas A&M University Former Students Association Award for Excellence in Faculty Teaching. Fall 2000. $2,000.

6. *Lorraine Eden. Electronic Learning Incentives Program, Texas A&M University, Academy for Advanced Telecommunications & Learning Technologies - $3,300 - Bilateral (US-Mexico) Distance Learning course MGMT/BUSH/IBUS 665: Regional Integration in the Americas- spring 1999.*

7. Lorraine Eden. Electronic Learning Incentives Program, Texas A&M University, Academy for Advanced Telecommunications & Learning Technologies - $4,000 - Trilateral (Canada-US-Mexico) Distance Learning course *MGMT/BUSH/IBUS 665*: *Regional Integration in the Americas*- spring 1998.

8. Lorraine Eden. Pew Charitable Trust - *Pew Faculty Fellowship in International Affairs* - $US 9,000 - 1991-92. I was one of a group of 24 faculty selected from across North America to participate in a year-long project on using cases for teaching and research in international affairs.


**Faculty Advisor and Committee Responsibilities related to Teaching**

External to Texas A&M University

- Member of the Global Advisory Board to the Ph.D. program on International Business Administration at Texas A&M International University, Laredo, Texas, 2004-present.

- Member of the External Faculty Advisors Board to the Ph.D. program in International Business at the University of Texas at El Paso, 2003-present.

Within Texas A&M University (current)

- I am the faculty advisor for the *Multinationals and Public Policy* Concentration in the Master's Program in International Affairs in the Bush School. There are approximately 10-20 students per year in that track. Within the MNEs and Public Policy Concentration, I run a module on **Transfer Pricing.** I work with approximately 15-20 students per year. My functions involve course counseling,

internship placement, assistance with job searches, working with potential employers, etc.

- Wharton Research Data Services (WRDS) – Mays Business School WRDS Representative, 2002-present. I was a member of the Mays committee that investigated and purchased WRDS in 2002. I set up training sessions for faculty and PhD students, and hosted visit of WRDS trainer. As WRDS Representative, my functions are:
  - Assistance with the selection, purchase and inventorying of datasets for use with WRDS.
  - Management of faculty and graduate student WRDS accounts.

Within Texas A&M University (Completed)

- TAMU National Honors Committee – 2006-2008 (selection and reviewing committee for national and international honors awards involving undergraduate students at Texas A&M University, e.g., the Rhodes, Marshall, Mitchell and Churchill scholarships)

- Mays Teaching Council, member – 2003-2006.

- Faculty Co-Advisor, Aggie Global Interaction (AGI) (student group that works with foreign students visiting Texas A&M for one-two semesters as part of a study abroad program), 2001-2005.

- Faculty advisor: Sigma Iota Epsilon (Undergraduate Honor Society, MGMT): 2000-2002.

- Member.  Mays Business School Selection Committee for Association of Former Students (AFS) College Level Teaching Award, 2001.

- Member, Doctoral Policy Studies Committee, Department of Management, fall 1995-fall 1998.

- Member, Faculty Committee, Masters Program in International Affairs, Bush School of Government and Public Service.

- Member. Student Admissions Committee for Masters in International Affairs, 2001-2002, 2002-2003, 2003-2004.

- Faculty Advisor to MPIA students, International Economics track, 2002-present.


**Development of New Programs of Study**

-  Worked with the TAMU Accounting Department to develop a Transfer Pricing sub-track within the Professional Program in Accounting (PPA) Tax Planning Track. The first group started in Fall 2011.

- Proposed and developed a graduate Concentration in "Multinationals and Public Policy", with an internal track on "Transfer Pricing", as part of the Master's Program in International Affairs at the George Bush School.

- Helped develop the Master's in International Affairs degree program in the Bush School of

Government and Public Service, Texas A&M University (committee member, 2000-present). This included developing the program of study and preparing draft course syllabuses.

- Proposed and developed the "International Affairs in the Americas" track in the Master in Public Service and Administration within the Bush School of Government and Public Service, Texas A&M University, 1996-99 (developed the track and was the first track chair).

- Part of the faculty group who developed the undergraduate degree program in International Affairs, School of International Affairs, Carleton University, 1994-95 (committee member, 1994-95).


**Development of New Courses (1990 – present only)**

- International Transfer Pricing (graduate) – the first graduate course on transfer pricing offered in a business school (to my knowledge). See http://www.voxprof.com/eden/eden-transfer-pricing.html. For an evaluation of the course see: Karl Wündisch. 2007. Rampant Globalisation—Yet a Dearth of Professionals to Lead the Way in Transfer Pricing? Tax Management Transfer Pricing Report, 16.8 (August 9), pp. 279-86.

- Multinational Enterprises (undergraduate, masters, PhD) – first offered in the mid-1980s as an undergraduate course at Brock University. Developed a masters course at Carleton University, which I subsequently taught at the Kennedy School at Harvard University (team taught with Professor Raymond Vernon) and at Texas A&M University. Developed a PhD seminar which I have taught at Texas A&M University.

