## APPENDIX A:
## Documents Relied Upon in this Report

**Sources from These Proceedings**

*Deposition Transcripts*

Deposition of John Doolittle, Dec. 5, 2013

Deposition of Roseanne Culina, Oct. 17, 2013

*Deposition Exhibits*

Ex. 11053, NNC-NNL06153990 (Dec. 2001 PowerPoint Presentation entitled "Overview of Transfer Pricing APA and Recommendation)

Ex. 11065, NNC-NNL06542851 (Dec. 12, 2001 presentation entitled "Residual Profit Split Arrangement (RPSA) Proposal – Legal Issues")

Ex. 11081, NNI_00694120 (Aug. 2, 2002 memorandum entitled "APA Strategy")

Ex. 11237, NNC-NNL061995 (Mar. 22, 2006 IRS Position Paper to Proposed U.S.-Canada Bilateral APA)

Ex. 21003, NNC-NNL06001514 (Dec. 22, 2004 Master Research & Development Agreement and Amendments)

Ex. 21026, NNI_00373228 (Mar. 14, 2002 Horst Frisch Inc. Economic Analysis of Nortel Networks' Intercompany Transactions)

Ex. 21033, NNC-NNL068851 (May 6, 2005 Letter from Mark Weisz to Thomas Ralph at IRS about Nortel's proposed APA)

Ex. 21080, NNC-NNL002707 (Sep. 2003 Advance Pricing Arrangement Responses to Questions Posted by Inland Revenue, Internal Revenue Service, Canada Customs and Revenue Agency)

Ex. 21170, NNC-NNL061531 (Dec. 5, 2007 PowerPoint presentation entitled "Global Tax Town Hall")

Ex. 21385, NNI_00020713 (Oct. 9, 2002 email with subject "RE: Restructuring costs")

Ex. 21407, NNI_01333113 (Nov. 30, 2004 Letter to IRS with subject "Nortel Networks Multilateral APA, Response to IRS Information and Document Request for Functional Analysis")

Ex. 22078, PC0184853 (Oct. 31, 2008 Nortel Networks Ltd. & Nortel Networks Inc. Joint Request for U.S.-Canada Bilateral Advance Pricing Agreement/Arrangement 2007-2011)

Ex. 22079, NNC-NNL06542925 (Nov. 7, 2001 email with subject "Modification of Nortel Networks' R&D Cost Sharing Arrangement")

Ex. 22080, US_EMEA_Canada_PRIV_00071352 (Mar. 29, 2002 Email with subject "RE: patent license question.")

Ex. 22121, NNC-NNL07490130 (July 11, 2002 PowerPoint presentation entitled "Global Tax Practice")

Ex. 22135, NNC-NNL06038888 (May 6, 2008 PowerPoint presentation entitled "Tax Matters Update, Audit Committee Meeting")

Ex. 22143, NNC-NNL06491238 (Dec. 3, 2001 Document entitled "Modification of R&D Cost Sharing Agreement")

Ex. 31355, EMEAPROD2189880 (Nov. 30, 2004 Nortel Networks Functional Analysis for the Years Ended December 31, 2000 – 2004)

*Other Produced Documents*

NNC-NNL033613 (June 30, 2009 letter with subject "Bilateral Advance Pricing Arrangement, Nortel Networks Limited (Canada), Nortel Networks Inc. (United States), 2006 through 2010 Taxation Years")

NNC-NNL08002476 (Jan. 1998 Amended Research and Development Cost Sharing Agreement)

NNC-NNL099354 (May 6, 2008 PowerPoint presentation entitled "Tax Matters Update, Audit Committee Meeting")

NNI_00309072 (spreadsheet entitled "1Q 2010 Transfer Pricing Adjustments")

NNI_00442576 (Sep. 14, 2010 Nortel Networks Inc. Transfer Pricing Report for Year Ended December 31, 2009)

NNI_01005985 (Oct. 29, 2010 Report entitled "Nortel Networks Limited Transfer Pricing Report for the Year Ended December 31, 2009")

NOR_53648037 (2002 Transfer Pricing Worksheet)

NOR_53648041 (2003 Transfer Pricing Worksheet)

NOR_53648048 (2008 Transfer Pricing Worksheet)

NOR_53648130 (2005 Transfer Pricing Worksheet)

NOR_53648133 (2006 Transfer Pricing Worksheet)

NOR_53648312 (2001 Transfer Pricing Worksheet)

NOR_53648323 (2007 Transfer Pricing Worksheet)

NOR_53648508 (2004 Transfer Pricing Worksheet)

NOR_56971224 (2009 Transfer Pricing Worksheet)

US_Canada_PRIV_00275175 (Mar. 9, 2010 letter with subject "Nortel Networks Incorporated Withdrawal of Bilateral APA Request with Canada")

*Expert Reports*

Expert Report of Lorraine Eden, Ph.D., Jan. 24, 2014

Expert Report of Richard V.L. Cooper, Jan. 24, 2014

Transfer Pricing Expert Report of Richard V.L. Cooper, Jan. 24, 2014

Timothy Reichert, Evaluation and Economic Analysis: The Nortel Network Group's Intercompany Transfer Pricing Arrangements, Jan. 24, 2014

