# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**April 1, 2014 - April 30, 2014**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | Apr 2014 Hours |
|:---:|:---|---:|
| 1 | Asset Analysis and Recovery | 4.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 36.5 |
| 6 | Committee Matters and Creditor Meetings | 2.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 166.5 |
| 15 | Travel | 16.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 225.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | Apr 2014 Hours |
|:---|---:|
| Michael Kennedy, Member | 168.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 13.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 26.5 |
| James Elish, Analyst | 17.5 |
| **TOTAL** | 225.0 |

**Nortel Networks, Inc**
April 1, 2014 - April 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Apr 2014 Hours | Code |
|------|---------------------|----------------|------|
| 4/1/2014 | Meetings with professionals re: litigation | 9.0 | 14 |
| 4/2/2014 | Meetings with professionals re: litigation | 8.0 | 14 |
| 4/2/2014 | Travel to Chicago | 4.0 | 15 |
| 4/3/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 4/4/2014 | Prepare, review and discuss material re allocation litigation | 2.0 | 14 |
| 4/6/2014 | Travel to NY | 4.0 | 15 |
| 4/7/2014 | Meetings with professionals re: litigation | 10.0 | 14 |
| 4/7/2014 | Calls & communication with Cleary & management re: information request | 1.0 | 14 |
| 4/8/2014 | Meetings with professionals re: litigation | 9.0 | 14 |
| 4/8/2014 | Travel to Chicago | 4.0 | 15 |
| 4/9/2014 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 4/10/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 4.0 | 14 |
| 4/14/2014 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 4/15/2014 | Prepare, review and discuss material re allocation litigation | 8.0 | 14 |
| 4/15/2014 | Review RM Report | 1.0 | 1 |
| 4/16/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 4/17/2014 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 4/18/2014 | Prepare, review and discuss material re allocation litigation | 4.0 | 14 |
| 4/18/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 2.0 | 14 |
| 4/21/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 4/21/2014 | US Debtors cash and expenses | 2.0 | 1 |
| 4/22/2014 | Meetings and communication w/ Cleary re allocation litigation | 4.0 | 5 |
| 4/22/2014 | Calls & communication with Capstone re: allocation litigation | 2.0 | 6 |
| 4/22/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 4/23/2014 | Prepare, review and discuss material re allocation litigation | 8.0 | 14 |
| 4/24/2014 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 4/25/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 3.0 | 14 |
| 4/28/2014 | Prepare, review and discuss material re allocation litigation | 10.0 | 14 |
| 4/29/2014 | Prepare, review and discuss material re allocation litigation | 9.0 | 14 |
| 4/19/2014 | Review cash summary | 1.0 | 1 |
| 4/30/2014 | Meetings and communication w/ Cleary & others re allocation litigation | 10.0 | 5 |

**Apr 2014 Total**                                                              **168.0**

**Nortel Networks, Inc**
April 1, 2014 - April 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Apr 2014 Hours | Code |
|------|--------------------|----------------|------|
| 4/1/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/2/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/4/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/8/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/9/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/11/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 4/22/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/23/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/25/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/30/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| | **Apr 2014 Total** | **13.0** | |

**Nortel Networks, Inc**
April 1, 2014 - April 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | Apr 2014 Hours | Code |
|------|---------------------|----------------|------|
| 4/1/2014 | Meetings with professionals | 9.0 | 5 |
| 4/2/2014 | Meetings with professionals | 6.5 | 5 |
| 4/2/2014 | Travel to Chicago | 4.0 | 15 |
| 4/8/2014 | Meetings with professionals | 7.0 | 5 |
| | **Apr 2014 Total** | **26.5** | |

**Nortel Networks, Inc**
April 1, 2014 - April 30, 2014 Time Detail
Chilmark Partners, LLC
<u>James Elish</u>

| Date | Description of Work | Apr 2014 Hours | Code |
|------|---------------------|----------------|------|
| 4/8/2014 | Meetings with professionals | 7.0 | 14 |
| 4/12/2014 | Review of litigation documents | 3.5 | 14 |
| 4/13/2014 | Review of litigation documents | 4.0 | 14 |
| 4/14/2014 | Review of litigation documents | 3.0 | 14 |
| | **Apr 2014 Total** | **17.5** | |