# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| RIKER, DANZIG, SCHERER, HYLAND & | J. ALEX KRESS, ESQ. HEADQUARTERS PLAZA ONE SPEEDWELL AVENUE MORRISTOWN NJ 07962 |
| RIKER, DANZIG, SCHERER, HYLAND & | PERRETTI LLP ATTN: J. ALEK KRESS ONE SPEEDWELL AVENUE MORRISTOWN NJ 07962-1981 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: RIKER, DANZIG, SCHERER, HYLA ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

Total Number of Records Printed    3

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006