Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)
IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>    NORTEL NETWORKS, INC., *et al.*,<br>                                     Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

EXHIBIT "E" TO THE AFFIDAVIT OF ANGELA ANDERSON
AFFIRMED APRIL 25, 2014

Signed: _____

ANGELA ANDERSON

Date:    April 25, 2014

Before me: _____

NOTARY PUBLIC

*Vu pour la seule légalisation matérielle
de la signature de madame Angela
ANDERSON, sans lecture ni traduction
du présent document.
Fait à Maçon, le 25/04/2014.*

Olivier LESCAY



EXHIBIT
31307

To:       Anderson, Angela [HAL02:8306:EXCH][amander@europem01.nt.com]; Vynalek, Jack
[NC2:9785:EXCH][vynalek@americasm01.nt.com]; Tiegerman, Bernard
[RICH1:N237:EXCH][btiegerm@americasm01.nt.com]
Cc:       Fisher, Arthur [BRAM:9540:EXCH][awfisher@americasm01.nt.com]
From:    Junkin, Bill [CAR:0090;EXCH]
Sent:    Tue 12/3/2002 10:23:32 PM
Importance:      High
Subject:   Value Info from Dbase on Patents Honoured in Harlow and Ottawa Events
BJ Harlow Award Ceremony 2000 - 20011.xls
BJ Final 2001 Ottawa Ceremony Patent Plaque List1.xls
IPR Business Plan Final 2-26-2002 (Annotated).ppt
IPR Business Plan Backup v.2.ppt

I have pulled various "value fields" from the dbase for the cases listed by Judy:

I highlighted the information I considered most relevant in green - bright green for the best stuff.
Any clarification you can add would be helpful.

Assuming that all of the comments in the dbase are both current and accurate (I have long since
consumed my allocated half hour, so have no time left to chase people to confirm!), I make the
following observations:

Harlow lists:

1. 3 of the patents have been assigned to NorWeb and 1 to Cerebrus - presumably in transactions that
were commercially advantageous - Angela - can you comment?

2. 10 were licensed in the Bookham transaction, so arguably they assisted us to achieve our objectives in
that transaction.

3. 6 concern Smart Antenna and involve Martin Smith - the gentleman pictured with Greg Mumford and
Steve Pusey. Martin considers 2 of these to be used in current and future product. Presumably, the 6
form the basis of a strong position in this technology which is probably enhanced by several other patents
that issue previously and several more pending cases.

4. We have infringement leads on 3 of the cases - 2 involving established competitors (likely defensive
value) and 1 involving an optical startup - possible future leverage.

5. We have a standards lead (DSL) on one of the cases

Ottawa list:

1. 3 of the patents are licensed (1 each to ███████████████ - presumably in transactions that
were commercially advantageous - can anyone comment on these deals?

2. 10 were licensed in the Bookham transaction, so arguably they assisted us to achieve our objectives in
that transaction

3. 2 of the cases concern Transparent Muxing in SONET and look to be key licensing and defensive
prospects going forward.

4. 3 are relevant to the ADPD TLP program that Richard Kikuta was working - I believe this has already
paid off

5. 1 is in the Foundry/Extreme litigation (at least according to the dbase)

6. We have standards leads for 4 cases - ATM PNNI, MPLS VPNs, UMTS, RPR and Bellcore.

7. We have infringement leads for 9 cases - 2 major competitors, 5 startups (including ████████
████████████████████).

8. 5 of the cases are listed as of interest for TLP (though some of these may not be very active at this stage).

9. 1 of the cases covers MOSAIC, a modular optical amplifier design that is considered an important competitive differentiator - at least it was when we last checked during the Bookham transaction. Another covers an aspect of the MOR optical amplifier which has also been a key product for us.

So, somewhat to my surprise, there seems to be quite a bit of joy to choose from.

As for general facts and figures to support the value proposition for the portfolio, given that we are not to put time into this, why would we not seek to re-use the value proposition materials that were generated early this year?:

Bernie - I understand that you will be providing something on the value of Kim's patents - with focus on the last few if possible.

