Court File No.: 09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>NORTEL NETWORKS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**EXHIBIT "F" TO THE AFFIDAVIT OF ANGELA ANDERSON**
**AFFIRMED APRIL 25, 2014**

Signed: _____
        ANGELA ANDERSON

Date:     April 25, 2014

Before me: _____

    NOTARY PUBLIC

*[Handwritten notarial certification in French:]* Vu pour la seule légalisation matérielle de la signature de Madame Angela ANDERSON, sans lecture ni traduction du présent document. Fait à Mougins, le 25/04/2014.

*[Seal and signature of Olivier LESCANE, Notary]*

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | UK | US | 11/108,062 | #EMPTY | Nortel Networks Limited | PROVIDING PACKET-BASED MULTIMEDIA | #EMPTY | [redacted] | Filed | [redacted] | 15-Mar | [redacted] | WATSON, MARK [illegible]; [illegible] RICHARD [illegible]; LEEDER, MICHAEL [illegible] | |
| [illegible] | UK | US | 10/984,466 | #EMPTY | Nortel Networks Limited | BROKERING NETWORK RESOURCES | #EMPTY | [redacted] | Filed | [redacted] | 13-Oct | [redacted] | STORRIE, JOHN (1560683) | [redacted] |
| [illegible] | UK | US | 10/775,066 | 7,353,827 | Nortel Networks Limited | RESTRICTED DISSEMINATION OF TOP | 19-Feb | [redacted] | Granted | [redacted] | 13-Oct | [redacted] | [illegible], MARTIN [illegible]; [illegible] | |
| [illegible] | UK | US | 10/928,454 | 7,430,010 | Nortel Networks Limited | SPACE DIVISION MULTIPLE ACCESS SC | 17-Nov | [redacted] | Granted | [redacted] | 27-Aug | [redacted] | SMITH, MARTIN [illegible]; WILSON, KEITH [illegible]; HUDSON, JOHN [illegible] | |
| [illegible] | UK | DE | 5017861.5 | 6.02005E+11 | Nortel Networks Limited | SPACE DIVISION MULTIPLE ACCESS SC | 31-Mar | [redacted] | Granted | [redacted] | 17-Aug | [redacted] | SMITH, MARTIN [illegible]; WILSON, KEITH [illegible]; HUDSON, JOHN [illegible] | |
| [illegible] | UK | FR | 5017861.5 | 1 631 100 | Nortel Networks Limited | SPACE DIVISION MULTIPLE ACCESS SC | 31-Mar | [redacted] | Granted | [redacted] | 17-Aug | [redacted] | SMITH, MARTIN [illegible]; WILSON, KEITH [illegible]; HUDSON, JOHN [illegible] | |
| [illegible] | UK | GB | 5017861.5 | 1 631 100 | Nortel Networks Limited | SPACE DIVISION MULTIPLE ACCESS SC | 31-Mar | [redacted] | Granted | [redacted] | 17-Aug | [redacted] | SMITH, MARTIN [illegible]; WILSON, KEITH [illegible]; HUDSON, JOHN [illegible] | |
| [illegible] | UK | US | 10/703,496 | 8,471,[illegible] | Nortel Networks Limited | ROUTING OF PROTOCOL DATA UNITS | 30-Dec | [redacted] | Granted | [redacted] | 30-Sep | [redacted] | [illegible] | |
| [illegible] | UK | US | 10/708,511 | #EMPTY | Nortel Networks Limited | SENSOR NETWORK | #EMPTY | [redacted] | Filed | [redacted] | 3-Oct | [redacted] | NADEN, JAMES [illegible] | [redacted] |
