# **EXHIBIT A**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2014
Invoice 457821

Page 2

Client #  732310

Matter # 165839

For services through April 30, 2014
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 04/02/14 | Update 2002 service list | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |
| 04/03/14 | Update 2002 service list | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 225.00 | $180.00 |
| 04/08/14 | Update 2002 service list | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 225.00 | $67.50 |
| 04/16/14 | Emails to M. Wunder re: service list updates (.2); Email to B. Witters re: service list update (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 04/17/14 | Participate in post-hearing Committee call with D. Botter, R. Johnson and others | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 04/28/14 | Review e-mail from C. Samis re: pro hac vice motions filed for Akin Gump counsel (.1); Search docket re: same (.1); Prepare pro hac vice motions for J. Sorkin, J. Yecies and C. Doniak (.6); E-mail to C. Samis re: same (.1); Revise pro hac motion re: J. Sorkin (.2); E-mail to J. Sorkin, J. Yecies and C. Doniak re: pro hac vice motions (.1) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 225.00 | $270.00 |
| 04/28/14 | Review and revise C. Doniak pro hac (.2); Review and revise J. Yecies pro hac (.2); Review and revise J. Sorkin pro hac (.2); Emails to B. Witters re: preparing new pro hacs (.2) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |
| 04/30/14 | Review and calendar upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2014
Invoice 457821
Page 3
Client #  732310

Matter #  165839

| | |
|---|---|
| Total Fees for Professional Services | $1,420.50 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$1,420.50** |
| BALANCE BROUGHT FORWARD | $2,226.20 |
| **TOTAL DUE FOR THIS MATTER** | **$3,646.70** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2014
Invoice 457821

Page 4

Client #  732310

Matter # 165839

For services through April 30, 2014
relating to  Claims Administration

| 04/30/14 | Call from T. McFadden re: timing and amount of payment of unsecured claims | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |

Total Fees for Professional Services                   $186.00

| TOTAL DUE FOR THIS INVOICE | **$186.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $2,755.20 |
| **TOTAL DUE FOR THIS MATTER** | **$2,941.20** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 5
Client # 732310

Matter # 165839

For services through April 30, 2014
relating to Court Hearings

| 04/02/14 | Retrieve re: 4/8/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |

| 04/09/14 | Email to B. Kahn re: upcoming interim fee hearing | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

| 04/11/14 | Email to A. Cordo re: status of 4/17/14 hearing | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

| 04/15/14 | Retrieve re: 4/17/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |

| 04/15/14 | Review agenda for 4/17/14 hearing (.2); Calls to / from A. Cordo re: status of 4/17/14 hearing (.4); Call to K. Murphy re: status of 4/17/14 hearing (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |

| 04/16/14 | Review e-mail from M. Wunder re: 4/17/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1); Retrieve re: 4/17/14 agenda pleadings (.2); Prepare 4/17/14 hearing binders x2 (.4); Afterhours 4/17/14 hearing preparation (.3); Retrieve re: 4/17/14 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 4/17/14 pleadings (.2); Prepare under seal pleadings (.2); Revise 4/17/14 hearing binders x2 (.4) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.20 hrs. | 225.00 | $495.00 |

| 04/16/14 | Emails to B. Witters re: preparation for 4/17/14 hearing (.4); Review notes for 4/17/14 hearing (.8) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.20 hrs. | 465.00 | $558.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2014
Invoice 457821
Page 6

