# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

May 22, 2014
Invoice 457821

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through April 30, 2014
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $83.98 |
| Conference Calling | $323.00 |
| Court Reporter Services | $2,283.95 |
| Document Retrieval | $15.70 |
| Long distance telephone charges | $144.56 |
| Messenger and delivery service | $207.30 |
| Photocopying/Printing<br>3,464 @ $.10/pg / 7,342 @ $.10/pg | $1,080.60 |
| Postage | $63.69 |
| Other Charges | $4,202.78 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$4,202.78** |
| BALANCE BROUGHT FORWARD | $9,755.67 |
| **TOTAL DUE FOR THIS MATTER** | **$13,958.45** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 22, 2014  
Invoice 457821  
Page 21  
Client #  732310

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
<u>Matter:</u>  Nortel - Representation of Creditors Committee  
Case Administration  
Claims Administration  
Court Hearings  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 03/19/14 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 04/01/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/01/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/01/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/07/14 | 12128727425 Long Distance | | LD |
| | Amount = | $9.73 | |
| 04/07/14 | 12128728121 Long Distance | | LD |
| | Amount = | $9.73 | |
| 04/08/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/09/14 | Photocopies | | DUP |
| | Amount = | $70.80 | |
| 04/09/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/09/14 | Postage | | POST |
| | Amount = | $11.48 | |
| 04/09/14 | Printing | | DUP |
| | Amount = | $5.30 | |
| 04/09/14 | Printing | | DUP |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 22, 2014  
Invoice 457821  
Page 22  
Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 04/09/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/09/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/09/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/09/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/10/14 | 12128728121 Long Distance | | LD |
| | Amount = $25.02 | | |
| 04/11/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/11/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/15/14 | 12128727425 Long Distance | | LD |
| | Amount = $4.17 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $5.30 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $0.40 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $5.30 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $0.40 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/15/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/16/14 | Photocopies | | DUP |
| | Amount = $58.80 | | |
| 04/16/14 | 12128727425 Long Distance | | LD |
| | Amount = $2.78 | | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | May 22, 2014 |
| c/o Fred S. Hodara, Esq. | | Invoice 457821 |
| Akin Gump Strauss Hauer Feld LLP | | Page 23 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | Code |
|---|---|---|
| 04/16/14 | 12128727425 Long Distance | LD |
| | Amount = $1.39 | |
| 04/16/14 | Messenger and delivery From Kid Shelleen's BJW | MEALSCL |
| | Amount = $54.22 | |
| 04/16/14 | Messenger and delivery | MESS |
| | Amount = $63.30 | |
| 04/16/14 | Postage | POST |
| | Amount = $3.08 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.40 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.20 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.30 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |
| 04/16/14 | Printing | DUP |
| | Amount = $22.60 | |
| 04/16/14 | Printing | DUP |
| | Amount = $69.20 | |
| 04/16/14 | Printing | DUP |
| | Amount = $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 22, 2014  
Invoice 457821  
Page 24  
Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $25.40 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $1.40 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $5.90 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.80 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $2.20 | |
| 04/16/14 | Printing | | DUP |
| | | Amount = $0.80 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 22, 2014  
Invoice 457821  
Page 25  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 04/16/14 | Printing | | DUP |
| | Amount = | $4.30 | |
| 04/16/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/17/14 | WILCOX & FETZER: Transcript | | CTRPT |
| | Amount = | $780.00 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $2.20 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $8.40 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $9.40 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $8.40 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $4.70 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $4.70 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $53.60 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $27.60 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $3.90 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $12.60 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $12.60 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $3.90 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $27.60 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $7.80 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $0.20 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | May 22, 2014 |
| c/o Fred S. Hodara, Esq. | | Invoice 457821 |
| Akin Gump Strauss Hauer Feld LLP | | Page 26 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | | Code |
|---|---|---|---|
| 04/17/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/17/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/21/14 | Photocopies | | DUP |
| | Amount = | $29.60 | |
| 04/21/14 | Photocopies | | DUP |
| | Amount = | $138.00 | |
| 04/21/14 | 12128727479 Long Distance | | LD |
| | Amount = | $8.34 | |
| 04/21/14 | Messenger and delivery From Washington Street Ale House BJW | | MEALSCL |
| | Amount = | $29.76 | |
| 04/21/14 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 04/21/14 | PACER | | DOCRETRI |
| | Amount = | $3.10 | |
| 04/21/14 | Postage | | POST |
| | Amount = | $21.40 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $4.20 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $2.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.90 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $1.40 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.90 | |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | | May 22, 2014 |
| c/o Fred S. Hodara, Esq. | | | Invoice 457821 |
| Akin Gump Strauss Hauer Feld LLP | | | Page 27 |
| One Bryant Park | | | |
| New York NY  10036 | | | Client #  732310 |

