# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 2/1/2014   End Date 4/30/2014

**Enter Billing Rate/Hr:** 545.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 141.10 | $545.00 | $76,899.50 |
| 2 | Facility Document Inventory & Evacuation Review | 1.00 | $545.00 | $545.00 |
| 3 | Human Resources - Employee Related Projects | 58.20 | $545.00 | $31,719.00 |
| 4 | Fee Apps | 12.20 | $545.00 | $6,649.00 |
| 5 | Non-working travel | 51.90 | $272.50 | $14,142.75 |
| 6 | Claims Administration | 347.80 | $545.00 | $189,551.00 |
| 7 | Tax/Finance Matters and Budget Projects | 35.20 | $545.00 | $19,184.00 |
| 8 | Misc Debtor Issues and Communications | 5.80 | $545.00 | $3,161.00 |
| 9 | Analyst Support and Case Modeling | 17.60 | $545.00 | $9,592.00 |
| | **Hours/Billing Amount for Period:** | **670.80** | | **$351,443.25** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/1/2014 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 0.7 |
| 2/1/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 2/3/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.3 |
| 2/4/2014 | Server maintenance, patches, disk space checks | Brandon Bangerter | 1 | 1.0 |
| 2/5/2014 | IT Support call with on site IT manager to discuss any issues and possible resolutions | Raj Perubhatla | 1 | 0.5 |
| 2/5/2014 | Troubleshooting Unix/Oracle Server for application support | Raj Perubhatla | 1 | 1.0 |
| 2/5/2014 | Weekly meeting with onsite IT Manager / IDA troubleshooting application, client and server | Brandon Bangerter | 1 | 2.3 |
| 2/7/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.7 |
| 2/9/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 2/10/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.4 |
| 2/12/2014 | IT Support call with on site IT manager to troubleshoot EMC issues | Raj Perubhatla | 1 | 1.2 |
| 2/12/2014 | Weekly meeting with onsite IT Manager / Brocade switch errors, login and troubleshooting | Brandon Bangerter | 1 | 2.5 |
| 2/13/2014 | Brocade switch errors, troubleshooting / updating server documentation | Brandon Bangerter | 1 | 1.3 |
| 2/14/2014 | Server issues with disk space and login failures / troubleshooting and resolution | Brandon Bangerter | 1 | 2.3 |
| 2/16/2014 | Netbackup jobs monitoring / configuration changes to backup times | Brandon Bangerter | 1 | 0.8 |
| 2/17/2014 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.1 |
| 2/18/2014 | Install / configure Rsync on servers for incremental backups from Virtual to Physical server | Brandon Bangerter | 1 | 3.0 |
| 2/19/2014 | IT Support call with on site IT manager to discuss any issues and possible resolutions | Raj Perubhatla | 1 | 0.5 |
| 2/19/2014 | Weekly meeting with onsite IT Manager re server updates / rsync backup | Brandon Bangerter | 1 | 1.0 |
| 2/21/2014 | Server patch updates / monitoring backups | Brandon Bangerter | 1 | 1.6 |
| 2/23/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 2/24/2014 | Claims Database Updates | Raj Perubhatla | 1 | 1.3 |
| 2/24/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.4 |
| 2/26/2014 | IT Support call with on site IT manager to discuss any issues and possible resolutions | Raj Perubhatla | 1 | 0.5 |
| 2/26/2014 | Weekly meeting with onsite IT Manager re server updates / tape backups, updates | Brandon Bangerter | 1 | 1.0 |
| 2/27/2014 | Netbackup jobs monitoring / configuration changes to policies and backups | Brandon Bangerter | 1 | 1.2 |
| 2/28/2014 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.0 |
| 3/1/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 0.8 |
| 3/1/2014 | Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 2.2 |
| 3/2/2014 | Unix Systems monitoring | Raj Perubhatla | 1 | 1.7 |
| 3/3/2014 | Server maintenance, patches, disk space checks | Brandon Bangerter | 1 | 1.3 |
| 3/5/2014 | Weekly meeting with onsite IT Manager / SAP BW updates, backup updates | Brandon Bangerter | 1 | 1.0 |
| 3/6/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.6 |
