# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**February 1, 2014 through April 30, 2014**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 5,511.40 |
| Travel – Lodging | 1,626.49 |
| Travel – Transportation | 1,077.75 |
| Travel – Meals | 597.98 |
| Office Expenses | - |
| TOTAL | $ 8,813.62 |
| | |

Nortel Expense Report

**PERIOD:** February 1, 2014 through April 30, 2014

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 3/18/2014 - 3/20/2014 | Travel Houston/Raleigh (3 days/2 nights) | $ 548.90 | $ 542.54 | $ 197.55 | $ 295.08 | | Mary Cilia | Economy airefare one way; rental car at client site; transportation from airport; daily meals (3/18 $48.75 - dinner, 3/19 $24.12 - lunch, 3/19 dinner with 1 from client - $50.00 each, 3/20 $24.68 - lunch) |
| 3/18/2014 - 3/19/2014 | Travel Houston/Raleigh (2 days/1 night) | $ 950.50 | $ 248.57 | $ 160.94 | $ 242.83 | | Kathryn Schultea | Economy airefare; transportation to/from airport; daily meals (3/18 dinner including 2 for E&Y team supporting client - $45.79 each, 3/19 $23.57 - lunch) |
| 3/17/2014 - 3/18/2014 | Travel Houston/Raleigh (2 days/1 night) | $ 1,150.50 | $ 214.52 | $ 44.65 | $ 184.00 | | Raj Perubhatla | Economy airfare; transportation to/from airport; daily meals (3/17 $24.62 - lunch, 3/18 $20.03 - lunch) |
| 3/17/2014 - 3/18/2014 | Travel Houston/Raleigh (2 days/1 night) | $ 960.50 | $ 237.22 | $ 44.66 | $ 79.92 | | Brandon Bangerter | Economy airfare; shared rental car at client site; daily meals (3/17 $21.66 - lunch, 3/18 $23.00 - lunch) |
| 4/15/2014 - 4/16/2014 | Travel Houston/Raleigh (2 days/1 night) | $ 950.50 | $ 191.82 | $ 42.25 | $ 184.00 | | Raj Perubhatla | Economy airfare; transportation to/from airport; daily meals for 2 days (4/15 $21.10 - lunch, 4/16 $21.15 - lunch) |
| 4/15/2014 - 4/16/2014 | Travel Houston/Raleigh (2 days/1 night) | $ 950.50 | $ 191.82 | $ 107.93 | $ 91.92 | | Brandon Bangerter | Economy airfare; shared rental car at client site; daily meals for 2 days (4/15 $21.10 - lunch, dinner for 2 - $33.97 each, 4/16 $18.90 - lunch) |
| | | $ 5,511.40 | $ 1,626.49 | $ 597.98 | $ 1,077.75 | $ - | | |