IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
:
----------------------------------------------------------X

**FOURTEENTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2014 THROUGH APRIL 30, 2014**

In accordance with the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (D.I. 11082) (the "Fee Examiner Order"), Torys LLP ("Torys") hereby submits its Fourteenth Quarterly Fee Application Request (the "Request") for the period February 1, 2014 through and including April 30, 2014[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for February [D.I. 13264], March [D.I. 13644], and April [D.I. 13666] contain detailed listings of Torys' requested fees and expenses for the Application Period.

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 04/07/14 [D.I. 13264] | 02/01/14 – 02/28/2014 | $549,293.00 | $78,764.86 | 04/30/14 [D.I. 13430] | $439,434.40 | $78,764.86 | $109,858.60 |
| 05/27/14 [D.I. 13644] | 03/01/14 – 03/31/14 | $751,395.50 | $36,286.51 | Pending | $601,116.40 | $36,286.51 | $150,279.10 |
| 05/28/14 [D.I. 13666] | 04/01/14 – 04/30/14 | $997,958.50 | $29,006.49 | Pending | $798,366.80 | $29,006.49 | $199,591.70 |
| **TOTAL** | | **$2,298,647.00** | **$144,057.86** | | **$1,838,917.60** | **$144,057.86** | **$459,729.40** |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

On July 10, 2013, the Court entered the Fee Examiner Order which modifies the Interim Compensation Procedures Order by requiring, among other things, for Monthly and Quarterly Fee Application Requests to be sent to the Fee Examiner.

Simultaneously with the filing of this Application, Torys has followed the procedures set forth in the Fee Examiner Order by submitting the Fee and Expense Detail to the Fee Examiner.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: May 29, 2014
      New York, New York

TORYS LLP

<u>/s/ Alison D. Bauer</u>
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas, 23rd Floor
New York, New York  10036
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 01, 2014 through April 30, 2014

| Name of Professional Person | Position of the Applicant and Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alison D. Bauer | Partner/Bankruptcy (called to the bar in 1995; 9 years in current position) | $815.00 | 80.6 | $65,689.00 |
| Sheila R. Block | Partner/Litigation (called to the bar in 1974; 34 years in current position) | $1,050.00 | 330.3 | $346,815.00 |
| Scott A. Bomhof | Partner/Bankruptcy (called to the bar in 1995; 13 years in current position) | $900.00 | 416.5 | $374,850.00 |
| John Cameron | Partner/Corporate (called to the bar in 1983; 24 years in current position) | $1,050.00 | 20.7 | $21,735.00 |
| Tony DeMarinis | Partner/Bankruptcy (called to the bar in 1989; 19 years in current position) | $1,050.00 | 212.0 | $222,600.00 |
| Mitch Frazer | Partner/Corporate (called to the bar in 2001; 4 years in current position) | $900.00 | 0.5 | $450.00 |
| Andrew Gray | Partner/Litigation (called to the bar in 2002; 4 years in current position) | $800.00 | 237.6 | $190,080.00 |
| William Gray | Partner/Bankruptcy (called to the bar in 1981; 13 years in current position) | $945.00 | 151.2 | $142,884.00 |

4

| Name | Position | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Conor McCourt | Partner/Intellectual Property (called to the bar in 1982; 12 years in current position) | $1,050.00 | 82.2 | $86,310.00 |
| Thomas Yeo | Counsel/Corporate (called to the bar in 2001; 13 years in current position) | $815.00 | 176.5 | $143,847.50 |
| Jaclyn Leader | Associate/Litigation (called to the bar in 2007; 7 years in current position) | $730.00 | 30.2 | $22,046.00 |
| Adam Slavens | Associate/Bankruptcy (called to the bar in 2007; 7 years in current position) | $690.00 | 514.9 | $355,281.00 |
| Matthew Atkey | Associate/Corporate (called to the bar in 2008; 6 years in current position) | $670.00 | 1.7 | $1,139.00 |
| Molly Reynolds | Associate/Litigation (called to the bar in 2009; 5 years in current position) | $620.00 | 82.9 | $51,398.00 |
| James Gotowiec | Associate/Litigation (called to the bar in 2011; 3 years in current position) | $490.00 | 19.9 | $ 9,751.00 |
| Shane Attersley | Associate/Corporate (called to the bar in 2012; 2 years in current position) | $435.00 | 30.7 | $13,354.50 |
| Stephanie Lafrance | Associate/Litigation (called to the bar in 2012; 2 years in current position) | $435.00 | 1.2 | $522.00 |
| Frazer House | Associate/Corporate (called to the bar in 2013; 1 year in current position) | $360.00 | 68.5 | $24,660.00 |

