# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1, 2014 THROUGH APRIL 30, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $9,575.18 |
| Conference Calls/Telephone/Web Conference Services | $4,262.46 |
| Courier Service/Postage | $651.83 |
| Deposition Charges | $7,308.00 |
| Document Production – In House | $2,534.50 |
| Duplicating (billed at $.10 per page) | $15,935.60 |
| Duplicating – Third Party Charges (billed at cost) | $4,920.23 |
| Meals/Committee Meeting Expenses | $5,429.49 |
| Travel Expenses – Airfare | $11,624.62 |
| Travel Expenses – Auto Rental | $42.55 |
| Travel Expenses – Ground Transportation | $5,422.84 |
| Travel Expenses – Incidentals | $181.77 |
| Travel Expenses – Lodging | $6,947.11 |
| Travel Expenses – Parking | $74.62 |
| Travel Expenses – Telephone & Fax | $7.95 |
| Travel Expenses – Train Fare | $936.00 |
| Retained Professional Fees & Expenses | $206,355.89 |
| **TOTAL** | **$282,210.64** |