# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 1, 2014 THROUGH APRIL 30, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 138.40 | $145,320.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 94.40 | $108,560.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 224.50 | $205,417.50 |
| Stephen B. Kuhn | Partner for 14 years; Admitted in 1991; Corporate Department | $895 | 0.80 | $716.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 256.95 | $244,102.50 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $810 | 157.55 | $127,615.50 |
| Sunny Gulati | Senior Counsel for 1 year; Admitted in 2004; Litigation Department | $690 | 66.90 | $46,161.00 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 49.20 | $37,392.00 |
| David C. Vondle | Senior Counsel for 1 year; Admitted in 2003; Corporate Department | $635 | 8.70 | $5,524.50 |
| Brandon B. Danford | Counsel for 5 years; Admitted in 2004; Litigation Department | $635 | 119.80 | $76,073.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 155.90 | $111,468.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Denis J. Windscheffel | Counsel for 4 years; Admitted in 2004; Litigation Department | $635 | 75.40 | $47,879.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 264.55 | $170,634.75 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 175.60 | $99,214.00 |
| Daniel Z. Vira | Senior Attorney for 3 years; Admitted in 1992; ERISA Department | $680 | 1.10 | $748.00 |
| Stuart E. Alter | Associate for 1 year; Admitted in 2013; Tax Department | $405 | 4.60 | $1,863.00 |
| Andrew R. Casillas | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 127.50 | $63,750.00 |
| Julia P. Cohen | Associate for 2 years; Admitted in 2013; Litigation Department | $465 | 14.50 | $6,742.50 |
| Michael K. Cross | Associate for 5 years; Admitted in 2010; Litigation Department | $595 | 31.40 | $18,683.00 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 172.40 | $69,822.00 |
| Matthew C. Fagen | Associate for 2 years; Not Yet Admitted;[6] Financial Restructuring Department | $500 | 92.40 | $46,200.00 |
| Lindsey B. Harmon | Associate for 5 years; Admitted in 2009; Litigation Department | $560 | 4.10 | $2,296.00 |
| Craig J. Karger | Associate for 2 years; Admitted in 2013; Litigation Department | $465 | 30.40 | $14,136.00 |

---

[6] Matthew C. Fagen's bar admission status is pending in the state of New York.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Marie-Dumesle Mercier | Associate for 1 year; Not Yet Admitted;[7] Labor Department | $405 | 49.20 | $19,926.00 |
| Patrick M. Mott | Associate for 4 years; Admitted in 2011; Litigation Department | $550 | 5.50 | $3,025.00 |
| Harley L. Raff | Associate for 3 years; Admitted in 2012; Litigation Department | $510 | 8.70 | $4,437.00 |
| Katharine E. Southard | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 43.00 | $21,500.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 261.65 | $150,448.75 |
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 201.90 | $81,769.50 |
| Molly E. Whitman | Associate for 1 year; Admitted in 2013; Litigation Department | $385 | 60.40 | $23,254.00 |
| Rebecca A. Wirakesuma | Associate for 1 year; Not Yet Admitted;[8] Financial Restructuring Department | $405 | 82.70 | $33,493.50 |
| Kemoy Foster | Staff Attorney for 3 years; Admitted in 2007; Litigation Department | $305 | 11.30 | $3,446.50 |
| Jennifer A. Brun | Legal Assistant for 2 years; Litigation Department | $180 | 45.60 | $8,208.00 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 37.20 | $9,672.00 |
| Dawn D. Crider | Legal Assistant for 25 years; Intellectual Property Department | $225 | 15.40 | $3,465.00 |

---

[7] Marie-Dumesle Mercier's bar admission status is pending in the state of New York.

[8] Rebecca A. Wirakesuma's bar admission status is pending in the state of New York.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jennifer L. Cuatt | Legal Assistant for 3 years; Litigation Department | $240 | 5.50 | $1,320.00 |
| Jami L. Delgado | Legal Assistant for 12 years; Litigation Department | $180 | 20.30 | $3,654.00 |
| Cheryle R. Edmonds | Legal Assistant for 26 years; Litigation Department | $235 | 1.00 | $235.00 |
| Joseph Ficocello | Legal Assistant for 4 years; Trial Services Department | $290 | 1.90 | $551.00 |
| Michael S. Greer | Legal Assistant for 3 years; Litigation Department | $215 | 4.30 | $924.50 |
| Melissa A. Gyure | Legal Assistant for 10 years; Litigation Department | $275 | 6.00 | $1,650.00 |
| Sol Kim | Legal Assistant for 2 years; Litigation Department | $220 | 131.20 | $28,864.00 |
| James W. Ma | Legal Assistant for 15 years; Litigation Department | $270 | 2.90 | $783.00 |
| James P. Moore | Legal Assistant for 3 years; Trial Services Department | $215 | 1.30 | $279.50 |
| Ezekiel J. Pariser | Legal Assistant for 1 year; Litigation Department | $195 | 90.10 | $17,569.50 |
| Francis A. Singer | Legal Assistant for 36 years; Litigation Department | $275 | 2.20 | $605.00 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 8.60 | $2,537.00 |
| Charles Torres | Legal Assistant for 9 years; Litigation Department | $250 | 24.40 | $6,100.00 |
| Stacy N. Ustian | Librarian for 8 years | $205 | 1.30 | $266.50 |

Total Amount of Fees:      $2,078,303.00
Total Number of Hours:   3,390.60
Blended Hourly Rate:       $612.96