# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD** |

## NOTICE OF TWENTY-FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                     Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:                           Official Committee of Unsecured Creditors

Date of Retention:                                      March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:                 February 1, 2014 through April 30, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:          $5,483,520.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     $903,390.51

This is (a)n: _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's February, March and April 2014 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 4/21/14 Docket No. 13367 | 2/1/14 – 2/28/14 | $1,491,141.25 | $571,162.91 | $1,192,913.00 | $571,162.91 | $298,228.25 |
| Date Filed: 5/23/14 Docket No. 13635 | 3/1/14 – 3/31/13 | $1,914,075.75 | $50,016.96 | Pending Obj deadline $1,531,260.60 | Pending Obj deadline $50,016.96 | $382,815.15 |
| Date Filed: 5/29/14 Docket No. TBD | 4/1/14 – 4/30/14 | $2,078,303.00 | $282,210.64 | Pending Obj deadline $1,662,642.40 | Pending Obj deadline $282,210.64 | $415,660.60 |
| TOTALS: | | $5,483,520.00 | $903,390.51 | $4,386,816.00[3] | $903,390.51[4] | $1,096,704.00 |

Summary of any Objections to Fee Applications: None.

Dated: May 29, 2014
   New York, New York

                              Fred S. Hodara
                              Fred S. Hodara (*pro hac vice*)
                              David H. Botter (*pro hac vice*)
                              AKIN GUMP STRAUSS HAUER & FELD LLP
                              One Bryant Park
                              New York, NY 10036
                              Telephone: (212) 872-1000

                              Co-Counsel to the Official Committee of Unsecured
                              Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.