## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on May 29, 2014, a copy of the foregoing **Twenty-First Interim Fee Application Request of Akin Gump Strauss Hauer & Feld LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from February 1, 2014 through April 30, 2014** was served on the parties on the attached list and in the manner indicated thereon.

_____
Christopher M. Samis (No. 4909)

RLF1 5327993v.1

# NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)
### SERVICE LIST

**VIA HAND DELIVERY**

*(Counsel for Debtors)*
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA HAND DELIVERY AND E-MAIL**

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: Mark.Kenney@usdoj.gov

**VIA FIRST CLASS MAIL**

*(Debtors)*
Nortel Networks, Inc
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**VIA FIRST CLASS MAIL AND E-MAIL**

*(Fee Examiner)*
Judith Scarborough
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806
E-mail: jscarborough@mastersidlow.com

RLF1 5327993v.1