# EXHIBIT C

## DISBURSEMENT SUMMARY
## MARCH 4 TO MARCH 31, 2013
### (All Amounts in Canadian Dollars)

| Non-Taxable Disbursements | |
|---|---|
| Copies | $ 991.50 |
| Delivery/Courier | $ 94.14 |
| Telephone (Long Distance/Conference Calls) | $ 11.25 |
| Binding Books/Documents | $ 36.16 |
| Library Computer Searches | $ 1,156.00 |
| Travel/Ground Transportation | $ 21.23 |
| Agency Fees and Disbursements | $ 51.43 |
| **Total Non-Taxable Disbursements** | **$2,355.18 CDN.** |