**EXHIBIT D**

-21-

CASSELS BROCK LLP                                    INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001


**DISBURSEMENT DETAIL:**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 3/4/2014 | Parking for M. Wunder on March 3, 2014 | 1 | 7.96 |
| 3/4/2014 | Agency Fees and Disbursements – Ricoh Canada Inc. | 1 | 12.9 |
| 3/4/2014 | Telephone | 1 | 1.02 |
| 3/6/2014 | Copies | 63 | 6.3 |
| 3/6/2014 | Copies | 5 | 0.5 |
| 3/6/2014 | Copies | 83 | 8.3 |
| 3/6/2014 | Copies | 36 | 3.6 |
| 3/6/2014 | Copies | 36 | 3.6 |
| 3/6/2014 | Copies | 48 | 4.8 |
| 3/6/2014 | Copies | 30 | 3 |
| 3/6/2014 | Copies | 36 | 3.6 |
| 3/6/2014 | Copies | 17 | 1.7 |
| 3/6/2014 | Copies | 42 | 4.2 |
| 3/6/2014 | Copies | 3 | 0.3 |
| 3/6/2014 | Copies | 39 | 3.9 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 30 | 3 |
| 3/6/2014 | Copies | 96 | 9.6 |
| 3/6/2014 | Copies | 76 | 7.6 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 5 | 0.5 |
| 3/6/2014 | Copies | 25 | 2.5 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 83 | 8.3 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 3 | 0.3 |
| 3/6/2014 | Copies | 81 | 8.1 |
| 3/6/2014 | Copies | 47 | 4.7 |
| 3/6/2014 | Copies | 4 | 0.4 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 21 | 2.1 |
| 3/6/2014 | Copies | 5 | 0.5 |
| 3/6/2014 | Copies | 5 | 0.5 |
| 3/6/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-22-

CASSELS BROCK LLP                                          INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 29 | 2.9 |
| 3/6/2014 | Copies | 75 | 7.5 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 65 | 6.5 |
| 3/6/2014 | Copies | 29 | 2.9 |
| 3/6/2014 | Copies | 65 | 6.5 |
| 3/6/2014 | Copies | 4 | 0.4 |
| 3/6/2014 | Copies | 40 | 4 |
| 3/6/2014 | Copies | 5 | 0.5 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 3 | 0.3 |
| 3/6/2014 | Copies | 83 | 8.3 |
| 3/6/2014 | Copies | 76 | 7.6 |
| 3/6/2014 | Copies | 14 | 1.4 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 17 | 1.7 |
| 3/6/2014 | Copies | 75 | 7.5 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 74 | 7.4 |
| 3/6/2014 | Copies | 3 | 0.3 |
| 3/6/2014 | Copies | 51 | 5.1 |
| 3/6/2014 | Copies | 319 | 31.9 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 34 | 3.4 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 34 | 3.4 |
| 3/6/2014 | Copies | 8 | 0.8 |
| 3/6/2014 | Copies | 42 | 4.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 367 | 36.7 |
| 3/6/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-23-

| CASSELS BROCK LLP | INVOICE 1936713 |
|---|---|

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                    Matter # 46992-00001

| Date | Description | | |
|---|---|---:|---:|
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 34 | 3.4 |
| 3/6/2014 | Copies | 319 | 31.9 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 4 | 0.4 |
| 3/6/2014 | Copies | 4 | 0.4 |
| 3/6/2014 | Copies | 7 | 0.7 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 5 | 0.5 |
| 3/6/2014 | Copies | 39 | 3.9 |
| 3/6/2014 | Copies | 98 | 9.8 |
| 3/6/2014 | Copies | 51 | 5.1 |
| 3/6/2014 | Copies | 3 | 0.3 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 11 | 1.1 |
| 3/6/2014 | Copies | 4 | 0.4 |
| 3/6/2014 | Copies | 5 | 0.5 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 4 | 0.4 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 9 | 0.9 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 10 | 1 |
| 3/6/2014 | Copies | 169 | 16.9 |
| 3/6/2014 | Copies | 63 | 6.3 |
| 3/6/2014 | Copies | 25 | 2.5 |
| 3/6/2014 | Copies | 74 | 7.4 |
| 3/6/2014 | Copies | 36 | 3.6 |
| 3/6/2014 | Copies | 3 | 0.3 |
| 3/6/2014 | Copies | 3 | 0.3 |
| 3/6/2014 | Copies | 13 | 1.3 |
| 3/6/2014 | Copies | 6 | 0.6 |
| 3/6/2014 | Copies | 32 | 3.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 257 | 25.7 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 8 | 0.8 |
| 3/6/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-24-

