# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
MARCH 4, 2014 THROUGH MARCH 31, 2014
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Christopher Selby | Student | Students | | 22.4 | $245.00 | $5,488.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 5.2 | $945.00 | $4,914.00 |
| Keri Wallace | Associate | Financial Restructuring | Ontario - 2012 | 3.7 | $390.00 | $1,443.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 86.3 | $795.00 | $68,608.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 56.6 | $750.00 | $42,450.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 40.8 | $900.00 | $36,720.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 28.8 | $420.00 | $12,096.00 |
| | | | | | | |
| TOTAL | | | | 243.8 | CDN. | $171,719.50 |