## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 4/1/2014 through 4/30/2014

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 50.60 | $44,275.00 |
| J. Borow | Executive Director | $875 | 70.00 | $61,250.00 |
| J. Hyland | Executive Director | $660 | 222.30 | $146,718.00 |
| N. Haslun | Managing Director | $635 | 202.10 | $128,333.50 |
| M. Dansky | Executive Director | $625 | 11.60 | $7,250.00 |
| A. Cowie | Managing Director | $600 | 200.10 | $120,060.00 |
| B. Kullberg | Managing Director | $525 | 10.60 | $5,565.00 |
| B. Frizzell | Director | $440 | 19.60 | $8,624.00 |
| J. Blum | Paraprofessional | $120 | 7.30 | $876.00 |
| M. Haverkamp | Paraprofessional | $120 | 6.90 | $828.00 |
| **For the Period 4/1/2014 through 4/30/2014** | | | **801.10** | **$523,779.50** |