## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 4/1/2014 through 4/30/2014**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 666.20 | $448,403.00 |
| 05. Professional Retention/Fee Application Preparation | 19.70 | $5,181.50 |
| 08. Interaction/Mtgs w Creditors | 12.40 | $9,584.50 |
| 10. Recovery/SubCon/Lien Analysis | 33.70 | $20,652.00 |
| 11. Claim Analysis/Accounting | 9.80 | $6,138.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 5.40 | $3,564.00 |
| 33. Intellectual Property | 53.90 | $30,256.50 |
| **For the Period 4/1/2014 through 4/30/2014** | **801.10** | **$523,779.50** |