# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 4/1/2014 through 4/30/2014**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 4/1/2014 | C. Kearns | 0.20 | Read emails sent from counsel re: ongoing expert discovery process. |
| 4/1/2014 | N. Haslun | 0.20 | Participated in call with N. Stabile of counsel in regards to the allocation process. |
| 4/1/2014 | C. Kearns | 0.30 | Discussed status of expert discovery with F. Hodara (counsel) and J. Rosenthal (Cleary). |
| 4/1/2014 | C. Kearns | 0.30 | Discussed possible construct alternatives with F. Hodara (counsel). |
| 4/1/2014 | C. Kearns | 0.40 | Participated in call with Milbank and counsel to summarize status of Monitor discussions. |
| 4/1/2014 | C. Kearns | 0.50 | Debriefed on key issues with F. Hodara (counsel) in advance of call with Milbank. |
| 4/1/2014 | C. Kearns | 0.70 | Prepared notes on Monitor meeting and key takeaways for discussion with counsel. |
| 4/1/2014 | A. Cowie | 0.90 | Prepared memorandum summarizing alternate allocation scenario in regard to asset allocation process. |
| 4/1/2014 | C. Kearns | 1.00 | Discussed issues with F. Hodara (counsel) re: approach to Monitor meeting and related discussion of potential settlement construct. |
| 4/1/2014 | C. Kearns | 1.10 | Reviewed analyses/ proposals as preparation for meeting with F. Hodara (counsel), Monitor and his counsel. |
| 4/1/2014 | A. Cowie | 1.30 | Responded to counsel query in regard to deposition questions for asset allocation process. |
| 4/1/2014 | C. Kearns | 1.30 | Met with F. Hodara (counsel) and our Canadian counsel (Cassel -- including R. Jacobs and M. Wunder) as prep for allocation meeting with Monitor. |
| 4/1/2014 | C. Kearns | 1.40 | Met with Monitor (M. McDonald), his counsel (J. Carfagnini) and F. Hodara (counsel) to discuss status of allocation litigation and EMEA construct. |
| 4/1/2014 | J. Hyland | 2.00 | Prepared deposition schedules for counsel re: proceeds allocation expert deposition. |
| 4/1/2014 | J. Hyland | 2.20 | Continued reviewing expert report and rebuttal report from a proceeds allocation expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2014 | N. Haslun | 2.40 | Developed deposition exhibits in regards to the allocation process. |
| 4/1/2014 | J. Hyland | 2.50 | Reviewed deposition questions for a proceeds allocation expert deposition. |
| 4/1/2014 | A. Cowie | 2.70 | Continued to prepare model for negotiation purposes in regard to creditor recoveries for the asset allocation process. |
| 4/1/2014 | N. Haslun | 2.70 | Continued to develop deposition exhibits in regards to the allocation process. |
| 4/1/2014 | N. Haslun | 2.70 | Continued to develop deposition exhibits in regards to the allocation process. |
| 4/1/2014 | J. Hyland | 2.80 | Reviewed expert report and rebuttal report from a proceeds allocation expert. |
| 4/1/2014 | A. Cowie | 2.90 | Prepared model for negotiation purposes in regard to creditor recoveries for the asset allocation process. |
| 4/2/2014 | C. Kearns | 0.20 | Participated in conference all with F. Hodara (counsel) regarding his conceptual framework for possible alternative settlement construct. |
| 4/2/2014 | N. Haslun | 0.20 | Developed deposition exhibit in regards to the allocation process. |
| 4/2/2014 | C. Kearns | 0.50 | Read summary of deposition re: a Debtors' allocation expert. |
| 4/2/2014 | J. Hyland | 0.50 | Participated in breakout session during proceeds allocation expert deposition. |
| 4/2/2014 | J. Hyland | 0.50 | Continued to participate in breakout session during proceeds allocation expert deposition. |
| 4/2/2014 | J. Hyland | 0.50 | Continued participating in deposition of a proceeds allocation expert and related breakout session. |
| 4/2/2014 | J. Hyland | 0.70 | Analyzed Fourth Estate settlement of proceeds allocation for counsel. |
| 4/2/2014 | J. Hyland | 1.20 | Continued participating in deposition of a proceeds allocation expert and related breakout session. |
| 4/2/2014 | J. Hyland | 1.30 | Continued participating in deposition of a proceeds allocation expert and related breakout session. |
| 4/2/2014 | N. Haslun | 1.50 | Participated in meeting with F. Hodara, D. Botter, B. Kahn and A. Qureshi (counsel) to discuss allocation scenarios, in regards to the allocation process. |
| 4/2/2014 | J. Hyland | 1.50 | Participated in deposition of proceeds allocation expert. |
| 4/2/2014 | C. Kearns | 1.60 | Met with counsel to outline possible alternatives to settlement construct. |
| 4/2/2014 | C. Kearns | 1.70 | Prepared additional financial analysis at request of counsel re: possible alternatives to settlement construct. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/2/2014 | N. Haslun | 1.70 | Continued to analyze alternative allocation scenarios, in regards to the allocation process. |
| 4/2/2014 | J. Hyland | 1.90 | Reviewed opening expert report and rebuttal report for a deposition of a proceeds allocation expert. |
| 4/2/2014 | J. Hyland | 2.00 | Continued participating in deposition of a proceeds allocation expert and related breakout session. |
| 4/2/2014 | J. Hyland | 2.00 | Continued participating in deposition of a proceeds allocation expert and related breakout session. |
| 4/2/2014 | N. Haslun | 2.30 | Continued to analyze alternative allocation scenarios, in regards to the allocation process. |
| 4/2/2014 | N. Haslun | 2.60 | Analyzed alternative allocation scenarios, in regards to the allocation process. |
| 4/3/2014 | J. Hyland | 0.30 | Continued participating in deposition and breakout session for a proceeds allocation expert. |
| 4/3/2014 | C. Kearns | 0.30 | Conducted further analysis of potential settlement construct. |
| 4/3/2014 | C. Kearns | 0.50 | Read deposition summary re: a certain Debtors' expert. |
| 4/3/2014 | C. Kearns | 0.60 | Read deposition summary of a Debtors' expert. |
| 4/3/2014 | J. Hyland | 0.80 | Continued participating in deposition and breakout session for a proceeds allocation expert. |
| 4/3/2014 | J. Hyland | 1.40 | Participated in deposition and breakout session for a proceeds allocation expert. |
| 4/3/2014 | J. Hyland | 2.10 | Continued participating in deposition and breakout session for a proceeds allocation expert. |
| 4/3/2014 | N. Haslun | 2.40 | Analyzed alternative allocation scenarios in regards to the allocation process. |
| 4/3/2014 | N. Haslun | 2.70 | Developed analysis supporting trial exhibits in regards to the allocation process. |
| 4/3/2014 | J. Hyland | 2.70 | Analyzed proceeds allocation methodology requested by counsel. |
| 4/3/2014 | N. Haslun | 2.90 | Continued to develop analysis supporting trial exhibits in regards to the allocation process. |
| 4/4/2014 | C. Kearns | 0.20 | Participated in conference call with A. Qureshi (counsel) re: certain experts' depositions. |
