**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 4/1/2014 through 4/30/2014**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 4/1/2014 | J. Hyland | Roundtrip coach airfare for Toronto/NYC trip for proceeds allocation expert depositions. | $2,049.34 |
| 4/8/2014 | J. Hyland | Roundtrip airfare at economy rate for NYC trip and UCC meeting. | $868.00 |
| **Subtotal - Airfare/ Train** | | | **$2,917.34** |
| **Auto Rental/Taxi** | | | |
| 4/1/2014 | CAG Direct | C. Kearns taxi from home to LGA. | $99.35 |
| 4/1/2014 | C. Kearns | Taxi from Toronto airport to Cassel Toronto offices. | $65.00 |
| 4/1/2014 | J. Hyland | Taxi to Toronto hotel from Toronto airport for proceeds allocation expert deposition. | $61.50 |
| 4/1/2014 | C. Kearns | Taxi from Monitor meeting to Bishop field airport. | $18.00 |
| 4/2/2014 | J. Hyland | Taxi from NY airport to NY hotel for Toronto/NYC deposition trip. | $63.33 |
| 4/8/2014 | J. Hyland | Taxi from airport to hotel for NYC trip. | $90.50 |
| 4/10/2014 | J. Hyland | Taxi to airport from NYC office for NYC trip. | $92.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$489.68** |
| **Hotel** | | | |
| 4/2/2014 | J. Hyland | Hotel in Toronto for one night excluding other charges at reasonable and customary rate for proceeds allocation expert | $553.56 |
| 4/3/2014 | J. Hyland | Hotel for one night in NYC excluding additional charges at reasonable and customary rates during deposition trip. | $461.35 |
| 4/10/2014 | J. Hyland | NYC hotel charges excluding additional charges at reasonable and customary rate for two nights. | $922.70 |
| **Subtotal - Hotel** | | | **$1,937.61** |
| **Meals** | | | |

Capstone Advisory Group, LLC
Invoice for the 4/1/2014-4/30/2014 Fee Statement

Page 1 of 2

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/1/2014 | J. Hyland | Meal during Toronto trip. | $43.02 |
| 4/2/2014 | J. Hyland | Meal during Toronto trip. | $18.91 |
| 4/2/2014 | J. Hyland | Meal during Toronto trip. | $17.72 |
| 4/3/2014 | J. Hyland | Meal during NYC trip. | $12.81 |
| 4/3/2014 | J. Hyland | Meal during NYC trip. | $5.72 |
| 4/8/2014 | J. Hyland | Meal during NYC trip. | $16.88 |
| 4/9/2014 | J. Hyland | Meal during NYC trip. | $11.96 |
| 4/9/2014 | J. Hyland | Meal during NYC trip. | $7.08 |
| 4/10/2014 | J. Hyland | Meal during NYC trip. | $7.95 |
| **Subtotal - Meals** | | | **$142.05** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/8/2014 | J. Hyland | Local mileage to/from airport for NYC trip. | $23.52 |
| **Subtotal - Mileage** | | | **$23.52** |

**Parking/ Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/8/2014 | J. Hyland | Local tolls to/from airport for NYC trip. | $1.60 |
| 4/10/2014 | J. Hyland | Parking at local airport for NYC trip. | $70.00 |
| **Subtotal - Parking/ Tolls** | | | **$71.60** |

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/1/2014 | CAG Direct | Conference call charges for Nortel. | $7.25 |
| 4/25/2014 | J. Hyland | Cell phone charges while traveling in Canada 4/1 and 4/2 for proceeds allocation depositions. | $79.98 |
| **Subtotal - Telecom** | | | **$87.23** |
| **For the Period 4/1/2014 through 4/30/2014** | | | **$5,669.03** |