# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **RE: D.I. 13637, 13638, 13639, 13640, 13641, 13642, 13643, 13659, 13661, 13671, and 13673** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the following expert reports are hereby withdrawn:

1. Expert Report Of John J. McConnell (D.I. 13637, Filed 5/23/14);

2. Expert Report Of Robert Kilimnik (D.I. 13638, Filed 5/23/14);

3. Expert Report Of Catherine Tucker (D.I. 13639, Filed 5/26/14);

4. Expert Rebuttal Report Of Daniel R. Bereskin, QC (D.I. 13640, Filed 5/26/14);

5. Expert Report Of Raymond Zenkich (D.I. 13641, Filed 5/26/14);

6. Expert Report Of Laureen M. Ryan (D.I. 13642, Filed 5/27/14);

7. Rebuttal Expert Report Of Terrence P. McGarty (D.I. 13643, Filed 5/27/14);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

8. Expert Report Of Jeffrey H. Kinrich (D.I. 13659, Filed 5/28/14);

9. Rebuttal Expert Report Of Jeffrey H. Kinrich (D.I. 13661, Filed 5/28/14);

10. Expert Report Of Lorraine Eden, Ph.D. (D.I. 13671, Filed 5/28/14); and

11. Rebuttal Expert Report Of Lorraine Eden, Ph.D. (D.I. 13673, Filed 5/28/14).

Dated: May 30, 2014
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8278245.1

2