**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Hearing Date: TBD** |

---

# TWENTY-FIRST QUARTERLY FEE APPLICATION REQUEST OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2014 THROUGH APRIL 30, 2014

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") hereby submits its Twenty-First Quarterly Fee Application Request (the "Request") for the period February 1, 2014 through and including April 30, 2014[2] (the "Application Period").

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 13221, 13423 and 13623) contain detailed listings of Morris Nichols' requested fees and expenses for the Application Periods.

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 3/24/14 D.I. 13221 | 2/1/14-2/28/14 | $85,669.50 | $9,637.12 | 4/17/14 D.I. 13361 | $68,535.60 | $9,637.12 | $17,133.90 |
| 4/29/14 D.I. 13423 | 3/1/14-3/31/14 | $123,022.50 | $6,046.36 | 5/22/14 D.I. 13619 | $98,418.00 | $6,046.36 | $24,604.50 |
| 5/22/14 D.I. 13623 | 4/1/14-4/30/14 | $173,525.50 | $8,027.16 | Pending | $138,820.40 | $8,027.16 | $34,705.10 |
| **TOTAL** | | **$382,217.50** | **$23,710.64** | | **$305,774.00** | **$23,710.64** | **$76,443.50** |

In accordance with the Monthly Compensation Order, Morris Nichols seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Morris Nichols respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant Morris Nichols such other and further relief as is just and proper.

Dated: May 30, 2014
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      /s/ Tamara K. Minott
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  302-658-9200
Facsimile:   302-658-3989

*Delaware and General Bankruptcy Counsel for the Debtors and Debtors-in-Possession*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Walter C. Tuthill | Partner/Corporate | $760 | .8 | $ 608.00 |
| Derek C. Abbott | Partner/Bankruptcy | 650 | 101.0 | 65,650.00 |
| Donna L. Culver | Partner/Bankruptcy | 635 | 10.9 | 6,921.50 |
| Eric D. Schwartz | Partner/Bankruptcy | 635 | 32.7 | 20,764.50 |
| Katherine H. Betterly | Special Counsel/Real Estate | 510 | 9.2 | 4,692.00 |
| Ann C. Cordo | Associate/Bankruptcy | 500 | 393.7 | 196,850.00 |
| Erin Fay | Associate/Bankruptcy | 450 | .3 | 135.00 |
| Justin Kirk Houser | Associate/Bankruptcy | 400 | 14.7 | 5,880.00 |
| Tamara K. Minott | Associate/Bankruptcy | 380 | 128.8 | 48,944.00 |
| Christopher Hayes | Associate/Bankruptcy | 295 | 21.8 | 6,431.00 |
| Angela R. Conway | Paralegal | 250 | 11.1 | 2,775.00 |
| Renae M. Fusco | Paralegal | 250 | 21.8 | 5,450.00 |
| Marisa Maddox | Paralegal | 250 | 61.1 | 15,275.00 |
| Theresa M. Naimoli | Case Clerk | 145 | 11.3 | 1,638.50 |
| Sonja P. Tate | Case Clerk | 145 | 1.0 | 145.00 |
| Andrea Ciabattoni | Administrative Assistant | 145 | .40 | 58.00 |
| **TOTAL** | | | **820.60** | **$382,217.50** |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 10.4 | $   4,186.50 |
| Asset Analysis and Recovery | .3 | 195.00 |
| Asset Dispositions/363 Sales | 4.8 | 2,800.50 |
| Creditor Communications and Meetings | .3 | 165.00 |
| Fee Applications (MNAT- Filing) | 23.7 | 8,079.00 |
| Fee Applications (Others – Filing) | 89.1 | 34,613.00 |
| Fee Applications (MNAT- Objections) | 3.1 | 1,209.00 |
| Fee Applications (Others – Objections) | 23.9 | 9,243.00 |
| Other Contested Matters | 8.1 | 4,446.00 |
| Real Estate Matters | .1 | 38.00 |
| Court Hearings | 108.0 | 45,604.50 |
| Claims Administration and Objections | 51.8 | 23,946.50 |
| Litigation/Adversary Proceedings | 18.0 | 10,125.00 |
| Professional Retention (Others – Filing) | 6.0 | 2,790.00 |
| Schedules/SOFA/U.S. Trustee Reports | 6.4 | 2,502.50 |
| Allocation | 466.6 | 232,274.00 |
| **TOTAL** | **820.60** | **$382,217.50** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $      75.00 |
| Transcripts | | 1,270.65 |
| Photos/Art/ Spec Duplicating | Out of Office | 2,828.61 |
| Travel | | 104.72 |
| Messenger Service | | 96.00 |
| Meals | | 1,419.09 |
| Courier/Delivery Service | | 11,213.75 |
| In House Duplicating | | 2,007.60 |
| Computer Research | Westlaw | 768.04 |
| Facsimile | | 1,397.25 |
| Pacer | | 371.40 |
| Conference Calls | | 771.65 |
| Support Staff Overtime | | 1,386.88 |
| **Grand Total Expenses** | | **$23,710.64** |