**Exhibit 1: Curriculum Vitae**

**TERRENCE P. MCGARTY**
24 WOODBINE ROAD
FLORHAM PARK, NJ 07932

O: 973-377-6269, C: 973-216-1211 tmcgarty@telmarc.com

## EMPLOYMENT

**Telmarc Group** *(1984 - 1986, 1992 - Present)*

*Managing Partner and Founder.* Telmarc is a technology management and investment company. The company has performed startups, turn around operations, and restructurings of over thirty companies with equity investments exceeding $200 million. Prior companies range from a CLEC ( a competitive local telephone company), an international IP (Internet Protocol) carrier, an international fiber network company, a medical software company, a computer data terminal company, a data radio network company, and a VSAT ( satellite communications) company. All prior companies were successfully restructured, financed, and sold. Telmarc, directly or otherwise, holds or has held significant equity positions in all companies. All companies have had significant personal involvement. Telmarc is currently involved in structuring new companies around intellectual property assets in Health Care and high tech. Telmarc is working with MIT Research Laboratory of Electronics in monetizing more than a dozen patent areas. In Health Care Telmarc is also working with Massachusetts General Hospital and Memorial Sloan Kettering Cancer Center in developing new business around multiple intellectual property assets. (See www.telmarc.com ) Several recent examples include:

**Zephyr Telecommunications, Inc.** *( 1995-2004):*

*Founder, Chairman, and CEO:* This is an international fiber backbone and IP network communications company providing links in Central and Eastern Europe. It started as an IP voice company in 1996 and became the largest IP voice company in Central Europe. The Company created operating entities in Poland, Greece, Russia, Czech Republic, Hungary, Austria, Slovakia, Germany, Romania, Bulgaria, Ukraine, Russia, Korea, and Thailand. The company constructed and operated the largest fiber network in Central Europe, covering more than 4500 km. The network covered the Czech Republic, Slovakia, Germany, Austria, Poland, Romania, Bulgaria, Russia, and Hungary. The company was also the second largest international telecommunications company in Poland. Zephyr had raised over $100 million in equity. The company was sold in May 2004 to the London based Interoute company.

**COMAV, Inc.** *(1996-1999)*

*Founder, Chairman, and initial CEO:* This was a CLEC in Massachusetts and was the first fully operational CLEC (competitive local exchange carrier) in that state. Financed the company with multiple private placements and operated multiple telephone switches. Company was sold in February 1999.

Also provided expert witness testimony and support from 1994 through the present and testified in Federal, State and FINRA cases on such issue as business practices, lost profits, valuation analysis, patent litigation, and various technical and business issues.

**NYNEX** *(1986 - 1992)*

*Senior Vice President*, chief operating officer of NYNEX Mobile; responsible for Mergers and Acquisitions, Business Development, Sales and Marketing, Planning, MIS, and Engineering. Responsible for all marketing, advertising and technical operations. Responsible for all Mergers and Acquisitions of the

**Exhibit 1: Curriculum Vitae**

company which included the determination of purchase and sale valuations. Responsible for the introduction of personal communications services, directed and managed the introduction of CDMA digital transition and personally directed multiple regional acquisitions and mergers. Performed major business turn-around on sales by massive churn reduction (7-9% per month to less than 2% per month) and improved operations management of the business and major expansion of cell and switch infrastructure using small cell handsets and digital transition.

*President, NYNEX Development Company*; Responsible for the operations, acquisition, restructuring, turn around, and divestiture of multiple NYNEX subsidiaries, including Data Group, Telco Research, ALLINK, LAN Services Network Services, and others. Performed turn around and divestiture for all companies.

*Corporate Director, R&D*; First head of Research and Development for NYNEX. Created the R&D organization and program. Responsible for strategic product development in the company and all Corporate R&D. Personally conceived and implemented such new product areas as; (i) Network Management, (ii) Media Broadband Services (First Broadband for the Healthcare Community), (iii) advanced software development systems, (iv) artificial intelligence and neural network applications to telecommunications. Established lead customer involvements to ensure presale of products prior to development. Developed the first truly interactive multimedia communications systems and services in the U.S.

*Managing Director, NYNEX Technology Investments;* Conceived, implemented, and directed the company's first ***venture capital*** entity. Invested and managed over $50 million in funds. The fund was capable of returning in excess of 25% annual return by its fifth year of operation. Investments were direct and through other funds and the major focus was telecommunications and software.

***Warner Communications*** *(1980 - 1984)*

*Group President:* Responsible for a collection of new product companies as both the startup manager and the manager responsible for divestiture. Areas included videotex, electronic games (Atari), and multiple cable properties. Conceived of, implemented and managed the first ***full motion video on-demand*** cable-telco hybrid system in existence in a Joint venture with GTE, DEC, Bell Atlantic, and Bank of America.

*Vice President, Business Development (Cable)*; responsible for all new business development efforts. Included franchising in support, new product and services development, acquisitions and divestitures, reporting to the Chairman of the Cable Company. Directly responsible for franchising in such cities as Boston, New York, Sacramento, Pittsburgh, Dallas, Houston, Montgomery County MD, Tucson.

***Communications Satellite Corp, COMSAT***. *(1975 - 1980)*

*Division Director, Equipment Integration*; General Manager of a systems integration business. Responsible for all development, manufacturing, sales, support and service of an international communications systems business. Manufactured network management and control systems, and satellite communications networks. Operated in twenty two countries. Started the business and grew it to $25 million in revenue in three years and invented, developed, and deployed the first very small satellite earth station terminal, VSAT, system globally, responsible for first international connections of the ARPA Net from US to UK and Norway; responsible for the architecture and design of Intelsat 5. Directed and managed programs with Sandia Labs, US Arms Control and Disarmament Agency and other Government agencies in support of monitoring and deploying seismic sensing networks supported by satellite collections systems as well as acting as ACDA as a senior technical advisor to the Comprehensive Test Ban Treaty negotiations between US, UK, and USSR. Responsible for the development and deployment of encryption and authentication systems for Government agencies. Also responsible for the development and training of the joint venture called ArabSat which was a pan Arab satellite consortium. Developed the ArabSat training and operations program and managed the efforts in ten Arab country participants. Also was senior advisory member on the GPS Planning and deployment committee.

**Exhibit 1: Curriculum Vitae**

***Massachusetts Institute of Technology*** *(1965 - 1975)*

*Faculty Member* and on the Research Staff in the Department of Electrical Engineering and Computer Science. Performed R&D in the areas of computer communications systems, signal processing, intelligence systems, and biomedical systems.

*Lincoln Laboratories (1971-1975):* Performed management, interaction, development and coordination with Defense Communications Agency and the US Air Force on advanced satellite design for multiple strategic initiatives, focusing on architecture and advanced technology. Responsible for air traffic control program in multipath analysis and performance optimization as well as development of airport surface traffic control system development. Developed and tested advanced adaptive phased array antenna and tracking systems.

*CS Draper/Instrumentation Laboratories (1967-1970):* Managed programs developing sensor systems for various government aircraft platforms and space missions. Focus on infrared and ultraviolet systems for tracking and acquisition, also developed various integrated gyroscopic systems including ring laser gyros. Responsible for the development and deployment of the star tracking system on the Apollo missions and actively involved in its successful operations in Apollo 11 and Apollo 13.

***Bell Laboratories*** *(1964-1971)*;

(Summer and Sabbatical) Member of Technical staff in various areas. Initial focus on developing switching networks and interconnection elements for the first electronic switching system ("ESS") and deploying the switching system in various markets. Also senior member of team performing the definition, design, development and deployment of underwater sensing systems for nuclear submarine detection.

## OTHER ACTIVITIES

### Advisory Positions

Held Advisory Positions to multiple U.S. Government agencies; Joint Chiefs of Staff (1973-1974), Department of Transportation, FAA (1976-1977), National Security Council (1979-1980), Department of State (1979-1980), Department of Defense in various roles (1967-1980), Department of Energy, Sandia Laboratories (1977-1980), and was Senior Technical Adviser to the Comprehensive Test Ban Treaty Negotiations between the US, USSR and UK from 1977 to 1980 with the Arms Control and Disarmament Agency. Vice Chairman of the National Academy of Science Presidential Panel (1997-2002) on the development of the Internet in the 21st Century, Internet II, New Hampshire Senate appointment to NH Commission on Broadband (2004-2005), Member and Vice Chair Board of Telecommunications Policy Research Conference (2004-2010).

### Board Positions

Shakespeare Theatre of New Jersey, Trustee (2012-2013), Yorktown University, Trustee (2008-2013), Linear A Communications, Chairman of Board (2006- 2010), MDSI (Publicly Traded NASDAQ Company providing Field Services Software, 1994-2003), Inzigo (providing speech recognition and linguistic Software, 1998-2001), COMAV (Telecommunications, 1996-1999), Zephyr Communications (International Record Carrier and Fiber Network Company, 1996-2004), Air Optics (Israeli Optical Communications Company, 1995-1996), Probity (Medical Software, 1992-1993), Telebyte (Computer Interfaces), Digital Access (Communications Equipment), Teltron (Protocol Converters), Quazon (Computers), NYNEX Mobile Communications (Cellular), OTC (Bypass Company), NPC, Inc. (PCS Network Management), Telmarc Telecommunications, Inc.( Wireless Communications).

## Exhibit 1: Curriculum Vitae

**Awards and Professional Societies**

MIT Certificate of Commendation (1969) for significant personal contributions to the landing of Apollo 11 on the Moon and for Apollo 13.

NASA Apollo Achievement Award (1969) for significant personal contributions to the successful completion of Apollo 11 and Apollo 13 missions. Designed and delivered the star tracker guidance system for Apollo which was used as sole navigation device on Apollo 13 return and recovery.

Elected to Sigma Xi, National Science Honor Fraternity

Elected to Tau Beta Pi, National Engineering Honor Fraternity

Elected to Eta Kappa Nu, National Electrical Engineering Honor Fraternity

Member American Association for the Advancement of Science (1965-Present)

Member Institute of Electrical and Electronic Engineers (1963-2005)

Member Amateur Radio Relay League (1953-1963, 2004-Present)

Member American Botanical Society (1991-Present)

Member New York Academy of Sciences (1986-Present)

## EDUCATION

**Massachusetts Institute of Technology**

Ph.D., S.M., E.E., all in Electrical Engineering and Computer Science. Doctoral Thesis in random fields and optical imaging systems and analysis. Also completed doctoral program courses in the joint Harvard/MIT Health Sciences and Technology (HST) MD Program in the Harvard Medical School.

**Manhattan College**

B.E. in Electrical Engineering, minor in Philosophy.

## CERTIFICATES

**New York Botanical Garden**

Certificate in Botany (1992) Completed courses and awarded certification in area of plant systematics.

Certificate in Horticulture (1994) Completed courses in Horticulture and awarded certification in area of plant propagation.

**FCC**

Amateur Radio License, KC2PMK

**Languages**

Competence in French, Russian, Spanish, Italian, and Greek.

**Exhibit 1: Curriculum Vitae**

**ACADEMIC EXPERIENCE**

**Massachusetts Institute of Technology**
Cambridge, MA

*Instructor* (1967-1971)

Taught undergraduate and graduate courses in electronics, control, and communications. Responsible for the undergraduate Electronics core course for two years. Taught seminars in imaging systems as applied to medical applications.

*Lecturer* (1972-1980)

Taught graduate courses in information, communications, and pattern recognition. Created a course in nonlinear estimation theory and pattern recognition. Taught material in imaging techniques via data - inversion in three dimensional media in medical area. Created course in microeconomics policy determination using stochastic control theory. Supervised several theses in the VI-A program.

*Lecturer* (1989-1991)

Created course in the area of multimedia communications. Developed a joint program effort between Harvard Medical School and the main campus in broadband image communications. Co- developed a program with Lincoln Laboratory to establish Lincoln as an R&D Laboratory for the Wireless Communications Industry. Developed a joint research Consortium between NYNEX, MIT, Harvard Medical (MGH, Children's Hospital, Brigham and Women's), Tufts Medical (New England Medical), and The Christian Science Publishing Society in multimedia systems.

*Visiting Advisory Board Member* (1996-2002)

MIT Center for Research & Planning in Telecommunications Policy, a joint Center at MIT. Advisor and Board Member to the MIT research program in Internet Voice and Multimedia applications. The Program has such sponsors as Lucent, AT&T, Sprint, IBM, Compaq, and others who are developing new technologies for the use of the Internet as a telecommunications medium and not just a messaging medium.

*Senior Research Associate (2005-2012)*

Appointed Senior Research Associate (pro bono) in the Department of Electrical Engineering and Computer Science in the Laboratory for Information and Decision Sciences working in the area of wireless communications. Managing research in the area of wireless communications. Managing four PhD students in their research. Investigating new wireless technologies. Expanded research into the area of bioinformatics applying modeling and analysis tools to genetic estimation and control.

*Advisory Member of **MITES** (1974-1992)*

**MITES** is the MIT minority student program which reaches out to High School Juniors and brings them to MIT in anticipation of preparing them for Admission. Was a founding member of the program in 1974 and continued with students through 1992. Mentored several dozens of students, each now exceptional professional in their respective fields.

**Exhibit 1: Curriculum Vitae**

**Central University of Finance and Economics**
Beijing, China

Senior Lecturer (2012-2013)

Worked with the Dean and Faculty in developing a global reach for the University and establishing relationships with US institutions and developing on-line educational facilities.

**George Washington University**
Washington, DC

*Adjunct Professor* (1975-1981)

Created and taught courses in the areas of computer systems applied to imaging and pattern recognition as used in medicine. Taught joint EECS and Medical School course in enhanced imaging techniques for image enhancement of radiological images; CAT and MRI methodologies.

**Polytechnic University**
Brooklyn, NY

*Adjunct Professor* (1989-1992)

Created and taught courses in the areas of new business development for high tech industries, financial analysis, finance, management and venture capital development.

**Columbia University**
New York, NY

*Adjunct Professor (1995-1998)*

Taught in the Business School and in the CITI Program. Taught courses in Telecommunications Policy, finance, business development, and operations. Lectured at the University in the policy area frequently and advisory member to CITI program in telecommunications policy.

**Exhibit 1: Curriculum Vitae**

**Terrence P. McGarty**

**PUBLICATIONS**

**BOOKS:**

1.  *Stochastic Systems and State Estimation*, Wiley, 1974.

2.  *Business Plans*, Wiley, 1989. (Available on- line)

3.  *Satellite Communications*, MIT 1982, available on- line at MIT.

4.  *Multimedia Communications*, MIT 1989, available on- line at MIT.

5.  *Common Men, Uncommon Valor, DD 649 and the Pacific War*, 2007, to be published, available on-line at Telmarc.

6.  *The Genus Hemerocallis*, Draft, 2008, available on-line at MIT.

7.  *Telecommunications Law*, 2007 available on-line at MIT.

8.  *Prostate Cancer Genomics: A Systems Approach*, 2010 in press preparation, draft available

9.  *Melanoma Genomics*, 2012 in press review and preparation, draft available

10.  *Obesity and Type 2 Diabetes: Cause and Effect*, 2010 in press preparation, draft available

11.  *Progressivism, Individualism and the Public Intellectual*, 2010 in press preparation

12.  *Health Care Policy: Politics and Reality*, 2009 in press preparation, draft available

Plus books on fiction.

1.  *Seeds of Destruction*, 2007, in press preparation

2.  *Gabriellus, The Monk from Armagh (599-612 AD)*, 2008, draft

3.  *Tales From the Squirrel's Nest*, 2009, in press preparation

**EDITORSHIPS:**

1.  IEEE JSAC, Editor for Medical Communications, November, 1992.

2.  National Research Council, Presidential Commission on the Internet, "The Internet's Coming of Age", Vice Chairman, 1998 thru 2001

**Exhibit 1: Curriculum Vitae**

**PAPERS: (Available on www.telmarc.com )**

1. Optimization in a Distributed Parameter Acoustic Feedback System, S.M. Thesis, MIT, 1966.

2. A Ring Laser Scanning Photometer Angle Encoder, EASCON (IEEE), 1968.

3. The Estimation of the Center of Gravity of a Photon Density Profile in Noise, IEEE, Vol. AES 5, November, 1969.

4. The Statistical Microstructure of Random Fields Generated by Multiple Scatter Media, MIT RLE QPR No. 100, January, 1971.

5. On the Structure of Random Fields Generated by Multiple Scatter Media, Ph.D. Thesis, MIT, 1971.

6. The Estimation of the Constituent Densities of the Upper Atmosphere by Means of a Recursive Filtering Algorithm, IEEE, Vol AC-16, December, 1971.

7. Meteorological and Ecological Monitoring of the Stratosphere and Mesosphere, NASA Rpt. CR-2094, August, 1972.

8. An Optimum Interference Detector for DABS Monopulse Data Editing, MIT Lincoln Lab TN-1973-43, September, 1973.

9. Azimuth-Elevation Estimation Performance of a Spatially Dispersive Channel, MIT Lincoln Lab TN-1973-48, September, 1973.

10. Azimuth-Elevation Performance of a Spatially Dispersive Channel, IEEE, Vol. AES-10, January, 1974.

11. The Effect of Interfering Signals on the Performance of Angle of Arrival Estimates, IEEE, Vol. AES-10, January, 1974.

12. Models of Multipath Propagation Effects in a Ground to Air Surveillance System, MIT Lincoln Lab TN-1974-7, April, 1974.

13. Maximum Likelihood Detection of Unresolved Radar Targets and Multipath, IEEE, Vol. AES-10, November, 1974.

14. Maximum Likelihood Detection of Unresolved Radar Targets and Multipath, International Symposium on Information Theory, South Bend, IN, 1974.

15. State Estimation with Faulty Measurements, Proceeding of the Fifth Symposium on Nonlinear Estimation, San Diego, CA, 1974.

