# SCHEDULE A

## Attached

## SCHEDULE 1

| # | Description | Doc IDs | Trial Ex No | Status |
|---|---|---|---|---|
| 1 | Canadian Advance Pricing Arrangement ("Canadian APA"), or drafts of the APA | ---<br>CCC0002903<br>EMEAPROD2277935<br>NNC-NNL06742600<br>NNC-NNL11756213<br>NOR_54450944 | TR21543<br>TR40111<br>TR43508<br>TR44766<br>TR45635<br>TR49370 | Sealed Document<br>Sealed Document<br>Sealed Document<br>Sealed Document<br>Sealed Document<br>Sealed Document |
| 2 | CRA position paper | NNC-NNL06001552<br>NNI_00018349 | TR44074<br>TR46963<br>TR49575 | Sealed Document<br>Sealed Document<br>Sealed Document |
| 3 | CRA supplementary position paper | NNC-NNL06001556<br>NNC-NNL003332<br>NNC-NNL089532<br>NNC-NNL06319294 | TR44078<br>TR43736<br>TR45090<br>TR44596<br>TR45091 | Sealed Document<br>Sealed Document<br>Sealed Document<br>Sealed Document<br>Sealed Document |
| 4 | Letter from Nortel to CRA dated November 12, 2008, commenting on CRA supplementary position paper | NNC-NNL06128678<br>NNI_0047200<br>NNC-NNL11753444 | TR44452.02<br>TR47200.02<br>TR45560<br>TR43788 | Sealed Document<br>Sealed Document<br>Sealed Document<br>Sealed Document |
| 5 | Email from CRA to Nortel dated December 14, 2006 regarding CRA position on APA process matters | NOR_54402905.025 | TR49266 | Redacted Document |
| 6 | Letter on behalf of Nortel to CRA dated November 10, 2009 regarding the APA | NNC-NNL036591 | TR21285 | Redacted Document |

**SCHEDULE 2**

| Trial Ex. No. | DocID |
|---|---|
| TR11239 | EMEAPROD2287379 |
| TR11308 | NNC-NNL06058049 |
| TR11352 | NNI_01534866 |
| TR21080 & TR11169 | NNC-NNL002707 |
| TR21285 | NNC-NNL036591 |
| TR21543 | EX21543 |
| TR31026 | NNC-NNL070403 |
| TR40111 | CCC0002903 |
| TR40339 | EMEA1000000811 |
| TR43508 | EMEAPROD2277935 |
| TR43679 | HORSTFRISCH0006328 |
| TR43736 | NNC-NNL003332 |
| TR43747 | NNC-NNL009477 |
| TR43748 | NNC-NNL009506 |
| TR43763 | NNC-NNL015507 |
| TR43764 | NNC-NNL015508 |
| TR43788 | NNC-NNL0318680 |
| TR43796 | NNC-NNL034604 |
| TR44074 | NNC-NNL06001552 |
| TR44078 | NNC-NNL06001556 |
| TR44081 | NNC_00717829 |
| TR44286 | NNC-NNL06011623 |
| TR44331 | NNC-NNL06038722 |
| TR44380 | NNC-NNL06110155 |
| TR44452.02 | NNC-NNL06128678 |
| TR44596 | NNC-NNL06319294 |
| TR44766 | NNC-NNL06742600 |
| TR45090 | NNC-NNL089532 |
| TR45091 | NNC-NNL089717 |

| Trial Ex. No. | DocID |
|---|---|
| TR45357 | NNC-NNL10957720 |
| TR45560 | NNC-NNL11753444 |
| TR45635 | NNC-NNL11756213 |
| TR46884.06 | NNC-NNL118739 |
| TR46957 | NNI_00016131 |
| TR46963 | NNI_00018349 |
| TR46966 | NNI_00018541 |
| TR47200.02 | NNI_0047200 |
| TR47273.02 | NNI_00634252 |
| TR47320 | NNC-NNL06001559 |
| TR48803.02 | NNI_01534134 |
| TR49262 | NOR_54402905.018 |
| TR49263 | NOR_54402905.019 |
| TR49266 | NOR_54402905.025 |
| TR49309 | NOR_54402905.084 |
| TR49314 | NOR_54402905.099 |
| TR49315 | NOR_54402905.100 |
| TR49316 | NOR_54402905.101 |
| TR49323 | NOR_54402905.108 |
| TR49324 | NOR_54402905.110 |
| TR49339 | NOR_54402905.126 |
| TR49341 | NOR_54402905.130 |
| TR49342 | NOR_54402905.131 |
| TR49370 | NOR_55450944 |
| TR49575 | PC0092128 |
| TR50650 | US_EMEA_PRIV_00025170 |