**As Amended and Attached to the Supplementary Order**
**Schedule A1 - Post-Petition Asset Sale Documents**

| Trial Ex. No. | DocID | Dep. Ex. No. |
|---|---|---|
| TR40001 | BHG0001631 | |
| TR50655.01 | BHG0033830 | |
| TR40005 | BHG0039223 | |
| TR40008 | BHG0056641 | |
| TR40007.02 | BHG0056759 | |
| TR40007.03 | BHG0056760 | |
| TR40007.05 | BHG0056944 | |
| TR40007.06 | BHG0056945 | |
| TR40007.07 | BHG0056970 | |
| TR40007.08 | BHG0056985 | |
| TR40009 | BHG0056996 | |
| TR40007.09 | BHG0057360 | |
| TR50657 | BHG0105848 | |
| TR40020 | BHG0119360 | |
| TR12012 | BHG0124157 | 12012 |
| TR40021 | BHG0124158 | |
| TR50658 | BHG0124188 | |
| TR40022 | BHG0124224 | |
| TR40028 | BHG0138007 | |
| TR50659.02 | BHG0161603 | |
| TR40037 | BHG0245595 | |
| TR50663 | BHG0373087 | |
| TR11150 | CCC0001356 | 11150 |
| TR40109 | CCC0001952 | |
| TR40120 | CCC0006612 | |
| TR40183 | CCC0047507 | |
| TR40197 | CCC0067164 | |
| TR41471 | EMEAPROD02309581 | |
| TR43399 | EMEAPROD1839541 | |
| TR43453.03 | EMEAPROD2135188 | |
| TR43453.04 | EMEAPROD2135318 | |
| TR43453.05 | EMEAPROD2135415 | |
| TR43453.06 | EMEAPROD2135442 | |
| TR43454 | EMEAPROD2135467 | |
| TR43456 | EMEAPROD2146445 | |
| TR43481 | EMEAPROD2214888 | |
| TR43482.01 | EMEAPROD2215915 | |
| TR43482.02 | EMEAPROD2215918 | |
| TR43624 | GIP_Nortel_00001671 | |
| TR43626 | GIP_Nortel_00004963 | |
| TR43631 | GIP_Nortel_00049343 | |
| TR43632 | GIP_Nortel_00050757 | |
| TR22097 | GIP_Nortel_00051954 | 22097 |
| TR43633 | GIP_Nortel_00063462 | |

| | | |
|---|---|---|
| TR43634 | GIP_Nortel_00063576 | |
| TR43635.02 | GIP_Nortel_00064228 | |
| TR43635.03 | GIP_Nortel_00064229 | |
| TR43636 | GIP_Nortel_00071997 | |
| TR43638 | GIP_Nortel_00080080 | |
| TR43639.01 | GIP_Nortel_00086521 | |
| TR43639.02 | GIP_Nortel_00086528 | |
| TR43639.03 | GIP_Nortel_00086572 | |
| TR43640.02 | GIP_Nortel_00089391 | |
| TR43641.03 | GIP_Nortel_00093161 | |
| TR43644.03 | GIP_Nortel_00101745 | |
| TR43644.04 | GIP_Nortel_00101748 | |
| TR50678 | GIP_Nortel_00108324 | |
| TR50679 | GIP_Nortel_00110644 | |
| TR43646 | GIP_Nortel_00132745 | |
| TR50680 | GIP_Nortel_00133860 | |
| TR50681 | GIP_Nortel_00133862 | |
| TR43647 | GIP_Nortel_00135042 | |
| TR12013 | GIP_Nortel_00136187 | 12013 |
| TR11173 | GIP_Nortel_00136187 | |
| TR43648 | GIP_Nortel_00140126 | |
| TR43649 | GIP_Nortel_00140128 | |
| TR43650 | GIP_Nortel_00142929 | |
| TR43651 | GIP_Nortel_00143241 | |
| TR43652 | GIP_Nortel_00195751 | |
| TR43655 | GIP_Nortel_00230256 | |
| TR43656 | GIP_Nortel_00230508 | |
| TR43657 | GIP_Nortel_00230509 | |
| TR43658 | GIP_Nortel_00233023 | |
| TR43659 | GIP_Nortel_00236399 | |
| TR43711 | LAZ-NRTL-00018805 | |
| TR43712 | LAZ-NRTL-00018807 | |
| TR43713 | LAZ-NRTL-00018811 | |
| TR43714 | LAZ-NRTL-00018812 | |
| TR43715 | LAZ-NRTL-00018813 | |
| TR43716 | LAZ-NRTL-00018814 | |
| TR43718 | LAZ-NRTL-00021779 | |
| TR43719 | LAZ-NRTL-00036864 | |
| TR43720 | LAZ-NRTL-00037453 | |
| TR43722 | LAZ-NRTL-00037491 | |
| TR43724 | LAZ-NRTL-00037522 | |
| TR43725 | LAZ-NRTL-00038046 | |
| TR43727 | LAZ-NRTL-00040022 | |
| TR43731 | LEX1000000084 | |
| TR43819 | NNC-NNL05153093 | |

