**As Amended and Attached to the Supplementary Order**
**Schedule A2 - License and Other Confidential Agreements**

| Trial Ex. No. | DocID | Dep. Ex. No. |
|---|---|---|
| TR48678 | NNI_01269178 | |
| TR43645 | GIP_Nortel_00103599 | |
| TR43798 | NNC-NNL034788 | |
| TR44320 | NNC-NNL06031930 | |
| TR45047 | NNC-NNL08002230 | |
| TR21167 | NNC-NNL11029235 | 21167 |
| TR45405 | NNC-NNL11083835 | |
| TR45481 | NNC-NNL11152323 | |
| TR45556 | NNC-NNL11748397 | |
| TR46992 | NNI_00067198 | |
| TR47001 | NNI_00137389 | |
| TR47003 | NNI_00144132 | |
| TR47007 | NNI_00148111 | |
| TR47011 | NNI_00166246 | |
| TR47231 | NNI_00495910 | |
| TR47234 | NNI_00498001 | |
| TR47254 | NNI_00578243 | |
| TR47263 | NNI_00605229 | |
| TR47337 | NNI_00768135 | |
| TR47341 | NNI_00778957 | |
| TR47342 | NNI_00780319 | |
| TR47343 | NNI_00782640 | |
| TR48505 | NNI_00825727 | |
| TR48509 | NNI_00825844 | |
| TR48596 | NNI_00850697 | |
| TR48615 | NNI_00908535 | |
| TR48650 | NNI_01251362 | |
| TR48651 | NNI_01252093 | |
| TR48658 | NNI_01252789 | |
| TR48659 | NNI_01255278 | |
| TR48661 | NNI_01257994 | |
| TR48665 | NNI_01260487 | |
| TR48671 | NNI_01263788 | |
| TR48673 | NNI_01266026 | |
| TR48675 | NNI_01266463 | |
| TR48676 | NNI_01267019 | |
| TR48677 | NNI_01267966 | |
| TR48679 | NNI_01269710 | |
| TR48681 | NNI_01271998 | |
| TR48682 | NNI_01272353 | |
| TR48709 | NNI_01388237 | |
| TR48730 | NNI_01436031 | |
| TR48748 | NNI_01474252 | |
| TR48832 | NNI_EQUINOX_00076119 | |

**As Amended and Attached to the Supplementary Order**
**Schedule A2 - License and Other Confidential Agreements**

| | | |
|---|---|---|
| TR48838 | NNI_ICEBERG_00126377 | |
| TR48839 | NNI_ICEBERG_00126433 | |
| TR48840 | NNI_ICEBERG_00126448 | |
| TR48841 | NNI_ICEBERG_00126534 | |
| TR48842 | NNI_ICEBERG_00126580 | |
| TR48843 | NNI_ICEBERG_00126618 | |
| TR48844 | NNI_ICEBERG_00126652 | |
| TR48845 | NNI_ICEBERG_00126668 | |
| TR48846 | NNI_ICEBERG_00126688 | |
| TR48847 | NNI_ICEBERG_00126705 | |
| TR48848 | NNI_ICEBERG_00126724 | |
| TR48849 | NNI_ICEBERG_00126779 | |
| TR48850 | NNI_ICEBERG_00126798 | |
| TR48851 | NNI_ICEBERG_00126813 | |
| TR48852 | NNI_ICEBERG_00126857 | |
| TR48853 | NNI_ICEBERG_00126876 | |
| TR48854 | NNI_ICEBERG_00126893 | |
| TR48856 | NNI_ICEBERG_00126933 | |
| TR48857 | NNI_ICEBERG_00126949 | |
| TR48858 | NNI_ICEBERG_00126971 | |
| TR48859 | NNI_ICEBERG_00126989 | |
| TR48860 | NNI_ICEBERG_00127003 | |
| TR48861 | NNI_ICEBERG_00127023 | |
| TR48862 | NNI_ICEBERG_00127039 | |
| TR48863 | NNI_ICEBERG_00127111 | |
| TR48864 | NNI_ICEBERG_00127167 | |
| TR48864 | NNI_ICEBERG_00127167 | |
| TR48865 | NNI_ICEBERG_00127406 | |
| TR48866 | NNI_ICEBERG_00127439 | |
| TR48867 | NNI_ICEBERG_00127461 | |
| TR48868 | NNI_ICEBERG_00127523 | |
| TR48869 | NNI_ICEBERG_00127616 | |
| TR48870 | NNI_ICEBERG_00127677 | |
| TR48871 | NNI_ICEBERG_00127772 | |
| TR48882 | NNI_ICEBERG_00129297 | |
| TR48883 | NNI_ICEBERG_00131560 | |
| TR48884 | NNI_ICEBERG_00131596 | |
| TR48885 | NNI_ICEBERG_00131623 | |
| TR48886 | NNI_ICEBERG_00131703 | |
| TR48887 | NNI_ICEBERG_00131741 | |
| TR48888 | NNI_ICEBERG_00131778 | |
| TR48890 | NNI_ICEBERG_00132332 | |
| TR48891 | NNI_ICEBERG_00132399 | |
| TR48892 | NNI_ICEBERG_00132449 | |
| TR48893 | NNI_ICEBERG_00132497 | |

**As Amended and Attached to the Supplementary Order**
**Schedule A2 - License and Other Confidential Agreements**

| | | |
|---|---|---|
| TR48894 | NNI_ICEBERG_00132815 | |
| TR48895 | NNI_ICEBERG_00132844 | |
| TR48896 | NNI_ICEBERG_00132869 | |
| TR48898 | NNI_ICEBERG_00133572 | |
| TR48899 | NNI_ICEBERG_00133626 | |
| TR48900 | NNI_ICEBERG_00134763 | |
| TR48902 | NNI_ICEBERG_00135044 | |
| TR48903 | NNI_ICEBERG_00135647 | |
| TR48903 | NNI_ICEBERG_00135647 | |
| TR48911 | NNI_ICEBERG_00136133 | |
| TR48912 | NNI_ICEBERG_00136148 | |
| TR48913 | NNI_ICEBERG_00136151 | |
| TR48914 | NNI_ICEBERG_00136165 | |
| TR48915 | NNI_ICEBERG_00136203 | |
| TR48916 | NNI_ICEBERG_00136220 | |
| TR48917 | NNI_ICEBERG_00136405 | |
| TR48918 | NNI_ICEBERG_00136424 | |
| TR48920 | NNI_ICEBERG_00136716 | |
| TR48921 | NNI_ICEBERG_00136777 | |
| TR21621 | NNI_ICEBERG_00136887 | 21621 |
| TR48923 | NNI_ICEBERG_00137381 | |
| TR48924 | NNI_ICEBERG_00137408 | |
| TR48925 | NNI_ICEBERG_00137645 | |
| TR48926 | NNI_ICEBERG_00137657 | |
| TR48927 | NNI_ICEBERG_00137677 | 21620 |
| TR48928 | NNI_ICEBERG_00137735 | |
| TR48930 | NNI_ICEBERG_00137867 | |
| TR49202 | NOR_53928896 | |
| TR50590 | US_Canada_PRIV_00465496 | |
| TR31308 | | 31308 |