**As Amended and Attached to the Supplementary Order**
**Schedule A4 - Personal Information Documents**

| Trial Ex. No. | DocID | Dep. Ex. No. |
|---|---|---|
| TR40095 | CCC0001050 | |
| TR40175 | CCC0034853 | |
| TR21014 | CCC0066626 | 21014 |
| TR43532 | EMEAPROD2286844 | |
| TR43676 | HORSTFRISCH0005991 | |
| TR44526 | NNC-NNL06225119 | |
| TR50701 | NNC-NNL06934105 | |
| TR50706 | NNC-NNL07071743 | |
| TR50707 | NNC-NNL07071744 | |
| TR44861 | NNC-NNL07124051 | |
| TR31316 | NNC-NNL08184514 | 31616 |
| TR45168 | NNC-NNL10720281 | |
| TR45467 | NNC-NNL11151754 | |
| TR45614 | NNC-NNL11756000 | |
| TR45736 | NNC-NNL11771974 | |
| TR45737 | NNC-NNL11771975 | |
| TR45738 | NNC-NNL11772012 | |
| TR47177 | NNI_00352778 | |
| TR48059 | NNI_00815932 | |
| TR48352 | NNI_00822632 | |
| TR48354 | NNI_00822639 | |
| TR48594 | NNI_00836997 | |
| TR21500 | NNI_ICEBERG_00194088 | 21500 |
| TR11317 | NOR-CAN00528600 | 11317 |
| TR49800.02 | UCC0015197 | |
| TR21263 | | 21263 |