## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., <u>et al.</u>,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: To Be Determined** |

## TWENTY-FIRST QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF FEBRUARY 1, 2014 THROUGH APRIL 30, 2014

E&Y LLP hereby submits its twenty-first quarterly fee application request (the

"<u>Request</u>") for the period February 1, 2014 through and including April 30, 2014 (the

"<u>Compensation Period</u>").

| E&Y LLP seeks approval of the following fee application: **Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 5/30/2014 | 2/1/14-4/30/14 | $1,717,594 | $1,782 | Pending | $1,374,075.20 | $1,782 | $343,518.80 |
| **TOTAL** | | **$1,717,594** | **$1,782** | | **$1,374,075.20** | **$1,782.00** | **$343,518.80** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses

requested in the above-referenced fee application and payment by the Debtors of the amount

requested in such fee application in full.

[1]  Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: May 30, 2014                    Respectfully submitted,


/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

## COMPENSATION BY PROFESSIONAL
## THROUGH APRIL 30, 2014

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fees | N/A | N/A | ~2,362.3 | $1,050,000 |
| Abbott, Douglas J. | Partner | $650 | 73.0 | $47,450 |
| Apostolides, Andreas | Senior | $335 | 8.0 | $2,680 |
| Beakey III, Andrew M. | Partner | $650 | 25.0 | $16,250 |
| Bilger, Diana L. | Executive Director | $650 | 1.0 | $650 |
| Booher, William A. | Staff | $200 | 1.8 | $360 |
| Bott, Kimberly Mitchell | Senior Manager | $565 | 4.7 | $2,656.50 |
| Bradshaw, Ann | Partner | $650 | 23.5 | $15,275 |
| Bruno, William D. | Executive Director | $650 | 3.5 | $2,275 |
| Bryant, Travareis | Staff | $200 | 2.0 | $400 |
| Byrd, Kata | Manager | $465 | 3.2 | $1,488 |
| Carrier, Elizabeth A. | Manager | $465 | 0.3 | $139.50 |
| Carrington, Glenn | Partner | $700 | 16.0 | 11,200 |
| Chappell, Thomas J. | Executive Director | $650 | 0.5 | $325 |
| Corwin, Forest | Staff | $200 | 17.0 | $3,400 |
| Davidson, Garrett M. | Senior | $335 | 27.4 | $9,179 |
| DeVincenzo, Jennie Harrison | Senior Manager | $565 | 0.5 | $282.50 |
| Donovan, Claire Summer | Staff | $200 | 10.0 | $2,000 |
| Doyle, Kaitlin Frances | Staff | $200 | 2.0 | $400 |
| Emory, Elizabeth M. | Manager | $465 | 6.0 | $2,790 |
| Factor, Katie | Senior | $335 | 96.0 | $32,160 |
| Flagg, Nancy A. | Executive Director | $650 | 0.4 | $260 |
| Ford, Narnina | Manager | $465 | 2.5 | $1,162.50 |
| Funderburk, Kerry M. | Executive Director | $650 | 1.0 | $650 |
| Gargus, Vernon Keith | Partner | $650 | 1.0 | $650 |
| Gentile, Matthew Donald | Senior Manger | $565 | 160.0 | $90,400 |
| Giles, Ashley F. | Senior Manager | $565 | 2.9 | $1,638.50 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gupta, John R. | Executive Director | $650 | 0.6 | $390 |
| Harrison IV, George Jackson | Partner | $650 | 2.0 | $1,300 |
| Hedgpeth, Elvin Thomas | National Executive Director | $700 | 0.5 | $350 |
| Heroy, Jessica R. | Manager | $465 | 12.1 | $5,626.50 |
| Hinson, Rebecca | Staff | $200 | 2.0 | $400 |
| Jacks, Sarah Butler | Senior Manager | $565 | 55.0 | $31,075 |
| Kirsch, Erin | Senior | $335 | 0.5 | $167.50 |
| Kolarik, William J. | Manager | $465 | 0.5 | 232.50 |
