**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING TWENTY-FIRST QUARTERLY FEE APPLICATION OF ERNST
& YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT
TAX SERVICE PROVIDER TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD
<u>OF FEBRUARY 1, 2014 THROUGH APRIL 30, 2014</u>**

Upon consideration of the Twenty-First Quarterly Fee Application Request (the

"Request") of Ernst & Young LLP ("E&Y LLP") as indirect tax service provider to the above

captioned debtors and debtors-in-possession (the "Debtors") for the period from February 1,

2014 through and including April 30, 2014; the Court having reviewed the Request and the

underlying fee application referenced therein (the "Fee Application"); and finding that the Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that

proper and adequate notice has been given and that no other or further notice is necessary; and

after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1.      The Request is GRANTED.

2.      E&Y LLP is allowed compensation for the period and in the amounts set

forth in its Request.

---

[1]  Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

3.      The Debtors are authorized and directed to disburse to E&Y LLP payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in E&Y LLP's Fee Application and (b) any actual interim payments received by E&Y LLP for fees and expenses under the Fee Application, as set forth in the Request.

4.      The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.

Dated: _____, 2014

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

4814-6432-2331.1