## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors.[1] | Jointly Administered |
| | RE: Docket Nos. 13605, 13606, 13612, 13613, 13651, 13652, 13653, 13654, 13655, and 13656 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the following documents are hereby withdrawn:

1. Affidavit of Philippe Albert-Lebrun [D.I. 13605, 5/21/14]

2. Affidavit of Simon Daniel Brueckheimer [D.I. 13606, 5/21/14]

3. Affidavit of Peter Newcombe [D.I. 13612, 5/21/14]

4. Affdavit of Aylwin Kersey Stephens [D.I. 13613, 5/21/14]

5. Expert Report of Paul P. Huffard [D.I. 13651, 5/28/14]

6. Rebuttal Expert Report of Paul P. Huffard [D.I. 13652, 5/28/14]

7. Expert Report of Richard V.L. Cooper [D.I. 13653, 5/28/14]

8. Rebuttal Expert Report of Richard V.L. Cooper [D.I. 13654, 5/28/14]

9. Expert Report of James E. Malackowski [D.I. 13655, 5/28/14]

10. Rebuttal Report of James E. Malackowski [D.I. 13656, 5/28/14]

---

[1] The debtors in these chapter 11 cases (the "U.S. Debtors") are: Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc. ("NN CALA").

Dated: Wilmington, Delaware
May 30, 2014

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/  Jaime Luton Chapman
          Edwin J. Harron (No. 3396)
          John T. Dorsey (No. 2988)
          Jaime Luton Chapman (No. 4936)

          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone:  302-571-6600
          Fax:  302-571-1253

                    − and −

          HUGHES HUBBARD & REED LLP

          Derek J.T. Adler
          Neil J. Oxford
          Fara Tabatabai
          Charles H. Huberty

          One Battery Park Plaza
          New York, New York 10004
          Telephone:  212-837-6000
          Fax:  212-422-4726

                    − and −

          HERBERT SMITH FREEHILLS LLP

          John Whiteoak
          James Norris-Jones
          Exchange House
          Primrose Street
          London EC2A 2EG
          Telephone:  +44 20 7374 8000
          Fax:  +44 20 7374 0888

          *Counsel for the Joint Administrators*