Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| In re NORTEL NETWORKS, INC., *et al.*, Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
|---|---|

EXHIBIT "A" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER AFFIRMED APRIL 9, 2014

Signed: S. Brueckheimer

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me: [signature]

NOTARY PUBLIC

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

LUIS NEIL HYDE-VAAMONDE NOTARY PUBLIC LONDON



## Latest news

19 May 2005

### Network genius to receive Royal Academy of Engineering Silver Medal

Simon Brueckheimer, one of the UK's leading communications engineers, is to receive The Royal Academy of Engineering's Silver Medal for his outstanding contribution to British engineering and commercial development. As Consultant Architect at Nortel, he is a pioneer of Next Generation Networks, which are changing the face of telecommunications by integrating voice, mobile, and broadband wireless and data communication into one digital system.

Mr Brueckheimer will receive his Silver Medal, which is only awarded to engineers aged under 50, at the Academy's Awards Dinner in London on Thursday 2 June 2005.

"Simon is one of the leading communications engineers of his generation," says Professor Peter Selway FREng, Research Fellow in Electronic Engineering at Imperial College, London. "In the mid-1990s he embarked on a programme of research at Nortel's Harlow Laboratories that has led to a major new product range for the company and has revolutionised the design of communications networks. He is unique in that, as his career has progressed, he has maintained his position as a key innovator at the centre of developments in Next Generation Networks, both in terms of the sheer number of patents applied for each year and their subsequent value to the company."

Mr Brueckheimer's great insight in 1994 was to see how distinct services, previously carried over separate infrastructures, could be unbundled and moved to servers accessed by a single core network. This made it much easier and more cost-effective to offer broadband and other new, especially multimedia services. He also designed the first VLSI chip and the systems that enabled this unbundling, and paved the way for the transport of compressed voice signals over packet networks with high-quality.

Mr Brueckheimer's leadership in the field over the last ten years has enabled Nortel to be one of the first companies in the world to offer carrier grade quality voice connections using Next Generation Network architecture. These networks are now being deployed in earnest throughout the world - a recent Infonetics market survey showed that worldwide revenues from Next Generation Networks voice products alone totalled $1.71 billion in 2004, with Nortel a leader in the field.

"It was extremely challenging yet exciting and rewarding to have been at the forefront of the development of modern packet-based communications. It is therefore a wonderful

and unexpected bonus to receive such a prestigious award from the Academy for this work. I hope to continue contributing and solving the principal challenges that arise as network service intelligence is more widely distributed, and where several independent administrations require access to the network's common resources. Some of the areas that interest me now are ubiquitous mobility, security, identity federation, and implementing fair and measurable policies to access the network's resources."

*ends*

**Notes for editors**

1. The Academy's Silver Medals, instigated in 1995, are awarded annually to engineers aged 50 or under who have made outstanding contributions to British engineering. Only four awards may be made each year.

2. This year's other Silver Medals go to: Barry Trimmer - Research Technology and Engineering Director of Thales UK's aerospace business, Peter Price - Director of Engineering and Technology for the Civil Aerospace sector of Rolls-Royce, and Nigel Schofield - Technical Manager Core Technology at BOC Edwards.

3. Founded in 1976, The Royal Academy of Engineering promotes the engineering and technological welfare of the country. Our fellowship - comprising the UK's most eminent engineers - provides the leadership and expertise for our activities, which focus on the relationships between engineering, technology, and the quality of life. As a national academy, we provide independent and impartial advice to Government; work to secure the next generation of engineers; and provide a voice for Britain's engineering community.

4. Nortel is a recognised leader in delivering communications capabilities that enhance the human experience, ignite and power global commerce, and secure and protect the world's most critical information. Serving both service provider and enterprise customers, Nortel delivers innovative technology solutions encompassing end-to-end broadband, Voice over IP, multimedia services and applications, and wireless broadband designed to help people solve the world's greatest challenges. Nortel does business in more than 150 countries. For more information, visit Nortel on the Web at www.nortel.com. For the latest Nortel news, visit: www.nortel.com/news.

**For more information please contact:**

Jane Sutton at The Royal Academy of Engineering Tel. Direct tel +44 (0)20 7227 0536; jane...@...org.uk

or Ben Roome at Nortel, Direct tel. +44 (0)1628 433113;
email: benroome@nortel.com

RSS Feed

Updated March 2014                                    /news/releases/shownews.htm

© The Royal Academy of Engineering - Registered Charity 293074
3 Carlton House Terrace London SW1Y 5DG
Tel: 020 7766 0600 Fax: 020 7930 1549

**Court File No.: 09-CL-7950**

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| In re NORTEL NETWORKS, INC., *et al.*, Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
|---|---|

---

EXHIBIT "B" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER
AFFIRMED APRIL 9, 2014

---

Signed: S. Brueckheimer

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me:

NOTARY PUBLIC

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

LUIS NEIL HYDE-VAAMONDE NOTARY PUBLIC LONDON

**From:** Morfe, Claudio [BL60:9540:EXCH]
**Sent:** Thursday, June 16, 2005 8:29 AM
**To:** McFadden, Brian [CAR:0001:EXCH]; Brueckheimer, Simon [HAL02:6003:EXCH]
**Cc:** Hargrave, Philip [HAL02:0970:EXCH]; Wagner, Trudy [CAR:0279:EXCH]; LeBlanc, Velma [CAR:0197:EXCH]
**Subject:** RE: Prestigious Award for Harlow Engineer

I echo Brian's sentiments--your work has and will continue to enhance the ingredient mix that makes Nortel a global technology leader. Thank you Simon.

Claudio

-----Original Message-----
**From:** Phillips, Joan [CAR:0001:EXCH] **On Behalf Of** McFadden, Brian [CAR:0001:EXCH]
**Sent:** 16 June 2005 7:13
**To:** Brueckheimer, Simon [HAL02:6003:EXCH]
**Cc:** Hargrave, Philip [HAL02:0970:EXCH]; Morfe, Claudio [BL60:9540:EXCH]; Wagner, Trudy [CAR:0279:EXCH]; LeBlanc, Velma [CAR:0197:EXCH]
**Subject:** Prestigious Award for Harlow Engineer

Simon,

It has come to my attention that you recently received the prestigious Royal Academy of Engineering's Silver Medal for outstanding contribution to British engineering, particularly as it relates to your pioneering work at Nortel on next-generation networks. I understand that the selection committee was particularly impressed with the sheer number of patent applications you have filed each year, as well as their subsequent value to Nortel. Without a doubt, your work has played a significant role in establishing Nortel's leadership in a number of areas, including VoIP.

I am pleased that your major innovative contributions and your truly impressive number of patent filings year over year are receiving public recognition. Please accept my congratulations for this external recognition and my thanks for your dedication, inventiveness, and leadership in keeping Nortel at the forefront of technology innovation.

Best regards,

Brian McFadden
Chief Research Officer
Nortel

Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| In re NORTEL NETWORKS, INC., *et al.*, Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
|---|---|

---

**EXHIBIT "C" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER AFFIRMED APRIL 9, 2014**

---

Signed: S. Brueckheimer

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me:

NOTARY PUBLIC

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

LUIS NEIL HYDE-VAAMONDE NOTARY PUBLIC LONDON

**The Technical Fellowship of Nortel Program**
**General Information**

## 1.0 Program Objectives

The intent of the Technical Fellowship of Nortel Program is to identify, celebrate and recognize outstanding technical contributors within Nortel and, over time, to build a network of our most valued experts. Following the customary practice of Fellowship programs in the industry, the designation of "Fellow" will be an extremely prestigious and lifetime honor that will recognize individuals for their exceptional technical/business-impacting contributions, their exemplary leadership behaviors and their significant influence both inside Nortel and across the broader communications industry.

The Technical Fellowship of Nortel will comprise an elite group of technologists with broadly impacting influence and responsibilities across the corporation and within the industry, and who further Nortel's global industry leadership.

See the Technical Fellowship of Nortel Nomination/Selection Criteria for further information on contributions and behaviors required to be considered a Nortel Fellow.

The nomination and selection process for inductees into the Technical Fellowship of Nortel program will take place on an annual basis. Up to five Fellows will be selected each year.

## 2.0 Program Details

### 2.1 Who is eligible?

All Company employees whose wages are paid from a Company employee payroll are eligible to participate in the Program, subject to the following description of "Eligible Employees":

- Eligible employees include regular full-time (RFT) employees and regular part-time (RPT) employees. Employees must be in an R&D role.
- Employees governed by a collective bargaining agreement or third-party representative are eligible, unless participation in this type of program is specifically not permitted within the respective collective labor agreement. Managers must consult with their regional Employee and Labor Relations group to determine if any restrictions of this type apply before approving an employee's nomination for a Nortel Fellow designation and/or award.
- The CTO has the ultimate discretion to include or exclude an employee or a group of employees as eligible to receive a Nortel Fellow designation and/or award

under the Program, notwithstanding any of the other eligibility criteria, provided such discretion is exercised in accordance with appropriate legal requirements.

Under the Program, "Company" means Nortel Networks Limited and its subsidiaries and affiliates and other entities, which it controls, directly or indirectly, and which have been approved for participation in the Program by the CTO.

**2.2 Who is not eligible?** Temporary full-time (TFT) and temporary part-time (TPT) employees, technology employees in JVs, students, co-ops and interns. Contractors and other individuals who receive payment for services from other than a Company employee payroll, e.g. non-payroll workers (NPWs), are also ineligible for participation in the Technical Fellowship of Nortel program.

**2.3 Recognition:** Selected Fellows will be invited to the annual Nortel Technical Conference where they will be recognized at a special ceremony and formally inducted into the Technical Fellowship of Nortel.

