This is Exhibit "A" referred to in the ~~Affidavit~~ *Affirmed* of PETER
NEWCOMBE sworn April 11, 2014

_____
*Commissioner for Taking Affidavits (or as may be)*

Attested By / Sworn Before *Affirmed*
Julian Kostick
Notary Public
1 Egerton Road N16 6UE
020 8952 8881

pera NEWCOMBE
11/4/14

NNI_01382060_1



>THIS IS **THE WAY**

# GSM/ UMTS Review with Gary Kunis (CTO)

Peter MacKinnon
April 18th, 2005

>THIS IS N🔵RTEL

# Agenda

> P. MacKinnon                                                1:45 – 3:00
  - Organization, Objectives
  - Market
  - Business Plan
  - Issues & action plans

> D. Bourland                                                 3:00 – 4:00
  - Packet Core
  - Voice Core

> A. Biston                                                   4:00 -- 5:30
  - GSM/UMTS Solutions
  - Access

> P. MacKinnon                                                5:30 – 7:00
  - Partnerships
  - Risks & Exposures
  - Action Plans

> Beer & BBQ                                                  7:00 +

Nortel Confidential

April 18, 2005

NNI_01382060
2

NNI_01382060



# Agenda (P. MacKinnon section)

> **Organization, Objectives**

> Market
  - Sizing / Capex Spend
  - Competitive Position
  - Trends & Dynamics

> Business Plan
  - P&L
  - Strat plan summary
  - Top customers

> Partnerships & action plans



April 18, 2005

Nortel Confidential

Page 3

NNI_01382060
4



NNI_01382060
5





NNI_01382060



# GSM/UMTS: Top 5 Priorities

> ## Achieve profitability in every quarter of 2005!
>   · Drive aggressive CR programs to deliver 20%+ improvement over 2004
>   · Special focus on supply chain CR in emerging markets and applying BSNL learnings

> ## Improve combined R&D and SG&A efficiency by 5 points
>   · Set foundation for continued profitability (2006/ 2007) through targeted investments and strategic partnerships
>   · Driving to 100% converged GSM/ UMTS portfolio; 80% within 12 months

> ## Grow revenues by 20% w/o increasing net cost; increase market share by 2 pts
>   · Leverage partnerships/ channels to deliver new revenue opportunities, e.g. LG for Korea UMTS
>   · New opportunities: Softbank (Japan), HSDPA in NA, major expansions with Tier 1 customers (VF, Orange, Bouygues, BSNL)

> ## CSAT
>   · Execute POR with high quality and on time
>   · Re-build credibility of GSM access to increase SOW, e.g. Orange
>   · Align internal metrics to customers' "KPI Scorecard", include KPIs in ELT objectives

> ## ESAT
>   · Executive sponsor for Leadership Edge 2005/ 2006
>   · Recognize and celebrate successes – organizational and individual
>   · Improve employee effectiveness by implementing tool strategies: TSS and R&D

Nortel Confidential

April 18, 2005

NNI_01382060
7



NNI_01382060



# Agenda

> Organization, Objectives

> **Market**
  - **Sizing / Capex Spend**
  - **Competitive Position**
  - **Trends & Dynamics**

> Business Plan
  - P&L
  - Strat plan summary
  - Top customers

Nortel Confidential

April 18, 2005

NNI_01382060
9

NNI_01382060
10



# Subscriber Growth (1/2)
## The first Billion - Who were they?

First billion Industry model based on the richest billion

Goldmann Sachs Jan05

Legend: Canada, France, Germany, South Korea, Italy, USA, Japan, UK, Spain, Italy, China

Average Gross National Income ($) — vertical axis: 50000, 40000, 30000, 20000, 10000, 0

Subs per Country (m) — horizontal axis: 0, 200, 400, 600

Nortel Confidential

April 18, 2005

Page 10



# Subscriber Growth (2/2)
## The next Billion - Who are they?

- ● India
- ○ Brazil
- ○ Mexico
- ● Iran
- ● Russia
- ● Indonesia
- ○ Egypt
- ● China

Goldmann Sachs Jan05

**Gross National Income per Capita of those without phones ($)**

**Subs to be added per country (m)**

Outfier – US 88m subs to be added

**60% of the next Billion will have incomes lower than $2000**

*Only the US offers large number of wealthy new subs*

NNI_01382060
11

NNI_01382060
12

# GSM/UMTS Market 2004-2007

| GSM | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| China | 3.3 | 4.5 | 4.3 | 3.8 | 3.3 |
| India | 1.0 | 1.6 | 1.9 | 2.0 | 1.9 |
| Japan | | | | | |
| Korea | | | | | |
| Other Developed Asia | 0.5 | 0.4 | 0.4 | 0.4 | 0.3 |
| Other Developing Asia | 1.4 | 1.8 | 2.1 | 2.0 | 1.8 |
| Total Asia | 6.1 | 8.3 | 8.7 | 8.1 | 7.3 |
| Total WE | 5.6 | 6.6 | 6.4 | 6.1 | 5.7 |
| EE / MEA | 6.7 | 9.1 | 9.6 | 9.7 | 9.0 |
| Total EMEA | 12.3 | 15.7 | 16.0 | 15.8 | 14.7 |
| Total NA | 4.3 | 4.3 | 4.6 | 4.5 | 4.2 |
| Total CALA | 1.5 | 2.6 | 2.9 | 2.9 | 2.6 |
| Total Global | 24.1 | 31.0 | 32.1 | 31.2 | 28.8 |

| UMTS | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|
| China | 0.0 | 0.5 | 2.6 | 3.0 | 3.2 |
| India | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Japan | 0.6 | 0.7 | 0.7 | 0.8 | 0.8 |
| Korea | 0.3 | 0.3 | 0.4 | 0.5 | 0.6 |
| Other Developed Asia | 0.6 | 0.8 | 0.7 | 0.7 | 0.6 |
| Other Developing Asia | 0.1 | 0.3 | 0.6 | 0.9 | 1.3 |
| Total Asia | 1.6 | 2.6 | 5.0 | 5.8 | 6.4 |
| Total WE | 4.4 | 5.1 | 5.6 | 6.0 | 6.5 |
| EE / MEA | 0.2 | 0.6 | 1.0 | 1.6 | 2.4 |
| Total EMEA | 4.5 | 5.7 | 6.6 | 7.6 | 8.9 |
| Total NA | 0.2 | 0.5 | 1.2 | 1.9 | 2.4 |
| Total CALA | 0.0 | 0.0 | 0.0 | 0.3 | 0.5 |
| Total Global | 6.2 | 8.8 | 12.7 | 15.6 | 18.2 |

## GSM Market = 8 Competitors

| | |
|---|---|
| Alcatel | Nokia |
| Ericsson | Nortel |
| Huawei | Siemens |
| Motorola | ZTE |

## UMTS Market = 12 Competitors

| | |
|---|---|
| Alcatel | NEC |
| Ericsson | Nokia |
| Huawei | Nortel |
| LG | Samsung |
| Lucent | Siemens |
| Motorola | ZTE |

+ Sub-system players:
- HP, Apertio (HLR)
- Audiocodes (MGW)
- Cisco, Starent
  (Packet Core)
- Andrew (BTS/UMTS)

**UMTS has more competitors for a smaller market**

Nortel Confidential    April 18, 2005

NNI_01382060
13

# GSM/UMTS Market Indicators for Q105 (1/3)

| | UMTS | GSM | GPRS | EDGE | Comments |
|---|---|---|---|---|---|
| **1. Market in 2005** | | | | | |
| 2005 Market Size Forecast ($B) | 8.8 | 32.1 | NA | NA | UMTS excluding FOMA GSM includes GPRS/EDGE |
| **2. Networks** | | | | | |
| Planned Networks | 157 | 665 | 300 | 131 | Nortel/GSA |
| Commercially open networks | 50* | 626 | 242 | 63 | • *67 with soft launches • Nortel/GSA |
| Coverage in term of countries | 26 | 198 | 100 | 40 | Nortel/GSA |
| WE Subs addressed by Commercial launch (M) | 165* | 359 | NA | NA | *Assuming offer available to 100% of operator's base |
| As a % of total GSM subs in WE | 43% | 100% | NA | NA | |
| **3. Users** | | | | | |
| Subs Worldwide (m) Q4 04 | 16.6 | 1273 | 100.7 | NA | UMTS including FOMA 8.5M NT/EMC for GPRS |
| As a % of total GSM subs | 1.3% | 100% | 6.4% | NA | Stats for EDGE unavailable |
| ARPU Western Europe | *60 eur | **39$ | 0.89 $ | NA | *3 Austria & 3 UK : 20% from non voice revenue. ** wireless – DB |
| ARPU North America | NA | *55$ | NA | NA | wireless - DB |
| ARPU Asia | 100 | *26.2$ **65$ | 0.30$ | NA | UMTS is NTT, *wireless – EMC **Japan wireless - DB |

Nortel Confidential

April 18, 2005

# GSM/UMTS Market Indicators (2/3)

| | UMTS | GSM | GPRS | EDGE | Comments |
|---|---|---|---|---|---|
| **4. Mobiles** | | | | | |
| Mobile Sales  2004 (m) | 14 | 211.2 | NA | NA | GSM includes GPRS - EMC |
| Terminal Models in market | 106 | 1313 | 782 | 100 | EMC/GSA for EDGE |
| Manufacturing Cost delta with GSM ($) | +50 | 0 | NA | NA | GSM high end and UMTS to converge 1H06 |
| **5. Nortel Indicators** | | | | | |
| Total BTS Shipped (Start-Q1 05) | 15.2 K | 145.6 K | NA | NA | Source: Global View |
| BTS Shipment Q1 05 (e) | 1.97 K | 6.7 K | NA | NA | Source: Global View |
| DRX Shipments (Start – Q1 05) | NA | 834.9 K | NA | NA | Source: Global View |
| DRX Shipments Q1 05 (e) | NA | 58 K | NA | NA | Source: Global View |
| Total CEM Shipped (Start-Q1 05) | 19.1 K | NA | NA | NA | Source: Global View |
| CEM Shipment Q1 05 (e) | 2.6 K | NA | NA | NA | |
| Total TRM Shipped (Start-Q1 05) | 16.1 K | NA | NA | NA | Source: Global View |
| TRM Shipment Q1 05 (e) | 2 K | NA | NA | NA | |

Figures in red are updated figures vs last version

Page 14    Nortel Confidential    April 18, 2005

NNI_01382060
14

# GSM/UMTS Market Indicators (2/3)

| Rank | Operator | Market | 3G Subs at end Q4 04 | latest figures |
|---|---|---|---|---|
| 1 | NTT Docomo | Japan | 8 472 000 | 10 000 000 at end Feb 05 |
| 2 | H3G | UK | 2 765 000 | 3 000 000 at end March 05 |
| 3 | H3G | Italy | 2 035 000 | |
| 4 | Vodafone | Japan | 345 000 | 527 300 at end Jan 05 |
| 5 | H3G | Australia | 453 000 | 543 000 at end March 05 |
| 6 | H3G | Sweden | 305 500 | |
| 7 | H3G | Hong Kong | 210 000 | |
| 8 | H3G | Austria | 190 000 | |
| 9 | H3G | Denmark | 130 000 | |
| 10 | Vodafone | Italy | 43 000 | |
| 11 | TIM | Italy | 43 000 | |
| 12 | T-Mobile | Germany | 40 000 | |
| 13 | Vodafone | Germany | 40 800 | |
| 14 | Telefonica | Spain | 34 200 | |
| 15 | Vodafone | Spain | 34 200 | |
| 16 | Cingular* | USA | <5000 | |
| 17 | TMN | Portugal | 24 000 | |
| 18 | O2 | Germany | 20 000 | |
| 19 | Vodafone | UK | 20 000 | |
| 20 | Orange | France | 18 000 | 30 000 at end Jan 05 |

Source: 3GMobile
* NT estimates

## Weak Presence in early H3G launches depresses Nortel Market Share

NNI_01382060
15

NNI_01382060
16



NNI_01382060
17



# Top-20 CapEx Spenders in GSM/UMTS 05-07

| Total WL CapEx | 2004 | 2005 | 2006 | 2007 | Sum WL CapEx (05-07) | Rank | G&U % | Sum G&U CapEx (05-07) | Sum G&U Addr. Mkt (05-07) | Remark |
|---|---|---|---|---|---|---|---|---|---|---|

Source: EMC, analysts reports

**Blue** are Nortel Customers

Nortel Confidential

April 18, 2005

Page 17

NNI_01382060
18

# GSM/ UMTS Market & Dynamics 2005-2007

**North America ($5.1B - $6.1B)**
- US & Canadian Market Consolidations
- GSM spend to reduce slowly after 2005 peak
- UMTS spending, led by Cingular, growing to $2B in 2007 → re-entry is critical
- US market has lots of subs growth to occur, eg 88m extra subs forecast to 2010
- Revenue/margin in '05: $995M / 52.6%
- Market Share in '05: GSM 20.1%, UMTS 6.5%

**CALA ($2.8B - $2.9B)**
- Operator Consolidation, capex peak in 2005. E.g. AMX, Telefonica
- Severe commercial/ economic challenges, frequently require full turnkey OEM solution in LA, Nortel strength in Caribbean
- UMTS expenditure begins in 2007
- Revenue/margin in '05: $200M / 26%
- Market Share: GSM 6.9%, UMTS 0%

**Greater China ($4.8B - $6.3B)**
- China market expected to add 300m subs in next 5 years
- Capex spend forecast highly dependant on 3G licensing timeline
- Most licensing rumors suggest a CUTC split, Nortel has 17% market share
- Revenue/margin in '05: $320M / 33.6%
- Market Share: GSM 5.6%, UMTS 10.7%

**EMEA ($21.9B - $22.3B)**
- Subs growth mostly from E Europe with 60% increase until 2008, fast growing Russia market (40 m subs in 4 yrs)
- Majority of WE spend ($11.7B) is UMTS in 07, Nortel penetration in Tier 1 operators (Orange, VF, O2)
- Aggressive UMTS deployment by Hutchison UK/Italy
- Revenue/margin in '05: $1,305M / 29.9%
- Market Share in '05: GSM 4.5%, UMTS 10.3%

**Asia ($6.6B – 6.9B)**
- Biggest subs growth India/ Pakistan/ Indonesia, low ARPU markets
- Price/price/price (Huawei a big factor), frequently require full turnkey OEM solution
- 3G Service innovation driven from Japan and Korea, Korea has largest data ARPU %
- Revenue/margin in '05: $558M / 7.5%
- Market Share: GSM 12.1%, UMTS 2%





Logos Shown for Top 10 Customers

**GSM&UMTS is 70% of total wireless market for 05-07**

Page 18    Nortel Confidential    April 18, 2005

## Competitive Position Snapshot

### GSM Strengths

>BTS18000 is leading Combo BTS

>BSC e3 capacity is advantage over some competitors

>Leading MGW for Voice Core

>GGSN capabilities continue to lead the market

### GSM Weaknesses & Threats

> End of Life GSM buying decisions challenging our commitment

>Struggling to meet features & cost required in developing markets

>Voice core capped & declining in face of next generation platforms

### UMTS Strengths

> Recognised as HSDPA market leader

>BTS18000 is leading Combo BTS

>Leading MGW for Voice Core

>IMS position improving due to recent launch and partnership with

### UMTS Weaknesses & Threats

>Contract momentum limited, 1 announcement in 12+ months

>HSDPA lead may not be long enough to exploit to potential

>Network Services business weaker than competition E///, Al, Nok

NNI_01382060
19

NNI_01382060
20



# Delivering ARPU growth via Major Programs

## HSDPA

**Delivers**
- The bandwidth for content, video, & email
- The cost per bit for profit
- The interactivity for P2P

**Nortel Leading**
- Best time to market
- More capacity
- Better transmission

## Packet Core

**Delivers**
- Billing model for content
- Reliability for service success
- Capacity Service Growth

**Nortel Leading**
- GGSN Service integ'n
- Five 9s Reliability for data
- Ready for IMS evolution

## CMS

**Delivers**
- Operator Control for P2P & messaging
- Apps integ'n to single client
- Standard interface to Apps

**Nortel Leading**
- Leading in Carrier SIP
- E2E sol'n with PC
- Strong partnership with IBM

### Messaging
- SMS
- MMS
- Etc...

### Content
- Music
- Java Downloads
- etc

### Video
- Telephony
- Streaming
- etc

### Email
- Consumer
- Corporate
- etc

### Commerce
- Micropayments
- Gambling
- etc

## Focusing on 3 major Programs for Market Leadership

Nortel Confidential

Page 20

April 18, 2005



# WiMAX/ HSOPA Market Assessment

> Most wireless broadband revenue in next 3 years will be from EV-DO / DO RIs A & HSDPA / HSUPA ($4B market in '06 vs WiMax $0.2B)

  • Easy upgrade for existing wireless operators

> WiMAX – a different model than 3G

  • Large build-out in '07 in Korea (Wibro), then US in '08; then ROW
  • Provides Connectivity, far from 3GPP Protocol Completeness

> HSOPA – the best of both worlds

  • Replace CDMA modulation with OFDM/MIMO
  • Keeps 3GPP structure above Physical Layer
  • Architecture improvement for x3-4 performance step

Nortel Confidential

April 18, 2005

NNI_01382060
21



# Agenda

> Organization, Objectives

> Market
  • Sizing / Capex Spend
  • Competitive Position
  • Trends & Dynamics

> **Business Plan**
  • P&L
  • Strat plan summary
  • Top customers

Nortel Confidential

April 18, 2005

NNI_01382060
22



NNI_01382060
23

NNI_01382060
24



# GSM UMTS Revenue Trends 2003 – 2007 $M

Legend: GSM, UMTS

Nortel Confidential

April 18, 2005

Page 24

NNI_01382060
25

# 2003-2005 P&L Trend – GSM & UMTS

| USD $M | GSM/UMTS | | | GSM | | | UMTS | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2003 | 2004 | 2005 | 2003 | 2004 | 2005 |
| Revenue | 1 989 | 2 634 | 3 378 | 1 764 | 2 247 | 2 640 | 225 | 387 | 739 |
| Standard Mgn $ | 871 | 957 | 1 105 | 851 | 897 | 974 | 20 | 59 | 131 |
| Standard Mgn % | 43.8% | 36.3% | 32.7% | 48.2% | 39.9% | 36.9% | 8.9% | 15.4% | 17.7% |
| OCNIS & Variance | 189 | 180 | 203 | 155 | 106 | 133 | 34 | 74 | 70 |
| Ocnis & Variance in % | 10% | 7% | 6% | 9% | 5% | 5% | 15% | 19% | 9% |
| Gross Margin $ | 682 | 776 | 902 | 695 | 791 | 841 | (14) | (15) | 61 |
| Gross Margin % | 34.3% | 29.5% | 26.7% | 39.4% | 35.2% | 31.9% | -6.2% | -3.9% | 8.2% |
| Total SG&A (Excld BD) | 269 | 291 | 282 | 154 | 168 | 167 | 115 | 124 | 115 |
| SG&A in % | 13.5% | 11.1% | 8.3% | 8.7% | 7.5% | 6.3% | 51.0% | 31.9% | 15.5% |
| R&D Spending | 577 | 597 | 580 | 261 | 264 | 264 | 316 | 333 | 316 |
| Other Inc/Exp. | (0) | 8 | 35 | 2 | 8 | 25 | (2) | 1 | 10 |
| EBT | (137) | (122) | 1 | 278 | 351 | 381 | (415) | (472) | (380) |
| ROS | -7% | -5% | 0% | 16% | 16% | 14% | -184% | -122% | -51% |

Notes:
2005 based on Budget
2004 draft actuals

Nortel Confidential

April 18, 2005

NNI_01382060
26

# 2005-2006 P&L by Quarter - G&U



| USD $M | Actuals | Budget | | | | | Strat. Plan | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q4-04 | Q1-05 | Q2-05 | Q3-05 | Q4-05 | FY-05 | Q1-06 | Q2-06 | Q3-06 | Q4-06 | FY-06 |
| Revenue | 725 | 875 | 856 | 774 | 873 | 3 378 | 830 | 852 | 853 | 903 | 3 438 |
| Standard Mgn $ | 358 | 294 | 270 | 267 | 274 | 1 105 | 284 | 288 | 285 | 308 | 1 165 |
| Standard Mgn % | 49.4% | 33.6% | 31.5% | 34.5% | 31.4% | 32.7% | 34.2% | 33.8% | 33.4% | 34.1% | 33.9% |
| OCNIS & Variance | 52 | 59 | 52 | 45 | 47 | 203 | 65 | 74 | 68 | 65 | 273 |
| Ocnis & Variance in % | 7% | 7% | 6% | 6% | 5% | 6% | 8% | 9% | 8% | 7% | 8% |
| Gross Margin $ | 307 | 235 | 218 | 222 | 227 | 902 | 219 | 214 | 217 | 243 | 892 |
| Gross Margin % | 42.3% | 26.8% | 25.5% | 28.7% | 26.0% | 26.7% | 26.4% | 25.1% | 25.4% | 26.9% | 26.0% |
| Total SG&A (Excld BD) | 76 | 71 | 69 | 69 | 72 | 282 | 74 | 73 | 70 | 69 | 284 |
| SG&A in % | 10.5% | 8.1% | 8.1% | 8.9% | 8.2% | 8.3% | 8.9% | 8.5% | 8.2% | 7.6% | 8.3% |
| R&D Spending | 154 | 154 | 146 | 142 | 138 | 580 | 122 | 121 | 119 | 118 | 480 |
| Other Inc/Exp. | 7 | 8 | 7 | 10 | 11 | 35 | 6 | 6 | 6 | 7 | 25 |
| EBT | 67 | 0 | (5) | 1 | 5 | 1 | 18 | 14 | 22 | 50 | 103 |
| ROS | 9% | 0% | -1% | 0% | 1% | 0% | 2% | 2% | 3% | 5% | 3% |

Q4-04 – Draft Actuals



    Nortel Confidential    April 18, 2005



# 2003-2007 - Revenue & Margin by Region

| ($US M) | Revenues 2003 Act | 2004 Act | March OL 2005 | 2006 Strat | 2007 Strat | Std Margin (%) 2003 Act | 2004 Act | 2005 March OL | 2006 Strat | 2007 Strat | Revenues in % 2003 Act | 2004 Act | 2005 March OL | 2006 Strat | 2007 Strat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GSM** | | | | | | | | | | | | | | | |
| North America | 942 | 1 042 | 932 | 669 | 568 | 52.3% | 55.0% | 53.7% | 54.4% | 54.4% | 53% | 46% | 36% | 33% | 29% |
| CALA | 101 | 170 | 200 | 200 | 210 | 23.3% | 13.0% | 29.3% | 33.6% | 33.2% | 6% | 8% | 8% | 10% | 11% |
| EMEA | 517 | 670 | 702 | 611 | 540 | 37.5% | 42.7% | 39.9% | 38.2% | 36.9% | 29% | 30% | 27% | 30% | 27% |
| Greater China | 188 | 263 | 250 | 238 | 207 | 78.8% | 53.3% | 47.6% | 42.3% | 43.2% | 11% | 12% | 10% | 12% | 10% |
| Asia | 16 | 102 | 526 | 319 | 458 | -16.0% | -120.0% | -0.2% | 8.9% | 13.7% | 1% | 5% | 20% | 16% | 23% |
| **GSM Global** | 1 764 | 2 247 | 2 609 | 2 027 | 1 983 | 48.2% | 39.9% | 36.7% | 39.0% | 36.8% | 89% | 85% | 81% | 59% | 51% |
| **UMTS** | | | | | | | | | | | | | | | |
| North America | 34 | 59 | 3 | 200 | 367 | -21.7% | 24.7% | -27.3% | 28.8% | 30.2% | 15% | 15% | 1% | 14% | 19% |
| CALA | 0 | 0 | . | . | 60 | 68.1% | 78.4% | n/a | n/a | 10.0% | 0% | 0% | 0% | 0% | 3% |
| EMEA | 191 | 327 | 498 | 699 | 881 | 21.1% | 15.8% | 26.6% | 31.4% | 31.2% | 85% | 84% | 82% | 50% | 46% |
| Greater China | 0 | 1 | 75 | 302 | 355 | n/a | -786.0% | -8.0% | 15.0% | 25.0% | 0% | 0% | 12% | 22% | 18% |
| Asia | 0 | 0 | 33 | 200 | 281 | 205.2% | 42.1% | 35.4% | 24.5% | 31.0% | 0% | 0% | 5% | 14% | 14% |
| **UMTS Global** | 225 | 387 | 606 | 1 401 | 1 924 | 8.9% | 16.4% | 22.5% | 26.5% | 29.2% | 11% | 15% | 19% | 41% | 49% |
| **TOTAL GU** | | | | | | | | | | | | | | | |
| North America | 977 | 1 100 | 935 | 869 | 935 | 49.7% | 53.4% | 53.4% | 48.5% | 44.9% | 49% | 42% | 29% | 25% | 24% |
| CALA | 101 | 171 | 200 | 200 | 270 | 23.4% | 13.1% | 29.3% | 33.6% | 28.0% | 5% | 6% | 6% | 6% | 7% |
| EMEA | 708 | 996 | 1 197 | 1 310 | 1 421 | 33.1% | 33.9% | 34.4% | 34.6% | 33.3% | 36% | 38% | 37% | 38% | 36% |
| Greater China | 188 | 264 | 325 | 540 | 582 | 71.9% | 50.7% | 34.8% | 27.0% | 31.7% | 9% | 10% | 10% | 16% | 14% |
| Asia | 16 | 102 | 559 | 519 | 719 | -14.9% | -119.3% | 1.9% | 14.9% | 20.0% | 1% | 4% | 17% | 15% | 18% |
| **GU Global** | 1 989 | 2 634 | 3 216 | 3 438 | 3 907 | 43.8% | 36.3% | 34.0% | 33.9% | 33.1% | 100% | 100% | 100% | 100% | 100% |

Cingular re-entry

BSNL   China UMTS   Korea UMTS, Japan   UMTS 900/ nation wide coverage

Nortel Confidential

April 18, 2005

NNI_01382060
27

NNI_01382060
28

# GSM/UMTS Strat Plan Summary

| GSM Regions | MARKET SIZE ($M) | | | | NORTEL REVENUE ($M) | | | | NORTEL SHARE (%) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 |
| N. America | 4 290 | 4 600 | 4 500 | 4 200 | 1 043 | 912 | 669 | 568 | 24,3% | 19,8% | 14,9% | 13,5% |
| CALA | 2 610 | 2 850 | 2 850 | 2 600 | 170 | 200 | 200 | 210 | 6,5% | 7,0% | 7,0% | 8,1% |
| EMEA | 15 740 | 16 000 | 15 750 | 14 700 | 670 | 692 | 611 | 540 | 4,3% | 4,3% | 3,9% | 3,7% |
| G. China | 4 600 | 4 400 | 3 900 | 3 400 | 263 | 245 | 238 | 207 | 5,7% | 5,6% | 6,0% | 6,0% |
| Asia Pac | 3 720 | 4 250 | 4 220 | 3 860 | 102 | 520 | 319 | 458 | 2,7% | 12,2% | 7,6% | 11,9% |
| GSM Base | 30 960 | 32 100 | 31 220 | 28 760 | 2 255 | 2 569 | 2 037 | 1 983 | 7,3% | 8,0% | 6,5% | 6,9% |

| UMTS Regions | MARKET SIZE ($M) | | | | NORTEL REVENUE ($M) | | | | NORTEL SHARE (%) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 |
| N. America | 200 | 500 | 1 200 | 1 900 | 60 | 3 | 200 | 367 | 29,8% | 0,7% | 16,7% | 19,3% |
| CALA | 0 | 0 | 0 | 300 | 0 | 0 | 0 | 60 | 0,0% | 0,0% | 0,0% | 20,0% |
| EMEA | 4 500 | 5 700 | 6 600 | 7 600 | 328 | 494 | 699 | 881 | 7,3% | 8,7% | 10,6% | 11,6% |
| G. China | 0 | 600 | 2 700 | 3 100 | 0 | 50 | 302 | 355 | 0,0% | 8,3% | 11,2% | 11,5% |
| Asia Pac | 1 600 | 2 000 | 2 300 | 2 700 | 0 | 103 | 200 | 261 | 0,0% | 5,1% | 8,7% | 9,7% |
| UMTS Base | 6 300 | 8 800 | 12 800 | 15 600 | 388 | 651 | 1 401 | 1 924 | 6,2% | 7,4% | 10,9% | 12,3% |

| GSM&UMTS Regions | MARKET SIZE ($M) | | | | NORTEL REVENUE ($M) | | | | NORTEL SHARE (%) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 |
| N. America | 4 490 | 5 100 | 5 700 | 6 100 | 1 103 | 915 | 869 | 935 | 24,6% | 17,9% | 15,2% | 15,3% |
| CALA | 2 610 | 2 850 | 2 850 | 2 900 | 170 | 200 | 200 | 270 | 6,5% | 7,0% | 7,0% | 9,3% |
| EMEA | 20 240 | 21 700 | 22 350 | 22 300 | 998 | 1 187 | 1 310 | 1 421 | 4,9% | 5,5% | 5,9% | 6,4% |
| G. China | 4 600 | 5 000 | 6 600 | 6 500 | 263 | 295 | 540 | 562 | 5,7% | 5,9% | 8,2% | 8,6% |
| Asia Pac | 5 320 | 6 250 | 6 520 | 6 560 | 103 | 623 | 519 | 719 | 1,9% | 10,0% | 8,0% | 11,0% |
| G&U Base | 37 260 | 40 900 | 44 020 | 44 360 | 2 636 | 3 220 | 3 438 | 3 907 | 7,1% | 7,9% | 7,8% | 8,8% |

Nortel Confidential
April 18, 2005

# Top Revenue Opportunities

| Opportunity | 2005-7 Plan | 2004 Actuals | 2005 Budget | Key Actions to Close |
|---|---|---|---|---|
| T-Mobile (USA)<br>*GSM* | $863M | $325M | $293M | >GSM POR delivery 15.0.1/BTS 18K/15.1.1<br>>2005 includes S18K for $112M starting Q2-05<br>>$50M potential LD if BSS SW v15.1.1 not delivered Q3-05 |
| *Cingular (USA), Cellcom/BSI (Israel)*<br>*GSM/UMTS* | $903M | $278M (AWS) + $198M (Cing.) | $352M | > Packetized Voice R4 deployment, NSS18 upgrade<br>> CSAT execution to re-enter 3G |
| Vodafone, Orange, O2 (EMEA)<br>*GSM/UMTS* | $1 732M | $456M | $476M | >Resolve VF Spain turnkey implementation delays<br>>UMTS POR - UK release UA4.1and get acceptance in 05 delivery |
| Bouygues (EMEA)<br>*GSM/UMTS* | $231M | $174 | $168 | >Fulfill feature requests in v15.1.1 |
| CNC, CTC, CUTC, CMCC (G. China)<br>*GSM/UMTS* | $1 002M | $217M | $317M (242+75) | > License timing & deployment<br>> R4 VoIP program<br>> critical assumption: CUTC split |
| SK Telecom, KT (Korea)<br>*UMTS* | $472M | | $35M | > LG reseller agreement (including technology transfer) / JV closure |
| BSNL (India)<br>*GSM* | $1 639M | $23M | $420M | > Deliver Phase 1 50% expansion profitability<br>>Proactively influence Phase 2 expansion RFQ for 50 M subs – Go/No Go decision by Jul '05 |
| Softbank (Japan)<br>*UMTS* | $800M | | | > Execute on MOU for trial partnership<br>> Requires in-country investment (trial/people) & incremental R&D spending over 2005/6 |
| **Total Top**<br>**Top in % of Total** | **$7 642M**<br>**72%** | **$1 671M**<br>**63%** | **$ 2 061M**<br>**61%** | |

NNI_01382060
30



# G/U Mix By Product Line - 2005

> Access R&D spending proportional share of revenue but not std margin. (includes most of the impact of BSNL, Vf. Spain Tunkey, Mobistar Rip)

> Voice Core. Represents 1/4 of revenue, 1/3 of margins, but less than 1/5 of R&D investment (margin erosion trend as TDM market declines)

> Packet core investment outweighs both 2005 revenue & standard margin.

April 18, 2005

Nortel Confidential

Page 30

NNI_01382060
31

# G/U Revenue & Std Margin by Type 2005





> Negative OEM margins due to BSNL & Vodafone Spain Turnkey project.

Nortel Confidential

April 18, 2005

NNI_01382060
32

# GSM/UMTS: Three-Stage Plan to Win!




> **Stage 1/ Q4 – Re-alignment & Analysis**
> - Combined groups – formed common product development teams
> - Create GU P&L; establish break even model
>    - Initial 2005 view ($60M)
> - P&L analysis by domain (Access, VC, PC, Services); initiate reductions/efficiencies
> - Solutions approach for end-to-end for both GSM/ UMTS
> - Analyzed top 10 global GU customers in terms of revenue/margin contribution, CSAT

> **Stage 2/ Q1- Cut Cost (tactical)**
> - Drive R&D below budget levels $555M vs $580M
>    - Aggressive NPW reduction in France
> - Focused partnership discussions:
>    - Channel: LG (Korean market access), Strom (Russian market access),
>    - R&D pooling: Aura, Saturn, Aragorn
> - Analyze sustaining cost to create investment headroom
> - Cost leadership: BSNL workshop/ VAVE with key vendors

> **Stage 3/ Q2 & Q3 – Growth & Sustained Profitability**
> - Implement project *Legacy* – ops, R&D
> - Close on channel partnerships – Strom, LG
> - Validate portfolio strategy based on partnership status
> - Implement COEs in GDNT, India

Nortel Confidential

April 18, 2005

NNI_01382060
33



 Nortel Confidential April 18, 2005



# CTO review – next items

> Debbie Bourland
  - Voice Core
  - Packet Core

> Alain Biston
  - GSM/UMTS Solutions
  - Access

NNI_01382060

34

April 18, 2005

Nortel Confidential

Page 34

NNI_01382060
35



# Partnerships

April 18, 2005

Nortel Confidential

Page 35

NNI_01382060

# G & U Market Analysis

❖ **GSM Market Analysis : Very competitive market**

➢ Still a lot of players (E//, N, S, A, M, Z, H, Nortel) : 8 players
➢ Market size 2005 : 32 Bus $ means (4 Bus $ or 12.5%MS per player)
➢ Operators consolidation, pressure on OPEX/CAPEX
➢ GSM/GPRS :   mature technology
➢ EDGE :          deployment phase
➢ GERAN :        investment mode
➢ Pricing pressure

❖ **UMTS Market Analysis  : Very competitive market**

➢ Still a lot of players (E//, N, S, A, M, Z, H, Lu, NEC, Lg, Sg, Nortel) : 12 players
➢ Market size 2005 : 8 Bus $ means (0.66 Bus $ or 8.3% MS per player)
➢ Pricing pressure
➢ Still investment mode to stay in the race
➢ Lower volume than GSM, except if we move to UMTS 900 Mhz

Page 36                                    Nortel Confidential                                    April 18, 2005

36

# Market Positioning

| REGION | GSM | | UMTS |
|---|---|---|---|
| Noth America | TMO is still leading our revenues<br>Cingular is at risk. MicroCell is out | | TMO still the target, need to go back to Cingular despite the risk of rip, Roger still possible |
| CALA | Carribean in better situation than South America | | Telefonica will become a key player |
| Western Europe | Not many new opportunities, mainly expansion | → | Five big operators (O2, Orange, Vodafone, Hutchison, TMO), but no new big expansion before UMTS 900 and Bytel |
| Eastern Europe | Russia is the key opportunity, but competitors have a huge lobbying power | | Opportunities Russia and other countries, but again political lobbying power will be key (Strom initiative) |
| MEA | Not really in the region | – | On a case per case basis |
| Great China | Small new opportunities, mainly expansion or EDGE could start in china | | Will depend on the split between operators , could be good for Nortel<br>No more solution for TD-SCDMA |
| India/Pakistan | Big expansion, new tenders, but cost issues | | Good opportunities if we leverage our GSM base |
| Rest of Asia | Very small presence | → | Korea and Japan are the two key countries but results would be binary |

Nortel Confidential

April 18, 2005

NNI_01382060<br>37

## Summary :

| 10 TOP + | 10 TOP - |
|---|---|
| Leadership in Packet Core | Losing ground on our most profitable business : North America |
| Leadership in HSDPA | Not competitive anymore in the evolution of the R4/R5 solutions (HSS, R4, R5) catch up mode |
| Profitable GSM Business | GSM access is late in terms of features (CS3/CS4, HR,...) and not competitive in terms of cost |
| Recognized OAM solution and iBTS converged story | UMTS is still in an investment mode, we have pressure on R&D and our main competitors are investing much more than us (x2 to x3) |
| Improvement in SW quality | Need to speed up our legacy and sustaining programs to low cost countries |
| Good set of opportunity Korea, Japan, India, China | For EE, MEA & Asia, pricing pressure and political lobby are key for the success |
| Strong relationship with terminal vendors | P&L very challenging because of the need to take new market share with low entry price |
| Advanced technology assets for HSDPA strategy | MPE delivery key to maintain our PC leadership |
| Competitive access UMTS cost structure | Fight marketing campaign : « Big is Beautiful » |
| Key European operators are now Nortel customers thanks to UMTS | Very low capacity in terms of financing |

Nortel Confidential

April 18, 2005

NNI_01382060
38

# What is the G&U plan to address the gap :

## PRODUCT

- Need to get a solution for Voice core (internal or OEM)
- Get the best out of the GSM POR (minimize LD)
- Drive CR programs across the portfolio
- Maintain leadership in PC & HSDPA
- Drive sustaining and legacy to low cost countries
- Need to have a micro & RRH programs (could be OEM)

## PRODUCT COST & TIME TO MARKET

- More and more ideas for CR programs
- Trade off in terms of features for the GSM POR
- V15.1.1 & V4.2 have to be protected
- R&D centers strategy need to be linked with business targets

## SALES AND MARKETING

- Secure the NA market TMO and back in Cingular
- Asia : India a lot of GSM tenders & UMTS
- Need to get Korea and Japan
- Leadership in GSM-R and push GSM technology into the Defense area
- Russia main target for EE and Bytel for WE

## OPERATIONS

- Execute smoothly the Allegro transfer
- Improve our turnkey result (Spain) and focus on our cost structure
- Drive very hard OCNIS structure and cost models for operation services

**Maximum target for market share will be 9 %**

Page 39

Nortel Confidential

April 18, 2005

NNI_01382060
39

NNI_01382060
40



# Key Learnings from Partnership Discussions

> Nortel track record poor, e.g. Audiocodes MGW, Spatial CS

> NDA feedback: G/U R&D is 1/2 - 1/3 vs Big Three (E///, Nokia, Siemens)

> We need to move more quickly in terms of transitioning R&D to low cost centres,

  • this awareness has triggered rapid action plan to address CPP

  • E.g. April 7 Sasken/Nortel press release

> We have market leadership in UMTS RNC/ Node B/ HSDPA (including product cost) and Packet Core GGSN

  • This makes Nortel more attractive for partnership discussions

> We are behind in GSM access feature availability and product cost

  • Renewed focus on CR, gap is 20%+

> With respect to reducing R&D as a % of sales, we need to continue momentum in reducing R&D spend for # of network elements in Nortel – many of the possible options involve competitors e.g. CS, Siemens SGSN

  • Leads to R&D pooling approach with competitors

  • Need to revisit Nortel platform strategy to maximize synergies



Nortel Confidential

April 18, 2005

NNI_01382060
41

# LEGOLAS ++ Solution : Full JV for G&U Business

## PRODUCT

- R&D pooling concept (1+1=1,5)
  - More R&D power to compete
- Find the Partner to help us on :
  - GSM access
  - Voice Core evolution
- Find the partner who will speed up low cost countries positionning

## SALES

- Partner should provide lobbying power for EE, MEA and Asia
- Should have synergy in terms of geographical mix and customer mix
- Should achieved by the merge a market share target close to 20%
- Give us an opportunity to offer financing

## COST & TIME TO MARKET

- By rationalysing the G&U portfolio in an unique stream, we can achieve better cost point and features avalibility (GSM access, Voice Core)
- This will address the new concept : « big is beautiful »

## OPERATIONS

- Synergy for the COS organization across the globe
- Strengthen credibility in regions where we are not present and be able to use their expertise
- Could provide more savings on the supply chain challenge

## Candidates would be more likely Siemens or Alcatel type of company

NNI_01382060
42

legend
- No change
↑ BETTER
↑↑ REALLY GOOD

| GAPS | Nortel (alone) | | ALCATEL | | SIEMENS |
|---|---|---|---|---|---|
| Voice Core Product | Potentially will have a solution but late in the market place | ↑↑ | Use of Spatial and Tomix program | ↑ | Better R&D capability but late like Nortel |
| Packet Core Product | Leadership but future based on the MPE program | - | They will take Nortel portfolio | ↑ | Nortel GGSN and their 2G/3G SGSN |
| GSM Access Product | Difficult position because good revenues but late on features and cost issues | ↑↑ | Convergence on their portfolio, better features and cost | ↑↑ | Convergence on their portfolio |
| UMTS Access Product | Leadership position in HSDPA but late on micro layer | ↑ | Convergence on our portfolio with more R&D power | ↑ | Convergence to be finalized but more R&D power |
| OAM Product | Full system view | ↑ | Convergence on our portfolio with more R&D power | - | Have a full system too |
| Regions/Market share | See previous slides. Maximum 9-10% | ↑ | MEA & Asia will be improved 20% achieved | ↑ | CALA, MEA especially EE will be improved 20% achieved |
| Customer mix (TIER 1) | Better in UMTS than in GSM | - | Huge TIER 2 based better GSM footprint | ↑↑ | Great coverage of TIER 1 operator, better UMTS footprint |
| R&D low cost | Sustaining & legacy plan to move to low cost | ↑ | Big Chinese base | ↑ | Big EE base |
| GSM-R | Leader in the market place | ↑ | Complementary with their signalling business | ? | Anti-trust issue |

Nortel Confidential
April 18, 2005

NNI_01382060

## Conclusion – Partnership

It appears that Nortel alone for the GSM/UMTS business could achieve at the maximum 9% market share worldwide but will have to suffer of price pressure due to the main market shifting to Asia.

GSM business will decline due to the unability to win a lot of new business (cost issue, entry prices, Voice Core products late) and UMTS business will grow slower than expected and especially in NA and Asia. All of this, will create pressure on the P&L profitability.

It appears that one of the best way to address the R&D investment battle, customer and geographical mix, to be able to achieve  a 20% market share with a better profitability, is to do asap a R&D pooling  or even a JV scope with a well choosen partner.

Definitively, it will position Nortel in Tier 1 camp of the « Big is Beautiful ».

Nortel Confidential

April 18, 2005

NNI_01382060
44

# Status of LG Partnership



> Context
- Network Infrastructure JV (50%+1 for Nortel) to enter Korean market
- For UMTS: LG Core, Nortel UTRAN, maintain/rip existing LG BTS (~715)
- Target customers, market share: SKT (40%) and KT Freetel (60%)
- Intangible: lead infra vendor in world's most advanced mobile data market
- Sophisticated R&D team at 50% cost of NA/WE
- Stimulates Global portfolio: HSOPA/Wimax/OFDM, Micro NodeB, RRH

> UMTS Financials (Nortel Consolidated *)
- UMTS in Korea: $300M in 05-07 + $220M in 08-09 at GM 31% in 05 → 48% in 07
- Global Products: $240M in 06-07 + $130M in 08-09 at GM 7% in 06 → 40% in 07
- R&D: SKT/KTF $28M, Micro/RRH $12M, Nortel $4M, Available/Wimax $17M

> Timeline
- LG as channel until end 2Q05, Tech Transfer starting immediately
- Begin JV in 3Q05, JV independence in 4Q05

> Risks
- JV valuation
- Tech transfer velocity
- Holding content and dates global POR upon which Korean commitments are built

(*) Pending assessment of revenue recognition impacts

Page 44          Nortel Confidential          April 18, 2005