This is Exhibit "B" referred to in the Affidavit of PHILIPPE ALBERT-LEBRUN sworn *3 May* , 2014

_____
Commissioner for Taking Affidavits (or as may be)

Vu pour la certification
matérielle de la signature
de Mr *Philippe ALBERT-LEBRUN*
apposée *ci-dessus*



**FiDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

**Nortel Networks S.A.**

**Transfer Pricing – Meeting with French Tax Authorities**
**9th March 2006**

NNI_01027714
1

# **FiDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

## **FTA Meeting 9th March 2006 | Content**

- **Key messages – Timing of decision making process**    **Page 3**

  **Overview of Nortel Networks Group**    **Page 5**

- **NNSA – Functional Analysis**    **Page 9**
  - R&D
  - Manufacturing
  - Distribution
  - Mgt. & Admin.
  - Risks    **Page 20**

- **Market & Industry Overview**    **Page 23**

- **Summary**    **Page 24**

- **Residual Profit Split**
  - Overview
  - Detail calculation    **Page 37**

- **US GAAP to French GAAP**    **Page 39**

- **Restatement**    **Page 41**

- **APA update**    **Page 42**

- **Conclusion**

- **Question & Answer**

© FIDAL    2

NNI_01027714
2



NNI_01027714
3



**FIDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

# CSA to RPS | Change in method

- **Nortel's desire to implement RPS predates the overall loss-making situation**

- **CSA could result in a sharing of costs but not of benefits**
  - → main consideration in the IRS & CRA suggestions to implement RPS

- **The Canadian and US fiscal authorities consider that the RPS is the most appropriate method**

- **CSA could not be applied in an overall loss-making situation**

© FIDAL                                                                          4



**FIDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

### ■ Overview of Nortel Networks

© FIDAL                                                           5



**FIDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

## Nortel Networks | About

- **Nortel is a leader in the Communications Equipments industry, especially in the wireless segment.**

- **Main business consists of the design, development, manufacture, assembly, marketing, sale, licensing, installation, servicing and support of various network solutions.**

© FIDAL

6

NNI_01027714
6



**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# Nortel Networks | Clients

## ■ NNSA's 5 main clients by revenue are listed below

| 2002<br>*Source: NNSA* | Revenues | % of Total Revenue |
|---|---|---|
| **Bouygues Telecom** | 57,296,242.29 € | 8% |
| **Orange France** | 54,015,857.51 € | 7% |
| **Orange Slovensko** | 20,636,562.00 € | 3% |
| **T-Mobile** | 11,434,801.30 € | 1% |
| **Mobilkom** | 10,595,574.56 € | 1% |
| Total | 153,979,037.66 € | 20% |

© FIDAL

7



**FiDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

## Nortel Networks | The value chain

■ **Nortel's value chain is summarized below:**

Research, Design and Development → Manufacturing / Operations → Distribution

- R&D: the core competency of Nortel which drives the value creation within Nortel and distinguishes it from its competitors.
- Technology tends to have a short commercial life and value without ongoing R&D
- Even with current R&D spend, there is a risk of rapid decline in commercial value of developed and in-process technology (including time spent to bring to market)
- R&D drives revenue and value-add, and distinguishes Nortel from its competitors
- NNSA performs all functions related to the above value chain and assumes corresponding risks

© FIDAL

8

NNI_01027714

8



NNI_01027714
9



**FiDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# NNSA | Functional Analysis
# Research & Development

- **NNSA is specialized in developing technologies for the wireless Networks division**

- **In doing so, NNSA benefits from the R&D efforts of other Nortel entities, not necessarily specialized in the area of Wireless Technology**

⇨ **R&D efforts are highly inter-related and can migrate between divisions, between product lines, between regions**

   For example: Switching developed in "Wireline", or Data routers developed in "Enterprise", may be part of another product line sales, for example "Wireless"

- **As R&D is highly interrelated it is impossible to track R&D costs that are associated with revenue streams. Some R&D is aborted and then continued in subsequent periods, and others are never commercially exploited.**

© FIDAL                                                                10



**NNSA | Functional Analysis**
**Research & Development**

- **The importance of R&D is reflected by the following:**

  - R&D expenses
  - Number of Patents
  - Proportion of R&D staff to total employees

© FIDAL

11

NNI_01027714
11



**FiDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

## NNSA | Functional Analysis
## Research & Development

- **R&D Staff:**

    The R&D staff has been the least to be affected by the global downsizing after 2000.

**NNSA Headcount Evolution**
*Source: Nortel Networks*

■ R&D □ TOTAL

© FIDAL

12



## NNSA | Functional Analysis
## Research & Development: Conclusion

- **Nortel's core business is developing and maintaining technically advanced networking solutions.**

- **Even as Nortel's global operations have contracted since 2000, the nature and functional scope of the operations by the Nortel R&D entities with respect to their R&D and sales/distribution activities remained relatively unchanged; however, overall R&D resources increased relative to Nortel's overall workforce.**

- **R&D activities are highly inter-related, and R&D efforts can migrate between entities, divisions, product lines, and regions.**

- **As a result of the integrated and inter-related nature of R&D efforts, Nortel entities are highly dependent on each other and could not survive in the market place on a stand alone basis.**

© FIDAL                                                                13

NNI_01027714
13



DIRECTION INTERNATIONALE   TAX LAW FIRM

## NNSA | Functional Analysis
## Manufacturing Operations

- **Manufacturing within Nortel is done either:**
  - In-house
  - Contract manufacturing (sub-contractors)

- **All manufacturing operations undertaken in France are done in-house.**

- **Manufacturing is considered a routine activity within Nortel.**

© FIDAL

14





**FIDAL**
DIRECTION INTERNATIONALE   TAX LAW FIRM

# NNSA | Functional Analysis
# Sales, Marketing & Distribution

- **Distribution-related functions include:**
  - performing sales and support
  - analyzing local market conditions and supplying local market information
  - distributing Nortel products in the local market
  - installing Nortel products on client premises

- **Competitive differentiation stems mainly from technology**
- **Nortel's R&D efforts are known in the market place and NNSA's clients expect NNSA to deliver technological innovative products and ideas. As such, it is R&D that drives demand**

⇨ **Distribution is a routine function within the Nortel organisation**

© FIDAL                                                                 16

NNI_01027714
16



**FiDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

## NNSA | Functional Analysis
## Management and Administration

- **NNSA performs the usual administrative functions in manufacturing and distribution Nortel's products in France:**

| General Management & Administration |
| :---: |
| Finance |
| Treasury |
| Training |
| Human Resources |
| Legal Services |
| Internal Audit |

© FIDAL

17



**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

## NNSA | Functional Analysis
## Risks Incurred by NNSA

- **NNSA incurs the risks corresponding to the functions it performs\*:**
  - R&D risk
  - Market risk
  - Product liability risk
  - Customer credit
  - Foreign exchange risk
  - Inventory risk

    - \* see back-up slides for an explanation of each risk

© FIDAL

18

NNI_01027714
18



**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# NNSA | Functional Analysis Conclusion

- **R&D is the key activity:**
  - The development of new, technically advanced products is a complex and uncertain process;
  - requires high levels of innovation as well as an accurate anticipation of technological and market trends; and
  - product is constantly changing to incorporate the latest in technological advances.
  - R&D efforts are highly inter-related and technologies migrate between divisions, product lines and regions
  - R&D drives value-add and revenue
- **NNSA is an entrepreneur:**
  - NNSA is a Nortel Integrated Entity involved in all activities of the group.
  - NNSA engages in major R&D activities and bears corresponding risks

  ⇨ **NNSA bears the risks associated with its activities and may incur losses if such risks materialize**

© FIDAL

19



NNI_01027714
20



**FIDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

# Market and Industry Overview | Unprecedented collapse

- In the late 1990s, the demand for the new "information age" technology was extremely high and the search for new and commercially viable technological solutions, M&A activity reached a frenetic pace.

- During this period, companies invested heavily in information and telecommunication technology. As a result, telecommunication companies invested heavily as well in anticipation of continued growth in the market.

- The early 2000's, marked the start of a period of general economic uncertainty.  Subsequently, technology markets collapsed with a precipitous drop in demand for, and capital investment in, products incorporating the Nortel's and its competitors technologies in 2001.

- Severe decline in value of technology

- To illustrate, Nortel's market cap. declined from a high of $260 B (US) in 2000 to $2 B (US) in 2002.

© FIDAL

21



## Market and Industry Overview |
## Nortel's Response

**DIRECTION INTERNATIONALE   TAX LAW FIRM**

- **Nortel's strategy in response was to focus its resources on those areas that provided true competitive differentiation and offered the most value for customers – development and deployment of new products.  As a result, during 2000 – 2003, Nortel:**
  - focused on core R&D activities increasing the relative size of its R&D force;
  - proportionately downsized its distribution and management resources.
- **Nortel is convinced that on-going success is driven by the demand for technically advanced products, i.e. that technology is the key to its success.**
- **This strategy does give rise to substantial commercial risks:**
  - Substantial investments required in product R&D
  - The development of new, technically advanced products is a complex and uncertain process
  - Requires high levels of innovation as well as an accurate anticipation of technological and market trends;
  - Product is constantly changing to incorporate the latest in technological advances

 High investment in product with high degree of commercial risk due to rapidly changing technologies, evolving industry standards, frequent product introductions and short product life cycles

© FIDAL

22



**FiDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

# Summary

- Nortel's functional profile confirms the key role the R&D process plays in positioning the group vis-à-vis its competitors

- NNSA is a main R&D center within the Nortel Group

- The period under review, 2001 to 2003, was characterized by an unprecedented downturn in the telecoms industry and significant decrease in IP value

- Nortel has always exercised best efforts in adhering to the arm's length principle

- This is evidenced by the extensive TP documentation available within the Group and the significant investment made by NN to ensure continued adherence to the arm's length principle

- The RPS is the most appropriate TP method given NNSA's entrepreneurial role in the NN organization

- IRS, HMRC & CRA have accepted RPS as the most appropriate method

- Losses incurred by NNSA do not solely result from the implementation of the RPS model

⇨ Implementation of RPS method cannot be qualified an abnormal act of management since it adheres to the arm's length principle and OECD guideline's recommendations

© FIDAL                                                                                                    23

NNI_01027714
23





**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

## RPS I OECD Guidelines

- **According to OECD guidelines**
  - Where transactions are very interrelated it might be that they cannot be evaluated on a separate basis

  - A residual analysis divides the combined profit from the controlled transactions under examination in two stages:

    - Each participant is allocated sufficient profit to provide it with a basic return appropriate for the type of transactions in which it is engaged [determination of routine returns]

    2. Any residual profit (or loss) is allocated among the parties [determination of return to entrepreneurial functions]

© FIDAL

25



**DIRECTION INTERNATIONALE   TAX LAW FIRM**

## RPS I Application to NNSA

### ■ Application to NNSA

- ▪ NNSA engages in R&D activities which are interrelated with other NN R&D centers' activities

- ▪ Nortel's desire to implement RPS predates the overall loss-making situation (industry downturn)

- ▪ Sharing in profits allows NNSA to benefit from Nortel's global R&D efforts

- ▪ RPS will benefit NNSA in the long term

© FIDAL                                                    26



**FIDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

## RPS – Sharing Operating Profits

- **OECD Guidelines note that generally profits to be shared will be operating in nature**

- **Operating profit is the primary measure of performance relative to R&D spend**

- **Non-operating income and expense is not relevant to the core business of Nortel**

- **Each entity is at risk for their relevant non-operating items**

© FIDAL                                                                 27





**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# RPS | Overview

- **Step 1: Calculate economic profit as follows:**
  - Start with operating profit (US GAAP)
    - + Add-back R&D expenses
    - - Subtract R&D capital stock amortization
- **Step 2: Calculate routine returns for:**
  - Routine distributors
  - Manufacturing (Return on Net Assets RONA)
- **Step 3: Calculate residual profit:**
  - Start with economic profit (from Step #1 above)
    - - Subtract routine returns (from Step #2 above)
- **Step 4: Split residual profit as follows:**
  - Ratio of capitalized R&D capital stock.
- **Step 5: Total remuneration**
  - Sum of routine returns plus residual profit allocation
- **Step 6: Adjust operating profit by entity**

NNI_01027714
29



DIRECTION INTERNATIONALE   TAX LAW FIRM

## RPS | Detail

- ### **Step 1:  Calculate Economic Profit**
- ### **Start with consolidated US GAAP operating profit** (A)
- ### **Adjust operating profit for the following items:**

  +/-   Foreign exchange gains/losses (B)

  +   Goodwill amortization

  +   Restructuring costs (C)

  +/-   prior years TP adjustments

  **= Adjusted Operating Profit**

  + Add-back R&D expenses of the current year

  - Subtract economic R&D capital stock amortization

  **= Economic Profit**

  - Please note that under US GAAP, the following items are considered non-operating; non-business gains and losses, and  royalties.  As such, these items are not shared among the participants

  A.   Item considered operating in nature and are included in Operating Profit

  B.   Item considered non-operating in nature and is removed from operating earnings to arrive at Adjusted Operating Profit

© FIDAL

30



**FIDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

**RPS | Detail**

- **Step 2:  Routine Returns: Routine Distributors**
- **Attribute routine distribution returns → return on sales**
- **Mechanics per APA submission:**
  - i.  Determine sales growth percentage
  - ii. Determine benchmark return (LQ, median, UQ - depends on (i) above)
  - iii. Determine working capital adjustment to the benchmark return determined above
  - iv. Apply return (recognizing the set floor and cap returns)
- **Notes:**
  - Working capital adjustment = WC x (LIBOR + 300 BPS)

NNI_01027714
31


**FIDAL**
DIRECTION INTERNATIONALE   TAX LAW FIRM

# RPS | Detail

- **Step 2:  Routine Returns: RPS Participant**
- **Attribute routine distribution/manufacturing return → WC + RONA**
- **Mechanics per APA submission:**
    - i. Working capital return → 8.86%
    - ii. Long-term asset return→ 23.6%
    - **Sum of (i) + (ii) = routine return**
- **Notes:**
    - WC = receivables + inventories – Payables - Accrued Expenses
    - WC return = LIBOR + 300 BPS
    - Long-term assets = net PP&E + Other LT Assets
    - Long-term asset return = median of range → contract manufactures

© FIDAL                                      32



**FiDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

# RPS | Detail

- **Step 3:  Calculate Residual Profit**
- **Economic profit less routine returns attributed to:**
  - Routine distributors (per Step 2)
  - RPS Participants (per Step 2)

© FIDAL

33



**FiDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# RPS | Detail

- **Step 4:  Split Residual Profit**
- **Residual profit is split between participants based on ratio of each participants R&D capital stock to total R&D capital stock**
- **R&D capital stock balances are determined as follows:**
  - determine opening balance of RPS participant
  - \+ add current year R&D
  - \- deduct current year amortization at 30% declining balance (1/2 year rule applies to additions)
  - **= ending balance**

Notes:
- Past R&D (incurred under old R&D CSA) is added to the capital stock pool via opening balances
- No dispositions of capital stock balances due to:
  - Sale of IP
  - Writedowns of IP
- 30% rate effectively gives a 15 year life to the IP

© FIDAL                                                                          34

NNI_01027714
34



**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

## RPS | Detail

- **<u>Step 5:  Total Remuneration</u>**
  - Add routine returns earned
  - Plus the residual profit allocated
  - = Total remuneration under Residual Profit Split

- **Compare total remuneration to Economic Profit (Step 1)**
  - Difference equals transfer pricing adjustment

- **<u>Step 6:  Adjust Operating Profit by Entity</u>**
  - Operating profit +/- transfer pricing adjustment
  - Equals revised operating profit after application of RPS methodology

© FIDAL

35



**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# RPS | Most Appropriate Method

- **The group as a whole incurred losses during the period under review. All integrated entities shared in this loss given their entrepreneurial role.**

- **As demonstrated in the functional analysis, all telecommunication companies incurred entrepreneurial losses after 2000.**

- **The RPS is the most appropriate method to compensate NNSA commensurate with its functional profile and the entrepreneurial role it plays in the Nortel organization**

© FIDAL                                                                36



**FiDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

# US GAAP to French GAAP Analysis

- **Differences of accounting methodology between French & US GAAP:** fixed assets depreciation over different useful live, derogatory method not recognized in US GAAP, applicative software are expensed in US GAAP when they can be capitalized in French GAAP...

- **Differences between statutory and consolidation:** At year end, inventory mark up purchased within Nortel and not incorporated in manufacturing process, is activated from French GAAP purpose whereas it is eliminated for Nortel US GAAP consolidation

- **Differences due to timing between French & US GAAP:** Entries can be incorporated in French GAAP thanks to a later filing of F/S compared to the US GAAP filing date. RPS true up is a good example of these temporary differences between years.

- **Consolidation adjustments :** entity scope taken into account for RPS calculation under title "France" is larger than NNSA. It includes an entity of consolidation and an entity of restatements.

© FIDAL                                    37



**FIDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

**Reconciliation
2001-2003 RPS adjustments**

- **2001– 2003 Transfer pricing adjustments can be reconciled to financial statements of NNSA**

- **Refer to Excel schedules (separate handout)**

© FIDAL

38



NNI_01027714
39

 **FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# Restated Numbers – Transfer Pricing Impact 01-03

| US $ Mil | | | NNL | France | ROW | Total |
|---|---|---|---|---|---|---|
| **Year 2001 (original as filed)** | | | | | | |
| | | | | | | |
| Adjusted Operating Income/(Loss) | Original | | (2,109.5) | (386.0) | (3,455.5) | (5,951.0) |
| RPS -TP Adj. | Original | A | (68.0) | (28.3) | 96.3 | – |
| **Year 2001 - Restated** | | | | | | |
| Adjusted Operating Income/(Loss) | RESTATED | | (1,886.0) | (326.6) | (2,325.8) | (4,538.5) |
| RPS -TP Adj. | RESTATED | B | 152.4 | 18.3 | (170.6) | – |
| | | | | | | |
| **Incremental change** | **Yr 2001** | **C=B-A** | 220.4 | 46.6 | (266.9) | (0.0) |
| **Year 2002 (Original as Filed)** | | | NNL | France | ROW | Total |
| | | | | | | |
| Adjusted Operating Income/(Loss) | Original | | (799.8) | (278.7) | (700.5) | (1,779.1) |
| RPS -TP Adj. | Original | A | 272.9 | 42.6 | (315.5) | – |
| **Year 2002 - Restated** | | | | | | |
| Adjusted Operating Income/(Loss) | RESTATED | | (824.6) | (281.3) | 126.2 | (979.7) |
| RPS -TP Adj. | RESTATED | B | 522.2 | 108.4 | (630.6) | – |
| | | | | | | |
| **Incremental change** | **Yr 2002** | **C=B-A** | 249.3 | 65.9 | (315.2) | (0.0) |
| **Year 2003 (Original as Filed)** | | | NNL | France | ROW | Total |
| | | | | | | |
| Adjusted Operating Income/(Loss) | Original | | 10.1 | (32.5) | 685.8 | 663.4 |
| RPS -TP Adj. | Original | A | 245.7 | (27.7) | (218.1) | – |
| **Year 2003 - Restated** | | | | | | |
| Adjusted Operating Income/(Loss) | RESTATED | | 26.7 | (50.9) | 463.5 | 439.3 |
| RPS -TP Adj. | RESTATED | B | 146.9 | (22.9) | (124.0) | – |
| | | | | | | |
| **Incremental change** | **Yr 2003** | **C=B-A** | (98.9) | 4.8 | 94.1 | 0.0 |
| **3 yrs. Incremental change** | **increase/(decrease)** | | 370.8 | 117.2 | (488.0) | (0.0) |

© FIDAL

40



**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# Update of APA status

- **HMRC, CRA & IRS have all accepted the Residual Profit Split as an acceptable method**

- **Preliminary tri-lateral meeting held February 21st in Washington to discuss facts of case**

- **Two more tri-lateral meetings expected in 2006 to discuss and negotiate position**

© FIDAL

41



NNI_01027714
42



# Conclusion

■ **Several factors should be taken into account when assessing the arm's length nature of NNSA remuneration and the reasons for the losses it incurred:**

- the functions and risks assumed by Nortel Networks SA.
- the business changes undertaken and the strategies NNSA adopted.
- ⇨ as an entrepreneur, NNSA shares substantial entrepreneurial risks with other NN entities

- the economic circumstances and the market conditions surrounding its transactions
- ⇨ unprecedented collapse of the market and demand adversely impacted the group's profitability in general and NNSA's results in particular

■ **The RPS is the most preferred approach to set NNSA transfer prices:**

- a shared benefit was not fully recognized by the previous transfer pricing method.
- as a result, after expiration of old APAs, and following discussions with the IRS, CRA and HMRC, RPS emerged as the most appropriate method to assess transfer prices within the Nortel group.
- Extensive analysis and documentation were developed to justify and support the application of the RPS method with the assistance of third party economists.
- a practical difficulty in the CSA formula was such that the CSA could not be applied

NNI_01027714
43



# Conclusion

➪ **Implementation of RPS method cannot be qualified an abnormal act of management since is adheres to the arm's length principle and OECD guidelines recommendations**

➪ **The losses incurred by NNSA are in line with its entrepreneurial functional profile**

© FIDAL                                    44



NNI_01027714
45



**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

# NNSA | Functional Analysis
## Risks Incurred by NNSA

- **R&D Risk:**  risk related to the considerable amount of funds invested, the uncertainty concerning the final outcome of these expenses, and the time it takes to start generating profits.

- **Market Risk:** adverse sales conditions due to outside factors in the industry (demand, competition, etc.). This risk is high, especially for Nortel's integrated entities such as NNSA.

- **Product Liability/Warranty/Recall:** failure to comply with specified standards for manufactured products or services (defects, errors, etc).
  - General hardware warranty of 2 years.
  - Epidemic warranty of 5 to 10 years.

© FIDAL

46



**FiDAL**

DIRECTION INTERNATIONALE    TAX LAW FIRM

# NNSA | Functional Analysis
# Risks Incurred by NNSA

- <u>**Customer Credit:**</u> **when payment are deferred to a later date, or indefinitely, for the product/service being delivered.**
  - Credit procedures are used to facilitate commercially attracted sales, and set the risk tolerance level.
  - Credit term is generally set at 180 days (from shipment to payment).

© FIDAL

47

NNI_01027714
47



**FIDAL**

DIRECTION INTERNATIONALE   TAX LAW FIRM

## NNSA | Functional Analysis
## Risks Incurred by NNSA

■ <u>Foreign Exchange:</u> **due to currency reverse fluctuations in the event of materials/resources/products/services purchases.**
   - This risk is managed by the Treasury group
   - Philippe Albert-Lebrun of NNSA, is part of Nortel's Treasury group

■ <u>Inventory risks:</u> **losses associated with carrying finished product inventory (obsolescence, shrinkage, etc. )**

   - For Nortel Systems House manufactured products/services
     - Nortel Manufacturing entities, which includes NNSA, are responsible for any potential defects.
     - Nortel Distribution entities are not responsible in this respect and generally do not carry inventory

© FIDAL

48