*See Notice to Tax Authorities at Page (i)*

[replace by general commends on manufacturing activities performed in France]

The most prominent manufacturing activities performed in France are those in the Wireless LC. In Chateaudun, GSM/UMTS products such as, Bay Stations, are manufactured, assembled, configured and tested. Some of the smaller circuit board, cabinet and frame assembly is outsourced to sub contractors.

Where manufacturing is outsourced to third parties, Nortel retains all strategic management and overall control responsibilities associated with the Company's various supply chains, including all customer interfaces, customer service, order management, quality assurance, product cost-management, new product introduction, and network solutions integration, testing, and fulfillment.

However, Nortel has made the strategic decision to focus its activities on R&D and has therefore outsourced some of its manufacturing operations in the world. As a result, the number of employees dedicated to Nortel's manufacturing / operations has declined over the 2000 to 2002 period, as shown in Exhibit IV.17. [Provide information for operations in France. Did the number of employee decline?] Nortel's increasing reliance on outsourcing, indicates that the manufacturing function is a routine activity within the Company's value chain that does not in of itself provide competitive differentiation. Over the 2000 to 2003 period the number of employees dedicated to manufacturing activities decreased from approximately 17% to 10%. As shown in Exhibit IV.18, the number of manufacturing/Operations employees in France declined from approximately 42% in 2002 to approximately 32% in 2003

**Exhibit IV.17: Proportion of Manufacturing/Operations Employees to Total Nortel Employees (2000 – 2003)**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Manufacturing/Operations Employees | 15,895 | 6,534 | 3,628 | 3,543 |
| Total Nortel Employees | 94,500 | 52,600 | 36,960 | 35,155 |
| *Proportion of manufacturing/ operations employees to total Nortel employees* | *16.8%* | *12.4%* | *9.8%* | *10.1%* |

In order to assess the relative role of manufacturing/operations in respect of the overall operations of Canada, U.S., U.K., France and ROW, Exhibit IV.18 summarizes the number of manufacturing/operations employees compared to the total number of employees for each of the relevant geographic regions.

53

**Highly Confidential**

**NNI_01492203**

54

*See Notice to Tax Authorities at Page (i)*

**Exhibit IV.18: Manufacturing/Operations Employees Relative to Total Employees by Geographic Region (2000 – 2003) [Modify ROW figures in order to set France apart]**

| Manufacturing/ Operations Employees | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| # of Manufacturing/Operations Employees | 4,611 | 4,114 | 5,441 | N/A | 1,729 | 15,895 |
| Total Employees | 25,900 | 38,000 | 12,440 | N/A | 18,160 | 94,500 |
| *Proportion of Manufacturing/ Operations Employees* | *17.8%* | *10.8%* | *43.7%* | | *9.5%* | *16.8%* |
| **2001** | | | | | | |
| # of Manufacturing/Operations Employees | 2,384 | 1,659 | 1,444 | 1,243 | 1,047 | 7,777 |
| Total Employees | 13,803 | 19,314 | 5,954 | 2,977 | 13,529 | 55,577 |
| *Proportion of Manufacturing/ Operations Employees* | *17.3%* | *8.6%* | *24.3%* | *41.7%* | *7.7%* | *13.9%* |
| **2002** | | | | | | |
| # of Manufacturing/Operations Employees | 1,537 | 946 | 431 | 847 | 714 | 4,475 |
| Total Employees | 10,143 | 13,777 | 2,877 | 2,486 | 10,163 | 39,446 |
| *Proportion of Manufacturing/ Operations Employees* | *15.2%* | *6.9%* | *15.0%* | *34.0%* | *7.0%* | *11.3%* |
| **2003** | | | | | | |
| # of Manufacturing/Operations Employees | 1,397 | 878 | 550 | 757 | 718 | 4,300 |
| Total Employees | 9,431 | 12,992 | 2,752 | 2,385 | 9,980 | 37,540 |
| *Proportion of Manufacturing/ Operations Employees* | *14.8%* | *6.8%* | *20.0%* | *31.7%* | *7.2%* | *11.4%* |

Based upon the number of employees dedicated to the manufacturing/operations function, Exhibit IV.18 illustrates the relative significance of manufacturing/operations to the various Nortel entities.

Nortel's manufacturing is principally located in Canada, the U.S.,U.K. and France. Under the ROW category, Ireland also performs some manufacturing functions. Based on 2003 employee figures, approximately 15% of Canada's activities are dedicated to manufacturing activities. In the U.S., approximately 7% of its employees are involved in manufacturing activities.   In the U.K. and France, approximately 20% and 32% respectively of their employees are involved in manufacturing activities. **[add France]**

54

**Highly Confidential**

**NNI_01492204**

55

*See Notice to Tax Authorities at Page (i)*

## i)  Product Delivery

### a)  Supply Chain Operations

#### Product Fabrication and Assembly

*The product fabrication and assembly function involves the creation of a product that is sold to a customer for use in manufacturing products, for distribution to final consumers, or for the customer's own consumption.*

Nortel's Systems Houses in France and the rest of the world focus on systems and network integration, new product introduction, vendor management, and product cost. They link Nortel's customers, design houses, and world-leading contract manufacturers and OEMs. The Systems Houses are also responsible for managing the strategic relationships with contract manufacturers. **[role of NNSA?]** The Chateaudun System House, in particular, focuses on wireless GSM/UMTS systems and network integration for France the Middle East and Africa, however, this technology can also exported from France to customers world wide.

Generally, the manufacturing activities performed by the Nortel Systems Houses tends to be quite complex.  The following describes the activities undertaken by the Nortel Systems Houses and the contract manufacturers:

i) Nortel Systems Houses

Nortel Systems Houses perform the manufacturing function within the Nortel Group.  As noted above, the manufacturing undertaken by the systems houses is typically quite complex.

Nortel operates several System Houses in a number of countries as summarized in the exhibit below.

#### Exhibit IV.19: Summary of Nortel System Houses (2000 – 2003)

| Nortel Systems Houses[29] | 2000 | 2001 | 2002/2003 |
| --- | --- | --- | --- |

---

[29] The Nortel entities that continue to perform manufacturing activities are termed Nortel System Houses. However, as indicated in the exhibit, certain System Houses no longer perform manufacturing functions, as these activities have been completely outsourced to contract manufacturers. These System Houses are considered to be virtual System Houses and are responsible for managing the contract manufacturing relationship in their particular geographic region.

55

**NNI_01492205**

*See Notice to Tax Authorities at Page (i)*

| Canada | 1) Corkstown: located in Nepean, ON<br>2) Westwinds: located in Calgary, AB<br>3) OPTO Systems House: located in Saint Laurent, PQ | 1) Corkstown: located in Nepean, ON<br>2) Westwinds: located in Calgary, AB<br>3) OPTO Systems House: located in Saint Laurent, PQ | 1) Corkstown: located in Nepean, ON<br>2) Westwinds: located in Calgary, AB<br>3) OPTO Systems House: located in Saint Laurent, PQ |
|---|---|---|---|
| U.S. | 1) Gateway: located in Research Triangle Park, NC<br>2) Durham: located in Durham, NC<br>3) Billerica: located in Boston, Mass | 1) Gateway: located in Research Triangle Park, NC (all manufacturing outsourced – "virtual systems house")<br>2) Durham: located in Durham, NC<br>3) Billerica: located in Boston, Mass (all manufacturing outsourced - "virtual systems house") | 1) Gateway: located in Research Triangle Park, NC (all manufacturing outsourced – "virtual systems house")<br>2) Durham: located in Durham, NC<br>3) Billerica: located in Boston, Mass (all manufacturing outsourced – "virtual systems house") |

| Nortel Systems Houses[30] | 2000 | 2001 | 2002/2003 |
|---|---|---|---|
| U.K. | 1) Monkstown: located in Newtonabbey, Northern Ireland | 1) Monkstown: located in Newtonabbey, Northern Ireland (all manufacturing outsourced[31]) | |
| France | 1) Chateaudun: located in Chateaudun, France | 1) Chateaudun: located in Chateaudun, France | 1) Chateaudun: located in Chateaudun, France |
| ROW | 1) Campinas: located in Campinas, Brazil | 1) Campinas: located in Campinas, Brazil | 1) Campinas: located in Campinas, Brazil |

Each of Nortel's System Houses (both manufacturing and virtual manufacturing) manages the contract manufacturing relationships within their countries as described below.

**ii) Contract Manufacturers**

---

[30] The Nortel entities that continue to perform manufacturing activities are termed Nortel System Houses. However, as indicated in the exhibit, certain System Houses no longer perform manufacturing functions, as these activities have been completely outsourced to contract manufacturers. These System Houses are considered to be virtual System Houses and are responsible for managing the contract manufacturing relationship in their particular geographic region.

[31] This facility ceased manufacturing in the fourth quarter of 2001.

56

**Highly Confidential**                                                                 **NNI_01492206**

*See Notice to Tax Authorities at Page (i)*

**[This section should be enhanced in light of potential contracts involving NNSA and contract manufacturers]**

A worldwide network of leading EMS suppliers manufactures some of Nortel's products. Through this virtually integrated manufacturing model, Nortel has been able to tap into new best-in-class manufacturing technologies, leverage tens of thousands of resources globally, and increase the Company's reach, production capacity, and flexibility and agility in responding rapidly to customers' requirements.

Canada is the lead entity that negotiates and executes contract manufacturing agreements, however it receives appropriate input from NNSA's [?] YES GO organization. Such an agreement is referred to as a Master Contract Manufacturing Services Agreement ("MCMSA"). A MCMSA is executed between Canada and the parent corporation of each contract manufacturer with which the Nortel group transacts. The MCMSA sets out the governing terms and conditions of the parties' relationship and arrangement.

Attached as an appendix to each MCMSA, is a separate agreement, referred to as a Virtual Systems House Agreement ("VSHA"). A VSHA is a very specific document that governs the supply of certain products between Nortel's French system house and the local subsidiaries of the parent contract manufacturer. The terms of the VSHA are also negotiated by Canada and the parent corporation of the contract manufacturer, although input and assistance is provided by the French Nortel system houses. The VSHA incorporates by reference the terms of the MCMSA. A VSHA is typically short in comparison to an MCMSA, and covers more routine matters. For example, what the site operation reviews will address; the process to measure the quality of the products delivered by the contract manufacturer; forecasts (e.g. when/how often the system house must provide a forecast of expected needs); fees for repairs, etc.

In addition, schedules to the VSHA provide detailed product specifications regarding the products to be supplied by the contract manufacturer.

Once Canada and the parent contract manufacturer have agreed on the terms of the VSHA, a copy of the agreement is reviewed and executed by the French Nortel system house and the subsidiary contract manufacturer located in the same country.

**[FTA will probably ask to see example of VSHA involving NNSA, if such example exists]**

Therefore, Canada and the parent contract manufacturer enter into a MCMSA. France Nortel system house and the local contract manufacturing subsidiary will enter into a VSHA. The VSHA incorporates by reference the terms of the MCMSA. The VSHA also include more product-specific clauses / appendices.

57

58

*See Notice to Tax Authorities at Page (i)*

A considerable amount of time and effort is expended in the execution of the MCMSA. Once the MCMSA is executed, Canada and the parent contract manufacturer do not specifically purchase/sell products under the agreement. Rather, the French system house and the French subsidiaries of the parent contract manufacturer are the "operating entities" as they transact for the purchase/sale of products.

Therefore, if there is a dispute regarding the quality of product supplied by the local contract manufacturer, it is the responsibility of the local systems house to seek relief/resolve the dispute.

Generally, Nortel is responsible for activities and risks associated with the product design function which includes the development of quality standards and testing strategy. In addition, Nortel is responsible for: demand planning; global inventory control; and order management.

The contract manufacturer is responsible for the "build" activities where the product is to be fabricated according to Nortel's specifications. In addition, the contract manufacturer is responsible for: product testing; engineering support activities; and certain supply management activities associated with Tier II supplier negotiations.

Generally, the MCMSA provides for the supply of products by the contract manufacturer to the Nortel systems house or another Nortel entity. **[Is it the case in France?] YES** The contract manufacturer is obligated to manufacture the products according to Nortel's specifications, and the French Nortel system house conducts reviews of the contract manufacturing operations and products to ensure that quality/on-spec products are being produced.

Manufacturing Process Design and Know-How

*Manufacturing process design is the process by which decisions related to efficient and cost-effective product manufacturing are made. It involves decisions related activities such as the extent of automation, the layout of the manufacturing facility, the movement of materials and components within the facility, and the methods of quality control.*

Any intellectual property associated with the manufacturing process of manufacturing products/components supplied by NNSA, belongs to the manufacturing French entity. This intellectual property is considered to be routine in nature.

Purchasing

*The purchasing function involves identifying and qualifying vendors, arranging for delivery from vendors, and providing incoming quality control.*

Global Supply Management is responsible for the management of Nortel's business relationships with supply partners, enabling Nortel to obtain the resources it

58

*See Notice to Tax Authorities at Page (i)*

needs. More specifically, this involves selection and management of suppliers, interpretation of demand, procurement of goods and services and monitoring supply capabilities. Supply management is responsible for all procurement of goods and services from R&D and product related materials and services through to corporate services such as Human Resources, Real Estate, Travel and Finance and as such is involved with all areas within the company.

Product Scheduling/ Inventory

*The production scheduling/inventory function is undertaken by a manufacturer to determine which products are manufactured, what time they are manufactured, and what production volumes should be achieved for the products.*

Global Market Planning provides the up-front view of the demand and supply cycle across all products and markets, including risk and opportunity assessments. This data is critical for allocating and scheduling the resources needed to meet customers' requirements and deliver solutions efficiently and on time. Market Operations is also responsible for order management, commercialization, validation of orders, scheduling orders and managing fulfillment, invoicing and ensuring cash collection. Market Operations works with customers, account teams, contract management and supply partners to ensure that customer requirements are met and that supply chain efficiency is maintained and improved.

Product Operations is responsible for inventory strategies, maintenance of product data, implementation of the life cycle management model (including operations strategies for new product introduction through to end of life), test process development, forecasting (at the product level), cost reduction, order delivery metrics & root cause analysis, product quality, quality registration (ISO 9000 and TL 9000) and system and solution integration and test.

Generally, the MCMSAs do not require Nortel to purchase a minimum amount of products over the life of the agreement. **[Check whether it is the case for NNSA] There was one in 2000 with Solectron. Commitment needs to be met by 2009. Nortel on target to meet in 2006.**

Quality Control and Testing

*The quality control function includes testing incoming materials, work in process, and finished product*

Extensive quality control and testing on the networks sold is performed by the French Nortel Systems House prior to the products being shipped to customers. Due to the complexity of the products manufactured by the Nortel Group, the quality control and testing procedures are also quite complicated.

Both the French Nortel System House and the contract manufacturers are responsible to conduct a monthly review to assess the contract manufacturer's business performance,

59

processes, procedures, quality, delivery, customer satisfaction, product costs, capacity, actual versus forecasted demand, etc. To do this, a "report card" system is used to grade the contract manufacturers' performance. Essentially, the site operations review and other similar clauses ensure that Nortel has regular access to the contract manufacturing operations, as well as the ability to rate the quality of those operations.

### Cost Control

*Cost control is the act of maintaining or reducing all costs associated with the manufacture and sale of a product, from the initial design stage through the manufacturing, marketing, and sales of finished goods. Cost control results from strategic management decisions and daily functions at the operational level.*

The contract manufacturer makes a commitment to reduce the cost of products by a certain percentage over a certain time period. If events beyond the contract manufacturer's control result in it being unable to come within 2% of the target, then the parties will discuss a reduction in the commitment.

### Logistics and Transportation

*Inbound logistics refers to the functions undertaken to administer the arrival of raw materials, work in process or finished goods purchased from related or unrelated suppliers. Outbound logistics refer to the functions undertaken to administer the shipment of raw materials, work in process, or finished goods to customers. Inbound and outbound logistics include transportation, warehousing, and other functions necessary to coordinate movement of materials/processed products to production sites or distribution facilities.*

Global Logistics handles the warehousing, packaging, and shipping of Nortel's product solutions to customers, including export documentation, duty management, and logistics payables. Day-to-day logistics operations have been outsourced to KNLL in 2001 and to Vastera Inc. in 2002, which manage the activities of a number of smaller regional logistics providers. A small team within Global Operations manages the activities of KNLL and Vastera. Global Operations is also responsible for reverse logistics in connection with the repair and return of Nortel products.

There are various routes by which Nortel product may reach an end-customer. Contract manufacturers basically manufacture two types of products:

- Finished Goods: Finished goods are typically held in inventory at the contract manufacturer's premises; and
- Component Parts: Components parts are parts that are required by the French Nortel systems house in order for the French entity to manufacture a finished product.

60

**NNI_01492210**

*See Notice to Tax Authorities at Page (i)*

Where a Nortel entity requires a specific product, it will initiate a purchase order by inputting the relevant data into Nortel's product ordering system. The system is sophisticated and will automatically determine whether the requested product is already held in the inventory of the selling party or route the order to the French Nortel systems house or the contract manufacturer (the contract manufactures are linked into Nortel's product ordering system) if applicable.

The party receiving the order will typically be directed where to ship the products. If the contract manufacturer receives the order, it is responsible for delivering the product to one of four locations:

61

**Highly Confidential**

**NNI_01492211**

*See Notice to Tax Authorities at Page (i)*

- the Nortel purchasing party;
- a Nortel storage facility;
- a third party storage facility; or
- the customer premises.

The delivery location will depend on various factors, including:

- whether the products are finished goods or component parts;
- when the products are needed by the customer and/or the Nortel installation team;
- the distance from the Nortel storage facility to the customer;
- the distance from the third party storage facility to the customer;
- the costs of storage; and
- the shipping and other related costs to transport the products from storage facility to the customer.

Once the product has been manufactured or obtained from inventory, the product is readied for shipment. This process includes functions typical of such activities – e.g. transporting the product from inventory to shipping, preparing the appropriate documentation/bills of lading, packaging the product and loading the product on a third-party carrier.

An invoice will automatically be generated by the system. If the supplier was the contract manufacturer, an invoice will be generated such that the Nortel Systems House with whom it contracts is the purchasing entity. A second invoice will automatically be generated between the Nortel systems house and the Nortel distribution entity.

Where the supplier of the product is the Nortel Systems House, an invoice will automatically be generated between the Nortel systems house and the Nortel distribution entity.

As reflected above, the flow of products from the Nortel Systems House / contract manufacturer will depend on various factors. This flow of goods, as described above, has not changed significantly since 2000. The flow of goods is not expected to change materially in the anticipated future, although it is anticipated that direct shipments from Nortel Systems Houses and contract manufacturers will become more common. The following exhibit illustrates Nortel's product flow.

**[Standard question by FTA on Incoterms and payable days no answered in this section. Consider adding]**

**Highly Confidential**

**NNI_01492212**

*See Notice to Tax Authorities at Page (i)*

## Exhibit IV.20: Nortel's Product Flow



Manufacturers two types of products:
1. Finished goods – typically held in inventory at the CM's premises; and
2. Component parts – parts required by SH in order for SH to manufacture a finished product.

———— Physical flow of goods
------- Paper flow

### ii) Services Delivery

#### a) Project Management & Network Implementation

**[This section does not provide any information regarding the French entity's involvement. If an indication of # of NNSApersonnel attached to each function could be given, that would be helpful.] OPEN – GILLES PAGANON – No response received by 6/6/05.**

Nortel has a broad Global Network Services portfolio that addresses all stages in the life cycle of a network (plan, build, operate, and maintain). Aligned with the LCs, Global Operations teams help create and deliver value-added services to Nortel customers as part of a total solution encompassing products and services. Nortel's Services portfolio is built on extensive experience and expertise in engineering and deploying network solutions for customers around the world, and supporting those networks once they are up and running.

In the Plan area, the main functions are as follows:

Project Management

Project Management skills are the key to ensuring that projects are implemented on time, on budget, and to the complete satisfaction of the customer. Project Managers are involved

63

**NNI_01492213**

*See Notice to Tax Authorities at Page (i)*

up front in the bid process. Working closely with the customer, Project Managers develop and implement comprehensive project plans; and they coordinate the activities of the fulfillment groups, ranging from sales and marketing to marketing operations, customer operations leaders, supply partners, logistics and installation.

Network Planning and Engineering

Network planning and engineering consists of teams of network architects, planners and specialist engineers spanning all communications technologies from voice, data and wireless to optical and enterprise. Armed with an understanding of the customers' objectives, strategics and technical requirements, this group can define the customers' business case, cost, risk and benefits and from that an implementation plan. Specifically this group will plan and engineer a network from the high level system and network design criteria through to the detailed content of final engineering specifications

Network Audit & Verification and Performance & Optimization

This group ensures networks are run at peak efficiency by identifying traffic bottlenecks, safety concerns and vulnerabilities as well as verifying network performance, quality, functionality and management capabilities. In conjunction with a Performance and Optimization group, this group makes recommendations to improve traffic flow and suggestions for resolving issues and will implement these recommendations/solutions where required. The group can also benchmark networks to diagnose inefficient uses.

In the Build area, the main functions are as follows:

Network Build and Integration

Once a network blueprint is signed off, the network build and integration team starts their work. Field engineers survey the network site(s) to determine unique requirements and then prepare the ground for equipment delivery and deployment. Prior to the equipment arriving on site, it is pre-configured to meet network specifications. Once on site, this group then installs, datafills, re-tests and integrates the equipment bringing it to the stage of handover to the customer. Nortel differentiators include world-wide network experience built up over many years, access to internal design and support teams, ability to work with all requirement levels and the ability to tailor services to meet specific customer requirements. This group enables significantly reduced customer deployment risk thus improving customer revenue assurance.

This group interfaces with customers, engineering, project management, logistics, contractors, repair & return and technical support.

Network Migration and Integration

64

*See Notice to Tax Authorities at Page (i)*

This team is focused on network conversion and is involved in changes of technology (e.g. wireless 2G to 3G or circuit to packet). In addition to hardware and software changes, this group also manages datafill and configuration migration activities.

### b) Network Operations, Support & Maintenance

**[This section does not provide any information regarding the French entity's involvement. If an indication of # of NNSApersonnel attached to each function could be given, that would be helpful.] OPEN – MIKE LAWSON – No response received as of 6/6/05.**

Globally, Nortel's Network Operations, Support and Maintenance group provide services in relation to the operation and maintenance of customer networks.

In the Operate area, the main functions are as follows.

i) Assisted Operations

This group covers a broad range of services from knowledge transfers to hands-on demonstrations of new technology features and functionality. This service is provided through on-site workshops and direct support. Specifically, this group covers alarm clearing procedures and processes, resolution of network issues and configuration procedures to activate new features, working with the customers' network operations staff.

ii) Network Operations

This group provides round the clock network monitoring and event management with fault resolution. Service provided on customer's behalf replacing the staff it would have to employ.

iii) Managed Operations

This group manages outsourcing arrangements whereby Nortel Managed Operations staff manage the day-to-day operation of a customers' network. It involves 24x7x365 network monitoring and event management, fault resolution, capacity monitoring to support improved utilization/future upgrades, back-up and restore capabilities and management reporting.

In the Maintain area, the main functions are as follows.

i) Software Services

Software services provide software and documentation for major software releases and upgrades. Depending on the product minor and major releases can be made available through the Web or direct shipment. Software Services also manage 'right to use' licences

65

*See Notice to Tax Authorities at Page (i)*

for additional features. Software services will also deploy new software releases or upgrades for customers where requested.

ii) Technical Services and Support

Technical Services and Support cover the following areas: emergency/disaster recovery; technical bulletins; case management; software fulfilment; correction content; and security advisories. All this can be delivered in a multi-vendor environment addressing OEM as well as Nortel product issues through a team of Nortel Technical experts and certified partners.

All levels of support are addressed commencing with Call Centres and progressing through Tier 1 Global Nortel Technical Support ("GNTS") to Tier 2 Global Nortel Product Support ("GNPS"). Initial calls received from European customers are directed to a call center located in the U.K. Calls requiring Tier 1 & Tier 2 support are routed to any number of support centres around Europe. France has the largest support centre in Europe with approximately 65 of the 190 total Tier 1 & Tier 2 wireless support employees. Tier 3 or emergency response/disaster recovery service is also available in the Chataeufort call centre. **[Is there a call centre in France? Specify the French entity's involvement in Ter 1 and 2. Some companies have a Tier 3; Nortel?]** Technical Support skills include: network operations (surveillance, fault management, and out-tasked technical functions); and 24x7 technical support (including emergency response and disaster recovery). Delivery is facilitated by laboratory environments which simulate customer network set-up and operating conditions.

iii) Repair and Return

The Repair and Return group manages delivery of repair services anywhere in the world through a set of core competencies and third party service delivery capabilities. There is a core Nortel group which manages the Global Repair and Return supply chain utilizing Nortel systems houses and contract manufacturing and logistics partners. Responsibility includes meeting customer requirements (warranty/entitlement, quality, volumes, turn round times), spares management and inventory. In addition to a Managed Spares program (choice of delivery levels), a Managed On-site option is also available whereby a field technician is dispatched with the spares to perform the physical exchange on behalf of the customer. Global Repair Services (GRS) is responsible for servicing products that have reached "channel ready" status. GRS in France employs approximately 50% of the total GRS technicians in Europe, Middle East and Africa. In general, the Contract Manufacturers provide a warranty for the products that they manufacture. Nortel retains all liability for product design issues and Nortel manufactured components. **[Enhance section with France case. Is the contract manufacturer responsible for warranty claims on products manufactured by it?]**

*DISTRIBUTION*

66

*See Notice to Tax Authorities at Page (i)*

## Overview

Distribution activities, including marketing and sales, focus on explaining to potential customers the complexity of the product, how it performs, the advantages to be gained by utilizing the products, etc.

Each of Nortel's reportable operating segments use Nortel's direct sales force to market and sell to customers around the world. The Nortel global sales force is divided into regional groups. The head office for the U.S. and Canadian sales forces is located in Richardson, Texas and the EMEA sales force head office is based in Maidenhead, U.K. The sales force for Greater China report to a senior executive whose office is located in Beijing. The sales force for the remainder of the Asia Pacific region report to a senior executive whose office is located in Tokyo, Japan. The CALA sales force head office is based in Sunrise, Florida. Regional Presidents are responsible for overseeing the sales activities within their respective geographic regions.

Within these regional sales groups, Nortel has dedicated sales account teams for certain major service provider customers. These dedicated teams are located close to the customer's main purchasing locations. NNSA has sales teams dedicated to some of the larger wireless service providers throughout France. **[Provide details regarding a French dedicated team, if any.]** Nortel's Enterprise Networks sales teams work directly with the top regional enterprises, and are also responsible for managing regional distribution channels. Nortel also have centralized marketing, product management and technical support teams dedicated to individual product lines that support the global sales and support teams.

In the Asia Pacific region, particularly in the People's Republic of China, Nortel also uses agents to interface with its customers. In addition, Nortel have some small non-exclusive distribution agreements with distributors in EMEA **[Are there any in France?] NO,** CALA and the Asia Pacific region. In Enterprise Networks, certain service providers, system integrators, value added resellers and stocking distributors act as non-exclusive distribution channels for the Company's products.

Each of Nortel's business segments retains its own sales force, trained to sell the specific products offered by that line of business. However, for practical, administrable and commercial purposes, there may be account executives that manage the day-to-day relationship with an individual customer. [Enhance with details on the distribution structure in France] An account executive would be responsible for recognizing the needs of the customer, and putting together the appropriate sales personnel from each business segment to approach the customer as a coordinated unit. In France, there are two sales Vice Presidents dedicated to addressing customer's needs in France, Middle East and Africa and the Orange group in Europe.

67

**NNI_01492217**

68

*See Notice to Tax Authorities at Page (i)*

There is some overlap regarding the sales teams for each business segment. That is, in some instances, a combined effort from two or more of the business segments may be made to approach a particular customer or market. However, because each business segment is measured and reported as a separate business unit, there is also some degree of autonomy in each regions and/or country.

The following exhibit summarizes the number of employees dedicated to Nortel's distribution activities. This exhibit demonstrates that the relative proportion of distribution employees has remained fairly constant over the period. Therefore, distribution related activities experienced proportionate employee cuts as a result of Nortel's workforce reductions efforts. **[Ensure whether it is the case in France. Provide figures for NNSA] YES**

**Exhibit IV.21: Proportion of Distribution Employees to Total Nortel Employees (2000 – 2003)**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Distribution Employees | 30,425 | 17,707 | 11,911 | 11,785 |
| Total Nortel Employees | 94,500 | 52,600 | 36,960 | 35,155 |
| *Proportion of Distribution Employees to Total Nortel Employees* | *32.2%* | *33.7%* | *32.2%* | *33.5%* |

In order to assess the relative role of distribution in respect of the overall operations of Canada, U.S., U.K. France and ROW, Exhibit IV.22 summarizes the number of distribution employees compared to the total number of employees for each of the relevant geographic regions.

**Exhibit IV.22: Distribution Employees Relative to Total Employees by Geographic Region (2000 – 2003) [Modify ROW figures in order to set France apart]**

| Distribution Employees | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| # of Distribution Employees | 2,649 | 18,224 | 3,046 | N/A | 6,506 | 30,425 |
| Total Employees | 25,900 | 38,000 | 12,440 | N/A | 18,160 | 94,500 |
| *Proportion of Distribution Employees* | *10.2%* | *48.0%* | *24.5%* | | *35.8%* | *32.2%* |
| **2001** | | | | | | |
| # of Distribution Employees | 1,306 | 8,757 | 2,085 | 322 | 5,237 | 17,707 |
| Total Employees | 13,803 | 19,314 | 5,954 | 2,977 | 10,552 | 52,600 |
| *Proportion of* | *9.5%* | | | | | |

68

**NNI_01492218**

*See Notice to Tax Authorities at Page (i)*

| | | | | | | |
|---|---|---|---|---|---|---|
| *Distribution Employees* | | *45.3%* | *35.0%* | *10.8%* | *49.6%* | *33.7%* |
| **2002** | | | | | | |
| # of Distribution Employees | 838 | 5,843 | 1,205 | 184 | 3,841 | 11,911 |
| Total Employees | 10,143 | 13,777 | 2,877 | 2,486 | 7,677 | 36,960 |
| *Proportion of Distribution Employees* | *8.3%* | *42.4%* | *41.9%* | *7.4%* | *50%* | *32.2%* |
| **2003** | | | | | | |
| # of Distribution Employees | 888 | 5,587 | 1,089 | 177 | 4,044 | 11,785 |
| Total Employees | 9,431 | 12,992 | 2,752 | 2,385 | 7,595 | 35,155 |
| *Proportion of Distribution Employees* | *9.4%* | *43.0%* | *39.6%* | *7.4%* | *53.2%* | *33.5%* |

Based upon the number of employees dedicated to the distribution function, Exhibit IV.22 illustrates the relative significance of distribution to the various Nortel entities. Using the 2003 employee figures, approximately 43% of the U.S.'s activities are dedicated to distribution activities. In the U.K., approximately 40% of its employees are involved in distribution activities. In France, approximately 8% of its employees are involved in distribution activities. In ROW, approximately 53% of its employees are involved in distribution activities.

Since the number of distribution employees tends to be directly related to third party customer sales, it is useful to compare customer sales per distribution employee.

**Exhibit IV.23: Third Party Customer Sales Per Distribution Employee Modify ROW figures in order to set France apart]**

| | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| Total third party customer sales (in US$ millions) | $2,388 | $18,949 | $1,906 | $581.7 | $7,032 | $30,275 |
| Total distribution employees | 2,649 | 18,224 | 3,046 | N/A | 6,506 | 30,425 |
| *Third Party Customer Sales per Distribution Employee (in US$ thousands)* | *$902* | *$1,040* | *$626* | | *$1,081* | *$995* |
| **2001** | | | | | | |
| Total third party customer sales (in US$ millions) | $1,604 | $9,292 | $1,250 | $271 | $6,091 | $18.507 |

69

*See Notice to Tax Authorities at Page (i)*

| | | | | | | |
|---|---|---|---|---|---|---|
| Total distribution employees | 1,306 | 8,757 | 2,085 | 322 | 5,237 | 17,707 |
| *Third Party Customer Sales per Distribution Employee (in US$ thousands)* | *$1,288* | *$1,061* | *$599* | *$841* | *$1,163* | *$1,045* |
| **2002** | | | | | | |
| Total third party customer sales (in US$ millions) | $965 | $5,502 | $677 | $203 | $3,355 | $10,701 |
| Total distribution employees | 838 | 5,843 | 1,205 | 184 | 3,841 | 11,911 |
| *Third Party Customer Sales per Distribution Employee (in US$ thousands)* | *$1,152* | *$942* | *$562* | *$1,103* | *$873* | *$898* |
| **2003** | | | | | | |
| Total third party customer sales (in US$ millions) | $748 | $5,115 | $493 | $284 | $3,179 | $9,821 |
| Total distribution employees | 888 | 5,587 | 1,089 | 177 | 4,044 | 11,785 |
| *Third Party Customer Sales per Distribution Employee (in US$ thousands)* | *$842* | *$916* | *$453* | *$1,604* | *$786* | *$833* |

The above exhibit demonstrates that the third party sales per distribution employee is relatively the same for the U.S. and Canada,. The number of distribution employees in the U.S. and Canada is proportional to the size of Nortel's market in those regions (as measured by third party customer revenues). In France and the UK, the results are much different. This demonstrates that in similar marketplaces, France has a much higher sales per distribution employee ratio than the U.K. **[add comment on NNSA, if needed]**

For purposes of the discussion of Nortel's distribution activities, it is useful to distinguish the Nortel entities relative to this particular function. As previously noted, certain Nortel entities are fully integrated companies which perform the functions of R&D, manufacturing and distribution. On the other hand, certain Nortel entities perform routine distribution activities only. Those Nortel entities that are fully integrated are able to perform a full scope of distribution activities, since these entities have technical and other regional sales/marketing personnel who support the sales effort, which is discussed in greater detail in the following discussion. For purposes of this analysis, these entities will be referred to as "Nortel integrated entities". NNSA is included in this category. Those entities that perform routine distribution functions only often have to rely upon the support

70

71

provided by the Nortel integrated entities in order to complete the sales process. Fo purposes of this analysis, these entities will be referred to as the "Nortel routine distribution entities"[32]. The Nortel routine distribution entities are responsible for the sales and distribution activities within their local markets. These activities are generally limited to:

- performing sales and support services;
- analyzing local market conditions and supplying local market information;
- distributing Nortel products in the local market; and
- installing Nortel products on client premises.

With respect to the entities relevant to this analysis, the following characterizations would apply:

- Canada – Nortel integrated entity;
- United States – Nortel integrated entity;
- United Kingdom – Nortel integrated entity;
- France – Nortel integrated entity; and
- ROW – consists primarily of Nortel routine distribution operations, with the exception of Ireland and Australia.

<u>Marketing Strategy and Development</u>

*Marketing strategy and advertising development involves determining the positioning of products in a market and establishing marketing strategies to bring them to the attention of customers.*

Marketing plays an important role in the telecommunications industry. Determining the correct message to deliver, and determining who that message should be delivered to are dynamic questions for which there is never a clear answer. For that reason, Nortel marketing personnel must constantly identify market trends and opportunities, and work closely with Nortel product and R&D personnel to ensure that the Nortel's marketing messages address those trends and opportunities. Given the highly technical nature of Nortel's product, it is critical that marketing personnel work with R&D personnel to ensure the appropriate positioning of products in the market. The marketing message must leverage Nortel's reputation as a technology leader that continually invests to develop state-of-the-art telecommunication products.

The Nortel integrated entities are responsible for the strategic and long-term aspects within the marketing role with Canada taking the lead role for determining the Company's global strategy. For example, the development of long-term marketing plans, and meeting with

---

[12] Collectively, the Nortel integrated entities and the Nortel routine distribution entities will be referred to as the "Nortel distribution entities".

71

*See Notice to Tax Authorities at Page (i)*

upper management/sales personnel to estimate the marketing efforts required in order to meets long-term sales targets.

The Nortel routine distributors undertake a minimal amount of marketing strategy and development activities. Rather their efforts are guided by the strategic plan developed by the Nortel integrated entities. The direction provided by these entities ensures that the Nortel routine distribution entities undertake activities favourable to its long-term success – e.g. it is not surpassed by its competitors in their local markets. Accordingly, the marketing activities performed by the Nortel integrated entities include:

- strategy development regarding objectives, growth areas, market position and new business development;
- dissemination of industry knowledge and market trends and development of strategies to take advantage of those market trends;
- supporting the implementation market initiatives and strategic planning;
- analysis of potential merger candidates; and,
- reviewing the outcome of implemented strategic initiatives, etc.

**[are all these functions peformed in France?] YES**

Tactical Marketing And Advertising

*Tactical marketing and advertising functions encompass activities that assess markets, promote sales, increase customer loyalty, consumer confidence, and consumer awareness of products.*

Nortel's marketing personnel (i.e. Nortel integrated entities) are responsible for various tactical marketing and advertising activities. These include:

- determining what the appropriate marketing message should be;
- determining who to market the message to;
- determining what the proper medium is to deliver the message;
- determining local-country budgets regarding how much should be spent on each type of medium;
- determining when to deliver the marketing message (e.g. understanding when cyclical business patterns may prohibit or enhance the marketing message);
- hiring/retaining third party consulting firms to assist with the development of marketing materials;
- researching marketing trends; and
- undertaking post-marketing programs to determine the effectiveness of specific marketing messages, etc.

72

**NNI_01492222**

*See Notice to Tax Authorities at Page (i)*

[Provide details concerning NNSA marketing personnel. Check whether they perform all the activities described above] **YES**

As noted above, Nortel's routine distribution entities typically undertake a minimal amount of marketing functions. For example, the routine distribution entities are responsible for implementing the global marketing plans developed by NNL. So, where a global marketing promotion is developed, the local routine distribution entity will be responsible for translating those marketing materials into their local language, and purchasing the appropriate local airtime, magazine space, billboards, etc., as the case may be. In addition, Nortel's routine distribution entities are responsible local event marketing (e.g. tradeshows).

<u>Sales and Pricing</u>

*Sales and pricing involves strategic and tactical activities. Strategic pricing involves a trade-off between product margins and sales volumes. Tactical aspects involve pricing adjustments to meet local or temporary market conditions, to establish pricing adjustments for product improvements or to assist distributors to meet competition.*

NNSA is responsible for employing a front line sales team who manages the sales process in respect of the customers in their geographic location. This sales team is responsible for developing the customer relationship and leading the sales effort within the French market.

Due to the highly technical nature of the Company's products, Nortel has established regional technical teams of experts (e.g. Market Support Groups, "MSGs" and Product Line Management Groups, "PLMs") for each product group, whose role is to support the front line sales teams/customer service teams in the pre-sales and after-sales stages of the selling process. These MSG/PLM teams do no lead the sales effort, but act as a support function. These support teams are co-operative organizations housed in different legal entities and territories. In Europe, the MSG and PLM groups reside in the U.K., France and Ireland. The MSG's and PLM's in France are responsible for addressing the needs of GSM and UMTS customers globally, not just in France, Middle East and Africa.[Provide details regarding the MSG and PLM groups located in France]

The GSM and UMTS MSG/PLM teams located in France provide a full range of product and service support to the Nortel distribution entities globally in the follow areas:

- **Pre-sales**: Pre-sales support involves working with the sales team as the primary technical experts to ensure that new revenue opportunities reside in both new and existing accounts are developed, won and delivered to their full potential. The pre-sales team combines technical expertise with sales/commercial awareness and market/competitor knowledge. This expertise is then proactively applied to specific account situations to ensure that Nortel focuses on, and resources are applied to, specific account situations.

73

**NNI_01492223**

- **Product marketing**: This function includes the development of business strategies for GSM/UMTS products for a particular geographic region. This function ensures that products are developed to meet the region's needs on a timely basis. It also ensures that the necessary communication occurs between the R&D community and the manufacturing units concerning regional line of business product requirements and that the product development coincides with market requirements. Product marketing also involves the preparation, both internally and externally, for the introduction of new GSM/UMTS products and features into the region.

- **Marketing services**: this function includes identifying and addressing long-term and medium-term planning opportunities through the provision of regional marketing information, analysis and planning. The team also ensures that Nortel's proposition on GSM/UMTS is effectively projected to appropriate external customer and industry audiences in a particular geographic region, through coordinated use of marketing communications, including advertising, press, exhibitions, collateral and direct marketing.

- **Technical operations**: This function includes the provision of technical support services, project management and network design and engineering for all GSM/UMTS Nortel customers in the supported region. The technical support groups are responsible for fixing customer network problems and advising on major network implementations and customer trials during the contract installation period. This group will also then forward any problems and opportunities arising out of their practical experience to the GSM/UMTS R&D and manufacturing units.

**Sales Process**

*i) Developing Leads*

a) Responding to Requests for Information

Large potential customers send "Requests for Information" to Nortel. Based on the technical requirements presented in the Request for Information, NNSA provides information regarding technology employed by the Nortel Group, technical details of the solution offered, network designs, budgeted price (which is usually much higher than the final offering price), current market trends in the telecommunication equipment industry, new technologies and services to be potentially rendered to the operator, etc.

The process of preparing a response to the Request for Information is time-consuming (usually 1-2 months) and involves experts from various Nortel Group entities. The role of Nortel routine distribution entity in the process includes coordination of the efforts of the various Nortel Group members' activities, and acting as a liaison with the potential client. The Nortel Group technical experts, outside of the Nortel routine distribution entity, (i.e. MSG/PLM groups) perform the more complex and laborious functions related to the

74

*See Notice to Tax Authorities at Page (i)*

technical aspects of the offer. The functions of the Nortel routine distribution entity pertain mostly to maintaining a rapport with the potential client.

Without the support of the various Nortel Group personnel, the Nortel routine distribution entity would be unable to respond to the Request for Information. This is due to the fact that it does not employ personnel with the technical experience and specialization to undertake that function.

b) Targeting Potential Customers

Nortel also determines who a potential customer may be by using its own resources. The determination of who a potential customer is can sometimes be accomplished through various types of research and/or contacts (i.e. through trade associations, external contacts, industry information, news and releases, etc.). Some of the sales opportunities are developed from the local sales force while other sales leads attributable to the Nortel routine distribution entity may be driven by other Nortel Group members. The local sales force will monitor awards for telecommunication licenses. Sales leads that are the responsibility of NNSA may also occur outside France. This is principally due to the fact that the majority of telecommunications customers are multinational corporations. Accordingly, the Nortel routine distribution entity may be informed by the Nortel Group member located in the home country of the parent corporation that a potential customer exists its local country. The information flow between NNSA and the Nortel Group of entities may include:

- who/what company  may require assistance;
- products and services that the potential customer might be interested in purchasing;
- budget constraints of the local entity
- what Nortel Group personnel should attend at the local entity;
- timing (when the products services are needed by the local entity); and
- various other matters.

NNSA acts as a point of contact for the local subsidiary, but in a number of opportunities the Nortel Group will also invest time, effort and expense in obtaining the sales lead and getting the potential customer to purchase Nortel products. The sales efforts undertaken by both NNSA and other Nortel Group personnel in determining new sales leads, which include, approaching those potential customers, determining what Nortel products those customers require, matching the customer's needs to its budgetary constraints, etc. are functions undertaken for the benefit of the local Nortel routine distribution entity and the Nortel Group. Were these functions not undertaken by other Nortel Group members, the local Nortel routine distribution entity would not be able to obtain a sale from the potential customer. The local Nortel routine distribution entities do not have the resources and personnel to undertake those functions. It is cost prohibitive for all Nortel distributors to

75

76

*See Notice to Tax Authorities at Page (i)*

hire personnel needed to assist in the sales process. Many countries in which Nortel distributors operate lack sufficient technical expertise to have such functions performed locally.

It is important to recognize that an immense amount of effort goes into identifying and approaching potential sales targets within the local country by both the local distributor and Nortel Group personnel. It is not merely a case of reviewing trade and industry publications and/or simply taking, for example, an existing U.S. customer and then approaching that customer's French, for example, subsidiary. Rather, determining a potential sales target and initiating the customer relationship may be a process measured in years. It includes the involvement of various technical, market research, and finance personnel, etc. in order to assure that the proper customers are being targeted. To clarify, as noted above, the telecommunications industry is highly competitive. Therefore, it is imperative that the Nortel Group target only those customers that are credit-worthy, require Nortel products, are approachable (that is, have not signed long-term contracts that commit them to only one telecommunications supplier), have the technical capabilities to utilize Nortel products, will result in a profitable sale for the Nortel Group, etc. In other words, various Nortel Group personnel incur substantial amounts of time and expense in ensuring that the Nortel Group and the local Nortel routine distribution entity only pursue sales that will be good for the local Nortel routine distribution entity.

### ii) Identifying Customer Needs and Developing Sales Proposal

### [Edit section to provide more details regarding NNSA organization e.g. number of engineers] OPEN – BEATRICE PIN
Once a potential customer is identified and the customer relationship has been initiated, the potential customer must be approached. However, this task is unlike what is normally seen in other industries where it is a relatively simple process of approaching the potential customer and attempting to sell that customer a specific product. Sales within a particular region are considered a "team effort". Numerous personnel from various functional areas (including sales) must be involved in all stages of the sales process due to the complexity of the products and services sold by the Nortel Group, as well as the limited resources of the group. Therefore, during the sales process, numerous personnel from the following areas will be active in managing the customer relationship, addressing customer concerns, providing information to the potential customer, and closing the sale:

* Senior Management – Senior management from the EMEA region as well as the French manager are often intimately involved in most sales undertaken within NNSA's territory. This is because the potential sales may be worth millions of dollars of revenue and the risk of losing those sales to Nortel Group competitors is high. For that reason, potential customers demand that senior management be available and involved in the sales process in order to signify that the Nortel Group is committed to providing the highest quality of service to the potential customer.

76

The local country manager is responsible for sales and local statutory management matters and reports into all the various lines of business.

- Engineering and Technical – The term "engineer" is quite broad and includes a variety of personnel. For example, software engineers, hardware engineers, structural engineers (e.g. to fit a Nortel product into a specific space), computer engineers, etc. all fall under the "engineer" banner. Engineers are often called upon in the sales process to address a variety of questions and support the selling function. For example, engineers may assist in addressing such questions as:
    - Will the Nortel product perform the way the customer wants it to;
    - Can the product be adapted to perform in a particular manner;
    - Can the product be adapted to fit into a particular space;
    - Will the product perform in specific weather/climatic conditions;
    - Can specific software code be written to adapt the product appropriately; and
    - Can the proposed product be adapted to operate with non-Nortel products or older generation products utilized by the potential customer, etc.

In fact, the potential questions that can (and have been) addressed to the Nortel engineers is limitless. Given the technical nature of Nortel's products, the participation of the engineering groups in the selling process is important. The engineering group provides technical support to the sales team. Engineers help in resolving issues raised by the customer's technical people, who will not be decision makers, but who will be influential in the decision process. If they can be convinced the Nortel product will work and has the required functionality then that takes those issues off the table leaving the perhaps more significant issue of financial terms to be negotiated. NNSA has over 180 engineers that support the sales process globally.

Typically, for a standard distribution company, the involvement of engineers is not necessary. However, again, one must remember that the Nortel Group is not a typical company. It is essentially a technology company competing in the telecommunications industry. Accordingly, the complexity of the products demands that product engineers play some part of the sales process.

Engineers assist the potential client to understand the Nortel Group's products, and how they perform. Because much of the dialogue that comprises these sales efforts is technical, it is very common for the potential customer to attend at sales presentations/meetings with its own team of engineers. In this way, both sides are able to speak at the same level and understand the technical issues/complications.

The Nortel routine distribution companies employ a team of sales engineer who are very knowledgeable people in their field of practice. However, in many respects, they can only participate in the sales process as generalists. That is, they can only

77

provide advice about certain product lines and services. In many cases, the Nortel routine distribution companies engineer's in France, Middle East and Africa and the rest of the world would require assistance from Nortel Networks SA Group engineers (and other the Nortel integrated entities) that are product and service line specialists. **[Does NNSA provide such assistance to Nortel routine distributors? If so, which routine distributors benefit from such assistance?] YES, globally.** This is understandable – NNSA and the Nortel Group sell thousands of product and service configurations – the routine distribution companies simply lacks the number of personnel necessary to offer these services itself. Again, this is another example of the operating structure of NNSA and the Nortel Group wherein it is not economically feasible for the local country entities to hire/retain numerous personnel. Instead, it is much more beneficial to have a centralized pool of talent from which the routine distribution entities can draw upon in times of need.

- R&D – NNSA employs R&D personnel that provide assistance in the sales process locally and to the routine distribution entities. Typically, the Nortel routine distribution entities do not employ R&D personnel.

  The need for R&D personnel to be involved in the sales process is similar to the comments above in respect of the engineering personnel. The difference may be that whereas the engineering personnel may be more involved in explaining to potential customers how a specific product performs and what benefits the product can provide to the customer, the R&D personnel can address more challenging technical questions. For example, a customer may ask a question such as "how will the product perform at -100 degrees". If there was no readily available answer to this question, the involvement of the R&D personnel will be required.

  Questions posed to the R&D personnel are often difficult, complex and costly to address by the Nortel Group. However, the answer to those questions is often important to the sales process. So, using the example above, determining whether a product will perform at -100 degrees is much more than a matter of placing the product in a freezer and turning the product on to see if it works. Rather, numerous tasks must be undertaken, for example:

  - the determination of the best/most appropriate Nortel Group testing facility;
  - the exact climate of the potential client must be replicated, taking into consideration not only the temperature, but also humidity, fluctuations in temperature, airborne particles, ancillary equipment and cables to be used, etc.;
  - the product must be thoroughly tested at normal operating conditions to ensure that it is operating properly;
  - the product must be thoroughly tested at the exact climatic and client conditions for an extended period of time;

78

**NNI_01492228**

- further testing must be undertaken to determine how the product will perform should any of the conditions vary;
- complete documentation must be prepared to document the testing methodology and results; and
- meet with the potential client to discuss the results of the R&D undertaken.

It should be borne in mind that the above example is a rather simple one used for illustrative purposes only. In practice, the involvement of the R&D staff maybe required to respond to complex and technical issues that are beyond the scope of this report.

R&D personnel are not only involved with answering a potential customer's questions, but also with suggesting approaches and solutions that the customer will find satisfactory. This process, that is, the process of performing additional R&D to satisfy the customer concerns, is often more immense and costly than the earlier process described. In the latter instance, substantial amounts of testing, redesign, research and the development of various product prototypes must be undertaken. This often delves into the area of pure (versus applied) research. Should the potential sale be great enough though, numerous R&D personnel will become involved in order to develop a product with which the customer will be pleased.

It should be noted that the products developed by the R&D personnel, and the associated costs are not borne by the Nortel routine distribution entities. Those costs and intangibles developed remain with the entity that incurred those costs.

### iii) Developing the Pricing Strategy

The pricing of telecommunications equipment and services is essentially a strategic intelligence task.

The pricing of telecommunications equipment is influenced by a variety of factors – local and international market conditions, competition, whether the product is a standard or customized product, installation and maintenance requirements, product costs, transportation and customs, value-added services, foreign exchange rates, etc. Similar to everything else within the Nortel Group and the telecommunications industry, determining the price for telecommunications products and services is a highly complex process. It requires the involvement of numerous personnel with varied skills. For example, the functional groups that may be involved in the pricing process include: Sales, Engineering, R&D, Legal, Market Research, Treasury, Finance, Logistics, Customs and Tax, Customer Service/Installation, and Maintenance.

Again, the determination of pricing is a complex process due to the unique product characteristics; the fact that almost no two sales are the same – purchasing

79

*See Notice to Tax Authorities at Page (i)*

telecommunications equipment and services is not like purchases from a typical distributor. For those reasons, the pricing process requires a combined effort in which numerous groups across various borders must be involved in each aspect of determining the appropriate price.

An "approval matrix" is used where the selling entity wishes to sell products or services at amounts other than the standard price. The standard prices, as well as the matrix to establish what levels of approval must be obtained prior to executing the sale, must be rigidly adhered to – by doing so, the local Nortel distribution entity is guaranteed that it will incur the most favourable revenues possible. Approval must be received prior to making a sale that is not at standard price. Since in most cases, prices do vary from the standard price, the standard price is considered to be a starting point in formulating the selling price to customers.

Setting the prices for standard products and services, much like setting the prices for large projects, is a complex process. Factors in setting prices include:

- ensuring that the local Nortel distribution entity remains competitive within its local market by not overpricing its products and therefore price itself out of the market, or that it doesn't under-price its products and thereby reduce its profit margins (or sell at an operating loss);
- changes in market conditions throughout the local market and the rest of the world are factored into the price of products; and
- changes in competitor pricing is addressed through changes to the Nortel Group's product pricing.

Nortel's distribution entities provide information and feedback to the Nortel Group so that a competitive price can be determined. The local Nortel routine distribution entity receives this valuable support and guidance from other Nortel group members to help ensure competitive pricing.

In 2002, NNSA's five largest wireless customers make up approximately 20% of the 2002 annual revenues from customers located in France. The five largest wireless customers are:

Bouygues Telecom – 8%

Orange France – 7%

Orange Slovensko – 3%

T-Mobile – 1%

Mobilkom – 1%

80

**Highly Confidential**

**NNI_01492230**

*See Notice to Tax Authorities at Page (i)*

**[Can a list of NNSA's most important clients be provided + the services/products NNSa provides to these clients?]**

Distribution Networks

*Distribution networks locate customers, determine their needs and provide service or products to meet these needs.  Goodwill associated with the activities provided by distribution networks enhance the value of a trade name.*

Generally, the Nortel distribution entities act as master distributors within their respective geographic regions.  Depending on the product line, each of those entities may employ sub-distributors to market their products.  For example, Enterprise products are sometimes sold to/through sub-distributors, whereas Wireless products are often sold directly to the end-user customers (no sub-distributors is involved).

**[does NNSA use sub-distributors and if so, to what extent?] NO**

Order Processing

*Order processing involves taking customer orders from sales personnel, relaying the product order to inventory control personnel, ensuring that orders include specifications, and relaying the products to the shipping department and the billing information to the accounting office.*

NNSA is responsible for inputting customer orders and billing customers.

Where a NNSA requires a specific product, it will initiate a purchase order by inputting the relevant data into Nortel's product ordering system.  The system is sophisticated and will automatically determine whether the requested product is already held in the inventory of the selling party or route the order to the appropriate Nortel systems house or contract manufacturer (the contract manufactures are linked into Nortel's product ordering system) if applicable.

**[as this appears to be a global system: who was responsible for developing it and who bore the costs related to it?] System is SAP and it is global.  Unsure if costs are divided among SHs.**

The products and services provided by the Nortel Group are extensive.  The equipment to be delivered to a customer's site(s) can consist of thousands of components consisting of everything from software disks to large computer hardware, filling numerous truck containers.  In addition, almost all products sold by the Nortel Group are considered to be fragile and must be transported in the most modern and safe conditions and vehicles possible. Substantial effort must be undertaken to ensure that the goods are not damaged in transit, that the proper insurance is obtained, and that the necessary steps to transport the goods across international borders are taken.

81

**Highly Confidential**

**NNI_01492231**

*See Notice to Tax Authorities at Page (i)*

There are typically three steps in the outbound logistics process:

(i)   Determination of what goods need to be ordered, when they should be shipped, and managing the shipment process to a warehouse or customer site;

(ii)  Receipt of the goods by the third party warehouse (if not direct shipped to a customer site); and

(iii) Determination of what goods to ship from the third party warehouse (if not direct shipped to a customer site), when to ship them, and managing the shipment process to the customer site.

The Nortel manufacturing entity is responsible for ensuring that goods are packaged, transported and received by the third party warehouse and in negotiating global contracts with transportation and logistics companies to ensure that NNSA receives the lowest possible costs. Incoterms can vary depending on the terms and conditions of the contract with the customer. NNSA usually transports its products to the customer either using either FCA or DDP. Typically, NNSA is responsible for overseeing the logistics function to ensure that the products are delivered to fulfill customer orders.

**[typical Incoterms used?]**

### *GENERAL MANAGEMENT AND ADMINISTRATION*

Overview

NNSA is responsible for performing general management and administration activities relative to their operations. As the parent company of Nortel, Canada also performs certain headquarter activities that support the general management of all entities throughout the Nortel group. As well, the U.S., U.K. and France also perform headquarter activities. Headquarter activities include: finance, treasury, information systems, training, human resources, legal and internal audit.

The following exhibit summarizes the number of employees dedicated to Nortel's general management and administrative ("G&A") activities. This exhibit demonstrates that the relative proportion of G&A employees has remained fairly constant over the period.

**Exhibit IV.24: Proportion of G&A Employees to Total Nortel Employees (2000 – 2003)**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| G&A Employees | 21,035 | 10,983 | 7,704 | 6,826 |
| Total Nortel Employees | 94,500 | 52,600 | 36,960 | 35,155 |
| | | | | |
| *Proportion of G&A Employees to Total Nortel Employees* | *22.2%* | *20.9%* | *20.8%* | *19.4%* |

82

*See Notice to Tax Authorities at Page (i)*

In order to assess the relative role of G&A activities in respect of the overall operations of Canada, U.S., U.K., France and ROW, Exhibit IV.25 summarizes the number of G&A employees compared to the total number of employees for each of the relevant geographic regions.

**Exhibit IV.25: G&A Employees Relative to Total Employees by Geographic Regions (2000 – 2003) Modify ROW figures in order to set France apart]**

| G&A Employees | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| # of G&A Employees | 6,010 | 5,435 | 1,437 | N/A | 8,153 | 21,035 |
| Total Employees | 25,900 | 38,000 | 12,440 | N/A | 18,160 | 94,500 |
| *Proportion of G&A Employees* | *23.2%* | *14.3%* | *11.6%* | | *44.9%* | *22.2%* |
| **2001** | | | | | | |
| # of G&A Employees | 2,577 | 2,407 | 758 | 431 | 4,810 | 10,983 |
| Total Employees | 13,803 | 19,314 | 5,954 | 2,977 | 10,552 | 52,600 |
| *Proportion of G&A Employees* | *18.7%* | *12.5%* | *12.7%* | *14.4%* | *45.5%* | *20.9%* |

| G&A Employees | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2002** | | | | | | |
| # of G&A Employees | 2,001 | 1,580 | 414 | 310 | 3,399 | 7,704 |
| Total Employees | 10,143 | 13,777 | 2,877 | 2,486 | 7,677 | 36,960 |
| *Proportion of G&A Employees* | *19.7%* | *11.5%* | *14.4%* | *12.4%* | *44.2%* | *20.8%* |
| **2003** | | | | | | |
| # of G&A Employees | 1,829 | 1,512 | 413 | 261 | 2,811 | 6,826 |
| Total Employees | 9,431 | 12,992 | 2,752 | 2,385 | 7,595 | 35,155 |
| *Proportion of G&A Employees* | *19.4%* | *11.6%* | *15.0%* | *10.9%* | *37.0%* | *19.4%* |

Based upon the number of employees dedicated to the G&A function, Exhibit IV.25 illustrates the relative significance of G&A to the various Nortel entities. Given it role as the parent company of the Nortel Group, one would expect Canada's proportion of G&A employees to be higher. This is true when comparing Canada's G&A activities to the U.S., U.K. and France. However, the proportion of ROW G&A employees is significantly higher than that of Canada, U.S., U.K. and France.**[Provide information on France if applicable and available]** This is partially explained by the source data used to compile the above information. Nortel tracks employee headcount by departmental category. Some

83

84

*See Notice to Tax Authorities at Page (i)*

departmental categories include employees that perform R&D, manufacturing, distribution and general management; for example, the departmental category "Union/Other" is one such departmental category. In addition, for the most part, the ROW operations are focused businesses (i.e. distribution function only) and tend to be smaller companies that are unable to achieve economies of scale in relation to G&A activities.

The G&A activities performed in varying degrees by each of the Nortel entities and supported by Canada, include: finance, treasury, information systems, training, human resources, legal and internal audit.

**[include # of NNSA employees assigned to the functions below at the end of each section]**

Finance

Approximately 80 personnel perform the following Finance activities for NNSA:

- determination of optimal debt and other liquidity ratios;
- assistance with determining optimal financial operational structure;
- assisting with the preparation of annual financial statements;
- development of management policies regarding how to manage account receivable and payable balances;
- developing and maintaining appropriate SAP/Oracle reporting systems;
- analysis and reconciliation of balance sheet accounts, budgets, projections and other financial statements;
- preparing financial reports for internal purposes and interested parties (e.g. financial institutions and clients who will only deal with financially stable companies);
- development and maintenance of an effective Information Technology system and infrastructures to support the appropriate business applications;
- development, implementation and maintenance of strategies for new generation applications modified to operate with more complex businesses;
- development and maintenance of transaction systems and finance systems in order to manage the business and customer requirements;
- maintenance, development and support of international administrative systems;
- central preparation and control of various tax issues, tax planning, tax risk management and ensuring compliance with tax provisions;
- preparing and managing capitalization principles; and
- ensuring/confirming compliance with best standards practices.

Treasury

84

**NNI_01492234**

*See Notice to Tax Authorities at Page (i)*

The global treasury team, comprised of both corporate and regional treasury professionals, is responsible for:

- global cash and investment management;
- global liquidity management;
- effective management of financial risk resulting from Nortel's global business including foreign exchange risk, interest rate risk, and credit and counterparty risk;
- management of performance bonds, letters of credit and guarantees;
- ensuring an efficient capital structure including management of Nortel's credit ratings, third party debt and equity, and bank and rating agency relationships; and
- compliance with established global policy and procedures.

Regional treasury teams work directly with the business and regional finance professionals to understand and support the Company's local financing requirements, performance bonding requirements, short-term cash and investment management and manage through hedging, known foreign exchange risk. Cash flow forecasts are generated within the region allowing regional treasury to effectively identify and manage currency and liquidity risk.

The Corporate Finance team, located in Nortel's corporate office in Canada, is responsible for the long-term funding of the corporation. Working with the Finance Planning group, which provides financial forecasts, Corporate Finance is able to assess the total long-term funding requirements which include fluctuations for working capital and investment purposes. The Corporate Finance team recommends the target mix of debt and equity that is appropriate. The team is also responsible for executing on funding strategies consistent with the target capital structure to efficiently fund the Company as measured by the weighted average cost of capital.

Debt funding is assessed within the context of the target capital structure. The Company has access to debt financing in the capital markets including the bank market.

Global intercompany funding is coordinated and managed centrally for the corporation. Funding structures are designed to ensure efficient use of liquidity based on local cash needs, cross border tax and legal considerations and regulatory considerations.

The regional finance teams are supported by treasury professionals, 2 of which are located in France, **[are treasury professionals located in NNSA?]** that has responsibility for:

- corporate finance;
- global reporting;
- establishing global treasury standards including global policy and procedures;
- management of Nortel's global treasury system;
- monitoring and centralized management of credit risk;

85

*See Notice to Tax Authorities at Page (i)*

- management of Nortel's credit ratings;
- coordinated management of Nortel's global bank and rating agency relationships;
- global treasury risk management including centralized management of interest rate risk; and
- effective management of Nortel's global insurance requirements.

Corporate Risk Management (which is part of the Global Treasury Group) assesses the property and casualty risks of the company on an ongoing basis. In addition, Corporate Risk Management assesses the insurance products available in the insurance marketplace as well as benchmarking standards within the Nortel's industry group and industry as a whole. With this information, Corporate Risk Management formulates coverage strategies which incorporate recommended limits of insurance and appropriate deductible / retention levels which will provide the best economic value to the Company considering the cost of insurance programs versus the value of risk transfer. The ultimate decision to purchase a given global insurance program resides with the Treasurer in consultation with other members of senior management such as the CFO and CLO. Certain local policies are purchased as statutorily required by the local business units.

### Information Systems

Information Services ("IS") plays a major support role across the entire supply chain, providing the computing and network infrastructure and resources to support such initiatives as eBusiness, process integration, and more rapid and efficient data exchange.

Over the past few years, Nortel's IS function has changed as a result of the Company's outsourcing strategy. **[check impact on, NNSA before including/amending/leaving unchanged]**

- In July 2000, a decision was made to outsource 2,700 employees to Computer Sciences Corporation ("CSC"), a leading international provider of information technology services ("IT") to commercial and government markets. Services include outsourcing, systems integration, and IT and management consulting.
- In October 2000, with a focus on business process outsourcing, a five-year agreement was signed with PricewaterhouseCoopers ("PwC") to outsource about 1,000 Nortel employees.
- In January 2002, the agreement with CSC was modified to adjust for natural infrastructure reduction based upon shrinking revenues and reduced volumes.
- In November 2002, PwC and Nortel mutually agreed to dissolve the agreements in North America and Asia-Pacific that made PwC the primary provider to Nortel of certain specified services. By year end 2002, similar disentanglement agreements were signed in the U.K., France, Netherlands and Spain, with the required

86

**NNI_01492236**

*See Notice to Tax Authorities at Page (i)*

consultation with employees or their representatives. Much of the work outsourced to PwC was returned and performed in-house.

A prime IS thrust is to simplify Nortel's daily operations by standardizing business processes across the extended value chain. IS has implemented one of the world's largest and most technically advanced Enterprise Networks, all built on Nortel products.

NNSA's IS group contains approximately 20 individuals organized along the following solutions groups: **[Can meaningful statements be incorporated regarding NNSA personnel involvement in the following solution group?] DISCUSS WITH SIMON – No response as of 6/6.**

i)   Product Development Solutions ("PDS") – This organization provides high quality, cost-effective, product development environments that enable the Company's R&D employees to implement and lead in a manner that maximizes the value of Nortel to its customers. The PDS organization is fully aligned to support Nortel's global R&D organization.

ii)  Value Chain Solutions – This organization is responsible for the applications that drive Sales, Marketing and Global Operations including Customer Service.

iii) Finance Solutions and CALA – This organization provides solutions to improve the corporation's ability to maintain the highest levels of SEC and SOX compliance and transform Nortel's financial management systems and global processes.

iv)  Human Resources and Legal Solutions – This organization focuses on providing leading-edge IS solutions to enable the company's corporate functions to support Nortel efficiently and effectively.

v)   Technology Services – This organization provides shared services in support of all IS solutions globally, including voice and data networking, compute and storage infrastructure, IT security and multimedia services. Additionally this organization has responsibility for wireless and carrier services, and technology support systems. In direct support of R&D and sales, they also focus on product engagement, new product introduction and showcasing Nortel Networks solutions in the marketplace.

vi)  Service Delivery – This organization is responsible for the customer engagement, introduction and management of all IS services including personal computing solutions. This group focuses on the delivery of IS solutions to employees and enhancement of quality of services. In partnership with CSC and other suppliers, this organization manages services that are delivered locally, including desktop solutions, messaging, voice and data services, multimedia services and access to applications.

87

*See Notice to Tax Authorities at Page (i)*

vii) Business Management & Vendor Compliance – This organization is responsible for the IS Business Management and Strategy process, cross-functional IS business management practices, including investment management, performance measurement, project management and communications. This group also manages contract compliance with the Company's IT vendors and are responsible for audit standards and the IS component of Mergers, Acquisitions and Divestitures.

viii) Europe, Middle East and Africa ("EMEA") – This organization enables the solutions, processes and infrastructure that support the EMEA Nortel business, its customers and suppliers, so that all are effective and efficient in their business operations. **[Incorporate details on NNSA role] DISCUSS WITH SIMON – No response as of 6/6.**

ix) Greater China and Asia Pacific ("GCAP") – This organization has full responsibility and accountability for driving IS Solutions into both Greater China & Asia Pacific regions aligned with the regional leaders.

Training

One of the reasons why the Nortel Group is a world leader in the telecommunications industry is because it is constantly developing and selling the most sophisticated technology in the world. The dissemination of knowledge to many Nortel Group personnel throughout the world is a critical component to the success of the group. For example, the skills and education required to simply install and maintain products sold by the Group is enormous. Further, the rapid pace of technology within the telecommunications industry (experts suggest that technology within the telecommunications industry lasts a mere 18 to 24 months before it is surpassed by more advanced technology) require a continual re-training of Nortel Group personnel.

Instituting a centralized training program has several benefits to the member of the Nortel Group:

- It allows for the substantial training costs to be allocated among many Nortel Group companies. Accordingly the cost to each Nortel entity is less than it would have been had that entity tried to create those training programs itself.

- It ensures that the best possible training is provided. Due to the highly complex technological products sold by the Nortel Group, it is very difficult to hire qualified personnel that are capable of training other Nortel Group personnel. That is the knowledge that the training personnel must have is immense and those people must constantly be on the leading edge of technological developments. Accordingly such people are rare, and it would simply not be possible to employ people with the appropriate backgrounds in each country that the Group competes in.

- The training program is not only directed at educating Nortel Group personnel regarding the installation and maintenance of Nortel products, but training is also

88

provided under a centralized training program to customers without any additional fees charged. This is a critical selling point. If the Nortel entities were not able to offer its customers the opportunity to send their own employees on training sessions intended to teach those employees how to operate the products purchased by them, it would surely be unable to obtain many of its sales. Recall, that the products are sold by the Nortel Group are highly complex – they cannot simply be installed in a customer's premises, turned on and operated. A thorough education of the customer's employees must be provided so that the customer obtains the best possible use of the products. NNSA has approximately 21 individuals involved in training employees and customers.

Human Resources

Human resource functions include:

- liaison with local payroll service providers on new starters / leavers / salary changes;
- acting as initial point of contact for employee queries on payroll or other benefits;
- determining the optimum headcount;
- ensuring that the Nortel entities comply with the regional HR strategies, objectives, policies and procedures;
- ensuring homogeneity of the corporate culture;
- development of leadership skills and roles for personnel;
- defining competency levels for personnel and job descriptions;
- development of long-term motivation programs, secondment abroad programs, and other programs intended to retain employees;
- assisting with the determination of annual salary ranges, employee benefits, recruiting strategies, and other compensation systems;
- development of programs focusing on recognizing employees with high development potential; recruitment of university graduates and their introduction to the Nortel Group;
- development of criteria for establishing employee discipline proceedings, termination requirements, layoffs, severance and termination pays, early retirement programs, and assisting solicitors with the dismissal of employees;
- establishing approval levels for changes in employee compensation and bonuses; and
- assisting employees with career path planning, training and development, seeking alternative employment, and pension issues
- NNSA has approximately 49 personnel dedicated to the Human Resource function in France, Middle East and Africa.

Legal Services

89

Due to the complexity of the products and services sold by Nortel, there is a greater need to include lawyers within the sales and contract management process[33]. NNSA has approximately 5 individuals that provide the following legal services to France, Middle East and Africa:

- ensuring that legal management and administrative tasks are undertaken (e.g. proper execution and storage of all pertinent legal agreements);
- preparing dispatch/freight contracts;
- preparing contracts for express dispatch/freight and defining appropriate conditions;
- preparing logistics/transport contracts;
- providing legal assistance and/or advice in respect of:
    - competition protection and competitor practices;
    - litigation/disputes;
    - investments, acquisitions and funding;
    - issues and formal matters regarding corporate law; and
    - other issues/disputes.
- ensuring compliance with local laws and regulations;
- protecting tangible assets;
- consulting and assisting with cash management issues, including:
    - credit lines;
    - treasury matters;
    - liquidity management; and
    - accounts payable and debt reduction.
- preparing/verifying client agreements and standard terms and conditions of contracts;
- reviewing Requests for Information and tenders;
- preparing and, if necessary, adjusting and negotiating standard service contracts and agreements, including goods and services purchase agreements and new service contracts; and
- participating in selection/management of activities initiated by external consultants.

Internal Audit

In a company the size of the Nortel Group, it is imperative that internal controls be implemented to ensure that all Nortel entities follows internal procedures, complies with

---

[33] Note that the "RESEARCH, DESIGN AND DEVELOPMENT" subsection includes a description of activities performed by Nortel's Intellectual Property Law Group in relation to the protection of the Company's intellectual property.

90

**Highly Confidential**

**NNI_01492240**

*See Notice to Tax Authorities at Page (i)*

local laws, discourages the misappropriation of funds, etc. NNSA employs approximately 5 individuals that provide the following internal audit activities:

- analysis and monitoring the execution of audit plans;
- determining and implementing methodologies, standards and techniques for the purposes of internal control;
- consulting with relevant interested parties (e.g. financial institutions, creditors, government authorities);
- participation in special projects per the order of interested parties;
- determining strategies to maximize opportunities and reduce external threats, and participate in strategy improvement planning;
- providing independent assurance that compliance with risk management procedures has been undertaken;
- advising senior management on the adequacy of internal controls in the context of new or expected events within the market;
- reporting audit results;
- preparation of recommendations/solutions for better effective internal controls; and
- ensuring that internal audit recommendations have been implemented.

## *RISKS*

*[this section should be enhanced with a view to focusing on the risks NNSA incurs]*
*RISKS ARE THE SAME FOR NNSA AS OTHER INTERGRATED ENTITIES.*

### Market

*Market risk occurs under adverse sales conditions due to either increased competition in the marketplace, adverse demand conditions within the market, or the inability to develop markets or position products to service targeted customers.*

Each Nortel entity is subject to the market risks. The recent industry adjustment has had a dramatic impact on the sales of each of the Nortel entities.

The significant adjustment in the industry in 2001, was initially felt and was most severe in the U.S., also impacted the EMEA, CALA and the Asia Pacific region during 2001. In 2002, Nortel continued to experience considerable declines in revenue across all regions in 2002 compared to 2001. [Can any detailed information be added concerning the French market?]

Product Liability/Warranty/Recall

91

**NNI_01492241**

92

*See Notice to Tax Authorities at Page (i)*

*Product liability is borne when manufacturers or distributors products fail to perform to accepted or advertised standards. Often, product liability risk arises when, by failing to perform to standards, a product causes bodily harm. Warranty risk is ultimately borne by a manufacturer in respect of its products which fail to perform in accordance with the terms of a standard warranty agreement with the purchaser.*

The Nortel manufacturing entity is responsible for any product defects. The Nortel distribution entity is not responsible for product and related warranty risks.

In relation to products produced by a contract manufacturer, generally, if defects in the products are the fault of Nortel (e.g. the specifications provided to the contract manufacturer were incorrectly prepared), the cost of remedying any problems is the responsibility of Nortel. If the cause of defects is due to the error or omission of the contract manufacturer, then that party is responsible for remedying the problem.

Generally, the contract manufacturer provides a two-year warranty for all material and workmanship. In the case of repetitive failures greater than a 1% to 2% threshold level, this is considered an "epidemic warranty" which results in the standard warranty period being increased to 5 to 10 years.

In the case of epidemic failure, liability is as follows:

- where defects in products are due to the error or omission of Nortel (e.g. the specs provided to the contract manufacturer were incorrectly prepared, failure of a component purchased under a contract with Nortel), the cost of remedying any problems is the responsibility of Nortel;

- where defects in products are due to the error or omission of the contract manufacturer, or the failure of a component purchased under a contract with the contract manufacturer, then the contract manufacturer is responsible for remedying the problem and all associated costs.

**[how may incidences in France in order to assess magnitude of this risk borne by NNSA] RISK SAME FOR ALL RPS PARTICIPANTS**

Customer Credit

*Customer credit risk is borne when products are supplied or services performed for customers and payment for same is deferred to a later date.*

The granting of credit to customers within Nortel is governed by two credit procedures. The purpose of the "Term Credit" and "Trade Credit" procedures is to safeguard corporate assets through appropriate diligence in the granting and management of credit exposures to customers and other counter-parties, while at the same time supporting sales activity to credit worthy customers and enabling the achievement of important corporate financial goals. Nortel provides credit in accordance with prudent business principles and in a

92

**Highly Confidential**

manner that safeguards its financial position and minimizes the risk of loss. Credit is granted to facilitate commercially attractive sales within acceptable risk tolerance levels on obligor credit worthiness and the term of the exposure. Credit granting is primarily focused within normal trade credit terms, which for approval purposes is defined as less than 180 days from shipment to payment. In circumstances where credit terms are not within trade terms and satisfactory third party financing is not available (on an interim or longer-term basis), term credit (in excess of 180 days) may be granted after reasonable efforts to negotiate trade credit terms and / or to assist the customer in obtaining alternative third party financing have failed.

These credit procedures define and establish the methodology for assessing counter-party credit worthiness and for assigning a risk rating based on the credit assessment as well as establish required authority levels for the approval of credit based on the assigned risk rating and the size of the risk exposure. Global Credit Management's role (part of Nortel's Treasury department) in this process is primarily centered in the control of credit assessment and risk rating methodology, together with responsibility for credit procedures, management of the credit approval process and the actual approval of exposures beyond a certain threshold. Credit approval matrices exist for both trade and term credits which:

- establish a "floor" level underneath which Regional and Product Category Finance VP's have delegated authority; Assuming the customer has the highest credit rating, NNSA has a "floor" in the amount of $10M with out input from Treasury in Canada.

- requires participation of credit management in approval of exposures above "floor" levels for Regional and Product Category Finance VP's; and

- Pre-Credit[34] and Credit Committee[35] approvals are required for larger and higher risk exposures up to levels where Board approval is required as well.

**[Provide level beyond which NNSA loses control]**

On a quarterly basis, Global Credit Management prepares a status report on certain approvals and the status of the term credit portfolio which is provided to the NNL Board of Directors by the Treasurer or the CFO, and is circulated to Credit Committee and Pre-Credit Committee members. The status report provides an update on the status financings, a summary of the existing portfolio of all term credits (both funded and unfunded), and lay-off activities, and repayments and portfolio provisioning levels.

---

[34] "Pre-Credit Committee" consists of the NNL Controller, the Assistant Secretary and VP Finance-Region and VP Finance-Product, the VP-Global Credit Management, and any additional member(s) as may be appointed by the CFO from time to time, with authority to consider "A", "B" and "C" rated credits. Any required Pre-Credit Committee approvals must be unanimous.

[35] "Credit Committee" consists of the CFO (Chief Financial Officer), the NNL Controller, the NNL Chief Legal Officer, the NNL Treasurer, the VP-Global Credit Management, and any additional member(s) as may be appointed by the CFO from time to time. Any required Credit Committee approvals must be unanimous.

93

**Highly Confidential**

**NNI_01492243**

94

*See Notice to Tax Authorities at Page (i)*

### Foreign Exchange

*Foreign exchange risk occurs when purchases of materials, resources, or services are denominated in one currency while sales of finished product are denominated in another currency.*

Foreign exchange risks are managed by the Treasury group.

### Inventory

*Inventory risk relates to losses associated with carrying finished product inventory. Losses include obsolescence, shrinkage, or market collapse such that products are only salable at prices that produce a loss.*

The Nortel manufacturing entities are responsible for inventory risks. The Nortel distribution entity is not responsible for inventory risks.

In relation to products produced by a contract manufacturer, the following provisions apply:

- *Excess Inventory:* Generally, the forecasting provisions allow Nortel to reduce its anticipated demand for product purchases from the contract manufacturer. The contract manufacturer is responsible for any excess inventory that results from actual demand that is lower than anticipated demand; however, one element of the purchase price is an excess inventory uplift charge that is adjusted on a quarterly basis, based on the previous quarterly forecast accuracy. Nortel is only obligated to purchase excess inventory if the 12-month rolling market forecast drops by over 50% in a consecutive two-month period. Further, the inventory buy-back is restricted to material that is unique to Nortel and therefore cannot be deployed or sold elsewhere by the contract manufacturer.

- *Obsolete Inventory:* Obsolete inventory is generally product unique to Nortel that has been discontinued. Nortel is required to purchase obsolete inventory from the contract manufacturer at a price equal to the materials costs and materials overhead.

- *Title and Risk of Loss:* Title, and risk of loss, theft or damage to the products, passes to Nortel when the products are delivered to Nortel or its customer (if the products are shipped direct to the customer).

94

**Highly Confidential**

95

*See Notice to Tax Authorities at Page (i)*

### SUMMMARY

Given that each of Nortel's fully integrated companies perform R&D, manufacturing and distribution functions (as well as general management) to varying degrees, it is useful to examine the proportion of employees dedicated to each of these functional areas as summarized in the following exhibit.

### Exhibit IV.26: Summary - Proportion of Employees by Functional Area (2000 – 2003) [Modify ROW figures in order to set France apart]

| | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| R&D | 49% | 27% | 20% | N/A | 10% | 29% |
| Manufacturing/Operations | 18 | 11 | 44 | N/A | 9 | 17 |
| Distribution | 10 | 48 | 25 | N/A | 36 | 32 |
| Management and Administration | 23 | 14 | 11 | N/A | 45 | 22 |
| | 100% | 100% | 100% | | 100% | 100% |

| | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| **2001** | | | | | | |
| R&D | 55% | 34% | 28% | 33% | 12% | 33% |
| Manufacturing / Operations | 17 | 9 | 24 | 42 | 8 | 12 |
| Distribution | 9 | 45 | 35 | 11 | 41 | 34 |
| Management and Administration | 19 | 12 | 13 | 14 | 39 | 21 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| **2002** | | | | | | |
| R&D | 57% | 39% | 29% | 46% | 17% | 37% |
| Manufacturing / Operations | 15 | 7 | 15 | 34 | 7 | 10 |
| Distribution | 8 | 42 | 42 | 7 | 40 | 32 |
| Management and Administration | 20 | 12 | 14 | 13 | 36 | 21 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| **2003** | | | | | | |
| R&D | 56% | 39% | 25% | 50% | 20 | 37 |
| Manufacturing / Operations | 15 | 7 | 20 | 32 | 7 | 10 |
| Distribution | 9 | 43 | 40 | 7 | 42 | 34 |
| Management and Administration | 20 | 11 | 15 | 11 | 31 | 19 |
| | 100% | 100% | 100% | 100% | 100% | 100% |

**Highly Confidential**

NNI_01492245

*See Notice to Tax Authorities at Page (i)*

Based upon the proportion of employees dedicated to each functional activity, the following observations can be made:

(i) On a company wide basis, the number of employees dedicated to R&D, a core strength and a factor differentiating the Nortel from its competitors, has increased relative to the other functional areas.

(ii) Consistent with Nortel's supply chain strategy and its increasing reliance on outsourcing, manufacturing activities are becoming less significant on a group-wide basis as Nortel has adopted a strategy to focus its supply chain resources and investments on those areas which can provide true competitive differentiation and offer the most value for its customers – product development being a strategic focus.

(iii) Distribution activities are significant to the operations of the U.S., U.K. and ROW. However, as shown in Exhibit IV.23, the third party sales per distribution employee is relatively the same for the U.S. and Canada,. The number of distribution employees in the U.S. and Canada is proportional to the size of Nortel's market in those regions (as measured by third party customer revenues). In France and the UK, the results are much different. The reality is that in similar marketplaces, France has a much higher sales per distribution employee ratio than the U.K. **[check with France figures whether comment needs to be inserted/amended]**

**FUNCTIONAL ANALYSIS CHART**

A functional analysis star chart is a tool that can be used to summarize/organize the findings of the functional analysis. A functional analysis star chart assigns stars (*) to each entity involved in a particular intercompany transaction to denote their relative role with respect to a particular function. The entity assuming the greatest responsibility for each function or risk in respect of the subject intercompany transaction is denoted by assigning a higher number or weighting of stars, with the remaining stars, if any, assigned to other entity involved in the intercompany transaction. Given the complexities associated with the Nortel's intercompany transactions, it was found that the assignment of star weightings was difficult to do in a traditional star chart format. Therefore, it was concluded that a functional analysis star chart would not produce meaningful results.

Consequently, a functional analysis chart has been prepared to show which Nortel entities are responsible for the various functions and risks. The functional analysis chart below depicts which Nortel entity is responsible for the functions and risks between the R&D Entities / RPS countries and the routine distributors.

96

*See Notice to Tax Authorities at Page (i)*

| | RPS entities | Routine Distributors |
|---|:---:|:---:|
| **Research, Design and Development** | | |
| R&D | X | |
| Intellectual Property | X | |
| Product Development | X | |
| **Manufacturing/ Operations** | | |
| Product Fabrication and Assembly | X | |
| Manufacturing Process Design and Know-How | X | |
| Purchasing | X | |
| Production Scheduling/Inventory | X | |
| Quality Control and Testing | X | |
| Cost Control | X | |
| Logistics and Transportation | X | X |
| Service Delivery | X | X |
| **Distribution** | | |
| Marketing Strategy and Development | X | |
| Tactical Marketing and Advertising | X | |
| Sales and Pricing | X | X |
| Distribution Networks | X | X |
| Order Processing | X | X |

97

**Highly Confidential**

NNI_01492247

98

*See Notice to Tax Authorities at Page (i)*

|  | RPS entities | Routine Distributors |
|---|---|---|
| **General Management[36]** | | |
| Finance | X | X |
| Treasury | X | |
| Information Systems | X | |
| Training | X | |
| Human Resources | X | X |
| Legal | X | |
| Internal Audit | X | |
| **Risks** | | |
| Market | X | |
| Product Liability | X | |
| Customer Credit | X | |
| Foreign Exchange | X | |
| Inventory | X | |

[consider to amend chart above to (1) have column for NNSA specifically, but also (2) add degrees of risk and degrees of importance of certain functions, with one "X" meaning routine, two "XX" medium" and three "XXX" high. For example, routine distributors bear market risk as well, but minimal] may not need to since risks are the same for all integrated entities

## *Characterization*

As described in the previous subsection, certain Nortel entities are fully integrated companies which perform the functions of R&D, manufacturing and distribution. However, each Nortel entity performs these functions to varying degrees relative to its operations.

As indicated in the preceding section, certain Nortel entities perform routine distribution activities only. These entities do not perform any R&D or manufacturing activities. Moreover, their distribution activities are supported by the efforts of the Nortel integrated entities.

Previously, certain Nortel affiliates were parties to a R&D CSA and developed intangibles by incurring R&D expenses under that arrangement. These companies were also manufacturers of Nortel products and owned routine manufacturing-related intangible assets. After 2000 (the R&D CSA was terminated effective January 1, 2001), the following entities continued to perform R&D[37]:

- Canada;

[36] Distribution entities have some representation of these function, however the amount varies for each country. For example some countries may have in-house counsel, HR, and finance personnel. Other countries have outsourced the majority of functions such as accounting and legal services.
[37] Nortel Networks Japan ("NN-Japan") was a participant of the prior cost sharing arrangement, however, no longer incurs R&D expenses. As such NN-Japan is treated as a routine distributor. In addition Northern Telecom do Brasil Industria e Comercio Ltda. ("Nortel-Brazil") executed a cost sharing agreement with

98

**NNI_01492248**

*See Notice to Tax Authorities at Page (i)*

- U.S.;
- U.K.;
- NNSA;
- Nortel Networks Australia ("NN-Australia"); and
- Nortel Networks Ireland ("NN-Ireland").

Therefore, for purposes of characterizing the Nortel entities relevant to this analysis, it is useful to divide Nortel's affiliates into two groups;

(i) **Old R&D CS Participants and RPS Participants** – these entities were parties to the old R&D CSA and have developed historically valuable intangibles by incurring R&D expenses during the period the former CSA was in effect. These entities are entitled to participate in the ongoing benefits from their historical IP and bear the risks associated with the continuing value of that IP. The RPS Participants continue to maintain their historical IP and to participate in the future benefits of new IP as these entities continue to perform R&D subsequent to the termination of the R&D CSA at December 31, 2000 and, therefore, continue to develop intangible property. These entities are responsible for ongoing entrepreneurship and risk-taking functions with respect to their ongoing IP. As described in the functional analysis, R&D is the primary contributor to the success of Nortel's operations. Nortel's customers choose Nortel products and services because Nortel is viewed as a technology leader in its market and because Nortel is committed to using its R&D resources in providing full pro-active services and support to its customers.

In addition to performing ongoing R&D functions, these entities are fully integrated and accordingly, perform manufacturing and distribution functions. As described in the functional analysis, in regard to Nortel's value chain, these activities are considered to be routine in nature.

Therefore, Canada, U.S. and U.K. NNSA, NN-Australia and NN-Ireland fall within this characterization.

As described in the functional analysis, these entities are also integrated with each other:

- – centrally led and controlled R&D programmes on collaborative basis;
- – centres of excellence for manufacturing (e.g. specialist products in various locations);

---

Nortel, but due to constraints posed by Brazilian tax law, did not effectively share in R&D expenses. As such, Nortel-Brazil is characterized as a routine manufacturer. **[does it perform contract R&D then?] No.**

99

- − shared purchasing of product through central outsourcing and supply arrangements;
- − shared logistics platform through centralised outsourcing;
- − shared marketing and sales support; and
- − centralized G&A functions.

**(ii) Routine Distributors** – these entities were not parties to the R&D CSA and have not developed valuable intangible property. In addition, these entities perform distribution functions only and are not involved in the manufacture of Nortel products.

Therefore, for purposes of this analysis, most of the entities included in ROW should be considered as routine distributors, with the exception of the former R&D CS Participants that continue to perform R&D (e.g. NN-Australia and NN-Ireland).

**(iii) Routine Manufacturers** – these entities were not parties to the R&D CSA and have not developed valuable intangibles. In addition, these perform distribution and limited manufacturing of Nortel products.

# VI. Demographics

## A. *Income Statement Highlights*

Refer to Appendix I.

## B. *Balance Sheet Highlights*

Refer to Appendix J.

## C. *R&D*

The following exhibit summarizes the R&D expenses incurred by Nortel group. The R&D figures presented in the table below are based upon Nortel's Oracle A100 statements, which reflect all R&D expenses within the Nortel group. Certain adjustments[38] are made

---

[38] For example, prior period adjustments with respect to cost-sharing amounts are excluded from the determination of each entity's current R&D expenditure.

100

*See Notice to Tax Authorities at Page (i)*

to these R&D expenses within the Company's transfer pricing model to ensure that only the in-country, in-year R&D activities are reflected.

**Exhibit VI.1: R&D Expenses [Modify ROW figures in order to set France apart]**

| R&D – per transfer pricing model | 2000 | 2001 | 2002 | 2003 | Cumulative Percentage Increase/ (Decrease) |
|---|---|---|---|---|---|
| Canada | 1,648 | 1,506 | 905 | 850 | -48.4% |
| U.S. | 1,644 | 1,351 | 940 | 758 | -53.9% |
| U.K. | 413 | 355 | 188 | 95 | -77.0% |
| France | 78 | 226 | 246 | 267 | 343% |
| ROW | 101 | 60 | 36 | 32 | -67.0% |
| | | | | | |
| Total R&D | 3,884 | 3,498 | 2,315 | 2,002 | -48.5% |
| | | | | | |
| Consolidated Revenues | 30,275 | 17,511 | 10,560 | 10,000 | -67.0% |
| *R&D as a Percentage of Revenue* | *12.8%* | *20.0%* | *21.9%* | *20.0%* | |

During the 2000 to 2003 period, as Nortel's consolidated revenues decreased, the proportion of revenues spent on R&D increased even though the dollar amount of R&D decreased in the U.S. Canada and UK. Conversely, in France actual R&D spend increased (not just as a proportion of sales) as revenues decreased signifying France's commitment to an entrepreneurial investment in R&D. **[Include information on the evolution of NNSA R&D spending].**

101

**Highly Confidential**

**NNI_01492251**

102

*See Notice to Tax Authorities at Page (i)*

## **Appendix A: Overview of Nortel**

### *Company Overview*

Nortel is an industry leader and innovator focused on transforming how the world communicates and exchanges information. Nortel is removing barriers to business opportunity through the supply of communications technology and infrastructure to enable value-added internet protocol, or IP, data, voice and multimedia services that support the Internet and other public and private networks using wireline and wireless technologies. Nortel refers to the technology and infrastructure that it supplies as "networking solutions". Nortel's networking solutions generally bring together diverse networking products from its various product families, and related services, to create either a customized or "off the shelf" solution for customers. Nortel's business consists of the design, development, manufacture, assembly, marketing, sale, licensing, installation, servicing and support of these networking solutions.

A substantial portion of Nortel has a technology focus and is dedicated to research and development. This focus forms core strength and a factor differentiating Nortel from many of its competitors. Nortel envisions an information society where people will be able to connect and interact with information and with each other instantly, simply and reliably, seamlessly accessing data, voice and multimedia communications services and sharing experiences anywhere, anytime.

Nortel's networking solutions include network equipment, software and other technologies that enable local and long-distance communications companies, wireless service providers, cable multiple system operators and other communications service providers to provide their customers with services to communicate locally, regionally or globally through the use of data, voice and multimedia communications.

Also, the Company's networking solutions provide enterprises such as large and small businesses, governments, educational institutions and other organizations, with the ability to communicate locally or globally within their organization and with other organizations and individuals through the use of data, voice and multimedia communications. Nortel is focused on providing high-performance networking solutions that transform the way people and companies communicate and conduct business.

The 2000 to 2002 period was one of considerable change both for the telecommunications industry as well as to Nortel. Nortel's reported revenues reached a record high in 2000 of U.S. $30.3 billion, the Company made acquisitions in excess of $20 billion, and employed approximately 94,500 employees in 20,000 departments. However, in 2001 and 2002, the telecommunications industry underwent a period of significant decline. Demand for telecommunications equipment decreased substantially in response to the rapid and severe industry and economic recession. In order to adjust to market conditions and remain

102

**NNI_01492252**

*See Notice to Tax Authorities at Page (i)*

competitive, Nortel underwent a number of restructurings and divestitures. By the end of 2002, the Company had eliminated approximately two-thirds of its workforce and revenues had decreased to 1995 levels.

In order to survive, Nortel was forced to constantly re-think and restructure its operations. The restructurings within the reportable operating segments were material:

- In 1999 and 2000, there were two reportable business segments: Service Provider & Carrier Segment and Enterprise Segment.

- In 2001, to adapt to the changing market conditions, Nortel was restructured into three operating segments: Metro and Enterprise Networks, Wireless Networks and Optical Long-Haul Networks.

- In 2002, again to adapt to the changing market conditions and to streamline and focus more directly on its customers, Nortel was restructured into four reportable segments: Wireless Networks, Enterprise Networks, Wireline Networks and Optical Networks.

- In 2003 and 2004, the reportable operating segments were consistent with the 2002 definitions.

Appendix C to E provides a description of Nortel's reportable operating segments relevant to 2000, 2001 and 2002.

### *Company Background*

The Company was incorporated in Canada on March 7, 2000 under the name New Nortel Inc. On May 1, 2000, the Company participated in a Canadian court-approved plan of arrangement with Nortel Networks Limited (previously known as Nortel Networks Corporation) and BCE Inc., the largest shareholder of Nortel Networks Limited prior to the plan of arrangement. In connection with the plan of arrangement on May 1, 2000:

- the Company changed its name to Nortel Networks Corporation;

- the holders of the outstanding publicly traded common shares of Nortel Networks Limited became common shareholders of the Company;

- common shares of the Company were distributed to the common shareholders of BCE; and

- Nortel Networks Limited became the principal operating subsidiary of the Company.

**Highly Confidential**

**NNI_01492253**