*See Notice to Tax Authorities at Page (i)*

As part of the arrangement, the Company also assumed Nortel Networks Limited's financial reporting history for financial reporting purposes.  As a result, management deems Nortel Networks Limited's consolidated business activities prior to May 1, 2000 to represent the Company's historical consolidated business activities as if the Company and Nortel Networks Limited had historically been the same entity.

The Company's principal executive offices are located at 8200 Dixie Road, Suite 100, Brampton, Ontario, Canada.

Nortel's common shares are publicly traded on the New York and Toronto stock exchanges under the symbol "NT". Nortel Networks Limited is the principal direct operating subsidiary. Nortel Networks Corporation holds all of Nortel Networks Limited's outstanding common shares but none of its outstanding preferred shares.

### *Business Developments*

2000

The following list highlights some of the key developments for Nortel during 2000:

- *BCE Plan of Arrangement* – The Company participated in a Canadian court-approved plan of arrangement with BCE and Nortel Networks Limited, previously known as Nortel Networks Corporation, on May 1, 2000. The parties implemented the plan of arrangement to permit the distribution to BCE common shareholders of almost all of the BCE shareholding in Nortel Networks Limited. The plan of arrangement had the effect of solidifying the independence of Nortel Networks and its management from BCE.

- *Acquisitions* – Nortel acquired a number of companies in 2000 whose technology and product offerings provide strengths in optical networking, optical components, eBusiness solutions, and other Internet-related technologies[39].

- *Manufacturing Expansion* – Nortel announced a series of investments totalling $2.56 billion to expand optical solutions and component production capacity and capability in North America, Europe, and Australia. Commencing in 1999, in the service provider and carrier segment, extraordinary increases in customer demand for optical networking systems began to exceed the Company's ability to manufacture or otherwise obtain the necessary components and materials needed to supply these systems within customary delivery periods. This created a backlog of orders for optical networking systems. By the end of the second quarter of 2000, the Company substantially reduced the prior backlog for optical networking systems and delivery periods have returned to more traditional levels.

---

[39] These acquisitions are described in greater detail in subsection A of this Appendix.

104

**NNI_01492254**

*See Notice to Tax Authorities at Page (i)*

- *Streamlining of Business Processes* – Nortel continued to streamline its business and operations in 2000. In order to improve the Company's agility and flexibility in meeting customer demands for its products and network solutions, Nortel undertook a transformation of its supply chain from a vertically integrated structure to a virtually integrated model commencing in January 1999. This strategy was designed to simplify and streamline the business and operations processes to better meet the rapidly changing needs and values of customers worldwide. One key initiative was the divestiture and outsourcing of specific operations in North America and Europe, on June 3, 2000 and Turkey, on September 1, 2000, to Solectron, an electronics manufacturing services company offering a full range of integrated supply-chain solutions. Nortel's transformation of its supply chain focused on the divestiture of low value-add or non-core business functions. For example, with respect to the Solectron transaction, the outsourced manufacturing operations were of relatively low value to Nortel. This is evidenced by the small profit of $173 Nortel realized on the sale of its manufacturing assets to Solectron. Nortel, on the other hand, retained key value-add functional activities such as testing activities and continues to bear the more substantive risks associated with potential product failures (e.g. damage to the customer relationship and the Company's reputation)[40]. Therefore, while the outsourcing activities permit Nortel to focus resources on its core competency of development of leading edge telecommunication products, from a functional perspective, the overall responsibility for the manufacturing function still remains with Nortel. Accordingly, from a risk perspective, most of the significant risks associated with the manufacture of products still remains with Nortel.

2001

In 2001, the telecommunications industry underwent a period of significant adjustment. During 2001, industry demand for networking equipment slowed significantly in response to the rapid and severe industry and economic downturn in the U.S., Europe, and other parts of the world and the related decline in the global capital markets. As a result of this adjustment and the difficulties in obtaining financing for capital expenditures, the business marketplace in the telecommunications industry has changed. Significant excess network capacity exists as a result of the pace of new network construction during 1999 and 2000 and also due to the financial difficulties now being experienced by a number of communications service providers around the world. Service provider customers are no longer investing in new networks or equipment based primarily on potential future demand. Customers, now focused on reducing their costs and exhausting existing network capacity, have returned to more conservative capital spending strategies and generally require current

---

[40] The contract manufacturer is responsible for failure to produce a product in accordance with the specifications provided by Nortel, and as such, would be required to absorb the costs of correcting the problem.

**Highly Confidential**

**NNI_01492255**

demand for network capacity prior to investing in new network expansions and equipment. This resulted in a significant reduction in 2001 in the levels of capital spending by communications service providers around the world.

In light of the significant downturn in both the telecommunications industry and the economic environment, and capital market trends impacting Nortel's operations and expected future growth rates, Nortel engaged in a number of activities in 2001 to streamline operations and activities around its core markets and leadership strategies. Some of Nortel's activities in 2001 include:

- substantial workforce reductions;
- amendment of certain credit agreements;
- discontinuance of the Company's access solutions operations **[impact in France? Consider change in business risk]**; CONFIRM WITH SIMON – No response as of 6/7/05
- increase in outsourcing of transactions; and
- write down of intangible assets.

The primary focus of these activities in 2001 was to reposition Nortel from a financial perspective. As a result of these initiatives, Nortel substantially reduced its fixed costs and have created a business organization that is better aligned to the new industry and economic environment.

2002

In 2002, the telecommunications industry continued to experience significant adjustment which began in 2001. Industry demand for networking equipment continued to decline in response to the ongoing industry adjustment, economic downturn and to the related tightening in the global capital markets. As a result of the continued industry adjustment, the business marketplace has changed. In 2002, excess network capacity still existed as a result of the pace of new network construction and strong economic growth in 1999 and 2000 and due to the financial difficulties of a number of communications service providers around the world. In 2002, the industry also experienced continuing consolidation.

Customers continued to focus in 2002 on conserving capital, decreasing their debt levels, reducing costs and/or increasing the capacity utilization rates and efficiency of existing networks. Customers are no longer building new networks in anticipation of market demand but are waiting until actual end user demand warrants such increased network capacity. Enterprises and service providers are focused on conservative capital spending that can reduce their costs, provide new revenue growth and maximize their return on invested capital. As a result, capital spending by enterprises and service providers around the world continued to decline in 2002.

**Highly Confidential**

**NNI_01492256**

*See Notice to Tax Authorities at Page (i)*

In response to the ongoing industry adjustment, Nortel engaged in a number of activities in 2002 to further streamline its operations and activities around four core businesses and to strengthen its financial position.  Some of the Company's activities in 2002 included:

- realignment of Optical Networks, including the sale of certain optical components assets;
- restructuring, including additional workforce reductions and asset writedowns;
- equity offerings during the second quarter; and
- expiration and termination of certain credit facilities and amendments to the Company's security agreements.

As a result of these initiatives, Nortel has made substantial progress in reducing its costs and creating a business model that management believes is better aligned to the current state of the industry.

107

**Highly Confidential**

NNI_01492257

*See Notice to Tax Authorities at Page (i)*

## Appendix B: Downsizing and Competition

## A. Downsizing

As previously noted, in response to the rapid and severe industry and economic recession, Nortel underwent a number of restructurings. In 2000, Nortel had 94,500 employees. However, by the end of 2002, the Company had eliminated approximately two-thirds of its workforce.

**[add France in all tables]**

2000

At December 31, 2000, Nortel employed approximately 94,500 people. The following exhibit summarizes the number of employees by geographic region.

**Exhibit B.5: 2000 Employees by Geographic Region (2000)**

| Regular Full-Time Employees[41] | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| At December 31, 2000 | 25,900 | 38,000 | 12,440 | 3,139 | 15,021 | 94,500 |
| *Proportion* | *27.4%* | *40.2%* | *13.2%* | *3.4%* | *15.8%* | *100%* |

During 2000, approximately 4,000 employees were terminated in response to Nortel's restructuring activities. Of this amount, approximately 2,000 employees were eliminated in connection with the outsourcing of certain Information Services functions as discussed above. The remaining 2,000 employees were terminated in connected with Nortel's initiative to strategically realign resources into high growth areas of the business in response to shifts in customers' needs and transitions from older to newer technologies across the Company's product portfolio.

These workforce reductions primarily affected the employees located in North America.

2001

At December 31, 2001, Nortel employed approximately 52,600 regular full-time employees (excluding employees on notice of termination). The following exhibit summarizes the number of employees by geographic region.

**Exhibit B.6: 2001 Employees by Geographic Region (2001)**

| Regular Full-Time | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|

---

[41] Nortel also employ individuals on a part-time basis, and engages the services of independent contractors.

108

**Highly Confidential**

**NNI_01492258**

*See Notice to Tax Authorities at Page (i)*

| Employees[42] | | | | | | |
|---|---|---|---|---|---|---|
| At December 31, 2001 | 13,803 | 19,314 | 5,954 | 2,977 | 10,552 | 52,600 |
| *Proportion* | *26.3%* | *36.7%* | *11.3%* | *5.7%* | *20.0%* | *100%* |

As part of the Company's resizing activities to further reduce its cost structure and streamline operations, Nortel terminated approximately 36,100 employees during 2001. As a result, Nortel recorded workforce reduction charges in the amount of $1,361M.

Of the 36,100 employees notified, approximately 13,900 were direct employees performing manufacturing, assembly, test and inspection activities associated with the production of Nortel's products, and approximately 22,200 were indirect sales, marketing and administrative employees, and manufacturing managers. The workforce reductions were primarily in North America and United Kingdom and extended across all of Nortel's segments.

2002

At December 31, 2002, Nortel employed approximately 36,960 regular full-time employees (excluding employees on notice of termination). The following exhibit summarizes the number of employees by geographic region.

**Exhibit B.7: Employees by Geographic Region (2002)**

| At December 31, 2002 | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| Regular Full-Time Employees[43] | 10,143 | 13,777 | 2,877 | 2,486 | 7,677 | 36,960 |
| Proportion | 27.4% | 37.3% | 7.8% | 6.8 | 20.7% | 100% |

As part of the Company's resizing activities to further reduce its cost structure and streamline operations, Nortel notified for termination and provisioned for the exit of approximately 12,700 regular full time employees during 2002. As well, the divestiture of non-core businesses (refer to the discussion above under the heading "*Divestitures*") completed or entered into in 2002 resulted in additional employee reductions.

For the year ended December 31, 2002, Nortel recorded workforce reduction charges of $841M. These charges relate to severance and benefit costs associated with approximately 12,700 employees notified of termination during 2002 which extended across all business segments.

---

[42] Nortel also employ individuals on a part-time basis, and engages the services of independent contractors.
[43] Nortel also employ individuals on a part-time basis, and engages the services of independent contractors.

109

**Highly Confidential**

**NNI_01492259**

*See Notice to Tax Authorities at Page (i)*

As a result of changes in certain outsourcing plans, Nortel had approximately 36,000 employees by the end of the first quarter of 2003. Going forward, Nortel's focus will be on managing each of its businesses based on financial performance, the market and customer priorities.

The following exhibit summarizes the regular full-time ("RFT") employee notifications included in special charges during 2000 to 2002.

**Exhibit B.8: Summary of Workforce Reductions (2000 – 2002)**

|  | Employees (approximate) | | |
|---|---|---|---|
|  | Direct [a] | Indirect [b] | Total |
| RFT employee notifications by period: |  |  |  |
| During 2000 | 200 | 3,800 | 4,000 |
| During 2001 | 13,900 | 22,200 | 36,100 |
| During 2002 | 3,400 | 9,300 | 12,700 |
| RFT employee notifications as at December 31, 2002 | 17,500 | 35,300 | 52,800 |

(a) Direct employees include employees performing manufacturing, assembly, test and inspection activities associated with the production of Nortel Networks products.
(b) Indirect employees include employees performing manufacturing management, sales, marketing, research and development and administrative activities.

### 2003

At December 31, 2003, Nortel employed approximately 35,155 regular full-time employees (excluding employees on notice of termination). The following exhibit summarizes the number of employees by geographic region.

**Exhibit B.9: Employees by Geographic Region (2003)**

| At December 31, 2003 | Canada | U.S. | U.K. | France | ROW | TOTAL |
|---|---|---|---|---|---|---|
| Regular Full-Time Employees[44] | 9,431 | 12,992 | 2,752 | 2,385 | 7,595 | 35,155 |
| Proportion | 26.8% | 37.0% | 7.8% | 6.8 | 21.6% | 100% |

## B. Competition

This subsection provides background information with respect to the telecommunication industry and Nortel's competitors.

*Industry*

---

[44] Nortel also employ individuals on a part-time basis, and engages the services of independent contractors.

110

**NNI_01492260**

*See Notice to Tax Authorities at Page (i)*

In 2002, the telecommunications industry continued to experience significant change which had begun in 2001. Industry demand for networking equipment continued to decline in response to the ongoing industry adjustment, economic downturn and to the related tightening in the global capital markets. As a result of the continued industry re-alignment, the business marketplace changed. In 2002, excess network capacity still existed as a result of the pace of new network construction and strong economic growth in 1999 and 2000 and due to the financial difficulties of a number of communications service providers around the world. In 2002, the industry also experienced continuing consolidation.

Customers continued to focus in 2002 on conserving capital, decreasing their debt levels, reducing costs and/or increasing the capacity utilization rates and efficiency of existing networks. Customers are no longer building new networks in anticipation of market demand but are waiting until actual end user demand warrants such increased network capacity. Enterprises and service providers are focused on conservative capital spending that can reduce their costs, provide new revenue growth and maximize their return on invested capital. As a result, capital spending by enterprises and service providers around the world continued to decline in 2002.

*Competition*

The following discussion focuses on Nortel's competition in each of its reportable operating segments[45].

### 1) Wireless Networks

Nortel's major competitors in the global wireless infrastructure business have traditionally included Telefonaktiebolaget LM Ericsson, Lucent Technologies Inc., Motorola, Inc., Siemens Aktiengesellschaft and Nokia Corporation. Nokia and Siemens compete in the sale of GSM and UMTS equipment, whereas Lucent competes in the sale of CDMA, TDMA and UMTS equipment. Motorola is a competitor in the sale of GSM, UMTS and CDMA radio network access equipment. Ericsson competes in the sale of equipment for all of the major wireless communications technologies. More recently, Samsung Electronics Co., Ltd. has emerged as a competitor in the sale of CDMA systems, and Huawei Technologies Co., Ltd. has emerged as a competitor for GSM, CDMA and UMTS systems in China and many other developing countries. In France, particularly in wireless, Lucent Technologies and Alcatel S.A. are met most often in the market place. The primary global factors of competition for Nortel's Wireless Networks products include:

- technology leadership, product features and availability;
- product quality and reliability;
- conformity to existing and emerging regulatory and industry standards;

---

[45] As defined in 2002.

111

*See Notice to Tax Authorities at Page (i)*

- warranty and customer support;
- price and cost of ownership;
- provision of customer financing;
- interoperability with other networking products;
- network management capabilities;
- traditional supplier relationships, particularly in EMEA and the Asia Pacific region; and
- regulatory certification.

Nortel intends to continue to compete with its traditional competitors as the global market for wireless networking equipment migrates to 3G technologies. Nortel also expects newer competitors, such as NEC Corporation and Matsushita Electric Industrial Co., Ltd. (also known as Panasonic), to emerge.

**2) Enterprise Networks**

Nortel's principal competitors in the sale of its Enterprise Networks solutions to enterprises are Cisco Systems, Inc., Avaya Inc., Alcatel S.A., Siemens, Huawei Technologies Company Limited and NEC Corporation.    Avaya is Nortel's largest competitor in the sale of voice equipment while Cisco is Nortel's largest competitor in the sale of data networking equipment to enterprises.    Nortel also compete with smaller companies **[any niche competitors in France?]** that address specific niches, such as Foundry Networks, Inc., Extreme Networks, Inc., Enterasys Networks, Inc. in data networking, Mitel Networks Corporation, 3Com Corporation in Internet-based voice communications solutions and Genesys Telecommunications Laboratories, Inc. in contact centers.    Nortel expects competition to remain intense as enterprises look for ways to maximize the effectiveness of their existing networks while reducing ongoing capital expenditures and operating costs. The principal global factors of competition in the sale of Nortel's Enterprise Networks products include:

- technology leadership product features and availability;
- product quality and reliability;
- conformity to existing and emerging regulatory and industry standards;
- warranty and customer support;
- price and cost of ownership;
- interoperability with other networking products;
- sales distribution and channel marketing strategy;
- installed base of product; and
- alternative solutions offered to enterprises by service providers.

112

*See Notice to Tax Authorities at Page (i)*

The principal competitive factors for the sale of Nortel products to enterprises also include the leveraging of existing customer-supplier relationships and the availability of distribution channels.

### 3) Wireline Networks

Nortel's principal competitors are large communications companies, such as Cisco, Lucent, Alcatel and Siemens. In addition, Nortel competes with smaller companies that address specific niches within this market, such as Sonus Systems Limited, BroadSoft, Inc. and Taqua Inc. in packet and Internet-based voice communications solutions, Redback Networks Inc. in aggregation products, as well as Equipe Communications Corporation, Laurel Networks, Inc. and Ciena Corporation (which acquired Wavesmith Networks, Inc. in 2003) in ATM/multi-protocol label switching, multiservice core and edge switching. Certain competitors also are strong on a regional basis, such as ZTE Corporation and Huawei in the Asia Pacific region. Some niche competitors are partnering with larger companies to enhance their product offerings and large communications competitors are also looking for these partnerships or alliances to complete their product offerings. No one competitor is dominant in this market.

The primary global factors of competition for our wireline products include:

- technology leadership, product features and availability;
- price and total cost of ownership;
- ability to create new revenue generating services for service providers and cable multi-system operators;
- conformity to existing and emerging regulatory and industry standards;
- installed base of products and customer relationships;
- network management capabilities;
- product quality and reliability; and
- warranty and customer support.

The competition remains intense as a result of the continued decline in market demand, the substantially reduced availability of capital, the continued consolidation in the service provider industry, and the renewed focus by suppliers on selling to the remaining large service providers with financial resources.

### 4) Optical Networks

Nortel's major competitors in the sale of optical networking equipment include Alcatel, Lucent, Siemens, Fujitsu Limited, Marconi plc, Cisco, Huawei, NEC, Ciena and ADVA International Inc. In 2002, Nortel sold certain of its optical components assets and

113

**NNI_01492263**

*See Notice to Tax Authorities at Page (i)*

therefore continues to focus on competing primarily with optical systems vendors. Market position in the global market for optical networking equipment fluctuates significantly on a quarter-by-quarter basis. However, Nortel continues to be a leading global provider of optical networking equipment. The primary global factors of competition for Nortel's Optical Networks products include:

- technology leadership, product features and availability;
- product quality and reliability;
- conformity to existing and emerging regulatory and industry standards;
- warranty and customer support;
- price and cost of ownership;
- interoperability with other networking products;
- network management capabilities;
- traditional supplier relationships, particularly in EMEA and the Asia Pacific region; and
- regulatory certification, particularly for incumbent local and long-distance telephone companies.

Nortel and many of the Company's competitors have been negatively impacted by the severe decline in service provider optical network spending. As a result, Nortel's focus is on increasing market share relative to its competitors. In particular, the financial difficulties of certain competitors have created the potential for new relationships with international-incumbent service providers in EMEA and elsewhere **[French examples?]**. In addition, the competition from optical networking "start-up" companies has decreased due to general concerns by many service providers about these start-up companies' long-term viability.

114

*See Notice to Tax Authorities at Page (i)*

# Appendix C: 2000 Operating Segments

For the 2000 year, Nortel carried on business in two operation segments:   1) service provider and carrier segment, and; 2) the enterprise segment.

### Service Provider and Carrier Segment

Nortel is a leading provider of networking solutions, including optical networking solutions, access and core networking solutions, and wireless networking systems, to service providers and carriers around the world. It is the leading provider of optical networking solutions worldwide. Nortel's service provider and carrier customers around the world include incumbent and competitive local exchange carriers, interexchange carriers, global carriers, wireless service providers, Internet service providers, application service providers, resellers, public utilities, cable television companies, content service providers, and hosting service providers. The service provider and carrier products are sold globally, primarily through Nortel's direct sales force. The service provider and carrier products are also through domestic and international distributors and licensees.

### Enterprise Segment

Nortel provides networking equipment to enterprises and organizations around the world. The enterprise products and solutions are offered to a broad range of customers around the world, including large enterprises and their branch offices, small businesses, and home offices, as well as government, education, and utility organizations. Key industry sectors for Nortel's business customers include the telecommunications, high-tech manufacturing, and financial services sectors. Nortel also serves business customers in healthcare, retail, hospitality, services, transportation, and other industry sectors. The enterprise products and solutions are sold globally through multiple channels, including a network of value-added resellers, distributors, licensees, and network and systems integrators, and, in the case of certain products sold to major customers, through domestic sales forces.   Although products must conform to various safety and other standards, the global enterprise market is largely unregulated.

## Products

### 1) Service Provider and Carrier Segment

Nortel offers an extensive portfolio of solutions to its service provider and carrier customers, including optical networking solutions, access and core networking solutions, wireless networking systems, and professional services. Nortel also manufacture optical networking components.

115

**Highly Confidential**                                                **NNI_01492265**

Nortel's optical networking solutions include a broad range of optical networking products to address the optical transmission and switching needs of service providers and carriers. Optical networks use fiber-optic transmission and switching systems to support data, voice, and video communications between locations within a city or between cities, countries, or continents. For optical data networks, the Company offers the OPTera line of products and services:

- The long-haul optical transmission products are designed to provide long-distance, high-capacity dense wavelength division multiplexing transport including solutions for operators of land-based and submarine networks.

- The flexible, short-haul optical transmission solution is designed to bring high-speed Internet access and the high-performance Internet into metropolitan cities and campus environments.

- The intelligent optical switches are designed for high-capacity, high performance, reliable core networks, and include an all-optical switch that is currently in customer trials.

- The high-capacity, customized services are designed for both long-haul and metropolitan solutions and support a broad range of end-user applications, including high-speed Internet access, local area network connectivity, private network solutions, and storage area network connectivity.

- The specialized multi-product switching and routing solutions is designed to converge optical and packet networks that carries virtually all types of data, voice and video traffic at high speeds. This product is currently in customer trials.

Nortel also offer traditional optical transmission systems that support most major global transmission standards. As an alternative to optical transport, the Company offers digital radio transport options.

To provide access to the high-performance Internet, Nortel offers an extensive range of metropolitan and "first mile" network access products using optical and wireline technologies:

- The flexible short-haul optical transmission solution is designed to bring high-speed Internet access and the high-performance Internet into metropolitan cities and campus environments. Optical Ethernet solution is designed to combine the reach and reliability of short-haul optical transmission with the simplicity and cost effectiveness of Ethernet switching. This solution extends Ethernet, which is the local area network standard, beyond the building or campus network into the metropolitan area network, and brings optical networks closer to businesses and neighbourhoods.

116

**Highly Confidential**

**NNI_01492266**

- The wireline access products are designed to provide carrier-class services using a physical connection to the subscriber's premise, and include the CVX series of remote access switches, the AccessNode digital loop carrier products, and the Universal Edge products. The Universal Edge family of products provide high-speed wireline access, including multiple digital subscriber line access, traditional voice access, and simultaneous integrated data, video and voice access.

Nortel also offer core networking solutions to its service provider and carrier customers. These solutions include switching systems, routers, aggregation products, and network management systems for data, voice, and video networks.

- Nortel combines the modular and stackable Layer 4 - 7 Alteon Web switches with Alteon Web OS integrated traffic management software and integrated service delivery appliances. This combination is designed to deliver content networking solutions that enable Internet service providers and other service providers to manage and prioritize content delivery to end-user customers.

- Nortel's Succession solution is a carrier-grade, multi-vendor-compatible, multi-product switching or routing solution. Succession is designed to give carriers and other service providers the ability to support data networking without replacing their existing voice networks. Succession also provides complete next-generation network solutions for new and emerging networks.

- The Passport family of products offers high-speed, high-capacity data switching and routing to support traditional asynchronous transfer mode and frame relay services. These products are also key components of Nortel's solutions for Succession, digital subscriber line, access, Internet Protocol virtual private network systems, and third generation, or 3G, wireless systems.

- The traditional digital multiplex system, or DMS, family of digital switching systems includes local, toll, long-distance, and international solutions. They provide a broad range of service capabilities, including the Centrex business telephony services. Nortel also uses the DMS products for wireless switching and in signalling solutions.

- The Shasta Broadband Service Node products are Internet services solutions designed to allow Internet service providers and other service providers to logically group and sort tens of thousands of various types of subscribers (i.e., digital subscriber line, dial, wireless, frame relay, asynchronous transfer mode, and cable), and to centrally apply value-added IP services for end-users.

- The Preside products are carrier-class network management software solutions that enable service providers to deliver data, voice and video services to their customers. Preside is sold in standard and enhanced software bundles and is designed to provide network assurance to help service providers monitor network faults and performance, network activation to configure and provision network elements, and

117

aspects of service accounting to facilitate billing management. The Preside products are an integral part of Nortel's optical, wireless, access, and core network solutions.

- The Contivity portfolio of switching platforms for IP-based virtual private networks enable secure Internet access for remote users, corporate intranets and corporate extranets.

Nortel offers a broad portfolio of solutions for mobile cellular and personal communication services, or PCS, networks and is committed to delivering third generation, or 3G, wireless solutions. The Company's existing mobility products span most major global digital standards for mobile networks.

- CDMA and CDMA 3G – Code division multiple access, or CDMA, portfolio includes products that support high-speed packet data while offering enhanced voice capacity. Nortel is currently designing CDMA 3G data and capacity solutions to allow operators to transition more easily to 3G solutions from traditional CDMA standards. The CDMA 3G solutions are currently in customer trials.

- TDMA – Time division multiple access, or TDMA, portfolio includes TDMA PCS solutions designed to offer high quality voice service, radio frequency management, and advanced features and functionality.

- GSM, GPRS and UMTS 3G – Global system for mobile communications, or GSM, portfolio includes general packet radio standard, or GPRS, next generation wireless products as well as traditional GSM solutions. The GPRS products are currently being combined with Passport and Contivity Bxtranet switches to deliver wireless Internet solutions. These Internet solutions will also support the eventual transition from GPRS to universal mobile telecommunications system, or UMTS, 3G wireless radio technology. The UMTS 3G wireless technology is currently in customer trials.

Nortel provides customers with a comprehensive suite of professional services designed to help realize their vision of the high performance Internet. The Company offers specialized services in a variety of global practice areas.

- Next Generation Infrastructure Services – strategic planning through network design, "build-out," and certification of next-generation networks, including services focused on transforming traditional voice networks to an IP-ready network architecture.

- Operations and Business Support Solutions ("OSSIBSS") – operational planning, consulting, and integration services relating to network management solutions and network intensive applications supporting the overall operation of networks.

118

**NNI_01492268**

- Managed Services – technology and process outsourcing services designed to improve operational efficiency and facilitate time to market through programs ranging from complete operational support of large enterprise networks to customized outsourcing programs for service providers.

- Applications and Content Solutions – services designed to enable service providers to deliver content and applications effectively and profitably over their networks to their enterprise customers.

In addition, Nortel offers a complete range of foundation services associated with the installation and ongoing technical support of network solutions through its global customer care organization.

Nortel also manufactures optical components for incorporation into its own products and for sale to other network equipment manufacturers. The optical components products include: active and passive optical components, tunable lasers and filters, transmitters and receivers, amplifiers, attenuators, integrated circuits, wide area network devices, and other devices for long-haul, metropolitan, and access applications.

### 2) Enterprise Products

Nortel offers data networking solutions, telephony communications solutions, communications applications, and related services for business networks to its enterprise customers. The Company offers high performance Internet and data networking solutions for local area networks, campus networks, metropolitan area networks, and wide area networks using high-speed Ethernet and asynchronous transfer mode switching and shared media hubs. These solutions use routers, virtual private network products, enterprise network switches for wide area networks, routing software, Internet Protocol services for policy and directory management and address administration, and network management applications, including security, fault management, configuration, and engineering management. For enterprise telephony solutions, its offers digital switching, private branch exchanges and key systems, Internet Protocol-based private branch exchanges, network-based telephony systems, gateways, and telephones. For small businesses, Nortel offers key systems, small office data networking products, such as local area network switches, routers, virtual private network gateways and remote access servers, and advanced Internet Protocol telephony products. For wireless solutions, Nortel offers wireless data and telephony products for campus or in-building mobility, including dynamic Internet Protocol address assignment products, and virtual telephony client software. Nortel's key product families in these areas include:

- Passport switching and routing solutions for campus data networks as well as metropolitan and wide area networks;
- BayStack switching and routing solutions for workgroup local area networks and small businesses;

119

*See Notice to Tax Authorities at Page (i)*

- Optivity software products and applications for network management, services management, directory management, and policy management;

- Meridian 1, SL-100 and 6500 private branch exchange enterprise telephony systems and Norstar small business telephony systems; and

- Succession and Business Communications Manager software solutions for advanced Internet Protocol-based telephony services.

Nortel offers a broad portfolio of business solutions and products to its enterprise customers. Many of Nortel's enterprise customers are building high performance customer service environments. The Company's customer-focused strategies often use the advanced portal technologies, including call centres, interactive voice response systems, web-response centres, and advanced speech recognition systems. These systems are designed to enable enterprises to integrate customers into their electronic business processes in a way that facilitates engaging and transacting with customers, fulfilling their transaction requirements, and servicing their continuing needs. Key product families in this area include:

- Clarify customer relationship management software;

- Periphonics interactive voice response systems; and

- Symposium call centres.

Nortel offers professional telecommunications management and consulting services to governments and enterprises.

120

**Highly Confidential**

*See Notice to Tax Authorities at Page (i)*

# Appendix D: 2001 Operating Segments

## *Networking Solutions*

Nortel's networking solutions include network equipment, software, and other technologies that enable communications locally or globally through the use of data, voice, and multimedia networking. In the industry, networking refers to:

- the connecting of two or more communications devices, such as telephones for voice communications, and personal computers for data communications, across short or long distances to create a "network";
- the connecting of two or more networks; or
- the connecting of equipment used in a network.

A telecommunications network generally consists of network access equipment, network transport equipment, and core networking equipment.

### *a) Network access*

Network access refers to the portion of a network that runs from an end user to the network access equipment that resides in locations between the end user's site and the interior or "core" areas of a network.

### *b) Network transport*

Network transport refers to the portion of a network that runs from network access equipment to core networking equipment, or from core networking equipment in one location to core networking equipment in another location. Network transport may be over wireline cabling (copper wire, fiber optic, or coaxial), or over wireless radio signals transmitted through the air between locations using antennas. Network transport by wireless radio signals is also known as digital radio transport. Nortel does not offer digital radio transport products. The most common method for long-distance network transport is optical networking, which uses light particles/waves to transmit communications signals through fibre optic cables.

### *c) Core networking*

Core networking refers to the apparatus and workings of the interior areas of a network. Core networking equipment directs, routes, or "switches" the data, voice, and multimedia communications signals from one part of the network to another. For Nortel's general core networking products, refer to the "Metro and Enterprise Networks Segment" description following. For specialized core networking products designed for wireless communications networks, refer to the "Wireless Networks Segment" description following.

121

**Highly Confidential**

**NNI_01492271**

*See Notice to Tax Authorities at Page (i)*

## *Products*

### *1) Metro and Enterprise Networks Segment*

The Metro and Enterprise Networks portfolio of wireline products provide data, voice, and multimedia communications for its customers. Nortel's service provider customers include local and long-distance telephone companies, Internet service providers, and other communications service providers. Enterprise customers include large businesses and their branch offices, small businesses, and home offices, as well as government, education, and utility organizations. Nortel offers the Metro and Enterprise Networks customers a range of Optical Ethernet solutions, packet switching and routing solutions, and circuit to packet network solutions. Customers are also provided with related professional services, including: strategic planning and network design services; operations planning and consulting services; technology and process outsourcing services; network applications and network content services; and installation and ongoing technical support.

#### *Optical Ethernet*

Nortel offers the Metro and Enterprise Networks customers a broad range of solutions for metropolitan optical, or "Optical Ethernet," networks. Optical Ethernet networks transport data, voice, and multimedia communications between locations within a city or between cities of close range by transmitting communications signals in the form of light particles/waves through fiber optic cables. Customers use optical networking solutions to deliver customized services that include high-speed Internet access, network connections between offices within a city and between cities of close range, and support for the transport and storage of large amounts of data. Nortel offers a suite of Optical Ethernet solutions designed to reduce the congested and complex metropolitan networking bottleneck created by the wide range of users and services that exist within cities (such as businesses, banks, schools, and home users all using the Internet and phone lines). The Optical Ethernet networking products support data, voice, video, Ethernet, and other types of protocols (such as those used for data backup and storage), and are designed to be expandable, contractible, and generally flexible in order to support the dynamic communications traffic patterns that exist within cities. The Optical Ethernet product portfolio for metropolitan optical networks consists primarily of the OPTera Metro 3000 series, the OPTera Metro 4000 series, and the OPTera Metro 5000 series.

#### *Packet Switching and Routing*

Nortel offers a broad range of packet switching and routing solutions for its customers. Packet networking involves the partitioning of a data, voice, or multimedia communications signal into pieces, or "packets," that are directed or routed network independently and then re-assembled at the destination, enabling large numbers of communications signals to be directed or routed simultaneously and more efficiently than in circuit networking, which requires a separate network circuit to be maintained for each communications signal for the duration of the call. The packet switching and routing

122

123

systems include data switching systems, aggregation products, virtual private network gateways, and routers.

- The Alteon Web products provide data switching designed to allow service providers and enterprises to provide Internet data security, to manage and prioritize the Internet content that is provided to end users, and to balance the amount of communications traffic on multiple Internet servers.

- The Passport family of multi-service switching products offers high-speed, high-capacity data switching to support a wide range of data communications technologies, including multi-protocol label switching, asynchronous transfer mode, Internet protocol, and frame relay services. These products are also key components of the Succession solution, Internet protocol virtual private network services, and third generation, or 3G, wireless network data switching solutions. The Passport Ethernet Routing Switch delivers Internet protocol routing and switching.

- The Baystack and Business Policy Switch 2000 portfolio is a series of high performance data switches for Nortel's enterprise customers' small to large local area computer networks that use the Ethernet, a standard computer networking protocol for local area networks. These switching systems are designed to allow the prioritization of communications traffic to ensure network integrity for certain applications, such as systems for voice communications over the Internet.

- The Shasta Broadband Service Node aggregation products are designed to give service providers the ability to logically group tens of thousands of residential and business subscribers in order to re-direct them to various Internet service providers, or to centrally apply value added data network services, such as Internet security, on a per subscriber basis. These products support a wide range of data network access technologies, including standard dial-up over copper telephone wire, digital subscriber line, asynchronous transfer mode, wireless, frame relay, and coaxial cable technologies.

- The Contivity portfolio of data switching platforms for Internet-based virtual private networks is designed to enable service providers and enterprises to offer secure Internet access for remote users, corporate intranets and corporate extranets. These products are also designed to enable secure enterprise site-to-site communications.

- The Bay router portfolio is a family of routers that work with a variety of data networking protocols to offer expandable, contractible, and cost-effective connections for use in Nortel's enterprise customers' local area networks, campus networks, and wide area networks. These solutions use the Internet protocol standard to route data communications traffic from one corporate site to another within an enterprise's network.

123

**NNI_01492273**

*See Notice to Tax Authorities at Page (i)*

### Circuit to Packet Voice Networks

Circuit switching systems enable communications signals to be selectively directed or "switched" from one network circuit to another. Noprtel's circuit to packet voice network solutions include the combined voice and data communications systems, otheur Meridian and Norstar enterprise telephone systems, the digital switching systems, the business solutions and applications, and the network management software. Nortel's business solutions and applications include call centres, interactive voice response systems, web-response centres, and advanced speech recognition systems, all of which are designed to enable organizations to integrate customers into their electronic business processes.

- The Succession solutions are combined voice and data communications systems for service providers and large enterprises. These solutions are designed to give Nortel's customers the ability to support data and large enterprises networking without replacing their existing voice networks, or the ability to add voice services to existing data networks. The Succession solutions support customers building new networks, and customers who want to transform their existing voice communications network into a cost effective packet network supporting data, voice, and multimedia communications.

- The Business Communications Manager is a combined voice and data communications system for branch offices and small to medium-sized businesses that uses both digital and Internet protocol technologies. This solution allows migration from an enterprise's separate voice and data communications infrastructures to a combined next generation Internet-based system. Available applications include voice messaging, cordless phones, contact centre software, and data communications routing.

- The CentrexlP system provides a suite of business services to residential and business customers over a packet-based network.   It is fully scalable and enables new applications such as multimedia conferencing, unified messaging, and file sharing to be integrated with traditional business voice services.

- The Meridian digital telephone switching systems are designed for small, medium, and large commercial enterprises, and government environments. These telephone systems provide voice communications features, such as voice messaging, call waiting and call forwarding, as well as advanced voice services, multimedia applications, and other networking capabilities. Nortel's customers can also configure their Meridian 1 systems to send voice communications over the Internet with Nortel's Internet Telephony Gateway products and the i2004 Internet telephones.

- The Norstar digital telephone switching systems are designed for small to medium-sized businesses, and branch offices of large organizations. These telephone systems can be configured with a suite of applications, such as voice messaging, cordless phones, contact centre software, and interactive voice response systems.

124

*See Notice to Tax Authorities at Page (i)*

- The digital switching system-called DMS, for Digital Multiplex System-provides local, toll, long-distance, operator services, and international gateway solutions. The primary function of the DMS systems is to enable service providers to connect people making local and long-distance telephone calls. The DMS systems also provide for a broad range of service capabilities, including advanced functions such as caller identification and call waiting, to be offered to the service provider's residential and business customers.

- The Periphonics interactive voice response systems automate functions often conducted by a company's telephone agents. The interactive voice response systems answer the telephone, greet callers, offer menu options, and provide information to the caller in a consistent, accurate manner. These systems use advanced speech recognition systems to allow a caller to interact with the system by orally responding to questions or prompts presented to the caller by the system.

- The Directory Assistance systems incorporate an interactive voice response system to automate the identification of a caller's requested directory listing and provide playback.

- The Symposium call centre portfolio of products provides call centre solutions for small, medium, and large organizations. The Symposium call centre solutions can provide either a standard circuit-switched voice system or an Internet-based call centre solution.

- The Unified Payment products provide near real time billing data to customers' billing systems. These products enable service providers to operate both pre-paid and post-paid subscription services. These products also provide interfaces to e-commerce and voice recognition platforms that allow service providers to implement end-to-end billing solutions.

- The network management software provides management, surveillance, and alarm reporting and networking statistical reporting to ensure a network is operating in the manner expected by service providers and end users. These systems are designed to give Nortel's customers the ability to monitor the performance of their network and to make changes to the performance of the network, including the provisioning of new services for end users. Nortel's network management software includes the Preside carrier-class network management software products, and the Optivity network management software products for enterprises.

125

126

*See Notice to Tax Authorities at Page (i)*

## 2) Wireless Networks Segment

Wireless networking, also known as mobility networking, refers to communications networks that enable end users to be mobile while they send and receive voice and data communications using a wireless device, such as a cellular telephone. These networks use specialized network access equipment and specialized core networking equipment that enable an end user to be connected and identified despite the lack of a fixed location. The technology for wireless communications networks has evolved, and continues to evolve, through various technology "generations." First generation (1G) wireless technology refers to analog wireless communications networks based on circuit switching technology that are limited to voice communications; second generation (2G) wireless technology refers to digital wireless networks based on circuit switching technology with very limited data transmission capabilities; and third generation (3G) wireless technology refers to digital wireless communications networks based on packet networking technology with voice, high-speed data, and multimedia transmission capabilities. Nortel's existing wireless network solutions span all generations and most major global digital standards for mobile networks. The majority of wireless networks existing today are based on 2G wireless technologies.

There are several international standards for wireless communications networks. The main standards used today are Time Division Multiple Access ("TDMA") supported mainly in North and South America, Code Division Multiple Access ("CDMA") supported in both the Americas and Asia Pacific, and Global System for Mobile communications ("GSM") supported all over the world. Universal Mobile Telecommunications System ("UNITS") is the emerging standard for 3G networks with a European focus. TDMA is a 2G wireless standard that uses timeslots within a radio frequency channel to separate users' conversations. CDMA is a 2G wireless standard that uses codes, much like encryption, to distinguish one call from another, with all calls in a given cell transmitted over the entire range of radio frequencies assigned to the network operator within the cell. CDMA networks are evolving to 3G according to the CDMA 3G (lxRTT) standard, also known as cdma2000, for voice and high-speed data mobility. IxEV and IxDV are also emerging CDMA 3G standards for high-speed wireless networks for data, voice, and multimedia communications. GSM is a 2G wireless standard that, like TDMA, uses time slots within a specified radio frequency channel to distinguish one call from another. GSM networks are evolving to carry data, as well as voice, with the introduction of General Packet Radio Standard ("GPRS"). GPRS is viewed as a "1SG" technology that provides an intermediate step between 2G and 3G wireless networks. UNITS is a 3G wireless standard that combines CDMA-based radio access with advanced switching techniques to yield high capacity, high speed wireless networks for data, voice, and multimedia communications.

126

**Highly Confidential**                                                    **NNI_01492276**

127

*See Notice to Tax Authorities at Page (i)*

Nortel offers a broad portfolio of solutions for wireless communications networks. The wireless networking products support the TDMA, CDMA, GSM, GPRS, and UNITS standards. Nortel also offers a range of related professional services to its customers, including: business planning services; network design services; site acquisition and installation services; network optimization services; and technical operations and maintenance services.

Radio network access equipment uses radio waves to provide wireless access to the subscriber's handset, enabling the wireless subscriber to connect to the network to send and receive data, voice, and multimedia communications. The key network elements in radio access are (i) base station transceivers, and (ii) base station controllers. As a mobile subscriber moves away from the area covered by a base station transceiver, also known as a cell site, the subscriber will lose the call unless an adjacent cell site provides the coverage. This requires that an active wireless call be transferred from one cell to another cell without breaking or disconnecting the call in progress, also known as a "hand-off." Base station transceivers and base station controllers work together with core network equipment to perform a call hand-off. Nortel offers its customers a wide range of base station transceivers and base station controllers for TDMA, CDMA, GSM, GPRS; and UNITS standards, supporting a wide variety of network requirements, including metropolitan and dense urban networks, which are generally available in micro, macro, and mini base station transceiver packages. Nortel does not manufacture or sell cellular phones.

- The TDMA radio network access portfolio supports wireless service providers with licensed radio spectrum at 800 megahertz and/or 1900 megahertz.

- The CDMA base station transceivers support CDMA 2G (IS-95) and CDMA 3G (1 xRTT) transmission standards at 800 megahertz and/or 1900 megahertz, and are expected to be upgradeable to support emerging CDMA 3G (1xEV and 1 xDV) standards in the future.

- The GSM base station products support wireless service providers with licensed radio spectrum at 900 megahertz, 1800 megahertz, and/or 1900 megahertz, and can be upgraded to support GPRS (2.5G).

- The UMTS 3G Access Network ("UTRAN") radio network access equipment is currently in customer trials.

Core networking equipment directs, routes, or "switches" communications signals within a service providers' wireless communications network. The primary functions of core networking equipment in wireless communications networks are: identifying and authenticating the called party; locating the called party; directing the call through the system; and generating call detail records for billing purposes. The key network elements in the core part of a wireless communications network are: (i) mobile switching centres, and (ii) home location registers. Mobile switching centres direct or "switch" data, voice, and multimedia communications signals from one network circuit to another. A home location

127

register is a database that contains permanent subscriber data, such as provisioning and service information, and dynamic information, such as the wireless handset's current location. Nortel offers mobile switching centres and home location registers that support TDMA, CDMA, and GSM core networks. The Serving GPRS Support Node, which connects the GPRS "backbone" network to the base station transceiver and the home location register, registers and tracks mobile users and delivers data communications to cellular phones and other mobile devices in a given service area. The GPRS Gateway Support Node routes data communications and connects the GPRS backbone network to external data networks. The UNITS 3G core networking equipment, including the UNITS Serving Support Node and the UNITS Gateway Support Node, are currently in customer trials.

### *3) Optical Long-Haul Networks Segment*

Nortel's Optical Long-Haul Networks solutions include a broad range of long-distance optical networking products to address the needs of service providers, including local and long-distance telephone companies, Internet service providers, and other communications service providers.  Long-distance optical networks transport data, voice, and multimedia communications between cities, countries, or continents by transmitting communications signals in the form of light particles/waves through fiber optic cables. Optical networking is the most common method for long-distance transport of communications signals between the various locations within a service provider's network. Nortel also offers its customers a variety of related engineering, installation, and support services.

Nortel's optical long-haul networking solutions are designed to provide long-distance, high-capacity transport and switching of data, voice, and multimedia communications signals for operators of land-based and undersea (submarine) communications networks. These solutions include Dense Wavelength Division Multiplexing ("DWDM") transmission solutions, synchronous optical transmission solutions, optical switching solutions, and network management software. Nortel also offers its customers a wide range of optical components for long-distance optical networks. Optical components are the optical networking building blocks for Nortel's own products, and these are also sold to other network equipment manufacturers.

- DWDM technology allows multiple light particles/waves signals to be transmitted on the same fiber optic strand at the same time by using different wavelengths of light to distinguish the signals, thereby increasing the capacity and flexibility of a network. The DWDM line systems include optical transmission terminals and optical transmission repeaters. Optical transmission terminals are connected at the ends of the fiber optic cable and send data, voice and multimedia communications signals through the cable using light particles/waves. Optical transmission repeaters are used at locations along fiber optic cables that span long distances to strengthen the signal. The standard OPTera long haul DWDM line systems span distances up to 600 kilometres without the need for optical transmission repeaters, and allow the

128

adding and dropping of communication signals at intermediate locations along the route. The ultra-long-haul OPTera line systems span distances greater than 600 kilometres without the need for optical transmission repeaters.

- The synchronous optical transmission systems use traditional optical standards, including the Synchronous Optical Network ("SONET") standard, the most common standard in North America and some countries in Asia, and the Synchronous Digital Hierarchy ("SDH") standard, the most common standard in European countries and many other countries. These standards define the formats for converting electronic signals into light signals, and light signals into electronic signals. The synchronous optical transmission equipment includes the SDMS TransportNode line of SONET products, and the TN-X line of SDH products. In addition, the Next Generation SONET/SDH product line, with extended cross-connection, data transmission, and integrated DWDM capabilities includes the OPTera Connect DX.

- The optical switching solutions enable data, voice, and multimedia communications signals in optical fibers to be selectively directed or "switched" from one network circuit to another. The optical switching products provide grooming (the efficient re-packing of lower speed signals into higher speed signals to maximize the use of network capacity), aggregation, and protection of the end users' communications traffic, and focus on delivering low cost solutions to switch large amounts of information onto the transmission systems. The products in this category include the OPTera Connect HDX, which is currently in customer trials.

- The Preside for Optical Long-Haul network management software covers the functions required for controlling, planning and monitoring the equipment and performance of an optical network, such as predetermined traffic routing, equipment configuration management, fault reporting, performance management, and network security.

- The optical networking components include products such as optical transmitters (that convert electrical signals into optical signals), optical receivers (that convert optical signals into electrical signals), lasers (that produce light suitable for transmission on optical networks), tunable lasers (with an output frequency that can be varied during use), amplifiers (that increase the intensity of an optical signal), and other modules, circuits, and devices for long-haul optical networking.

**Highly Confidential**

**NNI_01492279**

*See Notice to Tax Authorities at Page (i)*

# Appendix E: 2002 Operating Segments

## *Networking Solutions*

Nortel's networking solutions include network equipment, software and other technologies that enable communications through the use of data, voice and multimedia networking. In Nortel's industry, networking refers to:

- the connecting of two or more communications devices, such as telephones for voice communications and personal computers for data communications, across short or long distances to create a "network";
- the connecting of two or more networks; or
- the connecting of equipment used in a network.

A telecommunications network generally consists of (a) network access equipment, (b) network transport equipment, and (c) core networking equipment.

### *a) Network access*

Network access refers to the portion of a network that runs from an end user to the network access equipment that resides in locations between the end user's site and the interior or "core" areas of a network.

### *b) Network transport*

Network transport refers to the portion of a network that runs from network access equipment to core networking equipment, or from core networking equipment in one location to core networking equipment in another location. Network transport may be over wireline cabling (fibre optic, copper wire or coaxial), or over wireless radio signals transmitted through the air between locations using antennas. The most common method for long-distance network transport is optical networking, which uses light waves to transmit communications signals through fibre optic cables. Network transport by wireless radio signals is also known as digital radio transport, which Nortel does not offer as part of its products and services.

### *c) Core networking*

Core networking refers to the apparatus and workings of the interior areas of a network. Core networking equipment directs, routes or "switches" the data, voice and multimedia communications signals from one part of the network to another. Core networking uses either packet-based networking or circuit networking. Packet-based networking involves the partitioning of a data, voice or multimedia communications signal into pieces, or "packets", that are directed or routed through the network independently and then re-assembled at the destination. This enables large numbers of communications signals to be

130

directed or routed simultaneously and more efficiently than in circuit networking, which requires a separate network circuit to be maintained for each communications signal for the duration of the transmission.

## *Products*

### *1) Wireless Networks*

Wireless networking, also known as mobility networking, refers to communications networks that enable end users to be mobile while they send and receive voice and data communications using wireless devices, such as cellular telephones and personal digital assistants. These networks use specialized network access equipment and specialized core networking equipment that enable an end user to be connected and identified when not in a fixed location. The technology for wireless communications networks has evolved and continues to evolve, through various technology "generations".

- First generation ("1G") wireless technology refers to analog wireless communications networks based on circuit switching technology that are limited to voice communications.

- Second generation ("2G") wireless technology refers to digital wireless communications networks based on circuit switching technology with modest data transmission capabilities.

- Third generation ("3G") wireless technology refers to digital wireless communications networks based on packet networking technology with voice, high-speed data and multimedia transmission capabilities.

Nortel's existing wireless solutions span second and third generation wireless technologies and most major global digital standards for mobile networks. The majority of wireless communications networks existing today are based on 2G wireless technologies. However, 3G networks have been launched in several regions. There are several main international standards for wireless communications networks.

- Time Division Multiple Access ("TDMA") is a 2G wireless standard supported mainly in the United States, Canada and the Caribbean and Latin America region, or CALA, that uses timeslots within a radio frequency channel to separate users' conversations.

- Code Division Multiple Access ("CDMA") is a 2G wireless standard, also known as cdmaOne, supported in each geographic region. CDMA uses codes, much like encryption, to distinguish one call from another, with all calls in a given cell transmitted over the entire range of radio frequencies assigned to the network operator within the cell. CDMA networks are evolving to 3G according to the CDMA 3G 1xRTT (single channel (1x) Radio Transmission Technology) standard,

131

also known as cdma2000, for voice and high-speed data mobility. CDMA 3G 1xEV-DO (EVolution Data Only) and CDMA 3G 1xEV-DV (EVolution Data and Voice) are extensions of CDMA 3G standards for high-speed wireless networks for data, voice and multimedia communications.

- Global System for Mobile communications ("GSM") is a 2G wireless standard supported all over the world that, like TDMA, uses time slots within a specified radio frequency channel to distinguish one call from another. GSM networks are evolving to carry data, as well as voice, with the introduction of General Packet Radio Standard ("GPRS"). GPRS is viewed as a "2.5G" technology that provides faster and therefore increased data transmission capabilities. Enhanced Data Rates for Global Evolution ("EDGE") is a further evolution of GSM systems to support higher data speeds. In addition to higher data speeds, EDGE provides increased voice capacity for existing GSM operators.

- Universal Mobile Telecommunications System ("UMTS") is an emerging standard for 3G networks based on Wideband CDMA ("WCDMA") technology. UMTS combines WCDMA-based radio access with packet switching technology to yield high capacity, high-speed wireless networks for data, voice and multimedia communications.

Nortel offers a broad portfolio of solutions for wireless communications networks. Nortel's wireless networking products support the TDMA, CDMA/CDMA 3G, GSM/GPRS/EDGE and UMTS standards. Nortel also offers a range of related professional services to its customers, including: network design and engineering services; installation services; network optimization services; network operation services; and technical operations and maintenance services.

*Network access*

Radio network access equipment uses radio waves to provide wireless access to the subscriber's hand held device, enabling the wireless subscriber to connect to the network to send and receive data, voice and multimedia communications. The key network elements in radio access are base station transceivers and base station controllers. As a mobile subscriber moves away from the area covered by a base station transceiver, also known as a cell site, the subscriber will lose the call unless an adjacent cell site provides the coverage. This requires that an active wireless call be transferred from one cell to another cell without breaking or disconnecting the call in progress, also known as a "hand-off". Base station transceivers and base station controllers work together with core networking equipment to perform a call hand-off. Nortel offers its customers a wide range of base station transceivers and base station controllers for TDMA, CDMA/CDMA 3G, GSM/GPRS/EDGE and UMTS standards. The base stations are available in the common frequency spectrum bands that are assigned to mobile communications and support a wide variety of network requirements, including metropolitan and dense urban networks. These are generally available in micro, macro and mini base station transceiver packages and are

**Highly Confidential**

**NNI_01492282**

available in both outdoor and indoor versions of base station transceivers. Nortel does not manufacture or sell cellular phones.

- The CDMA base station transceivers support CDMA 2G (IS-95) and CDMA 3G transmission standards. Many of Nortel's customers have already deployed CDMA 3G base station transceivers that support 1xRTT and are upgradeable to support emerging CDMA 3G 1xEV-DO and CDMA 3G 1xEV-DV standards in the future.

- The GSM base station products support wireless service providers with licensed radio spectrum and can be upgraded to support GPRS.

- The UMTS Access Network radio network access equipment is now available for commercial deployment.

### Core networking

Core networking equipment directs, routes or "switches" communications signals within a service provider's wireless communications network. The primary functions of core networking equipment in wireless communications networks are: identifying and authenticating the called party; locating the called party; directing the call through the system; and generating call detail records for billing purposes. The key network elements in the core part of a wireless communications network are mobile switching centers and home location registers.

- Mobile switching centers direct or "switch" data, voice and multimedia communications signals from one network circuit to another. Mobile switching centers also support advanced voice services like 3-way calling, calling party number/name delivery, call holding and call redirection. Mobile switching centers work in conjunction with adjunct systems like voice mail systems, short message service centers and multimedia messaging systems to provide voice, text and multimedia messaging services.

- A home location register is a database that contains permanent subscriber data, such as provisioning and service information and dynamic information, such as the wireless handset's current location.

Nortel offers mobile switching centers and home location registers that support TDMA, CDMA/CDMA 3G, GSM/GPRS/EDGE and UMTS core networks. The GPRS core network portfolio includes Serving GPRS Support Node and Gateway GPRS Support Node. The Serving GPRS Support Node, which connects the GPRS "backbone" network to the base station transceiver and the home location register, registers and tracks mobile users and delivers data communications to cellular phones and other mobile devices in a given service area. The GPRS Gateway Support Node routes data communications and connects the GPRS backbone network to external data networks. The UMTS 3G core networking equipment, including the UMTS Serving Support Node and the UMTS

133

134

Gateway Support Node, are commercially available. The 3G product portfolio reuses the same platforms used in 2G and 2.5G products, providing significant investment protection for its customers.

### *2) Enterprise Networks*

Nortel's Enterprise Networks portfolio of products provides voice, data and multimedia communications for its customers. Nortel also provides its customers with related professional services including: strategic planning and network design services; operations planning and consulting services; technology and process outsourcing services; network applications and network content services; and installation and ongoing technical support.

#### *Circuit and packet voice solutions*

Nortel's voice portfolio includes a broad range of circuit and packet voice communications solutions. These include circuit to packet convergence systems, combined voice and data integration solutions, as well as next generation and legacy voice systems.

- Nortel's enterprise Succession solutions are combined voice and data communications systems for service providers and large enterprises. These solutions are designed to give customers the ability to support data and large enterprises networking without replacing their existing voice networks, or the ability to add voice services to existing data networks. The enterprise Succession solutions can be used by customers building new networks, and customers who want to transform their existing voice communications network into a more cost effective packet-based network supporting data, voice and multimedia communications.

- The Business Communications Manager is a combined voice and data communications system for branch offices and small to medium-sized businesses that uses both digital and IP technologies. This solution allows migration from an enterprise's separate voice and data communications infrastructures to a combined next generation Internet-based system. Available applications include voice messaging, cordless phones, contact centre software and data communications routing.

- The Meridian telephone switching systems (Meridian) are designed for small, medium and large commercial enterprises and government agencies. These circuit and packet network telephone systems provide voice communications features, such as voice messaging, call waiting and call forwarding, as well as advanced voice services, multimedia applications and other networking capabilities. Nortel's customers can also configure their Meridian to send voice communications over the Internet with the Internet Telephony Gateway products using the i2002/i2004/i2050 and standards-based Internet telephones, Meridian digital telephone or any standard analog telephones.

134

**Highly Confidential**

**NNI_01492284**

*See Notice to Tax Authorities at Page (i)*

- The remote office portfolio contains a combination of products that allow remote users, whether individuals at home or groups of employees in small offices, to access the full complement of Meridian features.

- The Norstar telephone switching systems are designed for small to medium-sized businesses and branch offices of large organizations. These telephone systems can be configured with a suite of applications, such as voice messaging, cordless phones, contact centre software and interactive voice response systems.

- The customer contact and voice portal solutions provide the means for enterprises to do business with their customers efficiently and consistently regardless of where they are located, the time zone or whether they interact over the telephone or Internet. The solutions include are:

    − Periphonics interactive voice response systems that automate functions often conducted by a company's telephone agents. The interactive voice response systems answer the telephone, greet callers, offer menu options and provide information to the caller in a consistent, accurate manner. These systems use advanced speech recognition systems to allow a caller to interact with the system by orally responding to questions or prompts presented to the caller by the system.

    − Symposium contact centre portfolio of products that provide contact centre solutions for small, medium and large organizations. The Symposium contact centre solutions can provide either a standard circuit–switched voice system or an Internet-based contact centre solution.

    − CallPilot, which is a unified messaging tool that utilizes speech recognition and Transmission Control Protocol/IP digital networking to give complete access and user control of facsimile, e-mail and voice messages. Using simple voice commands like "play" or "print", a user can remotely manage their multimedia communications over the telephone. The user can print and forward facsimiles, store, forward or delete voice messages and more by simply speaking.

Nortel's multimedia communications server provides session initiation protocol ("SIP") services for user and gateway devices that run over a public or private IP network. Such advanced multimedia services that can be enabled include instant messaging, personal computer camera video calling, user availability monitoring and control, user-controlled profile management, and enhanced collaboration and user mobility using public wireline and wireless networks.

*Data networking and security solutions*

Nortel offers a broad range of data networking (packet switching and routing) and security solutions for its customers. The packet switching and routing systems include data switching systems, aggregation products, virtual private network gateways and routers.

135

136

*See Notice to Tax Authorities at Page (i)*

- The Alteon Web products provide data switching designed to allow service providers and enterprises to provide Internet data security, to manage and prioritize the Internet content that is provided to end users, and to balance the amount of communications traffic on multiple Internet servers.

- The Baystack and Business Policy Switch 2000 portfolio is a series of high performance packet switches for Nortel's enterprise customers' small to large local area networks that use the Ethernet, a standard computer networking protocol for local area networks. These switching systems are designed to allow the prioritization of communications traffic to ensure network integrity and provide power to Ethernet devices based on the Ethernet standard used for certain applications, such as systems for voice communications over the Internet.

- The Passport family of multi-service switching products offers high-speed, high-capacity data switching to support a wide range of data communications technologies, including multi-protocol label switching, asynchronous transfer mode, IP and frame relay services. These products are also key components of the Succession solution, voice over packet applications and IP virtual private network services. The Passport Ethernet Routing Switch delivers IP routing and switching.

- The Bay router portfolio is a family of routers that work with a variety of data networking protocols to offer expandable, contractible and cost-effective connections for use in Nortel's enterprise customers' local area networks, campus networks and wide area networks. These solutions use the IP standard to route data communications traffic from one corporate site to another within an enterprise's network.

- The Contivity Secure IP Services Gateways (Contivity) are a family of products delivering security and IP services in a single integrated platform. IP services including IP routing, virtual private networks, firewall applications, policy management and Quality of Service services, which normally would require several different devices, are provided by a single Contivity device. Designed for enterprise networks, Contivity leverages the cost advantages of the Internet while providing secure communications across the public IP infrastructure.

In 2003, Nortel introduced a portfolio of wireless local area network service switching products that are designed to provide secure and efficient transmission of wireless local area network data traffic for mobile users.

### 3) Wireline Networks

Nortel's wireline portfolio addresses the demand by service provider customers for cost efficient data, voice and multimedia communication solutions. The converged wireline solutions, including related professional services, simplify network architectures bringing voice, video, data and emerging broadband applications for revenue generating services together on one easy-to-manage packet network.

136

**Highly Confidential**

**NNI_01492286**

*See Notice to Tax Authorities at Page (i)*

*Circuit and packet voice solutions*

Nortel is a leader in the development and deployment of highly scalable circuit switched and secure voice over packet solutions such as voice over IP for wireline and wireless service providers around the world. The voice over packet solutions offer service providers and cable multiple operators sustainable operating and capital cost reduction, new revenue opportunities, as well as high levels of reliability and network resiliency:

- Nortel's wireline Succession solutions are voice over packet network solutions for service providers. Succession provides the complete range of voice over packet solutions, including local, toll, long-distance, operator services and international gateway capabilities and enables voice applications to run on the new multi-services packet network. Succession solutions leverage more efficient packet-based, as opposed to circuit-based technologies, which drive reduced capital and operational costs for service providers and provide a platform for the delivery of new, revenue-generating services, such as Centrex IP and voice over IP virtual private networks.

- The Wireline Interactive Multimedia Server ("IMS") is a Session Initiation Protocol ("SIP") based application server. SIP is a standard protocol for initiating an interactive user session that involves multimedia elements such as video, voice, chat, gaming and virtual reality. IMS works as a stand-alone solution or in conjunction with the Digital Multiplex System ("DMS") or the Succession solutions to provide advanced packet voice and multimedia capabilities to service providers. Using IMS, Nortel's customers can deploy new, enhanced multimedia services, including video, collaboration and personal agent services. Personal agent services allow a user to customize their communications by selecting the medium over which they wish to receive a particular message such as wireline or wireless telephony, e-mail and instant messaging by setting screening criteria such as time of day and day of week, month or year.

- The DMS brand is a family of digital, circuit-based telephone switches that provide local, toll, long-distance and international gateway capabilities for service providers and includes Directory and Operator Services for its customers in the United States and Canada. The DMS systems enable service providers to connect people making local and long-distance telephone calls. The DMS systems also provide for a broad range of service capabilities, including revenue-generating features such as caller identification and call waiting that are offered to the service providers' residential and business customers. The DMS family of products can evolve to Succession solutions.

In 2003, Nortel also introduced the Nortel Networks Developers Partner Program to drive the interoperability of the Succession, MCS 5200 and DMS portfolios with third party vendors including infrastructure and application companies.

137

*See Notice to Tax Authorities at Page (i)*

These products work alone or in combination with each other to provide traditional voice services, advanced packet voice services and enhanced multimedia services to service providers around the world.

*Data networking and security solutions*

Nortel offers a wide range of data networking (packet switching and routing) solutions to its service provider customers. The Passport family of multi-service wide area network switches and the Shasta Broadband Service Node enable its service provider customers to offer connectivity solutions and high value services to both enterprises and residential customers. These connectivity solutions include packet services such as: frame relay; Asynchronous Transfer Mode ("ATM"); Ethernet; and IP access for digital subscriber line and cable users. In addition, high-value services such as IP virtual private networks connect enterprise sites and remote users. As well, they provide enhanced network capabilities, such as network security, network address translation and class of service, that enable service providers to offer a wide range of networking services beyond basic connection to the network:

- The Passport family of products, which have the ability to combine multiple services on a single platform, provide for reliable packet switching, as well as enabling emerging applications such as wireless packet core networking, radio access network aggregation, IP network aggregation, circuit networking traffic grooming and packet voice gateway applications.

- The Shasta Broadband Service Node is designed to give service providers the ability to logically group tens of thousands of residential and business subscribers in order to re-direct them to various IP virtual private networks, and to centrally apply IP data network services, such as security, firewall applications and class of service, on a per subscriber and/or per application basis. These value-add services also play a key role in enabling next generation communications services, such as those enabled by the Succession voice over packet product portfolio. The Shasta Broadband Service Node supports a wide range of data network access technologies, including standard dial-up over copper telephone wire, digital subscriber line, ATM, wireless, frame relay and coaxial cable technologies.

### *4) Optical Networks*

Nortel's Optical Networks solutions portfolio addresses the varying communication needs of service providers and enterprises. Optical networks transport data, voice and multimedia communications within and between cities, countries or continents by transmitting communications signals in the form of light waves through fibre optic cables. Optical networking is the most common method for transporting communications signals between the various locations within a service provider's network and is unmatched for delivering vast amounts of data reliably and cost-effectively with service and bandwidth flexibility and scalability.

138

**Highly Confidential**                    **NNI_01492288**

139

*See Notice to Tax Authorities at Page (i)*

Nortel's optical networking solutions are designed to provide metropolitan, regional and long-haul, high-capacity transport and switching of data, voice and multimedia communications signals. These solutions include photonic Dense Wavelength Division Multiplexing ("DWDM") transmission solutions, synchronous optical transmission solutions, optical switching solutions and network management and intelligence software. Nortel also offers its customers a variety of related engineering expertise, installation and support services worldwide.

- Photonic networking DWDM technology allows multiple light wave signals to be transmitted on the same fibre optic strand simultaneously by using different wavelengths of light to distinguish specific signals, thereby increasing the capacity and flexibility of a network. The DWDM line systems include optical transmission terminals and optical transmission repeaters. Optical transmission terminals are connected at the ends of the fibre optic cable and send communication signals through this medium using light waves. Optical transmission repeaters are used at locations along fibre optic cables that span long distances to strengthen and reform light wave signals. The OPTera long-haul DWDM line systems span distances up to 1200 kilometres without the need for optical transmission repeaters and allow the adding and dropping of communication signals at intermediate locations along the route. The OPTera Metro 5000 metro DWDM series provides market leading protocol and bit rate tolerant scalable multi-service networking solutions within a city or region for up to 350 kilometres.

- Nortel's synchronous optical transmission systems use traditional optical standards, including the Synchronous Optical Network ("SONET") standard, which is the most common standard in the United States and Canada and some countries in the Asia Pacific region, and the Synchronous Digital Hierarchy ("SDH") standard, which is the most common standard in EMEA and many other countries. The synchronous optical transmission equipment includes the next-generation SONET/SDH solutions: the OPTera Metro 4000 family (next-generation SDH); the OPTera Metro 3000 family (next generation SONET); and the OPTera Metro Connect. These solutions deliver a multi-service optical platform that integrates diverse protocols and technology-based services over a cost effective, scalable and reliable converged services network.

- The optical switching solutions enable communication signals in optical fibers to be selectively directed or "switched" from one network circuit to another. The optical switching products provide grooming, aggregation (the efficient re-packing of lower speed signals into higher speed signals to maximize the use of network capacity) and protection of the end users' communications traffic. These systems focus on delivering cost-efficient solutions to switch large amounts of information between optical transmission systems. The optical switching products include the OPTera Connect HDX and OPTera Connect DX platforms.

139

- The network management software and intelligence solutions are designed to give Nortel's customers the ability to monitor and improve the performance of their networks. The network management software includes the Preside for Optical end-to-end network management software portfolio which support the functions required for controlling, planning and monitoring the equipment and performance of an optical network, such as predetermined traffic routing, equipment configuration management, fault reporting, connection management, performance management and network security.

Nortel's Optical Networks solutions enable customers to enhance and transform their networks towards a scalable and reliable network for delivering diverse high-speed data and voice connectivity services. Such network transformation will increase deployment of managed broadband services, such as:

- Optical Ethernet solutions that combine the ubiquity, flexibility and simplicity of the Ethernet network computing protocol with the reliability and speed of optics. Optical Ethernet solutions transport communications signals carrying Ethernet packets in the form of light waves through fibre optic cables between locations within a city or between cities. The Optical Ethernet solutions:

   - enable service providers to extend Ethernet's benefits outside of local area networks and sell enterprises Ethernet connectivity services in conjunction with Internet access and other applications made possible due to greater bandwidth; and

   - deliver economical site-to-site connectivity for enterprises through these solutions, which are designed to alleviate the congested and complex metropolitan networking bottleneck created by the wide range of technologies and services utilized by users that exist within cities.

- Optical storage connectivity solutions, which allow the interconnection of data centers for the efficient preservation and sharing of business-critical data to ensure business continuity and disaster recovery.

- Managed wavelength solutions, which offer multiple protocol and transmission speed networking capability to reliably interconnect business sites.

140

*See Notice to Tax Authorities at Page (i)*

## Appendix F: 2000 Product Development Activities

Nortel's research and development activities – specifically, research, design and development, systems engineering, and other product development activities – focus on its service provider and carrier and enterprise businesses.

The markets for Nortel's products are characterized by rapidly changing technologies, evolving industry standards, frequent new product introductions and short product life cycles. Nortel expects its success to depend, in substantial part, on the timely and successful introduction of new products and upgrades of current products to comply with emerging industry standards and to operate with products of other suppliers, and to address competing technological and product developments carried out by others. The development of new, technologically advanced products, including IP-optimized networking solutions and 3G, wireless networks, is a complex and uncertain process requiring high levels of innovation, as well as the accurate anticipation of technological and market trends. The success of new or enhanced products, including IP-optimized networking solutions and 3G wireless networks, depends on a number of other factors including the timely introduction of such products, market acceptance of new technologies and industry standards, the pricing and marketing of such products, and the availability of funding for such networks. An unanticipated change in one or more of the technologies affecting telecommunications and data networking, or in market demand for products based on a specific technology, particularly lower than anticipated demand for IP-optimized networking solutions or 3G wireless networks, could have a material adverse effect on Nortel's business, results of operations, and financial condition if Nortel fails to respond in a timely and effective manner to such changes.

141

142

*See Notice to Tax Authorities at Page (i)*

# Appendix G: 2001 Product Development Activities

### 1) Networking Solutions

Nortel currently focused on developing products that support the continuing evolution of voice and data communications systems toward conversed or combined voice and data networks:

- The OPTera Metro 8000 Services Switch is designed to enable service providers to offer Optical Ethernet networks cost-effectively to tens of thousands of enterprise customers in a city. Nortel expects the OPTera Metro 8000 Services Switch to be commercially available in the second quarter of 2002.

- The Passport 20000 is an extension and evolution of the Passport multiservice series of switches targeted at the core of service provider networks for applications that require increased capacity or increased speeds. The Passport 20000 has been in customer trials since the fourth quarter of 2001, and expects it to become commercially available in the second quarter of 2002.

- The Interactive Multimedia Server is a suite of application servers that provides next generation multimedia services within both packet-based data networks and circuit-switched voice networks, and is an integral component of both the wireless and wireline Succession solutions. The Interactive Multimedia Server is currently in multiple customer trials and is expected to be commercially available in the second quarter of 2002.

### 2) Wireless Networks Segment

Nortel's wireless networking products in development include the UNITS 3G products, the next evolution of the CDMA 3G products, and the GSM/EDGE (Enhanced Data rates for GSM Evolution) products.

- The UNITS 3G radio network access and core network products are currently in customer trials. The launch of these products is anticipated on a limited commercial basis by the third quarter of 2002, with a commercial release launch expected to take place by the end of 2002.

- The CDMA 3G (1xRTT) products are general available. The other CDMA 3G (1 x-EV-DO and DV) products are in development, with customer trials of 1 x-EV-DO products expected to begin by the end of 2002.

- The GSM/EDGE products, which allow GSM operators to offer higher data rates on existing GSM spectrum allocations, are expected to be in field demonstration by the end of 2002, with customer trials planned for 2003.

142

**Highly Confidential**

**NNI_01492292**

*See Notice to Tax Authorities at Page (i)*

In addition, the Adaptive MultiRate technology, which is designed to reduce the cost of existing GSM network ownership for wireless service providers by increasing capacity and radio spectrum efficiency of existing GSM base station transceivers without adding new equipment, is expected to be in customer trials in the second half of 2002. Nortel also anticipates that the enhanced version of the GSM base station controller, the GSM BSC e3, will be commercially available in the first half of 2002.

### 3) Optical Long-Haul Networks Segment

Nortel is committed to providing next-generation optical line systems, including the OPTera Long Haul 5000 family of line systems, and next-generation optical switching solutions, including the OPTera Connect HDX system:

- The OPTera Connect HDX switching system is currently in customer trials, and is expected to be commercially available in the second quarter of 2002; and

- The new OPTera Long Haul 5000 family of line systems, which complements the OPTera Connect HDX switching system, is currently expected to be in customer trials in the second half of 2002.

Nortel is also working to develop new applications for switching systems in conjunction with ultra-long-reach transmission systems.

143

**Highly Confidential**

**NNI_01492293**

*See Notice to Tax Authorities at Page (i)*

# Appendix H: 2002 Product Development Activities

### *1) Wireless Networks*

Nortel's wireless networking products in development include the next evolution of the Company's CDMA 3G products, GSM/GPRS/EDGE products and UMTS products:

- CDMA 3G 1xRTT products are generally available and have been deployed in several commercial networks in all geographic regions. CDMA 3G 1xEV-DO product is undergoing commercial trials in the United States and Brazil. Nortel is currently working with the various standards bodies to finalize the specifications for CDMA 3G 1xEV-DV.

- There are several GSM/GPRS/EDGE products that are being developed to allow GSM operators to offer higher data rates on existing GSM spectrum allocations. Nortel successfully completed customer trials of Adaptive MultiRate ("AMR") base station transceivers in the second half of 2002. AMR provides higher spectral efficiency to support more customers on the same network. The enhanced version of Nortel's GSM base station controller, the GSM BSC e3 is currently in development. Nortel has been shipping EDGE hardware ready base station transceivers since the second quarter of 2002, and are currently developing EDGE software.

- Nortel's UMTS radio network access and core networking products are currently being tested for commercial launch by several operators in the Europe, Middle East and African region, or EMEA. Nortel continued development on its UMTS solutions for use in the Asia Pacific (including Greater China) region as well as in the United States.

- The further development of the Wireless Mesh Network solution designed to allow customers to reduce the costs of high-speed wireless data transport from wireless access networks to wired broadband networks.

### *2) Enterprise Networks*

Nortel is currently focused on developing products that support the continuing evolution of voice and data communications systems toward converged or combined voice and data networks including:

- The continued development of the multimedia communication server for enterprise, a product that provides the capability to deliver multimedia applications and enhanced networking capabilities.

144

- Additions to the applications in the Succession products to allow integration of voice over IP with voice extensible markup language and new Microsoft operating systems and servers and the development of new integrated voice recognition speech products offering expanded scalability and functionality.

- New developments in data networking with the BayStack Layer 2 switches that will deliver resiliency and Quality of Service capabilities and Power over Ethernet to provide network connectivity and power to devices over the same line, along with the development of the next generation Alteon Web platform which will feature higher performance, scalability (ie. the ability to grow a service or capability with incremental cost) and integrated applications.

- Nortel developed enhancements to the security portfolio including the new Alteon SSL and Web Switching products and a new high-end Contivity product.

- Nortel developed enhanced capabilities to the Passport 8600 version 3.3 software, delivering 10 Gigabit Ethernet on either local area network or wide area network platforms that feature improved scaling, multicast and resilience for better overall performance.

- Nortel updated the Meridian telephone systems to support the Succession software. This update enables the Meridian telephone systems to function entirely as a packet-based system or as a hybrid packet and circuit switching system. This development allows existing Meridian customers to upgrade their telephone systems to deploy packet switching and provides new customers with the ability to customize their desired mix of packet and circuit switching equipment.

### 3) Wireline Networks

Research and development investments are focused on creating new and improving existing, packet-based residential and business services for wireline and wireless service providers and cable multiple system operators. As well, Nortel continues to develop products that support the evolution of voice and data communications systems toward converged or combined voice and data networks including:

- Enhancements to the Succession packet voice solutions that will allow service providers to connect any business telephone system, using standard voice over IP protocols, into a common dialing plan with connectivity to the public switched telephone network. Additional enhancements to the packet voice solutions will continue to focus on interoperability with other manufacturers' equipment, including gateway and integrated access device manufacturers, as well as on meeting the needs of the Asian and European markets. Improvements continue to the softswitch portfolio by utilizing the latest commercial technology to provide Nortel customers with converged wireline and wireless service support, superior application choices, integrated network management and linear scalable capacity.

145

*See Notice to Tax Authorities at Page (i)*

- Enhancements to the MCS 5200 that will allow a service provider to offer intelligent multimedia services across any manufacturers' circuit switches. Additionally, development will focus on increasing the breadth and usability of the MCS 5200 applications.

- Additions to the DMS portfolio that will allow service providers to offer and manage IP voice and multimedia (Centrex IP) services to those businesses that use traditional business telephones as well as to those business that use next generation telephones designed for use in IP networks.

- Enhancements to the Shasta 5000 Broadband Service Node solution that enable an increase in the number of residential subscribers and virtual private network sites that can be supported and the amount of bandwith that can be applied to an enterprise site. Development will also focus on enhancing the ability of the service provider customers to provide additional revenue-generating services.

- Enhancements to the Passport portfolio to improve the interoperability with other vendors' products. In addition, development will focus on enhancing the migration to converged networks which simultaneously support voice, video and data.

- The development of a new, lower-capacity, next generation data product as well as enhancements to the existing line of Passport and Shasta data products that are intended to efficiently aggregate different types of data traffic at the network edge.

- A focus on cable standards compliance to drive revenue from the cable multiple system operator market.

### 4) Optical Networks

Nortel's commitment to providing next generation optical networking systems, including the evolution of the next generation SONET/SDH systems, the metro DWDM systems and the optical long-haul line and terminal solutions:

- Nortel worked on developing the Optical Multiservice Edge 6500, an advanced metro optical network product that enables the convergence of multiple platforms onto a single platform.

- During the year, Nortel worked on enhancements to the capabilities of products from the OPTera Metro 3000 family and the OPTera Metro 5000 DWDM series (the OPTera Metro 3500 and OPTera Metro 5000), to enable new storage area solutions that address emerging enterprise business continuity requirements.

- Nortel worked on the development of a new product that utilizes photonic networking DWDM technology, the Long Haul Dense Terminal, which assists customers in lowering their network costs by providing improved densities and optical performance.

146

**NNI_01492296**

*See Notice to Tax Authorities at Page (i)*

- Continued enhancement to the optical Ethernet portfolio by introducing new Ethernet switching and transport capabilities designed to improve the productivity of the enterprise customers and the services offered by the service provider customers.

- The OPTera Connect HDX switching system had its first network deployment in 2002 with its first product release and the second release is currently under development to provide additional customer applications.

- Continue to invest in improving the density, capacity and flexibility of the optical long-haul transmission systems.

- Continue to invest in core technologies, such as efficient service adaptation, aggregation, switching and management that enable Nortel customers worldwide to deploy innovative optical networking services which Nortel believes will lead the networking transformation towards high performance packet-based networks.

147

**Highly Confidential**

**NNI_01492297**

148

*See Notice to Tax Authorities at Page (i)*

148

**Highly Confidential**

**NNI_01492298**

149