This is Exhibit "D" referred to in the Affidavit of PHILIPPE ALBERT-LEBRUN sworn ___ , 2014

_____

*Commissioner for Taking Affidavits (or as may be)*

Vu pour la certification matérielle de la signature de Mr *Philippe ALBERT-LEBRUN* apposée *ci-dessus*

# NORTEL NETWORKS SA

**Analyse fonctionnelle**
**des exercices clos au 31 décembre 2000 - 2004**

**Highly Confidential**

**NNI_01432695**

**Nortel Networks SA**

**Analyse fonctionnelle : 31 décembre 2000 – 2004**

**Table des Matières**

| | |
|---|---|
| **I. RESUME** | 2 |
| **II. OBJET ET OBJECTIF** | 7 |
| **III. PRESENTATION GENERALE DE NORTEL** | 8 |
| **IV. ANALYSE FONCTIONNELLE** | 8 |
| **V. DONNÉES FINANCIÈRES RELATIVES À LA R&D** | 120 |

**Highly Confidential**

**NNI_01432696**

# I. Résumé

## *Vue d'ensemble de Nortel*

Nortel est un leader de son secteur notamment en termes d'innovation. Le groupe est spécialisé dans le développement de solutions technologiques destinées à transformer les méthodes de télécommunication et d'échange d'informations dans le monde. Nortel facilite l'activité de ses clients en leur fournissant une technologie de l'information et des infrastructures permettant de mettre en oeuvre un protocole Internet, ou IP, à valeur ajoutée, des services vocaux et multimédia dont l'envergure couvre Internet ainsi que les réseaux sans fils et filaires, publics et privés. Nortel qualifie de "solutions réseau" la technologie et les infrastructures qu'elle fournit. Les solutions réseau de Nortel sont généralement le fruit d'une combinaison de différents produits de réseau issus de différentes familles de produits et de services connexes destinés à offrir aux clients une solution « standard » ou personnalisée. Nortel est spécialisée dans la conception, le développement, la fabrication, l'assemblage, la commercialisation, la vente, la concession de licences d'utilisation, l'installation et l'entretien de ces solutions réseau.

Le secteur d'activité sur lequel Nortel opère est caractérisé par des investissements importants dans la Recherche et le Développement, la prise en charge de risques commerciaux importants du fait de l'évolution rapide de la technologie et des normes industrielles, les lancements réguliers de nouveaux produits et le cycle de vie court des produits. Le développement de produits nouveaux, intégrant une technologie de pointe, est un processus complexe et incertain qui nécessite un effort important d'innovation ainsi qu'une capacité à anticiper de façon relativement précise les tendances technologiques du marché. Les produits évoluent constamment afin d'intégrer les derniers développements technologiques. En l'absence d'investissements constants en innovation, la technologie devient obsolète même si elle conserve une certaine valeur commerciale résiduelle pendant la durée de validité des brevets correspondants. Les produits et les technologies développés par la concurrence peuvent rendre obsolètes les produits Nortel. Malgré des développements constants, les conditions du marché peuvent influer considérablement sur l'acceptation et la rentabilité commerciales de solutions technologiques de pointe, pouvant même aller jusqu'à rendre obsolètes les solutions les plus récentes et les plus performantes. D'une manière générale, le succès est déterminé par la demande pour des produits intégrant des technologies de pointe ; cette dernière (y compris son efficacité, sa rentabilité et sa fiabilité) plutôt que la nature des relations avec la clientèle constitue la clé du succès. Ainsi, Nortel doit veiller à suivre l'évolution du marché. Ce faisant, Nortel assume des risques liés à l'adoption de normes nouvelles, à l'effort d'innovation et à l'interprétation des tendances industrielles qu'elle est contrainte de réaliser.

2

**Highly Confidential**

**NNI_01432697**

D'un point de vue général, le marché est extrêmement instable pour les sociétés technologiques. L'industrie technologique ne cesse de connaître des périodes d'agitation et d'incertitude. En voici quelques exemples :

- À la fin des années 90, la demande en nouvelles technologies de "l'information", soutenue par les investissements des entreprises et des gouvernements en matériel informatique, fut extrêmement forte. La recherche de solutions technologiques nouvelles et commercialement viables, ainsi que les regroupements d'entreprises se sont considérablement accélérés et les valeurs des actions dépassèrent largement les valeurs comptables des sociétés ;

- Le début des années 2000 a marqué le commencement d'une période d'incertitude économique générale. Les marchés de la technologie se sont alors effondrés, entraînant dans leur sillage une baisse vertigineuse de la demande et des investissements dans des produits intégrant les technologies de Nortel ou de ses concurrents. Dans ce secteur d'activité, les revenus et les valeurs boursières des sociétés ont connu une baisse sensible qui s'est accompagnée d'un déclin de la valeur des technologies concernées. Du fait de cette baisse, les financements se sont faits plus rares et les sociétés ont alors été confrontées à des décisions difficiles quant à l'allocation des ressources dont elles disposaient encore.

Le chiffre d'affaires de Nortel a diminué passant d'un niveau record de 27 337 millions de dollars en 2000 à 11 008 millions de dollars en 2002 et à 10 193 millions de dollars en 2003. C'est aux Etats-Unis que la baisse la plus sévère des revenus de Nortel a été enregistrée au cours de cette période (voir le tableau IV.8). La demande en équipements de télécommunications a considérablement chuté par suite de la sévère et brutale récession qu'ont alors connus les Etats-Unis.

L'impact de cette évolution du marché illustre la gravité de l'effondrement du secteur technologique au cours de ces trois années. En effet, la capitalisation boursière de Nortel s'est littéralement effondrée passant de 260 milliards de dollars en 2000 à 2 milliards de dollars en 2002, soit une baisse de près de 258 milliards de dollars en trois ans.

Les sociétés ont réagi de différentes manières à cette situation économique défavorable et ont adopté des stratégies diverses. La stratégie de Nortel a consisté à mettre l'accent sur les activités fondamentales de recherche et de développement en augmentant le nombre relatif d'employés affectés à ces activités. Simultanément Nortel a entrepris de réduire le nombre de ses unités de production ainsi que ses ressources en matière de distribution et de gestion (voir le tableau IV.26). Dans ce contexte, de 2000 à 2004, Nortel a concentré ses ressources et ses investissements dans les domaines qui constituent une source de différentiation concurrentielle et permettent d'offrir une valeur accrue à ses clients. Ces facteurs de différentiation concurrentielle ont notamment inclus le lancement de nouveaux produits, le développement constant, le déploiement, l'intégration, et la maintenance de solutions réseau complexes et pluritechnologiques.

3

**Highly Confidential**

**NNI_01432698**

4

## *Messages clés*

La présente analyse fonctionnelle a permis de mettre en évidence les points suivants :

- L'activité principale de Nortel consiste à développer et proposer des solutions réseau intégrant des technologies avancées afin de répondre aux demandes du marché. Les entités de Nortel exerçant des activités de R&D (les "Entités de R&D") jouent un rôle fondamental dans cette activité et opèrent conjointement pour s'imposer dans un environnement très risqué et concurrentiel.

- Au cours de la période couverte par la présente analyse, le marché et Nortel ont connu la fin d'une période de croissance sans précédent qui avait débuté à la fin des années 90 en raison de l'augmentation rapide du besoin des entreprises en termes d'infrastructures et d'une forte croissance économique. Les années suivantes on été marquées par un effondrement dramatique de ce secteur d'activité. Nortel a alors dû revoir sa stratégie commerciale et restructurer ses opérations afin de réagir aux conditions du marché en pleine évolution. La transformation commerciale opérée par Nortel a consisté à se désengager des activités à faible valeur ajoutée ou de celles réputées non essentielles.

- Au cours de la période couverte par cette analyse fonctionnelle, chaque Entité de R&D a généralement exercé les mêmes activités fondamentales et a assumé des risques similaires. Les entités de R&D réalisent la plupart des travaux de recherches et de développements les plus importants de Nortel comme en témoigne le niveau de ces dépenses. Les dépenses de R&D engagées par NNSA représentaient environ 13% des dépenses de R&D totales du groupe (cf. tableau IV.14) au cours de l'année 2003.

- Afin de répondre aux conditions du marché en pleine évolution, Nortel a dû revoir sa stratégie, ce qui s'est traduit par un renforcement des efforts relatifs en matière de R&D. De ce fait, les ressources générales en R&D ont augmenté par rapport à l'ensemble des effectifs de Nortel.

- La technologie tend à avoir une durée de vie courte et une faible valeur ajoutée en l'absence d'efforts de R&D permanents. Quel que soit le montant des sommes actuellement consacrées à des activités de R&D, le risque d'une baisse rapide de la valeur commerciale de la technologie développée et de la technologie en cours d'élaboration ne peut être écarté. Bien que leur durée de vie commerciale soit courte, les technologies fondamentales sont protégées par des brevets pendant une période plus longue, qui confirme l'intérêt d'investir constamment dans des activités de R&D.

4

**Highly Confidential**

**NNI_01432699**

- Malgré la sévère récession enregistrée par le marché des télécommunications, Nortel a continué d'engager des frais de R&D qui ont représenté un pourcentage croissant des ventes. Les dépenses annuelles en R&D des Entités de R&D sont essentielles et apparaissent comme le moyen utilisé par Nortel pour générer des revenus.

- Au cours de la période de transition qui a suivi l'ancien régime de répartition des coûts, les actionnaires ont supporté les risques inhérents à leurs technologies et partagé le succès commercial de leurs produits.

- Les Entités de R&D ont assumé la responsabilité et les risques liés aux activités de R&D. Chaque entité contribuant aux activités de R&D accomplit des recherches spécifiques. Toutefois, chacune de ces entités s'appuie sur les activités de R&D réalisées par les autres entités du Groupe.

### *Conclusions*

Au regard des résultats de l'analyse fonctionnelle, on peut conclure que chaque Entité de R&D, en qualité d'entité entièrement intégrée (exerçant des activités de R&D, de fabrication et de distribution) accomplit des tâches similaires et assume les mêmes type de risques. La principale activité fonctionnelle exercée par les Entités de R&D est la Recherche et Développement. Or, le succès ou l'échec de Nortel est déterminé par l'issue de ses investissements constants en R&D. Dès lors, compte tenu des fonctions et des risques qu'elles assument, chaque Entité de R&D doit se voir attribuer une part équitable des pertes ou des profits résiduels de Nortel.

Le 3ème trimestre de l'an 2000 a vu le début de l'effondrement du marché des télécommunications aux Etats-Unis, ce qui a conduit à une réduction massive des dépenses d'investissement. Par la suite, cette tendance a également été observée dans de nombreux pays du monde. Les niveaux d'investissements au cours de l'année 2000 comme la réduction des dépenses d'investissement qui a suivi en 2001 et 2002 furent sans précédent, et ce dans des proportions qui n'avaient encore jamais été observées sur ce marché. Les dépenses d'investissement à la fin des années 90 avaient abouti à une surcapacité en technologies de réseau. La réduction des dépenses d'investissement fut rapide et imprévisible. Ces événements aboutirent à une baisse rapide de la valeur de la technologie et de la capitalisation boursière de Nortel. En dépit de cette baisse, Nortel continua d'investir et de développer une technologie de pointe qui allait permettre de stimuler les ventes. Compte tenu du risque de marché, des fonctions des entités canadiennes, américaines, françaises et britanniques de Nortel, il est apparu logique que chaque participant au Partage des Bénéfices Résiduels se voit attribuer une part équitable des pertes ou des profits dans la mesure où chaque entité continuait à supporter les risques liés à leurs rôles d'entrepreneurs.

5

**Highly Confidential**

**NNI_01432700**

Les Entités de R&D étaient parties à l'ancien ARC de R&D et avaient développé des biens incorporels résultant des dépenses de R&D engagées lorsque cet ancien ARC était en cours. Ces entités doivent légitimement tirer profit et supporter les risques associés à la valeur de cette ancienne propriété intellectuelle (« PI »).

Les Entités de R&D ont conservé leurs activités PI et se sont entendues pour bénéficier des avantages pouvant résulter de nouvelles PI développées après la résiliation de l'ancien ARC le 31 décembre 2000. Dès lors, ces entités interviennent en qualité d'entrepreneurs responsables des fonctions et des risques inhérents à cette PI résultant de leurs efforts conjoints en R&D. Conformément à ce que nous indiquions précédemment, la Recherche et le Développement jouent un rôle déterminant dans la réussite des opérations de Nortel. Les clients de Nortel choisissent les produits et les services proposés par Nortel car ils savent que, faisant partie des leaders sur son marché, Nortel consacre une part très importante de ses ressources en R&D afin de leur offrir des services proactifs.

Bien que chaque partie à l'ARC de R&D conserve les droits associés à la technologie développée dans le cadre de cet accord, le maintien d' activités d'innovation et de développement est indispensable pour éviter que cette technologie ne devienne très rapidement obsolète. Seul un effort constant pour concevoir une technologie de pointe permettra d'obtenir et d'assurer d'excellents résultats dans le futur. Cet engagement vis à vis de la technologie de pointe suppose d'assumer un risque majeur constitué par la possibilité que les participants ne parviennent pas à introduire des produits nouveaux et commercialement rentables sur le marché.

Bien que la méthode de Partage des Bénéfices Résiduels ait pour but de simplifier la répartition des pertes ou des bénéfices mondiaux, des évolutions importantes dans le marché et au sein de Nortel ont rendu cette allocation plus complexe qu'elle n'avait été initialement anticipée. Ces évolutions sont les suivantes : le recul considérable du marché, tout d'abord aux Etats-Unis, puis dans les autres pays du monde ; la diminution des valeurs de la PI dans tout le secteur ; la baisse constante des revenus et des dépenses en R&D ; le passage de l'ARC de R&D au PBR. Les méthodes employées pour appliquer le système de PBR doivent être suffisamment souples pour tenir compte de ces évolutions et permettre une répartition équitable des bénéfices ou des pertes entre les participants au PBR.

6

**Highly Confidential**

**NNI_01432701**

## II. Objet et Objectif

### *Objet*

Le présent document contient une analyse fonctionnelle de Nortel au cours des exercices fiscaux 2000 à 2004 aux fins du contrôle fiscal dont fait l'objet la société Nortel Networks SA ("NNSA"). Cette vérification de comptabilité porte sur les exercices clos les 31 décembre 2001 à 2003.

### *Objectif*

La présente analyse fonctionnelle porte sur les exercices clos le 31 décembre 2000 jusqu'au 31 octobre 2004, et plus particulièrement sur les exercices 2000 à 2002. Cette analyse fonctionnelle présente les fonctions, les risques et les actifs incorporels associés aux opérations mondiales de Nortel. Plus spécifiquement les principales entités et régions géographiques objets de la présente analyse sont les suivantes :

- Nortel Networks Inc. (ci-après "NNI" ou "USA")[1];

- Nortel Networks Ltd. (ci-après "NNL" ou "Canada");[2]

- Nortel Networks SA (ci-après "NNSA" ou "France") et,

- Nortel Networks UK Limited (ci-après "NN Royaume-Uni" ou "Royaume-Uni")[3];

Toutes les autres sociétés du Groupe Nortel seront ci-après dénommées « RDM » (Reste du Monde).

Les informations qui figurent dans la présente analyse sont issues de différentes sources, dont entre autres des rapports de secteur d'activité, des informations publiques sur la société, des rapports financiers ainsi que des informations obtenues auprès des effectifs de Nortel.

**Toutes les sommes figurant dans le présent document sont exprimées en millions de dollars américains, sauf indication contraire.**

---

[1] Aux fins de la présente analyse, NNI englobe toutes les filiales de NNI mentionnées dans la déclaration d'impôt sur les revenus fédéraux consolidés aux Etats-Unis, ainsi que tous les successeurs et prédécesseurs en affaire de NNI, dont notamment Nortel Networks CALA Inc.

[2] Aux fins de la présente analyse, NNL englobe les résultats de Nortel Networks Limited et de Nortel Networks Optical Components Corporation, une filiale à cent pourcent de NNL qui a été constituée en mars 2001 et absorbée par NNL le 31 décembre 2001. Il convient de noter que le transfert d'actifs a été annulé en septembre 2001.

[3] Aux fins de la présente analyse, NN Royaume-Uni englobe Nortel Networks UK Limited et Nortel Networks Optical Components Limited. Le 17 mars 2000, le capital en actions émis de NNOC a été transmis à Nortel Networks UK Limited par NNL en échange de la totalité du capital en actions émis de Nortel Networks UK Limited, une nouvelle filiale britannique de NNL constituée en février 2000.

7

NNI_01432702

## III. Présentation générale de Nortel

Une présentation générale détaillée de Nortel figure dans les annexes A et B au présent rapport. Cette vue d'ensemble porte sur les éléments suivants :

    A.  Présentation générale de Nortel
    B.  Réduction du personnel et concurrence

## IV. Analyse fonctionnelle

Le siège social de la société mère du Groupe Nortel est situé à Brampton au Canada. Le Groupe Nortel comprend plus de 200 filiales réparties dans le monde entier et dispose de bureaux dans les régions suivantes :

- au Canada;
- aux Etats-Unis.;
- au Royaume-Uni;
- dans la région couvrant l'Europe, le Moyen-Orient et l'Afrique (« EMEA » qui comprend la France);
- aux Caraïbes et en Amérique Latine (région « CALA »); et
- dans les Régions de l'Asie et du Pacifique.

Cette analyse fonctionnelle présente les fonctions et les risques assumés par les entités Nortel dans chacune des régions énumérées précédemment ainsi que les actifs qu'elles utilisent, en insistant plus particulièrement sur le rôle que joue NNSA au sein du Groupe.

### *Activité par année pour le Canada, les U.S.A., le Royaume-Uni, la France et le Reste du Monde*

#### *Produits*

En raison de la nature extrêmement technique de ses produits, Nortel est organisé en fonction de ses différentes gammes de produits.

Conformément à ce que nous indiquions précédemment, Nortel a dû, pour survivre, revoir son organisation. Les restructurations intervenues au sein des segments d'activités étaient substantielles :

- En 1999 et 2000, on comptait deux segments d'activités isolables : le Secteur des Opérateurs de télécommunications & le Secteur « Entreprises » (Voir Annexe C pour la description des secteurs/produits).

8

**Highly Confidential**

**NNI_01432703**

- En 2001, afin de s'adapter aux nouvelles conditions du marché, Nortel a dû être restructurée en trois segments d'activités : Les Réseaux urbains et entreprises, les Réseaux sans fil et les Réseaux optiques longues distances (voir Annexe D pour la description des secteurs/produits).

- En 2002, de nouveau pour s'adapter aux nouvelles conditions du marché, pour rationaliser les activités et se consacrer davantage et plus directement à ses clients, Nortel a été restructuré en quatre segments d'activités: les Réseaux sans fil, les Réseaux entreprises, les Réseaux câblés et les Réseaux optiques (voir Annexe E pour la description des secteurs/produits).

- En 2003 et 2004, les segments d'activité étaient conformes aux définitions de 2002.


*Employés*

Au niveau mondial

Face à la rapidité et à la gravité de la récession industrielle et économique, Nortel a entrepris plusieurs restructurations afin de réduire ses coûts et stimuler ses activités. En 2000, Nortel employait près de 94 500 personnes. A la fin de 2002, la Société avait réduit ses effectifs de près de deux tiers, de sorte qu'au 31 décembre 2002 Nortel employait environ 36 960 personnes à temps complet (exclusion faite des employés ayant reçu un préavis de licenciement). Le 31 décembre 2003, le nombre des employés à temps complet de Nortel avait diminué et la Société ne comptait plus au niveau mondial que 35 155 salariés.


Par zone géographique

Au cours de la période comprise entre les années 2000 et 2003, le Canada et les USA ont réduit leurs effectifs, respectivement de 16 469 employés (- 64%) et de 25 008 employés (- 66%). Au Royaume-Uni, 9 688 emplois ont été supprimés contre 754 en France, soit -78% et -24%. La répartition des employés par zone géographique est présentée dans le tableau IV.1.

**Highly Confidential**

**NNI_01432704**

**Tableau IV.1: Employés par zone géographique (2000 – 2003)**

| Employés réguliers à temps complet[4] | | | | Modification du pourcentage cumulatif |
|---|---|---|---|---|
| Canada | 25,900 | 13,803 | 10,143 | 9,431 | -63.5% |
| U.S. | 38,000 | 19,314 | 13,777 | 12,992 | -65.8% |
| U.K. | 12,440 | 5,954 | 2,877 | 2,752 | -77.9% |
| France | 3,139 | 2,977 | 2,486 | 2,385 | -24.0% |
| RDM | 15,021 | 10,552 | 7,677 | 7,595 | -45.0% |
| TOTAL | 94,500 | 52,600 | 36,960 | 35,155 | -62.8% |

Les salariés de Nortel ne sont pas identifiés et classés selon les seules fonctions "fabrication" ou "distribution". Le tableau ci-après présente le nombre d'employés par catégorie de département identifiée par Nortel. Aux fins de la présente analyse fonctionnelle, ces catégories de départements correspondent aux fonctions suivantes : R&D, Fabrication, Distribution et Gestion/Divers. Il convient, toutefois, de préciser que les nombres indiqués pour certaines catégories de départements font référence aux salariés de différentes fonctions. Par exemple, dans le domaine Gestion/Divers, la catégorie de département "Syndicats/Divers" englobe les employés qui participent à la fabrication et à la distribution. Nous ne disposons pas d'informations nous permettant de classer ces employés dans le domaine fonctionnel approprié. De sorte que ce tableau ne donne qu'une approximation du nombre d'employés affectés aux principales fonctions de Nortel.

En termes fonctionnels, tous les domaines d'activités de Nortel ont connu d'importantes réductions de personnel ; les effectifs affectés à la R&D ont toutefois diminué plus lentement au sein du groupe. S'agissant des effectifs de la filiale française, le personnel affecté à la R&D effectuée par NNSA n'a pas été impacté par les réductions d'effectifs. Le tableau suivant indique le nombre d'employés de Nortel au cours de la période 2000 à 2003 par principales catégories de fonctions.

---

[4] Nortel emploie également du personnel à mi-temps et fait, par ailleurs, appel à des sous-traitants indépendants.

**Highly Confidential**

NNI_01432705

**Tableau IV.2: Employés par domaine fonctionnel (2000 – 2003)**

| Domaines fonctionnels / Départements | Nombre d'employés | | | | Evolution en % | | | |
|---|---|---|---|---|---|---|---|---|
| | **2000** | **2001** | **2002** | **2003** | **2001** | **2002** | **2003** | **changement cumulatif** |
| **R&D** Recherche, Conception et Développement, | 27,145 | 17,376 | 13,717 | 13,001 | -36.0% | -21.1% | -5.2% | -52.1% |
| **Fabrication / Opérations** | | | | | | | | |
| Chaîne d'approvisionnement & Gestion des approvisionnements | 2,787 | 1,740 | 1,222 | 1,332 | -37.6% | -29.8% | 9.0% | -52.2% |
| Gestion des « System House » | 5,309 | 1,244 | 473 | 422 | -76.6% | -62.0% | -10.8% | -92.1% |
| Techniciens | 3,176 | 1,466 | 797 | 791 | -53.8% | -45.6% | -0.8% | -75.1% |
| Opérations | 4,623 | 2,084 | 1,136 | 998 | -54.9% | -45.5% | -12.1% | -78.4% |
| Sous-total | 15,895 | 6,534 | 3,628 | 3,543 | -58.9% | -44.5% | -2.3% | -77.7% |
| **Distribution** | | | | | | | | |
| Marketing/Ventes | 12,813 | 6,745 | 4,862 | 4,861 | -47.4% | -27.9% | 0.0% | -62.1% |
| Services à la clientèle | 12,992 | 8,533 | 6,270 | 6,255 | -34.3% | -26.5% | -0.2% | -51.9% |
| Installation | 3,926 | 1,521 | 773 | 667 | -61.3% | -49.2% | -13.7% | -83.0% |
| Services aux entreprises | 694 | 908 | 6 | 2 | 30.8% | -99.3% | -66.7% | -99.7% |
| Sous-total | 30,425 | 17,707 | 11,911 | 11,785 | -41.8% | -32.7% | -1.1% | -61.3% |
| **Gestion / Divers** | | | | | | | | |
| Administration | 2,679 | 1,069 | 716 | 655 | -60.1% | -33.0% | -8.5% | -75.6% |
| Services aux Entreprises | 4,584 | 3,266 | 2,149 | 2,090 | -28.8% | -34.2% | -2.7% | -54.4% |
| Technologie de l'information | 3,078 | 1,691 | 1,143 | 1,168 | -45.1% | -32.4% | 2.2% | -62.1% |
| Syndical/Autre | 10,694 | 4,957 | 3,696 | 2,913 | -53.6% | -25.4% | -21.2% | -72.8% |
| Sous-total | 21,035 | 10,983 | 7,704 | 6,826 | -47.8% | -29.9% | -11.4% | -67.5% |
| **TOTAL** | 94,500 | 52,600 | 36,960 | 35,155 | -44.3% | -29.7% | -4.9% | -62.8% |

11

**Highly Confidential**

NNI_01432706

*Immobilier*

2000

Nortel dispose au total de 577 sites répartis dans le monde entier dans lesquels sont exercées des fonctions de fabrication, réparation, distribution, gestion administrative et des activités de R&D. Le tableau IV.3. ci-après dresse la liste des biens appartenant à Nortel au 31 décembre 2000.

**Tableau IV.3 : Biens de Nortel en l'an 2000**

| Type de Site | Nombre de Sites | Superficie[5] (millions de pieds carrés) | | | Lieux géographiques |
|---|---|---|---|---|---|
| | | Détenus | Loués | TOTAL | |
| Fabrication et Réparation | 29 | 4.3 | 1.9 | 6.2 | - U.S.A., Canada, Caraïbes et Amérique latine, Europe, Asie et Pacifique |
| Centres de Distribution | 31 | 0.5 | 0.8 | 1.3 | - U.S.A., Canada, Caraïbes et Amérique latine, Europe, Asie et Pacifique |
| Bureaux (Administration, Ventes et Services) | 496 | 3.9 | 13.3 | 17.2 | - U.S.A., Canada, Caraïbes et Amérique latine, Europe, Moyen-Orient, Afrique Asie et Pacifique |
| Recherche et Développement | 21 | 2.4 | 2.3 | 4.7 | - U.S.A, Canada, Europe, Asie et Pacifique |
| **TOTAL** | **577** | **11.1** | **18.3** | **29.4** | |

2001

Dans le cadre des réductions de personnel envisagées, Nortel a dressé la liste de plusieurs installations dont la Société est propriétaire ou locataire. Ces installations servent de bureaux, d'entrepôts et d'unités de fabrication. Nortel a également identifié les équipements de fabrication en location qui ne présenteraient plus d'utilité. De ce fait, le nombre des sites dont Nortel est propriétaire ou locataire a chuté considérablement en 2001.

---

[5] 1 000 000 pieds carrés équivalent à 92 900 mètres carrés

12

**Highly Confidential**

**NNI_01432707**

**Tableau IV.4 : Biens de Nortel en 2001**

| Type de Site | Nombre de Sites | Superficie (millions de pieds carrés) | | | Lieux géographiques |
|---|---|---|---|---|---|
| | | Détenus | Loués | TOTAL | |
| Fabrication et Réparation | 17 | 3.2 | 1.4 | 4.6 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Asie et Pacifique |
| Centres de Distribution | 9 | 0.5 | 0.3 | 0.8 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Asie et Pacifique |
| Bureaux (Administration, Ventes et Services) | 251 | 3.5 | 9.2 | 12.7 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Moyen-Orient, Afrique Asie et Pacifique |
| Recherche et Développement | 15 | 2.6 | 1.8 | 4.4 | - U.S.A, Canada, Europe, Asie et Pacifique |
| **TOTAL** | **292** | **9.8** | **12.7** | **22.5** | |

2002

**Tableau IV.5 : Biens de Nortel en 2002**

| Type de Site | Nombre de Sites | Superficie (millions de pieds carrés) | | | Lieux géographiques |
|---|---|---|---|---|---|
| | | Détenus | Loués | TOTAL | |
| Fabrication et Réparation | 11 | 1.5 | 1.4 | 2.9 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Asie et Pacifique |
| Centres de Distribution | 5 | 0 | 0.1 | 0.1 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Asie et Pacifique |
| Bureaux (Administration, Ventes et Services) | 200 | 1.5 | 6.8 | 8.3 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Moyen-Orient, Afrique Asie et Pacifique |
| Recherche et Développement | 13 | 2.2 | 2.0 | 4.2 | - U.S.A, Canada, Europe, Asie et Pacifique |
| **TOTAL** | **229** | **5.2** | **10.3** | **15.5** | |

13

**Highly Confidential**

**NNI_01432708**

14

2003

**Tableau IV.6 : Biens de Nortel en 2003**

| Type de Site | Nombre de Sites | Superficie (millions de pieds carrés) | | | Lieux géographiques |
|---|---|---|---|---|---|
| | | Détenus | Loués | TOTAL | |
| Fabrication et Réparation | 8 | 2.3 | 0 | 2.3 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Asie et Pacifique |
| Centres de Distribution | 6 | 0 | 0.9 | 0.9 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Asie et Pacifique |
| Bureaux (Administration, Ventes et Services) | 177 | 1.1 | 5.1 | 6.2 | - U.SA., Canada, Caraïbes et Amérique latine, Europe, Moyen-Orient, Afrique Asie et Pacifique |
| Recherche et Développement | 17 | 2.4 | 1.9 | 4.3 | - U.S.A, Canada, Europe, Asie et Pacifique |
| TOTAL | 208 | 5.8 | 7.9 | 13.7 | |

*Chiffre d'affaires*

Chiffre d'affaires consolidées

2000

En l'an 2000, le chiffre d'affaires consolidé atteignait la somme record de 27 337 $ traduisant l'importante croissance du chiffre d'affaires au cours de l'année écoulée. Le chiffre d'affaires consolidé avait augmenté de 6 050 $, soit 22 %, par rapport aux résultats de 1999 en raison de l'augmentation du volume des ventes et de l'introduction de nouveaux produits. Le taux de croissance du chiffre d'affaires de Nortel est de niveau égal au taux de croissance moyen constaté pour le secteur d'activité qui n'est que de 22,4 % en 2000[6]. Les taux de croissance du chiffre d'affaires de Nortel au cours des années 1997, 1998 et 1999 étaient respectivement de 29,5 %, 15,3 % et 24,8 %. Les taux de croissance moyens observés pour le marché dans son ensemble au cours de cette même période étaient de 15,3% en 1997, 8,4% en 1998 et 16,3% en 1999.

---

[6] Source : Crédit Suisse First Boston Corporation - "Breaking the Bottleneck : A Wireline Weekly", 16 juin 2001.

14

**Highly Confidential**

**NNI_01432709**

2001

En 2001, le chiffre d'affaires consolidé a chuté à 18 900 $. Cette baisse de 31% des revenus a été provoquée par les mauvais résultats obtenus par l'industrie des télécommunications. Après une période caractérisée par la rapidité de la mise en place d'infrastructures et une forte croissance économique en 1999 et 2000, Nortel a assisté à un resserrement constant des marchés financiers et au ralentissement des activités de l'industrie des télécommunications au cours de 2001. Cette situation a eu pour conséquence d'entraîner une réduction des dépenses d'investissements du secteur concerné et une diminution importante de la demande en produits et services de la Société, les opérateurs s'efforçant de maximiser le rendement de leurs capitaux investis. De ce fait, les revenus de Nortel ont baissé essentiellement par suite du changement d'attitude des clients qui au lieu d'opter pour la construction de nouveaux réseaux ont préféré conserver leurs capitaux et/ou accroître les capacités d'utilisation et l'efficacité des réseaux existants et réduire leurs frais. Encore une fois, le marché n'avait jamais connu une baisse de cette ampleur.

2002

En 2002, les revenus consolidés ont diminué à 11 008 $. Le marché a continué d'enregistrer une baisse importante de ses activités, baisse qui avait commencé en 2001. Au cours de l'exercice 2002, Nortel a continué de subir les restrictions imposées par ses clients en matière d'investissements, tandis que le marché continuait d'être caractérisé par une surcapacité en termes de réseaux. Par ailleurs, le poids des opérateurs a augmenté dans le marché. Dans ce contexte, les clients ont changé de comportement. En effet, au lieu de construire de nouveaux réseaux, ils ont préféré conserver leurs capitaux, diminuer leur endettement, réduire leurs frais et/ou accroître les capacités d'utilisation des réseaux existants et leur efficacité. Il en a résulté pour Nortel une baisse de 42% de son chiffre d'affaires consolidé par rapport à ceux de 2001.

2003

En 2003, le chiffre d'affaire consolidé présenté continue à baisser 10 193$, soit une baisse de 7.4% par rapport à 2002. En 2003, les dépenses des clients sont restées modestes et bon nombre de clients de Nortel ont aligné leurs dépenses d'investissement sur leurs niveaux actuels de revenus et de bénéfices afin de maximiser le rendement de leur capital investi. Par ailleurs, la surcapacité persistante s'est traduite par une pression à la baisse sur les prix de vente de certains produits.

Le graphique ci-après résume les revenus consolidés de Nortel au cours de la période 2000 à 2003.

**Highly Confidential**

NNI_01432710

Graphique IV.7 - Chiffre d'affaires consolidé par année et
pourcentage d'évolution par rapport à l'année précédente



<u>Revenus par zone géographique</u>

<u>2000</u>

En l'an 2000, près de 63 % des revenus de Nortel provenaient des USA (les revenus sont répartis entre les régions géographiques d'après l'emplacement des clients). Près de 8 % des revenus de Nortel étaient imputables au Canada et environ 2% provenaient de France.

<u>2001</u>

L'effondrement sans précédent du marché en 2001 a touché en priorité les USA où ses répercussions ont été les plus graves. Il a ensuite affecté les marchés des différentes zones géographiques que sont EMEA, CALA et la région de l'Asie et du Pacifique en 2001. Près de 53 % des revenus de Nortel étaient imputables aux USA en 2001. Près de 6 % des revenus de Nortel étaient imputables au Canada et environ 2,2% provenaient de France.

<u>2002</u>

Sur un plan géographique, Nortel a continué d'être confrontée à des baisses considérables de ses revenus dans toutes les régions en 2002 par rapport à 2001. En 2002, près de 53 % des revenus de Nortel étaient imputables aux USA. Près de 6 % des revenus de Nortel étaient imputables au Canada et environ 3% provenaient de France.

<u>2003</u>

Entre 2002 et 2003 le chiffre d'affaires est resté pratiquement constant. Environ 53% des revenus de Nortel sont réalisés aux Etats-Unis. Près de 6% des revenus de Nortel proviennent du Canada et environ 2,7% de la France.

16

**Highly Confidential**

**NNI_01432711**

Le tableau ci-après récapitule les revenus de Nortel par zone géographique.

| | | 2003 | | 2002 | | 2001 | | 2000 |
|---|---|---|---|---|---|---|---|---|
| **External revenues** | | | | | | | | |
| Etats-Unis | $ | 5,424 | $ | 5,823 | $ | 10,136 | $ | 16,878 |
| Canada | | 587 | | 648 | | 1,076 | | 1,505 |
| France | | 393 | | 333 | | 516 | | 955 |
| EMEA - excluding France [a] | | 1,973 | | 2,167 | | 3,864 | | 4,879 |
| Other regions | | 1,816 | | 2,037 | | 3,308 | | 3,714 |
| Total | $ | 10,193 | $ | 11,008 | $ | 18,900 | $ | 27,931 |

(a) The Europe, Middle East and Africa region ("EMEA"), excluding France

| | 2003 / 2002 | | | 2002 / 2001 | | | 2001 / 2000 | | |
|---|---|---|---|---|---|---|---|---|---|
| Evolution | $ | | % | | $ | % | | $ | % |
| Etats-Unis | $ | (399) | (7) | $ | (4,313) | (43) | $ | (6,742) | (40) |
| Canada | | (61) | (9) | | (428) | (40) | | (429) | (29) |
| France | | 60 | 18 | | (183) | (35) | | (439) | (46) |
| EMEA - excluding France [a] | | (194) | (9) | | (1,697) | (44) | | (1,015) | (21) |
| Other regions | | (221) | (11) | | (1,271) | (38) | | (406) | (11) |
| Total | $ | (815) | (7) | $ | (7,892) $ | (42) | $ | (9,031) $ | (32) |

(a) The Europe, Middle East and Africa region ("EMEA"), excluding France

## *Description fonctionnelle*

### *RÉCAPITULATIF DES FONCTIONS EXERCÉES*

Le schéma IV.9 présente la chaîne de valeur de Nortel. La chaîne de valeur illustre les principales fonctions du cycle opérationnel de Nortel. Répondant à un souci d'augmentation de ses revenus globaux et de maximisation de la valeur de ses actions, Nortel est organisé selon les activités suivantes qui correspondent aux fonctions clé de sa chaîne de valeur.

**Highly Confidential**

**NNI_01432712**

18

**Tableau IV.9 : Chaîne de valeur de Nortel**



La recherche, la conception et le développement sont les principaux éléments qui contribuent au succès des activités de Nortel. Les clients de Nortel choisissent les produits et services Nortel parce qu'ils considèrent Nortel comme l'un des leaders sur le marché en matière de technologie développée. Ils savent que Nortel consacre ses ressources à des activités de R&D afin de fournir des services nouveaux et apporter une assistance adaptée à ses clients. La technologie de pointe, la Recherche et le Développement constant de nouvelles technologies sont les points forts mis en avant par Nortel pour attirer de nouveaux clients. Peu de sociétés sur le marché peuvent proposer une offre intégrant toujours la technologie la plus avancée et les applications qui en découlent. En effet, il n'existe que quelques grands fabricants d'équipements de télécommunication et de développeurs de technologie. Dans une certaine mesure, la technologie de Nortel oblige les clients à réinvestir dans des produits et services Nortel.

Le Groupe Nortel compte plus de 200 filiales réparties dans le monde entier. Certaines entités Nortel sont des sociétés totalement intégrées qui exercent des activités de R&D, de fabrication et de distribution. Toutefois, l'ampleur de ces fonctions est différente selon les entités. Par ailleurs, certaines entités Nortel exercent uniquement des activités routinières de distribution.

18

**Highly Confidential**

**NNI_01432713**

*RECHERCHE, CONCEPTION ET DÉVELOPPEMENT*

<u>Vue d'ensemble</u>

Au niveau mondial, les activités de R&D de Nortel correspondent à un engagement du groupe conforme à sa stratégie d'entreprise leader en matière de technologie sur son marché. Les ingénieurs de tous les marchés géographiques de Nortel œuvrent au développement de produits de nouvelle génération. Les chercheurs et les ingénieurs des installations Nortel et des sites partenaires à travers le monde collaborent au développement de produits à la fois nouveaux et extrêmement performants, spécialités de Société. En outre, les principaux centres de R&D sont répartis dans différents sites à travers le monde.

Nortel continue d'affirmer sa volonté de faire des investissements stratégiques en R&D afin de toujours figurer parmi les leaders technologiques dans des secteurs sur lesquels elle anticipe une croissance. Les activités de R&D de Nortel, à savoir plus précisément la recherche, la conception, le développement, l'ingénierie des systèmes et le développement d'autres produits, représentent des investissements ciblés permettant à la Société et à son portefeuille de produits de s'imposer sur le marché. La Recherche et le Développement font la force de Nortel et jouent un rôle essentiel dans le devenir de la Société en lui permettant de saisir les opportunités de croissance que lui offre le marché. A défaut d'un effort constant pour créer de nouvelles technologies et mettre à profit les technologies existantes, Nortel perdrait ses avantages concurrentiels au niveau mondial.

Les investissements en R&D de Nortel portent essentiellement sur la transformation des réseaux, la création de produits et de solutions de nouvelle génération, dont, entre autres, la transmission sans fil, les solutions de téléphonie « par paquets » (i.e. basées sur des protocoles Internet), les services multimédia, les applications et les réseaux à large bande. Nortel effectue également pour le compte de gros clients ou en collaboration avec eux des opérations de planification de réseau et d'ingénierie de systèmes. Bien que la majeure partie des produits de la Société soit issue des activités internes de R&D, Nortel complète cette technologie par celle qu'elle acquiert auprès de tiers ou dont elle obtient des licences d'utilisation.

Le département de Recherche et de Développement de Nortel joue un rôle déterminant dans le maintien de sa compétitivité sur le marché grâce à des innovations constantes et à l'introduction de nouveaux produits et services sur le marché. Les activités d'innovation sont un paramètre déterminant pour la rentabilité des activités de Nortel. Le développement de nouveaux produits et l'adaptation de ceux existants, sont nécessaires afin que Nortel reste compétitif sur son marché.

19

**Highly Confidential**                                                    **NNI_01432714**

20

Recherche et Développement

L'orientation et la conduite des activités de R&D ainsi que la technologie qui en résulte constituent la base de développement de nouveaux produits, des nouveaux systèmes de distribution de produits et des processus de fabrication. La découverte d'améliorations applicables à la technologie et aux produits existants ainsi que la découverte de produits complémentaires à ceux qui existent ou qui sont créés sont souvent qualifiées de recherche appliquée. A l'inverse, la recherche fondamentale peut être décrite comme une forme pure d'activités de recherche aboutissant à des découvertes pour lesquelles il n'existe pas d'applications commerciales connues. La Recherche et le Développement liés aux procédés de fabrication permettent d'aboutir à l'élaboration de procédés de fabrication qui permettent de fabriquer un produit en utilisant les caractéristiques techniques du produit et en tenant compte des attentes du client telles qu'elles ont été communiquées par le service marketing.

*Organisation de la Recherche et du Développement au sein de Nortel*

Le Directeur du Département Technologique qui travaille en collaboration avec le Conseil de Direction et les Directeurs adjoints de chaque segment d'activité de Nortel est responsable de l'orientation stratégique des activités de R&D au sein de la Société. Compte tenu de l'importance que Nortel accorde à ses produits, les groupes de R&D de Nortel sont organisés par segment d'activité. C'est ainsi qu'en 2002, il y avait quatre groupes de R&D : i) le Sans fil ; ii) les Entreprises ; iii) le câblé et iv) les réseaux optiques.

Les groupes de R&D sont organisés en fonction de la technologie, de domaines et de programmes. Bien qu'il y ait plusieurs centres d'excellence à travers le monde, l'exécution du programme est coordonnée par une équipe virtuelle composée de différents groupes, situés à différents endroits et dirigés par différents Directeurs adjoints. Toutes les activités ne sont pas dirigées à partir d'une seule et même région géographique centralisée.

Au sein de chaque segment d'activité de R&D, les fonctions régionales se sont développées essentiellement aux fins de répondre à la demande du marché et de s'adapter à la disponibilité des compétences et des ressources. Par exemple, en ce qui concerne les activités de R&D du Sans fil[7], les USA sont le site de R&D le plus important. La majorité des développements en matière de Sans fil, ainsi que certains développements en matière d'Accès, d'Exploitation et de Gestion ("OAM") sont accomplis aux USA. Le Canada est essentiellement le centre de Développement des Accès pour les Accès Multiples par Répartition de Code (« CDMA ») et pour certains systèmes de télécommunications mobiles universelles/systèmes mondiaux de communication mobiles '"UMTS/GSM". La France est essentiellement le site de recherche sur la partie d' « Accès » UMTS/GSM et de R&D en OAM. Toutes les activités de R&D portant sur le Sans fil sont gérées par le Directeur Général qui est responsable de l'efficacité et de la rentabilité générale des activités de R&D du Sans Fil.

---

[7] La Direction de Nortel considère que chaque groupe de R&D doit fonctionner de la même manière. Dans la mesure où le segment du Sans fil est le plus important segment d'activités de Nortel, les activités de R&D du segment du Sans fil sont évoquées tout au long de cette discussion.

**Highly Confidential**

**NNI_01432715**

Le bureau du principal Directeur adjoint pour les technologies UMTS et GSM est situé à Chateaufort, en France. Plusieurs Directeurs adjoints partagent leur temps entre des bureaux situés à Chateaufort en France et Richardson au Texas. Chaque directeur adjoint est spécialisé dans un domaine de recherche.

*Le programme de R&D GSM en France*

Le sous-système radio qui gère la transmission est constitué de plusieurs entités dont le mobile, la station de base (BTS : Base Transceiver Station) et un contrôleur de station de base (BSC : Base Station Controller).

**Le mobile de l'usager**

Le téléphone et la carte SIM (Subscriber Identity Module) sont les deux seuls éléments auxquels un utilisateur a directement accès et qui suffisent à réaliser l'ensemble des fonctionnalités nécessaires à la transmission et à la gestion des déplacements. L'identification d'un utilisateur est réalisée par un numéro unique différent du numéro de téléphone et contenu dans la carte SIM.

**La station de base (BTS)**

La station de base est l'élément central, que l'on pourrait définir comme un ensemble émetteur/récepteur pilotant une ou plusieurs cellules. Dans le réseau GSM, chaque cellule peut-être divisée à son tour pour former des secteurs. L'utilisation d'antennes (bi)directionnelles, permet grâce à des fréquences différentes d'exploiter ces secteurs pour offrir une couverture sur l'ensemble des cellules.

La taille des cellules n'est pas la même sur tout le réseau. Celle-ci dépend:

- du nombre d'utilisateurs potentiels dans la zone,
- de la configuration du terrain (relief géographique, présence d'immeubles, ...),
- de la nature des constructions (maisons, buildings, immeubles en béton, ...) et
- de la localisation (rurale, suburbaine ou urbaine) et donc de la densité des constructions.

Un opérateur devra donc tenir compte des contraintes du relief topographique et des contraintes urbanistiques pour dimensionner les cellules de son réseau. On distingue pour cela deux services principaux:

- Le service ``Outdoor'' qui indique les conditions nécessaires pour le bon déroulement d'une communication en extérieur.
- Le service ``Indoor'' qui permet le bon déroulement des communications à l'intérieur des bâtiments.

21

**Highly Confidential**

**NNI_01432716**

C'est la station de base qui fait le relais entre le mobile et le sous-système réseau. L'utilisation des fréquences est divisé dans le temps, ce qui permet à une station de base de gérer des connections simultanées au sein d'une même cellule.

Enfin la station de base abrite les fonctions qui permettent à un abonné de se connecter et d'échanger avec le réseau. En cas de besoin, on peut exploiter une station de base localement ou par télécommande à travers son contrôleur de station de base.

Tous les terminaux mobiles GSM fabriqués actuellement sont compatibles avec les 2 gammes de fréquence 900 et 1800MHZ (normes GSM et DCS) et PCS), ces terminaux sont appelés bi bandes ou dual bandes. Sur le territoire des États-Unis, aucune des bandes de fréquences précitées n'étaient encore disponible. C'est pourquoi le réseau à technologie GSM américain utilise des bandes autour des 1900MHz (norme PCS). Des terminaux capables d'opérer dans les trois bandes sont appelés tri bandes.

**Programme GSM et UMTS BTS 18000 :**

En réponse aux besoins du marché de réduire les contraintes d'exploitation, tout en maximisant l'effort d'investissement (OPEX / CAPEX), la BTS 18000 a été conçue pour satisfaire les demandes d'opérateurs 2G/2.5G ou 3G souhaitant exploiter pleinement les potentiels du GSM et de l'UMTS.

Offrant une grande facilité d'exploitation, le vecteur de déploiement de la BTS 18000 est de disposer d'atouts majeurs tels que :

- Mutiplicité des configurations supportées : GSM Dual Bande, GSM/UMTS Indoor et Outdoor
- Disponible en tout type de fréquence : 900, 850, 1800 et 1900MHz
- Réduction de l'encombrement au sol : jusqu'à 27 Transmetteurs MCPA pour une baie en configuration tri sectorielle S333 / STSR-2

Par ailleurs, la qualité des Performances radio GSM/GPRS/EDGE et UMTS on été accrues. Compatible au travers des extension de réseau (couverture radio) avec la base installées (S8000, S12000), son ingénierie permet une adaptation rapide au plan de configuration cellulaire.

Enfin, la BTS 18000 offre une capacité d'évolution vers les nouvelles technologies de l'Access (réseau radio du GSM/GPRS/EDGE et UMTS). Son concept produit la rend compatible et configurée pour supporter des fonctionnalités avancées développées en France telles que le HSDPA pour l'UMTS.

22

**Highly Confidential**

**NNI_01432717**

23

**Le contrôleur de station de base (BSC)**

Le contrôleur de station de base gère une ou plusieurs stations de. Ce contrôleur remplit différentes fonctions tant au niveau de la communication qu'au niveau de l'exploitation.

C'est l'organe « intelligent » du BSS chargé de la gestion des ressources radio :

- Allocation des canaux sur la voie radio
- Utilise les mesures effectuées par la BTS pour contrôler la puissance d'émission du mobile et/ou de la BTS
- Prend la décision de l'exécution de la mobilité (handover)

Pour les fonctions des communications des signaux en provenance des stations de base, le BSC agit comme un concentrateur puisqu'il transfère les communications provenant des différentes stations de base vers une sortie unique. Dans l'autre sens, le contrôleur dirige (commute) les données vers la bonne station de base.

Dans le même temps, le BSC assure la gestion des ressources radio pour la zone couverte par les différentes stations de base qui y sont connectées. En effet, le contrôleur gère la mobilité (transferts inter et intracellulaires) des utilisateurs dans sa zone de couverture, c'est-à-dire quand une station mobile passe d'une cellule dans une autre.

Il doit alors communiquer avec la station de base qui va prendre en charge l'abonné et lui communiquer les informations nécessaires tout en avertissant la base de données locale (VLR : Visitor Location Register développé aux US) de la nouvelle localisation de l'abonné.

Enfin, une dernière fonctionnalité, le BSC remplit le rôle de relais pour les différents signaux d'alarme et de mesure de performance destinés au centre d'exploitation et de maintenance. Au travers d'une interface d'échange normalisé (X25), le BSC alimente la base de données (OMC-R : sous système d'exploitation et de maintenance développé avec la Russie) pour l'exploitation du réseau cellulaire et de ces stations de base.

C'est donc un maillon très important de la chaîne de communication et il est, de plus, le seul équipement de ce sous système à être directement gérable  (via l'interface qui le relie au sous-système d'exploitation et de maintenance).

**Programme GPRS : introduction du monde paquet dans le GSM**

Les caractéristiques principales vis-à-vis du GSM sur lequel il se construit, s'énoncent de la façon suivante :

- Souplesse pour l'allocation de ressources, indépendamment dans les voies montante et descendante (communication asymétrique)
- Utilisation des seuls slots (réservations) radio réellement demandés et requis

23

Highly Confidential

NNI_01432718

- Augmentation de la granularité du débit disponible suivant le type de codage demandé
- Amélioration du débit maximum brut théorique

L'impact sur le réseau cœur et sur le terminal découle de deux évolutions fortes :

- Nouvelles interfaces
- Nouveaux produits

De nouvelles entités physiques ont été créées dans le cœur même du fonctionnement du réseau radio.

Le PCU (Packet Control Unit), rattaché au BSC il est la nouvelle unité de contrôle pour le GSM et est réservée à la gestion de l'allocation des ressources radios, ainsi qu'à la diffusion (et congestion) des informations système. Le PCU est construit sur une plateforme hardware développé en Amérique du Nord et commune aux produits de ligne Passport.

D'autres nœuds (SGSN et GGSN)) développés aux US, assurent la gestion des services / routage pour les abonnés attachés au réseau.

Les nouveaux services point à point offrent les fonctionnalités suivantes :

- Accès aux réseaux IP et X.25;
- Navigation sur Internet,
- Streaming audio & vidéo,
- MMS (photos, vidéoclips),
- FTP, chat, telnet, émail, géolocalisation…

D'autres services (point à multipoint: service multicast ; service de messagerie courts SMS) seront rendus disponibles dans la foulée.

i) Effectifs

Les activités de R&D de Nortel constituent son point fort et l'un des éléments permettant de différencier la Société de ses concurrents. Au niveau mondial, Nortel employait au 31 décembre 2003 13 001 employés de R&D à temps plein (exclusion faite des employés ayant reçu un avis de licenciement). Si ce chiffre a baissé considérablement depuis l'an 2000, année au cours de laquelle les effectifs de R&D à temps plein atteignaient 27 145 personnes, cette diminution de près de 52% est inférieure à celle enregistrée dans d'autres secteurs fonctionnels (voir le tableau IV.2). En France, le personnel de NNSA n'a pas connu une telle diminution en dépit des restructurations que la société, à l'instar du Groupe, a connues. A la suite de ces restructuration, la proportion d'employés de R&D a véritablement augmenté au cours de la période 2000/2003, comme indiqué dans le tableau ci-après. Ces éléments confirment l'importance relative de la Recherche et du Développement par rapport à la chaîne de valeur de Nortel.

24

**Highly Confidential**

**NNI_01432719**

Tableau IV.10 : Proportion d'employés de R&D par rapport à l'ensemble des effectifs de Nortel (2000 – 2003)

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Employés de R&D | 27,145 | 17,376 | 13,717 | 13,001 |
| Total des effectifs de Nortel | 94,500 | 52,600 | 36,960 | 35,155 |
|  |  |  |  |  |
| *Proportion des employés de R&D par rapport au nombre total d'employés de Nortel* | *28.7%* | *33.0%* | *37.1%* | *37.0%* |

Sur un plan géographique, tel qu'indiqué dans le tableau IV.11, le Canada présentait au cours de la période 2000-2003 les effectifs les plus importants affectés à des activités de recherches et des travaux de conception et de développement.

**Tableau IV.11: Employés de R&D par région géographique (2000 – 2003)**

| Employés de R&D | Canada | U.S.A. | Royaume-Uni | France | RDM | TOTAL |
|---|---|---|---|---|---|---|
| **2000**<br>Nbre d'Employés de R&D | 12,630 | 10,227 | 2,516 | N/A | 1,772 | 27,145 |
| *Proportion des Employés de R&D* | *46.5%* | *37.7%* | *9.3%* |  | *6.5%* | *100%* |
| **2001**<br>Nbre d'Employés de R&D | 7,536 | 6,491 | 1,667 | 981 | 701 | 17,376 |
| *Proportion des Employés de R&D* | *43.4%* | *37.4%* | *9.6%* | *5.6%* | *4.0%* | *100%* |
| **2002**<br>Nbre d'Employés de R&D | 5,767 | 5,408 | 827 | 1,145 | 570 | 13,717 |
| *Proportion des Employés de R&D* | *42.1%* | *39.4%* | *6.0%* | *8.3%* | *4.2%* | *100%* |
| **2003**<br>Nbre d'Employés de R&D | 5,317 | 5,015 | 700 | 1,191 | 778 | 13,001 |
| *Proportion des Employés de R&D* | *40.9%* | *38.6%* | *5.4%* | *9.2%* | *5.9%* | *100%* |

Afin d'évaluer le rôle relatif de la Recherche et du Développement par rapport aux activités générales du Canada, des USA, du Royaume-Uni, de la France et du Reste du Monde, le tableau IV.12 indique le nombre d'employés R&D par rapport au nombre total d'employés pour chacune de ces zones géographiques.

25

**Highly Confidential**

**NNI_01432720**

Tableau IV.12 : Proportion des effectifs de R&D par rapport au nombre total d'employés par région géographique (2000 – 2003)

| Employés de R&D | Canada | U.S.A. | Royaume-Uni | France | RDM | TOTAL |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| Nbre d'Employés de R&D | 12,630 | 10,227 | 2,516 | N/A | 1,772 | 27,145 |
| Total des Effectifs | 25,900 | 38,000 | 12,440 | N/A | 18,160 | 94,500 |
| *Proportion des Employés de R&D par rapport à l'ensemble des effectifs* | *48.8%* | *26.9%* | *20.2%* | | *9.8%* | *28.7%* |
| **2001** | | | | | | |
| Nbre des Employés de R&D | 7,536 | 6,491 | 1,667 | 981 | 701 | 17,376 |
| Total des Effectifs | 13,803 | 19,314 | 5,954 | 2,977 | 10,552 | 52,600 |
| *Proportion des Employés de R&D par rapport à l'ensemble des effectifs* | *54.6%* | *33.6%* | *28.0%* | *33%* | *6.6%* | *33.0%* |
| **2002** | | | | | | |
| Nbre des Employés de R&D | 5,767 | 5,408 | 827 | 1,145 | 570 | 13,717 |
| Total des Effectifs | 10,143 | 13,777 | 2,877 | 2,486 | 7,677 | 36,960 |
| *Proportion des Employés de R&D par rapport à l'ensemble des effectifs* | *56.9%* | *39.3%* | *28.8%* | *46%* | *7.4%* | *37.1%* |
| **2003** | | | | | | |
| Nbre des Employés de R&D | 5,317 | 5,015 | 700 | 1,191 | 778 | 13,001 |
| Total des Effectifs | 9,431 | 12,992 | 2,752 | 2,385 | 7,595 | 35,155 |
| *Proportion des Employés de R&D par rapport à l'ensemble des effectifs* | *56.4%* | *38.6%* | *25.4%* | *49.9%* | *10.2%* | *37.0%* |

Au regard du nombre d'employés affectés à des activités de R&D, le tableau IV.12 témoigne de l'importance des activités de R&D réalisées par les différentes entités Nortel. Les éléments relatifs à 2003 montrent que près de 56 % des effectifs exercées au Canada se consacraient à des activités de recherche, de conception et de développement. Aux USA, près de 39 % des employés sont affectés à des activités de recherche, de conception et de développement. Au Royaume-Uni et en France, près de 25 % des employés dans un cas et 50% dans l'autre participent aux activités de recherche, de conception et de développement.

26

**NNI_01432721**

ii) Sites

Comme indiqué ci-dessus, les activités de R&D sont principalement réalisées au Canada, en France, aux USA et à Royaume-Uni. De 2001 à 2003, la France présentait la seconde plus importante proportion d'effectifs consacrés à des activités de R&D par rapport au total de ses salariés, derrière le Canada. Sous la rubrique Reste du Monde, il convient, par exemple, de préciser que l'Irlande et l'Australie exercent des activités de R&D. Le tableau ci-après dresse la liste des principaux sites où sont exercées des activités de R&D.

**Tableau IV.13: Principaux sites de R&D**

| | Canada | U.S.A | Royaume-Uni | France | Reste du Monde |
|---|---|---|---|---|---|
| Principaux Sites | • Calgary<br>• Belleville<br>• Toronto<br>• Montréal<br>• Ottawa | • Boston<br>• Dallas<br>• New York<br>• Research Triangle Pk<br>• Silicon Valley | • Harlow<br>• Maidenhead<br>• Monkstown | • Chateaufort<br>• Chateaudun | • Wollongong, Australie<br>• Irlande |
| Petits sites (moins de 50 employés) | 1 | 19 | 1 | 0 | 12 |

En ce qui concerne les activités de R&D dans le domaine du Sans fil, la majeure partie des investissements de Nortel en R&D, en particulier pour ce qui concerne les dernières technologies, sont exercées dans des laboratoires situés aux USA, au Canada et en France. Certaines activités secondaires d'assistance sont externalisées. Ainsi, la dernière technologie de Nortel et ses derniers programmes ont été élaborés dans des laboratoires répartis dans quatre pays : aux USA, au Canada, en France et au Royaume-Uni.

iii) Dépenses en R&D

Nortel utilise la même définition pour définir ses activités de R&D dans le monde entier. Dès lors, il n'y a pas de différence en ce qui concerne la définition de la R&D entre les régions géographiques dans lesquelles opèrent Nortel. En conséquence, pour évaluer l'importance relative des activités de R&D exercées par chaque entité au cours d'une période fiscale donnée, il convient de déterminer le niveau relatif des frais de R&D. Le tableau ci-après indique les dépenses en R&D par site géographique pour chacun des quatre derniers exercices s'achevant le 31 décembre. Ce tableau présente les dépenses en R&D par zone géographique avant l'affectation du partage des frais de R&D (correspondant aux exercices 2000 et 2001) afin d'évaluer le niveau relatif des activités de R&D entreprises par chaque entité Nortel.

27

**Highly Confidential**

**NNI_01432722**

28

Tableau IV.14: Dépenses en R&D par zone géographique (2000 – 2003)

| Dépenses en R&D (en millions de dollars U.S.) | Canada | U.S.A | Royaume-Uni | France | Reste du Monde | TOTAL |
|---|---|---|---|---|---|---|
| 2000 Dépenses en R&D | $1,658 *41%* | $1,626 *42%* | $413 *11%* | $142 *4%* | $60 *2%* | $3,899 *100%* |
| 2001 Dépenses en R&D | $1,467 *43%* | $1,353 *39%* | $352 *10%* | $223 *7%* | $30 *1%* | $3,425 *100%* |
| 2002 Dépenses en R&D | $882 *41%* | $864 *39%* | $185 *8%* | $246 *11%* | $27 *1%* | $2,204 *100%* |
| 2003 Dépenses en R&D | $821 *41%* | $785 *39%* | $95 *5%* | $267 *13%* | $35 *2%* | 2,003 *100%* |

Au regard des dépenses en R&D, il apparaît que le Canada et les USA ont consenti d'énormes investissements en termes de R&D au sein du Groupe Nortel au cours de la période comprise entre 2000 et 2003. Par ailleurs, les investissements réalisés par la France ont augmenté entre 2000 et 2003, dépassant ceux du Royaume-Uni pour les années 2002 et 2003.

Le développement par Nortel de nouvelles technologies et l'engagement pris par Nortel de poursuivre ses activités de R&D se traduisent par un montant élevé de dépenses en R&D par rapport aux ventes. La Recherche et le Développement représentaient respectivement environ 14%, 18%, 20% et 20% des ventes en 2000, 2001, 2002 et 2003. Au sein de l'entreprise, les dépenses moyennes en R&D sont de l'ordre de 15% environ[8]. Afin de faire face à la concurrence Nortel joue essentiellement sur les caractéristiques des produits, leur disponibilité, leurs performances, leur qualité et leur fiabilité. Tous ces facteurs sont pris en compte dans les programmes détaillés de R&D de Nortel.

*Nature et objectif des activités de R&D.*

L'objectif principal des activités de R&D réalisées par Nortel est la découverte de nouvelles connaissances scientifiques ou techniques susceptibles, le cas échéant, de permettre le développement de produits ou procédés nouveaux ou l'amélioration de produits ou de procédés existants et de traduire ces découvertes ou autres connaissances en programmes ou conceptions de produits ou procédés nouveaux ou considérablement améliorés.

La conception et les phases préliminaires de production constituent les principales activités exercées par le groupe de R&D de Nortel.

---

[8] Source : Merrill Lynch, "Communication Equipment Review", 12 décembre 2000.

28

**Highly Confidential**

NNI_01432723

Les activités de développement recouvrent :

- La conception fondamentale de nouveaux produits, le développement de procédés ou l'amélioration significative de conceptions ou de procédés existants, dont notamment l'ingénierie de systèmes et la configuration mécanique ;
- La conception, la fabrication de prototypes et les essais de fonctionnement ;
- Les services techniques de fabrication indispensables pour stimuler la conception d'un produit ou développer un procédé jusqu'à ce que les exigences fonctionnelles particulières soient satisfaites ;
- Les efforts techniques nécessaires à tout développement futur de manière à résoudre les problèmes techniques pouvant subsister après le début de la mise en fabrication ; et
- L'élaboration des documents de conception, présentant les caractéristiques techniques, les dessins et les schémas originaux de configuration des circuits dont les copies qui en sont faites serviront au procédé de fabrication.

Les activités préliminaires de production englobent :

- L'ingénierie associée à toutes les phases de la rotation des stocks à la fabrication, tels que les dessins d'aide à la vente et la préparation de plans ;
- Les activités connexes aux modèles de production et les premières unités de production pilote, sans les livraisons, jusqu'à la constitution de stocks au prix de revient standard ;
- La mise à profit des acquis provenant des nouvelles technologies et/ou des nouveaux procédés permettant de former les employés à respecter une cadence de travail normale ou à atteindre le niveau de compétences requis ; et
- Toute opération de réusinage, notamment des matériels mis au rebut au cours de la phase préliminaire de production.

Tous les ans, environ 10 000 à 12 000 projets de R&D sont menés au sein de Nortel. La majeure partie des activités de R&D de Nortel sont interdépendantes de sorte qu'un projet peut être développé en se basant sur d'anciens projets de R&D. Par exemple, supposons que deux années soient nécessaires pour développer le Produit A. Un an plus tard, une partie des informations et des droits de propriété intellectuelle du Produit A est utilisée par le personnel du service de R&D pour développer le Produit B. Il faudra plusieurs années pour transformer le Produit B en un produit susceptible d'être vendu.

Par ailleurs, dans certains cas, une partie des connaissances et de la propriété intellectuelle provenant de projets en cours de développement pour une gamme de produits particuliers peut servir à développer des projets concernant une autre gamme de produits.

29

**Highly Confidential**

**NNI_01432724**

Tous les projets de R&D ont pour objectif de déboucher sur la fabrication de produits ou des connaissances qui pourront être exploités commercialement. Toutefois, il arrive que des travaux de R&D soient effectués sans qu'un résultat commercial puisse être immédiatement obtenu. Des projets de recherche à long terme peuvent être menés à des fins purement scientifiques avec, à long terme, l'intention de fabriquer un produit commercialement exploitable. Les résultats de ces projets constituent ce que l'on appelle la propriété intellectuelle bien que la capacité à exploiter commercialement ces connaissances n'existe pas encore.

Certains projets de R&D sont abandonnés avant qu'un produit commercialement exploitable ne soit développé. Il est difficile de distinguer les projets de R&D ayant réussi de ceux pouvant être considérés comme ayant échoué car même lorsque cela semble être le cas, les connaissances et l'expérience acquises peuvent servir à un autre projet ou à des projets futurs de R&D.

Le Département de R&D, en tant que partie intégrante de Nortel, interagit avec a) les autres départements fonctionnels de Nortel ; b) les clients à l'occasion du lancement de nouveaux produits et dans le cadre de l'assistance qui leur est apportée ; et c) les fournisseurs lors de l'acquisition de matériels, de services et la réalisation de développements conjoints.

a) Avec d'autres départements fonctionnels de Nortel :

Lors des différentes phases de développement, l'organisation de R&D interagit avec différents départements fonctionnels.

Par exemple, en ce qui concerne les activités de R&D du secteur Sans Fil, le Directeur Général adjoint du département de R&D se concerte avec le Président du Département Sans Fil et participe aux réunions de l'Equipe de Direction du Portefeuille Sans Fil. Les nouveaux programmes de R&D et les décisions commerciales concernant le département R&D, comme par exemple le développement conjoint de la Recherche et du Développement, l'approvisionnement extérieur, l'ajout de nouveaux programmes, sont décidés lors de ces réunions.

L'Equipe de Gestion de la Gamme de Produits de chaque technologie travaille en étroite collaboration avec les directeurs de R&D en fournissant des estimations en matière de dépenses et de délais. Tout au long du processus de développement, l'équipe de R&D travaille avec le département des Opérations pour tout ce qui concerne la documentation, le service de vérification, l'ingénierie et l'introduction de nouveaux produits. L'équipe de R&D travaille également avec les Nortel System Houses[9] ou les sous-traitants de fabrication pour construire des prototypes et accomplir des tâches techniques non récurrentes.

---

[9] il s'agit d'entités intégrées qui assument des fonctions de fabrication, de R&D, de distribution locale ainsi que les fonctions administratives et de gestion associées à leurs activités

30

Highly Confidential

NNI_01432725

Le département R&D interagit avec d'autres départements pour les projets et les produits via les Equipes de Projet Intégrées et les Equipes de Gestion de Portefeuille. Dans chaque Equipe de Projet Intégrée, tous les groupes fonctionnels nécessaires au développement et au lancement de nouveaux produits sont représentés. La plupart des opérations de R&D chez Nortel sont intégrées. Si chaque groupe de R&D se consacre à des produits particuliers, de nombreux produits/systèmes reposent sur des éléments qui proviennent de différents groupes et qui doivent souvent s'interfacer et/ou être compatibles. Si tel est le cas, les interactions nécessaires sont mises en œuvre.

Au sein du département Sans Fil, il existe un groupe distinct de R&D qui se consacre à la technologie de pointe. Le résultat de ces programmes profite à tout le portefeuille de produits Sans Fil.

Le département de R&D interagit également avec de nombreux départements qui interviennent en support au sein de l'entreprise.

b) Avec les Clients

Les cadres dirigeants du département de R&D participent activement à la résolution des problèmes rencontrés par les clients de Nortel. Ils assistent aux réunions organisées avec les gros clients et aident les équipes de vente à résoudre les problèmes relatifs aux produits. Les spécialistes en R&D sont souvent sollicités par les équipes de vente, fournissent des renseignements techniques lorsque les clients font des demandes de prix et d'assistance, ils répondent aux observations formulées par les clients, ils effectuent des démonstrations et des présentations aux clients.

Dans le cadre des procédures d'assistance dispensées aux clients, les employés du département R&D sont souvent sollicités pour se rendre chez les clients afin de les aider à résoudre les problèmes relatifs aux produits qu'ils ont pu rencontrer.

c) Avec les fournisseurs

Le Département de R&D fait appel aux services de deux types de fournisseurs essentiellement : les fournisseurs de matériels et des prestataires de services.

Pour les achats de matériels, l'équipe de R&D travaille avec les spécialistes en gestion des approvisionnements de Nortel pour acquérir les matériels de R&D. Les prestataires de services englobent les personnes qui fournissent des services de maintenance et d'assistance au laboratoire/à l'équipement Nortel et les agences de travail qui fournissent des sous-traitants intervenant sur site ou non. Les sous-traitants sur site comptent à la fois la main d'œuvre locale non salariée et des intervenants temporaires qui se trouvent sur place pour une courte période dans la perspective de formations et des phases de transition. La main d'œuvre non salariée sur place fait partie intégrante de la force de travail de Nortel, en particulier en France. Cette main d'œuvre non salariée constitue des effectifs qui peuvent être sollicités lorsque la demande est importante ou à l'occasion de périodes de congés en France. Leur nombre varie de 0 à 200 personnes selon les périodes. En moyenne cette main d'oeuvre non salariée est composée de 120 intérimaires. La direction du département R&D travaille en étroite collaboration avec

31

NNI_01432726

les prestataires de services sur les temps d'exécution des programmes et le contenu des programmes.

Dans le cas d'un développement conjoint d'activités de R&D, les responsables de R&D travaillent avec l'Equipe de Gestion de la Gamme de Produits qui interagit avec les partenaires tiers de R&D afin de développer et de procéder aux essais de nouveaux produits.

*Budget / Processus d'approbation*

Le budget est établit au terme d'un processus long, collectif, comprenant plusieurs étapes. Le budget à long terme est intégré dans le plan stratégique à long terme de chaque segment d'activité. Les plans stratégiques et les prévisions à court terme pour toutes les gammes de produits sont ensuite centralisés pour élaborer le modèle commercial. En règle générale, l'évaluation des besoins en termes de R&D et la fixation globale d'objectifs sont réalisées parallèlement. Au regard des besoins en termes de programme et des orientations annuelles générales, le segment Sans Fil définit des objectifs par technologie et par domaine. Le Directeur Général adjoint du segment R&D travaille avec l'Equipe de Gestion de la Gamme de Produits afin de revoir le contenu du programme en fonction de leur coût. Lorsque les capacités de financement apparaissent insuffisantes, l'Equipe de Gestion de la Gamme de Produits doit faire une demande prioritaire ou s'enquérir auprès de son supérieur hiérarchique des possibilités de financement. Les responsables financiers des « Leadership Categories »[10] peuvent s'adresser à la Société et demander une révision des objectifs.

Les détails du programme sont saisis dans le Micro-système intégré de planification des projets en tenant compte de la répartition par technologie, domaine, programme, lieu, type de dépenses, type de financement, entité légale et Directeur de Structure organisationnelle.

En cas d'événement inhabituel, tel qu'une réduction des effectifs ou une restructuration de la société, les programmes de R&D peuvent être revus afin de réduire les coûts.

Les décisions stratégiques à long terme concernant les projets de R&D sont prises par le Conseil des Investissements de Nortel. Le Conseil des Investissements est dirigé par le PDG de Nortel et le Directeur du Département Technologique. Il comprend également des membres du Conseil d'Administration. Le PDG est responsable des décisions prises par le Conseil des Investissements. Les décisions de cette nature ont des répercussions sur l'orientation de Nortel et, de ce fait, le Conseil des Investissements doit collecter des informations de différentes sources pour pouvoir prendre de telles décisions. Ces sources d'information peuvent être les suivantes :

- le Directeur du Département Technologique et son organisation ;
- des recherches portant sur l'industrie des télécommunications, les économies locales et les marchés mondiaux en général ;

---

[10] Les « Leadership Categories » correspondent aux secteurs d'activité de Nortel.

**Highly Confidential**

NNI_01432727

- le personnel de stratégie concurrentielle et de R&D, ainsi que tout autre employé de Nortel qui obtient des informations concernant :
  - la stratégie actuelle de Nortel ;
  - les besoins des clients ;
  - les développements technologiques requis pour satisfaire les besoins des clients ;
  - l'intensité de la concurrence ;
  - le marché des télécommunications/la concurrence, etc.

Les décisions prises par le Conseil des Investissements portent généralement sur les aspects suivants :

- modifications apportées à la stratégie d'entreprise ;
- nouvelles opportunités ou nouveaux marchés ;
- principaux financements accordés pour les produits ou solutions ;
- solutions intégrales ;
- modifications apportées aux marques ;
- fusions et acquisitions ; et
- problèmes posés par les fabricants de matériels.

Chaque aspect mentionné ci-dessus est stratégique par nature et influe de différentes manières sur la R&D.

Dès que le Conseil des Investissements a donné son approbation, des équipes spécialisées, composées d'employés de Nortel appartenant à différents départements, sont constituées pour gérer le projet dans son ensemble. Le personnel de R&D fera partie de ces équipes et sera tenu de vérifier que le (les) groupe(s) respecte(nt) les objectifs de l'équipe.

Pour toutes les décisions qui ne sont pas à long terme et qui ne sont pas stratégiques, un processus similaire sera mis en œuvre (qui sera adapté à la décision dont il sera question). Toutefois, ces décisions ne sont pas indépendantes des décisions prises par le Conseil des Investissements. Les décisions et orientations fixées par le Conseil des Investissements déterminent tous les projets et toutes les décisions futures de R&D.

Si les décisions de R&D, stratégiques et à long terme, relèvent de la responsabilité du Conseil des Investissements, les décisions à "moyen terme" sont prises, en revanche, par la *leadership category* responsable du Projet de R&D/produit. Par exemple, le Conseil des Investissements peut avoir accepté le développement d'un nouveau produit sans fil. L'équipe dirigeante Sans Fil (y compris le personnel de R&D) peut ensuite prendre une décision, comme par exemple effectuer ou non des recherches, découvrir les besoins exacts des clients, déterminer la façon de fabriquer le produit, etc. De par leur nature, ces décisions pourraient également être considérées comme revêtant le caractère stratégique de décisions à long terme. Toutefois, dans la mesure où elles dépendent étroitement d'orientations préalablement approuvées par le Conseil des Investissements, elles sont qualifiées de décisions à moyen terme.

33

**Highly Confidential**                                                                 **NNI_01432728**

Le processus d'approbation de tâches plus standard et/ou de projets à court terme est géré en interne par des équipes de R&D distinctes. Ces décisions tiennent compte des orientations prises par le Conseil des Investissements.

34

**Highly Confidential**

**NNI_01432729**

Il convient de noter que le processus d'évaluation et d'approbation des projets de R&D ne fait pas l'objet d'adaptations selon les zones géographique. Les mêmes méthodes sont appliquées dans le monde entier. D'une manière générale, le processus d'approbation est resté relativement inchangé au cours des années, la principale évolution tenant à l'intervention du Conseil des Investissements qui jusqu'en 2002 était plus limitée.

Propriété intellectuelle

L'industrie des télécommunications est une industrie de pointe dont la valeur résulte de son aptitude à innover et à offrir des produits et solutions qui permettent de communiquer plus rapidement, plus simplement et pour un coût moindre. Les droits associés à la propriété intellectuelle représentent un moyen pour les entreprises intervenant dans ces industries de pointe, de garantir les énormes investissements en R&D qu'elles doivent consentir pour rester compétitives. Les brevets, en particulier, confèrent certains droits qui ne peuvent pas être obtenus en recourant à d'autres formes de protection de la propriété intellectuelle. De ce fait, ils sont utilisés par la plupart, pour ne pas dire, toutes les sociétés de pointe comme moyen de protection de leurs idées et de leurs innovations et comme garantie que d'autres sociétés n'auront pas "librement accès" aux frais de R&D de la société. En conséquence, les brevets peuvent jouer un rôle déterminant dans la réussite d'une société de pointe.

En règle générale, la durée de vie d'un brevet est relativement longue tandis que la durée de vie des produits protégés par brevet est relativement courte si l'effort d'investissements en R&D n'est pas constant. Il est indispensable de faire constamment des investissements en R&D pour allonger la durée de vie des produits de façon à ce qu'elle corresponde à celle des brevets qui y sont associés.

La propriété intellectuelle constitue une source de valeur particulièrement importante pour Nortel et ses différents segments d'activité. C'est d'autant plus le cas que Nortel intervient sur un marché de technologie fortement concurrentiel. Nortel constitue, maintient, utilise et défend un portefeuille important de droits de propriété intellectuelle comprenant des marques de fabrique, ainsi qu'un portefeuille complet de brevets protégeant d'importantes innovations résultats des activités de R&D. Nortel utilise ses droits de propriété intellectuelle dans tous les secteurs d'activité pour protéger les investissements que la société réalise en R&D, pour renforcer son avance concurrentielle, préserver son image de marque, promouvoir la reconnaissance de la marque Nortel, stimuler sa compétitivité et soutenir les objectifs et ambitions de la Société.

*Marque et nom commercial*

La marque et le nom commercial "Nortel Networks" représentent un actif important. Nortel vend ses produits essentiellement sous le nom commercial Nortel Networks. Nortel est connu sur le marché pour ses produits novateurs et de qualité qui sont le fruit des efforts du groupe de R&D. Nortel a déposé, à travers le monde, la marque Nortel Networks ainsi que de nombreuses autres marques. Sur une base consolidée au 31 décembre 2002, Nortel était titulaire de près de 130 marques déposées aux USA et de

35

près de 2 100 marques déposées dans d'autres pays. En outre, Nortel a déposé près de 200 demandes d'enregistrement de marque dans le monde entier.

*Technologie brevetée / Savoir-faire*

Nortel dépose des brevets dans de nombreux pays du monde, notamment au Canada, aux USA, au Royaume-Uni, en Allemagne, en France, en Chine, au Japon, en Australie. Dans tous les pays où Nortel dépose des brevets, Nortel Networks Ltd est désignée en tant que déposant, à quelques exceptions près. Les tableaux IV.15 et IV. 16 présentent le portefeuille de brevets de Nortel au cours des cinq dernières années (1998 – 2002). Le tableau IV.15 dresse la liste des demandes de dépôts de brevets, tandis que le tableau IV.16 présente la liste des brevets obtenus.

**Tableau IV.15 : Récapitulatif des demandes de dépôts de brevets (1998 – 2002)**

| Pays de conception des inventions | Pays où des demandes de brevet ont été déposées[11] | | | | | |
|---|---|---|---|---|---|---|
| | **Canada** | **U.S.A** | **Royaume-Uni.** | **France** | **Reste du Monde**[12] | **TOTAL**[13] |
| Canada | 590 | 2,159 | 74 | 60 | 1045 | 3,928 |
| U.S. | 322 | 2,175 | 44 | 42 | 857 | 3,440 |
| U.K. | 211 | 849 | 227 | 45 | 494 | 1,826 |
| France | 57 | 129 | 35 | 132 | 392 | 745 |
| RDM | 9 | 33 | 1 | 0 | 7 | 50 |
| TOTAL | 1,189 | 5,345 | 381 | 279 | 2,795 | 9,989 |

Le tableau IV.15 montre que la majorité des demandes de dépôts de brevets a été faite aux USA (5 345 demandes de dépôts émanant des USA pour un total de 9 989, soit 54%). Le choix du pays dans lequel est déposé un brevet dépend souvent des lois régissant la protection des brevets. De ce fait, il ne s'agit pas nécessairement du pays dans lequel les efforts ont été entrepris pour développer l'invention.

Il est particulièrement intéressant d'examiner le nombre de dépôts de brevets consécutifs à des efforts de R&D réalisés dans un pays donné. Par exemple, le tableau montre que 3 928 demandes de dépôts de brevet dans le monde sont relatifs à des inventions développées au Canada (ce qui représente 39 % du nombre total de dépôts de brevet). De la même manière, 3 440 demandes de dépôts de brevet dans le monde concernent des inventions créées aux USA (34 % du total).

[11] Ce tableau montre que, par exemple, en France des inventions ont donné lieu au dépôt de 745 brevets au Canada (57), aux USA (129), au Royaume-Uni (35), en France (132) et dans le Reste du Monde (392). Si l'on examine les chiffres, on constate, par exemple, que 1.189 brevets ont été déposés au Canada au cours de la période concernée, 5 345 aux USA, 381 au Royaume-Uni, 279 en France et 2 795 dans le Reste du Monde.
[12] La colonne reste du monde inclut les brevets déposés auprès de la European Patent Office et du World Intellectual Property Office dans le cadre du traité sur la coopération des brevets
[13] Il est important d'apporter des précisions au sujet des chiffres figurant dans la colonne "Total". Bien que, par exemple, le tableau montre que 3 928 dépôts de brevet concernaient des inventions créées au Canada, il est incorrect de dire que 3 928 inventions ont été développées au Canada. En effet, en vertu des lois sur les brevets, une invention peut donner lieu à plusieurs dépôts de brevet.

36

**NNI_01432731**

Les chiffres ci-dessus montrent que les efforts faits par le personnel de R&D au Canada ont donné lieu au plus grand nombre de demandes de dépôts de brevets, suivi par les USA, le Royaume-Uni et la France. Ceci semblerait donc indiquer que les efforts de R&D entrepris par le Canada sont plus susceptibles d'aboutir à des brevets. Toutefois, ce n'est pas nécessaire le cas et cette approche peut même s'avérer incorrecte pour plusieurs raisons. La plupart des activités de R&D de Nortel sont interdépendantes. Un projet particulier peut être développé en se basant sur d'anciens projets de R&D ou d'anciennes plateformes techniques. Par exemple, supposons que la France effectue certains travaux de R&D qui ne sont pas brevetés (travaux qui ne se présentent pas encore sous une forme brevetable ou qui ne répondent pas aux exigences légales pour pouvoir être brevetés). L'année suivante, certaines informations et certains droits de propriété intellectuelle résultant des efforts de R&D de la France sont utilisés par le personnel de R&D de l'entité canadienne qui dépose ensuite des brevets pour protéger le fruit de ses efforts. Dans ce cas, il est difficile de soutenir que l'invention brevetée a purement et simplement été le fruit des efforts faits par le Canada. Il est indéniable, en effet, que les efforts de R&D de la France ont contribué à l'invention brevetable, bien que ces efforts ne soient pas mentionnés dans le tableau IV.16.

Etant donné que les gouvernements concernés n'ont pas encore enregistré tous les brevets ayant fait l'objet d'un dépôt, le tableau IV.16 dresse la liste des brevets qui ont véritablement été enregistrés pendant la période considérée[14].

**Tableau IV.16: Récapitulatif des brevets enregistrés (1998-2002)**

| Pays où des inventions ont été développées | Pays où des dépôts de brevet ont été enregistrés[15] | | | | | |
|---|---|---|---|---|---|---|
| | Canada | U.S.A | Royaume-Uni | France | Reste du Monde | TOTAL |
| Canada | 222 | 975 | 104 | 79 | 244 | 1,624 |
| U.S.A | 41 | 697 | 27 | 22 | 63 | 850 |
| Royaume-Uni | 29 | 384 | 174 | 107 | 215 | 909 |
| France | 3 | 34 | 37 | 85 | 170 | 329 |
| RDM | 0 | 9 | 0 | 0 | 1 | 10 |
| TOTAL | 295 | 2,099 | 342 | 293 | 693 | 3,722 |

Le Groupe Juridique responsable de la Propriété Intellectuelle de Nortel est tenu de protéger les droits de propriété intellectuelle de Nortel et apporte son assistance lors de transactions commerciales. Etant donnée la forte composante technologique des

---

[14] Il convient de rappeler que les tableaux IV.15 et IV.16 ne peuvent pas être utilisés ensemble. On ne peut pas dire, par exemple, que sur les 1 137 dépôts de brevet réalisés au Canada (tableau IV.15), seuls 290 ont abouti (d'après le tableau IV.16). En effet, la procédure de dépôt de brevet dure trois à quatre ans en moyenne. En conséquence, sur les 290 brevets enregistrés au Canada au cours de la période concernée, un large pourcentage d'entre eux concerne probablement des dépôts de brevet réalisés avant la période concernée.
[15] Les brevets déposés au Royaume Uni et en France incluent les brevets résultant de demandes réalisées auprès du Bureau Européen des brevets

**Highly Confidential**

**NNI_01432732**

activités de Nortel et la concurrence à laquelle le groupe est confronté, cette fonction s'avère extrêmement importante.

L'une des tâches principales du Groupe juridique consiste à assurer la protection des droits associés à la propriété intellectuelle de Nortel. Cette responsabilité englobe les tâches suivantes :

- s'assurer que les employés de R&D sont conscients de l'importance qu'il convient d'attacher à la protection de la propriété intellectuelle ;
- s'assurer que la propriété intellectuelle est protégée correctement à l'aide de mécanismes appropriés ; et
- revoir activement le portefeuille de brevets de Nortel afin de respecter les contraintes budgétaires en s'assurant que la propriété intellectuelle la plus essentielle est toujours protégée et en renonçant à protéger celle jugée moins importante.

Une autre tâche importante du Groupe Juridique consiste à s'assurer que Nortel perçoit les revenus ou tout autre bénéfice associé à sa propriété intellectuelle. Cette fonction englobe les tâches suivantes :

- s'assurer que les tiers qui utilisent les droits de propriété intellectuelle de la Société paient les redevances ou les droits correspondants à Nortel ;
- s'assurer que les sociétés qui veulent utiliser les interfaces de Nortel ont obtenu les licences nécessaires pour le faire ;
- commercialiser certaines technologies définies, notamment certains droits de propriété intellectuelle, à des tiers en contrepartie d'une rémunération.

Le Groupe Juridique gère et règle les problèmes de violation des droits de propriété intellectuelle commise par des tiers à l'encontre de Nortel ou de ses clients. Cette fonction recouvre les tâches suivantes :

- vérifier les allégations des tiers et déterminer une stratégie appropriée pour régler les différents ;
- traiter les demandes d'indemnisation faites par les clients en cas de violation supposée ; et
- s'assurer que les fournisseurs de Nortel indemnisent correctement Nortel en cas de litiges portant sur des produits et composants fournis par ces fournisseurs.

Le Groupe Juridique apporte son concours aux activités de fusion et acquisition de Nortel. En outre, le Groupe Juridique apporte un conseil en matière de protection intellectuelle et son assistance aux autres départements juridiques au sein de Nortel.

Les effectifs du Groupe Juridique se répartissent entre le Canada, les U.S.A, le Royaume-Uni, la France et d'autres pays. Le personnel employé dans chaque pays assume les mêmes responsabilités en matière de protection des droits de propriété intellectuelle de Nortel.

38

Highly Confidential

NNI_01432733

*Technologie non brevetée / Savoir-faire*

Les logiciels sont extrêmement importants pour la plupart des produits de Nortel. Dès lors qu'un logiciel intègre un savoir-faire technique non breveté, on comprend que Nortel développe un important savoir-faire technique non breveté. Ce savoir-faire constitue un élément de différenciation des produits de la Société de ceux de ses concurrents et confère à Nortel un avantage en augmentant sa part de marché. Le marché évolue ; l'intérêt pour le matériel informatique spécialisé fait place à celui pour des logiciels spécialisés pouvant être utilisés sur des matériels informatiques disponibles à la vente. Les logiciels de Nortel sont donc un élément clé de différenciation par rapport à ses concurrents. Dans certains cas, la fonctionnalité offerte par un logiciel est protégée par un brevet.

Développement de produits

Le développement de produits est le processus par lequel une société décide des segments de marché à exploiter, des caractéristiques de produits nécessaires pour répondre aux attentes du marché, des types de produits qui seront fabriqués pour satisfaire à ces exigences et de la sélection des matériaux et des processus qui permettront la création de ces produits.

Les équipes chargées du développement des produits sont organisées selon les groupes de produits (cf. Annexes F à H pour une description des activités de développement spécifiques en rapport avec les groupes de produits pour les années 2000 à 2002).

**Exemples de R&D et de son impact sur les activités de Nortel**

**Programme : Cœur de Réseau principal CDMA**

Le Réseau CDMA défini selon les spécifications 3GPP2[16] est une technique de téléphonie sans fil utilisant un spectre étalé pour répartir les émissions sur de nombreuses fréquences. Utilisé aux É-U et en Corée, il existe en de nombreuses variantes. Ce réseau assure des fonctions importantes telles que la le contrôle des flux de trafic, la Facturation des Abonnés, l'acheminement des données et sert de passerelle entre l'environnement radio mobile et Internet.

Le Réseau CDMA de la société Nortel Networks se décline en deux produits, le PDSN (Packet Data Service Node) et le HA (Home Agent). Le PDSN peut être utilisé comme fournisseur autonome du Réseau Central ou conjointement avec des HA afin de fournir

---

[16] Le Projet de Partenariat de la Troisième Génération 2 (3GPP2) est un projet de collaboration de la troisième génération (3G), visant à définir des normes en matière de télécommunication, comprenant les intérêts nord-américains et asiatiques, et établissant des spécifications globales pour l'évolution du réseau d'Exploitation Intersystèmes des Radiotélécommunications Cellulaires ANSI/TIA/EIA-41 vers 3G, ainsi que des spécifications globales pour les technologies de transmission radio (RTT).

39

Highly Confidential

NNI_01432734

une itinérance continue des données par paquets via des concepts MIP (Mobile IP) adoptés par 3GPP2.

Chaque produit est décrit brièvement ci-dessous.

**PDSN** : Le PDSN occupe une position centrale. Une des fonctions principales est le routage des paquets vers le réseau de coeur IP ou directement vers le HA (Home Agent). Il attribue des adresses IP dynamiques et maintient les connexions jusqu'aux terminaux mobiles. Il regroupe les informations relatives à l'abonnée pour l'authentification, les paramètres de la session et les indices de tarification.Il transfert ces informations vers le serveur AAA (Authentification,Authorization, and Accounting).En retour, le PDSN récupère le profile de l'usager. De plus, le PDSN joue le rôle de FA (Foreign Agent) pour le protocole d'IP mobile (IPM). En outre, le PDSN peut fournir des services IP « High Touch » (par ex., « firewall » (protection des intrusions et des virus), anti-émulation, VPN …).

**HA** : le HA est un point fixe dans le réseau qui récupère les paquets envoyés au terminal mobile à son adresse IP fixe (ou primaire). Il permet le changement de réseau quand l'utilisateur se déplace vers un réseau radio étranger, sans modification des routeurs IP ni des protocoles de transports IP. Alors que le PDSN dispose d'une interface standard dans le Réseau d'Accès Radio, le *« Home Agent »* fournit une interface agnostique du réseau d'accès. Par conséquent, les opérateurs peuvent offrir à leur clients des services continus par le biais de réseaux CDMA ou de lieux stratégiques (hot spot) à fort développement, également appelés réseaux locaux sans fil (WLAN). Avec ce mode validé MIP, le HA peut fournir des services IP « High Touch » (par ex., pare-feu, anti-émulation, VPN …) et l'acheminement de données IP de façon cohérente pour l'abonné, indépendamment de son itinérance.

Les dépenses liées au PDSN pour les années 2000 à 2004 s'élèvent au total à environ 51,2 millions de $.

### Description de l'impact commercial :

Les produits mis au point dans le cadre de la R&D permettent à la société Nortel Networks d'entrer en concurrence sur le marché des Données sans fil. Nortel a connu un grand succès sur ce marché, augmentant sa part de marché. L'évolution enregistrée au cours des années 2000 à 2004 a directement contribué à la conclusion de contrats commerciaux avec les opérateurs sans fil énumérés ci-après pour les produits principaux CDMA :

- Sprint PCS (PDSN et HA) ;
- Verizon (PDSN uniquement) ;
- Bell Mobility (PDSN uniquement) ;
- Pelephone (PDSN et HA) ; et

40

**Highly Confidential**

**NNI_01432735**

- Telstra (PDSN uniquement).

La description détaillée de certaines applications réalisées à partir de différents produits entre 2000 et 2004 comprend :

41

**PDSN**

1. Interface RP exclusif permettant de fournir un ensemble de services de données aux abonnés. Cette fonction fondamentale permet aux abonnés de mobiles d'envoyer et de recevoir des données. Cette fonction est le fruit de la recherche fondamentale qui a rendu possibles les programmes PDSN et HA.

2. Mobilité Intra et Inter BSC : cette fonction permet aux abonnés de mobiles un routage d'une entité d'accès RF à une autre, y compris entre les réseaux du fournisseur lors de l'utilisation du HA. Ce projet supposait de réaliser des tests complexes qui impliquait un nombre important de simulations d'erreurs afin de s'assurer du respect des spécifications correspondantes.

3. La facturation a été ajoutée au PDSN afin de permettre aux clients d'évaluer les revenus liés à l'utilisation de leurs réseaux par des téléphones mobiles. Cette activité supposait d'intégrer les systèmes d'authentification et de facturation des clients et impliquait une coordination avec toutes les autres fonctions prévues sur le PDSN.

4. Extensions de la capacité : le facteur déterminant des développements constants réalisés sur les produits PDSN et HA résidait dans l'amélioration de la capacité de la plate-forme afin de répondre aux exigences de plus en plus importantes de la clientèle. Nortel a amélioré le PDSN, passant initialement de 16 000 abonnés avec moins de 20 activations par seconde à 100 000 abonnés avec plus de 100 activations par seconde. Chaque version établie pendant chaque année du développement comprenait des caractéristiques portant directement sur la capacité.

5. Intégration des services IP : cette fonction permet à l'utilisateur du mobile d'utiliser les services IP d'abonnés « high touch » de la plate-forme Shasta selon le niveau d'abonnement souscrit par l'utilisateur du mobile. Notre équipe a étudié de façon systématique les conceptions et les contrôles afin de s'assurer que les services pouvaient être conçus de façon à fonctionner dans l'environnement très extensible et dynamique de Nortel.

6. Interface ouverte RP : cette fonction a permis un support de l'interface standard de l'industrie au niveau du réseau d'accès radio. Cette fonction est essentielle pour pouvoir supporter l'offre EV-DO de Nortel, qui a apporté des niveaux plus élevés de capacité de débit des abonnés. Cette fonction donnerait à Nortel la possibilité de vendre son cœur de Réseau de façon à ce qu'il puisse être utilisé avec un autre réseau d'accès radio.

7. HA Dynamique : cette fonction a facilité les opérations des clients en permettant l'attribution d'un HA pour un abonné pendant tout le processus d'enregistrement. Avant cette fonction, le client devait préconfigurer l'adresse du HA pour l'abonné dans le combiné mobile/client IP mobile. Cette fonction offre également une meilleure disponibilité au client, permettant au système d'acheminer l'abonné vers un Agent Maison en service.

8. Mise à jour des clés dynamiques des mobiles IP : cette fonction soulage le fardeau des opérations de clients en permettant la transmission d'informations d'abonnés très importantes pendant le processus d'enregistrement, plutôt que de procéder à une pré programmation dans le terminal des mobiles avant la distribution.

42

**Highly Confidential**

**NNI_01432737**

43

9.  Correction : cette fonction est essentielle pour minimiser le temps d'arrêt que doit subir le client de Nortel lors des corrections que nous apportons en cas de produits défectueux. Cette fonction permet l'application des corrections de logiciels pendant que le produit est en service.

10. Services VPN : cette fonction visait à fournir les services VPN développés par Shasta pour les abonnés de mobiles de Nortel.

11. Contrôles des surcharges : cette fonction fournit un cadre général qui peut être utilisé par les applications afin de gérer les situations de surcharge, telles que la saturation de l'unité centrale et des ressources de la mémoire. Une meilleure fiabilité est obtenue en s'assurant que le produit ne dépasse pas ses directives techniques.

Respect des normes et fonctions : ces fonctions ont été mise au point au fur et à mesure que les normes ont évolué et que nous avons réalisé davantage de contrôles entre opérateurs avec d'autres fournisseurs de cœur de réseaux. Il est essentiel de suivre l'évolution des normes et des attentes des clients concernant les applications et les interfaces de Nortel.

**Le Home Agent (HA)**

1.  L'interface IP-IP est utilisée pour relier les informations entre les Foreign Agents (FA) et les HA. Généralement, MIP utilise IP-IP pour transmettre les données en mode paquets des abonnés à un domaine où leur adresse IP permet l'acheminement des données par paquets.

2.  Les services VPN ont également été ajoutés au « Home Agent ». Ce dernier est le nœud central permettant le déploiement d'un ensemble de services pour le client. Quelque soit le réseau d'accès, l'abonné obtiendra une vision familière puisque ses sessions sont toujours hébergées par le « Home Agent » de son fournisseur.

3.  Les services IP prévus sur le HA fournissent la même vision du service sur le HA.

4.  Accès multi-réseaux : cette fonction a permis au produit HA une interaction non seulement avec les PDSN FA de l'opérateur CDMA, mais également avec les réseaux d'accès conformes aux normes IETF MIP. La cible spécifique contrôlée et intégrée était l'accès du point d'ancrage WLAN, la capacité FA étant co-hébergée dans l'appareil mobile.

5.  Extensions de la capacité : le facteur déterminant des développements constants réalisés sur les produits PDSN et HA résidait dans l'amélioration de la capacité de la plate-forme afin de répondre aux exigences de plus en plus importantes de la clientèle. Nortel a amélioré le PDSN, passant initialement de 16 000 abonnés avec moins de 20 activations par seconde à 100 000 abonnés avec plus de 100 activations par seconde. Chaque version établie pendant chaque année du développement comprenait des caractéristiques portant directement sur la capacité..

6.  Des contrôles de surcharge ont également été prévus pour le HA.

7.  Les services de facturation basés sur RADIUS ont été mis au point pour l'Agent Maison afin de permettre aux opérateurs de vérifier le routage des informations

43

**Highly Confidential**

**NNI_01432738**

44

relatives aux facturations des relations et de permettre une facturation groupée dans le cadre de l'intégration aux réseaux WLAN/autres types de réseaux d'accès.

8.  Les services d'authentification basés sur RADIUS ont été mis au point pour l'Agent Maison afin de permettre un meilleur contrôle par l'opérateur de l'accès des abonnés grâce à un système centralisé de gestion des abonnés AAA.

9.  Correction : cette fonction est essentielle pour minimiser le temps d'arrêt que doit subir le client de Nortel lors des corrections que le Groupe apporte en cas de produits défectueux. Cette fonction permet l'application des corrections de logiciels pendant que le produit est en service.

10. Respect des normes et fonctions : ces fonctions ont été mise au point au fur et à mesure que les normes ont évolué et que nous avons réalisé davantage de contrôles entre opérateurs avec d'autres fournisseurs de cœur de réseaux. Il est essentiel de suivre l'évolution des normes et des attentes des clients concernant les applications et les interfaces de Nortel.

44

**Highly Confidential**

**NNI_01432739**

**Programme : Réseau général de liaison radio par Paquets GPRS / UMTS**

L'UMTS est standardisée par le 3GPP. C'est une norme pour les systèmes de télécommunications mobile dits de troisième génération (3G), qui succèderont progressivement au standard actuel : le GSM. L'UMTS est une évolution de la norme GSM. Mais contrairement au GPRS (General Packet Radio Service) il n'est pas possible d'utiliser les mêmes fréquences que le GSM. Les protocoles de liaison radio par paquet fournissent des fonctions-clé, telles que la Gestion des Sessions et de la Mobilité, la Facturation des Abonnés, le routage de paquets de données, l'Interception Légale et sert de passerelle entre l'environnement radio et Internet.

Les réseaux GPRS / UMTS de la société Nortel Networks comprennent trois produits principaux, le SGSN (nœud de transfert de donénes), le GGSN (nœud de routage de données) et SIG (signalisation du réseau et passerelle SS7 vers IP). Le nœud SGSN comprend deux configurations selon qu'il supporte des abonnés de mobiles GPRS ou UMTS. Les nœuds GGSN et SIG permettent de gérer les abonnés de mobiles GPRS et UMTS, simultanément sur le même produit.

Chaque produit est décrit brièvement ci-dessous.

**GPRS et UMTS SGSN :** le SGSN assure la gestion de la mobilité et des sessions des abonnés dans un réseau de paquets. En outre, le SGSN effectue le chiffrement et la compression des données transmises ainsi que l'acheminement des paquets IP. Un support pour les nombreuses interfaces standardisées et les services d'abonnés est prévu.

**GGSN :** le GGSN fournit un support d'interface ouverte pour les interfaces standardisées Gn, Gp, Gi et Ga. Ces interfaces assurent une connectivité au SGSN, au Réseau Central et autres réseaux de paquets, réseaux de paquets externes et fonctions d'imputation. Le support des interfaces standardisées et ouvertes permet une utilisation du GGSN dans un environnement à plusieurs fournisseurs à l'intérieur du Réseau Central et permet une itinérance inter-PLMN (identifiant propre du réseau traversé).

**SIG :** le SIG est l'appareil intermédiaire qui concentre et qui pousse les liens SS7 vers le bord du réseau, bénéficiant du transport de signalisation basé IP.

Les dépenses liées à la R&D du U/G *Packet Core* pour les années 2000 à 2004 s'élèvent au total à environ 397,7 millions de $.

**Highly Confidential**                                                                  **NNI_01432740**

**Description de l'impact commercial :**

Les produits mis au point dans le cadre de la R&D permettent à la société Nortel Networks d'être compétitive sur le marché des données sa ns fil. Nortel a connu un grand succès sur ce marché, augmentant sa part de Marché. L'évolution enregistrée au cours des années 2000 à 2004 a directement contribué à la conclusion de contrats commerciaux avec les opérateurs sans fil énumérés ci-après pour les produits principaux de paquets GPRS / UMTS.

- T-Mobile (5 réseaux et évolution en 2005) :
    - Allemagne, Royaume-Uni, République Tchèque, Pays-Bas, Autriche ;
- O2 (3 réseaux) :
    - Irlande, Royaume-Uni, Allemagne ;
- Cingular/AWS :
    - Réseau combiné couvrant les Etats-Unis et Porto Rico ;
- Vodafone (10 réseaux et évolution en 2005) :
    - Royaume-Uni, Espagne, Portugal, Italie, Suisse, Pays-Bas, Suède, Egypte, Australie, Nouvelle Zélande ;
- Telstra (Australie) ;
- Mobilkom (Autriche) ;
- Go Mobisle (Malte) ;
- Partner (Israël) ;
- Sunday (Hong Kong) ;
- BSNL (Inde) ;
- PTML (Pakistan) ;
- 17 opérateurs régionaux aux Etats-Unis ; et
- 10 opérateurs en Amérique Centrale et en Amérique du Sud.

Description détaillée des perfectionnements apportés aux différents produits entre 2000 et 2004.

**GPRS SGSN**

1. Interface Gd développé dans le cadre des Service des Messages Courts (SMS) pour les abonnés de mobiles. Cette fonction constitue une source de revenus importante pour les clients de Nortel. Elle permet aux abonnés de mobiles d'envoyer et de recevoir des messages écrits sur leurs appareils mobiles. Une intégration de logiciels et un contrôle de cette fonction se sont avérés nécessaires avec les services existants.

46

2. Mises à jour des zones d'acheminement Inter SGSN : cette fonction permet aux abonnés de mobiles un routage des données d'un SGSN à un autre, y compris entre les réseaux d'opérateurs. Ce projet supposait de réaliser des tests complexes qui impliquaient un nombre important de simulations d'erreurs afin de s'assurer du respect des spécifications correspondantes.

3. La facturation a été ajoutée au SGSN afin de permettre aux clients d'évaluer les revenus liés à l'utilisation de leurs réseaux par des téléphones mobiles. Cette activité supposait d'intégrer les systèmes d'authentification et de facturation des clients et impliquait une coordination avec toutes les autres fonctions prévues sur le SGSN.

4. Extensions de la capacité : le MSA a été introduit en tant que carte GTL à grande capacité (couche transport GPRS) sur le SGSN pour accroître le nombre d'abonnés de 25 000 à 210 000 que peut supporter un seul SGSN. La carte WPDS (serveur de données radio par paquets) a été introduite comme extension GSD (données d'abonnés GPRS), permettant une augmentation du débit de 5Mbps à 49Mbps tout en exécutant des services de sécurisation afin de protéger les abonnés des fraudes. Le 2pGPDSK (disque polyvalent 2port) a été introduit en tant que carte GSC (contrôle d'abonnés GPRS) pour supporter l'augmentation de capacité à 210 000 abonnés qui a pu être traitée par un seul SGSN.

5. Abonnement à plusieurs niveaux : cette fonction permet à l'opérateur de télécommunications mobiles de définir différents niveaux de débit à partir du niveau d'abonnement souscrit par l'utilisateur du mobile.

6. Purge MS : cette fonction permet à un SGSN d'informer un HLR que le contexte de gestion de la mobilité d'un mobile séparé a été supprimé sur le SGSN.

7. Extension de la facturation limite du volume de données : cette fonction permet au Serveur de Comptes SGSN (SAS) de générer un SCDR partiel, lorsqu'un abonné a transféré un certain nombre d'octets.

8. Extension de la facturation des changements d'heures tarifaires : cette fonction ajoute un support pour le déclencheur des changements d'heures tarifaires au niveau de l'application de facturation SGSN afin de fournir plusieurs périodes tarifaires pour les services de paquets.

9. Re-architecture SGSN : le principal objectif et l'intérêt commercial de cette fonction est de réduire le coût du développement futur des logiciels pour le SGSN 2G et 3G en introduisant les domaines principaux du logiciel dans une architecture commune de sorte que la duplication soit minimisée pour le développement, le contrôle et la maintenance futurs des fonctions courantes des logiciels.

10. Interception légale : cette fonction permet d'intercepter de façon sélective la communication et/ou le contenu associé aux données pour un abonné ciblé.

11. Contrôles des surcharges : cette fonction fournit un cadre général qui peut être utilisé par les applications afin de gérer les situations de surcharge, telles que la saturation de l'unité centrale et des ressources de la mémoire.

**Highly Confidential**

**NNI_01432742**

12. Modification des utilisateurs/du contexte PDP lancé par le SGSN : cette fonction fournit un support pour les modifications des mobiles et du contexte SGSN PDP lancé par HLR.

13. Gestion des défaillances : cette fonction fournit des alarmes qui sont utilisées pour alerter l'opérateur des différents états de défaillances, tels que les problèmes de connectivité, les dérangements du système de comptabilisation SGSN (SAS), et pour le 2G, les problèmes d'indisponibilité BVC.

14. Conformité des demandes de changement IOT : cette fonction met en oeuvre la prise en charge de plusieurs demandes de changement de mars 2002.

15. Extensions 2pGPDsk : cette fonction valide le second port Ethernet se trouvant sur le 2pGPDsk FP et permet de configurer le remplacement des lignes Ethernet.

16. Mem' : cette fonction consiste en un sous-système de gestion de la mémoire, haute performance et basé sur l'objet, qui comprend une série d'outils pour la résolution et la prévention d'erreurs.

17. Outil d'analyse : cet outil est prévu pour l'analyse et la surveillance des informations relatives au contrôle et au chemin de données, internes au SGSN. Elle permet d'améliorer largement la capacité à assurer une assistance technique sur le SGSN.

18. Conformité version 99 : cette fonction améliore la conformité du SGSN aux normes de la version 99 en date de mars 2002 pour l'ensemble des procédures qui ont été supportées dans le GPRS, version 97.

19. Résistance SGSN : cette fonction améliore la résistance du système (fiabilité et performance) pour la redondance NSE.

20. Capacité SGSN : cette fonction augmente la capacité SGSN en ajoutant des cartes GSD supplémentaires au SGSN, en transportant le GTL vers le 4pOC3 qui se trouve sur le 15K et en introduisant de nouvelles configurations pour le SGSN.

21. Gestion de la performance : cette fonction fournit un ensemble étendu de compteurs sur les cartes GSD et GSD afin de faciliter la résolution des problèmes se présentant sur le terrain et la gestion de la performance du SGSN.

22. Compteurs de tamponnage de la liaison descendante GSD : cette fonction introduit les compteurs pour compléter le tamponnage PDU de la liaison descendante GSD.

23. Redondance GTL 32pMSA 2n+1 : cette fonction décrit l'utilisation du 32pMSA utilisé comme GTL et de son panneau de remplacement/raccordement pour accroître la capacité théorique globale du châssis de support dans un nœud de données radio pour GPRS.

24. Redondance GTL 4pOC3 2n+1 : cette fonction décrit l'utilisation du 4pOC3 utilisé comme GTL pour accroître la capacité théorique globale du trafic du support dans un nœud de données radio pour GPRS.

48

NNI_01432743

**UMTS SGSN**

1. Le SGSN de la troisième génération (3G) est conçu et réalisé sur *Passport* 15K qui fournit une plate-forme de qualité multiplex pour des services à large bande.

2. Interception légale : cette fonction permet aux agences d'information de visualiser les données web ou email des abonnés. Elle comprenait l'intégration à un serveur d'un fournisseur tiers.

3. Qualité de Service (QOS) : cette fonction est une amélioration de l'Abonnement à Plusieurs Niveaux afin de fournir des niveaux de débit plus affinés à partir du niveau d'abonnement souscrit par l'utilisateur du mobile.

4. Mises à jour des zones d'acheminement InterSGSN de 2G à 3G et de 3G à 2G : cette fonction permet aux abonnés de mobiles de se déplacer à l'intérieur d'un SGSN à un autre, y compris entre les réseaux du fournisseur et des SGSN de la 2ème génération aux SGSN de la 3ème génération et visa versa. Cette technologie a nécessité que soient réalisés des tests complexes dont notamment des simulations d'erreurs pour garantir la conformité aux spécifications pertinentes.

5. Facturation, telle qu'elle est décrite ci-dessus pour le GPRS SGSN.

6. Purge MS : cette fonction permet à un SGSN d'informer un HLR que le contexte de gestion de la mobilité d'un mobile séparé a été supprimé sur le SGSN.

7. Extension de la facturation limite du volume de données : cette fonction permet au Serveur de Comptes SGSN (« SAS ») de générer un SCDR partiel, lorsqu'un abonné a transféré un nombre fourni d'octets.

8. Extension de la facturation des changements d'heures tarifaires : cette fonction ajoute un support pour le déclencheur des changements d'heures tarifaires au niveau de l'application de facturation SGSN afin de fournir plusieurs périodes tarifaires pour les services de paquets.

9. Architecture SGSN : le principal objectif et l'intérêt commercial de cette fonction est de réduire le coût du développement futur des logiciels pour le SGSN 2G et 3G en introduisant les domaines principaux du logiciel dans une architecture commune de sorte que la duplication soit minimisée pour le développement, le contrôle et la maintenance futurs des fonctionnalités courantes des logiciels.

10. Interception légale : cette fonction permet d'intercepter de façon sélective la communication et/ou le contenu associé aux données pour un abonné ciblé.

11. Contrôles des surcharges : cette fonction fournit un cadre général qui peut être utilisé par les applications afin de gérer les situations de surcharge, telles que la saturation de l'unité centrale et des ressources de la mémoire.

12. Modification des utilisateurs/du contexte PDP lancé par le SGSN : cette fonction fournit un support pour les modifications des mobiles et du contexte SGSN PDP lancé par HLR.

13. Gestion des défaillances : cette application correspond à des alarmes qui sont utilisées pour alerter l'opérateur des différents états de défaillances, tels que les problèmes de connectivité, les dérangements du système de comptabilisation SGSN (SAS) et, pour le 2G, les problèmes d'indisponibilité BVC.

14. Conformité des demandes de changements IOT : cette application permet la prise en charge de plusieurs demandes de changement de mars 2002.

49

**Highly Confidential**

**NNI_01432744**

15. Extensions 2pGPDsk : cette fonction valide le second port Ethernet se trouvant sur le 2pGPDsk FP et permet de configurer le remplacement des lignes Ethernet.

50

**Highly Confidential**

**NNI_01432745**

16. Mem' : cette application consiste en un sous-système de gestion de la mémoire, haute performance et basé sur l'objet, qui comprend une série d'outils pour la résolution et la prévention d'erreurs.

17. Outil d'analyse : cet outil est prévu pour l'analyse et la surveillance des informations relatives au contrôle et au chemin de données, internes au SGSN. Elle permet d'améliorer largement la capacité à assurer une assistance technique sur le SGSN.

18. Ressource Réinitialisation/Réinitialisation : cette application fournit un support de procédure de réinitialisation employée pour initialiser l'UTRAN en cas de défaillance intervenant dans le Réseau Central ou vice versa. De plus, la procédure de la Ressource Réinitialisation est fournie pour initialiser une partie de l'UTRAN en cas de défaillance inhabituelle intervenant dans le Réseau Central ou vice versa.

19. SG à DME : cette fonction transmet l'itinéraire de signalisation d'un environnement PEV à un environnement DME afin d'accroître la capacité.

**GGSN**

1. L'interface Gn est utilisée pour relier les informations entre les SGSN et les GGSN à l'aide du Protocole GPRS (« GTP »). En général, le GTP est supporté entre les GGSN pour la création, la suppression, la modification de sessions et la mobilité. La Gn est supportée par ATM.

2. L'interface Gp existe entre les réseaux de paquets pour l'acheminement Inter-PLMN. L'interface peut être protégée, si cela est souhaité, par la technologie de cryptage IPSec. L'interface Gp comprend les mêmes messages de signalisation que ceux qui sont définis pour l'interface Gn, à l'exception des Eléments du Réseau qui sont situés dans différents PLMN. La Gp est supportée par ATM.

3. L'interface Gi est l'interface externe ou le point de référence entre le GGSN et un autre type de réseau de paquets. L'interface Gi prévoit un accès à l'Internet public, ainsi qu'aux ISP et aux Intranets privés. La Gi est supportée par Ethernet.

4. L'interface Ga sert d'interface entre le GGSN et la Fonction d'Imputation de Passerelles et fournit le mécanisme permettant de transférer les informations relatives à l'imputation. La Ga met en œuvre le GTP comportant à la fois la Gestion des Chemins et la Transmission des Articles de Données. Le support de l'interface Ga permet une interaction avec l'ensemble des appareils intermédiaires standard pour la facturation. La Ga est supportée à la fois par ATM et Ethernet.

5. Facturation basée sur le contenu (« CBB ») du Protocole d'Application Sans Fil (« WAP »). CBB est une fonction qui permet au GGSN Nortel de générer des informations relatives aux facturations à partir de données spécifiques obtenues au cours d'une session, telles que les sites Web visités, plutôt que des informations simplement relatives à la quantité de données envoyées ou reçues par un abonné de mobile.

51

6. Réacheminement de Services. Le Réacheminement de Services est une fonction au moyen de laquelle Nortel réachemine un abonné de mobile à l'aide des protocoles WAP ou HTTP vers un site Web, choisi par les prestataires de services plutôt que le site Web demandé initialement par l'abonné. Cette fonction est utilisée pour « capter » les sessions des abonnés « payés d'avance », lorsque leur crédit a été épuisé, et les acheminer vers un site Web « complet » où ils pourront transférer les fonds sur leur compte.

7. Améliorations de la fiabilité et de la capacité VPN. Les sessions VPN actuelles nécessitent une architecture de logiciels extrêmement complexe qui ralentit l'activation et la désactivation des abonnés, un système métrique clé des performances GGSN.

8. Redondance des plans de données pour les sessions de regroupement. Etude et prototype comme preuve du concept pour fournir une redondance des plans de données en cas de défaillance du matériel ou des logiciels intervenue sur le nœud GGSN qui traite 500 000 sessions actives. Par ailleurs, les sessions utilisateurs ne doivent pas remarquer une interruption de service importante.

9. Eviter la surcharge des plans de contrôle GGSN pendant les défaillances des logiciels ou du matériel des plans de données. Les défaillances survenues dans une partie du système GGSN peuvent entraîner une surcharge et des scénarios de défaillance dans la fonction de traitement des surfaces de contrôle. Etudier et améliorer le mécanisme afin de traiter les défaillances sans causer de surcharge de traitement pour la fonction du traitement de contrôle.

10. Eviter les surcharges de l'acheminement. Les réseaux étendus et mal conçus peuvent avoir une demande considérable en termes de protocoles et de logiciels d'acheminement GGSN – entraînant une défaillance nodale. Le GGSN a été perfectionné pour pouvoir détecter toute surcharge de l'acheminement et éviter toute défaillance nodale.

11. Extensions de la capacité de dispersion des paquets. Les cartes de ligne GGSN utilisent des parts du paquet IP afin de déterminer quelle unité centrale de traitement des paquets transmettra le paquet pour le traitement. Au cas où la carte de ligne ne permet pas de déterminer le bon processeur, elle a été améliorée pour retransmettre intelligemment les paquets vers une série de processeurs pour un contrôle plus approfondi visant à déterminer le bon processeur du paquet final.

12. Contrôle de la mémoire GGSN. Détection de la dégradation et du ralentissement de la mémoire par un logiciel errant prévu sur le GGSN. Outre la détection, le GGSN génère des rapports et présente une certaine capacité d'autocorrection.

13. Intégration de la fonctionnalité Optimiseur des Performances du Trafic sur le GGSN.

52

**Highly Confidential**

**NNI_01432747**

53

**Programme : E-Mobility UMTS**

Le projet e-mobility HLR (Registre des Positions Initiales) était un projet qui s'étendait sur plusieurs années, visant à développer un HLR haute performance pour les gammes de produits sans fil UMTS, GSM et ANSI-41/MTX en vue d'applications Voix et Données qui utilisent à la fois les technologies d'accès TDMA et CDMA. Le but était de mettre au point un HLR élaboré, très fiable 5x9+'s, extensible, à haute capacité, basé sur un matériel commercial qui serait conforme aux différents standards radio. Initialement, le programme portait sur le remplacement du DMS HLR basé sur IS-41. En 2001, il a été étendu pour également remplacer le DMS HLR basé sur GSM MAP.

**REMARQUE :** le programme e-mobility HLR a été arrêté dans le cadre des optimisations de Nortel en août 2001 à partir des priorités commerciales générales et du potentiel de revenus futurs Nortel.

Les dépenses liées au projet pour les années 2000 à 2001 s'élèvent au total à environ 26,1 millions de $.

Le programme de 2001 consistait à fournir un UMTS HLR à haute capacité afin de respecter les engagements contractés envers la clientèle pour une utilisation début 2002. L'objectif était de fournir un HLR capable de supporter jusqu'à 10 millions d'abonnés simultanés à l'aide d'un microprocesseur très réparti, basé sur les logiciels Nortel et du matériel tiers. Il était prévu d'achever le développement pendant le 4$^{ème}$ trimestre 2001 et d'effectuer un contrôle du système au cours du 1$^{er}$ trimestre 2002 avec des essais lancés dès la fin du 1$^{er}$ trimestre 2002.

En outre, la plate-forme de base e-mobility HLR était destinée à supporter le futur développement des normes UMTS. Des travaux étaient en cours pour supporter le Serveur Local des Abonnés (« HSS ») R5 UMTS sur la plate-forme e-mobility. Le HSS est le HLR de la génération suivante pour la Voix UMTS sur le domaine IP.

Une analyse approfondie des exigences, une étude des options et alternatives de développement et une expérimentation des prototypes ont été réalisées. Deux phases de développement de prototypes étaient utilisées pour fournir une base solide pour le développement UMTS. La Phase 1 concernait la plate-forme d'essai initiale, basée sur l'offre de services MTX09 ANSI HLR à la fois pour TDMA et CDMA. Cela comprenait non seulement l'application MTX HLR, mais également le développement d'un système de communication fiable/redondant sur de nombreux composants, des cadres d'événements pour garantir un environnement structuré/cloisonné, un regroupement des positions inutilisées JAVA et une infrastructure OAM&P pour l'exploitation, l'administration, la maintenance et l'apport du système intégral. La Phase 2 concernait une capacité supplémentaire, une évolution sans temps d'interruption et la conformité aux normes GSM. Aucune de ces deux phases n'a été mise en place sur le terrain. Toutefois elles ont servi de prototypes pour le développement UMTS. En outre, l'homologation du Protocole de Lancement des Sessions (« SIP ») HSS sur la plate-forme e-mobility était également en cours parallèlement aux travaux de la Phase 2. Les travaux HSS ciblaient le UMTS R5.

**Highly Confidential**                                                                                    **NNI_01432748**

Les progrès techniques prévus pour le e-mobility HLR consistaient à fournir un HRL ayant une capacité de pointe, très fiable, extensible via un traitement décentralisé, basé sur un matériel disponible dans le commerce. Le but est de fournir un ensemble de services qui respecte les normes UMTS actuellement en vigueur ainsi qu'un cadre pour les autres fonctions de gestion de la mobilité, qui seront ajoutées plus tard, telles que ANSI41 et SIP. L'extensibilité et la capacité iraient d'un petit site de 500 000 abonnés à 10 millions et plus d'abonnés dans la version initiale, avec des prévisions avoisinant les 20 millions d'abonnés. Une fiabilité du système supérieure ou égale à 9.9999+ était nécessaire. Parvenir à un tel niveau d'extensibilité et de fiabilité sur les composants des logiciels et du matériel disponible dans le commerce constituait un défi important.

Les risques techniques et les incertitudes liées au projet e-Mobility HLR dépendaient de l'environnement du matériel d'approvisionnement externe, du système d'exploitation procuré par le fournisseur et des difficultés de mettre au point un système à haute capacité et très fiable pour une utilisation dans l'environnement radio répondant à une performance de qualité multiplex. Tout développement avec le matériel et les logiciels externes nécessite que le projet e-Mobility HRL compense les carences constatées dans les plates-formes tierces lors de la conception du système. Les risques techniques portaient sur le matériel généralement disponible doté d'un châssis spécifique et d'alarmes fonctionnant avec le panneau d'affichage. Afin d'intégrer les années d'investissement dans le GSM HLR, le matériel avec logiciels a été configuré sur le système d'exploitation LINUX de façon à ce qu'il puisse fonctionner sur des cartes disponibles dans le commerce. Le marché exige la fiabilité à un minimum de 5 9's sur le matériel commercial. Ce concept a trait à un taux de fiabilité de 99,999% qui constitue l'une des exigences du secteur depuis 30 ans. Cela signifie que le réseau ainsi que ses composantes principales doivent fonctionner 99,999% du temps. Dans la mesure où la technologie de base ne peut garantir un tel de degré de fiabilité, Nortel doit trouver des moyens d'atteindre cette norme imposée par le marché. Concrètement, le moyen d'atteindre un tel niveau d'exigence réside dans la conception de systèmes secondaires de soutien et d'autocontrôle des logiciels, plus communément qualifiés de « redondants ». Cette redondance a été obtenue non seulement par le matériel, mais également par une synchronisation des logiciels à travers un système réparti géographiquement. Les risques techniques comprenaient l'évolution du système sans temps d'interruption pour l'application, des exigences extrêmes en termes de capacité qui nécessitaient un nouveau matériel pour accroître la performance de l'une des plates-formes de logiciels fournies au niveau externe. En outre, les importants défis de l'Exploitation et de la Gestion (« OAM ») concernaient le chargement, la gestion et la performance des logiciels qu'il convenait d'aborder. Ex. : un système étendu pourrait comporter plus de 50 unités centrales par site qui doivent toutes être coordonnées et gérées simultanément.

54

**Highly Confidential**

**NNI_01432749**

De nombreuses stratégies ont été employées afin de réduire les risques scientifiques et techniques intervenant dans le e-Mobility HLR. Dans un premier temps, une recherche et une analyse ont été réalisées par des experts techniques pour comprendre l'interface avec le matériel et les logiciels externes, impliquant les organisations de support correspondantes afin de garantir le respect des spécifications. Certaines questions techniques restaient en suspens telles que les spécifications des cartes d'alarme pour le châssis principal, débit sur le bus interne, exigences électriques et dissipation de la chaleur. La participation à des réunions techniques avec les fournisseurs de matériel/logiciels externes constituait des pratiques courantes, nécessaires pour résoudre les problèmes techniques. Dans un deuxième temps, une conception de haut niveau était nécessaire pour évaluer les principales alternatives en matière de développement qui comprenaient une étude des alternatives immédiatement disponibles à la conception, à la conception interne ou une combinaison afin de parvenir à la fonctionnalité et l'adéquation souhaitée du produit. Après la conception de haut niveau et le travail réalisé étroitement avec les fournisseurs, la phase suivante d'expérimentation (homologation) n'avait pas encore traité les problèmes (l'utilisation pratique du panneau d'alarme pour faire état des défaillances a été évaluée comme étant inadaptée et a dû être revue, la dissipation de la chaleur envisagée n'était pas la même que celle observée et impliquait de prendre en compte des configurations/unités de refroidissement supplémentaires) qui n'auraient pas été constatés sur une simple étude papier. L'équipe a homologué les fonctions spécifiques afin de garantir la compatibilité et l'adéquation pour la plate-forme e-Mobility. Par la suite, les fonctions d'ingénierie du système ont été utilisées pour évaluer et tester la fiabilité et la capacité du système. Confronter les rapports techniques au prototype réel permettait également de valider ou d'infirmer la viabilité du système. Enfin, plusieurs séries de validations, comprenant les passages du trafic et les longues périodes de transfert, ont été réalisées compte tenu de la capacité, de la fiabilité et du fonctionnement. Des conférences techniques interentreprises qui se tiennent régulièrement entre l'équipe chargée de la conception e-Mobility et les fournisseurs de matériel/logiciels ont servi à définir les interactions complexes du développement.

Le E-mobility HRL a révélé de nombreux progrès techniques nécessaires pour rendre le produit viable. Afin de conserver les investissements des anciens logiciels dans le Logiciel Nortel DMS HLR, le programme e-Mobility a été conçu pour réhéberger des parties de ce logiciel et de son système d'exploitation principal sur un noyau commercial LINUX du matériel disponible dans le commerce. Outre les défis importants qui consistaient à réhéberger les logiciels complexes, des perfectionnements nouveaux et importants ont été réalisés à l'aide de JAVA. Un système de connexion équivalent au système exclusif sur le DMS a été créé, permettant d'appliquer à la fois des connexions DMS et des connexions JAVA sur un système d'exécution, pendant qu'il est en service. La fiabilité apportée par le DMS est le matériel redondant. Dans l'e-mobility, la redondance du matériel (à travers des systèmes dispersés géographiquement) et la redondance des logiciels garantissent les modèles de fiabilité requis pour le système. La fiabilité des logiciels a été assurée en développant une infrastructure de messagerie garantie, un système de regroupement des positions inutilisées et un cadre d'événements permettant de poursuivre le développement des logiciels avec un chemin guidé à l'aide d'une méthodologie axée sur les objets. Des méthodes ont été conçues pour empêcher le système OAM d'être inondé par des

55

**Highly Confidential**

**NNI_01432750**

56

dizaines ou peut-être même des centaines de cartes de traitement de transactions. Un système prévu pour un chargement simultané des nombreuses cartes de différents types de connecteurs/cases a été mis au point pour permettre d'installer ou d'améliorer un système dans des délais raisonnables.

Afin de déterminer si un e-mobility HLR peut ou non être créé selon les exigences, une étude approfondie sur les conceptions, les philosophies alternatives, les théories généralement disponibles sur la conception et leur contrôle à plus petite échelle s'est avérée nécessaire. Il convenait de prouver le niveau de capacité et la fiabilité requise dans des incréments réduits, la résolution des difficultés techniques rencontrées ayant démontré la faisabilité du projet. Au début de l'année 2001, le développement de l'application UMTS HLR et de la plate-forme était en cours, et son achèvement était prévu pour la fin de l'année.

La recherche et l'expérimentation ont été nécessaires pour s'assurer que Nortel puisse établir une nouvelle spécification théorique pour le produit HLR. L'objectif était d'aller au-delà du potentiel de tous les produits présents sur le marché. Dans plusieurs domaines, l'homologation de la Phase 1 et 2 a engendré une reprise des principaux composants de logiciels car, au final, la conception sélectionnée ne répond pas aux exigences du système. Les domaines de reprise les plus notables en 2001 étaient (1) le système de communication fiable qui gérait des connexions Ethernet redondantes sur toutes les cartes et le système dupliqué géographiquement et (2) le cadre OAM redondant qui gère l'ensemble des cartes présentes sur tous les sites.

La spécification théorique était axée sur l'environnement commercial, la connexion de l'environnement commercial, l'extensibilité et la fiabilité du système. Le projet présente plusieurs facettes dans l'analyse approfondie nécessaire et l'homologation dans les différents domaines afin de respecter les spécifications théoriques.

Les informations techniques requises pour résoudre les problèmes décrits dans le point (1) représentaient la combinaison d'une analyse des travaux connus, de la théorie applicable connue sous un aspect technique, des conférences téléphoniques avec les experts techniques des fournisseurs des composants du système ainsi qu'une homologation ciblée afin de s'assurer que tous les problèmes techniques étaient bien résolus. Dans certains cas, un personnel supplémentaire possédant une expérience poussée dans des domaines spécifiques a apporté des connaissances supplémentaires.

Plusieurs alternatives spécifiques ont été évaluées compte tenu des aspects propres à l'étude et au prototype. L'évaluation de plusieurs partenaires alternatifs pour les logiciels et le matériel a été menée afin de garantir la meilleure adéquation en rapport avec la spécification du produit. Lorsque le marché n'a pas permis d'apporter une adéquation convenable, des développements ont fait l'objet d'études et d'homologations en interne.

Les activités techniques réalisées par l'équipe portaient sur :

- l'étude approfondie des alternatives de conception qui pouvaient être développées soit en interne soit en association avec des fournisseurs externes,

56

**Highly Confidential**

**NNI_01432751**

- la modélisation d'un point de vue technique sur le papier, avec des données précises et scientifiques,

- et la réalisation de certaines maquettes afin de s'assurer de la conformité aux spécifications.

L'E-mobility HRL a créé un processus de développement entièrement nouveau qui modernise le concept d'homologation pour les phases d'essai par paliers. Ce processus est important pour les projets ultérieurs dans la validation de spécifications théoriques appropriées bien avant la finalisation du projet.

**Programme : Compact Metro Cell BTS**

Le Compact Metro Cell BTS (« Compact ») est une nouvelle plate-forme avec station fixe (« BTS »), en plus de la gamme de produits CDMA de Nortel Network.

Le Compact Intérieur est un BTS à un châssis, 3Carrier/3Sector, autonome, à petit prix. Son architecture permet la prise en charge de toutes les fréquences CDMA dans les configurations CC, CA et intérieures. L'architecture du Compact Intérieur permet également des utilisations à plusieurs BTS pour une évolution des systèmes multiplex au-delà de 3Carrier/3Sector avec l'utilisation de châssis supplémentaires. Le Compact réduit largement la zone de couverture BTS en utilisant des Modules Radio haute densité, des Modules d'Eléments de Multiplexage haute densité et une mise sous boîtier efficace. L'architecture minimise également le câblage externe, toutes les communications BTS étant gérées par un fond de panier qui permet également un meilleur fonctionnement, une meilleure maintenance et un meilleur dépannage grâce à la fonction intégrée « plug and play ». Le BTS supportera les standards radio cdmaOne, cdma2000 1XRTT (voix et données) et cdma2000 1XEV-DO ainsi que les utilisations Sans Fil Fixes et Cellules Etendues.

La Phase 1 du Compact Intérieur introduira une variante du BTS, CC 800 MHz à un châssis, et comprend un *valideur* de matériel pour une interconnexion avec 2 châssis avec une extension des systèmes multiplex à petit prix. Le XCEM192 est également introduit dans cette phase. C'est un module d'élément de multiplexage haute densité qui permet une utilisation simultanée des Éléments de Multiplexage sur 3 systèmes multiplex. Un suivi rapide du programme introduira la variante de fréquence du Module Radio 1900 MHz.

Une variante du Compact Extérieur est également en cours de développement et produira un BTS CA avec boîtier écologique peu encombrant, fournissant un support jusqu'à 6Carrier/3Sector pour 800 ou 1900 fréquences CDMA avec options intégrées de batteries de secours modulaires.

Les deux variantes BTS nécessitent un perfectionnement du Gestionnaire des Eléments de Réseau afin de prendre en charge l'introduction du BTS dans un réseau et seront réalisées sur la plate-forme du gestionnaire d'éléments BSSM. Les outils associés pour la configuration en mode autonome, tels que la boîte d'outils CACP et CDMA, seront également mis à jour pour inclure le support du BTS Compact.

**Highly Confidential**

**NNI_01432752**

Les dépenses liées à la R&D s'élèvent au total à environ 35,6 millions de $.

58

**Highly Confidential**

**NNI_01432753**

59

**Programme : amplificateur de puissance linéaire à haut rendement (« HELPA »)**

Le projet HELPA est un programme de Recherche en Technologie de Pointe mené par les Wireless Technology Laboratories (laboratoires de la technologie sans fil) (« WTL »).

WTL est une organisation associée à la Division des Réseaux Sans Fil de Nortel. WTL réalise des activités de recherche en matière de technologies nouvelles et en cours de développement, considérées comme prometteuses pour les bases technologiques ou les futurs composants des produits sans fil Nortel Networks. Font partie des domaines de cette recherche :

- le matériel de pointe de fréquence radio (« RF ») et les fonctions de traitement des signaux pour les stations fixes sans fil,

- les algorithmes de traitement des signaux pour la modulation et la démodulation de la bande de base ainsi que les techniques de traitement des antennes directives dans l'espace et

- les architectures des systèmes sans fil des générations nouvelles et futures.

Bon nombre de ces projets de recherche portent leurs fruits sous forme de technologies qui sont finalement utilisées dans les développements des produits sans fil Nortel.

Le projet HELPA est l'un des projets de recherche mené au sein de WTL. Ce projet qui s'étend sur plusieurs années intégrait des études et des innovations dans plusieurs domaines-clé, comprenant les architectures des nouveaux systèmes d'amplificateurs RF, les architectures et les algorithmes de linéarisation, les architectures et les algorithmes de correction de la mémoire et les architectures de modulation de la tension à haut rendement, les algorithmes et les topologies du matériel.

Les points principaux de l'étude de ces technologies sont la diminution future des coûts et le potentiel d'amélioration de la rentabilité, comparativement aux technologies actuelles des amplificateurs de puissance RF. Ces améliorations éventuelles qui ont fait l'objet d'études entraînent une baisse des coûts des produits et des frais d'exploitation, une conception mécanique simplifiée et une taille plus réduite. Les applications potentielles pour ces technologies seront effectuées dans les Systèmes des Stations Fixes Sans Fil de Nortel, y compris ceux qui sont mis au point pour les réseaux CDMA, UMTS et GSM. La date prévue pour l'achèvement de ce programme de recherche est décembre 2004. Au moment de l'achèvement, les composants de la technologie de pointe HELPA seront analysés pour une application sur les produits sans fil de Nortel.

**Highly Confidential**

**NNI_01432754**

Les avancées technologiques comprennent les éléments suivants :

- Epreuve du concept de l'étage de sortie de l'amplificateur de puissance RF à haut rendement ;
- Nouvelle architecture de correction de la mémoire et algorithmes pour réduire les défauts de linéarité des amplificateurs ;
- Nouveaux algorithmes de modulateurs d'impulsions en largeur et de modulateurs sigma-delta pour une fonction de codage des modulateurs de tension ; et
- Nouvelle architecture du modulateur de tension pour fournir un courant de cheminement avec enveloppe RF à l'étage de sortie de l'amplificateur.

Les principales étapes comprennent les éléments suivants :

- Lancement du programme – Juin 2002 ;
- Epreuve de concept non-linéarisé – Avril 2003 ;
- Mise au point définitive des algorithmes de linéarisation – Décembre 2003 ;
- Epreuve de concept linéarisé – Avril 2004 ; et
- Démo HELPA entièrement fonctionnelle – Décembre 2004.

Les dépenses liées à la R&D se sont élevées au total à environ 9,5 millions de $.

**Résumé**

Les exemples ci-dessus démontrent l'engagement permanent de Nortel à l'égard de la R&D. La R&D actuelle a aidé Nortel à développer une technologie de pointe. La mise au point de produits nouveaux et innovants devrait se traduire par une augmentation des revenus actuels et futurs de Nortel. Tous les participants au partage des bénéfices résiduels réalisent de activités de R&D qui contribuent aux découvertes et au développement de nouveaux produits. Chacune de ces entités assume de ce fait des risques entrepreneuriaux. La répartition des pertes ou des bénéfices devrait donc correspondre aux risques liés aux activités de R&D.

## *FABRICATION / OPÉRATIONS*

### Vue d'ensemble

Pour ses opérations de construction, de déploiement, de desserte et de transformation de réseaux de clients dans toutes les régions du monde, Nortel a mis au point le modèle Global Operations (Opérations globales – « GO »). Le modèle GO d'organisation, qui consiste en un réseau d'employés situés dans différentes régions du monde et s'appuyant sur des points de System Houses, vient en appui aux différentes zones géographiques – Amérique du Nord, CALA, EMEA, Asie-Pacifique et Chine élargie.

60

Le modèle GO établit le lien entre l'ensemble des opérations commerciales de Nortel et assure l'expérience de bout en bout du client avec Nortel – chaque produit, client et fournisseur ainsi que l'ensemble des stades du cycle de vie du réseau sont concernés – de l'introduction de nouveaux produits à la fin de vie d'un produit. Les Operations Leaders et les Regional Customer Care Leaders des Leadership Categories[17] sont des éléments clefs de l'organisation GO.

Le modèle GO est aligné sur les LC de Nortel à travers ses Operations Leaders, qui se trouvent sous la responsabilité directe du Président GO et siègent au Cabinet GO ainsi qu'au Cabinet du Président LC pour lequel chacun d'entre eux travaille. Les Operations Leaders font office d'interlocuteurs et de référents uniques en matière de compte-rendu d'activité pour chaque président LC (en 2002, Wireless, Wireline, Enterprise, et Optical) concernant la mise au point et la mise en œuvre des stratégies, processus et pratiques en matière d'opérations et de services.

De la même façon, le modèle GO est aligné sur les organisations régionales à travers les Regional Customer Care Leaders EMEA, Asie-Pacifique et Chine élargie, qui siègent en tant que membres du Global Operations Cabinet (Cabinet des opérations globales).

Les Customer Operations Leaders (« COLs ») – des experts qui aident les clients à se diriger au sein de la société Nortel et assument la responsabilité ultime de la satisfaction des clients – sont placés sous la responsabilité des LC Operations Leaders et constituent l'interface privilégiée, du point de vue des opérations, entre Nortel et ses clients.

Le modèle GO se concentre sur les domaines d'activité suivants :

i) **Fourniture des produits**

    a) Supply Chain Operations (Opérations de supply chain) – recherche, construction et fourniture des produits en vue de satisfaire les besoins du client.

ii) **Fourniture de services**

    a) Project Management and Network Implementation (Gestion de projet et implémentation de réseau) –planification et construction des réseaux de clients à l'échelle globale ;

    b) Network Operations, Support and Maintenance (Opérations, support et maintenance de réseau) – exploitation et maintenance des réseaux clients à l'échelle globale.

En cas d'externalisation, Nortel conserve l'ensemble des responsabilités de gestion stratégique et de contrôle d'ensemble au niveau des différents supply chains, y compris pour ce qui est de l'ensemble des interfaces clients, des services à la clientèle, des activités de gestion des commandes, d'assurance qualité, de gestion du coût des

---

[17] Les Leadership Categories correspondent aux segments d'activité de Nortel.

61

**Highly Confidential**

**NNI_01432756**

produits, d'introduction de nouveaux produits et d'intégration, de testing et de fulfillment des solutions de réseau.

62

**Highly Confidential**

**NNI_01432757**

Toutefois, Nortel a pris la décision stratégique de se concentrer sur ses activités de R&D et a par conséquent décidé d'externaliser certaines de ses opérations de fabrication à travers le monde. En conséquence, ainsi que le montre le tableau IV.17, le nombre des employés affectés à la fabrication / aux opérations a baissé au cours de la période 2000 – 2002. Le recours de plus en plus fréquent de Nortel à la sous-traitance est révélateur de l'aspect routinier de la fonction de fabrication au sein de la chaîne de valeur de l'entreprise, une activité qui, en soi, n'est pas source de différentiation concurrentielle. Au cours de la période 2000 – 2003, la part des employés affectés aux activités de fabrication est passée d'environ 17% à environ 10%.

**Tableau IV.17: Part des employés de Nortel affectés à la fabrication / aux opérations (2000 – 2003)**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Employés affectés à la fabrication / aux opérations | 15,895 | 6,534 | 3,628 | 3,543 |
| Nombre total d'employés de Nortel | 94,500 | 52,600 | 36,960 | 35,155 |
|  |  |  |  |  |
| *Part des employés de Nortel affectés à la fabrication / aux opérations* | *16.8%* | *12.4%* | *9.8%* | *10.1%* |

63

**Highly Confidential**

**NNI_01432758**

Afin d'évaluer l'importance relative du rôle de la fabrication / des opérations par rapport à l'ensemble des opérations au Canada, aux États-Unis, au Royaume-Uni, en France et dans le reste du monde, le tableau IV.18 fait état du nombre d'employés affectés à la fabrication / aux opérations par rapport au nombre total d'employés pour chacune des régions concernées.

**Tableau IV.18: Part des employés de Nortel affectés à la fabrication / aux opérations (2000 – 2003)**

| Employés affectés à la fabrication / aux opérations | Canada | États-Unis. | Royaume-Uni | France | RDM | Total |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| Employés affectés à la fabrication / aux opérations | 4,611 | 4,114 | 5,441 | N/A | 1,729 | 15,895 |
| Nombre total d'employés | 25,900 | 38,000 | 12,440 | N/A | 18,160 | 94,500 |
| *Part des employés de Nortel affectés à la fabrication / aux opérations* | *17.8%* | *10.8%* | *43.7%* | | *9.5%* | *16.8%* |
| **2001** | | | | | | |
| Employés affectés à la fabrication / aux opérations | 2,384 | 1,659 | 1,444 | 1,243 | 1,047 | 7,777 |
| Nombre total d'employés | 13,803 | 19,314 | 5,954 | 2,977 | 13,529 | 55,577 |
| *Part des employés de Nortel affectés à la fabrication / aux opérations* | *17.3%* | *8.6%* | *24.3%* | *41.7%* | *7.7%* | *13.9%* |
| **2002** | | | | | | |
| Employés affectés à la fabrication / aux opérations | 1,537 | 946 | 431 | 847 | 714 | 4,475 |
| Nombre total d'employés | 10,143 | 13,777 | 2,877 | 2,486 | 10,163 | 39,446 |
| *Part des employés de Nortel affectés à la fabrication / aux opérations* | *15.2%* | *6.9%* | *15.0%* | *34.0%* | *7.0%* | *11.3%* |
| **2003** | | | | | | |
| Employés affectés à la fabrication / aux opérations | 1,397 | 878 | 550 | 757 | 718 | 4,300 |
| Nombre total d'employés | 9,431 | 12,992 | 2,752 | 2,385 | 9,980 | 37,540 |
| *Part des employés de Nortel affectés à la fabrication / aux opérations* | *14.8%* | *6.8%* | *20.0%* | *31.7%* | *7.2%* | *11.4%* |

Le tableau IV.18 montre, à partir du nombre d'employés affectés à la fabrication / aux opérations, l'importance relative des fonctions de fabrication / des opérations au sein des différentes entités de Nortel.

64

**Highly Confidential**

**NNI_01432759**

Les activités de fabrication de Nortel se situent principalement au Canada, aux Etats-Unis, au Royaume-Uni et en France. L'Irlande accomplit également certaines fonctions de fabrication. Selon les chiffres des effectifs de Nortel, en 2003 environ 15% des activités du Canada sont des activités de fabrication. Aux États-Unis, environ 7% des effectifs sont affectés à des activités de fabrication. Au Royaume-Uni et en France, les employés de fabrication et d'opérations représentent environ 20% et 32% des effectifs totaux de ces entités.

### i)  Fourniture de produits

Fabrication et assemblage des produits

*Les fonctions de fabrication et d'assemblage consistent en la création d'un produit vendu au client aux fins de son utilisation dans le cadre de la fabrication d'autres produits, en vue de sa distribution aux clients finaux ou de la propre consommation du client.*

L'activité des Systems Houses de Nortel est axée sur l'intégration de réseau, l'introduction de nouveaux produits, la gestion des fournisseurs et la gestion du coût des produits. Leur fonction consiste à mettre en relation les clients de Nortel, les sociétés de conception, les fabricants leaders sur le marché mondial et les OEM. Les System Houses sont responsables de la gestion des relations stratégiques avec les fabricants

Les activités de fabrication conduites par les Systems Houses de Nortel revêtent en général un caractère assez complexe. Ce qui suit est une description des activités conduites par les Systems Houses de Nortel et les fabricants :

i) Systems Houses de Nortel

Les Systems Houses[18] de Nortel sont responsables des activités de fabrication du groupe, des activités, comme précisé ci-dessus, d'une nature généralement assez complexe.

Nortel exploite plusieurs System Houses dans un certain nombre de pays, comme l'illustre le tableau ci-dessous.

---

[18] Voir définition dans note n°19

**Highly Confidential**

**NNI_01432760**

**Tableau IV.19: System Houses de Nortel (2000 – 2003)**

| Nortel Systems Houses (NSH) [19] | 2000 | 2001 | 2002/2003 |
|---|---|---|---|
| Canada | 1) Corkstown: situé à Nepean, ON<br>2) Westwinds: situé à Calgary, AB<br>3) Systems House OPTO: situé à Saint Laurent, PQ | 1) Corkstown: situé à Nepean, ON<br>2) Westwinds: situé à Calgary, AB<br>3) Systems House OPTO: situé à Saint Laurent, PQ | 1) Corkstown: situé à Nepean, ON<br>2) Westwinds: situé à Calgary, AB<br>3) Systems House OPTO: situé à Saint Laurent, PQ |
| États-Unis | 1) Gateway: situé à Research Triangle Park, NC<br>2) Durham: situé à Durham, NC<br>3) Billerica: situé à Boston, Mass | 1) Gateway: situé à Research Triangle Park, NC (totalité des activités de fabrication externalisées – "systems house virtuel")<br>2) Durham: situé à Durham, NC<br>3) Billerica: situé à Boston, Mass (totalité des activités de fabrication externalisées – "systems house virtuel") | 1) Gateway: situé à Research Triangle Park, NC (totalité des activités de fabrication externalisées – "systems house virtuel")<br>2) Durham: situé à Durham, NC<br>3) Billerica: situé à Boston, Mass (totalité des activités de fabrication externalisées – "systems house virtuel") |

| Systems Houses de Nortel | 2000 | 2001 | 2002/2003 |
|---|---|---|---|
| Royaume-Uni | 1) Monkstown: situé à Newtonabbey, Irlande du Nord | 1) Monkstown: situé à Newtonabbey, Irlande du Nord (totalité des activités de fabrication externalisées[20]) | |
| France | 1) Châteaudun : situé en France, à Chateaudun | 1) Châteaudun : situé en France, à Chateaudun | 1) Châteaudun : situé en France, à Chateaudun |
| RDM | 1) Chateaudun: situé à Chateaudun, France<br>2) Campinas: situé à Campinas, Brésil | 1) Chateaudun: situé à Chateaudun, France<br>2) Campinas: situé à Campinas, Brésil | 1) Chateaudun: situé à Chateaudun, France<br>2) Campinas: situé à Campinas, Brésil |

---

[19] Les entités de Nortel qui continuent de réaliser des activités de fabrication sont connues sous le nom de Nortel Systems Houses (NSH). Cependant, comme indiqué dans ce tableau, certains NSH ont cessé leurs activités de fabrication, qu'elles sous-traitent entièrement auprès de fabricants. Ces NSH doivent être considérés comme des « Systems Houses virtuels » qui ont pour fonction la gestion des relations avec les sous-traitants au niveau de leur zone géographique spécifique.

[20] Cette unité a cessé toute activité de fabrication au quatrième trimestre 2001.

66

**Highly Confidential**

**NNI_01432761**

Comme indiqué ci-dessus, chacun des System Houses de Nortel (qu'ils assurent une fonction de fabrication réelle ou virtuelle) gère les relations avec les fabricants dans leur pays.

<u>Sous-traitants de fabrication</u>

La fabrication de certains produits Nortel est assurée par un réseau mondial de fournisseurs EMS leaders sur le marché. Ce modèle de fabrication quasiment intégré permet à Nortel de puiser dans les technologies de fabrication les plus performantes et de bénéficier de dizaines de milliers de ressources au niveau mondial. Il permet en outre à Nortel d'élargir le champ d'intervention de l'entreprise et d'augmenter sa capacité de production, son degré de flexibilité et de réactivité dans la satisfaction des besoins des clients.

L'entité canadienne joue un rôle prépondérant en matière de négociation et d'exécution des contrats de fabrication. Pour ce faire, celle-ci bénéficie de l'aide de l'organisation GO. Ce type de contrat a été baptisé Master Contract Manufacturing Services Agreement (« MCMSA »). Il est conclu entre le Canada et la société mère de chacun des sous-traitants de fabrication avec lesquels le Groupe Nortel réalise ses transactions. Le MCMSA définit les termes et conditions de la relation et de l'arrangement entre les parties.

Un accord séparé dénommé Virtual System House Agreement (« VSHA ») est joint en annexe à chaque MCMSA. Un VSHA est un document très spécifique régissant la fourniture de certains produits entre le NSH et les sous-traitants de fabrication locaux. Les termes du VSHA sont également négociés par le Canada et la société mère du sous-traitant de fabrication, bien que le support et l'assistance soient fournis par les NSH. Le VSHA fait référence aux termes du MCMSA. C'est un document relativement court par rapport au MCMSA, qui traite des questions de routine. Par exemple, sont traitées les caractéristiques abordés par l'examen du site ; le processus d'évaluation de la qualité des produits livrés par le sous-traitant de fabrication ; les prévisions (par exemple quand et comment le NSH doit fournir un état des besoins attendus) ; les frais de réparation, etc.

De plus, le VSHA fournit des caractéristiques détaillées concernant les produits devant être réalisés par le fabricant.

Une fois que le Canada et la société mère du sous-traitant de fabrication se sont mis d'accord sur les termes du VSHA, un exemplaire de l'accord est examiné et signé par le NSH français et le fabricant situé dans le même pays.

Le Canada et la société mère du sous-traitant de fabrication concluent en amont un MCMSA. En aval, le NSH et la filiale locale du sous-traitant de fabrication concluent un VSHA. Le VSHA intègre, à titre de référence, les termes du MCMSA. Des clauses / annexes concernant plus spécifiquement le produit sont également incluses dans le VSHA.

67

**Highly Confidential**                                        **NNI_01432762**

La conclusion d'un MCMSA requiert du temps et des efforts considérables. Une fois le MCMSA conclu, le Canada et la société mère de fabrication n'achètent ni ne vendent particulièrement de produits couverts par l'accord. Ce rôle revient au NSH français et aux sous-traitants de fabrication locaux en tant qu'« entités opérationnelles », dès lors qu'elles sont engagées dans l'achat ou la vente des produits.

Par conséquent, si un litige survient autour de la qualité du produit fourni par le sous-traitant local, il est de la responsabilité du NSH local de rechercher une issue au litige.

D'une manière générale, Nortel est responsable des activités et des risques liés à la fonction de design du produit, qui comprend la mise au point de normes de qualité et de stratégies de tests. En outre, Nortel est responsable : de l'organisation de la demande ; du contrôle global des inventaires, ainsi que de la gestion des commandes.

Le sous-traitant est tenu de fabriquer le produit conformément aux spécifications fournies par Nortel. Le fabricant est en outre responsable : des tests des produits ; des activités de soutien à l'engineering et de certaines activités d'approvisionnement liées aux négociations de fournisseurs de niveau II.

L'annexe I comprend un résumé détaillé des rôles et des responsabilités des NSH et du fabricant.

La fourniture de produits au NSH ou à toute autre entité de Nortel par le sous-traitant de fabrication est en général organisée par le MCMSA. Le sous-traitant est tenu de fabriquer les produits conformément aux exigences formulées par Nortel. A ce titre, le NSH français effectue le suivi des opérations de fabrication des produits afin de s'assurer que ceux-ci sont bien conformes aux spécifications de Nortel.

Processus de fabrication et savoir-faire

*Le processus de fabrication correspond à la prise de décision visant à fabriquer les produits de manière rentable. Il englobe la prise de décision dans des domaines tels que l'extension de l'automatisation, la conception des unités de production la circulation des matériels et des composants au sein des installations et les méthodes de contrôle de qualité.*

Toute propriété intellectuelle liée au processus de fabrication de produits/composants fournis par NNSA est détenue par l'entité française. Cette propriété intellectuelle est considérée comme secondaire.

68

**Highly Confidential**

**NNI_01432763**

Achats

*La fonction d'achat implique l'identification et la sélection des fournisseurs, jusqu'à l'organisation de la livraison des produits par les fournisseurs et au contrôle de la qualité des produits réceptionnés.*

Le Global Supply Management est responsable de la gestion des relations commerciales de Nortel avec ses partenaires fournisseurs. Il doit en outre se procurer les ressources dont Nortel a besoin. Son rôle implique plus spécifiquement la sélection et la gestion des fournisseurs, l'analyse de la demande, l'approvisionnement en biens et services ainsi que le suivi des capacités d'approvisionnement. Le Supply Management est en charge de la fourniture d'un ensemble de biens et de services, allant de la R&D aux services d'entreprise tels que les ressources humaines, la gestion des actifs immobilier, les voyages, le financement.

En tant que tel, le Supply Management intervient à chaque niveau de l'activité de l'entreprise.

<u>Ordonnancement des produit / Inventaire</u>

*La fonction d'ordonnancement des produit / d'inventaire est assurée par un fabricant en vue de déterminer les produits qui doivent être fabriqués, à quel moment ils doivent l'être et quels volumes de production doivent être atteints pour ces produits.*

Le Global Market Planning a pour fonction d'anticiper le jeu de l'offre et de la demande pour l'ensemble des produits et des marchés, ainsi que d'anticiper les risques et les opportunités qui y sont liés. Ces estimations sont nécessaires à la planification des ressources afin de répondre aux besoins des clients, et permettent de mettre au point à temps des solutions efficaces. Le service Market Operations est également en charge de la gestion des commandes, de la commercialisation, de la validation des commandes, de la planification et de la gestion de l'exécution des commandes, ainsi que de la facturation et du recouvrement des paiements. Il travaille en lien avec les clients, les équipes commerciales, les services de gestion des contrats et les partenaires fournisseurs afin de s'assurer que les besoins des clients sont satisfaits et que l'efficacité de la chaîne d'approvisionnement soit maintenue et, le cas échéant, améliorée.

Le service Product Operations est en charge de la gestion des stocks, de la conservation des informations liées au produit et de la mise en œuvre du cycle de production (y compris les stratégies de lancement de nouveaux produits jusqu'à leur disparition).

Il est en outre responsable de la mise au point, des prévisions concernant le produit, de la réduction des coûts, de l'examen et de la réception des commandes, de la qualité des produits, de l'homologation de ceux-ci (ISO 9000 et TL 9000), ainsi que de l'intégration des systèmes et des solutions et des tests.

En général, les MCMSA ne requièrent pas de Nortel qu'il achète une quantité minimale de produits durant l'exécution du contrat.

**Highly Confidential**                                                                 **NNI_01432764**

### Contrôle qualité et tests

*Le contrôle qualité englobe le test de tous les produits, à savoir les produits entrants, les produits en cours de fabrication, ainsi que les produits finis.*

Le contrôle qualité des produits vendus sur le marché est effectué par le NSH français avant que les produits ne soient envoyés aux clients. Du fait de la technicité des produits fabriqués par le Groupe Nortel, les procédures de contrôle de la qualité sont très complexes.

Le NSH français et les sous-traitants doivent réaliser une évaluation mensuelle des conditions générales de fabrication. Cette estimation porte sur la performance commerciale du fabricant, des processus de fabrication, de la qualité des produits, des conditions de livraison, du niveau de satisfaction des clients, des coûts des produits, des capacités, du rapport entre la demande avérée et la demande prévisionnelle, etc.,.

Afin de réaliser cette évaluation, Nortel utilise un système de « report card » qui permet de noter la performance du fabricant. D'une manière générale, Nortel a accès aux sites de production, ce qui lui permet d'apprécier la qualité des opérations de fabrication avec justesse.

### Contrôle des coûts

*Le contrôle des coûts consiste à maintenir ou à réduire l'ensemble des coûts liés à la fabrication et à la vente d'un produit, de sa phase de conception initiale à sa fabrication, sa commercialisation et jusqu'à la vente des produits finis. Le contrôle des coûts est indissociable des décisions stratégiques liées à la commercialisation du produit.*

Le fabricant s'engage à réduire les coûts de fabrication des produits par un pourcentage dégressif sur une période fixe. Si, du fait d'évènements indépendants de la volonté du fabricant, celui-ci est incapable de parvenir à une baisse d'au moins 2% de la réduction initialement programmée, alors les parties tenteront directement de se mettre d'accord sur une réduction des coûts.

### Logistique et transport

*La logistique interne englobe la gestion :*

- *des matières premières acheminées,*

- *des produits en cours de fabrication ou,*

- *des produits finis achetés auprès de fournisseurs affiliés ou de fournisseurs tiers.*

70

**Highly Confidential**

**NNI_01432765**

*D'autre part, la logistique externe englobe la gestion :*

- *de l'expédition des matières premières,*

- *des produits en cours de fabrication ou,*

- *des produits finis à destination des clients.*

*Les logistiques internes et externes comprennent le transport, l'entreposage ainsi que d'autres fonctions nécessaires au transfert des matériels/produits transformés en direction des sites de production ou des unités de distribution.*

Le département logistique assure les activités d'entreposage, d'emballage et d'expédition des produits Nortel à destination de ses clients. Il assure également la transmission des documents légaux requis à l'exportation, le paiement des droits de douane ainsi que le paiement des fournisseurs de services logistiques. Les opérations quotidiennes de logistique ont été confiées en externe à KNLL en 2001 et à Vastera Inc. en 2002, deux sociétés engagées dans la gestion des activités d'un certain nombre de fournisseurs régionaux de services logistiques de moyenne dimension. Une équipe réduite, au sein du département Global Operations, gère les activités de KNLL et de Vastera. Ce département est également responsable de la logistique inversée liée à la réparation et la réexpédition des produits Nortel.

Les produits Nortel sont transférés de divers manières jusqu'au client final. Les sous-traitants de fabrication livrent généralement deux types de produits :

- Les produits finis : les produits finis sont généralement conservés en stock dans les locaux du fabricant ;
- Les composants : ce sont les pièces requises par le NSH français de Nortel afin de permettre à l'entité française d'achever la fabrication du produit.

Lorsqu'une entité Nortel requiert un produit spécifique, elle passe une commande en entrant les données adéquates dans le système de commande de produit de Nortel. Il s'agit d'un système sophistiqué qui détermine automatiquement si le produit demandé figure dans les stocks du fournisseur. Dans le cas contraire, le système acheminera la commande, à destination du NSH français ou directement au fabricant (les fabricants sont mis en relation au moyen du système de commande de produit de Nortel).

Le destinataire de la commande sera automatiquement prévenu de l'endroit où le produit doit être expédié. Si le fabricant reçoit la commande, il a la charge de livrer le produit à l'un des quatre sites suivants :

- l'entité Nortel à l'origine de l'achat ;
- un entrepôt Nortel ;
- un entrepôt détenu par un tiers;
- les locaux du client.

71

**Highly Confidential**

**NNI_01432766**

L'endroit de la livraison dépendra de divers facteurs, notamment :

- s'il s'agit de produits finis ou de composants ;
- du moment où le client et/ou l'équipe d'installation de Nortel ont besoin des produits ;
- de la distance séparant le lieu d'entreposage de Nortel et le client ;
- de la distance séparant le lieu d'entreposage de la tierce partie du client ;
- des coûts d'entreposage ;
- des coûts d'expédition et tous les autres coûts liés au transport des produits du lieu d'entreposage au client.

Une fois la fabrication du produit terminée, ou après avoir prélevé le produit des stocks, celui-ci est préparé pour l'expédition. Ce processus comprend les étapes traditionnelles que sont le transfert du produit du stock au lieu d'expédition, la préparation de la documentation/des factures requises, l'emballage du produit et son chargement par un transporteur tiers.

Une facture sera automatiquement générée par le système. Si le fournisseur du produit est également son fabricant, une facture sera émise établissant que le NSH avec lequel il contracte est l'acheteur. Une deuxième facture sera automatiquement générée entre le NSH et l'entité de distribution Nortel.

Si le NSH est le fournisseur du produit, une facture sera automatiquement générée entre celui-ci et l'entité de distribution de Nortel.

Ainsi qu'il a été décrit ci-dessus, le transfert des produits depuis le NSH ou le fabricant dépendra de plusieurs facteurs. Les modalités de ces transferts n'ont pas connu de changements significatifs depuis 2000. Bien qu'il soit prévu que les transferts en provenance des différents NSH ou des sous-traitants de fabrication soient à l'avenir plus fréquents, les modalités du transfert devraient sensiblement demeurer les mêmes. Le diagramme suivant illustre le flux des produits de Nortel.

72

**Highly Confidential**

**NNI_01432767**

**Schémas IV.20: Flux de produits de Nortel**



## ii) Fourniture de services

### a) Gestion de projet & Implémentation de réseau

Nortel dispose d'un important portefeuille de solutions globales qui couvre chaque étape du cycle de vie d'un réseau (planification, construction, exploitation et maintien). Les équipes du département Global Operations, en ligne avec les LC, participent à la création et à la fourniture de services à forte valeur ajoutée pour les clients de Nortel. Ces services s'inscrivent dans un ensemble plus vaste de solutions. Le portefeuille de solutions de Nortel s'est construit sur une expérience et une expertise fortes en matière de développement et de déploiement de solutions de réseau pour les clients à travers le monde qui garantit le maintien de ces réseaux une fois leur fonctionnement assuré.

Dans le secteur de la <u>Planification</u>, les principales fonctions sont les suivantes:

Project Management (Gestion de projet)

Les compétences en matière de gestion de projet sont essentielles à la mise en œuvre des projets dans le respect des délais et des budgets impartis, et des attentes des clients. Les chefs de projets se situent aux avant-postes du processus d'appel d'offres. En collaboration étroite avec le client, les chefs de projet développent et mettent au point des plans d'action ; Ils coordonnent en outre les activités de réalisation de ces plans, à savoir les activités allant de la vente et de la commercialisation du produit aux opérations de promotion. Ces opérations font intervenir les responsables des opérations client, les fournisseurs partenaires, la logistique et l'installation.

**Highly Confidential**

**NNI_01432768**

Planification et mise au point de réseau

Les fonctions de planification et de mise au point de réseau sont assurées par des équipes de professionnels et d'ingénieurs spécialisés dans les technologies de communication, de la voix et des données transférées sans fil en passant par l'optique et les technologies d'entreprise. Fort de son expérience des attentes et des impératifs techniques du client, ce groupe est en mesure de définir les besoins, les coûts, les risques et les bénéfices de celui-ci et, partant de là, de mettre au point un plan d'exécution. D'une manière plus générale, ce groupe va mettre au point une solution qui prendra en compte tous les critères de systèmes et de conception de réseau les plus exigeants jusqu'à répondre aux spécifications finales.

Audit & vérification de réseau; Performance & optimisation

Ce groupe s'assure que les réseaux fonctionnent de manière optimale en identifiant les goulets d'étranglement du trafic, les problèmes de sécurité et les failles du réseau, ainsi qu'en vérifiant la performance, la qualité, la fonctionnalité et les capacités de gestion de ce dernier. En collaboration avec le département Performance & Optimization, le groupe émet des recommandations et de suggestions visant à améliorer le flux du trafic et à résoudre les problèmes rencontrés. Il procède, si nécessaire, à la mise en œuvre de ces recommandations/solutions. Le groupe peut également procéder à des tests de performance des réseaux afin de diagnostiquer les fonctions inefficaces.

Dans le domaine de la <u>Construction</u>, les principales fonctions sont les suivantes :

Construction de réseau et intégration

Une fois le modèle de réseau finalisé, l'équipe chargée de son déploiement et de son intégration se met en oeuvre. Les ingénieurs de terrain examinent le(s) site(s) en vue de déterminer les critères spécifiques à ce(s) dernier(s), puis préparent le terrain pour la livraison et le déploiement de l'équipement. Préalablement à son arrivée sur le site, l'équipement est pré configuré de manière à répondre aux spécifications du réseau.

Une fois sur le site, le groupe installe l'équipement, l'approvisionne en données, procède à de nouveaux tests puis à son intégration, jusqu'au transfert au client.

Les équipes d'installation de Nortel ont à leur actif de nombreuses années d'expérience en construction de réseau partout dans le monde. Ils garantissent en outre un accès aux équipes internes de conception et de support, une capacité à concevoir des services sur mesure, et d'une manière générale répondre à toutes les exigences des clients. Ce groupe permet de réduire de manière significative les risques de déploiements des réseaux, l'une des craintes majeures des clients qu'il convient de traiter afin de sécuriser les revenus futurs.

Ce groupe constitue l'interface entre les clients, les services de développement, de gestion de projet, de logistique, les entrepreneurs, ainsi que les services de réparation et de retour et d'assistance technique.

74

**Highly Confidential**

**NNI_01432769**

Migration et intégration de réseau

Cette équipe est dédiée à la conversion de réseau. Elle est engagée dans le domaine des changements de technologie (par exemple le passage des systèmes sans fil de la deuxième à la troisième génération ou de circuit à paquets). Outre les changements matériels et logiciels, ce groupe gère également l'approvisionnement en données et la configuration des activités de migration.

### b) Opérations, support & maintenance de réseau

Au niveau mondial, le groupe Network Operations, Support & Maintenance de Nortel fournit des services liés à l'exploitation et la maintenance des réseaux de clients.

Dans le domaine des Opérations, les principales fonctions sont les suivantes :

i) Assisted Operations (Opérations assistées)

L'activité de ce groupe couvre un large éventail de services, des transferts de données aux démonstrations pratiques des nouveautés technologiques. Ce service est fourni par le biais d'ateliers implantés sur site et moyennant un support direct. Ce groupe, qui travaille conjointement avec le personnel des opérations de réseau client, est en charge plus spécifiquement des procédures et processus de traitement des difficultés rencontrées, de la résolution des problèmes de réseau et des procédures de configuration ayant pour objet d'activer de nouvelles fonctionnalités.

ii) Opérations de réseau

Ce groupe assure, de manière continue, la surveillance du réseau, la gestion des aléas et la résolution des anomalies. Ce service est fourni au client et constitue pour lui l'externalisation d'une tâche hautement complexe.

iii) Opérations de gestion

Ce groupe est en charge de la gestion des accords de sous-traitance et de l'exploitation régulière d'un réseau de clients. Son activité comprend le suivi du réseau et la gestion des aléas, la résolution des anomalies, le suivi des améliorations, l'assistance informatique et la restauration des données, le reporting de gestion, le tout 24 heures/24, 7 jours/7 et 365 jours/an.

Dans le domaine de la Maintenance, les principales fonctions sont les suivantes :

i) « Software Services »

Les Services Software fournissent les outils logiciels et la documentation en cas de lancement de nouvelles versions et de mises à jour. Ce sont également eux qui procèdent au lancement pour les clients des nouvelles versions ou mises à jour d'un logiciel. En fonction du produit, le transfert de celui-ci se fera soit par l'Internet ou directement par envoi matériel. Enfin, les Services Software gèrent également les licences pour l'utilisation de fonctions supplémentaires.

75

**Highly Confidential**

**NNI_01432770**

ii) Technical Services and Support (Service technique)

Le Service technique couvre les domaines suivants :

- la réparation des erreurs systèmes ;

- l'émission de bulletins techniques ;

- la gestion des situations d'incidents techniques ;

- la réactualisation du logiciel ;

- le suivi du contenu des corrections ;

- la transmission de conseils de sécurité.

Tous ces services sont susceptibles d'être assurés par de multiples fournisseurs. Ils couvrent des problèmes rencontrés tant avec les produits OEM qu'avec les produits Nortel. Ils sont assurés par une équipe d'experts techniques de Nortel et des partenaires certifiés.

Tous les niveaux de support sont concernés, des Call Centres en passant par les niveaux 1 Global Nortel Technical Support (« GNTS »), jusqu'au niveau 2 Global Nortel Product Support (« GNPS »).

Il faut distinguer deux types de sollicitation pour les appels clients:

- la gestion des incidents graves, pouvant mettre en péril l'exploitation par le client de son réseau

- la gestion au quotidien des anomalies et incidents mineurs rapportés par le client

Dans un souci d'uniformité des processus et pour le cas d'incidents graves, les appels reçus sont déroutés vers un centre d'appel (SPOC) localisé au Royaume-Uni, puis vers une centre d'urgence (Emergency Recovery) basé aux États Unis. Ce dernier est en charge d'appliquer les procédures de maintenance et de requérir si besoin le soutien d'expertise GNPS (basé en France pour les produits radio).

Au quotidien, les demandes des clients européens transitent par le SPOC pour saisie avant d'être reroutées vers la France pour obtenir de l'assistance concernant les niveaux 1 et 2. Pendant toute la phase d'investigation jusqu'à la résolution du problème, la responsabilité restera en France qui compte le plus grand centre d'assistance avec près de 65 des 190 employés. L'assistance en matière de niveau 3 ou de résolution des erreurs systèmes est également localisée au centre de Chateaufort.

Les champs de compétence de l'assistance technique comprennent : les opérations liées au réseau (surveillance, gestion des anomalies et fonctions techniques externalisées) et l'assistance technique 24h/24-7j/7 (comprenant la résolution d'erreur système). Ces

76

**NNI_01432771**

prestations sont éprouvées par le biais de simulations en laboratoires qui reproduisent les conditions de mise en route et d'exploitation du réseau.

77

**Highly Confidential**

**NNI_01432772**

iii) Réparation et retour

Le groupe dédié aux réparations et aux retours de produits gère les services de réparation partout dans le monde au travers de compétences développées en interne et des prestataires tiers. Un groupe central de Nortel gère la chaîne d'approvisionnement du groupe Réparation en recourant aux services internes des Nortel System Houses[21] ainsi qu'à ceux des sous-traitants de fabrication et de prestataires de logistique. Les fonctions de ce groupe couvrent en outre la mise en œuvre de moyens visant à la satisfaction des besoins des clients dans ce domaine : niveau de garantie exprimé en termes de gammes et de volumes de pièces de rechange disponibles, ainsi que de délais de livraison notamment. De plus, un programme de maintenance sur site qui prévoit l'envoi d'un technicien de terrain afin de procéder au remplacement du matériel pour le compte du client est également disponible.

Par ailleurs, le service Réparation est en charge de la fourniture de produits ayant obtenu le statut de « channel ready ». Ce service emploie en France près de 50% du nombre total des techniciens affectés au Service Global Repair en Europe, Moyen-Orient et en Afrique. De manière générale, le fabricant se porte garant des produits qu'il fabrique. Pour sa part, Nortel est garant des produits fabriqués par lui, ainsi que du bon fonctionnement de ceux-ci.

---

[21] Voir note n°19

**Highly Confidential**

**NNI_01432773**

## DISTRIBUTION

### Vue d'ensemble

Les activités de distribution, parmi lesquelles figurent la commercialisation et la vente, supposent au préalable d'attirer l'attention du client sur la complexité des produits, les avantages qu'ils tireraient de leur utilisation…

Chaque département de Nortel en contact avec la clientèle utilise la force de vente de Nortel pour la commercialisation et la vente des produits à destination des clients dans le monde entier.

La force de vente mondiale de Nortel est divisée en groupes régionaux.

Le siège de la force de vente américaine et canadienne est situé à Richardson, au Texas, et celui de la force de vente de la zone EMEA à Maidenhead, au Royaume-Uni.

La force de vente pour la Chine est placée sous la responsabilité d'un dirigeant dont le bureau est situé à Pékin.

La force de vente pour le reste de la région Asie-Pacifique est sous la responsabilité d'un dirigeant dont le bureau est situé à Tokyo.

Le siège régissant la force de vente de la zone CALA est basé à Sunrise, en Floride.

Les présidents régionaux sont responsables de la supervision des activités de vente au niveau de leurs zones géographiques respectives.

Au sein de ces groupes régionaux, Nortel a affecté des équipes dédiées aux comptes clients les plus importants. Ces équipes sont situées à proximité des principaux lieux d'achat des clients. NNSA dispose d'une équipe dédiée à la vente en relation avec certains des plus importants opérateurs de télécommunication sans fil d'origine française (Bouygues Telecom, Orange). Les équipes de vente des Enterprise Networks de Nortel travaillent directement avec les principales entreprises régionales et sont également en charge de la gestion des canaux régionaux de distribution. En outre, Nortel possède des équipes centralisées de marketing, de gestion de produit et d'assistance technique dont l'activité est dédiée aux lignes individuelles de produits. Pour ce faire, ces équipes assistent les équipes mondiales de vente et de support technique.

Au sein de la région Asie-Pacifique, et en particulier en République populaire de Chine, Nortel a également recours à des agents pour assurer l'interface avec ses clients. En outre, un certain nombre de contrats de distribution non exclusive de portée limitée existent entre Nortel et des distributeurs de la zone EMEA, CALA et Asie-Pacifique. Sur le segment « Entreprises » certains prestataires de services, intégrateurs de systèmes, revendeurs à valeur ajoutée ou distributeurs magasiniers opèrent en tant que distributeurs non exclusifs des produits de l'entreprise.

79

**Highly Confidential**

**NNI_01432774**

80

Chaque segment d'activité de Nortel entretient sa propre force de vente, formée pour vendre les produits spécifiques issus de sa ligne de production. Toutefois, pour des raisons d'ordre pratique et commercial, il se peut que la relation au jour le jour avec un client individuel soit gérée par des cadres spécifiques. Le cadre est alors en charge de l'identification des besoins d'un client et de la mise en place du personnel de vente approprié à partir de chaque segment commercial capable d'approcher le client en tant qu'unité coordonnée. En France, deux vice-présidents de l'équipe vente sont affectés à la gestion des besoins des clients pour la zone couvrant la France, le Moyen Orient, l'Afrique et le groupe Orange en Europe.

Il est à noter que l'activité des équipes de vente des différents segments d'activité peut parfois se recouper. En effet, dans certains cas, l'effort combiné de plusieurs segments d'activité peut être déployé en vue d'approcher un client ou un marché commun. Toutefois, chaque segment d'activité étant une unité commerciale distincte, un certain degré d'autonomie existe dans chaque région et/ou pays.

Le tableau suivant fait état du nombre d'employés affectés aux activités de distribution de Nortel. Elle montre que la part des employés affectés à la distribution est demeurée relativement constante au cours de la période considérée. Toutefois, les efforts de Nortel pour réduire l'effectif global n'ont pas épargné les services de distribution.

**Tableau IV.21: Part des employés de Nortel affectés à la distribution (2000 – 2003)**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Personnel affecté à la distribution | 30,425 | 17,707 | 11,911 | 11,785 |
| Nombre total d'employés de Nortel | 94,500 | 52,600 | 36,960 | 35,155 |
|  |  |  |  |  |
| *Part des employés de Nortel affectés à la distribution* | *32.2%* | *33.7%* | *32.2%* | *33.5%* |

Afin de mesurer la part proportionnelle de l'activité de distribution par rapport à l'ensemble des opérations au Canada, aux États-Unis, au Royaume-Uni, en France et dans le reste du monde, le tableau IV.22 fait état du nombre d'employés affectés aux activités de distribution par rapport au nombre total d'employés pour chacune des régions concernées.

**Highly Confidential**

**NNI_01432775**

**Tableau IV.22: Part des employés de Nortel affectés à la distribution par zone géographique (2000 – 2003)**

| Employés affectés à la distribution | Canada | États-Unis | Royaume-Uni | France | RDM | Total |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| Nombre d'employés affectés à la distribution | 2,649 | 18,224 | 3,046 | N/A | 6,506 | 30,425 |
| Nombre total d'employés | 25,900 | 38,000 | 12,440 | N/A | 18,160 | 94,500 |
| *Part des employés affectés à la distribution* | *10.2%* | *48.0%* | *24.5%* | | *35.8%* | *32.2%* |
| **2001** | | | | | | |
| Nombre d'employés affectés à la distribution | 1,306 | 8,757 | 2,085 | 322 | 5,237 | 17,707 |
| Nombre total d'employés | 13,803 | 19,314 | 5,954 | 2,977 | 10,552 | 52,600 |
| *Part des employés affectés à la distribution* | *9.5%* | *45.3%* | *35.0%* | *10.8%* | *49.6%* | *33.7%* |
| **2002** | | | | | | |
| Nombre d'employés affectés à la distribution | 838 | 5,843 | 1,205 | 184 | 3,841 | 11,911 |
| Nombre total d'employés | 10,143 | 13,777 | 2,877 | 2,486 | 7,677 | 36,960 |
| *Part des employés affectés à la distribution* | *8.3%* | *42.4%* | *41.9%* | *7.4%* | *50%* | *32.2%* |
| **2003** | | | | | | |
| Nombre d'employés affectés à la distribution | 888 | 5,587 | 1,089 | 177 | 4,044 | 11,785 |
| Nombre total d'employés | 9,431 | 12,992 | 2,752 | 2,385 | 7,595 | 35,155 |
| *Part des employés affectés à la distribution* | *9.4%* | *43.0%* | *39.6%* | *7.4%* | *53.2%* | *33.5%* |

Le nombre d'employés affectés aux fonctions de distribution figurant dans le tableau IV.22 illustre l'importance relative des fonctions de distribution pour les différentes entités de Nortel. Les chiffres des effectifs de 2003 montrent en effet qu'environ 43% des activités des États-Unis sont consacrées à la distribution. La part est de 40% au Royaume-Uni et de 8% en France; en zone RDM, environ 53% des employés sont affectés à des activités de distribution.

Dans la mesure où le nombre des employés affectés à la distribution est directement lié aux ventes à des clients tiers, il est utile d'examiner la part des ventes clients réalisée par employé affecté à la distribution.

81

**Highly Confidential**

**NNI_01432776**

**Tableau IV.23: Vente aux tiers clients par employé affecté à la distribution**

| | Canada | Etats-Unis | Royaume-Uni | France | RDM | Total |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| Total des ventes à des clients tiers (en millions de $US) | $1505 | $16,878 | $1,893 | $582 | $6,479 | $27,337 |
| Total des employés affectés à la distribution | 2,649 | 18,224 | 3,046 | N/A | 6,506 | 30,425 |
| *Ventes aux clients tiers par employé affecté à la distribution (en milliers de $US)* | *$568* | *$926* | *$621* | | *$996* | *$899* |
| **2001** | | | | | | |
| Total des ventes à des clients tiers (en millions de $US) | $937 | $8,570 | $1,220 | $271 | $6,410 | $17,408 |
| Total des employés affectés à la distribution | 1,306 | 8,757 | 2,085 | 322 | 5,237 | 17,707 |
| *Vente aux clients tiers par employé affecté à la distribution (en milliers de $US)* | *$717* | *$978* | *$585* | *$841* | *$1,224* | *$983* |
| **2002** | | | | | | |
| Total des ventes à des clients tiers (en millions de $US) | $655 | $5,390 | $682 | $203 | $3,639 | $10,569 |
| Total des employés affectés à la distribution | 838 | 5,843 | 1,205 | 184 | 3,841 | 11,911 |
| *Vente aux clients tiers par employé affecté à la distribution (en milliers de $US)* | *$782* | *$922* | *$366* | *$1,103* | *$947* | *$887* |
| **2003** | | | | | | |
| Total des ventes à des clients tiers (en millions de $US) | $587 | $5,424 | $498 | $284 | $3,400 | $10,193 |
| Total des employés affectés à la distribution | 888 | 5,587 | 1,089 | 177 | 4,044 | 11,785 |
| *Vente aux clients tiers par employé affecté à la distribution (en milliers de $US)* | *$661* | *$971* | *$457* | *$1,604* | *$841* | *$865* |

Le tableau ci-dessus montre que la part des ventes à des clients tiers réalisée par employé affecté à la distribution est sensiblement la même aux Etats-Unis qu'au

82

**Highly Confidential**

**NNI_01432777**

Canada. Le nombre d'employés affectés à la distribution est proportionnel à la taille du marché couvert par Nortel dans ces régions géographiques (mesuré par rapport aux ventes aux clients). La situation est toutefois différente pour la France et le Royaume-Uni. Le tableau ci-dessus montre en effet qu'à marché similaire, la France réalise un ratio vente / nombre d'employés dédiés à la distribution supérieur à celui obtenu au Royaume-Uni.

Afin d'analyser les activités de distribution de Nortel, il convient d'identifier les entités Nortel qui réalisent de telles fonctions. Ainsi qu'il a été décrit plus haut, certaines entités Nortel sont entièrement intégrées et réalisent des fonctions de R&D, de fabrication et de distribution. A l'inverse, certaines entités Nortel ne réalisent que de simples activités de distribution considérées comme de routine.

Les premières sont capables de conduire tout un éventail d'activités de distribution, dans la mesure où elles sont dotées d'un personnel technique et d'un personnel régional de ventes/commercialisation affecté à l'effort de vente. L'analyse suivante détaille plus avant ces fonctions. Pour les besoins de l'étude, il sera fait référence à ces entités en tant qu'« entités intégrées de Nortel ». NNSA est incluse dans cette catégorie.

Par ailleurs, les entités Nortel qui, pour leur part, ne réalisent que des fonctions de routine n'ont souvent d'autre choix que de s'appuyer sur les entités intégrées de Nortel pour conduire la vente. Aux fins de la présente analyse fonctionnelle, il sera fait référence à ces entités en tant qu'« entités de distribution de routine »[22]. Les entités de distribution de routine sont en charge des activités de vente et de distribution à l'intérieur de leur marché local. Ces activités sont généralement limitées à :

- la prestation de services liés à la vente et à l'assistance ;
- l'analyse des conditions du marché local et la fourniture d'informations relatives à ce dernier ;
- la distribution des produits Nortel sur le marché local ;
- l'installation des produits Nortel sur le site du client.

Les entités concernées par la présente analyse, peuvent être définies comme suit :

- Canada – entité Nortel intégrée ;
- États-Unis – entité Nortel intégrée ;
- Royaume-Uni – entité Nortel intégrée ;
- France – entité Nortel intégrée ;
- Reste du Monde – entités essentiellement en charge des opérations de distribution de routine, à l'exception de l'Irlande et de l'Australie.

---

[22] Il sera fait collectivement référence aux entités Nortel intégrées et aux entités de distribution habituelles de Nortel en tant qu'« entités de distribution de Nortel ».

83

**Highly Confidential**

**NNI_01432778**

Stratégie de marketing et Développement des activités promotionnelles

*La stratégie de marketing et le développement des activités promotionnelles consistent à déterminer le positionnement des produits sur un marché et à les promouvoir auprès des clients.*

Le marketing joue un rôle important dans l'industrie des télécommunications. Le fait de déterminer le message qui convient et le public auquel il doit être adressé sont des questions dynamiques pour lesquelles il n'existe jamais de réponse claire. C'est pour cette raison que le personnel de Nortel doit constamment identifier les tendances et les opportunités du marché et travailler en étroite collaboration avec le personnel de R&D pour garantir l'adéquation des campagnes promotionnelles de Nortel avec ces évolutions. Étant donné le caractère hautement technique du produit Nortel, la collaboration entre le personnel R&D et le personnel marketing est fondamentale en terme de positionnement des produits sur le marché. Le message promotionnel doit permettre de créer un effet de levier sur l'image de marque de Nortel en tant que leader du secteur des technologies investissant constamment dans le développement de produits de télécommunication à la pointe du progrès.

Les entités intégrées de Nortel sont responsables de la stratégie marketing à long terme. Le Canada définit plus spécifiquement en amont les grandes lignes de la stratégie mondiale du groupe concernant notamment l'élaboration de plans marketing à long terme. Cette définition passe par l'organisation de réunions avec le personnel d'encadrement supérieur et les responsables des ventes visant à évaluer les efforts de marketing requis, en vue de remplir les objectifs de vente à long terme.

Les entités de distribution habituelles de Nortel n'ont qu'un rôle mineur dans la définition de leur propre stratégie de développement marketing, celle-ci étant davantage déterminée au niveau des entités intégrées de Nortel. La direction donne par ces dernières vise à assurer que les entités de distribution habituelles de Nortel entreprennent des activités susceptibles de contribuer à leur succès à long terme – et à ce qu'elles ne se laissent pas, par exemple, dépasser par leurs concurrents sur leur marché local. De ce fait, les activités de marketing mises en œuvre par les entités intégrées de Nortel comprennent :

- la mise au point de la stratégie d'entreprise en matière d'objectifs, de secteurs de croissance, de positionnement sur le marché et de développement de nouvelles activités ;
- la communication autour du savoir industriel et des tendances du marché, et le développement de stratégies visant à tirer profit de ces tendances de marché ;
- le soutien aux initiatives globales mises en place et à la planification stratégique ;
- l'analyse des cibles potentielles que Nortel pourraient racheter ;
- l'évaluation des résultats des initiatives mises en œuvre, etc.

84

**Highly Confidential**

**NNI_01432779**

Marketing et publicité tactiques

*Les fonctions de marketing et de publicité tactiques englobent les activités d'évaluation des marchés, de promotion des ventes, de fidélisation, de renforcement de la confiance de la clientèle et de l'image des produits auprès des consommateurs.*

Le personnel de Nortel affecté aux activités de marketing (le personnel des entités intégrées de Nortel) est responsable des activités de marketing et de publicité. Ces activités consistent :

- à déterminer la nature du message promotionnel ;
- à déterminer à qui ce message doit s'adresser ;
- à déterminer le média approprié pour publier ce message ;
- à déterminer le budget des dépenses pour chaque média au niveau de chacun des pays ;
- à déterminer le moment auquel le message doit être envoyé (le moment par exemple où les données cycliques de l'activité commerciale sont susceptibles soit d'entraver soit de renforcer le message publicitaire) ;
- à engager/retenir les partenaires conseil pour le développement du matériel de marketing ;
- à détecter les tendances du marché ;
- à entreprendre des programmes post-marketing dans le but de déterminer l'efficacité des messages publicitaires spécifiques, etc.

Ainsi que nous l'avons noté ci-dessus, les entités de distribution habituelles de Nortel effectuent des fonctions marketing limitées à la mise en œuvre des plans mondiaux mis au point par les entités intégrées (i.e. la traduction des plans marketing en langue locale, achat des écrans et espaces nécessaires dans les magazines, sur les panneaux d'affichage, etc.) En outre ces entités sont responsables des manifestations promotionnelles locales (salons commerciaux par exemple).

Vente et détermination du prix

*Les actions de vente et de détermination du prix constituent des activités stratégiques et tactiques. La détermination du prix nécessite de trouver un équilibre entre les marges tirées de la vente des produits et le volume des ventes. Ces ajustements de la politique de prix ont pour but de répondre aux conditions locales(structurelles ou conjoncturelles) de marché, en cas d'amélioration des produits, ou pour aider les distributeurs dans leurs efforts d'adaptation à la concurrence.*

NNSA est responsable de la mise en place de l'équipe en charge de gérer le processus de vente vis-à-vis des clients de sa zone géographique. Cette équipe prend en charge la promotion de la relation clients et dirige l'effort de vente sur le marché français.

85

Du fait du caractère hautement technique des produits de la société Nortel, celle-ci a mis en place des équipes régionales d'experts (telles que les groupes Market Support Groups – « MSG » – et les Product Line Management Groups – « PLM ») pour chaque groupe de produit. De plus, des équipes MSG/PLM interviennent au cours des étapes préalables ou postérieures à la vente, en support des équipes de vente de et/ou de service à la clientèle. Ces équipes de support sont des organisations coopératives hébergées au sein des différentes entités et différents territoires juridiques. En Europe, les groupes MSG et PLM résident au Royaume-Uni, en France et en Irlande. Les équipes MSG et PLM en France gèrent les demandes des clients GSM et UMTS dans le monde, pas uniquement en France mais également au Moyen-Orient et en Afrique.

Les équipes GSM et MSG/PLM localisées en France accomplissent tout un éventail de fonctions de support des produits et des services des entités de distribution de Nortel globalement, et ce dans les domaines suivants :

- **Pré-vente** : Le soutien aux activités de pré-vente consiste à fournir aux équipes de vente l'expertise technique fondamentale destinée à garantir de nouvelles opportunités de revenus, qu'elles proviennent de clients existants ou de prospects. L'équipe pré-vente combine ainsi une expertise technique, une maîtrise des activités de vente et de commerce et une connaissance du marché et de la concurrence. Ces éléments sont ensuite appliqués de manière proactive afin d'amener Nortel à concentrer ses efforts sur des clients spécifiques et à lui permettre d'allouer des ressources en fonction de ces clients.

- **Marketing produit** : Cette fonction comprend le développement de stratégies commerciales pour le GSM et l'UMTS pour une zone géographique donnée. Elle consiste à garantir le développement en temps voulu de produits en vue de la satisfaction des besoins de chaque région. Elle consiste également à assurer la communication entre la communauté R&D et les unités de fabrication (principalement autour des critères de produits des lignes commerciales régionales) et à garantir le développement de produits conformément aux impératifs du marché. Le marketing produit concerne également la préparation interne et externe (chez les clients) de l'introduction de nouveaux produits et de nouvelles fonctionnalités GSM/UMTS dans la région.

- **Services marketing**: cette fonction consiste à identifier et à traiter les opportunités grâce à une planification à moyen et à long terme, à travers la fourniture des données régionales d'information et d'analyse. L'équipe a également pour rôle de s'assurer que toute proposition GSM/UMTS de Nortel est présentée efficacement au marché, à travers un usage coordonné des moyens de communication de marketing – parmi lesquels la publicité, la presse, les salons, les documents de marketing et le marketing direct.

86

**Highly Confidential**

**NNI_01432781**

- **Opérations techniques** : Cette fonction comprend la prestation de services d'assistance technique, la gestion de projet et la conception et l'engineering de réseau pour les clients GSM/UMTS de Nortel de la région concernée par un tel support. Les groupes d'assistance technique sont responsables de la résolution des problèmes de réseau des clients, du conseil concernant les implémentations majeures de réseau, et des tests clients au cours de la période d'installation. Ce groupe a par ailleurs pour fonction de transmettre aux équipes de R&D et de fabrication l'information relative à tout problème et toute opportunité détectée à travers son expérience pratique.

**Processus de vente**

*i) Développement*

a) Réponse aux demandes de renseignements

D'importants clients potentiels adressent régulièrement à Nortel des "demandes de renseignements". Sur la base des critères techniques présentés dans la demande de renseignements, NNSA procure l'information concernant la technologie employée par le Groupe Nortel, les détails techniques de la solution proposée, les concepts de réseau, le prix budgété (généralement beaucoup plus élevé que l'offre finale), les tendances actuelles du marché de l'industrie des équipements de télécommunications, les nouvelles technologies et les services pouvant potentiellement être fournis à l'opérateur, etc.

Le processus de préparation de la réponse à une demande de renseignements nécessite un délai important (habituellement un à deux mois) et engage des experts des diverses entités du Groupe Nortel. Le rôle de l'entité de distribution habituelle dans le processus consiste à coordonner les efforts des différentes activités des membres du Groupe Nortel et à assurer le lien avec le client potentiel. Les experts techniques du Groupe Nortel, hors entités de distribution habituelles de Nortel (à savoir les groupes MSG/PLM), assurent les fonctions les plus complexes et qui nécessitent un investissement en temps important - en lien avec les aspects techniques de l'offre. Les fonctions de l'entité de distribution habituelle ont pour principal objectif d'assurer le lien avec le client potentiel.

Sans le soutien des diverses équipes du personnel du Groupe Nortel, l'entité de distribution habituelle serait dans l'impossibilité de répondre aux demandes de renseignements des clients. En effet, ces entités n'emploient pas de personnel doté des compétences techniques et de la spécialisation nécessaires pour une telle fonction.

87

**Highly Confidential**

**NNI_01432782**

b) Ciblage des clients potentiels

Nortel cible également ses clients potentiels sur la base de ses propres analyses. Cette démarche nécessite parfois de procéder à divers types de recherches et/ou d'utiliser des contacts (à travers des groupements commerciaux, des contacts externes, le rassemblement des données émanant de l'industrie, des médias et des communiqués, etc.). Certaines des opportunités de vente sont développées à partir de la force de vente locale, tandis que d'autres affaires attribuables à l'entité de distribution habituelle peuvent être pilotées par d'autres membres du Groupe Nortel. La force de vente locale effectuera le suivi des concessions de licences des télécommunications. Les affaires dont NNSA est responsable peuvent également s'opérer hors de France. Cela est principalement dû au fait que la majorité des clients des télécommunications sont des sociétés multinationales. Le cas échéant, l'entité de distribution habituelle peut être informée par le membre du Groupe Nortel résidant dans le pays où la société mère est implantée de l'existence d'un client potentiel dans le pays concerné. Le flux de l'information entre NNSA et les entités du Groupe Nortel pourra concerner :

- la question de savoir qui/quelle entreprise est susceptible de solliciter une assistance ;
- les produits et services qu'un client potentiel peut être amené à acheter ;
- les contraintes budgétaires de l'entité locale ;
- la contribution du personnel du Groupe Nortel requise auprès de l'entité locale ;
- la fixation du calendrier (la date à laquelle l'entité locale a besoin des services/produits) ;
- divers autres points.

NNSA agit en tant qu'interlocuteur de la filiale locale, mais dans un certain nombre de cas le Groupe Nortel pourra également s'investir pour l'obtention de l'affaire, afin d'amener le client potentiel à acheter les produits de Nortel. Les efforts commerciaux entrepris par NNSA comme par les autres membres du personnel du Groupe Nortel dans la définition des nouvelles affaires, (i.e. aborder les clients potentiels, déterminer le produit de Nortel requis par ces derniers, adapter les besoins du client à ses contraintes budgétaires, etc.) sont réalisés au bénéfice de l'entité de distribution habituelle et du Groupe Nortel. Si ces fonctions n'étaient pas assurées par d'autres membres du Groupe Nortel, l'entité de distribution habituelle ne serait pas en mesure d'obtenir la vente de produits au client potentiel. Les entités de distribution habituelles ne possèdent pas les ressources et le personnel nécessaire pour assumer ces fonctions. L'embauche du personnel requis en matière d'assistance au processus de vente représente un coût prohibitif pour l'ensemble des distributeurs de Nortel. Nombre des pays dans lesquels ils opèrent manquent de l'expertise technique suffisante pour exercer de telles fonctions sur le plan local.

**Highly Confidential**

**NNI_01432783**

Il est important de préciser que beaucoup d'efforts sont consacrés à l'identification et à l'approche des cibles de vente potentielles au sein du pays concerné par le distributeur local comme par le personnel du Groupe Nortel. Il ne s'agit pas simplement de passer en revue les publications commerciales et industrielles et/ou de choisir un client existant puis d'approcher, par exemple, la filiale française de ce client. En réalité, la définition d'une cible de vente potentielle et la mise en place de la relation client est un processus qui peut parfois durer plusieurs années. Cela implique l'engagement de divers membres du personnel technique, de recherche de marché, des services financiers, etc., de manière à cibler les bons clients. En d'autres termes, ainsi que nous l'avons évoqué ci-dessus, l'industrie des télécommunications est un secteur hautement concurrentiel. Par conséquent, il est essentiel que le Groupe Nortel ne cible que les clients suffisamment fiables, susceptibles d'acheter des produits Nortel, qu'il est possible d'approcher (c'est à dire des clients qui n'ont pas signé de contrats à long terme établissant leur relation exclusive à un  fournisseur des télécommunications), dotés des capacités techniques d'utilisation des produits de Nortel, représentant une opération rentable pour le Groupe Nortel, etc. En d'autres termes, différentes équipes du personnel du Groupe Nortel consacrent beaucoup de temps et dépensent des sommes importantes afin que le Groupe Nortel et l'entité locale de distribution habituelle travaillent uniquement à l'obtention de ventes qui lui soient favorables.

### ii) Identification des besoins des clients et développement des propositions de vente

Une fois le client potentiel identifié et la relation clientèle entamée, l'approche du client potentiel peut commencer. Toutefois, cette tâche se différencie de ce à quoi l'on assiste en général dans les autres secteurs industriels, pour lesquels il s'agit d'un processus relativement simple consistant à approcher un client potentiel et à tenter de lui vendre un produit spécifique. La vente au niveau régional constitue un travail d'équipe.  De nombreux employés de différents domaines d'activités (dont la vente) se retrouvent impliqués à tous les stades du processus de vente en raison de la complexité des produits et des services proposés par le Groupe Nortel. Ils ont ainsi impliqués dans la gestion de la relation client, la réponse à leurs questions, la fourniture de renseignements au client potentiel, et la conclusion de la vente :

- Direction générale – La direction générale de la zone EMEA ainsi que la direction française se sont souvent directement impliquées dans la plupart des ventes réalisées sur le territoire de NNSA. Cela s'explique par le fait que le potentiel de vente peut s'élever à plusieurs millions de dollars de revenus et que le risque de perte de telles ventes au profit de concurrents du Groupe Nortel est important. C'est la raison pour laquelle l'action vis-à-vis des clients potentiels requiert l'implication de la direction générale dans le processus de vente afin de manifester l'engagement du Groupe Nortel de fournir au client la plus grande qualité de service. Le Responsable Pays assume ainsi les fonctions de vente et de gestion des questions statutaires locales et rend compte de son activité auprès de l'ensemble des lignes d'activité.

89

90

- Personnel d'engineering et technique – Le terme "ingénieur" est relativement large et inclut une grande variété d'employés i.e. ingénieurs logiciels, ingénieurs matériels, ingénieurs structurels (en charge notamment d'adapter un produit Nortel à un espace spécifique), ingénieurs informatiques, etc. Les ingénieurs sont souvent sollicités dans le cadre du processus de vente pour traiter un certain nombre de questions et soutenir la fonction de vente. Ils peuvent par exemple être appelés à répondre aux questions suivantes :

    - La performance du produit de Nortel répondra-t-elle au souhait du client ?
    - La performance du produit peut-elle être adaptée à un usage particulier ?
    - Le produit peut-il être adapté pour s'insérer dans un espace particulier ?
    - Le produit sera-t-il opérationnel dans des conditions atmosphériques/climatiques données ?
    - Un code logiciel spécifique peut-il être écrit afin d'adapter le produit à l'usage requis ?
    - Le produit proposé peut-il être adapté de manière à être rendu compatible avec des produits autres que ceux de Nortel ou des produits d'ancienne génération utilisés par le client potentiel ? Etc.

En fait, les questions auxquelles les ingénieurs peuvent potentiellement avoir à répondre (et auxquelles ils ont déjà été amenés à répondre) sont nombreuses et variées. Étant donné le caractère technique des produits Nortel, la participation des groupes d'ingénieurs au processus de vente est critique. Les ingénieurs participent ainsi à la résolution des problèmes soulevés par le personnel technique du client, qui ne sont pas des décideurs, mais qui joueront un rôle influant dans le processus de décision. Une fois ce personnel convaincu par les fonctionnalités du produit Nortel, les conditions financières constituent le dernier obstacle aux négociations. NNSA emploie ainsi plus de 180 ingénieurs qui apportent leur assistance au processus de vente des produits.

Dans une société de distribution standard, l'implication des ingénieurs en charge de la définition des produits n'est normalement pas requise. Toutefois, rappelons que le Groupe Nortel est engagée sur le marché des technologies de télécommunication dont la complexité des produits requiert l'intervention des ingénieurs dans une partie du processus de vente.

Les ingénieurs aident le client potentiel à comprendre les produits de Nortel et leur fonctionnement. Le dialogue autour de ces efforts de vente comportant une importante composante technique, il est très courant pour le client potentiel de participer aux présentations/réunions de vente avec sa propre équipe d'ingénieurs. Les deux parties sont ainsi en mesure de négocier avec un niveau de compétence technique équivalent.

Highly Confidential

NNI_01432785

Les ingénieurs des ventes des entreprises Nortel engagées habituellement dans des fonctions de distribution maîtrisent leur domaine de compétence. Toutefois, ils ne participent au processus de vente qu'à titre de généralistes, compte tenu de la complexité des produits. Souvent, les ingénieurs des entreprises de Nortel affectées aux fonctions de distribution habituelles en France, au Moyen-Orient et dans le reste du monde requerront l'assistance des autres ingénieurs du Groupe Nortel (à savoir les entités intégrées de Nortel), qui sont des spécialistes des lignes de produits et de services. En effet, le Groupe Nortel vend des milliers de configurations de produits et de services et les entreprises de distribution habituelles manquent tout simplement des effectifs nécessaires pour proposer elles-mêmes ces services. Encore une fois il n'est pas économiquement envisageable pour les entités de chaque pays de la structure opérationnelle du Groupe Nortel, d'embaucher/de retenir un personnel important. En revanche, il est plus intéressant pour le Groupe Nortel de disposer d'un pool centralisé de talents dans lequel les entités de distribution habituelles peuvent puiser en cas de besoin.

- R&D – NNSA emploie du personnel R&D fournissant une assistance dans le cadre du processus de vente au niveau local ainsi qu'aux entités de distribution habituelles de Nortel, qui n'emploient généralement pas de personnel R&D.

Les précédents commentaires relatifs à la nécessité de l'implication du personnel R&D dans le processus de vente valent également eu égard au personnel d'engineering. Toutefois alors que le personnel d'engineering sera davantage impliqué dans l'explication au client potentiel de la manière dont un produit spécifique fonctionne et des bénéfices que le produit est susceptible de lui procurer, le personnel R&D pourra avoir à aborder des questions techniques plus délicates. Le client peut par exemple demander comment le produit se comportera à une température de –50 degrés. Si aucune réponse à cette question n'existe, l'intervention du personnel R&D sera nécessaire.

Le travail de recherche lié aux questions posées au personnel R&D est souvent difficile, complexe et coûteux. Toutefois, la réponse à ces questions est bien souvent importante pour le processus de vente. Si on utilise l'exemple ci-dessus des performances du produit à -50°, il ne s'agit pas simplement de placer le produit dans une chambre froide. De nombreuses tâches, devront être accomplies, telles que :

- la détermination du lieu de test du Groupe Nortel le plus performant/approprié ;
- le reproduction du climat exact du client potentiel, en prenant en compte non seulement la température mais également le taux d'humidité, les fluctuations de température, les particules en suspension dans l'air, les équipements auxiliaires et les câbles à utiliser, etc.;
- des tests complets du produit dans des conditions normales de fonctionnement afin de s'assurer qu'il fonctionne correctement ;
- des tests complets du produit dans les conditions climatiques exactes et dans celles du client pendant une période prolongée ;

**Highly Confidential**                                                                          **NNI_01432786**

&ndash; des tests supplémentaires afin de déterminer la manière dont le produit
fonctionnera en cas de variation de l'une ou l'autre des conditions ;

92

**Highly Confidential**

**NNI_01432787**

93

- la préparation d'une documentation complète concernant la méthodologie et les résultats des tests;
- la rencontre avec le client potentiel pour discuter des résultats du travail de R&D entrepris.

En pratique, l'implication du personnel de R&D peut être sollicitée pour répondre à des questions d'une complexité et d'une technicité qui dépassent la portée de ce rapport.

L'implication du personnel de R&D ne consiste pas uniquement à répondre aux questions du client mais également à émettre des suggestions d'approches et de solutions susceptibles de le satisfaire. Ce processus, à savoir le processus consistant à entreprendre des travaux supplémentaires de R&D dans le but de répondre aux attentes du client, représente une tâche souvent encore plus immense et coûteuse que celle décrite précédemment. Dans ce dernier cas, une quantité assez considérable de tests, de modifications dans la conception, de recherches et de développements de divers prototypes de produits doit être entreprise. Il s'agit en réalité de recherche pure (par opposition à la recherche appliquée). Cependant, en cas de potentiel de vente suffisamment significatif, un important personnel de R&D se trouvera impliqué afin de développer un produit qui satisfasse le client.

Il convient de noter que les produits développés par le personnel de R&D et les coûts associés ne sont pas supportés par les entités de distribution habituelles de Nortel. La responsabilité des coûts et la propriété des éléments incorporels développés reviennent à l'entité par laquelle les coûts ont été engagés.

*iii) Mise au point de la stratégie de détermination du prix*

La détermination du prix des équipements et services de télécommunications constitue essentiellement une tâche de renseignement stratégique.

La détermination du prix des équipements et des services de télécommunications dépend d'un ensemble de facteurs – conditions de marché local et international, concurrence, type de produit standard ou personnalisé, impératifs d'installation et de maintenance, coûts des produits, transport et douanes, services à valeur ajoutée, cours de change des différentes devises, etc. Comme pour tout le reste au sein du Groupe Nortel et de l'industrie des télécommunications, la détermination du prix des produits et des services de télécommunications constitue un processus hautement complexe, qui requiert l'intervention d'un personnel important doté de diverses compétences. Les fonctions des groupes susceptibles de se trouver impliqués comprennent : la vente, l'engineering, la R&D, le juridique, la recherche de marché, la trésorerie, la finance, la logistique, les services en charge des problèmes fiscaux et de douanes, le service clientèle/installation, la maintenance.

Là encore, la détermination du prix est un processus dont la complexité s'explique par : les caractéristiques uniques du produit ; le fait qu'il n'y ait pratiquement jamais deux

93

**Highly Confidential**

**NNI_01432788**

ventes identiques – l'achat d'équipement et de services de télécommunications ne procède pas de la même démarche que celle des produits d'un distributeur classique.

**Highly Confidential**

**NNI_01432789**

Pour toutes ces raisons, le processus de détermination du prix requiert un effort combiné de nombreux groupes de différents pays, concernés par chacun des aspects de ce processus.

Une "matrice d'approbation" est utilisée dans le cas où l'entité en charge de la vente souhaite proposer des produits à des montants autres que les montants standards. Il convient de se conformer strictement aux prix standard, ainsi qu'à la matrice servant à établir les niveaux d'approbation devant être obtenus préalablement à l'exécution d'une vente – ce faisant, l'entité locale de distribution de Nortel est assurée de retirer des revenus optimisés. L'approbation doit être reçue préalablement à l'exécution d'une vente ne respectant pas le prix standard. Le prix varie en effet, dans la plupart des cas, par rapport au prix standard, ce dernier étant considéré comme un point de départ dans la détermination d'un prix de vente au client.

La procédure de détermination du prix des produits et des services standard, dans une large mesure semblable à celle des projets de grande ampleur, est un processus complexe. Les facteurs de détermination du prix consistent :

- à faire en sorte que l'entité de distribution locale de Nortel demeure compétitive à l'intérieur de son propre marché en veillant à ne pas fixer un prix qui soit ni trop élevé pour ne pas se retrouver hors compétition, ni trop bas pour ne pas risquer de réduire ses marges de profit (ou de vendre à perte);
- à prendre en compte l'évolution des conditions de marché au niveau local et dans le reste du monde en tant que facteur de détermination du prix des produits;
- à prendre en compte l'évolution des prix de la concurrence et à la refléter par la modification de ceux des produits de Nortel.

Les entités de distribution de Nortel fournissent l'information et le feedback nécessaires au Groupe Nortel permettant de déterminer un prix compétitif. L'entité de distribution habituelle de Nortel bénéficie de ce soutien et des conseils précieux des autres membres du Groupe Nortel aux fins de garantir la fixation de prix compétitifs.

En 2002, les cinq plus gros clients représentaient environ 20% des revenus annuels réalisés en France. Il s'agissait de :

Bouygues Telecom – 8%

Orange France – 7%

T-Mobile – 1%

Mobilkom – 1%

<u>Réseaux de distribution</u>

*Les réseaux de distribution ont pour fonction d'identifier les clients, de déterminer leurs besoins et de leurs fournir les services et produits. La valeur ajoutée par les réseaux de distribution permet de renforcer la valeur de la marque Nortel.*

95

**Highly Confidential**

**NNI_01432790**

En général, les entités de distribution de Nortel agissent en tant que distributeurs au sein de leur zone géographique respective. Selon la ligne de produits, chacune de ces entités peut employer des sous-distributeurs afin de commercialiser leurs produits. Par exemple, les produits Enterprise sont parfois vendus par l'intermédiaire de distributeurs, tandis que les produits Wireless sont souvent vendus directement aux clients et utilisateurs finaux (aucun sous-distributeur n'est impliqué).

Traitement des commandes

*Le traitement des commandes consiste d'une part à enregistrer les commandes clients et à les transmettre au service opérations, d'autre part à s'assurer que ces commandes soient accompagnées des spécifications nécessaires, et enfin à faire parvenir les produits jusqu'au département logistique et à informer le service comptable de la facturation.*

NNSA est responsable de l'enregistrement des commandes et de la facturation d'un certains nombre de clients, principalement en Europe et pour la ligne de produits « sans fil ».

Lorsque NNSA requiert un produit spécifique, elle émet un ordre d'achat en entrant les données adéquates dans le système de commande de produit Nortel. Il s'agit d'un système sophistiqué qui déterminera automatiquement si le produit demandé figure dans les stocks de la partie à l'origine de la vente ou acheminera la commande, le cas échéant, à destination de l'usine française de Nortel ou du fabricant (les fabricants sont mis en relation entre eux par le biais du système de commande de produit de Nortel).

Le Groupe Nortel conçoit une gamme très étendue de produits et de services. L'équipement à livrer sur le(s) site(s) d'un client peut représenter des milliers de composants comprenant des disques logiciels et du matériel informatique volumineux. La plupart des produits vendus par Nortel sont en outre considérés comme des produits fragiles et doivent être transportés dans des conditions de sécurité optimales. D'importants efforts doivent être entrepris pour garantir que les biens ne sont pas endommagés lors du transit, que l'assurance adéquate a été obtenue et que les mesures nécessaires en matière de transport international des biens ont été prises.

Le processus de logistique externe comporte généralement trois étapes :

(i) La détermination des biens qui doivent être commandés, de la date de leur expédition, la gestion du processus d'expédition à destination d'un entrepôt ou du site d'un client ;

(ii) La réception des biens par l'entrepôt de la tierce partie (s'ils ne sont pas directement expédiés vers le site du client) ;

(iii) La détermination des biens à expédier depuis l'entrepôt de la tierce partie (s'ils ne sont pas directement expédiés vers le site du client), la date de leur expédition et la gestion du processus d'expédition vers le site du client.

96

**Highly Confidential**

**NNI_01432791**

L'entité de fabrication de Nortel est garante de l'emballage des biens transportés et réceptionnés par le personnel de l'entrepôt du tiers, ainsi que de la négociation des contrats globaux avec les sociétés de transport et des contrats de logistique. Quoiqu'il en soit, pour les produits fabriqués en France, NNSA doit supporter les coûts de transport les moins élevés possible et reste responsable de la supervision de la logistique afin de s'assurer que les produits sont livrés et que la commande du client est honorée.

**Highly Confidential**

**NNI_01432792**

*DIRECTION GÉNÉRALE ET ADMINISTRATION*

<u>Vue d'ensemble</u>

NNSA est responsable de la conduite des activités de direction générale et d'administration en lien avec ses opérations. En tant que société mère de Nortel, l'entité du Canada conduit certaines activités relevant des fonctions de siège social en appui aux directions générales de l'ensemble des entités du Groupe Nortel. Les États-Unis, le Royaume-Uni et la France conduisent également des activités relevant de ce type de fonctions comprennent: la finance, la trésorerie, les systèmes d'information, la formation, les ressources humaines, l'audit juridique et interne.

Le tableau suivant présente le nombre d'employés affectés à des activités de direction générale et d'administration (« DG&A »). Elle montre que la proportion d'employés affectés à l'activité DG&A est demeurée relativement constante au cours de la période considérée.

**Tableau IV.24: Part des employés DG&A de Nortel (2000 – 2003)**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Employés DG&A | 21,035 | 10,983 | 7,704 | 6,826 |
| Nombre total des employés de Nortel | 94,500 | 52,600 | 36,960 | 35,155 |
|  |  |  |  |  |
| *Proportion d'employés affectés à l'activité DG&A de Nortel* | *22.2%* | *20.9%* | *20.8%* | *19.4%* |

98

**Highly Confidential**

**NNI_01432793**

Afin d'évaluer l'importance relative des activités DG&A par rapport à l'ensemble des opérations réalisées au Canada, aux États-Unis, au Royaume-Uni, en France et dans le reste du monde, le tableau IV.25 fait état du nombre d'employés affectés aux activités DG&A par rapport au nombre d'employés pour chacune des régions concernées.

**Tableau IV.25: Part des employés DG&A de Nortel (2000 – 2003) par zone géographique.**

| Employés DG&A | Canada | États-Unis | Royaume-Uni | France | RDM | Total |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| Nombre d'employés DG&A | 6,010 | 5,435 | 1,437 | N/A | 8,153 | 21,035 |
| Total Employés | 25,900 | 38,000 | 12,440 | N/A | 18,160 | 94,500 |
| *Part des employés G&A* | *23.2%* | *14.3%* | *11.6%* | | *44.9%* | *22.2%* |
| **2001** | | | | | | |
| Nombre d'employés DG&A | 2,577 | 2,407 | 758 | 431 | 4,810 | 10,983 |
| Total Employés | 13,803 | 19,314 | 5,954 | 2,977 | 10,552 | 52,600 |
| *Part des employés G&A* | *18.7%* | *12.5%* | *12.7%* | *14.4%* | *45.5%* | *20.9%* |
| **2002** | | | | | | |
| Nombre d'employés DG&A | 2,001 | 1,580 | 414 | 310 | 3,399 | 7,704 |
| Total Employés | 10,143 | 13,777 | 2,877 | 2,486 | 7,677 | 36,960 |
| *Part des employés G&A* | *19.7%* | *11.5%* | *14.4%* | *12.4%* | *44.2%* | *20.8%* |
| **2003** | | | | | | |
| Nombre d'employés DG&A | 1,829 | 1,512 | 413 | 261 | 2,811 | 6,826 |
| Total Employés | 9,431 | 12,992 | 2,752 | 2,385 | 7,595 | 35,155 |
| *Part des employés G&A* | *19.4%* | *11.6%* | *15.0%* | *10.9%* | *37.0%* | *19.4%* |

Les chiffres figurant dans le tableau IV.25 concernant le nombre d'employés affectés à des fonctions de DG&A illustrent l'importance relative de ces activités par rapport aux différentes entités de Nortel. Étant donné son rôle en tant que société mère du Groupe Nortel, on pourrait s'attendre à ce que la part des employés DG&A du Canada soit supérieure. C'est effectivement le cas si l'on compare les activités DG&A du Canada à celles des États-Unis et du Royaume-Uni. Toutefois, la part des employés RDM de DG&A est nettement plus importante qu'au Canada, aux États-Unis, en Grande-Bretagne et en France. Cela s'explique en partie par la source ayant servi à compiler les données ci-dessus. Nortel définit le nombre des employés par catégorie fonctionnelle. Certaines de ces catégories, dont fait par exemple partie « Union/Autre », comprennent les employés affectés aux tâches de R&D, de fabrication, de distribution et de direction générale. De plus, la plupart des opérations reste du monde concernent des activités spécifiques (fonction de distribution par exemple) et tendent à représenter des entreprises plus réduites incapables de réaliser des économies d'échelle en lien avec les activités DG&A.

99

**Highly Confidential**

**NNI_01432794**

Les fonctions DG&A accomplies à divers degrés par chacune des entités de Nortel avec l'appui du Canada comprennent : finance, trésorerie, systèmes d'information, formation, ressources humaines, audit juridique et interne.

<u>Finance</u>

Le département financier de NNSA compte 80 personnes et englobe les aspects suivants:

- détermination du ratio optimal de la dette et des autres liquidités ;
- aide à la détermination d'une structure opérationnelle financière optimale ;
- aide à la préparation des états financiers annuels ;
- développement de politiques de management concernant la manière de gérer les soldes des comptes débiteurs et créditeurs ;
- développement et maintien des systèmes de reporting SAP/Oracle appropriés ;
- analyse et rapprochement des comptes de bilan, budgets, projections et autres états financiers ;
- préparation des rapports financiers aux fins de leur diffusion en interne et aux parties intéressées (par exemple les institutions financières et les clients soucieux de ne traiter qu'avec des sociétés financièrement saines) ;
- développement et maintenance d'un système d'information et de ses infrastructures destinés au support des applications commerciales appropriées;
- développement, mise en oeuvre et maintenance de stratégies pour les applications de nouvelle génération modifiées en vue de traiter avec des entreprises de nature plus complexes ;
- développement et maintenance d'un système de transaction et d'un système financier destinés à gérer les impératifs commerciaux et les besoins clients;
- maintenance, développement et support des systèmes administratifs internationaux;
- préparation centrale et contrôle des diverses questions fiscales, de la planification fiscale et de la gestion du risque fiscal et contrôle du respect des dispositions fiscales ;
- préparation et gestion des règles d'immobilisations ;
- contrôle et confirmation du respect des pratiques standard optimales.

**Highly Confidential**

**NNI_01432795**

<u>Trésorerie</u>

L'équipe de trésorerie globale, composée à la fois de professionnels de la trésorerie d'entreprise et de la trésorerie régionale, est responsable :

- de la gestion des soldes bancaires globale et de l'investissement;
- de la gestion des liquidités globales ;
- de la gestion effective du risque financier résultant de l'activité globale de Nortel, y compris le risque de change, de taux d'intérêt, de crédit et de contrepartie ;
- de la gestion des garanties d'exécution, des lettres de crédit et des garanties ;
- de l'efficacité de la structure du capital, y compris de la gestion des conditions de crédit de Nortel, des dettes à des tiers et des capitaux propres, des relations entre banque et agence de notation ;
- du contrôle du respect de la politique et des procédures globales établies par le groupe.

Les équipes régionales de trésorerie travaillent directement avec les financiers et commerciaux régionaux en vue de comprendre et de répondre : aux impératifs de financement local de l'entreprise, aux engagements d'exécution, à la gestion des disponibilités et de l'investissement à court terme et à la gestion, par des mécanismes de compensation, des risques connus de taux de change. Les prévisions en matière de disponibilités sont réalisées au niveau de la région, ce qui permet au trésorier régional d'identifier et de gérer efficacement les risques de change et de liquidités.

L'équipe Corporate Finance, située au sein des locaux de Nortel au Canada, est responsable du financement de l'entreprise à long terme. En collaboration avec le groupe Finance Planning, qui fournit des prévisions financières, l'équipe Corporate Finance est en mesure d'évaluer les impératifs de financement total à long terme sur la base notamment du calcul des fluctuations du capital et des objectifs d'investissement. Elle émet des recommandations quant à l'objectif de ratio dette, capitaux propres à atteindre. L'équipe est également responsable de la mise en œuvre de stratégies de financement compatibles avec l'objectif de structure du capital afin d'assurer un financement efficace de l'entreprise calculé sur la base du coût moyen pondéré du capital.

Le financement de la dette est également évalué en fonction de l'objectif de structure du capital. L'entreprise a accès au financement de la dette au sein des marchés de capitaux, notamment le marché bancaire.

Le financement global inter-entreprises est coordonné et géré de manière centralisée. Les structures de financement sont conçues de manière à garantir une utilisation efficace des liquidités sur la base des besoins locaux en liquidités, des taxes internationales et des considérations légales et réglementaires.

**Highly Confidential**

**NNI_01432796**

Les équipes financières régionales sont soutenues par les trésoriers professionnels, dont 2 sont situés en France, qui sont responsables :

- des finances de l'entreprise ;
- du reporting global ;
- de l'établissement de normes de trésorerie globale comprenant la politique et les procédures globales ;
- de la gestion du système de trésorerie globale de Nortel ;
- du suivi et de la gestion centralisée du risque de crédit ;
- de la gestion des conditions de crédit de Nortel ;
- de la gestion coordonnée des relations globales entre banque et agence de notation ;
- de la gestion du risque de trésorerie globale comprenant la gestion centralisée du risque de taux d'intérêt ;
- de la gestion effective des impératifs globaux d'assurance de Nortel.

Le groupe Corporate Risk Management (qui fait partie du groupe Global Treasury) est en charge de l'évaluation permanente des risques de propriété et de sinistre de l'entreprise. Le groupe Corporate Risk Management a pour fonction en outre d'évaluer les produits d'assurance disponibles sur le marché de l'assurance ainsi que de procéder à l'étalonnage concurrentiel des normes au niveau du groupe Nortel et du secteur industriel dans son ensemble. Sur la base de cette information, le groupe Corporate Risk Management formule des stratégies de couverture incorporant les limites d'assurance recommandées et les niveaux déductibles/de rétention qui procureront à l'entreprise la meilleure valeur économique au regard du coût des programmes d'assurance comparé à la valeur du transfert de risque. La décision ultime d'acquérir un programme global d'assurance donné revient au Trésorier en concertation avec les autres membres de la direction générale tels que les Directeurs Financiers et Juridiques. La souscription à certaines polices locales a lieu conformément aux impératifs d'ordre statutaire des unités commerciales locales.

<u>Information Systems (Systèmes d'information)</u>

La fonction Information System (Systèmes d'information – « IS ») joue un rôle majeur de support à travers l'ensemble de la chaîne d'approvisionnement en fournissant l'infrastructure, les ressources informatiques et le réseau nécessaires aux initiatives telles que l'eBusiness, l'intégration de processus et à l'amélioration de la rapidité des échanges des données.

Au cours des dernières années, la fonction IS de Nortel s'est modifiée du fait de la stratégie d'externalisation de l'entreprise.

**Highly Confidential**

**NNI_01432797**

- En juillet 2000, la décision a été prise de sous-traiter le travail de 2 700 employés auprès de Computer Sciences Corporation ("CSC"), un des principaux fournisseurs internationaux de services de technologies de l'information (« TI ») pour les marchés commerciaux et gouvernementaux. Ses services comprennent l'externalisation des équipes et des systèmes existants, l'intégration de systèmes et le conseil en TI et en management.

**Highly Confidential**

**NNI_01432798**

- En Janvier 2002, le contrat avec CSC a été modifié de manière à procéder à des ajustements en vue d'une réduction de l'infrastructure rendue nécessaire par la diminution des bénéfices et la baisse des volumes.

L'apport essentiel de la fonction IS est la simplification des opérations quotidiennes de Nortel grâce à la standardisation des processus commerciaux à travers toute la chaîne de valeur élargie. Le groupe IS a mis en œuvre l'un des réseaux les plus étendus et les plus avancés au monde sur le plan technique entièrement bâti à partir de produits Nortel.

L'activité de la division IS de NNSA contient environ 20 personnes, et est organisé autour des pôles suivants :

i) Product Development Solutions (Solutions de développement de produits – (« PDS ») – Cette organisation propose des environnements rentables et de grande qualité pour le développement de produits permettant à la R&D de maximiser la valeur des prestations de Nortel pour ses clients. L'organisation PDS est entièrement destinée au support de l'organisation globale de R&D de Nortel.

ii) Value Chain Solutions (Solutions de chaîne de valeur) – Cette organisation est responsable des applications destinées à la Vente, au Marketing et aux Opérations globales, parmi lesquelles le Customer Service (Service Clients).

iii) Finance Solutions (Solutions finance) – Cette organisation fournit des solutions permettant d'améliorer la capacité de l'entreprise à maintenir les plus hauts niveaux de conformité SEC et SOX et de transformer les systèmes de gestion financière et les processus globaux de Nortel.

iv) Human Resources and Legal Solutions (Ressources humaines et Solutions légales) L'activité de cette organisation est axée sur la fourniture de solutions IS à la pointe de la technologie destinée à assurer un support efficace de ces fonctions au sein du groupe Nortel.

v) Technology Services (Services technologiques) – Cette organisation fournit des services partagés en appui à l'ensemble des solutions IS à l'échelle globale comprenant la mise en réseau de la voix et des données, l'infrastructure informatique et de stockage, les services TI liés à la sécurité et au multimédia. Cette organisation est en outre responsable des services Wireless et Carrier et des systèmes de support technologique. Moyennant un soutien direct à la R&D et à la vente, l'accent est également mis sur l'engagement produit, l'introduction de nouveaux produits et la présentation des solutions Nortel.

104

**Highly Confidential**

**NNI_01432799**

vi) <u>Service Delivery (Prestation de services)</u> – Cette organisation est responsable de l'engagement client, de l'introduction et de la gestion de l'ensemble des services IS y compris les solutions d'informatique personnelle. Ce groupe se consacre essentiellement à la fourniture de solutions IS à destination des employés et au renforcement de la qualité des services. En partenariat avec CSC et d'autres fournisseurs, cette organisation gère les services fournis localement, parmi lesquels les solutions informatiques personnelles, la messagerie, les services voix et données, les services multimédia et l'accès aux applications.

vii) <u>Business Management & Vendor Compliance (Gestion commerciale & Conformité des fournisseurs)</u> – Cette organisation est responsable du management IS et de la définition de la stratégie IS, des pratiques de gestion commerciale IS transversale, parmi lesquelles la gestion de l'investissement, la mesure des performances, la gestion de projet et les communications. Ce groupe gère également le respect des contrats avec les fournisseurs informatiques de l'entreprise et assume la responsabilité des normes d'audits et de la composante IS de la fonction Mergers, Acquisitions and Divestitures (Fusions, Acquisitions et Cessions).

viii) <u>Europe, Middle East and Africa (Europe, Moyen-Orient et Afrique – « EMEA »)</u> – Cette organisation pourvoit aux solutions, aux processus et à l'infrastructure de l'activité Nortel EMEA, de ses clients et de ses fournisseurs, de manière à leur procurer à tous efficacité et performance dans leurs opérations commerciales.

ix) <u>Greater China and Asia Pacific (Chine élargie et Asie-Pacifique – « GCAP »)</u> – Cette organisation assume l'entière responsabilité et la fonction d'introduction des Solutions IS dans les régions de la Chine élargie et de l'Asie-Pacifique, dans la lignée de l'action des responsables régionaux.

Approximativement 20 personnes travaillent dans la division IS en France.

<u>Formation</u>

L'engagement permanent du groupe Nortel dans le développement et la vente de la technologie la plus sophistiquée au monde est l'une des raisons de sa position de leader mondial des télécommunications. La dissémination du savoir en direction de nombreux employés du Groupe Nortel à travers le monde est une composante cruciale de son succès. Par exemple, le niveau de compétences et de formation requis pour simplement installer et maintenir sur le marché les produits vendus par le groupe est considérable. La rapidité de l'évolution des technologies dans le secteur des télécommunications (selon les experts pas plus de 18 à 24 mois sont nécessaires dans ce secteur pour qu'une technologie soit dépassée par une autre plus avancée) requiert une formation continue du personnel du Groupe Nortel.

105

**Highly Confidential**

**NNI_01432800**

Plusieurs bénéfices sont à attendre d'un programme de formation centralisée pour les membres du Groupe Nortel :

- Il permet la répartition des coûts, assez considérables, de formation entre un grand nombre d'entreprises du Groupe Nortel. Le coût pour chaque entité Nortel est ainsi inférieur à ce qu'il aurait été si l'entité concernée avait essayé de mettre au point ces programmes elle-même ;

- Cela permet d'assurer la meilleure qualité possible de formation. En raison du caractère hautement technique des produits vendus par le Groupe Nortel, il est très difficile d'embaucher du personnel qualifié capable de former d'autres membres du personnel du groupe. Cela implique que les personnes en charge de la formation aient des connaissances techniques étendues et constamment à la pointe des évolutions technologiques. De tels profils sont rares et il serait impossible d'en recruter dans chacun des pays où le Groupe Nortel est présent.

- La formation en matière d'installation et de maintenance des produits Nortel sur leur marché n'est pas seulement destinée au personnel du Groupe. Les clients peuvent également bénéficier d'un tel programme de formation centralisé sans frais supplémentaires. Il s'agit là d'un argument de vente capital. Nombre des ventes des entités Nortel ne pourraient certainement pas être conclues si ces dernières n'étaient pas en mesure d'offrir à leurs clients la possibilité de se former sur les produits Nortel. Les employés des clients de Nortel apprennent, lors de ces formations, à utiliser les produits qu'ils ont achetés. Il convient de garder à l'esprit que les produits vendus par le Groupe Nortel sont de nature hautement complexe – il ne peut s'agir uniquement de les installer dans les locaux d'un client, de les mettre en service et de les faire fonctionner. Une formation complète des employés doit donc être assurée de sorte que le client puisse procéder à la meilleure utilisation possible des produits.

En France, 21 salariés gèrent la formation destinée aux employés comme aux clients.

**Highly Confidential**

**NNI_01432801**