Ressources humaines

Les fonctions des services de ressources humaines sont les suivantes:

- assurer le lien avec les prestataires locaux de services de gestion de la main d'œuvre : recrutements, départs et modifications de salaires ;
- opérer en tant que point de contact initial pour les demandes des employés concernant les salaires et autres bénéfices ;
- déterminer l'effectif optimal ;
- assurer le respect par les entités Nortel des stratégies, objectifs, politiques et procédures RH régionales ;
- assurer l'homogénéité de la culture d'entreprise ;
- promouvoir les capacités de leadership et le rôle des membres du personnel ;
- définir les niveaux de compétence pour les descriptions de personnel et de poste ;
- mettre au point des programmes de motivation à long terme, d'affectation à l'étranger ainsi que d'autres programmes destinés à fidéliser les employés ;
- aider à la détermination de l'échelle annuelle des salaires, des avantages consentis aux employés, des stratégies de recrutement et autres systèmes de compensation ;
- développer des programmes axés sur la détection des employés possédant un important potentiel de développement ; recrutement et introduction au sein du Groupe Nortel de diplômés de l'université ;
- développer des critères d'élaboration des procédures disciplinaires pour les employés, de résiliation des contrats, de licenciement, d'indemnités de licenciement et de fin de contrat, de mise en place de programmes de retraite anticipée et de sollicitation de conseils juridiques pour les licenciements ;
- établir des niveaux d'approbation pour les modifications dans les indemnités et primes aux employés ;
- assister les employés dans la planification de leur itinéraire de carrière, leur formation et leur développement, la recherche d'emplois alternatifs, les questions de retraite.

Au sein de NNSA, 49 salariés assurent les activités de ressources humaines pour la France, le Moyen-Orient et l'Afrique.

107

108

Services juridiques

Il est de plus en plus nécessaire, du fait de la complexité des produits et des services vendus par Nortel, de faire appel aux services d'avocats dans le cadre du processus de vente et d'élaboration des contrats[23]. 5 salariés de NNSA assurent les services juridiques pour la France, le Moyen-Orient et l'Afrique. Les tâches juridiques sont les suivantes :

- s'assurer que les tâches de gestion juridique et administrative sont accomplies (par exemple conclusion et archivage de l'ensemble des accord légaux pertinents) ;
- élaborer les contrats d'expédition/fret ;
- élaborer les contrats pour l'expédition/le fret express et définir les conditions appropriées ;
- élaborer les contrats de logistique/de transport ;
- procurer assistance et/ou conseil juridique en matière de :
    - protection contre la concurrence et les pratiques anticoncurrentielles ;
    - procès/litiges ;
    - investissements, acquisitions et financement ;
    - questions diverses et aspects formels en lien avec le droit des sociétés ;
    - autres sujets/litiges.
- assurer la conformité avec les lois et la réglementation locales ;
- assurer la protection des biens corporels ;
- procurer conseil et assistance en matière de gestion des disponibilités, et notamment :
    - de lignes de crédits ;
    - de questions de trésorerie ;
    - de gestion des liquidités ;
    - de comptes créditeurs et de réduction de dette.
- élaborer/vérifier les contrats des clients et les termes et conditions standard des contrats ;
- examiner les demandes de renseignements et les appels d'offres ;
- élaborer et, si nécessaire, ajuster et négocier les contrats et accords cadres de service, y compris les contrats d'achat de biens et de services et les nouveaux contrats de service ;
- participer à la sélection/gestion des activités initiées par les consultants externes.

---

[23] Noter que le sous-chapitre « RECHERCHE, CONCEPTION ET DÉVELOPPEMENT » comporte une description des activités conduites par le groupe Intellectual Property Law (Loi de propriété intellectuelle) de Nortel en matière de protection de la propriété intellectuelle de l'entreprise.

**Highly Confidential**                                                                 **NNI_01432803**

Audit interne

Dans une entreprise de la dimension du Groupe Nortel, il est impératif que les contrôles internes soient mis en œuvre de manière à ce que l'ensemble des entités de Nortel soient en mesure de suivre les procédures internes, de se conformer aux lois locales, de décourager le détournement de fonds, etc. Les activités conduites par l'audit interne comprennent :

- l'analyse et le suivi de l'exécution des plans d'audit ;
- la détermination et la mise en œuvre des méthodologies, normes et techniques aux fins du contrôle interne ;
- les consultations auprès des parties intéressées et concernées (institutions financières, créanciers et autorités gouvernementales par exemple) ;
- la participation à des projets spéciaux à la demande des parties intéressées ;
- la détermination de stratégies visant à maximiser les opportunités, à réduire les menaces externes et la participation à la planification de l'amélioration des stratégies ;
- l'assurance de source indépendante et du respect des procédures de gestion des risques ;
- le conseil à la direction générale en matière d'adéquation des contrôles internes dans le contexte d'évènements nouveaux ou inattendus du marché ;
- le compte-rendu des résultats d'audit ;
- l'élaboration des recommandations/solutions pour l'amélioration de l'efficacité des contrôles internes ;
- la vérification de la mise en œuvre des recommandations d'audit interne.

Le département audit interne en France compte 5 salariés.

**Highly Confidential**

**NNI_01432804**

## RISQUES

<u>Marché</u>

*Le risque de marché se produit dans le cadre de conditions de vente défavorables dues soit à une concurrence accrue sur le marché, soit à l'incapacité de développer des marchés ou de positionner des produits permettant de répondre aux exigences des clients ciblés.*

Chaque entité Nortel est sujette aux risques de marché. Le récent ajustement subi par l'industrie des télécommunications a eu un impact considérable sur les ventes de chacune de ces entités.

Cet important ajustement intervenu dans le secteur en 2001 a été initialement ressenti aux États-Unis, où il s'est manifesté le plus durement. Un certain impact a également été noté la même année au sein de la zone EMEA, CALA et Asie-Pacifique. Nortel a continué de subir des pertes considérables de bénéfices au niveau de l'ensemble des régions en 2002 par rapport à 2001.

<u>Responsabilité/Garantie/Rappel du produit</u>

*La responsabilité sur le produit est mise en cause lorsque les produits de fabricants ou de distributeurs ne répondent pas aux normes acceptées ou annoncées. Elle est souvent invoquée en cas de dommages physiques du fait de la non-conformité des produits aux normes précisées. La responsabilité ultime du risque de garantie incombe au fabricant des produits s'ils s'avèrent non conformes aux termes du contrat cadre de garantie conclu avec l'acheteur.*

L'entité Nortel de fabrication est responsable de tout défaut du produit. En revanche, L'entité Nortel de distribution n'est pas responsable des risques de garantie et autres risques afférents.

En ce qui concerne les produits dont la fabrication est sous-traitée, la règle est en général qu'en cas de défaut du produit imputable à Nortel (par exemple les spécifications fournies au fabricant ont été mal préparées), celle-ci assume la responsabilité du coût de la résolution du problème. La responsabilité revient au fabricant si la défaillance est imputable à une erreur ou à une omission de sa part.

Le fabricant accorde généralement une garantie de deux ans pièces et main d'oeuvre. En cas d'anomalies répétées supérieures à un seuil de 1% ou 2%, la garantie est qualifiée de « garantie épidémique », impliquant une extension de la période de garantie standard à 5 ou 10 ans.

**Highly Confidential**

**NNI_01432805**

En cas d'anomalie à répétitions, la responsabilité s'exerce de la façon suivante :

- en cas d'anomalie du produit imputable à une erreur ou omission de Nortel (les spécifications fournies au fabricant n'ont pas été correctement préparées, anomalie de composant acheté sous contrat avec Nortel, etc.), Nortel assume la responsabilité du coût de la résolution du problème ;

- en cas d'anomalie du produit imputable à une erreur ou omission du fabricant ou d'anomalie d'un composant acheté sous contrat avec le fabricant, celui-ci assume la responsabilité du coût de la résolution du problème ainsi que de l'ensemble des coûts y afférent.

Crédit client

*Le risque de crédit-client est supporté dès lors qu'un délai de paiement a été accordé à un client alors même que le produit ou le service a déjà été fourni.*

L'octroi de crédit au client est régi au sein de Nortel par deux procédures. L'objet des procédures « Crédit à terme » et « Crédit commercial » est d'assurer la protection des actifs de l'entreprise en faisant preuve de la diligence appropriée dans l'octroi de crédit à des clients ou à d'autres contreparties et la gestion des risques y afférents, tout en assurant les ventes auprès des clients dignes de confiance et en accomplissant les objectifs de la société. La politique de Nortel en matière d'octroi de crédits obéit à un principe de prudence et suit des modalités permettant de préserver sa position financière et de minimiser le risque de perte. Le crédit a pour objet de promouvoir le caractère commercialement attractif des ventes dans la limite de seuils acceptables de tolérance du risque ainsi qu'en matière de fiabilité du débiteur et d'échéance du risque. L'octroi de crédit de paiement a lieu essentiellement sur la base des termes du crédit commercial usuel qui, aux fins d'approbation, est défini comme inférieur à 180 jours entre l'expédition et le paiement. Dans l'hypothèse où les termes du crédit ne correspondraient pas aux termes commerciaux et où un financement satisfaisant de la part d'un tiers ne serait pas possible (à moyen ou long terme), le crédit (supérieur à 180 jours) peut tout de même être accordé si des efforts raisonnables ont été entrepris en vue de négocier les termes du crédit commercial et/ou si les démarches visant à l'obtention d'un financement alternatif auprès d'un tiers ont échoué.

Ces procédures de crédit définissent et établissent la méthodologie d'évaluation de la fiabilité de la contrepartie et d'assignation du risque sur la base de l'évaluation du crédit. Elles ont également pour objet d'établir les niveaux d'autorité requis pour l'approbation du crédit sur la base de la notation disponible et de l'importance du risque de crédit. Le rôle du Global Credit Management (Gestion du crédit global – qui fait partie du département Trésorerie de Nortel) dans le cadre de ce processus consiste avant tout à contrôler l'évaluation du risque et la méthodologie de sa notation, de même qu'il concerne les procédures de crédit, la gestion du processus d'approbation des crédits et l'approbation effective des risques au-delà d'un certain seuil. Les matrices d'approbation de crédit existent à la fois pour les crédits commerciaux et les crédits à terme, qui :

111

**Highly Confidential**

**NNI_01432806**

- établissent un niveau « plancher » en dessous duquel l'autorité est déléguée aux VP Regional and Product Category Finance (Finance régionale et de catégorie de produit) ;

- requièrent l'intervention de la gestion du crédit dans l'approbation des risques au-dessus des niveaux « plancher » pour les VP Régional and Product Category Finance ;

- l'approbation des Pre-Credit[24] et Credit Committee[25] (Comités de pré-crédit et de crédit) est requise pour une exposition plus importante et plus élevée au risque jusqu'à des niveaux auxquels l'approbation du Conseil d'administration est également nécessaire.

Le service Global Credit Management (Gestion de crédit global) élabore un rapport périodique trimestriel sur certaines approbations et le statut du portefeuille de crédit à terme fourni au Conseil d'administration de NNL par le Trésorier du CFO et diffusé aux membres du Pre-Credit et du Credit Committee. Le rapport périodique procure une mise à jour des financements statutaires, un résumé du portefeuille existant de l'ensemble des crédits à terme (financés et non financés), des activités de réassurance, des niveaux de remboursement et d'approvisionnement de portefeuille.

Change

*Le risque de change intervient lorsque les achats de matériels, de ressources ou de services ont lieu dans une monnaie tandis que les ventes ont lieu dans une autre monnaie.*

Le risque de change est géré par le groupe Trésorerie.

Inventaire

*Le risque d'inventaire a trait aux pertes associées à l'exécution de l'inventaire des produits finis. Les pertes interviennent en cas d'obsolescence, de rétrécissement ou d'effondrement du marché tels que les produits ne sont vendables qu'à perte.*

Les entités de fabrication du groupe Nortel sont responsables des risques d'inventaire et non pas ses entités de distribution.

---

[24] Le « Pre-Credit Committee » est composé du Contrôleur NNL, du Secrétaire Assistant, des VP Finance-Region, Finance-Product et Global Credit Management, ainsi que de tout (tous) autre(s) membre(s) supplémentaire(s) occasionnellement désigné(s) par le CFO (Chief Financial Officer) et habilité(s) à examiner les crédits « A », « B » et « C » ayant fait l'objet d'une notation. En cas d'approbation requise du Pre-Credit Committee, celle-ci doit avoir lieu à l'unanimité.
[25] Le « Credit Committee » est composé du CFO, du Contrôleur NNL, du Chief Legal Officer NNL, du Trésorier NNL, du VP Global Credit Management, ainsi que de tout (tous) autre(s) membre(s) supplémentaire(s) occasionnellement désigné(s) par le CFO. En cas d'approbation requise du Credit Committee, celle-ci doit avoir lieu à l'unanimité.

Highly Confidential

NNI_01432807

113

En ce qui concerne les produits livrés par un sous traitant, les dispositions suivantes s'appliquent :

- *Excédent d'inventaire :* En général, les prévisions permettent à Nortel de réduire sa demande prévisionnelle d'achat de produits auprès du fabricant. Le fabricant est responsable de tout excédent d'inventaire résultant d'une demande réelle inférieure à la demande prévisionnelle ; toutefois, un des éléments du prix d'achat par Nortel est une surprime pour pour risque d'excédent d'inventaire. L'ajustement de cette surprime sur une base trimestrielle est basée sur la précision des prévisions (par Nortel) du trimestre précédent. Nortel n'est obligé d'acheter l'inventaire excédentaire que si les prévisions du marché à 12 mois chutent de plus de 50% sur une période de deux mois consécutifs. De plus, la reprise d'inventaire est limitée au matériel spécifique à Nortel et ne pouvant par conséquent pas être déployé ni vendu ailleurs par le fabricant.

- *Inventaire obsolète :* L'inventaire obsolète est généralement le fait de produits spécifiques à Nortel dont la commercialisation a été interrompue. Nortel est tenue d'acheter l'inventaire obsolète auprès du partenaire fabricant à un prix égal aux coûts et frais indirects de matériels.

- *Transfert de propriété et transfert de risques :* Le transfert de propriété, le risque de perte, vol ou dommages aux biens sont transférés à Nortel au moment de la livraison des produits à Nortel ou à son client (si les produits sont expédiés directement au client).

**Highly Confidential**

**NNI_01432808**

*RÉSUMÉ*

Étant donné que les sociétés entièrement intégrées de Nortel accomplissent toutes, à des degrés divers, des fonctions de R&D, de fabrication et de distribution (ainsi que de direction générale), il est utile d'examiner la part des employés affectés à chacun de ces domaines d'activité ainsi que cela est résumé dans le tableau suivante.

**Tableau IV.26: Résumé - part des employés affectés à chacun de ces domaines d'activité (2000 – 2003)**

| | Canada | Etats-Unis | Royaume Uni | France | RDM | Total |
|---|---|---|---|---|---|---|
| **2000** | | | | | | |
| R&D | 49% | 27% | 20% | N/A | 10% | 29% |
| Fabrication/Exploitation | 18 | 11 | 44 | N/A | 9 | 17 |
| Distribution | 10 | 48 | 25 | N/A | 36 | 32 |
| Direction et Administration | <u>23</u> | <u>14</u> | <u>11</u> | <u>N/A</u> | <u>45</u> | <u>22</u> |
| | 100% | 100% | 100% | | 100% | 100% |

| | Canada | Etats-Unis | Royaume Uni | France | RDM | Total |
|---|---|---|---|---|---|---|
| **2001** | | | | | | |
| R&D | 55% | 34% | 28% | 33% | 12% | 33% |
| Fabrication/Exploitation | 17 | 9 | 24 | 42 | 8 | 12 |
| Distribution | 9 | 45 | 35 | 11 | 41 | 34 |
| Direction et Administration | <u>19</u> | <u>12</u> | <u>13</u> | <u>14</u> | <u>39</u> | <u>21</u> |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| **2002** | | | | | | |
| R&D | 57% | 39% | 29% | 46% | 17% | 37% |
| Fabrication/Exploitation | 15 | 7 | 15 | 34 | 7 | 10 |
| Distribution | 8 | 42 | 42 | 7 | 40 | 32 |
| Direction et Administration | <u>20</u> | <u>12</u> | <u>14</u> | <u>13</u> | <u>36</u> | <u>21</u> |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| **2003** | | | | | | |
| R&D | 56% | 39% | 25% | 50% | 20 | 37 |
| Fabrication/Exploitation | 15 | 7 | 20 | 32 | 7 | 10 |
| Distribution | 9 | 43 | 40 | 7 | 42 | 34 |
| Direction et Administration | <u>20</u> | <u>11</u> | <u>15</u> | <u>11</u> | <u>31</u> | <u>19</u> |
| | 100% | 100% | 100% | 100% | 100% | 100% |

114

**Highly Confidential**

NNI_01432809

115

Sur la base de la part des salariés affectés à chacun des domaines d'activité, les observations suivantes peuvent être effectuées:

(i) À l'échelle de la société, le nombre des employés affectés à la R&D, un atout essentiel et un facteur de différenciation de Nortel par rapport à ses concurrents, a augmenté par rapport aux autres domaines d'activité.

(ii) Conformément à la stratégie d'approvisionnement de Nortel et à son recours croissant à l'externalisation de ses services, les activités de fabrication deviennent de moins en moins significatives à l'échelle du groupe. Nortel a adopté une stratégie consistant à axer ses ressources d'approvisionnement et ses investissements en priorité sur des domaines représentant un véritable facteur de différentiation par rapport à ses concurrents et permettant de proposer des prestations de plus grande valeur à ses clients – le développement de produits représentant un axe stratégique de la politique de Nortel.

(iii) Les activités de distribution occupent une place importante aux États-Unis, au Royaume-Uni et dans le reste du monde. Cependant, comme nous le montre le tableau IV.23, la part des ventes à des tiers clients par employé affecté à la distribution est à peu près la même au Canada et aux Etats-Unis. Le nombre d'employés canadiens et américains de la distribution est proportionnel à la taille du marché de Nortel (mesuré par rapport aux revenus des clients externes). La situation est différente en France et au Royaume-Uni. En France, le niveau de chiffre d'affaires par employé est plus important que dans le reste du monde.

## CHARTE D'ANALYSE FONCTIONNELLE

Une charte analytique fonctionnelle est un outil qui peut être utilisé aux fins de la synthèse/organisation des conclusions de l'analyse fonctionnelle. Une charte d'analyse fonctionnelle à étoiles attribue des étoiles (*) à chaque entité impliquée dans une transaction inter-entreprises particulière afin de souligner le rôle joué par chacune d'elle pour une fonction particulière. L'entité assumant la plus haute responsabilité pour chaque fonction ou risque au regard de la transaction inter-entreprises concernée est signalée par l'attribution à l'entité en question d'un plus grand nombre d'étoiles ou d'une pondération supérieure en étoiles, les étoiles restantes, le cas échéant, étant attribuées à d'autres entités impliquées dans la transaction inter-entreprises. Étant donné le caractère souvent complexe des transactions inter-entreprises de Nortel, l'évaluation du nombre d'étoiles à attribuer s'est avérée difficile sous le format d'une charte à étoiles traditionnelle, ce qui a abouti à la conclusion qu'une charte analytique fonctionnelle à étoiles ne produirait pas de résultats significatifs.

115

**Highly Confidential**

**NNI_01432810**

Par conséquent, une charte analytique fonctionnelle permettant de faire apparaître les entités de Nortel affectées aux diverses fonctions et risques a été mise au point. La charte analytique fonctionnelle ci-dessous montre quelle entité de Nortel est responsable des fonctions et risques dans les transactions entre les Entités de R&D / les pays RPS et les distributeurs habituels.

| | Entités RPS | Distributeurs habituels |
|---|---|---|
| *Recherche, conception et développement* | | |
| R&D | X | |
| Propriété intellectuelle | X | |
| Développement de produit | X | |
| *Fabrication/ Opérations* | | |
| Fabrication et assemblage des produits | X | |
| Modèle de processus de fabrication et savoir-faire | X | |
| Achats | X | |
| Ordonnancement de la production/Inventaire | X | |
| Contrôle qualité et tests | X | |
| Contrôle des coûts | X | |
| Logistique et transport | X | X |
| Prestation de service | X | X |
| *Distribution* | | |
| Stratégie de marketing et Développement des activités promotionnelles | X | |
| Marketing tactique et publicité | X | |
| Vente et détermination du prix | X | X |
| Réseaux de distribution | X | X |
| Traitement des commandes | X | X |
| *Direction générale*[26] | | |
| Finance | X | X |
| Trésorerie | X | |
| Systèmes d'information | X | |
| Formation | X | |
| Ressources humaines | X | X |
| Services juridiques | X | |
| Audit interne | X | |
| *Riques* | | |
| Marché | X | |
| Responsabilité produit | X | |
| Crédit-client | X | |
| Change | X | |
| Inventaire | X | |

---

[26] Les entités de distribution accomplissent ces fonctions dans une certaine mesure, cependant le degré varie pour chaque pays. Par exemple certains pays peuvent disposer en interne de services de conseil, de ressources humaines, de personnel financier. D'autres pays ont confié en externe l'essentiel de fonctions telles que comptabilité et services juridiques.

116

**Highly Confidential**

**NNI_01432811**

### *Caractérisation*

Comme cela a été décrit dans le précédent sous-chapitre, certaines entités de Nortel sont des entreprises entièrement intégrées qui accomplissent des fonctions de R&D, de fabrication et de distribution. Cependant, chaque entité de Nortel accomplit ces fonctions à des degrés divers par rapport à leurs opérations.

Comme indiqué dans la partie précédente, certaines entités de Nortel conduisent uniquement des activités habituelles de distribution. Ces entités n'ont aucune activités de R&D ou de fabrication. De plus, leurs activités de distribution sont soutenues par les efforts des entités intégrées de Nortel.

117

**Highly Confidential**

Certains des affiliés de Nortel étaient préalablement parties à un arrangement de répartition des coûts de R&D et ont développé des éléments incorporels en encourant des dépenses de R&D dans le cadre de ce contrat. Ces entreprises ont également été des fabricants de produits Nortel et ont été détentrices de valeurs incorporelles en lien avec les activités de fabrication habituelles. Après 2000 (la résiliation du ARC R&D a pris effet le 1er janvier 2001), les entités suivantes ont continué de conduire des activités de R&D [27]:

- Canada;
- États-Unis;
- Royaume-Uni;
- NNSA;
- Australie;
- Irlande.

Par conséquent, afin d'établir la distinction entre les différentes entités de Nortel concernées par cette analyse, il est utile de diviser les affiliés de Nortel en deux groupes :

(i) **Anciens participants ARC de R&D et Participants RPS** – Ces entités étaient parties à l'ancien ARC de R&D et ont développé des éléments incorporels historiques de valeur, en encourant des dépenses au cours de la période durant laquelle l'ancien ARC était en vigueur. Ces entités sont habilitées à participer aux bénéfices actuels de leur IP historique et supportent les risques associés au maintien de la valeur de cet IP. Les Participants RPS continuent de maintenir leur IP historique et de participer aux bénéfices à venir des nouveaux IP, tandis que ces entités continuent d'accomplir des activités de R&D malgré la résiliation de l'ARC du 31 décembre 2000 et, par conséquent, continuent de développer des éléments incorporels. Ces entités sont responsables des fonctions commerciales et de prise de risque actuelles eu égard à leur IP actuel. Ainsi que l'analyse fonctionnelle l'a décrit, la R&D est le premier contributeur au succès des opérations de Nortel. Les clients de Nortel choisissent les produits et les services de Nortel parce que Nortel est considérée comme une entreprise leader sur son marché et parce qu'elle s'est engagée à utiliser ses ressources de R&D dans le but de fournir des services pro-actifs complets et de soutenir ses clients.

---

[27] Nortel Networks Japon ("NN-Japan") a été partie à l'ancien arrangement de répartition des coûts mais n'encourt plus de dépenses de R&D. En tant que tel, NN-Japan est considéré comme un distributeur habituel. De plus, Northern Telecom do Brasil Industria e Comercio Ltda. ("Nortel-Brésil") a participé à l'exécution d'un arrangement de répartition des coûts avec Nortel, mais du fait de contraintes imposées par la réglementation fiscale brésilienne, n'a pas réellement pris part au partage des dépenses de R&D. En tant que tel, Nortel-Brésil entre dans la catégorie de distributeur habituel.

118

**Highly Confidential**                                                                                    **NNI_01432813**

Outre leurs fonctions de R&D, ces entités sont entièrement intégrées, ce qui signifie qu'elles conduisent leurs propres activités de fabrication et de distribution. Ainsi que l'a décrit l'analyse fonctionnelle, compte tenu de la chaîne de valeur de Nortel, ces activités sont considérées par nature comme habituelles.

Par conséquent, le Canada, les États-Unis, la France, le Royaume-Uni, l'Australie et l'Irlande sont à ranger dans cette catégorie.

Comme l'a décrit l'analyse fonctionnelle, ces entités sont également intégrées entre elles. Leur activité est organisée autour :

- de programmes R&D fonctionnant sur la base d'une direction centralisée et d'un travail de collaboration ;
- de centres d'excellence pour la fabrication (spécialisation dans les produits fabriqués en plusieurs endroits par exemple) ;
- de l'achat partagé de produits par le biais d'arrangements centraux d'externalisation et d'approvisionnement ;
- d'une plate-forme de logistique partagée à travers un système d'externalisation centralisé ;
- d'activité de marketing partagé et de support de vente ;
- de fonctions DG&A centralisées.

(ii) **Distributeurs habituels** – ces entités n'ont pas été parties à l'ARC de R&D et n'ont pas développé d'éléments incorporels de valeur. Elles accomplissent en outre exclusivement des fonctions de distribution et ne sont pas impliquées dans la fabrication des produits de Nortel.

Par conséquent, pour les besoins de la présente analyse, la plupart des entités incluses dans la zone RDM devraient être considérées comme des distributeurs habituels, à l'exception des anciennes entités parties à l'ARC de R&D qui continuent leurs activités de R&D (l'Australie et l'Irlande par exemple).

(iii) **Fabricants habituels** – ces entités n'ont pas été parties l'ARC de R&D et n'ont pas développé d'éléments incorporels de valeur. Elles accomplissent en outre des fonctions de distribution ainsi que des fonctions limitées de fabrication des produits Nortel.

119

**Highly Confidential**

**NNI_01432814**

## V.  Données financières relatives à la R&D

Le tableau suivant résume les dépenses de R&D engagées par le Groupe Nortel. Les chiffres de R&D présentés dans le tableau ci-dessous sont basés sur les états Oracle A100 de Nortel, qui reflètent l'ensemble des dépenses R&D intervenues au sein du Groupe Nortel. Certains ajustements[28] sont apportés à ces dépenses R&D dans le cadre du modèle du prix de transfert de l'entreprise afin de garantir que seules les activités de R&D de l'année/du pays sont reflétées.

**Tableau VI.1: Dépenses R&D**

| R&D – modèle de tarification par transfert | 2000 | 2001 | 2002 | 2003 | Pourcentage cumulé Augmentation/ (Diminution) |
|---|---|---|---|---|---|
| Canada | 1,658 | 1,467 | 882 | 821 | -50.5% |
| États-Unis | 1,626 | 1,353 | 864 | 785 | -51.7% |
| Royaume-Uni | 413 | 352 | 185 | 95 | -76.9% |
| France | 142 | 223 | 246 | 267 | 88% |
| RDM | 60 | 30 | 27 | 35 | -41.6% |
| | | | | | |
| Total R&D | 3,899 | 3,425 | 2,204 | 2,003 | -48.5% |
| | | | | | |
| Chiffre d'affaires | 27,338 | 19,971 | 11,166 | 10,207 | -62.6% |
| R&D en pourcentage du Chiffre d'affaires | 14.3% | 17.1% | 19.7% | 19.6% | |

Au cours de la période 2000-2003, alors que le chiffre d'affaires consolidé de Nortel a diminué, la part des revenus dépensés en R&D a augmenté malgré la diminution du montant de la R&D en dollars aux Etats-Unis, au Canada et au Royaume Uni. A l'inverse, en France le montant de la R&D a augmenté alors que les revenus ont diminué mettant en évidence l'engagement de la France dans les investissements en R&D.

---

[28] Par exemple, les ajustements d'avant-période relatifs aux montants de répartition des coûts sont exclus du calcul des dépenses courantes de R&D de chaque entité.

Highly Confidential

NNI_01432815

## SOMMAIRE DES ANNEXES

| | |
|---|---|
| ANNEXE A | 122 |
| ANNEXE B | 128 |
| ANNEXE C | 137 |
| ANNEXE D | 144 |
| ANNEXE E | 157 |
| ANNEXE F | 173 |
| ANNEXE G | 174 |
| ANNEXE H | 176 |

**Highly Confidential**

**NNI_01432816**

122

## Annexe A : Présentation générale de Nortel

### *Présentation générale de la Société*

Nortel compte parmi les premières et les plus innovantes entreprises de son secteur. Sa vocation est de transformer les modes de communication et les échanges d'informations. Nortel facilite les échanges commerciaux en fournissant des techniques et des infrastructures de communications via des services à forte valeur ajoutée basés sur un protocole Internet (IP) de transmission de voix, de données et multimédia. Ces systèmes de communication sont appuyés par des réseaux Internet publics et privés ainsi que par d'autres réseaux exploitant les technologies filaires et sans fil. Nortel désigne les technologies et infrastructures qu'elle fournit par l'expression "solutions de mise en réseau". Les solutions personnalisées ou "clés en main" proposées aux clients par Nortel réunissent en règle générale divers types de produits de réseau et leurs services associés. L'activité de Nortel consiste à concevoir, développer fabriquer, assembler, commercialiser, vendre, concéder sous licence, installer et assurer la maintenance et l'assistance de ces solutions de mise en réseau.

Nortel consacre une part importante de ses activités à forte technicité à la recherche et au développement. Cette orientation est un atout majeur pour Nortel la distinguant nettement de ses concurrents. Nortel conçoit l'avenir autour d'une société d'information dans laquelle tous les consommateurs pourront se connecter entre eux et interagir instantanément, simplement et en toute fiabilité, accéder aisément à des services de communications de données, de voix et multimédia et partager leurs expériences n'importe où et n'importe quand.

Les solutions de mise en réseau de Nortel rassemblent des équipements réseaux, des logiciels et d'autres technologies permettant aux entreprises de télécommunications longue distance, aux fournisseurs de services non filaires, aux exploitants de réseaux multiples par câble et à d'autres fournisseurs de services de télécommunications, de mettre à la portée de leurs propres clients les services dont ceux-ci ont besoin pour une communication locale ou mondiale.

De plus, les solutions de mise en réseau de Nortel assurent aux petites et grandes entreprises, services publics, instituts d'enseignement et à tous les types d'organismes, la possibilité de communiquer localement ou au niveau mondial avec d'autres entités et individus via des moyens de communications de données, de voix et multimédia. Nortel s'attache à fournir des solutions de haute performance qui transforment la façon de communiquer et de négocier des individus, des sociétés et des collectivités.

**Highly Confidential**

**NNI_01432817**

Au cours de la période 2000-2002 Nortel a connu des changements considérables à l'image de l'évolution de l'ensemble du secteur des télécommunications. Son chiffre d'affaires en 2000 a atteint le chiffre record de 27,3 milliards USD et le montant global de ses acquisitions a dépassé 20 milliards USD, pour un effectif d'environ 94 500 personnes réparties entre 20 000 services. En 2001 et 2002 en revanche, le secteur des télécommunications a traversé une crise significative. La demande en équipements de télécommunications a fortement baissé en réaction à la rapide et profonde récession économique du secteur. Afin de s'aligner sur les conditions de marché et de rester compétitive, Nortel a opéré une série de restructurations et de cessions. Fin 2002, elle a réduit son effectif des deux tiers et son chiffre d'affaires est revenu à son niveau de 1995.

Pour survivre, Nortel s'est vue contrainte de repenser et de restructurer ses opérations. Ces restructurations ont été importantes sur les segments d'exploitation isolables :

- En 1999 et en 2000, deux segments d'activité étaient isolables : le segment Fournisseurs & Opérateur de télécommunications et le Segment des Entreprises.

- En 2001, pour s'adapter au nouvel état du marché, Nortel s'est restructurée en trois segments d'opérations : Réseaux métropolitains et entreprises, réseaux sans fil et réseaux à fibre optique longue distance.

- En 2002, toujours dans la perspective de suivre l'évolution du marché, de rationaliser son organisation et de se recentrer plus directement sur ses clients, Nortel s'est restructurée en quatre segments isolables : Réseaux sans fil, Réseaux d'entreprise, Réseaux câblés et Réseaux à fibre optique.

- En 2003 et 2004, la définition des segments d'opérations isolables restait la même que celle de 2002.

Les annexes C à E donnent une description des segments d'exploitation isolables correspondant à 2000, 2001 et 2002.

*Origine de la Société*

Nortel a été fondée au Canada le 7 mars 2000 sous le nom de New Nortel Inc. Le 1er mai 2000, elle a pris part au plan de distribution d'actions approuvé par les instances judiciaires canadiennes avec Nortel Networks Limited (anciennement Nortel Networks Corporation) et BCE Inc., principal actionnaire de Nortel Networks Limited avant le plan de distribution. Dans le cadre dudit plan en date du 1er mai 2000 :

- Nortel a changé de nom au profit de Nortel Networks Corporation ;

- les titulaires d'actions ordinaires Nortel Networks Limited cotées en circulation sont devenus actionnaires de Nortel ;

- les actions ordinaires Nortel ont été distribuées aux titulaires d'actions ordinaires BCE ; et

- Nortel Networks Limited est devenue la principale filiale administrativement autonome de Nortel.

123

**Highly Confidential**

**NNI_01432818**

Nortel a également pris en charge la communication de l'information financière de Nortel Network Limited antérieure au 1er mai 2000, de manière à pouvoir considérer que les deux sociétés avaient toujours formé une seule et même entité.

La direction de Nortel a son siège social situé au 8200 Dixie Road, Suite 100, Brampton, Ontario, Canada.

Les actions ordinaires de Nortel sont cotées à la bourse de New York et à celle de Toronto sous le sigle "NT". Nortel Networks Limited est sa principale filiale directe et reste administrativement autonome. Nortel Networks Corporation détient l'intégralité des actions ordinaires en circulation de Nortel Networks Limited mais aucune de ses actions privilégiées en circulation.

### *Evénements marquants pour l'entreprise*

#### 2000

La liste suivante met en évidence quelques-uns des événements significatifs que Nortel a connus au cours de l'année 2000:

- *Plan de distribution BCE* – le 1er mai 2000, la Société a pris part au plan de distribution approuvé par les instances judiciaires canadiennes avec BCE et Nortel Networks Limited, anciennement Nortel Networks Corporation. Les parties ont mis en œuvre ce plan qui permettait la distribution en faveur des titulaires d'actions ordinaires BCE de la quasi-totalité de la participation de BCE dans Nortel Networks Limited. Ce plan a eu pour effet de confirmer l'indépendance de Nortel Networks et de sa gestion vis-à-vis de BCE.

- *Acquisitions* – Nortel a acquis en 2000 un certain nombre de sociétés dont les technologies et les produits la dotaient d'atouts supplémentaires pour ses réseaux à fibre optique, ses composants optiques, ses solutions eBusiness et autres technologies liées à l'Internet.

- *Agrandissement des installations de fabrication* – Nortel a annoncé une série d'investissements dont le coût se montait au total à 2,56 milliards USD, appelés à augmenter la capacité et les possibilités de production de composants en Amérique du Nord ainsi qu'en Europe et en Australie. A compter de 1999, et sous l'impulsion de la formidable augmentation de la demande de systèmes à fibre optique, venue du segment des fournisseurs de services et des opérateurs de télécommunications, Nortel a commencé à dépasser ses capacités de production et sa capacité à se procurer de toute autre façon les composants et matières nécessaires pour fournir ces systèmes dans les délais de livraison habituels. Cette conjoncture a eu pour principale conséquence d'accroître les délais d'attente des commandes de systèmes de réseau à fibre optique. A la fin du deuxième trimestre 2000, Nortel a réussi à réduire sensiblement le nombre de commandes de systèmes de réseau à fibre optique dont elle avait dû retarder le traitement, et les livraisons sont ainsi revenues à des délais plus acceptables.

- *Rationalisation des opérations d'entreprise* – Nortel a poursuivi la rationalisation de son activité et de ses opérations en 2000. Pour gagner en réactivité, en flexibilité

124

**Highly Confidential**                                                                 **NNI_01432819**

et afin de mieux répondre aux demandes de produits et de solutions de mise en réseau provenant de ses clients, Nortel a entrepris de transformer sa chaîne d'approvisionnement et a réalisé, à compter de janvier 1999, un modèle pratiquement intégré de ce qui était à l'origine une structure verticale. Cette stratégie a été conçue pour simplifier et rationaliser l'activité et les opérations et ainsi mieux répondre à l'échelle mondiale aux besoins et valeurs de ses clients en rapide évolution. Une initiative majeure a consisté à pratiquer un désinvestissement et organiser l'externalisation à Solectron d'opérations spécifiques en Amérique du Nord et en Europe, le 3 juin 2000, puis en Turquie le 1er septembre 2000. Solectron est une société de services de fabrication du secteur de l'électronique qui propose une gamme complète de solutions de chaîne logistique intégrées. Pour transformer sa chaîne d'approvisionnement, Nortel a cherché prioritairement à se désinvestir des fonctions à faible valeur ajoutée et extérieures à son cœur de métier. A titre d'exemple, s'agissant de la transaction Solectron, les opérations de fabrication externalisées représentaient une valeur relativement faible pour Nortel, comme le prouve l'étroite marge bénéficiaire de 173 USD que Nortel a réalisée sur la vente de ses biens de production à Solectron. Nortel a conservé au contraire ses activités fonctionnelles à forte valeur ajoutée, notamment ses activités de test, tout en continuant à assumer les risques les plus importants associés aux défaillances potentielles des produits (par exemple, atteintes à la relation client et à la réputation de la Société)[29]. En conséquence, si les activités d'externalisation ont effectivement permis à Nortel de recentrer ses ressources sur son cœur de métier consistant à développer des produits de télécommunications d'avant-garde, d'un point de vue fonctionnel, la responsabilité générale de la fonction de fabrication continue d'être assumée par Nortel, la grande majorité des risques y afférents continuant de lui incomber.

---

[29] Le fabricant sous-traitant est responsable du manquement à fabriquer un produit conforme aux spécifications remises par Nortel et, en tant que tel, il est tenu de prendre à sa charge les frais à engager pour remédier au problème.

125

**Highly Confidential**

**NNI_01432820**

<u>2001</u>

En 2001, le secteur des télécommunications a traversé une période d'important réajustement. La demande sectorielle d'équipements de mise en réseau a considérablement ralenti en 2001 sous l'effet d'une part de la crise sectorielle et économique qui a brusquement et profondément frappé les Etats-Unis, l'Europe et d'autres régions du monde et d'autre part du déclin des marchés des capitaux mondiaux associé à cette crise. A la suite de cette correction et du fait également des difficultés rencontrées pour obtenir le financement de leurs immobilisations, le marché des télécommunications destiné aux entreprises a considérablement changé. Il existe désormais une capacité très excédentaire de réseau lié d'une part à la construction de nouveaux réseaux à un rythme accéléré en 1999 et en 2000 et d'autre part à des difficultés financières que traversent aujourd'hui un certain nombre de fournisseurs de services de télécommunications dans le monde. Les clients des fournisseurs de services ont cessé d'investir dans de nouveaux réseaux ou équipements basés essentiellement sur une future demande potentielle. En cherchant désormais en priorité à réduire leurs coûts et à écouler leur capacité de réseau existante, ces clients sont revenus à des stratégies de dépenses en biens d'équipement plus prudentes. En outre, ils s'assurent désormais qu'une demande de capacité de réseau existe avant d'investir dans de nouveaux agrandissements et équipements de réseaux, ce qui a eu pour résultat, dès 2001, de freiner les dépenses en biens d'équipement engagées par les fournisseurs de services de télécommunications dans le monde.

Compte tenu des lourdes conséquences liées à la grave crise qui a affecté le secteur des télécommunications, de la conjoncture économique et de l'impact de l'évolution du marché de capitaux, sur ses opérations et les taux de croissance attendus, Nortel a lancé en 2001 un certain nombre d'actions destinées à rationaliser ses opérations et activités autour de ses cœurs de cible et de ses stratégies de leadership, parmi lesquelles :

- D'importantes compressions de personnel ;
- L'amendement de certains accords de crédit ;
- Interruption des opérations de solution d'accès de la Société ;
- L'externalisation accrue des transactions ; et
- La dépréciation des actifs incorporels.

Les activités menées en 2001 se sont attachées prioritairement à repositionner Nortel sur le plan financier. Grâce à ces initiatives, Nortel a pu réduire sensiblement ses coûts fixes et créer une organisation d'entreprise qui s'accorde mieux avec la nouvelle donne sectorielle et économique.

126

**Highly Confidential**

**NNI_01432821**

2002

2002, comme 2001, fut une année de réajustement important pour le secteur des télécommunications. La demande en équipements de réseaux a poursuivi son déclin en réaction à l'ajustement sectoriel, à la crise économique et au resserrement associé des marchés des capitaux mondiaux. En conséquence de ce réajustement, le marché des entreprises a changé. Il existait toujours en 2002 une surcapacité due au rythme accéléré de construction des réseaux entre 1999 et 2000, à la croissance économique de ces années et également aux difficultés financières rencontrées par un certain nombre de fournisseurs de services de télécommunications dans le monde. 2002 a également connu une série de regroupements au sein du secteur.

Les clients ont continué à chercher en priorité à conserver leur capital, à diminuer leur taux d'endettement, à réduire leurs coûts et/ou à augmenter les taux et l'efficacité d'utilisation des capacités des réseaux existants. Les clients ont alors cessé de construire de nouveaux réseaux en anticipant la demande du marché. Ils ont préféré attendre que la demande des utilisateurs finaux justifie une telle augmentation de leur capacité. Les entreprises comme les fournisseurs de services ont privilégié des dépenses prudentes en biens d'équipements, qui leur permettaient à la fois de réduire leurs coûts, de s'assurer de nouvelles augmentations des recettes et d'optimiser leur retour sur le capital investi. Ce qui explique pourquoi les dépenses en biens d'équipements faites par les entreprises et les fournisseurs de services dans le monde ont continué de régresser en 2002.

En réaction au réajustement sectoriel en cours, Nortel a déployé en 2002 un certain nombre d'actions dont l'objet était de rationaliser plus radicalement ses opérations et activités autour de quatre cœurs de métier et de renforcer son assise financière. Ces actions sont notamment :

- le réalignement des réseaux à fibre optique avec, notamment, la vente de certains actifs composants optiques ;
- la restructuration avec, notamment, d'autres compressions de personnel et dépréciations d'actifs ;
- l'offre d'achat d'actions de son capital pendant le second trimestre ; et
- l'expiration et la résiliation de certaines facilités de crédit et des amendements apportés aux contrats de caution/sûreté de la Société.

Ces initiatives ont ouvert à Nortel la possibilité de progresser sensiblement dans la voie de la réduction de ses coûts et de la création d'un modèle d'entreprise que la direction juge plus concordant avec la donne actuelle du secteur.

127

**Highly Confidential**

**NNI_01432822**

## Annexe B: Compression de personnel et concurrence

### A. Compression de personnel

Comme cela a été signalé plus haut, pour réagir à la grave crise qui a brusquement frappé le secteur et l'économie, Nortel a entrepris une série de restructurations. Nortel comptait 94 500 employés en 2000. Fin 2002, son effectif était de deux tiers inférieur à ce chiffre.

<u>2000</u>

Au 31 décembre 2000, Nortel employait environ 94 500 personnes. Le tableau suivant indique le nombre d'employés par région géographique.

<u>Tableau B.5 : Employés par région géographique (2000)</u>

| Employés permanents à plein temps[30] | Canada | Etats-Unis | Royaume-Uni | France | Reste du monde | TOTAL |
|---|---|---|---|---|---|---|
| Au 31 décembre 2000 | 25 900 | 38 000 | 12 440 | 3 139 | 18 160 | 94 500 |
| *Proportion* | *27,4 %* | *40,2 %* | *13,2 %* | *3,4%* | *19,2 %* | *100 %* |

En 2000, près de 4 000 employés ont été licenciés du fait des activités de restructuration de Nortel. Sur ce total, 2 000 postes environ ont été supprimés dans le cadre de l'externalisation de certaines fonctions des Services Informatiques. Les 2000 employés restant ont été licenciés dans le cadre de l'initiative prise par Nortel, en vue de redéployer stratégiquement ses ressources pour les affecter aux domaines les plus porteurs de l'entreprise eu égard à l'évolution des besoins des clients et au passage d'anciennes technologies vers de nouvelles sur l'ensemble du portefeuille de produits de la Société.

Ces réductions de personnel ont essentiellement touché le personnel travaillant en Amérique du Nord.

<u>2001</u>

Au 31 décembre 2001, Nortel comptait environ 52 600 employés permanents à plein temps (hors employés en période de préavis de licenciement). Le tableau suivant indique le nombre d'employés par région géographique.

---

[30] Nortel emploie aussi des employés à temps partiel et a recours aux services d'entrepreneurs indépendants.

128

**NNI_01432823**

**Tableau B.6 : Employés par Région géographique (2001)**

| Employés permanents à plein temps[31] | Canada | Etats-Unis | Royaume-Uni | France | Reste du Monde | TOTAL |
|---|---|---|---|---|---|---|
| au 31 décembre 2001 | 13 803 | 19 314 | 5 954 | 2 977 | 10 552 | 52 600 |
| *Proportion* | *26,3 %* | *36,7 %* | *11,3 %* | *5,7%* | *20,0%* | *100 %* |

Dans le cadre des compressions que la Société a dû opérer pour réduire plus encore sa structure de coûts et rationaliser ses opérations, Nortel a licencié 36 100 employés en 2001. La réduction consécutive des frais de personnel enregistrée par Nortel a représentée 1 361 millions USD.

Sur les 36 100 employés licenciés, 13 900 étaient des employés directs affectés aux activités de production des produits Nortel (fabrication, assemblage, tests et à inspection) alors que 22 200 personnes étaient des employés indirects affectés aux ventes, au marketing et aux activités administratives, et des cadres de la fabrication. Ces compressions ont essentiellement concerné le personnel travaillant en Amérique du Nord et au Royaume-Uni et ont couvert l'ensemble des segments d'activité de Nortel.

---

[31] Nortel emploie aussi du personnel à temps partiel et a recours aux services d'entrepreneurs indépendants

**Highly Confidential**

NNI_01432824

2002

Au 31 décembre 2002, Nortel comptait environ 36 960 employés permanents à plein temps (hors employés en période de préavis). Le tableau suivant indique le nombre d'employés par région géographique.

**Tableau B.7: Employés par Région géographique (2002)**

| Au 31 décembre 2002 | Canada | Etats-Unis | Royaume-Uni | France | Reste du Monde | TOTAL |
|---|---|---|---|---|---|---|
| Employés permanents à plein temps[32] | 10 143 | 13 777 | 2 877 | 2 486 | 7 677 | 36 960 |
| Proportion | 27,4 % | 37,3 % | 7,8 % | 6,8% | 20,7% | 100 % |

Dans le cadre des compressions de personnel que la Société a dû opérer pour réduire plus encore sa structure de coûts et rationaliser ses opérations, Nortel a procédé aux notifications de licenciement et pris les dispositions qu'imposait le départ d'environ 12 700 employés permanents à plein temps en 2002. De même, la cession des activités n'entrant pas dans son cœur de métier (voir le paragraphe ci-dessus intitulé "*Désinvestissements*"), parachevées ou conclues en 2002, ont entraîné des réductions de personnel supplémentaires.

Pour l'exercice clos le 31 décembre 2002, Nortel a enregistré des charges de réduction du personnel de 841 millions USD. Ces charges correspondent au coût des indemnités de licenciement et des prestations sociales liées au licenciement des 12 700 employés qui ont effectué leur préavis en 2002 et appartenant à tous les segments d'activité.

A la suite des changements apportés à certains plan d'externalisation, Nortel comptait environ 36 000 employés à la fin du premier trimestre 2003. Nortel se propose dans l'avenir de gérer chacune de ses activités en fonction des performances financières, du marché et des priorités de ses clients.

Le tableau suivant présente les notifications de licenciement des employés permanents à plein temps ("RFT") imputées en charges spéciales de 2000 à 2002.

---

[32] Nortel emploie aussi du personnel à temps partiel et a recours aux services d'entrepreneurs indépendants

**Highly Confidential**

NNI_01432825

## Tableau B.8: Synthèse des réductions de personnel (2000 – 2002)

| | Employés (environ) | | |
|---|---|---|---|
| | Directs [a] | Indirects [b] | Total |
| Employés (PPT) notifiés par période : | | | |
| En 2000 | 200 | 3 800 | 4 000 |
| En 2001 | 13 900 | 22 200 | 36 100 |
| En 2002 | 3 400 | 9 300 | 12 700 |
| Notification des RFT au 31 décembre 2002 | 17 500 | 35 300 | 52 800 |

    (a)   Les employés directs correspondent aux employés travaillant à la fabrication, à l'assemblage, aux tests et à l'inspection et affectés à la production des produits Nortel Networks.

    (b)   Les employés indirects regroupent ceux affectés à la gestion de la fabrication, à la vente, au marketing, à la recherche et au développement et aux activités administratives.

### 2003

Au 31 décembre 2003, Nortel comptait environ 35 155 employés permanents à plein temps (hors employés en période de préavis). Le tableau suivant indique le nombre d'employés par région géographique.

## Tableau B.9: Employés par Région géographique (2003)

| Au 31 décembre 2003 | Canada | Etats-Unis | Royaume-Uni | France | Reste du monde | TOTAL |
|---|---|---|---|---|---|---|
| Employés permanents à plein temps[33] | 9 431 | 12 992 | 2 752 | 2 385 | 7 595 | 35 155 |
| Proportion | 26,8 % | 37,0 % | 7,8 % | 6 ,8% | 21,6% | 100 % |

---

[33] Nortel emploie aussi du personnel à temps partiel et a recours aux services d'entrepreneurs indépendants.

131

## B. Concurrence

Cette section fournit des informations sur le secteur des télécommunications et les concurrents de Nortel.

*Secteur*

En 2002, le secteur des télécommunications continuait de connaître les bouleversements importants commencés en 2001. La demande sectorielle d'équipements de mise en réseau prolongeait son déclin en réaction au réajustement sectoriel en cours, à la crise économique et au resserrement associé des marchés de capitaux mondiaux. Du fait du réalignement que le secteur a continué d'opérer, le marché s'est transformé. Il existait encore en 2002 une surcapacité de réseaux en raison du rythme accéléré de leur construction lié à une économie prospère en 1999 et 2000 et en raison également des difficultés financières rencontrées par un certain nombre de fournisseurs de services de télécommunications dans le monde. 2002 a vu en effet de nombreux regroupements au sein du secteur.

Les clients ont continué en 2002 à s'attacher à conserver du capital, à diminuer leur taux d'endettement, à réduire leurs coûts et/ou à augmenter les taux d'utilisation et l'efficacité des réseaux existants. Les clients n'ont plus construit de réseaux pour répondre à une demande anticipée. Ils se sont mis au contraire à attendre que la demande réelle provenant des utilisateurs justifie une augmentation de leur capacité. Les entreprises et les fournisseurs de services ont veillé à engager des dépenses relativement prudentes en biens d'équipement afin de réduire leurs coûts, d'assurer une nouvelle croissance des recettes et d'optimiser leur retour sur le capital investi. Ceci explique pourquoi les dépenses en biens d'équipements engagées par les entreprises et les fournisseurs de services ont continué à régresser en 2002.

*Concurrence*

L'exposé suivant a trait à la concurrence de Nortel sur chacun de ses segments d'exploitation isolables[34].

---

[34] Tel que défini 2002.

132

**Highly Confidential**

**NNI_01432827**

133

## 1) Réseaux sans fil

Les principaux concurrents de Nortel dans le secteur mondial des infrastructures sans fil regroupent traditionnellement Telefonaktiebolaget LM Ericsson, Lucent Technologies Inc., Motorola, Inc., Siemens Aktiengesellschaft et Nokia Corporation. Nokia et Siemens concurrencent la Société sur le segment des équipements GSM et UMTS alors que Lucent vend des équipements CDMA, TDMA et UMTS concurrents. Motorola est un concurrent pour la vente des équipements d'accès radio GSM, UMTS et CDMA. Ericsson rivalise avec Nortel pour les ventes d'équipements dans tous les domaines des grandes technologies de communications sans fil. Plus récemment, Samsung Electronics Co., Ltd. est arrivé sur le marché des systèmes CDMA et Huawei Technologies Co. Ltd sur celui des systèmes GSM, CDMA et UMTS en Chine et dans beaucoup d'autres pays en développement. En France, les sociétés Lucent Technologies et Alcatel S.A constituent les concurrents principaux sur le marché du sans fil. Les facteurs déterminants de la compétitivité des produits Réseaux sans fil de Nortel sont notamment les suivants :

- Leadership technologique, caractéristiques et disponibilité des produits ;
- Qualité et fiabilité des produits ;
- Conformité aux normes sectorielles et réglementaires existantes et émergentes ;
- Garantie et assistance au client ;
- Prix et coût de la propriété ;
- Financement assuré aux clients ;
- Interopérabilité avec d'autres produits de mise en réseau ;
- Compétences en gestion de réseau ;
- Relations traditionnelles avec les fournisseurs en particulier en Europe, au Moyen-Orient, en Afrique et en Asie Pacifique ; et
- Certification réglementaire.

Nortel s'attend à retrouver ses concurrents traditionnels sur ses marchés à mesure que les équipements de mise en réseau sans fil évolueront vers les technologies de la troisième génération (3G). Nortel s'attend également à voir de nouveaux concurrents tels que NEC Corporation et Matsushita Electric Industrial Co., Ltd. (également connu sous le nom de Panasonic), arriver sur ses marchés.

Highly Confidential

NNI_01432828

134

## 2) Réseaux d'entreprise

Les principaux concurrents de Nortel pour la vente de solutions de réseaux d'entreprise regroupent Cisco Systems, Inc., Avaya Inc., Alcatel S.A., Siemens, Huawei Technologies Company Limited et NEC Corporation. Avaya est le concurrent le plus important de Nortel pour la vente d'équipements vocaux alors que Cisco l'est pour la vente d'équipements de réseaux de données aux entreprises. Nortel est également concurrencée par de petites entreprises opérant sur des niches spécialisées, telles que Foundry Networks, Inc., Extreme Networks, Inc., Enterasys Networks, Inc. en réseaux de données, Mitel Networks Corporation, 3Com Corporation en solutions de communications vocales basées sur l'Internet et Genesys Télécommunications Laboratories, Inc. pour les centres d'appels. Nortel prévoit que la concurrence restera vive car les entreprises cherchent par tous les moyens à maximiser l'efficacité de leurs réseaux existants tout en réduisant leurs dépenses en immobilisations et leurs coûts d'exploitation. Les facteurs déterminants de la compétitivité des produits de Réseaux d'entreprise de Nortel sont notamment les suivants :

- Leadership technologique, caractéristiques et disponibilité des produits ;
- Qualité et fiabilité des produits ;
- Conformité aux normes sectorielles et réglementaires existantes et émergentes ;
- Garantie et assistance au client ;
- Prix et coût de la propriété ;
- Financement assuré aux clients ;
- Interopérabilité avec d'autres produits de mise en réseau ;
- Réseau de distribution et stratégie de commercialisation par canaux ;
- Base installée de produits ; et
- Solutions alternatives proposées aux entreprises par les fournisseurs de services.

Parmi les principaux facteurs de compétitivité pour la vente des produits Nortel aux entreprises figurent de plus la valorisation des relations client-fournisseur existantes et la présence de canaux de distribution.

134

**Highly Confidential**

**NNI_01432829**

### 3) Réseaux par câble

Les principaux concurrents de Nortel sont dans ce domaine les grandes sociétés du secteur des communications telles que Cisco, Lucent, Alcatel et Siemens. Par ailleurs, Nortel est également en concurrence avec de petites sociétés sur des niches spécialisées au sein de ce marché telles que Sonus Systems Limited, BroadSoft, Inc. et Taqua Inc. en solutions de communications vocales par paquets et basées sur l'Internet, Redback Networks Inc. en produits d'agrégation cellulaire, ainsi que Equipe Communications Corporation, Laurel Networks, Inc. et Ciena Corporation (qui a fait l'acquisition de Wavesmith Networks, Inc. en 2003) en commutation d'étiquettes ATM/ multi-protocoles, en commutation d'infrastructure et de périphérie multiservices. Certains concurrents sont également bien implantés à l'échelle de leur région, tels que ZTE Corporation et Huawei dans la région Asie Pacifique. Certains concurrents implantés sur des niches opèrent en partenariat avec des sociétés plus grandes qu'eux afin d'augmenter leur offre de produits. Inversement, de grandes sociétés de communications concurrentes sont également en quête de ces partenariats ou alliances pour compléter leur propre offre de produits. Aucun concurrent ne domine ce marché.

Les facteurs déterminants de la compétitivité mondiale de nos produits par câble sont notamment les suivants :

- Leadership technologique, caractéristiques et disponibilité des produits ;
- Prix et coût total de la propriété ;
- Possibilité de créer des services générateurs de nouveaux revenus pour les fournisseurs de services et les exploitants de systèmes multiples par câble ;
- Conformité aux normes sectorielles et réglementaires existantes et émergentes ;
- Base installée de produits et relations clients ; et
- Compétences en gestion de réseaux;
- Qualité et fiabilité des produits ;
- Garantie et assistance aux clients.

La concurrence reste vive compte tenue de la demande du marché qui ne cesse de régresser, de la disponibilité de capitaux qui s'est sensiblement réduite, des regroupements qui continuent de s'opérer dans le secteur des fournisseurs de services et des fournisseurs qui ont choisi de vendre en priorité aux grands fournisseurs de services restants dont les ressources financières sont importantes.

135

**Highly Confidential**

**NNI_01432830**

136

**4) Réseaux à fibre optique**

Les principaux clients de Nortel pour la vente d'équipements de réseaux à fibre optique regroupent Alcatel, Lucent, Siemens, Fujitsu Limited, Marconi plc, Cisco, Huawei, NEC, Ciena et ADVA International Inc. En 2002, Nortel a vendu certains de ses avoirs relevant du domaine des composants optiques et continue donc de s'attacher à concurrencer essentiellement les fournisseurs de systèmes à fibre optique. Sa position sur le marché mondial des équipements de réseaux à fibre optique fluctue largement d'un trimestre à l'autre. Toutefois, Nortel reste l'un des premiers fournisseurs d'équipement de réseaux à fibre optique. A l'échelle mondiale, les facteurs déterminants de compétitivité pour les Réseaux à fibre optique de Nortel sont notamment les suivants :

- Leadership technologique, caractéristiques et disponibilité des produits ;
- Qualité et fiabilité des produits ;
- Conformité aux normes sectorielles et réglementaires existantes et émergentes ;
- Garantie et assistance aux clients ;
- Prix et coût total de la propriété ;
- Interopérabilité avec les autres produits de mise en réseau ;
- Compétences en gestion de réseaux ;
- Relations traditionnelles avec les fournisseurs, en particulier dans la région formée par l'Europe, le Moyen-Orient et l'Afrique et dans la région de l'Asie Pacifique ;
- Certification réglementaire, en particulier pour les sociétés de téléphonie locale et longue distance titulaires.

Nortel et beaucoup de ses concurrents ont subi les répercussions du déclin très significatif des dépenses des fournisseurs de services en réseaux à fibre optique. Du fait de cette conjoncture, Nortel cherche à augmenter sa part de marché par rapport à celles de ses concurrents. En particulier, les difficultés financières rencontrées par certains concurrents sont génératrices d'un potentiel de nouvelles relations avec des fournisseurs de services titulaires internationaux dans la région constituée par l'Europe, le Moyen-Orient et l'Afrique et ailleurs. De plus la concurrence menée par les "jeunes pousses" sur le segment des réseaux à fibre optique a diminué en raison des doutes de nombreux fournisseurs de services sur la viabilité financière à long terme de ces jeunes sociétés.

**Highly Confidential**

**NNI_01432831**

# Annexe C: Segments d'exploitation en 2000

En 2000 Nortel a mené des activités sur deux segments d'exploitation : 1) le segment des fournisseurs de services et des opérateurs de télécommunications ; 2) le segment des entreprises.

La section ci-dessous reprend une description des segments de la société tels qu'elle les décrivait cette année là (et elle doit donc être lue dans ce contexte).

### *Segment des fournisseurs de service et des télécommunications*

Nortel compte parmi les premiers fournisseurs de solutions de mise en réseau, et notamment de solutions liées aux réseaux à fibre optique, aux réseaux d'infrastructure et d'accès ainsi qu'aux systèmes pour réseaux sans fil, destinées aux fournisseurs de services et aux opérateurs de télécommunications du monde entier. Nortel est le premier fournisseur mondial de solutions liées aux réseaux à fibre optique. Parmi les fournisseurs de services et entreprises de télécommunications clients de Nortel dans le monde figurent des entreprises de services locales titulaires et concurrentielles, des entreprises de téléphonie interurbaine, des entreprises de téléphonie mondiale, des fournisseurs de services de téléphonie sans fil, des fournisseurs de services Internet, des fournisseurs de services applicatifs, des distributeurs, des services publics, des sociétés de télévision par câble, des fournisseurs de services de contenu et des fournisseurs de services d'hébergement. Les produits destinés aux fournisseurs de services et aux opérateurs de télécommunications sont essentiellement vendus par la force de vente directe de Nortel. Ces produits sont également commercialisés par l'entremise de distributeurs et licenciés nationaux et internationaux.

### *Segment des entreprises*

Nortel fournit des équipements de mise en réseau à des entreprises et firmes réparties dans le monde entier. Les produits et solutions destinés aux entreprises sont proposés à une grande diversité de clients dans le monde, notamment aux grandes entreprises et à leurs succursales, aux petites entreprises et aux sièges de même qu'aux organismes publics, d'enseignement et de services publics. Les secteurs auxquels appartiennent les entreprises clientes de Nortel sont essentiellement ceux des télécommunications, de la fabrication high-tech et des services financiers. Nortel est de plus au service d'entreprises clientes appartenant au secteur de la santé, de la grande distribution, de l'hôtellerie, des services, des transports et à d'autres secteurs industriels. Les produits et solutions destinés aux entreprises sont vendus à l'échelle mondiale par le biais de plusieurs canaux de distribution, dont notamment un réseau de revendeurs, distributeurs et concessionnaires à forte valeur ajoutée, d'intégrateurs de réseaux et de systèmes et, dans le cas de certains produits vendus à ses clients les plus importants, par l'entremise des forces de vente déployées dans chaque pays. Bien qu'il soit obligatoire de conformer les produits à diverses normes notamment de sécurité, le marché mondial des entreprises est dans une large mesure déréglementé.

137

**Highly Confidential**

**NNI_01432832**

138

## *Produits*

### *1) Segment des Fournisseurs de Services et des opérateur de télécommunications*

Nortel propose à ses clients fournisseurs de services et opérateur de télécommunications un large portefeuille de solutions dont notamment des solutions liées aux réseaux à fibre optique, aux réseaux d'infrastructure et d'accès, aux réseaux de téléphonie sans fil, complétées par des services de conseil. Nortel est également fabricant de composants de réseau à fibre optique.

Les solutions de mise en réseau de Nortel pour les réseaux à fibre optique comportent un vaste éventail de produits qui répondent aux besoins des fournisseurs de services et opérateur de télécommunications dans les domaines de la transmission et de la commutation optiques. Les réseaux à fibre optique exploitent des systèmes de transmission et de commutation à fibre optique pour les télécommunications vocales, de données et vidéo entre deux sites d'une même ville ou entre villes, pays ou continents. Dans le domaine des réseaux de données à fibre optique, la société propose sa gamme de produits et de services OPTera :

- Les produits de transmission optique longue distance sont conçus pour assurer un transport haute capacité en multiplexage par division en longueur d'ondes dense, et regroupent des solutions pour les exploitants de réseaux terrestres et sous-marins.

- La solution flexible de transmission optique sur courte distance est conçue pour assurer un accès à très grande vitesse à l'Internet et l'Internet haute performance au sein des grandes villes et des campus universitaires.

- Les commutateurs optiques intelligents sont conçus pour des réseaux d'infrastructure fiables, haute capacité et haute performance et comportent un commutateur tout optique qui est actuellement à l'essai chez des clients.

- Les services haute capacité personnalisés sont conçus tant pour les solutions longues distance que pour les solutions métropolitaines et assistent un large champ d'applications destinées à l'utilisateur final, notamment l'accès haute vitesse à l'Internet, la connectivité de réseau local, les solutions de réseaux privés et la connectivité de réseau de stockage.

- Les solutions spécialisées de commutation et de routage multi-produits sont conçues pour faire converger les réseaux à fibre optique et les réseaux paquets, qui transportent presque tous les types de transmissions, données, vocales et vidéo, à grande vitesse. Ce produit est actuellement à l'essai chez des clients.

Nortel propose parallèlement des systèmes traditionnels de transmission optique qui fonctionnent avec la plupart des normes mondiales de transmission. En alternative au transport optique, la Société propose des options de transport radio numérique.

Pour donner accès à l'Internet haute-performance, Nortel propose une large gamme de produits d'accès au réseau métropolitain ou "premier kilomètre", appliquant des technologies optiques et par câble :

Highly Confidential

NNI_01432833

- La solution flexible de transmission optique à courte distance est conçue pour donner accès à l'Internet grande vitesse. Cet Internet haute performance peut être mis à la portée des grandes villes et des campus universitaires. La solution Ethernet optique a été conçue pour associer la portée et la fiabilité de la transmission optique à courte distance à la simplicité et à la rentabilité de la commutation Ethernet. Cette solution étend Ethernet, norme du réseau local privé, au-delà du réseau de l'immeuble ou du campus, au réseau métropolitain, et rapproche ainsi les réseaux à fibre optique des entreprises et des quartiers urbains.

- Les produits d'accès par câble sont conçus pour fournir des services de classe opérateur de télécommunications en utilisant une connexion matérielle au local de l'abonné. Ils comportent la série CVX de commutateurs d'accès à distance, les produits de transport à boucle numérique AccessNode, et les produits Universal Edge. La famille de produits Universal Edge comporte des produits d'accès à très grande vitesse par câble, dont notamment un accès numérique multiple par ligne d'abonné, un accès vocal traditionnel et un accès simultané et intégré vocal, vidéo et de données.

Nortel propose également des solutions liées aux infrastructures de réseau à ses clients fournisseurs de services et opérateurs. Ces solutions regroupent des systèmes de commutation, des routeurs, des produits d'agrégation et des systèmes de gestion de réseau pour les réseaux de transmission vocale, de données et vidéo.

- Nortel associe les commutateurs Web Alteon en version modulaire et empilable Layer 4 - 7 au logiciel intégré de gestion du trafic Alteon Web OS et à des appareils d'intégration des services. Cette combinaison a été conçue pour parvenir à des solutions de mise en réseau portant sur les contenus, qui permettent aux fournisseurs de services Internet et à d'autres fournisseurs de services de gérer et de ranger par ordre de priorité la livraison de contenus à des clients utilisateurs finaux.

- la solution Succession de Nortel est une solution de classe opérateur de télécommunications, dont la fonction est la commutation ou le routage multi-produits, compatible avec les produits de plusieurs fabricants. Succession est conçue pour ouvrir aux opérateurs et à d'autres fournisseurs de services la possibilité de faire fonctionner des réseaux de données sans remplacer leurs réseaux vocaux existants. Succession offre également des solutions complètes de la prochaine génération pour les réseaux nouveaux et émergents.

- Les produits de la famille Passport assurent des fonctions de routage et de commutation des données à haute capacité et très grande vitesse, destinées à faire fonctionner les services en mode de transfert asynchrone et à relais de trames. Ces produits sont également des composants essentiels des solutions Nortel pour Succession, à savoir l'accès par ligne numérique d'abonné, pour les systèmes de réseau privé virtuel utilisant un Protocole Internet et pour les systèmes sans fil de la troisième génération (ou 3G).

139

**Highly Confidential**

**NNI_01432834**

- Le système traditionnel de multiplexage numérique (ou DMS), une famille de systèmes de commutation numérique, comporte des solutions locales, à péage, longue distance et internationales. Celles-ci offrent des possibilités de services très diverses dont notamment les services de téléphonie délocalisée Centrex. Nortel utilise aussi les produits DMS dans des solutions de commutation et de signalisation sans fil.

- Les produits Shasta Broadband Service Node sont des solutions de services Internet conçues pour permettre aux fournisseurs de services Internet et à d'autres fournisseurs de services de grouper et hiérarchiser logiquement des dizaines de milliers d'abonnés de différents types (par exemple, sur ligne d'abonné numérique, cadran, sans fil, relais de trames, mode de transfert asynchrone et câble), et de centraliser les demandes de services IP à valeur ajoutée destinés aux utilisateurs finaux.

- Les produits Preside sont des solutions logicielles de gestion de réseau de classe opérateur de télécommunications qui permettent aux opérateur de télécommunicationss d'assurer des services de transmission vocale, vidéo et de données à leurs clients. Preside est vendu en offre groupée de logiciels standard et améliorés. Ils ont été conçus pour donner une assurance de réseau et aider ainsi les fournisseurs de service à contrôler les fautes et la performance du réseau, l'activation du réseau pour configurer et fournir les éléments du réseau, et comptabiliser les aspects des services pour faciliter la gestion de la facturation. Les produits Preside font partie intégrante des solutions Nortel pour les réseaux d'accès et d'infrastructure à fibre optique et sans fil.

- Le portefeuille Contivity de plates-formes de commutation pour réseaux privés virtuels basés sur IP permet un accès sécurisé à l'Internet pour les utilisateurs distants, les intranets d'entreprise et les extranets d'entreprise.

Nortel propose une vaste offre de solutions pour les réseaux de services mobiles cellulaires et de services de communications personnelles (ou PCS), et vise à offrir des solutions sans fil de la troisième génération (3G). Les produits mobiles existants offerts par la Société couvrent pratiquement tout le champ des principales normes numériques mondiales pour les réseaux mobiles.

- CDMA et CDMA 3G – Le portefeuille Accès multiple par répartition de codes (ou CDMA) comporte des produits qui supportent l'acheminement de paquets de données à très grande vitesse tout en offrant une capacité vocale améliorée ; Nortel conçoit actuellement des solutions de données et de capacités CDMA 3G dont l'objet est de permettre aux opérateurs de passer plus facilement aux solutions 3G à partir des normes traditionnelles CDMA. Les solutions 3G CDMA sont actuellement à l'essai chez des clients.

- TDMA – Le portefeuille Accès multiples par division dans le temps (ou TDMA) comporte des solutions PCS TDMA conçues pour proposer des services vocaux de haute qualité, de gestion du spectre des radiofréquences ainsi que des caractéristiques et fonctionnalités avancées.

140

**Highly Confidential**

**NNI_01432835**

- GSM, GPRS et UMTS 3G – Le portefeuille Système mondial de communications mobiles ou GSM, comporte des produits sans fil de la prochaine génération à la norme générale de transmission radio par paquets (ou GPRS), ainsi que des solutions traditionnelles GSM. Les produits GPRS sont actuellement associés aux commutations Passport et Contivity Bxtranet pour fournir des solutions Internet sans fil. Ces solutions Internet supporteront de même le passage final du système GPRS aux systèmes de télécommunications Universelles Mobiles ou UMTS, la technologie radio sans fil de la troisième génération. La technologie sans fil UMTS 3G est actuellement à l'essai chez des clients.

Nortel met à la portée de ses clients une suite cohérente et complète de services professionnels conçus pour les aider à concrétiser leur propre vision de l'Internet haute performance. La Société propose des services spécialisés dans divers domaines du conseil à l'échelle mondiale.

- Services d'infrastructure de la prochaine génération – Planification stratégique par le biais de la conception de réseaux, de "complément de lignes," et de la certification des réseaux de la prochaine génération, y compris des services dont la finalité est de transformer les réseaux vocaux traditionnels en architecture de réseaux prêts pour IP.

- Solutions d'assistance aux Opérations et aux entreprises ("OSSIBSS") – Planification opérationnelle, conseil, et services d'intégration portant sur des solutions de gestion de réseaux et des applications intensives de réseau supportant le fonctionnement d'ensemble des réseaux.

- Services gérés – Services d'externalisation technique et méthodologique, conçus pour améliorer l'efficacité opérationnelle et pour écourter le délai de mise sur le marché, moyennant des programmes allant de l'assistance opérationnelle complète aux grands réseaux d'entreprises, aux programmes personnalisés d'externalisation destinés aux fournisseurs de services.

- Solutions d'Applications et de Contenu – services conçus pour permettre aux fournisseurs de services d'acheminer des contenus et applications sur leurs réseaux à destination de leurs entreprises clientes d'une façon efficace et rentable.

De plus, Nortel propose une gamme complète de services de création associés à l'installation et à l'assistance technique continue de solutions de réseau, assurés par son organisation mondiale de services aux clients.

Nortel fabrique en outre des composants optiques à incorporer dans ses propres produits et vendus également à d'autres fabricants d'équipements de réseaux. Il s'agit notamment de composants optiques actifs et passifs, de lasers et filtres accordables, d'émetteurs et récepteurs, d'amplificateurs, d'affaiblisseurs, de circuits intégrés, de dispositifs pour réseaux étendus et autres dispositifs pour les applications longue distance, métropolitaines et d'accès.

141

**Highly Confidential**

NNI_01432836

## 2) *Produits destinés aux entreprises*

Nortel propose aux entreprises clientes des solutions de mise en réseau pour la transmission de données, des communications téléphoniques, des applications de communications et des services associés aux réseaux d'entreprise. La Société offre des solutions de mise en réseau de données et d'Internet à haute performance pour les réseaux locaux d'entreprise et ceux des campus, les réseaux métropolitains et les réseaux étendus exploitant une commutation et des concentrateurs à média partagé à très haute vitesse par Ethernet et en mode de transfert asynchrone. Ces solutions exploitent des routeurs, des produits de réseau virtuel privé, des commutateurs de réseaux d'entreprise pour les réseaux étendus, des logiciels de routage, des services de Protocole Internet pour la gestion des annuaires et des politiques et l'administration des adresses, et des applications de gestion de réseau, dont notamment la gestion de la sécurité, des fautes, de la configuration et de l'ingénierie. Dans le domaine des solutions de téléphonie pour les entreprises, Nortel propose des autocommutateurs privés et systèmes d'appareils à clés à commutation numérique, des autocommutateurs privés basés sur protocole Internet, des systèmes, centres terminaux et téléphones pour la téléphonie basée sur réseau. Nortel propose par ailleurs aux petites entreprises des systèmes à clés, des produits de mise en réseau de données administratives pour petites unités tels que des commutateurs de réseaux locaux, routeurs, centres terminaux et serveurs d'accès à distance pour réseaux virtuels privés, et des produits avancés de téléphonie basée sur Protocole Internet. Pour les solutions sans fil, Nortel propose des produits de téléphonie et de transmission de données sans fil permettant la mobilité à l'intérieur d'un campus ou d'un immeuble, et notamment des produits d'affectation dynamique des configurations d'adresse par Protocole Internet, et des logiciels-clients de téléphonie virtuelle. Les principales familles de produits dans ces domaines regroupent :

- Des solutions de commutation et de routage Passport pour les réseaux de données des campus ainsi que pour les réseaux métropolitains et étendus ;

- Des solutions de commutation et de routage BayStack pour groupes de travail en réseau local et petites entreprises ;

- Des produits et applications logiciels Optivity pour la gestion de réseau, la gestion des services, la gestion des annuaires et la gestion des politiques ;

- Des systèmes Meridian I, SL-100 et 6500 de téléphonie pour l'entreprise à autocommutateurs privés et systèmes Norstar de téléphonie pour petites entreprises ; et

- Des solutions logicielles Succession et Business Communications Manager pour les services de téléphonie avancés basés sur Protocole Internet.

142

**Highly Confidential**

NNI_01432837

Nortel propose un vaste portefeuille de solutions et de produits à ses entreprises clientes. Parmi celles-ci, beaucoup construisent des environnements de services hautement performants à leur propre clientèle. Axées sur la satisfaction du client, les stratégies de la Société ont souvent recours à cette fin aux technologies de portail, dont notamment les centres d'appels, les systèmes de réponse vocale interactive, les centres de réponse sur le web et les systèmes avancés de reconnaissance de la parole. Ces systèmes sont conçus pour permettre aux entreprises d'intégrer leurs clients dans leurs opérations de gestion d'entreprise électroniques de manière à faciliter contacts et transactions avec les clients, remplir les exigences liées à leurs transactions, et répondre en permanence à leurs besoins. Les principales familles de produits dans ce domaine sont les suivantes :

- Logiciel Clarify de gestion de la relation client ;
- Systèmes de réponse vocale interactive Periphonics ; et
- Centres d'appel Symposium.

Nortel propose des services professionnels de gestion et de conseil aux entreprises et organismes des secteurs public et privé.

143

**Highly Confidential**

**NNI_01432838**

## Annexe D: Segments d'activités de 2001

La section ci-dessous reprend une description des segments de la société tels qu'elle les décrivait cette année là (et elle doit donc être lue dans ce contexte).

### Solutions de Mise en Réseau

Les solutions de mise en réseau de Nortel comprennent des équipements, des logiciels ainsi que d'autres technologies de réseau permettant les communications locales et mondiales grâce à la mise en réseau des données, voix et multimédia. Au sein du secteur, la mise en réseau signifie :

- La connexion au minimum de 2 dispositifs de communications, tels que les téléphones pour les communications vocales et les ordinateurs pour les communications de données, sur des distances courtes ou longues, créant ainsi un « réseau » ;
- La connexion entre eux de 2 réseaux ou plus; ou
- La connexion d'équipements utilisés dans un réseau.

Un réseau de communications se compose généralement d'équipement d'accès au réseau, d'équipement de transport de réseau et d'équipement de réseau d'infrastructure.

*a) Accès au réseau*

L'accès au réseau fait référence à la portion d'un réseau reliant l'utilisateur final à l'équipement d'accès au réseau, et qui est située entre le site de l'utilisateur final et l'intérieur ou zones « cœur » d'un réseau.

*b) Transport de réseau*

Le transport de réseau fait référence à la portion d'un réseau reliant l'équipement d'accès au réseau, à l'équipement de mise en place du réseau d'infrastructure ou reliant l'équipement de cœur de mise en réseau d'un site à l'équipement de mise en place du réseau d'infrastructure d'un autre site. Le transport de réseau peut se faire par câblage métallique (fil de cuivre, fibre optique, ou câble coaxial) ou par signaux radio sans fil, transmis par voie aérienne entre les sites, par l'intermédiaire d'antennes. Le transport de réseau par signaux radio sans fil est également appelé transport numérique hertzien. Nortel ne propose pas de produits de transport numérique hertzien. La méthode la plus fréquemment utilisée pour le transport de réseau de longue distance est la mise en réseau optique, qui utilise les particules/ondes lumineuses pour transmettre des signaux de communications par des câbles à fibres optiques.

**Highly Confidential**                                                                                    **NNI_01432839**

*c) Mise en place du réseau d'infrastructure*

La mise en place du réseau d'infrastructure fait référence à l'appareillage et aux travaux des zones internes à un réseau. L'équipement de mise en place du réseau d'infrastructure dirige, achemine, ou « commute » les signaux de communication de données, voix et multimédia d'une partie d'un réseau à une autre. Pour les produits courants de mise en place du réseau d'infrastructure de Nortel, se référer à la description « Segment des Réseaux Métropolitains et d'Entreprises » ci-dessous. Pour les produits spécialisés de cœur de mise en réseau conçus pour les réseaux de communications sans fil, se référer à la description « Segment de Réseaux Sans Fil » ci-dessous.

145

**Highly Confidential**

**NNI_01432840**

## *Produits*

### *1) Segment de Réseaux Métropolitains et d'Entreprises*

Le portefeuille des produits filaires pour Réseaux Métropolitains et d'Entreprises offre à ses clients des possibilités de communications de données, voix et multimédia. Les clients fournisseurs de services de Nortel comprennent les compagnies de téléphonie locale et interurbaine, les fournisseurs de services Internet, et d'autres fournisseurs de services spécialisés dans les communications. Parmi les entreprises clientes, on peut compter des grandes entreprises et leurs succursales, des petites entreprises, des bureaux personnels, ainsi que des organisations gouvernementales, d'éducation et de services publics. Nortel propose aux clients des Réseaux Métropolitains et d'Entreprises toute une gamme de solutions de réseau Ethernet à fibres optiques, de commutation de paquets et de routage, ainsi que des solutions réseaux circuits vers paquets. Les clients bénéficient également de services professionnels associés, parmi lesquels : des services de planification et de conception de réseau stratégiques ; des services de conseils et de planification des activités ; des services d'externalisation des processus et des technologies ; des services d'applications et de contenu réseau ; et une assistance technique pour garantir l'installation et le suivi.

#### *Réseaux Ethernet à fibres optiques*

Nortel propose aux clients Réseaux Métropolitains et d'Entreprises une large gamme de solutions pour des réseaux métropolitains à fibres optiques, ou réseaux « Optical Ethernet». Les réseaux Ethernet à fibres optiques acheminent les communications de données, voix et multimédia entre des sites à l'intérieur d'une ville ou entre des villes rapprochées, en transmettant des signaux de communication sous la forme de particules/ondes lumineuses par des câbles de fibres optiques. Les clients utilisent des solutions de réseau à fibres optiques pour fournir des services personnalisés et notamment l'accès haut débit à Internet, des connexions réseau entre des bureaux d'une même ville et entre des villes rapprochées, et une assistance technique pour le transport et le stockage de grandes quantités de données. Nortel offre une suite de solutions de réseaux Ethernet à fibres optiques conçues pour fluidifier le goulot d'étranglement des réseaux métropolitains engorgés et complexes, conséquence de la grande diversité d'utilisateurs et de services existant dans les villes (tels que les entreprises, les banques, les écoles, les particuliers qui utilisent tous les lignes de téléphone et d'Internet). Les produits de réseau Ethernet à fibres optiques peuvent accueillir les données, la voix, la vidéo, l'Ethernet, et d'autres types de protocoles (tels que ceux utilisés pour la sauvegarde et le stockage des données). Ils sont conçus pour pouvoir s'étendre, se réduire et être flexibles d'une manière générale pour s'adapter aux structures de trafic de communications dynamiques à l'intérieur des villes. Le portefeuille de produits de la gamme Optical Ethernet destinés aux réseaux métropolitains à fibres optiques comprend les séries *OPTera Metro 3000*, *OPTera Metro 4000*, et *OPTera Metro 5000*.

146

**NNI_01432841**

*Commutation de Paquets et Routage*

Nortel offre à ses clients une large gamme de solutions de commutation de paquets et routage. La mise en réseau par paquets implique le partitionnement des signaux des communications de données, voix et multimédia en morceaux, appelés « paquets », qui sont d'abord dirigés ou acheminés indépendamment sur le réseau pour être ensuite regroupés une fois arrivés à destination. Cette technique permet de diriger et d'acheminer simultanément et plus efficacement un grand nombre de signaux de communications que dans une mise en réseau de circuits. Cette technique nécessite qu'un circuit de réseau indépendant soit maintenu pour chaque signal de communication pour toute la durée de l'appel. Les systèmes de commutation de paquets et routage doivent comprendre des systèmes de commutation de données, des produits d'agrégation, des passerelles de réseaux privés virtuels et des routeurs.

- Les produits Internet *Alteon* permettent la commutation des données, conçue pour permettre aux fournisseurs de services et aux entreprises de garantir la sécurité des données sur Internet, de gérer le contenu Internet et de définir des priorités pour ce contenu mis à la disposition des utilisateurs finaux, et de répartir de manière équilibrée sur plusieurs serveurs Internet le volume de trafic de communications.

- La famille *Passport* de produits de commutation multiservices permet une commutation des données à haute vitesse et à forte capacité et peut accueillir une large gamme de technologies de communications de données, parmi lesquelles la commutation multiprotocole par étiquette, le mode de transfert asynchrone, le protocole IP, et des services de relayage de trames. Ces produits sont également des éléments clés de la solution Succession, des services de réseau privé virtuel de protocole IP, et des solutions de commutation de données sur réseau sans fil de 3ᵉ génération, ou 3G. Les produits de la gamme *Passport Ethernet Routing Switch* permettent la commutation et le routage par protocole IP.

- Le portefeuille de solutions *Baystack and Business Policy Switch 2000* est un ensemble de commutations de données de haute performance destinées aux réseaux informatiques locaux et étendus des clients des entreprises de Nortel qui utilisent un réseau Ethernet, un protocole standard d'ordinateurs en réseau pour réseaux locaux. Ces systèmes de commutation sont conçus pour permettre d'établir des priorités dans le trafic des communications, pour garantir l'intégrité du réseau pour certaines applications, telles que les systèmes pour les communications de voix sur Internet.

147

**Highly Confidential**

- Les produits d'agrégation *Shasta Broadband Service Node* sont conçus pour donner aux fournisseurs de services la possibilité de grouper de manière logique des milliers d'abonnés, entreprises et résidentiels, afin de les re-diriger vers divers fournisseurs de services Internet, ou pour appliquer de manière centralisée des services de mise en réseau de données à valeur ajoutée, tels que la sécurisation sur Internet, et ce, pour chaque abonné. Ces produits peuvent accueillir un large éventail de technologies d'accès au réseau, dont l'accès standard par ligne commutée par fil de cuivre pour téléphonie, la ligne numérique de l'abonné, le mode de transport asynchrone, le sans fil, le relayage de trames, et des technologies par câble coaxial.

- Le portefeuille *Contivity* de plates-formes de commutation de données pour les réseaux privés virtuels sur Internet est conçu pour offrir un accès sécurisé à Internet aux utilisateurs distants, pour les réseaux Intranet et Extranet des entreprises. Ces produits sont également destinés à garantir la sécurisation des communications entre les sites d'une même entreprise.

- Le portefeuille *Bay Routers* est une famille de routeurs qui fonctionnent avec un ensemble de protocoles de mise en réseau de données pour permettre l'accès à des connexions capables de s'étendre, de se réduire, rentables, destinées aux réseaux locaux des clients des entreprises Nortel, aux réseaux des campus et aux réseaux étendus. Ces solutions utilisent le protocole IP standard pour acheminer le trafic des communications de données du site d'une entreprise à une autre, au sein du réseau de l'entreprise.

148

**Highly Confidential**

**NNI_01432843**

*Réseaux Voix Circuit vers Paquets*

Les systèmes de commutation de circuits permettent aux signaux de communications d'être re-dirigés ou « commutés » de manière sélective d'un réseau de circuits à un autre. Les solutions Nortel en matière de réseaux voix circuit vers paquets comprennent les systèmes combinés de communications données et voix, d'autres systèmes téléphoniques d'entreprises *Meridian* et *Norstar*, les systèmes de commutation numérique, les solutions et applications d'entreprises, et le logiciel de gestion de réseau. Les solutions et applications d'entreprises de Nortel comprennent les centres d'appels, les systèmes de réponse vocale interactifs, les centres de réponse sur Internet, et les systèmes évolués de reconnaissance vocale, tous conçus pour permettre aux organisations d'intégrer des clients dans leurs processus d'affaires électroniques.

- Les solutions *Succession* sont des systèmes combinés de communications données et voix destinés aux fournisseurs de services et aux grandes entreprises. Ces solutions sont conçues pour donner aux clients de Nortel la possibilité d'accueillir la mise en réseau de données et de grandes entreprises sans que ces dernières aient à remplacer leurs réseaux voix existants ou à ajouter des services vocaux à leurs réseaux de données existants. Les solutions *Succession* s'adaptent aux clients qui construisent de nouveaux réseaux, et aux clients souhaitant faire évoluer leur réseau de communications voix existant vers un réseau par paquets rentable, adapté aux communications de données, voix et multimédia.

- La solution *Business Communications Manager* est un système combiné de communications de données et voix destiné aux agences et aux petites et moyennes entreprises utilisant aussi bien des technologies basées sur le numérique que sur un protocole IP. Cette solution permet la migration à partir d'infrastructures de communications indépendantes données et voix d'une entreprise vers un système combiné de prochaine génération basé sur Internet. Les applications disponibles comprennent notamment la messagerie vocale, les téléphones sans fils, les logiciels de centres d'appels, et le routage des communications de données.

- Le système de technologie *CentrexIP* fournit une suite de services commerciaux aux clients résidentiels et aux entreprises par le biais d'un réseau par paquets. Ce système est intégralement évolutif et permet l'utilisation de nouvelles applications telles que la conférence multimédia, la messagerie unifiée et le partage de fichiers, intégrées aux services vocaux traditionnels d'entreprises.

149

Highly Confidential

- Les systèmes *Meridian* de commutation de téléphonie numérique sont conçus pour les petites, moyennes et grandes entreprises commerciales et les environnements gouvernementaux. Ces systèmes de téléphonie offrent des fonctionnalités de communications telles que la messagerie vocale, l'indication d'appel en attente et le renvoi automatique d'appel, ainsi que des services vocaux évolués, des applications multimédia, et d'autres fonctionnalités de mise en réseau. Les clients de Nortel peuvent également configurer leurs systèmes *Meridian 1* pour envoyer des communications vocales par Internet grâce aux produits passerelles de voix sur IP de Nortel et la téléphonie par Internet i2004.

- Les systèmes de commutation de téléphonie numérique Norstar sont conçus pour les petites et moyennes entreprises, et les agences de grandes organisations. Ces systèmes de téléphonie peuvent être configurés avec une suite d'applications, telles que la messagerie vocale, les téléphones sans fils, les logiciels de centres d'appels clients, et les systèmes de réponse vocale interactif.

- Le système de commutation numérique DMS, abréviation de Digital Multiplex System (Système Multiplexe Numérique), fournit des services téléphoniques locaux, interurbains et à longue distance, et des solutions de passerelles internationales. La fonction principale des systèmes multiplexes numériques est de permettre aux fournisseurs des services de connecter les personnes passant des appels téléphoniques locaux et à longue distance. Ces systèmes offrent également aux clients résidentiels et entreprises des fournisseurs de services une large palette de capacités de services, parmi lesquels des fonctions évoluées comme l'identification de l'appelant et l'indication d'appel en attente.

- Les systèmes de réponse vocale interactifs *Periphonics* automatisent les fonctions généralement remplies par les agents des compagnies de téléphone. Les systèmes de réponse vocale interactifs répondent aux téléphones, accueillent les appelants, proposent des options de menu et fournissent des informations à l'appelant d'une manière cohérente et appropriée. Ces systèmes utilisent des systèmes évolués de reconnaissance vocale pour permettre à l'appelant d'interagir avec le système en répondant oralement aux questions ou messages-guides présentés à l'appelant par le système.

- Les systèmes assistance-annuaire intègrent un système de réponse vocale interactif afin d'automatiser l'identification de l'inscription à l'annuaire de l'appelant et de fournir une transmission en différé des mesures obtenues par un satellite.

- Le portefeuille de produits de centres d'appels *Symposium* propose des solutions de centres d'appels aux petites, moyennes et grandes organisations. Les solutions *Symposium* peuvent fournir soit un système vocal standard circuit-commuté, soit une solution de centre d'appels par Internet.

150

**Highly Confidential**

**NNI_01432845**

- Les produits de la gamme *Unified Payment* permettent de fournir en temps quasi réel des données de facturation aux systèmes de facturation des clients. Ces produits permettent aux fournisseurs de services d'opérer des services d'abonnement aussi bien en pré-paiement qu'en post-paiement. Ils proposent également des interfaces de commerce électronique et des plates-formes de reconnaissance vocale permettant aux fournisseurs de services d'implémenter des solutions de facturation de bout en bout.

- Le logiciel de gestion de réseau fournit un reporting de gestion, de surveillance, une signalisation des alarmes et un reporting statistique de mise en réseau afin de garantir qu'un réseau fonctionne de la manière souhaitée par les fournisseurs de services et les utilisateurs finaux. Ces systèmes sont conçus pour donner aux clients de Nortel la possibilité de contrôler les performances de leur réseau et d'apporter les changements nécessaires à la performance de leur réseau, y compris l'approvisionnement de nouveaux services pour les utilisateurs finaux. Le logiciel de gestion de réseau de Nortel comprend les produits de gestion de réseau de classe opérateur *Preside*, et les progiciels de gestion de réseau *Optivity* pour les entreprises.

### *2) Segment Réseaux Sans Fil*

La mise en réseau sans fil, également appelée mise en réseau de téléphonie mobile, fait référence aux réseaux de communications qui permettent aux utilisateurs finaux de rester mobiles tout en recevant et en envoyant des communications données et voix par l'intermédiaire d'un dispositif sans fil, comme par exemple un téléphone cellulaire. Ces réseaux utilisent des équipements spécialisés d'accès au réseau et de mise en place d'un réseau d'infrastructure qui permettent à tout utilisateur final d'être connecté et identifié malgré l'inexistence d'une localisation fixe. La technologie des réseaux de communications sans fil a évolué et continue à évoluer, à chaque nouvelle « génération » technologique. La technologie sans fil de Première génération (1G) fait référence aux réseaux de communications analogiques sans fil basés sur la technologie de commutation de circuits, limités aux seules communications voix. La technologie sans fil de seconde génération (2G) fait référence aux réseaux numériques sans fil basés sur la technologie de commutation de circuits avec des capacités très limitées de transmission de données et la technologie sans fil de troisième génération (3G) fait référence aux réseaux de communications numériques sans fil basés sur la technologie de mise en réseau par paquets capable de transmettre à haut débit données, voix, données et multimédia. Les solutions de réseau sans fil de Nortel existantes s'étendent sur toutes les générations et toutes les principales normes numériques internationales destinées aux réseaux de services mobiles. La majorité des réseaux sans fil existant à ce jour utilisent les technologies sans fil de seconde génération.

151

**Highly Confidential**

**NNI_01432846**

Il existe plusieurs normes internationales applicables aux réseaux de communications sans fil. Les principales normes utilisées aujourd'hui sont les suivantes : l'Accès Multiple par Répartition dans le Temps (« TDMA »), norme essentiellement utilisée en Amérique du Nord et en Amérique du Sud, l'Accès Multiple par Répartition en Code (« CDMA »), norme surtout utilisée en Amérique et dans les pays du Pacifique et de l'Asie, et le Système Mondial de Communications Mobiles (« GSM »), norme utilisée dans le monde entier. Le Système Universel des Télécommunications Mobiles (« UMTS ») est la norme émergente des réseaux de troisième génération, principalement en Europe. La norme TDMA, de seconde génération de la technologie sans fil, utilise les intervalles de temps d'un canal de fréquence radio pour séparer les conversations des utilisateurs. CDMA est une norme de seconde génération de la technologie sans fil qui utilise des codes, plus ou moins comme le cryptage, pour distinguer un appel d'un autre. Avec cette norme, tous les appels dans une cellule donnée sont transmis sur l'ensemble des fréquences radio attribuées à l'opérateur du réseau au sein de cette cellule. Les réseaux de norme CDMA évoluent vers la troisième génération conformément à la norme CDMA 3G (lxRTT), aussi appelée *cdma2000*, correspondant à la mobilité à haut débit pour voix et données. Les technologies lxEV et lxDV sont également des normes émergentes CDMA de troisième génération pour les réseaux sans fil à haut débit pour les télécommunications données, voix et multimédia. GSM est une norme de seconde génération de la technologie sans fil qui, tout comme la norme TDMA, utilise des intervalles de temps dans un canal de fréquence radio spécifique pour distinguer un appel d'un autre appel. Les réseaux GSM évoluent et transmettent données et voix, grâce à l'introduction de la norme Service Général de Communications par Paquets (« GPRS »). Cette norme est considérée comme une technologie de première génération établissant une étape intermédiaire entre les réseaux sans fil de seconde et de troisième génération. La norme UMTS de troisième génération associe l'accès radio basé sur la norme CDMA à des techniques évoluées de commutation pour obtenir des réseaux sans fil à haut débit et à forte capacité pour les communications de données, voix et multimédia.

152

**Highly Confidential**

Nortel propose un portefeuille étoffé de solutions pour réseaux de communications sans fil. Les produits de mise en réseau sans fil peuvent accueillir les normes TDMA, CDMA, GSM, GPRS et UMTS. Nortel offre également une palette de services professionnels associés à ses clients, parmi lesquels : des services de planification des activités, des services de conception de réseau, des services d'acquisition et d'installation de sites, des services d'optimisation de réseau, et des services d'assistance et d'opérations techniques.

L'équipement d'accès au réseau de radiocommunications utilise les ondes radio pour fournir un accès sans fil au combiné de l'abonné, permettant à l'abonné au sans fil de se connecter au réseau pour envoyer et recevoir des communications de données, voix et multimédia. Les éléments principaux du réseau dans l'accès radio sont : (i) les émetteurs-récepteurs de station de base et (ii) les contrôleurs de station de base. Lorsqu'un abonné du service mobile s'éloigne de la zone couverte par l'émetteur-récepteur de la station de base, également appelé site cellulaire, il perdra l'appel à moins qu'un site cellulaire proche fournisse un relais de couverture. Cela nécessite qu'un appel actif sans fil soit transféré d'une cellule à une autre sans que l'appel en cours soit coupé ou déconnecté, processus également appelé « transfert intercellulaire ». Les émetteurs-récepteurs et les contrôleurs de la station de base fonctionnent ensemble avec des équipements de réseau d'infrastructure pour permettre un appel par transfert cellulaire. Nortel met à la disposition de ses clients un grand nombre d'émetteurs-récepteurs et de contrôleurs de station de base de normes TDMA, CDMA, GSM, GPRS et UMTS, pouvant se conformer à une large gamme de critères de réseau, y compris les réseaux métropolitains et urbains de forte densité, qui sont généralement disponibles en offres groupées micro, macro, et mini, d'émetteurs-récepteurs de station de base. Nortel ne produit, ni ne vend de téléphones cellulaires.

- Le portefeuille d'accès au réseau radio TDMA peut accueillir des fournisseurs de services sans fil avec un spectre des radiofréquences sous licence à 800 mégahertz et/ou 1900 mégahertz.

- Les émetteurs-récepteurs de station de base norme CDMA s'adaptent aux normes de transmission CDMA de 2G (IS-95) et CDMA de 3G (1 xRTT) à 800 mégahertz et/ou 1900 mégahertz, et seront capables d'être mis à niveau pour s'adapter aux normes émergentes CDMA de 3G (1xEV et 1 xDV) dans un futur proche.

- Les produits de station de base de norme GSM peuvent accueillir les fournisseurs de services avec un spectre des radiofréquences sous licence à 900 mégahertz, 1800 mégahertz et/ou 1900 mégahertz, et peuvent être mis à niveau pour accueillir la norme GPRS (2G améliorée de téléphonie mobile).

- Les équipements d'accès au réseau radio UMTS (« UTRAN ») de troisième génération sont actuellement à l'essai chez des clients.

153

**Highly Confidential**

Les équipements de réseau d'infrastructure dirigent, acheminent ou « commutent » les signaux de communications au sein d'un réseau de communications sans fil des fournisseurs de services. Les principales fonctions des équipements au cœur des réseaux de communications sans fil sont : identifier et authentifier l'appelant, le localiser, diriger l'appel dans le système et générer des archives des détails des appels pour des besoins de facturation. Les éléments clés du réseau dans la partie principale du réseau de communications sans fil sont : (i) les centres de commutation de téléphonie mobile, et (ii) les enregistreurs de localisation. Les centres de commutations mobiles dirigent ou « commutent » les signaux de communications de données, voix et multimédia d'un circuit de réseau à un autre. Un enregistreur de localisation est une base de données qui contient les données permanentes des abonnés, telles que les informations d'approvisionnement et de services, et les informations dynamiques, telles que les sites actuels des combinés de téléphonie mobile. Nortel dispose de centres de commutations de téléphonie mobile et d'enregistreurs de localisation qui peuvent accueillir les réseaux d'infrastructure de normes TDMA, CDMA, et GSM. Le Nœud de Support GPRS de Service, qui connecte le réseau « dorsal » GPRS à l'émetteur-récepteur de la station de base et à l'enregistreur de localisation, enregistre et recherche les utilisateurs de téléphonie mobile et envoie des communications de données aux téléphones cellulaires et à d'autres dispositifs de téléphonie mobile dans une zone de service déterminée. Le Nœud de Service GPRS de Transit achemine les communications de données et connecte le réseau dorsal GPRS aux réseaux de données externes. Les équipements de mise en place de réseau d'infrastructure de norme UMTS de troisième génération, y compris le Nœud de Support UMTS de Service et le Nœud de Support UMTS de Transit, sont actuellement à l'essai chez des clients.

### 3) Segments de Réseaux à fibre optique longue distance

Les solutions de réseaux à fibre optique longue distance de Nortel regroupent une palette variée de produits de mise en réseau permettant de mieux s'adapter aux besoins des fournisseurs de services, parmi lesquels les compagnies de téléphone locales et interurbaines, les fournisseurs de services Internet, et d'autres fournisseurs de services de télécommunications. Ces réseaux à fibre optique longue distance transportent des communications de données, voix et multimédia d'une ville à une autre, d'un pays à un autre, ou d'un continent à un autre, en transmettant des signaux de communications sous la forme de particules/ondes lumineuses par des câbles de fibres optiques. La mise en réseau optique est la technique la plus fréquemment utilisée pour le transport de signaux de communications entre plusieurs sites à l'intérieur d'un réseau de fournisseurs de services. Nortel propose également à ses clients une gamme de services de conseils, d'installation, et d'assistance techniques associés.

154

**Highly Confidential**                                        **NNI_01432849**

Les solutions de mise en réseau optique longue distance de Nortel sont conçues pour assurer un transport longue distance et de forte capacité, et la commutation de signaux de communications de données, voix et multimédia pour les opérateurs de réseaux de communications terrestres et sous-marins. Ces solutions comprennent les solutions de transmission Multiplexage en longueur d'onde dense (« DWDM »), les solutions de transmission optique synchrone, les solutions de commutation optique, et le logiciel de gestion de réseau. Nortel met également à la disposition de ses clients une gamme étendue de composants optiques pour les réseaux optiques longue distance. Les composants optiques sont les blocs de construction de mise en réseau optique des propres produits de Nortel, et ceux-ci sont également vendus à d'autres fabricants d'équipements pour réseau.

- La technologie DWDM permet la transmission simultanée d'une multiplicité de signaux de particules/ondes lumineuses par le même brin de fibre optique en utilisant différentes longueurs d'ondes lumineuses pour distinguer les signaux, en accroissant la capacité et la flexibilité du réseau. Les systèmes de lignes DWDM comprennent des terminaux de transmissions optiques et des répéteurs de transmissions optiques. Des terminaux de transmissions optiques sont connectés au bout du câble de fibres optiques et envoie des signaux de communications de données, voix et multimédia par le câble en utilisant les particules/ondes lumineuses. Ces répéteurs sont utilisés sur les sites en même temps que les câbles de fibres optiques qui s'étendent sur de longues distances pour renforcer le signal. Les systèmes de lignes standard DWDM OPTera longue distance s'étendent sur des distances allant jusqu'à 600 kilomètres sans avoir besoin de répéteurs de transmissions optiques, et permettent, en cours d'acheminement, l'ajout et la déviation de signaux de communications vers des sites intermédiaires. Les systèmes de lignes très longue distance OPTera s'étendent sur des distances dépassant les 600 kilomètres sans avoir besoin de recourir aux répéteurs de transmissions optiques.

- Les systèmes de transmissions optiques synchrones utilisent des normes optiques traditionnelles, y compris la norme Réseau à Fibre Optique Synchrone (« SONET »), la norme la plus fréquemment utilisée en Amérique du Nord et dans certains pays d'Asie, et la norme Hiérarchie Numérique Synchrone (« SDH »), la plus couramment utilisée par les pays européens et un grand nombre d'autres pays. Ces normes définissent les formats de conversion des signaux électroniques en signaux lumineux, et les signaux lumineux en signaux électroniques. Les équipements de transmissions optiques synchrones comprennent la gamme Nœud de Transport SDMS des produits SONET, et la ligne TN-X des produits SDH. En outre, la gamme de produits de nouvelle génération SONET/SDH, avec sous-répartition étendue, transmission de données, et des capacités DWDM intégrées comprend la suite *OPTera Connect DX*.

155

**Highly Confidential**

**NNI_01432850**

156

- Les solutions de commutations optiques permettent de diriger ou de « commuter » de manière sélective les signaux de communications de données, voix et multimédia par fibres optiques d'un circuit de réseau à un autre. Les produits de commutation optique permettent le groupage de trafic (la remise en paquets efficace des signaux de plus faible débit en signaux de plus haut débit pour une utilisation optimale de la capacité du réseau), l'agrégation, et la protection du trafic des communications des utilisateurs finaux, et sont dédiés à fournir des solutions de faible coût pour la commutation de gros volumes d'informations sur des systèmes de transmission. Les produits de cette catégorie incluent ceux de la gamme *OPTera Connect HDX*, actuellement à l'essai chez des clients.

- La gamme de solutions *Preside* de logiciels de gestion de réseau à fibre optique longue distance couvre toutes les fonctions nécessaires au contrôle, à la planification et à la surveillance de l'équipement et des performances d'un réseau optique, telles que le routage pré-déterminé du trafic, la gestion de la configuration de l'équipement, les rapports de défaillances, la gestion des performances et la sécurisation du réseau.

- Les éléments de mise en réseau optique comprennent des produits tels que des transmetteurs optiques (qui convertissent des signaux électriques en signaux optiques), des récepteurs optiques (qui convertissent des signaux optiques en signaux électriques), des lasers (qui produisent une lumière adaptée à la transmission sur réseaux optiques), des lasers réglables (avec une fréquence d'émission pouvant varier pendant l'utilisation), des amplificateurs (qui augmentent l'intensité des signaux optiques), et d'autres modules, circuits et dispositifs de mise en réseau optique.

156

**Highly Confidential**

## Annexe E : Segments d'activité de 2002

### Solutions de mise en réseau

Les solutions de mise en réseau de Nortel comprennent les équipements réseau, les technologies logicielles et autres technologies permettant aux communications de s'effectuer par la mise en réseau des données, de la voix et du multimédia. Dans le cadre de l'activité de Nortel, la mise en réseau concerne :

- le raccordement de deux ou plusieurs appareils de communication tels que téléphones pour les communications vocales et ordinateurs personnels pour la communication des données, que ce soit sur une longue ou sur une courte distance, pour créer un « réseau » ;
- le raccordement de deux ou plusieurs réseaux ;
- le raccordement d'équipements utilisés à l'intérieur d'un réseau.

Un réseau de télécommunications consiste généralement en (a) un équipement d'accès au réseau, (b) un équipement de transport de réseau, (c) un équipement de réseau central.

*a) Accès au réseau*

L'accès au réseau couvre la portion du réseau séparant l'utilisateur final de l'équipement d'accès au réseau qui se trouve en différents points entre le site de l'utilisateur final et les zones intérieures ou centrales d'un réseau.

*b) Transport de réseau*

Le transport de réseau couvre la portion d'un réseau séparant l'équipement d'accès au réseau à l'équipement central de réseau, ou celle séparant deux points de l'équipement central de réseau. Le transport de réseau peut s'opérer au moyen d'un câblage filaire (fibre optique, câble de cuivre ou coaxial) ou par le biais de signaux radio sans fil transmis par les airs entre différents points grâce à des antennes. La méthode la plus courante pour le transport de réseau de longue distance est la mise en réseau optique, qui utilise les ondes lumineuses pour transmettre les signaux de communication à travers des câbles en fibres optiques. Le transport de réseau par signaux radio sans fil est également connu sous le nom de transport radio numérique, qui ne fait pas partie de l'offre de produits et de services de Nortel.

157

**Highly Confidential**

**NNI_01432852**

158

*c) Mise en place d'un réseau central*

La mise en place d'un réseau central couvre les appareils et mécanismes des zones intérieures d'un réseau. L'équipement de réseau central a pour fonction de diriger, d'acheminer ou de « commuter » les signaux de communications données, voix et multimédias d'une partie du réseau à l'autre. La mise en place du réseau central utilise la mise en réseau en mode paquets ou en mode circuit.

La mise en réseau en mode paquets consiste dans le fractionnement d'un signal de communication de données, de voix ou de multimédias en morceaux ou « paquets » qui sont dirigés ou acheminés à travers le réseau de manière autonome puis de nouveau assemblés une fois parvenus à destination. Cela permet à un grand nombre de signaux de communication d'être dirigés ou acheminés simultanément et plus efficacement qu'en cas de mise en réseau en mode circuit, qui requiert le maintien d'un circuit de réseau séparé pour chaque signal de communication pour la durée de la transmission.

158

**Highly Confidential**

**NNI_01432853**

## *Produits*

### *1) Réseaux sans fil*

Le réseau sans fil, également connu sous le nom de réseau mobile, fait référence aux réseaux de communications permettant la mobilité des utilisateurs finals dans l'envoi et la réception de communications vocales et de données moyennant l'utilisation d'appareils sans fil tels que les téléphones cellulaires et les assistants numériques personnels. Ces réseaux utilisent un équipement d'accès réseau spécialisé et un équipement de réseau central spécifique qui permettent la connexion et l'identification de l'utilisateur final lorsqu'il ne se trouve pas en un point fixe. La technologie des réseaux de communication sans fil a évolué et continue d'évoluer à travers les différentes « générations » de technologies.

- La technologie sans fil de première génération (« 1G ») concerne les réseaux de communications analogiques sans fil basés sur la technologie de la commutation de circuit. Ils sont limités aux communications vocales ;

- La technologie sans fil de deuxième génération (« 2G ») concerne les réseaux de communications numériques sans fil basés sur la technologie de la commutation. Ils sont dotés de capacités modestes de transmission des données ;

- La technologie sans fil de troisième génération (« 3G ») concerne les réseaux de communications numériques sans fil basés sur la technologie de réseau en mode paquets. Ils permettent la transmission de la voix, de données haut débit et de multimédias.

Les solutions sans fil existantes de Nortel couvrent l'ensemble des technologies de deuxième et troisième génération ainsi que la plupart des normes numériques globales majeures applicables aux réseaux de téléphonie mobile. La plupart des réseaux actuels de communications sans fil reposent sur des technologies sans fil 2G. Des réseaux 3G ont cependant été lancés dans plusieurs régions. Il est à noter que plusieurs normes internationales existent pour les réseaux de communications sans fil.

- La norme TDMA (Time Division Multiple Access) est une norme de technologie sans fil de 2G essentiellement présente aux États-Unis, au Canada et dans la région Caraïbes et Amérique latine (ou CALA). Elle utilise les intervalles de temps à l'intérieur d'un canal de fréquence radio afin de séparer les conversations des utilisateurs.

Highly Confidential

NNI_01432854

- La norme CDMA (Code Division Multiple Access) est une norme de technologie sans fil de 2G également connue sous le nom de cdmaOne. Elle est présente dans chaque zone géographique. La norme CDMA utilise des codes, similaires au cryptage, pour distinguer un appel d'un autre, l'ensemble des appels d'une cellule donnée étant transmis à travers toutes les fréquences radio assignées à l'opérateur réseau à l'intérieur de la cellule. Conformément à la norme 1xRTT (single channel (1x) Radio Transmission Technology), également connue sous le nom de cdma2000, qui concerne la mobilité de la voix et des données haut débit, les réseaux CDMA doivent évoluer vers la catégorie des technologies 3G. Les normes CDMA 3G 1xEV-DO (EVolution Data Only) et CDMA 3G 1xEV-DV (EVolution Data and Voice) sont des extensions des normes CDMA 3G pour les réseaux sans fil haut débit, couvrant toute communication vocale, de données ou de multimédias.

- La norme GSM (Global System for Mobile communications) est une norme de technologie sans fil de 2G présente dans le monde entier qui, à l'instar de la norme TDMA, utilise des codes à l'intérieur d'un canal de fréquence radio spécifique pour distinguer un appel d'un autre. Les réseaux GSM évoluent actuellement vers le transport de données et de transmission vocale, avec l'introduction de la norme GPRS (General Packet Radio Standard). La norme GPRS est considérée comme une technologie « 2,5G » qui procure des capacités de transmission des données plus rapides et par conséquent plus performantes. Le système EDGE (Enhanced Data Rates for Global Evolution) est l'étape supérieure des systèmes GSM pour le support des données à haut débit. Outre les données à haut débit, EDGE procure une capacité supérieure de transmission de données par la voix pour les opérateurs GSM existants.

- La norme UMTS (Universal Mobile Telecommunications System) est une norme émergente pour les réseaux 3G reposant sur la technologie Wideband CDMA (WCDMA). La norme UMTS associe l'accès radio WCDMA à la technologie de commutation par paquets et vise les réseaux sans fil haut débit de communications vocales, de données et de multimédias.

Nortel propose un large éventail de solutions pour les réseaux de communications sans fil. Les produits Nortel sans fil de mise en réseau intègrent les normes TDMA, CDMA 3G, GSM/GPRS/EDGE et UMTS. Nortel propose également toute une gamme de services connexes à ses clients, parmi lesquels des services de conception et d'ingénierie réseau ; d'installation ; d'optimisation de réseau ; d'exploitation de réseau ; d'opérations techniques et de maintenance.

160

Highly Confidential

*Accès au réseau*

L'équipement radio d'accès réseau utilise des ondes radio pour procurer l'accès au terminal mobile de poche de l'abonné, permettant à l'abonné sans fil de se connecter au réseau pour envoyer et recevoir des communications vocales, de données et de multimédias. Les stations de base (ou BST, Base Station Transceivers) et les contrôleurs de station de base (BSC, Base Station Controlers) sont des éléments clefs de l'accès radio au réseau. Lorsqu'un abonné mobile quitte la zone couverte par une station BST, également connue sous le nom de site cellulaire, il perd l'appel à moins qu'un site cellulaire adjacent ne prenne le relais et assure la couverture du réseau. Cela nécessite qu'un appel sans fil actif soit transféré d'une cellule à une autre sans interrompre ni déconnecter l'appel en cours (transfert intercellulaire). Les stations BST et les BSC opèrent conjointement au moyen de l'équipement de réseau central pour transférer un appel intercellulaire.

Nortel propose à ses clients un large éventail de stations de base et de contrôleurs de station de base pour normes TDMA, CDMA/CDMA 3G, GSM/GPRS/EDGE et UMTS. Les stations de base sont disponibles dans les bandes de fréquences communes affectées aux communications mobiles et répondent à une grande variété d'impératifs, parmi lesquels la couverture des réseaux métropolitains et des réseaux urbains à forte densité. Ces stations sont généralement disponibles sous forme de stations de base micro, macro et mini, tant intérieures qu'extérieures. Nortel ne fabrique ni ne vend de téléphones cellulaires.

- La station de base CDMA intègre les normes de transmission CDMA 2G (IS-95) et CDMA 3G. De nombreux clients de Nortel ont d'ores et déjà déployé des stations de base CDMA 3G qui intègre la norme 1xRTT et peuvent faire l'objet d'une amélioration pour éventuellement intégrer, à l'avenir, les normes CDMA 3G 1xEV-DO et CDMA 3G 1xEV-DV.

- La station de base GSM comprend des fournisseurs de service sans fil proposant une licence de radiofréquences et sont susceptibles d'appliquer le réseau GPRS.

- L'équipement d'accès au réseau radio UMTS Access Network est désormais disponible pour un déploiement commercial.

161

162

*Gestion de réseau central*

L'équipement de réseau central permet de diriger, de router ou de « commuter » les signaux de communications à l'intérieur du réseau sans fil d'un prestataire de services. Les fonctions essentielles de l'équipement de gestion de réseau central dans les réseaux de communications sans fil sont les suivantes : identification et authentification de l'abonné receveur ; localisation de l'abonné receveur ; aiguillage de l'appel à travers le système ; génération des données détaillées relatives aux appels aux fins de facturation. Les centres de commutation mobiles et les registres de localisation de rattachement sont des éléments clefs du réseau de communications sans fil.

- Les centres de commutation mobiles aiguillent ou « commutent » les signaux des communications de données, de la voix et des multimédias d'un circuit de réseau à un autre. Les centres mobiles de commutation offrent également des services vocaux évolués tels que le triple appel, l'affichage du numéro/nom de l'abonné appelant, la mise en attente d'un appel et le transfert d'appel. Les centres de commutation mobiles opèrent conjointement avec des systèmes auxiliaires tels que les systèmes de messagerie vocale, les services SMS et les systèmes de messagerie multimédias afin de fournir des services de messagerie vocale, écrite ou sous forme multimédia.

- Un registre de localisation est une base de données contenant les informations propres à l'abonné, notamment les informations relatives à la fourniture de services ou la localisation du terminal sans fil.

Nortel propose des centres de commutation mobiles et des registres de localisation qui utilisent les réseaux principaux TDMA, CDMA/CDMA 3G, GSM/GPRS/EDGE et UMTS. Le gamme de produits du réseau principal GPRS comprend le SGSN (Serving GPRS Support Node) et le GGSN (Gateway GPRS Support Node). Le SGSN, qui effectue le raccordement du réseau GPRS « principal » à la station BTS et au registre de localisation, enregistre et détecte les utilisateurs mobiles et fournit les données des communications aux téléphones cellulaires et autres appareils mobiles à l'intérieur d'une zone de services donnée. Le GGSN route les données de communication et effectue le raccordement du réseau GPRS principal aux réseaux de données externes. L'équipement de réseau central UMTS 3G, qui comprend le UMTS Serving Support Node et le UMTS Gateway Support Node, est disponible sur le marché. La gamme de produits 3G réutilise les mêmes plates-formes que celles utilisées pour les produits 2G et 2,5G, ce qui garantit aux clients une efficacité significative.

162

**Highly Confidential**

**NNI_01432857**

163

**2) *Réseaux d'entreprise***

La gamme de produits Enterprise Networks de Nortel couvre les communications vocale, de données et de multimédias. Nortel fournit également à ses clients les services professionnels associés, parmi lesquels figurent : les services de planification stratégique et de conception de réseau ; de planification des opérations et de conseil ; d'externalisation des technologies et des processus ; d'applications et de contenu de réseau ; d'installation et de support technique permanent.

*Solutions vocales circuit et paquets*

Le porte-feuille de produits Nortel en matière de communication vocale comprend un large éventail de solutions de communications en mode circuits et en mode paquets. Parmi ces solutions figurent les systèmes de convergence de transmission en mode circuit au mode paquets, les solutions d'intégration voix et données combinées, ainsi que les systèmes vocaux de future génération.

- Les solutions Entreprise Succession de Nortel consistent en des systèmes combinés de communications de voix et de données destinés aux prestataires de services et aux grandes entreprises. Ces solutions sont conçues pour procurer aux clients de Nortel les capacités de grands réseaux d'entreprises sans qu'il leur soit nécessaire de remplacer leurs réseaux vocaux existants, par la simple adjonction de services vocaux à leur réseaux de données existants. Les solutions Enterprise Succession visent les clients souhaitant mettre en place de nouveaux réseaux et ceux désireux de transformer leur réseau de communications vocales existant en un réseau en mode paquets plus rentable, capable de supporter des communications vocales, de données et de multimédias.

- Le système Business Communications Manager est un système combiné de communications voix et données pour les succursales et les petites et moyennes entreprises qui utilisent à la fois les technologies numériques et les technologies IP. Cette solution permet la migration d'un système distinguant les communications vocales et de données vers un système combiné de future génération reposant sur l'Internet. Les applications disponibles couvrent les systèmes de messagerie vocale, de terminaux sans fil, de logiciels de centre d'appels et de routage des communications de données.

163

**Highly Confidential**

**NNI_01432858**

- Les systèmes téléphoniques de commutation Meridian ont été conçus pour les petites, moyennes et grandes entreprises professionnelles et les agences gouvernementales. Ces systèmes téléphoniques de réseaux en mode circuit et paquets sont dotés de fonctionnalités vocale telles que la messagerie vocale, le signal et le transfert d'appel, ainsi que de services vocaux et multimédias évolués et d'autres capacités de mise en réseau. Les clients de Nortel peuvent également configurer leur système Meridian pour envoyer des communications vocales sur Internet au moyen des produits Internet Telephony Gateway, en utilisant les téléphones Internet i2002/i2004/i2050, les téléphones aux normes d'Internet, le téléphone numérique Meridian ou tout autre téléphone analogique numérique.

- La gamme de produits de bureau accessibles à distance permet aux usagers d'accéder à la totalité des fonctionnalités complémentaires du système Meridian, qu'il s'agisse d'individus opérant à distance depuis leur domicile ou de groupes d'employés de petits bureaux.

- Les systèmes téléphoniques de commutation Norstar ont été conçus pour les petites et moyennes entreprises et les succursales de grandes organisations. Ces systèmes téléphoniques peuvent être configurés pour intégrer des applications telles que la messagerie vocale, les terminaux sans fil, les logiciels de centre d'appels et les systèmes interactifs de réponse vocale.

- Les solutions contact client et portail vocal procurent aux entreprises les moyens de communiquer à moindre coût avec leurs clients quel que soit le lieu où ils se trouvent, leur fuseau horaire ou le moyen de communication. Ces solutions comprennent :

  - Les systèmes périphoniques interactifs de réponse vocale qui permettent l'exécution automatique des fonctions souvent conduites par des agents téléphoniques de l'entreprise. Les systèmes interactifs de réponse vocale répondent aux appels téléphoniques, accueillent les appelants, proposent des options de menu et donnent des informations à l'appelant de manière consistante et précise. Ces systèmes s'appuient eux-mêmes sur des systèmes évolués de reconnaissance vocale qui permettent à l'appelant d'interagir avec le système en répondant oralement aux questions ou en étant guidés vocalement par le système.

  - Une gamme de produits Symposium comprenant des solutions de centre de contact pour les petites, moyennes et grandes entreprises. Les solutions de centre de contact Symposium consistent soit dans un système vocal standard de commutation de circuit soit dans une solution de centre de contact basé sur l'Internet.

164

**Highly Confidential**

**NNI_01432859**

CallPilot est un outil de messagerie unifié qui utilise la reconnaissance vocale et les systèmes numériques de contrôle de transmission/IP pour un accès complet des utilisateurs aux messages vocaux, fax, et e-mail, ainsi que le contrôle de ces derniers. Au moyen de commandes vocales simples telles que « lecture » ou « impression », un utilisateur peut gérer à distance, par téléphone, ses communications multimédias. L'utilisateur peut, entre autre, imprimer et transmettre ses fax, stocker, transmettre ou supprimer des messages vocaux simplement par ordre vocal.

Le serveur de communications Nortel multimédias procure des services de protocole d'initiation de session (SIP) pour les utilisateurs, ainsi que des passerelles pour les réseaux IP publics ou privés. Ces services multimédias évolués couvrent la messagerie instantanée, l'appel vidéo par le biais d'une caméra d'ordinateur personnel, la supervision et le contrôle de la disponibilité de l'utilisateur, la gestion de profil de l'utilisateur, la collaboration et la mobilité enrichies de l'utilisateur au moyen de réseaux publics filaires et sans fil.

*Solutions de données en réseau et sécurité*

Nortel propose une large gamme de solutions de gestion de données en réseau (commutation et acheminement par paquets) et de sécurité pour ses clients. Les systèmes de commutation et d'acheminement par paquets comprennent les systèmes de commutation de données, les produits d'agrégation, ainsi que les passerelles et routeurs de réseau virtuel privé.

- Les produits Web Alteon offrent des systèmes de commutation de données permettant aux prestataires de services et aux entreprises d'assurer la sécurité des données Internet, de gérer et d'ordonner le contenu Internet fourni aux clients et d'équilibrer les flux de trafic de communications sur les multiples serveurs Internet.

- La gamme de produits Baystack et Business Policy Switch 2000 consiste en une série de systèmes de commutation par paquets haute performance pour les réseaux locaux de petite à grande dimension des entreprises clientes de Nortel qui utilisent l'Ethernet, un protocole standard de mise en réseau informatique pour les entreprises. Ces systèmes de commutation sont conçus afin de gérer le trafic des communications et de garantir l'intégrité du réseau en conférant la puissance nécessaire aux appareils Ethernet. Ces appareils reposent sur la norme Ethernet utilisée pour certaines applications, telles que les systèmes pour les communications vocales sur Internet.

- La gamme de produits Passport de commutation multi-services offre des systèmes de commutation des données haut débit et haute performance pour couvrir un large éventail de technologies de communication de données, parmi lesquelles figurent la commutation d'étiquettes multi-protocoles, le transfert asynchrone, les services IP et les services de relais de trames. Ces produits sont également des composants clefs de la solution Succession, des applications de transmissions voix par paquets et des services de réseau virtuel privé IP. Le Passport Ethernet Routing Switch permet l'acheminement et la commutation IP.

165

**Highly Confidential**

**NNI_01432860**

- La gamme de produits Bay router met en réseau des données permettant de proposer des connexions extensibles et rentables pour les entreprises clientes de Nortel qui utilisent ces solutions au niveau local, des réseaux de campus et des réseaux étendus ou WAN (Wide Area Network). Ces solutions utilisent la norme IP pour acheminer les flux de communications de données d'un site professionnel à un autre à l'intérieur d'un réseau d'entreprise.

- Les produits Contivity Secure IP Services Gateways (Contivity) offrent des services de sécurité et de IP à l'intérieur d'une plate-forme intégrée unique. Les services IP, parmi lesquels figurent l'acheminement IP, les réseaux virtuels privés, les applications pare-feu, les services de gestion des politique et Qualité de service (Quality of Service – QoS), qui, en temps normal, devraient nécessiter le recours à plusieurs appareils différents, sont assurés par un seul et unique appareil Contivity. Conçu pour les réseaux d'entreprise, le système Contivity permet d'optimiser la rentabilité de l'Internet tout en assurant des communications sécurisées à travers l'infrastructure publique IP.

En 2003, Nortel a introduit une gamme de produits de commutation de réseau local sans fil, conçus pour procurer une transmission sécurisée et rentable des données à destination des utilisateurs mobiles.

166

**Highly Confidential**

**NNI_01432861**

### 3) Réseaux sans fil

La gamme Nortel de produits sans fil vise à répondre aux exigences des prestataires de services en matière de rentabilité des solutions de communications vocales, de données et de multimédias. Les solutions filaires convergentes – et les services professionnels associés – permettent de simplifier les architectures de réseau. Elles regroupent les applications voix, vidéo, données et large bande émergentes pour des services à haute valeur ajoutée au sein d'un seul réseau par paquets facile à gérer.

### Les solutions circuit et paquets

Nortel est leader en matière de développement et de déploiements de solutions de transmissions sécurisées de la voix par paquets et de circuit commuté telles que la solution voix sur IP à destination des prestataires de services filaires et sans fil du monde entier. Les solutions de transmission de la voix par paquets offrent aux prestataires de services et aux opérateurs du câble des conditions fiables de fonctionnement, la possibilité de réduire leurs dépenses d'infrastructure, de nouvelles opportunités de revenus ainsi que de hauts niveaux de fiabilité et de résistance des réseaux.

- Les solutions sans fil Succession de Nortel sont des solutions de transport de la voix par paquets destinés aux prestataires de services. Elles consistent en une gamme complète de solutions de transport de la voix par paquets, parmi lesquelles figurent les services opérateur locaux, interurbains et longue distance et les capacités de passerelle internationale. Elles permettent aux applications vocales de fonctionner sur le nouveau réseau multi-services de transmission par paquets. Les solutions Succession permettent une optimisation des technologies de transmission par paquets, par opposition aux technologies de transmission en mode circuit, entraînant une réduction des dépenses d'infrastructure et de fonctionnement pour les prestataires de services. En outre, elles offrent une plate-forme pour la prestation de nouveaux services générateurs de revenus tels que les réseaux virtuels privés Centrex IP et voix sur IP.

- Le serveur IMS (Wireline Interactive Multimédias Server) est un serveur d'application fondé sur le protocole d'initiation de session (SIP). Le protocole SIP est un protocole standard pour l'initiation de session interactive d'utilisateur qui intègre des éléments multimédias tels que vidéo, voix, chat, jeux et réalité virtuelle. Le serveur IMS opère en tant que solution « stand-alone » (autonome) ou en conjonction avec le système DMS (Digital Multiplex System) ou les solutions Succession pour offrir des capacités évoluées de transmissions de la voix et de multimédias par paquets aux prestataires de services. Au moyen du serveur IMS, les clients de Nortel peuvent déployer de nouveaux services multimédias évolués, parmi lesquels figurent les services vidéo et les services de collaboration et d'agents personnels. Ces derniers permettent à l'utilisateur de personnaliser ses communications en sélectionnant le média par lequel il souhaite recevoir un message particulier – poste fixe ou sans fil, e-mail ou messagerie instantanée – par le biais de filtres tels que l'heure de la journée, le jour de la semaine et le mois de l'année.

167

NNI_01432862

- La marque DMS forme une gamme de commutateurs numériques qui offrent des capacités de passerelle locale, interurbaine, longue distance et internationale aux prestataires de services. Ces commutateurs procurent de plus les services d'annuaire et d'opérateur pour ses clients aux États-Unis et au Canada. Les systèmes DMS permettent aux prestataires de services de connecter les personnes effectuant des appels téléphoniques locaux et longue distance. Ils offrent également une large gamme de services à destination des clients privés et professionnels des prestataires de services, parmi lesquels figurent les fonctionnalités à haute valeur ajoutée, telles que l'identification du demandeur et les appels en attente. La famille de produits DMS peut évoluer vers des solutions Succession.

En 2003, Nortel a également conduit un programme de partenariat (Nortel Networks Developers Partner Program) destiné à partager les produits Succession, MCS 5200 et DMS avec des tiers fournisseurs, notamment les entreprises d'infrastructures et d'applications.

Ces produits fonctionnent isolément ou en combinaison les uns avec les autres afin de rendre des services vocaux traditionnels, des services évolués de transport de la voix par paquets et des services multimédias évolués pour les prestataires de services du monde entier.

*Solutions de gestion de réseau de données et de sécurité*

Nortel offre une large gamme de solutions de gestion de réseau (commutation ou routage par paquets) destinées à ses clients prestataires de services. La gamme Passport de commutateurs de réseaux multiservices étendus et l'option Shasta Broadband Service Node permettent aux prestataires de services d'offrir des solutions de connectivité ainsi que des services à haute valeur ajoutée aux clients professionnels comme aux particuliers. Ces solutions de connectivité couvrent des services de transmission par paquets tels que les relais de trames, les réseaux ATM (Asynchronous Transfer Mode), l'Ethernet, ainsi que les accès IP destinés aux abonnés du numérique et du câble. De plus, les services à haute valeur ajoutée, tels les réseaux privés virtuels IP, permettent la connexion aux sites des entreprises par des utilisateurs à distance. Ils procurent également des solutions avancées telles la sécurité du réseau, la traduction des adresses de réseau et les classes de service, qui permettent aux prestataires de services de proposer une large gamme de solutions de mise en réseau au-delà de la connexion classique:

- La gamme de produits Passport, dotés de la capacité de combiner de multiples services sur une seule plate-forme, englobe des commutateurs par paquets ainsi que des applications de base émergentes telles que la gestion de réseau sans fil en mode paquets, l'agrégation de réseau d'accès radio, l'agrégation de réseau IP, le groupage de trafic de réseau en mode circuit et les applications de passerelle de transport de voix par paquets.

168

**Highly Confidential**

169

- Le Shasta Broadband Service Node est conçu pour procurer aux prestataires de services la possibilité de procéder à un regroupement logique des dizaines de milliers d'abonnés particuliers et professionnels afin de les rediriger vers différents réseaux virtuels privés IP. Cette solution permet en outre de centraliser les services de réseau de données IP tels que la sécurité, les applications coupe-feu et les classes de service selon un mode de prestation par abonné et/ou par application. Ces services à valeur ajoutée jouent également un rôle important en exploitant des services de communications de future génération, tels que les services liés aux produits Succession de transport de voix par paquets. Le Shasta Broadband Service Node offre un large éventail de technologies d'accès aux réseaux de données, parmi lesquelles figurent les technologies d'accès standard par ligne commutée de téléphone à câble de cuivre, les lignes d'abonné numérique, les technologies ATMS, les technologies du sans fil, ou encore les relais de trames et du câble coaxial.

169

NNI_01432864

*4) Réseaux optiques*

Nortel propose une gamme de solutions de réseaux optiques répondant aux différents besoins en communication des prestataires de services et des entreprises. Les réseaux optiques ont pour fonction le transport des communications vocales, de données et de multimédias à l'intérieur des villes, pays et continents et entre ces derniers. Les signaux de communication sont transmis sous la forme d'ondes lumineuses à travers des câbles à fibres optiques. Le système optique de mise en réseau est la méthode la plus courante et aucun autre mode de transmission ne permet de délivrer de vastes quantités de données de manière aussi fiable et rentable ni une telle flexibilité du service et de la bande passante.

Les solutions Nortel de réseaux optiques sont conçues pour le transfert métropolitain et régional de données, le transfert longue distance et haute capacité et la commutation des signaux de communications de données, voix et multimédias. Parmi ces solutions figurent les solutions de transmission DWDM (Dense Wavelength Division Multiplexing), les solutions de transmission optique synchronisée, les solutions de commutation optique et les logiciels de gestion de réseau et d'intelligence. Nortel offre également à ses clients à travers le monde une variété de services connexes d'expertise en ingénierie, d'installation et d'assistance.

- La technologie de réseau phonotique DWDM permet la transmission simultanée des multiples signaux à ondes lumineuses sur le même conducteur de fibre optique au moyen de différentes longueurs d'onde de lumière afin de distinguer les signaux spécifiques, augmentant de la sorte la capacité et la flexibilité du réseau. Les systèmes de ligne DWDM comprennent les terminaux et les répéteurs de transmission optique. Les terminaux de transmission optique sont connectés aux extrémités de la fibre optique et envoient les signaux de communication à travers ce média au moyen d'ondes lumineuses. Les répéteurs de transmission optique sont utilisés en certains points le long des fibres optiques qui couvrent de longues distances pour renforcer et reformer les signaux d'ondes lumineuses. Les systèmes de ligne DWDM longue distance OPTera couvrent des distances pouvant aller jusqu'à 1 200 kilomètres sans qu'il y ait besoin de répéteurs de transmission optique et permettent l'adjonction et l'abandon des signaux de communication à des points intermédiaires au cours de l'acheminement. Les séries OPTera Metro 5000 metro DWDM offrent des solutions de premier ordre sur le marché de protocole et de gestion de réseau multiservices à débit adaptable à l'intérieur d'une ville ou d'une région, pour des distances pouvant atteindre 350 kilomètres.

170

**Highly Confidential**

**NNI_01432865**

- Les systèmes de transmission optique synchronisée de Nortel utilisent les normes optiques traditionnelles, parmi lesquelles la norme SONET (Synchronous Optical Network) – la plus courante aux États-Unis et au Canada ainsi que dans certains pays de la région Asie-Pacifique – et la norme SDH (Synchronous Digital Hierarchy) – la plus courante dans la zone EMEA et dans de nombreux autres pays. L'équipement de transmission otique synchronisée comprend les solutions SONET/SDH de future génération, à savoir la gamme de produits OPTera Metro 4000 (solution SDH de future génération) ; la gamme de produits OPTera Metro 3000 family (solution SONET de future génération) ; et la solution OPTera Metro Connect.   Ces solutions procurent une plate-forme optique qui intègre divers protocoles et services par le biais d'un réseau convergent rentable et fiable.

- Les solutions de commutation optique permettent l'aiguillage ou la « commutation » sélectifs des signaux de communication à l'intérieur des fibres optiques d'un circuit réseau à un autre. Les produits de commutation optique permettent le groupage, l'agrégation (le reconditionnement rentable de signaux à vitesse inférieure en signaux à vitesse supérieure afin de maximiser l'utilisation de la capacité du réseau) et la protection du trafic des communications des utilisateurs finals. Ces systèmes sont avant tout conçus pour fournir des solutions rentables aux fins de la commutation d'importantes quantités d'informations entre systèmes de transmission optique. Les produits de commutation optique comprennent les plates-formes OPTera Connect HDX et OPTera Connect DX.

- Les solutions de gestion de réseau et les solutions d'intelligence sont destinées à procurer aux clients de Nortel la capacité de superviser et d'améliorer la performance de leurs réseaux. Le logiciel de gestion de réseau comprend la gamme Preside for Optical, qui offre les fonctions requises pour le contrôle, la planification et la supervision des équipements et de la performance d'un réseau optique telles que la prédétermination du routage du trafic, la gestion de la configuration de l'équipement, le reporting des anomalies, la gestion de la connexion, la gestion de la performance et la sécurité de réseau.

Les solutions Nortel de réseau optique permettent aux clients de fiabiliser leur réseau pour la prestation de divers services liés à la connectivité des données à haut débit et de la voix. Une telle transformation de réseau augmentera le déploiement de services de gestion de bande passante tels que :

171

**Highly Confidential**

Les solutions optiques Ethernet qui combinent ubiquité, flexibilité et simplicité du réseau Ethernet et garantit fiabilité et vitesse des systèmes optiques. Les solutions optiques Ethernet permettent le transport des signaux de communication en véhiculant les paquets Ethernet sous la forme d'ondes lumineuses à travers des câbles en fibres optiques entre différents points à l'intérieur d'une ville ou d'une ville à l'autre. Les solutions optiques Ethernet :

- permettent aux prestataires de services d'étendre les bénéfices d'Ethernet à l'extérieur des réseaux locaux d'entreprise et de proposer des services de connectivité Ethernet aux entreprises en conjonction avec un accès Internet, ainsi que d'autres applications rendues possibles par une plus grande largeur de bande ;

- permettent une connectivité économique d'un site à l'autre pour les entreprises, ces solutions étant destinées à soulager l'engorgement et la complexité du trafic de réseau métropolitain créés par la grande variété de technologies et de services utilisés par les utilisateurs des villes.

- Les solutions d'entreposage optiques de connectivité, qui permettent l'interconnexion des centres de données pour une préservation et un partage rentables des données commerciales stratégiques de manière à assurer la continuité de l'activité commerciale et la reprise après une erreur système.

- Les solutions de gestion de longueur d'onde, qui offrent des capacités de mise en réseau à protocoles et à vitesses de transmission multiples pour une interconnexion fiable des sites professionnels.

172

**Highly Confidential**

## Annexe F : Activités liées au développement de produits en 2000

Les activités de recherche et de développement de Nortel – plus exactement la recherche, la conception et le développement, l'ingénierie de systèmes et les autres activités de développement de produits – se concentrent sur ses produits à destination des prestataires de services, des transporteurs et des entreprises.

Les marchés sur lesquels sont commercialisés les produits de Nortel se caractérisent par une évolution rapide des technologies, des normes industrielles en constante évolution, un lancement fréquent de nouveaux produits et des cycles de vie des produits très courts. Pour sa réussite, Nortel table dans une large mesure sur sa capacité à introduire de nouveaux produits avec succès et dans les temps et les mettre à jour des normes industrielles applicables. Ces produits doivent en outre pouvoir fonctionner avec les produits d'autres fournisseurs. Enfin, Nortel entend se montrer à la hauteur des développements technologiques et des produits mis en œuvre par les autres. Le développement de nouveaux produits à la pointe de la technologie – parmi lesquels figurent les solutions de réseau optimisées IP et les réseaux sans fil de troisième génération – est un processus complexe et incertain requérant de hauts niveaux d'innovation ainsi que la capacité à prévoir avec exactitude les tendances technologiques et du marché. Le succès des nouveaux produits et des produits évolués – dont les solutions de réseau optimisées IP et les réseaux sans fil de troisième génération – dépend d'un certain nombre d'autres facteurs, notamment le moment de l'introduction de ces produits, l'acceptation des nouvelles technologies et des normes industrielles par le marché, la fixation du prix, le marketing produits et la disponibilité des financements pour ces réseaux. Un changement qui n'aurait pas été anticipé concernant les technologies affectant les télécommunications et la mise en réseau de données, pourrait entraîner des conséquences défavorables sur l'activité, les résultats d'exploitation et la condition financière de Nortel. Il en est de même en matière de demande, sur le marché, de produits reposant sur une technologie particulière, en particulier si la demande en question est inférieure à la demande anticipée.

Highly Confidential

NNI_01432868

## Annexe G : Activités liées au développement de produits en 2001

*1) Solutions de réseau*

Nortel concentre actuellement ses efforts sur l'évolution des systèmes de communication de la voix et des données vers des réseaux convergents ou combinés.

- Le système OPTera Metro 8000 Services Switch est conçu pour permettre aux prestataires de services de proposer des réseaux optiques Ethernet rentables à des dizaines de milliers d'entreprises clients à l'intérieur d'une ville. Nortel s'attend à ce que le système OPTera Metro 8000 Services Switch soit disponible sur le marché dans le courant du deuxième trimestre 2002.

- Le système Passport 20000 constitue une extension et une évolution des séries multiservices de commutateurs Passport destinés aux réseaux de prestataires de services pour les applications requérant des capacités renforcées ou des vitesses accrues. Le système Passport 20000 fait l'objet de tests clients depuis le quatrième trimestre 2001 et devrait être disponible sur le marché dans le courant du deuxième trimestre 2002.

- Le serveur IMS (Interactive Multimédias Server) est une suite de serveurs d'applications proposant des services multimédias de future génération tant à l'intérieur des réseaux de transport des données en mode paquets que des réseaux de transport de la voix à circuit commuté. C'est un composant intégral des solutions Succession, qu'elles soient sans fil ou filaires. Le serveur IMS fait actuellement l'objet de multiples tests clients et devrait être disponible sur le marché dans le courant du deuxième trimestre 2002.

174

**Highly Confidential**

**NNI_01432869**

*2) Segment de réseaux sans fil*

Les solutions de réseau sans fil Nortel en cours de développement couvrent les produits UNITS 3G, la nouvelle version des produits CDMA 3G et les produits GSM/EDGE (Enhanced Data rates for GSM Evolution).

- Les produits UNITS 3G d'accès réseau radio et de réseau central font actuellement l'objet de tests clients. Une promotion limitée de ces produits est prévue pour le troisième trimestre 2002, tandis que leur commercialisation n'est attendue que vers la fin de l'année 2002.

- Les produits CDMA 3G (1xRTT) sont déjà disponibles. Les autres produits CDMA 3G (1 x-EV-DO et DV) sont en cours de développement. Le début des tests clients pour les produits 1 x-EV-DO est prévu pour la fin de l'année 2002.

- Des démonstrations de produits GSM/EDGE sont prévues pour la fin de l'année 2002. ces produits sont conçus pour permettre aux opérateurs GSM de proposer des débits de données plus élevés sur les allocations de spectre GSM existantes. Le début des tests clients est quant à lui prévu pour 2003.

La technologie Adaptive MultiRate devrait faire l'objet de tests clients dans le courant du deuxième semestre 2002. Elle est conçue pour réduire le coût actuel lié au réseau GSM pour les prestataires de services sans fil en augmentant la capacité et la rentabilité de spectre radio des stations de base GSM existantes, et ce sans ajouter de nouveaux équipements. Nortel prévoit également que la version évoluée du contrôleur de station de base GSM, le GSM BSC e3, sera disponible sur le marché au cours du deuxième semestre 2002.

*3) Segment de réseaux optiques longue distance*

Nortel s'est engagé à procurer des systèmes de lignes optiques de future génération, parmi lesquels figurent la gamme de systèmes de ligne OPTera Long Haul 5000 et les solutions de commutation optique de future génération, dont le système OPTera Connect HDX :

- Le système de commutation OPTera Connect HDX fait actuellement l'objet de tests clients et sa mise sur le marché est attendue dans le courant du deuxième trimestre 2002 ;

- La nouvelle gamme de systèmes de ligne OPTera Long Haul 5000, qui complète le système de commutation OPTera Connect HDX, devrait faire l'objet de tests clients au cours du deuxième trimestre 2002.

Nortel travaille également au développement de nouvelles applications pour les systèmes de commutation en conjonction avec les systèmes de transmission de très longue portée.

175

Highly Confidential

## Annexe H : Activités liées au développement des produits en 2002

### 1) *Réseaux sans fil*

Les solutions de réseau sans fil de Nortel en cours de développement concernent la nouvelle version des produits CDMA 3G de l'entreprise, les produits GSM/GPRS/EDGE et les produits UMTS :

- Les produits CDMA 3G 1xRTT sont généralement disponibles et ont été déployés au sein de plusieurs réseaux professionnels dans toutes les zones géographiques. Le produit CDMA 3G 1xEV-DO fait l'objet de tests professionnels aux États-Unis et au Brésil. Nortel travaille actuellement avec les diverses autorités de régulation en vue de respecter les spécifications propres au CDMA 3G 1xEV-DV.

- Plusieurs produits GSM/GPRS/EDGE sont en cours de développement en vue de permettre aux opérateurs GSM d'offrir un débit de données plus important sur les allocations de spectre GSM existantes. Nortel a réalisé avec succès les tests clients des stations de base AMR (Adaptive MultiRate) au cours du deuxième trimestre 2002. Les stations AMR procurent une meilleure rentabilité de spectre permettant de couvrir un plus grand nombre de clients sur le même réseau. La version évoluée du contrôleur de station de base GSM, le GSM BSC e3, est actuellement en cours de développement. Nortel est engagé dans la livraison de stations de base prêtes à l'emploi équipées de matériel EDGE depuis le second trimestre de 2002 et procède actuellement au développement de logiciels EDGE.

- L'accès réseau radio UMTS et les produits de réseau central de Nortel font actuellement l'objet de tests en vue de leur lancement commercial par plusieurs opérateurs en Europe, au Moyen-Orient, en Afrique ainsi que dans la zone EMEA. Nortel a poursuivi le développement de ses solutions UMTS en vue de leur utilisation dans la région Asie-Pacifique (y compris la Chine) ainsi qu'aux États-Unis.

- Le développement de la solution Wireless Mesh Network se poursuit. Celle-ci est conçue pour permettre aux clients de réduire les coûts liés au transport à haut débit sans fil des données depuis les réseaux d'accès, jusqu'aux réseaux câblés à large bande.

176

**Highly Confidential**

**NNI_01432871**

*2) Réseaux d'entreprise*

Nortel concentre actuellement ses efforts sur le développement de systèmes de communications vocales et de données vers des réseaux de transport convergents ou combinés. Ces activités de développement couvrent :

- La poursuite du développement du serveur de communications multimédias pour les entreprises. Ce produit procure la capacité de délivrer des applications multimédias et des solutions évoluées de réseau.

- Les applications supplémentaires aux produits Succession en vue de permettre l'intégration de l'application voix sur IP avec langage vocal de balisage extensible et de nouveaux systèmes d'exploitation et serveurs Microsoft. Sont également développés de nouveaux produits intégrés de reconnaissance vocale offrant une fonctionnalité étendue.

- De nouvelles améliorations en matière de mise en réseau des données avec les commutateurs BayStack Layer 2 qui procureront résistance, puissance et qualité au système Ethernet. Ceci garantit la connectivité du réseau et dote les appareils des capacités de la plate-forme Alteon Web de génération future. Celle-ci sera elle-même élevée à un niveau supérieur de performance et d'applications intégrées, en permettant de développer un service ou une capacité avec un coût progressif.

- Nortel a développé des versions améliorées de la gamme d'applications de sécurité parmi lesquelles figurent les nouveaux produits Alteon SSL et Web Switching ainsi qu'un nouveau produit Contivity de pointe.

- Nortel a développé de nouvelles capacités pour la version 3.3 du logiciel Passport 8600, délivrant une puissance Ethernet de 10 gigabits pour des plates-formes de réseau local ou WAN dotées de fonctionnalités de mise à l'échelle, de multidiffusion et de résistance. Leur capacité globale en sortira améliorée.

- Nortel a procédé à la mise à jour des systèmes téléphoniques Meridian afin d'intégrer le logiciel Succession. Cette mise à jour permet aux systèmes téléphoniques Meridian d'opérer soit exclusivement en mode paquets soit en tant que système hybride en mode paquets et commutation de circuits. Cette mise à jour devrait permettre aux possesseurs existants de Meridian d'intégrer un système de commutation par paquets et d'offrir aux nouveaux clients la possibilité de personnaliser leur équipement en combinant les systèmes de commutation en mode paquet et circuit.

177

**Highly Confidential**

**NNI_01432872**

### 3) *Réseaux sans fil*

Les investissements en R&D poursuivent un double objectif. D'une part, il s'agit de créer de nouveaux services liés aux systèmes de transmission par paquets destinés aux particuliers et aux professionnels. D'autre part, il s'agit d'améliorer les services existants pour les prestataires de services filaires et sans fil et les opérateurs de systèmes multiples du câble. Nortel poursuit par ailleurs ses activités de développement des produits vers des réseaux voix et données convergents ou combinés. Ces activités couvrent :

- La mise au point de versions évoluées des solutions Succession qui permettront aux prestataires de services de connecter tout système téléphonique professionnel utilisant les protocoles voix sur IP standards à un réseau téléphonique public commuté. L'accent continuera d'être mis sur l'interopérabilité avec les équipements des autres fabricants – fabricants de passerelle et d'appareils d'accès intégré notamment – ainsi que sur les efforts en vue de répondre aux besoins des marchés asiatiques et européens. L'amélioration des commutateurs logiciels se poursuit grâce au recours aux dernières innovations technologiques, afin de procurer aux clients de Nortel l'assistance liée au filaire et au sans fil, des choix d'application supérieurs, des capacités de gestion de réseau intégré et des capacités linéaires évolutives.

- L'amélioration des applications MCS 5200 qui permettront aux prestataires de services de proposer des services multimédias intelligents par le biais des commutateurs de circuit, quel qu'en soit le fabricant. En outre, les activités de développement se concentreront sur l'augmentation de la portée et l'élargissement des fonctionnalités des applications MCS 5200.

- Les solutions supplémentaires à la gamme de produits DMS qui permettront aux prestataires de services d'offrir et de gérer des services IP voix et multimédias (Centrex IP) pour les entreprises qui utilisent les téléphones professionnels traditionnels. Les entreprises qui utilisent les téléphones de future génération seront également susceptibles de bénéficier de ces évolutions.

- Le développement des solutions Shasta 5000 Broadband Service Node qui permettent de couvrir davantage d'abonnés particuliers et de sites de réseaux virtuels privés, tout en procurant une plus large bande passante à un site d'entreprise. Cette version évoluée garantira en outre la capacité des prestataires de services de fournir des prestations génératrices de revenus supplémentaires.

- L'enrichissement de la gamme de produits Passport visant à obtenir une meilleure interopérabilité avec les produits des autres vendeurs. L'amélioration mettra en outre l'accent sur la migration vers des réseaux convergents qui intègrent simultanément la voix, la vidéo et les données.

- Le développement de nouveaux produits de moindre capacité, ainsi que l'enrichissement des gammes existantes Passport et Shasta destinées à permettre une agrégation efficace des divers types de trafics de données à la périphérie du réseau.

- La concentration des efforts sur la conformité du secteur câble aux normes existantes, en vue de tirer des revenus du marché des opérateurs de systèmes multiples.

178

**Highly Confidential**

**NNI_01432873**

*4) Réseaux optiques*

Nortel s'engage à fournir des systèmes optiques de mise en réseau de future génération. Parmi ceux-ci figurent la version évoluée des systèmes SONET/SDH, les systèmes metro DWDM et les solutions optiques de ligne à longue distance et de terminal. Cet engagement s'est en outre traduit des manières suivantes :

- Nortel s'est attaché à développer le réseau Optical Multiservice Edge 6500, un réseau optique métropolitain évolué qui permet la convergence de multiples plates-formes vers une plate-forme unique.

- Au cours de l'année, Nortel a veillé à l'accroissement des capacités des séries OPTera Metro 3000 et OPTera Metro 5000 DWDM (les versions OPTera Metro 3500 et OPTera Metro 5000), en vue de la mise au point de nouvelles solutions de stockage répondant aux nouveaux impératifs des entreprises en matière de continuité.

- Nortel a travaillé au développement d'un nouveau produit utilisant la technologie photonique DWDM de mise en réseau, le Long Haul Dense Terminal, lequel assiste les clients dans la réduction des coûts liés au réseau, grâce à des densités et une performance optique améliorées.

- L'amélioration de la gamme de produits optiques Ethernet s'est enrichie de nouvelles capacités de commutation et de transport Ethernet conçues afin d'améliorer la productivité des entreprises clientes et des prestations offertes par les clients prestataires de services.

- Le système de commutation OPTera Connect HDX a été intégré dès 2002 avec le lancement de sa première version de produit. La deuxième version est actuellement en cours de développement en vue de la mise au point d'applications supplémentaires pour le client.

- Nortel continue d'investir dans l'amélioration de la densité, des capacités et de la souplesse des systèmes de transmission longue distance.

- Nortel poursuit ses investissements en matière de technologies fondamentales qui permettent à ses clients du monde entier de déployer des services de réseau optique innovants, dont Nortel considère qu'ils guideront la transformation des réseaux existant en réseaux de transmission par paquets hautement performants.

**Highly Confidential**

**NNI_01432874**