This is Exhibit "E" referred to in the Affidavit of PHILIPPE ALBERT-LEBRUN sworn May 9, 2014

_____
Commissioner for Taking Affidavits (or as may be)

| | |
|---|---|
| **To:** | Mcardle, Tony (MOP:7620)[TONYMCA@nortel.com]; Albert-Lebrun, Philippe (CTF:7620)[PALBERT@nortel.com]; Haitsma, Rob (HOOF4:7905)[RHAITSMA@nortel.com]; Freemantle, Simon (MOP:7550)[sjfreemantle@nortel.com] |
| **Cc:** | Dunne, David (GAL:7620)[DAVDUNNE@nortel.com] |
| **From:** | Smith, Ryan (MOP:7500) |
| **Sent:** | Wed 9/20/2006 11:27:50 AM |
| **Importance:** | Normal |
| **Sensitivity:** | None |
| **Subject:** | RE: NNIFH Impairment Review on NN SA |
| **Categories:** | <rsmith@nortel.com> |

Tony,

I agree with Philippes comments regarding market cap. Otherwise, looks reasonable.

Ryan

---

| | |
|---|---|
| **From:** | Mcardle, Tony (MOP:7620) |
| **Sent:** | Wednesday, September 20, 2006 10:53 AM |
| **To:** | Smith, Ryan (MOP:7500); Albert-Lebrun, Philippe (CTF:7620); Haitsma, Rob (HOOF4:7905); Freemantle, Simon (MOP:7550) |
| **Cc:** | Dunne, David (GAL:7620) |
| **Subject:** | NNIFH Impairment Review on NN SA |

Ryan, Philippe
Thank you for your time yesterday in reviewing the impairment question in NNIFH in respect of NN SA. I have set out below my understanding of the factors, and I would be grateful if you would come back to me to confirm my understanding is correct and, if you feel necessary, let me know if further comments I should include.

Rob, Simon
Based on the commentary below, I feel that no impairment write-down will be appropriate for NN SA. However, do you agree?

**NNIFH Investment in Nortel Networks SA**
**Impairment Review - 31 Dec 2003**

NNIFH owns a 8.83% shareholding in Nortel Networks SA, at a carrying value of US$57M at 31 December 2003. The first step is reviewing this balance for any impairment risk to refer to the net assets in the subsidiary are reported in the local financial statements. For years 2003, 2004 and 2005, Nortel Networks SA report net assets/equity at the values shown below. The numbers for 2005 are per draft accounts.

<< OLE Object: Microsoft Office Excel Worksheet >>

Applying to these total Nortel Networks SA balances the 8.83% that NNIFH owns, and converting to US$, NNIFH is faced with an apparent deficit in the range US$35M to US$40M when comparing the carrying value of its investments (US$57M). The exact deficit varies according to whether the Eur 50M sub-ordinated loan ('quasi-equity') is treated as equity, or as a loan.
On the basis of this information alone NNIFH would be led to recording an impairment loss in the range US$35M to US$40M.

Highly Confidential                                                    EMEAPROD0395408

1

However, there are other factors to be considered which suggest no impairment write-down would be required.. We do not have statutory forecasts available for Nortel Networks SA (in common with most Nortel entities) but consideration should be given to the following.

**IP Asset**

Nortel Networks SA (NN SA) owns a significant IP (Intellectual Property) asset which has real economical value but which is not recorded in its balance sheet.

NN SA participates in R&D and with the other Nortel R&D participants across the world owns a share in the IP that has been generated over years of R&D. Globally this IP is valued in the region of US$6 - US$8 billion, and the NN SA share in this is approximately 8 - 10% or US$650M. The IP or goodwill asset is not capitalised in Nortel's balance sheet, it is internally generated, but it does have economic value.

The calculation of this IP or goodwill asset is per the Residual Profit Share (or RPS) model. NN SA is party to the RPS agreement long with Nortel's other R&D participants globally. The overall effect of the RPS mechanism is for RPS participants to share the 'residual' profits of Nortel globally, that is the profits remaining once all the distributor entities have taken their margin through the transfer pricing agreements. The IP or goodwill asset is calculated based upon R&D spend across earlier years less a factor for depreciation.

**UMTS Sale**

Significant gains in NN SA are expected as a result of the sale of the UMTS business to Alcatel.

Nortel Networks announced in Q3 2006 the sale of it's UMTS business to Alcatel, an MoU has been signed. The transaction is expected to be completed either in late 2006 or 2007. This will have a significant impact on NN SA, in this company approximately 2/3rd of the R&D spend is related to UMTS. The impact of the UMTS divestiture on NN SA is firstly expected to generate a transaction gain in NN SA. The value of the gain will depend upon the allocation of the UMTS proceeds to NNSA. The sale of UMTS assets is likely to be at book value, but there is expected to be a significant element for goodwill or intangible assets.

In addition to the direct gain in NN SA from the sale, there will also be a favorable impact on NN SA from the RPS model. The annual R&D spend saving in NN SA is likely to be in the region of US$160M (2/3 of total annual NN SA R&D spend US$250M) and this will directly lead to a similar benefit to NN SA in the RPS model. This will be a significant impact on the bottom line on NN SA and should result in the long term benefit to NN SA, and the apparent impairment issue demonstrated by the reported equity in NN AS should be overturned.

**Conclusion**

On the basis of the factors outlines above, it is proposed that no impairment write-down be recorded for y/e 31 December 2003 in regard to the investment in NN SA.

*Tony McArdle*
*EMEA Consolidation Group, Nortel*

tonymca@nortel.com

☎ +44 (0)1628 432250    ESN 560 2250

+44 (0)1628 433213    ESN 560 3213

Nortel Networks, MOP 2, Maidenhead Office Park, Westacott Way, Maidenhead, SL6 3QH

Highly Confidential                    EMEAPROD0395410

+44 (0)1628 433213    ESN 560 3213

3