EXHIBIT C

Legal*111168087.3

## DISBURSEMENT SUMMARY
## APRIL 1 TO APRIL 30, 2013
### (All Amounts in Canadian Dollars)

| Non-Taxable Disbursements | |
|---|---|
| Copies | $ 2,479.50 |
| Delivery/Courier | $ 336.14 |
| Telephone (Long Distance/Conference Calls) | $ 4.59 |
| Binding Books/Documents | $ 310.02 |
| Library Computer Searches | $ 2,292.98 |
| Travel/Ground Transportation | $ 29.20 |
| Meals/Beverages | $ 118.18 |
| Minister of Finance | $ 127.00 |
| **Total Non-Taxable Disbursements** | **$5,700.22 CDN.** |