**EXHIBIT D**

-33-

CASSELS BROCK LLP                                    INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

## Disbursement Details:

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 4/1/2014 | Copies | 2 | 0.2 |
| 4/1/2014 | Copies | 2 | 0.2 |
| 4/1/2014 | Copies | 3 | 0.3 |
| 4/1/2014 | Copies | 2 | 0.2 |
| 4/1/2014 | Copies | 2 | 0.2 |
| 4/1/2014 | Copies | 10 | 1 |
| 4/1/2014 | Delivery/FedEx | 1 | 102.09 |
| 4/2/2014 | Copies | 20 | 2 |
| 4/2/2014 | Copies | 20 | 2 |
| 4/2/2014 | Copies | 2 | 0.2 |
| 4/3/2014 | Copies | 2 | 0.2 |
| 4/3/2014 | Copies | 19 | 1.9 |
| 4/3/2014 | Copies | 21 | 2.1 |
| 4/3/2014 | Copies | 3 | 0.3 |
| 4/3/2014 | Copies | 21 | 2.1 |
| 4/3/2014 | Copies | 2 | 0.2 |
| 4/3/2014 | Copies | 27 | 2.7 |
| 4/3/2014 | Copies | 2 | 0.2 |
| 4/3/2014 | Copies | 3 | 0.3 |
| 4/3/2014 | Copies | 51 | 5.1 |
| 4/3/2014 | Copies | 3 | 0.3 |
| 4/3/2014 | Copies | 21 | 2.1 |
| 4/3/2014 | Copies | 13 | 1.3 |
| 4/3/2014 | Copies | 20 | 2 |
| 4/3/2014 | Copies | 51 | 5.1 |
| 4/3/2014 | Copies | 20 | 2 |
| 4/3/2014 | Copies | 3 | 0.3 |
| 4/3/2014 | Copies | 3 | 0.3 |
| 4/3/2014 | Copies | 2 | 0.2 |
| 4/3/2014 | Copies | 2 | 0.2 |
| 4/3/2014 | Copies | 35 | 3.5 |
| 4/3/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 283.99 |
| 4/3/2014 | Working dinner for S. Holland on April 3, 2014 | 1 | 8.85 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                          INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| Date | Description | | |
|------|-------------|--|--|
| 4/3/2014 | Food for Cassels Brock working group meeting April 3, 2014 | 1 | 13 |
| 4/3/2014 | Library Computer Searches/Westlaw by C. Selby | 1 | 54 |
| 4/4/2014 | Copies | 2 | 0.2 |
| 4/4/2014 | Copies | 20 | 2 |
| 4/4/2014 | Copies | 23 | 2.3 |
| 4/4/2014 | Copies | 3 | 0.3 |
| 4/4/2014 | Copies | 13 | 1.3 |
| 4/4/2014 | Copies | 2 | 0.2 |
| 4/4/2014 | Copies | 4 | 0.4 |
| 4/4/2014 | Copies | 16 | 1.6 |
| 4/4/2014 | Copies | 2 | 0.2 |
| 4/4/2014 | Copies | 3 | 0.3 |
| 4/4/2014 | Copies | 14 | 1.4 |
| 4/4/2014 | Library Computer Searches/Westlaw by C. Selby | 1 | 108 |
| 4/4/2014 | Delivery/FedEx | 1 | 225.4 |
| 4/4/2014 | Delivery/Blizzard | 1 | 8.65 |
| 4/4/2014 | Telephone – Bell Conferencing Inc./R. Jacobs April 4, 2014 | 1 | 2.61 |
| 4/7/2014 | Copies | 18 | 1.8 |
| 4/7/2014 | Copies | 2 | 0.2 |
| 4/7/2014 | Copies | 24 | 2.4 |
| 4/7/2014 | Copies | 24 | 2.4 |
| 4/7/2014 | Copies | 23 | 2.3 |
| 4/7/2014 | Copies | 18 | 1.8 |
| 4/7/2014 | Copies | 23 | 2.3 |
| 4/7/2014 | Library Computer Searches/Westlaw by J. Dick | 1 | 108 |
| 4/7/2014 | Telephone | 1 | 1.02 |
| 4/8/2014 | Copies | 23 | 2.3 |
| 4/8/2014 | Copies | 6 | 0.6 |
| 4/8/2014 | Copies | 3 | 0.3 |
| 4/8/2014 | Copies | 5 | 0.5 |
| 4/8/2014 | Copies | 3 | 0.3 |
| 4/8/2014 | Copies | 22 | 2.2 |
| 4/8/2014 | Copies | 23 | 2.3 |
| 4/8/2014 | Copies | 6 | 0.6 |
| 4/8/2014 | Copies | 6 | 0.6 |
| 4/8/2014 | Copies | 2 | 0.2 |
| 4/8/2014 | Copies | 2 | 0.2 |
| 4/8/2014 | Copies | 16 | 1.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-35-

CASSELS BROCK LLP                                                    INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                      Matter # 46992-00001

| 4/8/2014 | Copies | 106 | 10.6 |
|---|---|---|---|
| 4/8/2014 | Copies | 22 | 2.2 |
| 4/8/2014 | Copies | 12 | 1.2 |
| 4/8/2014 | Copies | 19 | 1.9 |
| 4/8/2014 | Copies | 5 | 0.5 |
| 4/8/2014 | Copies | 4 | 0.4 |
| 4/8/2014 | Copies | 18 | 1.8 |
| 4/8/2014 | Copies | 33 | 3.3 |
| 4/8/2014 | Copies | 23 | 2.3 |
| 4/8/2014 | Copies | 17 | 1.7 |
| 4/8/2014 | Copies | 43 | 4.3 |
| 4/8/2014 | Copies | 5 | 0.5 |
| 4/8/2014 | Copies | 5 | 0.5 |
| 4/8/2014 | Copies | 2 | 0.2 |
| 4/8/2014 | Copies | 22 | 2.2 |
| 4/8/2014 | Copies | 2 | 0.2 |
| 4/8/2014 | Copies | 5 | 0.5 |
| 4/8/2014 | Copies | 45 | 4.5 |
| 4/8/2014 | Copies | 7 | 0.7 |
| 4/8/2014 | Copies | 5 | 0.5 |
| 4/8/2014 | Copies | 12 | 1.2 |
| 4/8/2014 | Copies | 5 | 0.5 |
| 4/8/2014 | Copies | 1 | 0.1 |
| 4/8/2014 | Copies | 1 | 0.1 |
| 4/8/2014 | Copies | 28 | 2.8 |
| 4/8/2014 | Copies | 23 | 2.3 |
| 4/8/2014 | Copies | 28 | 2.8 |
| 4/8/2014 | Copies | 19 | 1.9 |
| 4/8/2014 | Copies | 22 | 2.2 |
| 4/8/2014 | Copies | 26 | 2.6 |
| 4/8/2014 | Copies | 8 | 0.8 |
| 4/8/2014 | Copies | 2 | 0.2 |
| 4/8/2014 | Copies | 26 | 2.6 |
| 4/8/2014 | Copies | 5 | 0.5 |
| 4/8/2014 | Copies | 3 | 0.3 |
| 4/8/2014 | Binding, Tabs, Disks, etc | 1 | 5.3 |
| 4/8/2014 | Telephone | 1 | 3.57 |
| 4/9/2014 | Copies | 4 | 0.4 |
| 4/9/2014 | Copies | 2 | 0.2 |
| 4/9/2014 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Description | | |
|---|---|---|---|
| 4/10/2014 | Copies | 69 | 6.9 |
| 4/10/2014 | Copies | 29 | 2.9 |
| 4/10/2014 | Copies | 25 | 2.5 |
| 4/10/2014 | Copies | 21 | 2.1 |
| 4/11/2014 | Copies | 30 | 3 |
| 4/11/2014 | Copies | 29 | 2.9 |
| 4/11/2014 | Copies | 30 | 3 |
| 4/11/2014 | Copies | 31 | 3.1 |
| 4/14/2014 | Copies | 5 | 0.5 |
| 4/14/2014 | Copies | 2 | 0.2 |
| 4/14/2014 | Copies | 271 | 27.1 |
| 4/14/2014 | Copies | 4 | 0.4 |
| 4/14/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 525.99 |
| 4/14/2014 | Binding, Tabs, Disks, etc | 1 | 5.67 |
| 4/15/2014 | Copies | 6 | 0.6 |
| 4/15/2014 | Copies | 18 | 1.8 |
| 4/15/2014 | Copies | 16 | 1.6 |
| 4/15/2014 | Copies | 5 | 0.5 |
| 4/15/2014 | Copies | 22 | 2.2 |
| 4/15/2014 | Copies | 63 | 6.3 |
| 4/15/2014 | Copies | 43 | 4.3 |
| 4/15/2014 | Copies | 11 | 1.1 |
| 4/15/2014 | Copies | 5 | 0.5 |
| 4/15/2014 | Copies | 6 | 0.6 |
| 4/15/2014 | Copies | 4 | 0.4 |
| 4/15/2014 | Copies | 45 | 4.5 |
| 4/15/2014 | Copies | 7 | 0.7 |
| 4/15/2014 | Copies | 2 | 0.2 |
| 4/15/2014 | Copies | 16 | 1.6 |
| 4/15/2014 | Copies | 106 | 10.6 |
| 4/15/2014 | Copies | 33 | 3.3 |
| 4/15/2014 | Copies | 19 | 1.9 |
| 4/15/2014 | Copies | 3 | 0.3 |
| 4/15/2014 | Copies | 39 | 3.9 |
| 4/15/2014 | Copies | 19 | 1.9 |
| 4/15/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 144 |
| 4/15/2014 | Binding, Tabs, Disks, etc | 1 | 9.12 |
| 4/16/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-37-

CASSELS BROCK LLP                                     INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| | | | |
|---|---|---|---|
| 4/16/2014 | Copies | 7 | 0.7 |
| 4/16/2014 | Copies | 4 | 0.4 |
| 4/16/2014 | Copies | 9 | 0.9 |
| 4/16/2014 | Copies | 29 | 2.9 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 31 | 3.1 |
| 4/16/2014 | Copies | 8 | 0.8 |
| 4/16/2014 | Copies | 8 | 0.8 |
| 4/16/2014 | Copies | 31 | 3.1 |
| 4/16/2014 | Copies | 53 | 5.3 |
| 4/16/2014 | Copies | 23 | 2.3 |
| 4/16/2014 | Copies | 29 | 2.9 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 8 | 0.8 |
| 4/16/2014 | Copies | 3 | 0.3 |
| 4/16/2014 | Copies | 3 | 0.3 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 8 | 0.8 |
| 4/16/2014 | Copies | 75 | 7.5 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 29 | 2.9 |
| 4/16/2014 | Copies | 11 | 1.1 |
| 4/16/2014 | Copies | 28 | 2.8 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 36 | 3.6 |
| 4/16/2014 | Copies | 18 | 1.8 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 2 | 0.2 |
| 4/16/2014 | Copies | 29 | 2.9 |
| 4/16/2014 | Copies | 18 | 1.8 |
| 4/16/2014 | Copies | 7 | 0.7 |
| 4/16/2014 | Taxi for document delivery to M. Wunder on April 16, 2014 | 1 | 21.24 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 28 | 2.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                              INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| Date | Description | | |
|---|---|---|---|
| 4/17/2014 | Copies | 42 | 4.2 |
| 4/17/2014 | Copies | 47 | 4.7 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 4 | 0.4 |
| 4/17/2014 | Copies | 4 | 0.4 |
| 4/17/2014 | Copies | 42 | 4.2 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 18 | 1.8 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 9 | 0.9 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 42 | 4.2 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 3 | 0.3 |
| 4/17/2014 | Copies | 2 | 0.2 |
| 4/17/2014 | Copies | 4 | 0.4 |
| 4/17/2014 | Copies | 5 | 0.5 |
| 4/17/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 33 |
| 4/17/2014 | Taxi for S. Kukulowicz to Canadian Court on April 17, 2014 | 1 | 7.96 |
| 4/18/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 305 |
| 4/21/2014 | Copies | 104 | 10.4 |
| 4/21/2014 | Copies | 22 | 2.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                           INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| | | | |
|---|---|---|---|
| 4/21/2014 | Copies | 6 | 0.6 |
| 4/21/2014 | Copies | 3 | 0.3 |
| 4/21/2014 | Copies | 3 | 0.3 |
| 4/21/2014 | Copies | 3 | 0.3 |
| 4/21/2014 | Copies | 2 | 0.2 |
| 4/21/2014 | Copies | 22 | 2.2 |
| 4/21/2014 | Copies | 17 | 1.7 |
| 4/21/2014 | Copies | 15 | 1.5 |
| 4/21/2014 | Copies | 2 | 0.2 |
| 4/21/2014 | Copies | 18 | 1.8 |
| 4/21/2014 | Copies | 2 | 0.2 |
| 4/21/2014 | Copies | 10 | 1 |
| 4/21/2014 | Copies | 13 | 1.3 |
| 4/21/2014 | Copies | 17 | 1.7 |
| 4/21/2014 | Copies | 18 | 1.8 |
| 4/21/2014 | Copies | 24 | 2.4 |
| 4/21/2014 | Copies | 14 | 1.4 |
| 4/21/2014 | Copies | 10 | 1 |
| 4/21/2014 | Copies | 5 | 0.5 |
| 4/21/2014 | Copies | 2 | 0.2 |
| 4/21/2014 | Copies | 9 | 0.9 |
| 4/21/2014 | Copies | 9 | 0.9 |
| 4/21/2014 | Copies | 37 | 3.7 |
| 4/21/2014 | Copies | 234 | 23.4 |
| 4/21/2014 | Copies | 15 | 1.5 |
| 4/21/2014 | Copies | 4 | 0.4 |
| 4/21/2014 | Copies | 9 | 0.9 |
| 4/21/2014 | Copies | 11 | 1.1 |
| 4/21/2014 | Copies | 10 | 1 |
| 4/21/2014 | Copies | 9 | 0.9 |
| 4/21/2014 | Copies | 20 | 2 |
| 4/21/2014 | Copies | 78 | 7.8 |
| 4/21/2014 | Copies | 11 | 1.1 |
| 4/21/2014 | Copies | 21 | 2.1 |
| 4/21/2014 | Copies | 29 | 2.9 |
| 4/21/2014 | Copies | 5 | 0.5 |
| 4/21/2014 | Copies | 4 | 0.4 |
| 4/21/2014 | Copies | 19 | 1.9 |
| 4/21/2014 | Copies | 37 | 3.7 |
| 4/21/2014 | Copies | 50 | 5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                              INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| Date | Description | | |
|------|-------------|---|---|
| 4/21/2014 | Copies | 43 | 4.3 |
| 4/21/2014 | Copies | 42 | 4.2 |
| 4/21/2014 | Copies | 14 | 1.4 |
| 4/21/2014 | Copies | 78 | 7.8 |
| 4/21/2014 | Copies | 30 | 3 |
| 4/21/2014 | Copies | 9 | 0.9 |
| 4/21/2014 | Copies | 5 | 0.5 |
| 4/21/2014 | Copies | 99 | 9.9 |
| 4/21/2014 | Copies | 2 | 0.2 |
| 4/21/2014 | Copies | 21 | 2.1 |
| 4/21/2014 | Binding, Tabs, Disks, etc | 1 | 4.56 |
| 4/21/2014 | Library Computer Searches/Westlaw done by J. Dick | 1 | 112 |
| 4/21/2014 | Working dinner for S. Holland on April 21, 2014 | 1 | 8.18 |
| 4/22/2014 | Minister of Finance - COURT FILING FEE FOR MOTION RECORD Check # 938993 | 1 | 127 |
| 4/22/2014 | Copies | 3 | 0.3 |
| 4/22/2014 | Copies | 5 | 0.5 |
| 4/22/2014 | Copies | 84 | 8.4 |
| 4/22/2014 | Copies | 132 | 13.2 |
| 4/22/2014 | Copies | 114 | 11.4 |
| 4/22/2014 | Copies | 114 | 11.4 |
| 4/22/2014 | Copies | 2 | 0.2 |
| 4/22/2014 | Copies | 152 | 15.2 |
| 4/22/2014 | Copies | 154 | 15.4 |
| 4/22/2014 | Copies | 2 | 0.2 |
| 4/22/2014 | Copies | 67 | 6.7 |
| 4/22/2014 | Copies | 64 | 6.4 |
| 4/22/2014 | Copies | 84 | 8.4 |
| 4/22/2014 | Copies | 548 | 54.8 |
| 4/22/2014 | Copies | 152 | 15.2 |
| 4/22/2014 | Copies | 67 | 6.7 |
| 4/22/2014 | Copies | 129 | 12.9 |
| 4/22/2014 | Copies | 188 | 18.8 |
| 4/22/2014 | Copies | 6 | 0.6 |
| 4/22/2014 | Copies | 188 | 18.8 |
| 4/22/2014 | Copies | 12 | 1.2 |
| 4/22/2014 | Copies | 8 | 0.8 |
| 4/22/2014 | Copies | 6 | 0.6 |
| 4/22/2014 | Copies | 18 | 1.8 |
| 4/22/2014 | Copies | 45 | 4.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                      INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Description | | |
|------|-------------|------|------|
| 4/22/2014 | Copies | 3 | 0.3 |
| 4/22/2014 | Copies | 43 | 4.3 |
| 4/22/2014 | Copies | 3 | 0.3 |
| 4/22/2014 | Copies | 8 | 0.8 |
| 4/22/2014 | Copies | 55 | 5.5 |
| 4/22/2014 | Copies | 4 | 0.4 |
| 4/22/2014 | Copies | 125 | 12.5 |
| 4/22/2014 | Copies | 37 | 3.7 |
| 4/22/2014 | Copies | 37 | 3.7 |
| 4/22/2014 | Copies | 5 | 0.5 |
| 4/22/2014 | Copies | 67 | 6.7 |
| 4/22/2014 | Copies | 64 | 6.4 |
| 4/22/2014 | Copies | 64 | 6.4 |
| 4/22/2014 | Copies | 112 | 11.2 |
| 4/22/2014 | Copies | 15 | 1.5 |
| 4/22/2014 | Copies | 7 | 0.7 |
| 4/22/2014 | Copies | 125 | 12.5 |
| 4/22/2014 | Copies | 47 | 4.7 |
| 4/22/2014 | Copies | 277 | 27.7 |
| 4/22/2014 | Copies | 3 | 0.3 |
| 4/22/2014 | Copies | 14 | 1.4 |
| 4/22/2014 | Copies | 4 | 0.4 |
| 4/22/2014 | Copies | 548 | 54.8 |
| 4/22/2014 | Copies | 3 | 0.3 |
| 4/22/2014 | Copies | 84 | 8.4 |
| 4/22/2014 | Copies | 5 | 0.5 |
| 4/22/2014 | Copies | 84 | 8.4 |
| 4/22/2014 | Copies | 152 | 15.2 |
| 4/22/2014 | Copies | 2 | 0.2 |
| 4/22/2014 | Copies | 43 | 4.3 |
| 4/22/2014 | Copies | 2 | 0.2 |
| 4/22/2014 | Copies | 3 | 0.3 |
| 4/22/2014 | Copies | 51 | 5.1 |
| 4/22/2014 | Copies | 150 | 15 |
| 4/22/2014 | Copies | 150 | 15 |
| 4/22/2014 | Copies | 111 | 11.1 |
| 4/22/2014 | Copies | 3 | 0.3 |
| 4/22/2014 | Binding, Tabs, Disks, etc | 1 | 19.2 |
| 4/22/2014 | Binding, Tabs, Disks, etc | 1 | 12 |
| 4/22/2014 | Binding, Tabs, Disks, etc | 1 | 3.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-42-

CASSELS BROCK LLP                                              INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| | | | |
|---|---|---|---|
| 4/22/2014 | Binding, Tabs, Disks, etc | 1 | 27.52 |
| 4/22/2014 | Copies | 4 | 0.4 |
| 4/22/2014 | Copies | 51 | 5.1 |
| 4/22/2014 | Copies | 27 | 2.7 |
| 4/22/2014 | Copies | 234 | 23.4 |
| 4/22/2014 | Copies | 297 | 29.7 |
| 4/22/2014 | Copies | 6 | 0.6 |
| 4/22/2014 | Copies | 33 | 3.3 |
| 4/22/2014 | Copies | 15 | 1.5 |
| 4/22/2014 | Copies | 63 | 6.3 |
| 4/22/2014 | Copies | 14 | 1.4 |
| 4/22/2014 | Copies | 11 | 1.1 |
| 4/22/2014 | Copies | 9 | 0.9 |
| 4/22/2014 | Copies | 43 | 4.3 |
| 4/22/2014 | Copies | 21 | 2.1 |
| 4/22/2014 | Copies | 9 | 0.9 |
| 4/22/2014 | Copies | 3 | 0.3 |
| 4/22/2014 | Copies | 6 | 0.6 |
| 4/22/2014 | Copies | 72 | 7.2 |
| 4/22/2014 | Copies | 30 | 3 |
| 4/22/2014 | Copies | 27 | 2.7 |
| 4/22/2014 | Copies | 15 | 1.5 |
| 4/22/2014 | Copies | 129 | 12.9 |
| 4/22/2014 | Copies | 60 | 6 |
| 4/22/2014 | Copies | 45 | 4.5 |
| 4/22/2014 | Copies | 24 | 2.4 |
| 4/22/2014 | Copies | 10 | 1 |
| 4/22/2014 | Copies | 5 | 0.5 |
| 4/22/2014 | Copies | 17 | 1.7 |
| 4/22/2014 | Copies | 15 | 1.5 |
| 4/22/2014 | Copies | 37 | 3.7 |
| 4/22/2014 | Copies | 11 | 1.1 |
| 4/22/2014 | Copies | 50 | 5 |
| 4/22/2014 | Copies | 33 | 3.3 |
| 4/22/2014 | Copies | 39 | 3.9 |
| 4/22/2014 | Copies | 42 | 4.2 |
| 4/22/2014 | Copies | 30 | 3 |
| 4/22/2014 | Copies | 57 | 5.7 |
| 4/22/2014 | Copies | 63 | 6.3 |
| 4/22/2014 | Copies | 87 | 8.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-43-

CASSELS BROCK LLP                                           INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| | | | |
|---|---|---|---|
| 4/22/2014 | Copies | 27 | 2.7 |
| 4/22/2014 | Copies | 14 | 1.4 |
| 4/22/2014 | Copies | 10 | 1 |
| 4/22/2014 | Copies | 78 | 7.8 |
| 4/22/2014 | Copies | 30 | 3 |
| 4/22/2014 | Copies | 99 | 9.9 |
| 4/22/2014 | Copies | 9 | 0.9 |
| 4/22/2014 | Copies | 5 | 0.5 |
| 4/22/2014 | Copies | 18 | 1.8 |
| 4/22/2014 | Copies | 21 | 2.1 |
| 4/22/2014 | Copies | 4 | 0.4 |
| 4/22/2014 | Copies | 15 | 1.5 |
| 4/22/2014 | Copies | 42 | 4.2 |
| 4/22/2014 | Copies | 90 | 9 |
| 4/22/2014 | Copies | 6 | 0.6 |
| 4/22/2014 | Copies | 111 | 11.1 |
| 4/22/2014 | Copies | 150 | 15 |
| 4/22/2014 | Copies | 27 | 2.7 |
| 4/22/2014 | Copies | 120 | 12 |
| 4/22/2014 | Copies | 9 | 0.9 |
| 4/22/2014 | Copies | 13 | 1.3 |
| 4/22/2014 | Copies | 5 | 0.5 |
| 4/22/2014 | Copies | 20 | 2 |
| 4/22/2014 | Copies | 19 | 1.9 |
| 4/22/2014 | Copies | 29 | 2.9 |
| 4/23/2014 | Binding, Tabs, Disks, etc | 1 | 22.8 |
| 4/23/2014 | Binding, Tabs, Disks, etc | 1 | 15.74 |
| 4/23/2014 | Copies | 2 | 0.2 |
| 4/23/2014 | Copies | 1 | 0.1 |
| 4/23/2014 | Copies | 1 | 0.1 |
| 4/23/2014 | Copies | 1 | 0.1 |
| 4/23/2014 | Copies | 5 | 0.5 |
| 4/23/2014 | Copies | 152 | 15.2 |
| 4/23/2014 | Copies | 1 | 0.1 |
| 4/23/2014 | Copies | 126 | 12.6 |
| 4/23/2014 | Copies | 154 | 15.4 |
| 4/23/2014 | Copies | 166 | 16.6 |
| 4/23/2014 | Copies | 132 | 13.2 |
| 4/23/2014 | Copies | 132 | 13.2 |
| 4/23/2014 | Copies | 114 | 11.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-44-

CASSELS BROCK LLP                                          INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| 4/23/2014 | Copies | 1 | 0.1 |
|---|---|---|---|
| 4/23/2014 | Copies | 2 | 0.2 |
| 4/23/2014 | Copies | 114 | 11.4 |
| 4/23/2014 | Copies | 17 | 1.7 |
| 4/23/2014 | Copies | 3 | 0.3 |
| 4/23/2014 | Copies | 277 | 27.7 |
| 4/23/2014 | Copies | 125 | 12.5 |
| 4/23/2014 | Copies | 548 | 54.8 |
| 4/23/2014 | Copies | 37 | 3.7 |
| 4/23/2014 | Copies | 3 | 0.3 |
| 4/23/2014 | Copies | 9 | 0.9 |
| 4/23/2014 | Copies | 277 | 27.7 |
| 4/23/2014 | Copies | 5 | 0.5 |
| 4/23/2014 | Copies | 250 | 25 |
| 4/23/2014 | Copies | 11 | 1.1 |
| 4/23/2014 | Copies | 11 | 1.1 |
| 4/23/2014 | Copies | 6 | 0.6 |
| 4/23/2014 | Copies | 8 | 0.8 |
| 4/23/2014 | Copies | 8 | 0.8 |
| 4/23/2014 | Copies | 11 | 1.1 |
| 4/23/2014 | Working dinner for J. Dick April 23, 2014 | 1 | 16.96 |
| 4/23/2014 | Working dinner for M. Sassi on April 23, 2014 | 1 | 18.81 |
| 4/24/2014 | Copies | 44 | 4.4 |
| 4/24/2014 | Copies | 26 | 2.6 |
| 4/24/2014 | Copies | 42 | 4.2 |
| 4/24/2014 | Copies | 9 | 0.9 |
| 4/24/2014 | Copies | 5 | 0.5 |
| 4/24/2014 | Copies | 2 | 0.2 |
| 4/24/2014 | Copies | 5 | 0.5 |
| 4/24/2014 | Copies | 2 | 0.2 |
| 4/24/2014 | Copies | 5 | 0.5 |
| 4/24/2014 | Copies | 3 | 0.3 |
| 4/24/2014 | Copies | 24 | 2.4 |
| 4/24/2014 | Copies | 10 | 1 |
| 4/24/2014 | Copies | 8 | 0.8 |
| 4/24/2014 | Copies | 2 | 0.2 |
| 4/24/2014 | Copies | 4 | 0.4 |
| 4/24/2014 | Copies | 2 | 0.2 |
| 4/24/2014 | Copies | 2 | 0.2 |
| 4/24/2014 | Copies | 12 | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                              INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| Date | Description | | |
|------|-------------|---|---|
| 4/24/2014 | Copies | 35 | 3.5 |
| 4/24/2014 | Copies | 2 | 0.2 |
| 4/24/2014 | Copies | 2 | 0.2 |
| 4/24/2014 | Library Computer Searches/Westlaw done by J. Dick | 1 | 30 |
| 4/25/2014 | Copies | 29 | 2.9 |
| 4/25/2014 | Copies | 2 | 0.2 |
| 4/25/2014 | Copies | 2 | 0.2 |
| 4/25/2014 | Copies | 10 | 1 |
| 4/25/2014 | Copies | 2 | 0.2 |
| 4/25/2014 | Copies | 2 | 0.2 |
| 4/25/2014 | Copies | 3 | 0.3 |
| 4/25/2014 | Copies | 5 | 0.5 |
| 4/25/2014 | Copies | 2 | 0.2 |
| 4/25/2014 | Copies | 23 | 2.3 |
| 4/25/2014 | Copies | 23 | 2.3 |
| 4/25/2014 | Copies | 3 | 0.3 |
| 4/25/2014 | Copies | 2 | 0.2 |
| 4/25/2014 | Copies | 4 | 0.4 |
| 4/25/2014 | Copies | 23 | 2.3 |
| 4/26/2014 | Copies | 17 | 1.7 |
| 4/28/2014 | Copies | 10 | 1 |
| 4/28/2014 | Copies | 18 | 1.8 |
| 4/28/2014 | Copies | 22 | 2.2 |
| 4/28/2014 | Copies | 30 | 3 |
| 4/28/2014 | Copies | 30 | 3 |
| 4/28/2014 | Copies | 2 | 0.2 |
| 4/28/2014 | Copies | 18 | 1.8 |
| 4/28/2014 | Copies | 20 | 2 |
| 4/28/2014 | Copies | 3 | 0.3 |
| 4/28/2014 | Copies | 22 | 2.2 |
| 4/28/2014 | Copies | 20 | 2 |
| 4/28/2014 | Copies | 5 | 0.5 |
| 4/28/2014 | Copies | 18 | 1.8 |
| 4/28/2014 | Copies | 2 | 0.2 |
| 4/28/2014 | Copies | 3 | 0.3 |
| 4/28/2014 | Copies | 3 | 0.3 |
| 4/28/2014 | Copies | 2 | 0.2 |
| 4/28/2014 | Copies | 2 | 0.2 |
| 4/28/2014 | Copies | 19 | 1.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-46-

CASSELS BROCK LLP                                                    INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| | | | |
|---|---|---|---|
| 4/28/2014 | Copies | 2 | 0.2 |
| 4/28/2014 | Copies | 3 | 0.3 |
| 4/28/2014 | Copies | 3 | 0.3 |
| 4/28/2014 | Copies | 56 | 5.6 |
| 4/28/2014 | Copies | 17 | 1.7 |
| 4/28/2014 | Copies | 25 | 2.5 |
| 4/28/2014 | Copies | 4 | 0.4 |
| 4/28/2014 | Copies | 16 | 1.6 |
| 4/28/2014 | Copies | 8 | 0.8 |
| 4/28/2014 | Copies | 2 | 0.2 |
| 4/28/2014 | Copies | 37 | 3.7 |
| 4/28/2014 | Copies | 34 | 3.4 |
| 4/28/2014 | Copies | 8 | 0.8 |
| 4/28/2014 | Copies | 5 | 0.5 |
| 4/28/2014 | Binding, Tabs, Disks, etc | 1 | 2.04 |
| 4/28/2014 | Library Computer Searches/Westlaw done by S. Baldassarra | 1 | 33 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 23 | 2.3 |
| 4/29/2014 | Copies | 7 | 0.7 |
| 4/29/2014 | Copies | 22 | 2.2 |
| 4/29/2014 | Copies | 58 | 5.8 |
| 4/29/2014 | Copies | 6 | 0.6 |
| 4/29/2014 | Copies | 37 | 3.7 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 14 | 1.4 |
| 4/29/2014 | Copies | 40 | 4 |
| 4/29/2014 | Copies | 99 | 9.9 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 7 | 0.7 |
| 4/29/2014 | Copies | 18 | 1.8 |
| 4/29/2014 | Copies | 13 | 1.3 |
| 4/29/2014 | Copies | 8 | 0.8 |
| 4/29/2014 | Copies | 5 | 0.5 |
| 4/29/2014 | Copies | 23 | 2.3 |
| 4/29/2014 | Copies | 36 | 3.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-47-

CASSELS BROCK LLP                                          INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 4/29/2014 | Copies | 11 | 1.1 |
| 4/29/2014 | Copies | 16 | 1.6 |
| 4/29/2014 | Copies | 43 | 4.3 |
| 4/29/2014 | Copies | 7 | 0.7 |
| 4/29/2014 | Copies | 9 | 0.9 |
| 4/29/2014 | Copies | 8 | 0.8 |
| 4/29/2014 | Copies | 6 | 0.6 |
| 4/29/2014 | Copies | 19 | 1.9 |
| 4/29/2014 | Copies | 7 | 0.7 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 10 | 1 |
| 4/29/2014 | Copies | 11 | 1.1 |
| 4/29/2014 | Copies | 4 | 0.4 |
| 4/29/2014 | Copies | 11 | 1.1 |
| 4/29/2014 | Copies | 14 | 1.4 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 15 | 1.5 |
| 4/29/2014 | Copies | 9 | 0.9 |
| 4/29/2014 | Copies | 32 | 3.2 |
| 4/29/2014 | Copies | 55 | 5.5 |
| 4/29/2014 | Copies | 4 | 0.4 |
| 4/29/2014 | Copies | 28 | 2.8 |
| 4/29/2014 | Copies | 26 | 2.6 |
| 4/29/2014 | Copies | 18 | 1.8 |
| 4/29/2014 | Copies | 42 | 4.2 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 99 | 9.9 |
| 4/29/2014 | Copies | 4 | 0.4 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 35 | 3.5 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 9 | 0.9 |
| 4/29/2014 | Copies | 5 | 0.5 |
| 4/29/2014 | Copies | 13 | 1.3 |
| 4/29/2014 | Copies | 20 | 2 |
| 4/29/2014 | Copies | 18 | 1.8 |
| 4/29/2014 | Copies | 6 | 0.6 |
| 4/29/2014 | Copies | 18 | 1.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-48-

CASSELS BROCK LLP                                           INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| 4/29/2014 | Copies | 4 | 0.4 |
|---|---|---|---|
| 4/29/2014 | Copies | 16 | 1.6 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 17 | 1.7 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 14 | 1.4 |
| 4/29/2014 | Copies | 34 | 3.4 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 14 | 1.4 |
| 4/29/2014 | Copies | 10 | 1 |
| 4/29/2014 | Copies | 9 | 0.9 |
| 4/29/2014 | Copies | 37 | 3.7 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 32 | 3.2 |
| 4/29/2014 | Copies | 30 | 3 |
| 4/29/2014 | Copies | 10 | 1 |
| 4/29/2014 | Copies | 64 | 6.4 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 8 | 0.8 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 16 | 1.6 |
| 4/29/2014 | Copies | 4 | 0.4 |
| 4/29/2014 | Copies | 35 | 3.5 |
| 4/29/2014 | Copies | 21 | 2.1 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 110 | 11 |
| 4/29/2014 | Copies | 74 | 7.4 |
| 4/29/2014 | Copies | 8 | 0.8 |
| 4/29/2014 | Copies | 70 | 7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-49-

CASSELS BROCK LLP                                    INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| 4/29/2014 | Copies | 4 | 0.4 |
|---|---|---|---|
| 4/29/2014 | Copies | 4 | 0.4 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 39 | 3.9 |
| 4/29/2014 | Copies | 144 | 14.4 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 14 | 1.4 |
| 4/29/2014 | Copies | 13 | 1.3 |
| 4/29/2014 | Copies | 6 | 0.6 |
| 4/29/2014 | Copies | 17 | 1.7 |
| 4/29/2014 | Copies | 15 | 1.5 |
| 4/29/2014 | Copies | 20 | 2 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 47 | 4.7 |
| 4/29/2014 | Copies | 6 | 0.6 |
| 4/29/2014 | Copies | 5 | 0.5 |
| 4/29/2014 | Copies | 6 | 0.6 |
| 4/29/2014 | Copies | 4 | 0.4 |
| 4/29/2014 | Copies | 22 | 2.2 |
| 4/29/2014 | Copies | 14 | 1.4 |
| 4/29/2014 | Copies | 47 | 4.7 |
| 4/29/2014 | Copies | 29 | 2.9 |
| 4/29/2014 | Copies | 43 | 4.3 |
| 4/29/2014 | Copies | 22 | 2.2 |
| 4/29/2014 | Copies | 20 | 2 |
| 4/29/2014 | Copies | 11 | 1.1 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 3 | 0.3 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 6 | 0.6 |
| 4/29/2014 | Copies | 25 | 2.5 |
| 4/29/2014 | Copies | 30 | 3 |
| 4/29/2014 | Copies | 8 | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-50-

CASSELS BROCK LLP                                              INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 4/29/2014 | Copies | 34 | 3.4 |
| 4/29/2014 | Copies | 34 | 3.4 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 8 | 0.8 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 33 | 3.3 |
| 4/29/2014 | Copies | 62 | 6.2 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 39 | 3.9 |
| 4/29/2014 | Copies | 2 | 0.2 |
| 4/29/2014 | Copies | 6 | 0.6 |
| 4/29/2014 | Copies | 18 | 1.8 |
| 4/29/2014 | Copies | 319 | 31.9 |
| 4/29/2014 | Copies | 41 | 4.1 |
| 4/29/2014 | Copies | 27 | 2.7 |
| 4/29/2014 | Copies | 7 | 0.7 |
| 4/29/2014 | Copies | 262 | 26.2 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 8 | 0.8 |
| 4/29/2014 | Copies | 1 | 0.1 |
| 4/29/2014 | Copies | 17 | 1.7 |
| 4/29/2014 | Copies | 144 | 14.4 |
| 4/29/2014 | Copies | 25 | 2.5 |
| 4/29/2014 | Copies | 17 | 1.7 |
| 4/29/2014 | Copies | 325 | 32.5 |
| 4/29/2014 | Copies | 41 | 4.1 |
| 4/29/2014 | Binding, Tabs, Disks, etc | 1 | 29.08 |
| 4/29/2014 | Binding, Tabs, Disks, etc | 1 | 20.16 |
| 4/29/2014 | Binding, Tabs, Disks, etc | 1 | 3.99 |
| 4/29/2014 | Binding, Tabs, Disks, etc | 1 | 3.49 |
| 4/29/2014 | Binding, Tabs, Disks, etc | 1 | 5.41 |
| 4/29/2014 | Binding, Tabs, Disks, etc | 1 | 12.2 |
| 4/29/2014 | Binding, Tabs, Disks, etc | 1 | 9.4 |
| 4/29/2014 | Working dinner for C. Selby at Kupfert and Kim on April 29,2 014 | 1 | 16.77 |
| 4/29/2014 | Library Computer Searches/Westlaw done by C. Selby | 1 | 340 |
| 4/29/2014 | Library Computer Searches/Westlaw done by K. Wallace | 1 | 144 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                         INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| | | | |
|---|---|---|---|
| 4/29/2014 | Working dinner for J. Dick from OrderIt on April 29, 2014. | 1 | 24.33 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 6 | 0.6 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 6 | 0.6 |
| 4/30/2014 | Copies | 54 | 5.4 |
| 4/30/2014 | Copies | 100 | 10 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 20 | 2 |
| 4/30/2014 | Copies | 9 | 0.9 |
| 4/30/2014 | Copies | 9 | 0.9 |
| 4/30/2014 | Copies | 3 | 0.3 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 9 | 0.9 |
| 4/30/2014 | Copies | 524 | 52.4 |
| 4/30/2014 | Copies | 11 | 1.1 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 3 | 0.3 |
| 4/30/2014 | Copies | 25 | 2.5 |
| 4/30/2014 | Copies | 432 | 43.2 |
| 4/30/2014 | Copies | 458 | 45.8 |
| 4/30/2014 | Copies | 82 | 8.2 |
| 4/30/2014 | Copies | 32 | 3.2 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 229 | 22.9 |
| 4/30/2014 | Copies | 342 | 34.2 |
| 4/30/2014 | Copies | 252 | 25.2 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 216 | 21.6 |
| 4/30/2014 | Copies | 16 | 1.6 |
| 4/30/2014 | Copies | 309 | 30.9 |
| 4/30/2014 | Copies | 618 | 61.8 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 8 | 0.8 |
| 4/30/2014 | Copies | 8 | 0.8 |
| 4/30/2014 | Copies | 5 | 0.5 |
| 4/30/2014 | Copies | 9 | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-52-

CASSELS BROCK LLP                                        INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 4/30/2014 | Copies | 3 | 0.3 |
| 4/30/2014 | Copies | 4 | 0.4 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 638 | 63.8 |
| 4/30/2014 | Copies | 3 | 0.3 |
| 4/30/2014 | Copies | 8 | 0.8 |
| 4/30/2014 | Copies | 10 | 1 |
| 4/30/2014 | Copies | 11 | 1.1 |
| 4/30/2014 | Copies | 33 | 3.3 |
| 4/30/2014 | Copies | 8 | 0.8 |
| 4/30/2014 | Copies | 4 | 0.4 |
| 4/30/2014 | Copies | 11 | 1.1 |
| 4/30/2014 | Copies | 5 | 0.5 |
| 4/30/2014 | Copies | 92 | 9.2 |
| 4/30/2014 | Copies | 4 | 0.4 |
| 4/30/2014 | Copies | 15 | 1.5 |
| 4/30/2014 | Copies | 15 | 1.5 |
| 4/30/2014 | Copies | 25 | 2.5 |
| 4/30/2014 | Copies | 22 | 2.2 |
| 4/30/2014 | Copies | 171 | 17.1 |
| 4/30/2014 | Copies | 126 | 12.6 |
| 4/30/2014 | Copies | 15 | 1.5 |
| 4/30/2014 | Copies | 34 | 3.4 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 7 | 0.7 |
| 4/30/2014 | Copies | 4 | 0.4 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 8 | 0.8 |
| 4/30/2014 | Copies | 7 | 0.7 |
| 4/30/2014 | Copies | 9 | 0.9 |
| 4/30/2014 | Copies | 9 | 0.9 |
| 4/30/2014 | Copies | 5 | 0.5 |
| 4/30/2014 | Copies | 3 | 0.3 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 12 | 1.2 |
| 4/30/2014 | Copies | 9 | 0.9 |
| 4/30/2014 | Copies | 9 | 0.9 |
| 4/30/2014 | Copies | 3 | 0.3 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 17 | 1.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                          INVOICE 1936719
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 4/30/2014 | Copies | 39 | 3.9 |
| 4/30/2014 | Copies | 3 | 0.3 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 2 | 0.2 |
| 4/30/2014 | Copies | 31 | 3.1 |
| 4/30/2014 | Binding, Tabs, Disks, etc | 1 | 13.16 |
| 4/30/2014 | Binding, Tabs, Disks, etc | 1 | 38.8 |
| 4/30/2014 | Binding, Tabs, Disks, etc | 1 | 24.4 |
| 4/30/2014 | Binding, Tabs, Disks, etc | 1 | 22.38 |
| 4/30/2014 | Library Computer Searches/Westlaw done by J. Dick | 1 | 72 |
| 4/30/2014 | Working lunch for M. Wunder at Szechuan Express on April 30, 2014 | 1 | 11.28 |
| | | $ | 5,700.22 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.