**EXHIBIT E**

**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**APRIL 1, 2014 THROUGH APRIL 30, 2014**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Christopher Selby | Student | Students | | 11.9 | $245.00 | $2,915.50 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 12.2 | $945.00 | $11,529.00 |
| Justin Dick | Student | Students | | 27.5 | $245.00 | $6,737.50 |
| Keri Wallace | Associate | Financial Restructuring | Ontario - 2012 | 15.9 | $390.00 | $6,201.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 121.3 | $795.00 | $96,433.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 45.0 | $390.00 | $17,550.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 99.5 | $750.00 | $74,625.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 99.6 | $900.00 | $89,640.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 83.2 | $420.00 | $34,944.00 |
| Steven Kennedy | Associate | Intellectual Property | Ontario - 2009 | 0.7 | $450.00 | $315.00 |
| | | | | | | |
| TOTAL | | | | 516.8 | CDN. | $340,890.50 |