IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date: TBD |

## NOTICE OF TWENTY-FIRST INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2014 through April 30, 2014[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,657,983.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $14,272.00 |

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's February and March and April 2014 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 4/9/2014 Docket No. 13310 | 2/1/14 to 2/28/14 | $571,837.00 | $273.60 | $457,469.60 | $273.60 | $114,367.40 |
| Date Filed: 5/21/2014 Docket No. 13615 | 3/1/14 to 3/31/14 | $562,367.00 | $8,329.37 | Pending Obj. Deadline $449,893.60 | Pending Obj. Deadline $8,329.37 | $112,473.40 |
| Date Filed: 5/29/2014 Docket No. 13709 | 4/1/14 to 4/30/14 | $523,779.50 | $5,669.03 | Pending Obj. Deadline $419,023.60 | Pending Obj. Deadline $5,669.03 | $104,755.90 |
| TOTALS: | | $1,657,983.50 | $14,272.00 | $1,326,386.80 | $14,272.00 | $331,596.70 |

Summary of any Objections to Fee Applications: None.

Dated: May 30, 2014
    New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

2