IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: TBD |
| | ) | |

## NOTICE OF TWENTY-FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant: Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought: February 1, 2014 through April 30, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary: $90,416.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $15,407.18

This is (a)n: _X_ interim ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s February, March and April 2014 monthly fee applications are incorporated herein by reference.

RLF1 10355233v.1

Summary of Fee Applications for Compensation Period:

| Docket No. Date Filed | Period Covered | Requested | | Approved/ Pending Approval | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Docket No. 13204 Date Filed: 3/20/14 | 2/1/14 - 2/28/14 | $18,807.00 | $1,448.73 | $15,045.60 | $1,448.73 | $3,761.40 |
| Docket No. 13434 Date Filed: 4/30/14 | 3/1/14 - 3/31/14 | $20,944.50 | $9,755.67 | $16,755.60 | $9,755.67 | $4,188.90 |
| Docket No. 13678 Date Filed: 5/28/14 | 4/1/14 - 4/30/14 | $50,665.00 | $4,202.78 | Pending obj deadline 6/17/14 $40,532.00 | Pending obj deadline 6/17/14 $4,202.78 | $10,133.00 |
| TOTALS: | | $90,416.50 | $15,407.18 | $72,333.20[3] | $15,407.18[4] | $18,083.30 |

Summary of any Objections to Fee Applications: None.

Dated: May 30, 2014
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.
[4] The total amount reflected in this column includes amounts pending approval.

2