IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) )  Hearing Date: TBD ) |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:     Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:     Official Committee of Unsecured Creditors

Date of Retention:     March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:     March 4, 2014 through April 30, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:     CDN. $512,610.00 Equivalent to USD $472,267.59[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     CDN. $8,055.40 Equivalent to USD $7,421.44[3]

This is (a)n: __X__ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's March, 2014 and April, 2014 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on May 29, 2014 was CDN. $1.00 : U.S. $0.9213

Legal*11162936.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: n/a Docket No. n/a | 2/1/14 - 2/28/14 | n/a | n/a | n/a | n/a | n/a |
| Date Filed: 5/29/14 Docket No. 13708 | 3/4/14 - 3/31/14 | $171,719.50 | $2,355.18 | $137,375.60 Pending Obj. Deadline June 19, 2014 | $2,355.18 Pending Obj. Deadline June 19, 2014 | $34,343.90 |
| Date Filed: 5/30/14 Docket No. TBD | 4/1/14 - 4/30/14 | $340,890.50 | $5,700.22 | $272,712.40 Pending Obj. Deadline June 20, 2014 | $5,700.22 Pending Obj. Deadline June 20, 2014 | $68,178.10 |
| **TOTALS:** | All amounts in CDN.$ | $512,610.00 | $8,055.40 | $410,088.00[4] | $8,055.40[5] | $102,522.00 |

Summary of any Objections to Fee Applications: None.

Dated: May 30, 2014
Toronto, Ontario

*[signature]*

Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

Legal*11162936.1