IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

Court File No.  09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**- COMMERCIAL LIST**

**IN THE MATTER OF**
**THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36,**
**AS AMENDED**
**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**UPDATED ORDER OF WITNESSES FOR TRIAL**
**(May 30 through June 6)**

**PLEASE TAKE NOTICE** that the Core Parties expect the following witnesses to appear at Trial in the period May 30 through June 6.

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**Friday, May 30, 2014**

1. James Malackowski (Toronto) (continued from May 29) – EMEA expert

2. Richard Cooper (Wilmington) – EMEA expert

**Monday, June 2, 2014**

1. Richard Cooper (Wilmington) (continued from May 30, 2014) – EMEA Expert

2. Steven Felgran (Wilmington) – UKP expert

3. Coleman Bazelon (Toronto) – UKP expert

**Tuesday, June 3, 2014**

Non-sit day

**Wednesday, June 4, 2014**

Non-sit day

**Thursday June 5, 2014**

1. Phil Green (Wilmington) – Cda Expert

**Friday June 6, 2014**

1. Phil Green (Wilmington) (continued from June 5 if necessary)– Cda Expert

2. Thomas Britven (Wilmington) – CCC expert

Dated: June 1, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob S. Pultman
Paul B. Keller
Laura R. Hall
Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com
ken.coleman@allenovery.com
daniel.guyder@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*

| | |
|---|---|
| IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al*. | Court File No. 09-CL-7950 |

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(Commercial List)**

Proceeding commenced at Toronto

**UPDATED ORDER OF WITNESSES FOR TRIAL**
**(May 30 – June 6)**

| | |
|---|---|
| **GOODMANS LLP**<br>Barristers & Solicitors<br>333 Bay Street, Suite 3400<br>Toronto, Canada  M5H 2S7<br><br>Jay A. Carfagnini  (LSUC #: 22293T)<br>jcarfagnini@goodmans.ca<br>Alan Mark (LSUC #: 21772U)<br>amark@goodmans.ca<br>Jessica Kimmel (LSUC #: 32312W)<br>jkimmel@goodmans.ca<br>Peter Ruby (LSUC #: 38439P)<br>pruby@goodmans.ca<br>Joseph Pasquariello (LSUC #: 37389C)<br>jpasquariello@goodmans.ca<br><br>Tel:       416.979.2211<br>Fax:      416.979.1234<br>**Lawyers for the Monitor, Ernst & Young Inc.** | **Gowling Lafleur Henderson LLP**<br>Barristers & Solicitors<br>1 First Canadian Place<br>100 King Street West, Suite 1600<br>Toronto, ON  M5X 1G5<br><br>Derrick Tay  (LSUC #: 21152A)<br>derrick.tay@gowlings.com<br>Jennifer Stam  (LSUC #: 46735J)<br>Jennifer.stam@gowlings.com<br><br>Tel:   416.862.5697<br>Fax:   416.862.7661<br><br>**Lawyers for the Canadian Debtors** |