# EXHIBIT B

```
TIME: 13:50:14                                    NORTEL NETWORKS INC.                                           PAGE:    1
DATE: 05/30/14                                      CREDITOR LISTING

Name                                 Address
ANDERS, DEBORAH                      DEBORAH ANDERS 2025 EAKLE DRIVE ROCK HILL SC 29732
BURNS, JOHN A.                       97 HIGHFIELD RD TORONTO ON M4L 2T9 CANADA
CAO, BETTY L.                        9241 MIRANDA DRIVE RALEIGH NC 27617
CARPENTER, DAVID                     4 HAGWAGON CIR WESTFORD MA 01886
CLEMENS, DAVID H.                    2958 ROCKY RIDGE LOOP CANYON LAKE TX 78133
CRT SPECIAL INVESTMENTS LLC          TRANSFEROR: WB CLAIMS HOLDING - NORTEL, JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
DETMER, KEVIN                        175 WALTON STREET FITCHBURG MA 01420
FREEMAN, TERRANCE                    26 CONCORD DRIVE HOLTSVILLE NY 11742
FREEMAN, TERRANCE                    RICHARD TODD HUNTER, ESQUIRE PO BOX 337 BRIDGEHAMPTON NY 11962
GORHUM, JAMES WAYNE                  2752 BANEBERRY CT. HIGHLANDS RANCH CO 80129
GUNTHER, MATTHEW                     3328 WHIFFLE TREE DRIVE PLANO TX 75023
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: ANDERS, DEBORAH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: BURNS, JOHN A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: CAO, BETTY L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: CARPENTER, DAVID ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: CLEMENS, DAVID H. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: DETMER, KEVIN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: GORHUM, JAMES WAYNE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: GUNTHER, MATTHEW ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: ILSE, WARREN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC           TRANSFEROR: MATTHEWS, RICHARD LEE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
ILSE, WARREN                         6045 PILGRIM PT CIR CUMMING GA 30041
MATTHEWS, RICHARD LEE                5209 KISOR DR THE COLONY TX 75056
VONWIN CAPITAL MANAGEMENT, LP        TRANSFEROR: FREEMAN, TERRANCE ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WB CLAIMS HOLDING - NORTEL, LLC      TRANSFEROR: CRT SPECIAL INVESTMENTS LLC C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675

Total Number of Records Printed      25
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006