**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 13617, 13648, 13657, 13658, 13660, 13662, 13663, 13664, 13665, 13668 and 13677** |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") filed the following pleadings:

1. *Affidavit of Andrew Jeffries* [D.I. 13617; Filing Date: 05/21/14];

2. *Affidavit of Geoffrey Stuart Hall* [D.I. 13648; Filing Date: 05/27/14];

3. *Rebuttal Expert Report of Coleman D. Bazelon for U.K. Pension Claimants* [D.I. 13657; Filing Date: 05/28/14];

4. *Expert Report of Steven D. Felgran for U.K. Pension Claimants* [D.I. 13658; Filing Date: 05/28/14];

5. *Rebuttal Expert Report of Bruce W. Stratton for U.K. Pension Claimants* [D.I. 13660; Filing Date: 05/28/14];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02512968v1}

6. *Expert Report of Leif M. Clark and Jay L. Westbrook on Behalf of the Trustee of Nortel Networks U.K. Pension Plan and the Board of the Pension Protection Fund* [D.I. 13662; Filing Date: 05/28/14];

7. *Expert Report of Coleman Bazelon on Behalf of Nortel Networks U.K. Pension Claimants* [D.I. 13663; Filing Date: 05/28/14];

8. *Rebuttal Expert Report of Steven D. Felgran for U.K. Pension Claimants* [D.I. 13664; Filing Date: 05/28/14];

9. *Corrected Rebuttal Expert Report of Bruce W. Stratton for U.K. Pension Claimants* [D.I. 13665; Filing Date: 05/28/14];

10. *Reply Affidavit of Angela Anderson* [D.I. 13668; Filing Date: 05/28/14]; and

11. *Corrected Reply Affidavit of Angela Anderson* [D.I. 13677; Filing Date: 05/28/14]

(collectively, the "Expert Reports and Affidavits").

PLEASE TAKE FURTHER NOTICE the U.K. Pension Claimants hereby withdraw the Expert Reports and Affidavits.

Dated: June 2, 2014
Wilmington, Delaware

                                  BAYARD, P.A.

                                  */s/ Justin R. Alberto*
                                  Charlene D. Davis (No. 2336)
                                  Justin Alberto (No. 5126)
                                  222 Delaware Avenue, Suite 900
                                  Wilmington, Delaware 19899
                                  Telephone: (302) 655-5000
                                  Facsimile: (302) 658-6395
                                  Email: cdavis@bayardlaw.com
                                             jalberto@bayardlaw.com

                                        -and-

                WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
Nicholas W. Chiuchiolo
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund*