Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)
IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

EXHIBIT "B" TO THE AFFIDAVIT OF GEOFFREY STUART HALL
AFFIRMED APRIL 10, 2014

Signed:     *G S Hall*

GEOFFREY STUART HALL

Date:     April 10, 2014

Before me:

NOTARY PUBLIC

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
'My Commission expires with Life)



CHEESWRIGHTS
NOTARIES PUBLIC

Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 9477

# NORTEL NETWORKS™

*How the world shares ideas.*

## European R&D Labs Capabilities

Geoffrey Hall

Rev. 3 – 6th October 2000

NORTEL NETWORKS CONFIDENTIAL

1

## R&D Organisation:  Maidenhead
## Presenter: Geoff Hall

### Organisation Description:

- Carrier / Wireless / Access software development and solutions validation

### Location:

- Maidenhead, Concorde Road and 3 & 5 Foundation Park

### No. of People:

- 577 RFT, 150 either not RFT / R&D, Students / Contractors and others. Seating capacity 806.

### Key Skills:

- Software Development,
- Product Validation,
- Solutions Integration

### Key Projects / Programs:

- International Succession CS2K, CS3K
- DMS100 MMP (Includes IP Centrex)
- DMS – GSP consolidation
- GSM – HLR
- UMTS European Market Fit
- CVX1800 Support
- Fixed Wireless Access / Air Packet
- Voice Button

### Top Deliverables Impacting the Business:

- Succession Releases SNH01/02 for TD, NTL, COLT... of CS2K
- DMS-MMP Release 14 for Turk Telecom and Release 15 with XA-CORE 3÷1 and GSP Combo
- MSC – UMTS Market / Customer fit for UK (BT Cellnet)
- Succession CS3K Rel 1.6, CWC Global Rel 2.0

**NORTEL NETWORKS**

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 1

2

PC0105848

# R&D Organisation:  Maidenhead
## Presenter: Geoff Hall

## Lab Name:  PND Maidenhead - Geoffrey Hall

No. of Maidenhead RFT Heads (Current)

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | |
|---|---|---|---|---|---|---|---|---|
| Wireless Internet | | | | | | | | 487.00 |
| MMP 100 (110) / MMP/GSP Combo (14), STM-1/SPM(41) | 4.00 | 0.00 | 165.00 | 0.00 | 0.00 | 0.00 | 51.00 | 220.00 |
| CS3K | 4.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.00 |
| GSM / UMTS / HLR | 4.00 | 0.00 | 68.00 | 0.00 | 0.00 | 0.00 | 2.00 | 74.00 |
| Succession CS2K | 4.00 | 0.00 | 115.00 | 0.00 | 0.00 | 0.00 | 40.00 | 159.00 |
| Voice Button | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| Local Internet | | | | | | | | 88.00 |
| Cost of Sales / Custom | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| FWA | 2.00 | 2.00 | 25.00 | 0.00 | 0.00 | 5.00 | 7.00 | 41.00 |
| Centrex IP (17) & IDA (13) | 2.00 | 13.00 | 17.00 | 0.00 | 0.00 | 0.00 | 10.00 | 42.00 |
| Cross PMT | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 22.00 | 15.00 | 425.00 | 0.00 | 0.00 | 5.00 | 110.00 | 577.00 |



NORTEL NETWORKS

## R&D Organisation: Maidenhead
## Presenter: Geoff Hall

Local Presence: Explanation of what local presence means to you.

- Minimal physical development specifically for the UK - currently 5
- Active direct engagement on site of key customers in support of the business
- Support of the distribution of global products into the market - e.g. CVX/RAS from Boston into Europe would not be been as successful without the involvement of the team in Maidenhead.

Growth Opportunity: What is your growth opportunity ?

- Balance of maximum recruitment capacity versus attrition means we can realistically grow at approx. 100 per year.
- The only constant is Maidenhead area site plans that are being managed through Pascal Debon's Team.

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life

- Consolidation of divergent classic products to minimise investment but retain revenue
- Active retirement of end of life products e.g. MMCS
- From a people perspective, continuing a process started in 1998 of migrating the development teams from TDM based to packet based internet

IP Skills:

- Specific Internet skills - 34
- Succession IP Solutions - 172

Definitions:

- Local v Global: Local means not available for Global. Project defined by Local Business. Project level not feature.
- Project: e.g. CS2K Call Server - no version / release numbers.

**NØRTEL NETWORKS™**

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 3

4

# R&D Organisation: Nortel Dasa Technology
## Presenter: André Roy

**Organisation Description:**

Nortel Dasa JV - 58% Nortel owned

R&D split is roughly 60% JV funded, 40% Nortel funded

**Location:**

Friedrichshafen, Germany

**No. of People:**

175 design and verification

**Key Skills:**

Fixed and Wireless Switching

**Key Projects / Programs:**
- Fixed telephony (DMS-100MMP)
- Internet Telephony (Succession CS2000, CS3000)
- Wireless Switching (GSM, UMTS)
- Wireless IN Services (ServiceBuilder)
- Cable Telephony (CornerStone Voice, TotalAccess)
- IP Product Integration and Verification
- OAM&P Products (Billing Mediation, Services Provisioning)

**Top Deliverables Impacting the Business:**
- CS2000 and European Packet Port R&D programs
- Demonstration Centre
- Jetstream and Tollbridge product integration
- Lawful intercept IPT participation
- Wireless IN programs in support of Viag Interkom and BLU

**NORTEL NETWORKS**

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 4

5

# R&D Organisation: Nortel Dasa Technology
## Presenter: André Roy

Lab Name: Nortel Dasa Technology, Friedrichshafen, Germany (Lab Director: André Roy)

| Capabilities | No. of RFT Heads (Current) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | | |
| Internet Telephony (MMP) | | | 24.00 | | | | 7.00 | 31.00 | |
| Internet Telephony (CS2K) | | | 20.00 | | | | 12.00 | 32.00 | |
| Internet Telephony (CS3K) | | | 8.00 | | | | 2.00 | 10.00 | |
| Internet Telephony (Cross Product) | 7.00 | | | | | | | 7.00 | |
| Wireless Internet (Switching) | | | 6.00 | | | | 2.00 | 8.00 | |
| Wireless Internet (IN Services) | | | 8.00 | | | | 2.00 | 10.00 | |
| ServiceWare Solutions (OAM) | | | 5.00 | | | | | 5.00 | |
| Local Internet (Cable Access) | | | 12.00 | | | | | 12.00 | |
| Cross PMT | 20.00 | | | | | | | 20.00 | |
| Local | | | 33.00 | | | | 11.00 | 44.00 | 24.58% |
| Totals | 27.00 | 0.00 | 116.00 | 0.00 | 0.00 | 0.00 | 36.00 | 179.00 | |

Local Presence: Explanation of what local presence means to you.

Local presence means two things:
1) Certain programs (and their associated funding) will be German specific.  The functionality will never be sold outside Germany, and all lifecycle costs (design, deployment, support) are borne by the Nortel-Dasa Joint Venture.  For these programs, the R&D team is coupled very strongly into the German business.
2) Nortel-funded programs (in line with Nortel business priorities) should ideally have relevance to the local market as well, since this provides both a global and a local focus for the R&D team, and strengthens the overall lab mandate.

The people listed as Local in the list above work in the areas of Internet Telephony (MMP, CS2K), Wireless Internet (Switching and IN) and OAM.



NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 5

# R&D Organisation: Nortel Dasa Technology
# Presenter: André Roy

Growth Opportunity: What is your growth opportunity ?

Growth opportunities for the lab centre around:
- transitioning the lab skillset from MMP to Succession products (CS2K and CS3K)
- strengthening our mandate as the Succession Cable Solutions centre for Europe
- an increased focus on product integration and validation activities in the area of Local Internet (TollBridge, JetStream, Tellabs, etc.)
- UMTS development, in support of the European market

IP Skills:
IP Telephony skills in development teams for Succession CS2K and CS3K (42)
IP Access skills in European Packet Port development team (12)
IP Integration Team has wide range of VoIP, router, network, etc knowledge (7)

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life

| | |
|---|---|
| Internet Telephony (MMP) | MMP represents a Classic/End of Life product.  Strategy is to reduce costs through outsourcing, and transition staff to new areas |
| Internet Telephony (CS2K) | CS2K represents a New Growth product.  Strategy is to increase team size, focussing initially on mirroring MMP competencies and ownerships |
| Internet Telephony (CS3K) | CS3K represents a Disruptive product.  Strategy is to increase involvement in support of European (C&W) and Global business, initially focussing on existing areas of expertise (switching and services) |
| Wireless Internet (Switching) | MSC Switching is a Classic product, nearing End of Life.  Strategy is to involve team in UMTS development, building onteam's existing strengths. |
| Wireless Internet (IN Services) | IN Service Builder represents a Classic product.  Strategy is to continue to deliver new services to European market (Viag, BLU, ESAT Digifone), while looking for involvement in next generation services programs. |
| ServiceWare Solutions (OAM) | Current products are German market only, with the beginning of a relationship with BB-STP.  Strategy is to work to include these products into Nortel's Preside portfolio. |
| Local Internet (Cable Access) | CsV is a Classic product, while EuroPacketPort is a New growth product.  Strategy is to build on existing cable telephony expertise to minimize CsV lifecycle costs while increasing team support of EPP product. |
| Definitions: | Local v Global:  Local means not available for Global.  Project defined by Local Business.  Project level not feature.  Project: e.g. CS2K Call Server - no version / release numbers. |

**NORTEL NETWORKS**

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 6

7

PC0105853

## R&D Organisation: Nortel Networks/Netas R&D
## Presenter: Michael Armstrong

**Organisation Description:**

R&D Programs for both Netas and Nortel

**Location:**

Istanbul, Turkey

**No. of People:**

340 people (2 expats)

**Key Skills:** DMS S/W, SDH, H/W, FPGA, Imbedded Systems

**Key Projects / Programs:**

- MMP for Turk Telecom
- Succession Solution for TT
- DMS100i Support
- SDH Programs (with NITEC)
- GSM HLR  (with Maidenhead)
- TASMUS

**Top Deliverables Impacting the Business:**
Turk Telecom switching contract compliance - June 2001
•Storage Area Network -  Edge Device 'Pizza Box' (with NITEC)

NORTEL
NETWORKS

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 7

8

PC0105854

**Lab Name:   Netas/Nortel Networks - Istanbul, Turkey**

No. of RFT Heads (Current)

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | |
|---|---|---|---|---|---|---|---|---|
| MMP/100i | | | 16.00 | | | | | 16.00 |
| GSM - Core Network | | | 19.00 | | | | 9.00 | 28.00 |
| SDH | | 26.00 | 20.00 | | | 5.00 | 9.00 | 60.00 |
| Cross PMT | 8.00 | | | | | | | 8.00 |
| Local (MMP/100i) | 8.00 | | 90.00 | | | 3.00 | 35.00 | 136.00 |
| Local (Other) | 4.00 | 20.00 | 52.00 | | | 1.00 | 19.00 | 96.00 |
| Totals | 20.00 | 46.00 | 197.00 | | | 9.00 | 72.00 | 344.00 |

Local Presence:

1) Netas positions large local R&D group as a key point of differentiation relative to the competitors
2) Involvement in Nortel Programs should ideally meet the following criteria
   - Synergistic with existing or potential Netas business
   - Program Primeship or in Partnership with another Lab.  (Netas is not a 'body shop')
3) Local programs are funded by Netas and are in support of the following:
   - Localization and/or support of key Nortel products for Netas markets (mainly MMP/100i)
   - Enable timely delivery of Netas market requirements for Nortel products (mainly MMP/100i)
   - Development and Support of Netas designed products for Netas markets

Growth Opportunity:

1) Plan to hire approx. 5 staff for Nortel programs by year end 2000.
2) Plan to move approx. 35 staff from Local to Nortel programs by year end 2000.
3) Plan to move an additional 50 staff from Local to Nortel programs in second half of 2001
4) Potential to hire additional 50 staff for Nortel programs by year end 2001
5) Current growth areas include Nortel SDH and MMP/Succession Programs.

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life

IP Skills:          Limited.  Currently no IP based development taking place in the lab.

Definitions:        Local v Global:  Local means not available for Global.  Project defined by Local Business.  Project level not feature.
                    Project: e.g. CS2K Call Server - no version / release numbers.

**NORTEL NETWORKS**

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 8

# R&D Organisation: Galway (EPP & eBA)

*Presenter:* Mike Conroy, Dir, Products & Technology, Enterprise Products Portfolio (EPP)

## Organisation Description:
- Enterprise Products Portfolio
- (Clarify) eBA (e-Business Applications)

## Location:
Galway (Plus resources in MLV and MHD)

## No. of People:
R&D - 237 (120 - EPP ; 117 CeBA)

## Key Skills:
IP Networking / IP Telephony
Real-time embedded S/W / DSP.
Win NT ; Web based Applications
Wireless/Mobility (Enterprise)
Multi-product System Engineering

Enterprise NPI into EMEA
Enterprise CPC

## Key Projects / Programs

Meridian Rls 26
- *Meridian IP Enable* - Portfolio Completion
- Networking (Q.SIG, IP Inter-operability)
- ISDN Platform Refresh

Succession CSE -
- IP Web-Call Control ('Wrapper')
- IP Media Services
- NPI and deployment (with MNC)

Wireless
- DECT Capacity, Wireless VoIP (802.11)
- Optivity Integration

Call Centre / CRM
- Symposium Express
- Open Symposium (incl. Succession CSE)
- Telco Verticals

Messaging (Call-Pilot)
- Web Client (any device)

## Top Deliverables Impacting the Business:
- All Specific R&D deliverables above from labs
- All Meridian, BCM, Succession CSE, Data Enterprise - POR & NPI into EMEA Channels

**NORTEL NETWORKS**

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 9

10

## R&D Organisation: Galway (EPP & eBA)

**Presenter:** Mike Conroy, Dir, Products & Technology, Enterprise Products Portfolio (EPP)

Lab Name: Galway

### No. of RFT Heads (Current)

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | | |
|---|---|---|---|---|---|---|---|---|---|
| Meridian | 5.00 | 15.00 | 35.00 | 0.00 | 0.00 | 2.00 | 8.00 | 65.00 | Classic |
| Note - Within 6 Months, Meridian HC reduces to 25; 20 to eBusiness; 20 to core of Optical lab Start-up | | | | | | | | | |
| Succession CSE | 2.00 | 2.00 | 15.00 | 0.00 | 0.00 | 5.00 | 5.00 | 29.00 | New Growth |
| eBA | 6.00 | 0.00 | 25.00 | 0.00 | 0.00 | 10.00 | 10.00 | 51.00 | New Growth |
| Messaging | 0.00 | 0.00 | 12.00 | 0.00 | 0.00 | 6.00 | 0.00 | 18.00 | Classic |
| Enterprise Mobility | 0.00 | 2.00 | 5.00 | 0.00 | 0.00 | 1.00 | 1.00 | 9.00 | New Growth |
| Note - Within 6 Months, Planned transition to eBusiness and Optical | | | | | | | | | |
| Local (All products) | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 | 0.00 | 38.00 | Classic |
| Totals | 23.00 | 19.00 | 92.00 | 0.00 | 0.00 | 52.00 | 24.00 | 210.00 | |
| eBA Prof. Services | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | New Growth |


NORTEL NETWORKS

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 10

PC0105857

# R&D Organisation: Galway (EPP & eBA)

## *Presenter:* Mike Conroy, Dir, Products & Technology, Enterprise Products Portfolio (EPP)

Local Presence:
Local presence means:
· Product engineering support for Product introductions to regional channels.
European Field Support.
European based Professional Services.
¦ European market specific feature development.
European language translations.
All products

· Growth Opportunity:
· Attraction Opportunity : 5-10 cxperienced designers per month, 40-50 graduates per year.
eBusiness : As part of eBusiness mandate, significant Shift to eBusiness Applications from Meridian (s/w Skills) .
' Optical : Discussions in progress to build new Optical Design Capability based on Embdded Design team in Meridian and HC (50 Heads) expansion

IP Skills:
50% of population are IP literate, 20% working in IP related SW projects, 10% data certified.

· Key Lifecycle Strategies: Classic - legacy. New Growth - renewal, Disruptive, End of Life

Definitions:
· Local v Global:  Local means not available for Global.  Project defined by Local Business.  Project level not feature.
· Project: e.g. CS2K Call Server - no version / release numbers.

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 11

N⦿RTEL
NETWORKS™

12

PC0105858

## R&D Organisation: EDSN - PMR
## Presenter: BILLOTEAU Philippe

**Organisation Description:**

PMR (Professional Mobility
  Radio-communication)

Location: Bois D'Arcy (France)
         & ULM (Germany)

No. of People: 465
    360 (France) + 40 (Germany)
    + 65 contractors

Key Skills: Switching(TDM, IP) +
    Radio + Mobile Terminals

**Key Projects / Programs:**

- V34
- V35
- Core IP Network
- New Generation of Access
  Network
- US Product Adaptation &
  Introduction

**Top Deliverables Impacting the Business:**
- V35 Delivery
- Adaptation of our existing PMR Product to US Market (800 MHz,
UL,T1)

NØRTEL
NETWORKS

NORTEL NETWORKS CONFIDENTIAL        European R&D Labs Forum -- September 00 - 12

13

## R&D Organisation: EDSN - PMR
## Presenter: BILLOTEAU Philippe

Lab Name: EDSN - PMR

No. of RFT Heads (Current)

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | |
|---|---|---|---|---|---|---|---|---|
| PMT1 | | | | | | | | 0.00 |
| PMT2 | | | | | | | | 0.00 |
| Cross PMT | | | | | | | | 0.00 |
| Local | | 105.00 | 175.00 | 25.00 | | 60.00 | 100.00 | 465.00 |
| Totals | 0.00 | 105.00 | 175.00 | 25.00 | 0.00 | 60.00 | 100.00 | 465.00 |

Local Presence: Explanation of what local presence means to you.
   The adressed market (PMR) is a global market (worldwide) and the R&D is funded directly by the Sales.

Growth Opportunity: What is your growth opportunity ?
   15% per year . We need at least 60 people additional next year.

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life
   Classic: V33, V34, V35     New Growth: IP Core Network, New Access Generation

IP Skills:     25 people- we need to increase this number to 150 before end of next year.

Definitions:     Local v Global:  Local means not available for Global.  Project defined by Local Business.  Project level not feature.
   Project: e.g. CS2K Call Server - no version / release numbers.

### NORTEL NETWORKS™

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 13

14

PC0105860



# R&D Organisation: Harlow Laboratories
## Presenter: Philip Hargrave

### Harlow Laboratory Resources



| Product | Technology | Manufacturing | Total Laboratories |
|---|---|---|---|
| 980 | 480 | 200 | 220 |
| 520 | 330 | 100 | 1400 |
| 2000  2001  2002 | 2000  2001  2002 | 2000  2001  2002 | 2000  2001  2002 |

## Programme Areas:

### •Product
  –High Capacity Transport
  –Passport
  –Wireline and Wireless Local Internet Access

### Manufacturing
  –Specialist Optical Fibre
  –Specialist Optoelectronic
  –Silicon chips

### •Technology
  –Optical Networks
  –IP
  –Wireline & Wireless Local Internet Access

### •Capabilities
  –EMC Facility
  –Radio Anechoic Chamber
  –Verification
  –Voice Quality
  –VLSI Design

N⊘RTEL
NETWORKS™

NORTEL NETWORKS CONFIDENTIAL

15

PC0105861

# R&D Organisation: Harlow Laboratories
## Presenter: Philip Hargrave

Lab Name: Harlow

No. of RFT Heads (Current - end of August 2000)

### Development Projects

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | |
|---|---|---|---|---|---|---|---|---|
| High Capacity Transport | 0 | 53 | 92 | 0 | 0 | 51 | 40 | 236 |
| Optical Components | 0 | 0 | 0 | 0 | 23 | 0 | 0 | 23 |
| Carrier Data Networks | 0 | 50 | 97 | 0 | 0 | 25 | 30 | 202 |
| Local Internet | 0 | 24 | 68 | 29 | 1 | 16 | 9 | 147 |
| Wireless Internet | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 |
| Cross PMT | 0 | 60 | 0 | 0 | 0 | 9 | 1 | 70 |
| Local | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | 0 | 187 | 257 | 34 | 24 | 101 | 80 | 683 |

### Research Projects

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | |
|---|---|---|---|---|---|---|---|---|
| Optical | 0 | 0 | 0 | 0 | 86 | 0 | 0 | 86 |
| IP Networks Services & Mgmt | 0 | 1 | 67 | 0 | 0 | 33 | 1 | 102 |
| Local Internet | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 12 |
| Wireless Internet | 0 | 0 | 0 | 34 | 0 | 9 | 0 | 43 |
| Cross PMT | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 6 |
| Local | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | 0 | 1 | 67 | 46 | 86 | 48 | 1 | 249 |

**NORTEL NETWORKS**

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 15

PC0105862

# R&D Organisation: Harlow Laboratories
## Presenter: Philip Hargrave

### Non-R&D Activities

| | Cross Capabilities | Capability | Hardware | Software | Radio | Optics | System | Verification | |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturing | 0 | 0 | 0 | 0 | 111 | 0 | 0 | | 111 |
| Support & Infrastructure | 145 | 0 | 0 | 0 | 0 | 0 | 0 | | 145 |
| Local | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Totals | 145 | 0 | 0 | 0 | 111 | 0 | 0 | | 256 |
| | | | | | | | | | |
| Overall Totals | 145 | 188 | 324 | 80 | 221 | 149 | 81 | | 1188 |

Local Presence: Explanation of what local presence means to you.
　All work at Harlow Labs is part of Global Programmes

Growth Opportunity: What is your growth opportunity ?
　The above numbers reflect RFTs.
　Also on site are approx 250 non-RFTs - contractors and outsourced staff - total population 1450 approx
　Current plans will grow this resource by about 600 by end of 2002, to a total population of 2250

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life
　All work at Harlow Labs pertains to 'New Growth' and 'Disruptive'

IP Skills:
　All Harlow programmes relate to enabling the High Performance Internet,
　and the staff have the appropriate IP skills for the tasks they perform



NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 16

17

PC0105863

# R&D Organisation: Nortel Kapsch Vienna Technology Center
## Presenter: Wolfgang Danninger

| | |
|---|---|
| **Organisation Description:** | **Key Projects / Programs:** |
| Regional R&D lab, Joint Venture | • Market fit for CEE countries (Czech Republic, Hungary, Poland, Austria) |
| **Location:** | |
| Vienna | • IN/CAMEL II part for UMTS (for Richardson) |
| **No. of People:** | |
| 44 | |
| **Key Skills:** | |
| SW Design for Public Carriers | |

**Top Deliverables Impacting the Business:**
• Market fit for CEE countries; passing homologation with least effort
• Support Nortel in delivery of UMTS phase 1 in time (Spain, UK)

NORTEL NETWORKS™

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 17

18

PC0105864

# R&D Organisation: Nortel Kapsch Vienna Technology Center
## Presenter: Wolfgang Danninger

Lab Name:    Vienna (Austria Telecommunication + Nortel Kapsch GmbH)

No. of RFT Heads (Current)

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | |
|---|---|---|---|---|---|---|---|---|
| Internet Telephony (MMP) | | | 24 | | | | 12 | 36 |
| Wireless Internet | | | 18 | | | | 8 | 26 |
| Internet Telephony (IN) | | | 4 | | | | | 4 |
| Internet Telephony (BBSTP) | | | 4 | | | | | 4 |
| Cross PMT | | | | | | | | 0 |
| Local | | 12 | 87 | | | | 51 | 150 |
| Totals | 0 | 12 | 137 | 0 | 0 | 0 | 71 | 220 |

Local Presence: support installed base of 125 ADS systems with Telekom Austria and MATAV, 24 Austrian variant of DMS-MSC and 4 DMS-HLR

Growth Opportunity: attract new talent of in Austria and CEE

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life

IP Skills:    CS2k:  15 SW / 7 Verification
UE9k + MG4k:  7 SW / 5 Verification
Internet Applications: 4 SW / 3 Verification
Signalling Solutions: 3 SW / 2 Verification

Definitions:    Local v Global:  Local means not available for Global.  Project defined by Local Business.  Project level not feature.
Project: e.g. CS2K Call Server - no version / release numbers.

NB: Internet Telephony (MMP) is 100% Nortel Kapsch staffed, Figures for Wireless Internet include 9 Design & 4 Verifikation NK people

## NORTEL NETWORKS

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 18

## R&D Organisation: Wireless Access
## Presenter:  Jean Romain Mejane

- Jean Romain Mejane was unable to attend the European R&D Labs Forum Meeting on 19/20 September so no data is available for the organisation description etc.  However the Capabilities Template is attached.

NORTEL
NETWORKS

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 19

20

PC0105866

# R&D Organisation: Wireless Access
# Presenter:  Jean Romain Mejane

Lab Name: Wireless Access - Jean Romain Mejane

No. of RFT Heads (Current)

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | Ingineering | |
|---|---|---|---|---|---|---|---|---|---|
| PMT1 | | | | | | | | | 0 |
| PMT2 | 55 | 74 | 374 | 30 | 0 | 49 | 126 | 99 | 807 |
| Cross PMT | | | | | | | | | 0 |
| Local | | | | | | | | | 0 |
| Totals | 55 | 74 | 374 | 30 | 0 | 49 | 126 | | |

Local Presence: Explanation of what local presence means to you.

Growth Opportunity: What is your growth opportunity ?

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life

Definitions:      Local v Global:  Local means not available for Global.  Project defined by Local Business.  Project level not feature.
Project: e.g. CS2K Call Server - no version / release numbers.



# R&D Organisation: Northern Ireland, Monkstown
## Presenter: Paul McMenamin

**Organisation Description:**

Metro Optical Networks Development

**Location:**

County Antrim, Northern Ireland

**No. of People:**

400 => 560 (Y.E.2001)

**Key Skills:**

Systems Design, Hardware Development,
Software Development, Verification

**Key Projects / Programs:**

OPTera Metro 4100 (rel 4)

OPTera Metro 4200 (rel 2)

TransportNode TN16X (rel 9)

OPTera Data Transport:

SE10, SE100

SE 48 (rel 1)

Preside @vantage consulting, EC-1

Preside: BT Core

MSPP (10/40 G) (rel 1)

**Top Deliverables Impacting the Business:**

Metro Optical Network (SDH) multiplexors
Global Metro Multi-Service Platform
Preside Applications for BT Core

NORTEL
NETWORKS

NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 21

22

# R&D Organisation: Northern Ireland, Monkstown
## Presenter: Paul McMenamin

Lab Name: Northern Ireland - Paul McMenamin

No. of RFT Heads (Current)

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | |
|---|---|---|---|---|---|---|---|---|
| Metro Optical | 16.00 | 36.00 | 170.00 | | | 5.00 | 50.00 | 277.00 |
| xxxxx | | | | | | | | 0.00 |
| Cross PMT | 36.00 | 4.00 | 56.00 | | | | 10.00 | 106.00 |
| Local | 22.00 | | | | | 6.00 | | 28.00 |
| Totals | 74.00 | 40.00 | 226.00 | 0.00 | 0.00 | 11.00 | 60.00 | |
| | | | | | | | | 411.00 |

Local Presence: Work done specifically for special markets. May be local or distant, but not universal.

Growth Opportunity:     Optical network edge, metro environment. Traffic collection and transport to the core.

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life
          Classic for SDH, disruptive for service edge
IP Skills:      IP skills for interwan, open IP
          well formed alliances with Netas, Valbonne, Wollongong (Australia), pending with Galway
Definitions:     Local v Global:  Local means not available for Global.  Project defined by Local Business.  Project level not feature.
          Project: e.g. CS2K Call Server - no version / release numbers.



NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 22

23

PC0105869

# R&D Organisation: Matra Nortel Com. / Enterprise Prod. Portfolio
## Presenter: Alain Rideau

### Organisation Description:

- Enterprise Telephony R&D for Call Server, Terminal Proxy, Media Gateway, Digital&DECT set, Soft Phone, Network Management Server
- Applicable to Succession CSE Telephony Service & M6500

### Location - No. of People:

Bois d'Arcy : 240 - Quimper : 70

### Key Skills:

Software, Hardware, Radio
Intel,Motorola,TI,AMD - Win,Unix - C++,Java
Sign,ATM, VOIP,xTML,Unistim,CT2,DECT
SNMP,CMIP,LDAP

### Key Projects / Programs:

Succession CSE TS R2.0 (Global Release)

-Call Sever, Proxy, Network Management

-IP terminal Services,Infrastructure,Interworking

M6500 R2.0

French Army Network (MTGT)

-Nation Wide Network Management

-Specific Network protocols

Gen3 DECT wireless hand set Wap Enabled

Note:M6500&Succession CSE TS share the same Software.

### Top Deliverables Impacting the Business:

Succession CSE TS R1.2 (Nov 2000)
M6500 R1.3 including new dedicated set range (March2001)
Succession CSE TS R2.0          : Telephony over IP business
M6500 R2.0                      : Legacy telephony market (mainly in Europe)

NORTEL NETWORKS

24

PC0105870

# R&D Organisation:  Matra Nortel Com. / Enterprise Prod. Portfolio
## Presenter: Alain Rideau

MNC - EPP labs (BOIS + QMPR)

No. of RFT Heads (Current)

| Capabilities | Cross Capability | Hardware | Software | Radio | Optics | System | Verification | | |
|---|---|---|---|---|---|---|---|---|---|
| Succession CSE TS R2.0+R3.0 | 13.00 | 20.00 | 70.00 | | | 25.00 | 18.00 | 146.00 | Disruptive |
| M6500 R2.0 + R3.0 | 3.00 | 5.00 | 20.00 | | | 5.00 | 4.00 | 37.00 | Classic |
| French Army Network MTGT | 1.00 | 0.00 | 8.00 | | | 4.00 | 2.00 | 15.00 | Classic Customer funded |
| Gen3 Mobile + WAP | 2.00 | 6.00 | 7.00 | 2.00 | | 5.00 | 4.00 | 26.00 | Disruptive + new growth |
| Digital Sets +IP cartidge | 1.00 | 5.00 | 5.00 | | | 2.00 | 2.00 | 15.00 | Disruptive + new growth |
| Miscellaneus projects | 3.00 | 6.00 | 15.00 | | | 6.00 | 8.00 | 38.00 | all |
| Cross PMT | 6.00 | 4.00 | 15.00 | 3.00 | | 3.00 | 2.00 | 33.00 | all |
| Local | | | | | | | | 0.00 | |
| Totals | 29.00 | 46.00 | 140.00 | 5.00 | 0.00 | 50.00 | 40.00 | 310.00 | |

Local Presence: Explanation of what local presence means to you.

Growth Opportunity: What is your growth opportunity ?

Key Lifecycle Strategies: Classic - legacy, New Growth - renewal, Disruptive, End of Life

IP Skills:                    General and specific hardware and software skills.

Definitions:                 Local v Global:  Local means not available for Global.  Project defined by Local Business.  Project level not feature.
                             Project: e.g. CS2K Call Server - no version / release numbers.



NORTEL NETWORKS CONFIDENTIAL

European R&D Labs Forum – September 00 - 24

25

PC0105871

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

Court File No.:  09-CL-7950

|  |  |
|---|---|
|  | ONTARIO<br>SUPERIOR COURT OF JUSTICE<br>(COMMERCIAL LIST)<br><br>Proceedings commenced at Toronto |
|  | AFFIDAVIT OF GEOFFREY STUART HALL |
|  | **Thornton Grout Finnigan LLP**<br>100 Wellington St. West, Suite 3200<br>TD West Tower<br>Toronto-Dominion Centre<br>Toronto, ON   M5K 1K7<br><br>**Michael E. Barrack** (LSUC# 21941W)<br>**John Finnigan** (LSUC # 24040L)<br>**D.J. Miller** (LSUC# 34393P)<br>**Andrea McEwan** (LSUC# 52781P)<br>**Rebecca Lewis** (LSUC# 61146S)<br><br>Tel:    416-304-1616  / Fax:    416-304-1313<br><br>Counsel to Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund |