Court File No.: 09-CL-7950

**ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)
IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED
AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION
APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>    NORTEL NETWORKS, INC., *et al.*,[1]<br>                      Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**AFFIDAVIT OF ANDREW JEFFRIES
(AFFIRMED MARCH 25, 2014)**

# *REDACTED*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

I, **ANDREW JEFFRIES,** of Finches, Wood End, Widdington, Essex, CB11 3SN, United Kingdom
**SOLEMNLY AND SINCERELY AFFIRM AND SAY** as follows:

INTRODUCTION

     1.     I previously gave evidence by a witness statement dated December 17, 2009 in
connection with steps taken by the Pensions Regulator in the United Kingdom ("**UK**") to issue
"Financial Support Directions" against entities within the Nortel group worldwide.

     2.     I previously gave evidence in these proceedings, by an affidavit affirmed on
November 26, 2010 and by a deposition that took place on September 26, 2013.

     3.     I make this affidavit for the purposes of giving evidence to the Canadian Court and
the United States ("**US**") Court in connection with the allocation position asserted by Nortel
Networks UK Pension Trust Limited (the Trustee of the Nortel Networks UK Pension Plan, the
"**Trustee**") and the Board of the Pension Protection Fund (the "**PPF**").

     4.     I believe that the facts stated herein and in my earlier evidence are true.  My personal
knowledge of the matters deposed to herein derives from my employment from 1979 to 1991 by
STC plc ("**STC**") and from 1991 to 2010 by Nortel Networks UK Limited ("**NNUK**"), which term
covers both NNUK and its predecessor operating companies in the UK.  Where any facts deposed to
herein are not derived from my personal knowledge, I verily believe them to be true to the best of
my information and belief.  I refer to the worldwide Nortel group of companies as "**Nortel**" or the
"**Nortel Group**".

SUMMARY

5.      I spent approximately 30 years working at NNUK and its predecessor STC.  During that time, I worked both as a technical expert and a manager, including a senior manager for the Wireless Technology Laboratories (the "**WTL**") at NNUK's Harlow Research & Development ("**R&D**") location.

6.      Throughout my time at Nortel, the WTL group in Harlow developed ground-breaking wireless technology that laid the foundation for subsequent technology developments in wireless and cellular networks, including the well-known 3G and 4G standards, which today are used in numerous areas including the US, Canada and Europe.

7.      The Harlow Team (as hereinafter defined) also developed smart antenna technology (also known as "**adaptive antenna**") that increases the capacity and coverage of cellular systems. Antenna and smart antenna technology developed at Harlow was used in Nortel products sold around the world, including aspects of antenna technology that were being built into Nortel's Long Term Evolution ("**LTE**") or ("**4G**") products at the time of Nortel's insolvency.

8.      Harlow was recognized for its wireless expertise within Nortel and the industry as a whole.  In addition, the Harlow Team worked extensively and in a collaborative manner with WTL personnel in other Nortel R&D locations, such as Ottawa, Canada.  Technical experts at Nortel routinely shared work and co-invented patents with personnel in other countries.

9.      Patents were important to Nortel, and Harlow was recognized consistently for having significant patents and prolific inventors.

**EMPLOYMENT HISTORY WITH NORTEL**

10.     Since graduating in 1979 from Queen Mary College, University of London, with a First Class Honours Degree in Electronic and Electrical Engineering, I have worked almost exclusively in the area of advanced radio systems (which includes antenna technology). Apart from a two year period between 1981 – 1983 when I worked at Surrey University as a Research Fellow, my entire working life has been spent with NNUK or its predecessors. In 2009 – 2010, I took a lead role in seeking a purchaser for the remaining members of the wireless group based at Harlow. This resulted in the sale of the wireless group (minus the intellectual property rights ("**IPR**") which were bundled up by the administrators of NNUK for sale by auction) to a Korean company called ACE. I served as a director in ACE Wireless Technology Laboratories UK Ltd. from 2010, and I retired from business in 2012.

11.     STC was a UK company and Harlow was its primary R&D site. I worked at Harlow throughout my time with STC and NNUK. When I joined STC, there were additional R&D facilities located in the UK at Southgate, Newport and Paignton. The Harlow site was set up in the 1950s and, when I joined in 1979, employed about 700 people. At the peak of the site's growth in approximately 2000, there were around 1,500 staff working at the site, and I would estimate more than 90% of those staff were dedicated to R&D activities.

12.     At the time I joined STC, the Harlow site covered a range of activities including defence, optical, silicon devices, switching and wireless. An optical production business was later set up in Paignton. Paignton focused on military and commercial wireless (and, for example, sold the first commercially available digital radio, based upon R&D carried out at the Harlow wireless lab). Paignton was also a substantial manufacturing site employing, by 2000, approximately 6,000

staff. From approximately 2000 onwards the workforce at the Harlow site began to shrink after numerous redundancies (layoffs) following the bursting of the dot.com 'bubble'.

13.    When Nortel acquired STC in 1991, I was working in Harlow's Radio Department (which consisted of around 15 people). This department was split into two separate departments and I joined NNUK's Government and External Programmes Group (the **"Government Group"**) under Dr. Philip Hargrave, focusing on advanced signal processing systems for the government and the military. The other half of the Department focused on commercial radio product development (the **"Commercial Group"**). Much of my work was focused on developing new ideas for Nortel's products. My role within the Government Group was as a technical expert on advanced digital signal processing systems and as a project manager for various programmes.

14.    Around 1998, I became a Department Manager in the WTL in Harlow. At this time, the NNUK arm of the WTL had grown to around 100 people, reflecting the growth of radio technology in fixed and mobile applications.

15.    In 2005, I was promoted to Senior Manager of the Advanced Antenna Technology Group within the WTL.

16.    I am currently in receipt of a pension from the Nortel Networks UK Pension Plan, which was a defined benefit pension plan (the **"Plan"**). I believe that the Plan was sponsored by NNUK since 1991, when NNUK took over STC, because this was explained to all STC staff affected by the purchase of STC by Nortel. It was my understanding that the Nortel Group as a whole would be responsible for ensuring that the funds in the Plan were sufficient to support the defined benefits payable to members of the Plan.

- 4 -

NORTEL'S WIRELESS TECHNOLOGY LABORATORIES

17.    Around 1995 Nortel established the WTL, which were led by Dr. Al Javed, Vice President of the WTL, who was based in Ottawa. The WTL included staff based in Nortel's R&D facilities around the world, including Ottawa in Canada, Harlow in the UK and Richardson in the US. The NNUK arm of the WTL (the **"Harlow Team"**) was organised into two divisions, which included the Radio Technology Division (where I worked). Dr. Al Javed led the WTL until he was replaced in approximately 2007 by John Hoadley, who was in turn replaced by Wen Tong around the time that the Nortel Group entered insolvency proceedings.

18.    I have been shown a copy of the WTL Year End Report for 2002 (bearing bates stamp NNI_01353227), which is attached to this Affidavit as Exhibit "A". Page 3 of Exhibit "A" states that the WTL: *"develops leading edge architectures, enabling technologies and advanced product solutions to enhance cost and product leadership for the current Univity portfolio (CDMA/UMTS/GSM) and our next generation of products".* A strong focus of WTL's work was next-generation products and the applied research that WTL did spanned the entire process from concept to product development. Within the wireless business, it can take 10 years from doing basic research for a new product to getting that product to the market.

19.    WTL operated as a single group combining staff and expertise of the wireless teams at Ottawa, Harlow, and Richardson. For example, Ian McClymont was a Harlow-based director who managed teams made up of employees based in both Ottawa and Harlow and was responsible for projects spanning both locations. It was implicit in the effective operation of the WTL that projects and project teams were seamlessly integrated, with project teams spanning multiple sites drawing upon appropriate expertise as necessary. Sub-teams within WTL were comprised of people

from different locations because there were many different skills required to create a wireless product. We had weekly project meetings by teleconference in which people working on different projects spread across different locations would give updates on the work that they were doing.

20. Another way in which members of WTL shared their expertise with each other was through our shared computer records. Written records produced by members of WTL, for example memos recording the results of research projects, were saved onto shared IT systems (including "Livelink" for certain projects), which meant that a WTL engineer in Ottawa could access the results of work done by a WTL engineer in Harlow (and vice versa). We would frequently refer to previous work done by other WTL engineers when working on a particular research project. Work was open and would be shared both within the WTL and more widely with other groups within Nortel.

21. A fundamental part of WTL's mandate was to showcase Nortel's leading edge technologies, thereby encouraging customers to invest long term and with confidence in Nortel's products. Part of the rationale for WTL's customer engagement was to try and sell the future story of Nortel's products, which also required us to understand the future requirements of Nortel's customers. This enabled WTL to develop technology before a customer had made a request of Product Line Management for that technology. WTL would regularly present to Nortel's customers, and WTL staff from both Harlow and Ottawa would present in those meetings.

**PATENTS**

22. Patent filings, and specifically early patent filings, were very important to Nortel. They enabled Nortel to be a "player" within the industry because the patents could be traded against

- 6 -

patents belonging to its competitors, sold to other companies, or licensed to other companies (particularly if those patents were embedded into standards).

23.    One of WTL's key mandates was patent filing.  As the most valuable patents tend to be the ones which are identified in the early stages of R&D, we were encouraged to file patent applications early, and as often as possible.  We developed around 15 to 20 patentable ideas per year in Harlow, with typically five to six per year being granted patent protection.  A number of early foundational patents in wireless came out of Harlow.  We recruited very inventive, highly qualified engineers and scientists specifically because our group was tasked with coming up with new ideas and inventions.  I have been shown a copy of the final draft of a World On-line story describing the Harlow patent awards ceremony from 2002, which is attached to this Affidavit as Exhibit "B" (bearing bates stamp US_Canada_PRIV_00000064 (a duplicate of this document bearing bates stamp US_Canada_PRIV_00023975 has been previously identified in these proceedings as Exhibit 21236)).  Page 1 of Exhibit "B" states that: *"Harlow based employees contributed 1 of every 5 patents issued to Nortel Networks over the last few years"*.  The article also notes that eight inventors received special awards for reaching milestones for cumulative patents issued.  I was one of those eight (and received a special award for having contributed five issued patents to Nortel's portfolio) as was Martin Smith, who was a Senior Technical Advisor in WTL based in the UK (and who received a special award for having contributed 15 issued patents to Nortel's portfolio).

24.    Due to the integrated nature of WTL, it was not uncommon that a patent would have a number of named inventors, some based in one location (e.g. Harlow) and others based in another location (e.g. Ottawa).  Patent Number US 7,471,932 (System and Method for Embedding Orthogonal Frequency-Division Multiplexing (**"OFDM"**) in CDMA Systems) is an example of this,

listing among its inventors Wen Tong (who was based in Canada and, as explained above, was John Hoadley's successor) and Keith Edwards (who was a member of the Harlow Team). I have been shown a copy of a document entitled "Representative Sampling of 58 Nortel Patents that Pertain to LTE – Ocean Tomo Patent Ratings Analysis and IPQ Scores" (bearing bates stamp GIP_Nortel_00232564, and which has previously been marked in these proceedings as Exhibit 22115), which is attached to this Affidavit as Exhibit "C". Patent Number US 7,471,932 appears on page 1 of Exhibit "C" at row 23. The Harlow Team would have also contributed to a number of other patents on this list (as well as many other patents within Nortel's patent portfolio).

25.    Although every patent developed by WTL has a named inventor or inventors, there would frequently be other WTL employees involved in the research that could lead to that patent filing. For example, given the shared expertise of members of WTL, research done on one project that did not lead to a patent filing might be picked up by someone else subsequently (possibly years later) and fed into another project that did lead to a patent filing. Those responsible for the earlier research may not be recognised in the subsequent patent, even though the invention and resulting patent may not have been possible without their prior work.

26.    One of the terms of my employment contract was that I would assign my inventions to my employer. I am aware that the patents that I invented were assigned to Nortel. As far as I was concerned whether the patents were assigned to NNUK or another Nortel entity did not mean very much because we were working for Nortel as a whole and any distinction between one Nortel entity and another would have been artificial. After all, part of Nortel's core values was that Nortel operated as one team.

27.    Technologies developed by the Harlow Team were developed into products, trials equipment and potentially patents by other groups in Nortel.  Examples include: Nortel's Smart BTS GSM product; smart antenna technology for the North American IS-136 Standard; Multiple Input Multiple Output ("**MIMO**") technology and its application to 4G technology; low cost antenna array technology; Adaptive Antenna Beam Switching ("**AABS**") smart antenna for the North American CDMA Standard; the Spatial Division Multiple Access ("**SDMA**") smart antenna for the LTE Standard; and advanced "multihop" techniques as well as designing antennas which were included in a variety of other Nortel products.

**CONTRIBUTION TO STANDARDS**

28.    WTL's contribution to standards was of considerable commercial value to Nortel. Within WTL, the Harlow Team made a significant contribution to the European Telecommunications Standards Institute ("**ETSI**") standards on behalf of the Nortel Group from the early 1990s, including but not limited to wireless standards (for example, 3G and 4G).  John Phillips, who was a former employee of NNUK, was a board member of ETSI for over 10 years and became Chair of its General Assembly.

29.    I became a steering board member of an organisation called the Wireless World Research Forum ("**WWRF**") in 2004.  The WWRF is a group of over 120 member organisations from industry and academia, and plays a significant role in influencing global research agendas prior to standardisation activities.  In my position as a steering board member on behalf of the Nortel Group, I was able to influence the research agendas of the WWRF and promote Nortel's technology

through various technical presentations at working groups, thus reinforcing Nortel's reputation as a key player in global wireless.

**HARLOW'S WIRELESS EXPERTISE**

30.    At the time STC was acquired by Nortel, Harlow was one of only four or five industrial research centres in the UK and was recognised as a centre of excellence with an enviable record in terms of its contribution to the development of advanced technologies in a number of areas.

31.    In 1991, I believe that STC's knowledge of wireless systems and radio engineering was much broader and deeper than Nortel's.    The STC Harlow group had developed very sophisticated digital signal processing techniques, including work on smart antennas, wide band receivers and military radio systems.    Some of the inventions that Nortel exploited in the late 1990s (such as OFDM and smart antenna techniques) were based upon know-how acquired from STC's work in the mid-1980s.    In 1989, for example, I worked on a system using OFDM-like technology, which Nortel only started to develop as part of its 4G wireless technology around 2002.    By 1991, the year that Nortel acquired STC, it was clear that cellular technologies were certain to experience very substantial growth because of the potential for the development and application of mobile communications.

32.    Following Nortel's acquisition of STC, the Harlow Team was unique within Nortel as the only team specialising in the development of advanced antenna technology, some of which was manufactured at the antenna product facility at Paignton.    Harlow was recognised within Nortel, and within the industry, as the expert in radio channel propagation, a technology that is fundamental to

- 10 -

improving the performance of cellular radio systems. This technology was provided to various groups within Nortel and to internationally accredited standards organisations. One of Nortel's experts on radio propagation was Dr. Dean Kitchener, an NNUK employee based at Harlow.

33.    From 1995 on, WTL personnel in Harlow focused more on the research and development of advanced wireless system concepts and Radio Frequency technology, whereas the Ottawa team had greater responsibilities for building prototypes. In later years the team in Ottawa took on a larger role in feeding technologies into fourth generation standards ("**4G**" standards) but many of these ideas had their origins in the research work Harlow had performed, for example the MIMO technology explained below, which was fundamental to the 4G air interface.

34.    We worked closely with Nortel's product groups (and in particular the product engineers and architects) to develop technology for a variety of Nortel's products. Our research contributed to product development on a number of international standards for mobile communications including the Global System for Mobile communications ("**GSM**"), a global second generation ("**2G**") mobile phone standard, Universal Mobile Telecommunications System ("**UMTS**"), which was a global "3G" standard, and newer 4G standards such as Worldwide Interoperability for Microwave Access ("**WiMAX**") and Long Term Evolution ("**LTE**") or ("**4G**") in the UK as well as other wireless products including backhaul and Wi-Fi.

35.    Harlow possessed Nortel's only Radio Frequency Anechoic Chamber for antenna measurements (built by STC in approximately 1985) and was the only team in Nortel with the specialist expertise to operate it. The chamber was used by various product groups in North America to measure radiation patterns of antennas to optimise performance and enhance the range and capacity of cellular systems, backhaul and Wi-Fi.

- 11 -

## MIMO TECHNOLOGY

36.     MIMO dramatically increases the capacity and range of base stations used in wireless networks, and the Harlow Team was widely recognised within Nortel and externally as the specialists on MIMO.  In the late 1990s and early 2000s, very few other people at Nortel understood the MIMO technology, and we were frequently consulted by colleagues within Nortel about MIMO and other aspects of antenna technology.  For example, Adrian Smith, one of the key product architects in Ottawa, consulted us regularly on many aspects of mobile phone technology over a number of years.  The Harlow Team's expertise in MIMO was also recognised internationally through our publications which were presented at various conferences around the world.  The high profile given to Nortel's expertise in this area was instrumental in building customer confidence in our wireless products.

37.     In 1998, the Harlow Team was responsible for Nortel's very early developments in MIMO technology.  This was of fundamental importance for Nortel because it subsequently enabled it to make a large number of contributions to 4G standards, such as WiMAX and LTE.  These are global standards, and the products that comply with those standards are sold worldwide.  Our breadth and depth of understanding of wireless systems and our detailed theoretical background made us particularly well placed to develop new concepts such as MIMO.

38.     Although the basic MIMO concepts were developed by Bell Labs, the Harlow Team was asked by Dr. Al Javed to look at how Nortel could exploit MIMO.  The Harlow Team published several internal memos highlighting the technical challenges involved in delivering the benefits of MIMO into cellular systems.  This led the Harlow Team to research further the principles and

practicalities of MIMO technology and to consider the key implementation issues and the results of simulations of MIMO performance.

39.     Nortel developed a much better understanding of MIMO and secured some early patent filings in this area, some examples of which are described below. This expertise was first applied to the North American CDMA standard, and in the late 1990s I co-ordinated a project which in 2001 resulted in the world's first over-the-air demonstration of a MIMO system using the CDMA standard. This project was a joint effort between Harlow and Ottawa. The Harlow Team worked on the basic theories and algorithms and I co-ordinated a team both in Harlow and Ottawa to build the prototype.

40.     As a result of the success of this demonstration, the commercial potential in the MIMO techniques we had developed was recognised by Nortel and, in 2001, Dr. Al Javed increased the number of people working on MIMO to around 100 people, approximately 50 in Harlow and 50 in Ottawa. Nortel referred to this project as the Mid Term System (the "**MTS**") which was considered to be a pre-cursor to 4G technologies.

41.     In the MTS programme, which lasted from 2001 to the insolvency of Nortel, the Harlow Team developed further MIMO techniques that later formed the basis for some of Nortel's contributions of MIMO-OFDM technology into 4G standards and particularly WiMAX and LTE, which remain relevant to industry standards that are used today.

42.     Exhibit "C" lists some of the more important patents that resulted from the Harlow Team's development of further MIMO and antenna technologies. For example:

(a)     Patent Number US 6,870,515 (MIMO Wireless Communication System), which appears on page 1 of Exhibit "C" at row 8, was invented by members of the Harlow

- 13 -

Team, including Martin Smith.    This patent was from the early days of OFDM/MIMO and was an important patent for use of orthogonal polarisations.

(b)     Patent Number US 6,891,897 (Space-Time Coding and Channel Estimation Scheme, Arrangement and Method), which appears on page 1 of Exhibit "C" at row 30 was invented by members of the Harlow Team together with an inventor working for Nortel in Australia called Alex Grant.

(c)     Patent Number US 7,345,632 (Multibeam Planar Antenna Structure and Method of Fabrication), which appears on page 2 of Exhibit "C" at row 44, was invented by members of the Harlow Team.  This patent was used in the 5GHz antenna system for Nortel's Wi-Fi Mesh product (described in more detail below).

### SMART ANTENNA TECHNOLOGY

43.     A smart antenna (also known as an "**adaptive antenna**") is a valuable innovation for mobile phones as it increases the range and capacity of a base station and minimises interference from unwanted signals.  Mobile phone functionality is dependent upon the ability to communicate with a base station.  Increasing the range of base stations means fewer stations are required to provide coverage and increased capacity enables more mobile phone users to "talk" to any single base station.  This saves costs.

44.     STC's background in advanced signal processing techniques meant that a number of Harlow based specialists, including myself, Chris Ward and Martin Smith (who were both senior technical advisors within the Harlow Team and prolific inventors), were experts in smart antenna

technology.   The Harlow Team built on this body of expertise and applied these techniques to cellular radios in order improve the range and capacity of cellular radio systems.

### SMART ANTENNAS FOR THE NORTH AMERICAN IS-136 STANDARD

45.    The Harlow Team was also involved in developing smart antenna technology in the mid-1990s for a North American standard called IS-136 (also known as **"US-TDMA"**) and we were responsible for a number of patent filings for this standard.   These include the following patents, which I (together with other members of the Harlow Team) invented:

    (a)    Patent Number ███████████████████████████

    (b)    Patent Number ████████████████████████████████

                      ████████████████ and

    (c)    Patent Number ████████████████████████████████
                      ██████

46.    Nortel's IS-136 product was sold primarily in North America as well as in Israel. This work resulted in the world's first trial for a smart antenna operating with the IS-136 standard which we performed with Cellcom, a customer based in Israel and whose base station capacity we succeeded in nearly doubling.   As well as enhancing Nortel's relationship with Cellcom, this development also helped to raise Nortel's profile in the smart antenna community and won Nortel's Wireless President's Award for Innovation in 1998, a prestigious prize within Nortel that recognises successful and innovative R&D.

- 15 -

**AABS SMART ANTENNAS**

47.    Nortel's CDMA product was sold mainly (but not exclusively) in North America. Following initial research to develop a smart antenna concept for the CDMA standard, the Harlow Team led the development of the antenna for Nortel's AABS smart antenna product which formed part of Nortel's CDMA portfolio.  We carried out the work for Sprint, a US customer, completing the product in around 2006.  As a result Sprint was able to double the capacity of their base stations. This programme won the 2002 CDMA Design Group Industry Award for the concept development and initial customer trial, a prestigious internal award within Nortel.

**SMART ANTENNA FOR LTE STANDARDS**

48.    From around 2005 onwards our advanced antenna technology research focused on the development of low cost antenna array technology and fixed beam antenna techniques resulting in the development of a compact SDMA array concept.  The objective was to define a smart antenna concept for widespread application to Nortel's LTE products and involved working closely with Nortel's LTE product architects and customers (in particular Verizon and T-Mobile in the US).  This product joined Nortel's LTE "product roadmap" meaning that Nortel intended to make the product commercially available.

**SMART ANTENNAS FOR ENTERPRISE WI-FI**

49.    Harlow carried out advanced technology research into the application of smart antenna techniques and radio propagation for Nortel's Enterprise Wireless Access Point products, aimed at providing Nortel's Enterprise customers with the capability to migrate from a wired office

- 16 -

environment to wireless office connections. This had the potential to be a key product discriminator, and the Harlow Team filed a number of patent applications in this area for Nortel. However, due to Nortel's insolvency the Harlow Team were unable to undertake further research and build on these patent applications.

**ANTENNAS INCLUDED IN NORTEL PRODUCTS**

50.     Harlow designed antennas for inclusion in a number of other Nortel products such as: the Meridian CT2 Cordless phones; the Proximity T Fixed Wireless Access phone; the Proximity I 3.5GHz Fixed Wireless Access ("**FWA**"); the 5GHz antenna system for Nortel's Wi-Fi Mesh product (the AP7220); and Flat Plate antennas (for direct broadcast by Satellite TV reception).

51.     These products were sold by the Nortel Group around the world. For example, the Proximity I 3.5GHz FWA product was extensively deployed in Central America. I believe that around 26,000 of the AP7220 mesh products were sold in the US, Taiwan and Russia amongst other countries. I also recall that the Flat Plate antennas were sold in many tens of thousands by the Nortel Group in the early 1990s, predominantly within the EMEA region. In addition, the Cellplus antenna was developed at Paignton and variants of the design were sold to European and North American customers.

**INVOLVEMENT WITH CUSTOMERS OF SMART ANTENNA TECHNOLOGY**

52.     The Harlow Team was often asked to participate in customer meetings to build customers' confidence in Nortel, discuss advances in antenna technology, and show them that Nortel was a "leader" in advanced radio engineering. These requests might be made by Dr. Al Javed or by Product Line Management. In 2005, for example, I presented to senior members of Verizon's

technology and strategy departments in the US on smart antenna technology. It was often the case that a customer like Verizon would need an in-depth understanding of smart antenna technology before making an upgrade, such as from 3G to 4G. David Adams, an NNUK employee and the Manager responsible for developing the SDMA antenna, also worked very closely with Verizon over the years, helping to educate Verizon and to ensure that the SDMA antenna product would meet Verizon's requirements as a lead customer, with trials originally planned for 2009.

53.    I was closely involved with Vodafone in the UK over my last four or five years with NNUK. I gave formal presentations on Nortel technologies and engaged in collaborative research programmes with Vodafone, which developed and strengthened Nortel's relationship with Vodafone.

54.    Other examples of customers with whom the Harlow Team had a direct interface include: customers in Europe such as British Telecom, Bouygues Telecom, T-Mobile and Hutchinson 3G; customers in Asia such as China Telecom, China Mobile and Softbank; as well as customers in the US such as Verizon, AT&T, Clearwire, T-Mobile USA and Sprint/Nextel. These were all existing customers of Nortel with whom we were asked to meet in order to promote Nortel's capabilities in advanced technologies.

**R&D CARRIED OUT BY THE COMMERCIAL GROUP OF WTL IN HARLOW**

55.    I am aware, in broad terms, of the work carried out by the Commercial Group in Harlow which also carried out important R&D for a wide variety of products over many years. These have included the Digital European Cordless Telephone (**"DECT"**) product, the CT2 Cordless phone Cable TV network systems and "point to multipoint" products (such as the FWA

Proximity I, the Proximity T and the Reunion).  The Commercial Group carried out a wide spectrum of research which led to the development of various Nortel products for advanced base station architectures such as Power Amplifiers, Remote Radio Heads, Low Noise Amplifiers and Frequency Translation Modules. The Commercial Group's research into Power Amplifiers from around 1998 onwards placed Nortel at the cutting edge of expertise in this area.  Power Amplifiers are one of the most expensive hardware elements of a cellular base station, representing approximately 40% of the cost.

56.    I declare under penalty of perjury under the laws of the United States of America and under the laws of Canada that the foregoing is true and correct.

AFFIRMED BEFORE ME at

Finches, Wood End, Widdington, Essex, CB11 3SN

_____
ANDREW JEFFRIES

in England on March 25, 2014

_____
Notary Public



Richard Luckes
Notary Public
9 Maynards
Whittlesford
Cambridge  CB22 4PN  UK
T. 07721 650245

- 19 -