Court File No.: 09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

- and -

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re | Chapter 11 |
|---|---|
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

EXHIBIT "A" TO THE AFFIDAVIT OF ANDREW JEFFRIES
AFFIRMED MARCH 25, 2014

Signed: _____

ANDREW JEFFRIES

Date: March 25, 2014

Before me: _____

NOTARY PUBLIC



Richard Luckes
Notary Public
9 Maynards
Whittlesford
Cambridge CB22 4PN UK
T. 07721 650245



# Wireless Technology Labs



# 2002 Year End Report

Al Javed

**Security Notice**
The information disclosed herein is proprietary to Nortel or others and is not to be used by or disclosed to unauthorized persons without the written consent of Nortel. The recipient of this document shall respect the security status of the information.

**Highly Confidential**                                                                                  NNI_01353227

1



# Table of Contents

1   Summary .................................................................................................................... 3
   1.1   Near Term Impact on Business Units (12-18 Months) ................................... 3
   1.2   Mid Term Impact on Business Units (18 - > 36 months) ................................ 4
   1.3   Future Impact on Business Units ..................................................................... 5
   1.4   New Business Opportunity (Acumen) ............................................................. 6
   1.5   Technology Alliances ....................................................................................... 6
   1.6   IPR/Technology Licensing ............................................................................... 7
   1.7   Sales and Marketing Support .......................................................................... 7
   1.8   Future Direction ................................................................................................ 7

2   Details ....................................................................................................................... 8
   2.1   CDMA Business Impact ................................................................................... 8
   2.2   UMTS Business Impact .................................................................................. 12
   2.3   GSM Business Impact .................................................................................... 15
   2.4   Business Impact in Mid Term (CDMA/UMTS/GSM) ..................................... 17
   2.5   Next Generation Systems .............................................................................. 18

3   Technology Alliances ............................................................................................ 26
4   IPR and Technology Licensing ............................................................................ 27
5   Milestones .............................................................................................................. 28
6   Distribution List ..................................................................................................... 29

Highly Confidential

NNI_01353228



# 1 Summary

Wireless Technology Labs (WTL) develops leading edge architectures, enabling technologies and advanced product solutions to enhance cost and product leadership for the current Univity portfolio (CDMA/UMTS/GSM) and our next generation of products.

Our contribution to Nortel Wireless attributable to WTL cost reduction and licensing outlined in this report total approximately: $9M in 2002, $30M in 2003 and $35M in 2004.

## 1.1 Near Term Impact on Business Units (12-18 Months)

**CDMA**

*Industry Award*
Our multi-beam antenna technology trial with SPCS earned a prestige award from the CDMA Development Group on June 11, 2002 and Nortel Networks was the sole recipient of the annual 3G CDMA Industry Achievement Award in Infrastructure Innovation.

*Cost Reduction*
We have enabled significant cost reductions for CDMA. Our low cost ($418) Duplexer alpha prototype design successfully empowered Nortel Supply Management to negotiate lower prices (from $1018 to $480 for 800 MHz and from $917 to $480 for 1900 MHz). This resulted in a cost reduction exceeding 50% and will save over $4M in Q4/2002, $17.5M in 2003 and $17.5 in 2004. Our in house low cost GPS Timing module (GPSTM) design will provide a $457 cost reduction ($944 to $487) and will save $5.5M in 2004. Our UMTS ADPD power amplifier technology negotiations with our OEM vendor also enabled Supply Management to obtain substantial savings for CDMA power amplifiers totaling approximately $20M (2002-2004).
In addition, we continued to supply our world leading SAW filter technology yielding MFRM1 cost reductions of approximately $1.8M (2003-2004).

An extensive product sustaining investigation into a yield issue during the MFRM-1/TRM production ramp identified an ASIC fabrication issue with our multi-standard Channelizer. Screening tests were developed to prevent a Class "A" recall while a process fix was applied. In collaboration with the Calgary Systems House, an $800K inventory replacement was negotiated.

*Standards Evolution*
We made a significant impact on 1xEV-DV Release C with two key IPR contributions adopted in the 2002 standard: Enhanced Control-Hold State and Split Layer 2-Protocol Architecture. The former in conjunction with our proprietary priority-based state transition algorithm provides a capacity gain of up to 2x for bursty packet data applications. New, high capacity multi-beam solutions have been identified for 1xEV-DV/DO packet data. By leveraging aggressive Walsh code reuse across all beams, a very significant data capacity enhancement of approximately 2x over conventional Adaptive Antenna Beam Selection (AABS) has been identified.

We provided several contributions on IMS protocols based on our previous input to 3GPP. The goal of this work was to ensure alignment between UMTS & CDMA Policy/QoS standards thereby enabling cost savings through technology convergence. WTL acted as the catalyst for this activity and provided on-going technical support to the standards primes. We also provided input on end-to-end performance metrics based on our previous work in ITU-T and 3GPP, to ensure the alignment of performance targets.

*BSC Evolution*
We defined a cost effective and scalable alternative to the PP15K packet server platform for RNC/BSC applications and investigated the applicability of OEM platforms for CSVS. We proposed BCN replacement and upgrade alternatives addressing CDMA RAN BCN address exhaustion. This was a major issue preventing expansion of existing and new BSC sites due to a



shortage of BCN protocol addresses. We also implemented and demonstrated an innovative approach for inter-technology handoff between 1x/cdma2000 and 802.11/WLAN which exploits PDSN capabilities, executes at layer 2 and in contrast to a Mobile IP based solution, preserves the user PPP session across technologies.

### UMTS

*Cost Reduction*
For UMTS, we successfully completed the reference design of our ADPD power amplifier and have licensed the technology to our OEM vendor yielding a cost reduction exceeding 34% ($2900 to $1900) in 2002. The pressure on OEM suppliers resulted in price reductions which will generate a potential saving of over $30M in 2002-4. We also delivered a lower cost Zero IF ASIC ($160 CR) for the iBTS TRM yielding a saving exceeding $2M for 2003-4.

*UMTS Standards Evolution*
We worked closely with the Nortel Product Planning and Standards team to influence the evolution of UMTS in the areas of OFDM High-Speed Downlink Shared Channel (HS-DSCH), MIMO, and seamless interworking with WLAN systems. The 3GPP standards body approved Nortel's proposal to conduct a feasibility study item to assess the potential of OFDM as a future hot spot high-rate downlink solution to complement Rel 5 HS-DSCH (HSDPA).

*UMTS RAN Evolution*
We elaborated on the distributed RNC concept, which exploits IP networking capabilities and Nortel product features to, provide a lower UTRAN system cost that is more scalable, more adaptable to changing traffic loads and more resilient to system faults. A network design and cost model was presented to Vodafone/Omnitel as part of the Nortel-VF "All-IP" joint research initiative.

*Joint Development*
We successfully transferred the DTRx (Digital Transceiver), CFT (Circuit Functional Test), and ICT (In Circuit Test) PCB designs to the UMTS iBTS Hardware team in Q2, 2002.

### GSM

We proposed the adoption of the basic multi-beam antenna principle developed previously for the Sprint IS-95 CDMA AABS trial to GSM. This technology provides the potential for a capacity improvement of approximately 80% in a spectrum limited network (e.g. 5MHz spectrum allocation).

We also proposed a multi-carrier concept for GSM/EDGE (MC-GERAN) that would allow a competitive data and voice solution relative to 1xCDMA without requiring a standard change. By using the 1.2 MHz spectrum, the peak data rate can be as high as 2.84 Mbps versus 2.45 Mbps for 1xEVDO (1.25 MHz), and 2.4 Mbps for 3GPP/UMTS, all within a 5 MHz spectrum.

In addition, we undertook an E911 study at the request of the GSM business to determine the impact of using GPS as an absolute timing reference for measuring the base station BCCH timing. The GPS based absolute measurement technique offers a significantly lower cost product solution, while obtaining a higher level of accuracy from the GPS measurements.

### 1.2    Mid Term Impact on Business Units (18 - > 36 months)

*Converged BTS Architecture for CDMA and UMTS*
To provide significant CAPEX and OPEX reduction for the next generation BTS platform, WTL developed a low cost flexible multi-mode (CDMA/UMTS) BTS product concept using a number of key enabling technologies. This work led to the Converged BTS initiative within Nortel Wireless, charged with achieving low product cost and a high degree of re-use while maximizing R&D efficiency. We coordinated with the CDMA and UMTS development teams to develop a

**Highly Confidential**            NNI_01353230



converged BTS architecture and development roadmap. We presented this recommendation to the Wireless Cabinet. Within the recommendation, WTL technologies: high efficiency power amplifier (30%), Zero IF and digital Channelizer ASIC technologies have been accepted by the product teams as key enablers for the Converged BTS RF module (CDMA/UMTS) providing over 17% CR for Compact BTS and 35% CR for iBTS beginning in 2005.

*Technology for Cost Reduction (CDMA/UMTS/GSM)*
Power Amplifiers - WTL continues to lead the industry in power amplifier efficiency design. We have initiated development for a new High Efficiency Linear Power Amplifier (HELPA) with 50W output and 20 MHz of bandwidth for CDMA and UMTS. The objectives are to achieve 30% power efficiency and 26% cost reduction on a bill of materials versus standard baseband pre-distortion and as much as 50% improvement over OEM architectures. We have made good progress in de-risking the technology and are on track to have an alpha prototype complete in September 2003.

Zero IF ASICs - We are also developing two ASICs for the 10 MHz Zero IF ASICs architecture. The Zero IF ASICs with tunable band pass filters are the key enablers for the converged RF module for CDMA and UMTS. For CDMA alone, it will provide $250 cost reduction for a 3 sector 3 carrier receiver. Furthermore, the receiver is agile and is capable of supporting 1-6 CDMA carriers or 1-2 UMTS carriers at the same cost.

Other- We have also initiated the applications of many leading edge technologies such as Micro-Electrical Machine (MEMs) for Agile RF receivers, SAW/FBAR band reject filters for IMS filtering, Network processors for BTS backhaul and Sub-micron ASICs for a high degree of system integration, etc. This will enable significant cost and size reductions while adding frequency agility capability for next generation BTS design.

Multi-User Detection (MUD) – We leveraged last year's work on MUD related to UMTS TDD and extended it to UMTS FDD, and to CDMA2000. Parallel Interference Cancellation (PIC) algorithms were developed and simulated, for both short code (UMTS) and long code applications (UMTS and CDMA2000). Using typical UMTS propagation loss data, MUD can theoretically increase the macro-cellular coverage area by 50%, or the number of voice users by 60%, or allow a reduction of around 30% in terminal transmitter power.

*Low cost Wireless Backhaul for CDMA and UMTS*
Through collaboration with the ATI and Metro Optical teams, we have developed proprietary protocols and algorithms that will allow precision timing to be distributed from a central source over a packet-based network. This may lower costs for UMTS and CDMA systems by aiding holdover modes or obviating the need for GPS at the cell site. It may also enable a Nortel OE Metro edge feature for precision timing on last mile TDM circuits and Ethernet drops. Development of a prototype is in progress.

### 1.3   Future Impact on Business Units

*Next Generation Radio Access Systems*
Our new radio system concept based on OFDM and Multi-Input and Multi-Output (MIMO) antenna technology called Mid Term System (MTS) has broken new ground in achieving higher system capacity and coverage relative to 3G systems. Our simulation results indicate the performance will be much better than Lucent's MIMO (4X4) technology (i.e. a 2x increase in capacity).

We have also built and tested an OFDM/MIMO downlink prototype providing 18.4 Mbps throughput over a 2 transmit-4 receive antenna configuration supporting Space Time Coding. This high-speed downlink employs adaptive features at the radio layer to allow for higher peak rates in high-speed mobility. Broadband IP services, delivered with a QOS based scheduler were integrated on this prototype platform to allow an end-to-end performance evaluation.

**Highly Confidential**                                                                                              NNI_01353231

5



We demonstrated our 3G evolution prototype to over 30 customers this year, receiving very positive feedback. We provided our customers with the system concept and technologies for UMTS and CDMA2000 standards evolution beyond HSDPA demonstrating that Nortel is in a strong position to provide leadership in the next generation of wireless systems.

We have initiated a joint activity with the Vodafone R&D group to explore the application of spatial processing technology with the objective of generating key white papers defining a common Nortel/Vodafone position detailing the benefit and potential for exploiting spatial processing technologies within future systems. In recognition of our expertise in future systems, we have been appointed to the steering board as a member of the Wireless World Research Forum (WWRF).

*Next Generation Networking Technologies*
We completed a system and software design for a solution supporting Wireless IP seamless mobility incorporating Nortel IPR. Implementation of a prototype is underway. Simulation of our "Wireless IP" micro-mobility solution proved that it can operate in a network of arbitrary topology and still exhibit better performance and scaling capabilities than competing solutions.

Our IPv6 mobility technology provides a complete mobility solution directly within the IP layer. It allows packet-based networks to provide highly efficient, reliable and secure communications in a mobile environment; equivalent to what is currently available in the circuit voice domain. Also, embedding these functions in the core network, access and edge routers reduce the number of mobility-related components (HA, FA, etc.) required in the network, and allows IP based services to be developed and deployed without requiring specialized mobility "hooks." The result is a simpler, more efficient core network; some estimates indicate a 5-10% reduction in core network cost.

We have defined and prototyped a communications framework capable of connecting mobile users without the use of a centralized network infrastructure. The "Continuum" framework allows users to discover the presence of, and establish contact with other users, exchange information in a variety of formats (data, text, audio, etc.), and maintain communications across any wired or wireless access technology as the users roam between public and private networks. The latest release of the prototype, Continuum 1.0, folds all of these capabilities together into a simple workgroup collaboration service that is currently in beta trial.

### 1.4   New Business Opportunity (Acumen)
We have developed a system concept for providing cost-effective, high bandwidth packet data service in a public access environment utilizing 802.11 technology. Leveraging Nortel antenna array processing technology and ad hoc peer to peer networking technologies, a low cost self organizing broadband data network system called Acumen has been proposed for development. Detailed project development planning is now underway. Customer engagement to collect product requirements inputs is planned for January 2003. An Acumen alpha market trial is targeted for November 2003.

### 1.5   Technology Alliances
To widen our search to acquire leading edge technology, we have reviewed and assessed over 35 startup companies and 18 incumbent technology companies. We have identified a number of companies where we could leverage their capabilities to complement our technology development in the area of RF components, base station sub-systems and new product opportunities, for example: Acumen.

In addition we currently have interactions with 18 Universities working in the Wireless space spanning across the US, Canada, Mexico, Russia and the UK. Area's of research include new system concepts, advanced air interface designs, enhanced channel coding, spatial processing techniques, radio propagation, radio resource management, and ad-hoc networking.

**Highly Confidential**                                                                                NNI_01353232

6

Case 09-10138-MFW    Doc 13750-1    Filed 06/02/14    Page 8 of 15



### 1.6 IPR/Technology Licensing

Our technology innovation continues to generate a large portfolio of IPR. As of November 2002, we have generated 61 Invention Disclosures for the year. After extensive business case review for each Invention Disclosure from 2001 and 2002, we have completed 60 filings and 11 provisional filings to the US Patent Department. WTL was granted a total of 26 patents this year. This is equivalent to approximately 7% of the total patents granted to Nortel Networks in 2002.

Our licensing of power amplifier technology to Power Wave and SAW technology to EPCO contributed $950K of revenue for Wireless Networks in 2002. Licensing of our innovations in digital Channelizer, Zero IF ASIC and MUD technologies was also explored.

### 1.7 Sales and Marketing Support

WTL continued to support our Sales and Account teams (Verizon Wireless, Sprint PCS, US Cellular, Vodafone, Bell Mobility, etc) hosting numerous customer visits in Ottawa and Harlow. We demonstrated and showcased our unique capabilities and clearly positioned Nortel Networks as a leader in advanced wireless technology development.

WTL has represented Nortel Networks at a number of industry trade shows and conferences (such as CTIA) and has been invited to present keynote speeches addressing the future of wireless mobility systems and IP networking technologies (3G World Summit, 3G Wireless Conference, WPMC, WWRF, etc.). We also presented 15 technical papers in leading Wireless Conferences.

WTL worked closely with Nortel's Washington office and Wireless Networks Marketing to assist in the preparation of a filing with the FCC on technical questions relating to the FCC's long-term spectrum policy review. The Nortel filing included discussion of issues surrounding spectral efficiency and definitions of levels of acceptable interference with a view of safeguarding Nortel's interests.

### 1.8 Future Direction

Looking forward, WTL will continue to play a critical role delivering the enabling technologies to realize significant reduction in CAPEX/OPEX and improvement in capacity and performance to enhance our products' competitive position in the market place. WTL will also continue to leverage our valuable innovations to the extent possible to add revenues via licensing and addressing new business opportunities for Nortel Wireless Networks.

For 2003, our technology program is divided into 3 major thrusts:

- Technology and sub-system for Cell site cost reduction
- Radio technology for performance enhancement of radio systems
- IP Networking technologies and advanced solutions including WLAN

We have adjusted our priorities in 2003. 75% of our activities are found on the near term (product impact < 12-18 months) and 25% toward mid term (<36 months).



2002 WTL Year End Report                                                                 7

**Highly Confidential**                                                                                                  NNI_01353233



## 2 Details

### 2.1 CDMA Business Impact

**Near term Cost Reduction**

*Active Duplexer CR Thrust*
The duplexer is the 3rd most expensive element and represents more than 10% of the total BTS cost. We delivered a 1900 MHz Mod1 DPM prototype to CDMA in January and then an 800 MHz Mod1 DPM in May of 2002. These modules were proof of concept designs and served three purposes. The first was to de-risk a potential internal active duplexer development, the second was to apply pressure on our OEM vendors in an effort to obtain a significant CR, and the third was to validate our cost model which predicted an active DPM could be manufactured for under $400. All objectives were met successfully and our prototypes were built and evaluated. They were found to meet or exceed all performance parameters for a comparable OEM unit with a full cost of $400. CDMA Supply Management leveraged our cost models and prototypes to obtain massive CR's from OEM vendors (RFS and Algon) on the active duplexers. In one year the



prices dropped from $1018 to $480 for an 800 MHz Mod1 Active DPM and from $917 to $480 for a 1900 MHz Mod1 Active DPM ($1500 CR per Metrocell!!). This will generate a saving of $4M starting in Q4 and $17.5M in 2003. Furthermore, since our cost model indicated suitable cavity filters could be obtained for under $200 and high performance LNA's could be manufactured for $20, the CDMA Compact development team decided to adopt a passive duplexer approach, and integrate our LNA design into the TRM. WTL transferred its 800 MHz LNA designs to CDMA in March of 2002 in an effort to de-risk their passive duplexer approach.

*GPSTM*
At the request of the CDMA organization we presented a proposal for an internally designed GPSTM module for Metrocell and Compact Base Stations. Our low cost proposal (<$500) captured a design win against the OEM vendors. In an effort to align with the Compact development schedule, WTL assigned extra resources to accelerate the design. Within 5.5 months, we successfully completed the entire GPSTM alpha prototype design including software. Designer test is currently underway with no major issues found. We have developed GPSTM architecture and detailed cost model which indicates the GPSTM can be manufactured for a full cost of only $500. By repatriating the GPSTM within Wireless it will enable future CR by integrating the GPSTM with other modules such as the Control Module or Customer Alarm



Module within the Compact BTS. Our cost models indicate that such integration would result in a GPSTM cost of only $300 by eliminating the mechanicals, PUPS and some of the driver circuitry. Finally, in parallel with this development we have been developing Nortel IP which will enable further CR by eventually enabling a single oven OCXO to be used (additional $100 CR).

2002 WTL Year End Report        Restricted        Page    8

**Highly Confidential**                                    NNI_01353234



### SAW Filter
We continued to deliver world leading SAW filter designs. In 2002 we delivered two additional filter designs to CDMA for their MFRM CR program. Our RX3B design is sharper and has better rejection than filters available from OEM's and was a key contributor to the MFRM CR.

### SAW/FBAR
We have developed and patented SAW/FBAR band reject filters. Prototypes of these tiny devices have demonstrated insertion losses as low as 0.4 dB and an ability to handle up to 10W of RF power at 900 MHz. Such performance in a small low cost device as this may prove to be a disruptive filtering technology and could give Nortel a competitive edge by enabling small, low cost IMF filters to be deployed in key markets such as Verizons' Southern California network. To put things in perspective, this device is about the size of a Canadian 25 cent coin and costs $5 but offers similar performance to a $500 cavity band reject filter the size of a Webster Dictionary. Work will continue in 2003. We are working toward



substantially higher RF powers and lower losses and are discussing a set of target specifications with CDMA Development team to solve the Verizon IMF issue.

### CDMA2000 Standards Evolution
WTL worked closely with CDMA PLM and Standards groups in influencing industry direction with respect to 1x Evolution including the Release C Standard, proposing Multi-Carrier Data and Voice (MC-DV) as a candidate evolution concept and the application of multibeam and MIMO technology enablers.

WTL made a significant impact on 1xEV-DV Release C with two key IPR contributions adopted in the 2002 standard. These included: (1) enhanced control-hold state and (2) split layer 2-protocol architecture. The former in conjunction with our proprietary priority-based state transition algorithm provides a capacity gain of up to 2 times for bursty packet data applications.

We continued to lead the technology development of MC-DV and positioned MC-DV as the cost-effective optimum next phase beyond Release D. The MC-DV technology was shown to provide significant capacity gains over 1xEV-DV on a per-carrier basis, e.g. 20 - 60% and 2 to 3 times for non-real-time and real-time services respectively. Reaction by key industry players to Nortel's MC-DV business and technical proposition at the joint operator-manufacturer CDMA Development Group (CDG)





Evolution Team meeting in October was very positive. The CDG Evolution Team chair has confirmed that MC-DV be added to the Evolution Team's work plan list.

New, high capacity multi-beam solutions have been identified for 1xEV-DV/-DO packet data. A very significant data capacity enhancement of approximately 2x conventional Adaptive Antenna Beam Selection (AABS) has been identified and is based on employing an aggressive Walsh code reuse across all beams.

WTL developed a range of 1xEV MIMO specific innovations with standards impact and value to Nortel. Active engagement has been made in the joint 3GPP/3GPP2 Spatial Channel Modeling (SCM) SCM ad hoc and a number of contributions have been submitted with the aim of establishing an industry reference for evaluation of future MIMO proposals.

Further to requests from PLM and product groups, we conducted a comprehensive study "UMTS vs. 1xRTT Data Capacity Comparison". The study detailed the key performance-impacting factors, design challenges and recommended enhancements to efficiently support packet data services in Nortel's UMTS and 1xRTT products.

In support of Verizon 1xEV-DO pre-sale interaction, we developed a 1xEV-DO simulator and primed the 1xEV-DO performance evaluation. Results were presented to Verizon with positive reaction and appreciation expressed by the customer. With DO productization underway, we transferred the 1xEV-DO simulator to the CDMA product group for their use in future DO performance assessments.

WTL provided contributions on IMS protocols based on our previous work into 3GPP. The goal of this work is to ensure alignment between UMTS & CDMA Policy/QoS standards to enable cost savings through technology convergence. WTL acted as the catalyst for this activity and provided technical support to the standards primes. We also provided contributions on end-to-end performance metrics based on our previous work into ITU-T and 3GPP.

### CDMA Access Evolution

#### CDMA Packet Server Expansion Shelf (PSES)
As a lower cost alternate platform for CPDS, an investigation was completed for a cost effective and scalable alternative to the use of PP15K as a packet server platform for RNC/BSC applications. Using technology currently existing inside Nortel, and reusing the same PCI Mezzanine Card (PMC) architecture of the PSFP (Packet Server Functional Processor), the outcome demonstrated that a more cost-effective high density approach was possible using an iBTS chassis with lower card costs and less real-estate requirements. However, OAM issues dominated the R&D risk which negated some of the benefits found, and the development cycle for CPDS on PP15K platform had already progressed too far to justify changing implementation. Nevertheless, the alternate design provided insights into how commercial technology could be exploited for cost effective, high performance solutions.

#### CDMA BSC evolution (3rd party CSVS platform alternative)
At the request of CDMA PLM, a study was undertaken to determine the applicability of a potential external platform solution for the CDMA Selection and Vocoding Subsystems (CSVS). The objective of this investigation was to assist in the selection of a platform that requires lower CSVS development cost. Several OEM platforms were analyzed and the results were shared with the CDMA PLM. The outcome provided benchmarks for density, performance and costs of third party solutions to compare with internal solutions and demonstrated that OEM implementations based on PICMG 3.0 chassis standards can provide superior DSP densities. However, the OAM solutions provided by OEM suppliers were SNMP based and were limited in capability, and did not fully meet CSVS requirements. These findings provided the CDMA PLM with the required justification to settle on an internal solution. The study did show that there is a healthy and



competitive OEM market that could provide faster TTM solutions for future RAN product evolution.

*CDMA Backhaul*
WTL spearheaded a task force with CDMA architects to define BCN replacement and/or upgrade alternatives for addressing CDMA RAN BCN address exhaustion; this was a major issue preventing expansion of existing and new BSC sites due to shortage of BCN protocol addresses. The need for BCN protocol replacement was also recognised as a longer term requirement and needs to be factored into the resolution of the more immediate address problem. The analysis showed that any change to the backhaul protocol is not trivial (significant R&D effort) as it impacts all RAN sub-systems (s/w and h/w). The analysis included: a report on the BCN present mode of operation analysis; replacement alternatives and how they fulfil CDMA RAN addressing requirements; end-to-end RAN network pros/cons for each solution; product impact analysis including reference designs and bill of materials.

*Copper-Based Last Mile Transport Technologies*
WTL completed a technology report that summarizes existing and emerging DSL technologies, their attributes, and how these technologies may be used in the wireless backhaul last mile. From this we identified opportunities that will not only serve to provide low cost backhaul using current ATM-based DSL protocols, but will also serve in the transitioning phase towards future Ethernet-based protocols. Exploratory discussions have been initiated with a number of DSL start-ups who provide last-mile solutions for high bandwidth over copper bundles. Discussions were also initiated through account primes with several carriers who are looking for lower cost alternatives to their current T1/E1-based infrastructure.

*CDMA/WLAN Inter-technology handoff*
An innovative approach for a 1x/cdma2000 to 802.11/WLAN inter-technology handoff has been devised which executes at layer 2 and preserves the user PPP session across technologies. This is in contrast to a Mobile IP based solution which preserves the higher level TCP session but breaks the lower level PPP session. IPR for this approach has been filed, and a prototype was implemented and demonstrated to various executives and customers. The approach utilises the inter-PCF handover capability of the PDSN through use of a "proxy PCF" in the WLAN system and works for any variation of 802.11 and for any variation of 1x (including 1xEV). The technique has also been discussed with the Enterprise Ethernet Switching Business who is incorporating the proxy PCF feature in their WLAN strategy planning.



**Joint Development**
An extensive product sustaining investigation into a (<1%) yield issue during the MFRM-1/TRM production ramp identified an ASIC fabrication issue with our Transmit and Receive multi-standard channelizer ASIC's. A series of factory and field deployable screening tests were developed to protect our customers from a broad Class A recall. A process fix was applied by our vendor, expedited to our factory, and verified to our reliability criteria (HTOL/HAST). Finally, in collaboration with the Calgary System House, an inventory replacement worth $800K was negotiated.

**Highly Confidential**     NNI_01353237



We have successfully achieved on-schedule delivery of the high-speed turbo decoder platform to the CDMA 1xEV DV project. The turbo decoder platform was seamlessly integrated into the project to allow the high-speed forward link milestone to be achieved ahead of the schedule. The developed hardware met all the critical design requirements with zero hardware barnacles. The high-speed turbo decoder platform was designed with the capability to meet and exceed the CDMA 1xEV DV data rate of 3 Mbps.



## 2.2  UMTS Business Impact

**Near Term Cost Reduction**

*ADPD Power Amplifier*
We have successfully completed the 2.1 GHz UMTS ADPD PA development program in the first half of 2002. A small pre-production run of 15 ADPD UMTS PAs are being assembled and tested by the UMTS product team. The target product BOM cost and power dissipation targets have both been achieved.

Nortel supply management, using the ADPD Reference Design Program as a lever, successfully negotiated with Powerwave an extremely good supply price for current Powerwave product, supplying UMTS 2.1/CDMA 1900 PAs for the remainder of 2002 and 2003, with a commitment for even lower prices in the following years. Furthermore, a technology license agreement with Powerwave was also signed. PowerWave paid a $750K licensing fee in exchange for the ADPD technology transfer.

*RX Zero-IF Demodulator ASIC*
We developed a Zero IF Demodulator (RXZIF1A) for the TRM of the iBTS with $160 cost reduction. Characterisation of the RXZIF1A was completed. IQ mismatch design fixes were successfully implemented. Full production test program development is almost completed. As the ASIC vendor (ST Micro) will manufacture discontinued the NT35 process, a PO order for 50K units last-time-buy has been processed. A re-design using STMicro main stream process has been started and is expected to complete by Feb 2003. Production ready is scheduled in Q2/2003.

*TRM ASICs and PCP for iBTS and MFRM1*
We successfully transferred the DTRx (Digital Transceiver Card), CFT (Circuit Functional Test), and ICT (In Circuit Test) PCB designs to the UMTS iBTS hardware team in Q2, 2002. Subsequently, detailed technical support was provided for these sub-systems and the HSSPC-II,Tx and Rx Channelizer ASICs through integration and trials. Leveraging our knowledge of this system, our assistance also resulted in the resolution of some issues in surrounding sub systems. In particular modifications were developed and applied to the DTRx, preventing the costly recall of deployed modules already in the field, and the rework of assembled modules in inventory.



*Multi-User Detection*
The work on multi-user detection (MUD) was a continuation of last year's activity related to the UMTS TDD standard. The study was extended this year to UMTS FDD, and to CDMA2000.

**Highly Confidential**                                                                 NNI_01353238



Parallel Interference Cancellation (PIC) algorithms were developed and simulated, for both short codes (UMTS) and long codes applications (UMTS and CDMA2000). For short code applications, WTL's symbol-rate PIC algorithms, developed in the course of the UMTS-TDD study, proved to be the most efficient solutions. For long codes, a hybrid solution (interference regeneration at the chip rate, and cancellation at the symbol rate, proposed by Texas Instruments) was considered as the least complex option. Extensive link level simulations were conducted, to characterize the performance of these schemes. These link level simulation results were used to analytically derive the system level benefits of MUD on the uplink. Three beneficial aspects can be traded off when using MUD: coverage increase, capacity increase, and reduction in required terminal power for a given QoS. Using typical UMTS propagation loss data, MUD can theoretically increase the macrocellular coverage area by 50%, or the number of voice users by 60%, or allow a reduction of approximately 30% in terminal transmitting power.

### 3G Evolution

WTL worked closely with Nortel Product Planning and Standards (PPS) in influencing the evolution of UMTS in the areas of OFDM High-Speed Downlink Shared Channel (HS-DSCH), MIMO, and seamless interworking with Wireless LAN (WLAN) systems.

The 3GPP standards body approved Nortel's proposal to conduct a feasibility study item to assess the potential of OFDM as a future hot spot high-rate downlink solution to complement Rel 5 HS-DSCH (HSDPA). WTL provided the technical support for this activity by writing and presenting seven RAN1 contributions at several RAN1 meetings, and by acting as Nortel's technical lead on the RAN1 reflector. The OFDM concept is based on using an extra downlink OFDM carrier, providing an additional high speed DSCH with Rel 5 features, such as HARQ and adaptive modulation and coding. It brings the benefits of OFDM to UTRAN (better performance and equal or less complexity versus WCDMA) in an evolutionary fashion, and has the potential to provide network operators with a high rate solution for use in a number of bands, including the new 2.5 GHz band.

WTL has engaged in a joint R&D activity with Vodafone to focus on antenna processing technology. The activity has centered initially on producing a white paper covering fundamental performance and architecture options for Smart Antennas for UMTS. The activity will continue into 2003 and will cover deployment and implementation challenges leading to the development of a joint Smart Antenna roadmap. Other areas to be addressed jointly will include MIMO-OFDM and terminal diversity.

### Access Network Evolution

*Distributed RNC architecture*
We worked with UMTS architects and PLM to elaborate on the distributed RNC concept previously developed within WTL. This concept exploits IP networking capabilities and Nortel product features to provide a lower UTRAN system cost that is more scalable, more adaptable to changing traffic loads and more resilient to system faults. A network design and cost model was completed and presented to Vodafone/Omnitel as part of the Nortel-VF "All-IP" joint research initiative.



2002 WTL Year End Report             Restricted                    Page 13

**Highly Confidential**                                                                    NNI_01353239



*Optimal Re-grouping of the RAN & Core Network functions*
This initiative built on the distributed RAN work to analyse the grouping of functions within a UMTS wireless network and to determine if there was a more optimal allocation of functions to network nodes. This function regrouping covered the Access and Core Networks of current systems and takes into consideration the factors that drive the physical processing requirements which in turn affect scalability and cost. Providing such flexibility will provide operators with better network growth management at lower incremental costs as opposed to incurring large cost steps.

The optimised functional model eliminates duplicate functions inherent in the current architecture, reduces cost through elimination of the SGSN node in the core network and reduces system complexity by leveraging IP based transport. Despite regrouping of functions and elimination of duplicate functions, the optimised functional grouping retains the necessary standard interfaces that allow backwards compatibility with present day systems and provides seamless  integration with the circuit switched Core Network. An optimal packaging of the proposed functional model has been identified (see figure below) taking into consideration the locus of activities and interactions between the set of functions.

*UMTS/WLAN Inter-technology handoff*
Analysis of UMTS-WLAN handoff options completed, concluding that it is possible to implement an intra-gateway inter-technology handoff. However, it is not a clean solution and it is hard to make it non-proprietary without having access to the UMTS stack in the mobile. Given that the development effort is large and there is little interest in a solution that is not Mobile IP-based, no further prototyping is planned.

*UTRAN Performance*
We provided a study on UTRAN delay budgets, and worked with the UMTS Architecture Council to resolve UMTS02 and UMTS03 implementation issues related to delay.

*Standards*
The 3GPP Go interface standardization work is complete. The Go interface standard is based on an original WTL proposal made to 3GPP at the end of 2001. Throughout 2002, Nortel contributed to all CN3 WG meetings to ensure the ratification of the Nortel proposal for the Go Interface. Nortel contributions to IETF in support of the Go policy management framework were progressed throughout the year, finally being approved as RFCs after successfully resolving a number of issues related to security concerns. We also provided contributions into the Open Mobile Alliance (OMA) to progress a Nortel-initiated work item on enhancing applications performance in a wireless environment.

**Core Network Evolution**
The IPv6 mobility (MI-6) program began with an assessment of the fundamental requirements (global roaming, location privacy, routing optimization, security, performance and service transparency) for mobility within a wireless IP environment. The goal was to provide seamless

**Highly Confidential**                                                                                NNI_01353240