Court File No.: 09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

- and -

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re NORTEL NETWORKS, INC., *et al.*, Debtors. | Chapter 11 Case No. 09-10138 (KG) (Jointly Administered) |
|---|---|

EXHIBIT "C" TO THE AFFIDAVIT OF ANDREW JEFFRIES
AFFIRMED MARCH 25, 2014

Signed: _____

ANDREW JEFFRIES

Date:  March 25, 2014

Before me: _____

NOTARY PUBLIC

Richard Luckes
Notary Public
9 Maynards
Whittlesford
Cambridge CB22 4PN UK
T. 07721 650245



Representative Sampling of 58 Nortel Patents that Pertain to LTE – Ocean Tomo PatentRatings® Analysis and IPQ® Scores

| # | Patent Number | IPQ | Rating | Title | Issue Date | Expiration Date | Claims |
|---|---|---|---|---|---|---|---|
| 1 | 7,233,625 | 200.1 | A+ | Preamble Design For Multiple Input – Multiple Output (MIMO), Orthogonal Frequency Division Multiplexing (OFDM) System | 6/19/2007 | 3/28/2021 | 375 |
| 2 | 6,985,434 | 180.6 | A+ | Adaptive time diversity and spatial diversity for OFDM | 1/10/2006 | 12/29/2020 | 370 |
| 3 | 7,551,546 | 173.6 | A+ | Dual-mode shared OFDM methods/transmitters, receivers and systems | 6/23/2009 | 4/4/2023 | 370 |
| 4 | 7,248,559 | 164.7 | A+ | Scattered pilot pattern and channel estimation method for MIMO-OFDM systems | 7/24/2007 | 1/8/2022 | 370 |
| 5 | 6,850,481 | 161.2 | A+ | Channels estimation for multiple input--multiple output, orthogonal frequency division multiplexing (OFDM) system | 2/1/2005 | 12/29/2020 | 370 |
| 6 | 7,009,931 | 156.9 | A+ | Synchronization in a multiple-input/multiple-output (MIMO) orthogonal frequency division multiplexing (OFDM) system for wireless applications | 3/7/2006 | 12/29/2020 | 370 |
| 7 | 7,318,185 | 154.5 | A+ | Method and apparatus for scrambling based peak-to-average power ratio reduction without side information | 1/8/2008 | 12/9/2022 | 714 |
| 8 | 7,345,632 | 153.7 | A+ | Multibeam planar antenna structure and method of fabrication | 3/18/2008 | 10/10/2023 | 343 |
| 9 | 6,721,569 | 149.8 | A | Dynamic sub-carrier assignment in OFDM systems | 4/13/2004 | 9/29/2020 | 455 |
| 10 | 7,031,753 | 149.6 | A | Dynamic sub-carrier assignment in OFDM systems | 4/18/2006 | 9/29/2020 | 455 |
| 11 | 7,304,939 | 146.6 | A | Communication using simultaneous orthogonal signals | 12/4/2007 | 12/3/2021 | 370 |
| 12 | 7,486,735 | 145.4 | A | Sub-carrier allocation for OFDM | 2/3/2009 | 2/26/2024 | 375 |
| 13 | 7,397,864 | 143.9 | A | Incremental redundancy with space-time codes | 7/8/2008 | 9/20/2022 | 375 |
| 14 | 7,388,847 | 143.7 | A | Channel quality indicator for OFDM | 6/17/2008 | 10/3/2023 | 370 |
| 15 | 7,336,601 | 140.5 | A | Adaptive time diversity and spatial diversity for OFDM | 2/26/2008 | 12/29/2020 | 370 |
| 16 | 7,110,351 | 139.0 | A | Enhanced ARQ with OFDM modulation symbols | 9/19/2006 | 12/19/2020 | 370 |
| 17 | 7,548,506 | 138.7 | A | System access and synchronization methods for MIMO OFDM communications systems and physical layer packet and preamble design | 6/16/2009 | 1/8/2022 | 370 |
| 18 | 7,289,427 | 136.8 | A | Enhanced ARQ with OFDM modulation symbols | 10/30/2007 | 12/19/2020 | 370 |
| 19 | 7,545,734 | 136.5 | A | Scattered pilot pattern and channel estimation method for MIMO-OFDM systems | 6/9/2009 | 6/28/2027 | 370 |
| 20 | 7,403,570 | 133.2 | A | Preamble Design For Multiple Input – Multiple Output (MIMO), Orthogonal Frequency Division Multiplexing (OFDM) System | 7/22/2008 | 3/28/2021 | 375 |
| 21 | 7,020,226 | 131.9 | A | I/Q distortion compensation for the reception of OFDM signals | 3/28/2006 | 4/4/2022 | 375 |
| 22 | 7,072,307 | 131.5 | A | Hybrid ARQ schemes with soft combining in variable rate packet data applications | 7/4/2006 | 1/18/2021 | 370 |
| 23 | 7,471,932 | 129.5 | A- | System and method for embedding OFDM in CDMA systems | 12/30/2008 | 8/11/2024 | 455 |
| 24 | 7,508,798 | 128.7 | A- | Virtual mimo communication system | 3/24/2009 | 12/16/2022 | 370 |
| 25 | 6,931,569 | 126.2 | A- | Dual protocol layer automatic retransmission request scheme for wireless air interface | 8/16/2005 | 4/17/2021 | 714 |
| 26 | 6,804,521 | 125.8 | A- | Multi-beam antenna system for high speed data | 10/12/2004 | 1/18/2021 | 455 |
| 27 | 7,349,496 | 125.4 | A- | Fast space-time decoding using soft demapping with table look-up | 3/25/2008 | 6/27/2023 | 375 |
| 28 | 7,394,860 | 125.2 | A- | Combined space-time decoding | 7/1/2008 | 10/2/2022 | 375 |
| 29 | 7,414,964 | 124.9 | A- | Dynamic sub-carrier assignment in OFDM systems | 8/19/2008 | 12/18/2023 | 370 |
| 30 | 6,891,897 | 124.8 | A- | Space-time coding and channel estimation scheme, arrangement and method | 5/10/2005 | 7/23/2019 | 375 |
| 31 | 7,317,680 | 124.7 | A- | Channel mapping for OFDM | 1/8/2008 | 10/1/2022 | 370 |



**Highly Confidential**　　　　　　　　　　　　　　　　　　　　　　　　　　**GIP_Nortel_00232564**

| 32 | 7,292,639 | 123.6 | A- | Method and apparatus for peak to average power ratio reduction for orthogonal frequency division multiplex systems | 11/6/2007 | 6/5/2023 | 375 |
| 33 | 6,996,418 | 123.2 | A- | Apparatus and method for OFDM data communications | 2/7/2006 | 4/26/2021 | 455 |
| 34 | 7,394,806 | 121.5 | A- | Distributed space-time-space switch | 7/1/2008 | 3/19/2023 | 370 |
| 35 | 7,356,089 | 119.9 | A- | Phase offset spatial multiplexing | 4/8/2008 | 9/5/2023 | 375 |
| 36 | 6,879,291 | 118.0 | B+ | Offsetting patch antennas on an omnidirectional multi-facetted array to allow space for an interconnection board | 4/12/2005 | 10/10/2023 | 343 |
| 37 | 7,103,325 | 117.4 | B+ | Adaptive modulation and coding | 9/5/2006 | 4/5/2022 | 455 |
| 38 | 7,013,161 | 117.2 | B+ | Peak power reduction using windowing and filtering | 3/14/2006 | 9/24/2022 | 455 |
| 39 | 7,120,395 | 116.5 | B+ | MIMO communications | 10/10/2006 | 10/20/2023 | 455 |
| 40 | 6,865,373 | 114.3 | B+ | Apparatus and method for encoding and decoding data within wireless networks | 3/8/2005 | 5/14/2022 | 455 |
| 41 | 7,061,854 | 113.5 | B+ | Efficient OFDM communications with interference immunity | 6/13/2006 | 10/15/2021 | 370 |
| 42 | 6,842,630 | 112.9 | B+ | Method and apparatus for assigning frequency channels to a beam in a multi-beam cellular communications system | 1/11/2005 | 12/20/2019 | 455 |
| 43 | 7,176,820 | 112.2 | B+ | Multiple input sigma-delta architecture | 2/13/2007 | 9/27/2025 | 341 |
| 44 | 6,870,515 | 110.8 | B+ | MIMO wireless communication system | 3/22/2005 | 10/11/2021 | 343 |
| 45 | 6,873,844 | 108.9 | B+ | Adaptive orthogonal channel noise source | 3/29/2005 | 3/28/2022 | 455 |
| 46 | 7,072,319 | 107.7 | B+ | Method and system for optimally allocating orthogonal codes | 7/4/2006 | 12/19/2021 | 370 |
| 47 | 6,757,344 | 107.2 | B+ | Apparatus and method for measuring sub-carrier frequencies and sub-carrier frequency offsets | 6/29/2004 | 5/16/2022 | 375 |
| 48 | 6,650,716 | 105.0 | B | Space-time receiver structure for digital communication systems | 11/18/2003 | 7/24/2020 | 375 |
| 49 | 6,980,600 | 104.4 | B | Receiver system for Multiple-Transmit, Multiple-Receive (MTMR) wireless communications systems | 12/27/2005 | 12/26/2020 | 375 |
| 50 | 6,426,723 | 100.4 | B | Antenna arrangement for multiple input multiple output communications systems | 7/30/2002 | 1/19/2021 | 343 |
| 51 | 7,218,891 | 97.9 | B | Multi-hop intelligent relaying method and apparatus for use in a frequency division duplexing based wireless access network | 5/15/2007 | 7/14/2023 | 455 |
| 52 | 7,536,198 | 97.9 | B | System and method for multiple input multiple output wireless transmission | 5/19/2009 | 3/28/2023 | 455 |
| 53 | 7,529,305 | 97.6 | B | Combination of space-time coding and spatial multiplexing, and the use of orthogonal transformation in space-time coding | 5/5/2009 | 8/29/2023 | 375 |
| 54 | 7,020,074 | 95.1 | B | Synchronization method and apparatus for frequency division multiplexed telecommunication systems | 3/28/2006 | 4/3/2020 | 370 |
| 55 | 6,628,952 | 93.4 | B- | Method of increasing capacity in a fixed wireless access network in which subscribers communicate with base stations via directional antennas | 9/30/2003 | 4/7/2020 | 455 |
| 56 | 7,106,252 | 92.5 | B- | User terminal antenna arrangement for multiple-input multiple-output communications | 9/12/2006 | 8/26/2024 | 343 |
| 57 | 7,551,676 | 84.0 | C+ | Technique for reducing peak-to-average power ratio in digital signal communications | 6/23/2009 | 5/22/2023 | 375 |
| 58 | 7,355,555 | 83.3 | C+ | Antenna | 4/8/2008 | 9/13/2025 | 343 |

[1] **Patent Number:** The identification number for a patent issued by the U.S. Patent and Trademark Office (USPTO)
[2] **IPQ® Score:** Output from Ocean Tomo's PatentRatings® system, where 100 is a median quality, above 100 indicates above average quality
[3] **Rating:** Output from Ocean Tomo's PatentRatings® system, correlates to IPQ® Score as defined above
[4] **Title:** Summary description of the invention
[5] **Issue Date:** The date the patent was issued by the USPTO
[6] **Expiration Date:** The date that USPTO legal protection expires
[7] **Class:** The technology classification code as per the United State Patent Classification System (note that a patent may have multiple classifications)

*Source: Ocean Tomo PatentRatings® Data (PatentRatings.com); as of April 2011*



**Highly Confidential**                                                                                                                   GIP_Nortel_00232565

2

**IN THE MATTER OF THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*, **R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*, **R.S.C. 1985, c. C-36, AS AMENDED**

Court File No.: 09-CL-7950

|  | *ONTARIO*<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>Proceedings commenced at Toronto |
|---|---|
|  | **AFFIDAVIT OF ANDREW JEFFRIES** |
|  | **Thornton Grout Finnigan LLP**<br>100 Wellington St. West, Suite 3200<br>TD West Tower<br>Toronto-Dominion Centre<br>Toronto, ON  M5K 1K7<br><br>**Michael E. Barrack** (LSUC# 21941W)<br>**John Finnigan** (LSUC # 24040L)<br>**D.J. Miller** (LSUC# 34393P)<br>**Andrea McEwan** (LSUC# 52781P)<br>**Rebecca Lewis** (LSUC# 61146S)<br><br>Tel:    416-304-1616 / Fax:    416-304-1313<br><br>Counsel to Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund |