Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,**
**R.S.C. 1985, c. C-36, AS AMENDED**

- and -

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
|    NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
|                Debtors. | (Jointly Administered) |

**EXHIBIT "C" TO THE AFFIDAVIT OF ANGELA ANDERSON**
**AFFIRMED APRIL 25, 2014**

Signed: _____

         ANGELA ANDERSON

Date:     April 25, 2014

Before me: _____

     NOTARY PUBLIC

*Vu pour la seule légalisation matérielle de la signature de madame Angela ANDERSON, sans lecture ni traduction du présent document.*

*Fait à Hospins, le 25/04/2014.*

*Olivier LESCA...*

EXHIBIT
31305
PENWAD 800-031-6959    |u  10/31/13

| From: | Junkin, Bill [CAR:0090:EXCH] |
|-------|------------------------------|
| Sent: | Thursday, April 25, 2002 12:05 PM |
| To: | Gigliotti, Tom [NC2:9545:EXCH]; Collins, Timothy [SKY:0311:EXCH]; Lasalle, Bill [MOP:8310:EXCH]; Vynalek, Jack [NC2:9546:EXCH]; Cianciolo, Chris [BL60:N116:EXCH]; Hashim, Paul [RICH1:9784:EXCH]; Mcguinness, Lindsay [BL60:9546:EXCH]; Anderson, Holmes [BL60:9546:EXCH]; Morgan, Todd [NC2:9546:EXCH]; Fako, Erik [NC2:9546:EXCH]; Bewley, Ewan [HAL02:8306:EXCH]; Anderson, Angela [HAL02:8306:EXCH]; Weiss, Richard [RICH1:N237:EXCH]; de Wilton, Angela [CAR:0090:EXCH]; Vella, Matthew [RICH1:N237:EXCH]; Tiegerman, Bernard [RICH1:N237:EXCH]; Wilkinson, Stuart [BRAM:0314:EXCH]; Witcher, Rick [NC2:9546:EXCH] |
| Cc: | Lewis, Lorelei [RICH1:N237:EXCH]; Mckenzie-Wardell, D Barbara [GNWD:N237:EXCH]; Mallon, Jennifer [CAR:0090:EXCH]; Fisher, Arthur [BRAM:9540:EXCH]; Potvin, Judy [CAR:0090:EXCH] |
| Subject: | Tech Expo Patent Showcase - Proposal Based on Your Inputs |
| Importance: | High |

Thanks for you efforts over the past couple of days to get me the information I requested on an urgent basis.

Based on the information, I have pulled together this proposal for 30 inventors to be interviewed, with 13 alternatives identified should some of the 30 selections not work out:

Tech Expo Proposal
Apr25.xls

The **List tab** lists the 30 Inventors (or in some cases "Lennon/McCartney" pairs of inventors), a brief statement of the Reasons for their selection, and my Sources of information for each selection.

I hope that the brief statement of Reasons will enable the interviewer to bring out some of the points that we would made in the profile.

Where the selection is based primarily on 1 or 2 patents, I have listed any co-inventors still at Nortel since they should probably be mentioned (and possibly interviewed) to reduce possible resentment.

The **Chart Tab** illustrates the "demographics" of the selections I made. My selections were intended to balance the desire to recognize those with the "best" case for recognition with the desire for a good spread of inventors by location, business/technology and Reasons containing messages we would like to get out.

**My selections are debatable, so please speak up if you think they should be modified, but there is limited time for debate. Given the deadlines imposed by the interview process, I plan to forward this proposal (or a modified proposal based on your comments) to the Tech Expo people tomorrow (Friday) morning.**

(I am attempting to send this at 10:45 am Thursday - I apologize for any delay in getting it to you, but my email server is down - I will distribute it as soon as I am able to give you as much time as I can to comment.)

(This is an update of an earlier version that I was unable to recall from some of you - it provides missing Reasons for 3 inventors and relocates 2 inventors to their actual locations.)

Bill Junkin

1

CONFIDENTIAL                    NNC-NNL06570644 / 1

**(613)768-3013 (ESN 398)**
Fax (613)768-3017 (ESN 398)

CONFIDENTIAL

NNC-NNL06570644 / 2

NNC-NNL 06578645

| | | Ottawa | Harlow | Boston | Richardson | RTP | Other Europe | Other US | Other CA | Total entries so far | | Selected Entries | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Optical | Systems | Jolley | | | Flanagan | | | | | 7 | 16% | 5 | 17% |
| | | Robson | | | | | | | | 5 | 11% | 3 | 10% |
| | | Sarsuk | Reeves | | | | | | | | | | |
| | Components | Hogeboom | | | | | | | | 2 | 5% | 2 | 7% |
| Wireless | | McNicol | | | Huang | | Dumortier/Durlesiau | | | 10 | 23% | 8 | 27% |
| | | McGowan/Lehman | | | Lo | | Lucidarme/Ben Rached | | | | | | |
| | | Tong | | | Leong | | Fauconnier/La Strat | | | | | | |
| | | | | | Mtzell & Wenzel | | | | | | | | |
| Metro & Enterprise | | | | | | | | | | 22 | 50% | 15 | 50% |
| | Data | Aubin | Brueckhelmer | Kennelly | | | | Theimann | | 10 | 23% | 6 | 20% |
| | | Casey | Fisher | Fedyk | | | | Rivas | | | | | |
| | | | | Crump/Choong | | | | Moolasai | | | | | |
| | VoIP | Petras | Smyth | | Sollee | McKinnon | | | | 6 | 14% | 3 | 10% |
| | Metro Optical | Sylvain | Fells | | | | | | | 4 | 9% | 3 | 10% |
| | | Hayward* | Munton/Goodman | | | | | | | | | | |
| | | Pegrum | | | | | | | | | | | |
| | Circuit | Cooper | Searle | | | | | | | 2 | 5% | 2 | 7% |
| Adv Tech | | Basilio | | Jamoussi | | | | Visjnic | | 6 | 14% | 3 | 10% |
| | | Ould Braum | | Schofield/Monga | | | | | | | | | |
| | | Kwong | | | | | | | | | | | |
| Other | | | | | | | | | | 0 | 0% | 0 | 0% |
| Total of entries so far | | 18 / 41% | 7 / 16% | 5 / 11% | 6 / 14% | 1 / 2% | 3 / 7% | 4 / 9% | 0 / 0% | 44 | 100% | 30 | 100% |
| Total of selected | | 10 / 33% | 7 / 23% | 4 / 13% | 4 / 13% | 1 / 3% | 2 / 7% | 2 / 7% | 0 / 0% | | | 30 | 100% |

NNI-HNL06074848

| Inventor(s) | Reasons | Co-Inventors | Sources |
|---|---|---|---|
| Kirk Ellison | R&D multiplexing patents - underspin licensing program, prolific patentee in sevents technology areas including [redacted] access networks, optical switching as director of R&D programs he drives comprehensive patent protection of his programs personally and through his teams | | Sig. Pat. Awards, Top 80, Tiegerman |
| Rob Roberts | prolific patentee covering many key aspects of optical transmission product line - IP generated both in UK and Ottawa | | Sig. Pat. Awards, Top 80, Tiegerman, H Anderson |
| | prolific patentee in optical component and system areas, including Dispersion Compensation using Bragg grating - licensed to 3M | | Sig. Pat. Awards, Top 80, Bewsley, Tiegerman |
| Roy Chrusch | key patent underpinning SONET licensing program | Dana Marmi | Sig. Pat. Awards, Top 80, Weiss |
| Marek Rekas | prolific patentee in network and switch architectures, including Rotator switch architecture which has licensing prospects | | Top 80, H Anderson |
| Geoff Hopkinson | patents covering aspects of [redacted] including VLAN frame format, also technical expert supporting data scattering programs | | Sig. Pat. Awards, Top 80, Valila |
| John Hopkinson | high speed data circuits including key patents covering PHSI cells that have been licensed to IBM | | Top 80 |
| Jack Kolodski | Patents support Adaptive Digital PreDistortion (ADPD) Power Amplifier technology licensing program and provides cost reduction of Base Stations. (Now in Ottawa Optical | David Wentsel, Howard Smith | Top 80, Kikuttas |
| | that this activity was piece in UK Wireless [redacted] license program | | Top 80, Valila |
| Ray Austin | contain patent on gain balanced routing - used in [redacted] licensing potential | | Top 80 |
| Michael Perras | patents covering Video Button - technology licensing potential | | Top 80, McGuinness |
| Herb Kennedy | patent protects [redacted] key Contivity interface that provides security management functionality - key product feature which we believe is used by others in industry - defense and patenting potential | Peter Ashwood Smith, Derek Skaraki | Top 80, Valila, McGuinness |
| Don Fedyk | Bandwidth Correlation in Connection Oriented Packet Networks - [redacted] and part of | | Top 80, Valila |
| | licensing program | | |
| Bilel Jamoussi | Key patent relevant to [redacted] | | Sig. Pat. Awards, Top 80, Hashim |
| Chandrika/Malang | Power control and [redacted] patents in mobile terminal licensing program (with others), and very active in IP efforts | | Top 80, Hashim |
| Wing Lo | multiple access protocol patent used in mobile terminal licensing program | Robert Denman | Top 80, Hashim |
| Athena Vlaghai | OTA-PL patent (with others) used in mobile terminal licensing program | | Top 80, Veits |
| Milan Vlaghai | All digital receiver implementation using DSP - a key feature of CVR products and believed widely used in the industry - defense and licensing potential | | Bewsley |
| Nigel Jobley | Patent application for gain flattened amplification using a medium comprising a doped area linked by a VOA. This is considered a fundamental technique for gain flattened amplification. Currently in Ottawa, but in UK working (inducting this inventive activity) | | Hashim |
| Wen Tong | Several applications filed [redacted] | | Top 80, Bewsley |
| Simon Brueckheimer | Several important applications in ATM including wormhole routing and allocation of voice channels in ATM, also co-inventor (with David Fisher, Michael Langavin) on patents in Rotator technology licensing program | | Bewsley |
| Julian Fielle | Application on diffraction grating based dispersion compensation with licensing potential. Also a very capable "Patent Mentor" encouraging and advising colleagues to file patent applications on important developments, and reviewing invention disclosures for commercial significance | | Bewsley |
| Chris Bishop & David Chamberlain | Joint inventors in a number of patent applications potentially relevant to [redacted] virtual concatenation | | Hashim, Mishler |
| Perry Sasnett | Numerous patent applications filed on packet core being developed to provide packet data for [redacted] | | Bewsley |
| Jeff Searle | Several patent applications filed on Smart AntenNa antenna technology | | McGuinness |
| Richard Crump & Janet Chong | Several patent applications on important aspects of Vanster 25k (Janus), including flags mode after properties cancelled - recognize value of capturing IP even when developments are dropped because the IP can add value to Nortel | | |
| Thierry Lucidarme & Nidham Ben Rached | Prolific inventors with several applications filed on important aspects of [redacted] | | Bewsley |

NNC-NNL0857b645

| Name | Description | | Bewley |
|---|---|---|---|
| David Texcontier & Evelyne La Strat | Numerous filings related to wireless standards submissions, and coordination of IP efforts, with European wireless standards efforts | Don Ellis, John Brule, Michael To | Bewley |
| Ken Hayward | Gbps Ethernet interface to [ ] covers key feature of Optical Ethernet product line - (interface with Scott Pegram if necessary) | | Top 60, Vella |
| Dany Sylvain | P2serv applications filed on VTOA based on SigQuestion products; prolific filer on circuit to packet translation technologies and providing multimedia services over packet and hybrid networks. Has also worked with IP Law to promote key areas for patent protection in VoIP and to review invention disclosures for commercial significance. | | Morgan, Witcher |
| Steve McManson | Several patent applications filed on tag, especially "presence based technologies" for helping carriers derive new revenues. Has also acted as "Patent Champion" encouraging colleagues to file patent applications on commercially significant innovations and helping IP Law prioritize key areas for patent protection. | | Morgan, Witcher |
| **Alternatives** | | | |
| Scott Pegram | Filed patent applications on important aspects of Flexible Interceptor project, including filings made after project cancelled - recognizes value in capturing IP from closed developments which may still be of value to Nortel; also key reviewer for disclosures in his area | | McGuinness |
| Hamid Chief Ibrahim | Filed several patent applications on Layer 2 vPNs / Optical Ethernet | | H. Anderson |
| Herman Kwong | Filed several patent applications on SIG4 breakout techniques that reduce the number of circuit board layers required for complex circuit boards to achieve cost reduction - considerable technology licensing potential | | H. Anderson |
| Neil McGovern & Brian Leitman | Patents on GIGALX Channelizer used to reduce cost by enabling multiple and interface technologies through common hardware architecture - potential technology licensing program | Brad Morris, Blaine Geddes | Top 60, Kikuta |
| David Fisher | Patents on SigQuince Synchronization used in RClaser switch architecture which has licensing prospects (Simon Brueckheimer above, and Michel Langevin are co-inventor) - discuss UK and Orlando invention activity | Simon Brueckheimer, Michel Langevin | Top 60, Bewley |
| Rich Morabito and Inder Monga | Filed several patent applications on Route Switch Processors - licensing value development which is Nortel is calculable in the race to 40 Gbps capability | | McGuinness |
| | Filed significant patent applications on Optical Switched Router and Optical Signature Agent - projects cancelled, but IP may lead to license program, details with EMC | | McGuinness |
| Jean-Louis Comeau, Philippe Duplessis | Numerous patent applications on key developments in GSM | | Bewley, Heathim |
| Randy Ryals | patent applications covering key aspects of Centillion and Passport 8600 switch architecture | | Vella |
| Liam Casey | Key patent covering 3G VPNs rising [ ] licensing program | Robert Eros | Top 60, Vella |
| Jim Senica | synchronization efforts for [ ] product line - part of [ ] patent licensing portfolio | | Top 60 |
| Patrick Scheaf | Patent applications filed on a variety of technologies including wireless VoIP content management and SIP-related technologies and security firewall functions for VoIP - has worked closely with IP Law to ensure quality of filed patent applications filed by outside counsel | | Morgan, Witcher |
| ??? Smyth | Prolific inventor including - Significant VoIP patent application | | Bewley |
| Tom Flanagan | SILSR patent used in [ ] licensing program | Jim McEacharn, Dino Di Fuoria, Richard Romagnino | Sig. Pat. Awards, Top 60 |