Court File No.: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)
IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

- and -

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

EXHIBIT "D" TO THE AFFIDAVIT OF ANGELA ANDERSON
AFFIRMED APRIL 25, 2014

Signed: _____
ANGELA ANDERSON

Date: April 25, 2014

Before me: _____

NOTARY PUBLIC

*[Handwritten notarial note in French:]* Vu pour la seule légalisation matérielle de la signature de Madame Angela ANDERSON, sans lecture ni traduction du présent document. Fait à Moupins, le 25/04/2014.

*[Seal: Olivier LESCA, Notary]*

```
To:      Junkin, Bill [CAR:0090:EXCH][junkincw@americasm01.nt.com]; Vynalek, Jack
[NC2:9785:EXCH][vynalek@americasm01.nt.com]; Tiegerman, Bernard
[RICH1:N237:EXCH][btiegerm@americasm01.nt.com]
Cc:      Fisher, Arthur [BRAM:9540:EXCH][awfisher@americasm01.nt.com]
From:    Anderson, Angela [HAL02:8306:EXCH]
Sent:    Wed 12/4/2002 2:43:51 PM
Importance:    Normal
Subject: RE: Value Info from Dbase on Patents Honoured in Harlow and Ottawa Events
```

EXHIBIT 51306
ICC 10/31/13

Bill,

I have asked around and nobody seems to know anything about patents being assigned to Nor.web Nor.web is a JV in which we are a co-owner and there are a licenses to Nor.web, but no assignments that I can find information about. Cerebrus also known a fraud solutions. Nortel received $21 mill in connection with the divestiture of fraud solutions. We assigned 11 patents along with software that was exclusive to the business.

Regarding Smart Antennas. We have a strong portfolio in this space and have asked licensing to look into possible leads. There are none to date, but we have some fairly basic patents here.

There are a number of licensing programs which are attributable to Harlow, but I am not sure what the patents are (if any) the programs are:

Druck;
Powerwave;
3M (Epworth 27 (ID8881))


Hope this helps.

Best regards,

Angela.


-----Original Message-----
**From:**    Junkin, Bill [CAR:0090:EXCH]
**Sent:**    03 December 2002 22:24
**To:**      Anderson, Angela [HAL02:8306:EXCH]; Vynalek, Jack
             [NC2:9785:EXCH]; Tiegerman, Bernard [RICH1:N237:EXCH]
**Cc:**      Fisher, Arthur [BRAM:9540:EXCH]
**Subject:** Value Info from Dbase on Patents Honoured in Harlow and Ottawa
             Events
**Importance:** High

I have pulled various "value fields" from the dbase for the cases listed by Judy:

<< File: BJ Harlow Award Ceremony 2000 - 20011.xls >> << File: BJ Final 2001 Ottawa Ceremony Patent Plaque List1.xls >>

I highlighted the information I considered most relevant in green - bright green for the best stuff. Any clarification you can add would be helpful.

Assuming that all of the comments in the dbase are both current and accurate (I have long since consumed my allocated half hour, so have no time left to chase people to confirm), I make the following observations:

Harlow lists:

1. 3 of the patents have been assigned to NorWeb and 1 to Cerebrus - presumably in transactions that were commercially advantageous - Angela - can you comment?

2. 10 were licensed in the Bookham transaction, so arguably they assisted us to achieve our objectives in that transaction.

3. 6 concern Smart Antenna and involve Martin Smith - the gentleman pictured with Greg Mumford and Steve Pusey. Martin considers 2 of these to be used in current and future product. Presumably, the 6 form the basis of a strong position in this technology which is probably enhanced by several other patents that issue previously and several more pending cases.

4. We have infringement leads on 3 of the cases - 2 involving established competitors (likely defensive value) and 1 involving an optical startup - possible future leverage.

5. We have a standards lead (DSL) on one of the cases.

Ottawa list:

1. 3 of the patents are licensed (1 each to Seaway, Saraide and EDSN) - presumably in transactions that were commercially advantageous - can anyone comment on these deals?

2. 10 were licensed in the Bookham transaction, so arguably they assisted us to achieve our objectives in that transaction.

3. 2 of the cases concern Transparent Muxing in SONET and look to be key licensing and defensive prospects going forward.

4. 3 are relevant to the ADPD TLP program that Richard Kikuta was working - I believe this has already paid off.

5. 1 is in the Foundry/Extreme litigation (at least according to the dbase)

6. We have standards leads for 4 cases - ATM PNNI, MPLS VPNs, UMTS, RPR and Bellcore.

7. We have infringement leads for 9 cases - 2 major competitors, 5 startups (including Innovance and Sonus), Rockwell and Vitesse.

8. 5 of the cases are listed as of interest for TLP (though some of these may not be very active at this stage).

9. 1 of the cases covers MOSAIC, a modular optical amplifier design that is considered an important competitive differentiator - at least it was when we last checked during the

Subject to Attorney Client and Joint Privilege

US_EMEA_Canada_PRIV_00009120

Bookham transaction. Another covers an aspect of the MOR optical amplifier which has also been a key product for us.

So, somewhat to my surprise, there seems to be quite a bit of joy to choose from.

As for general facts and figures to support the value proposition for the portfolio, given that we are not to put time into this, why would we not seek to re-use the value proposition materials that were generated early this year?:
<< File: IPR Business Plan Final 2-26-2002 (Annotated).ppt >>  << File: IPR Business Plan Backup v.2.ppt >>

Bernie - I understand that you will be providing something on the value of Kim's patents - with focus on the last few if possible.

Art - I understand that you will have someone provide something on licensing value.

Comments and Suggestions welcome - but please remember that they are not to be time-consuming!

# Bill Junkin
(613)768-3013 (ESN 398)
Fax: (613)768-3017 (ESN 398)