# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BULLDOG INVESTORS GENERAL PARTNERSHIP | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: B. DEMO 250 PEHLE, SUITE 708 SADDLE BROOK, NJ 07663 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: WB CLAIMS HOLDING - NORTEL, JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |

Total Number of Records Printed  2

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006