## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-10138 (KG) |
| | ) |
| NORTEL NETWORKS INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Blue Mountain Guadalupe Peak Fund L.P.</u>
Name of Transferee

<u>Blue Mountain Long/Short Credit Master Fund L.P.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o BlueMountain Capital Management, LLC
280 Park Avenue, 12th Floor
New York, NY 10017
Attn: David Finn

Court Claim # (if known): <u>7179</u>
Amount of Claim: <u>$123,926.00</u>
Date Claim Filed: <u>03/31/2010</u>

Phone: (212) 905-2115
Last Four Digits of Acct. #: N/A

Phone: (212) 905-2115
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ D--- W. F---
    Transferee/Transferee's Agent

Date: 5/28/2014

*Penalty for making false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT B

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")
Attn: Clerk

AND TO: Nortel Networks, Inc. ("Debtor")
Proceedings No. 09-10138 (KG) (Jointly Administered)

Claim #s: 1461, 1702, 4641, 7897, 7179

**BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND L.P.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BLUEMOUNTAIN GUADALUPE PEAK FUND L.P.**, its successors and assigns ("Buyer"), a ratable portion of Seller's right, title and interest in and to the following Claims of Seller against Nortel Networks, Inc., in the United States Bankruptcy Court, District of Delaware, Proceedings No. 09-10138 (KG) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

| 1461 | $65,152.00 |
| --- | --- |
| 1702 | $9,104.00 |
| 4642 | $55,845.00 |
| 7897 | $69,806.00 |
| 7179 | $123,926.00 |

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the portions of the Claims so assigned, to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 29, 2014.

| **BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND L.P.** | **BLUEMOUNTAIN GUADALUPE PEAK FUND L.P.** |
|---|---|
| By: BlueMountain Capital Management, LLC, its investment manager | By: BlueMountain Capital Management, LLC, its investment manager |
| By: _[signature]_<br>Name: David Finn<br>Title: Associate | By: _[signature]_<br>Name: David Finn<br>Title: Associate |

B DJF01 1222620 v1
2904109-000004