# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Re: Docket No. 13754** |

## NOTICE OF FILING REGARDING STIPULATION REGARDING THE EXPERT REPORT AND TESTIMONY OF JAY WESTBROOK AND LEIF M. CLARK

PLEASE TAKE NOTICE that on June 2, 2014, the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") filed an unsealed version of the *Expert Report of Leif M. Clark & Jay L. Westbrook Submitted on Behalf of the Trustee of Nortel Networks U.K. Pension Plan and the Board of the Pension Protection Fund* [D.I. 13754].

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit I is the *Stipulation Regarding the Expert Report and Testimony of Jay Westbrook and Leif M. Clark* approved on May 30, 2014 by the Canadian and U.S. Courts in connection with the joint trial currently proceeding in these cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

- 2 -

Dated:  June 5, 2014
       Wilmington, Delaware

                        BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
       jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
Nicholas W. Chiuchiolo
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund*