# **EXHIBIT I**

{BAY:01745495v1}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**STIPULATION REGARDING THE EXPERT REPORT AND**
**TESTIMONY OF JAY WESTBROOK AND LEIF M. CLARK**

Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") and the Official Committee of Unsecured Creditors to the U.S. Debtors (the "UCC"), the Ad Hoc Group of Bondholders, and the U.S. Debtors defined below (collectively, the "U.S. Interests"), hereby stipulate and agree as follows:

WHEREAS on January 8, 2014, pursuant to the Litigation Protocol approved by the Canadian and U.S. Courts in this proceeding, the U.K. Pension Claimants served a Disclosure of Intended Expert Witnesses on all Core Parties, identifying and designating Leif M. Clark as a testifying expert on the theory and policy underlying the development of international insolvency principles applicable to creditor claims in multi-jurisdictional enterprise group insolvencies;

WHEREAS on January 24, 2014, the U.K. Pension Claimants delivered a report entitled "Expert Report: Leif M. Clark & Jay L. Westbrook," which Leif M. Clark and Professor Westbrook both signed as co-authors (the "Clark-Westbrook Report");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

WHEREAS the Clark-Westbrook Report stated on Schedule "A" thereof that Leif M. Clark was "retained to prepare [an] expert report concerning legal principles [and] policies of international insolvency law" and was "retained as a testifying expert" whereas Professor Westbrook was "retained to consult concerning legal principles and policies of international insolvency law";

WHEREAS the U.K. Pension Claimants advised the U.S. Interests that Professor Westbrook was not designated, identified or retained as a testifying expert and therefore would not attend a deposition, which led to a dispute between the U.K. Pension Claimants and the U.S Interests;

WHEREAS in an effort to address the U.S. Interests' request to depose Professor Westbrook or resolve a motion to exclude the Clark-Westbrook Report various options were discussed by the Parties, none of which resulted in a resolution;

WHEREAS the impasse between the U.K. Pension Claimants and the U.S. Interests as to the requirement for Professor Westbrook to be deposed led to Professor Westbrook ultimately agreeing to be deposed in Austin, Texas on April 10, 2014 where he testified that he "coauthored a report"[2];

WHEREAS, during his deposition, Professor Westbrook testified to the following: "Let me remind you, I am not – designated as a witness at trial,"[3] and confirmed a second time "I'm

---

[2] Deposition Transcript of Jay Westbrook, taken on April 10, 2014 ("Westbrook Dep. Tr.") at 10:23-11:2.

[3] Westbrook Dep. Tr. at 194:18-195:22.

not designated to be a witness at trial"[4]  and counsel for the UCC continued the questioning of him, without debating with him the trial procedures;[5]

WHEREAS  Leif M. Clark was deposed on April 14, 2014, has always been designated to testify at trial, and remains available and willing to do so;

WHEREAS on April 14, 2014 in accordance with the Expert Deposition Protocol, the U.S. Interests served notice to all Core Parties that they intended to cross examine all experts of other parties other than two named individuals (which did not include Professor Westbrook), and included a reservation of rights as to their cross-examination of Leif M. Clark, whose deposition was happening that day, (*see* Letter, dated April 14, 2014, from Jeffrey Rosenthal to all Core Parties, attached hereto as Ex. A);

WHEREAS  on April 14, 2014, other parties also gave notice to all Core Parties via email that they intended to and/or reserved the right to cross-examine any expert who appears at trial;

WHEREAS on April 17, 2014, the U.K. Pension Claimants served notice to all Core Parties of the locations in which their expert witnesses would testify, listing both Leif M. Clark and Professor Westbrook to testify in Toronto (*see* Letter, dated April 17, 2014, from Andrew Hanrahan of Willkie Farr & Gallagher, counsel to the U.K. Pension Claimants, to all Core Parties, attached hereto as Exhibit B);

WHEREAS on April 21, 2014, the U.K. Pension Claimants informed the Core Parties via email that Leif M. Clark will testify in Wilmington instead of Toronto, but made no change to the location for Professor Westbrook's testimony;

---

[4] Westbrook Dep. Tr. at 195: 6-7

[5] *Id*.

WHEREAS on April 21, 2014, the U.S. Interests filed a Motion to Strike the Expert Reports of the U.K. Pension Claimants and the Canadian Creditors Committee Advocating for a "Pro Rata Distribution" to Creditors, including the Clark-Westbrook Report (the "Motion to Strike");

WHEREAS on April 28, 2014, the U.K. Pension Claimants filed an Opposition to the U.S. Interests' Motion to Strike, opposing the relief sought by the U.S. Interests;

WHEREAS on May 5, 2014, the U.S. Interests' filed a Reply in support of their Motion to Strike;

WHEREAS on May 8, 2014, both Courts held a joint hearing on all pre-trial motions in this matter, including the Motion to Strike, at which time no counsel for any party made submissions regarding the various pre-trial motions concerning expert reports with the exception of certain intellectual property expert reports filed by various Core Parties, all of which were dismissed by the Courts without prejudice to the right to raise them at the conclusion of trial;

WHEREAS on May 19, 2014, the U.K. Pension Claimants sent a letter to all Core Parties stating that, "Professor Westbrook will not be testifying at trial, either in Delaware or in Toronto," that he is "unwilling to do so," as he "was not retained as a testifying expert nor willing to undertake such a role", that his testimony "has been designated for use at trial," and that Leif M. Clark will testify at trial; (*see* Letter, dated May 19, 2014, from D.J. Miller of Thornton Grout Finnigan, counsel to the U.K. Pension Claimants, to all Core Parties, attached hereto as Ex. C);

WHEREAS the discovery plan, [D.I. 10566-2], which was entered and ordered by both the Canadian and U.S. Courts on May 16, 2012 and May 17, 2013, respectively (the "Discovery Plan"), in this matter states, among other things, that:

- 4 -

1. "A Discovery Participant may request that any expert be present at trial for cross-examination, and the affidavit or report of any expert not appearing at trial if requested to appear cannot be filed as evidence unless agreed to by all Discovery Participants adverse to the expert's position." (Discovery Plan at 12)

2. "The affidavit or report of any expert not appearing at trial cannot be filed as evidence unless agreed to by all Discovery Participants adverse to the expert's position." (*Id.*)

WHEREAS the parties agreed in the Proposed Joint Trial Protocol, dated January 24, 2014 [D.I. 12863-1] ("Proposed Joint Trial Protocol"), among other things, that:

1. "[E]ach other Allocation Groups or Claims Parties shall have the right to request the live appearance and cross examination of additional expert witnesses from the other Allocation Groups or Claims Parties." (Proposed Joint Trial Protocol, II.D.1)

WHEREAS, pursuant to the Discovery Plan and Proposed Joint Trial Protocol, among other things, the U.S. Interests have notified the U.K. Pension Claimants of their intention to cross-examine Professor Westbrook at trial, or to move to exclude the Clark-Westbrook Report should Professor Westbrook not appear at trial;

WHEREAS the U.K. Pension Claimants have advised that Professor Westbrook was not retained as a testifying expert, has not agreed to testify and is not willing to do so at this time;

WHEREAS substantial portions of Professor Westbrook's and Professor Clark's deposition transcripts have been designated and counter-designated for use at trial;

WHEREAS the U.S. Interests have advised that as a condition to resolving the dispute concerning the admissibility of the Clark-Westbrook Report and the testimony of Professor Westbrook, if Professor Westbrook does not testify at trial, then Leif M. Clark shall not be permitted to testify at trial;

WHEREAS the U.K. Pension Claimants and the U.S. Interests (collectively, the "Parties") have been engaged in settlement negotiations and have agreed to resolve the dispute concerning the admissibility of the Clark-Westbrook Report and the trial testimony of its authors pursuant to the terms set forth herein;

NOW, THEREFORE, it is hereby stipulated and agreed by and among the Parties as follows:

1. The U.S. Interests consent to the Clark-Westbrook Report being admitted as expert evidence at trial, without prejudice to the rights of the U.S. Interests to make submissions on the relevance or weight to be given to the Clark-Westbrook Report and without prejudice to the pre-trial Motion to Strike brought by the U.S. Interests to exclude the Clark-Westbrook Report, which motion was dismissed on May 8, 2014, without prejudice to it being renewed at the conclusion of trial.

2. The U.K. Pension Claimants agree that Leif M. Clark will not be called to testify as an expert at trial.

3. The entire transcripts of the depositions of Professor Westbrook and Leif M. Clark shall be treated as designated and counter-designated by all Core Parties and available for use by any Core Party at trial.

4. The U.S. Interests shall not be permitted to rely on the non-attendance of Leif M. Clark as a testifying expert at trial in any submissions in connection with the Clark-Westbrook Report or otherwise, nor shall any inference be made.

5. The Parties will notify the Courts and the Core Parties Service List that the objection by the U.S. Interests to the non-attendance of Professor Westbrook as a testifying expert at trial has been resolved in accordance with the terms of this Stipulation, and no motion in respect of same will be brought by the Parties.

6. Neither this Stipulation nor any of its terms may be modified, altered, amended, or waived, except in a writing signed by the Parties.

7. It is acknowledged that the Parties have participated in and consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either party on account of such drafting.

8. This Stipulation shall become effective immediately.

9. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

DATED: May 26, 2014

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Justin R. Alberto | /s/ Christopher M. Samis |
| Charlene D. Davis (No. 2336) | Mark D. Collins (No. 2981) |
| Justin Alberto (No. 5126) | Christopher M. Samis (No. 4909) |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| Wilmington, Delaware 19899 | 920 North King Street |
| Telephone: (302) 655-5000 | Wilmington, Delaware 19801 |
| Facsimile: (302) 658-6395 | Telephone: (302) 651-7700 |
| Email: cdavis@bayardlaw.com | Facsimile: (302) 651-7701 |
|       jalberto@bayardlaw.com | Email: collins@rlf.com |
| |       samis@rlf.com |

| | |
|---|---|
| -and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Andrew Hanrahan<br>Nicholas W. Chiuchiolo<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111<br><br><br>*Counsel for the Nortel Networks U.K. Pension Trust Limited and the Board of the Pension Protection Fund* | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred Hodara<br>David Botter<br>Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Annie C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Annie C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail: dabbott@mnat.com<br>          acordo@mnat.com<br><br>-and-<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard S. Zelbo (admitted pro hac vice)<br>James L. Bromley (admitted pro hac vice)<br>Jeffrey A. Rosenthal (admitted pro hac vice)<br>Lisa M. Schweitzer (admitted pro hac vice)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>E-mail: hzelbo@cgsh.com<br>          jbromley@cgsh.com<br>          jrosenthal@cgsh.com<br>          lschweitzer@cgsh.com<br><br>*Counsel for the U.S. Debtors* | PACHULSKI STANG ZIEHL & JONES LLP<br><br>/s/ *Peter J. Keane*<br>Laura Davis Jones (No. 2436)<br>Kathleen P. Makowski (No. 3648)<br>Peter J. Keane (No. 5503)<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware<br>19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>-and-<br><br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br><br>Dennis F. Dunne<br>Albert A. Pisa<br>Andrew M. Leblanc<br>Atara Miller<br>1 Chase Manhattan Plaza<br>New York, New York 10005-1413<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>-and-<br><br>Thomas R. Kreller<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 892-4463<br>Facsimile: (213) 629-5063<br><br>*Counsel for the Ad Hoc Group of Bondholders* |
|---|---|

# **EXHIBIT A**

{BAY:01752961v1}

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L. TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L. BELLER
THOMAS J MOLONEY
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
DONALD A STERN
CRAIG B BROD
MITCHELL A. LOWENTHAL
EDWARD J ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
FILIP MOERMAN
PAUL J SHIM
STEVEN L. WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD

ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q. WHORISKEY
JORGE U JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D BOCCUZZI JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P MCGRORY

MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
RESIDENT PARTNERS

SANDRA M ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY, JR
KATHLEEN M EMBERGER
WALLACE L. LARSON, JR
JAMES D SMALL
AVRAM E LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
MEYER H FEDIDA
CAROLINE F HAYDAY
JOHN V HARRISON
RESIDENT COUNSEL

Writer's Direct Dial: +1 212 225 2086
E-Mail: jrosenthal@cgsh.com

April 14, 2014

VIA EMAIL

Re: In re Nortel Networks Inc., et al., Case No. 09-10138
Nortel Networks Corporation, et al.: Court File No. 09-CL7950

To all Core Parties:

Pursuant to the Expert Deposition Protocol, as it amends the Proposed Joint Trial Protocol filed with the U.S. Court[1] and the Canadian Court on January 24, 2014, the U.S. Allocation Group and Bondholder Allocation Group hereby advise all core parties that they do not intend to cross examine the following experts subject to the reservations below:

- Alan Cox
- Lief Clark[2]
- Steven Felgran
- Bruce Stratton
- Richard Cooper
- James Malackowski
- Paul Huffard

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in Exhibit 1 to the Order Entering Allocation Protocol, entered in the U.S. Court on May 17, 2013.

[2] As we have advised counsel for UKPC, because Mr. Clark is being deposed today, we are not in a position to make a determination on our desire for cross examination and expressly reserve the right to amend this notification.

U.S. Allocation Group and Bondholder Allocation Group intend to cross examine all other expert witnesses who are not excluded as a result of any pretrial motions (nothing in this notice shall prejudice our right to seek the exclusion of any expert witnesses). The U.S. Allocation Group and Bondholder Allocation Group reserve any applicable right to amend this list and to cross-examine any expert witness (including the six listed here) who appears live at trial.

Very truly yours,

Jeffrey A. Rosenthal

# **EXHIBIT B**

{BAY:01752963v1}

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

April 17, 2014

**VIA EMAIL TO ALL CORE PARTIES**

Re: *In re Nortel Networks, Inc. et al.*, Case No. 09-10138 (KG)
    *In the Matter of Nortel Networks Corp. et al.*, Court File No. 09-CL-7950

Dear Counsel:

    In accordance with section I.B of the Joint Trial Protocol filed with the Courts on January 24, 2014 (as amended and supplemented), the U.K. Pension Claimants (the "UKPC") are hereby serving upon all Core Parties via FTP the UKPC's expert witness deposition designations in both the allocation proceedings and the claims proceedings. The UKPC reserve the right to supplement, edit, or otherwise amend these designations.

    Additionally, the UKPC hereby provide notice pursuant to section 3(c)(ii) of the Expert Deposition Protocol that they intend to call Ronald S. Bowie to testify in the claims proceedings.

    Finally, the UKPC's expert witnesses will testify in the following locations:

| Allocation Proceedings | |
|---|---|
| **Witness:** | **Location:** |
| Coleman Bazelon | Toronto |
| Leif M. Clark | Toronto |
| Jay Westbrook | Toronto |
| Bruce W. Stratton | Wilmington |

| Claims Proceedings | |
|---|---|
| **Witness:** | **Location:** |
| Ronald S. Bowie | Toronto |
| Steven D. Felgran | Toronto |
| Robert Ham | Toronto |
| J. Soren Reynertson | Toronto |

April 17, 2014
Page 2

Very truly yours,

[signature]

Andrew Hanrahan

11752408.1

# **EXHIBIT C**



D.J. Miller
T: 416-304-0559
E: djmiller@tgf.ca
File No. 1595-001

May 19, 2014

**VIA EMAIL**

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006<br>United States of America | Milbank, Tweed, Hadley & McCloy LLP<br>1850 K Street, NW, Suite 1100<br>Washington, DC  20006<br>United States of America |
| **Attention:    Jeffrey Rosenthal** | **Attention:    Andrew Leblanc** |

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
United States of America

**Attention:    Joseph Sorkin / Abid Quereshi**

Dear Counsel:

**Re:**   *In re Nortel Networks, Inc.*, **Case No. 09-10138 (KG)**
          **Nortel Networks Corporation, Court File No. 09-CL-7950**

We wish to advise you that Jay Westbrook will not be testifying at trial, either in Delaware or in Toronto.  He is unwilling to do so, as he was not retained as a testifying expert nor willing to undertake such a role.

Professor Westbrook's deposition testimony has been designated for use at trial, and this does not affect the ability of Leif Clark to testify at trial – a role in which he has been designated since January 8, 2014.  You are free to use any of the deposition testimony in an effort to impeach Leif Clark at trial.

If you seek to exclude the expert report on the basis that Professor Westbrook is not testifying at trial we will obviously oppose same.   The prejudice to the UK Pension Claimants in such case would far outweigh that of any other party.

tgf.ca



We intend to advise the Courts of this situation tomorrow and seek direction as to how they wish to proceed, whether by motion or otherwise, and the timing of same.

Yours truly,

**Thornton Grout Finnigan LLP**

*"D.J. Miller"*
[Electronic Signature]


D.J. Miller

c.c.  Core Parties Service List