# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

            Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    ABEL, LEE R., JR.
           1048 SILVERBERRY RD
           PITTSBORO, NC 27312

Please note that your claim # 1151 in the above referenced case and in the amount of
    $67,465.26 allowed at $53,279.67   has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: ABEL, LEE R., JR.
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                DISTRICT OF DELAWARE
                824 NORTH MARKET STREET, 3RD FLOOR
                WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13767   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/05/2014                              David D. Bird, Clerk of Court

                                          /s/ Kimberly Murray
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 5, 2014.