# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ABEL, LEE R., JR. | 1048 SILVERBERRY RD PITTSBORO NC 27312 |
| ARNOT, JAMES | 9778 ISABEL COURT HIGHLANDS RANCH CO 80126 |
| BLUE MOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: BLUE MOUNTAIN LONG/SHORT CRE C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST FUND L.P.; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | TRANSFEROR: WATERSTONE MF FUND, LTD FUND L.P.; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| CASTILLO, LYDIA | 2020 WILLOWCREST KAUFMAN TX 75142-7666 |
| DEAN JR., JOHN L. | 12 ACORN ST CUMBERLAND RI 02864 |
| DHONDT, LUC | GROENSTRAAT 11 9820 MERELBEKE BELGIUM |
| FROST, INGGIT | 4817 MONTEVISTA LN MCKINNEY TX 75070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ABEL, LEE R., JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ARNOT, JAMES ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CASTILLO, LYDIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DEAN JR., JOHN L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DHONDT, LUC ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FROST, INGGIT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HAY, JENNIFER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HODGES, JOSEPH T. JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HUANG, XIAOYAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: METCALF, BRANDON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: O'QUINN, HERBERT W ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PAILA, CHAKRAVARTHY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SCHOFIELD, BONNIE G. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAY, JENNIFER | 3205 FANNIN LANE SOUTHLAKE TX 76092 |
| HODGES, JOSEPH T. JR. | 4415 HEIDI PLACE MIDLOTHIAN VA 23112 |
| HUANG, XIAOYAN | 2 HIGATE ROAD CHELMSFORD MA 01824 |
| METCALF, BRANDON | BRANDON METCALF PO BOX 2941 WIMBERLEY TX 78676-7841 |
| O'QUINN, HERBERT W | 7515 OLD US 421 LILLINGTON NC 27546 |
| PAILA, CHAKRAVARTHY | 1123 CROSSWIND DR MURPHY TX 75094 |
| SCHOFIELD, BONNIE G. | 4588 TANGLEWOOD DR. PEGRAM TN 37143 |

Total Number of Records Printed   29

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006