# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: WELLS FARGO BANK AS SUCCESSOR BY MERGER
ALSTON & BIRD LLP
C/O JASON H. WATSON
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424

Please note that your claim # 7179-12 in the above referenced case and in the amount of
$0.00 allowed at $5,331,198.00  has been transferred **(unless previously expunged by court order)** to:

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: WELLS FARGO BANK AS SUCCESSO
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13620 in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/23/2014                                David D. Bird, Clerk of Court

                                                /s/ Kimberly Murray
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 23, 2014.