# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 13:06:15                                    NORTEL NETWORKS INC.
DATE: 05/23/14                                      CREDITOR LISTING                                    PAGE:  1

Name                          Address
WB CLAIMS HOLDING - NORTEL, LLC   TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675
WELLS FARGO BANK AS SUCCESSOR BY MERGER   ALSTON & BIRD LLP C/O JASON H. WATSON 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424

Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC