**Exhibit B**

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period (Fee Examiner) | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 11/1/13 - 1/31/14 | $4,776,002.00 | $3,820,801.60 | $955,200.40 | $1,584,789.57 | $6,360,791.57 | $1,538.50[2] (add) (Fees) $105,871.17[3] (minus) (Expenses) | $6,256,548.90 | $51,231,301.85 | $51,231,301.85 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] Akin Gump originally sought the award of $4,776,002.00 in fees in its Twentieth Interim Application. The fee examiner noted that the sum of Akin Gump's requested monthly fees from November 1, 2013 through January 31, 2014 is $4,777,002.00. Additionally, the fee examiner noted that a reconciliation of the detailed time descriptions with the total hours charged for the period from November 1, 2013 through January 31, 2014 revealed that Akin Gump's fee request with respect to the Twentieth Interim Fee Application was $538.50 less than the total fees billed during the period from November 1, 2013 through January 31, 2014. Accordingly, these items were corrected by an adjustment of $1,538.50 of fees for the period from November 1, 2013 through January 31, 2014.

[3] After correspondence with the fee examiner, Akin Gump proposed a voluntary reduction of $105,871.17 of expenses incurred during the period covered by the Twentieth Interim Application and the fee examiner accepted such proposal and recommended it to the Court.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ashurst LLP[4] | 11/1/13 - 1/31/14 | £238,090.00 (US $399,991.20) | £190,472.00 (US $319,992.96) | £45,558.02[5] (US $76,537.47) | £3,479.33 (US $5,845.27) | £239,509.35 (US $402,375.71) | £0.00 (Fees) £0.00 (expenses) | £239,509.35 (US $402,375.71) | £4,961,019.43 (US $8,330,543.83) |
| Capstone Advisory Group, LLC | 11/1/13 - 1/31/14 | $1,565,189.50 | $1,252,151.60 | $313,037.90 | $9,590.73 | $1,574,780.23 | $0.00 (Fees) $0.00 (Expenses) | $1,574,780.23 | $27,919,575.56 |
| Dentons Canada LLP[6] (f/k/a Fraser Milner Casgrain LLP) | 11/1/13 - 1/31/14 | CDN $417,812.50 (US $384,930.66) | CDN $334,250.00 (US $307,944.53) | CDN $83,562.50 (US $76,986.13) | CDN $26,986.41 (US $24,862.58) | CDN $444,798.91 (US $409,793.24) | CDN $0.00 (Fees) $0.00 (Expenses) | CDN $444,798.91 (US $409,793.24) | CDN $15,477,638.85 (US $14,259,548.67) |
| Richards, Layton & Finger, P.A. | 11/1/13 - 1/31/14 | $64,902.00 | $51,921.60 | $12,980.40 | $6,813.78 | $71,715.78 | $0.00 (Fees) $0.00 (Expenses) | $71,715.78 | $943,248.20 |

---

[4] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of £1 to US $1.69 as published by Bloomberg.com on June 6, 2014. All figures listed for Ashurst LLP are paid in Sterling in the Sterling amounts specified above.

[5] Pursuant to the Fee Examiner's Report regarding Ashurst's Nineteenth Interim Fee Application, Ashurst agreed to reduce its per page duplication charge to £0.06 (approximately $0.10) for all future Fee Applications. Ashurst's Monthly Fee Application covering November 2013 (Docket No. 12835) (the "November Fee Application") was filed before this reduction was agreed. Ashurst therefore agrees to voluntarily reduce its request for holdback fees by the net excess of expenses claimed in respect of duplication in the November Fee Application, which amount is £2,059.98 (approximately $3,431.51). This figure reflects that reduction.

[6] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of CDN $1.00 to U.S. $0.9213 as published by Reuters on May 29, 2014. All figures listed for Dentons Canada LLP are paid in Canadian currency at the Canadian dollar amounts specified above.

2

| TOTALS | $6,406,093.50<br>£238,090.00<br>CDN $417,812.50 | $5,124,874.80<br>£190,472.00<br>CDN $334,250.00 | $977,771.53<br>£45,558.02<br>CDN $83,562.50 | $1,601,194.08<br>£3,479.33<br>CDN $26,986.41 | $7,935,571.80<br>£239,509.35<br>CDN $444,798.91 | $1,538.50 (add)<br>£0.00<br>CDN $0.00 | $7,903,044.91<br>£239,509.35<br>CDN $444,798.91 | $80,094,125.61<br>£4,961,019.43<br>CDN $15,477,638.85 | $80,094,125.61<br>£4,961,019.43<br>CDN $15,477,638.85 |

3