**EXHIBIT B**

| name | contact | fax |
|---|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT | 508-979-3913 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S HODARA ESQ; RYAN C JACOBS ESQ | 212-872-1002 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQLISA JP KRAIDIN ESQ | 212-610-6399 |
| AMPHENOL CORPORATION | ATTN: EDWARD C WETMORE VP & GEN COUNSEL | 203-265-8827 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO | 407-770-6162 |
| ARDENT LAW GROUP PC | ATTN: HUBERT H KUO ESQ | 949-863-9783 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S LADDIN ESQFRANK N WHITE ESQ | 404-873-8121 |
| ASHBY & GEDDES PA | ATTN: RICARDO PALACIO ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | ATTN: WILLIAM P BOWDEN ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | GREGORY A TAYLOR ESQ; BENJAMIN W KEENAN | 302-654-2067 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L MCCLOUD ESQ | 615-741-3334 |
| BAKER BOTTS LLP | JUDITH W ROSS ESQ | 214-661-4605 |
| BALLARD SPAHR | ATTN: TOBEY M DALUZ ESQLESLIE HEILMAN ESQ | 302-252-4466 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L POLLACK ESQJEFFREY MEYERS ESQ | 215-864-9473 |
| BALLARD SPAHR LLP | ROBERT MCL BOOTE ESQ | 215-864-8999 |
| BALLARD SPAHR LLP | TOBEY M DALUZ ESQ; DAVID T MAY ESQ | 302-252-4466 |
| BARTLETT HACKETT FEINBERG PC | ATTN: FRANK F MCGINN ESQ | 617-422-0383 |
| BAYARD PA | ATTN: CHARLENE D DAVIS ESQDANIEL A O'BRIEN ESQ | 302-658-6395 |
| BERNSTEIN SHUR SAWYER & NELSON | ATTN: ROBERT J KEACH ESQ; PAUL MCDONALD ESQ; | 207-774-1127 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M SCHWAB ESQTHOMAS M GAA ESQ | 650-494-2738 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATOKEVIN G COLLINS | 302-254-5383 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO ESQ; MATTHEW DENN ESQ; | 302-254-5383 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL ESQ; | 302-425-6464 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER | 585-238-9012 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER | 212-938-3837 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D FLASCHENKATHERINE L LINDSAY | 860-246-3201 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN ESQ | 856-853-9933 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ | 212-541-4630 |
| BRYAN CAVE LLP | ATTN: ERIC S PREZANT ESQ | 312-602-5050 |
| BRYAN CAVE LLP | ATTN: CULLEN K KUHN ESQ | 314-552-8869 |
| BUCHALTER NEMER | ATTN: SHAWN M CHRISTIANSON ESQ | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F CALOWAY ESQPJ DUHIG ESQ | 302-552-4295 |
| CHADBOURNE & PARKE LLP | ATTN: N THODORE ZINK JR ESQ | 212-541-5369 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L PERNICKSANJAY BHATNAGAR | 302-652-3117 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E MOMJIAN | 215-560-2202 |
| CONNOLLY BOVE | ATTN: JEFFREY S WISLER ESQMARC J PHILLIPS ESQ | 302-658-0380 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H RUDMAN ESQ; DAVID A ROSENFELD ESQ | 631-367-1173 |
| COWLES & THOMPSON PC | ATTN: STEPHEN C STAPLETON | 214-462-6401 |
| CROSS & SIMON LLC | CHRISTOPHER P SIMON ESQ | 302-777-4224 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J REISMAN ESQJAMES V DREW ESQ | 212-697-1559 |
| DAVIS & KUELTHAU SC | ATTN: RUSSELL S LONG ESQ | 414-278-3656 |
| DLA PIPER LLP | ATTN S MELNIK | 302-394-2341 |
| DLA PIPER LLP (US) | ATTN: RICHARD M KREMEN ESQDALE K CATHELL ESQ | 410-580-3001 |
| DUANE MORRIS LLP | MICHAEL R LASTOWSKI ESQ; SUMMER L ROSS ESQ | 302-657-4901 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X ZAHRALDDIN-ARAVENA; | 302-384-9399 |
| ERICSSON | ATTN T HITTLEMAN | 972-583-1839 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M ALSTON ESQ | 206-447-9700 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S BUDKE ESQ | 561-691-7103 |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL J WUNDERR SNAYNE KUKULOWICZ | 416-640-3206 |
| FREEBORN & PETERS LLP | ATTN: AARON L HAMMER ESQDEVON J EGGERT ESQ | 312-360-6995 |
| FREEBORN & PETERS LLP | ATTN: DEVON J EGGERT ESQ | 312-360-6995 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A ROSENZWEIG ESQ | 212-318-3400 |
| GIBBONS PC | ATTN: DAVID N CRAPO ESQ | 973-639-6244 |
| GIBSON DUNN | JANET WEISS ESQ | 212-351-4035 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S KOPIT ESQCHRISTOPHER W PEER ESQ | 216-241-2824 |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E GISLESON | 504-561-6024 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V DORAN ESQ | 617-345-9020 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ | 208-396-3958 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R WARMAN | 214-740-7181 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 845-491-5032 |
| J SCOTT DOUGLASS ESQ | | 713-227-7497 |
| JONES DAY | ATTN: JEFFREY B ELLMAN ESQROBBIN S RAHMAN ESQ | 404-581-8330 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E NOBLE ESQ | 212-894-5653 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P BRANCH ESQ | 310-788-4471 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S STEEL ESQ | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | KRISTIN S ELLIOTT ESQ | 212-808-7897 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T ATTANASIO ESQ | 310-407-9090 |
| KLEHR HARRISON | ATTN: JOANNE B WILLS ESQ | 302-426-9193 |
| LANDIS RATH & COBB LLP | ADAM G LANDIS ESQ; KERRI K MUMFORD ESQ; | 302-467-4450 |

| Firm | Attention | Phone |
|---|---|---|
| LATHAM & WATKINS LLP | ATTN: ROBERT J ROSENBERG ESQ | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N GOLDSTEIN ESQ | 212-751-4864 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K DEXTER ESQ | 720-931-3201 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K BROWN ESQ | 602-734-3866 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G AELVOET ESQ | 210-226-4308 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 469-221-5002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN ESQ | 713-844-3503 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A D'AGOSTINO ESQ | 973-597-2400 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD ESQ; IRA M LEVEE ESQ | 973-597-2400 |
| MAGNOZZI & KYE LLP | ATTN: AMISH R DOSHI ESQ | 631-923-2860 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN ESQ; KEVIN MALEK ESQ | 212-220-9504 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST ESQ; THOMAS M VITALE ESQ; | 212-262-1910 |
| MCCARTER & ENGLISH LLP | ATTN: WILLIAM F TAYLOR JR ESQ | 302-984-6399 |
| MCGUIREWOODS LLP | ATTN: DAVID I SWAN ESQKENNETH M MISKEN ESQ | 703-712-5050 |
| MEYERS LAW GROUP PC | ATTN: MERLE C MEYERS ESQMICHELE THOMPSON ESQ | 415-362-7515 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE ESQTHOMAS R KRELLER ESQ | 212-530-5219 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L MOREAU ESQ | 573-751-7232 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 866-741-2505 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER PA | ATTN: RACHEL B MERSKY ESQ | 302-656-2769 |
| MORRIS JAMES LLP | ATTN: BRETT D FALLON ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: CARL N KUNZ ESQMICHAEL J CUSTER ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER; COURTNEY R HAMILTON | 302-571-1750 |
| MOSES & SINGER LLP | ATTN: ALAN KOLODCHRISTOPHER CARUSOKENT KOLBIG | 212-554-7700 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST CITY ATTY | 720-913-3180 |
| NIXON PEABODY LLP | ATTN: LOUIS J CISZ III | 415-984-8300 |
| NOSSAMAN LLP | ATTN: ROBERT S MCWHORTER ESQ | 916-442-0382 |
| OFFICE OF THE US TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQLAURA D METZGER ESQ | 212-506-5151 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E MOMJIAN ESQ | 215-560-2202 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONESTIMOTHY P CAIRNS | 302-652-4400 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F VERNI | 401-861-8210 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI | 401-861-8210 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; BRIAN P GUINEY | 212-336-2222 |
| PATTERSON HARKAVY | | 919-942-5256 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ROBERT E WINTER | 202-551-0129 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ | 202-326-4112 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQLEIGH-ANNE M RAPORT ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | DAVID B STRATTON ESQ; EVELYN J MELTZER ESQ | 302-421-8390 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ | 817-860-6509 |
| PINCKNEY HARRIS & WEIDINGER LLC | ATTN: DONNA L HARRIS ESQ; KEVIN M CAPUZZI ESQ | 302-442-7046 |
| PINCKNEY HARRIS & WEIDINGER LLC | ATTN: KEVIN M CAPUZZI ESQ | 302-655-5213 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQJUSTIN K EDELSON ESQ | 302-252-0921 |
| POST & SCHELL PC | ATTN: BRIAN W BISIGNANI ESQ | 717-731-1985 |
| POYNER SPRUILL LLP | ATTN: SHANNON E HOFF | 704-342-5264 |
| PRYOR CASHMAN LLP | ATTN: RONALD S BEACHER ESQ | 212-515-6959 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN: S KIRPALANI J TECCE AND D HOLZMAN | 212-849-7100 |
| RAY QUINNEY & NEBEKER PC | ATTN: STEPHEN C TINGEY ESQ | 801-532-7543 |
| REED SMITH LLP | ATTN: KURT F GWYNNE ESQJ CORY FALGOWSKI ESQ | 302-778-7575 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQCHRISTOPHER M SAMIS ESQ | 302-651-7701 |
| RIDDELL WILLIAMS PS | ATTN: JOSEPH E SHICKICH JR ESQ | 206-389-1708 |
| ROPES & GRAY LLP | ATTN: MARK I BANEANNE H PAK | 212-596-9090 |
| ROPES & GRAY LLP | JAMES M WILTON ESQ | 617-951-7050 |
| SAUL EWING LLP | ATTN: JOYCE A KUHNS | 410-332-8964 |
| SEC | | 202-772-9317 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | 212-336-1348 |
| SECRETARY OF TREASURY | | 302-739-5635 |
| SIRLIN GALLOGLY & LESSER PC | ATTN: DANA S PLON ESQ | 215-864-9669 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E PIERCE | 302-651-3001 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP ATTN: AMOS U PRIESTER IV ESQ | 919-821-6800 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M MILLER ESQ | 302-652-8405 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | ATTN: EDMOND P O'BRIEN ESQ | 212-681-4041 |
| STEVENS & LEE PC | ATTN: MARIA APRILE SAWCZUK | 610-988-0838 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D SULLIVAN ESQ | 302-428-8195 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER | 919-541-8297 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ | 302-656-1434 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA | 212-704-2236 |
| TOGUT SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT ESQ; NEIL BERGER ESQ | 212-967-4258 |
| TRAVELERS | ATTN: ATTN: CHANTEL PINNOCK | 860-277-2158 |
| TW TELECOM INC | ATTN: LINDA BOYLE | 303-566-1010 |

| Company | Attention | Phone |
|---|---|---|
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK | 215-986-5721 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZIACTING GENERAL COUNSEL | 202-776-0080 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE | 302-573-6431 |
| US DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B SHAPIRO ESQ | 202-307-0494 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN AND MICHAEL J RIELA | 212-407-7799 |
| VEDDER PRICE PC | COUNSEL TO MIKE ZAFIROVSKI | 312-609-5005 |
| VONBRIESEN & ROPER SC | ATTN: RANDALL D CROCKER ESQ | 414-238-6532 |
| VORYS SATER SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB ESQ | 614-719-4663 |
| WERB & SULLIVAN | ATTN: DUANE D WERB ESQ | 302-652-1111 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J LIPKIN ESQJEREMY E CRYSTAL ESQ | 212-728-8111 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G LEDWIN ESQ | 914-323-7001 |
| WOLFF & SAMSON PC | ATTN: ROBERT E NIES ESQ | 973-530-2212 |
|  |  | 302-252-4330 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | STEVEN K KORTANEK ESQ; MATTHEW P WARD ESQ |  |
| YOUNG CONAWAY | ATTN: JAMES L PATTONEDWIN J HARRON | 302-571-1253 |
| HERBERT SMITH STEPHEN GALE |  | 011-44-20-7098-4878 |

| Name | Company | Fax No. |
|---|---|---|
| Kathleen A. Murphy | | |
| Mary F. Caloway | Buchanan Ingersoll & Rooney | 302-552-4295 |
| Ed Harron | | |
| John Dorsey | Young Conaway Stargatt & Taylor LLP | 302-576-3298; 302-576-3401 |
| Selinda A. Melnik | | |
| Richard Hans | | |
| Timothy Hoeffner | | 302-778-7914; 302-884-8730; 215-606-3341; |
| Farah Lisa Whitley-Sebti | DLA Piper | 212-884-8529 |
| Christopher Samis | Richards Layton & Finger P.A. | 302-498-7845 |
| Charlene D. Davis | | |
| Justin Alberto | Bayard P.A. | 302-658-6395 |
| Derrick Tay | | |
| Jennifer Stam | Gowling LaFleur Henderson LLP | 416-862-7661 |
| Jay Carfagnini | | |
| Joseph Pasquariello | Goodmans LLP | 416-979-1234 |
| Peter Ruby | | |
| Jessica Kimmel | | |
| Chris Armstrong | Goodmans LLP | 416-979-1234 |
| Murray McDonald | | |
| Brent Beekenkamp | Ernst & Young Inc. | 416-943-3300 |
| Tony DeMarinis | | |
| Scott Bomhof | | |
| Sheila Block | | |
| Andrew Gray | | |
| Adam Slavens | Torys LLP | 416-865-7380 |
| Robin B. Schwill | | |
| Sean Campbell | | |
| James Doris | | |
| Louis Sarabia | Davies Ward Phillips & Vineberg LLP | 416-863-0871 |
| Matthew P. Gottlieb | | |
| Tracy Wynne | | |
| Paul Michell | | |
| Jessica Zhi | Lax O'Sullivan Scott Lisus LLP | 416-598-3730 |
| Mark Zigler | | |
| Susan Philpott | | |
| Ari Kaplan | | 416-204-2877; 416-204-2882; 416-204-2875; |
| Barbara Walancik | Koskie Minsky | 416-204-2906 |
| Kenneth T. Rosenberg | | |
| Massimo (Max) Starnino | | |
| Lily Harmer | | |
| Karen Jones | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Tina Lie | | |
| Michelle Jackson | | |
| Jacqueline Cummins | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Barry E. Wadsworth | | |
| Lewis Gottheil | CAW-Canada | 416-495-3786 |
| Arthur O. Jacques | | |
| Thomas McRae | Shibley Righton LLP | 416-214-5413; 416-214-5400 |
| Janice B. Payne | | |
| Steven Levitt | | |
| Christopher Rootham | | |
| Ainslie Benedict | Nelligan O'Brien Payne LLP | 613-788-3655 |

| Name | Firm | Phone |
|---|---|---|
| Barbara J. Boake | | |
| James D. Gage | | |
| Elder C. Marques | | |
| Paul Steep | McCarthy Tetrault LLP | 416-686-0673 |
| Byron Shaw | | |
| Sharon Kour | | |
| Kelly Peters | McCarthy Tetrault LLP | 416-686-0673 |
| Kevin Zych | | |
| S. Richard Orzy | | |
| Gavin Finlayson | | |
| Richard Swan | | |
| Sean Zweig | | |
| Jonathan Bell; Amanda McLachlan | Bennett Jones LLP | 416-863-1716 |
| R. Shayne Kukulowicz | | |
| Michael J. Wunder | | |
| Ryan Jacobs | | |
| | Cassels Brock & Blackwell LLP | 416-863-4592 |
| Angela Pearson | | |
| Antonia Croke | Ashurst LLP | +44 (0) 20 7638 1111 |
| Michael Barrack | | |
| D.J. Miller | | |
| Rebecca Lewis | | |
| Andrea McEwan | | |
| John Finnigan | | |
| Michael Shakra | Thornton Grout Finnigan LLP | 416-304-1313 |
| Sheryl E. Seigel | McMillan LLP | 416-365-1719 |
| Edmond F. B. Lamek | | |
| James Szumski | Borden Ladner Gervais LLP | 416-361-2436; 416-682-2811 |
| Lyndon Barnes | | |
| Edward Sellers | | |
| Betsy Putnam | | |
| Adam Hirsh | | |
| Alexander Cobb | Osler Hoskin and Harcourt LLP | 416-862-6666 |
| Michael Lang | Norton Rose Fulbright LLP | 416-216-3930 |
| Angela Dimsdale Gill | | |
| John Tillman | | |
| Matthew Bullen | | |
| David Graves | | |
| Katherine Tallett-Williams | Hogan Lovells International LLP | +44 20 7296 2001 |
| Ken Coleman | | |
| Paul Keller | | |
| Daniel Guyder | | |
| Laura Hall | Allen & Overy LLP | 212-610-6399 |
| Joseph Badtke-Berkow | | |
| Jonathan Cho | | |
| Nicolette Ward | Allen & Overy LLP | 212-610-6399 |
| James Bromley | | |
| Lisa Schweitzer | | |
| Howard Zelbo | | |
| Jeffrey Rosenthal | | |
| Darryl Stein | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Marla Decker | | |
| Avi Luft | | |
| Jacqueline Moessner | | |
| Inna Rozenberg | | |
| Jodi Eirckson | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |

| Name | Firm | Phone |
|---|---|---|
| Derek Adler | | |
| Neil Oxford | | |
| Fara Tabatabai | | |
| Charles Huberty | Hughes Hubbard & Reed | 212-422-4726; 212-299-6269; 212-299-6045 |
| Thomas R. Kreller | | |
| Jennifer P. Harris | | |
| Albert A. Pisa | | |
| Samir Vora | | |
| Andrew M. LeBlanc | Milbank Tweed Hadley McCloy LLP | 213-629-5063; 212-530-5219; 202-263-7574 |
| Michael Hirschfeld | | |
| Atara Miller | | |
| Tom Matz | | |
| Nick Bassett | | 212-882-5832; |
| Gabrielle Ruha | | 212-822-5421; 212-822-5885; 202-263-7546; |
| Rachel Pojunas | Milbank Tweed Hadley McCloy LLP | 212-822-5155; 202-263-7551 |
| Fred S. Hodara | | |
| David H. Botter | | |
| Abid Qureshi | | |
| Robert A. Johnson | | |
| Brad M. Kahn | | |
| Christine Doniak | | |
| Joeph Sorkin; Jacqueline Yecies | Akin Gump Strauss Hauer & Feld LLP | 212-872-1002 |
| Brian O'Connor | | |
| Sameer Advani | | |
| Andrew Hanrahan | Willkie Farr & Gallagher LLP | 212-728-9251; 212-728-9587; 212-728-9170 |
| Michael J. Riela | Vedder Price | 212-407-7799 |
| Craig A. Barbarosh | | |
| David A. Crichlow | | |
| Karen B. Dine | Katten Muchin Rosenman LLP | 212-940-8776 |
| Daniel A. Lowenthal | Patterson Belknap Webb & Tyler LLP | 212-336-1253 |
| James Norris-Jones | Herbert Smith Freehills LLP | 44 20 7098 4874 |
| John Salmas; Kenneth Kraft | Dentons Canada LLP | 416-863-4592 |