**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period
From November 1, 2013 through January 31, 2014, unless otherwise specified**

**Hearing: June 10, 2014 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Notice Of Twentieth Interim Fee Application Request (D.I. 13058, Filed 2/26/14).

1. Fifty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2013 Through November 30, 2013 (D.I. 12906, Filed 1/29/14);

2. Certification Of No Objection Regarding Fifty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2013 Through November 30, 2013 [Docket No. 12906] (No Order Required) (D.I. 13019, Filed 2/20/14);

3. Fifty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2013 Through December 31, 2013 (D.I. 13052, Filed 2/26/14);

4. Certification Of No Objection Regarding Fifty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2013 Through December 31, 2013 [Docket No. 13052] (No Order Required) (D.I. 13200, Filed 3/20/14);

5. Sixtieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2014 Through January 31, 2014 (D.I. 13057, Filed 2/26/14);

6. Certification Of No Objection Regarding Sixtieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of

        Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2014 Through January 31, 2014 [Docket No. 13057] (No Order Required) (D.I. 13203, Filed 3/20/14); and

    7.    Fee Examiner's Final Report Regarding Twentieth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP (D.I. 13669, Filed 5/28/14).

Alvarez & Marsal Healthcare Industry Group, LLC ("Alvarez")

B.    Final and Twenty Third Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI") *et al*, And Its Affiliated Debtors, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Twenty Third Monthly Fee Application Period: August 1, 2013 Through August 31, 2013; And For The Final Period From September 8, 2011 Through August 31, 2013 (D.I. 12899, Filed 1/28/14).

    1.    Certificate Of No Objection Regarding Final and Twenty Third Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI") *et al*, And Its Affiliated Debtors, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Twenty Third Monthly Fee Application Period: August 1, 2013 Through August 31, 2013; And For The Final Period From September 8, 2011 Through August 31, 2013 (D.I. 13164, Filed 3/14/14); and

    2.    Fee Examiner's Final Report Regarding Final And Twenty-Third Monthly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC (D.I. 13680, Filed 5/29/14).

Ashurst LLP

C.    Notice Of Twentieth Interim Fee Application Request (D.I. 13029, Filed 2/21/14).

    1.    Fifty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2013 Through November 30, 2013 (D.I. 12695, Filed 12/20/13);

    2.    Certification Of No Objection Regarding Fifty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of

        Expenses For Services Rendered During The Period From November 1, 2013 Through November 30, 2013 [Docket No. 12695] (No Order Required) (D.I. 12835, Filed 1/14/14);

    3.    Fifty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2013 Through December 31, 2013 (D.I. 12893, Filed 1/27/14);

    4.    Certification Of No Objection Regarding Fifty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2013 Through December 31, 2013 [Docket No. 12893] (No Order Required) (D.I. 13018, Filed 2/20/14);

    5.    Sixtieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2014 Through January 31, 2014 (D.I. 13020, Filed 2/20/14);

    6.    Certification Of No Objection Regarding Sixtieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2014 Through January 31, 2014 [Docket No. 13020] (No Order Required) (D.I. 13176, Filed 3/17/14); and

    7.    Fee Examiner's Final Report Regarding Twentieth Interim Fee Application of Ashurst LLP (D.I. 13398, Filed 4/24/14).

<u>Capstone Advisory Group, LLC</u>

D.    Notice Of Twentieth Interim Fee Application Request (D.I. 13084, Filed 2/28/14).

    1.    Fifty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2013 Through November 30, 2013 (D.I. 12969, Filed 2/14/14);

    2.    Certification Of No Objection Regarding Fifty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From

November 1, 2013 Through November 30, 2013 [Docket No. 12969] (No Order Required) (D.I. 13135, Filed 3/10/14);

3. Fifty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2013 Through December 31, 2013 (D.I. 13054, Filed 2/26/14);

4. Certification of No Objection Regarding Fifty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2013 Through December 31, 2013 [Docket No. 13054] (No Order Required) (D.I. 13201, Filed 3/20/14);

5. Sixtieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2014 Through January 31, 2014 (D.I. 13082, Filed 2/28/14);

6. Certification of No Objection Regarding Sixtieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2014 Through January 31, 2014 [Docket No. 13082] (No Order Required) (D.I. 13224, Filed 3/24/14); and

7. Fee Examiner's Final Report Regarding Twentieth Interim Fee Application of Capstone Advisory Group, LLC (D.I. 13394, Filed 4/23/14).

Chilmark Partners LLC

E. Sixteenth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period November 1, 2013 Through January 31, 2014 (D.I. 13066, Filed 2/27/14 ).

1. Forty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2013 Through November 30, 2013 (D.I. 13026, Filed 2/21/14);

2. Certificate of No Objection Regarding Forty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession,

          For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2013 Through November 30, 2013 (D.I. 13173, Filed 3/17/14);

3.    Forty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2013 Through December 31, 2013 (D.I. 13027, Filed 2/21/14);

4.    Certificate of No Objection Regarding Forty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2013 Through December 31, 2013 (D.I. 13174, Filed 3/17/14);

5.    Forty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2014 Through January 31, 2014 (D.I. 13028, Filed 2/21/14);

6.    Certificate of No Objection Regarding Forty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2014 Through January 31, 2014 (D.I. 13175, Filed 3/17/14); and

7.    Fee Examiner's Final Report Regarding Sixteenth Quarterly Fee Application of Chilmark Partners, LLC (D.I. 13219, Filed 3/24/14).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F.    Twentieth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period November 1, 2013 Through January 31, 2014 (D.I. 13074, Filed 2/28/14).

1.    Fifty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 12794, Filed 1/8/14);

2.    Certificate Of No Objection Regarding Fifty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

        Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 12910, Filed 1/30/14);

3. Sixtieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 12934, Filed 1/31/14);

4. Certificate Of No Objection Regarding Sixtieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 13035, Filed 2/24/14);

5. Sixty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13067, Filed 2/27/14);

6. Certificate Of No Objection Regarding Sixty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13232, Filed 3/26/14); and

7. Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 13429, Filed 4/30/14).

<u>Crowell & Moring LLP</u>

G. Twentieth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2013 Through January 31, 2014 (D.I. 13017, Filed 2/20/14).

1. Fifty-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through January 31, 2014 (D.I. 13016, Filed 2/20/14);

2. Certificate Of No Objection Regarding Fifty-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through January 31, 2014 (D.I. 13161, Filed 3/14/14); and

    3.    Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of Crowell & Moring LLP (D.I. 13391, Filed 4/23/14).

Dentons Canada LLP f/k/a Fraser Milner Casgrain LLP

H.    Twentieth Interim Fee Application Request Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period November 1, 2013 Through January 31, 2014 (D.I. 13083, Filed 2/28/14).

    1.    Fifty-Eighth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2013 Through November 30, 2013 (D.I. 12937, Filed 2/3/14);

    2.    Certificate Of No Objection Regarding Fifty-Eighth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2013 Through November 30, 2013 [Docket No. 12937] (No Order Required) (D.I. 13059, Filed 2/26/14);

    3.    Fifty-Ninth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2013 Through December 31, 2013 (D.I. 13047, Filed 2/25/14);

    4.    Certificate Of No Objection Regarding Fifty-Ninth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2013 Through December 31, 2013 [Docket No. 13047] (No Order Required) (D.I. 13199, Filed 3/20/14);

    5.    Sixtieth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2014 Through January 31, 2014 (D.I. 13068, Filed 2/27/14);

    6.    Certificate Of No Objection Regarding Sixtieth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For

Services Rendered During The Period From January 1, 2014 Through January 31, 2014 [Docket No. 13068] (No Order Required) (D.I. 13222, Filed 3/24/14); and

7. Fee Examiner's Final Report Regarding Twentieth Interim Fee Application of Dentons Canada LLP (D.I. 13389, Filed 4/23/14).

Ernst & Young LLP

I. Twentieth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of November 1, 2013 Through January 31, 2014 (D.I. 13077, Filed 2/28/14).

1. Twenty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2013 Through January 31, 2014 (D.I. 13039, Filed 2/25/14);

2. Certificate Of No Objection Regarding Twenty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2013 Through January 31, 2014 (D.I. 13189, Filed 3/19/14);

3. Twenty-Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of January 1, 2014 Through January 31, 2014 (D.I. 13062, Filed 2/27/14);

4. Certificate Of No Objection Regarding Twenty-Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of January 1, 2014 Through January 31, 2014 (D.I. 13210, Filed 3/21/14); and

5. Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of Ernst & Young LLP (D.I. 13387, Filed 4/23/14).

Huron Consulting Group

J. Twentieth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period November 1, 2013 Through January 31, 2014 (D.I. 13051, Filed 2/26/14).

1. Fifty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 12700, Filed 12/23/13);

2. Certificate Of No Objection Regarding Fifty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 12838, Filed 1/15/14);

3. Fifty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 12848, Filed 1/17/14);

4. Certificate Of No Objection Regarding Fifty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 12958, Filed 2/10/14);

5. Sixtieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 12963, Filed 2/12/14);

6. Certificate Of No Objection Regarding Sixtieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13109, Filed 3/6/14); and

7. Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of Huron Consulting Group (D.I. 13392, Filed 4/23/14).

John Ray

K. Seventeenth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period November 1, 2013 Through January 31, 2014 (D.I. 13041, Filed 2/25/14).

1. Forty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through December 31, 2013 (D.I. 12783, Filed 1/7/14);

2. Certificate Of No Objection Regarding Forty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through December 31, 2013 (D.I. 13036, Filed 2/24/14);

3. Forty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 12975, Filed 2/19/14);

4. Certificate of No Objection Regarding Forty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13154, Filed 3/13/14); and

5. Fee Examiner's Final Report Regarding Seventeenth Quarterly Fee Application of John Ray (D.I. 13218, Filed 3/24/14).

Linklaters LLP

L. Sixteenth Quarterly Fee Application Request Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2013 Through January 31, 2014 (D.I. 13073, Filed 2/28/14).

1. Seventeenth Monthly Application Of Linklaters LLP, As U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through January 31, 2014 (D.I. 13072, Filed 2/28/14);

2. Certificate Of No Objection Regarding Seventeenth Monthly Application Of Linklaters LLP, As U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through January 31, 2014 (D.I. 13231, Filed 3/25/14); and

3. Fee Examiner's Final Report Regarding Sixteenth Quarterly Fee Application of Linklaters LLP (D.I. 13390, Filed 4/23/14).

Mercer (US) Inc.

M. Twentieth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors, For The Period Of November 1, 2013 Through January 31, 2014 (D.I. 13079, Filed 2/28/14).

1. Twentieth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of November 1, 2013 Through January 31, 2014 (D.I. 13078, Filed 2/28/14);

2. Certificate Of No Objection Regarding Docket No. 13078 (D.I. 13622, Filed 5/22/14); and

3. Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of Mercer (US) Inc. (D.I. 13388, Filed 4/23/14).

Morris, Nichols, Arsht & Tunnell LLP

N. Twentieth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2013 Through January 31, 2014 (D.I. 12960, Filed 2/11/14).

1. Fifty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 12651, Filed 12/19/13);

2. Certificate of No Objection Regarding Fifty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 12808, Filed 1/10/14);

3. Sixtieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 12842, Filed 1/16/14);

4. Certificate Of No Objection Regarding Sixtieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 12956, Filed 2/7/14);

5. Sixty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

        Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 12959, Filed 2/11/14);

6. Certificate Of No Objection Regarding Sixty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13108, Filed 3/6/14); and

7. Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 13424, Filed 4/29/14).

Punter Southall, LLC

O. Nineteenth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2013 Through January 31, 2014 (D.I. 13056, Filed 2/26/14).

1. Twenty-First Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2013 Through January 31, 2014 (D.I. 13053, Filed 2/26/14);

2. Certificate Of No Objection Regarding Twenty-First Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2013 Through January 31, 2014 (D.I. 13198, Filed 3/20/14); and

3. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Punter Southall LLC (D.I. 13217, Filed 3/24/14).

Richards, Layton & Finger, PA

P. Twentieth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2013 Through January 31, 2014 (D.I. 13085, Filed 2/28/14).

1. Fifty-Eighth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2013 Through November 30, 2013 (D.I. 12638, Filed 12/18/13);

2. Certification Of No Objection Fifty-Eighth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2013 Through November 30, 2013 [Docket No. 12638] (No Order Required) (D.I. 12805, Filed 1/9/14);

3. Fifty-Ninth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2013 Through December 31, 2013 (D.I. 12907, Filed 1/30/14);

4. Certification Of No Objection Regarding Fifty-Ninth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2013 Through December 31, 2013 [Docket No. 12907] (No Order Required) (D.I. 13030, Filed 2/21/14);

5. Sixtieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2014 Through January 31, 2014 (D.I. 13055, Filed 2/26/14);

6. Certification Of No Objection Regarding Fift Sixtieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2014 Through January 31, 2014 [Docket No. 13055] (No Order Required) (D.I.13202, Filed 3/20/14); and

7. Fee Examiner's Final Report Regarding Twentieth Interim Fee Application of Richards, Layton & Finger, P.A. (D.I. 13393, Filed 4/23/14).

<u>RLKS Executive Solutions, LLC</u>

Q. Fifteenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period November 1, 2013 Through January 31, 2014 (D.I. 13065, Filed 2/27/14).

1. Thirty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 13042, Filed 2/25/14);

2. Certificate Of No Objection Regarding Thirty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 13190, Filed 3/19/14);

3. Fortieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 13043, Filed 2/25/14);

4. Certificate Of No Objection Regarding Fortieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 13191, Filed 3/19/14);

5. Forty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13044, Filed 2/25/14);

6. Certificate Of No Objection Regarding Forty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13192, Filed 3/19/14); and

7. Fee Examiner's Final Report Regarding Fifteenth Quarterly Fee Application of RLKS Executive Solutions LLC (D.I. 13216, Filed 3/24/14).

<u>Torys LLP</u>

R. Thirteenth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period November 1, 2013 Through January 31, 2014 (D.I. 13045, Filed 2/25/14).

1. Thirty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 12849, Filed 1/21/14);

2. Certificate Of No Objection Regarding Thirty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2013 Through November 30, 2013 (D.I. 12968, Filed 2/14/14);

3. Thirty Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And

       For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 12902, Filed 1/29/14);

4. Certificate Of No Objection Regarding Thirty Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2013 Through December 31, 2013 (D.I. 13021, Filed 2/20/14);

5. Thirty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13040, Filed 2/25/14);

6. Certificate Of No Objection Regarding Thirty Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2014 Through January 31, 2014 (D.I. 13188, Filed 3/19/14); and

7. Fee Examiner's Final Report Regarding Thirteenth Quarterly Fee Application of Torys LLP (D.I. 13399, Filed 4/24/14).