# EXHIBIT A

**Debtors' Twenty-First Ordinary Course Professional Quarterly Statement for January 1, 2014 – March 31, 2014**

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $2,116.00 | $0.00 | $0.00 | $0.00 | $782.00 | $0.00 | $0.00 | $0.00 | **$2,898.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $1,690.00 | $0.00 | $195.00 | $0.00 | $0.00 | $0.0 | $0.00 | $0.00 | **$1,885.00** |