**EXHIBIT A**

Master Sidlow & Associates, P.A.
Attn: Judith Scarborough
2002 West 14th Street
Wilmington, DE 19806

Nortel Networks Inc.
Attn: Accounts Payable
P.O Box 13010
RTP
Durham, NC 27709