**EXHIBIT B**

| Name | Contact | Fax |
|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S HODARA ESQ; RYAN C JACOBS ESQ | 212-872-1002 |
| OFFICE OF THE US TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQCHRISTOPHER M SAMIS ESQ | 302-651-7701 |