# EXHIBIT B

```
TIME: 14:48:58                                          NORTEL NETWORKS INC.                                          PAGE:   1
DATE: 06/11/14                                            CREDITOR LISTING

Name                                    Address
GERALD, WILLIAM                         4144 BREWSTER DR RALEIGH NC 27606
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: GERALD, WILLIAM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: LEBLANC, KENNETH J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: RIGHT MANAGEMENT INC. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: VINAIXA, TANIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
LEBLANC, KENNETH J.                     5215 CANAL CIR W LAKE WORTH FL 33467
RIGHT MANAGEMENT INC.                   HENRY JAFFE, ESQ. PEPPER HAMILTON LLP HERCULES PLAZA, STE 5100 WILMINGTON DE 19899-1709
VINAIXA, TANIA                          16345 SW 9TH ST PEMBROKE PNES FL 33027

                               Total Number of Records Printed       8
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006