IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket No. 12899 |

**ORDER GRANTING FINAL AND
TWENTY THIRD MONTHLY APPLICATION OF
ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC
("A&M"), AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF
LONG TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC.
("NNI"), et al, AND ITS AFFILIATED DEBTORS, FOR ALLOWANCE
OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL
AND NECESSARY EXPENSES INCURRED FOR THE TWENTY THIRD
MONTHLY FEE APPLICATION PERIOD: AUGUST 1, 2013 THROUGH
AUGUST 31, 2013; AND FOR THE FINAL PERIOD FROM
SEPTEMBER 8, 2011 THROUGH AUGUST 31, 2013**

AND NOW, this 16th day of June, 2014, having considered the Final and Twenty Third Monthly Application of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), as Financial Advisor to the Official Committee of Retired Employees and the Official Committee of Long Term Disability Participants of Nortel Networks Inc. ("NNI"), et al, and its Affiliated Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for The Twenty Third

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Monthly Fee Application Period: August 1, 2013 through August 31, 2013; and for the Final Period from September 8, 2011 through August 31, 2013 (the "Final Fee Application") (Docket No. 12899) filed on January 28, 2014; and

The Court having reviewed all pleadings and papers filed with respect to the Final Fee Application, and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) the Final Fee Application was duly served on all parties entitled to notice, and that such notice was proper and adequate under the circumstances; and (d) the Final Fee Application should be approved; and upon due deliberation, and for good cause shown, it is:

ORDERED, as follows:

1. The Final Fee Application is GRANTED.

2. A&M is awarded reasonable compensation for services rendered during the Twenty Third Fee Application Period in the amount of $10,300.40. A&M is awarded reimbursement of actual and necessary expenses incurred during the Twenty Third Fee Application Period in the allowed amount of $ expenses in the amount of $(45.74)[2].

3. A&M is awarded, on a final basis, reasonable compensation for services rendered during the Final Application Period in the allowed amount of $3,920,880.40. A&M is awarded, on a final basis, reimbursement of actual and necessary expenses incurred during the Final Application Period in the allowed amount of $29,563.72.

---

[2] Reflects an adjustment for an error made in A&M's Eleventh Fee Application, Docket No. 8446, the expenses requested were overstated by $75.00.

4. The Debtors are authorized and directed to pay A&M an amount equal to the allowed compensation and reimbursement set forth herein, less any amounts previously paid.

SO ORDERED.

*Kevin Gross*
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE