B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: <u>Nortel Networks Inc.</u>                                                              Case No. <u>09-10138</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Bulldog Investors General Partnership</u> | <u>CRT Special Investments LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    Attn: B. Demo
    250 Pehle, Ste 708
    Saddle Brook, NJ 07663

Court Claim # (if known): 3788
Amount of Claim: entire claim
Date Claim Filed: 09/25/2009

Joseph E Sarachek
262 Harbor Drive
Stamford, CT 06902

Phone: 201-881-7108

Phone: 203-548-8064

Last Four Digits of Acct #: _____

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Joseph E Sarachek</u>                                                      Date: <u>06/17/2014</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CRT Special Investments LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Bulldog Investors General Partnership ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Nortel Networks Inc. (the "Debtor"), the debtor in Case No. 09-10138 ("Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), represented by Claim Number 3788.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12 day of June, 2014.

CRT SPECIAL INVESTMENTS LLC

By: _____

Name: John D. Nielsen

Title: Authorized Signatory


**BULLDOG INVESTORS GENERAL PARTNERSHIP**


By: _____

Name:

Title:

9

<u>Exhibit A</u>

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CRT Special Investments LLC ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Bulldog Investors General Partnership ("<u>Assignee</u>") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Nortel Networks Inc. (the "<u>Debtor</u>"), the debtor in Case No. 09-10138 ("<u>Case</u>") pending in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), represented by Claim Number 3788.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __ day of June, 2014.

**CRT SPECIAL INVESTMENTS LLC**

By: _____

Name: John D. Nielsen

Title: Authorized Signatory


**BULLDOG INVESTORS GENERAL PARTNERSHIP**

By: _____

Name: Andrew Dakos

Title: Principal / Managing General Partner

9