SCHEDULE "A"

## NORTEL – CLAIMS FILED BY INDENTURE TRUSTEES UNDER GUARANTEED/CROSSOVER INDENTURES

| Indenture[1] | Amount of Claim[2] | Principal Debtor/ Issuer/Jurisdiction | Guarantors/Jurisdiction |
|---|---|---|---|
| Indenture dated as of July 5, 2006 (as supplemented as of July 5, 2006, May 1, 2007 and May 28, 2008) US $1B LIBOR + 4.25% due 2011; US $550M 10.125% due 2013; US $1.125B 10.75% due 2016 | US $2,785,241,840.28 (principal and pre-filing interest) plus other amounts to be quantified later | Nortel Networks Limited (Canada) | Jointly and severally: Nortel Networks Corporation (Canada); and Nortel Networks Inc. (U.S.) |
| Indenture dated as of March 28, 2007 US $575M 1.75% due 2012; US $575M 2.125% due 2014 | US $1,155,508,420.14 (principal and pre-filing interest) plus other amounts to be quantified later | Nortel Networks Corporation (Canada) | Jointly and severally: Nortel Networks Limited (Canada); and Nortel Networks Inc. (U.S.) |
| Indenture dated as of February 15, 1996 US $150M 7.875% due 2026 | US $150,986,875.00 (principal and pre-filing interest) plus other amounts to be quantified later | Nortel Networks Capital Corporation (U.S.) | Nortel Networks Limited (Canada) |

---

[1] All indentures are governed by New York law. Each of the Nortel obligors are CCAA Debtors or Chaper 11 Debtors, as the case may be.
[2] All claims are unsecured. In all cases, claims in the same amount have been filed against the principal debtor and each guarantor.