# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2014 THROUGH MAY 31, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/7/2014 | Weekly employee claims call with L. Lipner and R. Eckenrod of Cleary. | 0.5 | 535 | $ 267.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/14/2014 | Weekly employee claims call with L. Lipner and R. Eckenrod of Cleary. | 0.5 | 535 | $ 267.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/28/2014 | Weekly employee claims call with L. Lipner and R. Eckenrod of Cleary. | 0.5 | 535 | $ 267.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/27/2014 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/28/2014 | Reviewed and updated quarterly fee application documents and exhibits. | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/27/2014 | Nortel - review and sign-off April monthly application | 0.4 | 725 | $ 290.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/28/2014 | Nortel - review and sign-off quarterly fee application | 0.1 | 725 | $ 72.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/1/2014 | Reviewed and updated employee claim communication documents. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/1/2014 | Reconciled employee claim documents with supporting analysis. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/2/2014 | Updated notes regarding employee claims analysis. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/2/2014 | Corresponded with A. Tsai of Epiq regarding employee claims analysis and documents. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/2/2014 | Provided updates to Epiq regarding employee claim communication documents. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2014 | Reconciled employee claim documents with Nortel analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2014 | Reconciled and updated employee claims analysis against employee communication documents. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/5/2014 | Corresponded with B. Beller of Cleary regarding comments on employee communication documents. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2014 | Updated employee claim communication documents and underlying analysis. | 2.4 | 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2014 | Reviewed employee claims objection analysis and provided comments to Cleary. | 2.5 | 535 | $ 1,337.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2014 | Corresponded with M. Cilia of RLKS regarding employee claim communication analysis. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2014 | Corresponded with A. Tsai of Epiq regarding employee claims documents. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2014 | Updated employee claims analysis based on recon with claims database | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2014 | Reconciled employee claims analyses based on revised position. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2014 | Documented employee claim communication updates for A. Tsai of Epiq. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2014 | Reconciled prior round one employee claim communication documents | 2.4 | 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2014 | Analyzed employee round one claim communication documents to prior receipts | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2014 | Reconciled prior round two employee claim communication documents | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2014 | Analyzed employee round two claim communication documents to prior receipts | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/8/2014 | Reconciled prior round three employee claim communication documents | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/9/2014 | Analyzed employee round three claim communication documents to prior receipts | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/9/2014 | Reconciled prior round four employee claim communication documents | 2.5 | 535 | $ 1,337.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/9/2014 | Analyzed employee round four claim communication documents to prior receipts | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/9/2014 | Reconciled prior round five employee claim communication documents | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2014 | Analyzed employee round five claim communication documents to prior receipts | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2014 | Reconciled draft round six employee claim communication documents and provided comments to Epiq | 2.4 | 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2014 | Corresponded with A. Tsai of Epiq regarding employee claim document comments | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2014 | Reviewed revised employee claim communication documents based on Cleary and Huron comments. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2014 | Reviewed employee claim objection analysis provided by M. Cilia of RLKS. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2014 | Updated employee claim objection analysis for A. Tsai of Epiq. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2014 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2014 | Updated employee claim omnibus objection analysis for A. Tsai of Epiq. | 2.4 | 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/16/2014 | Documented comments and notes for employee claim objections for A. Tsai of Epiq. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/16/2014 | Call with A. Tsai of Epiq regarding employee claim objections. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/16/2014 | Reconciled employee claim objection exhibit A against underlying analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2014 | Reconciled employee claim objection exhibit B against underlying analysis. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2014 | Corresponded with B. Beller of Cleary regarding omnibus objection comments. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2014 | Reviewed and updated employee claims analysis. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2014 | Corresponded with L. Lipner and R. Eckenrod of Cleary regarding employee claim objections. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2014 | Reviewed and updated employee claim objection analysis. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2014 | Analyzed employee claim objection exhibits and documented notes. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2014 | Reviewed and updated employee claims analysis per objection exhibits. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/21/2014 | Revised employee claim objection analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/21/2014 | Reconciled updated employee claim objection exhibit A against underlying analysis. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/21/2014 | Reconciled updated employee claim objection exhibit B against underlying analysis. | 2.4 | 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/22/2014 | Performed quality control review of no basis employee claim objection exhibit | 2.5 | 535 | $ 1,337.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/22/2014 | Performed quality control review of modify employee claim objection exhibit. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/22/2014 | Analyzed employee claims objection file and documented comments for A. Tsai of Epiq. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/23/2014 | Updated employee claims analysis based on claims database review. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/23/2014 | Updated employee claims analysis by inputting claims database data. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/23/2014 | Reviewed and updated comments regarding employee claim objection exhibits. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/23/2014 | Corresponded with A. Tsai of Epiq regarding employee claim communication documents. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/27/2014 | Documented comments regarding employee claim objection analysis. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/27/2014 | Investigated various employee claim issues per request from Cleary. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/27/2014 | Analyzed and updated employee claims analyses. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/28/2014 | Call with Huron managing director regarding claims status and work stream progress. | 0.3 | 535 | $ 160.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/28/2014 | Reviewed employee claim objection comments provided by Cleary | 1.8 | 535 | $ 963.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2014 THROUGH MAY 31, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/29/2014 | Updated employee claim objection analysis for A. Tsai of Epiq. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/29/2014 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2014 | Revised employee claim objection analysis. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2014 | Documented comments and notes for employee claim objections for A. Tsai of Epiq. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2014 | Analyzed employee claim objection exhibits and documented notes. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2014 | Reviewed and updated underlying employee claims analyses. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/28/2014 | Nortel - call with Huron director re status discussion re claim work stream progress upcoming omnibus filings other related matters | 0.3 | 725 | $ 217.50 |