# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD MAY 1, 2014 THROUGH MAY 31, 2014**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | - |