# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CRT SPECIAL INVESTMENTS LLC
         TRANSFEROR: DG VALUE PARTNERS II MASTER
         JOSEPH E. SARACHEK
         262 HARBOR DRIVE
         STAMFORD, CT 06902
```

Please note that your claim # 3788 in the above referenced case and in the amount of
    $127,563.70 has been transferred **(unless previously expunged by court order)** to:

```
         BULLDOG INVESTORS GENERAL PARTNERSHIP
         TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
         ATTN: B. DEMO
         250 PEHLE, SUITE 708
         SADDLE BROOK, NJ 07663
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE
                        824 NORTH MARKET STREET, 3RD FLOOR
                        WILMINGTON,DE 19801
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13861     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/25/2014                         David D. Bird, Clerk of Court

                                         /s/ Kimberly Murray
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 25, 2014.