# EXHIBIT B

PAGE:      1

TIME: 11:54:08
DATE: 06/25/14

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| BULLDOG INVESTORS GENERAL PARTNERSHIP | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: B. DEMO 250 PEHLE, SUITE 708 SADDLE BROOK NJ 07663 |
| BULLDOG INVESTORS GENERAL PARTNERSHIP | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: B. DEMO 250 PEHLE, SUITE 708 SADDLE BROOK, NJ 07663 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: DG VALUE PARTNERS II MASTER JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: DG VALUE PARTNERS, LP JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| HUNTON & WILLIAMS LLP | ATTN: LINDSAY K. BIGGS, ESQ RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HUNTON & WILLIAMS LLP ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

Total Number of Records Printed          6

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006