UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. : **Related Docket No. 13646**
-----------------------------------------------------------x

# CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SEVENTH MONTHLY AND FINAL FEE APPLICATION OF McCARTER & ENGLISH, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE TWENTY-SEVENTH MONTHLY FEE PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013 AND FOR THE FINAL FEE PERIOD FROM AUGUST 26, 2011 THROUGH NOVEMBER 30, 2013

I, William F. Taylor, Jr., of McCarter & English LLP, Delaware Counsel to The Official Committee of Retirees (the "Retiree Committee"), in the above-captioned case, hereby certify the following:

1.  On May 27, 2014, the Retiree Committee filed the *Twenty-Seventh Monthly and Final Fee Application of McCarter & English LLP, as Counsel to The Official Committee of Retirees For Allowance of Compensation and Reimbursement of Expenses for the Twenty-Seventh Monthly Fee Period From November 1, 2013 through November 30, 2013 and for the Final Fee Period From August 26, 2011 Through November 30, 2013* [Docket No. 13646] (the "Application").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 18374505v.1

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by June 17, 2014 ("Objection Deadline"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3. The Application requested allowance of fees in the amount of $2,653.00 and expenses in the amount of $30.00 for the period August 26, 2011 Through November 30, 2013 and allowance of fees in the amount of $2,284,960.60 and $66,078.86 in expenses for the period August 26, 2011 through November 30, 2013 pursuant to the 11 U.S.C. sections 105(A) and 331, Fed. R. Bankt·. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). As noted above no objections were received to the full amount of Retiree Committee fee and expense request.

Dated: June 26, 2014
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
wtaylor@mccarter.com

*Counsel to the Official Committee of Retirees*