## CERTIFICATE OF SERVICE

      I, William F. Taylor, Jr., hereby certify that June 26, 2014, I caused a true and correct copy of the foregoing *Certificate of No Objection Regarding the Twenty-Seventh Monthly and Final Fee Application of McCarter & English LLP, as Counsel to The Official Committee of Retirees For Allowance of Compensation and Reimbursement of Expenses for the Twenty-Seventh Monthly Fee Period From November 1, 2013 through November 30, 2013 and for the Final Fee Period From August 26, 2011 Through November 30, 2013* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

                                            /s/ *William F. Taylor, Jr.*
                                            William F. Taylor, Jr. (#2936)

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee Of Unsecured Creditors)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee Of Unsecured Creditors)

Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(Debtor's Counsel)

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Debtor's Counsel)

Rafael Xavier Zahralddin-Aravena
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE 19801

ME1 18374505v.1