# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JUNE 27, 2014 09:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### *Matters:*

1) Teleconference to discuss hearing dates - Monitor's - Interest Issues
   **R / M #:**   13,208 / 0

2) **ADM: 09-10164-KG**
   Teleconference
   **R / M #:**   575 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

ALLOCATIONS TRIAL 5/12/14 - 6/27/14 - HEARING HELD.
Hearing Dates Scheduled:  With Canada via Video
7/25/14 @ 9:00 am - Monitor - Interest Issues; 7/15 Opening Brief due; 7/22 Reply due;
9/22 & 9/23/14 @ 9:00 am - Oral Argument - Allocations; 8/7/14 Written Brief due; 9/10/14 Reply due;