# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

1st Revision 06/27/2014 05:17 AM

Calendar Date: 06/27/2014
Calendar Time: 09:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324450 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319361 | Baffour Abedi | (646) 699-3751 | River Birch Capital, LLC | Interested Party, Baffour Abedi / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324625 | Sameer Advani | (212) 728-3593 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324652 | Justin Alberto | (302) 429-4226 | Bayard P.A. | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6327286 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319530 | Scott Bomhof | (416) 865-7370 | Torys, LLP | Debtor, Nortel Networks Inc., et al / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6325223 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319566 | James Brennan | (212) 763-9567 | Alvarez & Marsal | Interested Party, Alvarez & Marsal / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6296279 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6325296 | James Bromley | (212) 225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6315941 | Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Interested Party, Nortel Networks UK Pension Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6326935 | Mary Caloway | 302-552-4209 | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6325705 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrators and Foreign Representatives / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248973 | Susan S. Chen | 212-231-2386 | Macquarie Capital (USA), Inc. | Creditor, Macquarie Capital (USA), Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6294228 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6326943 | Kenneth Coleman | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6283328 | Ann C. Cordo | (302) 351-9459 ext. 00 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324564 | David Crichlow | (212) 940-8941 | Katten Muchin Rosenman LLP New Yc | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6315932 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Creditor, UK Pension Trust LTD / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324559 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New Yc | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6325240 | Matthew Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Case | Type | Case # | | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6327024 Gavin Finlayson | 416-777-5762 | Bennett Jones LLP | Creditor, Canadian Counsel to the Informal Nortel Noteholders Group / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6327209 Matthew Gottlieb | (416) 598-1744 | Lax O'Sullivan Scott Lisus LLP | Administrator(s), Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6319613 Ashley B. Graham | 212-225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6328073 Andrew Gray | (416) 865-7630 | Torys, LLP | Debtor, Nortel Networks, Inc. and Parallel Canadian Proceedings / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6324537 Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6252228 Akash Gupta | (203) 897-2505 | RBS Securities, Inc. | Interested Party, Royal Bank of Scottland / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6324645 Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6326863 Lily Harmer | (416) 646-4326 | Paliare Roland & Rosenberg | Representing, Superintendent of Financial Services as Administrator / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6304788 Norman E. Haslun, III | (212) 782-1404 | Capstone Advisory Group LLC | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6325255 Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6327822 Timothy Hoeffner | (212) 335-4640 | DLA Piper US, LLP | Debtor, Nortel Network Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | 09-10138 | Hearing | 6325601 Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed, LLP | Interested Party, Hughes Hubbard & Reed, LLP / LIVE |

| Case | Type | Case # | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6325395 | Arthur Jacques | (416) 214-5213 | Shibley Righton, LLC. | Creditor, Nortel Cont. Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6325246 | Robert A. Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6325234 | Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6323343 | Peter J Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6325491 | Kenneth D Kraft | 416-863-4374 | Dentons Canada LLP | Successor/Trustee, Wilmington Trust, National Association / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6327760 | R. Shayne Kukulowicz | (416) 869-5300 | Cassels, Brock & Blackwell | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6325498 | Edmond Lamek | (416) 367-6311 | Borden Ladner Gervais LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6323658 | Andrew LeBlanc | 212-530-5000 | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6324531 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6317422 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6327017 | Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Interested Party, Selinda A. Melnik / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6328242 | D.J. Miller | 416-304-0559 | Thornton Grout Finnigan LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6323300 | Stephen Miller | (302) 888-6853 | Morris James LLP | Creditor, Law Debenture / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6326858 | Dan Mindel | (724) 321-2961 | Ernst & Young, LLP | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6313935 | Jack Mui | 203-541-4268 | Kamunting Street Capital | Interested Party, K. Street Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6326930 | Kathleen Murphy | (302) 552-4214 | Buchanan, Ingersoll & Rooney, P.C. | Creditor, Ernst & Young as Monitor / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324617 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319638 | Robert O'Connor | (212) 225-3717 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6326862 | Neil J. Oxford | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6260530 | Frank ReDavid | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319662 | Lindsey Ricchi | (212) 225-3717 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324519 | Michael J. Riela | (212) 407-7766 | Vedder Price P.C. | Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6326860 | Ken Rosenberg | (416) 646-4304 | Paliare Roland & Rosenberg | Representing, Pension Benefits Guarantee Fund / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6325325 | Jeffrey Rosenthal | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LIVE |

| Case Name | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319549 | Timothy Ross - Client | (919) 905-2721 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319593 | Inna Rozenberg | (212) 225-2972 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6260428 | Gale Rubenstein | 416-597-4148 | Goodmans, LLP | Monitor, Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319627 | Laureen Ryan | (212) 763-9568 | Alvarez & Marsal | Interested Party, Alvarez & Marsal / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6325271 | Chris Samis | 302-651-7886 | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6327140 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6326905 | Sheryl Seigel | (416) 865-7790 | McMillan LLP | Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324689 | Michael S. Shakra | (416) 304-0332 | Thornton Grout Finnigan LLP | Creditor, UK Pension Claimants / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319652 | Adam M. Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6257976 | Rebecca J. Song | (212) 235-0738 | Napier Park Global Capital | Creditor, Rebecca Song / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6327296 | Jennifer Stam | (416) 862-5697 | Gowlings Lafleur & Henderson LLP | Debtor, Canadian Debtor / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6328474 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, Kevin J. Starke / LISTEN ONLY |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6319705 | Luca Stone | 212-225-3496 | Cleary Gottlieb Steen & Hamilton LLP | Debtor, Nortel Networks Inc. / LIVE |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6327027 | Richard Swan | (416) 777-5738 | Bennett Jones LLP | Creditor, Canadian Counsel to the Informal Nortel Noteholders Group / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6327889 | Fara Tabatabai | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324681 | Katherine Tallett-Williams | (212) 918-3000 | Hogan Lovells US LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324643 | Barry Wadsworth | 416-495-6564 | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6324521 | Barbara Walancik | (416) 542-6288 | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6279651 | Wei Wang | (617) 488-1647 | Regiment Capital Advisors | Creditor, Regiment Capital Advisors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6326854 | John Whiteoak | (302) 571-6710 | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6322065 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Cassels Brock & Blackwell LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6327151 | Howard Zelbo | (202) 974-1546 | Cleary Gottlieb Steen & Hamilton LLP | Debtor, Nortel Networks Inc. / LIVE |