# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 24, 2014 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | N/A | | |

### *Matters:*

1)  TRIAL - ALLOCATION
    **R / M #:**   13,208 /  0

2)  **ADM: 09-10164-KG**
    ALLOCATION TRIAL
    **R / M #:**   575 /  0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

TRIAL - HEARING HELD. AGENDA ITEMS:
 1 witness; Trial ended;

Parties will  have a teleconference on Friday 6/27/14 @ 9:30 am - RE: Possible dates in July  (7/11/14 @ 9:00 am) for  - Monitor's request memorandum of 6/19/14 - Interest Issues or other available dates;

They will also be discussing dates for Closing argument - looking at September dates for Post Trial Argument;