## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------X
                                              :
In re                                         :
                                              :
Nortel Networks Inc., et al.,[1]              :
                              Debtors.        :
                                              :
                                              :
                                              :
                                              :
                                              :
                                              :
--------------------------------------------------------X
```

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. 75, 345, 552, 1564, 1731, 3210, 4217, 4323, 4912; 6110; 6267; 6359; 6640; 6755; 6889; 7092; 7186; 7369; 7580; 7797; 7928; 9507; 11768**

**SUPPLEMENTAL DECLARATION OF DEREK C. ABBOTT IN FURTHER
SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016,
AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING RETENTION
AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS
DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS,
*NUNC PRO TUNC* TO THE PETITION DATE**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

1.    I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris
Nichols"),[2] which maintains an office for the practice of law at 1201 N. Market Street, Suite 1800,
Wilmington, Delaware 19899.  I am an attorney at law, duly admitted and in good standing to
practice in the State of Delaware, as well as the United States District Court for the District of
Delaware.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769),
Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel
Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286),
Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information
for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]    All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      I submit this declaration to supplement my declaration dated January 19, 2009 (the "Initial Declaration"), attached as Exhibit A to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 75] (the "Application"), filed on January 19, 2009.  By order entered February 4, 2009, the Court approved the Application [D.I. 220].

3.      Morris Nichols currently represents McKinsey & Company, Inc. and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases.  McKinsey & Company, Inc. and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

4.      Morris Nichols currently represents Cognizant Technology Solutions Corporation and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases.  Cognizant Technology Solutions Corporation and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

5.      Morris Nichols currently represents CA, Inc. and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases.  CA, Inc. and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

6.      Morris Nichols currently represents Fortress Investment Group and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases.  Fortress Investment Group and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

7.      Morris Nichols currently represents Federal Express and/or certain of its

affiliates or related entities thereof, in matters unrelated to these cases.  Federal Express and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

8.     Morris Nichols currently represents Constellation Energy Partners LLC and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. Constellation Energy Partners LLC and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

9.     Morris Nichols currently represents Deutsche Telekom and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases.  Deutsche Telekom and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

10.     Morris Nichols currently represents Verizon Communications Inc. and/or certain of its affiliates or related entities thereof in an intellectual property matter unrelated to these cases.  Verizon Communications Inc. and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.  With respect to the intellectual property matter, a waiver of any conflict is in place to the extent necessary.

11.     Morris Nichols currently represents Monarch Capital Partners III LP and/or certain of its affiliates or related entities thereof in a commercial matter unrelated to these cases.  Monarch Capital Partners III LP and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.  With respect to the commercial matter, a waiver of any conflict is in place to the extent necessary.

12.     Morris Nichols currently represents Caesars Entertainment and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases.    Caesars

Entertainment and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

13.    Morris Nichols currently represents Interactive Communications International d/b/a Incomm and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases.  Interactive Communications International d/b/a Incomm and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

14.    Morris Nichols currently represents Cincinnati Bell and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases.  Cincinnati Bell and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

15.    Morris Nichols currently represents The Charles Schwab Corporation and Charles Schwab & Co., Inc. and/or certain of their affiliates or related entities thereof, in matters unrelated to these cases.  Charles Schwab & Co., Inc. and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of June, 2014    _____

Derek C. Abbott

4