**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim (S)**

VAT Invoice Date: **26 June 2014**        Our Ref: **GDB/CCN01.00001**              Invoice No.: **369988**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 24,357.50 |
| For the period to 31 May 2014. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 29.40 |
| | 0.00 | | 24,386.90 |
| | | VAT | 0.00 |
| | | Total | 24,386.90 |
| | | **Balance Due** | **24,386.90** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 369988 when settling this invoice
**Payment Terms:** 21 days

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and
regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is
open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is
used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the
places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2014

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner | Angela Pearson | 1.30 | 962.00 | (C0019) |
| | | 1.30 | 962.00 | |
| Partner | Marcus Fink | 8.60 | 6,106.00 | (C0019) |
| | | 8.60 | 6,106.00 | |
| Senior Associate | Antonia Croke | 0.10 | 58.00 | (C0002) |
| | | 0.50 | 290.00 | (C0003) |
| | | 3.50 | 2,030.00 | (C0007) |
| | | 6.40 | 3,712.00 | (C0019) |
| | | 8.00 | 4,640.00 | (C0029) |
| | | 18.50 | 10,730.00 | |
| Senior Associate | Andy Wright | 1.40 | 742.00 | (C0019) |
| | | 1.40 | 742.00 | |
| Associate | Lindsey Roberts | 1.50 | 682.50 | (C0007) |
| | | 1.50 | 682.50 | |
| Associate | Sophie Law | 3.90 | 1,521.00 | (C0003) |
| | | 1.00 | 390.00 | (C0007) |
| | | 5.30 | 2,067.00 | (C0019) |
| | | 0.30 | 117.00 | (C0029) |
| | | 10.50 | 4,095.00 | |
| Trainee | Kenneth Damien | 5.20 | 1,040.00 | (C0019) |
| | | 5.20 | 1,040.00 | |
| | TOTAL | 47.00 | 24,357.50 | |



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2014
Prebill Number:902141

**Matter: CCN01.00001 – BANKRUPTCY**

**C0002**       **General Case Administration**

| | | Time (Decimal) | Standard Rate (GBP /hour) | |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.10 | 580.00 | 58.00 |
| | | | Total | **58.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/05/2014 | Antonia Croke | LETT | Review email from Riela, Michael J. Re: Nortel - New email address for BNY Mellon counsel | 0.10 | 580.00 | 58.00 |
| | | | | | | 58.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0003**</u>     <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

| | | Time (Decimal) | Standard Rate (GBP /hour) | |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.50 | 580.00 | 290.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 3.90 | 390.00 | 1,521.00 |
| | | | Total | **1,811.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 13/05/2014 | Sophie Law | LETT | Email M Fagen re April fee apps | 0.10 | 390.00 | 39.00 |
| 13/05/2014 | Sophie Law | LETT | Email from B Kahn re April fee/expenses estimate; email to costs re same; response to B Kahn re same | 0.30 | 390.00 | 117.00 |
| 19/05/2014 | Antonia Croke | LETT | Emails re Ashurst fee payment | 0.10 | 580.00 | 58.00 |
| 19/05/2014 | Sophie Law | LETT | Review April bill for fee application, amends to same, to costs for processing | 0.50 | 390.00 | 195.00 |
| 19/05/2014 | Sophie Law | LETT | Queries from cashiers re payment received, check previous fee notes / fee examiners' reports re same; email to Akin Gump re same | 0.50 | 390.00 | 195.00 |
| 19/05/2014 | Sophie Law | LETT | Email in Matt F at Akin re fees | 0.10 | 390.00 | 39.00 |
| 20/05/2014 | Antonia Croke | LETT | Review emails re Ashurst Nortel fees | 0.10 | 580.00 | 58.00 |
| 21/05/2014 | Antonia Croke | LETT | Emails re Ashurst fees | 0.10 | 580.00 | 58.00 |
| 21/05/2014 | Sophie Law | LETT | Prepare April and interim fee apps | 1.40 | 390.00 | 546.00 |
| 21/05/2014 | Sophie Law | LETT | Prepare interim fee app | 0.40 | 390.00 | 156.00 |
| 22/05/2014 | Antonia Croke | LETT | Emails re Ashurst fee app | 0.10 | 580.00 | 58.00 |
| 22/05/2014 | Sophie Law | LETT | Finalise and send April fee app | 0.40 | 390.00 | 156.00 |
| 23/05/2014 | Antonia Croke | LETT | Emails Re: Nortel – Ashurst Monthly Fee Application (April) | 0.10 | 580.00 | 58.00 |
| 23/05/2014 | Sophie Law | LETT | Finalise interim application, send to Akin for filing | 0.20 | 390.00 | 78.00 |
| | | | | | | 1,811.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0007    Creditors Committee Meetings

| | | Time (Decimal) | Standard Rate (GBP /hour) | |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.50 | 580.00 | 2,030.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.50 | 455.00 | 682.50 |
| SLAW | Sophie Law | 1.00 | 390.00 | 390.00 |
| | | | Total | 3,102.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2014 | Antonia Croke | LETT | Emails M Fagen, LROBER and SLAW re UCC call | 0.30 | 580.00 | 174.00 |
| 01/05/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 01/05/2014 | Lindsey Roberts | PHON | UCC Weekly call | 0.50 | 455.00 | 227.50 |
| 08/05/2014 | Antonia Croke | LETT | Emails LROBER and SLAW re UCC calls | 0.10 | 580.00 | 58.00 |
| 08/05/2014 | Antonia Croke | LETT | Emails SLAW re UCC call | 0.10 | 580.00 | 58.00 |
| 08/05/2014 | Sophie Law | LETT | Emails ACROKE and LROBER re UCC calls this and next week | 0.20 | 390.00 | 78.00 |
| 09/05/2014 | Antonia Croke | ATTD | Attend UCC Call | 0.70 | 580.00 | 406.00 |
| 13/05/2014 | Antonia Croke | LETT | Emails SLAW and LROBER re UCC call | 0.10 | 580.00 | 58.00 |
| 13/05/2014 | Antonia Croke | LETT | Review emails re UCC call | 0.40 | 580.00 | 232.00 |
| 13/05/2014 | Lindsey Roberts | PHON | UCC call | 1.00 | 455.00 | 455.00 |
| 13/05/2014 | Sophie Law | LETT | Emails from Akin Gump re re-scheduled UCC call | 0.20 | 390.00 | 78.00 |
| 15/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - Cancellation of 6 pm Committee Call | 0.10 | 580.00 | 58.00 |
| 20/05/2014 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 580.00 | 58.00 |
| 20/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Request to Schedule Committee Call for Thursday | 0.10 | 580.00 | 58.00 |
| 21/05/2014 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 580.00 | 58.00 |
| 22/05/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 22/05/2014 | Antonia Croke | ATTD | Attend UCC call | 1.10 | 580.00 | 638.00 |
| 28/05/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 29/05/2014 | Sophie Law | PHON | Attend UCC call | 0.60 | 390.00 | 234.00 |

|  |  |  |  |  |  | 3,102.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0019**     **Labor Issues/Employee Benefits**

| | | Time (Decimal) | Standard Rate (GBP /hour) | |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.30 | 740.00 | 962.00 |
| MDF | Marcus Fink | 8.60 | 710.00 | 6,106.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.40 | 580.00 | 3,712.00 |
| ACW | Andy Wright | 1.40 | 530.00 | 742.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 5.30 | 390.00 | 2,067.00 |
| **Trainee** | | | | |
| KDAMIE | Kenneth Damien | 5.20 | 200.00 | 1,040.00 |
| | | | Total | **14,629.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 23/05/2014 | Antonia Croke | LETT | Emails Akin RE: US/UK pension claims | 0.10 | 580.00 | 58.00 |
| 23/05/2014 | Andy Wright | LETT | Email to Brad Kahn re. position of UK pensioners in allocation | 0.60 | 530.00 | 318.00 |
| 23/05/2014 | Angela Pearson | INTD | Discussion with ACW | 0.30 | 740.00 | 222.00 |
| 23/05/2014 | Angela Pearson | LETT | Email to Brad Kahnat Akin re EMEA pension query | 0.20 | 740.00 | 148.00 |
| 23/05/2014 | Sophie Law | LETT | Email in B Kahn re UK pension issues; intd LROBER re same | 0.10 | 390.00 | 39.00 |
| 26/05/2014 | Antonia Croke | LETT | Review summary of UK pension claims issues for Akin | 0.30 | 580.00 | 174.00 |
| 26/05/2014 | Andy Wright | LETT | Finalising email to Brad Kahn re. position of UK Plan beneficiaries as a result of allocation; further query about application of funds held by UK plan above PPF compensation levels | 0.30 | 530.00 | 159.00 |
| 26/05/2014 | Angela Pearson | INTD | Email to ACW re: pensions query from Akin | 0.20 | 740.00 | 148.00 |
| 27/05/2014 | Antonia Croke | LETT | Emails RE: Nortel -- UKP Claims & Expert Cross Examination | 0.30 | 580.00 | 174.00 |
| 27/05/2014 | Marcus Fink | LETT | Looking into query from AKIN re whether the UKP can assert claims against the EMEA entities and whether the UKP can recover more than 100 cents on the dollar. Determining whether a document exists demonstrating claims made vs the EMEA entities. Liaising with S Law re the same | 4.40 | 710.00 | 3,124.00 |
| 27/05/2014 | Sophie Law | LETT | Emails Andy Wright to Akin re PPF | 0.20 | 390.00 | 78.00 |
| 27/05/2014 | Sophie Law | LETT | Ashurst internal emails re PPF query from Akin Gump; locate pension trustee proofs of claim and send to MFINK | 0.40 | 390.00 | 156.00 |
| 27/05/2014 | Sophie Law | MISC | Assist MFINK with Akin PPF query | 1.70 | 390.00 | 663.00 |
| 28/05/2014 | Antonia Croke | LETT | Review emails re demonstratives, experts and openings | 0.20 | 580.00 | 116.00 |
| 28/05/2014 | Antonia Croke | LETT | Confer AMP re UKP cross-exam issues | 0.30 | 580.00 | 174.00 |
| 28/05/2014 | Antonia Croke | INTD | Confer SLAW re response to Akin on UKP issues | 0.30 | 580.00 | 174.00 |
| 28/05/2014 | Antonia Croke | DRFT | Review Expert report; DP findings; JA reports and insolvency law points; draft response to Akin re issues for UKP cross-exam | 2.50 | 580.00 | 1,450.00 |
| 28/05/2014 | Antonia Croke | LETT | Emails AMP/SLAW re UKP cross-exam issues | 0.40 | 580.00 | 232.00 |
| 28/05/2014 | Antonia Croke | LETT | Emails Nicholas P Stabile Re: RE: Nortel -- UKP Claims & Expert Cross Examination | 0.10 | 580.00 | 58.00 |
| 28/05/2014 | Antonia Croke | LETT | Emails Nicholas P Stabile Re: Export Report (UKP query) | 0.20 | 580.00 | 116.00 |
| 28/05/2014 | Angela Pearson | READ | Review email re: cross-examination query/discussion with ACROKE/email to M Fink | 0.40 | 740.00 | 296.00 |
| 28/05/2014 | Angela Pearson | READ | Review email re: cross-examination query/PPF | 0.20 | 740.00 | 148.00 |
| 28/05/2014 | Marcus Fink | LETT | Continue research re status of UKP claims vs EMEA entities and draft email relating to tPR EMEA claims explaining position of UKP in relaiton to such claims. Review and respond to emails from AYP and ACROKE re the same | 2.10 | 710.00 | 1,491.00 |
| 28/05/2014 | Sophie Law | MISC | Emails ACROKE to Akin Gump re pensions issue, EMEA claims | 0.20 | 390.00 | 78.00 |
| 28/05/2014 | Sophie Law | PHON | Intd ACROKE re Akin's query re pension party claims | 0.30 | 390.00 | 117.00 |

| Date | Name | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 28/05/2014 | Sophie Law | MISC | Assist ACROKE re Akin pensions query | 1.60 | 390.00 | 624.00 |
| 29/05/2014 | Antonia Croke | LETT | Emails Ashurst/Akin re EMEA FSDs | 0.40 | 580.00 | 232.00 |
| 29/05/2014 | Antonia Croke | LETT | Emails Akin re UKP issues | 0.30 | 580.00 | 174.00 |
| 29/05/2014 | Antonia Croke | INTD | Confer MF/AW re research on UKP Trustee claim against NNUK; confer KDAMIE re JA report review and background | 0.40 | 580.00 | 232.00 |
| 29/05/2014 | Antonia Croke | INTD | Confer SLAW re pensions issues | 0.10 | 580.00 | 58.00 |
| 29/05/2014 | Antonia Croke | LETT | Draft email to Akin re UKP Trustee administration claim against NNUK; review JA reports; confer KDAMIE re same | 0.50 | 580.00 | 290.00 |
| 29/05/2014 | Andy Wright | PHON | Call re. pension claims | 0.50 | 530.00 | 265.00 |
| 29/05/2014 | Kenneth Damien | READ | Consideration of Administrator's reports for Nortel Networks UK Limited with regard to previous claims made by Trustee. | 2.20 | 200.00 | 440.00 |
| 29/05/2014 | Marcus Fink | LETT | Call with AKIN and look into query relating to filing of trustees s75 claim against NNUK. Discuss with ACW and ACROKE | 2.10 | 710.00 | 1,491.00 |
| 29/05/2014 | Sophie Law | LETT | Review ACROKE email out to Akin re pensions query | 0.10 | 390.00 | 39.00 |
| 29/05/2014 | Sophie Law | LETT | Email Nicholas at Akin re pensions query | 0.20 | 390.00 | 78.00 |
| 29/05/2014 | Sophie Law | LETT | Intd ACROKE and KDAMIE re Akin's pensions query | 0.20 | 390.00 | 78.00 |
| 29/05/2014 | Sophie Law | MISC | Assist ACROKE and Akin re pensions query, amount claimed | 0.30 | 390.00 | 117.00 |
| 30/05/2014 | Kenneth Damien | READ | Review of Nortel UK administrator reports for Antonia Croke, re Akin pension query | 3.00 | 200.00 | 600.00 |

|  |  |  |  |  |  | 14,629.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0029**</u>        <u>**Intercompany Analysis**</u>

| | | Time (Decimal) | Standard Rate (GBP /hour) | |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 8.00 | 580.00 | 4,640.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.30 | 390.00 | 117.00 |
| | | | Total | **4,757.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|---------------:|-----:|-------:|
| 01/05/2014 | Antonia Croke | LETT | Review emails re notice of witnesses, pre trial motions and disclosures and affidavits | 0.50 | 580.00 | 290.00 |
| 02/05/2014 | Antonia Croke | LETT | Review emails re notice of witnesses, pre trial disclosures and doc production | 0.20 | 580.00 | 116.00 |
| 02/05/2014 | Antonia Croke | LETT | Review email and attachment from Fagen, Matthew  Re: Nortel - Consolidated Order of Witnesses for Allocation Trial | 0.10 | 580.00 | 58.00 |
| 02/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - Pretrial Briefs | 0.10 | 580.00 | 58.00 |
| 02/05/2014 | Sophie Law | LETT | Email from Fagen, Matthew  Re: Nortel - Pretrial Briefs | 0.10 | 390.00 | 39.00 |
| 03/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - US Debtors' Trial Confidentiality Motion | 0.20 | 580.00 | 116.00 |
| 03/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - Trial Confidentiality Motion of Monitor and Canadian Debtors | 0.10 | 580.00 | 58.00 |
| 06/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - Draft Reply in Support of Motion to Strike Global SubCon Reports | 0.10 | 580.00 | 58.00 |
| 06/05/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer  Re: Nortel Trial: Appearance of Witnesses At Trial | 0.10 | 580.00 | 58.00 |
| 06/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - CCC Opposition to Confidentiality Motions | 0.10 | 580.00 | 58.00 |
| 06/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: RE: Nortel - Replies in Support of Motions in Limine | 0.10 | 580.00 | 58.00 |
| 06/05/2014 | Antonia Croke | LETT | Review emails from 2/5/14 to 6/5/14 re pre trial briefs and motions, witness lists, confidentiality motion and courtroom logistics | 1.10 | 580.00 | 638.00 |
| 07/05/2014 | Antonia Croke | LETT | Review emails from 6/5/14 to 7/5/14 re deposition designations, joinders, book of authorities, witness appearances and motions | 0.70 | 580.00 | 406.00 |
| 07/05/2014 | Antonia Croke | LETT | Review emails Re: Nortel - US Interests' Reply Memorandum, pre trial brief and document confidentiality | 0.60 | 580.00 | 348.00 |
| 07/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: RE: Nortel - Revised Proposed Order re Trial Confidentiality Motion and Update re US Interests' Reply in Support of Motion to Strike Monitor's Deposition and Exhibit Objections | 0.10 | 580.00 | 58.00 |
| 07/05/2014 | Antonia Croke | LETT | Review email from D. J. Miller  Re: Nortel - SETTLEMENT of UKPC Pre-Trial Motion re: Expert Report | 0.10 | 580.00 | 58.00 |
| 07/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel - US Trustee's Limited Objection to Confidentiality Motion | 0.10 | 580.00 | 58.00 |
| 07/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: RE: Nortel - US Interests' Reply in Support of Motion to Strike Canadian Allocation Group's Deposition and Exhibit Objections | 0.10 | 580.00 | 58.00 |
| 08/05/2014 | Antonia Croke | LETT | Review emails re documents motion and experts report | 0.30 | 580.00 | 174.00 |
| 08/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: RE: Nortel - Microsoft's Motion to Seal or Redact Patent Cross License Agreement | 0.10 | 580.00 | 58.00 |
| 09/05/2014 | Antonia Croke | LETT | Review emails re witnesses and Ct Order | 0.20 | 580.00 | 116.00 |

| Date | Name | Type | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 09/05/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Stipulation with UKPC re Expert and Bond Pricing Data | 0.10 | 580.00 | 58.00 |
| 09/05/2014 | Antonia Croke | LETT | Review emails re Court Order and pre trial motions and briefs | 0.30 | 580.00 | 174.00 |
| 10/05/2014 | Antonia Croke | LETT | Review emails Re: Nortel - Confidentiality - EMEA and UKPC Pre-Trial Briefs and witnesses | 0.10 | 580.00 | 58.00 |
| 11/05/2014 | Antonia Croke | LETT | Review emails RE: Nortel - Confidentiality - EMEA and UKPC Pre-Trial Briefs; exhibits; court room testing and erratas | 0.20 | 580.00 | 116.00 |
| 12/05/2014 | Antonia Croke | LETT | Review emails re pre trial briefs, court room and designations | 0.20 | 580.00 | 116.00 |
| 12/05/2014 | Antonia Croke | LETT | Review emails from 11/5/14 to 12/5/14 re document designations, openings and Demonstrative Exhibits | 0.30 | 580.00 | 174.00 |
| 13/05/2014 | Antonia Croke | LETT | Review emails and letters to the Court  Re: Revised Objections, MRDA and witnesses | 0.10 | 580.00 | 58.00 |
| 13/05/2014 | Sophie Law | LETT | Email from M Fagen re Stipulation with UKPC re Expert and Bond Pricing Data | 0.10 | 390.00 | 39.00 |
| 14/05/2014 | Antonia Croke | LETT | Review emails RE: Revised Objections and doc designations | 0.10 | 580.00 | 58.00 |
| 15/05/2014 | Antonia Croke | LETT | Review emails Re: document designations and demonstratives | 0.10 | 580.00 | 58.00 |
| 19/05/2014 | Antonia Croke | LETT | Review emails from 16/5/14 re experts | 0.10 | 580.00 | 58.00 |
| 19/05/2014 | Antonia Croke | LETT | Review emails re witnesses and evidence | 0.10 | 580.00 | 58.00 |
| 21/05/2014 | Antonia Croke | LETT | Review email from Gerstein, Jason  Re: Nortel: CCC Supplemental Exhibit List | 0.10 | 580.00 | 58.00 |
| 22/05/2014 | Antonia Croke | LETT | Review email from Rahneva, Antonia  Re: US Debtors - Supplemental Designations | 0.10 | 580.00 | 58.00 |
| 23/05/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer  Re: Nortel: Updated Notice of Witnesses (May 27-30) | 0.10 | 580.00 | 58.00 |
| 27/05/2014 | Antonia Croke | LETT | Review emails Re: Nortel - Stipulation re: Expert Report | 0.20 | 580.00 | 116.00 |
| 27/05/2014 | Antonia Croke | LETT | Review emails Depositions, designations and productions | 0.10 | 580.00 | 58.00 |
| 27/05/2014 | Sophie Law | LETT | Email from M Fagen re stipulation re expert report | 0.10 | 390.00 | 39.00 |
| 29/05/2014 | Antonia Croke | LETT | Review emails re Demonstratives | 0.10 | 580.00 | 58.00 |
| 29/05/2014 | Antonia Croke | LETT | Review emails RE: Nortel Networks: Supplemental Orders re Use of Documents | 0.10 | 580.00 | 58.00 |
| 30/05/2014 | Antonia Croke | LETT | Review email Re: Revised order of witness appearances and demonstratives | 0.10 | 580.00 | 58.00 |
| 30/05/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer  Re: RE: Revised order of witness appearance | 0.10 | 580.00 | 58.00 |
| 30/05/2014 | Antonia Croke | LETT | Review email from Annette Fournier Re: Deposition of Expert | 0.10 | 580.00 | 58.00 |
| 31/05/2014 | Antonia Croke | LETT | Review emails Re: Revised order of witness appearance | 0.20 | 580.00 | 116.00 |

**4,757.00**