**Exhibit C**

**DISBURSEMENT SUMMARY**

**MAY 01, 2014 THROUGH MAY 31, 2014**

| | |
|---|---:|
| Document Production | £29.40 |
| **TOTAL** | **£29.40** |