**Exhibit D**

**Disbursements Detailed Breakdown**

Document Production - 490 pages @ 0.06p                                                29.40

                                                                                        29.40