**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**MAY 01, 2014 THROUGH MAY 31, 2014**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 May 2014 | Hourly Billing Rate After 1 May 2014 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | £740 | 1.3 | 962.00 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £690 | £710 | 8.6 | 6,106.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | £580 | 18.5 | 10,730.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £435 | £530 | 1.4 | 742.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | £455 | 1.5 | 682.50 |
| Sophie Law | Associate for 1 year; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | £390 | 10.5 | 4,095.00 |
| Kenneth Damien | Trainee Solicitor; Dispute Resolution Group, London | £190 | £200 | 5.2 | 1,040.00 |
| **TOTAL** | | | | 47.0 | 24,357.50 |

## COMPENSATION BY PROJECT CATEGORY
## MAY 01, 2014 THROUGH MAY 31, 2014

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 0.1 | 58.00 |
| Ashurst Fee Application / Monthly Billing Reports | 4.4 | 1,811.00 |
| Creditors Committee Meetings | 6.0 | 3,102.50 |
| Labor Issues / Employee Benefits | 28.2 | 14,629.00 |
| Intercompany Analysis | 8.3 | 4,757.00 |
| **TOTAL** | **47.0** | **24,357.50** |