```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE


IN RE:                          )   Case No. 09-10138(KG)
                                )   (Jointly Administered)
                                )
NORTEL NETWORKS, et al.,        )   Chapter 11
                                )   Courtroom 3
                                )   824 Market Street
             Debtors.           )   Wilmington, Delaware
                                )
                                )   June 27, 2014
                                )   9:30 a.m.


              TRANSCRIPT OF TELEPHONIC PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
               UNITED STATES BANKRUPTCY JUDGE
            BEFORE THE HONORABLE FRANK NEWBOULD
                ONTARIO SUPERIOR COURT JUSTICE


APPEARANCES:
For Debtors:                    Morris Nichols Arsht & Tunnell LLP
                                BY: DEREK ABBOTT, ESQ.
                                BY: ANN CORDO, ESQ.
                                BY: TIMOTHY ROSS, ESQ.
                                (302) 351-9357


                                Cleary Gottlieb Steen & Hamilton
                                BY: LISA SCHWEITZER, ESQ.
                                BY: INNA ROZENBERG, ESQ.
                                BY: ROBERT O'CONNOR, ESQ.
                                BY: LINDSEY RICCI, ESQ.
                                BY: JEFFREY ROSENTHAL, ESQ.
                                BY: HOWARD ZELBO, ESQ.
                                BY: JAMES BROMLEY, ESQ.
                                BY: LUCA STONE, ESQ.
                                BY: ASHLEY B. GRAHAM, ESQ.
                                (212) 225-2000


                                Tory's LLP
                                BY: ADAM M. SLAVENS, ESQ.
                                BY: SCOTT BOMHOF, ESQ
                                BY: ANDREW GRAY, ESQ.
                                (416) 865-7333


ECRO:                           GINGER MACE

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Official Committee
Of Unsecured Creditors:   Akin Gump Strauss Hauer & Feld
                          BY: FRED HODARA, ESQ.
                          BY: ROBERT JOHNSON, ESQ.
                          BY: DAVID BOTTER, ESQ.
                          BY: CHRIS SAMIS, ESQ.
                          BY: BRAD KAHN, ESQ.
                          BY: MATTHEW FAGEN, ESQ.
                          (212) 872-1000

                          Capstone Advisory Group, LLC
                          BY: NORMAN E. HASLUN, III
                          (212) 782-1404

                          Cassels Brock & Blackwell
                          BY: R. SHAYNE KUKULOWICZ, ESQ.
                          (416) 869-5300

For Canadian Debtors
& Monitor:                Allen & Overy
                          BY: JOSEPH BADKE-BERKOW, ESQ.
                          BY: KENNETH COLEMAN, ESQ.
                          BY: FRANK REDAVID, ESQ.
                          (212) 610-6300

                          Buchanan Ingersoll & Rooney, PC
                          BY: MARY CALOWAY, ESQ.
                          (302) 552-4214

For Canadian Debtor:      Gowlings Lafleur & Henderson, LLP
                          BY: JENNIFER STAM, ESQ.
                          (416) 862-5697

For Monitor:              Goodmans, LLP
                          BY: GALE RUBENSTEIN, ESQ.
                          BY: PETER RUBY, ESQ.
                          (416) 597-4148

For UK Pension
Claimants:                Bayard, PA
                          BY: JUSTIN R. ALBERTO, ESQ.
                          (302) 429-4226

                          Willkie Farr & Gallagher, LLP
                          BY: SAMEER ADVANI, ESQ.
                          BY: ANDREW HANRAHAN, ESQ.
                          (212) 728-8000
```

TELEPHONIC APPEARANCES:
(Continued)

For Joint
Administrators:                 Young Conaway Stargatt & Taylor
                                BY: JAIME CHAPMAN, ESQ.
                                Wilmington, DE  19801
                                (302) 571-6000


                                Hughes Hubbard & Reed LLP
                                BY: FARA TABATABAI, ESQ.
                                BY: CHARLES HUBERTY, ESQ.
                                BY: NEIL J. OXFORD, ESQ.
                                (212) 837-6000

For Ad Hoc Bondholder
Group:                          Pachulski Stang Ziehl & Jones
                                BY: PETER KEANE, ESQ.
                                (302) 652-4100


For Wilmington Trust:           Katten Muchin Rosenman, LLP
                                BY: DAVID CRICHLOW, ESQ.
                                BY: KAREN B. DINE, ESQ.
                                (212) 940-8800

For CCC:                        DLA Piper, LLP, U.S.
                                BY: SELINDA A. MELNIK, ESQ.
                                BY: TIMOTHY HOEFFNER, ESQ.
                                (302) 468-5650

For Bank of America:            Bank of America
                                BY: ESTHER CHUNG
                                (646) 855-6705

For Successor/Trustee
Wilmington Trust
National Association:           Dentons Canada, LLP
                                BY: KENNETH D. KRAFT, ESQ.
                                (416)863-4374

For Creditor, Former
Employees of Nortel
Canada:                         Koskie Minsky, LLP
                                BY: BARBARA WALANCIK, ESQ.
                                (416) 595-2087

TELEPHONIC APPEARANCES:
(Continued)

For Nortel Cont.
Employees:                   Shibley Righton, LLC
                             BY: ARTHUR JACQUES, ESQ.
                             (416) 214-5213

For Creditor,
Bondholders:                 Milbank Tweed Hadley McCloy, LLP
                             BY: THOMAS MATZ, ESQ.
                             BY: ANDREW LEBLANC, ESQ.
                             (212) 530-5000

For Bank of New York,
Mellon:                      Vedder Price, PC
                             BY: MICHAEL J. REILA, ESQ.
                             (212) 407-7766

                             McMillan, LLP
                             BY: SHERYL SEIGEL, ESQ.
                             (416) 865-7790

For Nortel Networks
UK Pension Trust:            Hogan Lovells US, LLP
                             BY: MATTHEW BULLEN, ESQ.
                             BY: ANGELA DIMSDALE-GILL, ESQ.
                             BY: KATHERINE TALLETT-WILLIAMS, ESQ
                             (212) 918-3000

For Law Debenture
Trust:                       Patterson Belknap Webb & Tyler
                             BY: DANIEL A. LOWENTHAL, ESQ.
                             BY: BRIAN GUINEY, ESQ.
                             (212) 336-2305

                             Morris James, LLP
                             BY: STEPHEN MILLER, ESQ.
                             (302) 888-6853

                             Borden Ladner Gervais, LLP
                             BY: EDMOND LAMEK, ESQ.
                             (416) 367-6311

                             Thornton Grout Finnigan, LLP
                             BY: D. J. MILLER, ESQ.
                             (416) 304-0559

TELEPHONIC APPEARANCES:
(Continued)

For UK Pension
Claimants:                    Thornton Grout Finnigan, LLP
                              BY: MICHAEL S. SHAKRA, ESQ.
                              (416)304-0332

For Canadian Counsel to
The Informal Nortel
Noteholders:                  Bennett Jones, LLP
                              BY: GAVIN FINLAYSON, ESQ.
                              BY: RICHARD SWAN, ESQ.
                              (416) 777-5762

For Joint
Administrators:               Lax O'Sullivan Scott Lisus, LLP
                              BY: MATTHEW GOTTLIEB, ESQ.
                              (416) 598-1744

                              Ernst & Young, LLP
                              BY: DAN MINDEL, ESQ.
                              (724) 321-2961

                              Herbert Smith
                              BY: JOHN WHITEOAK, ESQ.
                              (302) 571-6710

For Creditor, Ernst
& Young:                      Buchanan, Ingersoll & Rooney, PC
                              BY: KATHLEEN MURPHY, ESQ.
                              (302) 552-4214

For Creditor:                 Macquarie Capital (USA), Inc.
                              BY: SUSAL S. CHEN
                              (212) 231-2386

For Creditor:                 Napier Park Global Capital
                              BY: REBECCA J. SONG
                              (212) 235-0738

For Creditor:                 Regiment Capital Advisors
                              BY: WEI WANG
                              (617) 468-1647

For Creditor, and
George Borosh, et al.:   CAW Canada
                              BY: BARRY WADSWORTH
                              (416) 495-6564

```
TELEPHONIC APPEARANCES:
(Continued)

For Royal Bank of
Scotland:                   RBS Securities, Inc.
                            BY: AKASH GUPTA
                            (203) 897-2505

For Superintendent of
Financial Services as
Administrator:              Pallare Roland & Rosenberg
                            BY: LILY HARMER, ESQ.
                            (416) 646-4326

For Pension Benefits
Guarantee Fund:             Pallare Roland & Rosenberg
                            BY: KEN ROSENBERG, ESQ.
                            (416) 646-4304

For Interested Party:       Kamunting Street Capital
                            BY: JACK MUI
                            ((203)) 541-4268

                            Cassels Brock & Blackwell, LLP
                            BY: MICHAEL J. WUNDER, ESQ.
                            (416) 860-6484

                            Dow Jones & Co.
                            BY: PEG BRICKLEY
                            (215) 462-0953

                            Alvarez & Marsal
                            BY: JAMES BRENNAN, ESQ.
                            BY: LAUREEN RYAN, ESQ.
                            (212) 763-9568

                            River Birch Capital, LLC
                            BY: BALFOUR ABEDI
                            (646) 699-3751

                            CRT Capital Group,LLC
                            BY: KEVIN J. STARKE
                            ((203)) 569-6421
```

1  WILMINGTON, DELAWARE, FRIDAY, JUNE 27, 2014, 9:33 A.M.

2          THE COURT:  Good morning everyone.  Judge Gross is

3  on the telephone, and I'm not certain whether Justice

4  Newbould is likewise on the phone.  Apparently not, and we

5  will certainly wait for him.

6          MR. ABBOTT:  Thank you, Your Honor, Derek Abbott

7  for the U.S. Debtors.

8          THE COURT:  Yes.  Good morning, everyone, and Mr.

9  Abbott.

10          OPERATOR:  Pardon the interruption.  Justice

11  Newbould has joined.

12          THE COURT:  Thank you.

13          JUSTICE NEWBOULD:  Good morning.

14          THE COURT:  Good morning, Justice Newbould.  Judge

15  Gross is here on the phone, as well as a number of other

16  parties, of course.

17          JUSTICE NEWBOULD:  Okay.  I was a little -- all

18  right.  I thought we were going to do the Canadian documents

19  first, but maybe that's afterwards.

20          THE COURT:  Yes, I think we were going to do this

21  one first at 9:30 and then we'll leave the line open so that

22  you can continue --

23          JUSTICE NEWBOULD:  All right.

24          THE COURT:  -- with your discussion.

25          JUSTICE NEWBOULD:  Okay.

1              THE COURT:  Now before we begin with the

2    substance, this is Judge Gross, and would like to make a

3    statement, basically a follow-up to what Mr. Bromley raised

4    at the conclusion of the last hearing.  And I just want to

5    say, and without opening the floor to argument, that I do

6    view the Monitor's statements at the chambers conference,

7    discussing the interest issues, to have been a breach of the

8    confidentiality of settlement discussion.  I don't condone

9    such action, but I have decided to hold the argument on the

10   interest issues because I view those issues as discreet and

11   I'm also acting, I think, in the spirit of Chapter 15 cases,

12   which is a cooperative action with the foreign court.  So

13   with that, I think it is time for us to proceed with

14   discussion of what the parties have been discussing and the

15   scheduling.

16              JUSTICE NEWBOULD:  Judge Gross, I'm going to hang

17   up because there are some counsel now that are in the

18   library.  I'm going to go in and phone from there, so I'll

19   call back in in a minute.  Okay?

20              THE COURT:  That's fine.

21              JUSTICE NEWBOULD:  Thirty seconds, probably.

22              THE COURT:  Sure.

23              OPERATOR:  Pardon the interruption.  Justice

24   Newbould has rejoined.

25              THE COURT:  All right.

1            JUSTICE NEWBOULD:  Okay.  I guess this was being

2    held, was it, to see whether or not the 11th of July date --

3    there was a better date in July for all counsel.  I think

4    that was the purpose, was it not?

5            THE COURT:  I think so, Justice Newbould.

6            MR. LEBLANC:  Your Honor, this is Andrew LeBlanc,

7    of Milbank, on behalf of the bondholders, if I -- I'm happy

8    to speak to that issue if you'd like.

9            JUSTICE NEWBOULD:  Sure.

10           MR. RUBY:  Mr. LeBlanc, just before you do it,

11   Peter Ruby speaking, just so you know, Justice Newbould, we

12   were told that this part of the call, which is by telephone,

13   so you don't have somebody from the Monitor there, but we

14   will be there for the 10:00 meeting on the claims issues.

15           JUSTICE NEWBOULD:  All right.

16           MR. GOTTLIEB:  And that's the same with the EMEA

17   group.  Thanks Peter.

18           THE COURT:  Yes, Mr. LeBlanc.

19           MR. LEBLANC:  Yes, thank you, Your Honor.  I know

20   Mr. Lowenthal would like to speak to this as well, but we

21   raised -- we obviously have concerns with the timing with the

22   speed with which this is being done, and we raise those

23   concerns in meet-and-confer sessions with both the CCC and

24   the UKPI, and we suggested a briefing schedule that really

25   would accomplish two things.  One, we think that it would be

1   appropriate to have a little bit more time before the opening

2   briefs are filed.  We also think the Courts would benefit

3   from having responses by the parties.  And so we proposed a

4   schedule that actually didn't accomplish the hearing date in

5   July, but we were open to -- if people --

6           JUSTICE NEWBOULD:  All right.  Well, I --

7           MR. LEBLANC:  -- that people wanted to --

8           JUSTICE NEWBOULD:  Well, I'd like to understand

9   why that can't be.  There are a lot of lawyers working this

10  case, and I'd like to understand why that cannot be some time

11  in July.

12          MR. LEBLANC:  Your Honor, I was just going to say

13  we were open to shaving that back by a couple weeks if people

14  thought that it was appropriate.  We're mindful of the fact

15  that other parties are going to be in the trial throughout

16  most of July so we were mindful of that, which is what -- and

17  I'll just tell the Courts what we propose and I'll tell you

18  what the responses were.  We proposed an August 11 -- August

19  12th hearing date -- [indiscernible].  If, Your Honor -- Your

20  Honor, if I could --

21          JUSTICE NEWBOULD:  No, I --

22          MR. LEBLANC:  -- just tell you what the proposal

23  was and --

24          JUSTICE NEWBOULD:  All right.

25          MR. LEBLANC:  -- how ever you'd like to proceed,

1  Your Honor.

2           JUSTICE NEWBOULD:  Go ahead.

3           MR. LEBLANC:  okay.  So we suggested an August 12th

4  hearing date, which would have accommodated two rounds of

5  simultaneous briefing; one filed on August 5th, a week before

6  that, so the Courts had it for a week, had reply brief for a

7  week, and then an opening brief two weeks prior to that on

8  July 22, mindful again of the fact that other parties are at

9  trial throughout most of the month of July.  We're open to

10 shaving that down.  We do think the Courts would benefit from

11 having simultaneous submissions and then reply briefs to

12 those because we don't think that this is a simple, straight-

13 forward very discreet issue --

14          JUSTICE NEWBOULD:  All right.

15          MR. LEBLANC:  -- for the reasons we've said.

16 Again, we're happy to shave that back.  The response we hear

17 from both the CCC and the UKPI was that they wanted to stick

18 with the Court's order of a hearing date on July 11, and a

19 single submission on July 8.  And so that was the outgrowth

20 of the meet-and-confer process.  Again --

21          JUSTICE NEWBOULD:  Well, let me just --

22          MR. LEBLANC:  -- we're --

23          JUSTICE NEWBOULD:  Mr. LeBlanc, I had a very heavy

24 spring and on August the 12th, I plan to be at the cottage.  I

25 need some time off, and I think it's got to be in July, so

1   can you work back?  I can't believe this thing hasn't been

2   briefed already, but if it hasn't been, there are enough

3   lawyers in this case that can brief it before then.

4            MR. LEBLANC:  Certainly, Your Honor.  We're not

5   opposed to that.  If the Courts tell us that you do think

6   you'd benefit from a round of simultaneous submissions then a

7   reply, which we believe would be beneficial to the Court,

8   we're happy to work with that.  The response we got was not,

9   let's meet in the middle or let's push it back, push it

10  earlier by a couple of weeks.  The response was we want to

11  keep the date as August -- I'm sorry, July 8 and 11.  And so

12  that was the product of our meet-and-confer.  We suggested we

13  were open to a shorter period of time than what we proposed.

14           JUSTICE NEWBOULD:  What if you -- what if you have

15  the hearing date July 30 and 31, and work back from there?

16           MR. LEBLANC:  That would be fine with us, Your

17  Honor.  We have no problem with that.

18           JUSTICE NEWBOULD:  Would that be fine with you,

19  Judge Gross?

20           THE COURT:  July 30 certainly works.  July 31 does

21  not.

22           JUSTICE NEWBOULD:  All right, so let's say July 30

23  then.

24           MR. ROSENBERG:  Your Honor, Ken Rosenberg.  I was

25  planning to argue this motion.  I am going to be on holiday

1  starting the 29th.  So I guess somebody else could do it, but

2  are there any other dates in previous weeks?

3            THE COURT:  Well, how about that week, like you're

4  leaving the 29th.  If we --

5            MR. ROSENBERG:  I'm leaving the 28th, Your Honor.

6            THE COURT:  We could do it the 28th.

7            MR. ROSENBERG:  That's the date my plane leaves,

8  Your Honor.

9            JUSTICE NEWBOULD:  The 27th?

10            MR. LEBLANC:  It's a Sunday, but that's also fine

11  with us, Your Honor.

12            JUSTICE NEWBOULD:  Oh, I see.

13       (laughter)

14            MR. LEBLANC:  I would say either previously -- the

15  week of the --

16            JUSTICE NEWBOULD:  25th?

17            THE COURT:  The 25th works for me as well.

18            JUSTICE NEWBOULD:  Yes, it does for me, too, and I

19  think you can get two rounds of briefs in before then.

20  That's a -- you're talking about a month.

21            THE COURT:  So we hear you on July 25th at, let's

22  say, 10:00.  Justice Newbould, or earlier if it's -- whatever

23  works for you.

24            JUSTICE NEWBOULD:  I'm easy, nine, ten, whatever

25  people want.  I could easy start at nine if you want --

1            THE COURT:  Why don't we do that?

2            JUSTICE NEWBOULD:  -- to get it in.

3            THE COURT:  Yes, 9:00 on the 25th would be

4  argument.

5            JUSTICE NEWBOULD:  Correct.

6            THE COURT:  And then if we could have the reply

7  briefs a few days before that.

8            MR. LEBLANC:  Your Honor, if I can suggest maybe

9  reply briefs on the 22nd, and opening briefs on the 10th, just

10  looking at the calendar, or even opening briefs on the 15th.

11  We just want to make sure that we have adequate time to brief

12  these because I think they're not --

13            JUSTICE NEWBOULD:  It's fine by me as long -- I

14  assume it's fine with everybody.

15            UNIDENTIFIED:  -- the 22nd.

16            THE COURT:  Why don't we say the --

17            MR. O'CONNOR:  Your Honor --

18            THE COURT:  I think the 15th makes sense, and the

19  22nd for replies make sense.

20            JUSTICE NEWBOULD:  Yes.

21            MR. O'CONNOR:  Your Honor, Brian O'Connor from the

22  UKPC, that's fine with us.

23            MR. SWAN:  Justice Newbould, it's Richard Swan on

24  behalf of the bondholders.  I'm going to be arguing the

25  Canadian side of this.  I have a trial starting on July 24

1  with Justice Wilton Siegel.  I'm sure we can make

2  arrangements with him to allow this to go ahead on the 25th,

3  to take a day off, but I did just want to flag that for you.

4           JUSTICE NEWBOULD:  Okay.  I'll be happy to speak

5  to him.

6           MR. SWAN:  Thank you.

7           THE COURT:  I'm sure Justice Newbould has some

8  influence.

9           JUSTICE NEWBOULD:  He will not mind spreading it a

10  day earlier.

11           MR. SWAN:  A Friday at the farm, I suspect that

12  that might work.

13           MR. LOWENTHAL:  Judge Gross, it's Dan Lowenthal

14  for Law Debenture.

15           THE COURT:  Yes.  Mr. Lowenthal.

16           MR. LOWENTHAL:  I just -- yes, I just would like

17  to ask Your Honor the issue I raised at the very outset when

18  we got into this earlier this week, which is, is this

19  considered part-and-parcel of the Wilmington Trust objection

20  to my client's claims and Bank of New York's claims, or is it

21  something else?

22           JUSTICE NEWBOULD:  Well, I'm not sure what you

23  mean by part-and-parcel, but I can tell you this has been

24  raised by the Monitor.  The Monitor could have done it the

25  way it did or it could've brought a motion in court.  It

1   seems to me this has been raised by the Monitor.

2            THE COURT:  Yes, I view it -- Mr. Lowenthal, I do

3   not view it as part-and-parcel of the Wilmington Trust

4   objection.  This is something separate and apart.

5            MR. LOWENTHAL:  Thank you.

6            MR. CRICHLOW:  This is David Crichlow on behalf of

7   Wilmington Trust.  That's our understanding as well, and

8   thanks for that clarification, Judge Gross.

9            THE COURT:  Sure.  All right.

10            JUSTICE NEWBOULD:  Okay.  Does that take care of

11   it?

12            THE COURT:  All right.  Thank you, counsel, for

13   your help and cooperation on this, and we will be doing this

14   as we did the trial, linked up by the video.

15            MR. BARRICK:  Your Honor, it's Mike Barrick, just

16   a couple of other things.  I don't know whether there's been

17   a final determination on the submission dates and the

18   argument date for the allocation phase.

19            JUSTICE NEWBOULD:  That's a good point.  That's a

20   good point.  We have to deal with that, too.  Don't we, Judge

21   Gross?

22            THE COURT:  Yes.

23            MR. RUBY:  Your Honors, it's Peter Ruby speaking.

24   I can, I think, report for the group.  I think we have

25   consensus around the oral closing dates that were discussed

1    on Tuesday, that is September 22 and 23, and as well,

2    consensus on a briefing schedule which would be August 7 for

3    initial written arguments and September 10 for responding

4    written arguments.

5            THE COURT:  I appreciate that.  That's --

6            JUSTICE NEWBOULD:  Well if everybody's agreeable

7    to that, that's fine by me.  Is it fine by you, Judge Gross?

8            THE COURT:  Yes, it is.

9            MR. RUBY:  Thank you, Your Honors.

10           THE COURT:  Let me just double check before I get

11   in trouble with anybody.  Yes, those dates work.

12           JUSTICE NEWBOULD:  All right.  So then to sum up

13   then, the interest point will be argued on the 25th of July at

14   9:00.  The briefs will be filed by the 15th of July and reply

15   briefs by July 22nd.  Then the oral hearing for the allocation

16   trial will be held on September 22 and 23.  Initial briefs

17   will be filed August 7, and the reply briefs September 10.

18   Is that right?

19           THE COURT:  That sounds, right. Yes.

20           MR. BARRICK:  Thank you, Your Honors.

21           THE COURT:  Mr. Abbott, may I impose upon you to

22   submit just a very, sort of, 'vanilla' scheduling order

23   listing these dates so that we'll have it on the record?

24           MR. ABBOTT:  Your Honor, we're happy to do that.

25   That shouldn't be a problem.

1          THE COURT:  Thank you.

2          JUSTICE NEWBOULD:  All right.  Thank you.

3          MR. O'CONNOR:  Judge Gross, Brian O'Connor again.

4  Can I just ask, are you anticipating the form of the brief to

5  be in proposed findings of facts and conclusions of law or

6  did you have something different in mind?

7          THE COURT:  You're talking about on allocation,

8  right, Mr. O'Connor?

9          MR. O'CONNOR:  On allocation, yes.

10         THE COURT:  I think that proposed findings of fact

11 and conclusions of law would be helpful to me.  So I would

12 prefer that.  I hadn't discussed this with Justice Newbould

13 as far as --

14         JUSTICE NEWBOULD:  I always think that's helpful.

15 I used to do it when I practiced.  I assume there will be

16 more argument than just defining the facts and legal

17 conclusions, but leave it up to you fellows, and ladies.

18         MR. O'CONNOR:  Yes, what I was anticipating, Your

19 Honors, is that we would have the section of proposed

20 findings and conclusions, but we would have legal argument as

21 well, but that --

22         JUSTICE NEWBOULD:  Sure.

23         MR. O'CONNOR:  -- but that, I thought would be

24 helpful to you in drafting an opinion.

25         JUSTICE NEWBOULD:  I'm with Judge Gross on that.

1   It would be helpful.

2           THE COURT:  Does the protocol -- forgive me.  I

3   did not check it before this conference call -- deal with

4   page limitations?

5           MR. O'CONNOR:  It does not, Your Honor.

6           MR. ROSENTHAL:  I think, Your Honor, we had

7   deferred that and obviously are happy to take guidance from

8   the Courts.  Obviously, if it's proposed findings of fact,

9   conclusions of law and legal argument, I don't think we had

10  thought about the implications of having both of those in

11  there, but we would defer to the Court.  I'm sorry, I hadn't

12  introduced myself.  It's Jeff Rosenthal, Cleary Gottlieb.

13          THE COURT:  I would know your voice anywhere, Mr.

14  Rosenthal.

15      (laughter)

16          So watch the crank calls.

17          JUSTICE NEWBOULD:  I've gotten to know it, too.

18          THE COURT:  Yes.

19          JUSTICE NEWBOULD:  And I will tell you that's a

20  good thing.

21          THE COURT:  That's right.

22          JUSTICE NEWBOULD:  Look, I'm not going to limit

23  you, but I'm going to make the same statement I made before

24  this trial ever started.  Just think about the Judge and

25  after he's starting to read 300 pages, see if he's even

1   awake.

2              THE COURT:  I was thinking the same thing,

3   frankly, that given the nature of this case, it's unusual and

4   I was not going to impose page limitations on the parties.

5              JUSTICE NEWBOULD:  I agree with that.

6              THE COURT:  But you might remember that I never

7   made it all the way through Ulysses, so keep that in mind.

8         (laughter)

9              JUSTICE NEWBOULD:  Let alone War and Peace --

10             MR. BARRICK:  Your Honor --

11             JUSTICE NEWBOULD:  Let alone War and Peace --

12             THE COURT:  That's right.

13             JUSTICE NEWBOULD:  -- more appropriate.

14             THE COURT:  Right.

15             MR. BARRICK:  Your Honor, this is Mike Barrick.

16  Can I raise one other thing that goes to the allocation

17  submissions?

18             THE COURT:  Yes, sir.

19             MR. BARRICK:  We have written on behalf of the

20  UKPC to each of the estates -- and I won't go through the

21  details, but a very brief note asking for their best estimate

22  of the assets in the various estates and the claims.  And we

23  think that would be beneficial for the Court to have for the

24  purposes of the allocation argument.  We haven't heard back

25  yet, but if the Court wished to give us any direction as to

1 whether they may find that helpful when we're addressing the

2 various outcomes, I'd put it out there.  We'll continue

3 dialogue, obviously, with the estates.

4        JUSTICE NEWBOULD:  Mr. Barrick, it wouldn't be

5 formal evidence, would it?  It'd just be sort of information

6 that --

7        MR. BARRICK:  It would be just information the way

8 that that sort of information comes in Canada, as you know,

9 Your Honor, in a Monitor report as to what the best guess is.

10 I'm thinking the equivalent of that, so that when all parties

11 are making their submissions, we're just working from a

12 common set of numbers and not wasting the Courts' time with,

13 well, you know, we think it's this, we think it's that, and

14 we all just work off a common base.

15        JUSTICE NEWBOULD:  Speaking from --

16        MR. BROMLEY:  Your Honors --

17        JUSTICE NEWBOULD:  I'm just saying --

18        MR. BROMLEY:  I'm sorry.  This is--

19        JUSTICE NEWBOULD:  Sorry?

20        MR. BROMLEY:  Sorry, Your Honors, this is Jim

21 Bromley, I didn't mean to interrupt.

22        JUSTICE NEWBOULD:  Oh, no.  You go ahead.

23        MR. BROMLEY:  Your Honor, this is not, I think, a

24 typical request from Mr. Barrick.  There is information

25 that's been filed by each of the estates publicly.  We

1  believe that we should not be going beyond that information.

2  Mr. Barrick is correct that he sent the email yesterday quite

3  unannounced.  He also indicated that he wants this

4  information for settlement purposes.  There was a long

5  history during the course of the trial and during discovery

6  where issues like this were raised and addressed, and

7  frankly, they continue to go towards settlement discussions,

8  and we are not, from the U.S. perspective, comfortable with

9  providing any additional information beyond that which has

10  already been provided.  Mr. Barrick's clients have that

11  information, and we don't believe that today is, with this

12  kind of impromptu suggestion, is the place to be addressing

13  issue like this.

14          THE COURT:  Well, I'm not sure how it's relevant.

15          JUSTICE NEWBOULD:  What I was going to say is I

16  don't know if it's relevant or not.  I don't know if it's

17  helpful or not.  If somebody doesn't want to provide the

18  information, there's no reason why they should provide the

19  information.  I just don't know whether it's helpful or not

20  until I see the argument.  I'm not fussed about it, but I

21  don't think anybody should be obliged to file information if

22  they don't want to.

23          THE COURT:  You know, what you want to exchange as

24  far as this type of information in your private discussions,

25  you know, that's something you should discuss and if you

1    agree, fine; if not, fine, too.  But as far as I am

2    concerned, based upon the evidence that I heard, I don't know

3    how that would be helpful in my determining allocation. In

4    fact, it may be harmful to --

5              JUSTICE NEWBOULD:  We've had some information,

6    haven't we?  I mean, we've seen some information.

7              MR. BARRICK:  Yes, you've got some information on

8    the record.  We'll work, you know, if parties are going to

9    take this position, which I would've thought is directly

10   contrary to the three Cs of cooperation, communication and

11   common sense of the commercial list to have just a common

12   understanding of what the assets and the claims are, and the

13   Courts can determine whether it's relevant or not.  And I

14   purposely, in light of your earlier comments, Justice Gross,

15   and in light of communications outside of court, did not

16   frame this in terms of for the purposes of settlement, but I

17   do actually think that knowing the consequences of various

18   allocation positions is something that the Courts might want

19   to have attention to.  There is evidence on the record.

20   We'll deal with it and the Courts may find themselves in a

21   position where there are debates on that topic, so be it.  If

22   the people are going to fold their arms, they're going to

23   fold their arms.

24             JUSTICE NEWBOULD:  Okay.  Have we covered

25   everything?

1          THE COURT:  I think I'm folding my arms.

2          JUSTICE NEWBOULD:  Silence is golden.

3          THE COURT:  Yes.

4          JUSTICE NEWBOULD:  Okay.  Thank everybody.

5          UNIDENTIFIED:  The rest of us have nothing more,

6   Your Honors.

7          THE COURT:  All right now, as far as your

8   continued conference is concerned, are we leaving the phone

9   line open?  I think so.

10          JUSTICE NEWBOULD:  Yes, I think so.

11          THE COURT:  All right.

12          JUSTICE NEWBOULD:  Just a minute.  Ms. Stam's

13   saying something else.

14          MS. STAM:  Good morning, Your Honor.  I think the

15   parties' understanding, from our conversation with Mr. Mack,

16   who said the parties who were going to be speaking to the

17   claims would need having a few minutes to walk up to the

18   library at this point to continue in person.

19          THE COURT:  Okay.  Okay.  It's in person and not

20   by telephone, is that right, for everyone?  Or were some

21   people expecting to participate in that conference by

22   telephone?

23          JUSTICE NEWBOULD:  Ms. Stam's saying no.

24          THE COURT:  All right.  Then we can end the call,

25   and I wish you all well and good luck with the claims

1    conference.

2              JUSTICE NEWBOULD:  Thank you very much.

3              THE COURT:  All right, everyone.  Good day to you.

4          (Whereupon the hearing ended at 9:56 a.m.)

5                        CERTIFICATION

6          I  certify  that  the  foregoing  is  a  correct

7    transcript  from  the  electronic  sound  recording  of  the

8    proceedings in the above-entitled matter.

9
10
11    _____          27 June 2014
12    Georgianne Sarbaugh, Transcriber              Date
13    Diaz Data Services, LLC

| Word | Page:Line |
|---|---|
| **a.m.**(3) 1:13 7:2 25:4 | |
| **abbott**(6) 1:23 7:7 7:7 7:10 17:21 17:24 | |
| **abedi**(1) 6:38 | |
| **about**(6) 13:3 13:20 18:7 19:10 19:24 22:20 | |
| **above-entitled**(1) 25:8 | |
| **accommodated**(1) 11:4 | |
| **accomplish**(2) 9:25 10:4 | |
| **acting**(1) 8:11 | |
| **action**(2) 8:9 8:12 | |
| **actually**(1) 10:4 23:17 | |
| **adam**(1) 1:41 | |
| **additional**(1) 22:9 | |
| **addressed**(1) 10:20 | |
| **addressing**(2) 21:1 22:12 | |
| **adequate**(1) 14:11 | |
| **administered**(1) 11:5 | |
| **administrator**(1) 6:11 | |
| **administrators**(2) 3:5 5:17 | |
| **advani**(1) 2:48 | |
| **advisors**(1) 5:42 | |
| **advisory**(1) 2:14 | |
| **after**(1) 19:25 | |
| **afterwards**(1) 7:20 | |
| **again**(4) 11:8 11:16 11:20 18:3 | |
| **agree**(2) 20:5 23:11 | |
| **agreeable**(1) 17:6 | |
| **ahead**(3) 11:2 15:2 21:22 | |
| **akash**(1) 6:6 | |
| **akin**(1) 2:5 | |
| **alberto**(1) 2:44 | |
| **all**(21) 7:15 7:24 8:25 9:3 9:15 10:6 10:24 11:14 12:22 16:9 16:12 17:5 18:2 20:7 21:10 21:14 24:7 24:11 24:24 24:25 25:3 | |
| **allen**(1) 2:23 | |
| **allocation**(8) 16:18 17:15 18:7 18:9 20:16 20:24 23:3 23:18 | |
| **allow**(1) 15:2 | |
| **alone**(2) 20:9 20:11 | |
| **already**(1) 21:22 | |
| **also**(4) 8:11 10:2 13:10 22:3 | |
| **alvarez**(1) 6:32 | |
| **always**(1) 18:14 | |
| **america**(2) 3:32 3:32 | |
| **and**(79) 5:46 7:4 7:5 7:9 7:22 8:2 8:4 8:5 8:10 8:14 8:18 9:16 9:22 9:23 9:24 10:3 10:10 10:16 10:17 10:23 11:7 11:11 11:17 11:18 11:19 11:24 11:25 12:11 12:11 12:15 12:15 13:18 14:6 14:9 14:18 15:20 16:4 16:7 16:13 16:13 16:17 17:1 17:1 17:3 17:14 17:16 17:17 18:5 18:11 18:16 18:16 18:17 19:9 19:19 19:24 20:3 20:9 20:11 20:20 20:22 21:2 21:12 21:21 22:5 22:6 22:8 22:21 22:25 23:10 23:12 23:12 23:13 23:15 23:20 24:19 24:24 24:25 | |
| **andrew**(4) 1:43 2:49 4:12 9:6 | |
| **angela**(1) 4:27 | |
| **ann**(1) 1:24 | |
| **anticipating**(2) 18:4 18:18 | |
| **any**(3) 13:2 20:25 22:9 | |
| **anybody**(2) 17:11 22:21 | |
| **anywhere**(1) 19:13 | |
| **apart**(1) 16:4 | |
| **apparently**(1) 7:5 | |
| **appearances**(5) 2:1 3:1 4:1 5:1 6:1 | |
| **appreciate**(1) 17:7 | |
| **appreciate**(1) 17:7 | |
| **appropriate**(3) 10:1 10:14 20:13 | |
| **are**(17) 8:17 8:17 10:2 10:9 11:5 11:8 12:2 13:2 18:4 19:7 21:11 22:8 23:8 23:12 23:21 23:21 24:8 | |
| **argue**(1) 12:25 | |
| **argued**(1) 17:13 | |
| **arguing**(1) 14:24 | |
| **argument**(9) 8:5 8:9 14:4 16:18 18:16 18:20 19:9 20:24 22:20 | |
| **arguments**(2) 17:3 17:4 | |
| **arms**(3) 23:22 23:23 24:1 | |
| **around**(1) 16:25 | |
| **arrangements**(1) 15:2 | |
| **arsht**(1) 1:22 | |
| **arthur**(1) 4:4 | |
| **ashley**(1) 1:57 | |
| **ask**(2) 15:17 18:4 | |
| **asking**(1) 20:21 | |
| **assets**(2) 20:22 23:12 | |
| **association**(1) 3:38 | |
| **assume**(2) 14:14 18:15 | |
| **attention**(1) 23:19 | |
| **august**(5) 10:18 10:18 11:3 11:5 11:24 12:11 17:2 17:17 | |
| **awake**(1) 20:1 | |
| **back**(7) 8:19 10:13 11:16 12:1 12:9 12:15 20:24 | |
| **badke-berkow**(1) 2:24 | |
| **balfour**(1) 6:38 | |
| **bank**(5) 3:32 3:32 4:15 6:4 15:20 | |
| **bankruptcy**(2) 1:1 1:17 | |
| **barbara**(1) 3:45 | |

| Word | Page:Line |
|---|---|
| **barrick**(12) 16:15 16:15 17:20 20:10 20:15 20:15 20:19 21:4 21:7 21:24 22:20 23:7 | |
| **barrick's**(1) 22:10 | |
| **barry**(1) 5:48 | |
| **base**(1) 21:14 | |
| **based**(1) 23:2 | |
| **basically**(1) 8:3 | |
| **bayard**(1) 2:43 | |
| **because**(4) 8:10 8:17 11:12 14:12 | |
| **been**(9) 8:7 8:14 12:1 12:2 15:23 16:1 16:16 21:25 22:10 | |
| **before**(12) 1:16 1:18 8:1 9:10 10:1 11:5 12:3 13:19 14:7 17:10 19:3 19:23 | |
| **begin**(1) 8:1 | |
| **behalf**(1) 9:7 14:24 16:6 20:19 | |
| **being**(2) 9:1 9:22 | |
| **believe**(4) 12:1 12:7 22:2 22:11 | |
| **belknap**(1) 4:32 | |
| **bennett**(1) 5:11 | |
| **best**(2) 20:21 21:9 | |
| **better**(1) 9:3 | |
| **beyond**(2) 22:1 22:9 | |
| **birchi**(1) 6:37 | |
| **bit**(1) 10:1 | |
| **blackwell**(2) 2:18 6:24 | |
| **bomhof**(1) 3:42 | |
| **bondholder**(1) 3:16 | |
| **bondholders**(3) 4:10 9:7 14:24 | |
| **borden**(1) 4:41 | |
| **borosh**(1) 5:47 | |
| **both**(3) 9:23 11:17 19:10 | |
| **botter**(1) 2:8 | |
| **brad**(1) 2:17 | |
| **breach**(1) 8:7 | |
| **brennan**(1) 6:33 | |
| **brian**(3) 4:34 14:21 18:3 | |
| **brickley**(1) 6:29 | |
| **brief**(6) 11:6 11:7 12:3 14:11 18:4 20:21 | |
| **briefed**(1) 12:2 | |
| **briefing**(3) 9:24 11:5 17:2 | |
| **briefs**(11) 10:2 11:11 13:19 14:7 14:9 14:9 14:10 17:14 17:15 17:16 17:17 | |
| **brock**(2) 2:18 6:24 | |
| **bromley**(7) 1:55 8:3 21:16 21:18 21:20 21:21 21:23 | |
| **brought**(1) 15:25 | |
| **buchanan**(2) 2:29 5:30 | |
| **bullen**(1) 4:26 | |
| **but**(22) 7:20 8:9 9:13 9:20 10:5 12:2 13:1 13:10 15:3 15:23 18:17 18:20 18:21 18:23 19:11 19:23 20:6 20:21 20:25 22:20 23:1 23:16 | |
| **calendar**(1) 14:10 | |
| **call**(3) 8:19 9:12 19:3 24:24 | |
| **calls**(1) 19:16 | |
| **caloway**(1) 2:30 | |
| **can**(12) 7:23 12:1 12:3 13:19 14:8 15:1 15:23 16:24 18:4 20:16 23:13 24:24 | |
| **canada**(4) 3:38 3:44 5:47 21:8 | |
| **canadian**(5) 2:22 2:33 5:9 7:19 14:25 | |
| **cannot**(1) 10:10 | |
| **can't**(2) 10:9 12:1 | |
| **capital**(6) 5:34 5:38 5:42 6:20 6:37 6:41 | |
| **capstone**(1) 2:14 | |
| **care**(1) 16:10 | |
| **case**(4) 1:4 10:10 12:3 20:3 | |
| **cases**(1) 8:11 | |
| **cassels**(2) 2:18 6:24 | |
| **caw**(1) 5:47 | |
| **ccc**(3) 3:27 9:23 11:17 | |
| **certain**(1) 7:4 | |
| **certainly**(3) 7:6 12:4 12:20 | |
| **certification**(1) 25:5 | |
| **certify**(1) 25:6 | |
| **chambers**(1) 4:6 | |
| **chapman**(1) 3:6 | |
| **chapter**(2) 1:7 8:11 | |
| **charles**(1) 3:12 | |
| **check**(2) 17:10 19:3 | |
| **chen**(1) 5:35 | |
| **chris**(1) 2:9 | |
| **chung**(1) 3:9 | |
| **claimants**(2) 2:43 5:5 | |
| **claims**(7) 9:14 15:20 15:20 20:22 23:12 24:17 24:25 | |
| **clarification**(1) 16:8 | |
| **cleary**(1) 1:28 19:12 | |
| **clients**(1) 22:10 | |
| **client's**(1) 15:20 | |
| **closing**(1) 16:25 | |
| **coleman**(1) 2:25 | |
| **comes**(1) 21:8 | |
| **comfortable**(1) 22:8 | |

| Word | Page:Line |
|---|---|
| **comments**(1) 23:14 | |
| **commercial**(1) 23:11 | |
| **committee**(1) 2:4 | |
| **common**(3) 21:12 21:14 23:11 23:11 | |
| **communication**(1) 23:10 | |
| **communications**(1) 23:15 | |
| **conaway**(1) 3:5 | |
| **concerned**(2) 23:2 24:8 | |
| **concerns**(2) 9:21 9:23 | |
| **conclusion**(1) 8:4 | |
| **conclusions**(5) 18:5 18:11 18:17 18:20 19:9 | |
| **condone**(1) 8:8 | |
| **conference**(5) 8:6 19:3 24:8 24:21 25:1 | |
| **confidentiality**(1) 8:8 | |
| **consensus**(2) 16:25 17:2 | |
| **consequences**(1) 23:17 | |
| **cont**(1) 4:4 | |
| **continue**(4) 7:23 21:2 22:7 24:18 | |
| **continued**(6) 2:2 3:2 4:2 5:2 6:2 24:8 | |
| **contrary**(1) 23:10 | |
| **conversation**(1) 24:15 | |
| **cooperation**(2) 16:13 23:10 | |
| **cooperative**(1) 8:2 | |
| **cordo**(1) 1:21 | |
| **correct**(3) 14:5 22:2 25:6 | |
| **cottage**(1) 11:24 | |
| **could**(6) 10:20 13:1 13:6 13:25 14:6 15:24 | |
| **could've**(1) 15:25 | |
| **counsel**(4) 5:9 8:17 9:3 16:12 | |
| **couple**(3) 10:13 12:10 16:16 | |
| **course**(2) 7:17 22:5 | |
| **court**(63) 1:1 7:3 7:9 7:13 7:15 7:21 7:25 8:1 8:12 8:20 8:22 8:25 9:5 9:18 12:7 12:20 13:3 13:6 13:17 13:21 14:1 14:3 14:6 14:16 14:18 15:7 15:15 15:25 16:2 16:9 16:12 16:22 17:5 17:9 17:10 17:21 18:1 18:7 18:10 19:2 19:11 19:13 19:18 19:21 20:2 20:6 20:12 20:14 20:18 20:23 20:25 22:14 22:23 23:15 24:1 24:3 24:7 24:11 24:19 24:24 25:3 | |
| **courtroom**(1) 1:8 | |
| **courts**(9) 10:2 10:17 11:10 12:5 19:8 23:13 23:18 23:20 | |
| **courts'**(1) 21:12 | |
| **court's**(1) 11:18 | |
| **covered**(1) 23:24 | |
| **crank**(1) 19:16 | |
| **creditor**(7) 3:42 4:9 5:29 5:34 5:38 5:42 5:46 | |
| **creditors**(1) 2:5 | |
| **crichlow**(3) 3:23 16:6 16:6 | |
| **crt**(1) 6:41 | |
| **dan**(2) 5:22 15:13 | |
| **daniel**(1) 4:33 | |
| **data**(1) 1:48 | |
| **date**(11) 9:2 9:3 10:4 10:9 11:4 11:18 12:11 12:15 13:7 16:18 25:12 | |
| **dates**(3) 13:2 16:17 16:25 17:11 17:23 | |
| **david**(3) 2:8 3:23 16:6 | |
| **day**(3) 15:3 15:10 25:3 | |
| **days**(1) 14:7 | |
| **deal**(3) 16:20 19:3 23:20 | |
| **debates**(1) 23:21 | |
| **debenture**(2) 4:31 15:14 | |
| **debtor**(1) 2:7 | |
| **debtors**(4) 1:10 1:22 2:22 7:8 | |
| **decided**(1) 8:9 | |
| **defer**(1) 19:11 | |
| **deferred**(1) 19:7 | |
| **defining**(1) 18:16 | |
| **delaware**(3) 1:2 1:10 7:2 | |
| **dentons**(1) 3:38 | |
| **derek**(2) 1:23 7:7 | |
| **details**(1) 20:21 | |
| **determination**(1) 16:17 | |
| **determine**(1) 23:1 | |
| **determining**(1) 23:3 | |
| **dialogue**(1) 21:3 | |
| **diaz**(1) 1:48 | |
| **did**(6) 15:3 15:25 16:14 18:6 19:3 23:15 | |
| **didn't**(2) 10:4 21:21 | |
| **different**(1) 18:6 | |
| **dimsdale-gill**(1) 4:27 | |
| **dine**(1) 3:24 | |
| **direction**(1) 20:25 | |
| **directly**(1) 23:9 | |
| **discovery**(1) 22:5 | |
| **discreet**(2) 8:10 11:13 | |
| **discuss**(1) 22:25 | |
| **discussed**(2) 16:25 18:12 | |
| **discussing**(2) 8:7 8:14 | |
| **discussion**(3) 7:25 8:8 8:14 | |
| **discussions**(2) 22:7 22:24 | |
| **district**(1) 1:2 | |
| **dhi**(1) 3:27 | |
| **documents**(1) 7:19 | |
| **does**(5) 12:20 13:18 16:10 19:2 19:5 | |
| **doesn't**(2) 22:17 | |

| Word | Page:Line |
|---|---|
| **doing**(1) 16:13 | |
| **done**(2) 9:22 15:24 | |
| **don't**(15) 8:8 9:13 11:12 14:1 14:16 16:16 16:20 19:9 22:21 22:16 22:16 22:19 22:21 22:22 23:2 | |
| **double**(1) 17:10 | |
| **dow**(1) 6:28 | |
| **down**(1) 11:10 | |
| **drafting**(1) 18:24 | |
| **during**(2) 22:5 22:5 | |
| **each**(2) 20:20 21:25 | |
| **earlier**(5) 12:10 13:22 15:10 15:18 23:14 | |
| **easy**(1) 13:24 13:25 | |
| **ecro**(1) 1:46 | |
| **edmond**(1) 4:42 | |
| **either**(1) 13:14 | |
| **electronic**(2) 1:54 25:7 | |
| **elsci**(3) 13:1 15:21 24:13 | |
| **email**(1) 22:2 | |
| **emea**(1) 9:16 | |
| **employees**(3) 3:43 4:5 | |
| **end**(1) 24:24 | |
| **ended**(1) 25:4 | |
| **enough**(1) 12:2 | |
| **equivalent**(1) 21:9 | |
| **ernst**(1) 5:21 5:29 | |
| **esq**(68) 1:23 1:24 1:25 1:29 1:30 1:31 1:32 1:33 1:34 1:35 1:36 1:37 1:41 1:42 1:43 2:6 2:7 2:8 2:9 2:10 2:11 2:19 2:24 2:25 2:26 2:30 2:34 2:38 2:39 2:44 2:48 2:49 3:6 3:9 3:11 3:12 3:13 3:18 3:23 3:24 3:28 3:29 3:39 3:45 4:6 4:11 4:12 4:17 4:21 4:26 4:27 4:28 4:33 4:34 4:42 4:46 5:6 5:12 5:18 5:22 5:26 5:31 6:12 6:17 6:25 6:33 6:34 | |
| **estates**(4) 20:20 20:22 21:3 21:25 | |
| **esther**(1) 3:33 | |
| **estimate**(1) 20:15 19:24 | |
| **even**(2) 14:10 19:25 | |
| **ever**(2) 10:25 19:24 | |
| **everybody**(2) 14:14 24:4 | |
| **everybody's**(1) 17:6 | |
| **everyone**(4) 7:3 7:9 24:20 25:3 | |
| **everything**(1) 23:25 | |
| **evidence**(3) 21:5 23:2 23:19 | |
| **exchange**(1) 22:23 | |
| **expecting**(1) 24:21 | |
| **fact**(5) 10:14 11:8 16:10 19:8 23:4 | |
| **facts**(2) 18:5 18:11 | |
| **fagen**(1) 2:11 | |
| **far**(4) 18:13 22:24 23:1 24:7 | |
| **fara**(1) 3:11 | |
| **farm**(1) 15:11 | |
| **farr**(1) 2:47 | |
| **feld**(1) 2:5 | |
| **fellows**(1) 18:17 | |
| **few**(2) 14:7 24:17 | |
| **file**(1) 22:21 | |
| **filed**(5) 10:2 11:5 17:14 17:17 17:25 | |
| **final**(1) 16:17 | |
| **financial**(1) 6:10 | |
| **find**(2) 21:1 23:20 | |
| **findings**(4) 18:5 18:10 18:20 19:8 | |
| **fine**(11) 8:20 12:16 12:18 13:10 14:13 14:14 14:22 17:7 17:7 23:1 23:1 | |
| **finlayson**(1) 3:29 | |
| **finnigan**(2) 4:45 5:5 | |
| **first**(2) 7:20 7:22 | |
| **flag**(1) 15:3 | |
| **floor**(1) 8:5 | |
| **fold**(2) 23:22 23:23 | |
| **folding**(1) 24:1 | |
| **follow-up**(1) 8:3 | |
| **for**(58) 1:2 1:22 2:4 2:22 2:33 2:37 2:42 3:4 3:16 3:22 3:27 3:32 3:36 3:42 4:4 4:9 4:15 4:24 4:31 5:4 5:9 5:16 5:29 5:34 5:38 5:42 5:46 6:4 6:9 6:15 6:20 7:6 7:8 8:13 9:3 9:14 11:6 11:15 13:17 13:18 13:23 14:19 15:3 15:14 16:8 16:12 16:18 17:2 17:3 17:15 20:21 20:23 20:23 22:4 23:16 24:20 24:20 | |
| **foregoing**(1) 25:6 | |
| **foreign**(1) 8:12 | |
| **forgive**(1) 9:12 | |
| **form**(1) 18:4 | |
| **formal**(1) 21:5 | |
| **former**(1) 3:42 | |
| **forward**(1) 11:13 | |
| **frame**(1) 23:16 | |
| **frank**(2) 1:8 2:26 | |
| **frankly**(2) 20:3 22:7 | |
| **fred**(1) 2:6 | |
| **friday**(2) 7:2 15:11 | |
| **from**(15) 8:19 9:13 10:3 11:10 11:17 12:6 12:15 14:21 19:7 21:11 21:15 21:24 22:8 24:15 25:7 | |
| **fund**(1) 6:16 | |
| **fussed**(1) 22:20 | |
| **gale**(1) 2:38 | |
| **gallagher**(1) 2:47 | |

| Word | Page:Line |
|---|---|
| gavin(1) 5:12 | |
| george(1) 5:47 | |
| georgianne(1) 25:12 | |
| gervais(1) 4:41 | |
| get(3) 13:19 14:2 17:10 | |
| ginger(1) 1:46 | |
| give(1) 20:25 | |
| given(1) 20:3 | |
| global(1) 5:38 | |
| goes(1) 23:16 | |
| going(17) 7:19 7:21 8:16 8:18 10:12 10:15 12:25 14:24 19:22 19:23 20:4 22:1 22:15 23:8 23:22 23:22 24:16 | |
| golden(1) 24:2 | |
| good(10) 7:3 7:9 7:14 7:15 16:19 16:20 19:20 24:14 24:25 25:3 | |
| goodmans(1) 2:37 | |
| got(4) 11:25 12:8 15:18 23:7 | |
| gotten(1) 19:17 | |
| gottlieb(4) 1:28 5:18 9:16 19:12 | |
| gowlings(1) 2:33 | |
| graham(1) 1:37 | |
| gray(1) 1:43 | |
| gross(13) 1:16 7:3 7:16 8:2 8:16 12:19 15:13 16:8 16:21 17:7 18:3 18:25 23:14 | |
| group(4) 2:14 3:17 9:17 16:24 | |
| group.le(1) 6:41 | |
| grout(2) 4:45 5:5 | |
| guarantee(1) 6:16 | |
| guess(3) 9:1 13:1 21:9 | |
| guidance(1) 19:7 | |
| guinea(1) 4:34 | |
| gump(1) 2:5 | |
| gupta(1) 6:6 | |
| had(6) 11:6 11:6 11:23 19:6 19:9 23:5 | |
| hadley(1) 4:10 | |
| hadn't(2) 13:12 19:11 | |
| hamilton(1) 1:28 | |
| hang(1) 8:16 | |
| hanrahan(1) 2:49 | |
| happy(6) 9:7 11:16 12:8 15:4 17:24 19:7 | |
| harmer(1) 6:12 | |
| harmful(1) 23:4 | |
| harrisburg(1) 1:50 | |
| has(6) 7:12 8:24 15:7 15:23 16:1 22:9 | |
| hashun(1) 2:15 | |
| hasn't(2) 12:1 12:2 | |
| hauer(1) 2:5 | |
| have(26) 8:7 8:9 8:14 9:13 9:21 10:1 11:4 12:14 12:17 14:6 14:11 14:25 15:24 16:20 16:24 17:23 18:6 18:19 18:20 20:19 20:23 22:10 23:11 23:19 23:24 24:5 | |
| haven't(2) 20:24 23:6 | |
| having(4) 10:3 11:11 19:10 24:17 | |
| hear(1) 11:16 13:21 | |
| heard(2) 20:24 23:2 | |
| hearing(8) 8:4 10:4 10:19 11:4 11:18 12:15 17:15 25:4 | |
| heavy(1) 11:23 | |
| held(2) 9:2 17:16 | |
| help(1) 16:13 | |
| helpful(8) 11:11 18:14 18:24 19:1 21:1 22:17 22:19 23:3 | |
| henderson(1) 2:33 | |
| herbert(1) 5:25 | |
| here(1) 7:16 | |
| he's(2) 19:25 19:25 | |
| him(3) 7:6 15:2 15:5 | |
| history(1) 22:5 | |
| hoc(1) 3:16 | |
| hodara(1) 2:6 | |
| hoeffner(1) 3:29 | |
| hogan(1) 4:25 | |
| hold(1) 8:9 | |
| holiday(1) 12:25 | |
| honor(26) 7:7 9:6 9:19 10:12 10:19 10:20 11:1 12:4 12:17 12:24 13:5 13:8 13:11 14:8 14:17 14:21 15:17 16:15 17:24 19:5 19:6 20:10 20:15 21:9 21:23 24:14 | |
| honorable(2) 1:16 1:18 | |
| honors(1) 16:23 17:9 17:20 18:19 21:16 21:20 24:6 | |
| how(4) 10:25 13:3 22:14 23:3 | |
| howard(1) 1:34 | |
| hubbard(1) 3:10 | |
| huberty(1) 3:12 | |
| hughes(1) 3:10 | |
| iii(1) 2:15 | |
| implications(1) 19:10 | |
| impose(2) 17:21 20:4 | |
| impromptu(1) 22:12 | |
| inc(2) 5:34 6:5 | |
| indicated(1) 22:3 | |
| indiscernible(1) 10:19 | |
| influence(1) 15:8 | |
| informal(1) 5:10 | |

| Word | Page:Line |
|---|---|
| information(15) 21:5 21:7 21:8 21:24 22:1 22:4 22:9 22:11 22:18 22:19 22:21 22:21 23:5 23:6 23:7 | |
| ingersoll(2) 2:29 5:30 | |
| initial(2) 17:3 17:16 | |
| inma(1) 1:30 | |
| interest(3) 8:7 8:10 17:13 | |
| interested(1) 6:20 | |
| interrupt(1) 21:21 | |
| interruption(2) 7:11 8:23 | |
| into(1) 15:18 | |
| introduced(1) 19:12 | |
| issue(4) 9:8 11:13 15:17 22:13 | |
| issues(5) 8:7 8:10 8:10 9:14 22:6 | |
| it'd(1) 21:5 | |
| it's(20) 11:25 13:10 13:22 14:13 14:14 14:23 15:13 16:15 16:23 19:8 19:12 20:3 21:13 21:13 22:14 22:16 22:16 23:19 23:21 23:13 24:19 | |
| i'd(3) 10:8 10:10 21:2 | |
| i'll(4) 8:18 10:17 10:17 15:4 | |
| i'm(22) 7:4 8:11 8:16 8:18 9:7 12:11 13:5 13:24 14:24 15:1 15:7 15:22 18:25 19:11 19:22 19:23 21:10 21:17 21:18 22:14 22:20 24:1 | |
| i've(1) 19:17 | |
| jack(1) 6:21 | |
| jacques(1) 4:6 | |
| jaime(1) 3:6 | |
| james(3) 1:35 4:37 6:33 | |
| jeff(1) 9:12 | |
| jeffrey(1) 1:33 | |
| jennifer(1) 2:34 | |
| jim(1) 21:20 | |
| john(1) 5:26 | |
| johnson(1) 2:7 | |
| joined(1) 7:12 | |
| joint(2) 3:4 5:16 | |
| jointly(1) 1:43 | |
| jones(3) 3:17 5:11 6:28 | |
| joseph(1) 2:24 | |
| judge(14) 1:16 1:17 7:3 7:15 8:2 8:16 12:19 15:13 16:8 16:20 17:7 18:3 18:25 19:24 | |
| july(20) 9:2 9:3 10:5 10:11 10:16 11:8 11:9 11:18 11:19 11:25 12:11 12:15 12:20 12:20 12:22 13:21 14:25 17:13 17:14 17:15 | |
| june(3) 1:12 7:2 25:11 | |
| just(26) 8:4 9:10 9:11 10:12 10:17 10:22 11:21 14:9 14:11 15:3 15:16 15:16 16:15 17:10 17:22 18:4 18:16 19:24 21:5 21:7 21:11 21:14 21:17 22:19 23:11 24:12 | |
| justice(74) 1:19 7:4 7:11 7:14 7:15 7:18 7:24 7:26 8:16 8:21 8:23 9:1 9:5 9:10 9:10 10:8 10:8 10:21 10:24 11:2 11:14 11:21 11:23 12:14 12:18 12:22 13:9 13:12 13:16 13:18 13:22 13:24 14:2 14:5 14:13 14:20 14:23 15:4 15:7 15:9 15:22 16:10 16:19 16:19 17:6 17:12 18:2 18:12 18:14 18:22 18:25 19:17 19:19 19:22 20:5 20:9 20:11 20:13 21:4 21:17 21:19 21:22 22:15 23:5 23:14 23:24 24:4 24:10 24:12 24:10 24:12 24:23 25:2 | |
| justin(1) 2:44 | |
| kahn(1) 2:10 | |
| kamunting(1) 6:20 | |
| karen(1) 3:24 | |
| katherine(1) 4:28 | |
| kathleen(1) 5:31 | |
| katten(1) 3:22 | |
| keane(1) 3:18 | |
| keep(2) 12:11 20:7 | |
| ken(2) 6:17 12:24 | |
| kenneth(2) 2:25 3:39 | |
| kevin(1) 1:16 6:42 | |
| kind(1) 22:12 | |
| know(14) 9:11 9:19 16:16 19:13 19:17 21:13 22:16 22:16 22:19 22:23 22:25 23:2 23:8 | |
| knowing(1) 23:17 | |
| koskie(1) 3:44 | |
| kraft(1) 3:39 | |
| kukulowicz(1) 2:19 | |
| ladies(1) 18:17 | |
| ladner(1) 4:41 | |
| lafleur(1) 2:33 | |
| lamek(1) 4:42 | |
| last(1) 8:4 | |
| laughter(3) 13:13 19:15 20:8 | |
| laureen(1) 6:34 | |
| law(5) 4:31 15:14 18:5 18:11 19:9 | |
| lawyers(2) 10:9 12:3 | |
| lax(1) 5:17 | |
| leave(2) 7:22 18:17 | |
| leaves(1) 13:7 | |
| leaving(3) 13:4 13:5 24:8 | |

| Word | Page:Line |
|---|---|
| leblanc(19) 4:12 9:6 9:6 9:10 9:18 9:19 10:7 10:12 10:22 10:25 11:3 11:15 11:22 11:23 12:4 12:16 13:12 13:14 14:8 | |
| legal(3) 18:16 18:20 19:9 | |
| let(4) 11:21 17:10 20:9 20:11 | |
| let's(4) 12:9 12:9 12:22 13:21 | |
| library(2) 8:24 18:18 | |
| light(2) 23:14 23:15 | |
| like(10) 8:2 9:8 9:20 10:8 10:10 10:25 13:3 15:16 22:6 22:13 | |
| likewise(1) 17:5 | |
| lily(1) 6:12 | |
| limit(1) 19:7 | |
| limitations(2) 19:4 20:4 | |
| lindsey(1) 1:32 | |
| line(2) 7:22 24:9 | |
| linked(1) 16:14 | |
| lisa(1) 1:29 | |
| list(1) 23:11 | |
| listing(1) 17:23 | |
| lisus(1) 5:17 | |
| little(2) 7:18 10:1 | |
| llc(3) 2:14 4:5 6:37 | |
| llp(21) 1:22 1:40 2:33 2:37 2:47 3:10 3:22 3:27 3:38 3:44 4:10 4:20 4:25 4:37 4:41 4:45 5:5 5:11 5:17 5:21 6:24 | |
| long(2) 14:13 22:4 | |
| look(1) 19:22 | |
| looking(1) 14:10 | |
| lot(1) 10:9 | |
| lovells(1) 4:25 | |
| lowenthal(8) 4:33 9:20 15:13 15:13 15:15 15:16 16:2 16:5 | |
| luca(1) 1:36 | |
| luck(1) 24:25 | |
| mace(1) 1:46 | |
| mack(1) 24:15 | |
| macquarie(1) 5:34 | |
| made(2) 19:23 20:7 | |
| make(5) 8:2 14:11 14:19 15:1 19:23 | |
| makes(1) 14:18 | |
| making(1) 21:11 | |
| market(1) 1:9 | |
| marsal(1) 6:32 | |
| mary(1) 2:30 | |
| matter(1) 25:8 | |
| matthew(3) 2:11 4:26 5:18 | |
| matz(1) 4:11 | |
| may(4) 1:22 21:1 23:4 23:20 | |
| maybe(2) 7:20 14:8 | |
| mccloy(1) 4:10 | |
| mcmillan(1) 4:20 | |
| mean(3) 15:23 21:21 23:6 | |
| meet(1) 12:9 | |
| meet-and-confer(3) 9:23 11:20 12:12 | |
| meeting(1) 9:14 | |
| mellon(1) 4:16 | |
| melnik(1) 3:28 | |
| michael(3) 4:17 5:6 6:25 | |
| middle(1) 12:9 | |
| might(3) 15:12 20:6 23:18 | |
| mike(2) 16:15 20:15 | |
| milbank(3) 4:10 9:7 | |
| miller(2) 4:38 4:46 | |
| mind(3) 15:9 18:6 20:7 | |
| mindel(1) 5:22 | |
| mindful(3) 10:14 10:16 11:8 | |
| minsky(1) 3:44 | |
| minute(2) 8:19 24:12 | |
| minutes(1) 24:17 | |
| monitor(7) 2:23 2:37 9:13 15:24 15:24 16:1 21:9 | |
| monitor's(1) 8:6 | |
| month(2) 11:9 13:20 | |
| more(4) 10:1 18:16 20:13 24:5 | |
| morning(5) 7:3 7:9 7:14 7:15 24:14 | |
| morris(2) 1:22 4:37 | |
| most(2) 10:16 11:9 | |
| motion(2) 12:25 15:25 | |
| much(1) 25:2 | |
| muchin(1) 3:22 | |
| mui(1) 6:21 | |
| murphy(1) 5:31 | |
| myself(1) 19:12 | |
| napier(1) 5:38 | |
| national(1) 3:8 | |
| nature(1) 20:3 | |
| need(2) 11:25 24:17 | |
| neil(1) 3:13 | |
| networks(1) 1:7 4:24 | |
| never(1) 20:6 | |
| new(2) 4:15 15:20 | |

| Word | Page:Line |
|---|---|
| newbould(72) 1:18 7:5 7:12 7:14 7:15 7:18 7:24 7:26 8:16 8:21 8:24 9:1 9:5 9:9 9:11 9:15 10:6 10:8 10:21 10:24 11:2 11:14 11:21 11:23 12:14 12:18 12:22 13:9 13:12 13:16 13:18 13:22 13:24 14:2 14:5 14:13 14:20 14:23 15:4 15:7 15:9 15:22 16:10 16:19 17:6 17:12 18:2 18:12 18:14 18:22 18:25 19:17 19:19 19:22 20:5 20:9 20:11 20:13 21:4 21:17 21:19 21:22 22:15 23:5 23:14 23:24 24:2 24:4 24:10 24:12 24:23 25:2 | |
| nichols(1) 1:22 | |
| nine(2) 13:24 13:25 | |
| norman(1) 2:15 | |
| nortel(5) 1:7 3:43 4:4 4:24 5:10 | |
| not(28) 7:4 7:5 9:2 9:4 12:4 12:8 12:21 14:12 15:9 15:22 16:3 19:3 19:5 19:22 20:4 21:12 21:23 22:1 22:8 22:14 22:16 22:17 22:19 22:20 23:1 23:13 23:15 24:19 | |
| note(1) 20:21 | |
| noteholders(1) 5:11 | |
| nothing(1) 24:5 | |
| now(3) 8:1 8:17 24:7 | |
| number(1) 7:16 | |
| numbers(1) 21:12 | |
| objection(2) 15:19 16:4 | |
| obliged(1) 22:21 | |
| obviously(4) 9:21 19:7 19:8 21:3 | |
| off(3) 11:25 15:23 17:21 | |
| official(1) 2:4 | |
| okay(11) 7:18 7:26 8:19 9:1 11:3 15:4 16:10 23:24 24:4 24:19 24:19 | |
| one(4) 7:22 9:25 11:5 20:16 | |
| ontario(1) 1:19 | |
| open(6) 7:22 10:5 10:13 11:9 12:13 24:9 | |
| opening(5) 8:5 10:1 11:7 14:9 14:10 | |
| operator(2) 7:11 8:23 | |
| opinion(1) 18:24 | |
| opposed(1) 12:5 | |
| oral(2) 16:25 17:15 | |
| order(2) 11:18 17:22 | |
| other(6) 7:16 10:15 11:8 13:2 16:16 20:16 | |
| our(3) 12:12 16:7 24:15 | |
| out(1) 21:2 | |
| outcomes(1) 21:2 | |
| outgrowth(1) 11:19 | |
| outset(1) 15:17 | |
| outside(1) 23:15 | |
| overy(1) 2:23 | |
| oxford(1) 3:13 | |
| o'connor(11) 1:31 14:17 14:21 14:21 18:3 18:3 18:8 18:9 18:18 18:23 19:5 | |
| o'sullivan(1) 5:17 | |
| pachulski(1) 3:17 | |
| page(2) 19:4 20:4 | |
| pages(1) 19:25 | |
| pallare(2) 6:11 6:16 | |
| pardon(2) 7:11 8:23 | |
| park(1) 5:38 | |
| part(1) 9:12 | |
| part-and-parcel(3) 15:19 15:23 16:3 | |
| participate(1) 24:21 | |
| parties(9) 7:17 8:14 10:3 10:15 11:8 20:4 21:10 23:8 24:16 | |
| parties(1) 24:15 | |
| party(1) 6:20 | |
| paterson(1) 4:32 | |
| peace(2) 20:9 20:11 | |
| peg(1) 6:29 | |
| pennsylvania(1) 1:50 | |
| pension(4) 2:42 4:25 5:4 6:15 | |
| people(6) 10:5 10:7 10:13 13:25 23:22 24:21 | |
| period(1) 12:13 | |
| person(2) 24:18 24:19 | |
| perspective(1) 22:8 | |
| peter(5) 2:39 3:18 9:11 9:17 16:23 | |
| phase(1) 16:18 | |
| phone(4) 7:5 7:16 8:18 24:8 | |
| piper(1) 3:27 | |
| place(1) 22:12 | |
| plan(1) 11:24 | |
| plane(1) 13:7 | |
| planning(1) 12:25 | |
| point(4) 16:19 16:20 17:13 24:18 | |
| position(2) 23:9 23:21 | |
| positions(1) 23:18 | |
| practiced(1) 18:15 | |
| prefer(1) 18:12 | |
| previous(1) 13:2 | |
| previously(1) 13:14 | |
| price(1) 4:16 | |
| prior(1) 11:7 | |
| private(1) 22:24 | |
| probably(1) 8:21 | |
| problem(2) 12:17 17:25 | |

| Word | Page:Line |
|---|---|
| proceed(2) 8:13 10:25 | |
| proceedings(3) 1:15 1:54 25:8 | |
| process(1) 11:20 | |
| produced(1) 1:55 | |
| product(1) 12:12 | |
| proposal(1) 10:22 | |
| propose(1) 10:17 | |
| proposed(7) 10:3 10:18 12:13 18:5 18:10 18:19 19:8 | |
| protocol(1) 19:2 | |
| provide(2) 22:17 22:18 | |
| provided(1) 22:10 | |
| providing(1) 22:9 | |
| publicly(1) 21:25 | |
| purpose(1) 9:4 | |
| purposely(1) 23:14 | |
| purposes(3) 20:24 22:4 23:16 | |
| push(2) 12:9 12:9 | |
| put(1) 21:2 | |
| quite(1) 22:2 | |
| raise(2) 9:22 20:16 | |
| raised(6) 8:3 9:21 15:17 15:24 16:1 22:6 | |
| rbs(1) 6:5 | |
| read(1) 19:25 | |
| really(1) 9:24 | |
| reason(1) 22:18 | |
| reasons(1) 11:15 | |
| rebecca(1) 5:39 | |
| record(3) 17:23 23:8 23:19 | |
| recorded(1) 1:54 | |
| recording(2) 1:54 25:7 | |
| redivit(1) 2:26 | |
| reed(1) 3:10 | |
| regiment(1) 5:42 | |
| reila(1) 4:17 | |
| rejoined(1) 8:24 | |
| relevant(3) 22:14 22:16 23:13 | |
| remember(1) 20:6 | |
| replies(1) 14:19 | |
| reply(7) 14:11 11:12:7 14:6 14:9 17:14 17:17 | |
| report(2) 16:24 21:9 | |
| request(1) 21:24 | |
| responding(1) 17:3 | |
| response(3) 11:16 12:8 12:10 | |
| responses(2) 10:3 10:18 | |
| rest(1) 24:5 | |
| ricci(1) 1:32 | |
| richard(2) 5:13 14:23 | |
| right(23) 7:19 7:24 8:25 9:15 10:6 10:24 11:14 12:22 16:9 16:12 17:12 17:18 17:19 18:2 18:8 19:21 20:12 20:14 24:7 24:11 24:20 24:24 25:3 | |
| righton(1) 4:5 | |
| river(1) 6:37 | |
| robert(2) 1:31 2:7 | |
| roland(2) 6:11 6:16 | |
| rooney(2) 2:29 5:30 | |
| rosenberg(7) 6:11 6:16 6:17 12:24 12:24 13:5 13:7 | |
| rosenman(1) 3:22 | |
| rosenthal(4) 1:33 19:6 19:12 19:14 | |
| ross(1) 1:25 | |
| round(1) 12:6 | |
| rounds(2) 14:13 13:19 | |
| royal(1) 6:4 | |
| rozenberg(1) 1:30 | |
| rubenstein(1) 2:38 | |
| ruby(6) 2:39 9:10 9:11 16:23 16:23 17:9 | |
| ryan(1) 6:34 | |
| said(2) 11:15 24:5 | |
| same(3) 9:16 19:23 20:2 | |
| sameer(1) 2:48 | |
| samis(1) 2:9 | |
| sarbaugh(1) 25:12 | |
| say(7) 9:5 10:12 12:22 13:14 13:22 14:16 22:15 | |
| saying(3) 21:17 24:13 24:23 | |
| schedule(3) 9:24 10:4 17:2 | |
| scheduling(2) 8:15 17:22 | |
| schuykill(1) 1:49 | |
| schweitzer(1) 1:29 | |
| scotland(1) 6:5 | |
| scott(2) 1:42 5:17 | |
| seconds(1) 8:21 | |
| section(1) 18:19 | |
| securities(1) 6:5 | |
| see(4) 9:2 13:12 19:25 22:20 | |
| seems(1) 16:1 | |
| seen(1) 23:6 | |
| seigel(1) 4:21 | |
| selina(1) 3:28 | |
| sense(3) 14:18 14:19 23:11 | |
| sent(1) 22:2 | |
| separate(3) 4:17:1 17:3 17:16 17:17 | |
| september(4) 17:1 17:3 17:16 17:17 | |
| service(2) 1:48 1:55 | |
| services(2) 1:48 6:10 | |
| sessions(1) 9:23 | |
| set(1) 21:21 | |
| settlement(4) 8:8 22:4 22:7 23:16 | |
| shakra(1) 5:6 | |

| Word | Page:Line |
|---|---|
| shave(1) 11:16 | |
| shaving(2) 10:13 11:10 | |
| shayne(1) 2:19 | |
| sheryl(1) 4:21 | |
| shibley(1) 4:15 | |
| shorter(1) 12:13 | |
| should(4) 22:1 22:18 22:21 22:25 | |
| shouldn't(1) 17:25 | |
| side(1) 14:25 | |
| siegel(1) 15:11 | |
| silence(1) 24:2 | |
| simple(1) 11:12 | |
| simultaneous(3) 11:5 11:11 12:6 | |
| single(1) 11:19 | |
| sir(1) 20:18 | |
| slavens(1) 1:41 | |
| smith(1) 5:25 | |
| some(3) 8:17 10:10 11:25 15:7 23:5 23:6 23:7 24:20 | |
| somebody(3) 9:13 13:1 22:17 | |
| something(6) 15:21 16:4 18:6 22:25 23:18 24:13 | |
| song(1) 5:39 | |
| sorry(5) 12:11 19:11 21:18 21:19 21:20 | |
| sort(3) 17:22 21:5 21:8 | |
| sound(2) 1:54 25:7 | |
| sounds(1) 17:19 | |
| speak(3) 9:8 9:20 15:4 | |
| speaking(4) 9:11 16:23 21:15 24:16 | |
| speed(1) 9:22 | |
| spirit(1) 8:11 | |
| spreading(1) 15:9 | |
| spring(1) 11:24 | |
| stam(2) 2:34 24:14 | |
| stam's(2) 24:12 24:23 | |
| stang(1) 3:17 | |
| stargatt(1) 3:5 | |
| starke(1) 6:42 | |
| start(1) 13:25 | |
| started(1) 19:24 | |
| starting(3) 13:1 14:25 19:25 | |
| statement(2) 8:3 19:23 | |
| statements(1) 8:6 | |
| states(2) 1:1 1:17 | |
| steen(1) 1:28 | |
| stephen(1) 4:38 | |
| stick(1) 11:17 | |
| stone(1) 1:36 | |
| straight(1) 11:12 | |
| strauss(1) 2:5 | |
| street(3) 1:19 1:49 6:20 | |
| submission(2) 11:19 16:17 | |
| submissions(4) 11:11 12:6 20:17 21:11 | |
| submit(1) 17:22 | |
| substance(1) 8:2 | |
| successor/trustee(1) 3:36 | |
| such(1) 8:9 | |
| suggest(1) 14:8 | |
| suggested(3) 9:24 11:3 12:12 | |
| suggestion(1) 22:12 | |
| sum(1) 17:12 | |
| sunday(1) 13:10 | |
| superintendent(1) 6:9 | |
| superior(1) 1:19 | |
| sure(9) 8:22 9:9 14:11 15:1 15:7 15:22 16:9 18:22 22:14 | |
| susal(1) 5:35 | |
| susan(1) 15:11 | |
| swan(5) 5:13 14:23 14:23 15:6 15:11 | |
| tabatabai(1) 3:11 | |
| take(4) 15:3 16:10 19:7 23:9 | |
| talking(2) 13:20 18:7 | |
| tallett-williams(1) 4:28 | |
| taylor(1) 3:15 | |
| telephone(6) 0:74 9:12 24:20 24:22 | |
| telephonic(6) 1:15 2:1 3:1 4:1 5:1 6:1 | |
| tell(6) 10:17 10:17 10:22 12:5 15:23 19:19 | |
| ten(1) 13:24 | |
| terms(1) 23:16 | |
| than(2) 12:13 18:16 | |
| thank(12) 7:7 7:13 9:19 15:6 16:5 16:12 17:9 17:20 18:1 18:2 24:4 25:2 | |
| thanks(2) 9:17 16:8 | |
| that(87) 7:22 8:5 8:13 8:17 9:4 9:8 9:12 9:24 9:25 10:4 10:7 10:9 10:10 10:13 10:14 10:15 10:16 11:6 11:7 11:8 11:10 11:12 11:16 11:17 11:19 12:3 12:5 12:5 12:8 12:12 12:16 12:17 12:18 13:3 14:1 14:7 14:11 15:3 15:11 15:12 16:8 16:10 16:20 16:25 17:1 17:5 17:7 17:18 17:19 17:23 17:24 17:25 18:10 18:12 18:19 18:21 18:23 18:25 19:7 20:3 20:5 20:6 20:7 20:16 20:23 21:1 21:6 21:8 21:8 21:10 21:13 22:1 22:2 22:2 22:3 22:9 23:7 23:8 23:17 23:18 23:21 24:20 24:21 25:6 | |
| that's(18) 7:20 8:20 9:16 13:7 13:10 13:20 14:22 16:7 16:9 16:19 17:5 17:7 17:18 18:14 19:19 19:21 20:12 21:25 22:25 | |

| Word | Page:Line |
|---|---|
| the(239) 1:1 1:2 1:16 1:18 5:10 7:3 7:4 7:5 7:8 7:9 7:11 7:13 7:15 7:16 7:19 7:21 7:22 7:25 8:1 8:1 8:4 8:4 8:5 8:6 8:6 8:7 8:7 8:9 8:9 8:11 8:12 8:14 8:14 8:17 8:20 8:22 8:23 8:25 9:2 9:4 9:5 9:7 9:12 9:13 9:14 9:14 9:16 9:16 9:18 9:21 9:21 9:23 9:24 10:1 10:2 10:3 10:4 10:14 10:15 10:17 10:18 10:22 11:6 11:8 11:9 11:11 11:16 11:17 11:17 11:18 11:9 11:20 11:24 11:24 12:5 12:7 12:9 12:10 12:11 12:12 12:15 12:20 13:1 13:3 13:4 13:5 13:6 13:6 13:7 13:9 13:14 13:15 13:17 13:21 14:1 14:3 14:3 14:6 14:6 14:9 14:9 14:10 14:10 14:15 14:16 14:16 14:16 14:18 14:18 14:21 14:24 14:24 15:2 15:7 15:11 15:15 15:17 15:17 15:17 15:17 17:19 15:24 16:1 16:2 16:3 16:9 16:12 16:14 16:16 16:17 16:17 16:18 16:22 16:24 16:25 17:5 17:8 17:10 17:13 17:13 17:14 17:14 17:15 17:15 17:17 17:19 17:21 17:23 18:1 18:4 18:4 18:7 18:7 18:10 18:16 18:19 19:2 19:2 19:8 19:10 19:11 19:14 19:16 19:18 19:21 19:23 19:24 20:2 20:2 20:3 20:4 20:6 20:7 20:12 20:14 20:16 20:18 20:19 20:20 20:20 20:22 20:22 20:22 20:23 20:23 20:24 20:25 21:1 21:3 21:7 21:9 21:10 21:12 21:15 21:22 22:5 22:6 22:8 22:12 22:14 22:17 22:18 22:21 22:22 22:25 23:8 23:8 23:10 23:12 23:12 23:12 23:12 23:12 23:16 23:17 23:18 23:19 23:20 23:22 24:1 24:3 24:5 24:7 24:8 24:11 24:14 24:16 24:16 24:17 24:19 24:24 24:24 24:25 25:3 25:4 25:6 25:7 25:7 25:8 | |
| their(4) 20:21 21:11 23:22 23:23 | |
| themselves(1) 23:20 | |
| then(12) 7:22 11:7 11:11 12:3 12:6 12:23 13:19 14:6 17:12 17:13 17:15 24:24 | |
| there(16) 8:17 8:18 9:3 9:13 9:14 10:9 12:2 12:15 13:2 18:15 19:11 21:2 21:24 23:19 23:21 | |
| there's(2) 16:16 22:18 | |
| these(2) 14:12 17:23 | |
| they(5) 11:21 21:7 22:18 22:22 | |
| they're(2) 14:12 23:22 | |
| thing(4) 12:1 19:20 20:2 20:16 | |
| things(2) 9:25 16:16 | |
| think(31) 7:21 8:11 8:13 9:3 9:5 9:25 10:2 11:0 11:12 11:25 12:5 13:19 14:12 14:18 16:24 16:24 18:10 18:14 19:6 19:9 19:24 20:23 21:13 21:13 21:23 22:21 23:17 24:1 24:9 24:10 24:14 | |
| thinking(2) 20:2 21:10 | |
| thirty(1) 8:21 | |
| this(40) 7:21 8:2 9:1 9:6 9:12 9:20 9:22 10:9 11:12 12:1 12:3 12:25 14:25 15:2 15:18 15:18 15:18 15:18 16:1 16:4 16:6 16:13 16:13 18:12 19:9 19:24 20:3 20:15 21:3 21:18 21:20 21:23 22:3 22:6 22:11 22:13 22:24 23:9 23:16 24:18 | |
| thomas(1) 4:11 | |
| thornton(2) 4:45 4:5 | |
| thorton(5) 9:10 9:22 11:12 17:11 19:10 | |
| thought(5) 7:19 10:24 18:23 19:10 23:9 | |
| three(1) 23:10 | |
| through(2) 20:7 20:20 | |
| throughout(2) 10:1 10:10 11:9 | |
| time(7) 8:13 10:1 10:10 11:25 12:13 14:11 21:12 | |
| timing(1) 9:21 | |
| timothy(2) 3:25 3:29 | |
| today(1) 22:11 | |
| told(1) 9:12 | |
| too(4) 13:18 16:20 19:17 23:1 | |
| topic(1) 23:21 | |
| tory's(1) 1:40 | |
| towards(1) 12:7 | |
| transcriber(1) 25:12 | |
| transcript(3) 1:15 1:55 25:7 | |
| transcription(2) 1:48 1:55 | |
| trial(7) 10:15 11:9 14:25 16:4 17:16 19:24 22:5 | |
| trouble(1) 17:11 | |
| trust(7) 3:22 3:37 4:25 4:32 15:19 16:3 16:7 | |
| tuesday(1) 17:1 | |
| tunnell(1) 1:22 | |
| tweed(1) 4:10 | |
| two(4) 9:25 11:4 11:7 13:19 | |
| tyler(1) 4:32 | |
| type(1) 22:24 | |
| typical(1) 21:24 | |
| u.s(3) 3:27 7:8 22:8 | |
| ukpc(2) 14:22 20:20 | |
| ukpi(2) 9:24 11:17 | |
| ulysses(1) 20:7 | |
| unannounced(1) 24:2 | |
| understand(2) 10:8 10:10 | |
| understanding(3) 16:7 23:12 24:15 | |
| unidentified(2) 14:15 24:5 | |
| united(2) 1:1 1:17 | |
| unsecured(1) 6:5 | |
| until(1) 22:20 | |
| unusual(1) 20:3 | |
| upon(2) 17:21 23:2 | |
| usa(1) 5:34 | |
| used(1) 18:15 | |
| various(3) 20:22 21:2 23:17 | |

| Word | Page:Line |
|---|---|
| vedder(1) 4:16 | |
| very(6) 11:13 11:23 15:17 17:22 20:21 25:2 | |
| video(1) 16:14 | |
| view(4) 8:6 8:10 16:2 16:3 | |
| voice(1) 19:13 | |
| wadsworth(1) 5:48 | |
| wait(1) 7:6 | |
| walancik(1) 3:45 | |
| walk(1) 24:17 | |
| wan(1) 5:43 | |
| want(10) 8:4 12:10 13:25 13:25 14:11 15:3 22:17 22:22 22:23 23:18 | |
| wanted(2) 10:7 11:17 | |
| wants(1) 22:3 | |
| war(2) 20:9 20:11 | |
| was(20) 7:18 9:1 9:2 9:3 9:4 9:4 10:12 10:14 10:23 11:17 11:19 12:8 12:10 12:12 12:24 18:18 20:2 20:4 22:4 22:15 | |
| wasting(1) 21:12 | |
| watch(1) 19:16 | |
| way(3) 15:25 20:7 21:7 | |
| webb(1) 4:32 | |
| week(6) 11:5 11:6 11:7 13:3 13:15 15:18 | |
| weeks(4) 10:13 11:7 12:10 13:2 | |
| wei(1) 5:43 | |
| well(15) 7:16 9:20 10:6 10:8 11:21 13:3 13:17 15:22 16:7 17:11 17:16 18:21 21:13 22:14 24:25 | |
| were(12) 7:19 7:21 9:12 10:5 10:13 10:16 10:18 12:13 16:25 22:6 24:16 24:20 | |
| we'll(5) 7:22 17:23 21:2 23:8 23:20 | |
| we're(9) 10:14 11:9 11:16 11:22 12:4 12:8 17:24 21:1 21:11 | |
| we've(3) 11:15 23:5 23:6 | |
| what(15) 8:3 8:14 10:16 10:17 10:18 10:22 12:13 12:14 12:14 15:22 18:18 21:9 22:15 22:23 23:12 | |
| whatever(2) 13:22 13:24 | |
| when(4) 15:17 18:5 21:1 21:10 | |
| where(2) 22:6 23:21 | |
| whereupon(1) 25:4 | |
| whether(6) 7:4 9:2 16:16 21:1 22:19 23:13 | |
| which(10) 8:12 9:12 9:22 10:16 11:4 12:7 15:18 17:2 22:9 23:9 | |
| whiteoak(1) 5:26 | |
| who(2) 24:16 24:16 | |
| why(5) 10:9 10:10 14:1 14:16 22:18 | |
| will(10) 7:6 9:14 15:9 16:13 17:13 17:14 17:16 17:17 18:15 19:19 | |
| wilkie(1) 2:47 | |
| wilmington(1) 1:10 3:7 3:22 3:37 7:2 15:19 16:3 | |
| wilton(1) 15:1 | |
| wish(1) 24:25 | |
| wished(1) 10:25 | |
| with(32) 7:25 8:1 8:12 8:13 8:13 9:16 9:21 9:21 9:22 9:23 11:18 12:8 12:16 12:17 12:18 13:11 14:14 14:22 15:11 15:2 16:20 17:11 18:12 18:25 19:3 20:5 21:3 21:12 22:18 22:11 23:20 24:15 24:25 | |
| without(1) 8:5 | |
| won't(1) 20:20 | |
| work(7) 12:11 12:8 12:15 15:12 17:11 21:14 23:8 | |
| working(2) 10:9 21:11 | |
| works(3) 12:20 13:17 13:23 | |
| would(27) 8:2 9:20 9:25 9:25 10:2 11:4 11:10 12:7 12:16 12:18 13:10 13:16 14:3 15:16 17:2 18:11 18:11 18:19 18:20 18:23 19:1 19:11 19:13 20:23 21:5 21:7 23:3 24:17 | |
| wouldn't(1) 21:4 | |
| would've(1) 23:9 | |
| written(3) 17:3 17:4 20:19 | |
| wunder(1) 6:25 | |
| www.diazdata.com(1) 1:52 | |
| yes(21) 7:9 7:21 9:18 9:19 13:18 14:3 14:20 15:15 15:16 16:2 16:22 17:8 17:11 17:19 18:9 18:18 19:8 20:18 23:7 24:3 24:10 | |
| yesterday(1) 22:2 | |
| yet(1) 20:25 | |
| york(1) 4:15 | |
| york's(1) 15:20 | |
| you(49) 7:7 7:13 7:23 9:10 9:11 9:13 9:19 10:17 10:22 12:1 12:5 12:14 12:14 13:18 13:18 13:19 13:21 13:23 13:25 15:3 15:6 15:23 16:5 16:12 17:7 17:9 17:20 17:21 18:1 18:2 18:4 18:6 18:7 18:20 19:19 19:23 20:6 21:6 21:11 21:12 22:22 22:23 22:25 22:25 23:8 24:25 25:2 25:3 | |
| young(3) 3:5 5:21 5:30 | |

| Word | Page:Line |
|---|---|
| **your**(39) | 7:7  7:25  9:6  9:19  10:12  10:19  10:19  11:1 |
| | 12:4  12:16  12:24  13:5  13:8  13:11  14:8  14:17  14:21 |
| | 15:17  16:13  16:15  16:23  17:9  17:20  17:24  18:18 |
| | 19:5  19:6  19:13  20:10  20:15  21:9  21:16  21:20  21:23 |
| | 22:24  23:14  24:6  24:7  24:14 |
| | |
| | |
| **you'd**(3) | 9:8  10:25  12:6 |
| **you're**(3) | 13:3  13:20  18:7 |
| **you've**(1) | 23:7 |
| **zelbo**(1) | 1:34 |
| **ziehl**(1) | 3:17 |
| **'vanilla'**(1) | 17:22 |