**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                            :    Chapter 11
In re                                       :
                                            :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹              :
                                            :    Jointly Administered
                        Debtors.            :
                                            :
                                            :
                                            :
-----------------------------------------------------------X
```

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
SCHEDULING ORDER RE: INTEREST ISSUES**

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated

debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"),

hereby certify as follows regarding the proposed *Proposed Order re: Interest Issues* (the

"Proposed Order"), attached as **Exhibit 1** hereto:

1.      The Monitor requested that the Court and the Canadian Court hear

argument on the questions of (1) whether the holders of the crossover bonds claims are legally

entitled in each jurisdiction to claim or receive any amounts under the relevant indentures, above

and beyond the outstanding principal debt and prepetition interest; and (2) if determined that the

holders of the crossover bonds claims are so entitled, what additional amounts are such holders

entitled to so claim and receive (the "Interest Issues").

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2.       On June 27, 2014, the Court, along with the Canadian Court, held a joint hearing (the "Hearing") to set the schedule for briefing and oral argument on the Interest Issues. The Court requested the U.S. Debtors submit a proposed order reflecting the schedule set at the Hearing.  A copy of the Proposed Order is attached hereto as **Exhibit 1**.  The Proposed Order was circulated to the Core Parties and reflects comments received from the Core Parties.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** and (ii) grant such other and further relief as is just and proper.

Dated:  June 30, 2014
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*