# **EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| ------------------------------------------------------------X : : *In re* : : Nortel Networks Inc., *et al.*, [1] : : Debtors. : : ------------------------------------------------------------X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## SCHEDULING ORDER RE: INTEREST ISSUES

WHEREAS, the Monitor has requested that the Court and the Canadian Court hear argument on the questions of (1) whether the holders of the crossover bonds claims are legally entitled in each jurisdiction to claim or receive any amounts under the relevant indentures, above and beyond the outstanding principal debt and prepetition interest; and (2) if determined that the holders of the crossover bonds claims are so entitled, what additional amounts are such holders entitled to so claim and receive (the "Interest Issues"); and

WHEREAS, on June 27, 2014, the Court, along with the Canadian Court, held a joint hearing (the "Hearing") to set the schedule for briefing and oral argument on the Interest Issues.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

IT IS HEREBY ORDERED THAT:

1. Opening briefs must be filed and served by July 15, 2014 at 4:00 p.m. Service should include both the Core Parties service list and those parties that have requested service pursuant Federal Rule of Bankruptcy Procedure 2002.

2. Reply briefs must be filed and served by July 22, 2014 at 4:00 p.m. Service should include both the Core Parties service list and those parties that have requested service pursuant to Federal Rule of Bankruptcy Procedure 2002.

3. Argument shall be held on July 25, 2014 at 9:00 a.m.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2014
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE