# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
： 
*In re* ： Chapter 11
：
： Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] ：
： Jointly Administered
Debtors. ：
： **RE: D.I. 13208**
：
---------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING PROPOSED
### SCHEDULING ORDER RE: ALLOCATION
### POST-TRIAL BRIEFING AND ORAL ARGUMENT

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the proposed *Scheduling Order re: Allocation Post-Trial Briefing and Oral Argument* (the "Proposed Order"), attached as **Exhibit 1** hereto:

1. On March 21, 2014, the Court entered the Amended Order re: Allocation Trial (the "Allocation Trial Order") [D.I. 13028].[2] The evidentiary portion of the allocation trial concluded on June 24, 2014.

2. On June 27, 2014, the Court, along with the Canadian Court, held a joint hearing (the "Hearing") to set the schedule for post-trial briefing and oral argument on

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Allocation Trial Order.

Allocation Issues. The Court requested the U.S. Debtors submit a proposed order reflecting the schedule set at the Hearing. A copy of the Proposed Order is attached hereto as **Exhibit 1**. The Proposed Order was circulated to the Core Parties and reflects comments received from the Core Parties.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated:  June 30, 2014<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br> */s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

2