IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I. 13208**
:
---------------------------------------------------------X

## SCHEDULING ORDER RE: ALLOCATION
## POST-TRIAL BRIEFING AND ORAL ARGUMENT

WHEREAS, on March 21, 2014, the Court entered the Amended Order re: Allocation Trial (the "Allocation Trial Order") [D.I. 13028];[2] and

WHEREAS, the evidentiary portion of the allocation trial concluded on June 24, 2014; and

WHEREAS, on June 27, 2014, the Court, along with the Canadian Court, held a joint hearing (the "Hearing") to set the schedule for post-trial briefing and oral argument on Allocation Issues.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Allocation Trial Order.

IT IS HEREBY ORDERED THAT:

1. Opening briefs by any Core Party shall be filed and served by August 7, 2014 at 4:00 p.m. Counsel shall submit proposed findings of fact and conclusions of law with their opening briefs.

2. Reply briefs by any Core Party shall be filed and served by September 10, 2014 at 4:00 p.m.

3. Closing arguments shall be held on September 22 and 23, 2014.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: June 30, 2014
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE