## <u>CERTIFICATE OF SERVICE</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Report by the Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of May 1, 2014 through May 31, 2014** was caused to be made on July 1, 2014, in the manner indicated upon the entities identified below.

Dated: July 1, 2014         _/s/ Ann C. Cordo_
   Wilmington, DE      Ann C. Cordo (No. 4817)


**<u>VIA HAND DELIVERY</u>**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)


Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**<u>VIA FIRST CLASS MAIL</u>**

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)


Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)


7342377.12