IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 13897, 13899** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 30, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
30th day of June, 2014

Notary Public

REGINA AMPOFMO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 200_

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

               Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GFI, A DIVISION OF THOMAS & BETTS
       MANUFACTURING INC.
       C/O BRETT D FALLON ESQ, MORRIS JAMES LLP
       500 DELAWARE AVENUE
       WILMINGTON, DE 19801

GFI, A DIVISION OF THOMAS & BETTS
BRETT D FALLON, ESQ
MORRIS JAMES LLP
500 DELAWARE AVENUE SUITE 1500
WILMINGTON DE 19801

Please note that your claim # 3834-01 in the above referenced case and in the amount of
$35,162.30 has been transferred **(unless previously expunged by court order)** to:

BLACKWELL PARTNERS LLC
TRANSFEROR: GFI, A DIVISION OF THOMAS &
C/O DUMAC INC, ATTN: JANNINE LALL
280 SOUTH MANGUM STREET. SUITE 210
DURHAM, NC 27701

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13899 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2014

                                David D. Bird, Clerk of Court

                                /s/ Kimberly Murray

                                By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This **notice was** mailed **to** the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2014.

# EXHIBIT B

```
TIME: 12:41:04                                              NORTEL NETWORKS INC.                                            PAGE:    1
DATE: 06/30/14                                             CREDITOR LISTING

Name                        Address
BLACKWELL PARTNERS LLC      TRANSFEROR: GFI, A DIVISION OF THOMAS & C/O DUMAC INC, ATTN: JANNINE LALL 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701
BLACKWELL PARTNERS LLC      TRANSFEROR: GFI, A DIVISION OF THOMAS & C/O DUMAC INC, ATTN: JANNINE LALL 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701
GFI, A DIVISION OF THOMAS & BETTS  MANUFACTURING INC. C/O BRETT D FALLON ESQ, MORRIS JAMES LLP 500 DELAWARE AVENUE WILMINGTON DE 19801
GFI, A DIVISION OF THOMAS & BETTS  BRETT D FALLON, ESQ MORRIS JAMES LLP 500 DELAWARE AVENUE SUITE 1500 WILMINGTON DE 19801

Total Number of Records Printed     4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006