# **EXHIBIT A**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 3

Client #  732310

Matter #  165839

---

For services through May 31, 2014
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 05/07/14 | Revise pro hac vice motions of J. Sorkin, J. Yecies & C. Doniak (.3); Finalize and file re: pro hac vice motion of J. Sorkin (.2); Finalize and file re: pro hac vice motion of J. Yecies (.2); Finalize and file re: pro hac vice motion of C. Doniak (.2); Coordinate to Judge Gross re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 05/07/14 | Technical assistance in conference room | | | |
| Litigation | Daniel D. White | 2.20 hrs. | 235.00 | $517.00 |
| 05/12/14 | Technical assistance during trial | | | |
| Litigation | Daniel D. White | 1.00 hrs. | 235.00 | $235.00 |
| 05/13/14 | Participate in 5/13/14 Committee call | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |
| 05/13/14 | Technical assistance during trial | | | |
| Litigation | Daniel D. White | 2.10 hrs. | 235.00 | $493.50 |
| 05/14/14 | Technical assistance during trial | | | |
| Litigation | Daniel D. White | 0.40 hrs. | 235.00 | $94.00 |
| 05/15/14 | Technical assistance during hearing | | | |
| Litigation | Daniel D. White | 2.40 hrs. | 235.00 | $564.00 |
| 05/20/14 | Technical assistance during trial | | | |
| Litigation | Daniel D. White | 2.00 hrs. | 235.00 | $470.00 |

Total Fees for Professional Services        $2,980.50

TOTAL DUE FOR THIS INVOICE                    **$2,980.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 4

Client #  732310

Matter # 165839

BALANCE BROUGHT FORWARD $1,896.00

**TOTAL DUE FOR THIS MATTER** **$4,876.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 5

Client #  732310

Matter # 165839

For services through May 31, 2014
relating to  Meetings

| 05/28/14 | Meeting with B. Witters re: preparation for 5-29-14 hearing | | | |
|----------|-------------|------------|----------|----------|
| Paralegal | Lindsey A. Edinger | 0.10 hrs. | 235.00 | $23.50 |

|  | Total Fees for Professional Services | $23.50 |
|--|--------------------------------------|--------|

| TOTAL DUE FOR THIS INVOICE | **$23.50** |
|----------------------------|------------|

| **TOTAL DUE FOR THIS MATTER** | **$23.50** |
|-------------------------------|------------|

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 6
Client #  732310

Matter # 165839

---

For services through May 31, 2014
relating to  Use, Sale of Assets

| 05/12/14 | Review email from C. Samis re: protocols and sales pleadings (.1); Email correspondence with B. Witters re: same (.1) | | | |
|----------|------------|-----------|--------|--------|
| Paralegal | Lindsey A. Edinger | 0.20 hrs. | 235.00 | $47.00 |

|  | Total Fees for Professional Services | $47.00 |
|--|--------------------------------------|--------|

| TOTAL DUE FOR THIS INVOICE | **$47.00** |
|----------------------------|------------|

| **TOTAL DUE FOR THIS MATTER** | **$47.00** |
|-------------------------------|------------|

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 7

Client #  732310

Matter # 165839

---

For services through May 31, 2014
relating to  Claims Administration

| 05/06/14 | Call from T. McFadden re: B&T settlement (.2); E-mail to T. McFadden re: B&T settlement (.1); Review B&T settlement agreement (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |
| | | | | |
| 05/07/14 | E-mail to T. McFadden re: B&T claim | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

Total Fees for Professional Services          $279.00

**TOTAL DUE FOR THIS INVOICE**          **$279.00**

                                        $623.10

**TOTAL DUE FOR THIS MATTER**          **$902.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 8

Client #  732310

Matter # 165839

For services through May 31, 2014
relating to  Court Hearings

| 05/02/14 | Review multiple e-mails re: trial preparation documents (.4); E-mail multiple times to Digital Legal re: same (.4); Multiple telephone calls to Digital Legal re: same (.3); Assist with trial preparation (.5) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.60 hrs. | 235.00 | $376.00 |
| 05/05/14 | Review e-mail from C. Samis re: 5/8/14 hearing under seal documents (.1); Search files re: under seal documents (.1); E-mail to L. Marino re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 05/05/14 | Attention to reviewing briefing regarding motion to strike for upcoming hearing on same (2.1); Emails to B. Witters re: preparations for hearing on motion to strike (.3) | | | |
| Associate | Christopher M. Samis | 2.40 hrs. | 465.00 | $1,116.00 |
| 05/06/14 | Retrieve re: 5/8/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| 05/06/14 | Telephone call to Courtcall re: 5/8/14 telephonic appearances of M. Wunder and M. Fagen (.2); E-mail to M. Wunder re: confirmation of same (.1); E-mail to M. Fagen re: confirmation of same (.1); Assist with trial preparation of various documents (.6) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 05/07/14 | Conference with C. Samis hearing logistics (.1); Conference with C. Samis and M. Cross re: same (.3); Conference with C. Samis and D. White re: same (.1); Call with L. Landers re: hearing logistics (.1); Call with general services re: same (.1); Conference with C. Samis re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.80 hrs. | 390.00 | $312.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 9

Client #  732310

Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 05/07/14 | Assist with preparation from 5/8/14 hearing (1.0); Retrieve re: 5/8/14 agenda pleadings (1.0); Retrieve re: under seal pleadings for 5/8/14 hearing (1.0); Prepare 5/8/14 hearing binders re: same (2.0); Retrieve re: amended 5/8/14 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 5/8/14 agenda pleadings (.4); Revise 5/8/14 hearing binders (.4); Assist with preparation of 5/8/14 hearing (1.0); Assist with document production for 5/8/14 hearing (1.0); Prepare order for 5/8/14 hearing (.2); Retieve re: second amended 5/8/14 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional agenda pleadings (.5); Revise 5/8/14 hearing binders x8 (1.6) | | | |
| Paralegal | Barbara J. Witters | 10.50 hrs. | 235.00 | $2,467.50 |
| 05/07/14 | Prepare for 5/8/14 pre-trial hearing (6.2); E-mails to B. Witters re: preparation for 5/8/14 pre-trial hearing (1.1); E-mails to C. Borris re: preparation for 5/8/14 pre-trial hearing (.2); E-mails to Z. Praiser re: preparation for 5/8/14 pre-trial hearing (.2); E-mail to N. Stabile re: preparation for 5/8/14 pre-trial hearing (.1); E-mail to M. Cross re: preparation for 5/8/14 pre-trial hearing (.1); E-mail to T. Minott re: preparation for 5/8/14 pre-trial hearing (.1) | | | |
| Associate | Christopher M. Samis | 8.00 hrs. | 465.00 | $3,720.00 |
| 05/08/14 | Conference with S. Rathbone re: hearing logistics (.1); E-mail to S. Rathbone re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 390.00 | $78.00 |
| 05/08/14 | Assist with 5/8/14 hearing preparation (.8); Retrieve re: third amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional agenda pleadings (.2); Revise 5/8/14 hearing binders x 8 (.5) | | | |
| Paralegal | Barbara J. Witters | 1.70 hrs. | 235.00 | $399.50 |
| 05/08/14 | Prepare for 5/8/14 pre-trial hearing (3.0); Attend 5/8/14 pre-trial hearing (4.0); Participate in meeting during break of 5/8/14 hearing to resolve confidentiality issues (4.0); Lunch meeting with U.S. Interests re: outcome of 5/8/14 pre-trial hearing (1.0); Emails to A. Cordo re: pre-trial hearing strategy (.2); Emails to M. Johnson and J. Sorkin re: pre-trial hearing strategy (.2); Email to J. Yecies re: pre-trial hearing strategy (.1); Emails to B. Witters and L. Edinger re: preparation for 5/8/14 pre-trial hearing (.5) | | | |
| Associate | Christopher M. Samis | 13.00 hrs. | 465.00 | $6,045.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 10
Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 05/08/14 | E-mail correspondence with C. Samis re: preparation for 5-8-14 hearing (.1); E-mail correspondence with B. Witters re: same (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.20 hrs. | 235.00 | $47.00 |
| 05/09/14 | Review e-mail from M. Wunder re: 5/9/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1); Review e-mail from C. Samis re: 5/9/14 telephonic appearances of C. Samis, F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, J. Sorkin, J. Yecies and C. Doniak (.1); Telephone to Courtcall re: same (.7); E-mail to distribution re: same (.1); Review e-mail from M. Fagen re: 5/8/14 draft transcript (.1); Telephone call to Wilcox and Fetzer re: same (.1); E-mail to M. Fagen re: same (.1); Assist with preparation for trial (2.7) | | | |
| Paralegal | Barbara J. Witters | 4.20 hrs. | 235.00 | $987.00 |
| 05/09/14 | Attention to trial preparation (2.7); Participate in 5/9/14 teleconference with court (.5); Prepare for 5/9/14 teleconference with court (.2); Email to R. Johnson re: trial logistics (.1); Emails to L. Morris Re: trial logistics (.3); Emails to J. Yecies re: trial logistics (.2); Emails to F. Hodara re: trial logistics (.3); Emails to A. Cordo re: trial logistics (.3); Emails to W. Stephens re: trial logistics (.2); Emails to L. Morris re: trial logistics (.2); Emails to B. Witters re: trial logistics (.6); Email to B. Kahn re: trial logistics (.1) | | | |
| Associate | Christopher M. Samis | 5.70 hrs. | 465.00 | $2,650.50 |
| 05/11/14 | E-mail to J. Ficocello re: allocation trial logistics (.2); E-mails to A. Cordo and T. Minott re: allocation trial logistics (.3); E-mails to C. Doniak re: allocation trial logistics (.3); Emails to Digital Legal re: trial document preparation (.3); E-mail to N. Stabile re: allocation trial logistics (.1); E-mails to B. Kahn re: allocation trial logistics (.3); E-mail to R. Johnson re: allocation trial logistics (.1); Attend courtroom technology testing (2.5); E-mail to F. Hodara re: allocation trial logistics (.1) | | | |
| Associate | Christopher M. Samis | 4.20 hrs. | 465.00 | $1,953.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 11

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 05/12/14 | Review e-mail from M. Fagen and M. Wunder re: 5/12/14 telephonic appearances (.1); Telephone call to Courtcall re: 5/12/14 telephonic appearances for M. Fagen, M. Wunder and N. Stabile (.3); E-mail to distribution re: same (.1); Review e-mail from M. Wunder re: 5/13/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1); Assist with trial preparation (.5) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 235.00 | $305.50 |
| 05/12/14 | Prepare for 5/12/14 trial date (2.0); Lunch meeting with F. Hodara, R. Johnson and B. Kahn re: 5/12/14 trial strategy (1.3); Attend 5/12/14 trial date (6.5); Emails to D. White 5/12/14 trial date logistics (.5); Emails to L. Morris re: 5/12/14 trial date logistics (.4); Emails to N. Stabile re: 5/12/14 trial date logistics (.2); Emails to B. Kahn and A. Cordo re: 5/12/14 trial date logistics (.2); Emails to B. Witters re: 5/12/14 trial date logistics (.2) | | | |
| Associate | Christopher M. Samis | 11.30 hrs. | 465.00 | $5,254.50 |
| 05/13/14 | E-mail with C. Samis re: items needed for trial (.1); Conference with B. Witters re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 390.00 | $78.00 |
| 05/13/14 | Assist with trial preparation for C. Samis (1.5); Review e-mail from M. Wunder re: 5/14/14 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 235.00 | $423.00 |
| 05/13/14 | Prepare for 5/13/14 trial day (1.5); Attend 5/13/14 trial day (6.5); Attend lunch meeting with F. Hodara, R. Johnson and B. Kahn re: 5/13/14 trial day strategy (1.3); Emails to R. Johnson and B. Kahn re: 5/13/14 trial day preparation (.5); Emails to B. Witters and L. Morris re: 5/13/14 trial day preparation (.9); Emails to A. Steele re: 5/13/14 trial day preparation (.2); Emails to D. White re: technology for 5/13/14 trial day (.2); Emails to A. Cordo re: 5/13/14 trial day logistics (.2) | | | |
| Associate | Christopher M. Samis | 11.30 hrs. | 465.00 | $5,254.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 12

Client #  732310

Matter # 165839

---

| 05/13/14 | E-mail correspondence with C. Samis re: M. Fagen dial ins for week of 5/13 (.1); Register M. Fagen and R. Wirakesuma for dial ins for the week of 5/13 (.4); Email M. Fagen dial in confirmations for week for 5/13 (.1) E-mail R. Wirakesuma dial in confirmations for week for 5/13 (.1); E-mail correspondence with C. Samis re: MRDA Books for Court (.1); Begin preparation of MRDA Books for Court (.2); Meeting with B. Witters re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Lindsey A. Edinger | 1.20 hrs. | 235.00 | $282.00 |
| 05/14/14 | Review e-mail from M. Wunder re: 5/15 & 5/16 telephonic appearances (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 05/14/14 | Prepare for 5/14/14 trial day (1.3); Attend 5/14/14 trial day (6.0); Attend lunch meeting with F. Hodara, R. Johnson and M. Cross re: 5/14/14 trial day (1.4); E-mails to L. Morris re: 5/14/14 trial logistics (.9); E-mails to M. Cross re: 5/14/14 trial logistics (.2); Emails to D. White re: 5/14/14 trial logistic (.3); E-mail R. Johnson re: 5/14/14 trial day (.1) | | | |
| Associate | Christopher M. Samis | 10.20 hrs. | 465.00 | $4,743.00 |
| 05/15/14 | Assist with trial preparation materials | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 235.00 | $117.50 |
| 05/15/14 | Prepare for 5/15/14 trial day (1.1); Attend 5/15/14 trial day (6.0); Post 5/15/14 trial day meeting with R. Johnson and M. Cross re: trial strategy (.8); E-mails to R. Johnson, J. Yecies and M. Cross re: preparation for 5/15/14 trial day (.4) | | | |
| Associate | Christopher M. Samis | 8.30 hrs. | 465.00 | $3,859.50 |
| 05/16/14 | Assist with trial preparation | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 235.00 | $117.50 |
| 05/16/14 | E-mail to B. Witters re: circulation of 5/15/14 trial transcript | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 13

Client #  732310

Matter # 165839

---

| 05/19/14 | Review witness affidavits and preparations for 5/20/14 trial day (2.7); Email to R. Johnson re: 5/20/14 trial logistics (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.80 hrs. | 465.00 | $1,302.00 |

| 05/20/14 | Prepare for 5/20/14 trial day (1.8); Attend 5/20/14 trial day (4.8); Emails to A. Cordo re: 5/20/14 trial logistics (.4); Email to D. White re: 5/20/14 trial logistics (.1); Email to L. Edinger re: 5/20/14 trial logistics (.1); Emails to M. Cross re: 5/20/14 trial logistics (.3); Emails to F. Hodara re: 5/20/14 trial logistics (.3); Emails to R. Johnson re: 5/20/14 trial logistics (.2); Emails to L. Morris re:5/20/14 trial logistics (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 8.20 hrs. | 465.00 | $3,813.00 |

| 05/20/14 | E-mail correspondence with C. Samis re: M. Wunder court call registration for rest of week (.1); Register M. Wunder for telephonic appearances for rest of week and email M. Wunder confirmations (.3) | | | |
|---|---|---|---|---|
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 235.00 | $94.00 |

| 05/21/14 | E-mails with C. Samis re: print job (.1); Conference with C. Samis re: same (.1); E-mails with B. Witters re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Amanda R. Steele | 0.30 hrs. | 390.00 | $117.00 |

| 05/21/14 | Assist with trial preparation of 5/20/14 transcript (.5); Discussion with C. Samis re: allocation trial orders (.1); Search docket re: same (.2); Retrieve and e-mail to C. Samis re: same (.1); Search docket re: US interests pre-trial brief for the allocation trial (.2); Retrieve and e-mail to C. Samis re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.20 hrs. | 235.00 | $282.00 |

| 05/21/14 | Prepare for 5/21/14 trial day (1.2); Attend 5/21/14 trial day (6.7); Emails to L. Morris re: 5/21/14 trial logistics (.2); Emails to A. Steele re: 5/21/14 trial logistics (.3); Emails to R. Johnson and M. Cross re: 5/21/14 trial logistics (.2); Email to A. Cordo re: 5/21/14 trial logistics (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 8.70 hrs. | 465.00 | $4,045.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 14

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/22/14 | Assist with trial preparation (1.0); E-mail to M. Fagen re: 1/7/14 hearing transcript (.1); Review multiple e-mails from C. Samis re: 5/23/14 telephonic appearances of C. Samis & D. Botter (.1); Telephone call to Courtcall re: same (.2); E-mail to C. Samis re: same (.1); E-mail to D. Botter re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 235.00 | $376.00 |
| 05/22/14 | Attend 5/22/14 trial day (3.7); Prepare for 5/22/14 trial day (1.5); Emails to M. Cross re: 5/22/14 trial logistics (.2); Email to R. Johnson re: 5/22/14 trial logistics (.1); Email to D. White re: 5/22/14 trial logistics (.1); Email to B. Witters re: 5/22/14 trial logistics (.1) | | | |
| Associate | Christopher M. Samis | 5.70 hrs. | 465.00 | $2,650.50 |
| 05/22/14 | E-mail correspondence with M. Wunder re: M. Sassi court call registration for 5/22/14 hearing (.1); Register M. Sassi for telephonic appearances for 5/22/14 hearing and email M. Sassi confirmation (.3) | | | |
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 235.00 | $94.00 |
| 05/23/14 | Assist with trial preparation of 5/22/14 transcript | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 235.00 | $117.50 |
| 05/23/14 | Attend teleconference with Court on trial confidentiality issues (.7); Prepare for teleconference with Court on trial confidentiality issues (.3); Email to F. Hodara re: teleconference with Court on trial confidentiality issues (.1); Emails to R. Johnson re: teleconference with Court on trial confidentiality issues (.3); Review witness affidavits and prepare for 5/27/14 trial date (2.8); Emails to R. Johnson and J. Yecies re: preparation for 5/27/14 trial date (.2); Emails to F. Hodara re: logistics of 5/27/14 trial date (.2) | | | |
| Associate | Christopher M. Samis | 4.60 hrs. | 465.00 | $2,139.00 |
| 05/23/14 | Email correspondence with M. Wunder re: dial ins for M. Wunder, S. Kukulowicz, and R. Jacobs for 5/23/14 hearing (.1); Email correspondence with S. Scaruzzi re: same (.1); Register Wunder, S. Kukulowicz, and R. Jacobs for dial in appearances (.4); Phone call with C. Samis re: court call for F. Hodara (.1); Register F. Hodara for telephonic appearance (.2) | | | |
| Paralegal | Lindsey A. Edinger | 0.90 hrs. | 235.00 | $211.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 15

Client #  732310

Matter #  165839

---

| 05/27/14 | Assist with trial preparation of Huffard and Bazelon materials (1.0); Afterhours coordination of trial materials (1.4) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.40 hrs. | 235.00 | $564.00 |

| 05/27/14 | Prepare for 5/27/14 trial day (1.5); Attend 5/27/14 trial day (3.1); Attend post-trial lunch meeting with M. Ross, J. Yecies and R. Johnson re: 5/27/14 trial day (1.0); Emails to A. Cordo re: 5/27/14 trial logistics (.3); Emails to R. Speaker re: 5/27/14 trial logistics (.3); Emails to L. Morris re: 5/27/14 trial logistics (.5); Emails to B. Witters re: preparation for 5/28/14 trial day (.9); Email to J. Yecies re: preparation for 5/28/14 trial day (.1); Email to R. Johnson re: preparation for 5/28/14 trial day (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 7.80 hrs. | 465.00 | $3,627.00 |

| 05/27/14 | Emails (x3) with M. Wunder re: telephonic appearance for 5/27/14 (.1); Coordinate telephonic appearance for 5/27/14 (.2); Cooridnate telephonic appearances for M. Wunder for 5/28 - 5/30/14 (.3) | | | |
|---|---|---|---|---|
| Paralegal | Rebecca V. Speaker | 0.60 hrs. | 235.00 | $141.00 |

| 05/28/14 | Afterhours assistance with trial preparation | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.70 hrs. | 235.00 | $399.50 |

| 05/28/14 | Prepare for 5/28/14 trial day (1.5); Attend lunch meeting with F. Hodara, R. Johnson and others re: 5/28/14 trial day (1.5); Attend 5/28/14 trial day (7.5); Attend post-5/28/14 trial day meeting with F. Hodara, R. Johnson and others re: preparation for 5/29/14 trial day (.5); Emails to A. Cordo re: 5/28/14 trial day logistics (.2); Emails to R. Johnson re: 5/28/14 trial day logistics (.2); Emails to L. Morris re: 5/28/14 trial day logistics (.7); Email to J. Yecies re: 5/28/14 trial day logistics (.1); Emails to M. Cross re: 5/28/14 trial day logistics (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 12.40 hrs. | 465.00 | $5,766.00 |

| 05/29/14 | Assist with preparation of trial materials | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.40 hrs. | 235.00 | $564.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 16

Client # 732310

Matter # 165839

---

| Date | Description | | | |
|---|---|---|---|---|
| 05/29/14 | Prepare for 5/29/14 trial day (1.5); Attend lunch meeting with F. Hodara, R. Johnson and others re: 5/29/14 trial day strategy (1.3); Attend 5/29/14 trial day (6.7); Emails to B. Witters re: 5/29/14 trial logistics (.7); Emails to L. Morris re: 5/29/14 trial logistics (1.0); Emails to M. Cross re: 5/29/14 trial logistics (.2); Email to D. White re: 5/29/14 trial logistics (.1); Email to L. Edinger re: 5/29/14 trial logistics (.1) | | | |
| Associate | Christopher M. Samis | 11.60 hrs. | 465.00 | $5,394.00 |
| 05/29/14 | Support and assistance with 5/29/14 hearing preparation | | | |
| Paralegal | Lindsey A. Edinger | 0.70 hrs. | 235.00 | $164.50 |
| 05/30/14 | Assist with additional trial materials | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 05/30/14 | Emails to M. Cross and K. Sol re: 6/2/14 trial logistics (.2); Email to J. Brennan re: 6/2/14 trial logistics (.1); Email to D. Lowenthal re: 6/2/14 trial logistics (.1); Lunch meeting with F. Hodara, R. Johnson and others re: 5/30/14 trial day (1.3); Prepare for 5/30/14 trial day (1.3); Attend 5/30/14 trial day (6.7) | | | |
| Associate | Christopher M. Samis | 9.70 hrs. | 465.00 | $4,510.50 |

Total Fees for Professional Services $77,663.50

TOTAL DUE FOR THIS INVOICE **$77,663.50**

$7,080.30

**TOTAL DUE FOR THIS MATTER** **$84,743.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 17

Client # 732310

Matter # 165839

---

For services through May 31, 2014
relating to Litigation/Adversary Proceedings

| 05/01/14 | Attention to arranging for allocation trial logistical support (4.5); Attention to reviewing and organizing expert reports and depositions for allocation trial (2.0); Meet with B. Witters re: allocation trial logistical support (.3); Email to J. Luzader re: allocation trial logistical support (.1); Call from N. Stabile re: questions regarding US Interests' reply to oppositions to motion to strike (.2); Call from C. Doniak re: questions regarding US Interests' reply to oppositions to motion to strike (.2); Meet with L. Morris re: secretarial support schedule for allocation trial (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 7.50 hrs. | 465.00 | $3,487.50 |

| 05/02/14 | Access FTP site and attention to reviewing, accessing and transferring expert witness reports and deposition transcripts to Digital Legal for processing for allocation trial (1.5); Call to J. Luzader re: Digital Legal processing of expert witness reports and deposition transcripts for use at allocation trial (.3); Meet with B. Witters re: Digital Legal processing of expert witness reports and deposition transcripts for use at allocation trial (.3); Emails to B. Witters re: reviewing, accessing and transferring expert witness reports and deposition transcripts to Digital Legal for processing for allocation trial (.6); Emails to A. Steele re: reviewing, accessing and transferring expert witness reports and deposition transcripts to Digital Legal for processing for allocation trial (.2); Emails to Z. Pariser re: reviewing, accessing and transferring expert witness reports and deposition transcripts to Digital Legal for processing for allocation trial (.4); Review U.S. Interests' pre-trial brief (5.7); Emails to A. Cordo re: review of U.S. Interests' pre-trial brief (.4); Emails to B. Kahn re: review of U.S. Interests' pre-trial brief (.3); Call to B. Witters re: status of expert witness reports and deposition transcripts for use at allocation trial (.2); Call from A. Cordo re: review of U.S. Interests' pre-trial brief (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 10.10 hrs. | 465.00 | $4,696.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 18

Client #  732310

Matter # 165839

---

| 05/05/14 | Afterhours filing re: reply opposition to motion to strike under seal (.7); Prepare under seal cover sheet re: same (.2); Finalize and file re: cover sheet of same (.2); E-mail to C. Samis re: same (.1); E-mail to L. Marino re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.30 hrs. | 235.00 | $305.50 |

| 05/05/14 | Review, revise and finalize US Interests' reply to oppositions to motion to strike expert reports (6.7); Emails to N. Stabile re: revisions to US Interests' reply to oppositions to motion to strike expert reports (1.0); Emails to C. Doniak re: finalizing US Interests' reply to oppositions to motion to strike expert reports (.3); Emails to B. Witters re: finalizing US Interests' reply to oppositions to motion to strike expert reports (.6); Calls from N. Stabile re: finalizing US Interests' reply to oppositions to motion to strike expert reports (.4); Call from C. Doniak re: finalizing US Interests' reply to oppositions to motion to strike expert reports (.2); Email to A. Qureshi re: finalizing US Interests' reply to oppositions to motion to strike expert reports (.1); Emails to A. Cordo re: finalizing US Interests' reply to oppositions to motion to strike expert reports (.4) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 9.70 hrs. | 465.00 | $4,510.50 |

| 05/06/14 | Coordinate to Judge Gross re: under seal reply to opposition to motion to strike | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978

Page 19

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 05/06/14 | Review Monitor objection to U.S. Interests' motion to strike Canadian Allocation Group materials (1.0); Call with C. Doniak and M. Cross re: trial logistics and reviewing, cataloging and organizing expert reports, deposition transcripts and witness binders for allocation trial (.5); Attention to reviewing, cataloging and organizing expert reports, deposition transcripts and witness binders for allocation trial (3.3); Emails to B. Witters re: trial logistics and reviewing, cataloging and organizing expert reports, deposition transcripts and witness binders for allocation trial (.4); Emails to A. Cordo re: trial logistics (.4); Emails to N. Stabile re: trial logistics (.2); Meet with B. Witters re: trial logistics and reviewing, cataloging and organizing expert reports, deposition transcripts and witness binders for allocation trial (.3); Meet with L. Morris re: acquiring printer and technicians for support for trial break-out room (.3); Attention to confirming guest lists and other trial logistics (.8) | | | |
| Associate | Christopher M. Samis | 7.20 hrs. | 465.00 | $3,348.00 |
| 05/07/14 | Examine break-out space with M. Cross and Z. Praiser (.5); Meet with M. Cross and Z. Praiser re: allocation trial logistics (1.0); Emails to L. Morris re: allocation trial logistics (.3); Emails to A. Cordo re: allocation trial logistics (.9); Email to A. Cordo re: clearance of reply memo regarding motion to strike Canadian Allocation Group materials (.1); Review, revise and finalize reply memo regarding motion to strike Canadian Allocation Group materials (.8); Email to D. White re: allocation trial logistics (.1); Emails to A. Qureshi re: clearance of reply memo regarding motion to strike Canadian Allocation Group materials (.2) | | | |
| Associate | Christopher M. Samis | 3.90 hrs. | 465.00 | $1,813.50 |
| 05/08/14 | Emails to Akin trial team re: sign-off on withdrawal on motion to strike McConnell expert report (.3); Emails to J. Alberto re: sign-off on withdrawal on motion to strike McConnell expert report (.3); Review withdrawal stipulation on McConnell motion to strike (.4) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 465.00 | $465.00 |
| 05/09/14 | Call to J. Sorkin re: stipulation with UKPC on withdrawal of motion to strike (.2); Review stipulation with UKPC on withdrawal of motion to strike (.3); Email to J. Sorkin re: stipulation with UKPC on withdrawal of motion to strike (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 20

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/14/14 | Email to B. Witters re: 5/14/14 trial day | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 05/16/14 | Call to B. Kahn re: preparation for 5/19/14 trial week (.4); Email to B. Witters re: trial logistics for 5/19/14 trial week (.1); Attention to reviewing and organizing trial documentation for 5/19/14 trial week (1.5); Review 5/15/14 trial transcript (1.7) | | | |
| Associate | Christopher M. Samis | 3.70 hrs. | 465.00 | $1,720.50 |
| 05/19/14 | Research application of 100 mile rule to attendance at bankruptcy trial (.8); Email to N. Stabile re: application of 100 mile rule to attendance at bankruptcy trial (.1) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 465.00 | $418.50 |
| 05/20/14 | Attend lunch meeting with F. Hodara, R. Johnson and M. Cross re: trial strategy (1.3); Emails to M. Collins re: status / summary of trial (.3); Attend dinner meeting with F. Hodara, R. Johnson and M. Cross re: trial strategy (3.0) | | | |
| Associate | Christopher M. Samis | 4.60 hrs. | 465.00 | $2,139.00 |
| 05/21/14 | Attend 5/21/14 lunch meeting with F. Hodara, R. Johnson, M. Cross and others re: trial strategy (1.3); Email to M. Collins re: trial update and pre-trial brief (.1) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 465.00 | $651.00 |
| 05/23/14 | Meet with M. Collins re: status of trial | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 05/23/14 | Meeting with C. Samis re: status and update concerning allocation trial | | | |
| Director | Mark D. Collins | 0.30 hrs. | 800.00 | $240.00 |
| 05/27/14 | Emails to J. Yecies re: Westbrook stipulation (.2); Review Westbrook stipulation (.8) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 465.00 | $465.00 |

Total Fees for Professional Services        $24,772.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 21
Client #  732310

Matter # 165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$24,772.50** |
| | $43,208.50 |
| **TOTAL DUE FOR THIS MATTER** | **$67,981.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 22

Client #  732310

Matter # 165839

For services through May 31, 2014
relating to  RLF Fee Applications

| 05/13/14 | Review e-mail from B. Kahn re: RLF April estimated fees and expenses (.1); E-mail to accounting re: same (.1); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 05/16/14 | Email to B. Kahn re: RL&F electronic billing format for fee auditor | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 05/18/14 | Review RLF April bill memos and meal changes | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 235.00 | $117.50 |
| 05/21/14 | Review April 2014 bill memo | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 465.00 | $465.00 |
| 05/22/14 | Prepare cno re: RLF March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 05/22/14 | Review, revise and finalize 62nd RL&F fee application CNO | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 05/28/14 | Review and revise RLF April fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 05/29/14 | Prepare RLF 21st interim fee application (.6); E-mail to accounting re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 05/29/14 | Email to B. Kahn re: RL&F electronic fee formats | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 23

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/30/14 | Prepare cos re: RLF 21st interim fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| | | | | |
| 05/30/14 | File, circulate, and coordinate service of RLF 21st interim fee application (.4) Email interim fee application to fee auditor and UST (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.50 hrs. | 235.00 | $117.50 |

Total Fees for Professional Services                    $1,497.00

TOTAL DUE FOR THIS INVOICE                    **$1,497.00**

$1,851.60

**TOTAL DUE FOR THIS MATTER**                    **$3,348.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 24

Client #  732310

Matter # 165839

For services through May 31, 2014

relating to  Fee Applications of Others

| 05/02/14 | Prepare cno re: Capstone February fee application (.2); Finalize and file cno re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 05/09/14 | Prepare cno re: Ashurst March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 05/16/14 | Prepare cno re: Akin Gump February fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 05/20/14 | Review e-mail from M. Fagen re: Capstone March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Coordinate clock-in of Capstone March fee application (.1); Coordinate service re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 235.00 | $211.50 |
| 05/21/14 | Finalize and file re: Capstone March fee application (.2); Review e-mail from M. Wunder re: Dentons February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: Dentons February fee application (.3) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 235.00 | $282.00 |
| 05/22/14 | Review e-mail from M. Fagen re: Ashurst April fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 05/22/14 | Review, revise and finalize Ashurst fee application | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 25

Client #  732310

Matter # 165839

---

05/23/14    Review e-mail from M. Fagen re: Akin Gump March fee application (.1);
Retrieve and review re: same (.2); Prepare notice of application re: same
(.2); Prepare cos re: same (.2); Finalize and file re: same (.3); Review e-mail
from M. Fagen re: Ashurst 21st interim fee application (.1); Retrieve and
review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate
service re: same (.2)

| Paralegal | Barbara J. Witters | 1.60 hrs. | 235.00 | $376.00 |

05/23/14    Email to B. Witters re: fee applications for filing on 5/23/14 (.1); Review,
revise and finalize 62nd Akin fee application (.4); Review, revise and
finalize Ashurst interim fee application (.2)

| Associate | Christopher M. Samis | 0.70 hrs. | 465.00 | $325.50 |

05/27/14    Review e-mail from M. Wunder re: Dentons 21st interim fee application
(.1); Retrieve and review re: same (.2); Prepare cos re: same (.2); Finalize,
file and coordinate service re: same (.3)

| Paralegal | Barbara J. Witters | 0.80 hrs. | 235.00 | $188.00 |

05/28/14    Review e-mail from J. Scarborough re: Ashurst March fee application (.1);
E-mail to J. Scarborough re: same (.1)

| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |

05/29/14    E-mail to M. Wunder re: Dentons 21st interim fee application (.1); Review
e-mail from M. Fagen re: Akin Gump April fee application (.1); Retrieve
and review re: same (.2); Prepare notice re: same (.2); Prepare cos re: same
(.2); Review e-mail from M. Fagen re: Akin Gump 21st interim fee
application (.1); Retrieve and review re: same (.1); Prepare cos re: same
(.2); Review e-mail from M. Wunder re: Cassels Brock first fee application
(.1); Retrieve and review re: same (.2); Prepare notice of application re:
same (.2); Prepare cos re: same (.2); Review e-mail from M. Fagen re:
Capstone April fee application (.1); Retrieve and review re: same (.2);
Prepare notice re: same (.2); Prepare cos re: same (.2); Finalize, file and
coordinate service re: Akin Gump April fee application (.3); Finalize, file
and coordinate service re: Akin 21st interim fee application (.3); Finalize,
file and coordinate service re: Cassels Brock first fee application (.3);
Finalize, file and coordinate service re: Capstone April fee application (.3)

| Paralegal | Barbara J. Witters | 3.80 hrs. | 235.00 | $893.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 26

Client #  732310

Matter # 165839

---

| 05/29/14 | Review, revise and finalize 1st Cassels fee application (.2); Review, revise and finalize 63rd Capstone fee application (.2); Review, revise and finalize 63rd Akin fee application (.2); Review, revise and finalize 21st Akin interim fee application (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |
| | | | | |
| 05/30/14 | E-mail to M. Wunder re: confirmation of filing Cassels March fee application (.1); Review e-mail from m. Wunder re: Cassels April fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Review e-mail from M. Fagen re: Capstone 21st interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Review e-mail from M. Wunder re: Cassels first interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 235.00 | $376.00 |
| | | | | |
| 05/30/14 | Emails to A. Cordo re: allocation expert witness fees (.2); Email to B. Kahn re: allocation expert witness fees (.1); Email to A. Steele re: allocation expert witness fees (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| | | | | |
| 05/30/14 | Review emails from M. Wunder re: Cassels Brock fee applications (.1); Meeting with B. Witters re: after hours filing of fee applications (.2); File, circulate, and coordinate service of Cassels Brock 2nd fee application (.5); File, circulate, and coordinate service of Cassels Brock 1st interim application (.4); File, circulate, and coordinate service of Capstone 21st interim fee application (.4); Email correspondence with B. Witters re: service of fee applications on fee auditor and UST (.1); Email fee applications to fee auditor and UST (.2) | | | |
| Paralegal | Lindsey A. Edinger | 1.90 hrs. | 235.00 | $446.50 |

Total Fees for Professional Services $4,360.00

TOTAL DUE FOR THIS INVOICE **$4,360.00**

$2,483.10

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 27

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                    **$6,843.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 28

Client #  732310

### Summary of Hours

|                        | Hours  | Rate/Hr  | Dollars    |
|------------------------|--------|----------|------------|
| Amanda R. Steele       | 1.50   | 390.00   | 585.00     |
| Barbara J. Witters     | 52.60  | 235.00   | 12,361.00  |
| Christopher M. Samis   | 203.00 | 465.00   | 94,395.00  |
| Daniel D. White        | 10.10  | 235.00   | 2,373.50   |
| Lindsey A. Edinger     | 6.50   | 235.00   | 1,527.50   |
| Mark D. Collins        | 0.30   | 800.00   | 240.00     |
| Rebecca V. Speaker     | 0.60   | 235.00   | 141.00     |
| TOTAL                  | 274.60 | $406.49  | 111,623.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$135,514.17**

    Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

    Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

### PAYABLE WHEN RENDERED

732310