- Regional Integration in the Americas (masters) – developed and offered twice in the Bush School and the Mays Business School. This course was co-taught with professors at Carleton University in Ottawa, Canada, and ITAM in Mexico City. This course won first prize as the most innovative use of the Trans-Texas Video-teleconferencing Network (TTVN) in 1997-98.


**Evaluation of Existing Programs of Study**

- External evaluator: International MBA Program, Florida International University, October 2004

- Committee member: Evaluation of the MBA Office, Mays Business School, Texas A&M University, 1998-99.


**Contributions to Educational Experience of Students at Texas A&M**

Visits of Faculty and Graduate Students to Texas A&M

- I was the Faculty Sponsor of Dr. Yichi Zhang, Associate Professor of Strategic Management and International Business at Peking University, who visited Texas A&M on a US-China Fulbright award in 2001-2002.

- I supervised the dissertation of Monica Boos, a PhD student in Economics at Albert-Ludwigs-Universität Freiburg in Freiburg, Germany, on transfer pricing. Ms. Boos visited Texas A&M from September 2000-December 2002 to work on her dissertation under my supervision, in recognition of my expertise in the field of transfer pricing.

TAMU Guest Lectures and Student Presentations

- Guest lecture on transfer pricing in ACCT 445/645, International Accounting, 2012.

- Guest lecture on transfer pricing in ACCT 615, Contemporary Tax Topics, 2012, 2013.

- Faculty presenter and moderator at the MSC Wiley Lecture Series, "The Debates: Foreign Policy and the American Presidency" as part of the "Great Decisions Discussion Series", October 22, 2012.

Other Contributions

- I maintain an extra-curricular non-course eLearning site, called the "*Transfer Pricing Forum*", to which current Texas A&M students can apply for membership. Once Texas A&M eLearning has added the students to the Forum, they have access to my transfer pricing resources, previous lecture notes, and a large number of resources linked to job searches, internships, etc. Currently, there are about 50 students on the Forum.

- Each year, since 2007, I have worked with the major Accounting firms and other firms (e.g. Transfer Pricing Associates) and organizations (e.g., the Internal Revenue Service) to successfully place TAMU students in summer internships and fulltime careers in transfer pricing. Total job placements 2007-present: 60+ students in fulltime positions.

- Developed a Student Profile Book on http://www.issuu.com with bios for 27 graduate students who were on the job market in Fall 2012.

- I regularly host visiting speakers inside and outside of my classes who are transfer pricing professionals. Typically, I host 4-6 visiting speakers a year from the Big Four Accounting firms and the Internal Revenue Service. They speak at noon-time brown bags or in my class, and then do first-round interviews of my students.

- Obtained access to professional transfer pricing software programs from Thomson Reuters and ktMINE for training purposes in the classroom.

Set up a closed LinkedIn group, Transfer Pricing Aggies, for current and former students at Texas A&M who share interests in transfer pricing, starting in September 2010. This website encourages networking across cohorts and facilitates mentoring and information sharing. Current membership exceeds 120; see: http://www.linkedin.com/groups/Transfer-Pricing-Aggies-3419288/about.

**Contributions to Educational Experience of Students at Other Universities**

Academy of Management THE ETHICIST Blog

In spring 2011, I led a Strategic Doing Initiative at the Academy of Management, which resulted in a monthly blog on ethical issues in research, teaching and professional life, which is now publicly available at http://ethicist.aom.org. The blog postings are being used in small-group discussions and in classrooms, for discussions on ethics. I am the administrator for the blog, with three faculty members rotating on a monthly basis. To date, I have published the following articles on THE ETHICIST:

1. *October 2013* – Ethics in Research – Lorraine Eden – Retraction: Mistake or Misconduct?
2. *February 2013 – THE ETHICIST* - Eden, Lorraine. Better by the dozen: THE ETHICIST blog posts July 2011-February 2013.
3. February 2013 – Ethics in Research – Lorraine Eden, James Davis and Susan Madsen – *Ethics in Research Scenarios: What Would YOU Do?*
4. November 2012 - Ethics in Research – Lorraine Eden – *The Thought Leader Series: Michael A. Hitt on Ethics in Research*
5. August 2012 – THE ETHICIST- Lorraine Eden- *Happy Birthday! Taking Stock of The Ethicist's First Year*
**6.** May 2012 – Ethics in Research – Lorraine Eden - *Slicing and Dicing: Ex Post Approaches*
7. February 2012 – Ethics in Research – Lorraine Eden - *Slicing and Dicing: Ex Ante Approaches*
8. November 2011 – Ethics in Research – Lorraine Eden - *Double-Blind Review in the Age of Google and PowerPoint*
9. November 2011 – Ethics in Research – Lorraine Eden - *AOM Videos on "Ethics in Research & Publication"*
10. August 2011 – Ethics in Research – Lorraine Eden -*Scientists Behaving Badly: Insights from the Fraud Triangle*
11. July 2011 – THE ETHICIST – Lorraine Eden - *Welcome to THE ETHICIST!*

Panelist/Presenter/Faculty at Doctoral and Junior Faculty Consortia

1.  Eden, Lorraine. 2013. Faculty participant/presenter at the Doctoral Consortium of the Academy of International Business, Istanbul, Turkey, June 2013.

2.  Eden, Lorraine. 2012. Faculty presenter as part of Ethics Education Committee presentation on "ethics in research" to the International Management Division Doctoral Consortium. Academy of Management meetings, Boston, August 2012.

3.  Eden, Lorraine. 2011. Faculty participant/presenter at the International Management Division Junior Faculty Consortium, Academy of Management meetings, San Antonio, TX, August 2011.

4.  Eden, Lorraine. 2011. Faculty presenter as part of Ethics Education Committee presentation on "ethics in research" to the International Management Division Doctoral Consortium. Academy of Management meetings, San Antonio, TX. August 2011.

5.  Eden, Lorraine. 2011. Faculty participant/presenter at the Doctoral Consortium, Academy of International Business meetings, Nagoya, Japan, June 2011.

6. Eden, Lorraine. 2010. The Ethics of Publishing.  Presentation at the joint Doctoral/Junior Faculty Consortia, Academy of International Business Annual Meetings. Rio de Janeiro, June 2010.

7. Eden, Lorraine. 2009. International Management Division Doctoral Consortium, Panel on Ethics in Publishing, Academy of Management annual meetings, Chicago, August 2009.

8. International Management Division Doctoral Consortium, Panel on Ethics in Publishing, Academy of Management annual meetings, Chicago, August 2009.

9. Eden, Lorraine. 2009. The Ethics of Publishing.  Presentation at the joint Doctoral/Junior Faculty Consortia, International Management Division, Academy of Management Annual Meetings. Chicago. August 2009.

10. Eden, Lorraine. 2007. Faculty participant in the Doctoral Consortium, International Management Division, Academy of Management annual meetings, Philadelphia, August 2007.

11. Eden, Lorraine. 2006. Faculty participant in the Doctoral Consortium in International Business at Texas A&M International University, April 2006.

12. Eden, Lorraine. 2005. Organizer and chair, Junior Faculty Consortium, International Management Division, Academy of Management annual meetings, Hawaii, August 2005.

13. Eden, Lorraine. 2005. Faculty participant in the Doctoral Consortium in International Business at the University of Illinois, Champaign-Urbana, July 2005.

14. Eden, Lorraine. 2004. Faculty participant in the Doctoral Consortium, International Management Division, Academy of Management annual meetings, New Orleans, August 2004.

15. Eden, Lorraine. 2003. Faculty participant in the Junior Faculty Consortium at the Academy of International Business meetings, Monterrey, California, 2003.

16. Eden, Lorraine. 2001. 2002. As Vice-President of the Academy of International Business, I was responsible for organizing the doctoral and junior faculty consortiums in international business 2001 and 2002 annual meetings of the Academy of International Business.

17. Eden, Lorraine. 2000. Faculty participant in the Doctoral Consortium in International Business at Ohio State University, August 2000.

Paper Development Workshops for Junior Faculty and Doctoral Students

1. Lorraine Eden. 2010. Co-chair with Laszlo Tihanyi. JIBS Paper Development Workshop. Academy of International Business Meetings, Rio de Janeiro, Brazil, June 2010.

2. Lorraine Eden. 2010. Successful Publication Strategies: Meet the IPE Journal Editors. Organized, chaired and presented at panel, International Studies Association Annual Convention, New Orleans. February 17, 2010.

3. Lorraine Eden. 2010. So You Want to Be a Journal Editor? Organized, chaired and presented at panel, International Studies Association Annual Convention, New Orleans. February 17, 2010.

4. Eden, Lorraine. Publishing International Business Research: Insights from a Journal Editor. Presentation to Business School Faculty at Prairie View Texas A&M University, Prairie View, Texas, March 2010.

5. Co-organizer of an Academy of International Business (AIB) Paper Development Workshop at ANPAD (National Association of Graduate Studies and Research in Administration in Brazil) annual conference in Sao Paolo, Brazil, September 2009 (with Yves Doz and Tatiana Kostova).

6. Eden, Lorraine. 2009. Planning for Publication. "Meet the Editors" panel at the Global Strategy Doctoral Consortium, Annual Meetings of the Strategic Management Society, Washington, DC. October 2009.

7. "Meet the Editors" panel, joint session of the Junior Faculty and Doctoral Consortiums, International Management Division, Academy of Management annual meetings, Chicago, August 2009.

8. International Management Division, Paper Development Workshop, Academy of Management annual meetings. Chicago, August 2009.

9. *Journal of International Business Studies* Paper Development Workshop, Academy of International Business annual meetings, San Diego, June 2009.

10. Journal of International Business Studies Program Development Workshop, Academy of International Business annual meetings, San Diego, June 2009.

11. *Journal of International Business Studies* Paper Development Workshop, Academy of International Business annual meetings, Milan, Italy, June 2008.

12. Participant in the "Meet the Editors" panel, joint session of the Junior Faculty and Doctoral Consortiums, Academy of International Business, Indianapolis, June 2007.

Other Teaching Related Presentations

1. Eden, Lorraine. 2011. Academy of Management Videos on Ethics in Research. I was one of eight journal editors interviewed for a series on ethics, available on YouTube: http://www.youtube.com/playlist?list=PL65B059BC12E75502

2. Eden, Lorraine. 2011. Presenter in the Roundtable Panel: The WAIB 10th Anniversary Panel: Perspectives from Women at Different Points in their Careers. Academy of International Business Annual Meetings, Nagoya, Japan, June 2011.

3. Eden, Lorraine. 2010. Participant. Ethics in the Publication Process: Policy, Practice, and Consequences. All-Academy Theme Symposium. Academy of Management Annual Meetings.

Montreal. August 2010.


<u>Welcoming Track Chair at Annual Meetings</u>

1.  Welcoming Track Chair for International Management Division, Academy of Management annual meetings: Boston 2012; San Antonio 2011; Montreal 2010; Chicago 2009; Anaheim 2008.


## XI.    SERVICE: EXTERNAL PROFESSIONAL ACTIVITIES

**Journal Editor Responsibilities**

Editor-in-Chief, *Journal of International Business Studies*, January 1, 2008-December 31, 2010 (started processing manuscripts July 1, 2007). http://www.jibs.net. Approximate annual submissions: 700 manuscripts. Web of Science SSCI journal ranking during my editorship: #1 in International Business, #8 in Management, #8 in Business.


**Editorial Board Memberships**

<u>Consulting Editors</u>
- *Journal of International Business Studies, 2013-present.*

<u>Current Editorial Board Memberships:</u>
- *Critical Perspectives in International Business*, Editorial Advisory Board, 2003-present.
- *Global Economy Quarterly (GEQ)*, Editorial Board, 2000-present.
- *Journal of Management Studies (JMS)*, Editorial Board, 2003-present.
- *Journal of International Management (JIM)*, Editorial Board, 1999-present.
- *Journal of International Business and Economy (JIBE),* Editorial Board*, 1999-present
- *Journal of World Business (JWB),* Editorial Board, 2006-present.
- *Management International Review (MIR):* Editorial Board, 2005-present.

<u>Previous Board Memberships:</u>
- *Journal of International Business Studies (JIBS)*
  - Editor-in-Chief Elect, July 1-December 31, 2007.
  - Deputy Associate Editor-in-Chief, January 2006-December 2007. Responsible for Comparative Capitalism, Institutions and International Business; Economics and International Political Economy; and Finance.
  - Departmental Editor, International Political Economy, 2003-2006
    - Number of manuscripts handled August 2003- January 2006: 75.
    - Department Editor for JIBS Focused Issue, "Three Lenses on the MNE" – submission date August 2005, number of submissions: 70.
    - Editor (responsible for eight papers), JIBS Paper Development Workshop, Academy of International Business meetings, Stockholm, 2004.
  - Editorial Board, 2001- 2002
- *Australian Journal of International Affairs*, Editorial Board, 1994-98.

- *Canadian Foreign Policy (CFP)*, Editorial Board, 1998-present.
- *Canadian Public Policy*, Editorial Board, 1986-92.
- *Canadian Journal of Economics*, Editorial Board, 1983-86.
- *International Journal*, Editorial Board, 1992-95.
- *Review of International Political Economy (RIPE)*, International Editorial Board, 1992-2001.

## Ad Hoc Reviewer for Scholarly Journals

- Academy of Management Executive, Academy of Management Journal, Academy of Management Review, American Economic Review, Canadian Journal of Economics, Canadian Journal of Political Science, Canadian Public Policy, Economic Journal, International Economic Review, International Journal, International Organization, International Trade Journal, Journal of International Business Studies, Journal of International Economics, Journal of International Management, Journal of Management Studies, Journal of Political Economy, Journal of World Business, Management International Review, National Tax Journal, Organization Science, Public Finance, Review of International Political Economy, Southern Economic Journal.

## Reviews for Research Councils

- Research Grants Council of Hong Kong, Canada Social Sciences and Humanities Research Council, National Science Foundation.

## Founding of New Organizations

- A founding member of the Brazos Valley Chapter of the Fulbright Association, 2002-2003.

- Founder and permanent member of the Executive Committee member of WAIB, Women in the Academy of International Business, which is the only Interest Group within the Academy of International Business). WAIB celebrates its 10th annniversary at the annual AIB meetings in Nagoya, Japan in June 2011. The total membership has grown from 516 members in 2007 to 1,584 members as of March 2011, which is approximately half of all AIB members. WAIB members come from 64 countries. See http://kelley.iu.edu/waib/ . WAIB now gives two Best Paper Awards at the AIB annual meetings: (1) research on women entrepreneurs (funded by Emerald) and (2) gender awareness in international business research (funded by the Stockholm School of Business). WAIB fields 2-3 panels at the annual meetings, primarily related to work-life balance, teaching, professional life and gender in international business.

- The first secretary and a founding member, Active Learning in International Affairs (ALIAS) section within the International Studies Association, 1995.

- The founder and first president of the Women Economists Network (WEN), a women's networking group within the Canadian Economics Association, 1990-91.

## Other Service Commitments

- Transfer Pricing Associates. Editorial Board Member. e-Bright learning platform (online transfer

pricing course). http://www.e-bright.com/editorial-board

- Member of the Global Advisory Board.  Wong Center for the Study of Multinational Corporations, 2013-2014. http://www.mnccenter.org


**Member of Professional Associations**

- Academy of Management (AOM), Academy of International Business (AIB), Association for Canadian Studies in the United States (ACSUS),  American Accounting Association (AAA), American Economics Association (AEA), American Tax Association (ATA), Canadian Economics Association (CEA), International Institute of Public Finance (IIPF), International Studies Association (ISA), International Trade and Finance Association (ITFA), National Tax Association (NTA), Strategic Management Society (SMS).

- Member of National Honor Societies: Phi Beta Delta (Honor Society for International Scholars), Beta Gamma Sigma (Honor Society for AACSB Accredited Business Programs); Honorary member, International Gold Key Society.

- U.S. Fulbright Association: lifetime member; founding member of the Brazos Valley Chapter 2003.


**Offices in Learned Societies or Professional Associations**

Academy of International Business
- AIB Fellows. Member of the Selection Committee for the Educator of the Year Award, 2014.
- AIB Fellows. Member of the Selection  Committee for the Executive of the Year Award, 2014.
- Chair, AIB Presidential Committee to develop a Code of Ethics for the Academy of International Business, 2010-2011. We developed a Professional Code of Ethics for the association that was adopted by the AIB Executive Board in February 2011.
- Member of a four-person AIB Presidential Committee that reviewed the publications and publication strategy of the Academy of International Business. Our committee proposed several new directions for the Association. 2010-2011.
- Editor-in-Chief, *Journal of International Business Studies, 2008-2010.*
- Co-Chair, with Danny Van Den Buckle, of the AIB Fellows Back-and-Forth Committee, March 2006-July 2007 (committee examining role of the Fellows within the Academy of International Business, recommending and overseeing constitutional and policy changes for the AIB Fellows).; Committee member, July 1, 2007-current.
- 2002 Program Chair, San Juan, Puerto Rico Meetings.
- Vice President: Nov. 2000-Aug. 2002.
- WAIB (Women in the Academy of International Business), various positions, 2001-present.
- Economics & Finance Track Chair, 1998 Vienna Meetings.

Academy of Management
- Coordinator and writer for THE ETHICIST blog, a Strategic Doing Initiative of the Academy of

Management, 2011-present.
- Member, Ethics Education Committee, 2010-present.
- Organizer and chair, Junior Faculty Consortium, International Management, Division, Hawaii annual meetings, 2005.
- Member, Selection Committee, Carolyn Dexter Award Best International Paper Award, 2004.
- Chair, Ad Hoc Committee on International Diversity, 2002-present.
- Member, International Relations Committee, 2002-2008.

Eastern Academy of Management
- Member, International Advisory Board, 2003-2008.

Canadian Economics Association (CEA)
- Member of Executive 1978-81 and 1990-91.
- Vice President 1990-91.
- Women Economists Network (WEN): WEN is an organization of economists interested in the status of women within the Canadian economics profession. Founding Coordinator 1990-91; President, 1991-92; Past President, 1992-93.
- CEA representative to Women's Issues Network, Social Sciences Federation of Canada, 1990-92.

Canadian Center for Trade Policy and Law (CTPL)
- Member of Executive, 1989-92; 1993-95.

Center for the Study of Western Hemispheric Trade (CSWHT).
- Deputy Director (designate). Sept. 1995- June 97. Responsibilities: nonvoting member of CSWHT Management Committee. Prepared CSWHT's *Annual Report to Congress, June 1996* (206 pp.). Represented CSWHT at various meetings and conferences (e.g. chaired session at NAFTA Agricultural Trade Conference in San Antonio, November 2, 1996; gave dinner speech on NAFTA at CSWHT Workshop on Teaching NAFTA, Austin, June 1996).

International Studies Association (ISA).
- International Political Economy (IPE) Section: Past President 1996-97. President and Section Chair 1994-96. Program Chair for annual meetings 1994. Vice President 1992-94.
- Member of ISA Governing Council 1994-96.
- Member of ISA Selection Committee for Executive Officers 1994-95.
- Chair of Information Technology committee, 1995-96.
- Member of Finance Committee 1996-97.
- Active Learning in International Affairs Section (ALIAS): Founding member 1995; secretary 1995-97.

International Trade and Finance Association
- Board of Directors, 1996-98.
- Track chair for annual meetings in Porto, Portugal, May 1997.

Pew Faculty Fellowship in International Affairs (PEW)
- Secretary of 1991-92 Class; initiator and systems operator for electronic mail network 1992-93.

**Conference and Workshop Organizer**

- Part of team, led by Kendall Roth, organizing the 2009 AIB/JIBS Frontiers Conference, University of South Carolina, November 2009.

- *Journal of International Business Studies* Program Development Workshop, Academy of International Business annual meetings, San Diego, June 2009.

- *Journal of International Business Studies* Program Development Workshop, Academy of International Business annual meetings, Milan, Italy, June 2008.

- Part of a team, led by Mary Ann von Glinow, which organized the 2007 AIB/JIBS Frontiers Conference, Florida International University, November 2007, on "Security, Political Risk and International Business".

- Co-organizer (with guest editors) of the *Journal of International Business Studies* Focused Workshop on "Three Lenses on the Multinational Enterprise: Politics, Corruption and Corporate Social Responsibility", in Phoenix, Arizona, January 2006.

- Co-organizer (with Wendy Dobson and Walid Hejazi, University of Toronto) a festschrift conference on "Multinationals, Growth and Governance" for A. Edward Safarian, held at the Rotman School of Management, University of Toronto, April 24-25, 2004.

- Academy of International Business.  2002 Program Chair, San Juan, Puerto Rico.

- Academy of International Business. Economics & Finance Track Co-Chair for October 1998 annual meetings in Vienna, Austria.

- Academy of International Business, Southwest Region. Trade & FDI track chair for March1998 annual meetings in Dallas, Texas.

- International Trade and Finance Association. Track chair for annual meetings in Porto, Portugal, May 1997.

- Co-organizer with Julian Gaspar and Gabriel Carranza of the Workshop on NAFTA, Center for the Study of Western Hemispheric Trade, Texas A&M University, February 1996.

- International Political Economy section, International Studies Association.  Program chair for annual convention, Chicago, February 1995.

- Conference Organizer and Chairperson, Multinationals in North America: The Top 1,000; Investment Canada and the Center for Trade Policy and Law, May 1993.

- Conference Organizer and Chairperson, Retrospectives on Public Finance: A Conference in Honor of Carl Sumner Shoup, Carleton University, May, 1989.

- Co-organizer with Alan Rugman, Conference on Multinationals and Transfer Pricing at Dalhousie University, Oct. 1983.

- Conference Organizer and Chairperson, annual meetings of the Atlantic Canada Economics Association, Mount St. Vincent University, Oct. 1976.

## XII.    SERVICE: INTERNAL PROFESSIONAL ACTIVITIES

**Texas A&M University**

University Level

- University Disciplinary Appeals Committee, member - 2003-2006; 2006-2009; 2010-2013. (Last level of appeals process for violations of the Aggie Honor Code).

- International Programs Committee of the Faculty Senate.   Mays Business School representative. 2012-present.

- Selection Committee for the Bush International Research Award, 2003.

- Faculty Selection Committee for Dean, Mays Business School, 2000-2001.

- University IPECC Subcommittee on the International Center in the George Bush Library, 1995-96.

- Association of Former Students (AFS) Research Awards Committee, 2010; Teaching Awards Committee, 2005.

Mays Business School – Current Service

- Mays Data Committee – Chair, 2013; member, 2011-2012.

- Wharton Data Research Services (WRDS) Representative, Mays Business School, 2005-present.

- Faculty Search Committee for a Senior Hire in the Management Department, 2010-2011.

- Presentation (together with three of my students) to the External Advisory Board of the Center for International Business  Studies (CIBS) on "Transfer Pricing Aggies", October 22, 2010.

- Member of the Mays Technology and Facilities Review Committee 2009-2012.

- Member of the Mays Online Learning Committee, 2010-2012.

-  Member, International Business Policy Committee, College of Business Administration, fall 1995-

present.  Responsibilities: Represent CIBS research area and MGMT department at college-level committee on international business.

- Member of the following Mays centers and programs: Center for International Business Studies (CIBS), Center for International Business Education and Research (CIBER), North American Business and Public Policy Studies Program (NABPPS), Center for Human Resource Management (CHRM), fall 1995-present.

Mays Business School - Past Service

- Regents Scholar Mentor – Fall 2007-Spring 2008.

- Mays Teaching Council, member – 2003-2006.

- Mays Promotion and Tenure (P&T) Committee, member – 2003-2006.

- Associate Director, Center for International Business Studies (CIBS), Texas A&M University, 1996-2006.  Responsibilities: Developed procedures for grant rounds.  Prepare annual Directory of International Business Research, for the College.  Presentations at CIBS Advisory Board meetings and to outside agencies.  Work on CIBS web pages. Special activities for CIBS:

  - Associate Director, Center for the Study of Western Hemispheric Trade (CSWHT), Texas A&M University-College Station, Sept. 1995- Aug. 1997.  Responsibilities: Developed procedures for grant rounds.  Conducted faculty grant competitions and chaired peer review committee.  Collected and processed quarterly grant reports.  Prepared annual reports on CSWHT research at TAMU for inclusion in consortium CSWHT report to Congress.  Traveled to make presentations to outside agencies (e.g. Strategic Trade Center in Dallas).  Organized visits of outside visitors (e.g. Strategic Trade Centers) to CSWHT.  Co-chaired (with Peter Rose) ad hoc Research Task Force, CIBS Advisory Board, 2002-2003. Report to CIBS Advisory Board, March 2003.

  - Member of Faculty Group administering the North American Business and Public Policy Studies Program (NABPPS) in the Center for International Business Studies.  1995-2005.  Responsibilities: Attended meetings.  Helped prepare NABPPS's annual report to the Canadian Government.  Evaluated grant proposals.  Ordered library books on Canada and NAFTA.

  - Canadian Studies representative (liaison with Canadian Embassy, answer questions on Canadian studies at Texas A&M, etc).

  - Part of team that prepared the CIBER's application for grant renewal in fall 2001.

  - Participated in the Canada-US Trade and Investment Roundtable, sponsored by CIBS, the Dallas Fed and the Canadian government in Dallas, Texas, October 1999.  Organized the visit of Professor Michael Hart in the College and the Bush School as part of that workshop.

  - In 1997-98, I co-authored, with Peter Rose (Finance) and a team of CIBS staff members, the

application for renewal of TAMU's CIBER (Center for International Business Education and Research) grant.  The CIBER received a grant for $990,000 over three years.

- Participated in a Faculty Development in International Business ten-day trip for US international business faculty in South America (Brazil, Argentina, Chile), June 1998.

- Organized and CIBS administered a survey of International Business Education Needs in the College of Business.

- Prepared, in summer 1997, with the help of CIBS staff, a comprehensive *Directory of International Business Research*, summarizing the academic research on international business topics that has been published or presented at academic conferences over the 1995-97 period by faculty and doctoral students currently at Texas A&M.  Updated annually.

- Participated in a Faculty Development in International Business ten-day trip for US international business faculty in Mexico, June 1996.

- Co-organizer with Julian Gaspar and Gabriel Carranza of the Workshop on NAFTA, Center for the Study of Western Hemispheric Trade, Texas A&M University, February 1996.

- Participated in the Center for Business and Economic Analysis Annual Executive Economic Briefings, held in Dallas, Houston and San Antonio, in the fall of 1995 and fall 1996.  For these talks, I prepared a paper and slide show presentation on the North American economy, focusing on Canada and Mexico, and presented it along with Dr. Jared Halzeton, Director, CBEA, and Dr. Ted Jones, Chief Economist, TAMU Real Estate Center.  Approximately 350 business and community leaders attended the fall 1995 sessions (500 in fall 1996), which were reported in the local media.

- Faculty Co-Advisor, Aggie Global Interaction (AGI) student group, 2001-2005.

- Member, Doctoral Policy Studies committee, Department of Management, fall 1995-fall 1998. Responsibilities: Mentoring incoming students.  First Year Reviews of students.  Graduate curriculum changes.  Administration and grading of Doctoral Preliminary Exams.  Interviews and admissions of new doctoral students.

- Member.  Selection Committee for College Level Teaching Award, 2001.

- Member.  Building committee for construction of new College of Business wing, 2000-2002.

- Member, International Business, Public Policy and Law Group, Department of Management, 1995-2001 (when group was disbanded).  Initiated and worked on proposal for Business and Government Concentration in the Bush School, linking the BPP group to the Bush School.  Involved in faculty hiring process.

The George H.W. Bush School of Government and Public Service – Current Service

- Served on the Faculty Search Committee for an assistant professor in International Development for the Master's Program in International Affairs (MPIA), 2010-2011.

- Faculty Mentor for Professor Rola El-Husseini, Fall 2008- Spring 2011.

- Coordinator, Multinationals and Public Policy Concentration and Transfer Pricing Module, 2006-present.

- Faculty Committee (as adjunct faculty member), Masters Program in International Affairs. Faculty Advisor to MPIA students, International Economics and Development track, 2002-present.

- Graduate Advisor – Masters in International Affairs Program, George Bush School, for students in the Transfer Pricing Track

The George H.W. Bush School of Government and Public Service – Past Service

- Member. Student Admissions Committee for Masters in International Affairs, 2001-2002, 2002-2003, 2003-2004.

- Co-chair. Faculty Search Committee, Masters in International Affairs program, 2001-2002.

- Faculty member on the ad hoc committee that prepared the Masters in International Affairs degree program for the Bush School.  2000.  (Expected start date for program: Fall 2002).  Am featured as a faculty member in the View Book for the new program.

- Track Coordinator, International Affairs in the Americas (IAA) Concentration, Masters in Public Service and Administration Degree Program, Bush School, fall 1996-July 1999.  Responsibilities: Curriculum development for IAA concentration.  Admission of students to IAA concentration. Taught gateway course (on Regional Integration in the Americas).  Participated in Bush School Faculty committee meetings.  Sat on Bush School Computer Committee, 1998.

- Member, Bush School International Affairs Committee (committee on international studies within the Bush School curriculum), 1995-96.  Responsibilities: Curriculum development.

**Carleton University 1988-95 (Major Responsibilities Only)**

- Founder and Director, The Center for International Trade and Investment Policy Studies (CITIPS), 1989-92, an organized research unit at Carleton University, joint between the Paterson School and the Department of Economics, to encourage faculty research.

- Executive Committee, Center for Trade Policy and Law, 1989-92, 1993-95.

- Programs and Planning Committee, Graduate Faculty Board, 1993-95.

- NPSIA: Curriculum Committee, Hiring Committee, IPE Faculty Advisor.


**Brock University 1980-87 (Major Responsibilities Only)**

- Editor, *Economics Discussion Papers Series*, 1986-87.

- Visiting Speakers and Workshops Organizer, Economics, 1984-86.


**Mount St. Vincent University 1973-80 (Major Responsibilities Only)**

- Executive, M.S.V.U. Faculty Association (Treasurer 1973-74, Salary Chair 1977-79, Vice President 1978-79, President 1979-80).

- Member of Senate and the Board of Governors, 1979-80.  Member of the Finance Committee of the Board of Governors, and of the Committee to revise the Pension Plan at MSVU.

- Chair, Dept. of Economics, Mount St. Vincent University, 1976-79.

- Chair, University Faculty/Administration Salary Committee 1977-80.


## XIII.   CONSULTANCIES & CONTRACT RESEARCH

- Affiliated Expert with the Analysis Group:  http://www.analysisgroup.com/lorraine_eden.aspx. Provide expert advice to private and public sector clients on transfer pricing issues and disputes.

- Consultant to international governmental agencies.  Recent projects:

  - United Nations Centre for Trade and Development (UNCTAD). "Taxes, Foreign Direct Investment and Developing Countries", 2011-2013. Scoping document for a future *World Investment Report.*

  - World Bank, "Transfer Pricing and Illicit Flows to Developing Countries" Project, 2009-2010.

  - UNCTAD. Expert and consultant for UNCTAD's annual publication, *World Investment Report.* Have written short sections of the report and served as an expert evaluator at UNCTAD brainstorming sessions:

    - FDI and Gender Research Seminar, Geneva, Switzerland, April 2013.
    - Experts Meeting. Global Seminar on the 2013 World Investment Report, Geneva, Switzerland, April 2013.
    - Session on Regional Integration and Foreign Direct Investment. Multi-Year Expert Meeting – Investment for Productive Capacity Building and Sustainable

Development: The Regional Context, Geneva, Switzerland, January 2013.
- o  Experts Meeting. Global Seminar on the 2013 World Investment Report, Geneva, Switzerland, January 2013.
- o  Experts Meeting. Brainstorming session for the 2012 World Investment Report, Geneva, Switzerland, October 2011.

- International Prices Division, Bureau of Labor Statistics, US Department of Labor.  Project: Transfer pricing, intrafirm trade and the US export and import price index program. Developed new methodologies for statistical agencies to use in collecting transfer prices for international price indexes. 2000-2005.

- Projects on international trade and foreign direct investment public policy analysis for Industry Canada, C.D. Howe Institute, Department of Foreign Affairs & International Trade (DFAIT) Canada, Institute for Research on Public Policy. Various years.

- Executive training on transfer pricing, 1-5 day courses through ADIT (Advanced Diploma in International Taxation).  http://www.tax.org.uk/adithttp://www.tax.org.uk/adit. Course provided through 86 Pillars (www.86pillars.org).

- Editorial Board. E-Bright Transfer Pricing Learning Platform. Transfer Pricing Associates. 2013-2014. http://www.e-bright.com/editorial-board

- Revenue Canada (now the Canadian Customs & Revenue Agency).  Two and five day executive training courses for Revenue Canada on transfer pricing and international taxation, focusing on transfer pricing regulation in North America and the OECD.  Various years.

- Executive training, Mays Center for Executive Development, Texas A&M University, for Halliburton BLD III Program, 2008-present. Half and one-day courses on global strategic management.