Report of Philip Green Regarding the Allocation of Recoveries Among Nortel Entities, Jan. 24, 2014

Expert Report of Catherine Tucker, Feb. 28, 2014

Expert Report of Laureen Ryan, Feb. 28, 2014

**Other References**

*Statutes and Regulations*

United States

26 C.F.R. § 1.482-1 (2013)

26 C.F.R. § 1.482-6 (2013)

26 C.F.R. § 1.482-7 (2013)

26 C.F.R. 1.6662-6 (2013)

26 U.S.C. §§ 951-65 (2013)

Canada

Income Tax Act, R.S.C. 1985, c. 1, § 247 (5th Supp.)

Revenue Canada, *International Transfer Pricing*, Information Circular 87-2R, Sep. 27, 1999, *available at* http://www.cra-arc.gc.ca/E/pub/tp/ic87-2r/ic87-2r-e.pdf

*Government and International Organization Publications*

Canada Revenue Agency, *Income Tax Act: Meaning of the Term Corporation*, Information Bulletin IT-343R, Sep. 26, 1977, *available at* http://www.cra-arc.gc.ca/E/pub/tp/it343r/it343r-e.html

Canada Revenue Agency, *Overview of the Scientific Research and Experimental Development (SR&ED) Tax Incentive Program*, RC 4472(E) Rev. 08 (2008), *available at* http://www.cra-arc.gc.ca/E/pub/tg/rc4472/rc4472-08e.pdf

Dep't of Finance, Canada, *The Taxation of Corporate Groups Consultation Paper* (Nov. 2010), *available at* https://www.fin.gc.ca/activty/consult/tcc-igs-eng.pdf

*Intercompany Transfer Pricing Regulations Under Section 482*, 59 Fed. Reg. 130 (July 8, 1994)

OECD, *OECD Tax Database* (May 2013), http://www.oecd.org/ctp/tax-policy/tax-database.htm

OECD, *Transfer Pricing Guidelines for Multinational Enterprises & Tax Administrations* (2010)

U.S. Treasury Dep't & Internal Revenue Service, *A Study of Intercompany Pricing* (Section 482 White Paper) (Oct. 18, 1988), *available at* https://ia600305.us.archive.org/17/items/studyofintercomp00unit/studyofintercomp00unit_bw.pdf

*Books, Periodicals and Other Works*

BDO Canada, *Tax Bulletin: Tax Benefits of SR&ED* (June 2011), *available at* http://www.bdo.ca/en/Library/Services/Tax/Documents/Tax-Bulletins/Tax-Benefits-of-SRED.PDF

Carey C. Curtis, *Investing in R&D: How to Manage Your Risk*, 12.3 Journal of Corporate Accounting & Finance 51 (2001)

Elinore Richardson & Larissa Tkachenko, *Current Taxation by Host Country of Income Earned by Controlled Foreign Corporations: Canada*, 32 Tax Mgmt. Int'l Forum 21 (Mar. 2011)

Jack Bernstein, Tax Analysts, *The Purchase of U.S. Businesses by Canadians* (Mar. 12, 2013), http://www.taxanalysts.com/www/features.nsf/Articles/7D5CE15BB915972085257B2C0057342A

Lorraine Eden, *Taxing Multinationals: Transfer Pricing and Corporate Income Taxation in North America* (1998)

Nortel Networks Corp., Annual Report (Form 10-K) (Mar. 11 2002)

Nortel Networks Corp., Annual Report Amendment No. 1 (Form 10-K/A) (Dec. 23, 2003)

Nortel Networks Corp., Annual Report (Form 10-K) (Jan. 11, 2005)

Nortel Networks Corp., Annual Report Amendment No. 1 (Form 10-K/A) (May 1, 2006)

Nortel Networks Corp., Annual Report (Form 10-K) (Mar. 16, 2007)

Nortel Networks Corp., Annual Report (Form 10-K) (Feb. 27, 2008)

Nortel Networks Corp., Annual Report (Form 10-K) (Mar. 2, 2009)

Nortel Networks Corp., Annual Report (Form 10-K) (Mar. 15, 2010)

Oliver Gassman and Maximilian von Zedtwitz, *New Concepts and Trends in International R&D Organization*, 28 Research Policy 231 (1999)

Paola Criscuolo and Rajneesh Narula, *Using Multi-hub Structures for International R&D: Organisational Inertia and the Challenges of Implementation*, 47 Mgmt. Int'l Rev. 639 (2007)

Paul J. H. Schoemaker, *Determinants of Risk-Taking: Behavioral and Economic Views*, 6 J. Risk & Uncertainty 49 (1993)

Philip Dittmer, Tax Foundation Special Report No. 202, *A Global Perspective on Territorial Taxation* (Aug. 10, 2012), *available at* http://taxfoundation.org/sites/taxfoundation.org/files/docs/sr202_0.pdf

PwC Canada, Research & Development, http://www.pwc.com/ca/en/sred/index.jhtml