Art - I understand that you will have someone provide something on licensing value.

Comments and Suggestions welcome - but please remember that they are not to be time-consuming!

## Bill Junkin

(613)768-3013 (ESN 398)
Fax (613)768-3017 (ESN 398)

# Harlow 2000 Plaques

| App Full Disclosure Number | App Filed Country | App Issue Date | App Patent Number | Application Title | Inventors Name | Inventor GID | Inventor Location |
|---|---|---|---|---|---|---|---|
| | United States | 25-Apr-00 | 6,054,959 | DUAL RESONANT ANTENNA | Amos, Sonya Victoria | 501776 | HAL02, Harlow |
| | United States | 26-Dec-00 | 6,167,036 | METHOD AND APPARATUS FOR A SECTORED CELL OF A CELLULAR RADIO COMMUNICATIONS SYSTEM | Bevan, Damian | 3204195 | HAL02, Harlow |
| | Great Britain | 1-Nov-00 | 2314995 | TELECOMMUNICATION SYSTEM TITLE IS AS APPEARS ON SPREADSHEET NOT ON APPLICATION | Brueckheimer, Simon Daniel | 2822062 | HAL02, Harlow |
| | United States | 9-May-00 | 6,061,363 | COMMUNICATIONS SYSTEM WITH LOAD SHARING COMMUNICATIONS INTERFACE | Brueckheimer, Simon Daniel | 2822062 | HAL02, Harlow |
| | Great Britain | 5-Apr-00 | 2314714 | OPTICAL AMPLIFIER MODULES | Davis, Fiona | 2823169 | HAL02, HARLOW |
| | United States | 14-Mar-00 | 6,038,231 | DATA SUPPRESSION AND REGENERATION | Dolby, Riki Benjamin | 501740 | HAL02, Harlow |
| | United States | 13-Jun-00 | 6,075,499 | METHOD OF INSTALLATION FOR A FIXED WIRELESS ACCESS SUBSCRIBER ANTENNA | Edwards, Keith Russell | 2856862 | HAL02, Harlow |
| | United States | 20-Jun-00 | 6,078,815 | METHOD AND APPARATUS FOR ALLOCATING RADIO CHANNELS | Edwards, Keith Russell | 2856862 | HAL02, Harlow |
| | United States | 22-Aug-00 | 6,108,552 | METHOD OF ALLOCATING RADIO CHANNELS | Edwards, Keith Russell | 2856862 | HAL02, Harlow |
| | United States | 12-Sep-00 | 6,119,008 | FLEXIBLE MULTIPLE SUBSCRIBER RADIO ACCESS SYSTEM | Edwards, Keith Russell | 2856862 | HAL02, Harlow |
| | United States | 23-May-00 | 6,067,535 | MONITORING AND RETRAINING NEURAL NETWORK | Edwards, Timothy John | 1726835 | HAL02, Harlow |
| | United States | 26-Sep-00 | 6,125,105 | METHOD AND APPARATUS FOR FORECASTING FUTURE VALUES OF A TIME SERIES | Edwards, Timothy John | 1726835 | HAL02, Harlow |
| | Great Britain | 5-Apr-00 | 2314714 | OPTICAL AMPLIFIER MODULES | Epworth, Richard Edward | 697219 | HAL02, HARLOW |
| | United States | 10-Oct-00 | 6,130,899 | LASER ASSEMBLY | Epworth, Richard Edward | 697219 | HAL02, Harlow |
| | United States | 21-Nov-00 | 6,151,356 | METHOD AND APPARATUS FOR PHASE DETECTION IN DIGITAL SIGNALS | Foster, Stephen Richard | 2817476 | HAL02, Harlow |
| | United States | 21-Nov-00 | 6,150,987 | ANTENNA ASSEMBLY | Gale, Simon John | 2323285 | HAL02, Harlow |

# Harlow 2000 Plaques

| Country | Date | Patent No. | Title | Inventor | Number | Code |
|---|---|---|---|---|---|---|
| United States | 14-Mar-00 | 6,038,231 | DATA SUPPRESSION AND REGENERATION | Harvey, Gyles | 1073261 | HAL02, Harlow |
| United States | 20-Jun-00 | 6,078,814 | MEANS OF INCREASING CAPACITY IN CELLULAR RADIO (MOBILE AND FIXED) SYSTEMS | Hudson, John Edward | 3200045 | HAL02, Harlow |
| United States | 20-Jun-00 | 6,078,814 | MEANS OF INCREASING CAPACITY IN CELLULAR RADIO (MOBILE AND FIXED) SYSTEMS | Jeffries, Andrew William | 2325140 | HAL02, Harlow |
| United States | 15-Aug-00 | 6,104,930 | FLOATING TRANSCEIVER ASSIGNMENT FOR CELLULAR RADIO | Jeffries, Andrew William | 2325140 | HAL02, Harlow |
| United States | 15-Aug-00 | 6,104,935 | DOWN LINK BEAM FORMING ARCHITECTURE FOR HEAVILY OVERLAPPED BEAM CONFIGURATION | Jeffries, Andrew William | 2325140 | HAL02, Harlow |
| United States | 26-Dec-00 | 6,167,286 | MULTI BEAM ANTENNA SYSTEM FOR CELLULAR RADIO BASE STATIONS | Jeffries, Andrew William | 2325140 | HAL02, Harlow |
| United States | 8-Feb-00 | 6,023,762 | MULTI VIEW PERSONALISED COMM | Kanabar, Yashvant | 2325363 | HAL02, Harlow |
| United States | 25-Apr-00 | 6,055,512 | NETWORKED PERSONAL CUSTOM | Kanabar, Yashvant | 2325363 | HAL02, Harlow |
| United States | 25-Jan-00 | 6,018,324 | OMNI-DIRECTIONAL DIPOLE ANTENNA WITH A SELF BALANCING FEED ARRANGEMENT | Kitchener, Dean | 3202926 | HAL02, Harlow |
| United States | 4-Apr-00 | 6,046,700 | ANTENNA ARRANGEMENT | Kitchener, Dean | 3202926 | HAL02, Harlow |
| United States | 15-Feb-00 | 6,025,805 | INVERTED-E ANTENNA | Llewellyn, Ian Paul | 2815322 | HAL02, Harlow |
| United States | 15-Aug-00 | 5,104,520 | RADIO COMMUNICATION DEVICE ANTENNA ARRANGEMENTS | Llewellyn, Ian Paul | 2815322 | HAL02, Harlow |
| United States | 12-Sep-00 | 6,116,405 | ANTENNA ARRANGEMENT | Llewellyn, Ian Paul | 2815322 | HAL02, Harlow |
| United States | 14-Mar-00 | 6,038,637 | UNIVERSAL DRAM ADDRESS MULTIPLEXER | Parfitt, Stewart John | 2736460 | HAL02, Harlow |
| Great Britain | 19-Apr-00 | 2,311,145 | WAVEGUIDES TO PHOTODETECTOR ASSEMBLY TITLE IS AS APPEARS ON SPREADSHEET NOT ON APPLICATION | Parker, James Wilson | 2814325 | HAL02, Harlow |
| United States | 14-Mar-00 | 6,038,231 | DATA SUPPRESSION AND REGENERATION | Raving, Rajakulasingam | 5203892 | HAL02, Harlow |

# Harlow 2000 Plaques

| Country | Date | Patent No. | Title | Inventor | Number | Plaque |
|---|---|---|---|---|---|---|
| Great Britain | 6-Sep-00 | 2315937 | COMMUNICATIONS TRANSCEIVER TITLE IS AS APPEARS ON SPREADSHEET NOT ON APPLICATION | Rickard, Robin Paul | 2814671 | HAL02, Harlow |
| United States | 4-Jan-00 | 6,011,513 | BEAMFORMING CIRCUITRY | Rickard, Robin Paul | 2814671 | HAL02, Harlow |
| United States | 14-Mar-00 | 6,037,678 | COUPLING COMMUNICATIONS SIGNALS TO A POWER LINE | Rickard, Robin Paul | 2814671 | HAL02, Harlow |
| United States | 26-Sep-00 | 6,124,960 | TRANSMISSION SYSTEM WITH CROSS-PHASE MODULATION COMPENSATION | Robinson, Alan | 2321719 | HAL02, Harlow |
| United States | 25-Apr-00 | 6,054,959 | DUAL RESONANT ANTENNA | Robson, Julius George | 1752812 | HAL02, Harlow |
| United States | 15-Feb-00 | 6,025,805 | INVERTED-E ANTENNA | Smith, Martin Stevens | 2821221 | HAL02, Harlow |
| United States | 21-Mar-00 | 6,040,802 | ANTENNA CROSS-POLAR SUPPRESSION MEANS | Smith, Martin Stevens | 2821221 | HAL02, Harlow |
| United States | 4-Apr-00 | 6,046,700 | ANTENNA ARRANGEMENT | Smith, Martin Stevens | 2821221 | HAL02, Harlow |
| United States | 30-May-00 | 6,069,591 | DIVERSITY ANTENNA SYSTEM | Smith, Martin Stevens | 2821221 | HAL02, Harlow |
| United States | 25-Jul-00 | 6,094,165 | COMBINED MULTI-BEAM AND SECTOR COVERAGE ANTENNA ARRAY | Smith, Martin Stevens | 2821221 | HAL02, Harlow |
| United States | 15-Aug-00 | 6,104,920 | RADIO COMMUNICATION DEVICE ANTENNA ARRANGEMENTS | Smith, Martin Stevens | 2821221 | HAL02, Harlow |
| United States | 15-Aug-00 | 6,104,935 | DOWN LINK BEAM FORMING ARCHITECTURE FOR HEAVILY OVERLAPPED BEAM CONFIGURATION | Smith, Martin Stevens | 2821221 | HAL02, Harlow |
| United States | 26-Dec-00 | 6,167,286 | MULTI BEAM ANTENNA SYSTEM FOR CELLULAR RADIO BASE STATIONS | Smith, Martin Stevens | 2821221 | HAL02, Harlow |
| United States | 22-Feb-00 | 6,028,898 | SIGNAL REGENERATOR | Spagnoletti, Robert William | 2177889 | HAL02, Harlow |
| United States | 21-Nov-00 | 6,151,356 | METHOD AND APPARATUS FOR PHASE DETECTION IN DIGITAL SIGNALS | Spagnoletti, Robert William | 2177889 | HAL02, Harlow |
| United States | 21-Nov-00 | 6,151,356 | METHOD AND APPARATUS FOR PHASE DETECTION IN DIGITAL SIGNALS | Sparks, Adrian P. | 2816924 | HAL02, Harlow |
| United States | 22-Feb-00 | 6,028,898 | SIGNAL REGENERATOR | Sparks, Adrian Paul | 2816924 | HAL02, Harlow |

# Harlow 2000 Plaques

| Country | Date | Patent | Title | Inventor | Number | Plaque |
|---|---|---|---|---|---|---|
| Great Britain | 1-Nov-00 | 2314995 | TELECOMMUNICATION SYSTEM TITLE IS AS APPEARS ON SPREADSHEET NOT ON APPLICATION | Stacey, David John | 2822997 | HAL02; Harlow |
| United States | 26-Dec-00 | 6,167,286 | MULTI BEAM ANTENNA SYSTEM FOR CELLULAR RADIO BASE STATIONS | Ward, Christopher Robert | 2323541 | HAL02; Harlow |
| United States | 20-Jun-00 | 6,078,814 | MEANS OF INCREASING CAPACITY IN CELLULAR RADIO (MOBILE AND FIXED) SYSTEMS | Ward, Christopher Robert | 2323541 | HAL02; Harlow |
| United States | 15-Aug-00 | 6,104,930 | FLOATING TRANSCEIVER ASSIGNMENT FOR CELLULAR RADIO | Ward, Christopher Robert | 2323541 | HAL02; Harlow |
| United States | 15-Aug-00 | 6,104,935 | DOWN LINK BEAM FORMING ARCHITECTURE FOR HEAVILY OVERLAPPED BEAM CONFIGURATION | Ward, Christopher Robert | 2323541 | HAL02; Harlow |
| United States | 4-Jan-00 | 6,011,513 | BEAMFORMING CIRCUITRY | Wilson, Fiona Mairin | 3204146 | HAL02; Harlow |
| United States | 15-Aug-00 | 6,104,930 | FLOATING TRANSCEIVER ASSIGNMENT FOR CELLULAR RADIO | Wilson, Keith Stewart | 1726805 | HAL02; Harlow |

















# Harlow 2001 Plaques

| Dkct. No. | Country | Patent No | Issue Date | App Title | Last Name | First Name | Global Id | Home/Location Code |
|---|---|---|---|---|---|---|---|---|
| | United States | 6,246,511 | 12-Jun-01 | SOLDER JOINT RELIABILITY | ABRAHAM | IAN | 2821783 | HAL02, Harlow |
| | United States | 6,304,222 | 16-Oct-01 | RADIO COMMUNICATIONS HANDSET ANTENNA ARRANGEMENTS | AMOS | SONYA | 5017783 | HAL02, Harlow |
| | United States | 6,311,075 | 30-Oct-01 | ANTENNA AND ANTENNA OPERATION METHOD FOR A CELLULAR RADIO COMMUNICATIONS SYSTEM | BARNES | STEVEN | 3203865 | HAL02, Harlow |
| | United States | 6,311,075 | 30-Oct-01 | ANTENNA AND ANTENNA OPERATION METHOD FOR A CELLULAR RADIO COMMUNICATION SYSTEM | BEVAN | DAVID | 3204195 | HAL02, Harlow |
| | United States | 6,233,616 | 15-May-01 | COMMUNICATIONS NETWORK HAVING MANAGEMENT SYSTEM ARCHITECTURE SUPPORTING REUSE | BRAGG | NIGEL | 5017781 | HAL02, Harlow |
| | United States | 6,256,511 | 3-Jul-01 | DUAL-MODE RADIO ARCHITECTURE | BROWN | DAVID | 1325090 | HAL02, Harlow |
| USI3U | United States | 6,188,737 | 13-Feb-01 | METHOD AND APPARATUS FOR REGENERATING DATA | BRUCE | PAUL | 2721504 | HAL02, Harlow |
| | United States | 6,252,876 | 26-Jun-01 | MANAGEMENT OF DATA STRUCTURES | BRUECKHEIMER | SIMON | 2822062 | HAL02, Harlow |
| | United States | 6,865,242 | 26-Jul-01 | ADAPTATION RESOURCE MODULE AND OPERATING METHOD THEREFOR | BRUECKHEIMER | SIMON | 2822062 | HAL02, Harlow |
| | United States | 6,298,043 | 2-Oct-01 | COMMUNICATION SYSTEM ARCHITECTURE AND A CONNECTION VERIFICATION MECHANISM THEREFOR | BRUECKHEIMER | SIMON | 2822062 | HAL02, Harlow |
| | United States | 6,223,219 | 24-Apr-01 | TRAIL MANAGEMENT ACROSS TRANSPORT FUNCTIONALITY OF LARGE | DAVIS | NIGEL | 2327294 | HAL02, Harlow |
| | United States | 6,172,985 | 9-Jan-01 | DUPLEX TRANSMISSION SCHEME | EDWARDS | KEITH | 2958862 | HAL02, Harlow |
| | United States | 6,275,486 | 14-Aug-01 | WIRELESS ACCESS COMMUNICATIONS SYSTEM | EDWARDS | KEITH | 2858862 | HAL02, Harlow |
| | United States | 6,198,734 | 6-Mar-01 | ADAPTIVE RADIO COMMUNICATIONS SYSTEM | EDWARDS | KEITH | 2858862 | HAL02, Harlow |
| | United States | 6,216,010 | 10-Apr-01 | UP-LINK POWER CONTROL FOR FIXED WIRELESS ACCESS | EDWARDS | KEITH | 2958862 | HAL02, Harlow |
| | United States | 6,272,110 | 7-Aug-01 | METHOD AND APPARATUS FOR MANAGING AT LEAST PART OF A COMMUNICATIONS NETWORK | EDWARDS | TIMOTHY | 1726833 | HAL02, Harlow |
| | United States | 6,313,932 | 6-Nov-01 | MULTIPLEXED TRANSMISSION OF OPTICAL SIGNALS | EPWORTH | RICHARD | 697219 | HAL02, Harlow |
| | United States | 6,271,982 | 7-Aug-01 | POLARIZATION MODE DISPERSION COMPENSATION | EPWORTH | RICHARD | 697219 | HAL02, Harlow |
| | United States | 6,310,669 | 30-Oct-01 | DIGITAL TO ANALOGUE CONVERTER IMPLEMENTATION | GALE | SIMON | 2323285 | HAL02, Harlow |
| | United States | 6,226,682 | 24-Apr-01 | METHOD OF AND APPARATUS FOR DETECTING TRANSIENTS IN AN O | GIBBON | MARK | 3200094 | HAL02, Harlow |
| US01U | United States | 6,198,387 | 27-Feb-01 | ARCHITECTURAL ARRANGEMENT FOR BANDWIDTH MANAGEMENT FOR | GIBBON | MARK | 3200094 | HAL02, Harlow |
| | United States | 6,233,222 | 15-May-01 | CONTROL OF DISTRIBUTED ALLOCATION OF CHANNELS | GIBBS | GRAEME | 1063213 | HAL02, Harlow |
| US01U | United States | 6,233,223 | 15-May-01 | CONTROL OF DISTRIBUTED ALLOCATION OF CHANNELS | GVOZDANOVIC | RADE | 2815983 | HAL02, Harlow |
| | United States | 6,226,833 | 8-May-01 | OPTICAL SAMPLING BY MODULATING A PULSE TRAIN | HADJIFOTIOU | ANAGNOSTIS | 1696574 | HAL02, Harlow |

## Harlow '2001 Plaques

| Marker | Country | Patent No. | Date | Title | Surname | First Name | ID | Category |
|---|---|---|---|---|---|---|---|---|
|  | United States | 6,178,026 | 23-Jan-01 | OPTICAL NETWORK LOSS-OF-SIGNAL DETECTION | HARDCASTLE | IAN | 2323434 | HAL02, Harlow |
|  | United States | 6,222,986 | 24-Apr-01 | OPTICAL PARTIAL REGENERATION OF SOLUTIONS | HARDCASTLE | IAN | 2327434 | HAL02, Harlow |
|  | United States | 6,173,292 | 9-Jan-01 | ELECTRONIC SEALED ENVELOPE | KANAGAR | YASHWANT | 2325363 | HAL02, Harlow |
| USD1U | United States | 6,211,841 | 3-Apr-01 | MULTI-BAND CELLULAR BASESTATION ANTENNA | KITCHENER | DEAN | 3202926 | HAL02, Harlow |
|  | United States | 6,246,011 | 12-Jun-01 | SOLDER JOINT RELIABILITY | LIU | ANDREW | 2726960 | HAL02, Harlow |
|  | United States | 6,304,722 | 15-Oct-01 | RADIO COMMUNICATIONS HANDSET/ ANTENNA ARRANGEMENTS | LLEWELLYN | IAN | 2915322 | HAL02, Harlow |
| USD1U | United States | 6,275,331 | 14-Aug-01 | OPTICAL AMPLIFIERS | PARRY | SIMON | 501977 | HAL02, Harlow |
| USD1U | United States | 6,275,328 | 14-Aug-01 | AMPLIFIER CONTROL | PARRY | SIMON | 501977 | HAL02, Harlow |
| USD1U | United States | 6,211,841 | 3-Apr-01 | MULTI-BAND CELLULAR BASESTATION ANTENNA | POWER | DAWN | 501751 | HAL02, Harlow |
|  | United States | 8,319,988 | 30-Oct-01 | DIGITAL TO ANALOGUE CONVERTER IMPLEMENTATION | REED | CHRISTOPHER | 3200970 | HAL02, Harlow |
|  | Patent Convention | 9,916,194 | 26-Sep-01 | POWER LINE COMMUNICATIONS | RICKARD | ROBIN | 2814671 | HAL02, Harlow |
|  | Patent Convention | 9,917,768 | 16-May-01 | POWER LINE COMMUNICATIONS | RICKARD | ROBIN | 2814671 | HAL02, Harlow |
| USD1U | United States | 6,275,331 | 14-Aug-01 | OPTICAL AMPLIFIERS | ROBINSON | ALAN | 2321719 | HAL02, Harlow |
| USD1U | United States | 6,275,328 | 14-Aug-01 | AMPLIFIER CONTROL | ROBINSON | ALAN | 2321719 | HAL02, Harlow |
|  | United States | 8,313,982 | 6-Nov-01 | MULTIPLEXED TRANSMISSION OF OPTICAL SIGNALS | ROBINSON | ALAN | 2321719 | HAL02, Harlow |
|  | United States | 6,304,232 | 16-Oct-01 | RADIO COMMUNICATIONS HANDSET ANTENNA ARRANGEMENTS | ROBSON | JULIUS | 1752812 | HAL02, Harlow |
| USD1U | United States | 6,211,841 | 3-Apr-01 | MULTI-BAND CELLULAR BASESTATION ANTENNA | SMITH | MARTIN | 2821221 | HAL02, Harlow |
|  | United States | 6,304,222 | 16-Oct-01 | RADIO COMMUNICATIONS HANDSET ANTENNA ARRANGEMENTS | SMITH | MARTIN | 2821221 | HAL02, Harlow |
|  | United States | 6,176,333 | 16-Jan-01 | DUAL BAND ANTENNA | SMITH | MARTIN | 2821221 | HAL02, Harlow |
|  | United States | 6,192,173 | 20-Feb-01 | FLEXIBLE VWM NETWORK ARCHITECTURE | SPAGNOLETTI | ROBERT | 2177889 | HAL02, Harlow |
|  | United States | 6,252,876 | 26-Jun-01 | MANAGEMENT OF DATA STRUCTURES | STACEY | DAVID | 2822997 | HAL02, Harlow |
|  | United States | 6,266,342 | 24-Jul-01 | THABRISOR | STACEY | DAVID | 2822997 | HAL02, Harlow |
|  | United States | 6,327,671 | 4-Dec-01 | FAULT TOLERANT SYSTEM AND METHOD | STUBBERFIELD | MARK | 1089436 | HAL02, Harlow |
| USD1U | United States | 6,205,320 | 15-May-01 | CONTROL OF DISTRIBUTED ALLOCATION OF CHANNELS | TANG | CHO | 2320398 | HAL02, Harlow |
| USD1U | United States | 6,272,206 | 7-Aug-01 | LIFELINE TELEPHONY PROVISION FOR VOICE OVER DIGITAL SUBSCRIBER LINE | TATE | CHRISTOPHER | 2818854 | HAL02, Harlow |
| USD1U | United States | 6,266,464 | 24-Jul-01 | OPTICAL ARRAYED WAVEGUIDE GRATING DEVICES | WHITEAWAY | JAMES | 1695501 | HAL02, Harlow |
| USD1U | United States | 6,301,403 | 9-Oct-01 | OPTICAL COMB FILTER | WHITEAWAY | JAMES | 1695501 | HAL02, Harlow |



