| [illegible] | UK | US | 10/978,658 | 7,412,975 | Nortel Networks Limited | LIGHTNING PROTECTION | 3-Nov | [redacted] | Granted | [redacted] | 14-Oct | [redacted] | ABRAHAM, IAN [illegible]; EDWARDS, KEITH [illegible]; WATKINS, MARK [illegible] | |
| [illegible] | UK | GB | 502800.2 | 2 415 121 | Nortel Networks Limited | INTELLIGENT CONNECTION MANAGE | 14-Feb | [redacted] | Granted | [redacted] | 28-Feb | [redacted] | PEETERS, [illegible]; PHILLIPS, CHRISTOPHER [illegible]; [illegible] | |
| [illegible] | UK | US | 11/001,819 | 7,284,213 | Nortel Networks Limited | HIGH EFFICIENCY MODULATED POWE | 1-Jul | [redacted] | Granted | [redacted] | 2-Dec | [redacted] | TRAYLING, KEN [illegible]; DOLMAN, GRAHAM [illegible]; [illegible] | |
| [illegible] | UK | GB | 500111.8 | 2 421 267 | Nortel Networks Limited | INTEGRATED OPTICAL TRANSMITTER | 13-Jun | [redacted] | Granted | [redacted] | 6-Jan | [redacted] | SPAGNOLETTI, ROBERT [illegible]; WHITEAWAY, JAMES [illegible] | |
| [illegible] | UK | US | 10/933,285 | 7,544,[illegible] | Nortel Networks Limited | ALTERNATE HOME SUBSCRIBER SERV | 30-Apr | [redacted] | Granted | [redacted] | 26-Aug | [redacted] | DARBYSHIRE, ALAN [illegible]; CANDATEN, MATTEO [illegible] | [redacted] |
| [illegible] | UK | US | 12/906,183 | #EMPTY | Nortel Networks Limited | RESILIENT NETWORK DATABASE | #EMPTY | [redacted] | Filed | [redacted] | 18-Oct | [redacted] | DARBYSHIRE, ALAN [illegible]; CANDATEN, MATTEO [illegible] | |
| [illegible] | UK | US | 11/019,908 | 7,639,633 | Nortel Networks Limited | APPARATUS AND METHOD FOR SETT | 29-Dec | [redacted] | Granted | [redacted] | 12-Dec | [redacted] | HOLLINS, MARTIN [illegible]; TURNER, ROBERT [illegible]; KETTLEWELL, PAUL [illegible] | |
| [illegible] | UK | US | 11/018,265 | 7,535,838 | Nortel Networks Limited | METHOD FOR DETERMINING RESOUR | 19-May | [redacted] | Granted | [redacted] | 21-Dec | [redacted] | MITCHELL, JULIAN [illegible]; [illegible], CHRIS [illegible] | [redacted] |
| [illegible] | UK | US | 11/177,472 | #EMPTY | Nortel Networks Limited | IMPROVEMENTS IN OR RELATING TO | #EMPTY | [redacted] | Filed | [redacted] | 2-Jul | [redacted] | O'CONNOR, NEIL [illegible]; MCCORMACK, TONY [illegible] | |
| [illegible] | UK | US | 11/574,211 | #EMPTY | Nortel Networks Limited | MESH NETWORKS EVALUATION METH | #EMPTY | [redacted] | Filed | [redacted] | 23-Aug | [redacted] | ROBSON, JULIUS [illegible]; BAINES, STEVEN [illegible]; BEVAN, DAVID [illegible] | |
| [illegible] | UK | GB | 421551.9 | GB2418536 | Nortel Networks Limited | METHOD OF ANTENNA CALIBRATION | 7-Dec | [redacted] | Granted | [redacted] | 27-Sep | [redacted] | [illegible], PHILIP [illegible] | [redacted] |
| [illegible] | UK | GB | 421555.4 | 2 418 537 | Nortel Networks Limited | ANTENNA CALIBRATION IDEA 2 (CAR | 6-Oct | [redacted] | Granted | [redacted] | 27-Sep | [redacted] | HOGGINS, DOUGLAS [illegible]; WARD, CHRIS [illegible] | |
| [illegible] | UK | US | 11/225,520 | 7,355,555 | Nortel Networks Limited | ANTENNA | 8-Apr | [redacted] | Granted | [redacted] | 13-Sep | [redacted] | KITCHENER, DEAN [illegible]; URQUHART, ANDREW [illegible]; ADAMS, DAVID [illegible] | |
| [illegible] | UK | CN | 20060041379 | #EMPTY | Nortel Networks Limited | ANTENNA | #EMPTY | [redacted] | Filed | [redacted] | 1-Sep | [redacted] | KITCHENER, DEAN [illegible]; URQUHART, ANDREW [illegible]; ADAMS, DAVID [illegible] | |
| [illegible] | UK | EP | 6779234.5 | #EMPTY | Nortel Networks Limited | ANTENNA | #EMPTY | [redacted] | Filed | [redacted] | 1-Sep | [redacted] | KITCHENER, DEAN [illegible]; URQUHART, ANDREW [illegible]; ADAMS, DAVID [illegible] | |
| [illegible] | UK | IN | 2300/DELPNP/2008 | #EMPTY | Nortel Networks Limited | ANTENNA | #EMPTY | [redacted] | Filed | [redacted] | 1-Sep | [redacted] | KITCHENER, DEAN [illegible]; URQUHART, ANDREW [illegible]; ADAMS, DAVID [illegible] | |
| [illegible] | UK | US | 11/318,807 | 7,702,353 | Nortel Networks Limited | TRANSMIT POWER ALLOCATION IN A | 20-Apr | [redacted] | Granted | [redacted] | 27-Dec | [redacted] | NADEN, JAMES [illegible]; WILSON, FIONA [illegible] | [redacted] |
| [illegible] | UK | US | 11/417,736 | #EMPTY | Nortel Networks Limited | DOWNLINK BEAMFORMING FOR BRO | #EMPTY | [redacted] | Filed | [redacted] | 4-May | [redacted] | WILSON, KEITH [illegible]; WILSON, FIONA [illegible] | |
| [illegible] | UK | DE | 6076558.3 | 1 758 320 | Nortel Networks Limited | FORWARDING TABLE MINIMISATION | 21-Apr | [redacted] | Granted | [redacted] | 10-Aug | [redacted] | BRAGG, NIGEL [illegible]; CHEN, MICHAEL [illegible]; OSSWALD, JOHN [illegible]; ARKOVIC, MIRZA [illegible] | |
| [illegible] | UK | FR | 6076558.3 | 1 758 320 | Nortel Networks Limited | FORWARDING TABLE MINIMISATION | 21-Apr | [redacted] | Granted | [redacted] | 10-Aug | [redacted] | BRAGG, NIGEL [illegible]; CHEN, MICHAEL [illegible]; OSSWALD, JOHN [illegible]; ARKOVIC, MIRZA [illegible] | |
| [illegible] | UK | GB | 6076558.3 | 1 758 320 | Nortel Networks Limited | FORWARDING TABLE MINIMISATION | 21-Apr | [redacted] | Granted | [redacted] | 10-Aug | [redacted] | BRAGG, NIGEL [illegible]; CHEN, MICHAEL [illegible]; OSSWALD, JOHN [illegible]; ARKOVIC, MIRZA [illegible] | |
| [illegible] | UK | US | 11/213,246 | #EMPTY | Nortel Networks Limited | FORWARDING TABLE MINIMISATION | #EMPTY | [redacted] | Filed | [redacted] | 26-Aug | [redacted] | BRAGG, NIGEL [illegible]; CHEN, MICHAEL [illegible]; OSSWALD, JOHN [illegible]; ARKOVIC, MIRZA [illegible] | |
| [illegible] | UK | CN | 2.0061E+11 | ZL200510017127 | Nortel Networks Limited | FORWARDING TABLE MINIMISATION | 30-Mar | [redacted] | Granted | [redacted] | 25-Aug | [redacted] | BRAGG, NIGEL [illegible]; CHEN, MICHAEL [illegible]; OSSWALD, JOHN [illegible]; ARKOVIC, MIRZA [illegible] | |
| [illegible] | UK | GB | 511245.3 | 2 426 410 | Nortel Networks Limited | COMMUNICATION CALL CONTROL AN | 10-Apr | [redacted] | Granted | [redacted] | 9-Jun | [redacted] | BRUECKHEIMER, SIMON [illegible]; DONVILLE, IAN [illegible] | [redacted] |
| [illegible] | UK | US | 11/133,863 | #EMPTY | Nortel Networks Limited | CIRCUIT BEARER CONTROL | #EMPTY | [redacted] | Filed | [redacted] | 14-Sep | [redacted] | BRUECKHEIMER, SIMON [illegible]; DONVILLE, IAN [illegible] | |
| [illegible] | UK | US | 11/264,534 | 7,697,515 | Nortel Networks Limited | MULTILINK TRUNKING FOR ENCAPSU | 13-Apr | [redacted] | Granted | [redacted] | 1-Nov | [redacted] | FARRY, SIMON [illegible]; FRISKNEY, ROBERT [illegible] | |
| [illegible] | UK | EP | 6779526 | #EMPTY | Nortel Networks Limited | MULTILINK TRUNKING FOR ENCAPSU | #EMPTY | [redacted] | Filed | [redacted] | 23-Sep | [redacted] | FARRY, SIMON [illegible]; FRISKNEY, ROBERT [illegible] | |
| [illegible] | UK | GB | 512748.6 | 2 427 099 | Nortel Networks Limited | ENHANCED MESSAGING SERVICES | 11-Aug | [redacted] | Granted | [redacted] | 9-Jun | [redacted] | DONVILLE, IAN [illegible]; PRICE, DAVID [illegible] | |
| [illegible] | UK | EP | 6252813.8 | #EMPTY | Nortel Networks Limited | ENHANCED MESSAGING SERVICES | #EMPTY | [redacted] | Filed | [redacted] | 31-Mar | [redacted] | DONVILLE, IAN [illegible]; PRICE, DAVID [illegible] | |
| [illegible] | UK | US | 11/423,356 | #EMPTY | Nortel Networks Limited | ENHANCED MESSAGING SERVICES | #EMPTY | [redacted] | Filed | [redacted] | 1-Jun | [redacted] | DONVILLE, IAN [illegible]; PRICE, DAVID [illegible] | |
| [illegible] | UK | US | 12/138,734 | #EMPTY | Nortel Networks Limited | OPTIMIZING NEIGHBOR LISTS | #EMPTY | [redacted] | Filed | [redacted] | 13-Jun | [redacted] | ROBSON, JULIUS [illegible] | [redacted] |
| [illegible] | UK | EP | 7703072.2 | #EMPTY | Nortel Networks Limited | METHOD AND DEVICE FOR CONNECT | #EMPTY | [redacted] | Filed | [redacted] | 30-Jan | [redacted] | BRAGG, NIGEL [illegible]; BOTTORFF, PAUL [illegible]; ALLAN, DAVID [illegible]; FRISKNEY, ROBERT [illegible]; FARRY, SIMON [illegible] | |
| [illegible] | UK | US | 12/752,228 | #EMPTY | Nortel Networks Limited | PLANNING ROUTES AND ALLOCATING | #EMPTY | [redacted] | Filed | [redacted] | 1-Apr | [redacted] | BRAGG, NIGEL [illegible]; BOTTORFF, PAUL [illegible]; ALLAN, DAVID [illegible]; FRISKNEY, ROBERT [illegible]; FARRY, SIMON [illegible] | |
| [illegible] | UK | US | 11/743,396 | 7,756,055 | Nortel Networks Limited | PLANNING ROUTES AND ALLOCATING | 13-Jul | [redacted] | Granted | [redacted] | 31-Jan | [redacted] | BRAGG, NIGEL [illegible]; BOTTORFF, PAUL [illegible]; ALLAN, DAVID [illegible]; FRISKNEY, ROBERT [illegible]; FARRY, SIMON [illegible] | |
| [illegible] | UK | US | 11/785,110 | #EMPTY | Nortel Networks Limited | SYSTEM AND METHOD FOR AUTOMA | #EMPTY | [redacted] | Filed | [redacted] | [illegible] | [redacted] | HEDSON, PATRICK [illegible]; MCCORMACK, TONY [illegible]; COSTELLO, JOHN [illegible] | |
| [illegible] | UK | US | 11/395,801 | #EMPTY | Nortel Networks Limited | SYSTEM AND METHOD FOR NOTIFYIN | #EMPTY | [redacted] | Filed | [redacted] | 31-Mar | [redacted] | HEDSON, PATRICK [illegible]; MCCORMACK, TONY [illegible]; COSTELLO, JOHN [illegible] | |
| [illegible] | UK | US | 11/895,330 | #EMPTY | Nortel Networks Limited | SCALING SAM FOR POINT-TO-POINT | #EMPTY | [redacted] | Filed | [redacted] | 29-Aug | [redacted] | FRISKNEY, ROBERT [illegible]; FARRY, SIMON [illegible]; ALLAN, DAVID [illegible]; BRAGG, NIGEL [illegible] | |
| [illegible] | UK | CN | 2.0088E+11 | #EMPTY | Nortel Networks Limited | LINEARISED POWER AMPLIFIER | #EMPTY | [redacted] | Filed | [redacted] | 18-Dec | [redacted] | O'FLAHERTY, MARTIN [illegible]; MCGREGOR, COLIN [illegible]; DOLMAN, GRAHAM [illegible] | |
| [illegible] | UK | EP | 8864209.2 | #EMPTY | Nortel Networks Limited | LINEARISED POWER AMPLIFIER | #EMPTY | [redacted] | Filed | [redacted] | 18-Dec | [redacted] | O'FLAHERTY, MARTIN [illegible]; MCGREGOR, COLIN [illegible]; DOLMAN, GRAHAM [illegible] | |
| [illegible] | UK | IN | 4014/DELNP/2010 | #EMPTY | Nortel Networks Limited | LINEARISED POWER AMPLIFIER | #EMPTY | [redacted] | Filed | [redacted] | 18-Dec | [redacted] | O'FLAHERTY, MARTIN [illegible]; MCGREGOR, COLIN [illegible]; DOLMAN, GRAHAM [illegible] | |
| [illegible] | UK | JP | 2010-538890 | #EMPTY | Nortel Networks Limited | LINEARISED POWER AMPLIFIER | #EMPTY | [redacted] | Filed | [redacted] | 18-Dec | [redacted] | O'FLAHERTY, MARTIN [illegible]; MCGREGOR, COLIN [illegible]; DOLMAN, GRAHAM [illegible] | |
| [illegible] | UK | KR | 10-2010-7013264 | #EMPTY | Nortel Networks Limited | LINEARISED POWER AMPLIFIER | #EMPTY | [redacted] | Filed | [redacted] | 18-Dec | [redacted] | O'FLAHERTY, MARTIN [illegible]; MCGREGOR, COLIN [illegible]; DOLMAN, GRAHAM [illegible] | |
| [illegible] | UK | US | 11/960,969 | 8,334,588 | Nortel Networks Limited | LINEARISED POWER AMPLIFIER | 18-Nov | [redacted] | Granted | [redacted] | 20-Dec | [redacted] | O'FLAHERTY, MARTIN [illegible]; MCGREGOR, COLIN [illegible]; DOLMAN, GRAHAM [illegible] | |
| [illegible] | UK | US | 11/513,578 | 7,816,940 | Nortel Networks Limited | STAND-ALONE LOW NOISE AMPLIFIER | 10-Nov | [redacted] | Granted | [redacted] | 20-Aug | [redacted] | HOLDER, PHILIP [illegible]; DOLMAN, GRAHAM [illegible] | |
| [illegible] | UK | US | 11/828,809 | #EMPTY | Nortel Networks Limited | SPACE TIME BLOCK CODE COMMUNI | #EMPTY | [redacted] | Filed | [redacted] | 27-Jul | [redacted] | NADEN, JAMES [illegible] | [redacted] |
| [illegible] | UK | EP | 7252971.2 | #EMPTY | Nortel Networks Limited | SPACE TIME BLOCK CODE COMMUNI | #EMPTY | [redacted] | Filed | [redacted] | 27-Jul | [redacted] | NADEN, JAMES [illegible] | |
| [illegible] | UK | US | 11/692,356 | #EMPTY | Nortel Networks Limited | ADAPTABLE NETWORK SERVICE ACCE | #EMPTY | [redacted] | Filed | [redacted] | 16-Mar | [redacted] | PRICE, DAVID [illegible]; DARBYSHIRE, ALAN [illegible]; KAUKA, RICKY [illegible] | |
| [illegible] | UK | US | 11/563,264 | #EMPTY | Nortel Networks Limited | PEER TO PEER CONTACT CENTER | #EMPTY | [redacted] | Filed | [redacted] | 27-Nov | [redacted] | MCCORMACK, TONY [illegible]; O'DONNELL, NEIL [illegible]; ELBERSE, ARK [illegible]; HEDSON, PATRICK [illegible] | |
| [illegible] | UK | US | 11/536,152 | #EMPTY | Nortel Networks Limited | APPLICATION SERVER BILLING | #EMPTY | [redacted] | Filed | [redacted] | 28-Sep | [redacted] | STORRIE, JOHN [illegible]; WATERS, ANTHONY [illegible]; MITCHELL, JULIAN [illegible] | |
| [illegible] | UK | US | 11/536,139 | #EMPTY | Nortel Networks Limited | WEB SERVICES INTERFACE | #EMPTY | [redacted] | Filed | [redacted] | 28-Sep | [redacted] | STORRIE, JOHN [illegible]; HERN, WILLIAM [illegible]; WATERS, ANTHONY [illegible] | |
| [illegible] | UK | US | 11/537,040 | #EMPTY | Nortel Networks Limited | COMMUNICATION METHODS AND AP | #EMPTY | [redacted] | Filed | [redacted] | 29-Sep | [redacted] | DONVILLE, IAN [illegible]; RAWLINSON, HENRY [illegible] | [redacted] |
| [illegible] | UK | EP | 8855456.8 | #EMPTY | Nortel Networks Limited | APPARATUS AND METHOD FOR MAN | #EMPTY | [redacted] | Filed | [redacted] | 26-Nov | [redacted] | JOHNSON, DAVID [illegible]; WATERS, ANTHONY [illegible]; HERN, WILLIAM [illegible]; STORRIE, JOHN [illegible] | |
| [illegible] | UK | WO | PCT/IB2008/003244 | #EMPTY | Nortel Networks Limited | APPARATUS AND METHOD FOR MAN | #EMPTY | [redacted] | Filed | [redacted] | 26-Nov | [redacted] | JOHNSON, DAVID [illegible]; WATERS, ANTHONY [illegible]; HERN, WILLIAM [illegible]; STORRIE, JOHN [illegible] | |
| [illegible] | UK | US | 11/944,814 | #EMPTY | Nortel Networks Limited | APPARATUS AND METHOD FOR MAN | #EMPTY | [redacted] | Filed | [redacted] | 26-Nov | [redacted] | JOHNSON, DAVID [illegible]; WATERS, ANTHONY [illegible]; HERN, WILLIAM [illegible]; STORRIE, JOHN [illegible] | |
| [illegible] | UK | US | 11/964,755 | #EMPTY | Nortel Networks Limited | METHOD AND APPARATUS FOR TEN | #EMPTY | [redacted] | Filed | [redacted] | 27-Dec | [redacted] | BRENZER, CHRISTIAN [illegible] | [redacted] |
| [illegible] | UK | HK | 8107515.9 | #EMPTY | Nortel Networks Limited | FRAME STRUCTURE FOR A MULTI-HO | #EMPTY | [redacted] | Filed | [redacted] | 10-Jul | [redacted] | NADEN, JAMES [illegible]; SENARATH, NIMAL [illegible]; STEER, DAVID [illegible] | |
| [illegible] | UK | CN | 2.0078E+11 | #EMPTY | Nortel Networks Limited | FRAME STRUCTURE FOR A MULTI-HO | #EMPTY | [redacted] | Filed | [redacted] | 13-Oct | [redacted] | NADEN, JAMES [illegible]; SENARATH, NIMAL [illegible]; STEER, DAVID [illegible] | |
| [illegible] | UK | KR | 10-2009-7010786 | #EMPTY | Nortel Networks Limited | FRAME STRUCTURE FOR A MULTI-HO | #EMPTY | [redacted] | Filed | [redacted] | 13-Oct | [redacted] | NADEN, JAMES [illegible]; SENARATH, NIMAL [illegible]; STEER, DAVID [illegible] | |
| [illegible] | UK | US | 12/447,006 | #EMPTY | Nortel Networks Limited | FRAME STRUCTURE FOR A MULTI-HO | #EMPTY | [redacted] | Filed | [redacted] | 13-Jan | [redacted] | NADEN, JAMES [illegible]; SENARATH, NIMAL [illegible]; STEER, DAVID [illegible] | |
| [illegible] | UK | EP | 7821773.3 | #EMPTY | Nortel Networks Limited | FRAME STRUCTURE FOR A MULTI-HO | #EMPTY | [redacted] | Filed | [redacted] | 13-Oct | [redacted] | NADEN, JAMES [illegible]; SENARATH, NIMAL [illegible]; STEER, DAVID [illegible] | |
| [illegible] | UK | EP | 8812582.1 | #EMPTY | Nortel Networks Limited | FRAME STRUCTURE FOR A MULTI-HO | #EMPTY | [redacted] | Filed | [redacted] | 29-Oct | [redacted] | NADEN, JAMES [illegible]; SENARATH, NIMAL [illegible]; STEER, DAVID [illegible] | |
| [illegible] | UK | TW | 96138823 | #EMPTY | Nortel Networks Limited | FRAME STRUCTURE FOR A MULTI-HO | #EMPTY | [redacted] | Filed | [redacted] | 17-Oct | [redacted] | NADEN, JAMES [illegible]; SENARATH, NIMAL [illegible]; STEER, DAVID [illegible] | |
| [illegible] | UK | US | 11/755,205 | #EMPTY | Nortel Networks Limited | MULTI-LINGUAL CONFERENCE CALL | #EMPTY | [redacted] | Filed | [redacted] | 30-May | [redacted] | JOHNSON, DAVID [illegible]; WATERS, ANTHONY [illegible] | [redacted] |
| [illegible] | UK | US | 11/964,534 | #EMPTY | Nortel Networks Limited | REDUCING CONFIGURATION OF OAM | #EMPTY | [redacted] | Filed | [redacted] | 26-Dec | [redacted] | FRISKNEY, ROBERT [illegible]; RAMSDEN, CHRIS [illegible] | |
| [illegible] | UK | EP | 8307843 | #EMPTY | Nortel Networks Limited | ANTENNA SYSTEM | #EMPTY | [redacted] | Filed | [redacted] | 18-Jan | [redacted] | GALE, SIMON (2321265); URQUHART, ANDREW [illegible] | |
| [illegible] | UK | US | 11/966,558 | 7,982,145 | Nortel Networks Limited | ANTENNA SYSTEM | 14-Jun | [redacted] | Granted | [redacted] | 28-Dec | [redacted] | GALE, SIMON (2321265); URQUHART, ANDREW [illegible] | |
| [illegible] | UK | US | #EMPTY | #EMPTY | Nortel Networks Limited | ANTENNA SYSTEM | #EMPTY | [redacted] | Docketed | [redacted] | #EMPTY | [redacted] | GALE, SIMON (2321265); URQUHART, ANDREW [illegible] | |
| [illegible] | UK | GB | 723543.5 | #EMPTY | Nortel Networks Limited | METHOD FOR CHANNEL CALIBRATION | #EMPTY | [redacted] | Filed | [redacted] | 11-Oct | [redacted] | GALE, SIMON (2321265) | |
| [illegible] | UK | US | 12/611,712 | #EMPTY | Nortel Networks Limited | METHOD FOR CHANNEL CALIBRATION | #EMPTY | [redacted] | Filed | [redacted] | 18-Apr | [redacted] | GALE, SIMON (2321265) | [redacted] |