Client #  732310

Matter #  165839

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 04/17/14 | Retrieve under seal pleadings for 4/17/14 hearing (.5); Revise 4/17/14 hearing binders x2 (.5); Retrieve re: 4/22/14 agenda (.1); E-mail to distribution re: same (.1); Review e-mail from M. Wunder re: 4/22/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 225.00 | $337.50 |
| 04/17/14 | Prepare for 4/17/14 hearing (1.5); Attend 4/17/14 hearing (2.3); Emails to J. Chapman re: 4/17/14 hearing logistics (.2); Email to M. Harris re: 4/17/14 hearing logistics (.1); Emails to B. Witters re: 4/17/14 hearing logistics (.2); Emails to M. Fagen and L. Edinger re: 4/17/14 hearing logistics (.2); Email to R. Johnson re: 4/17/14 hearing logistics (.1); Email to D. Botter re: 4/17/14 hearing logistics (.1) | | | |
| Associate | Christopher M. Samis | 4.70 hrs. | 465.00 | $2,185.50 |
| 04/17/14 | Email correspondence with C. Samis re: dial ins for A. Qureshi and M. Fagen for 4-17-14 hearing (.1); Register A. Qureshi for dial in for 4-17-14 hearing (.1); Register M. Fagen for dial for 4-17-14 hearing (.2); Email correspondence with M. Fagen re: dial in for A. Qureshi (.2) | | | |
| Paralegal | Lindsey A. Edinger | 0.60 hrs. | 225.00 | $135.00 |
| 04/21/14 | Retrieve re: 4/22/14 agenda pleadings (.2); Prepare 4/22/14 hearing binder (.3); Review e-mail from C. Samis re: 4/22/14 telephonic appearances (.1); Telephone call to Courtcall re: 4/22/14 telephonic appearances for D. Botter and B. Kahn (.2); E-mail to distribution re: same (.1); Retrieve and review 4/22/14 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 4/22/14 pleadings (.1); Revise 4/22/14 hearing binders x5 (.3) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 225.00 | $337.50 |
| 04/21/14 | Emails to B. Witters re: preparation for 4/22/14 hearing | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 04/22/14 | E-mail to distribution re: 4/17/14 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 7

Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 04/22/14 | Phone call with M. Fagen re: dial in for 4-22-14 hearing (.1); Phone call to Chambers re: permission to sign M. Fagen up for telephonic appearance for 4-22-14 hearing (.1) Email correspondence with M. Fagen re: dial in for 4-22-14 hearing (.1); Email correspondence with S. Scaruzzi re: permission to sign M. Fagen up for telephonic appearance for 4-22-14 hearing (.1); Register M. Fagen for dial in for 4-22-14 hearing (.2) | | | | |
| | Paralegal — Lindsey A. Edinger | 0.60 hrs. | 225.00 | $135.00 |
| 04/23/14 | Telephone to Wilcox & Fetzer re: unofficial 4/22/14 transcript (.1); E-mail to M. Fagen re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 04/23/14 | Email to L. Morris re: addressing W&F transcript invoices (.1); Emails to B. Witters re: obtaining and providing 4/22/14 transcript to Akin (.2) | | | | |
| | Associate — Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 04/24/14 | E-mail to distribution re: 4/22/14 official hearing transcript | | | | |
| | Paralegal — Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |
| 04/28/14 | Email to C. Doniak re: logistics issues for 5/8/14 hearing | | | | |
| | Associate — Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

Total Fees for Professional Services      $5,154.00

TOTAL DUE FOR THIS INVOICE      **$5,154.00**

BALANCE BROUGHT FORWARD      $12,917.50

**TOTAL DUE FOR THIS MATTER**      **$18,071.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 8

Client #  732310

Matter # 165839

---

For services through April 30, 2014
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 04/01/14 | Email to B. Kahn and J. Yecies re: local counsel allocation trial logistics meeting (.2); Email to A. Cordo and others re: local counsel allocation trial logistics (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 04/02/14 | Email to A. Cordo re: allocation trial logistics meeting (.1); Email to B. Kahn re: allocation trial logistics meeting (.1); Begin preparing question / strategy sheet for local counsel allocation trial logistics meeting (1.3) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 465.00 | $697.50 |
| 04/03/14 | Email to J. Yecies and B. Kahn re: local counsel allocation trial logistics meeting (.1); Attention to finalizing details of logistical support for allocation trial (1.5) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 465.00 | $744.00 |
| 04/04/14 | Meet with B. Witters re: allocation trial logistics (.3); Meet with A. Steele re: allocation trial logistics (.3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |
| 04/07/14 | Call from A. Cordo re: 4/22/14 allocation dispute pre-trial conference (.7); Call to M. Fagen re: 4/22/14 allocation dispute pre-trial conference (.3); Call to B. Kahn re: allocation dispute trial logistics (.4); Call to M. Terranova re: acquiring new hearing dates (.1); Email to A. Cordo re: 4/22/14 allocation dispute pre-trial conference (.1); Email to M. Fagen re: 4/22/14 allocation dispute pre-trial conference (.1) | | | |
| Associate | Christopher M. Samis | 1.70 hrs. | 465.00 | $790.50 |
| 04/08/14 | Participate in Committee allocation trial logistics call with B. Kahn and others (.5); Prepare for Committee allocation trial logistics call with B. Kahn and others (.4); Attention to allocation trial logistics (1.0) | | | |
| Associate | Christopher M. Samis | 1.90 hrs. | 465.00 | $883.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 9

Client # 732310

Matter # 165839

---

04/09/14   Attention to cataloging expert reports and correspondence related to same
(1.6); Attention to preparation for allocation trial logistical support (2.3);
Meet with M. Collins re: status of case and preparations for allocation trial
(.3); Email to A. Cordo re: participation at 4/10/14 local counsel allocation
trial logistics meeting (.1); Prepare for 4/10/14 local counsel allocation trial
logistics meeting (.8)

Associate   Christopher M. Samis   5.10 hrs.   465.00   $2,371.50

04/10/14   Call with A. Cordo, J. Alberto and others re: allocation trial logistics (.9);
Call with B. Kahn re: allocation trial logistics (.7); Prepare for call with A.
Cordo, J. Alberto and others re: allocation trial logistics (.2); Prepare for call
with B. Kahn re: allocation trial logistics (.3); Emails to M. Fagen re:
allocation trail logistics (.2); Email to B. Kahn re: allocation trial logistics
(.1); Attention to revising strategy on various allocation trial logistical
issues per call with local counsel (1.8); Follow-up call with A. Cordo re:
allocation trial logistics (.3)

Associate   Christopher M. Samis   4.50 hrs.   465.00   $2,092.50

04/11/14   Call from M. Fagen re: allocation trial logistics (.3); Emails to M. Fagen re:
allocation trail logistics (.4); Emails to B. Kahn and C. Doniak re: allocation
trail logistics (.2)

Associate   Christopher M. Samis   0.90 hrs.   465.00   $418.50

04/14/14   Email to B. Kahn and others re: chambers material protocol for allocation
trial (.1); Review Monitor's factum re: striking Bereskin and Stratton
testimony (.8); Review various correspondence regarding expert cross
examination lists (.2)

Associate   Christopher M. Samis   1.10 hrs.   465.00   $511.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 10

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 04/15/14 | Review EMEA objection to motion to shorten for Monitor motion to strike expert reports (.4); Review and revise objection to motion to shorten for Monitor motion to strike expert reports (1.6); Call from A. Cordo re: revisions to objection to motion to shorten for Monitor motion to strike expert reports (.3); Review P. Albert-Lebrun written evidence Hague application (1.1); Review Monitor's motion record for 4/17/14 on motion to strike expert reports (1.2); Email to A. Cordo re: clearance of objection to motion to shorten for Monitor motion to strike expert reports (.1); Email to B. Kahn re: revisions to objection to motion to shorten for Monitor motion to strike expert reports (.1); Calls (x3) to / from M. Fagen re: allocation trial logistics (.6); Attention to reviewing and cataloging incoming expert reports for allocation litigation (.8); Review correspondence from J. Stam regarding disagreements with EMEA and UKPC positions on March 28 exhibit lists (.3); Review responding factum of Monitor and Canadian debtors re: clawback of PowerPoint document (1.1) | | | |
| Associate | Christopher M. Samis | 7.60 hrs. | 465.00 | $3,534.00 |
| | | | | |
| 04/16/14 | Attention to allocation trial logistics (2.1); Attention to review and cataloging incoming expert reports in allocation trial litigation (1.6); Call with A. Cordo, J. Alberto and others re: allocation trial logistical issues and return of UK Canadian claims materials (.4); Email to A. Cordo re: allocation trial logistical issues and return of UK Canadian claims materials (.1); Email to B. Witters re: sealed materials for allocation trial (.3) | | | |
| Associate | Christopher M. Samis | 4.50 hrs. | 465.00 | $2,092.50 |
| | | | | |
| 04/18/14 | Call with N. Stabile re: joint motion to strike expert reports (.4); Review joint motion to strike expert reports (1.2); Review local rules and chambers procedures to address various questions from N. Stabile on joint motion to strike expert reports (.5) | | | |
| Associate | Christopher M. Samis | 2.10 hrs. | 465.00 | $976.50 |
| | | | | |
| 04/18/14 | Emails to B. Kahn re: format of joint motion to strike expert reports (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 11

Client # 732310

Matter # 165839

---

| 04/21/14 | After hours filing re: motion to strike (.6); Review e-mails from C. Samis re: service and notice of motion (.2); Prepare notice of motion re: same (.2); Prepare under seal cover sheet re: same (.2); Finalize and file re: same (.2); E-mail to C. Samis re: pdf of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.50 hrs. | 225.00 | $337.50 |

| 04/21/14 | Review, revise, finalize and serve motion to strike expert reports (11.5); Emails to A. Qureshi, N. Stabile, J. Yecies and others re: revisions to motion to strike expert reports (1.1); Emails to A. Cordo re: motion to strike expert reports (.3); Emails to Epiq team re: service of motion to strike expert reports (.2); Emails to B. Witters re: service of motion to strike expert reports (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 13.30 hrs. | 465.00 | $6,184.50 |

| 04/22/14 | Finalize and file re: notice of filing of proposed order for motion to strike (.2); E-mail to C. Samis and T. Semmelman re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 225.00 | $67.50 |

| 04/22/14 | Attend 4/22/14 pre-trial conference (2.6); Prepare for 4/22/14 pre-trial conference (1.5); Emails to T. Semmelman re: drafting and filing proposed form of order for motion to strike expert reports (.5); Emails to N. Stabile and J. Yecies re : drafting and filing proposed form of order for motion to strike expert reports (.9); Email to C. Doniak re: Courtroom set-up for allocation trial (.1); Emails to A. Cordo re: Courtroom set-up for allocation trial (.3); Emails to T. Conklin re: service of motion to strike expert reports (.3); Email to Core Parties re: proposed order for motion to strike expert reports (.1); Emails to A. Cordo re: clearance of proposed order for motion to strike expert reports (.2); Review, revise and finalize proposed order for motion to strike expert reports (.8); Emails to S. Holland re: circulation of sealed motion to strike (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 7.50 hrs. | 465.00 | $3,487.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 12

Client #  732310

Matter # 165839

---

| Date | Description | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/22/14 | Review motion to strike expert reports (1.0); Email correspondence (x5) with C. Samis re: order granting motion to strike (.1); Draft order granting motion to strike UKPC and CCC expert reports (.5); Draft notice of filing of proposed order granting motion to strike UKPC and CCC expert reports (.5); Revise order granting motion to strike UKPC and CCC expert reports (.5); Email correspondence (x12) with N. Stabile & C. Samis re: same (.2); Conferences (x2) with C. Samis re: same (.2); Revise notice of filing of proposed order granting motion to strike UKPC and CCC expert reports (.3); Revise order granting motion to strike UKPC and CCC expert reports (.3); Email correspondence (x8) with N. Stabile & C. Samis re: same (.2); Finalize/assemble notice of filing of proposed order granting motion to strike UKPC and CCC expert reports (1.2); Email correspondence (x14) with C. Samis, N. Stabile & Epiq re: same (.3) | | | | |
| | Associate    Tyler D. Semmelman | | 5.30 hrs. | 415.00 | $2,199.50 |
| 04/23/14 | Meet with A. Cordo and J. Alberto re: overflow space walk-through for allocation trial (1.1); Emails to J. Yecies re: questions on objection to motion to strike McConnell report (.2); Email to B. Witters re: hearing date for pre-trial motions in allocation litigation (.1); Organize and label photos of overflow space for transmission to Akin for allocation trial (.3); Calls (x3) to M. Merulla re: negotiate Hotel DuPont room contract for Akin attorneys for allocation trial (.9); Review Hotel DuPont room contract for Akin attorneys for allocation trial (.4) | | | | |
| | Associate    Christopher M. Samis | | 3.00 hrs. | 465.00 | $1,395.00 |
| 04/23/14 | Email correspondence (x2) with J. Yecies & C. Samis re: opposition to UKPC motion to strike | | | | |
| | Associate    Tyler D. Semmelman | | 0.20 hrs. | 415.00 | $83.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821

Page 13

Client # 732310

Matter # 165839

---

| 04/24/14 | Attention to continued negotiations with the Hotel DuPont re: Akin room contract for allocation trial (.9); Calls to M. Merulla re: continued negotiations with the Hotel DuPont on Akin room contract for allocation trial (.6); Calls to M. Fagen re: updates on continued negotiations with the Hotel DuPont on Akin room contract for allocation trial (.4); Emails to M. Fagen re: updates on continued negotiations with the Hotel DuPont on Akin room contract for allocation trial (.2); Email to M. Merulla re: Akin room contract for allocation trial (.1); Email to C. Doniak re: trial logistics (.1); Email to N. Stabile re: questions on reply to response to motion to strike expert reports (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.50 hrs. | 465.00 | $1,162.50 |
| 04/25/14 | Call to M. Murella re: deal with Hotel DuPont for Akin rooms for allocation trial (.3); Emails to M. Fagen re: deal with Hotel DuPont for Akin rooms for allocation trial (.2); Meetings with L. Morris (x2) re: allocation trial logistics and scheduling (.4); Review transcript from 4/22/14 hearing (2.1) | | | |
| Associate | Christopher M. Samis | 3.00 hrs. | 465.00 | $1,395.00 |
| 04/28/14 | Review, revise and finalize opposition to motion to strike Bereskin report (2.3); Review, revise and finalize opposition to exclusion of Zenkich/Kinrich Chinese patent opinions (1.8); Review, revise and finalize opposition to motion to strike McConnell report (2.0); Call with J. Alberto, A. Cordo and K. Murphy re: pre-trial logistics in allocation litigation (.3); Call from A. Cordo re: pre-trial submission in allocation litigation (.2); Emails to A. Cordo re: opposition to exclusion of Zenkich/Kinrich Chinese patent opinions (.3); Emails to A. Cordo re: opposition to motion to strike McConnell report (.3); Emails to A. Cordo re: opposition to motion to strike Bereskin report (.3); Emails to J. Yecies re: revisions to opposition to motion to strike McConnell report (.7); Calls with J. Yecies re: revisions to opposition to motion to strike McConnell report (x3) (.6); Email to N. Stabile re: affidavit submission in allocation litigation (.1); Emails to A. Qureshi re: clearance on joint oppositions to motions to strike (.2); Email to M. Merulla re: Akin hotel reservations for allocation trial (.1) | | | |
| Associate | Christopher M. Samis | 9.20 hrs. | 465.00 | $4,278.00 |
| 04/28/14 | Scan and email sealed response to C. Samis (.1); Finalize and file seal cover for response to U.K. pre-trial motion (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 225.00 | $45.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2014
Invoice 457821
Page 14

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 04/29/14 | Finalize and file aos re: motion to strike and proposed order (.1); Telephone call from C. Samis re: trial under seal pleadings (.1); Retrieve re: motion to strike, proposed order and response (.4); Prepare under seal pleadings x2 for motion to strike and response (.6); Discussion with C. Samis re: same (.1); Coordinate to Judge Gross re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 225.00 | $337.50 |
| 04/29/14 | Emails to M. Fagen re: finalizing negotiations with Hotel DuPont on Akin room blocks for allocation trial (.3); Calls to/from M. Merulla re: finalizing negotiations with Hotel DuPont on Akin room blocks for allocation trial (x2) (.6); Review and revise Hotel DuPont Akin room contract for allocation trial (.3); Calls to/from L. Strong re: submission of sealed materials to chambers in connection with allocation trial (x2) (.4); Call to A. Cordo re: submission of sealed materials to chambers in connection with allocation trial (.2); Email to Core Party local counsel re: submission of sealed materials to chambers in connection with allocation trial (.1); Meet with B. Witters re: submission of sealed materials to chambers in connection with allocation trial (.3); Emails to B. Witters re: submission of sealed materials to chambers in connection with allocation trial (.2); Call to B. Kahn re: submission of expert affidavits (.2); Email to A. Cordo re: submission of expert affidavits (.1); Call to A. Cordo re: submission of expert affidavits (.1); Call to M. Fagen re: finalizing negotiations with Hotel DuPont on Akin room blocks for allocation trial (.2); Review UKPC memorandum  opposing the US Interests' motion to strike pro rata expert reports (1.7); Emails to M. Merulla re: finalizing negotiations with Hotel DuPont on Akin room blocks for allocation trial (.2); Call to C. Doniak re: pre-trial logistics (.1); Review U.S. Interests' motion to strike the deposition and exhibit objections of the Canadian Allocation Group (1.1); Email to A. Qureshi re: clearance of U.S. Interests' motion to strike the deposition and exhibit objections of the Canadian Allocation Group (.1); Email to A. Cordo re: clearance of  U.S. Interests' motion to strike the deposition and exhibit objections of the Canadian Allocation Group (.1) | | | |
| Associate | Christopher M. Samis | 6.30 hrs. | 465.00 | $2,929.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2014
Invoice 457821
Page 15

Client #  732310

Matter # 165839

---

04/30/14    Call to C. Doniak re: technology requirements 5/8/14 hearing (.1); Call to
Bankruptcy Court re: technology requirements for 5/8/14 hearing (.6);
Email to A. Qureshi re: briefing rules for reply to motion to strike (.1); Call
to A. Cordo re: briefing rules for reply to motion to strike (.2);
Review and calendar upcoming critical dates in allocation litigation (.6);
Call to J. Yecies re: briefing rules for reply to motion to strike (.2); Call to
A. Qureshi re: briefing rules for reply to motion to strike (.2); Call from C.
Doniak re: technology dry run for allocation trial (.4); Call to A. Cordo re:
technology dry run for allocation trial (.5); Email to J. Yecies re: briefing
rules for reply to motion to strike (.1); Email to A. Cordo re: briefing rules
for reply to motion to strike (.1); Review letter on CCC position on
confidentiality in allocation trial (.2)

| | | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 3.30 hrs. | 465.00 | $1,534.50 |

Total Fees for Professional Services          $41,060.50

TOTAL DUE FOR THIS INVOICE                 **$41,060.50**
BALANCE BROUGHT FORWARD                    $9,844.60

**TOTAL DUE FOR THIS MATTER**              **$50,905.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 16

Client #  732310

Matter # 165839

---

For services through April 30, 2014
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 04/01/14 | Review e-mail from C. Samis re: RLF 20th preliminary fee examiner report (.1); Research 1/28/14 time entry re: same (.2); Discussion with C. Samis re: findings of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| 04/01/14 | Review fee auditor report on RL&F 20th interim application (.3); Email to B. Witters re: fee auditor report on RL&F 20th interim (.1); Email to B. Kahn re: fee auditor report on RL&F 20th interim (.1); Email to B. Kahn re: February 2014 RL&F electronic fee format (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |
| 04/07/14 | Review e-mail from B. Kahn re: RLF fee and expense estimates for March (.1); E-mail to L. Stevenson re: same (.1); Review March bill memos for estimated fees and expenses (.5); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 225.00 | $180.00 |
| 04/07/14 | Email to B. Witters re: fee and expense estimates for March 2014 to Debtors (.1); Meet with B. Witters re: calculating fee and expense estimates for March 2014 for Debtors (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 04/11/14 | Correspondence with C. Samis re: CNO for RLF fee application | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |
| 04/11/14 | Prepare cno re: RLF February fee application (.2); E-mail to A. Steele re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 225.00 | $67.50 |
| 04/15/14 | Revise cno re: RLF February fee application (.1); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 225.00 | $67.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 17

Client # 732310

Matter # 165839

---

| 04/23/14 | Call to J. Scarborough re: questions on RL&F fee applications (.2); Emails to B. Kahn re: outcome of discussion with J. Scarborough re: questions on RL&F fee applications (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| | | | | |
| 04/30/14 | Finalize, file and coordinate service re: RLF March fee application | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 225.00 | $67.50 |
| | | | | |
| 04/30/14 | Review, revise and finalize 62nd RL&F fee application | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |

Total Fees for Professional Services — $1,395.00

TOTAL DUE FOR THIS INVOICE — **$1,395.00**
BALANCE BROUGHT FORWARD — $1,831.60

**TOTAL DUE FOR THIS MATTER** — **$3,226.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2014
Invoice 457821
Page 18
Client #  732310

Matter # 165839

For services through April 30, 2014

relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 04/02/14 | Emails to M. Fagen and B. Kahn re: March 2013 confidential expert bills in allocation litigation (.2); Email to A. Cordo re: March 2013 confidential expert bills in allocation litigation (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 04/08/14 | Email to R. Jacobs re: Cassels tax documentation | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 04/09/14 | Review e-mail from M. Fagen re: Capstone February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |
| 04/09/14 | Review, revise and finalize 61 st monthly fee application of Capstone (.3); Email to A. Cordo re: Cassels tax documentation (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 04/10/14 | Email to M. Wunder re: Cassels tax forms to Debtors | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 04/15/14 | Email to A. Cordo re: Cassels W-8 | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 04/16/14 | Review e-mail from M. Fagen re: Ashurst March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize and file re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2014
Invoice 457821
Page 19
Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 04/21/14 | Review e-mail from M. Fagen re: Akin Gump February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |
| 04/22/14 | Review examiner fee apps | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 390.00 | $78.00 |
| 04/22/14 | Email to A. Steele and L. Morris re: circulation of allocation litigation expert fee statements | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 04/23/14 | Prepare cno re: Ashurst February fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 04/23/14 | Call from A. Cordo re: new protocol for submission of allocation litigation expert billing statements | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

| | |
|---|---|
| Total Fees for Professional Services | $1,449.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,449.00** |
| BALANCE BROUGHT FORWARD | $4,114.90 |
| **TOTAL DUE FOR THIS MATTER** | **$5,563.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2014
Invoice 457821
Page 20
Client #  732310

## Summary of Hours

|                      | Hours  | Rate/Hr  | Dollars    |
|----------------------|--------|----------|------------|
| Amanda R. Steele     | 0.30   | 390.00   | 117.00     |
| Barbara J. Witters   | 17.40  | 225.00   | 3,915.00   |
| Christopher M. Samis | 94.70  | 465.00   | 44,035.50  |
| Lindsey A. Edinger   | 1.20   | 225.00   | 270.00     |
| Rebecca V. Speaker   | 0.20   | 225.00   | 45.00      |
| Tyler D. Semmelman   | 5.50   | 415.00   | 2,282.50   |
| TOTAL                | 119.30 | $424.69  | 50,665.00  |

**TOTAL DUE FOR THIS INVOICE**                                    **$54,867.78**

   Payment may be made by wire transfer to our account at M&T Bank,
Rodney Square North, Wilmington, Delaware 19890, Account No.
2264-1174, ABA No. 022000046.  Please indicate on wire transfer the
invoice number stated above.

   Photocopying and printing are charged at $0.10 per page. Telephone
charges are billed at standard AT&T rates which may not be our cost.


PAYABLE WHEN RENDERED


732310