| Date | Description | | |
|---|---|---|---|
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $1.30 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $1.00 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $1.30 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.80 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $3.70 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $1.20 | |
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 22, 2014  
Invoice 457821  
Page 28  
Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 04/21/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $1.30 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $119.00 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $10.90 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/21/14 | Printing | | DUP |
| | Amount = $0.10 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 22, 2014  
Invoice 457821  
Page 29  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/21/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/22/14 | WILCOX & FETZER: Transcript | | CTRPT |
| | Amount = | $870.00 | |
| 04/22/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 04/22/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/22/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/22/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/22/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/22/14 | Printing | | DUP |
| | Amount = | $4.80 | |
| 04/22/14 | Printing | | DUP |
| | Amount = | $2.80 | |
| 04/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 22, 2014  
Invoice 457821  
Page 30  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.70 | |
| 04/23/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/24/14 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $528.65 | |
| 04/24/14 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $105.30 | |
| 04/24/14 | 12128727425 Long Distance | | LD |
| | Amount = | $4.17 | |
| 04/24/14 | 12128727425 Long Distance | | LD |
| | Amount = | $12.51 | |
| 04/24/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 04/24/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/24/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/24/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/24/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/24/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/24/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/24/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/25/14 | CourtCall | | CONFCALL |
| | Amount = | $200.00 | |
| 04/25/14 | 12128727425 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/25/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/25/14 | Printing | | DUP |
| | Amount = | $0.20 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | May 22, 2014 |
| c/o Fred S. Hodara, Esq. | | Invoice 457821 |
| Akin Gump Strauss Hauer Feld LLP | | Page 31 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | | Type |
|---|---|---|---|
| 04/25/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/28/14 | CourtCall | | CONFCALL |
| | Amount = | $123.00 | |
| 04/28/14 | 16463212499 Long Distance | | LD |
| | Amount = | $1.39 | |
| 04/28/14 | 12128727479 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/28/14 | 12128728059 Long Distance | | LD |
| | Amount = | $1.39 | |
| 04/28/14 | 12128727479 Long Distance | | LD |
| | Amount = | $9.73 | |
| 04/28/14 | 12128728059 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $3.10 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $3.30 | |
| 04/28/14 | Printing | | DUP |
| | Amount = | $1.90 | |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | May 22, 2014 | |
| c/o Fred S. Hodara, Esq. | | Invoice 457821 | |
| Akin Gump Strauss Hauer Feld LLP | | Page 32 | |
| One Bryant Park | | | |
| New York NY  10036 | | Client #  732310 | |

| Date | Description | | Code |
|---|---|---|---|
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $1.80 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $1.80 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $1.90 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $2.00 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $1.60 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/28/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/29/14 | 12128728059 Long Distance | | LD |
| | | Amount = $23.63 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 22, 2014  
Invoice 457821  
Page 33  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/29/14 | 12128727425 Long Distance | | LD |
| | Amount = | $4.17 | |
| 04/29/14 | 12128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 04/29/14 | Messenger and delivery | | MESS |
| | Amount = | $4.50 | |
| 04/29/14 | PACER | | DOCRETRI |
| | Amount = | $4.70 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $13.00 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $6.40 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $15.10 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $6.70 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.50 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $8.40 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $11.30 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $11.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 22, 2014  
Invoice 457821  
Page 34  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/29/14 | Printing | | DUP |
| | Amount = $15.30 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $3.70 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $0.80 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $3.30 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $3.30 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $0.80 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $3.70 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $11.30 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $11.20 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $8.40 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $15.30 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $6.40 | | |
| 04/29/14 | Printing | | DUP |
| | Amount = $13.00 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 22, 2014  
Invoice 457821  
Page 35  
Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 04/29/14 | Printing | | DUP |
| | Amount = | $6.70 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $15.10 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.50 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 04/29/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/30/14 | Photocopies | | DUP |
| | Amount = | $49.20 | |
| 04/30/14 | 12128728059 Long Distance | | LD |
| | Amount = | $1.39 | |
| 04/30/14 | 13122144588 Long Distance | | LD |
| | Amount = | $5.56 | |
| 04/30/14 | 12128728027 Long Distance | | LD |
| | Amount = | $1.39 | |
| 04/30/14 | 12128727479 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/30/14 | 12128728059 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/30/14 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 04/30/14 | Postage | | POST |
| | Amount = | $7.35 | |
| 04/30/14 | Postage | | POST |
| | Amount = | $20.38 | |
| 04/30/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/30/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 04/30/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/30/14 | Printing | | DUP |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 22, 2014  
Invoice 457821  
Page 36  
Client #  732310  

| Date | Description | | Type |
|---|---|---|---|
| 04/30/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/30/14 | Printing | | DUP |
| | | Amount = $2.10 | |

TOTALS FOR   732310   Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $4,202.78