| 3/7/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.7 |
| 3/8/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 3/10/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.6 |
| 3/12/2014 | Weekly meeting with onsite IT Manager / disk space issues on server | Brandon Bangerter | 1 | 1.1 |
| 3/13/2014 | Netbackup jobs monitoring / configuration changes to backup times | Brandon Bangerter | 1 | 1.0 |
| 3/15/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 3/16/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/18/2014 | Onsite installations / troubleshooting backup library server / configuration | Brandon Bangerter | 1 | 7.5 |
| 3/18/2014 | IT Datacenter operations review and troubleshooting | Raj Perubhatla | 1 | 4.2 |
| 3/19/2014 | Weekly meeting with onsite IT Manager re server updates / netbackup server issues | Brandon Bangerter | 1 | 1.3 |
| 3/19/2014 | IT Support Call and troubleshooting windows file server issues | Raj Perubhatla | 1 | 1.7 |
| 3/20/2014 | Netbackup server troubleshooting / vantage connectivity to servers | Brandon Bangerter | 1 | 2.1 |
| 3/20/2014 | Troubleshooting UNIX server for backups | Raj Perubhatla | 1 | 2.7 |
| 3/21/2014 | Windows File Server Software Backup development | Raj Perubhatla | 1 | 3.3 |
| 3/22/2014 | Netbackup job monitoring / policy maintenance | Brandon Bangerter | 1 | 1.3 |
| 3/24/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 3/24/2014 | Windows File Server Software Backup development | Raj Perubhatla | 1 | 2.7 |
| 3/25/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.6 |
| 3/26/2014 | Netbackup backup server testing | Raj Perubhatla | 1 | 1.7 |
| 3/27/2014 | Netbackup job monitoring / policy maintenance | Brandon Bangerter | 1 | 1.3 |
| 3/28/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 3/30/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.3 |
| 3/31/2014 | Server issues with disk space and login failures / troubleshooting and resolution | Brandon Bangerter | 1 | 1.7 |
| 4/1/2014 | Netbackup job monitoring / policy maintenance | Brandon Bangerter | 1 | 1.6 |
| 4/2/2014 | Weekly IT Status call | Raj Perubhatla | 1 | 0.5 |
| 4/2/2014 | Weekly meeting with onsite IT Manager / disk space issues on server | Brandon Bangerter | 1 | 1.3 |
| 4/4/2014 | Server maintenance, patches, disk space checks / netbackup job monitoring | Brandon Bangerter | 1 | 2.2 |
| 4/6/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 4/6/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 1.0 |
| 4/7/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 2.3 |
| 4/8/2014 | Livelink server administration | Raj Perubhatla | 1 | 2.3 |
| 4/8/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 4/9/2014 | Weekly IT Status call | Raj Perubhatla | 1 | 0.5 |
| 4/9/2014 | Weekly meeting with onsite IT Manager / disk space issues on server | Brandon Bangerter | 1 | 1.3 |
| 4/10/2014 | Netbackup jobs monitoring / configuration changes to backup times | Brandon Bangerter | 1 | 1.8 |
| 4/12/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.9 |
| 4/14/2014 | Netbackup job monitoring / policy maintenance | Brandon Bangerter | 1 | 1.3 |
| 4/16/2014 | Onsite meetings in Raleigh - IT | Raj Perubhatla | 1 | 4.0 |
| 4/16/2014 | Onsite review of server hardware / troubleshooting SunFire v240 and RX8640 server CPU issues | Brandon Bangerter | 1 | 6.3 |
| 4/17/2014 | Correspondence and response re: hardware issues on server / troubleshooting | Brandon Bangerter | 1 | 2.1 |
| 4/18/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.3 |
| 4/20/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.2 |
| 4/21/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 1.0 |
| 4/23/2014 | Weekly meeting with onsite IT Manager / disk space issues on server | Brandon Bangerter | 1 | 1.4 |
| 4/24/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.2 |
| 4/25/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 2.3 |
| 4/28/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 2.7 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/28/2014 | Netbackup job monitoring / policy maintenance | Brandon Bangerter | 1 | 1.1 |
| 4/29/2014 | Troubleshooting BOXI and zrtph0v5 | Raj Perubhatla | 1 | 3.3 |
| 4/29/2014 | Netbackup jobs monitoring / Sabrix issues and troubleshooting | Brandon Bangerter | 1 | 1.8 |
| 4/30/2014 | Weekly IT Status call | Raj Perubhatla | 1 | 1.0 |
| 4/30/2014 | Weekly meeting with onsite IT Manager / disk space and fan issues on servers | Brandon Bangerter | 1 | 2.4 |
| 2/5/2014 | Correspondence received, reviewed, responded re: Tape Disposal discussion | Kathryn Schultea | 2 | 1.0 |
| 2/4/2014 | Correspondence received, reviewed, responded re: Contractor Agreements | Kathryn Schultea | 3 | 1.7 |
| 2/5/2014 | Correspondence received, reviewed, responded re: EE Settlement Agreement | Kathryn Schultea | 3 | 1.7 |
| 2/12/2014 | Correspondence received, reviewed, responded re: EE Settlement Offer | Kathryn Schultea | 3 | 1.0 |
| 2/13/2014 | Correspondence received, reviewed, responded re: Post Petition Settlement Letters | Kathryn Schultea | 3 | 0.7 |
| 2/13/2014 | EV5 Updates and Maintenance | Raj Perubhatla | 3 | 2.7 |
| 2/14/2014 | Correspondence received, reviewed, responded re: EE Benefits discussion | Kathryn Schultea | 3 | 1.0 |
| 2/19/2014 | Correspondence received, reviewed, responded re: NNI Fiduciary Binder | Kathryn Schultea | 3 | 1.8 |
| 2/25/2014 | Correspondence, received, reviewed, responded re: Nortel Omni-objection | Kathryn Schultea | 3 | 1.6 |
| 2/26/2014 | Correspondence, received, reviewed, responded re: Mercer Retention Agreement | Kathryn Schultea | 3 | 2.0 |
| 3/6/2014 | Correspondence received, reviewed, responded re: Nortel HR Related matters with client and counsel | Kathryn Schultea | 3 | 1.0 |
| 3/7/2014 | Correspondence received, reviewed, responded re: Nortel HR Related matters with client and counsel | Kathryn Schultea | 3 | 0.3 |
| 3/11/2014 | Correspondence received, reviewed, responded re: Nortel HR Related matters with client and counsel | Kathryn Schultea | 3 | 0.5 |
| 3/14/2014 | Correspondence received, reviewed, responded re: Nortel HR Related matters with client and counsel | Kathryn Schultea | 3 | 0.3 |
| 3/18/2014 | Meeting re onsite agenda and outstanding items | Kathryn Schultea | 3 | 3.0 |
| 3/19/2014 | Onsite at Nortel with discussions on claims and other HR Related matters | Kathryn Schultea | 3 | 8.0 |
| 3/20/2014 | Correspondence received, reviewed, responded re: Nortel HR Related matters with client and EY team | Kathryn Schultea | 3 | 1.4 |
| 3/26/2014 | Correspondence received, reviewed, responded re: Nortel HR Related matters with client and EY team | Kathryn Schultea | 3 | 0.8 |
| 4/1/2014 | Medco File Decryption for Audits | Raj Perubhatla | 3 | 2.3 |
| 4/2/2014 | Medco File Decryption for Audits | Raj Perubhatla | 3 | 1.7 |
| 4/3/2014 | Medco File Decryption for Audits | Raj Perubhatla | 3 | 8.3 |
| 4/4/2014 | Medco File Decryption for Audits | Raj Perubhatla | 3 | 4.7 |
| 4/6/2014 | Medco File Decryption for Audits | Raj Perubhatla | 3 | 3.3 |
| 4/9/2014 | Medco File Decryption for Audits | Raj Perubhatla | 3 | 3.8 |
| 4/18/2014 | Medco File Decryption for Audits | Raj Perubhatla | 3 | 4.3 |
| 4/30/2014 | Correspondence received, reviewed, responded re: Nortel HR Related matters with client and counsel | Kathryn Schultea | 3 | 0.3 |
| 2/24/2014 | Work - Quarterly Report | Kathryn Schultea | 4 | 2.0 |
| 2/25/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 3/5/2014 | Fee examiner response review and discussion | Kathryn Schultea | 4 | 0.4 |
| 3/6/2014 | Fee examiner response review response | Kathryn Schultea | 4 | 0.8 |
| 3/31/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 4/29/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 3/17/2014 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 3.5 |
| 3/17/2014 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 4.5 |
| 3/18/2014 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/18/2014 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 4.5 |
| 3/18/2014 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 6.7 |
| 3/18/2014 | Non Working Travel to Client Site | Kathryn Schultea | 5 | 3.5 |
| 3/19/2014 | Non Working Travel from Client Site | Kathryn Schultea | 5 | 3.5 |
| 3/20/2014 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 6.2 |
| 4/15/2014 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 4.5 |
| 4/15/2014 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 3.5 |
| 4/16/2014 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 4.5 |
| 4/16/2014 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 3.5 |
| 2/1/2014 | Claims Database Administration and trouble shooting Claims Reports | Raj Perubhatla | 6 | 1.7 |
| 2/1/2014 | Review and Analysis of Claim Reserves and Estimates in Claims Database | Mary Cilia | 6 | 1.6 |
| 2/2/2014 | Claims Database Administration and trouble shooting Claims Reports | Raj Perubhatla | 6 | 0.7 |
| 2/3/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.2 |
| 2/4/2014 | Conference Call with J. Davison and Related Follow up re: Open Claim Issues | Mary Cilia | 6 | 1.3 |
| 2/4/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 2/5/2014 | Correspondence received, reviewed, responded re: Claims Discussion | Kathryn Schultea | 6 | 0.6 |
| 2/5/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 2/5/2014 | Conference Call with Cleary, Huron and J. Davison and Related Follow up re: Employee Claims Updates | Mary Cilia | 6 | 0.8 |
| 2/6/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 2/6/2014 | EPIQ Updates in Claims Database | Mary Cilia | 6 | 0.8 |
| 2/7/2014 | Oracle Database Administration for Claims | Raj Perubhatla | 6 | 3.7 |
| 2/7/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 2/9/2014 | Claims Database Development: change the logic for Epic loads to account for Estimated and Reserve Amounts | Raj Perubhatla | 6 | 8.7 |
| 2/10/2014 | Correspondence received, reviewed, responded re: Claim files discussion | Kathryn Schultea | 6 | 1.5 |
| 2/10/2014 | Claims Database Development: change the logic for Epic loads to account for Estimated and Reserve Amounts | Raj Perubhatla | 6 | 2.7 |
| 2/10/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 2/10/2014 | Respond to Employee Calls re: Omnibus Objection and Settlement Letters | Mary Cilia | 6 | 0.3 |
| 2/11/2014 | Claims Database Development: change the logic for Epic loads to account for Estimated and Reserve Amounts | Raj Perubhatla | 6 | 2.2 |
| 2/11/2014 | Analysis and population of claims estimates and reserves for recovery model | Mary Cilia | 6 | 1.3 |
| 2/11/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 2/11/2014 | Claims Database Updates | Mary Cilia | 6 | 1.7 |
| 2/12/2014 | Claims Database Development: change the logic for Epic loads to account for Estimated and Reserve Amounts | Raj Perubhatla | 6 | 3.7 |
| 2/12/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 2/12/2014 | Respond to Employee Calls re: Omnibus Objection and Settlement Letters | Mary Cilia | 6 | 0.7 |
| 2/12/2014 | Conference Call and related Follow up with Cleary re: Employee Claims | Mary Cilia | 6 | 0.8 |
| 2/13/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/14/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 2/14/2014 | Non-Qualified Claims Analysis for Cleary | Mary Cilia | 6 | 3.5 |
| 2/17/2014 | Non-Qualified Claims Analysis for Cleary | Mary Cilia | 6 | 1.3 |
| 2/17/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 2/18/2014 | Correspondence received, reviewed, responded re: Claims Settlement Agreement | Kathryn Schultea | 6 | 0.8 |
| 2/18/2014 | Claims Database updates and changes for Recovery Model | Raj Perubhatla | 6 | 4.3 |
| 2/18/2014 | Respond to Employee Calls re: Omnibus Objection and Settlement Letters | Mary Cilia | 6 | 0.8 |
| 2/18/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 2/19/2014 | Claims Database updates and changes for Recovery Model | Raj Perubhatla | 6 | 3.7 |
| 2/19/2014 | Conference Call with Chilmark and RTP re: Intercompany Claims and Related Follow up | Mary Cilia | 6 | 0.8 |
| 2/19/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 2/20/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 2/20/2014 | Respond to Employee Calls re: Omnibus Objection and Settlement Letters | Mary Cilia | 6 | 0.9 |
| 2/21/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 2/21/2014 | Conference Call and related Follow up with Cleary re: Employee Claims | Mary Cilia | 6 | 1.3 |
| 2/23/2014 | Claims Database Updates | Mary Cilia | 6 | 1.6 |
| 2/24/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 2/25/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 2/25/2014 | Conference Call with Cleary and J. Davison to discuss Non-Qual Claims and related follow up | Mary Cilia | 6 | 1.2 |
| 2/26/2014 | Claims Database Updates | Raj Perubhatla | 6 | 1.2 |
| 2/26/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 2/26/2014 | Non-Qual Claims Analysis | Mary Cilia | 6 | 1.7 |
| 2/26/2014 | Conference Call and related follow up with Cleary re: Employee Claims | Mary Cilia | 6 | 1.2 |
| 2/27/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 2/28/2014 | Intercompany Analysis - Final File | Raj Perubhatla | 6 | 5.7 |
| 2/28/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.4 |
| 3/1/2014 | Non-Qual Claims Analysis for Cleary | Mary Cilia | 6 | 2.0 |
| 3/2/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 3/2/2014 | Non-Qual Claims Analysis for Cleary | Mary Cilia | 6 | 2.6 |
| 3/5/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 3/6/2014 | Claims Database Administration | Raj Perubhatla | 6 | 2.7 |
| 3/6/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 3/7/2014 | Intercompany data analysis for Recovery Model | Raj Perubhatla | 6 | 4.2 |
| 3/8/2014 | Recovery Model Development | Raj Perubhatla | 6 | 4.8 |
| 3/8/2014 | Non-Qual Claims Analysis for Cleary | Mary Cilia | 6 | 1.3 |
| 3/9/2014 | Recovery Model Development | Raj Perubhatla | 6 | 4.5 |
| 3/9/2014 | Non-Qual Claims Analysis for Cleary | Mary Cilia | 6 | 2.3 |
| 3/10/2014 | Confirmation of Severance Calculations for Cleary | Mary Cilia | 6 | 0.7 |
| 3/10/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 3/11/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.2 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/12/2014 | Review of Employee Claims for Next Round of Omnibus Objections and Settlement Letters | Mary Cilia | 6 | 0.8 |
| 3/13/2014 | Conference Call Re: Non-Employee Claims and Related follow up | Mary Cilia | 6 | 0.9 |
| 3/13/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 3/17/2014 | Recovery Model Development | Raj Perubhatla | 6 | 4.8 |
| 3/17/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/17/2014 | Contact Employees Regarding Settlement Letters | Mary Cilia | 6 | 1.7 |
| 3/18/2014 | Intercompany data analysis for Recovery Model | Raj Perubhatla | 6 | 3.7 |
| 3/18/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 3/18/2014 | Review of Employee Claims for Next Round of Omnibus Objections and Settlement Letters | Mary Cilia | 6 | 3.8 |
| 3/19/2014 | Recovery Model Development | Raj Perubhatla | 6 | 7.3 |
| 3/20/2014 | Claims Database updates and changes for Recovery Model | Raj Perubhatla | 6 | 6.8 |
| 3/20/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.2 |
| 3/20/2014 | Meetings at Nortel re: Non-Employee Claims | Mary Cilia | 6 | 1.7 |
| 3/20/2014 | Review file on claims data and position information | Kathryn Schultea | 6 | 0.5 |
| 3/21/2014 | Recovery Model Development | Raj Perubhatla | 6 | 2.2 |
| 3/21/2014 | Review of Employee Claims for Next Round of Omnibus Objections and Settlement Letters | Mary Cilia | 6 | 1.8 |
| 3/21/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 3/21/2014 | Correspondence received, reviewed, responded re: various bankruptcy case matters | Kathryn Schultea | 6 | 0.4 |
| 3/24/2014 | Recovery Model Development | Raj Perubhatla | 6 | 3.7 |
| 3/24/2014 | Review and preparation of schedule of open non-employee claims for conference call | Mary Cilia | 6 | 1.4 |
| 3/25/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 3/25/2014 | Conference call with Cleary and J. Davison to discuss non-employee claims and related follow up | Mary Cilia | 6 | 1.7 |
| 3/25/2014 | Claims Database and Reporting Updates | Mary Cilia | 6 | 3.5 |
| 3/25/2014 | Correspondence received, reviewed, responded re: Claims payments | Kathryn Schultea | 6 | 1.0 |
| 3/26/2014 | Recovery Model Development | Raj Perubhatla | 6 | 5.3 |
| 3/26/2014 | Calls with MNAT, Benesh and J. Davison to discuss open non-employee claims and related follow up | Mary Cilia | 6 | 1.4 |
| 3/26/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 3/26/2014 | Conference Call Re: Employee Claims and Related follow up | Mary Cilia | 6 | 0.8 |
| 3/27/2014 | Modifications to Claims Reports | Raj Perubhatla | 6 | 11.2 |
| 3/27/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.1 |
| 3/27/2014 | Correspondence received, reviewed, responded re: Claims items | Kathryn Schultea | 6 | 1.2 |
| 3/28/2014 | Modifications to Claims Reports | Raj Perubhatla | 6 | 12.7 |
| 3/28/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 3/28/2014 | Review of Open Non-Employee Claims Reconciliations | Mary Cilia | 6 | 1.8 |
| 3/28/2014 | Correspondence received, reviewed, responded re: various bankruptcy case matters | Kathryn Schultea | 6 | 1.0 |
| 3/29/2014 | Modifications to Claims Reports | Raj Perubhatla | 6 | 6.7 |
| 3/30/2014 | Modifications to Claims Reports | Raj Perubhatla | 6 | 5.3 |
| 3/31/2014 | Modifications to Claims Reports | Raj Perubhatla | 6 | 1.2 |
| 3/31/2014 | Recovery Model Development | Raj Perubhatla | 6 | 3.2 |
| 3/31/2014 | Review of Open Non-Employee Claims Reconciliations | Mary Cilia | 6 | 1.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/31/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 4/1/2014 | Conference Call with Deb to discuss sales compensation employee severance and related follow up | Mary Cilia | 6 | 1.8 |
| 4/1/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 4/2/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/3/2014 | Review file on claims data and position information | Kathryn Schultea | 6 | 0.5 |
| 4/5/2014 | Modifications to Claims Reports | Raj Perubhatla | 6 | 5.8 |
| 4/8/2014 | Conference Call w/ Cleary and related follow up re: Next Round Omnibus Objections and Settlement Letters | Mary Cilia | 6 | 1.0 |
| 4/8/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 4/8/2014 | Modifications to Claims Reports | Raj Perubhatla | 6 | 1.3 |
| 4/9/2014 | Conference Call Re: Employee Claims and Related follow up | Mary Cilia | 6 | 0.8 |
| 4/9/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 4/10/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/11/2014 | Recovery Model Development | Raj Perubhatla | 6 | 7.3 |
| 4/12/2014 | Review and Documentation of Severance Waiver Issues | Mary Cilia | 6 | 2.7 |
| 4/13/2014 | Review and Revision of Next Omnibus Objection and Settlement Letter File | Mary Cilia | 6 | 1.6 |
| 4/14/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 4/14/2014 | Review and Revision of Next Omnibus Objection and Settlement Letter File | Mary Cilia | 6 | 1.4 |
| 4/14/2014 | Recovery Model Development | Raj Perubhatla | 6 | 6.7 |
| 4/14/2014 | Enhancing Claims Reports | Raj Perubhatla | 6 | 4.2 |
| 4/15/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/15/2014 | Conference Call with Deb to discuss employee claims and related follow up | Mary Cilia | 6 | 1.2 |
| 4/15/2014 | Recovery Model Development | Raj Perubhatla | 6 | 4.4 |
| 4/15/2014 | Correspondence received, reviewed, responded re: various bankruptcy case matters | Kathryn Schultea | 6 | 0.4 |
| 4/15/2014 | Correspondence received, reviewed, responded re: Claims payments | Kathryn Schultea | 6 | 1.0 |
| 4/16/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 4/16/2014 | Onsite meetings in Raleigh - Recovery Model | Raj Perubhatla | 6 | 3.3 |
| 4/16/2014 | Correspondence received, reviewed, responded re: Claims payments | Kathryn Schultea | 6 | 0.4 |
| 4/17/2014 | Conference call with Cleary to discuss employee claims and related follow up | Mary Cilia | 6 | 1.6 |
| 4/17/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 4/18/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 4/18/2014 | Contact employees re: settlement letters | Mary Cilia | 6 | 1.3 |
| 4/18/2014 | Claims Database maintenance | Raj Perubhatla | 6 | 4.8 |
| 4/19/2014 | Claims Database and Reporting Updates | Mary Cilia | 6 | 2.2 |
| 4/19/2014 | Recovery Model Development - Intercompany Reconciliation | Raj Perubhatla | 6 | 8.7 |
| 4/20/2014 | Recovery Model Development - Intercompany Reconciliation | Raj Perubhatla | 6 | 7.8 |
| 4/21/2014 | Claims Database and Reporting Updates | Mary Cilia | 6 | 1.7 |
| 4/21/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/21/2014 | Intercompany data validation | Raj Perubhatla | 6 | 3.3 |
| 4/22/2014 | Intercompany data validation | Raj Perubhatla | 6 | 4.7 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/23/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 4/23/2014 | Claims Reports enhancements and validation | Raj Perubhatla | 6 | 3.7 |
| 4/24/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 4/24/2014 | Conference call with Cleary to discuss employee claims and related follow up | Mary Cilia | 6 | 2.7 |
| 4/24/2014 | Claims Reports enhancements and validation | Raj Perubhatla | 6 | 2.3 |
| 4/25/2014 | Recovery Model Development - Intercompany Reconciliation | Raj Perubhatla | 6 | 2.7 |
| 4/26/2014 | Recovery Model Development - Intercompany Reconciliation | Raj Perubhatla | 6 | 9.7 |
| 4/27/2014 | Recovery Model Development - Intercompany Reconciliation | Raj Perubhatla | 6 | 8.3 |
| 4/28/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 4/29/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 4/29/2014 | March Intercompany data files analysis | Raj Perubhatla | 6 | 6.7 |
| 4/30/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 4/30/2014 | Conference call with Cleary to discuss employee claims and related follow up | Mary Cilia | 6 | 1.3 |
| 4/30/2014 | Update omnibus objection and settlement file for next round | Mary Cilia | 6 | 2.6 |
| 2/2/2014 | EY tax call, revised assumptions for model, Scott, Beakey, Wood, Abbott | Richard Lydecker | 7 | 0.5 |
| 2/14/2014 | Tax status, model and state withdrawals, Scott Beakey, Wood, Abbott | Richard Lydecker | 7 | 0.8 |
| 2/21/2014 | Tax call, model schedule, assumptions, Scott, Beakey, Wood | Richard Lydecker | 7 | 0.7 |
| 2/21/2014 | Ey Tax status call, definition of model cases, Beakey, Wood, Abbott | Richard Lydecker | 7 | 0.5 |
| 3/3/2014 | Correspondence received, reviewed, responded re: agenda of tax meetings | Kathryn Schultea | 7 | 0.5 |
| 3/7/2014 | EY call tax projects--JS, JW, AB, DA | Richard Lydecker | 7 | 0.3 |
| 3/13/2014 | EY call tax projects incl. ruling and model--JW, JS, AB, DA | Richard Lydecker | 7 | 0.5 |
| 3/13/2014 | Tax analysis and update to JR re strategy | Richard Lydecker | 7 | 0.3 |
| 3/13/2014 | Discussions re tax call status and follow-ups | Kathryn Schultea | 7 | 1.5 |
| 3/14/2014 | Review budget file for modeling discussion | Kathryn Schultea | 7 | 0.5 |
| 3/26/2014 | Review strategies and modeling results | Richard Lydecker | 7 | 1.0 |
| 3/26/2014 | Correspondence received, reviewed, responded re: State Probability Matrix | Kathryn Schultea | 7 | 0.5 |
| 3/26/2014 | Correspondence received, reviewed, responded re: Nortel Draft discussion deck and internal calls re same review and approach | Kathryn Schultea | 7 | 1.3 |
| 3/26/2014 | Conference call on ruling, strategy, modeling and presentation--DA, AB, SJ, JS, JW, KS, AS | Richard Lydecker | 7 | 3.5 |
| 3/27/2014 | Draft tax ideas and outline presentation | Richard Lydecker | 7 | 1.5 |
| 3/28/2014 | EY call on update strategy, model and presentation--JS, JW, AB | Richard Lydecker | 7 | 1.5 |
| 3/31/2014 | Review and follow-up re banking issues with changes pending | Kathryn Schultea | 7 | 1.0 |
| 4/1/2014 | Correspondence received, reviewed, responded re: agenda of tax meetings | Kathryn Schultea | 7 | 0.5 |
| 4/2/2014 | Check numbers in presentation | Richard Lydecker | 7 | 0.5 |
| 4/2/2014 | Call EY re presentation and Cleary preparation | Richard Lydecker | 7 | 0.5 |
| 4/2/2014 | Notes and summary for Cleary call | Richard Lydecker | 7 | 0.5 |
| 4/2/2014 | Correspondence received, reviewed, responded re: Nortel tax status and related matters | Kathryn Schultea | 7 | 0.8 |
| 4/3/2014 | Cleary call on model, strategies, presentation--AB, MG, JW, DA, WM, CG, JS | Richard Lydecker | 7 | 0.9 |
| 4/4/2014 | EY tax status call--JS, JW | Richard Lydecker | 7 | 0.3 |
| 4/4/2014 | Review and discussion re presentation material | Kathryn Schultea | 7 | 1.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/7/2014 | Mgmt presentation of model and strategies--JR, EY and Cleary, KS | Richard Lydecker | 7 | 1.3 |
| 4/7/2014 | Discussion of call with EY | Richard Lydecker | 7 | 0.2 |
| 4/7/2014 | Conf call re tax status | Kathryn Schultea | 7 | 1.0 |
| 4/8/2014 | Review and follow-up re banking issues with changes pending | Kathryn Schultea | 7 | 1.0 |
| 4/9/2014 | Review and follow-up re banking issues with changes pending | Kathryn Schultea | 7 | 0.3 |
| 4/10/2014 | Review and follow-up re banking issues with changes pending | Kathryn Schultea | 7 | 1.6 |
| 4/11/2014 | EY call re update including PLR on DOF; JS, JW, DA, AB, Ford Williams | Richard Lydecker | 7 | 0.4 |
| 4/14/2014 | Conf call re account changes | Kathryn Schultea | 7 | 0.5 |
| 4/14/2014 | Review withholding presentations and internal discussions re same | Kathryn Schultea | 7 | 2.5 |
| 4/14/2014 | Review and follow-up re banking issues with changes pending | Kathryn Schultea | 7 | 1.8 |
| 4/22/2014 | Review and follow-up re banking issues with changes pending | Kathryn Schultea | 7 | 0.3 |
| 4/25/2014 | EY call status and strategies; JS, JW, DA, AB | Richard Lydecker | 7 | 0.4 |
| 4/25/2014 | E-mail KS re tax status | Richard Lydecker | 7 | 0.2 |
| 4/25/2014 | Discussions re tax call status and follow-ups | Kathryn Schultea | 7 | 1.5 |
| 4/28/2014 | Review and follow-up re banking issues with changes pending | Kathryn Schultea | 7 | 0.3 |
| 3/4/2014 | Review compensation report | Kathryn Schultea | 8 | 0.3 |
| 3/10/2014 | Correspondence received, reviewed, responded re: various bankruptcy case matters | Kathryn Schultea | 8 | 0.7 |
| 3/10/2014 | Agenda planning for onsite visit and communications re same | Kathryn Schultea | 8 | 1.0 |
| 3/24/2014 | Review compensation report | Kathryn Schultea | 8 | 0.3 |
| 4/4/2014 | Correspondence received, reviewed, responded re: various bankruptcy case matters | Kathryn Schultea | 8 | 0.7 |
| 4/8/2014 | Correspondence received, reviewed, responded re: various bankruptcy case matters | Kathryn Schultea | 8 | 1.3 |
| 4/15/2014 | Review compensation report | Kathryn Schultea | 8 | 0.3 |
| 4/23/2014 | Discussion re Nortel case various topics | Kathryn Schultea | 8 | 0.4 |
| 4/24/2014 | Review compensation report | Kathryn Schultea | 8 | 0.3 |
| 4/29/2014 | Correspondence received, reviewed, responded re: various bankruptcy case matters | Kathryn Schultea | 8 | 0.5 |
| 2/6/2014 | Update Recovery Model Work Plan | Mary Cilia | 9 | 1.3 |
| 3/19/2014 | Meetings at Nortel re: Recovery Model and Distributions and related Follow up | Mary Cilia | 9 | 8.3 |
| 3/20/2014 | Meetings at Nortel re: Recovery Model and Distributions and related Follow up | Mary Cilia | 9 | 1.3 |
| 3/22/2014 | Review of Intercompany files for recovery model | Mary Cilia | 9 | 2.6 |
| 3/23/2014 | Review of 2014 to 2016 budgets for recovery model | Mary Cilia | 9 | 3.2 |
| 3/31/2014 | Conference Call with Raj to discuss claims integration into recovery model and related follow up | Mary Cilia | 9 | 0.9 |