| | | | | |
|---|---|---|---|---|
| Ezra Siller | Associate/Litigation (called to the bar in 2013; 1 year in current position) | $360.00 | 40.1 | $14,436.00 |
| Maureen Blake | Senior Law Clerk | $435.00 | 94.7 | $41,194.50 |
| Allan Collins | Paralegal | $295.00 | 52.2 | $15,399.00 |
| Ron Primus | Paralegal | $270.00 | 40.5 | $10,935.00 |
| Michael B. Hoffman | Librarian | $390.00 | 7.1 | $2,769.00 |
| Jennifer Lee | Librarian | $390.00 | 0.8 | $312.00 |
| Clare Mauro | Librarian | $390.00 | 2.5 | $975.00 |
| Nicholas Watt | Librarian | $390.00 | 0.4 | $156.00 |
| Tanya Szydlowski | Reference Technician | $155.00 | 5.3 | $821.50 |
| Albert Chan | Articling Student (graduated law school; passed bar exam) | $330.00 | 6.3 | $2,079.00 |
| Eliot Che | Articling Student (graduated law school; passed bar exam) | $330.00 | 31.2 | $10,296.00 |
| Marissa Daniels | Articling Student (graduated law school; passed bar exam) | $330.00 | 35.4 | $11,682.00 |
| Sam Golder | Articling Student (graduated law school; passed bar exam) | $330.00 | 50.4 | $16,632.00 |
| Irfan Kara | Articling Student (graduated law school; passed bar exam) | $330.00 | 143.3 | $47,289.00 |
| Nick Kennedy | Articling Student (graduated law school; passed bar exam) | $330.00 | 23.4 | $7,722.00 |
| Jonathan Lee | Articling Student (graduated law school; passed bar exam) | $330.00 | 26.2 | $8,646.00 |
| Sam Levitt | Articling Student (graduated law school; passed bar exam) | $330.00 | 19.8 | $6,534.00 |

| Giancarlo Ruscio | Articling Student (graduated law school; passed bar exam) | $330.00 | 14.0 | $4,620.00 |
|---|---|---|---|---|
| Brian Unger | Articling Student (graduated law school; passed bar exam) | $330.00 | 68.9 | $22,737.00 |
| **Total** | | | 3,120.6 | $2,298,647.00 |
| **GRAND TOTAL:** | **$2,298,647.00** | | | |
| **BLENDED RATE:** | **$736.59** | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG)

February 01, 2014 through April 30, 2014

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee and Employment Applications | 133.90 | $66,075.50 |
| Litigation | 2241.30 | $1,685,686.00 |
| Analysis of Canadian Law | 687.0 | $497,100.50 |
| Intercompany Analysis | 1.30 | $1,365.00 |
| Canadian CCAA Proceedings/Matters | 57.1 | $48,420.00 |
| **TOTAL** | **3,120.6** | **$2,298,647.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 01, 2014 through April 30, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Additional Coded Fields | | $26.46 |
| Agents Fee | | $43,206.63 |
| Binding Charges/Exhibit Tabs | | $272.87 |
| Computer Research | Quicklaw / Westlaw | $64,456.83 |
| Courier | | $933.32 |
| Data Management | | $102.46 |
| Duplicating/Printing | 146,763 pgs @ .10 per pg | $14,676.32 |
| E-Discovery | | $1,436.88 |
| E-Discovery Consulting | | $5,035.37 |
| Electronic Document Loading | | $85.93 |
| Library Costs | | $657.08 |
| Meals | | $1,181.88 |
| Miscellaneous | USB key | $29.74 |
| Motion | | $115.87 |
| Process Server | | $40.4 |
| Process Server Filing | | $357.33 |
| Production/LTS Laser Printing | | $330.05 |
| Taxi & Travel | | $5,700.31 |

| | | |
|---|---|---:|
| Telephone | Long Distance | $94.6 |
| Transcripts | | $5,250.03 |
| Word Processing | | $67.5 |
| **Grand Total Expenses** | | **$144,057.86** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]