CASSELS BROCK LLP                                    INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Description | | |
|---|---|---:|---:|
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 2 | 0.2 |
| 3/6/2014 | Copies | 17 | 1.7 |
| 3/6/2014 | Copies | 83 | 8.3 |
| 3/6/2014 | Copies | 48 | 4.8 |
| 3/6/2014 | Copies | 4 | 0.4 |
| 3/6/2014 | Copies | 8 | 0.8 |
| 3/6/2014 | Copies | 33 | 3.3 |
| 3/7/2014 | Copies | 2 | 0.2 |
| 3/7/2014 | Copies | 8 | 0.8 |
| 3/7/2014 | Copies | 65 | 6.5 |
| 3/7/2014 | Copies | 26 | 2.6 |
| 3/7/2014 | Copies | 2 | 0.2 |
| 3/7/2014 | Copies | 20 | 2 |
| 3/7/2014 | Copies | 5 | 0.5 |
| 3/9/2014 | Telephone -- Bell Conferencing/M. Wunder | 1 | 3.33 |
| 3/10/2014 | Copies | 8 | 0.8 |
| 3/10/2014 | Copies | 6 | 0.6 |
| 3/10/2014 | Copies | 6 | 0.6 |
| 3/10/2014 | Copies | 5 | 0.5 |
| 3/10/2014 | Copies | 8 | 0.8 |
| 3/10/2014 | Copies | 7 | 0.7 |
| 3/10/2014 | Copies | 6 | 0.6 |
| 3/10/2014 | Copies | 6 | 0.6 |
| 3/10/2014 | Copies | 7 | 0.7 |
| 3/10/2014 | Copies | 6 | 0.6 |
| 3/10/2014 | Copies | 2 | 0.2 |
| 3/10/2014 | Copies | 68 | 6.8 |
| 3/10/2014 | Copies | 2 | 0.2 |
| 3/10/2014 | Copies | 6 | 0.6 |
| 3/10/2014 | Copies | 8 | 0.8 |
| 3/10/2014 | Copies | 4 | 0.4 |
| 3/10/2014 | Copies | 12 | 1.2 |
| 3/10/2014 | Copies | 3 | 0.3 |
| 3/10/2014 | Copies | 3 | 0.3 |
| 3/10/2014 | Copies | 2 | 0.2 |
| 3/10/2014 | Copies | 54 | 5.4 |
| 3/10/2014 | Copies | 4 | 0.4 |
| 3/10/2014 | Copies | 2 | 0.2 |
| 3/10/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-25-

CASSELS BROCK LLP                                                    INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                     Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 3/10/2014 | Copies | 2 | 0.2 |
| 3/10/2014 | Copies | 5 | 0.5 |
| 3/10/2014 | Copies | 2 | 0.2 |
| 3/10/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 6 | 0.6 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 68 | 6.8 |
| 3/11/2014 | Copies | 54 | 5.4 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 3 | 0.3 |
| 3/11/2014 | Copies | 89 | 8.9 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 9 | 0.9 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 20 | 2 |
| 3/11/2014 | Copies | 6 | 0.6 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 3 | 0.3 |
| 3/11/2014 | Copies | 3 | 0.3 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Copies | 2 | 0.2 |
| 3/11/2014 | Binding, Tabs, Disks, etc | 1 | 3.6 |
| 3/11/2014 | Binding, Tabs, Disks, etc | 1 | 3.36 |
| 3/12/2014 | Copies | 84 | 8.4 |
| 3/12/2014 | Copies | 9 | 0.9 |
| 3/12/2014 | Copies | 2 | 0.2 |
| 3/12/2014 | Copies | 3 | 0.3 |
| 3/12/2014 | Copies | 7 | 0.7 |
| 3/12/2014 | Copies | 2 | 0.2 |
| 3/12/2014 | Copies | 3 | 0.3 |
| 3/12/2014 | Copies | 17 | 1.7 |
| 3/12/2014 | Copies | 21 | 2.1 |
| 3/12/2014 | Copies | 12 | 1.2 |
| 3/12/2014 | Copies | 2 | 0.2 |
| 3/12/2014 | Copies | 8 | 0.8 |
| 3/12/2014 | Copies | 14 | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-26-

CASSELS BROCK LLP                                         INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| | | | |
|---|---|---|---|
| 3/12/2014 | Copies | 47 | 4.7 |
| 3/12/2014 | Copies | 2 | 0.2 |
| 3/12/2014 | Copies | 2 | 0.2 |
| 3/12/2014 | Copies | 2 | 0.2 |
| 3/12/2014 | Copies | 5 | 0.5 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 4 | 0.4 |
| 3/13/2014 | Copies | 2 | 0.2 |
| 3/13/2014 | Copies | 9 | 0.9 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 4 | 0.4 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 2 | 0.2 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 17 | 1.7 |
| 3/13/2014 | Copies | 2 | 0.2 |
| 3/13/2014 | Copies | 2 | 0.2 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 4 | 0.4 |
| 3/13/2014 | Copies | 2 | 0.2 |
| 3/13/2014 | Copies | 7 | 0.7 |
| 3/13/2014 | Copies | 4 | 0.4 |
| 3/13/2014 | Copies | 2 | 0.2 |
| 3/13/2014 | Copies | 3 | 0.3 |
| 3/13/2014 | Copies | 62 | 6.2 |
| 3/14/2014 | Copies | 43 | 4.3 |
| 3/14/2014 | Copies | 4 | 0.4 |
| 3/14/2014 | Copies | 2 | 0.2 |
| 3/14/2014 | Copies | 2 | 0.2 |
| 3/14/2014 | Copies | 80 | 8 |
| 3/14/2014 | Copies | 2 | 0.2 |
| 3/14/2014 | Copies | 2 | 0.2 |
| 3/14/2014 | Copies | 78 | 7.8 |
| 3/14/2014 | Copies | 15 | 1.5 |
| 3/14/2014 | Copies | 2 | 0.2 |
| 3/14/2014 | Copies | 8 | 0.8 |
| 3/14/2014 | Copies | 8 | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-27-

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

INVOICE 1936713

Matter # 46992-00001

| | | | |
|---|---|---|---|
| 3/14/2014 | Copies | 17 | 1.7 |
| 3/14/2014 | Copies | 2 | 0.2 |
| 3/14/2014 | Copies | 3 | 0.3 |
| 3/14/2014 | Copies | 5 | 0.5 |
| 3/14/2014 | Copies | 2 | 0.2 |
| 3/14/2014 | Copies | 8 | 0.8 |
| 3/14/2014 | Copies | 8 | 0.8 |
| 3/14/2014 | Copies | 3 | 0.3 |
| 3/14/2014 | Copies | 2 | 0.2 |
| 3/14/2014 | Copies | 3 | 0.3 |
| 3/14/2014 | Copies | 3 | 0.3 |
| 3/14/2014 | Copies | 5 | 0.5 |
| 3/14/2014 | Copies | 3 | 0.3 |
| 3/17/2014 | Copies | 23 | 2.3 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 6 | 0.6 |
| 3/17/2014 | Copies | 5 | 0.5 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 3 | 0.3 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 5 | 0.5 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 5 | 0.5 |
| 3/17/2014 | Copies | 103 | 10.3 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 20 | 2 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 3 | 0.3 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 118 | 11.8 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 3 | 0.3 |
| 3/17/2014 | Copies | 3 | 0.3 |
| 3/17/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-28-

CASSELS BROCK LLP                                                              INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                             Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 3 | 0.3 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 5 | 0.5 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 7 | 0.7 |
| 3/17/2014 | Copies | 12 | 1.2 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 174 | 17.4 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 5 | 0.5 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 9 | 0.9 |
| 3/17/2014 | Copies | 14 | 1.4 |
| 3/17/2014 | Copies | 3 | 0.3 |
| 3/17/2014 | Copies | 17 | 1.7 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 18 | 1.8 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 24 | 2.4 |
| 3/17/2014 | Copies | 11 | 1.1 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 4 | 0.4 |
| 3/17/2014 | Copies | 15 | 1.5 |
| 3/17/2014 | Copies | 14 | 1.4 |
| 3/17/2014 | Copies | 5 | 0.5 |
| 3/17/2014 | Copies | 21 | 2.1 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Copies | 6 | 0.6 |
| 3/17/2014 | Copies | 13 | 1.3 |
| 3/17/2014 | Copies | 15 | 1.5 |
| 3/17/2014 | Copies | 9 | 0.9 |
| 3/17/2014 | Copies | 2 | 0.2 |
| 3/17/2014 | Binding, Tabs, Disks, etc | 1 | 3.72 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-29-

CASSELS BROCK LLP                                                    INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 3/17/2014 | Telephone | 1 | 1.53 |
| 3/18/2014 | Copies | 34 | 3.4 |
| 3/18/2014 | Copies | 94 | 9.4 |
| 3/18/2014 | Copies | 36 | 3.6 |
| 3/18/2014 | Copies | 7 | 0.7 |
| 3/18/2014 | Copies | 4 | 0.4 |
| 3/18/2014 | Copies | 20 | 2 |
| 3/18/2014 | Copies | 1 | 0.1 |
| 3/18/2014 | Copies | 68 | 6.8 |
| 3/18/2014 | Copies | 28 | 2.8 |
| 3/18/2014 | Copies | 10 | 1 |
| 3/18/2014 | Copies | 18 | 1.8 |
| 3/18/2014 | Copies | 92 | 9.2 |
| 3/18/2014 | Copies | 39 | 3.9 |
| 3/18/2014 | Copies | 2 | 0.2 |
| 3/18/2014 | Copies | 2 | 0.2 |
| 3/18/2014 | Copies | 16 | 1.6 |
| 3/18/2014 | Copies | 176 | 17.6 |
| 3/18/2014 | Copies | 2 | 0.2 |
| 3/18/2014 | Copies | 7 | 0.7 |
| 3/18/2014 | Copies | 3 | 0.3 |
| 3/18/2014 | Copies | 2 | 0.2 |
| 3/18/2014 | Copies | 2 | 0.2 |
| 3/18/2014 | Copies | 2 | 0.2 |
| 3/18/2014 | Copies | 5 | 0.5 |
| 3/18/2014 | Copies | 6 | 0.6 |
| 3/18/2014 | Copies | 3 | 0.3 |
| 3/18/2014 | Copies | 58 | 5.8 |
| 3/18/2014 | Copies | 16 | 1.6 |
| 3/18/2014 | Copies | 2 | 0.2 |
| 3/18/2014 | Copies | 2 | 0.2 |
| 3/18/2014 | Copies | 5 | 0.5 |
| 3/18/2014 | Binding, Tabs, Disks, etc | 1 | 4.23 |
| 3/18/2014 | Binding, Tabs, Disks, etc | 1 | 8.08 |
| 3/18/2014 | Telephone | 1 | 0.51 |
| 3/18/2014 | Telephone | 1 | 1.02 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-30-

CASSELS BROCK LLP                                                    INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | Description | | |
|---|---|---|---|
| 3/19/2014 | Copies | 3 | 0.3 |
| 3/19/2014 | Copies | 5 | 0.5 |
| 3/19/2014 | Copies | 11 | 1.1 |
| 3/19/2014 | Copies | 16 | 1.6 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 5 | 0.5 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 5 | 0.5 |
| 3/19/2014 | Copies | 3 | 0.3 |
| 3/19/2014 | Copies | 3 | 0.3 |
| 3/19/2014 | Copies | 6 | 0.6 |
| 3/19/2014 | Copies | 10 | 1 |
| 3/19/2014 | Copies | 35 | 3.5 |
| 3/19/2014 | Copies | 34 | 3.4 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Binding, Tabs, Disks, etc | 1 | 5.67 |
| 3/19/2014 | Copies | 3 | 0.3 |
| 3/19/2014 | Copies | 3 | 0.3 |
| 3/19/2014 | Copies | 3 | 0.3 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 26 | 2.6 |
| 3/19/2014 | Copies | 6 | 0.6 |
| 3/19/2014 | Copies | 128 | 12.8 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 3 | 0.3 |
| 3/19/2014 | Copies | 38 | 3.8 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 4 | 0.4 |
| 3/19/2014 | Copies | 2 | 0.2 |
| 3/19/2014 | Copies | 5 | 0.5 |
| 3/19/2014 | Copies | 9 | 0.9 |
| 3/19/2014 | Copies | 15 | 1.5 |
| 3/19/2014 | Copies | 4 | 0.4 |
| 3/19/2014 | Copies | 4 | 0.4 |
| 3/19/2014 | Copies | 3 | 0.3 |
| 3/19/2014 | Copies | 15 | 1.5 |
| 3/19/2014 | Copies | 4 | 0.4 |
| 3/19/2014 | Copies | 26 | 2.6 |
| 3/19/2014 | Copies | 6 | 0.6 |
| 3/20/2014 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-31-

CASSELS BROCK LLP                                    INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Description | | |
|---|---|---|---|
| 3/20/2014 | Copies | 4 | 0.4 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 4 | 0.4 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 5 | 0.5 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 4 | 0.4 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 13 | 1.3 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 5 | 0.5 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 3 | 0.3 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 17 | 1.7 |
| 3/20/2014 | Copies | 5 | 0.5 |
| 3/20/2014 | Copies | 145 | 14.5 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Copies | 2 | 0.2 |
| 3/20/2014 | Library Computer Searches/WestlawNext by C. Selby | 1 | 94 |
| 3/20/2014 | Telephone | 1 | 0.51 |
| 3/21/2014 | Copies | 7 | 0.7 |
| 3/21/2014 | Copies | 145 | 14.5 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 8 | 0.8 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 7 | 0.7 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-32-

CASSELS BROCK LLP                                              INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 2 | 0.2 |
| 3/21/2014 | Copies | 2 | 0.2 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 2 | 0.2 |
| 3/21/2014 | Copies | 5 | 0.5 |
| 3/21/2014 | Copies | 5 | 0.5 |
| 3/21/2014 | Copies | 24 | 2.4 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 2 | 0.2 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Copies | 3 | 0.3 |
| 3/21/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 205 |
| 3/21/2014 | Library Computer Searches/WestlawNext by C. Selby | 1 | 126 |
| 3/24/2014 | Copies | 16 | 1.6 |
| 3/24/2014 | Copies | 3 | 0.3 |
| 3/24/2014 | Copies | 16 | 1.6 |
| 3/24/2014 | Copies | 3 | 0.3 |
| 3/24/2014 | Copies | 2 | 0.2 |
| 3/24/2014 | Copies | 3 | 0.3 |
| 3/24/2014 | Copies | 4 | 0.4 |
| 3/24/2014 | Copies | 10 | 1 |
| 3/24/2014 | Copies | 2 | 0.2 |
| 3/24/2014 | Copies | 5 | 0.5 |
| 3/24/2014 | Copies | 5 | 0.5 |
| 3/24/2014 | Copies | 4 | 0.4 |
| 3/24/2014 | Copies | 3 | 0.3 |
| 3/24/2014 | Copies | 16 | 1.6 |
| 3/24/2014 | Copies | 3 | 0.3 |
| 3/24/2014 | Copies | 3 | 0.3 |
| 3/24/2014 | Copies | 3 | 0.3 |
| 3/24/2014 | Copies | 3 | 0.3 |
| 3/24/2014 | Copies | 2 | 0.2 |
| 3/24/2014 | Copies | 23 | 2.3 |
| 3/24/2014 | Copies | 16 | 1.6 |
| 3/24/2014 | Agency Fees and Disbursements – Reliable Process Servers | 1 | 30 |
| 3/25/2014 | Copies | 7 | 0.7 |
| 3/25/2014 | Copies | 20 | 2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-33-

CASSELS BROCK LLP                                    INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 3/25/2014 | Copies | 14 | 1.4 |
| 3/25/2014 | Copies | 19 | 1.9 |
| 3/25/2014 | Copies | 8 | 0.8 |
| 3/25/2014 | Copies | 5 | 0.5 |
| 3/25/2014 | Copies | 10 | 1 |
| 3/25/2014 | Copies | 8 | 0.8 |
| 3/25/2014 | Copies | 15 | 1.5 |
| 3/25/2014 | Copies | 4 | 0.4 |
| 3/25/2014 | Copies | 10 | 1 |
| 3/25/2014 | Copies | 8 | 0.8 |
| 3/25/2014 | Copies | 224 | 22.4 |
| 3/25/2014 | Copies | 16 | 1.6 |
| 3/25/2014 | Copies | 38 | 3.8 |
| 3/25/2014 | Copies | 8 | 0.8 |
| 3/25/2014 | Copies | 11 | 1.1 |
| 3/25/2014 | Copies | 54 | 5.4 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 100 | 10 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 11 | 1.1 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 26 | 2.6 |
| 3/25/2014 | Copies | 4 | 0.4 |
| 3/25/2014 | Copies | 4 | 0.4 |
| 3/25/2014 | Copies | 4 | 0.4 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 519 | 51.9 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 10 | 1 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Copies | 4 | 0.4 |
| 3/25/2014 | Copies | 4 | 0.4 |
| 3/25/2014 | Copies | 2 | 0.2 |
| 3/25/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 50 |
| 3/25/2014 | Library Computer Searches/Westlaw done by C. Selby | 1 | 242 |
| 3/25/2014 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 3/25/2014 | Binding, Tabs, Disks, etc | 1 | 3.75 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-34-

CASSELS BROCK LLP                                                INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                  Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 3/26/2014 | Copies | 59 | 5.9 |
| 3/26/2014 | Copies | 20 | 2 |
| 3/26/2014 | Copies | 14 | 1.4 |
| 3/26/2014 | Copies | 2 | 0.2 |
| 3/26/2014 | Copies | 8 | 0.8 |
| 3/26/2014 | Copies | 129 | 12.9 |
| 3/26/2014 | Copies | 2 | 0.2 |
| 3/26/2014 | Copies | 5 | 0.5 |
| 3/26/2014 | Copies | 4 | 0.4 |
| 3/26/2014 | Copies | 2 | 0.2 |
| 3/26/2014 | Copies | 2 | 0.2 |
| 3/26/2014 | Copies | 2 | 0.2 |
| 3/26/2014 | Copies | 30 | 3 |
| 3/26/2014 | Copies | 18 | 1.8 |
| 3/26/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 33 |
| 3/26/2014 | Library Computer Searches/Westlaw done by C. Selby | 1 | 381 |
| 3/26/2014 | Binding, Tabs, Disks, etc | 1 | 3 |
| 3/27/2014 | Copies | 36 | 3.6 |
| 3/27/2014 | Copies | 19 | 1.9 |
| 3/27/2014 | Copies | 2 | 0.2 |
| 3/27/2014 | Copies | 21 | 2.1 |
| 3/27/2014 | Copies | 14 | 1.4 |
| 3/27/2014 | Copies | 2 | 0.2 |
| 3/27/2014 | Copies | 9 | 0.9 |
| 3/27/2014 | Copies | 48 | 4.8 |
| 3/27/2014 | Copies | 22 | 2.2 |
| 3/27/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 25 |
| 3/27/2014 | Taxi for M. Wunder on March 27, 2014 | 1 | 13.27 |
| 3/28/2014 | Copies | 4 | 0.4 |
| 3/30/2014 | Copies | 26 | 2.6 |
| 3/30/2014 | Telephone -- Bell Conferencing Inc./M. Wunder | 1 | 3.33 |
| 3/31/2014 | Copies | 2 | 0.2 |
| 3/31/2014 | Copies | 8 | 0.8 |
| 3/31/2014 | Copies | 21 | 2.1 |
| 3/31/2014 | Copies | 2 | 0.2 |
| 3/31/2014 | Copies | 8 | 0.8 |
| 3/31/2014 | Copies | 2 | 0.2 |
| 3/31/2014 | Copies | 19 | 1.9 |
| 3/31/2014 | Copies | 2 | 0.2 |
| 3/31/2014 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-35-

CASSELS BROCK LLP                                          INVOICE 1936713
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 3/31/2014 | Copies | 18 | 1.8 |
| 3/31/2014 | Copies | 2 | 0.2 |
| 3/31/2014 | Copies | 3 | 0.3 |
| 3/31/2014 | Copies | 101 | 10.1 |
| 3/31/2014 | Copies | 4 | 0.4 |
| 3/31/2014 | Copies | 19 | 1.9 |
| 3/31/2014 | Delivery/FedEx | 1 | 94.14 |

**TOTAL**                                          **CDN   $  2,355.18**

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.