| 4/4/2014 | C. Kearns | 0.30 | Emailed with counsel responding to questions/ issues arising from deposition transcripts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/4/2014 | N. Haslun | 1.60 | Analyzed deposition summary of a certain Debtors' expert, in regards to the allocation process. |
| 4/4/2014 | N. Haslun | 1.90 | Analyzed the deposition summary of a Debtors' expert, in regards to the allocation process. |
| 4/4/2014 | N. Haslun | 2.20 | Analyzed deposition summary of a Debtors' expert, in regards to the allocation process. |
| 4/4/2014 | N. Haslun | 2.30 | Analyzed the deposition summary of a Debtors' allocation expert, in regards to the allocation process. |
| 4/7/2014 | C. Kearns | 0.80 | Analyzed expert witness deposition transcript. |
| 4/7/2014 | C. Kearns | 1.20 | Read deposition summaries- a Debtors' experts (prepared by counsel). |
| 4/7/2014 | J. Hyland | 1.30 | Reviewed rebuttal reports rebutting a proceeds allocation expert. |
| 4/7/2014 | J. Hyland | 2.60 | Continued reviewing proceeds allocation expert report. |
| 4/7/2014 | N. Haslun | 2.60 | Analyzed the deposition transcript of a Debtors' rebuttal allocation expert, in regards to the allocation process. |
| 4/7/2014 | J. Hyland | 2.70 | Reviewed rebuttal report of proceeds allocation expert. |
| 4/7/2014 | N. Haslun | 2.70 | Continued to analyze the deposition transcript of Debtors' rebuttal allocation expert, in regards to the allocation process. |
| 4/7/2014 | N. Haslun | 2.80 | Continued to analyze the deposition transcript of a Debtors' rebuttal allocation expert, in regards to the allocation process. |
| 4/7/2014 | J. Hyland | 2.90 | Reviewed proceeds allocation expert report from an expert. |
| 4/8/2014 | C. Kearns | 0.20 | Responded to emails from counsel re: additional thoughts on potential settlement construct. |
| 4/8/2014 | C. Kearns | 0.20 | Emailed with counsel re: ongoing status of US expert's deposition. |
| 4/8/2014 | J. Hyland | 0.20 | Conducted call with M. Fagen re: case matters and UCC weekly call. |
| 4/8/2014 | C. Kearns | 0.50 | Read deposition summary of a certain Debtors' expert as prepared by counsel. |
| 4/8/2014 | J. Hyland | 0.80 | Continued participating in portion of deposition of a proceeds allocation expert through live streaming. |
| 4/8/2014 | N. Haslun | 0.80 | Analyzed a Debtors' certain expert deposition summary, in regards to the allocation process. |
| 4/8/2014 | J. Hyland | 0.90 | Continued participating in portion of deposition of a proceeds allocation expert through live streaming. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/8/2014 | J. Hyland | 0.90 | Continued participating in portion of deposition of a proceeds allocation expert through live streaming. |
| 4/8/2014 | J. Hyland | 1.10 | Participated in portion of deposition of a proceeds allocation expert through live streaming. |
| 4/8/2014 | C. Kearns | 1.20 | Finished reading deposition transcript from a Debtors' expert. |
| 4/8/2014 | N. Haslun | 1.80 | Analyzed a Debtors' allocation expert's deposition transcript, in regards to the allocation process. |
| 4/8/2014 | N. Haslun | 2.60 | Analyzed deposition transcript of a Debtors' allocation expert, in regards to the allocation process. |
| 4/8/2014 | A. Cowie | 2.70 | Continued to analyze deposition transcripts in regard to expert reports for asset allocation process. |
| 4/8/2014 | A. Cowie | 2.70 | Continued to analyze deposition transcripts in regard to expert reports for asset allocation process. |
| 4/8/2014 | J. Hyland | 2.70 | Continued participating in deposition of a proceeds allocation expert via live streaming. |
| 4/8/2014 | J. Hyland | 2.80 | Reviewed rebuttal reports rebutting a proceeds allocation expert for upcoming deposition. |
| 4/8/2014 | N. Haslun | 2.80 | Continued to analyze deposition transcript of a Debtors' allocation expert, in regards to the allocation process. |
| 4/8/2014 | A. Cowie | 2.80 | Analyzed deposition transcripts in regard to expert reports for asset allocation process. |
| 4/9/2014 | N. Haslun | 0.90 | Continued to analyze the deposition transcript of a certain Debtors' claimants allocation expert, in regards to the allocation process. |
| 4/9/2014 | C. Kearns | 1.30 | Read deposition summaries prepared by counsel for certain Debtors' experts. |
| 4/9/2014 | N. Haslun | 1.80 | Continued to analyze the deposition transcript of a claimant's allocation expert, in regards to the allocation process. |
| 4/9/2014 | A. Cowie | 2.30 | Continued to analyze deposition transcripts in regard to expert reports for asset allocation process. |
| 4/9/2014 | N. Haslun | 2.50 | Analyzed the deposition transcript of a Debtors' allocation expert, in regards to the allocation process. |
| 4/9/2014 | J. Hyland | 2.60 | Reviewed deposition transcript of a proceeds allocation expert. |
| 4/9/2014 | N. Haslun | 2.80 | Continued to analyze the deposition transcript of a Debtors' allocation expert, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/9/2014 | A. Cowie | 2.80 | Analyzed deposition document in regard to expert report in asset allocation process. |
| 4/10/2014 | C. Kearns | 0.20 | Participated in call with D. Botter (counsel) re: latest on potential settlement discussions. |
| 4/10/2014 | C. Kearns | 0.30 | Emailed with counsel re: trial exhibits. |
| 4/10/2014 | J. Hyland | 0.40 | Provided final comments to counsel re: fact statement declarations. |
| 4/10/2014 | J. Hyland | 0.60 | Provided comments to counsel re: fact statement declaration. |
| 4/10/2014 | J. Hyland | 0.70 | Reviewed additional fact statement declaration from a Debtor. |
| 4/10/2014 | J. Hyland | 0.80 | Reviewed fact statement declaration of a Debtors' employee. |
| 4/10/2014 | J. Hyland | 0.90 | Reviewed final fact statement declaration from a Debtor. |
| 4/10/2014 | J. Hyland | 1.20 | Reviewed fact statement declaration from a Debtor. |
| 4/10/2014 | A. Cowie | 1.80 | Prepared summary discussion points in regard to deposition document produced in asset allocation process. |
| 4/10/2014 | N. Haslun | 1.80 | Continued to analyze a Debtors' allocation expert's deposition transcript, in regards to the allocation process. |
| 4/10/2014 | N. Haslun | 1.80 | Analyzed a Debtors' allocation expert's deposition transcript, in regards to the allocation process. |
| 4/10/2014 | N. Haslun | 2.00 | Continued to analyze a claimant's allocation expert's deposition transcript, in regards to the allocation process. |
| 4/10/2014 | J. Hyland | 2.10 | Continued analyzing proceeds allocation claim recoveries based upon allocation assumptions. |
| 4/10/2014 | N. Haslun | 2.40 | Analyzed a Debtor allocation expert's deposition transcript, in regards to the allocation process. |
| 4/10/2014 | A. Cowie | 2.70 | Continued to analyze deposition document in regard to asset allocation process. |
| 4/10/2014 | A. Cowie | 2.90 | Analyzed deposition document in regard to asset allocation process. |
| 4/11/2014 | N. Haslun | 0.70 | Analyzed the deposition transcript of a Debtors' valuation expert, in regards to the allocation process. |
| 4/11/2014 | N. Haslun | 0.80 | Analyzed Nortel's historical advanced pricing agreements, in regards to the allocation process. |
| 4/11/2014 | C. Kearns | 1.00 | Read deposition transcript of a Debtors' expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/11/2014 | A. Cowie | 1.10 | Continued to prepare analysis of certain deposition document in regard to asset allocation process. |
| 4/11/2014 | N. Haslun | 1.90 | Continued to analyze a Debtors' allocation expert's deposition transcript, in regards to the allocation process. |
| 4/11/2014 | N. Haslun | 1.90 | Continued to analyze a Debtors' allocation expert's deposition transcript, in regards to the allocation process. |
| 4/11/2014 | A. Cowie | 2.10 | Continued to prepare summary discussion points in regard to deposition document produced in asset allocation process. |
| 4/11/2014 | A. Cowie | 2.20 | Prepared analysis of certain deposition document in regard to asset allocation process. |
| 4/11/2014 | J. Hyland | 2.40 | Prepared comparative summary of proceeds allocation issues. |
| 4/11/2014 | J. Hyland | 2.50 | Reviewed transcript of proceeds allocation expert. |
| 4/11/2014 | N. Haslun | 2.70 | Analyzed a Debtors' allocation expert's deposition transcript, in regards to the allocation process. |
| 4/11/2014 | A. Cowie | 2.80 | Prepared summary discussion points in regard to deposition document produced in asset allocation process. |
| 4/14/2014 | C. Kearns | 0.10 | Emailed with counsel re: trial schedule and related issues. |
| 4/14/2014 | C. Kearns | 0.20 | Summarized key points re: a Debtors' declaration. |
| 4/14/2014 | C. Kearns | 0.30 | Participated in conference call with A. Qureshi (counsel) re: next steps for trial preparation. |
| 4/14/2014 | J. Borow | 0.60 | Continued to review various affidavits and declarations in anticipation of litigation and hearings. |
| 4/14/2014 | C. Kearns | 0.80 | Analyzed certain Debtors' witness declarations. |
| 4/14/2014 | C. Kearns | 1.20 | Read "final" witness declarations from a Debtor. |
| 4/14/2014 | N. Haslun | 1.20 | Continued to analyze historical Nortel financial statements in regards to the allocation process. |
| 4/14/2014 | N. Haslun | 1.80 | Continued to analyze witness statements produced by a Debtor, in regards to the allocation process. |
| 4/14/2014 | A. Cowie | 2.10 | Continued to prepare analysis of certain deposition document in regard to asset allocation process. |
| 4/14/2014 | J. Borow | 2.30 | Continued to review of motions and affidavits and expert reports in re: anticipated litigation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/14/2014 | N. Haslun | 2.40 | Analyzed historical Nortel financial statements in regards to the allocation process. |
| 4/14/2014 | A. Cowie | 2.40 | Analyzed deposition document in regard to asset allocation process. |
| 4/14/2014 | J. Hyland | 2.60 | Continued reviewing witness affidavits. |
| 4/14/2014 | J. Borow | 2.70 | Reviewed various affidavits and declarations in anticipation of litigation and hearings. |
| 4/14/2014 | A. Cowie | 2.70 | Prepared analysis of certain deposition document in regard to asset allocation process. |
| 4/14/2014 | J. Hyland | 2.70 | Continued reviewing witness affidavits. |
| 4/14/2014 | N. Haslun | 2.80 | Analyzed witness statements produced by a Debtor, in regards to the allocation process. |
| 4/14/2014 | J. Hyland | 2.80 | Analyzed witness affidavits and related transcripts. |
| 4/14/2014 | J. Hyland | 2.90 | Reviewed witness affidavits re: proceeds allocation trial. |
| 4/15/2014 | C. Kearns | 0.20 | Summarized key points re: a Debtors' declaration. |
| 4/15/2014 | C. Kearns | 0.20 | Read summary prepared by counsel of motions/ cross motions re: possible exclusion of certain expert witnesses. |
| 4/15/2014 | C. Kearns | 0.30 | Emailed with counsel re: allocation litigation related matters. |
| 4/15/2014 | C. Kearns | 0.80 | Read witness declarations for a certain Debtors' fact witnesses. |
| 4/15/2014 | N. Haslun | 0.90 | Continued to analyze historical Nortel financial information in regards to the allocation process. |
| 4/15/2014 | J. Borow | 1.20 | Continued to review various affidavits and declarations and recently files motions in anticipation of litigation and hearings. |
| 4/15/2014 | A. Cowie | 1.30 | Continued to analyze deposition document in regard to asset allocation process. |
| 4/15/2014 | J. Hyland | 1.30 | Continued preparing analysis for counsel re: affidavits. |
| 4/15/2014 | J. Hyland | 2.00 | Reviewed trial exhibits for proceeds allocation. |
| 4/15/2014 | N. Haslun | 2.10 | Continued to analyze the witness statements produced by one of the Debtors in regards to the allocation process. |
| 4/15/2014 | N. Haslun | 2.20 | Analyzed the witness statements produced by a Debtor in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/15/2014 | A. Cowie | 2.20 | Analyzed deposition document in regard to asset allocation process. |
| 4/15/2014 | J. Borow | 2.40 | Reviewed various affidavits and declarations and recently files motions in anticipation of litigation and hearings. |
| 4/15/2014 | J. Borow | 2.40 | Continued to review of motions and affidavits and expert reports in re anticipated litigation. |
| 4/15/2014 | A. Cowie | 2.40 | Continued to analyze witness statements in regard to asset allocation process. |
| 4/15/2014 | N. Haslun | 2.40 | Continued to analyze the witness statements produced by a Debtor in regards to the allocation process. |
| 4/15/2014 | N. Haslun | 2.70 | Analyzed historical Nortel financial information in regards to the allocation process. |
| 4/15/2014 | J. Hyland | 2.80 | Continued preparing analysis for counsel re: affidavits. |
| 4/15/2014 | A. Cowie | 2.80 | Analyzed witness statements in regard to asset allocation process. |
| 4/15/2014 | J. Hyland | 2.90 | Prepared analysis for counsel re: affidavits. |
| 4/16/2014 | C. Kearns | 0.20 | Participated in conference call with A. Qureshi (counsel) re: expert deposition. |
| 4/16/2014 | J. Borow | 0.20 | Continued to review of motions and affidavits and expert reports in re anticipated litigation. |
| 4/16/2014 | J. Borow | 0.40 | Continued to review various affidavits and declarations in anticipation of litigation and hearings. |
| 4/16/2014 | C. Kearns | 0.80 | Continued to read a Debtors' witness declarations. |
| 4/16/2014 | N. Haslun | 1.20 | Continued to analyze the witness statements and exhibits submitted by a Debtor, in regards to the allocation process. |
| 4/16/2014 | N. Haslun | 1.50 | Continued to analyze the witness statements submitted by a claimant, in regards to the allocation process. |
| 4/16/2014 | N. Haslun | 1.80 | Continued to analyze the witness statements and exhibits submitted by a Debtor, in regards to the allocation process. |
| 4/16/2014 | A. Cowie | 1.90 | Continued to analyze a certain Debtors' allocation experts reports and associated rebuttal reports in preparation for trial. |
| 4/16/2014 | C. Kearns | 2.10 | Read deposition transcript for a Debtors' expert. |
| 4/16/2014 | A. Cowie | 2.10 | Continued to analyze a certain Debtors' allocation experts reports and associated rebuttal reports in preparation for trial. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/16/2014 | J. Hyland | 2.10 | Continued reviewing exhibits referenced in fact statement declarations. |
| 4/16/2014 | J. Hyland | 2.60 | Continued reviewing potential trial exhibits for proceeds allocation. |
| 4/16/2014 | J. Hyland | 2.70 | Reviewed exhibits referenced in fact statement declarations. |
| 4/16/2014 | N. Haslun | 2.70 | Analyzed the witness statements submitted by a claimant, in regards to the allocation process. |
| 4/16/2014 | J. Hyland | 2.80 | Reviewed potential trial exhibits for proceeds allocation. |
| 4/16/2014 | A. Cowie | 2.80 | Analyzed a certain Debtors' allocation experts reports and associated rebuttal reports in preparation for trial. |
| 4/16/2014 | J. Borow | 2.90 | Reviewed various affidavits and declarations in anticipation of litigation and hearings. |
| 4/16/2014 | J. Borow | 2.90 | Continued to review of motions and affidavits and expert reports in re anticipated litigation. |
| 4/16/2014 | A. Cowie | 2.90 | Continued to analyze a certain Debtors' allocation experts reports and associated rebuttal reports in preparation for trial. |
| 4/16/2014 | N. Haslun | 2.90 | Analyzed the witness statements and exhibits submitted by a Debtor, in regards to the allocation process. |
| 4/17/2014 | C. Kearns | 0.50 | Reviewed draft motion to strike certain expert testimony. |
| 4/17/2014 | N. Haslun | 0.60 | Continued to analyze the witness statements produced by a claimant, in regards to the allocation process. |
| 4/17/2014 | J. Borow | 0.80 | Continued to review various affidavits and declarations in anticipation of litigation and hearings. |
| 4/17/2014 | C. Kearns | 0.80 | Analyzed expert witness transcript and related exhibits. |
| 4/17/2014 | C. Kearns | 1.10 | Continued to read/ analyze witness declarations of a certain Debtor. |
| 4/17/2014 | N. Haslun | 1.10 | Continued to analyze the witness statements produced by a claimant, in regards to the allocation process. |
| 4/17/2014 | N. Haslun | 1.50 | Continued to analyze the witness statements produced by a certain Debtor, in regards to the allocation process. |
| 4/17/2014 | J. Hyland | 1.70 | Reviewed summary of deposition related to proceeds allocation expert and analyzed cited documents. |
| 4/17/2014 | J. Borow | 1.90 | Continued to review of motions and affidavits and expert reports in re anticipated litigation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/17/2014 | N. Haslun | 2.10 | Analyzed the witness statements produced by a Debtor, in regards to the allocation process. |
| 4/17/2014 | N. Haslun | 2.30 | Continued to analyze the witness statements produced by a Debtor, in regards to the allocation process. |
| 4/17/2014 | A. Cowie | 2.30 | Continued to analyze a certain Debtors' allocation experts reports and associated rebuttal reports in preparation for trial. |
| 4/17/2014 | J. Borow | 2.50 | Reviewed various affidavits and declarations in anticipation of litigation and hearings. |
| 4/17/2014 | J. Hyland | 2.50 | Continued preparing analysis of an affidavit for counsel. |
| 4/17/2014 | N. Haslun | 2.50 | Analyzed the witness statements produced by a claimant, in regards to the allocation process. |
| 4/17/2014 | J. Hyland | 2.70 | Reviewed deposition transcript for a proceeds allocation expert. |
| 4/17/2014 | A. Cowie | 2.70 | Continued to analyze a certain Debtors' allocation experts reports and associated rebuttal reports in preparation for trial. |
| 4/17/2014 | J. Hyland | 2.80 | Prepared analysis of an affidavit for counsel. |
| 4/17/2014 | A. Cowie | 2.80 | Continued to analyze a certain Debtors' allocation experts reports and associated rebuttal reports in preparation for trial. |
| 4/17/2014 | A. Cowie | 2.90 | Analyzed a certain Debtors' allocation experts reports and associated rebuttal reports in preparation for trial. |
| 4/18/2014 | C. Kearns | 0.10 | Prepared for call with Cleary and counsel re: Canada witness declarations. |
| 4/18/2014 | C. Kearns | 0.40 | Reviewed memo for counsel re: witness declarations. |
| 4/18/2014 | J. Hyland | 0.50 | Participated on call with A. Qureshi and D. Botter (both from counsel) re: fact statements. |
| 4/18/2014 | C. Kearns | 0.50 | Participated in call with counsel to discuss issues for possible cross - Canada witness declarations. |
| 4/18/2014 | J. Borow | 0.60 | Continued to review various affidavits and declarations in anticipation of litigation and hearings. |
| 4/18/2014 | J. Hyland | 0.70 | Participated on call with D. Stein, J. Bromley (each of Cleary), A. Qureshi, and D. Botter (each of counsel) re: fact statements. |
| 4/18/2014 | C. Kearns | 0.70 | Participated in call with Cleary and counsel re: Canada witness declarations. |
| 4/18/2014 | N. Haslun | 1.10 | Continued to analyze the a Debtors' witness statements, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 4/18/2014 | J. Borow | 1.60 | Continued to review of motions and affidavits and expert reports in re anticipated litigation. |
| 4/18/2014 | N. Haslun | 2.00 | Analyzed the witness statements submitted by a Debtor, in regards to the allocation process. |
| 4/18/2014 | N. Haslun | 2.10 | Analyzed the a Debtors' witness statements, in regards to the allocation process. |
| 4/18/2014 | A. Cowie | 2.30 | Continued to analyze witness declarations as prepared in the asset allocation process. |
| 4/18/2014 | A. Cowie | 2.30 | Continued to analyze witness declarations as prepared in the asset allocation process. |
| 4/18/2014 | J. Hyland | 2.60 | Revised affidavit summary for a deponent. |
| 4/18/2014 | J. Borow | 2.70 | Reviewed various affidavits and declarations in anticipation of litigation and hearings. |
| 4/18/2014 | J. Hyland | 2.80 | Finalized analysis for counsel re: affidavits. |
| 4/18/2014 | N. Haslun | 2.80 | Continued to analyze the witness statements submitted by a Debtor, in regards to the allocation process. |
| 4/18/2014 | A. Cowie | 2.80 | Analyzed witness declarations as prepared in the asset allocation process. |
| 4/18/2014 | A. Cowie | 2.90 | Prepared trial related analyses and exhibits for counsel in regard to asset allocation process. |
| 4/18/2014 | J. Hyland | 2.90 | Identified allocation documents for counsel to use as trial exhibits. |
| 4/18/2014 | J. Hyland | 2.90 | Continued to finalize analysis for counsel re: affidavits. |
| 4/21/2014 | J. Hyland | 0.10 | Reviewed US Debtor counsel's letter regarding allocation affidavit. |
| 4/21/2014 | C. Kearns | 0.20 | Participated in conference call with A. Qureshi (counsel) re: cost sharing related issues. |
| 4/21/2014 | C. Kearns | 0.50 | Analyzed documents related to possible cross examination of a certain Debtors' witnesses. |
| 4/21/2014 | J. Hyland | 1.30 | Reviewed section of affidavit re: proceeds allocation. |
| 4/21/2014 | C. Kearns | 1.70 | Completed reading a Debtors' witness declarations. |
| 4/21/2014 | A. Cowie | 1.80 | Continued to prepare trial related analysis and exhibits for counsel in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/21/2014 | J. Borow | 2.10 | Continued to review affidavits of opposing witnesses and comment on accuracy and other issues. |
| 4/21/2014 | J. Hyland | 2.10 | Analyzed deposition transcript from a proceeds allocation expert. |
| 4/21/2014 | J. Borow | 2.30 | Reviewed affidavits of opposing witnesses and comment on accuracy and other issues. |
| 4/21/2014 | N. Haslun | 2.40 | Analyzed the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/21/2014 | J. Hyland | 2.50 | Reviewed transcript of deposition from a proceeds allocation expert. |
| 4/21/2014 | N. Haslun | 2.50 | Continued to analyze the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/21/2014 | A. Cowie | 2.60 | Continued to analyze witness declarations as prepared in the asset allocation process. |
| 4/21/2014 | N. Haslun | 2.60 | Continued to analyze the trial exhibits produced by Debtor, in regards to the allocation process. |
| 4/21/2014 | A. Cowie | 2.70 | Analyzed witness declarations as prepared in the asset allocation process. |
| 4/21/2014 | J. Hyland | 2.80 | Reviewed deposition transcript for a proceeds allocation expert. |
| 4/21/2014 | N. Haslun | 2.80 | Continued to analyze the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/21/2014 | A. Cowie | 2.90 | Prepared trial related analysis and exhibits for counsel in regard to asset allocation process. |
| 4/22/2014 | J. Hyland | 0.10 | Conducted call with B. Kahn re: Nortel reporting for proceeds allocation. |
| 4/22/2014 | J. Hyland | 0.20 | Conducted call with M. Kennedy (Chilmark) re: proceeds allocation assumption. |
| 4/22/2014 | C. Kearns | 0.50 | Reviewed documents as preparation for call with Cleary re: Canada cross. |
| 4/22/2014 | C. Kearns | 0.70 | Participated in conference call with counsel and Cleary to discuss issues for possible cross of Canada declarations. |
| 4/22/2014 | J. Hyland | 0.70 | Participated in call with D. Stein (Cleary) and counsel re: statements made in a fact statement affidavit. |
| 4/22/2014 | C. Kearns | 1.40 | Reviewed motions to strike an expert and related expert reports/ documents relied on to refute. |
| 4/22/2014 | A. Cowie | 1.90 | Continued to prepare documents and analysis for counsel in regard to trial preparation of Debtors' witness. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/22/2014 | J. Hyland | 1.90 | Continued reviewing deposition transcripts for the treatment of a proceeds allocation assumption. |
| 4/22/2014 | N. Haslun | 2.30 | Continued to analyze the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/22/2014 | J. Borow | 2.40 | Continued to review affidavits of opposing witnesses and comment on accuracy and other issues. |
| 4/22/2014 | B. Kullberg | 2.50 | Prepared draft analysis for reply brief. |
| 4/22/2014 | J. Borow | 2.60 | Reviewed affidavits of opposing witnesses and comment on accuracy and other issues. |
| 4/22/2014 | A. Cowie | 2.60 | Continued to analyze witness declarations as prepared in asset allocation process. |
| 4/22/2014 | N. Haslun | 2.60 | Continued to analyze the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/22/2014 | N. Haslun | 2.70 | Analyzed the trial exhibits produced by Debtor, in regards to the allocation process. |
| 4/22/2014 | A. Cowie | 2.80 | Prepared documents and analysis for counsel in regard to trial preparation of Debtors' witness. |
| 4/22/2014 | J. Hyland | 2.90 | Reviewed motion to exclude experts related to a proceeds allocation assumption. |
| 4/22/2014 | J. Hyland | 2.90 | Reviewed deposition transcripts for the treatment of a proceeds allocation assumption. |
| 4/22/2014 | N. Haslun | 2.90 | Continued to analyze the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/22/2014 | A. Cowie | 2.90 | Analyzed witness declarations as prepared in asset allocation process. |
| 4/23/2014 | N. Haslun | 0.90 | Continued to analyze the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/23/2014 | C. Kearns | 1.30 | Read an expert's transcript and considered in light of pending motion to strike. |
| 4/23/2014 | C. Kearns | 1.90 | Completed reading expert witness transcript and key documents to finalize memo for counsel to respond to motion to strike. |
| 4/23/2014 | A. Cowie | 2.10 | Continued to prepare analysis and related discussion points in regard to expert witness trial preparation for counsel in regard to the asset allocation process. |
| 4/23/2014 | N. Haslun | 2.10 | Continued to analyze the trial exhibits produced by one of the Debtors, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/23/2014 | A. Cowie | 2.30 | Prepared analysis and related discussion points in regard to expert witness trial preparation for counsel in regard to the asset allocation process. |
| 4/23/2014 | N. Haslun | 2.30 | Analyzed the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/23/2014 | N. Haslun | 2.40 | Continued to analyze the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/23/2014 | B. Kullberg | 2.50 | Revised draft analysis for reply brief. |
| 4/23/2014 | J. Hyland | 2.60 | Reviewed motion to strike a methodology used by certain proceeds allocation experts. |
| 4/23/2014 | J. Borow | 2.60 | Reviewed affidavits of opposing witnesses and comment on accuracy and other issues. |
| 4/23/2014 | N. Haslun | 2.70 | Continued to analyze the trial exhibits produced by Debtor, in regards to the allocation process. |
| 4/23/2014 | A. Cowie | 2.80 | Continued to analyze witness declarations in regard to asset allocation process. |
| 4/23/2014 | J. Hyland | 2.80 | Analyzed a proceeds allocation expert's cited references and related summary. |
| 4/23/2014 | A. Cowie | 2.90 | Analyzed certain witness declaration in regard to asset allocation process. |
| 4/24/2014 | J. Hyland | 0.10 | Conducted call with R. Johnson (counsel) re: expert exhibits. |
| 4/24/2014 | C. Kearns | 0.20 | Analyzed Canadian Creditor's Committee allocation theory and related issues. |
| 4/24/2014 | J. Hyland | 0.30 | Conducted call with J. Sorkin (counsel) re: proceeds allocation expert response to motion. |
| 4/24/2014 | J. Hyland | 0.50 | Reviewed response from a certain expert related to proceeds allocation matter. |
| 4/24/2014 | C. Kearns | 1.30 | Reviewed draft reply affidavits for a Debtor and provide comments to counsel. |
| 4/24/2014 | J. Borow | 1.40 | Reviewed additional issues regarding pre-trial briefs. |
| 4/24/2014 | A. Cowie | 1.80 | Continued to analyze estate exhibits in regard to asset allocation process. |
| 4/24/2014 | J. Hyland | 2.00 | Continued reviewing motion to exclude expert related to a proceeds allocation assumption. |
| 4/24/2014 | N. Haslun | 2.40 | Continued to analyze trial exhibits produced by a certain Debtor, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/24/2014 | N. Haslun | 2.50 | Continued to analyze trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/24/2014 | N. Haslun | 2.70 | Analyzed trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/24/2014 | A. Cowie | 2.80 | Continued to prepare analyses for counsel in preparation of expert witness in regard to asset allocation process. |
| 4/24/2014 | N. Haslun | 2.80 | Continued to analyze trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/24/2014 | A. Cowie | 2.80 | Analyzed estate trial exhibits in regard to asset allocation process. |
| 4/24/2014 | J. Hyland | 2.90 | Reviewed motion to exclude expert related to a proceeds allocation assumption. |
| 4/24/2014 | A. Cowie | 2.90 | Prepared analyses for counsel in preparation of expert witness in regard to asset allocation process. |
| 4/25/2014 | C. Kearns | 1.00 | Reviewed penultimate draft of reply affidavits for a Debtor. |
| 4/25/2014 | N. Haslun | 1.60 | Continued to analyze trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/25/2014 | J. Hyland | 2.10 | Continued reviewing trial exhibits submitted by another estate. |
| 4/25/2014 | N. Haslun | 2.20 | Continued to analyze trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/25/2014 | A. Cowie | 2.30 | Continued to analyze estate exhibits in regard to asset allocation process. |
| 4/25/2014 | N. Haslun | 2.30 | Analyzed trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/25/2014 | J. Borow | 2.40 | Continued to review and analysis of exhibits to various expert docs and related submissions. |
| 4/25/2014 | J. Hyland | 2.60 | Reviewed trial exhibits submitted by another estate. |
| 4/25/2014 | J. Borow | 2.60 | Reviewed and analyzed exhibits of various expert documents and related submissions. |
| 4/25/2014 | A. Cowie | 2.70 | Continued to analyze estate exhibits in regard to asset allocation process. |
| 4/25/2014 | A. Cowie | 2.80 | Continued to analyze estate exhibits in regard to asset allocation process. |
| 4/25/2014 | J. Hyland | 2.80 | Continued reviewing trial exhibits submitted by an estate. |
| 4/25/2014 | J. Hyland | 2.90 | Reviewed trial exhibits submitted by an estate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/25/2014 | N. Haslun | 2.90 | Continued to analyze trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/25/2014 | A. Cowie | 2.90 | Analyzed estate exhibits in regard to asset allocation process. |
| 4/28/2014 | J. Hyland | 0.10 | Conducted call with R. Johnson (counsel) re: proceeds allocation exhibits. |
| 4/28/2014 | C. Kearns | 0.30 | Emailed with counsel re: upcoming schedule and work streams. |
| 4/28/2014 | J. Borow | 0.40 | Continued to review and analyzed exhibits of various expert documents and related submissions. |
| 4/28/2014 | C. Kearns | 0.50 | Discussed status of pre-trial brief with counsel. |
| 4/28/2014 | C. Kearns | 0.70 | Read draft replies to motions to strike certain Debtors' expert opinions. |
| 4/28/2014 | N. Haslun | 1.10 | Continued to analyze a Debtors' trial exhibits in regards to the allocation process. |
| 4/28/2014 | N. Haslun | 1.60 | Continued to analyze a Debtors' trial exhibits in regards to the allocation process. |
| 4/28/2014 | A. Cowie | 1.80 | Continued to analyze pre-trial brief in regard to asset allocation process. |
| 4/28/2014 | J. Hyland | 2.00 | Reviewed draft response to reply brief to exclude a proceeds allocation expert. |
| 4/28/2014 | A. Cowie | 2.30 | Continued to analyze pre-trial brief in regard to asset allocation process. |
| 4/28/2014 | J. Borow | 2.40 | Continued to review and analysis of exhibits to various expert docs and related submissions. |
| 4/28/2014 | N. Haslun | 2.40 | Analyzed a Debtors' trial exhibits in regards to the allocation process. |
| 4/28/2014 | N. Haslun | 2.50 | Analyzed a Debtors' trial exhibits in regards to the allocation process. |
| 4/28/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation exhibits from estates. |
| 4/28/2014 | J. Borow | 2.80 | Reviewed and analyzed exhibits of various expert documents and related submissions. |
| 4/28/2014 | A. Cowie | 2.80 | Continued to analyze pre-trial brief in regard to asset allocation process. |
| 4/28/2014 | J. Hyland | 2.90 | Reviewed proceeds allocation exhibits from an estate. |
| 4/28/2014 | N. Haslun | 2.90 | Analyzed the trial exhibits produced by a Debtor, in regards to the allocation process. |
| 4/28/2014 | A. Cowie | 2.90 | Analyzed pre-trial brief in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/29/2014 | J. Borow | 0.90 | Continued to review pre-trial briefs and related exhibits. |
| 4/29/2014 | J. Borow | 0.90 | Continued to review of pre-trial briefs and related exhibits. |
| 4/29/2014 | N. Haslun | 1.40 | Analyzed a Debtors' trial exhibits in regards to the allocation process. |
| 4/29/2014 | N. Haslun | 1.40 | Analyzed a Debtors' draft trial demonstratives, in regards to the allocation process. |
| 4/29/2014 | N. Haslun | 1.90 | Continued to analyze a Debtors' draft pre-trial brief in regards to the allocation process. |
| 4/29/2014 | A. Cowie | 2.30 | Continued to analyze pre-trial brief in regard to asset allocation process. |
| 4/29/2014 | A. Cowie | 2.40 | Continued to analyze pre-trial brief in regard to asset allocation process. |
| 4/29/2014 | C. Kearns | 2.50 | Read and commented on draft of a Debtors' pre-trial brief. |
| 4/29/2014 | J. Hyland | 2.50 | Continued reviewing opening brief and provided comments to counsel. |
| 4/29/2014 | N. Haslun | 2.60 | Continued to analyze a Debtors' draft pre-trial brief in regards to the allocation process. |
| 4/29/2014 | J. Borow | 2.70 | Reviewed pre-trial briefs and related exhibits. |
| 4/29/2014 | J. Hyland | 2.70 | Prepared comments for counsel re: opening proceeds allocation brief. |
| 4/29/2014 | A. Cowie | 2.80 | Continued to analyze and provide comments on pre-trial brief in regard to asset allocation process. |
| 4/29/2014 | J. Hyland | 2.80 | Continued reviewing opening brief and provided comments to counsel. |
| 4/29/2014 | A. Cowie | 2.80 | Analyzed draft pre-trial brief in regard to asset allocation process. |
| 4/29/2014 | N. Haslun | 2.80 | Analyzed a Debtors' draft pre-trial brief in regards to the allocation |
| 4/29/2014 | J. Hyland | 2.90 | Reviewed opening brief and provided comments to counsel. |
| 4/29/2014 | J. Borow | 2.90 | Continued to review of pre-trial briefs and related exhibits. |
| 4/30/2014 | J. Borow | 0.40 | Continued to review of pre-trial briefs and related exhibits. |
| 4/30/2014 | B. Kullberg | 1.00 | Reviewed draft of a Debtors' opening brief on IP allocation approach. |
| 4/30/2014 | J. Hyland | 1.50 | Continued reviewing opening creditor proceeds allocation brief. |
| 4/30/2014 | A. Cowie | 1.60 | Continued to analyze and provide comments on pre-trial brief in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/30/2014 | N. Haslun | 1.80 | Continued to analyze Nortel historical financial information, in regards to the allocation process. |
| 4/30/2014 | A. Cowie | 1.80 | Continued to analyze and provide comments on pre-trial brief in regard to asset allocation process. |
| 4/30/2014 | C. Kearns | 2.10 | Read next pass of draft pre-trial brief and opening exhibits. |
| 4/30/2014 | N. Haslun | 2.10 | Continued to analyze the Exhibits of the a Debtors' rebuttal allocation expert, in regards to the allocation process. |
| 4/30/2014 | A. Cowie | 2.10 | Continued to analyze and provide comments on pre-trial brief in regard to asset allocation process. |
| 4/30/2014 | J. Hyland | 2.30 | Continued reviewing rebuttal submissions re: a proceeds allocation methodology. |
| 4/30/2014 | N. Haslun | 2.40 | Analyzed the Exhibits of a Debtors' rebuttal allocation expert, in regards to the allocation process. |
| 4/30/2014 | J. Borow | 2.60 | Continued to review pre-trial briefs and related exhibits. |
| 4/30/2014 | N. Haslun | 2.60 | Analyzed Nortel historical financial information, in regards to the allocation process. |
| 4/30/2014 | J. Borow | 2.70 | Continued to review of pre-trial briefs and related exhibits. |
| 4/30/2014 | J. Hyland | 2.90 | Reviewed rebuttal submissions re: a proceeds allocation methodology. |
| 4/30/2014 | J. Hyland | 2.90 | Reviewed opening creditor proceeds allocation brief. |
| 4/30/2014 | N. Haslun | 2.90 | Analyzed the new draft of a Debtors' pre-trial brief, in regards to the allocation process. |
| 4/30/2014 | A. Cowie | 2.90 | Analyzed draft pre-trial brief and provide comments in regard to asset allocation process. |
| Subtotal | | 666.20 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2014 | A. Cowie | 0.30 | Analyzed February 2014 fee application. |
| 4/1/2014 | J. Blum | 1.00 | Worked on February's pre-bill. |
| 4/1/2014 | J. Blum | 2.50 | Worked on February's pre-bill. |
| 4/1/2014 | M. Haverkamp | 2.50 | Prepared February's fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/2/2014 | J. Blum | 1.00 | Worked on February's pre-bill. |
| 4/2/2014 | M. Haverkamp | 1.00 | Prepared February's fee application. |
| 4/3/2014 | J. Blum | 0.30 | Worked on February's pre-bill. |
| 4/3/2014 | M. Haverkamp | 0.30 | Prepared February's fee application. |
| 4/3/2014 | J. Hyland | 1.00 | Reviewed February's fee application draft. |
| 4/9/2014 | A. Cowie | 0.80 | Analyzed March's fee application. |
| 4/9/2014 | J. Hyland | 1.50 | Reviewed and finalized February's fee application. |
| 4/10/2014 | M. Haverkamp | 0.30 | Prepared February's fee application. |
| 4/15/2014 | J. Blum | 0.70 | Prepared March's Fee Application. |
| 4/15/2014 | J. Blum | 1.30 | Prepared March's Fee Application. |
| 4/15/2014 | M. Haverkamp | 1.60 | Prepared March's fee application. |
| 4/17/2014 | J. Blum | 0.50 | Prepared March's Fee Application. |
| 4/21/2014 | M. Haverkamp | 1.20 | Prepared March's fee application. |
| 4/24/2014 | C. Kearns | 0.10 | Reviewed March's fee application status. |
| 4/30/2014 | A. Cowie | 1.80 | Reviewed March's fee application. |
| Subtotal | | .19.70 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/3/2014 | A. Cowie | 0.60 | Prepared discussion points and supporting analysis for weekly UCC call. |
| 4/3/2014 | C. Kearns | 0.90 | Participated in call with UCC re: litigation update. |
| 4/10/2014 | A. Cowie | 0.70 | Prepared discussion points for weekly UCC meeting. |
| 4/10/2014 | C. Kearns | 0.80 | Participated on UCC conference call re: litigation status. |
| 4/10/2014 | J. Hyland | 0.80 | Participated in weekly call with UCC members and UCC professionals. |
| 4/10/2014 | J. Hyland | 0.80 | Participated in follow-up discussions with counsel re: UCC weekly call. |

**Capstone Advisory Group, LLC**
**Invoice for the 4/1/2014-4/30/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/10/2014 | J. Borow | 1.50 | Prepared to attend and participate in meeting with UCC and professionals. |
| 4/17/2014 | J. Hyland | 0.70 | Participated in weekly UCC call with UCC members and professionals. |
| 4/17/2014 | J. Borow | 0.70 | Participated in weekly meeting with UCC and professionals. |
| 4/18/2014 | J. Borow | 0.30 | Prepared to attend and participate in discussion with UCC professionals re: review and analysis of affidavit. |
| 4/18/2014 | J. Borow | 1.20 | Prepared to attend and participate in discussion with UCC professionals and professionals to Debtor re: review and analysis of affidavit. |
| 4/24/2014 | J. Hyland | 0.30 | Reviewed documents distributed by counsel to the UCC for the UCC call. |
| 4/24/2014 | J. Borow | 0.50 | Prepared for meeting of UCC, advisors and counsels. |
| 4/24/2014 | J. Hyland | 0.60 | Participated in weekly call with UCC members and professionals. |
| 4/24/2014 | C. Kearns | 0.60 | Participated in UCC call to discuss trial preparation status. |
| 4/24/2014 | J. Borow | 0.60 | Participated in meeting of UCC, advisors and counsels. |
| 4/24/2014 | A. Cowie | 0.80 | Prepared analyses and discussion points for weekly UCC call. |
| Subtotal | | 12.40 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/2/2014 | A. Cowie | 2.50 | Continued to prepare model for updated set of recovery assumptions as based on information presented by other estates in asset allocation process. |
| 4/2/2014 | A. Cowie | 2.80 | Continued to prepare model for updated set of recovery assumptions as based on information presented by other estates in asset allocation process. |
| 4/2/2014 | A. Cowie | 2.90 | Prepared model for updated set of recovery assumptions as based on information presented by other estates in asset allocation process. |
| 4/3/2014 | A. Cowie | 2.30 | Continued to prepare creditor recovery model in regard to updated allocation assumptions presented in asset allocation process. |
| 4/3/2014 | A. Cowie | 2.60 | Continued to prepare creditor recovery model in regard to updated allocation assumptions presented in asset allocation process. |
| 4/3/2014 | A. Cowie | 2.80 | Prepared creditor recovery model in regard to updated allocation assumptions presented in asset allocation process. |
| 4/4/2014 | A. Cowie | 2.70 | Continued to analyze bond holder interest returns in recovery scenarios. |
| 4/4/2014 | A. Cowie | 2.80 | Analyzed bond holder interest returns in recovery scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/7/2014 | A. Cowie | 2.30 | Continued to prepare revised recovery model in regard to asset allocation process. |
| 4/7/2014 | A. Cowie | 2.80 | Prepared revised recovery model in regard to asset allocation process. |
| 4/9/2014 | J. Hyland | 1.60 | Continued preparing claim recovery analysis for an allocation approach. |
| 4/9/2014 | J. Hyland | 2.90 | Prepared claim recovery analysis for an allocation approach. |
| 4/10/2014 | J. Hyland | 2.70 | Analyzed proceeds allocation claim recoveries based upon allocation assumptions. |
| Subtotal | | 33.70 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/1/2014 | J. Hyland | 1.10 | Prepared analysis for counsel re: claims and resulting recoveries for proceeds allocation purposes. |
| 4/4/2014 | A. Cowie | 2.60 | Prepared updated interest calculations for U.S. claims base. |
| 4/7/2014 | A. Cowie | 2.20 | Prepared updated analysis of U.S. claims base interest calculations. |
| 4/9/2014 | A. Cowie | 0.70 | Analyzed U.S. claims base interest calculations. |
| 4/11/2014 | J. Hyland | 1.00 | Reviewed bond interest calculations. |
| 4/11/2014 | J. Hyland | 1.60 | Reviewed current Canadian claims detail. |
| 4/21/2014 | J. Hyland | 0.10 | Conducted call with B. Kahn (counsel) re: Canadian claims. |
| 4/21/2014 | J. Hyland | 0.20 | Reviewed Goodman's 4/21/14 letter re: bond claims. |
| 4/21/2014 | J. Hyland | 0.30 | Analyzed Canadian claims. |
| Subtotal | | 9.80 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/1/2014 | J. Hyland | 1.30 | Reviewed cash analysis for counsel. |
| 4/3/2014 | J. Hyland | 0.90 | Reviewed cash balances by estate. |
| 4/11/2014 | J. Hyland | 2.10 | Analyzed cash activity and potential cash balances at end of case. |
| 4/24/2014 | J. Hyland | 1.10 | Reviewed cash flow forecast from a Debtor. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 5.40 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2014 | B. Frizzell | 0.30 | Reviewed notes and materials from deposition re: IP proceeds allocation. |
| 4/2/2014 | B. Frizzell | 0.50 | Reviewed analyses re: IP proceeds allocation. |
| 4/3/2014 | B. Frizzell | 0.60 | Reviewed documents re: IP proceeds allocation. |
| 4/3/2014 | B. Frizzell | 0.80 | Reviewed expert materials re: IP proceeds allocation. |
| 4/3/2014 | M. Dansky | 0.90 | Analyzed IP positions and related exhibits. |
| 4/3/2014 | B. Kullberg | 1.00 | Participated in call with counsel re: IP allocation. |
| 4/6/2014 | M. Dansky | 0.60 | Responded to IP issue on a Debtors' expert witness. |
| 4/7/2014 | B. Frizzell | 1.40 | Reviewed expert reports for deposition prep re: IP proceeds allocation. |
| 4/8/2014 | B. Frizzell | 0.60 | Continued remotely participating in deposition of an expert witness re: IP proceeds allocation. |
| 4/8/2014 | B. Frizzell | 0.70 | Reviewed materials in preparation for deposition of an expert witness re: IP proceeds allocation. |
| 4/8/2014 | B. Frizzell | 0.70 | Continued remotely participating in deposition of and expert witness re: IP proceeds allocation. |
| 4/8/2014 | B. Frizzell | 1.00 | Continued remotely participating in deposition of an expert witness re: IP proceeds allocation. |
| 4/8/2014 | B. Frizzell | 1.10 | Participated remotely in deposition of an expert witness re: IP proceeds allocation. |
| 4/8/2014 | B. Frizzell | 1.10 | Continued remotely participating in deposition of an expert witness re: IP proceeds allocation. |
| 4/8/2014 | B. Frizzell | 1.20 | Continued remotely participating in deposition of an expert witness re: IP proceeds allocation. |
| 4/10/2014 | B. Frizzell | 0.90 | Reviewed expert witness materials re: IP proceeds allocation. |
| 4/16/2014 | B. Frizzell | 0.30 | Reviewed expert documents re: IP proceeds allocation. |
| 4/17/2014 | B. Frizzell | 0.30 | Investigated issue re: IP proceeds allocation. |
| 4/21/2014 | M. Dansky | 1.90 | Reviewed motions to strike IP expert testimony. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 4/21/2014 | M. Dansky | 1.90 | Continued to review motions to strike IP expert reports. |
| 4/22/2014 | B. Kullberg | 0.50 | Revised draft for a Debtors' reply brief. |
| 4/22/2014 | B. Frizzell | 0.80 | Researched issues re: IP proceeds allocation. |
| 4/22/2014 | B. Kullberg | 1.00 | Reviewed motion to exclude IP expert. |
| 4/22/2014 | B. Kullberg | 1.00 | Participated in call with counsel re: motions to exclude IP experts. |
| 4/22/2014 | M. Dansky | 1.90 | Reviewed motions to strike IP expert reports. |
| 4/22/2014 | M. Dansky | 1.90 | Continued to review motions to strike IP expert reports. |
| 4/22/2014 | J. Hyland | 2.70 | Reviewed analysis of proceeds allocation experts' position re: an IP assumption. |
| 4/23/2014 | J. Hyland | 0.40 | Conducted call with M. Lasinski (284 Partners) re: IP allocation. |
| 4/23/2014 | B. Frizzell | 1.30 | Reviewed and updated analysis on issues re: IP proceeds allocation. |
| 4/23/2014 | J. Hyland | 2.50 | Continued reviewing emails related to the IP allocation assumption. |
| 4/23/2014 | J. Hyland | 2.90 | Reviewed emails related to the IP allocation assumption. |
| 4/24/2014 | C. Kearns | 0.10 | Emailed with counsel re: IP related matters. |
| 4/24/2014 | B. Kullberg | 0.60 | Reviewed IP allocation issues with counsel. |
| 4/24/2014 | M. Dansky | 0.60 | Analyzed IP allocations from each estate. |
| 4/24/2014 | B. Frizzell | 0.80 | Reviewed materials re: IP proceeds allocation. |
| 4/24/2014 | J. Hyland | 1.80 | Continued reviewing emails related to the IP allocation assumption. |
| 4/24/2014 | J. Hyland | 2.00 | Reviewed response from expert on IP proceeds allocation matters. |
| 4/25/2014 | B. Frizzell | 0.90 | Researched issues related to affidavits re: IP proceeds allocation. |
| 4/25/2014 | J. Hyland | 1.00 | Reviewed reply from expert on IP proceeds allocation matters. |
| 4/28/2014 | B. Frizzell | 1.30 | Reviewed documents re: IP proceeds allocation. |
| 4/28/2014 | J. Hyland | 1.80 | Reviewed exhibits attached to reply affidavit re: IP proceeds allocation. |
| 4/28/2014 | J. Hyland | 2.90 | Reviewed reply affidavit re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/29/2014 | B. Kullberg | 0.50 | Reviewed issues re: IP allocation. |
| 4/29/2014 | M. Dansky | 1.90 | Reviewed motions relating to IP issues. |
| 4/29/2014 | B. Frizzell | 2.40 | Reviewed documents for trial prep re: IP proceeds allocation. |
| 4/30/2014 | B. Frizzell | 0.60 | Reviewed documents for motion filing re: IP proceeds allocation. |
| Subtotal | | 53.90 | |
| **Total Hours** | | **801.10** | |

Capstone Advisory Group, LLC
Invoice for the 4/1/2014-4/30/2014 Fee Statement