16. Bayesian Outlier Rejection and State Estimation, IEEE, Vol AC-20, No 5, October, 1975.

17. Antenna Performance in the Presence of Diffuse Multipath, IEEE, Vol. AES-12, No 1, January, 1976.

18. The Statistical Characteristics of Diffuse Multipath Radiation from a Spherical Earth, MIT Lincoln Lab TN-1974-42, September, 1974.

19. Fault Tolerant Estimates of Monopulse Parameters in the Presence of Interference, Proceedings of the International Radar Conference, Washington, DC, April, 1975.

20. The Effects of Diffuse Multipath on Antenna Performance Proceedings of the International Radar Conference, Washington DC, April, 1975.

21. The Characterization of Diffuse Multipath for Satellite Communications Channels, Proceedings of the International Communications Conference, San Francisco, CA, June, 1975.

22. The Effects of Diffuse and Specular Multipath on Low Angle L-Band Tracking, ARPA Symposium, Washington, DC, December, 1976.

23. Adaptive Decoding for a Specular Multipath Channel, Proceedings of the Conference on Information Science and Systems, Johns Hopkins University, 1977.

**Exhibit 1: Curriculum Vitae**

24. Processing Voice and Data in Mobile Satellite Communications Systems, International Communications Conference, Chicago, IL, 1977.

25. Channel Estimation and Decoding in a Multipath Environment, International Symposium on Information Theory, Ithaca, NY, 1977.

26. Multiple Beam Satellite Optimization, IEEE AES-13, September, 1977.

27. Multiple Access Techniques for Low Data Rate Satellite Communications Systems, National Telecommunications Conference, Los Angeles, CA, 1977.

28. Multiple Beam Satellite System Optimization, National Telecommunications Conference, Los Angeles, CA, 1977.

29. Adaptive Decoding for a Specular Multipath Channel, National Telecommunications Conference, Los Angeles, CA, 1977.

30. Communications Satellites; Looking to the 1980s, IEEE Spectrum, December, 1977.

31. Reliable Satellite Communications in the Presence of Specular Multipath, IEEE COM, February, 1978.

32. Unattended Earth Stations for Global Data Collection, International Communications Conference, Boston, MA, 1979.

33. The Effects of Phase Noise on Low Bit Rate Satellite Communications, National Communications Conference, Washington, DC, 1979.

34. Financial Data Networking and Technological Impacts, INTELECOM, 80', Los Angeles, CA, 1980.

35. EFT Networks and Systems, CASHFLOW Magazine, November, 1981.

36. Local Area Wideband Data Communications Networks, IEEE EASCON, Washington, DC, 1981.

37. The Confluence of Policy and Technology in Cable Communications, Communications Symposium, Harvard University, New York, 1982.

38. CATV for Computer Communications Networks, IEEE Computer Conference, Washington, DC, 1982.

39. QUBE: The Medium of Interactive Direct Response, Direct Marketers Compendium, Direct Marketing Association (New York), pp 162-165, 1982.

40. Impacts of Consumer Demands on CATV Local Loop Communications, International Communications Conference, Boston, MA, 1983.

41. Hybrid Cable and Telephone Computer Communications, Computer Conference, Washington, DC, 1983.

42. Cable Based Metro Area Networks, IEEE, JSAC-1, November, 1983.

43. Network Management and Control Systems, IEEE NOMS Conference, 1988.

44. Alternative Networking Architectures; Pricing, Policy, and Competition, Information Infrastructures for the 1990s, John F. Kennedy School of Government, Harvard University, November, 1990.

45. Image Processing in Full Multimedia Communications, Advanced Imaging, pp 28-33, November, 1990.

46. Applications of Multimedia Communications Systems for Health Care Transaction Management, HIMMS Conference, San Francisco, CA, January, 1991.

47. Multimedia Communications Technology in Diagnostic Imaging, *Investigative Radiology*, Vol. 26, No 4, pp 377-381, April, 1991.

48. Multimedia Communications: Architectural Alternatives, SPIE Conference, Boston, MA, September, 1991.

**Exhibit 1: Curriculum Vitae**

49. Information Architectures and Infrastructures; Value Creation and Transfer, Nineteenth Annual Telecommunications Research Conference, Plenary Address and Paper, Solomon's Island, September, 1991.

50. Communications Networks; A Morphological and Taxonomical Approach, Private Networks and Public Policy Conference, Columbia University, New York, October, 1991.

51. Alternative Networking Architectures, B. Kahin Editor, McGraw-Hill (New York), October, 1991.

52. Multimedia Session Management, IEEE Proceedings on Communications, 1990.

53. Wireless Communications Economics, Advanced Telecommunications Institute Policy Paper, Carnegie Mellon University, February, 1992.

54. Broadband Telecom Rate Projections, AMIA Conference, Spring, 1992 (Portland, OR).

55. Medical Practice Management Systems, Columbia University, School of Physicians and Surgeons, Conf on Medical Informatics, June, 1992.

56. Communications Network Morphological and Taxonomical Policy Implications, Telecommunications Policy Research Conference, Solomon's Island, MD, September, 1992.

57. Multimedia Communications in Medicine, IEEE JSAC, November, 1992.

58. Architectures et Structures de L'Information, Reseaux, No 56, pp. 119-156, December, 1992, Paris.

59. Economic Structural Analysis of Wireless Communications Systems Advanced Telecommunications Institute Policy Paper, Carnegie Mellon University, February, 1993.

60. Access to the Local Loop; Options, Evolution and Policy Implications, Kennedy School of Government, Harvard University, Infrastructures in Massachusetts, March, 1993.

61. Wireless Access to the Local Loop, MIT Universal Personal Communications Symposium, March, 1993.

62. Health Care Policy Alternatives, An Analysis of Costs from the Perspective of Outcomes, to be published, 1993.

63. Spectrum Allocation Alternatives; Industrial; Policy versus Fiscal Policy, MIT Universal Personal Communications Symposium, March, 1993.

64. Access Policy and the Changing Telecommunications Infrastructures, Telecommunications Policy Research Conference, Solomon's Island, MD, September, 1993.

65. Internet Architectural and Policy Implications, Kennedy School of Government, Harvard University, Public Access to the Internet, May 26, 1993.

66. A Précis on PCS Economics and Access Fees, presented at the NPC SC Seminar on "Wireless Technology and Policy Implications" at MIT Lincoln Laboratory, in Lexington, MA, May 18, 1994

67. Wireless: The Challenge of Using Bandwidth Intelligently, presented at the Symposium on Communications , Optics and Related Topics, held in honor of the 60th birthday of Professor Robert S. Kennedy, at Endicott House of the Massachusetts Institute of Technology, June 4, 1994

68. Wireless Architectural Alternatives: Current Economic Valuations versus Broadband Options, The Gilder Conjectures; Solomon's Island, MD, September, 1994.

69. From High End User to New User: A New Internet Paradigm, McGraw Hill (New York), 1995.

70. Disaggregation of Telecommunications, Presented at Columbia University CITI Conference on The Impact of Cybercommunications on Telecommunications, March 8, 1996.

71. The Economic Viability of Wireless Local Loop, and its Impact on Universal Service, Columbia University CITI seminar on "The Role of Wireless Communications in Delivering Universal Service", October 30, 1996.

**Exhibit 1: Curriculum Vitae**

72. Internet Voice: Regulatory and Legal Implications, Presented at the VocalTec Seminar on September 9, 1996, New York, NY.

**73.** Communications Networks; A Morphological and Taxonomical Approach, Private Networks and Public Objectives (Noam, Editor), Elsevier (London), 1996.

74. Competition in the Local Exchange Market: An Economic and Antitrust Perspective, *MIT ITC Working Paper, September, 1977.*

**75.** The Economic Viability of Wireless Local Loop, and its Impact on Universal Service, *Telecommunications Policy*, Elsevier (London), 1997.

76. Economic Factors on International Internet/Intranet Telecommunications, MIT Research Program on Communications Policy Conference Internet Telephony Interoperability Forum, Bristol, England, June 11, 1997

77. Comparative Deregulation of Far Eastern Telecommunications Markets, Telecommunications Policy Research Conference, Washington, DC, September 28-30, 1997.

78. Telecommunications Infrastructure, Technology, and Policy in Russia, A Plan for the Development of an Information Based Economy, Russian Freedom Channel Report, September, 1997.

79. International IP Telephony, MIT ITC Working Paper, September, 1999.

80. The Internet Protocol (IP) and Global Telecommunications Transformation, Tufts University, Fletcher School, March, 1999.

81. The Application of IP Telephony to Local Exchange Carriers, MIT, Internet Telephony Consortium, March, 1999.

82. IP Telecommunications QoS (Quality of Service), Is Service Quality a Sustainable Metric? MIT Internet Consortium, Aquila, Italy, June 2000.

83. The Evolution of International Internet Telephony, TPRC, Arlington VA, September 2000.

84. Virtual Global Telcos: International Internet Telephony Architectures, in Internet Telephony, MIT Press (Cambridge), 2001.

85. Internet Telephony Markets and Services, in Internet Telephony, MIT Press (Cambridge), 2001.

86. The Internet Protocol and the Creative Destruction of Revenue, in Creative Destruction, MIT Press (Cambridge), 2001.

87. Peering, Transit, Interconnection: Internet Access In Central Europe, MIT Internet Consortium, January 2002.

88. Privacy in the Internet Environment, MIT ITC Conference, December, 2002.

89. Municipal Broadband Networks: A Revised Paradigm of Ownership, MIT ITC Conference, December, 2002.

90. The Imminent Collapse of the Telecommunications Industry, MIT ITC Working Paper, August, 2002.

91. Privacy in the Internet Environment, MIT ITC Working Paper, November 2002.

92. Current Telecommunications Legal Issues, Litigation v. Legislation: Is the 1996 Act; A Beginning or an End? MIT ITC Working Paper, December 2002.

93. Some Critical Issues for the Evolution of Wireless, Columbia University, May 2003, Ericsson Symposium, CITI.

94. Municipal Broadband Networks, A Local Paradigm, Working Paper for Dutch Government, July, 2004.

95. The Hidden Cost of Broadband, "The Franchise", Working Paper Telmarc, November, 2004.

**Exhibit 1: Curriculum Vitae**

96. The Impact of Broadband Options on the Disaggregation of the Media Industry, Telmarc Working Paper, September, 2004.

97. New Wireless Spectrum Policies, Alternatives to Outdated Spectrum Management, MIT Working Paper, March 2005.

98. Broadband Alternatives, Synergies of Fiber and Wireless, MIT Working Paper October, 2005

99. Some Important Problems in Communications Theory, MIT Working Paper November 2005.

100. The Evolutionary Processes in Telecommunications, MIT Working Paper, January 2006.

101. The Evolution of Color and Form in the Species Hemerocalis: A Study in Controlled Gene Expression, MIT Laboratory for Information Decision Sciences, October, 2006.

102. The Concept of Internet Neutrality; An Analysis of Property Rights In Cyber Space, MIT LIDS WP, August 2006

103. Fiber to the Home; Capital Costs and the Viability of Verizon's FIOS, MIT LIDS WP, September 2006.

104. Session Layer Protocols: Facilitating Multimedia Applications; MIT Laboratory for Information Decision Sciences, November, 2006.

105. Swarming in Warfare and the Battle of Surigao Strait; A Paradigm for 21st Century Warfare? MIT Laboratory for Information Decision Sciences, February, 2007.

106. Gene Expression in Plants: Use of System Identification for Control of Color, submitted to IEEE JSAC for 2008.

107. Flower Color and Patterning in the Genus *Hemerocallis* and its Hybrids: A Mathematical Model and Experimental Analysis, submitted to Am Bot Soc, 2008.

108. Backcrossing: A Mathematical Analysis of Gene Insertion in Existing Hybrids and Statistical Validation by Cross Generation, submitted to Am Bot Soc, 2008.

109. X-Ray Backscatter and the Possibility of Cancer, working draft 2010.

110. The PSA Controversy: Details, Models, Analysis and Recommendations, working draft 2010.

111. PSA Evaluation Methodologies, working draft 2010.

112. Achieving the Blue Daylily: Genetic Capabilities for Color in the Genus Hemerocallis: working draft 2010.

**Exhibit 1: Curriculum Vitae**

**THESES SUPERVISED, ADVISED OR SUPPORTED:**

1.  Wasson, D., The Effects of Phase Noise on Low Bit Rate Data Transmission ( SM, MIT, 1979)

2.  Esserman, C., The Decomposition and Modularization of the Investment Problem ( SB, MIT, 1979)

3.  Swinton, W., Optimization of Priority Queuing Systems (SM, MIT, 1980)

4.  Eckenberg, R., State Vector Estimation in the Presence of Measurement Uncertainty (SM, MIT, 1980).

5.  Andrikogiannopoulos , N., Analog Optical Phase Modulation and Optical/Electrical Signal Processing (SM, MIT, 2006)

6.  Dai, L., Proactive Mobile Wireless Networks: an infrastructureless wireless network architecture for delay-sensitive applications (PhD, MIT 2008).

7.  Wen, Y., Scalable Fault Management Architecture for Dynamic Optical Networks: An Information-Theoretic Approach (PhD, MIT 2008).

8.  Weichenberg, G., Design and Analysis of Optical Flow Switched Networks, (PhD, MIT 2009).

# Exhibit 2 - Documents Relied Upon

| Case Documents |
|---|

**Court Documents**

"Report of Philip Green Regarding the Allocation of Recoveries Among Nortel Entities," January 24, 2014.

**Data**

GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

| Third Party Documents |
|---|

**Articles**

"Advancing Broadband: A Foundation for Strong Rural Communities," USDA, January 2011, accessed February 17, 2014, http://www.rurdev.usda.gov/Reports/RBBreportV5ForWeb.pdf.

"Alcatel-Lucent and Qualcomm Technologies plan to develop next-generation of small cells for ultra-broadband wireless access," Qualcomm, accessed February 17, 2014, http://www.qualcomm.com/media/releases/2013/07/30/alcatel-lucent-and-qualcomm-technologies-plan-develop-next-generation.

"Famous Women Inventors," accessed February 25, 2014, http://www.women-inventors.com/Hedy-Lammar.asp.

"Network Integration Products Product Integration," Ericsson Network Technologies AB, August 2003, http://archive.ericsson.net/service/internet/picov/get?DocNo=28701-EN/LZT1081609&Lang=EN.

"Wireless System Architecture: How Wireless Works," Cisco, accessed February 25, 2014, http://www.ciscopress.com/articles/article.asp?p=344242.

Carl Shapiro, "Navigating the Patent Thicket: Cross Licenses, Patent Pools, and Standard Setting," in *Innovation Policy and the Economy Volume 1,* ed. Adam B. Jaffe, Josh Lerner and Scott Stern  (MIT Press: 2001), http://www.nber.org/chapters/c10778.pdf.

CTIA, "Consumer Data Traffic Increased 104 Percent According to CTIA Semi-Annual Survey," October 11, 2012, accessed February 27, 2014, http://www.ctia.org/resource-library/press-releases/archive/consumer-data-traffic-increased-104-percent.

George Glider, "Auctioning the Airwaves," Forbes ASAP, April 11, 1994, accessed February 25, 2014, http://www.seas.upenn.edu/~gajl/auctngg.html.

Gerald R. Faulhaber and David Farber, "Spectrum Management: Property Rights, Markets, and the Commons" (n.p., n.d.).

Lindsey Gilroy and Tammy D'Amato, "How many patents does it take to build an iPhone?" *Intellectual Property Today ,* accessed February 26, 2014, http://www.iptoday.com/issues/2009/11/articles/how-many-patents-take-build-iPhone.asp.

Statista, "Interactive Marketing Spending in the United States From 2011 to 2016, by Segment," 2011, accessed August 27, 2013, http://www.statista.com/statistics/200018/4/us-interactive-marketing-spending-growth-from-2011-to-2016-by-segment/.

Telmarc Telecommunications Co., "A Petition for Preference to Provide a New Service from Telmarc Telecommunications Co. Before the Federal Communications Commission," May 3, 1992.

Terrence P. McGarty, "Broadband Alternatives: Synergies of Fiber and Wireless," 2005.

Terrence P. McGarty, "New Spectrum Policies and Technologies: Creating a Real Time Spectrum Market," 2004.

Terrence P. McGarty, "Some Important Problems in Communications Theory: A View from the Front," 2005.

United Nations Broadband Commission Working Group on Education, "Technology, Broadband, and Education: Advancing the Education for All Agenda," United Nations Educational, Scientific and Cultural Organization, January 2013, accessed February 25, 2014, http://www.broadbandcommission.org/work/working-groups/education/BD_bbcomm-education  2013.pdf.

**Books**

Christopher Lovelock, *Services Marketing*  (Englewood Cliffs: Prentice Hall, 1984).

Christopher Lovelock and Jochen Wirtz, *Services Marketing: People, Technology, Strategy ,* 7th ed. (Boston: Prentice Hall, 2011).

Peter Drucker, *Innovation and Entrepreneurship*  (New York: Harper Row, 1985).

Peter F. Drucker, *Innovation and Entrepreneurship: Practice and Principles*  (New York: Harper, 1993).

Terrence P. McGarty, *Business Plans That Win Venture Capital*  (New York: John Wiley & Sons, Inc., 1989).

## Exhibit 2 - Documents Relied Upon

***Business Plans***

Terrence P. McGarty, "AirOptics Business Plan," February 2, 1997.

***Patents***

**Exhibit 2 - Documents Relied Upon**

**Exhibit 2 - Documents Relied Upon**

**Exhibit 2 - Documents Relied Upon**

**Exhibit 2 - Documents Relied Upon**

**Exhibit 2 - Documents Relied Upon**

**Exhibit 2 - Documents Relied Upon**

## Exhibit 2 - Documents Relied Upon



**_Other_**

"Airspan Company Profile," Airspan, accessed February 17, 2014, http://www.airspan.com/about-airspan/company-profile/.

"Alcatel-Lucent Competition," Hoovers, accessed February 17, 2014, http://www hoovers.com/company-information/cs/competition.Alcatel-Lucent.137e9e7839985857 html.

"AT&T Company Information," AT&T, accessed February 17, 2014, http://www.att.com/gen/investor-relations?pid=5711&consumerServ.

"Company," Cambium Networks, accessed February 17, 2014, http://www.cambiumnetworks.com/company.

# Exhibit 2 - Documents Relied Upon

"Kindle Paperwhite 3G," Amazon, accessed February 26, 2014, http://www.amazon.com/gp/product/B00BTI6HBS/ref=fs_cl.

"Level 3 Communications, Inc. Competition," Hoovers, accessed February 17, 2014, http://www hoovers.com/company-information/cs/competition.Level_3_Communications_Inc.16c82f9cdb2eb420 html.

"Proxim Corporate Overview," Proxim Wireless, accessed February 17, 2014, http://www.proxim.com/about-us.

"Skype Company Profile," Hoovers, accessed February 27, 2014, http://www hoovers.com/company-information/cs/company-profile.Skype_Global_S%C3%83%C2%A0_rl.57f78cdaaf658f45.html.

"Technology," Code On, accessed February 20, 2014, http://www.codeontechnologies.com/technology.

"Transforming Government with TelePresence," Cisco, accessed February 26, 2014, http://www.cisco.com/web/strategy/us_government/telepresence.html.

**Exhibit 3: Product Offerings**

## *Secure Local Wireless Broadband*

| Description | Technology | Product and/or Service |
|---|---|---|
| Local secure wireless network not dependent on installing fiber cable. | OFDM Secure Transmissions | The development and deployment of advanced wireless technologies systems to provide services to increase overall network capacities. Including: |
| The development of a wireless Orthogonal Frequency-division Multiplexing ("OFDM"), a method of encoding digital data, based in home/office network for the delivery of video and broadband data services interconnected to a third party network, such as a cable system or public wireless network. The network would provide secure access capability with high level intrusion protection. | | 1. OFDM multiple access systems.<br>2. Adaptive beam forming antennae.<br>3. Broadband gateway Radio Frequency ("RF") front ends.<br>4. Multi layers processing.<br>5. Adaptive network management.<br>6. Co-located and distributed Internet Protocol based switching.<br>7. Integrated Internet Protocol networks.<br>8. Enhanced security systems.<br>9. Adaptive network management ("ANM") systems which would assist in the overall optimization of system resources. |

**Patents**

**Total Number of Patents Included in Product Offering**
100

**Source:**
[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 3: Product Offerings**

## *Hybrid Fiber/Wireless Broadband Deployment*

| Description | Technology | Product and/or Service |
|---|---|---|
| Delivery of wireless broadband in rural areas using hybrid fiber/wireless system. | Fiber Optical Multiplexer ("MUX") | The development and deployment of an integrated fiber and wireless system for the use of broadband in rural and low population density areas. It would include: |
| Integrated fiber and wireless system for the delivery of broadband in rural environments. This is a hybrid architecture designed to provide 100 Mbps to 10 Gbps access across rural and low population density areas. | OFDM Security Network Management | 1. Enhanced low cost fiber and optical distribution systems. 2. Multi-frequency wireless broadband communications facilities utilizing OFDM capabilities to allow both broad coverage and high data rates. This means a complete 4G capability working over a broad set of underlying spectrum allocations. 3. Low cost portable mobile units that can act as local hubs for local retransmission and reception. |

**Patents**



**Total Number of Patents Included in Product Offering**
120

**Source:**
[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 3: Product Offerings**

## *Wireless Broadband Multimedia Systems and Services*

| Description | Technology | Product and/or Service |
|---|---|---|
| Delivery of local advertising and information via wireless broadband.<br><br>Mobile advertising systems and services to provide localism in the delivery of advance wireless services. The system allows for the location of users, the integration of user location with local participants, and the matching of consumer interests with provider offerings in a highly secure networked environment. The service would permit the expansion across a wide geographical area and broad product and service offering. | Multimedia Wireless Wireline | The implementation of a "localized" wireless broadband system and service which would consist of the following:<br><br>1. A local wireless network compatible with existing end user wireless handsets. In today's market many handsets can operate off of a carrier network as well as on Wi-Fi. Thus, there is a challenge to be able to access the users by either means, and this implies a complex wireless access network, one integrated into that of the local carrier. The use of Wi-Fi is expanding for several reasons. First, it is a low cost system. Second, access costs by the consumer are substantially lower. Third, almost all/many devices have dual mode or even Wi-Fi only modes; for example, devices such as Kindles. Fourth, the Wi-Fi based system allows for a significant amount of localism since it is inherently local. Fifth, a Wi-Fi system, with or without a GPS capability, can localize all parties.<br>2. Using advanced Institute of Electrical and Electronics Engineers ("IEEE") 802.11 technology it is possible to create a mesh network covering a large area to provide end user access. This can be deployed utilizing many of the key 802.11 Patents held in the Patent Portfolio.<br>3. A collection of multimedia control elements that can determine what type of promotion can be provided to interconnect the user/consumer and the purveyor of goods and services. This system must be able to track the location of user and purveyor, must be able to identify the specific interests of both parties, and then to customize messages between each party in an attempt to complete a transaction.<br>4. A network management system to: (i) ascertain overall system performance and integrity, (ii) diagnose and dispatch crews to repair any system deficiencies, (iii) support users and purveyors through a customer service entity interface. |

**Patents**

**Total Number of Patents Included in Product Offering**
74

**Source:**
[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 3: Product Offerings**

*Multimedia Communications Systems and Services*

| Description | Technology | Product and/or Service |
|---|---|---|
| Advanced video-conferencing and other techniques to make geographically separate people feel they are physically present with each other.<br><br>Multimedia communications between disparate platforms and over a plethora of different networks. The service/system would provide High-definition Television ("HDTV") quality video in a near lossless manner and utilize the most advanced security and privacy. The service/system would allow for access by multiple users and interaction of a broad base of multimedia data types in a seamless manner. | Multimedia Communications Systems. Software, Services, Infrastructure and Network Service Management | A system including software and hardware that uses an integrated Internet Protocol based communications system and operates at Levels 5 to 7 in providing an integrated multi-user multimedia communications system and or service. The system would include:<br><br>1. Software protocols to establish and maintain complex multimedia sessions.<br>2. Software to manage the Internet Protocol local and backbone network to allow for the operations of all end user systems and software.<br>3. Hardware elements which would facilitate the integration of multimedia elements into the Internet Protocol backbone.<br>4. Advanced network management systems including power and flow management techniques to optimize usage and flow and minimize delay and other latency factors. |

**Patents**

**Total Number of Patents Included in Product Offering**
95

**Source:**
[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 3: Product Offerings**

*Advanced Adaptive Spectrum Management and Allocation*

| Description | Technology | Product and/or Service |
|---|---|---|
| Make better use of the spectrum through methods to share spectrum and improve cell site performance.<br><br>In a wireless system, there is a problem regarding the dynamic allocation of data capacity to and between users rather than allowing such capacity to go unused. The business opportunity is to facilitate sales and purchases of such data capacity on a short term basis. | The utilization of smart antennas and systems to maximize the utilization of spectrum | The system is built around a simple agent in each wireless access device which then communicates with other agents and can then ask for or bid for spectrum as its demand increases. Likewise it releases spectrum as its demands decrease.<br><br>The system would provide a service which performs the following tasks using a combination of software and hardware:<br><br>1. An RF sensor which samples utilization between and among available systems.<br>2. A system to receive and transmit signals to determine spectrum utilization and to allocate the spectrum on the basis of a selected methodology (i.e., first come first serve).<br>3. A software system to perform the tasks of allocation and management.<br><br>The design objectives of the adaptive beam forming antenna system are as follows:<br><br>1. Reduce power consumption of portables by 50 percent or more.<br>2. Extend the range of a cell by a factor of 50 percent or more. The target range is 4.5 miles.<br>3. Extend the capacity of Code Division Multiple Access ("CDMA"), Global System for Mobile Communication ("GSM"), or OFDM to 90 percent of the theoretical limit in major urban and suburban markets.<br>4. Integrate into the ANM system and ultra-band front end systems. |

**Patents**

**Total Number of Patents Included in Product Offering**
50

[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 3: Product Offerings**

*Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks*

| Description | Technology | Product and/or Service |
|---|---|---|
| Deployment and operations of Internet hubs in regional systems to enhance security and efficiency of Internet Protocol traffic. | Internet Protocol Secure Transport | The secure hubbing would include software and network interconnectivity which would entail an interconnection(s) to the Internet backbone and to regional networks, and it would be located in multiple regional sites. It would be comprised of: |
| The deployment and operation of Internet hubs in regional systems to allow for regionally secure and efficient operations of Internet Protocol traffic. There is clear need for regional Internet hubs similar to the Metropolitan Exchange Area ("MAE") hubs that were integral to the initial global deployment of the Internet. These regional hubs are large scale Internet Protocol based networking hubs which would provide regional high speed access as well as improving the regional security of the networks. | | 1. Domain Name Service ("DNS"): DNS interconnectivity for connection of local players. This is done centrally at the MAE location and remotely via nodes.<br>2. Hubbing: Provide facilities, services, and support.<br>3. Transport: Provide broadband pipes between new Network Access Points ("NAPs") in key countries. This would create NAPs where there are now Internet Exchanges ("NIXs").<br>4. Quality of Service: Provide overall network management and ensure quality of service.<br>5. Interconnectivity: NAP, NIX and MAE (U.S.) interconnection.<br>6. Network connections including but not limited to optical and wireless connectivity.<br>7. Enhanced security and firewalling. |

**Patents**



**Total Number of Patents Included in Product Offering**
96

**Source:**
[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 3: Product Offerings**

## *Ultra-broadband Front End Receivers for Multiband Operations*

| Description | Technology | Product and/or Service |
|---|---|---|
| Improve performance and reduce costs at cell sites by replacing multiple antennas and receivers with single ultra-broadband antenna and receiver.<br><br>Using a common set of radio front ends to manage a broad set of spectrum capacities can result in significant cost savings. Spectrum may be available from 600 MHz to 10 GHz and the complexities of having multiple receivers and transmitters makes equipment costly as well as maintenance and repairs costly. Thus, having a single ultra-broadband front end can dramatically improve this area. | Wireless | The use of wideband RF front ends, where highly linear RF front ends are in use, covering 25 to 40 percent bandwidth of the center frequency, and then the RF signal may be sampled at the Nyquist rate and at 16 bits per sample or even higher. This then allows a large dynamic range reconstitution of the signal that allows for the processing of the RF in a fully digital mode. A broadband, digital front end will be used to act as a gateway to interface the air interfaces of CDMA, Time Division Multiple Access ("TDMA"), and other access methods through the same cell and in the same frequency band. This system will permit multiple air interfaces to be a gateway into the same network access point, thus reducing the need for a single standard, and increasing the ability to provide a national network. The system element allows, through its use of large gain bandwidth product front end and fully digital RF processing, the ability to handle many different and simultaneous multiple access methods, such as TDMA and CDMA. This ability goes to the heart of interoperability and standards.<br><br>The system would consist of:<br><br>1. A wideband antenna capable of being used to a bandwidth or 60 percent or more of its center frequency. For example if the center frequency is 2 GHz then the antenna should be capable of handling signal from 800 MHz to 3.3 GHz. Actual designs can be based upon some of the patents contained within the Patent Portfolio.<br>2. An ultra high speed sampling system used to sample the entire band received, namely the total signal from 800 MHz to 3.2 GHz, which may contain multiple sub-bands. This sampled RF can then be processed digitally. In a classic design we would need an antenna and a complete front end receiver system. In this case we have a single antenna and a single receiver.<br>3. Following the broadband front end we would have multiple embodiments of air interface receivers and processors. Thus not only can we differentiate various spectral bands but we can process various air interface signaling formats via software. This would include GSM, CDMA, and 4g/OFDM.<br>4. The same would apply to the transmit chain.<br>5. An advanced network management system would be incorporated which would have capabilities to manage, control, provision, and optimize the system. |

**Patents**



**Total Number of Patents Included in Product Offering**
92

**Source:**
[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 3: Product Offerings**

*Adaptive Network Management Systems*

| Description | Technology | Product and/or Service |
|---|---|---|
| Wireless network management system with fault detection and security monitoring.<br><br>Management of a wireless network is generally performed using techniques employed in wired systems. However, a wireless system has many more degrees of freedom including environmental factors such as building reflects and absorption resulting from diurnal and seasonal changes (i.e. tree leaf absorption and snow and ice reflections). Thus, a more complex network management system using adaptive techniques could be employed to allow for both the optimization of performance and the deployment of added system capacity and capabilities. | Wireless | ANM is a system that uses in-situ sensors to monitor the power and signal quality throughout the network. The number of sensors will greatly exceed the number of cell locations. This set of dynamic measurements will then be used in a feedback scheme to adaptively change the characteristics of the cell transmit power and other characteristics to maximize the service quality. Specifically, the network management system uses the in-situ sensors to monitor all key signal elements. These elements are power, frequency, interference, noise, and other significant signal parameters. The system then transmits these signals back to a central processor which then generates an optimal signal to control the cell site transmission characteristics, such as power, frequency and other factors. The overall objective is to optimize the system performance from the user's perspective. |

**Patents**

**Total Number of Patents Included in Product Offering**
165

**Source:**
[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ▮▮ | ▮▮▮▮ | In a multimedia network, sessions require many-to-many interconnections. This facilitates that function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Adaptive Network Management Systems. | ▮▮ | ▮▮▮▮ | Security of multimedia networks can be attained at Layer 2. This is especially the case with a Virtual Private Network ("VPN"), which would be the transport mechanism for the most secure data. This patent enables such capability. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▮▮ | ▮▮▮▮ | Quality of service is essential for all implementations of Internet Protocol. This is especially true for multimedia systems. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▮▮ | ▮▮▮▮ | This patent enable admission control at routers. This enhances both quality of service capabilities as well as router access security. This patent has dual use in this area. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▮▮ | ▮▮▮▮ | Security of multimedia networks can be attained at Layer 2. This is especially the case with a VPN which would be the transport mechanism for the most secure data. This patent enables such capability. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▮▮ | ▮▮▮▮ | In a multimedia system, the flow of packets can be variable as the nature of the media changes. This allows for flexible control. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Ultra-broadband Front End Receivers for Multiband Operations. | ▮▮ | ▮▮▮▮ | Routing in an Internet Protocol network can be complicated and can result in delays. Delay minimization, which is especially critical for multimedia networks, can be improved with this function. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | For integrated networks, we require an ability to interconnect wire/wireless and intra and inter networking. This patent supports such functionality. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | For integrated networks, we require an ability to interconnect wire/wireless and intra and inter networking. This patent supports such functionality. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | The use of Multiprotocol Label Switching ("MPLS") and Layer 2 technology can become an integral part of the development of secure wire and wireless broadband. Moving security to a lower level, rather than Layer 6, will allow improved spoofing resistance. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | Routing in an Internet Protocol network can be complicated and can result in delays. Delay minimization, which is especially critical for multimedia networks, can be improved with this function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | Quality of service is essential for all implementations of Internet Protocol. This is especially true for multimedia systems. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | The sending of packets across networks must be accomplished efficiently. This facilitates such functionality. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▮ | ▮ | Multi-processing networks require effective and efficient interconnection. This facilitates such requirement. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | The ability to spectrum share means that one must be able to function and optimize an interfering network. This patent helps that function. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ████ | ██████████ | Orthogonal Frequency-division Multiplexing ("OFDM") adaptive system will provide improved multipath performance. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ████ | ████████ | OFDM adaptive system will provide improved multipath performance. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services. | ████ | ███████████ | Access control in an Internet Protocol environment is essential for gaming and other applications requiring security. This facilitates such functionality. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Wireless Broadband Multimedia Systems and Services. | ████ | ███████████ | Quality of service is essential for all implementations of Internet Protocol. This is especially true for multimedia systems. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Adaptive Network Management Systems. | ████ | ████████ | Multimedia dynamic management has been described as being essential. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ████ | ███████████ | Mixed protocols are typical when interconnecting to multiple networks and a capability to deal with that is essential. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ████ | ████████████ | Quality of service is essential for all implementations of Internet Protocol. This is especially true for multimedia systems. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ████ | ████████████ | Quality of service is essential for all implementations of Internet Protocol. This is especially true for multimedia systems. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Multimedia Communications Systems and Services; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ████ | ████████████ | Quality of service is essential for all implementations of Internet Protocol. This is especially true for multimedia systems. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Multimedia Communications Systems and Services. | ▮ | ▮ | Multimedia requires the integration of media, and this patent facilitates that function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Multimedia Communications Systems and Services. | ▮ | ▮ | Routing in an Internet Protocol network can be complicated and can result in delays. Delay minimization, which is especially critical for multimedia networks, can be improved with this function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | Multibeam antennas are critical to spectrum management and many other broadband applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | OFDM is at the heart of 4G. This patent provides additional detail on improving its implementation. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | Adaptive OFDM enables improved bandwidth efficiency and lowers cost. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | The ability to do broadband front ends, as well as spectrum management, requires adaptive modulation techniques such as these. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | Multibeam antennas are critical to spectrum management and many other broadband applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ▮ | ▮ | Multibeam antennas are critical to spectrum management and many other broadband applications. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███ | OFDM is at the heart of 4G. This patent provides additional detail on improving its implementation. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███ | Spectrum management can require the ability to deal with various forms of space and time multiplexing. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███ | Multibeam antennas are critical to spectrum management and many other broadband applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███ | Multibeam antennas are critical to spectrum management and many other broadband applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███ | Multibeam antennas are critical to spectrum management and many other broadband applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ███ | OFDM is a key element in obtaining 4G capabilities of tens of bps/Hz. Using an Automatic Repeat Request ("ARQ") capability enhances overall reliability and throughput. This patent provides such capability. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ███ | OFDM is a key element in obtaining 4G capabilities of tens of bps/Hz. Using an ARQ capability enhances overall reliability and throughput. This patent provides such capability. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ███ | OFDM is a key element in obtaining 4G capabilities of tens of bps/Hz. Using an ARQ capability enhances overall reliability and throughput. This patent provides such capability. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ████ | OFDM is a key element in obtaining 4G capabilities of tens of bps/Hz. Using an ARQ capability enhances overall reliability and throughput. This patent provides such capability. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | Multibeam antennas are critical to spectrum management and many other broadband applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | Multibeam antennas are critical to spectrum management and many other broadband applications. This patent can be beneficial across several opportunities. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | Spectrum management and control requires dealing across many frequencies. This patent facilitates that function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | Spectrum management and control requires dealing across many frequencies. This patent facilitates that function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | OFDM is a key element in obtaining 4G capabilities of tens of bps/Hz. Using an ARQ capability enhances overall reliability and throughput. This patent provides such capability. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | ARQ, automatic repeat request, is a classic approach to dealing with possible outages. Combined with OFDM, it will enhance effective throughput. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | The control of multiple block transfer is quite useful for many multimedia applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | OFDM is a key element in obtaining 4G capabilities of tens of bps/Hz. Using an ARQ capability enhances overall reliability and throughput. This patent provides such capability. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███████ | ███████████████ | OFDM is a key element in obtaining 4G capabilities of tens of bps/Hz. Using an ARQ capability enhances overall reliability and throughput. This patent provides such capability. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ████████ | █████████████████ | Packetizing techniques are required for all Internet Protocol applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ████████ | ████████████ | Packet switches are an essential element of many of the system designs. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Ultra-broadband Front End Receivers for Multiband Operations. | ████████ | ████████████████ | The ability to operate a wireless system in a complex environment is facilitated by this patent. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Ultra-broadband Front End Receivers for Multiband Operations. | ████████ | █████████████████ | OFDM is a key element in obtaining 4G capabilities of tens of bps/Hz. Using an ARQ capability enhances overall reliability and throughput. This patent provides such capability. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Adaptive Network Management Systems. | █████████ | █████████████████ | Routing in an Internet Protocol network can be complicated and can result in delays. Delay minimization, which is especially critical for multimedia networks, can be improved with this function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Adaptive Network Management Systems. | ████████ | ████████████████████ | Multibeam antennas like Multiple-input and Multiple-output ("MIMO") increase capacity, improve bandwidth efficiency, and enable efficient local networking. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Adaptive Network Management Systems. | ████████ | ███████████ | Microcells are especially useful for local broadband opportunities since they expand coverage at low costs. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Adaptive Network Management Systems. | ████████ | ██████████████████ | Spectrum management is improved by having reuse capabilities. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Adaptive Network Management Systems. | ████████ | █████████████████ | The registration of wireless devices is an essential requirement for all wireless networks. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Adaptive Network Management Systems. | ████████ | ███████████████████ | Advanced network management requires a planning facility and this patent enables such functionality. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Adaptive Network Management Systems. | ████████ | ████████████████ | Rate enhancement in mobile systems is a useful addition. This patent facilitates such functionality. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment; Adaptive Network Management Systems. | ███████ | ███████ | Router to router communication time must be minimized in multimedia networks. This patent facilitates such functionality. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | A distributed wireless system can enhance capacity and reduce costs. This can also become part of the planning function in adaptive network management. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | There is still a requirement to interconnect Internet Protocol networks with some classic circuit switched systems. This patent makes that more cost effective. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | Multimedia requires the integration of media and this patent facilitates that function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | Multimedia requires the integration of media and this patent facilitates that function. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | Route optimization in Internet Protocol networks ensures lowest latency and best performance for multimedia applications. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | There is still a requirement to interconnect Internet Protocol networks with some classic circuit switched systems. This patent makes that more cost effective. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | Having the capability of communicating with diverse devices is essential, and this patent enable such functionality. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | Packet handling optimization is a critical factor in multimedia applications for wireless. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | Policy based control is critical for spectrum management and secure networks. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | Control of flow between various wireless networks is essential in an integrated wire/wireless network opportunity. |
| Secure Local Wireless Broadband; Hybrid Fiber/Wireless Broadband Deployment. | ███████ | ███████ | Flow control is part of the process of optimizing packet delay in networks. It is an essential element required for all opportunities. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███████ | ███████ | The ability of an antenna to track a mobile is a benefit to enhancing secure systems. It also facilitates spectrum utilization. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███████ | ███████ | The ability of an antenna to have multi beam coverage is a benefit to enhancing secure systems. It also facilitates spectrum utilization. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███████ | ███████████████ | The ability of an antenna to have multi beam coverage is a benefit to enhancing secure systems. It also facilitates spectrum utilization. This six sector antenna enhances bi-modal capabilities. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | █████████████████████ | This patent is an array of directional antennas that also provide a pseudo-omni coverage pattern. This patent allows band separation in a spectrum management system. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ███████████████████████ | This patent is an array of multiple antenna that also provide a pseudo-omni coverage pattern. This patent allows band separation in a spectrum management system. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████████ | The ability of an antenna to have multibeam coverage is a benefit to enhancing secure systems. It also facilitates spectrum utilization. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | █████████████████████████ | The ability of an antenna to have multibeam coverage is a benefit to enhancing secure systems. It also facilitates spectrum utilization. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | █████████████ | Dynamically allocating spectrum can be significantly enhanced by means of adaptive multibeam antennas. This means that there can be significant bandwidth utilization available. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ██████████████████ | Ultra-broadband systems look at the incoming spectrum over a very broad bandwidth and then digitize it so that it can be processed entirely digitally. Using the technology described in this patent, one can then develop high speed software systems to implement this as part of the software in the broadband environment. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | █████████████████ | Ultra-broadband systems look at the incoming spectrum over a very broad bandwidth and then digitize it so that it can be processed entirely digitally. Using the technology described in this patent, one can then develop high speed software systems to implement this as part of the software in the broadband environment. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████████████████ | The ability of an antenna to have multi beam coverage is a benefit to enhancing secure systems. It also facilitates spectrum utilization. Combine this with OFDM and an ultra high capacity wireless system can be achieved. |
| Secure Local Wireless Broadband; Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████████ | Ultra-broadband systems look at the incoming spectrum over a very broad bandwidth and then digitize it so that it can be processed entirely digitally. Using the technology described in this patent, one can then develop high speed software systems to implement this as part of the software in the broadband environment. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Adaptive Network Management Systems. | ██████ | █████████████████ | Multiple VPNs are elements that make up those connection to a hub, and this patent identifies how to manage them. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Adaptive Network Management Systems. | ██████ | ████████████ | Multiple VPNs are elements that make up those connection to a hub, and this patent identifies how to manage them. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Adaptive Network Management Systems. | ██████ | ████████████ | Multiple VPNs are elements that make up those connection to a hub, and this patent identifies how to manage them. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Adaptive Network Management Systems. | ██████ | ██████████████ | Multiple VPNs are elements that make up those connection to a hub, and this patent identifies how to manage them. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Adaptive Network Management Systems. | ██████ | ████████████████████ | Multiple VPNs are elements that make up those connection to a hub, and this patent identifies how to manage them. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Adaptive Network Management Systems. | ██████ | ██████████████ | Security for access and management is essential in the hub scheme proposed, and this patent supports that requirement. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | ████████ | Security is a key element, and it is assumed that this patent can facilitate such functionality. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | ████████ | Multiple VPNs are elements that make up those connection to a hub, and this patent identifies how to manage them. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | ██████████████████ | Quality of service is essential in interconnecting the hubbed networks, and this patent supports that requirement. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ███████████ | Internet Protocol mobile interfaces is essential for the hub, and this patent supports that need. |
| Secure Local Wireless Broadband; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ██████████ | Multiple VPNs are elements that make up those connection to a hub, and this patent identifies how to manage them. |
| Secure Local Wireless Broadband; Ultra-broadband Front End Receivers for Multiband Operations; Adaptive Network Management Systems. | ███ | █████████ | This patent provides a security measure for a wireless interconnection to a hub and can be useful. |
| Secure Local Wireless Broadband; Adaptive Network Management Systems. | ███ | ████████████ | Faulty wireless can be a loss of function or it can present a security threat, and this patent assists in such a determination. |
| Secure Local Wireless Broadband; Adaptive Network Management Systems. | ███ | █████████████ | Enhanced mobile sites implemented by means of enhanced layouts can be of significant use. |
| Secure Local Wireless Broadband. | ███ | ████████████ | Streaming data is one of the functions often seen in secure hubs, and this patent supports that function. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ██████████ | Optical switches are a key element in optical networks, especially for multimedia applications. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ██████████████ | Optical switches, as well as their related infrastructure elements, are a key element in optical networks, especially for multimedia applications. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ██████████████ | When interconnecting networks in an Internet Protocol format, the ability to connect multiple virtual circuits is essential. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ████████████ | Optical switches are a key element in optical networks, especially for multimedia applications. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ██████████ | Wavelength Division Multiplexing ("WDM") is a key underpinning of optical transport. This patent assist in improving performance over such systems. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | █████████ | Optical amplifiers are part of any optical network and the improvement of amplifiers will improve overall quality. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ████████████ | Dispersion on fiber can reduce throughput. This capability will increase capacity and is used throughout. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | ██████████ | WDM is a key underpinning of optical transport. This patent assists in improving performance over such systems. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ███ | █████████████ | Broadband traffic flow management is required for all integrated systems, and this patent assists that function. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓▓ | Dispersion due to polarization effects on fiber can reduce throughput. This capability will increase capacity and is used throughout. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓ | Dispersion on fiber can reduce throughput. This capability will increase capacity and is used throughout. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓ | Dispersion on fiber can reduce throughput. This capability will increase capacity and is used throughout. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓ | Optical switching allows for higher reliability optical networks and this patent facilitates that function. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓ | Dispersion on fiber can reduce throughput. This capability will increase capacity and is used throughout. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓ | Pump control of amplifiers can reduce power consumption and improve stable data rates. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓ | Dispersion on fiber can reduce throughput. This capability will increase capacity and is used throughout. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓▓ | Optical switches allow for routing control and distribution into other networks. This patent allows for improved integration and employment. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓▓ | Optical cross connects enable the efficient integration of optical broadband networks. This is a cost effective way to integrate wire and wireless infrastructure. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓ | Optical switches allow for interconnection and this patent facilitates such functionality. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓▓ | Multi-network interconnection is pervasive throughout the opportunities. This patent allows such functionality for a variety of VPN. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓ | Packet routing has some significant complexity and routing them will improve overall throughput. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓▓ | Multicasting allows for flexibility in multimedia systems. Having this in an optical system means that substantial multimedia applications can be supported. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ▓▓▓ | ▓▓▓▓▓ | Control of system functionality over a wide temperature range affords high quality performance to end system. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | ██████ | Optical routing allows for flexibility in multimedia systems. Having this in an optical system means that substantial multimedia applications can be supported. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | ████████████ | Polarization dispersion control allows for higher data rates and increases capacity of existing fiber. |
| Hybrid Fiber/Wireless Broadband Deployment; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | ████████ | Multiplexing allows for flexibility in multimedia systems. Having this in an optical system means that substantial multimedia applications can be supported. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | █████████ | This patent enables an alarming and recovery capability for a fiber network. It enables a switching capability that can be essential in secure hubbing applications. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | █████████████ | This patent is an essential element of any secure fiber network. It looks for and detects any tap into a fiber network thus establishing an effective intrusion prevention mechanism. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | █████████████ | Light source protection can increase overall reliability. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | █████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Gain shaping allows for more uniform transport and increases capacity. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ████████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Managing sidelobe filters allows for closer spacing of optical bands and increases overall capacity. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ███████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Again, this patent allows tapering of separate sidelobes, and thus, reduces interband interference. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ██████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Dispersion management and polarization management are critical in expanding fiber capacity. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ███████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Gain control of optical amplifier is always required, since failure to maintain control can cause distortions as well as receiver loss of sync. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ██████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Improving optical performance by using complex reflection and refraction methods, such as Bragg, improves overall capacity. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. As before, overall gain control is necessary to suppress distortion. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ████████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. This is another gain control and distortion management patent. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ████████████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. WDM is a means to integrate multiple light frequencies to increase capacity. The mixing or intermod of multiple beams causes interference and reduces capacity. This facilitates in reducing that interference. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ██████████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Polarization and dispersion causes loss of performance, and proper compensation increases capacity. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ████████████████ | Jitter, the fluctuations of carriers frequencies, is a cause of error in digital systems. Controlling jitter is a critical factor. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ████████████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. On ultra long haul transmission, one must be concerned about dispersion. This patent reduces that factor. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ██████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Polarization distortion results in loss of performance by increasing error rates. Management of this factor is essential. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ████████████ | Mobile communications continuity is a critical requirement. Thus, the ability to maintain communications through enclosed environments adds substantially to the overall value and is essential. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ██████████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. This is another patent that focuses specifically on dispersion control and adds to capacity. |
| Hybrid Fiber/Wireless Broadband Deployment. | ██████ | ████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. As above, this is dispersion control, albeit on long haul fiber. Dispersion on long haul is a significant problem, and this patent assists in its reduction. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Hybrid Fiber/Wireless Broadband Deployment. | ███ | ██████████████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Dispersion degraded capacity and the ability to discriminate increases load handling capability. |
| Hybrid Fiber/Wireless Broadband Deployment. | ███ | ██████████████████ | This is one of several optical transmission optimization technologies useful in any fiber network configuration. Ultra-dense WDM means that the fiber is carrying a very heavy load of circuits, each at a different optical wavelength. This patent allows improved design and control. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ███ | ██████████████████ | Access to storage of data must be secure but available to authorized users. This patent assists in that function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ███ | █████████████████ | This patent provides multiuser seamless intercommunications necessary for many multimedia applications. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ███ | ████████████████ | Context established a theme for a multimedia communications. This patent facilitates that need. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ███ | ██████████████████ | Management and control of multimedia networks require a higher level of control than a more classic telephone system. This patent facilitates that over all packet environments. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ███ | ██████████████████ | Security of multimedia networks can be attained at Layer 2. This is especially the case with a VPN which would be the transport mechanism for the most secure data. This patent enables that capability. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ███ | ████████████████ | Service level policies are essential in a multimedia environment wherein the flow of communications control amongst users can be managed. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ███ | ██████████████ | Authorized access is essential in multimedia, gaming, and a variety of services. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████████████████████ | Security of multimedia networks can be attained at Layer 2. This is especially the case with a VPN which would be the transport mechanism for the most secure data. This patent enables that capability. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ██████████████████ | The ability to execute complex Internet based services is essential to multimedia based services. This patent facilitates that function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | █████████████████ | Threads allow for virtual control of sessions. This patent enables the efficient usage of such threads in a multimedia system. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Localism requires location and thus, this patent is essential. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | The ability to perform searches along with specific user profile data is key to both multimedia and localism. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | This is an essential mechanism for broadband advertising on both wire and wireless systems. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Localism requires location and thus, this patent is essential. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Multimedia distribution is an essential feature, and multi-user/multi-media systems depend on this feature. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Multimedia call establishment and operation can be a complicated process. This patent provides an efficient and essential means for this function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Color presentation is a key factor in multimedia. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Authentication is a key element in any multimedia system. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | In a variety of the opportunities, it is essential to ensure secure commerce. This patent is especially pertinent for secure transactions. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | An essential element of a multimedia system is the ability to deal not only with Layer 5 end to end but to enable the devices and users to efficiently flow their multimedia objects. This patent enable that effort. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Having the ability to manage client and server capabilities is a critical element in managing user interactions in a multimedia network. This patent facilitates such functionality. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Multimedia is the simultaneous provision of video, voice, data, text, and any other complex media. This patent is essential. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | The integration of mobile into a multimedia system requires functions supported by this patent. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ▇ | ▇ | Various web pages integrated into a multimedia communication need protocol support over a Transmission Control Protocol ("TCP/IP") network, and this patent supports that function. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ███████ | The ability to identify and then to re-identify users in an environment is important, and this patent supports that function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████████ | Speech is one element of multimedia that must be equally facilitated and integrated. This patent supports that need. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | █████████ | Page filtering can assist in refining multimedia presentations. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ██████████ | The ability to control unsolicited multimedia objects is also an essential feature. This patent enables that function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | █████████ | Context establishes a theme for a multimedia communications. This patent facilitates that need. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████████ | This patent assists the localism functions. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | █████████ | Session management is at the heart of multimedia. This patent supports that function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | █████████ | Video conferencing is an element of any multimedia system and the technology contained in this patent is useful. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ███████████ | The multimedia broadband system allows for the provision of many services that become responsive to promotional incentives. This patent provides a capability at that level. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ██████████ | Localism requires location and thus, this patent is essential. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ██████████ | This patent is a very important feature and function of any multimedia system. Across a multimedia Internet Protocol network, the multimedia objects are fragmented and then must be reassembled into coherent spatial and temporal objects and shared across a wide base of disparate users. This patent is an essential element in that embodiment. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████████ | Integrating a multimedia call is complicated, and this patent assists in that process in an Internet Protocol based network. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | █████████ | Presence is a characteristic of a good multimedia system. This patent assists in that need. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Session management is at the heart of multimedia. This patent supports that function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | The ability to perform searches along with specific user profile data is key to both multimedia and localism. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Integrating a multimedia call is complicated, and this patent assists in that process in an Internet Protocol based network. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Managing sessions is an essential function and having an agent to assist facilitates overall quality of service. This patent facilitates such functionality. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Service level policies are essential in a multimedia environment wherein the flow of communications control amongst users can be managed. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | This patent supports complex communications across disparate networks, which is essential for multimedia. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Stored multimedia data must be readily accessed and utilized. This patent supports that function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | The ability to perform searches along with specific user profile data is key to both multimedia and localism. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Internetworking of multimedia content between various systems is an essential function supported by this patent. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Tokens are a means to control the multimedia session. Depending on how the control algorithm is configured, the token can become an integral element in who "speaks" and when. This patent enables control by a token like facility. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Media proxy development and management is a key element of multimedia, and this patent supports such functionality. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Security of multimedia networks can be attained at Layer 2. This is especially the case with a VPN which would be the transport mechanism for the most secure data. This patent enables that capability. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ███ | ████ | Security of multimedia networks can be attained at Layer 2. This is especially the case with a VPN which would be the transport mechanism for the most secure data. This patent enables that capability. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ■■■ | ■■■ | H.323 and Session Initiation Protocol ("SIP") are currently used as part of any voice portion of a multimedia system and would be essential in any fully implemented multimedia environment. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ■■■ | ■■■ | Identifying and tracking users in a legal manner is an essential capability in the development of such systems. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ■■■ | ■■■ | Session management is at the heart of multimedia. This patent supports that function. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ■■■ | ■■■ | Security of multimedia networks can be attained at Layer 2. This is especially the case with a VPN which would be the transport mechanism for the most secure data. This patent enables that capability. |
| Wireless Broadband Multimedia Systems and Services; Multimedia Communications Systems and Services. | ■■■ | ■■■ | Integrating services across current and older media is a need for many of these types of networks. This patent focuses on that effort. |
| Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ■■■ | ■■■ | Financial transactions are often involved in multimedia systems, and this patent greatly facilitates this function. |
| Multimedia Communications Systems and Services; Adaptive Network Management Systems. | ■■■ | ■■■ | Resource allocation is a key element in balancing user demands, media complexity, and session management. |
| Multimedia Communications Systems and Services. | ■■■ | ■■■ | Speech recognition based upon limited data is a useful function, and this patent can prove useful. |
| Multimedia Communications Systems and Services. | ■■■ | ■■■ | This patent can provide a variety of user identification, location, and other descriptors of interest. |
| Multimedia Communications Systems and Services. | ■■■ | ■■■ | Speech quality is enhanced via the use of directional audio, and this patent facilitates that function. |
| Multimedia Communications Systems and Services. | ■■■ | ■■■ | Multi-user and multimedia systems require high quality of service over broadband environments, wire or wireless. This patent facilitates such functionality. |
| Multimedia Communications Systems and Services. | ■■■ | ■■■ | Speech is one element of multimedia that must be equally facilitated and integrated. This patent supports that need. |
| Multimedia Communications Systems and Services. | ■■■ | ■■■ | Voice management and control is an essential element of multimedia, and this patent can facilitate that requirement. |
| Multimedia Communications Systems and Services. | ■■■ | ■■■ | Speech recognition based upon limited data is a useful function, and this patent can prove useful. |
| Multimedia Communications Systems and Services. | ■■■ | ■■■ | This is an attractive method to provide ads in an Internet environment and can have uses in the local wireless app. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Multimedia Communications Systems and Services. | ███ | ████████ | Allocation of resources is a key element across many opportunities, not only multimedia but also spectrum sharing. This patent presents some useful applications. |
| Multimedia Communications Systems and Services. | ███ | █████ | Multiclass networks allow for priority queuing, and it is a form of policy management at the user level. This is an essential function of session level services as well as Layer 2 control. |
| Multimedia Communications Systems and Services. | ███ | ███████ | In any multimedia system, it is essential to recognize the presence of individuals and to associate conversation control with some equitable and agreed to protocol. This patent assists in that function. |
| Multimedia Communications Systems and Services. | ███ | ███████ | This patent enables the location of any user no matter what their Radio Frequency ("RF") access mechanism is. This is a method which can supplement Global Positioning System ("GPS"). |
| Multimedia Communications Systems and Services. | ███ | ██████ | Each user can have a different type of capability. It is essential to detect the type of capability so as to automatically adjust the service to match capability. This patent accomplishes this task. |
| Multimedia Communications Systems and Services. | ███ | ███████ | Security of multimedia networks can be attained at Layer 2. This is especially the case with a VPN which would be the transport mechanism for the most secure data. This patent enables that capability. |
| Multimedia Communications Systems and Services. | ███ | ███████ | Quality of service is essential in interconnecting the hubbed and multimedia networks, and this patent supports that requirement. |
| Multimedia Communications Systems and Services. | ███ | █████ | In any multimedia system, it is essential to recognize the presence of individuals and to associate conversation control with some equitable and agreed to protocol. This patent assists in that function. |
| Multimedia Communications Systems and Services. | ███ | ██████ | This is a mechanism to insert ads in a digital video environment in anticipation of a user's interest. |
| Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations; Adaptive Network Management Systems. | ███ | ██████ | Spectrum management at its core requires the ability to "negotiate" for assets, namely spectrum. This patent presents a core capability that goes to the center of this function. |
| Advanced Adaptive Spectrum Management and Allocation; Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███████ | The spectrum management function also requires the ability to assign spectrum to varying geographical coverage sectors, and this patent facilitates that function. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███ | The spectrum management function also requires the ability to assign spectrum to varying geographical coverage sectors, and this patent facilitates that function. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | Ultra-broadband systems look at the incoming spectrum over a very broad bandwidth and then digitize it so that it can be processed entirely digitally. Using the technology described in this patent, one can then develop high speed software systems to implement this as part of the software in the broadband environment. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | The spectrum management function also requires the ability to assign spectrum to varying geographical coverage sectors, and this patent facilitates that function. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | █████ | The spectrum management function also requires the ability to assign spectrum to varying geographical coverage sectors, and this patent facilitates that function. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | The spectrum management function also requires the ability to assign spectrum to varying geographical coverage sectors, and this patent facilitates that function. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | Adaptive radio systems are a central element in an adaptive spectrum management system. This patent allows for power and frequency flexibility that can be used in this opportunity. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | Adaptive radio systems are a central element in an adaptive spectrum management system. This patent allows for power and frequency flexibility that can be used in this opportunity. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████ | Channel interference is a measure of how effectively the spectrum is being utilized. This patent can be used as an element in the operation of this system. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | █████ | Frequency reuse by definition is an element of spectrum adaptation and assignment. The reuse methodology in this patent can be useful in the implementation of this opportunity. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | █████ | This patent will assist in the physical design of an ultra-broadband system antenna. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ███ | █████ | The use of this patent is for interference control for usage in high density locations as well as the use to eliminate interference with other RF sensitive devices. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████████ | Multibeam/multiband antennas allow for selective use of spectrum. |
| Advanced Adaptive Spectrum Management and Allocation; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████████ | Multibeam/multiband antennas allow for selective use of spectrum. Integrating that with OFDM as a multiple access system is quite useful. |
| Advanced Adaptive Spectrum Management and Allocation; Adaptive Network Management Systems. | ██████ | ███████████████████ | This patent covers both spectrum optimization as well as multimedia integration and thus, has many uses across many opportunities. |
| Advanced Adaptive Spectrum Management and Allocation; Adaptive Network Management Systems. | ██████ | █████████████████ | Having multiple databases synchronization is a key element in the ability to bid for and access spectrum. |
| Advanced Adaptive Spectrum Management and Allocation. | | ████████████ | This patent assists on the allocation of spectrum as part of an adaptive spectrum management system. |
| Advanced Adaptive Spectrum Management and Allocation. | ██████ | █████████████████ | Multipath is both an interference as well as a carrier of information. This patent deals with multipath as interference. It has benefit in certain circumstances in which network coding cannot be employed. |
| Advanced Adaptive Spectrum Management and Allocation. | ██████ | █████████████ | Localism requires location and thus, this patent is essential. |
| Advanced Adaptive Spectrum Management and Allocation. | ██████ | █████████████ | Elimination of spurious signals is an essential element of spectrum management, and this patent assists that function. |
| Advanced Adaptive Spectrum Management and Allocation. | ██████ | █████████████ | Interference rejections is also a key element in optimizing spectrum usage. |
| Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations; Adaptive Network Management Systems. | ██████ | ███████████████████ | Quality of service is a critical factor in assuring overall access control and management. Wireless quality of service is especially important, and this patent supports that requirement. |
| Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ███████████████ | This patent allows for bandwidth sharing and can assist in this area. |
| Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ███████████████ | This patent provides a secure voice interconnection and can be of use. |
| Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks; Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ███████████████ | This is a powerful patent used in hubbing, which is at the heart of the hub construct. |
| Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ████████ | ████████████████ | Border Gateway protocols call for secure access to these networks, and this patent can be useful. |
| Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | █████████████████ | Border Gateway protocols call for secure access to these networks, and this patent can be useful. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | ████████████████ | The need to align free space secure optical systems is a requirement for local secure interconnections supported by this patent. |
| Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks. | ██████ | ████████████████ | Multi-hop wireless can be one of the elements in accessing this type of hub, and this patent facilities its implementation. |
| Ultra-broadband Front End Receivers for Multiband Operations; Adaptive Network Management Systems. | ██████ | ████████████████ | High capacity systems via fractional frequency allocation will be part of an ultra-broadband capability system. The sorting of the various channels and their reconstruction will require the substantial level of complexity addressed in this patent. |
| Ultra-broadband Front End Receivers for Multiband Operations; Adaptive Network Management Systems. | ██████ | ████████████████ | Frequency planning has been a problem of choosing the best way to assign bands to users. The problem becomes exponentially more complex in an ultra-broadband design. This patent contributes to solving that problem. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ██████████ | The method and means of feeding the ultra-broadband system on both transmit and receive is quite advanced. The technology in this patent will facilitate that process. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████ | The ultra-broadband antenna is an adaptive multi beam device and, as such, is a flat plan antenna. Beams are electronically formed. This flat plane patent provides substantial support for the plane design. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████ | This patent presents a layered antenna approach that also can be employed as an added level of sophistication in the design. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████ | This patent presents a layered antenna approach that also can be employed as an added level of sophistication in the design. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████ | Multi layer antenna designs are part of an ultra wideband device. The multilayer technology in this patent is of use in the implementation. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ██████████ | Diversity design is often used for multipath rejection. That can be a part of the design. I can also have selected a network coding element as well, but this is a physical way to also manage the process. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████████ | Omni antenna are useful for broad range coverage. It is possible that, at certain frequencies, such a design is useful. This can then be incorporated in the ultra wideband antenna in a software implementation. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████ | This design has elements that I could use in improving the specifics of antenna radiators. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██████ | ████████ | This design can be employed for end user interface to an ultra-broadband device. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ██████████ | This design can be employed for end user interface to an ultra-broadband device. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ██████ | This patent provides certain specifics for antenna feed design that can be useful in interfacing with the ultra-broadband antenna. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████████ | Being capable of determining impairments in antenna performance will be part of an ultra-broadband implementation, since real time impairment measurements are used to modify and adapt performance. This patent provides such functionality. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████████ | This patent provides a technology base for multi-beam antennas. This will be a core element in the design. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ██████ | Locating and arranging the broad bandwidth beam receive and transmit antenna will be critical, and this patent provides such capabilities. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | █████ | The ultra-broadband systems require technology that is used in dual band antenna. With this patent, the technology will be extended into a multi band type configuration. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███████ | Power control will also be a key element in managing a multibeam ultra wideband system. This patent facilitates such functionality. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | █████ | The ultra-broadband systems require technology that is used in dual band antenna. With this patent, the technology will be extended into a multi band type configuration. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | █████ | Ultra-broadband systems look at the incoming spectrum over a very broad bandwidth and then digitize it so that it can be processed entirely digitally. Using the technology described in this patent, one can then develop high speed software systems to implement this as part of the software in the broadband environment. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ██ | ████████ | This patent is a reverse multibeam system and is useful for increasing capacity in a fixed wireless network. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███████ | Polarization performance is an essential element of a broadband system, and using the technology in this patent will assist in its implementation. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ███████ | The patent provides the ability to manage and measure proximate fields which can be used to modify the adaptive beams on the antenna for improved bandwidth. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ██████████ | This patent's use of adaptive multirate codes can be used to measure and monitor the bandwidth of this type of system |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████████████ | Ultra-broadband systems look at the incoming spectrum over a very broad bandwidth and then digitize it so that it can be processed entirely digitally. Using the technology described in this patent, one can then develop high speed software systems to implement this as part of the software in the broadband environment. |
| Ultra-broadband Front End Receivers for Multiband Operations. | ███ | ████████████ | This patent presents a complex self configurable design that will be used in the ultra-broadband front end. |
| Adaptive Network Management Systems. | ███ | ████████████ | Congestion can reduce overall quality in any network. Using a method for monitoring and reporting on congestion is essential, and this patent provides such functionality. |
| Adaptive Network Management Systems. | ███ | ████████ | Being capable of understanding and implementing network templates of configuration are key inputs to any adaptive network management system. This patent provides that function. |
| Adaptive Network Management Systems. | ███ | ████████████ | Internet Protocol networks are now pervasive. It is essential to be able on a real time dynamic basis to allocate new Internet Protocol addresses across all elements of such networks. This patent does that function. |
| Adaptive Network Management Systems. | ███ | ████████████ | Packets flow across networks in a free manner seeking the best possible route. A technique for end to end flow control is essential for managing total load balancing in such networks, and this patent supports that function. |
| Adaptive Network Management Systems. | ███ | ██████████ | Admission of packets to a network is a control function that an adaptive network management system provides. This patent facilitates that process. |
| Adaptive Network Management Systems. | ███ | █████████ | The ability to "discover" new VPNs is a need for any dynamic network. Checking their credentials and admission is a requirement of the adaptive network management and is covered by this patent. |
| Adaptive Network Management Systems. | ███ | ███████████ | Monitoring the address of a source is a key requirement for the security of an Internet Protocol network. This patent facilities that process, which must be visible to an adaptive network management. |
| Adaptive Network Management Systems. | ███ | ███████████ | The traffic engineering and management function is a key element of the adaptive network management. Thus, the ability to do that, and in turn to reconfigure a network, is supported by this patent. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ██████ | ██████████ | Security is a fundamental requirement of a network. However, security may prevent control. This patent demonstrates how to incorporate reconfiguration across a secure network. |
| Adaptive Network Management Systems. | ██████ | █████████████ | Simple Network Management Protocol ("SNMP") is a protocol for implementing network management. Collecting data from SNMP packets goes to the heart of the adaptive network management functionality. This patent provides a broad based means to accomplish this task. |
| Adaptive Network Management Systems. | ██████ | ████████████████ | Power management across networks is now a significant factor in managing costs. This patent assists in that element. |
| Adaptive Network Management Systems. | ██████ | ██████████ | General searching techniques generally require improvements, and this patent assists in that area. |
| Adaptive Network Management Systems. | ██████ | ████████████ | Serially connected networks present problems often in ascertaining breaks. This patent greatly facilitates the ability of an adaptive network management system to do so. |
| Adaptive Network Management Systems. | ██████ | ████████████████ | Interconnections are often complex and require careful management. Failure to keep and track interface specs can lead to loss of network connectivity. This patent addresses this issue and assists in its solution. |
| Adaptive Network Management Systems. | ██████ | ███████████ | Unifying disparate networks and allowing them to function as a unity and then providing the means to manage, monitor, and control them is essential, and this patent supports that need. |
| Adaptive Network Management Systems. | ██████ | ████████████████ | Monitoring Internet Protocol networks is a key part of the adaptive network management system. Using the Operations, Administration, and Maintenance ("OAM") functionality of Ethernets can assist that function. |
| Adaptive Network Management Systems. | █████ | ██████████████ | Mobility management enhances any mobile service. This patent allows that as well as provides the tools to manage and support this capability. |
| Adaptive Network Management Systems. | █████ | ██████████████ | Any network is an amalgam of subnetworks. In any large complex network, it is essential to facilitate the routing of packets across those disparate elements. This patent supports that function. |
| Adaptive Network Management Systems. | █████ | ██████████████ | This is an extension of the above patent. Any network is an amalgam of subnetworks. In any large complex network, it is essential to facilitate the routing of packets across those disparate elements. This patent supports that function. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ███ | ██████████ | Multimedia functions must be managed across large scale networks. Such functions as "find me" are critical if users are mobile. This patent assists in that capability. |
| Adaptive Network Management Systems. | ███ | ██████████ | Managing subscriber information is essential for any adaptive network management system. It is required for provisioning, repairs, service alterations, and overall management. This patent assists that function. |
| Adaptive Network Management Systems. | ███ | ██████████ | Service capacity and loading is critical to performance management. This patent facilitates that function. |
| Adaptive Network Management Systems. | ███ | ██████████ | Allocating channels in a mobile system is a complex problem. The mobile sites must be coordinated to maximize performance, and that is an adaptive network management function. This patent assists that function. |
| Adaptive Network Management Systems. | ███ | ██████████ | Managing information in a complex network is essential albeit complex. This patent facilitates that function. |
| Adaptive Network Management Systems. | ███ | ██████████ | Internet files are often required for diagnostic purposes. This patent facilitates that function. |
| Adaptive Network Management Systems. | ███ | ██████████ | Internet files are often required for diagnostic purposes. This patent facilitates that function and supports the above patent. |
| Adaptive Network Management Systems. | ███ | ██████████ | Admission of new users into a network require a sophisticated and controlled secure capability. This patent assists that function. |
| Adaptive Network Management Systems. | ███ | ██████████ | This is a broad patent covering a multiplicity of network monitoring functions, all of which are at the heart of an adaptive network management system. |
| Adaptive Network Management Systems. | ███ | ██████████ | In any complex network, the databases are distributed. Being able to synchronize and update them is critical. This patent supports that function. |
| Adaptive Network Management Systems. | ███ | ██████████ | Alerts and alarms are used in adaptive network management to notify the managers if problems arise. This patent facilitates that process. |
| Adaptive Network Management Systems. | ███ | ██████████ | Call data, call status, etc. are necessary to be part of the ongoing adaptive network management system functions. In this case, calls can be more generic and include any connection of a multimedia session, for example. This patent facilities the process of monitoring and managing them. |
| Adaptive Network Management Systems. | ███ | ██████████ | Transactions across a network may be affected by users or adaptive network management. This capability establishes a set of agents that facilitate and affect that process. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ███ | ████████████ | Order processing is a front end element of an adaptive network management system. This patent helps this function. |
| Adaptive Network Management Systems. | ███ | ████████████ | Management of software across a distributed system is a major function. Update, license rights, and security are a few of the issues concerned. This patent helps that function. |
| Adaptive Network Management Systems. | ███ | ████████████ | Performance monitoring, management, and optimization are an ongoing function of the adaptive network management system. This patent significantly improves that capability. |
| Adaptive Network Management Systems. | ███ | ████████████ | Configuration capabilities are essential for any form of adaptive network management system. This patent enables that function. |
| Adaptive Network Management Systems. | ███ | ████████████ | Terminal data information feedback is at the heart of any adaptive network management system. It tells the system how well the signal is being received and adaptive changes can be made thereto. This is a critical patent for such an approach. |
| Adaptive Network Management Systems. | ███ | ████████████ | Modeling a system is an integral part of planning and performance evaluation. This patent facilitates that element. |
| Adaptive Network Management Systems. | ███ | ████████████ | Alerts for any system change in operations is at the heart of a adaptive network management system. This patent allows that functionality to be fully deployed. |
| Adaptive Network Management Systems. | ███ | ████████████ | This patent is a data search tool that can be employed in data management in an adaptive network management system. |
| Adaptive Network Management Systems. | ███ | ████████████ | Allocation of resources is a key element across many opportunities, not only multimedia but also spectrum sharing. This patent presents some useful applications. |
| Adaptive Network Management Systems. | ███ | ████████████ | Order processing is a front end element of an adaptive network management. This patent helps this function. |
| Adaptive Network Management Systems. | ███ | ████████████ | Alerting is a critical factor for alarms and performance. This patent integrates that with caller information and is of importance. |
| Adaptive Network Management Systems. | ███ | ████████████ | Configuration information is essential for planning, management, provisioning, and repair. This patent enables a set of features to accomplish this process. |
| Adaptive Network Management Systems. | ███ | ████████████ | Multi-domain networks require careful coordination, and this patent provides facilities via an adaptive network management system to accomplish this coordination. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ███ | ███████ | Resource management is one of the top functions of an adaptive network management system. Namely, what units are where and how best to deploy them, as well as managing assets as financial units. This patent helps significantly in this area. |
| Adaptive Network Management Systems. | ███ | ████████ | Routing control in Internet Protocol is essential, and securing that by means of this patent can substantially increase the security of the network. |
| Adaptive Network Management Systems. | ███ | █████████ | Architecture evaluation and analysis is a part of the general planning function of an adaptive network management system, and this patent assists in that process. |
| Adaptive Network Management Systems. | ███ | ████████ | Quality of service is a critical measure of any network performance and must be integrated into an adaptive network management system. This patent facilitates that process. |
| Adaptive Network Management Systems. | ███ | █████████ | The storage, retrieval, use, and sharing of management information are essential elements. This patent facilitates that process. |
| Adaptive Network Management Systems. | ███ | █████████ | An adaptive network management system is built upon a complex database. The ability to view across the database in real time and in an efficient manner is essential. This patent facilitates that process. |
| Adaptive Network Management Systems. | ███ | ███████ | Reception of fault messages is critical. This patent facilitates proper reception. |
| Adaptive Network Management Systems. | ███ | ██████ | Planning of networks precedes provisioning. This patent assists this function. |
| Adaptive Network Management Systems. | ███ | ███████ | Fault detection and management are a major portion of an adaptive network management system. This patent is an essential element of that process. |
| Adaptive Network Management Systems. | ███ | █████████ | Visualization is a powerful tool for network planning and analysis. This patent significantly helps this for mobile applications. |
| Adaptive Network Management Systems. | ███ | ███████ | Provisioning of systems is an integral part of network design. This patent provides a substantial set of tools to achieve that function. |
| Adaptive Network Management Systems. | ███ | ████████ | Quality of service is a critical measure of any network performance and must be integrated into an adaptive network management system. This patent facilitates that process. |
| Adaptive Network Management Systems. | ███ | █████████ | Software updates are a continuous process in provisioning and maintenance. This patent assists in that efforts for an adaptive network management system. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ███ | ██████████████ | Monitoring of system elements is an integral part of system maintenance, and this patent facilitates this process. |
| Adaptive Network Management Systems. | ███ | ████████████ | Configuration management and information is an ongoing part of any adaptive network management system. This patent assists in that process. |
| Adaptive Network Management Systems. | ███ | ███████████████ | Frequency assignment is an element in provisioning and upgrades all performance in an adaptive network management system. This patent assists that effort. |
| Adaptive Network Management Systems. | ███ | ██████████████ | Detection of faulty devices is a critical process for any adaptive network management system. This patent assists in that area. |
| Adaptive Network Management Systems. | ███ | ███████████████ | All adaptive network management systems are essentially distributed. This patent assists in the intercommunications of distributed elements. |
| Adaptive Network Management Systems. | ███ | ██████████ | Network service level must be monitored effectively to be managed, and this patent provides a basis for this effort. |
| Adaptive Network Management Systems. | ███ | █████████████ | Management of Media Access Control ("MAC") addresses in secure networks is also a critical factor in adaptive network management. This patent can facilitate an overall secure end to end environment. |
| Adaptive Network Management Systems. | ███ | ██████████████ | Presentation of data in an adaptive network management system is as important as the data itself, and this patent assists this function. |
| Adaptive Network Management Systems. | ███ | ████████████ | Optimization of wireless networks must be done on an ongoing basis, and this patent facilitates that effort. |
| Adaptive Network Management Systems. | ███ | █████████████ | Fault recovery is a critical process, which is part of an adaptive network management, and this patent provides substantial support. |
| Adaptive Network Management Systems. | ███ | ██████████ | Network design is part of the planning function, and this patent assist that process. |
| Adaptive Network Management Systems. | ███ | ██████████████ | Item identification in record retrieval is essential in the data management portion of an adaptive network management, and this patent facilitates that factor. |
| Adaptive Network Management Systems. | ███ | █████████████ | Route identification and visualization assist in ascertaining fault location, and this patent helps this process. |
| Adaptive Network Management Systems. | ███ | █████████████ | Routing traffic is a portion of a network that must be optimized and monitored, and this patent affects that process. |
| Adaptive Network Management Systems. | ███ | ███████████████ | Route optimization ensures low latency and adequate redundancy, and this patent facilitates that effort. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ▉ | ▉ | Topology management is the heart of any adaptive network management system. One must change and validate new topology forms and this patent provides this function. |
| Adaptive Network Management Systems. | ▉ | ▉ | Call center operation is part of an adaptive network management when dealing with reports of faults, dispatching, repairs, and testins. This patent can assist in providing an efficient means to achieve such functionality. |
| Adaptive Network Management Systems. | ▉ | ▉ | MAC control for packets is a process for flow management and controls, and this patent assists that effort. |
| Adaptive Network Management Systems. | ▉ | ▉ | Having a Graphical User Interface ("GUI") capability to identify and manage network elements is part of any adaptive network management system, and this patent facilitates that process. |
| Adaptive Network Management Systems. | ▉ | ▉ | Management of inter-nodal traffic is a level of management that must be visible and actionable by an adaptive network management system, and this patent facilitates that process. |
| Adaptive Network Management Systems. | ▉ | ▉ | Variable bandwidth is part of resource allocations and managing the operational parts of a network, and this patent facilitates that effort. |
| Adaptive Network Management Systems. | ▉ | ▉ | SNMP has been an established standard in network management. This patent will facilitate alarm generation in a complex system architecture. |
| Adaptive Network Management Systems. | ▉ | ▉ | Managing VPN routing is an essential function of many of the opportunities presented, and this patent assists the adaptive network management in this process. |
| Adaptive Network Management Systems. | ▉ | ▉ | Viewing management objects facilitates the identification of faults and corrective actions, and this patent assists that function. |
| Adaptive Network Management Systems. | ▉ | ▉ | Faults occur, and the result is a failed applications program. This patent assists in managing that remediation. |
| Adaptive Network Management Systems. | ▉ | ▉ | Reservation of network assets is part of provisioning, and this patent assists that function. |
| Adaptive Network Management Systems. | ▉ | ▉ | Remote mobile management is essential to any adaptive network management system, and this patent is valuable in that process. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ███████ | ████████████ | Calls over any Internet Protocol network must be managed differently than other elements, and this patent facilitates that effort. |
| Adaptive Network Management Systems. | ██████ | ███████████ | Monitoring various elements in a network is often a requirement, especially when the elements are mobile entities. This patent facilitates that process. |
| Adaptive Network Management Systems. | ██████ | ██████████████ | Flow management is an essential element in data management and control, and this patent assists in that effort. |
| Adaptive Network Management Systems. | ██████ | █████████████ | Adaptive management of bandwidth goes to the heart of any type of network management, and this patent is an essential portion of that effort. |
| Adaptive Network Management Systems. | ██████ | ██████████████ | Managing accounting records of such elements as billing and capital assets is a key function of any adaptive network management system, and this patent facilitates that effort. |
| Adaptive Network Management Systems. | ██████ | ████████████ | This process of anonymous watched party management allows for interception of targeted parties and monitoring of facilities and is integrated in many adaptive network management systems. This patent facilitates that effort. |
| Adaptive Network Management Systems. | ██████ | ███████████ | Optimization of Internet Protocol networks must be done on an ongoing basis, and this patent facilitates that effort. |
| Adaptive Network Management Systems. | ██████ | ██████████████ | Session layer management and reporting is an essential element in overall network management, and this patent assists in that effort. |
| Adaptive Network Management Systems. | ██████ | ████████████ | Alerts are a critical element of any adaptive network management system, and this patent assists in providing them to the system. |
| Adaptive Network Management Systems. | ██████ | ████████████ | Secure messaging is necessary for reporting network related data and information, and this patent helps this effort. |
| Adaptive Network Management Systems. | ██████ | ███████████ | Priority routing may be required over specialized networks from time to time, and the dynamic capability to affect this is supported by this patent. |
| Adaptive Network Management Systems. | ██████ | █████████████ | Packet classification is important to managing and monitoring a network, and this patent supports that effort. |
| Adaptive Network Management Systems. | ██████ | ████████████ | The ability to trace a call on a packet based network is essential in the event of dropped or incomplete calls, and this patent supports that effort. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■■■■ | Topology management is the heart of any adaptive network management system. One must change and validate new topology forms, and this patent provides such functionality. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■ | Live link detection is an essential element of fault detection in an adaptive network management system, and this patent facilitates that effort. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■ | Accounting data and separation into desired allocations is a useful and required function that this patent supports. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■ | Modeling a system is an integral part of planning and performance evaluation. This patent facilitates that element. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■■ | Managing data flow is part of maintaining overall network performance and integrity, and this patent supports that function. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■■ | Accounting data and separation into desired allocations is a useful and required function that this patent supports. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■ | Network planning is part of provisioning and network optimization and is supported by this patent. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■■ | Deployment of assets in an optimal fashion is part of the provision mechanism and is supported by this patent. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■ | SIP control is one of the elements that works in a multimedia environment and  requires overall network management, and this patent supports that effort. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■ | Lawful interception may be performed for performance reasons or as a result of a government issued demand. Thus, it is necessary to comply quickly and completely. This patent supports that requirement. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■■ | Internet Protocol network configuration and management are essential elements of an adaptive network management system, and this patent supports that process. |
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■ | Optical networks require management and control elements, and this patent provides that functionality. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ■■■■ | ■■■■■■■■■■ | Route management and guidance is part of the operational features of an adaptive network management system, and this patent supports that requirement. |
| Adaptive Network Management Systems. | ■■■ | ■■■■■■■ | Admission control allows for improved security that is controlled in adaptive network management, and this patent facilitates that function. |
| Adaptive Network Management Systems. | ■■■ | ■■■■■■■■ | Policy based control is critical for spectrum management and secure networks. |
| Adaptive Network Management Systems. | ■■■ | ■■■■■■■■ | Reporting data in a packet network may at times be complex, and this patent provides a useful means to report data back to an adaptive network management system. |
| Adaptive Network Management Systems. | ■■■ | ■■■■■■ | Traffic assignment and coordination is part of the network asset deployment function of an adaptive network management system, and this patent facilitates that process. |
| Adaptive Network Management Systems. | ■■■ | ■■■■■■■ | Hybrid networks offer a challenge in traffic management, and this patent provides a means and method of optimizing loading. |
| Adaptive Network Management Systems. | ■■■ | ■■■■■ | This patent facilitates certain applications for interconnecting multiple wireless networks, which is part of an adaptive network management provisioning function. |
| Adaptive Network Management Systems. | ■■■ | ■■■■ | Mesh networks are often created from a multiplicity of other networks, and this patent assists in the configuration and management. |
| Adaptive Network Management Systems. | ■■■ | ■■■■ | Mobile Internet Protocol identification goes to the heart of any adaptive network management system, and this patent is an essential function. |
| Adaptive Network Management Systems. | ■■■ | ■■■■■ | Obtaining a Domain Name System ("DNS") address is critical for any Internet Protocol network, especially when ascertaining faulty data packet flow, and this patent assists the effort. |
| Adaptive Network Management Systems. | ■■■ | ■■■■■■ | Lawful interception may be performed for performance reasons or as a result of a government issued demand. It is thus necessary to comply quickly and completely. This patent supports that requirement. |

**Exhibit 4: Patent Contributions**

| Product Offering | Patents | Patent Title | Comment/Patent Contribution |
|---|---|---|---|
| Adaptive Network Management Systems. | ██████ | ███████████████████ | Status monitoring and reporting is a key function, and this patent facilitates the process. |
| Adaptive Network Management Systems. | ██████ | ██████████████████ | Accounting data and separation into desired allocations is a useful and required function, which this patent supports. |
| Adaptive Network Management Systems. | ██████ | ████████████████████ | Control and management of data flow on a dynamic basis is a function that is performed continuously. This patent facilitates that function. |
| Adaptive Network Management Systems. | ██████ | ██████████████████ | Managing service layer information is one of the information management functions of a network. This patent assists that function. |
| Adaptive Network Management Systems. | ██████ | ████████████████ | Network accounting is a complement to resource management and allocation. All networks must integrate into a standard accounting management system. This patent facilitates that requirement. |
| Adaptive Network Management Systems. | ██████ | █████████████████ | Availability is a measure of how useful the network can be. An adaptive network management system is continuously measuring network asset availability, and this patent reads directly on this requirement. |
| Adaptive Network Management Systems. | ██████ | ████████████████ | Blocking is a concern in any network. A blocking state stops all transactions. This patent helps identify and clear such states. |
| Adaptive Network Management Systems. | ██████ | ████████████████████ | Resource management is one of the top functions of an adaptive network management system. Namely, what units are where and how best to deploy them, as well as managing assets as financial units. This patent helps significantly in this area. |
| Adaptive Network Management Systems. | ██████ | █████████████████ | Flow control manages packets as flow across the network. In a multimedia application, means to optimize overall flow control is essential, and this patent reads onto that function. |
| Adaptive Network Management Systems. | ██████ | ████████████████████ | Routing control in Internet Protocol is essential and securing that by means of this patent can substantially increase the security of the network. |

**Total Number of Patents**
408

**Source:**
[A] GIP_Nortel_00071997 (Sept. 1, 2010, Issued Patents and Pending Patent Applications Asset List).

**Exhibit 5: Business Plan Elements for Product Offerings**

A.  Secure Local Wireless Broadband ........................................................................ 2

B.  Hybrid Fiber/Wireless Broadband Deployment ................................................... 5

C.  Wireless Broadband Multimedia Systems and Services ...................................... 8

D.  Multimedia Communications Systems and Services........................................... 12

E.  Advanced Adaptive Spectrum Management and Allocation ........................... 16

F.  Secure Internet Hubbing and Control over Wireless and Wire Broadband
     Networks ............................................................................................................. 21

G.  Ultra-broadband Front End Receivers for Multiband Operations ................... 23

H.  Adaptive Network Management Systems ........................................................... 27

**Exhibit 5: Business Plan Elements for Product Offerings**

**Introduction**

This Exhibit 5 provides an overview of certain key elements of the business plan for each of the eight product offerings I have selected, including (i) Business Definition, which describes the current market need for the elements of the product offering; (ii) Market, which describes the potential target market for each product offering; (iii) Competition, which describes the competitive landscape for each product offering; and (iv) Development Effort, which describes how the business would progress from a start-up to being fully operational and begin generating revenue. Although the elements I focus on here are by no means exhaustive, they have been selected for illustrative purposes to demonstrate that there is a realistic business proposition for each product offering.

A.    **Secure Local Wireless Broadband**

1.    **Business Definition**

a)    **Need**

There is demand for localized secure networks which are readily deployable in multiple environments. These networks often are required in very short periods of time and need a highly secure broadband in a fully meshed configuration. Thus, deploying a fiber based system is not feasible and using existing wireless networks would be a substantial security risk. In addition, existing networks may not have the capacity required. A typical deployment could be in downtown Manhattan or other dense urban centers where the costs and time to deploy fiber for many customers are prohibitive. The typical customer may be a bank or other entity requiring secure localized broadband. Examples include the deployment on campus networks and regional organizations or pharmaceutical companies for highly secure, easily deployable and reconfigurable networks. Such networks would have highly secure firewalls to any outside set of

**Exhibit 5: Business Plan Elements for Product Offerings**

public networks. The networks would also be highly redundant and protected against threats. These networks are also used in military and government applications.

I have personally been involved in the development, deployment, and operations of such networks and, as such, understand the customer requirements for such networks.

### b)    Opportunity

The business would develop a wireless Orthogonal Frequency-division Multiplexing ("OFDM"), a method of encoding digital data, communications channel based in a home/office network for the delivery of video and broadband data services interconnected to a third party network, such as a cable system or public wireless network. The network would provide secure access capability with high level intrusion protection.

### 2.    <u>Market</u>

Secure local wireless broadband is essential to a wide range of markets and applications. Customers in this area include, but are not limited to, cellular carriers, operators, internet service providers, banks, pharmaceutical companies, oil, gas and utility companies, public safety and other government or military agencies, and private security firms.[1] Households and individuals can also represent an important end user in the market for secure local wireless broadband, especially those that place a premium on network security. In addition, this market has an enormous potential for contracting and consulting work.

---

[1] "Company," Cambium Networks, accessed February 17, 2014, http://www.cambiumnetworks.com/company.;
"Airspan Company Profile," Airspan, accessed February 17, 2014, http://www.airspan.com/about-airspan/company-profile/; "Proxim Corporate Overview," Proxim Wireless, accessed February 17, 2014,
http://www.proxim.com/about-us.

**Exhibit 5: Business Plan Elements for Product Offerings**

### 3.    Competition

There are existing competitors that provide secure local wireless broadband services. Competitors are providers of wireless broadband systems that deliver data, voice, and multimedia services such as Qualcomm, Alvarion, Proxim, Cambium, Radwin, and Airspan. These competitors specialize in building, sustaining, and constantly updating high security network systems. Innovation is necessary as the pool of end users and the number and scope of public and private sector entities grow. I have identified 100 U.S. patents in the Patent Portfolio (see Exhibits 3 and 4) that provide the basis for the capability to build a competitive secure local wireless broadband business. For instance, there are a number of patents that are specifically useful for ensuring quality of service, including ███████, IP QoS adaptation and management system and method; ███████, method and system for wireless packet scheduling with per packet QoS support and link adaptation; and ███████, method and system for providing quality-of-service on packet-based wireless connections. Exhibit 4 details the contributions of all of the 100 patents in the secure local wireless broadband product offering.

### 4.    Development Effort

In order to provide secure local wireless broadband, the business would have to develop and deploy the following advanced wireless technology systems:

1. OFDM multiple access systems;

2. Adaptive beam forming antennas;

3. Broadband gateway Radio Frequency ("RF") front ends;

4. Multi layers processing;

5. Adaptive network management;

6. Co-located and distributed Internet Protocol based switching;

**Exhibit 5: Business Plan Elements for Product Offerings**

7.  Integrated Internet Protocol networks;

8.  Enhanced security systems; and

9.  Adaptive network management systems, which would assist in the overall optimization of system resources.

B.    <u>Hybrid Fiber/Wireless Broadband Deployment</u>

    1.    <u>Business Definition</u>

        a)    **Need**

The delivery of wireless broadband is performed through an integrated solution containing an integrated wireless and fiber network. The wireless elements may have to span multiple bands, including shared unlicensed bands such as Wi-Fi (as characterized by the various Institute of Electrical and Electronics Engineers ("IEEE") 802.x standards of which there are a multiplicity of U.S. patents in the Patent Portfolio). Thus, it is essential to develop an integrated systems approach for the development, deployment, and operations of such systems. In 2010, I designed one of the first such systems for VTEL, a rural telephone company in Vermont, as part of an entry for the current Administration's Broadband Program in the Stimulus package. VTEL and its system design were awarded over $116 million in broadband funding by using the design developed.[2] Based on this experience, it is my opinion that there would have been a substantial demand for NNI's potential integrated wireless and fiber network system.

---

[2] VTEL received $35,166,081 in loan and $81,664,754 in grant for a total funding of $116,830,835. "Advancing Broadband: A Foundation for Strong Rural Communities," USDA, January 2011, accessed February 17, 2014, http://www.rurdev.usda.gov/Reports/RBBreportV5ForWeb.pdf.

**Exhibit 5: Business Plan Elements for Product Offerings**

### b)    Opportunity

The proposed product offering is an integrated fiber and wireless system for the delivery of broadband in rural environments. This is a hybrid architecture designed to provide 100 Mbps to 10 Gbps access across rural and low population density areas. The focus is on providing a wide set of services utilizing an amalgam of potential interconnection and access techniques. This means that certain areas will require direct fiber if economically feasible and others will utilize wireless. The system must be integrated and operated in a seamless manner.

### 2.    Market

The target markets for the offering are wireless carriers and rural and local telecommunications companies:

Local Wireless: There are many small local wireless companies in the U.S. and elsewhere. Although the major carriers are dominant, in the U.S., there are substantial areas which are covered by small independent wireless carriers. These companies may choose to offer broadband services to local small businesses and households with limited internet service options.

Local Telephone Companies: Likewise the local rural telephone companies still represent a significant proportion of U.S. telephone subscribers. These companies have a demand for added broadband capabilities and often receive substantial government subsidies and support to make this happen. VTEL Vermont (discussed above) is an example of such a rural telephone company.

Companies such as telephone operators, property management companies, proprietors of public and private networks, utility companies, and vendors of telecommunications systems are

**Exhibit 5: Business Plan Elements for Product Offerings**

consumers of the current systems of hybrid fiber/wireless broadband.[3] An important area for future deployment is in underserved rural and suburban markets where households have few choices for internet service that are typically slower than those in urban markets.

### 3.    Competition

The key potential competitors in hybrid fiber/wireless broadband deployment are Ericsson, Alcatel, and Huawei. These competitors are large international information and communications technology corporations specializing in the integration of copper, fiber optic, and wireless technologies for telecommunication and power networks.[4] There is also potential competition from incumbent providers like cable companies (e.g., Comcast and Time Warner), local municipal Wi-Fi networks, cellular providers (e.g., Verizon), and WiMax. I have identified 120 patents in the Patent Portfolio (see Exhibits 3 and 4) that provide the basis for the capability to build a competitive hybrid network business. For instance, there are a number of patents that are specifically useful for fiber networks, including ███████, optical waveguide gain-shaped amplifier including wavelength multiplexing coupler, ███████, taper shapes for ultralow sidelobe levels in directional coupler filters, and ███████, taper shapes for flatband response and sidelobe suppression in grating assisted optical coupler filters. Exhibit 4 details the contributions of all of the 120 patents in the hybrid fiber/wireless broadband offering.

### 4.    Development Effort

The business would develop and deploy an integrated fiber and wireless system for the use of broadband in rural and low population density areas. This would include:

---

[3] "Network Integration Products Product Integration," Ericsson Network Technologies AB, August 2003, http://archive.ericsson net/service/internet/picov/get?DocNo=28701-EN/LZT1081609&Lang=EN.
[4] *Id.*

**Exhibit 5: Business Plan Elements for Product Offerings**

1.  Enhanced low cost fiber and optical distribution systems.

2.  Multi-frequency wireless broadband communications facilities utilizing OFDM capabilities to allow both broad coverage and high data rates. This means a complete 4G capability working over a broad set of underlying spectrum allocations.

3.  Low cost portable mobile units that can act as local hubs for local retransmission and reception.

C.      **Wireless Broadband Multimedia Systems and Services**

     1.      **Business Definition**

          a)      **Need**

There has been growing demand in the U.S. for the provision of local services integrated into a wireless network. For example, with a mobile wireless access capability, a system can identify a user, their location, as well as the locations of many other entities including stores. Assuming that the customer agrees, it is possible to interconnect customers with purveyors of products and services. This construct is termed "localism," namely the ability to promote products and services based upon not only the consumers' stated interests but also where they may be geographically located. Companies like Google have had interest in providing such a service.

The localism concept provides the seller of goods and services the ability to recognize the proximity of certain buyers and then can structure a message or promotion capability based upon their past purchases to send directly to each potential customer. Likewise, an individual can seek out specific items with which they would like to connect and obtain real time information and

**Exhibit 5: Business Plan Elements for Product Offerings**

transaction capabilities. The key to such localism is that it is fine tuned for the specific location of the buyer and seller.

### b)    Opportunity

The product offering would allow mobile advertising systems and services to provide a sense of localism in the delivery of advance wireless services. The system would enable the detection of users' locations, the integration of user location with local participants, and matching of consumer interests with provider offerings in a highly secure networked environment. The service would permit scalability across a wide geographical area and broad product and service offering.

### 2.    Market

The market for this localized wireless broadband multimedia system consists of local retail stores that may want to set up such a system in smaller localities such as towns. The market for this business opportunity is significant because this technology can provide value-added services in the manner discussed above. One important application is in targeted mobile advertising systems. Interactive marketing spending in the U.S. was projected to grow from $34.6 billion in 2011 to $76.6 billion in 2016.[5]

### 3.    Competition

This opportunity relates to the interaction between service providers and content providers, especially in the advertising industry, for adding value through wireless broadband multimedia systems. While several companies have begun to take advantage of such

---

[5] Statista, "Interactive Marketing Spending in the United States From 2011 to 2016, by Segment," 2011, accessed August 27, 2013,
http://www.statista.com/statistics/200018/4/us-interactive-marketing-spending-growth-from-2011-to-2016-by-segment/

**Exhibit 5: Business Plan Elements for Product Offerings**

opportunities, there are applications and opportunities for innovation that have not yet been fully realized. The primary competitors for this business opportunity are large internet service providers and wireless carriers. For example, Verizon and AT&T are two primary potential competitors.[6] However, there is also some local competition from local cable. An example is Cablevision in the New York area, which already provides Wi-Fi networks to its customers. I have identified seventy-four patents in the Patent Portfolio (see Exhibits 3 and 4) that provide the basis for the capability to build a competitive wireless broadband multimedia systems and services business. For instance, there are a number of patents that are specifically useful for localism, including ▮▮▮▮▮▮, mobile communication device and communication network for providing location services, ▮▮▮▮▮▮, system and method for appending location information to a communication sent from a mobile terminal operating in a wireless communication system to an internet server, and ▮▮▮▮▮▮, method delivering location-base targeted advertisements to mobile subscribers. Exhibit 4 details the contributions of all of the seventy-four patents in the wireless broadband multimedia systems and services area.

### 4.    Development Effort

The implementation of a localized wireless broadband system and service which would address the above needs and opportunities would consist of the following:

1. A local wireless network compatible with existing end user wireless handsets. In today's market many handsets can operate off of a carrier network as well as Wi-Fi. Thus, it is essential to be able to access the users by either means, and this implies a complex wireless access network that is integrated into that of the local

---

[6] "AT&T Company Information," AT&T, accessed February 17, 2014, http://www.att.com/gen/investor-relations?pid=5711&consumerServ

**Exhibit 5: Business Plan Elements for Product Offerings**

carrier. The use of Wi-Fi is expanding for several reasons. First, it is a low cost system. Second, access costs by the consumer are substantially lower. Third, many devices have dual mode, such as a Kindle, or even Wi-Fi only modes.[7] Fourth, the Wi-Fi based system allows for a significant amount of localism since it is inherently local.

2. Using advanced IEEE 802.11 technology, it is possible to create a mesh network covering a large area to provide end user access. This can be deployed utilizing many of the key 802.11 Patents in the Patent Portfolio.

3. A collection of multimedia control elements that can determine what type of promotion can be provided to interconnect the user/consumer and the purveyor of goods and services. This system must be able to track the location of user and purveyor, must be able to identify the specific interests of both parties, and then customize messages between each party in an attempt to complete a transaction.

4. A network management system to: (i) ascertain overall system performance and integrity, (ii) diagnose and dispatch crews to repair any system deficiencies, and (iii) support users and purveyors through a customer service entity interface.

---

[7] *See*, for example, "Kindle Paperwhite 3G," Amazon, accessed February 26, 2014, http://www.amazon.com/gp/product/B00BTI6HBS/ref=fs_cl.

**Exhibit 5: Business Plan Elements for Product Offerings**

D.    <u>Multimedia Communications Systems and Services</u>

1.    <u>Business Definition</u>

a)    **Need**

Multimedia communications has evolved substantially over the past two decades. It includes video conferencing, interactive presentations, medical imaging, and a variety of services where various media, video, voice, and data are integrated and combined in a communications "session" between multiple users who may enter and leave the "session" at random moments. Furthermore, a good multimedia system is seamless and requires a minimal amount of complexity to access and use. Recent developments by companies such as Cisco with their Telepresence systems have enabled sophisticated videoconferencing in which users feel they are co-present with the other participants. In a relatively short period of time, however, Cisco's more costly approach was eclipsed by a variety of web-based services which attempt to integrate a variety of other services.

I have personally been involved in this area since 1986 when I introduced it as a major area of development for NYNEX (now Verizon). I taught the first course on multimedia communications at MIT in the fall of 1989. I have also developed several start-up entities that utilize these multimedia capabilities.

The key to a successful multimedia communications service is the utilization of the Session Layer, a Level 5 protocol, whose function can establish and facilitate a variety of such services. Based on my experience and my examination of the Patent Portfolio, it is my opinion that many of the U.S. patents available in it would support and enhance this opportunity.

**Exhibit 5: Business Plan Elements for Product Offerings**

b)    **Opportunity**

The opportunity is the provision of multimedia communications between disparate platforms and over several different networks. The service/system would provide High-definition Television ("HDTV") quality video in a near lossless manner and utilize the most advanced security and privacy technology. The service/system would allow for access by multiple users and interaction of a broad base of multimedia data types in a seamless manner. I term this the "Multimedia Broadband System" or "MBS."

2.    <u>Market</u>

The primary target markets for multimedia communications systems are businesses and enterprises, especially those in corporate and financial services. There are also applications for government entities and end use consumers. The typical customer is a large scale user who has a need for multi-user real time access across a substantial geographical area, for example:

- Business and corporate services: Based on my experience examining the business and corporate market, and speaking with customers, there is significant demand for multimedia communications systems.

- Government entities: Large federal and state agencies that are seeking ways to reduce expenses and improve efficiencies would benefit from an MBS. The MBS enables collaboration and connectivity across locations, which can enhance communication across and within agencies.[8]

- Consumer and other end user markets: The MBS allows for utilization across open network platforms. Some companies like Logitech and Skype provide a low

---

[8] *See*, for example, "Transforming Government with TelePresence," Cisco, accessed February 26, 2014, http://www.cisco.com/web/strategy/us_government/telepresence html.

**Exhibit 5: Business Plan Elements for Product Offerings**

end capability in this area but have very limited multimedia capabilities. Extending the capability to an open internet market would promote growth.

- Education: There is a substantial need in education for real time broadband multimedia access.[9] I have spent the past eight years working with Harvard and other institutions developing broadband media applications.

- Healthcare: I have worked with various medical institutions such as Massachusetts General Hospital, Columbia University Medical Center, Memorial Sloan-Kettering Cancer Center, Brigham and Women's Hospital, and Boston Children's Hospital developing aspects of broadband multimedia access tailored to healthcare applications. Based upon my experience working with these institutions, I see significant demand for multimedia communications systems and services in the healthcare sector.

### 3.    Competition

Competitors are large technology companies such as Microsoft, Apple, Logitech, and Cisco that deliver digital multimedia experiences through communications, entertainment, and collaboration platforms. I have identified 95 patents in the Patent Portfolio (see Exhibits 3 and 4) that provide the basis for the capability to build a competitive multimedia communications systems and services business. For instance, there are a number of patents that are specifically useful for MBS, including ▮▮▮▮▮▮▮, multi-view personalized communications agent, ▮▮▮▮▮▮▮ method of allocating resources in a telecommunications network, and ▮▮▮▮▮▮,

---

[9] United Nations Broadband Commission Working Group on Education, "Technology, Broadband, and Education: Advancing the Education for All Agenda," United Nations Educational, Scientific and Cultural Organization, January 2013, accessed February 25,
2014, http://www.broadbandcommission.org/work/working-groups/education/BD_bbcomm-education_2013.pdf.

**Exhibit 5: Business Plan Elements for Product Offerings**

establishing a communications session having a quality of service in a communications system.

Exhibit 4 details the contributions of all of the 95 patents in the multimedia communications

systems and services area.

## 4.    Development Effort

This system/service provides an integrated broadband multimedia capability. It is a

system that includes software and hardware that uses an integrated IP-based communications

system and operates at Levels 5 to 7 in providing an integrated multi-user multimedia

communications system and/or service. The system would include:

1.  Software protocols to establish and maintain complex multimedia sessions.

2.  Software to manage the Internet Protocol local and backbone network to allow for

    the operations of all end user systems and software.

3.  Hardware elements which would facilitate the integration of multimedia elements

    into the Internet Protocol backbone.

4.  Advanced network management systems including power and flow management

    techniques to optimize usage and flow and minimize delay and other latency

    factors.

The MBS is an integrated hardware and software based system which supports complex

real time broadband multiuser/multimedia communications. The architecture to support this

service is designed in the context of a multimedia communications environment. It supports

interactive session services, provides the necessary conditions for the exchange of multimedia

objects, and introduces a standard and extensible interface to multimedia communications

between heterogeneous workstations. The need for MBS arises from the growing demand for

increased performance in the transport of high quality images. The capabilities of existing

**Exhibit 5: Business Plan Elements for Product Offerings**

networks do not provide sufficient high-speed, synchronous, connection-oriented service providing mediation in the exchange and sharing of image, voice, video, and multimedia objects.

The MBS consists of the following:

1. Customer Equipment ("CE") resident system services: System services software is resident on the CE for support of direct connection to network services. In general, this configuration would be used with multitasking CEs that can manage asynchronous communication with the network while preserving the integrity of applications. In this configuration, the System Access Point ("SAP") is the user's personal device or computer.

2. System Services Processor ("SSP"): System services software runs on a separate processor, the SSP supports connections to user workstations. Applications run on individual workstations; multiple Customer Premises ("CP") are connected to the SSP, and all connections to network services are done via the SSP. In general, this configuration will be used for single-tasking workstations. Both the user workstation and the SSP are considered Customer Premises Equipment ("CPEs"), but only the SSP is the SAP.

E.    **Advanced Adaptive Spectrum Management and Allocation**

     1.    **Business Definition**

         a)    **Need**

The Federal Communications Commission ("FCC") in the U.S. and regulatory entities in many other countries regulate the allocation of spectrum. The spectrum allocation process can be long and costly, keeping swaths of spectrum unavailable for use. In the meantime, not all spectrum that is deployed is always in use. This creates an opportunity for the unused, yet

**Exhibit 5: Business Plan Elements for Product Offerings**

deployed, spectrum to be used by those who have a need for it. To address this, I have developed a method whereby spectrum can be made available on an on-demand basis and where, if necessary, micro-auctions may be part of a payment process.[10] This type of on-demand access has been shown by others to allow for more efficient utilization of available spectrum. A system like this can then supply spectrum to any user on an on-demand basis. In addition, a system of this type enables the capability to provide better bandwidth efficiency and higher quality of service and even allocates costs across a wide user base for unlicensed bands.

### b)    Opportunity

In a wireless system, there is a problem with the dynamic allocation of data capacity to and between users which results in such capacity going unused. The business opportunity is to facilitate sales and purchases of such data capacity on a short term basis.

### 2.    Market

The market for this opportunity area, adaptive spectrum management, would include (i) existing carriers who would be allowed to segment and sell excess spectrum, such as Verizon and AT&T; (ii) equipment vendors who would want to incorporate this capability into their existing systems, such as Alcatel and Ericsson and Huawei; and (iii) entrepreneurs who would want to establish their own networks to provide niche type services. One could also envision markets such as government and business users, who need spectrum for special purpose networks. For example, U.S. Homeland Security could enable networks to have priority access

---

[10] Terrence P. McGarty, "New Spectrum Policies and Technologies: Creating a Real Time Spectrum Market," 2004; George Glider, "Auctioning the Airwaves," Forbes ASAP, April 11, 1994, accessed February 25, 2014, http://www.seas.upenn.edu/~gajl/auctngg.html.; Gerald R. Faulhaber and David Farber, "Spectrum Management: Property Rights, Markets, and the Commons" (n.p., n.d.).

**Exhibit 5: Business Plan Elements for Product Offerings**

thus enabling entities such as police, fire, and rescue to have the ability to access as much bandwidth as possible on demand.

### 3.    Competition

Potential competitors in the advanced adaptive spectrum management and allocation field would include large information and communications technology companies, internet service providers, or mobile carriers who would want to deploy such services themselves. These would include sophisticated vendors such as Qualcomm and Huawei. I have identified fifty-one patents in the Patent Portfolio (see Exhibits 3 and 4) that provide the basis for the capability to build a competitive advanced adaptive spectrum management and allocation business. For instance, there are a number of patents that are specifically useful for multi-beam antennas, a key part of this business, including ▮▮▮▮▮▮, multi-beam antenna system for cellular radio base stations, ▮▮▮▮▮▮, multi-beam antenna system for high speed data, and ▮▮▮▮▮▮, multi-beam antenna arrays for base stations in which the channel follows the mobile unit. Exhibit 4 details the contributions of all of the fifty-one patents in the advanced adaptive spectrum management and allocation area.

### 4.    Development Effort

The system is built around a simple agent in each wireless access device which then communicates with other agents and can then ask for or bid for spectrum as its demand increases. Likewise, it releases spectrum as its demands decrease.

The system would provide a service which performs the following tasks using a combination of software and hardware:

1.  An RF sensor which samples utilization between and among available systems.

**Exhibit 5: Business Plan Elements for Product Offerings**

2. A system to receive and transmit signals to determine spectrum utilization and to allocate the spectrum on the basis of a selected methodology (i.e., first come first serve).

3. A software system to perform the tasks of allocation and management.

There are three steps involved in the operation of the system:

1. Sensing the standard of the channel: This uses the standards in Layer 1 and 2 and their already defined characteristics. The session implementation is unique because it contains a tool box for the implementation and integration of any standard.

2. Sensing the interference on the channel: This uses a set of algorithms which can generally sense Layer 1 and Layer 2 signaling and uses the already existing signal and channel sensing elements of the standards sensed.

3. Optimization via cooperation and coordination: A unique aspect is the establishment of micro-transactions which can be employed in this system. This step uses a session layer protocol to maximize and optimize bandwidth capacity.

The overall state model for the session layer process consists of eight processes which perform eight distinct but related functions. The processes all reside at the session layer and can be implemented by session layer primitives as will be shown later. Each of the four session primitive functions (dialog, activity, synchronization, and event) will be related to each of these eight processes. The processes may be viewed as applets which can be real time downloaded by each and every agreeing participant in the network mesh or grid. This session layer approach is fundamentally different from all other approaches that try to put this functionality at lower layers.

**Exhibit 5: Business Plan Elements for Product Offerings**

In addition, the system would include adaptive beam forming, which enables better geographic utilization of spectrum, as part of the deployment of this system.

The design objectives of the adaptive beam forming antenna system are as follows:

1. Reduce power consumption of portables by 50 percent or more.

2. Extend the range of a cell by a factor of 50 percent or more. The target range is 4.5 miles.

3. Extend the capacity of Code Division Multiple Access ("CDMA"), Global System for Mobile Communication ("GSM"), or OFDM to 90 percent of the theoretical limit in major urban and suburban markets.

4. Integrate into the adaptive network management system and ultra-band front end systems.

The Adaptive Beam Forming ("ABF") system works as follows:

1. A portable device requests service by either requesting a cell to be set up or by having a call placed to it.

2. The portable device acknowledges its presence and the ABF antenna locks onto its signal.

3. The ABF, using a real time adaptive beam forming algorithm, uses the portable signal as a tone and forms a beam on the portable to raise its relative transmit and receive gain by 10 dB.

Exhibit 5: Business Plan Elements for Product Offerings

F.     **Secure Internet Hubbing and Control over Wireless and Wire Broadband Networks**

    1.    **Business Definition**

        a)    **Need**

The original Internet design had all traffic first directed to the U.S. to entities called Metropolitan Area Exchange ("MAE") East or West and then going back to the desired source or sink. For instance, an email originating in Chicago going to another recipient in Chicago would go from Chicago to one of the MAEs and then from that MAE back to Chicago. Such an approach is costly and time consuming. Moreover, because of the long route, there are more opportunities for security problems. Thus, many entities are seeking a means to establish hubbing in a secure, cost effective, and performance enhancing manner that avoids unnecessarily routing traffic through distant exchanges. Accordingly, the deployment of intra-organizational secure internet hubbing presents a unique and significant opportunity.

        b)    **Opportunity**

The opportunity involves deployment and operation of Internet hubs in regional systems to allow for regionally secure and efficient operations of Internet Protocol traffic. There is clear need for regional Internet hubs similar to the MAE hubs that were integral to the initial global deployment of the Internet. These regional hubs are large scale IP-based networking hubs which would provide regional high speed access as well as improve the regional security of the networks.

    2.    **Market**

A target user of service may be a carrier who wants to provide a secure broadband capability as some form of premium offering to its customers. These customers would likely

**Exhibit 5: Business Plan Elements for Product Offerings**

include high-end users, internet service providers, federal and state government agencies, and wireless providers.[11] This interconnection service would provide an important backbone to wired and wireless networks, improving security with regional hubs.

### 3.    Competition

Because of the MAE system of hubbing, companies do not provide the same services for regional secure hubbing. The incumbents whose services overlap with the opportunity proposed here are operators of communications networks, especially fiber-optic, like Level 3, AT&T, and Verizon. Each of these companies, along with other similar operators and providers, supply solutions that would compete with the secure Internet hubbing opportunity presented here.[12] Although such potential customers are established in their respective markets, this business opportunity presents a clear improvement and adds value to the current hubbing systems. Competition would also likely come from system integrators who may seek to enter the market, such as Avaya. I have identified 96 U.S. patents in the Patent Portfolio (see Exhibits 3 and 4) that provide the basis for the capability to build a competitive secure Internet hubbing and control over wireless and wire broadband networks business. For instance, there are a number of patents that are specifically useful for security, a key part of this business, including ███████, security transmission protocol for a mobility IP network, ███████, security bridging, and, ███████, encryption key exchange protocol. Exhibit 4 details the contributions of all of the 96 patents in the secure Internet hubbing and control over wireless and wire broadband networks area.

---

[11] "Level 3 Communications, Inc. Competition." Hoovers, accessed February 17, 2014, http://www.hoovers.com/company-information/cs/competition.Level_3_Communications_Inc.16c82f9cdb2eb420.html.
[12] *Id.*

**Exhibit 5: Business Plan Elements for Product Offerings**

4.      **Development Effort**

The secure hubbing would include software and network interconnectivity which would entail an interconnection(s) to the Internet backbone and to regional networks, and it would be located in multiple regional sites. It would be comprised of:

1.  Domain Name Service ("DNS"): DNS interconnectivity for connection of local players. This is done centrally at the MAE location and remotely via nodes.

2.  Hubbing: Provide facilities, services, and support.

3.  Transport: Provide broadband pipes between new Network Access Points ("NAPs") in key countries. This would create NAPs where there are now Internet exchanges ("NIXs").

4.  Quality of service: Provide overall network management and ensure quality of service.

5.  Interconnectivity: NAP, NIX, and MAE (U.S.) interconnection.

6.  Network connections including but not limited to optical and wireless connectivity.

7.  Enhanced security and firewalling.

G.      **Ultra-broadband Front End Receivers for Multiband Operations**

1.      **Business Definition**

a)      **Need**

Wireless systems have progressed so that they now employ frequency bands from the lower ranges of 300-600 MHz to the ultra-high frequencies. Thus, for any system operator who has multi-band systems, there is a requirement to have a separate antenna, transmitter, and receiver specific for that band. It is conceivable for a system to have a half dozen or a dozen

**Exhibit 5: Business Plan Elements for Product Offerings**

bands and thus demand a comparable number of system front-ends. This multiplicity of such front-ends adds to cost, complexity, maintenance, and other factors including site rental and power. The ability to use a common set of radio front-ends to manage a broad set of spectrum capacities would thus reduce costs, system complexity, and the need for maintenance.

I originally proposed this to the FCC in 1992 based on work I did with some associates at MIT.[13] Although sufficient processing capabilities were not readily available at the time, I continued to collaborate with the same group who are now at one of the U.S. Navy Labs and MIT. Significant progress has been made and there is an operational system. Use of patents contained in the Patent Portfolio would allow for the integration of this operational system into a network. Based on this experience, it is my opinion that there is potential for this product offering.

### b)    Opportunity

This opportunity is met with a system which uses an advanced broad bandwidth adaptive antenna system and a front end that digitizes the radio frequency signal received, as opposed to only a narrow band associated with a specific range. Thus, all the RF energy is processed and digitized and this digitized signal can then be segmented by separate digital processors into the bands that are used. This means that silicon, a cheaper material, can also be used. Lastly, using a single antenna reduces costs dramatically.

In addition, using technology from the software-defined radio environments allows signals to be further processed at higher Levels than just the Physical Layer 1 level, or air

---

[13] Telmarc Telecommunications Co., "A Petition for Preference to Provide a New Service from Telmarc Telecommunications Co. Before the Federal Communications Commission," May 3, 1992.

**Exhibit 5: Business Plan Elements for Product Offerings**

interface levels. Thus, a system may be capable of managing GSM, CDMA, and OFDM/4G together and further reduce costs.

## 2.    Market

This market is poised for expansion because U.S. wireless network data traffic grew by 104 percent from June 2011 to June 2012 while mobile carriers transition from 2G to 3G and 4G technologies.[14] Ultra-broadband front ends allow mobile carriers and device manufacturers to leverage multiple existing access methods and meet growing demand for data speed and volume.

Fundamentally, there are two markets at this time the first of which consists of the carriers themselves, such as Verizon and AT&T. The second market consists of manufacturers like Ericsson, Alcatel, and Huawei.

## 3.    Competition

Competitors in the ultra-broadband space include, but are not limited to, Alcatel-Lucent, Qualcomm, Cisco, and Ericsson.[15] Existing firms have identified ultra-broadband wireless as a growth technology and are investing in the space. For example, Alcatel-Lucent and Qualcomm recently partnered to develop an ultra-broadband wireless network.[16] Given the growing demand for mobile data and signals from existing firms, this business opportunity presents an attractive opening for additional firms with access to patents, such as those I have identified in the Patent Portfolio, that current competitors lack.

---

[14] CTIA, "Consumer Data Traffic Increased 104 Percent According to CTIA Semi-Annual Survey," October 11, 2012, accessed February 27, 2014, http://www.ctia.org/resource-library/press-releases/archive/consumer-data-traffic-increased-104-percent.

[15] "Alcatel-Lucent Competition," Hoovers, accessed February 17, 2014, http://www hoovers.com/company-information/cs/competition.Alcatel-Lucent.137e9e7839985857 html.

[16] "Alcatel-Lucent and Qualcomm Technologies plan to develop next-generation of small cells for ultra-broadband wireless access," Qualcomm, July 30, 2013, accessed February 17, 2014, http://www.qualcomm.com/media/releases/2013/07/30/alcatel-lucent-and-qualcomm-technologiesplan-develop-next-generation.

**Exhibit 5: Business Plan Elements for Product Offerings**

I have identified 92 patents in the Patent Portfolio (see Exhibits 3 and 4) that provide the basis for the capability to build a competitive ultra-broadband front end receiver business. For instance, there are a number of patents that are specifically useful for dual band antennas, a key part of this business, including ███████████████████████████, all of which are titled, dual band antenna. Exhibit 4 details the contributions of all of the 92 patents in the ultra-broadband front end receiver area.

### 4.    Development Effort

Ultra-broadband front end systems are capable of looking at a multiplicity of band-widths at the same time so that the signals can be processed at the same time in silicon which is much more cost effective. This then allows a large dynamic range reconstitution of the signal that allows for the processing of the RF in a fully digital mode. A broadband, digital front end will be used to act as a gateway to interface the air interfaces of CDMA, Time Division Multiple Access ("TDMA"), and other access methods through the same cell and in the same frequency band. This system permits multiple air interfaces to be a gateway into the same network access point, thus reducing the need for a single standard. The system element allows, through its use of large gain bandwidth product front end and fully digital RF processing, the ability to handle many different and simultaneous multiple access methods, such as TDMA and CDMA. This ability goes to the heart of interoperability and standards.

The system would consist of:

1. A wideband antenna capable of being used to a bandwidth or 60 percent or more of its center frequency. For example, if the center frequency is 2 GHz then the antenna should be capable of handling signal from 800 MHz to 3.3 GHz. Actual

designs can be based upon some of the U.S. patents contained in the Patent Portfolio.

2. An ultra-high speed sampling system used to sample the entire band received, namely the total signal from 800 MHz to 3.2 GHz, which may contain multiple sub-bands. This sampled RF can then be processed digitally. One ultra-broadband antenna would cover multiple bands, and thus, multiple single band antennas would be replaced with a single ultra-broadband antenna. In a classic design, one would need an antenna and a complete front end receiver system. In this case, I have provided for a single antenna and a single receiver.

3. Following the broadband front end, the business would have multiple embodiments of air interface receivers and processors. Thus, not only can the system differentiate between various spectral bands but it can process various air interface signaling formats via software. This would include GSM, CDMA, and 4G/OFDM.

4. The same would apply to the transmit chain.

5. An advanced network management system would be incorporated which would have capabilities to manage, control, provision, and optimize the system.

## H.    Adaptive Network Management Systems

### 1.    Business Definition

#### a)    Need

With the deployment of complex integrated broadband networks, it is essential to have advanced network management systems to ensure that problems are identified and managed before they become critical and that the system is optimized on an ongoing basis. In an

**Exhibit 5: Business Plan Elements for Product Offerings**

integrated multiuser environment, this is a complex issue. One must also add to this the security concerns that occur as well.

This type of management must go beyond just examining alarms. It must examine signals and anticipate performance degradations. For example, by measuring each users' transmit and receive on an ongoing basis, the system can then adapt to handle propagation changes due to rain, snow, leaf density, and the like. In addition, this type of management can act as a security control hub. As security threats have increased, demand for this type of service has increased. Finally, an adaptive network management system can allow customers to see and examine the traffic on their own networks if they so desire and can be customized for such a need.

### b)    Opportunity

Management of a wireless network is generally performed using techniques employed in wired systems. However, a wireless system has many more degrees of freedom including environmental factors such as building reflects and absorption resulting from diurnal and seasonal changes (i.e., tree leaf absorption and snow and ice reflections). Thus, a more complex network management system using adaptive techniques could be deployed to allow for both the optimization of performance and the deployment of added system capacity and capabilities.

### 2.    <u>Market</u>

The target market for adaptive network management ("ANM") is primarily made up of wireless carriers (e.g., Verizon and AT&T), third party providers who would provide an outsourced service such as Level 3, equipment manufacturers who would want to add this feature set, and businesses and governments who would want to add this capability on top of their own networks.

**Exhibit 5: Business Plan Elements for Product Offerings**

This is an established global market with potential for growth and innovation as carriers and network operators need to monitor and manage wired and wireless networks. Because of the growing complexity of network systems and environments, it is increasingly difficult for human experts to manage systems. This type of adaptive management innovation is growing in importance as potential problems and threats to networks become more varied and complicated. While carriers represent an important core target market, opportunities exist to expand the market to managing and consulting government and commercial networks.

### 3.    Competition

Competitors in the adaptive networks management systems space are large providers of information and communications technology. ANM products represent one piece of their business. These products oversee daily network operations in a single platform. Examples of companies with product offerings in this space are Qualcomm, Ericsson, and Alcatel-Lucent. While these companies are important players in this market, the nature of the increasing complexity and potential for faults and problems in managing networks necessitates constant innovation and technological improvement.

I have identified 165 patents in the Patent Portfolio (see Exhibits 3 and 4) that provide the basis for the capability to build a competitive adaptive network management systems business. For instance, there are a number of U.S. patents that are specifically useful for fault detection, a key part of this business, including ██████████, system and method for faulty mobile unit isolation, ██████████, detecting and locating a misbehaving device in a network domain, and, ██████████, discovering an address of a name server. Exhibit 4 details the contributions of all of the 165 patents in the adaptive network management systems area.

**Exhibit 5: Business Plan Elements for Product Offerings**

### 4.    Development Effort

ANM is a system that uses in-situ sensors to monitor the power and signal quality throughout the network. The number of sensors will greatly exceed the number of cell locations. This set of dynamic measurements will then be used in a feedback scheme to adaptively change the characteristics of the cell transmit power and other characteristics to maximize the service quality. Specifically, the network management system uses the in-situ sensors to monitor all key signal elements. These elements are power, frequency, interference, noise, and other significant signal parameters. The system then transmits these signals back to a central processor which then generates an optimal signal to control the cell site transmission characteristics, such as power, frequency and other factors. The overall objective is to optimize the system performance from the user's perspective.