| | | |
|---|---|---|
| TR43820 | NNC-NNL05153139 | |
| TR43821 | NNC-NNL05153143 | |
| TR43850 | NNC-NNL06001105 | |
| TR43851 | NNC-NNL06001106 | |
| TR43852 | NNC-NNL06001107 | |
| TR43853 | NNC-NNL06001110 | |
| TR21024 | NNC-NNL06001111 | 21024 |
| TR43854 | NNC-NNL06001112 | |
| TR43855 | NNC-NNL06001113 | |
| TR43860 | NNC-NNL06001118 | |
| TR43861 | NNC-NNL06001119 | |
| TR43863 | NNC-NNL06001121 | |
| TR44115 | NNC-NNL06001613 | |
| TR44117 | NNC-NNL06001637 | |
| TR44118 | NNC-NNL06001638 | |
| TR44119 | NNC-NNL06001639 | |
| TR44120 | NNC-NNL06001640 | |
| TR44122 | NNC-NNL06001642 | |
| TR44123 | NNC-NNL06001643 | |
| TR44124 | NNC-NNL06001644 | |
| TR44125 | NNC-NNL06001645 | |
| TR44126 | NNC-NNL06001646 | |
| TR44127 | NNC-NNL06001647 | |
| TR44128 | NNC-NNL06001648 | |
| TR50685 | NNC-NNL06001655 | |
| TR50686 | NNC-NNL06001656 | |
| TR44129 | NNC-NNL06001658 | |
| TR44132 | NNC-NNL06001664 | |
| TR44135 | NNC-NNL06001756 | |
| TR44136 | NNC-NNL06001771 | |
| TR44139 | NNC-NNL06001801 | |
| TR44140 | NNC-NNL06001805 | |
| TR44142 | NNC-NNL06001811 | |
| TR44143 | NNC-NNL06001812 | |
| TR44151 | NNC-NNL06001947 | |
| TR44165 | NNC-NNL06002070 | |
| TR44166 | NNC-NNL06002086 | |
| TR44167 | NNC-NNL06002087 | |
| TR44170 | NNC-NNL06002178 | |
| TR44173 | NNC-NNL06002188 | |
| TR44174 | NNC-NNL06002189 | |
| TR44185 | NNC-NNL06002257 | |
| TR44199 | NNC-NNL06002361 | |
| TR44211 | NNC-NNL06002391 | |
| TR44212 | NNC-NNL06002392 | |

| | | |
|---|---|---|
| TR44213 | NNC-NNL06002393 | |
| TR44217 | NNC-NNL06002467 | |
| TR44218 | NNC-NNL06002476 | |
| TR44222 | NNC-NNL06002494 | |
| TR44223 | NNC-NNL06002495 | |
| TR44224 | NNC-NNL06002496 | |
| TR44225 | NNC-NNL06002497 | |
| TR44226 | NNC-NNL06002498 | |
| TR44227 | NNC-NNL06002499 | |
| TR44228 | NNC-NNL06002500 | |
| TR44229 | NNC-NNL06002505 | |
| TR44237 | NNC-NNL06002552 | |
| TR44239 | NNC-NNL06002559 | |
| TR44240 | NNC-NNL06002561 | |
| TR44248 | NNC-NNL06002588 | |
| TR44249 | NNC-NNL06002603 | |
| TR44251 | NNC-NNL06002610 | |
| TR44252 | NNC-NNL06002623 | |
| TR44351 | NNC-NNL06072974 | |
| TR44361 | NNC-NNL06085707 | |
| TR44362 | NNC-NNL06096749 | |
| TR44363 | NNC-NNL06096750 | |
| TR44479 | NNC-NNL06137021 | |
| TR11153 | NNC-NNL06139422 | 11153 |
| TR11151 | NNC-NNL06139423 | 11151 |
| TR44485 | NNC-NNL06139434 | |
| TR21023 | NNC-NNL06212206 | 21023 |
| TR44540 | NNC-NNL06232471 | |
| TR21276 | NNC-NNL06243148 | |
| TR44555 | NNC-NNL06244515 | |
| TR44558 | NNC-NNL06245719 | |
| TR44559 | NNC-NNL06245720 | |
| TR44561 | NNC-NNL06247125 | |
| TR44589 | NNC-NNL06272681 | |
| TR44663 | NNC-NNL06499761 | |
| TR44750 | NNC-NNL06725704 | |
| TR44751 | NNC-NNL06725705 | |
| TR44758 | NNC-NNL06735084 | |
| TR44759 | NNC-NNL06735085 | |
| TR22107 | NNC-NNL06740124 | 22107 |
| TR44764 | NNC-NNL06740125 | |
| TR44866 | NNC-NNL07140380 | |
| TR44867 | NNC-NNL07140474 | |
| TR22105 | NNC-NNL07160255 | 22105 |
| TR21580 | NNC-NNL07180325 | |

| | | |
|---|---|---|
| TR45007 | NNC-NNL07789327 | |
| TR45008 | NNC-NNL07789328 | |
| TR45009 | NNC-NNL07789331 | |
| TR45011 | NNC-NNL07789342 | |
| TR45012 | NNC-NNL07789343 | |
| TR45013 | NNC-NNL07789355 | |
| TR45014 | NNC-NNL07789363 | |
| TR45016 | NNC-NNL07789367 | |
| TR45017 | NNC-NNL07789371 | |
| TR45017 | NNC-NNL07789371 | |
| TR50726.01 | NNC-NNL07917649 | |
| TR45033 | NNC-NNL07931886 | |
| TR45036 | NNC-NNL07947317 | |
| TR45040 | NNC-NNL07982049 | |
| TR50731 | NNC-NNL08128294 | |
| TR21270 | NNC-NNL08137182 | 21270 |
| TR45059 | NNC-NNL08138641 | |
| TR45065 | NNC-NNL08175200 | |
| TR45472 | NNC-NNL11152230 | |
| TR45491 | NNC-NNL11428747 | |
| TR45492 | NNC-NNL11428748 | |
| TR45493 | NNC-NNL11428749 | |
| TR45494 | NNC-NNL11428750 | |
| TR45536 | NNC-NNL11676495 | |
| TR45537 | NNC-NNL11676530 | |
| TR45555.02 | NNC-NNL11737781 | |
| TR46979 | NNI_00019769 | |
| TR46993 | NNI_00070446 | |
| TR47000 | NNI_00136997 | |
| TR47004 | NNI_00144685 | |
| TR47005 | NNI_00147603 | |
| TR47006 | NNI_00147795 | |
| TR47012 | NNI_00166412 | |
| TR47013 | NNI_00166646 | |
| TR47020 | NNI_00196483 | |
| TR47021 | NNI_00198933 | |
| TR47022 | NNI_00200481 | |
| TR47025 | NNI_00202922 | |
| TR47029 | NNI_00204053 | |
| TR47054 | NNI_00216237 | |
| TR47056 | NNI_00216339 | |
| TR47066 | NNI_00216609 | |
| TR47157 | NNI_00323542 | |
| TR47170 | NNI_00324830 | |
| TR50757 | NNI_00437435 | |

| | | |
|---|---|---|
| TR22118 | NNI_00437659 | 22118 |
| TR47230 | NNI_00493872 | |
| TR47249 | NNI_00577636 | |
| TR47251 | NNI_00578024 | |
| TR47258.02 | NNI_00594423 | |
| TR47260.02 | NNI_00595488 | |
| TR47261 | NNI_00595694 | |
| TR47262 | NNI_00603363 | |
| TR47264 | NNI_00612845 | |
| TR50762 | NNI_00624870 | |
| TR47276.01 | NNI_00644352 | |
| TR47276.02 | NNI_00644355 | |
| TR47338 | NNI_00770079 | |
| TR47339 | NNI_00770081 | |
| TR50766 | NNI_00780947 | |
| TR47344.01 | NNI_00782740 | |
| TR47344.02 | NNI_00782745 | |
| TR47353 | NNI_00799378 | |
| TR47354 | NNI_00799532 | |
| TR47355 | NNI_00801349 | |
| TR47356 | NNI_00803590 | |
| TR47357.02 | NNI_00803651 | |
| TR47357.03 | NNI_00803652 | |
| TR47364 | NNI_00803937 | |
| TR47365 | NNI_00804119 | |
| TR47368 | NNI_00804135 | |
| TR47372 | NNI_00804465 | |
| TR47374 | NNI_00804709 | |
| TR47375 | NNI_00804761 | |
| TR47377 | NNI_00804811 | |
| TR47378 | NNI_00804891 | |
| TR47380 | NNI_00804962 | |
| TR47381 | NNI_00805015 | |
| TR47382 | NNI_00805052 | |
| TR47383 | NNI_00805092 | |
| TR47384 | NNI_00805109 | |
| TR47385 | NNI_00805128 | |
| TR47388 | NNI_00805211 | |
| TR47389 | NNI_00805217 | |
| TR47391 | NNI_00805233 | |
| TR47392 | NNI_00805240 | |
| TR47393 | NNI_00805246 | |
| TR47395 | NNI_00805256 | |
| TR47407 | NNI_00805342 | |
| TR47408 | NNI_00805349 | |

| | | |
|---|---|---|
| TR47410 | NNI_00805377 | |
| TR47411 | NNI_00805384 | |
| TR47413 | NNI_00805412 | |
| TR47414 | NNI_00805419 | |
| TR47415 | NNI_00805442 | |
| TR47416 | NNI_00805476 | |
| TR47417 | NNI_00805511 | |
| TR47425 | NNI_00805620 | |
| TR47426 | NNI_00805621 | |
| TR47427 | NNI_00805622 | |
| TR47430 | NNI_00805672 | |
| TR47431 | NNI_00805677 | |
| TR47432 | NNI_00805682 | |
| TR47435 | NNI_00805729 | |
| TR47451 | NNI_00806078 | |
| TR47452 | NNI_00806112 | |
| TR47453 | NNI_00806145 | |
| TR47454 | NNI_00806170 | |
| TR47455 | NNI_00806207 | |
| TR47468 | NNI_00806615 | |
| TR47473 | NNI_00806707 | |
| TR47475 | NNI_00806786 | |
| TR47476 | NNI_00806802 | |
| TR47480 | NNI_00806944 | |
| TR47485 | NNI_00806963 | |
| TR47486 | NNI_00807194 | |
| TR47488 | NNI_00807225 | |
| TR47489 | NNI_00807227 | |
| TR47490 | NNI_00807228 | |
| TR47491 | NNI_00807235 | |
| TR47492 | NNI_00807236 | |
| TR47493 | NNI_00807237 | |
| TR47494 | NNI_00807241 | |
| TR47512 | NNI_00807272 | |
| TR47513 | NNI_00807276 | |
| TR47516 | NNI_00807357 | |
| TR47517 | NNI_00807389 | |
| TR47518 | NNI_00807390 | |
| TR47521 | NNI_00807913 | |
| TR47534 | NNI_00807929 | |
| TR47537 | NNI_00807939 | |
| TR47540 | NNI_00808232 | |
| TR47543 | NNI_00808303 | |
| TR47544 | NNI_00808363 | |
| TR47545 | NNI_00808445 | |

| | | |
|---|---|---|
| TR47546 | NNI_00808446 | |
| TR47548 | NNI_00808538 | |
| TR47549 | NNI_00808591 | |
| TR47550 | NNI_00808603 | |
| TR47551 | NNI_00808704 | |
| TR47552 | NNI_00808740 | |
| TR47553 | NNI_00808769 | |
| TR47554 | NNI_00808795 | |
| TR47555 | NNI_00808814 | |
| TR47663 | NNI_00809349 | |
| TR47670 | NNI_00809398 | |
| TR47672 | NNI_00809412 | |
| TR47697 | NNI_00809714 | |
| TR47702 | NNI_00809794 | |
| TR47703 | NNI_00809813 | |
| TR47705 | NNI_00809821 | |
| TR47706 | NNI_00809830 | |
| TR47746 | NNI_00810062 | |
| TR47747 | NNI_00810063 | |
| TR47750 | NNI_00810066 | |
| TR47751 | NNI_00810092 | |
| TR47753 | NNI_00810099 | |
| TR47760 | NNI_00810119 | |
| TR47761 | NNI_00810124 | |
| TR47762 | NNI_00810195 | |
| TR47766 | NNI_00810287 | |
| TR47769 | NNI_00810305 | |
| TR47774 | NNI_00810359 | |
| TR47790 | NNI_00810585 | |
| TR47801 | NNI_00810891 | |
| TR47805 | NNI_00810895 | |
| TR47806 | NNI_00810940 | |
| TR47807 | NNI_00811075 | |
| TR47817 | NNI_00811101 | |
| TR47818 | NNI_00811105 | |
| TR47821 | NNI_00811123 | |
| TR47823 | NNI_00811136 | |
| TR47824 | NNI_00811144 | |
| TR47825 | NNI_00811152 | |
| TR47826 | NNI_00811160 | |
| TR47827 | NNI_00811165 | |
| TR47829 | NNI_00811205 | |
| TR47830 | NNI_00811241 | |
| TR47831 | NNI_00811254 | |
| TR47834 | NNI_00811340 | |

| | | |
|---|---|---|
| TR47835 | NNI_00811395 | |
| TR47837 | NNI_00811466 | |
| TR47840 | NNI_00811475 | |
| TR47841 | NNI_00811486 | |
| TR47843 | NNI_00811495 | |
| TR47859 | NNI_00812114 | |
| TR47860 | NNI_00812116 | |
| TR47863 | NNI_00812502 | |
| TR47864 | NNI_00812509 | |
| TR47909 | NNI_00812712 | |
| TR47910 | NNI_00812770 | |
| TR47911 | NNI_00812782 | |
| TR47913 | NNI_00812810 | |
| TR47918 | NNI_00812861 | |
| TR47919 | NNI_00812865 | |
| TR47920 | NNI_00812869 | |
| TR47921 | NNI_00812873 | |
| TR47922 | NNI_00812888 | |
| TR47923 | NNI_00812917 | |
| TR47924 | NNI_00812926 | |
| TR47925 | NNI_00812931 | |
| TR47926 | NNI_00813036 | |
| TR47927 | NNI_00813131 | |
| TR47929 | NNI_00813161 | |
| TR47930 | NNI_00813168 | |
| TR47931 | NNI_00813175 | |
| TR47932 | NNI_00813193 | |
| TR47934 | NNI_00813232 | |
| TR47937 | NNI_00813256 | |
| TR47939 | NNI_00813357 | |
| TR47940 | NNI_00813361 | |
| TR47942 | NNI_00813369 | |
| TR47943 | NNI_00813373 | |
| TR47944 | NNI_00813381 | |
| TR47945 | NNI_00813388 | |
| TR47953 | NNI_00813597 | |
| TR47954 | NNI_00813608 | |
| TR47955 | NNI_00813613 | |
| TR47956 | NNI_00813747 | |
| TR47957 | NNI_00813889 | |
| TR47959 | NNI_00814041 | |
| TR47960 | NNI_00814099 | |
| TR47961 | NNI_00814184 | |
| TR47965 | NNI_00814232 | |
| TR47966 | NNI_00814236 | |

| | | |
|---|---|---|
| TR47967 | NNI_00814240 | |
| TR47968 | NNI_00814269 | |
| TR47969 | NNI_00814278 | |
| TR47970 | NNI_00814408 | |
| TR47971 | NNI_00814505 | |
| TR47972 | NNI_00814532 | |
| TR47973 | NNI_00814557 | |
| TR47974 | NNI_00814577 | |
| TR47975 | NNI_00814597 | |
| TR47977 | NNI_00814619 | |
| TR47979 | NNI_00814632 | |
| TR47980 | NNI_00814970 | |
| TR47982 | NNI_00815268 | |
| TR47997 | NNI_00815402 | |
| TR47998 | NNI_00815478 | |
| TR47999 | NNI_00815506 | |
| TR48002 | NNI_00815563 | |
| TR48003 | NNI_00815572 | |
| TR48004 | NNI_00815597 | |
| TR48005 | NNI_00815606 | |
| TR48006 | NNI_00815612 | |
| TR48007 | NNI_00815618 | |
| TR48009 | NNI_00815634 | |
| TR48010 | NNI_00815640 | |
| TR48011 | NNI_00815646 | |
| TR48012 | NNI_00815652 | |
| TR48014 | NNI_00815664 | |
| TR48015 | NNI_00815670 | |
| TR48016 | NNI_00815676 | |
| TR48017 | NNI_00815682 | |
| TR48018 | NNI_00815689 | |
| TR48019 | NNI_00815696 | |
| TR48020 | NNI_00815705 | |
| TR48021 | NNI_00815712 | |
| TR48022 | NNI_00815727 | |
| TR48023 | NNI_00815734 | |
| TR48024 | NNI_00815741 | |
| TR48068 | NNI_00816126 | |
| TR48070 | NNI_00816128 | |
| TR48071 | NNI_00816129 | |
| TR48072 | NNI_00816130 | |
| TR48073 | NNI_00816131 | |
| TR48074 | NNI_00816132 | |
| TR48075 | NNI_00816133 | |
| TR48076 | NNI_00816134 | |

| | | |
|---|---|---|
| TR48077 | NNI_00816135 | |
| TR48078 | NNI_00816136 | |
| TR48080 | NNI_00816156 | |
| TR48081 | NNI_00816157 | |
| TR48082 | NNI_00816158 | |
| TR48083 | NNI_00816159 | |
| TR48084 | NNI_00816160 | |
| TR48085 | NNI_00816161 | |
| TR48086 | NNI_00816162 | |
| TR48087 | NNI_00816163 | |
| TR48088 | NNI_00816187 | |
| TR48092 | NNI_00816233 | |
| TR48097 | NNI_00816250 | |
| TR48098 | NNI_00816251 | |
| TR48099 | NNI_00816252 | |
| TR48103 | NNI_00816422 | |
| TR48104 | NNI_00816441 | |
| TR48105 | NNI_00816458 | |
| TR48107 | NNI_00816490 | |
| TR48108 | NNI_00816524 | |
| TR48112 | NNI_00816657 | |
| TR48113 | NNI_00816744 | |
| TR48114 | NNI_00816766 | |
| TR48115 | NNI_00816786 | |
| TR48116 | NNI_00816810 | |
| TR48117 | NNI_00816827 | |
| TR48118 | NNI_00816904 | |
| TR48119 | NNI_00816945 | |
| TR48120 | NNI_00816991 | |
| TR48127 | NNI_00817556 | |
| TR48128 | NNI_00817557 | |
| TR48129 | NNI_00817563 | |
| TR48130 | NNI_00817564 | |
| TR48131 | NNI_00817565 | |
| TR48132 | NNI_00817566 | |
| TR48133 | NNI_00817567 | |
| TR48134 | NNI_00817568 | |
| TR48135 | NNI_00817569 | |
| TR48136 | NNI_00817570 | |
| TR48137 | NNI_00817571 | |
| TR48138 | NNI_00817572 | |
| TR48139 | NNI_00817579 | |
| TR48140 | NNI_00817580 | |
| TR48141 | NNI_00817581 | |
| TR48142 | NNI_00817582 | |

| | | |
|---|---|---|
| TR48143 | NNI_00817583 | |
| TR48145 | NNI_00817585 | |
| TR48146 | NNI_00817586 | |
| TR48148 | NNI_00817588 | |
| TR48149 | NNI_00817609 | |
| TR48150 | NNI_00817610 | |
| TR48151 | NNI_00817611 | |
| TR48152 | NNI_00817612 | |
| TR48153 | NNI_00817613 | |
| TR48155 | NNI_00817615 | |
| TR48156 | NNI_00817616 | |
| TR48157 | NNI_00817617 | |
| TR48159 | NNI_00817634 | |
| TR48160 | NNI_00817640 | |
| TR48161 | NNI_00817646 | |
| TR48163 | NNI_00817648 | |
| TR48172 | NNI_00817761 | |
| TR48180 | NNI_00817825 | |
| TR48181 | NNI_00817826 | |
| TR48183 | NNI_00817842 | |
| TR48184 | NNI_00817857 | |
| TR48188 | NNI_00817863 | |
| TR48192 | NNI_00818347 | |
| TR48193 | NNI_00818348 | |
| TR48194 | NNI_00818349 | |
| TR48195 | NNI_00818412 | |
| TR48204 | NNI_00818710 | |
| TR48205 | NNI_00818728 | |
| TR48206 | NNI_00818746 | |
| TR48207 | NNI_00818759 | |
| TR48208 | NNI_00818769 | |
| TR48209 | NNI_00818791 | |
| TR48210 | NNI_00818796 | |
| TR48211 | NNI_00818799 | |
| TR48212 | NNI_00818857 | |
| TR48213 | NNI_00818966 | |
| TR48214 | NNI_00818969 | |
| TR48215 | NNI_00818972 | |
| TR48216 | NNI_00818977 | |
| TR48218 | NNI_00818983 | |
| TR48221 | NNI_00819034 | |
| TR48222 | NNI_00819040 | |
| TR48223 | NNI_00819046 | |
| TR48224 | NNI_00819134 | |
| TR48226 | NNI_00819170 | |

| | | |
|---|---|---|
| TR48227 | NNI_00819176 | |
| TR48231 | NNI_00819195 | |
| TR48235 | NNI_00819335 | |
| TR48236 | NNI_00819353 | |
| TR48237 | NNI_00819409 | |
| TR48238 | NNI_00819412 | |
| TR48241 | NNI_00819444 | |
| TR48242 | NNI_00819450 | |
| TR48243 | NNI_00819624 | |
| TR48246 | NNI_00819807 | |
| TR48247 | NNI_00819813 | |
| TR48252 | NNI_00819874 | |
| TR48253 | NNI_00819875 | |
| TR48255 | NNI_00819885 | |
| TR48256 | NNI_00819886 | |
| TR48258 | NNI_00819889 | |
| TR48260 | NNI_00819911 | |
| TR48263 | NNI_00819940 | |
| TR48264 | NNI_00819947 | |
| TR48268 | NNI_00820263 | |
| TR48269 | NNI_00820270 | |
| TR48271 | NNI_00820299 | |
| TR48279 | NNI_00820451 | |
| TR48283 | NNI_00820456 | |
| TR48288 | NNI_00820679 | |
| TR48289 | NNI_00820697 | |
| TR48290 | NNI_00820806 | |
| TR48291 | NNI_00820809 | |
| TR48292 | NNI_00820814 | |
| TR48294 | NNI_00820867 | |
| TR48295 | NNI_00820873 | |
| TR48296 | NNI_00820880 | |
| TR48297 | NNI_00820971 | |
| TR48307 | NNI_00821356 | |
| TR48308 | NNI_00821372 | |
| TR48309 | NNI_00821475 | |
| TR48310 | NNI_00821515 | |
| TR48317 | NNI_00821666 | |
| TR48331 | NNI_00822112 | |
| TR48334 | NNI_00822139 | |
| TR48336 | NNI_00822160 | |
| TR48338 | NNI_00822228 | |
| TR48340 | NNI_00822284 | |
| TR48342 | NNI_00822310 | |
| TR48344 | NNI_00822318 | |

**As Amended and Attached to the Supplementary Order**
**Schedule A1 - Post-Petition Asset Sale Documents**

| | | |
|---|---|---|
| TR48345 | NNI_00822322 | |
| TR48347 | NNI_00822333 | |
| TR48348 | NNI_00822569 | |
| TR48349 | NNI_00822622 | |
| TR48351 | NNI_00822630 | |
| TR48352 | NNI_00822632 | |
| TR48373 | NNI_00822693 | |
| TR48378 | NNI_00822821 | |
| TR48412 | NNI_00823038 | |
| TR48418 | NNI_00823079 | |
| TR48419 | NNI_00823084 | |
| TR48423 | NNI_00823140 | |
| TR48424 | NNI_00823143 | |
| TR48425 | NNI_00823151 | |
| TR48432 | NNI_00823202 | |
| TR48445 | NNI_00823675 | |
| TR48448 | NNI_00823699 | |
| TR48450 | NNI_00823766 | |
| TR48451 | NNI_00823767 | |
| TR48452 | NNI_00823768 | |
| TR48453 | NNI_00823799 | |
| TR48454 | NNI_00823823 | |
| TR48456 | NNI_00823858 | |
| TR48457 | NNI_00823867 | |
| TR48459 | NNI_00824390 | |
| TR48460 | NNI_00824416 | |
| TR48461 | NNI_00824866 | |
| TR48462 | NNI_00824902 | |
| TR48463 | NNI_00824910 | |
| TR48464 | NNI_00824911 | |
| TR48465 | NNI_00824912 | |
| TR48466 | NNI_00824913 | |
| TR48467 | NNI_00824916 | |
| TR48483 | NNI_00824967 | |
| TR48485 | NNI_00824971 | |
| TR48486 | NNI_00824976 | |
| TR48487 | NNI_00824988 | |
| TR48488 | NNI_00824994 | |
| TR48489 | NNI_00824996 | |
| TR48490 | NNI_00825000 | |
| TR48498 | NNI_00825244 | |
| TR48499 | NNI_00825254 | |
| TR48501 | NNI_00825622 | |
| TR48503 | NNI_00825680 | |
| TR48504 | NNI_00825697 | |

| | | |
|---|---|---|
| TR48506 | NNI_00825757 | |
| TR48506 | NNI_00825757 | |
| TR48507 | NNI_00825786 | |
| TR48510 | NNI_00825873 | |
| TR48512 | NNI_00825913 | |
| TR48514 | NNI_00825938 | |
| TR48516 | NNI_00825975 | |
| TR48517 | NNI_00825991 | |
| TR48518 | NNI_00826007 | |
| TR48519 | NNI_00826023 | |
| TR48520 | NNI_00826039 | |
| TR48543 | NNI_00826202 | |
| TR48544 | NNI_00826223 | |
| TR48554 | NNI_00826498 | |
| TR48557 | NNI_00826898 | |
| TR48562 | NNI_00826987 | |
| TR48565 | NNI_00827011 | |
| TR48566 | NNI_00827013 | |
| TR48567 | NNI_00827016 | |
| TR48572 | NNI_00827031 | |
| TR48580 | NNI_00827540 | |
| TR48609 | NNI_00873353 | |
| TR48617.01 | NNI_00929020 | |
| TR48617.02 | NNI_00929025 | |
| TR48617.02 | NNI_00929025 | |
| TR48617.04 | NNI_00929027 | |
| TR48617.06 | NNI_00929029 | |
| TR48619 | NNI_00933178 | |
| TR48662 | NNI_01259143 | |
| TR48663 | NNI_01259216 | |
| TR48664 | NNI_01259261 | |
| TR48672 | NNI_01265512 | |
| TR50775 | NNI_01286279 | |
| TR50776 | NNI_01286282 | |
| TR48683.02 | NNI_01287868 | |
| TR22106 | NNI_01290069 | |
| TR48684.02 | NNI_01290195 | |
| TR48685.01 | NNI_01290211 | |
| TR48685.02 | NNI_01290212 | |
| TR48687 | NNI_01299724 | |
| TR48694 | NNI_01322836 | |
| TR48695 | NNI_01323495 | |
| TR50778.01 | NNI_01323510 | |
| TR50778.02 | NNI_01323511 | |
| TR22108 | NNI_01323513 | 22108 |

**As Amended and Attached to the Supplementary Order**
**Schedule A1 - Post-Petition Asset Sale Documents**

| | | |
|---|---|---|
| TR48696 | NNI_01325626 | |
| TR48697.01 | NNI_01326188 | |
| TR48697.02 | NNI_01326189 | |
| TR48701 | NNI_01353227 | |
| TR48703 | NNI_01374970 | |
| TR48704 | NNI_01375554 | |
| TR48708.02 | NNI_01387445 | |
| TR48710 | NNI_01388250 | |
| TR22104 | NNI_01391535 | 22104 |
| TR48715 | NNI_01392761 | |
| TR22100 | NNI_01395295 | 22100 |
| TR48718 | NNI_01395368 | |
| TR48722 | NNI_01398110 | |
| TR48735 | NNI_01455612 | |
| TR48740 | NNI_01462691 | |
| TR21532 | NNI_01462708 | 21532 |
| TR48741 | NNI_01462855 | |
| TR48746.02 | NNI_01470423 | |
| TR48749 | NNI_01475702 | |
| TR48751 | NNI_01479224 | |
| TR48833 | NNI_EQUINOX_00083934 | |
| TR48835 | NNI_ICEBERG_00000057 | |
| TR48872 | NNI_ICEBERG_00127820 | |
| TR48873 | NNI_ICEBERG_00127963 | |
| TR48874 | NNI_ICEBERG_00128003 | |
| TR48875 | NNI_ICEBERG_00128107 | |
| TR48876 | NNI_ICEBERG_00128155 | |
| TR48878 | NNI_ICEBERG_00128306 | |
| TR48879 | NNI_ICEBERG_00128336 | |
| TR48880 | NNI_ICEBERG_00128428 | |
| TR48881 | NNI_ICEBERG_00128503 | |
| TR48889 | NNI_ICEBERG_00131860 | |
| TR48897 | NNI_ICEBERG_00133133 | |
| TR48901 | NNI_ICEBERG_00134968 | |
| TR48904 | NNI_ICEBERG_00135667 | |
| TR48919 | NNI_ICEBERG_00136487 | |
| TR48922 | NNI_ICEBERG_00137022 | |
| TR48929 | NNI_ICEBERG_00137791 | |
| TR48932 | NNI_ICEBERG_00196153 | |
| TR48933 | NNI_ICEBERG_00197507 | |
| TR48934 | NNI_NARNIA_00069460 | |
| TR48935 | NNI_NARNIA_00175024 | |
| TR48936 | NNI_NARNIA_00175555 | |
| TR48937 | NNI_NARNIA_00176058 | |
| TR48938 | NNI_NARNIA_00176065 | |

| | | |
|---|---|---|
| TR48939 | NNI_NARNIA_00197426 | |
| TR48940 | NNI_NARNIA_00198622 | |
| TR48941 | NNI_NARNIA_00200412 | |
| TR48943 | NNI_NARNIA_00287651 | |
| TR48945 | NNI_SNOW_00033567 | |
| TR48947 | NNI_SNOW_00286993 | |
| TR49186 | NOR_53299735 | |
| TR49196 | NOR_53917850 | |
| TR49197 | NOR_53925694 | |
| TR49198 | NOR_53926087 | |
| TR50787 | NOR_53926224 | |
| TR49201 | NOR_53928208 | |
| TR49204 | NOR_53965160 | |
| TR49220 | NOR_54175107 | |
| TR49221 | NOR_54178206 | |
| TR49223 | NOR_54179573 | |
| TR49224 | NOR_54180450 | |
| TR49225 | NOR_54266568 | |
| TR49226 | NOR_54275576 | |
| TR49227 | NOR_54275577 | |
| TR49228 | NOR_54380696 | |
| TR49229 | NOR_54401542 | |
| TR49367 | NOR_55240460 | |
| TR49368 | NOR_55314343 | |
| TR49369 | NOR_55315181 | |
| TR49371 | NOR_55927510 | |
| TR49382 | NOR_56781721 | |
| TR49383 | NOR_56782763 | |
| TR49390 | NOR_57072039 | |
| TR49420 | PC0005870 | |
| TR49446 | PC001000210 | |
| TR50795.01 | UCC0027912 | |
| TR50795.02 | UCC0027916 | |
| TR49822 | UCC0120791 | |
| TR50798.01 | UCC0147761 | |
| TR50798.02 | UCC0147762 | |
| TR49827.01 | UCC0154467 | |
| TR49827.02 | UCC0154468 | |
| TR49829 | UCC0164868 | |
| TR49830 | UCC0166151 | |
| TR31307 | US_Canada_PRIV_00027933 | |
| TR50554 | US_Canada_PRIV_00027935 | |
| TR50555 | US_Canada_PRIV_00027936 | |
| TR50558 | US_Canada_PRIV_00035770 | |
| TR50565 | US_Canada_PRIV_00144248 | |

**As Amended and Attached to the Supplementary Order**
**Schedule A1 - Post-Petition Asset Sale Documents**

| | | |
|---|---|---|
| TR50801 | US_Canada_PRIV_00212891 | |
| TR50589 | US_Canada_PRIV_00448988 | |
| TR50608.02 | US_EMEA_Canada_PRIV_00051378 | |
| TR50610 | US_EMEA_Canada_PRIV_00085424 | |
| TR50612 | US_EMEA_Canada_PRIV_00099345 - Schedule A | |
| TR50613 | US_EMEA_Canada_PRIV_00099346 - Schedule A | |
| TR50614 | US_EMEA_Canada_PRIV_00099350 - Schedule A | |
| TR50616 | US_EMEA_Canada_PRIV_00099356 - Schedule A | |
| TR50617 | US_EMEA_Canada_PRIV_00099359 - Schedule A | |
| TR50618 | US_EMEA_Canada_PRIV_00099360 - Schedule A | |
| TR50619 | US_EMEA_Canada_PRIV_00099361 - Schedule A | |
| TR50623 | US_EMEA_Canada_PRIV_00099381 - Schedule A | |
| TR50812 | US_EMEA_Canada_PRIV_00135296 | |
| TR50814.01 | US_EMEA_Canada_PRIV_00183152 - Schedule A | |
| TR50635.01 | US_EMEA_Canada_PRIV_00184450 - Schedule A | |
| TR50815.02 | US_EMEA_Canada_PRIV_00184774 | |
| TR50816 | US_EMEA_Canada_PRIV_00184867 | |
| TR50817.02 | US_EMEA_Canada_PRIV_00184900 | |
| TR50637.01 | US_EMEA_Canada_PRIV_00185295 - Schedule A | |
| TR50818.01 | US_EMEA_Canada_PRIV_00185426 - Schedule A | |
| TR22114 | US_EMEA_Canada_PRIV_00185519 - | 22114 |
| TR22098 | US_EMEA_Canada_PRIV_00186787 | 22098 |
| TR50638.01 | US_EMEA_Canada_PRIV_00186889 | |
| TR50638.02 | US_EMEA_Canada_PRIV_00186892 | |
| TR50638.03 | US_EMEA_Canada_PRIV_00186893 | |
| TR50821 | US_EMEA_Canada_PRIV_00190760 | |
| TR50822.01 | US_EMEA_Canada_PRIV_00191225 - Schedule A | |
| TR50822.02 | US_EMEA_Canada_PRIV_00191226 | |
| TR22099 | US_EMEA_Canada_PRIV_00191385 | 22099 |
| TR50643 | US_EMEA_Canada_PRIV_00207290 | |
| TR50825 | US_EMEA_Canada_PRIV_00207291 | |
| TR50594 | US_EMEA_PRIV_00011987 | |

**As Amended and Attached to the Supplementary Order**

**Schedule A1 - Post-Petition Asset Sale Documents**

| | | |
|---|---|---|
| TR21275 | | 21275 |
| TR11264 | | 11264 |
| TR21266 | | 21266 |
| TR21512 | | 21512 |
| TR21645 | | 21645 |
| TR22106 | | 22106 |
| TR22113 | | 22113 |
| TR22096 | | 22096 |
| TR22112 | | 22112 |