| Liu, Lindsay | Manager | $465 | 8.0 | $3,720.50 |
| Lowery, Kristie L. | Partner | $650 | 11.5 | $7,475 |
| Ly, Amy Lien | Staff | $200 | 19.0 | $3,800 |
| McCully, Becky | Senior Manager | $565 | 49.5 | $27,967.50 |
| Mesler, Mark S. | Partner | $650 | 7.0 | $4,550 |
| Miller, Melissa | Manager | $465 | 1.3 | $604.50 |
| Moore, Meredith M. | Staff | $200 | 26.2 | $5,240 |
| Niesen, Davila K. | Executive Director | $650 | 0.5 | $325 |
| Orton, Michael A. | Staff | $200 | 11.5 | $2,300 |
| Ozerkis, Mark Lee | Senior | $335 | 1.6 | $536 |
| Parrish, Rachel M. | Staff | $200 | 19.0 | $3,800 |
| Poormon, Melissa | Senior | $335 | 33.8 | $11,323 |
| Rao, Anthony D. | Executive Director | $650 | 5.4 | $3,510 |
| Rinaldi, Michael | Staff | $200 | 2.0 | $400 |
| Romo, Kirsche L. | Senior Manager | $565 | 14.0 | $7,910 |
| Sageser, Andrew Lyle | Senior | $335 | 6.2 | $2,077 |
| Salles Huges, Priscila de Carvalho | Staff | $200 | 1.0 | $200 |
| Saragoza, Andrea Maria | Senior | $335 | 0.3 | $100.50 |
| Sargent, Amy Johannah | Executive Director | $700 | 9.9 | $6,930 |
| Sauser, Amanda Sue | Senior | $335 | 1.4 | $469 |
| Scott, James E. | Partner | $650 | 77.6 | $50,440 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Seitz, Jacob Philip | Manager | $465 | 47.9 | $22,273.50 |
| Skelton, Julie M. | Manager | $465 | 0.3 | $139.50 |
| Sloop, Erin Pamela | Senior | $335 | 15.0 | $5,025 |
| Smith, Gwen A. | Staff | $200 | 38.0 | $7,600 |
| Snider, Russell A. | Executive Director | $650 | 1.5 | $975 |
| Spencer, Angela K. | Senior Manager | $565 | 25.5 | $14,407.50 |
| Thompson, Jeffrey Allen | Senior Manager | $565 | 6.0 | $3,390 |
| Tufino, Salvatore J. | Executive Director | $650 | 0.5 | $325 |
| Vantol, Grey W. | Senior Manager | $565 | 0.2 | $113 |
| Villa, Eduardo A. | Senior Manager | $565 | 1.0 | $565 |
| Werner, Rachel | Staff | $200 | 11.5 | $2,300 |
| Williams, Charles F. | Executive Director | $650 | 2.0 | $1,300 |
| Williams, Edward M. | National Partner | $700 | 3.5 | $2,450 |
| Wlodychak, Steven N. | National Partner | $700 | 0.6 | $420 |
| Wood, Jeffrey T. | Partner | $650 | 255.2 | $165,880 |
| Wood IV, John W. | Staff | $200 | 32.8 | $6,560 |
| Xia, Zhaoyang David | Senior | $335 | 3.0 | $1,005 |
| York, Jeffrey Allan | Senior Manager | $565 | 1.3 | $734.50 |
| Young, Suzanne N. | Manager | $465 | 6.0 | $2,790 |
| **TOTAL** | | | **~3,683.2** | **$1,717,594.00** |

3

**COMPENSATION BY PROJECT CATEGORY**
**THROUGH APRIL 30, 2014**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fixed Fees | ~2,362.3 | $1,050,000 |
| Secretary of State Applications | 9.0 | $3,485 |
| Federal Ruling Request | 69.6 | $42,535 |
| Payroll Tax Services | 38.9 | $16,381 |
| Deferred Intercompany Gain/Loss Review | 56.0 | $18,968 |
| Modeling | 1,013.9 | $533,146 |
| Litigation Discovery | 45.2 | $18,192 |
| Foreign Bank Account Reporting | 58.7 | $17,418 |
| Assistance with Accounting and Finance Functions | 4.5 | $2,857 |
| Credit Monetization | 25.1 | $14,612 |
| **TOTAL** | **~3,683.2** | **$1,717,594** |

**EXPENSE SUMMARY**
**THROUGH APRIL 30, 2014**

| Expense Category | Total Expenses |
|---|---:|
| Air | $1,332 |
| Meals | $28 |
| Lodging | $221 |
| Misc. | $50 |
| Parking | $20 |
| Taxi | $131 |
| **TOTAL** | **$1,782** |

4

4814-6432-2331.1