**2.4 Number of Fellows Selected Annually:** It is expected that up to a maximum of five (5) Fellows will be named on an annual basis.

**2.5 The Technical Fellowship of Nortel Selection Committee:** The selection committee will consist of the following voting members:

- A cross-section of R&D leaders representing each of the LCs and regions (North America/CALA; EMEA; and Asia). These members will be rotated every three (3) years.
- HR Representative
- CTO University Interaction Representative
- The Central Program Coordinator (non-voting member)

The Technical Fellowship of Nortel Selection Committee will make final recommendations of Fellow inductees to the CEO, CTO and "staff" leaders of the CEO Cabinet, who will make the final selection decision.

**2.6 Final Fellows Selection:** The final selection for Nortel Fellows will be made by the CEO, CTO and senior "staff" leaders of the CEO's Cabinet. At the discretion of the CTO, a selection committee in any year may also include external subject-matter experts, such as retired Nortel employees, Nortel customer representatives and/or representatives from the academic field who have strong working relationships with Nortel.

**3. 0 Nomination/Selection Process**

1. Any employee can nominate another employee. (Note: an employee cannot nominate him or herself.) To nominate, the official Technical Fellowship of Nortel nomination form must be used. Given the rigorous selection criteria for Fellows, however, employees must forward their nomination to their immediate manager for review and approval. Each level of management above the nominating employee will make the

decision to approve or not approve the nomination and, if approved, will forward to the next level of management. Managers will be responsible for communicating their decision to the nominator and associated management team.

2. The final level of approval required before a nomination can be submitted to the Technical Fellowship of Nortel Selection Committee is by the most senior R&D leader within the management structure of the nominating employee or, if the nominating employee is not part of an R&D management structure, by the most senior leader reporting into a member of the CEO's Cabinet. An R&D Leader is defined as an individual who reports to a General Manager, CxO, Senior Vice President, or President. The R&D leader will communicate his/her approval decision and the reasons for the decision to the nominator and the nominator's management team.
3. Nominations for consideration by the Technical Fellowship of Nortel Selection Committee are coordinated by the CTO Technical Fellowship of Nortel Central Program Coordinator, who will review each nomination form for completeness and eligibility.
4. The Central Program Coordinator(s) will disseminate nominations to the Technical Fellowship of Nortel Selection Committee for review.
5. The Technical Fellowship of Nortel Selection Committee consists of the following voting members:
    - R&D leaders representing the Leadership Categories (LCs) and each of the following regions: North America/CALA; EMEA; and Asia. These members will be rotated every three (3) years
    - HR representative
    - CTO University Interaction Representative
    - The Central Program Coordinator (non-voting member)
6. The Technical Fellowship of Nortel Selection Committee will make final recommendations of Fellow Inductees to the CEO, CTO and "staff" leaders of the CEO Cabinet, who will make the final selection decision.
7. At the discretion of the CTO, a selection committee may also include external subject matter experts, such as retired Nortel employees, Nortel customer representatives and/or representatives from the academia field who have strong working relationships with Nortel.
8. Individuals chosen as Nortel Fellows will be announced by the CTO and invited to the Annual Technical Conference where they will be inducted as Nortel Fellows at a special recognition ceremony held during the Technical Conference.

**3.1 Fellows Nomination Schedule:** The nomination window will open during the first quarter of the year and final selections will be made in the second quarter.

**3.2 <u>The Technical Fellowship of Nortel Nomination Form</u>**: Only nominations that use the Technical Fellowship of Nortel nomination form will be considered.

**3.3 Fellows Induction Ceremony:** Individuals chosen as Nortel Fellows will be announced by the CTO prior to the Annual Technical Conference and will be inducted as Nortel Fellows at a special recognition ceremony held during the Technical Conference.

**3.4 Program Management and Funding:** Will be owned and funded by the CTO.

## 4.0 The Technical Fellowship of Nortel Nomination/Selection Criteria

The following selection criteria will be applied when considering Fellow nominees
Note: Not every sub-bullet needs to be fulfilled to be nominated as a Fellow.
However, there must be exceptional contribution/impact in each of the 5 categories.

**Technical Influence**

- Exceptional technical knowledge with outstanding competency in a specific or broad system-wide strategic technical area that has provided significant impact to the business
- Sustained record of technical leadership, mentoring colleagues, and providing guidance
- Record of invention or developing intellectual capital
- Success in having influenced strategy and technical direction across Nortel

**Work Experience**

- Has exhibited outstanding leadership capabilities and made significant contributions to mission-critical programs/projects
- Consistently exceeds expectations and objectives
- Possesses unique technical skills, experience and credentials that surpass peers

**Industry Accomplishments**

- Pioneer of new technological innovations or innovative processes that have been adopted industry-wide
- Recognition and prominence in the industry
- External spokesperson or champion in a highly sought-after technology area
- Participation in industrial regulatory or steering committees

**Business Impact**

- Technological innovations have resulted in successful business opportunities and market leadership
- Recognized "go-to" person for a particular technology or business solution
- Drives business growth through personal technical influence

**Leadership and Interpersonal Behavior**

- Prominence within Nortel, the industry, and with customers
- Technical consultant and mentor whose advice is actively sought
- Leads by example and evangelizes Nortel's Leadership/Core Values
- Conducts him or herself with character, integrity, and professionalism
- Fuels creativity in others and energizes others to greater achievements across Nortel

**5.0 The Technical Fellowship of Nortel Nomination, Selection and Announcement Timeline**

Call for Nominations Announced by CTO
Nominations submitted to managers for review/approval. Final nomination approval required by R&D Leaders*. For employees outside of R&D, final approval required by the most senior leader reporting to a CEO Cabinet member
R&D Leader* or most senior leader leader reporting to a CEO Cabinet member submits approved nominations to the Technical Fellowship of Nortel Selection Committee via the Central Program Coordinator's special e-mail account
Nominations reviewed, comment period provided and final recommended Fellow inductees selected by Technical Fellowship of Nortel Selection Committee
Final Fellow inductees reviewed and selected by CEO, CTO & "Staff" Cabinet
Selected Fellows announced by CTO
Fellows induction ceremony at Annual Technical Conference
Early March
March
Early April
April/May
Mid May
May
June

*R&D Leader: reports to a General Manager, CxO, Senior Vice President or President
Dates are approximate and may be adjusted slightly

**6.0 Roles and Responsibilities**

**6.1 Human Resources:** The CTO's HR representative acts as an ambassador for the program, is fully conversant in the eligibility requirements and program details and provides updates as necessary.

**6.2 Nominator:** Submits nomination to his/her manager by fully completing the required nomination form and ensuring adherence to all requirements specified by the Technical Fellowship of Nortel Program.

**6.3 Approving Managers:** Reviews any nomination forwarded to him/her and then in turn forwards that nomination (if approved) for consideration to the next level of management, ensuring adherence to all requirements specified by the Technical Fellowship of Nortel Program. Communicates approval/non-approval of the nomination and reasons for his/her decision to the nominating employee and managers below him/her.

**6.4 R&D Leaders:** R&D leaders are defined as individuals who report to a General Manager, CxO, Senior Vice President or President. They are responsible for championing the program and reviewing, approving and forwarding final nominations for their organization to the Technical Fellowship of Nortel Central Program Coordinator's special e-mail account for consideration by the Fellows Selection Committee, ensuring adherence to all requirements specified by the Technical Fellowship of Nortel Program. They also are responsible for communicating approval/non-approval of nominations and reasons for their decision to the nominator and the nominator's management team.

**6.5 Central Program Coordinator:** Responsible for receiving and processing nominations, coordinating the Technical Fellowship of Nortel Selection Committee, preparing recommendations for approval and coordinating the Fellows Induction/Award ceremony.

**6.6 Technical Fellowship of Nortel Selection Committee:** Responsible for evaluating nominations within required timeframes, preparing for and attending Selection Committee meeting(s), and recommending finalist(s) to CEO, CTO and "staff" leaders of CEO Cabinet for review and final selection of Fellows.

**6.7 CEO, CTO and "Staff" Leaders of CEO Cabinet:** Responsible for championing the program. Review recommendations from the Technical Fellowship of Nortel Selection Committee and select final Nortel Fellows. Staff Leaders include: the Executive Vice President of Corporate Operations, Chief Compliance Officer (CCO), Chief Marketing Officer (CMO), Chief Strategy Officer (CSO), Chief Financial Officer (CFO), Chief Legal Officer (CLO), and Global Human Resources Leader.

**6.8 General Managers, Senior Vice Presidents and Presidents:** Responsible for championing the Program and providing feedback to the Technical Fellowship of Nortel Selection Committee of Fellow nominees during the provided "comment period".

**6.9 CTO:** Key champion and final decision maker for all aspects of the Technical Fellowship of Nortel Program, announces, attends/presents Fellows at annual Fellows recognition/induction ceremony

**6.10 Fellows:** Attend Annual Technical Conference and Fellows recognition/induction ceremony. As a Nortel Fellow is expected to demonstrate continued technical excellence and exemplary behavior as described below.

**Leadership Characteristics**
- Conducts self with character, integrity, and professionalism

**Internal Focus**
- Stewards the vision
- Key consultant and/or participant to key councils that make strategic decisions for Nortel and industry
- Liaises with CxO offices; lightning rods for change/action
- Innovate! Publish! Patent!
- Leads Special Research Projects
- Leadership in Fellowship Program Stewardship and its projects/work groups
- Mentors others on technical career development
- Evangelizes technical innovation throughout Nortel

**External Focus**
- Continues to represent Nortel in presentations, conferences, negotiations of highly sensitive business matters and standard groups
- Continues to work with customers as key consultant
- May act as research lead with University Research Programs
- Evangelizes technical innovation throughout the industry on behalf of Nortel

**7.0 Key Points to Remember**

Nominations are considered annually.

Nominations are only accepted during the announced call for nomination period and process.

Nominations should only be made for individuals that meet the selection criteria of the Technical Fellowship of Nortel Program.

Announcement/communication of selected Fellows will be by the CTO once final selection is made by the CEO, CTO and "Staff" Leaders of the Cabinet is confirmed. No

communication should take place prior to the final approval and announcement being made.

Nortel has the right to terminate, suspend, modify or revoke the Program at any time.

If there is any discrepancy between the Program document and any communication related to the Program, whether verbal or written, the Program document will govern.

The Technical Fellowship of Nortel Program FAQs
The Technical Fellowship of Nortel Nomination Form

Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>NORTEL NETWORKS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

EXHIBIT "D" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER AFFIRMED APRIL 9, 2014

Signed: S. Brueckheimer

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me:

NOTARY PUBLIC
LONDON, ENGLAND
NOTARY PUBLIC LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

LUIS NEIL HYDE-VAAMONDE • NOTARY PUBLIC • LONDON



>THIS IS **THE WAY**

# 2005 SIGNIFICANT PATENT AWARDS

IP Law Group
November 11, 2005

>THIS IS NORTEL™

Nortel Confidential and Privileged




# Significant Patent Awards Process

> **Covered by Corporate Policy 400.05 and Corporate Procedure 401.01**

> **First (and only) Significant Patent Awards were awarded in 2000 (program has been on hold)**

> **2005 Nomination process**

- Similar process to that used in 2000
- On-line nominations were open to all Nortel employees
- Nomination period from September 6th to 23rd, 2005
- 48 nominations received
  - 26 for Significant Patents identifying 16 patents
  - 18 for Prolific Inventors identifying 16 individuals
- IP Law Group reviewed and ranked nominations
- Review Committee comprising CRO and Assistant General Counsel, IP Law will make final decision on award winners to announce before year end 2005

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# IP Law Group Recommendations

> **3 Significant Patents**

- based on value established in recent assertions
- Aubin Patent (Foundry)
- Russell Patent (Ciena I)
- Martin Patent (Ciena I)

> **2 Prolific Inventors**

- based on number of issued patents and patent filings, identified patents of value, and other value to IP Program (i.e. as IP mentors, support for innovation, licensing, litigation, defense, standards)
- Wen Tong
- Simon Brueckheimer

> **4 Honourable Mentions**

- Maged Beshai
- Alan Graves (2000 Significant Patent Award)
- Kim Roberts (2000 Prolific Inventor)
- Herman Kwong

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Recommended Significant Patents

## > US 4,736,363 – Aubin Patent

**"Path Oriented Routing System and Method for Packet Switching Networks"**

- MPLS base patent. Key patent in Foundry litigation. Most significant revenue to date.
- 2 Inventors:

| | |
|---|---|
| **Raymond Aubin** | GID 1503353 – retired Jan. 1/05 |
| **Chi-Ming (Peter) Ng** | GID 1515498 – retired Jan. 4/05 |

## > US 5,841,760 – Martin Patent

**"Transparent Multiplexer/Demultiplexer"** .

- Key patent in Ciena I litigation. Significant value established.
- 3 Inventors*:

| | |
|---|---|
| **David Martin** | GID 1397271 – active employee |
| **Timothy Armstrong** | GID 1518227 – active employee |
| **Ronald Gagnon** | GID 1618954 – active employee |

Mohammed Tatar, Alan Solheim, Mark Wight , David Nicholson (see back-up slide on eligibility)

*4 inventors on Martin patent are ineligible for an award - left company in 99/2000 (voluntary termination)

## > US 6,496,519 –Russell Patent

**"Frame Based Data Transmission Over Synchronous Digital Hierarchy Network"**

- Key patent in Ciena I litigation. Significant value established.
- 5 Inventors**:

| | |
|---|---|
| **John Russell** | GID 320755 – work force reduction Mar 9/02; |
| **Chris Murton** | GID 1071844 – work force reduction Aug. 31/02; |
| **David Goodman** | GID 2712099 – retired Aug 20/02; |
| **Chris Ramsden** | GID 6161905 – active employee |
| **James Shields** | GID 3220951 – work force reduction Jan. 1/05 |

**In view of workforce reduction, all 5 inventors for this patent are recommended for the award (see back-up slide on eligibility)

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Recommended Prolific Inventors

> **Wen Tong** GID 0503556 – Active employee

- 111 Disclosures filed; 30+ issued US Patents; Almost 100 US & Foreign Patents worldwide. Key inventions in area of OFDM/MiMO and Turbocoding
- Quote from nomination:

*"Wen Tong is an extraordinarily valuable technical resource. Not only has he submitted in excess of 150 Invention Disclosures, he has filed just over 100 patent applications, and is the recipient of 31 US patents. He is a key driver in Nortel's wireless initiatives in OFDM/MIMO, WiMAX, and the evolution of CDMA and UMTS standards"*

> **Simon Brueckheimer** GID 2822062 –Active employee

- 46 Disclosures filed; 39 issued US Patents; 114 US & Foreign Patents worldwide. A number of key patents/standards related activity and has provided valuable support to the IP Law Group
- Quotes from nomination:

*"I would like to nominate Simon Brueckheimer for a Significant Patent Award not only for his outstanding inventive contributions to Nortel's patent portfolio but also for his generous support and guidance for IP Law's exploitation activities…"*

*"…In light of Nortel recently closing its first multimillion dollar VOIP patent license agreement, we wanted to draw your attention to Simon Brueckheimer's outstanding contributions to this significant milestone and his continuing and ongoing support of Nortel's intellectual property arsenal…."*

> **Each inventor is distinguished by an outstanding level of invention activity, with over 30 issued US patents, ~ 100 patents issued worldwide, including a number of patents in key technologies with identified value; each inventor has also shown exemplary behaviour in their contributions as IP Mentors, and in support of IP programs and patent activities encompassing standards, licensing, litigation and defense**

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Recommended -- Honourable Mentions

## Honourable Mention - Prolific Inventor

> **Maged Beshai** GID 1509686 – Retired Jan. 1/05

- 64 Disclosures filed; 33 issued US Patents; 47 US & Foreign Patents worldwide. Several key patents, notably Rotator Switch Fabric and others which are future license prospects

## Honourable Mention - Continuing Prolific Inventor (Previous Award Winners)

> **Kim Roberts** GID 1561533 – Active employee

- **Previously recognized as Prolific Inventor in 2000**; Maintains No. 1 position as most prolific inventor; 56 issued US Patents; 88 Disclosures filed. A number of key patents likely to have future value. Strong supporter of the IP and Patent Program

> **Alan Graves** GID 1520741 – Active employee

- **Previous Significant Patent Award recipient for SONET patents.** Continues to be prolific inventor; IP mentor and strong supporter of the IP and Patent Program

## Honourable Mention - Combination of Significant Patent and Prolific Inventor

> **Herman Kwong** GID 1446251 – Active employee

- A combination of a Significant Patent **US 6,388,890** "Techniques for Reducing number of layers in a multilayer circuit board" which is part of an ongoing license program for "Channel Routing" that has brought in license value, and as a prolific inventor with 21 issued US patents.

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Award Amount and Format

> **Format of award ceremony to be determined by CRO**

> **Amounts of awards to be determined by Final Review Committee**
  - Award amounts vary depending on the significance/impact of the Patent(s)

> **2005 Award budget $250K**

> **Total of 12 inventors are recommended for Awards in 2005**
  - Award amount for each of 3 Significant Patents to be divided amongst 10 eligible inventors, for ~$20K - $40K per inventor
  - 2 Prolific Inventors ~$20K each

**History (see back-up slide)**
- **Patent filing and issuance award amounts currently stand at 50% of 2000 amounts**
- **2000 Award Budget >$750K and 21 inventors were recognized**
  - **Awards were ~$20K-$40K per inventor**
    - **For Significant Patent: up to $160K per patent / or $20-$40K per inventor**
    - **$40K for Prolific Inventor**

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Recommendations for Future Awards

> Amendments to Patent Award Procedure 401.01 to clarify

- Significant Patent Award criteria,
- eligibility in case of workforce reduction, and
- handling of exceptions

> Consider Inventor Hall of Fame/Inventors Club acknowledging previous Prolific Inventors and Significant Patent Award winners

> Consider alternative recognition for outstanding inventors having

- a high level of invention disclosure activity and patent filings (but not yet having significant numbers of issued patents) combined with
- exemplary behaviour in IP Mentoring/PRB activity/support for IP licensing, litigation, standards or other activities supporting the IP Program

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

## Back up

- Corporate Policy 400.05 — Slide 10
- Significant Patent Awards — Slide 11
  - Details of Aubin Patent — Slide 12
  - Details of Martin Patent — Slide 13
  - Details of Russell Patent — Slide 14
  - Other Nominations: 6 strong contenders — Slide 15
  - Other Nominations: 5 too early — Slide 16
- Awards for Prolific Inventor — Slide 17
  - Other Nominations — Slide 18
- Inventor Employment Status and Eligibility — Slide 19
- 2000 Award Winners and $ Amounts — Slide 20
- Image of Aubin Patent — Slide 21
- Image of Martin Patent — Slide 22
- Image of Russell — Slide 23

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Corporate Policy 400.05
# Corporate Procedure 401.01

## "Intellectual Property Rights (IPR) Award and Recognition Plan"

Per 401.01:

From time to time, at the discretion of the Chief Research Officer ("CRO") and head of the Nortel IP Law Group, an award(s) may be granted to **inventor(s) for significant Patent(s) which, for example, have resulted in significant licensing revenue for Nortel, protected a key product of Nortel, which cover an important industry standard or protocol and, or otherwise had a major impact for Nortel.** A nomination process will be held which will be open to all Nortel employees. The nominations will be reviewed by a Review Committee sponsored by the CRO and the head of the Nortel IP Law Group. The number of such awards and the amounts awarded for each shall be determined at the time of selection by the Review Committee and shall vary depending on the significance/impact of the Patent(s).

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# Awards for Significant Patent

> Recommended Top 3 nominations for Significant Patent
  - Aubin Patent (Foundry)
  - Russell and Martin Patents (Ciena I)*

> Other nominations
  - 6 strong contenders
  - 5 other nominations

**Note: Milton patents which were also key in Ciena I were not considered for awards since David Milton and co-inventors have left Nortel and would not be eligible for awards*

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# US 4,736,363 – "Aubin Patent" Path Oriented Routing System and Method for Packet Switching Networks

**US 4,736,363 Abstract:**

**A path oriented routing system and method for packet switching networks with end-to-end internal protocols. It allows switch pairs to communicate over multiple paths without packet disordering. A distributed loop-free shortest path algorithm assigns a number to a path at the time it is created and this number remains valid through path changes. Consequently, existing traffic can be maintained on existing paths, while new traffic is assigned to the current (i.e. new) shortest paths**

> Inventors:

| | |
|---|---|
| **Raymond Aubin** | GID 1503353 -retired Jan. 1/05; |
| **Chi-Ming (Peter) Ng** | GID 1515498 -retired Jan. 4/05 |

> MPLS base patent. Key patent in Foundry litigation.

> **Most significant revenue to date ($35m)**

> Quotes from **6 nominations**

- *"The base patent for label substitution by Raymond preceded MPLS by many years and has been used in a number of licensing battles and has generated some significant revenue. More importantly it represents a very accurate prediction of the future of packet networks"*
- *"This patent was one of the first software patents in Nortel, and contains claims that read on MPLS. It was used successfully in litigation within the last several years. The description ... establishes Nortel as a significant early thinker before many Internet companies came into being. Raymond's patent will be increasingly important as networks use MPLS for IP based services"*
- *"This is a very significant MPLS patent and is key to allowing a connectionless packet forwarding network, such as a basic IP network, to provide a connection oriented service. In other words, it enables an IP network to deliver more than "best effort" capability. The patent describes how to create paths through the network which have several virtues which include predictability and manageability (key to having a high quality service) while preserving a key IP data network virtue of dynamic topology and routing. In effect, this…allows the network to deliver a whole sequence of discrete IP packets as a contiguous session or service which, in turn, elevates "best effort" to whatever quality of service is required for, say, voice or video"*

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# US 5,841,760 – Martin Patent Transparent Multiplexer/Demultiplexer

US 5,841,760 Abstract: A configuration for a SONET transport node comprises a pair of transparent mux/demuxs provided at two sites and connected over a high rate span. The T-Muxs provide continuity of all tribs and maintain a lower bit rate linear or ring system through the higher bit rate span. The lower bit rate linear or ring system operates as if it were directly connected without the higher bit rate midsection. For the forward direction of the traffic, the T-Mux comprises a multi-channel receiver for receiving the trib signals and providing for each trib signal a trib SPE and a trib OH. The trib SPEs are multiplexed into a supercarrier SPE and the trib OHs signals are processed to generate a supercarrier OH. A supercarrier transmitter maps the supercarrier SPE and the supercarrier OH into a supercarrier signal and transmits same over the high rate span. Reverse operations are effected for the reverse direction of traffic. With this invention, an entire ring system does not have to be upgraded to a higher line rate due to fiber exhaust on a single span. The invention is particularly applicable to OC-48/OC-12/OC-3 linear and ring networks and the high rate span could be an OC-192 line.

> Inventors:

**David Martin** GID 1397271 – active employee

**Timothy Armstrong** GID 1518227 – active employee

**Ronald Gagnon** GID 1618954 – active employee

Mohammed Tatar – no longer Nortel employee

Alan Solheim – no longer Nortel employee

Mark Wight – no longer Nortel employee

David Nicholson – no longer Nortel employee

> A key Patent in Ciena I litigation

> Quote from nomination:

*"This method uses less wavelengths and less transmission equipment for TDM multiplexing of lower rate signals into a higher standard rate. In standard multiplexing, more complex equipment would be used to unpack the lower rate payload and then repack into the higher rate signal as well as terminating all of the signaling from the lower rate tributary equipment on both sides. In the method described, portions of the lower rate line overhead are preserved and so this multiplexing is transparent to the boxes creating those lower rate signals. This makes the method operationally very simple to deploy (transparent, in fact) and can be implemented on less complex and hence expensive equipment - so it is doubly attractive to operators. This patent has been generating licensing revenue, is being asserted in litigation and has been used in other negotiations"*

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# US 6,496,519 –Russell Patent Frame Based Data Transmission Over Synchronous Digital Hierarchy Network

**6,496,519 Abstract: A frame based data communications network is interfaced to a synchronous digital hierarchy network via a plurality of frame based data port cards incorporated into a plurality of synchronous multiplexers. Each port card comprises a conventional frame based data port, a frame switch, a rate adapter means and a mapping means for mapping data frames into a plurality of SDH virtual containers. Frame based data is incorporated directly into a synchronous virtual container without encapsulation in an intermediate protocol. A number of topologies of a frame based data channel network are possible, overlaid on the underlying synchronous transport network, including an open loop topology, a ring mode topology, and a backhaul topology.**

> Inventors:
  - **John Russell** GID 320755 – work force reduction Mar 9/02;
  - **Chris Murton** GID 1071844 – work force reduction Aug. 31/02;
  - **David Goodman** GID 2712099 – retired Aug 20/02;
  - **Chris Ramsden** GID 6161905 – active employee
  - **James Shields** GID 3220951 – work force reduction Jan. 1/05

> A key patent in Ciena I litigation

> Quote from nomination
  - *"The claims in the Russell patent include mapping Ethernet into SONET, such as via Generic Framing Protocol (GFP). This is significant because when IP (layer 3 protocol of choice) meets a carrier transmission infrastructure, it must be mapped simply and efficiently. Data protocols like IP and transmission infrastructures like SONET/SDH each had different design roots and hence needed to be matched in a way that accounted for circuit and packet virtues. Alternative mappings of ethernet into SONET wasted transmission capacity and didn't properly account for data prootcol behaviour such as the need to send "pause frames" back to the sended to rate limit. GFP is now a key standard. This patent has been asserted in litigation, and has been used in negotiations"*

# Other Nominations for Significant Patent Awards: 6 strong contenders for future consideration

(Top 3 patents nominated have established higher revenues/value to date)

> **US 6,388,890 Technique for reducing the number of layers in a multilayer circuit board** Herman Kwong and Larry Marcanti
  - **"Channel Routing Patent"** one of a group of patents relevant to Channel Routing licensing program (early stage license program with expected future value); Herman Kwong also nominated as a Prolific Inventor (~22 issued US patent families)

> **US 6,222,848 Gigabit ethernet interface to synchronous optical network (SONET) ring** Kenneth Hayward, Donald Brule, John Ellis, Michael To
  - **"Hayward RPR Patent"** Relates to Optical Ethernet; currently active licensing/assertion programs (incl. Ciena II)

> **US 6,529,301 Optical switch and protocols for use therewith** GQ Wang
  - **" Wang GMPLS patent"** 6 nominations; currently active licensing/assertion programs (incl. Ciena II)

> **US 6,721,569 Dynamic sub-carrier assignment in OFDM system** Bassam Hashem, David Steer, Shalini Periyalwar
  - **A key OFDM/MIMO patent** – early stage; defer for reconsideration in near future

> **US 5,848,055 MPLS RSVP-TE / US 6,791,985 ATM over MPLS / US 6,459,832 covering an optical channel wavelength allocation scheme** Ashwood Smith/Fedyk
  - 3 Patents (Ashwood-Smith, Fedyk et al.) currently active licensing/ assertions; may also be future prospects; Peter Ashwood Smith is a prolific inventor

> **US 6,768,903 UMTS Soft Handover Ciphering restart** Denis Fauconnier
  - Denis Fauconnier is sole inventor or co-inventor in numerous cases among which a number of cases that are considered 3GPP essential or potentially 3GPP essential; likely future value

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



# 5 Other Patents Nominated for Significant Patent -value yet to be established

> **US 6,112,015 Planas - GUI for Network Mgt /ILOG License**
> **US 6,678,246 Smyth - Media Streaming / Succession**
> **US 6,870,515 Kitchener - an OFDM/MIMO patent**
> **US 6,704,796 Price - Wireless/Wireline integration**
> **US 6,938,080 Kahveci – IP Residential Gateway**

> **4 Other nominations**
> **Connection Oriented Ethernet –Bragg, Friskney, Parry**
- Not eligible-a number of patent filings, but no issued patents identified
- Recommended for nomination for TAE award

> **SCWID Patent** –all eligible inventors previously recognized in 2000 Awards
> One nomination – no record of inventor or patent
> One nominations -not patent related



# Awards for Prolific Inventor

> Top 2 Nominations recommended for Awards
- **Wen Tong, Simon Brueckheimer**

> Recommendations for Honourable Mention
- Maged Beshai, Alan Graves, Kim Roberts, Herman Kwong

> Other Nominees

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

# Other Prolific Inventor Nominations

**Consider Honourable Mention or other form of recognition (now or future?) for Prolific Inventors who do not yet have a high number of issued patents, but have very high numbers of inventions Disclosures/Patent applications filed combined with outstanding IP Mentor Activity or other support to IP Law programs**

> **Tal Lavian (42 disclosures filed; 8 issued US patents)**
  - IP Mentor; high value to IP Law in assistance that he has given to the inventive community in Santa Clara. Tal has assisted all of the inventors in Santa Clara regardless of the group that they are in. He has driven mining meetings, set up presentations and assisted in disclosure preparations. He is currently looking at our Enterprise Data Networks portfolio to identify areas that need to be fortified with respect to our current strategy direction. Key "go to" person. Much help since no IP person there.

> **Jerry Mizell (34 Disclosures filed; 8 issued US patents)**
  - Jerry has submitted in excess of 50 Invention Disclosures and has filed more than 30 patent applications, 7 of which have issued as US patents. This activity is significant, and Jerry continues to be a key asset to the IP community through active participation in Patent Review Board meetings and mentoring of other inventors with respect to the patent process.

**Other Nominees for Prolific Inventor activities (patent applications filed &/or IP mentors)**

> **Dany Sylvain** -92 Disclosures filed; 9 issued patents; continues to drive definition of next generation communication solutions and constantly reviews our designs for IPR protection implications.

> **Thierry Lucidarme** 51 Disclosures filed and 8US + 18 FR patents; includes UMA patent relevant to 3GPP standards; Paris Patent Prime/defense

> **Nidham Ben-Rached** 38 disclosures filed, 23 patents ( 5US+18FR) issued; innovated several GSM-EDGE success stories

> **Ashvin Chheda** 34 disclosures filed, 21 US patents issued; activity covers a range of wireless access technology, VoIP, power control in cellular communications, and handoff;; very well known and regarded in the Nortel Wireless community

> **Akhtar Haseeb** 41 disclosures filed and 11 issued patents; activity in the area of Mobile IP, which pertains to handoff across dissimilar wireless networks.

> **Mohammed Khalil** 22 disclosures filed; 5 issued US patents in Wireless and MIP

> **Tony McCormack** 21 filings to date, a further 3 currently being drafted. Strong recent filing activity; few issued patents yet

> **Neil O'Connor** 13 filings to date, a further 3 currently being drafted. Strong recent filing activity; few issued patents yet.

> **Pat Hession** 12 filings to date, a further 1 currently being drafted. Strong recent filing activity; few issued patents yet.



# Background: Inventor employment status and eligibility

**•Per CP401.01, Retirees and active employees are eligible for awards; employees who voluntarily quit are not eligible for awards.**
**•Significant patent awards have previously been paid to retirees.**

**•CP401.01 has clear eligibility provisions for Patent Filing and Issuance Awards for employee inventors subject to workforce reduction (involuntary termination) CP401.01 is silent with respect to eligibility for Significant Patent awards in case of workforce reduction.**

**In respect of the Russell Patent, HR and EL&R were consulted to determine an appropriate recommendation for the Russell patent :** *Per discussions with Bonnie Lane Heer (Canada), Pat Masterson (UK) EL&R, and Liz Ward HR, IP Law recommendation is, in the specific case of the Russell patent, that all 5 inventors on the Russell patent all be considered for the award, including those subject to workforce reduction. It is not believed to be appropriate to selectively award only some of this group of inventors*

US 4,736,363 – Aubin Patent PATH ORIENTED ROUTING SYSTEM AND METHOD

> Application - 10/11/85; Grant - 4/5/88; Both inventors rec'd filing and issuance awards
> **1503353** Raymond Aubin - Retiree effective Jan 1/05 - confirmed by HR - CANADA
> **1515498** Chi-Ming Ng (Peter) - Special LOA prior to Pension - effective Jan 4/05 - confirmed by HR - CANADA

US 5,841,760 – Martin Patent TRANSPARENT MULTIPLEXER/DEMULTIPLEXER

> Application - 4/24/97; Grant - 11/24/98; All inventors rec'd filing and issuance awards
> **1397271** David Martin - Active - CANADA
> **1518227** Timothy Armstrong - Active - CANADA
> **1618954** Ronald Gagnon - Active - CANADA

4 ineligible inventors (voluntary termination)

> Mohammed Tatar - left - other employment - June 11/99 - confirmed by HR
> Alan Solheim - left - other employment - Aug 18/00 - confirmed by HR
> Mark Wight - left - other employment - Nov 10/00 - confirmed by HR
> David Nicholson - left - other employment - Aug 18/00 - confirmed by HR

US 6,496,519 –Russell Patent FRAME BASED DATA TRANSMISSION OVER SYNCHRONOUS DIGITAL HIERACHY NETWORK

> Application - 8/27/98; Grant 12/17/02; All inventors rec'd filing award; 3 received issuance award; Russell & Murton did not receive grant award
> **320755** John Russell - Work force reduction - effective Mar 9/02 - confirmed by HR - UK
> **1071844** Chris Murton - Work force reduction - effective Aug 31/02 - confirmed by HR - UK
> **2712099** David Goodman - Retiree effective Aug 20/02 - confirmed by HR - UK
> **6161905** Chris Ramsden - Active - UK
> **3220951** James Shields - Work force reduction - effective Jan 1/05 confirmed by HR - UK

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

Rhmorth Epworth

Prolific Inventor

# Background : 2000 Significant Patent Awards (total budget >$ 750K)

| | Nominated patents | Title | Inventor names | Eligibility | $ |
|---|---|---|---|---|---|
| SONET Portfolio | 4,667,324<br>4,876,682<br>4,764,921 | Network multiplex structure<br>Switching TDM digital signals<br>Method of multiplexing digital signals | Graves<br>Graves, Littlewood, Weiss<br>Graves, Littlewood, Weiss | yes<br>yes<br>yes | Graves $40K<br>Weiss $30K<br>Littlewood $30K |
| | 5,159,595 | Ring transmission systems | Flanagan, McEachern, Nicholson, Diperna, Romagnino, Ergle | yes | Flanagan; Diperna; Ergle; Romagnino: $30K each |
| | 4,646,286 | Communications system with protection switching and channel identities | Betts<br>Ellson, Reid | yes<br>no-left Nortel 1986 | Betts $22K |
| | 4,837,760 | Communications system with protection switching using individual selectors | Betts<br>Ellson, Reid | yes<br>no-left Nortel 1986 | |
| | 5,029,158 | Protection switching in a multi-channnel communications system | Reid, Bobbey | no-left Nortel 1986 | |
| SCWID Patent | 5,263,084 | Spontaneous caller identification with call-waiting | Chaput; Merrill; White, L;<br>White, Suzanne<br>Sawyer | yes<br>no-No longer employee<br>yes-retiree | Chaput; Merrill; White L; Sawyer: $40K each |
| Ingrey Patent | 4,030,967 | Gaseous plasma etching of aluminum and aluminum oxide | Ingrey, Nentwich and Poulsen | yes | Ingrey; Nentwich; Poulsen: $40K each |
| 3G Portfolio | 5,896,411 | Enhanced reverse link power control in a wireless communications system | Chang, Huang, Manning,<br>Ali, Gutierrez | yes<br>no-No longer employee | Patel; Manning; Huang: $20K each |
| | 6,058,309 | Network directed system selection for cellular and pcs enhanced roaming | Huang, Huang, Patel | yes | |
| VLAN patent | 5,959,990 | VLAN frame format | Frantz<br>Thompson | no-No longer employee<br>yes | Thompson $25K |
| Prolific Inventor | | | Kim Roberts | | Roberts $40K |
| Prolific Inventor | | | Richard Epworth | | Epworth $40K |

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

20



# United States Patent [19]

Aubin et al.

[11] Patent Number: 4,736,363

[45] Date of Patent: Apr. 5, 1988

[54] PATH ORIENTED ROUTING SYSTEM AND METHOD FOR PACKET SWITCHING NETWORKS

[75] Inventors: Raymond Aubin, Hull; Chi-Ming P. Ng, Gloucester, both of Canada

[73] Assignee: Northern Telecom Limited, Montreal, Canada

[21] Appl. No.: 786,884

[22] Filed: Oct. 11, 1985

[30] Foreign Application Priority Data

Sep. 6, 1985 [CA] Canada ........ 490197

[51] Int. Cl.⁴ ........ H04Q 11/04

[52] U.S. Cl. ........ 370/60; 370/94

[58] Field of Search ........ 370/60, 94, 110.1

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,027,048 | 12/1976 | Larson | 370/60 |
| 4,000,260 | 12/1976 | Tey et al. | 370/60 |
| 4,314,233 | 2/1982 | Clark | 370/60 |
| 4,314,367 | 2/1982 | Bakka et al. | 370/60 |
| 4,577,311 | 3/1986 | Duquesne et al | 370/60 |
| 4,679,189 | 7/1987 | Olson et al. | 370/60 |

OTHER PUBLICATIONS

"A Path-Oriented Routing Strategy for Packet Switching Networks with End-to-End Protocols; ACM SIGCOMM Computers Communication Review, vol. 15, Issue 4, 1985; Aubin et al; pp. 165-171.

"Optimal Routing & Flow Control Methods for Communication Networks", by D. P. Bertsekas, pp. 615-643, in the book Analysis & Optimization of Systems.

"A Responsive Distributed Routing Algorithm for Computer Networks: by J. M. Jaffe and F. H. Moss appearing at pp. 1778-1762 IEEE, vol. COM-30, No. 7 (Jul. 1982).

"The New Routing Algorithm on the SITA Data Transport Network", by J. M. Kaliszewski in Performance of Computer-Communication Systems, pp. 415-431, editie by H. Rudin and W. Bux (Amsterdam: North Holland, 1984).

*Primary Examiner*—Douglas W. Olms
*Assistant Examiner*—Frank M. Scutch, III
*Attorney, Agent, or Firm*—Robert C. Hogeboom

[57] ABSTRACT

A path oriented routing system and method for packet switching networks with end-to-end internal protocols. It allows switch pairs to communicate over multiple paths without packet disordering. A distributed loop-free shortest path algorithm assigns a number to a path at the time it is created and this number remains valid through path changes. Consequently, existing traffic can be maintained on existing paths, while new traffic is assigned to the current (i.e. new) shortest paths.

4 Claims, 5 Drawing Sheets

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

US005841760A

# United States Patent [19]

Martin et al.

[11] Patent Number: 5,841,760

[45] Date of Patent: Nov. 24, 1998

[54] TRANSPARENT MULTIPLEXER/DEMULTIPLEXER

[75] Inventors: David Wright Martin, Nepean; Mohammed Ismael Tatar; Alan Glen Solheim, both of Kanata; Timothy James Armstrong, Stittsville; Mark Stephen Wight, Ottawa; Ronald J. Gagnon, Nepean; David John Nicholson, Ottawa, all of Canada

[73] Assignee: Northern Telecom Limited, Montreal, Canada

[21] Appl. No.: 847,526

[22] Filed: Apr. 24, 1997

[51] Int. Cl.[6] .................... H04J 1/16

[52] U.S. Cl. .................... 370/242; 370/319; 370/337; 370/535

[58] Field of Search .................... 370/319, 337, 370/501, 503, 907, 535, 916, 539, 538, 541, 505, 536, 537, 543; 359/118, 119, 114, 115, 109, 123, 128, 125, 135, 139, 147

[56] References Cited

U.S. PATENT DOCUMENTS

[illegible] 10/1996 Grede et al. .................... 370/223

5,436,890 7/1995 Read et al. .................... 370/352

5,452,307 9/1995 Royama et al. .................... 370/468

5,675,580 10/1997 Lyon et al. .................... 370/250

Primary Examiner—Dang Ton

Assistant Examiner—Phirin Sam

Attorney, Agent, or Firm—Aprilia U. Diaconescu

[57] ABSTRACT

A configuration for a SONET transport node comprises a pair of transparent mux/demuxes provided at two sites and connected over a high rate span. The T-Muxes provide continuity of all tribs and maintain a lower bit rate linear or ring system through the higher bit rate span. The lower bit rate linear or ring system operates as if it were directly connected without the higher bit rate midsection. For the forward direction of the traffic, the T-Mux comprises a multi-channel receiver for receiving the trib signals and providing for each trib signal a trib SPE and a trib OH. The trib SPEs are multiplexed into a supercarrier SPE and the trib OHs signals are processed to generate a supercarrier OH. A supercarrier transmitter maps the supercarrier SPE and the supercarrier OH into a supercarrier signal and transmits same over the high rate span. Reverse operations are effected for the reverse direction of traffic. With this invention, an entire ring system does not have to be upgraded to a higher line rate due to fiber exhaust on a single span. The invention is particularly applicable to OC-48/OC-12/OC-3 linear and ring networks and the high rate span could be an OC-192 line.

26 Claims, 6 Drawing Sheets

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



(12) **United States Patent**
**Russell et al.**

(10) **Patent No.: US 6,496,519 B1**
(45) **Date of Patent: *Dec. 17, 2002**

(54) **FRAME BASED DATA TRANSMISSION OVER SYNCHRONOUS DIGITAL HIERARCHY NETWORK**

(75) Inventors: **John Paul Russell**, Sawbridgeworth; **Christopher David Murton**, Chelmsford; **David Michael Goodman**, St Albans; **Christopher Thomas William Ramsden**, Hertford, all of (GB); **James Shields**, Ottawa (CA)

(73) Assignee: **Nortel Networks Limited**, St. Laurent (CA)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/143,466**

(22) Filed: **Aug. 27, 1998**

(51) Int. Cl.[7] **H04L 12/50; H04J 3/16**
(52) U.S. Cl. **370/465; 370/358**
(58) Field of Search 370/227, 250, 370/353, 355, 351, 465, 466, 545, 543, 542, 541, 539

(56) **References Cited**

U.S. PATENT DOCUMENTS

FOREIGN PATENT DOCUMENTS

OTHER PUBLICATIONS

"Transporting New High Speed Services in Access Networks" Flanagan et al.

* cited by examiner

Primary Examiner—Wellington Chin
Assistant Examiner—Brenda Pham
(74) Attorney, Agent, or Firm—Lee, Mann, Smith, McWilliams, Sweeney & Ohlson

(57) **ABSTRACT**

A frame based data communications network is interfaced to a synchronous digital hierarchy network via a plurality of frame based data port cards incorporated into a plurality of synchronous multiplexers. Each port card comprises a conventional frame based data port, a frame switch, a rate adapter means and a mapping means for mapping data frames into a plurality of SDH virtual containers. Frame based data is incorporated directly into a synchronous virtual container without encapsulation in an intermediate protocol. A number of topologies of a frame based data channel network are possible, overlaid on the underlying synchronous transport network, including an open loop topology, a ring mode topology, and a backhaul topology.

**24 Claims, 11 Drawing Sheets**

NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED



NORTEL CONFIDENTIAL and PRIVILEGED - NOT TO BE DISTRIBUTED

Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| In re NORTEL NETWORKS, INC., *et al.*, Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
|---|---|

**EXHIBIT "E" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER AFFIRMED APRIL 9, 2014**

Signed: S. Brueckheimer

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me:

NOTARY PUBLIC

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

LUIS NEIL HYDE-VAAMONDE NOTARY PUBLIC LONDON

DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT
Not for release

## Innovation recognised at Harlow Patent Award ceremony

The achievements of more than 80 Harlow-based inventors were recognised at a ceremony November 27th, hosted by Greg Mumford, Chief Technology Officer, and Steve Pusey, President EMEA.

Garry Adams, leader, Optical Networks Advanced Technology and Master of Ceremonies for the event, commented on the impressive reputation and track record of the Harlow teams. *Harlow based employees contributed 1of every 5 patents issued to Nortel Networks over the last few years. With over 2500 issued US patents to date Nortel Networks is in the top 40 companies globally with respect to the size of our patent portfolio.*

Martin Smith from Harlow's Wireless Technology group receives a pin, recognising the issuance of 15 patents, from Greg Mumford and Steve Pusey.

*Patents and the innovations behind them bring significant value to our business. The benefits include time to market advantages, pull through for core products, income from licensing fees, and protection against potentially costly infringement claims from competitors.*

**Harlow Patent Award Ceremony**
***By the Numbers...***

**64** plaques were presented to **48** inventors for patents granted in 2000 and 2001

**54** Inventors were recognized with certificates for filing **109** patents during 2001

Greg Mumford congratulated the winners and emphasized the importance of technology innovation in securing our future." Innovations will create the network transformation and dramatically increase the utility and value of the network" said Mumford. "I challenge you to continue focusing your work on developing the differentiated solutions for our customer's needs- lower capital and operating costs and higher service performance to drive new revenues."

Mumford and Pusey presented more than 100 plaques and certificates to Harlow inventors during the ceremony. These inventors were recognized for both patents filed and patents issued.

In addition, eight inventors received special awards for reaching milestones for cumulative patents issued:

- **Andrew Jeffries**, **Ian Llewellyn**, **Alan Robinson** and **Dave Stacy** were recognized for contributing 5 issued patents to our portfolio.
- **Keith Edwards** and **Robin Rickard** were recognized for 10 issued patents
- **Martin Smith** and **Simon Brueckheimer** received awards for 15 patents issued.

DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT
Not for release

Following the award presentations, Mumford emphasised that technology innovation is what has distinguished Nortel Networks throughout its history and is the foundation of our customer value. He encouraged experienced inventors to share their depth of knowledge by acting as mentors for others.

Pusey closed the ceremony by noting the importance of continued innovation to fuel the business and thanking the inventors for their innovation. "We need a continuous supply of new ideas in order to grow and compete. Nortel Networks depends on innovation. Our success is driven by ideas that are converted into products, applications and services for our customers."

Compiled by David Adlington
Draft 2 – 29th November 2002

Page { PAGE } of 2

Subject to Attorney Client and Joint Privilege

US_Canada_PRIV_00000065

2

Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>NORTEL NETWORKS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

---

**EXHIBIT "F" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER AFFIRMED APRIL 9, 2014**

---

Signed: S. Brueckheimer

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me: [signature]

NOTARY PUBLIC

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

LUIS NEIL HYDE-VAAMONDE • NOTARY PUBLIC • LONDON

**DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT DRAFT**

## Innovation recognised at Harlow Patent Award Ceremony

Harlow UK – The achievements of more than 70 inventors were recognized at a ceremony in Harlow May 12th, hosted by Chief Technology Officer Greg Mumford, Ryan Stark, Leader Advanced Technology Investments, and Andre Roy, Succession Product Technology Leader EMEA/AP, and Site Executive for Harlow.

The awards reflected the outstanding work of employees across Optical, Wireless, and Wireline, plus the CTO organisation, and included 12 employees from the Succession Regional Technical Centre in Maidenhead.

Angela Anderson, Leader IP Law Europe, read the citations as a total of 72 inventors were honoured for 84 patents granted and 107 patents filed between January and December 2002.

Nortel Networks continually ranks in the Top 40 companies obtaining US patents, and UK employees contribute about 18% of newly issued patents.

Mumford thanked the award winners for their ingenuity and continued innovation, especially through the difficult period in the industry of the past few years. "I challenge you to apply your thought leadership and innovations to create the underlying technologies that will transform the network and to develop the differentiated solutions that will deliver new customer value propositions."

Greg Mumford presents a pin commemorating 20 cumulative patents to inventor Martin Smith.

In addition to the certificates and plaques, several employees received special awards recognising multiple patents granted.

Pins for five patents were presented to Sonya Amos, Damian Bevan, Graham Dolman, Ian Hardcastle, John Hudson, Nigel Jolley, James Parker, Robert Spagnoletti, Adrian Sparks and Christopher Tate.

Alan Robinson received a pin for 10 cumulative patents, and Richard Epworth for 15 Patents. It was noted that Richard has previously received a Nortel Networks Prolific Inventor award, having been granted over 100 patents. This award is for Richard's 15 cumulative patents since the current award scheme began, recognizing patents granted since September 1996.

Simon Brueckheimer receives special recognition from Greg Mumford for 25 cumulative patents granted.

Additional cumulative patent awards were presented to Martin Smith (20 patents) and Simon Brueckheimer (20 and 25 patents) (pictured above). Both Martin and Simon have made substantial contributions to Nortel Networks IPR portfolio, not just in an academic sense, but in terms of real contribution to the business. Martin provided key inventions in the areas of multiband antenna design, multibeam smart antennas deployed in recent CDMA trials, advanced MIMO technology for high data rate wireless, and new deployment concepts for improved capacity and coverage. Some of Simon's highly influential patents have formed the basis for the practical development and commercial deployment of today's successful Succession and VoIP solutions.

Concluding the ceremony, Mumford thanked Angela Anderson and the IP Law team and those who have acted as IP Mentors for their valuable contribution to the development, management and exploitation of the Nortel Networks intellectual property portfolio.

--- end ---

Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| In re NORTEL NETWORKS, INC., *et al.*, Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
|---|---|

**EXHIBIT "G" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER AFFIRMED APRIL 9, 2014**

Signed: S. Brueckheimer

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me:

NOTARY PUBLIC

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

LUIS NEIL HYDE-VAAMONDE NOTARY PUBLIC LONDON

# Rockstar
# Winter 2012 Sales Prospects

*Selected Asset Catalogue*

## Executive Summary

Rockstar periodically identifies certain assets in our portfolio that may be more valuable to other parties. The assets listed herein are a small sample of the assets under Rockstar's management that the company feels may be of interest to those parties who are looking to acquire patents. Rockstar acquired the patents from Nortel Networks in a bankruptcy auction in the summer of 2011.

Nortel was a vendor of communications equipment spanning a range of technologies from optical to wireline to wireless and from consumer to enterprise to service provider networks. Nortel, a prolific inventor, conducted a great deal of high quality research and development in the company's 100+ year existence. The company had over 10,000 R&D employees and invested more than $30 billion in R&D between 1995 and 2010.

The patents listed herein are but a small portion of the Rockstar portfolio and arose from various R&D projects by Nortel in the late 1990s and early 2000s.

Patents listed herein represent the following market areas:

- Social Networking –Message Sharing Privacy by Grouping
- Call Centers – Distributed Internet Call Center Architecture
- Data Networking – Network Address and Port Translation
- Digital Rights Management – Timed Availability of Secured Content
- Digital Signal Processors – Multicore DSP Architecture
- Optical Networking – Generic Framing Procedure for Data Traffic over Optical
- Broadband Services – Individualized Service Policies

# Rockstar

## Disclaimer

This information package is provided for information and illustrative purposes only, intended to provide informal guidance to potential purchasers of the possible application and potential use of the technology described in the patents available for sale. This information package and any other communications with Rockstar and its representatives regarding these patents should not be interpreted nor construed to express any opinion regarding the use of the patented technology by any product or company mentioned herein, does not constitute a legal or professional opinion regarding infringement, validity or representation of any kind, and is subject to change. It is provided solely for the use of persons or companies to perform their independent evaluation of the acquisition opportunities, and by accepting and using this information, parties acknowledge that they are completely responsible for performing full and complete due diligence on all aspects of the patent portfolio prior to purchase, and especially with respect to validity, infringement and market application of the portfolio.

# Rockstar

## Table of Contents

US Patent 5,875,302 - Communication Management System Having Communication Thread Structure Including a Plurality of Interconnected Threads........................................................1
US Patent 6,122,364 - Internet Network Call Center ..................................................................2
US Patent 6,128,298 – Internet Protocol Filter ..........................................................................3
US Patent 5,825,876 – Time Based Availability to Content of a Storage Medium ....................4
US Patent 6,266,342 – Adaption Resource Module and Operating Method Therefor .............5
US Patent 6,584,118 – Payload mapping in synchronous networks .........................................6
US Patent 6,952,728 – Providing Desired Service Policies to Subscribers Accessing Internet .. 7
Sales Process and Timeframe Guidelines .....................................................................................8

# Rockstar

## US Patent 5,875,302 - Communication Management System Having Communication Thread Structure Including a Plurality of Interconnected Threads

**Inventors:** Prem A. Obhan

**Application Date:** May 6, 1997

**Issue Date:** February 23, 1999

### Market & Technology

Social networking firms such as Facebook, LinkedIn and Twitter represent a growing trend of moving shared communications online. These services, and others, provide subscribers with the ability to share messages, comments, links, reviews, profile information, files and photos with selected groups of contacts in a way that ensures privacy and user control of messages. The '302 patent lays out a method and system for ensuring communications are received by members of a user-defined group.

### Representative Claim

18. A method of operating a communication management system comprising the steps of:

receiving communication thread structure data;

establishing a communication thread structure having a plurality of interconnected threads based upon the structure data;

receiving user data;

establishing user information based upon the user data, the user information linking a user with at least one thread of the plurality of interconnected threads;

receiving communications and at least one desired thread of the plurality of interconnected threads;

linking the communications with at least some of the plurality of interconnected threads;

establishing links between communications and user information based upon threads of the plurality of interconnected threads;

receiving a communication access request from a user;

receiving communications from the communication server based upon the communication access request, the user information and thread linkages between the communications and the user information; and

providing the received communications to the user.

# Rockstar

## US Patent 6,122,364 - Internet Network Call Center

**Inventors:** Robert W. Petrunka, Patrick J. Dagert

**Application Date:** December 2, 1997

**Issue Date:** September 19, 2000

### Market & Technology

The call center market has evolved dramatically over the last decade. Singular, independent call centers are now networked together to share the load and follow the sun. Agents who at one point handled only telephone calls now field emails, instant messaging and online chat in addition to telephone calls. The '364 patent enables efficient IP-based call centers. The introduction of voice over IP (VoIP) into the call center allows agents to be deployed remotely, enabling workers in branch offices, home offices or foreign countries to appear as though they are sitting next to each other while utilizing a shared, low cost IP network instead of conventional, dedicated leased voice lines.

### Representative Claims

13. A method of facilitating servicing of telephone calls from customers by agents connected to a network call center having a network switch connected to an Automatic Call Distribution (ACD) server, the network call center connecting to at least one of a plurality of agent terminals via at least one of a plurality of local agent switches without ACD functionality and a data network, comprising the steps, executed by each of the agent terminals, of:

    establishing a communication session with the network call center over the data network;

    receiving, from the network call center over the data network, data representing a telephone call from a customer requesting service; and

    translating a form of the data to facilitate servicing of the telephone call by an agent.

14. The method of claim 13, wherein the establishing step includes the substeps of

    establishing a data session with the data network, and

    logging into the network call center.

16. The method of claim 13, wherein the translating step includes the substeps of

    receiving digital data representing voice signals of the telephone call from the network call center over the data network, and

    converting the digital data to voice signals for presentation to the agent.

# Rockstar

## US Patent 6,128,298 – Internet Protocol Filter

**Inventors:** Bruce Anthony Wootton, William G. Colvin

**Application Date:** April 24, 1997

**Issue Date:** October 3, 2000

### Market & Technology

Internet Protocol (IP) address translation is a necessary element of nearly all IP networks today. The primary motivators for network address translation are security and IPv4 address scarcity. The '298 patent introduced the concept of using port translation along with address translation, thereby enabling a single network address to be used for multiple private network hosts. The technique also results in increased network security as private network hosts are completely typically hidden from the public network hosts. The technique is also used to ensure customer separation in VPN services.

### Representative Claims

11. A method of interfacing private and public data communications networks, through a filter node in communication with both networks, comprising the steps of:

(a) receiving at the filter node, from the private network, a data packet having a destination address corresponding to a node in the public network and a source address corresponding to a node in the private network;

(b) maintaining, by the filter node, the source address taken from the data packet;

(c) replacing, in the data packet, the source address with an address of the filter node, wherein the source address includes a port number of the node in the private network and the address of the filter node includes a port number of the filter node;

(d) routing from the filter node, in the public network, the data packet having the replaced source address, according to the destination address, to the corresponding public node network;

(e) waiting for a return packet from the public network, responsive to the data packet having the replaced source information;

(f) replacing, in the return packet, the destination address with the maintained source address; and

(g) routing from the filter node, in the private network, the return packet having the replaced destination address to the corresponding private network node.

# Rockstar

## US Patent 5,825,876 – Time Based Availability to Content of a Storage Medium

**Inventors:** Mendel Lazear Peterson, Jr.

**Application Date:** February 12, 1996

**Issue Date:** October 20, 1998

### Market & Technology

As content has moved from analog to digital formats, digital rights management (DRM) has become necessary to prevent copying and improper use and to ensure content is handled as the licensor or copyright holder intends. DRM is important in many content areas today including streaming video, ebooks, software and digital cinema content. Today, theatres are limited by film distributors to certain showtimes for films; it is no longer as simple as just putting the film on the projector. Distributors provide authentication information that tie the showing of a movie to a specific time and the film must start within a few minutes of that time. The '876 patent describes the standardized method for ensuring that such digital content is only played at an authorized time.

### Representative Claims

1. A method of controlling access to a data content of a storage medium, comprising the steps of:

   defining a start point in time prior to which access to the data content is to be inhibited;

   receiving a master clock signal from an authorization center for determining when the start point has been reached;

   updating date and time within a clock responsive to receiving the master clock signal;

   determining time by the clock; and

   enabling, responsive to the determined time effectively reaching the start point, access to the data content.

2. A method as claimed in claim 1, wherein the data content is encrypted and enabling access to the data content includes enabling decryption to the encrypted data.

4. A method as claimed in claim 3, wherein the step of defining the start point includes providing an indication of the start point with the authorization.

6. A method as claimed in claim 3, wherein the step of determining time includes providing a local secure clock for determining the time.

# Rockstar

## US Patent 6,266,342 – Adaption Resource Module and Operating Method Therefor

**Inventors:** David John Stacey, Simon Daniel Brueckheimer, Martin Sproat, Andrew Geoffrey Tomlins, Fai Tsang, John Shotton

**Application Date:** April 8, 1998

**Issue Date:** July 24, 2001

### Market & Technology

Digitization of media has led to an increase in use of digital signal processors (DSPs) in voice and video communications, as voice and video are converted from analog forms into digital signals that can be packetized into IP and carried across networks. Mobile networks often use DSPs in order to provide echo and noise cancellation, with the vast majority of DSPs being deployed in wireless networks. Over time, there has been a marked increase in the number of multicore DSP chips. The '342 patent outlines a method, system and apparatus for use in such a multicore DSP, whereby a master processor directs signals to various signal processing elements.

### Representative Claims

30. A method of providing signal processing to a plurality of channels incident to a processing farm containing a plurality of slave elements each having a signal processing capability and a master control element both coupled to the plurality of slave elements and arranged to receive the plurality of information-bearing channels, the method comprising the steps of:

providing the master control element with a routing function that selectively routes information-bearing channels to specified ones of the plurality of slave processing elements;

receiving an information-bearing channel; and

applying the routing function to distribute signal processing of at least some of the

plurality of information-bearing channels between the plurality of slave elements; wherein the master processing element dynamically varies the distribution of information-bearing channels according to instantaneous signal processing demand of each individual information-bearing channel.

32. The method of claim 30, wherein the routing function performs a selective routing of information-bearing channels dependent upon processing requirements of information-bearing channels.

# Rockstar

## US Patent 6,584,118 – Payload mapping in synchronous networks

**Inventors:** John Paul Russell, Christopher David Murton, David Michael Goodman, Christopher Ramsden, James Shields

**Application Date:** August 27, 1998

**Issue Date:** June 24, 2003

SDH/SONET PAYLOAD MAPPER 200

RATE ADAPTION RING OR POINT TO POINT MODES 201

ETHERNET FRAME SWITCH (Multi post MAC Bridge) 202

ETHERNET PHYSICAL 203

### Market & Technology

The transportation of Ethernet and other frame-based information over synchronous optical networks (SONET/SDH or OTN) typically utilizes a protocol called Generic Framing Procedure (GFP). GFP provides for the mapping of variable length client signals over a circuit switched network such as the aforementioned optical networks. The invention provided in the '496 patent is fundamental to the operation of a device used to adapt Ethernet traffic over a synchronous network using the GFP protocol. The GFP protocol is described in the ITU-T G.7041/Y.1303 standard.

### Representative Claims

1. A method for transporting Ethernet frame based data into a synchronous transmission communications network payload, said method comprising the steps of:

    receiving said Ethernet frame based data;

    adapting the rate of said received Ethernet frame based data to a data rate suitable for inclusion in said synchronous transmission communications network payload;

    encoding at least one Ethernet data frame with a code recognizable within a synchronous communications channel by a synchronous communications protocol as designating a boundary of said Ethernet data frame; and

    inputting said encoded data frame into said synchronous transmission communications network payload for transmission on a synchronous data channel without any intermediate encapsulation of said Ethernet frame based data.

19. A method as claimed in claim 1, wherein said synchronous transmission communications network payload comprises at least one virtual container.

21. A method as claimed in claim 1, in which traffic comprising said Ethernet frame based data is mapped to said synchronous network payload at a line rate of said synchronous network payload.

# Rockstar

## US Patent 6,952,728 – Providing Desired Service Policies to Subscribers Accessing Internet

**Inventors:** Anthony L. Alles, Arthur Lin, Shyam Prasad Pillalamarri,  Kent H. Headrick, David A. Mullenex, Suhas A. Shetty

**Application Date:** December 1, 1999

**Issue Date:** October 4, 2005

### Market & Technology

High-speed Internet service providers are increasingly deploying traffic management solutions and offering individualized services to their subscribers. Broadband service providers are accommodating peer-to-peer traffic, large amounts of video streaming and security issues that can clog up their networks and degrade service. The inventions embodied in the '728 patent anticipated the need for processing solutions in the network to provide services requiring a high degree of processing at the edge of the network. Services that can be deployed at the edge in such a fashion include traffic management, bandwidth metering, security services, deep packet inspection and network-based VPN services.

### Representative Claim

2. A method of providing a desired set of service policies to each of a plurality of subscribers, said method comprising:

identifying a plurality of processing rules which provide a set of service policies desired by each subscriber;

configuring an internet service node with said processing rules corresponding to each of said subscribers, said internet service node being an edge device;

receiving data in said internet service node;

determining in said internet service node a specific subscriber to whom said received data relates to; and

applying in said internet service node said plurality of processing rules related to said determined specific subscriber.

# Rockstar

## Sales Process Guidelines

Rockstar does not commit to sell any assets by way of this publication.

All interpretations of claims relative to existing products and services are the entire responsibility of the purchaser.

Buyers are entirely responsible to perform their own due diligence of the assets. Rockstar does not warranty any inferences or statements regarding infringement or validity with respect to the assets.

The patents may be subject to a set of pre-existing licenses between Nortel or Rockstar and various parties; any encumbrances will be disclosed only under NDA. Rockstar will respond to other specific inquiries, including information regarding evidence of use, to the best of our ability when requested by a potential buyer.

For any additional information, NDA requests, to express interest in or submit an offer for these or any other Rockstar patents, please contact:

**David Smith**
Director, Patent Sales and Acquisitions
Email:   patentsales@ip-rockstar.com
Direct:  (613) 576 1008
Mobile: (613) 294 2482

**Court File No.: 09-CL-7950**

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| In re NORTEL NETWORKS, INC., *et al.*, Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
|---|---|

**EXHIBIT "H" TO THE AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER AFFIRMED APRIL 9, 2014**

Signed: S. Brueckheimer

SIMON DANIEL BRUECKHEIMER

Date: April 9, 2014

Before me: [signature]

NOTARY PUBLIC

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

LUIS NEIL HYDE-VAAMONDE NOTARY PUBLIC LONDON

CHEESWRIGHTS
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428

**From:** Spence, Carolyn (CAR:0001) on behalf of Roese, John (CAR:0001)
**Sent:** Tuesday, June 05, 2007 7:29 AM
**To:** Aweya, James (CAR:1A10); Brueckheimer, Simon (HAL02:6003); Mayer, Michael (CAR:Q840); Montuno, Delfin (CAR:1A10); Ouellette, Michel (CAR:1A10)
**Cc:** Zafirovski, Mike (TORWM:0001); Barrios, Alvio (CORD:2115); Bartzokas, Robert (RICH1:8419); Carey, Dennis (TORWM:1462); Davies, Gordon (TORWM:0098); Drinkwater, David (TORWM:5948); Edwards, Darryl (MOP:6061); Flaherty, Lauren (TORWM:1705); Hackney, Joel (NC2:9780); Joannou, Dion (CORD:5933); Lowe, Richard (RICH1:6891); MacKinnon, Peter (RICH1:LG02); Morin, Philippe (BAN:X632); Pangia, Michael (UNTSQ:1000); Riedel, George (TORWM:5933); Saffell, Chuck NGS (External:FRLKS:5093); Slattery, Steve (RICH1:4433); Wendt, Dietmar (TORWM:5968); Roese, John (CAR:0001); Ward, Liz (CAR:0233); Bharrathsingh, Kathy (CAR:0S03); Hall, Geoffrey (MOP:6438); Monga, Inder (BL60:418); Shew, Stephen (CAR:Q840); Adams, Michael (CAR:X632); Clark, Lee (NCRTP:3A00); Blouin, Francois (CAR:0S03); LeBlanc, Velma (CAR:0197)
**Subject:** Congratulations! You have Won the 2H06 Technology Award of Excellence

**Importance:** High

I'm delighted to advise you that you have been selected to receive the **2H06 Technology Award of Excellence** for your outstanding work related to "Synchronization across Packet and TDM Networks." Through your world-leading innovation in this area, you are helping accelerate the industry's transition from circuit-based TDM networks to packet-based Ethernet and, in turn, the deployment of Nortel's Provider Backbone Transport (PBT) technology. You have also created important IPR that will be available for licensing and have positioned this technology well with standards bodies that are defining industry directions in this critical area.

I will be sending out an all-employee announcement within the next day or so that will highlight your achievements and contributions to your colleagues across the company. A World News article will also provide a spotlight on your work and achievement.

I want to personally thank you for keeping innovation alive and well at Nortel and to encourage you to continue the creative thinking that has led to this particular award.

On behalf of Nortel and your R&D colleagues, thank you and congratulations!

Sincerely,

John Roese

Chief Technology Officer

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

Court File No.: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceedings commenced at Toronto

**AFFIDAVIT OF SIMON DANIEL BRUECKHEIMER**

**Thornton Grout Finnigan LLP**
100 Wellington St. West, Suite 3200
TD West Tower
Toronto-Dominion Centre
Toronto, ON M5K 1K7

**Michael E. Barrack** (LSUC# 21941W)
**John Finnigan** (LSUC # 24040L)
**D.J. Miller** (LSUC# 34393P)
**Andrea McEwan** (LSUC# 52781P)
**Rebecca Lewis** (LSUC# 61146S)

Tel: 416-304-1616 / Fax: 416-304-1313

Counsel to Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund