# EXHIBIT B



**RICHARDS LAYTON & FINGER**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

June 26, 2014
Invoice 459978

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through May 31, 2014
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Business Meals | $1,798.89 |
| Conference Calling | $2,540.00 |
| Court Reporter Services | $1,392.00 |
| Document Retrieval | $93.30 |
| Equipment Rental | $2,269.43 |
| Filing Fees/Court Costs | $75.00 |
| Long distance telephone charges | $82.01 |
| Messenger and delivery service | $639.20 |
| Overtime | $504.20 |
| Photocopying/Printing - outside vendor | $10,897.52 |
| Photocopying/Printing | $1,907.40 |
| 5,214 @ $.10 pg./ 13,860 @ $.10/pg. | |
| Postage | $106.91 |
| Stationery Supplies | $1,585.31 |

Other Charges                                             $23,891.17

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 2

Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$23,891.17** |
| BALANCE BROUGHT FORWARD | $4,202.78 |
| **TOTAL DUE FOR THIS MATTER** | **$28,093.95** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2014
Invoice 459978
Page 29

Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Meetings
Use, Sale of Assets
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 05/01/14 | 12128728059 Long Distance | | LD |
| | Amount = | $11.12 | |
| 05/01/14 | 12122453033 Long Distance | | LD |
| | Amount = | $6.95 | |
| 05/02/14 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 05/02/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/02/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/02/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/02/14 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 05/02/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/02/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 05/02/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 30
Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 05/02/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | 12128728020 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 05/05/14 | PACER | | DOCRETRI |
| | | Amount =  $3.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $3.30 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $3.30 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/05/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 31
Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 05/05/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/05/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/06/14 | 12128728059 Long Distance | | LD |
| | Amount = $18.07 | | |
| 05/06/14 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 05/06/14 | PACER | | DOCRETRI |
| | Amount = $28.60 | | |
| 05/06/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/06/14 | Printing | | DUP.10CC |
| | Amount = $53.00 | | |
| 05/06/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/06/14 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 05/06/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/06/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 05/06/14 | Printing | | DUP.10CC |
| | Amount = $10.80 | | |
| 05/06/14 | Printing | | DUP.10CC |
| | Amount = $0.90 | | |
| 05/07/14 | PARCELS, INC. | | DUPOUT |
| | Amount = $286.32 | | |
| 05/07/14 | PARCELS, INC. | | DUPOUT |
| | Amount = $242.30 | | |
| 05/07/14 | AQUIPT: Equipment Rental | | EQUIPREN |
| | Amount = $1,025.31 | | |
| 05/07/14 | AQUIPT: Equipment Rental | | EQUIPREN |
| | Amount = $1,244.12 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 32
Client #  732310

| 05/07/14 | Photocopies | DUP.10CC |
|---|---|---|
| | Amount =  $0.90 | |
| 05/07/14 | Richards Layton and Finger/REGISTER OF WILLS Messenger and delivery charges | MESS |
| | Amount =  $6.45 | |
| 05/07/14 | Messenger and delivery From Sullivan's Steakhouse BJW | MEALSCL |
| | Amount =  $56.62 | |
| 05/07/14 | PACER | DOCRETRI |
| | Amount =  $9.00 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.10 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.10 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.20 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $12.50 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.90 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.60 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.20 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.30 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $3.30 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.20 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $0.30 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $5.40 | |
| 05/07/14 | Printing | DUP.10CC |
| | Amount =  $5.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 33
Client #  732310

| Date | Description | | | Code |
|---|---|---|---|---|
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $5.60 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $1.60 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $2.40 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $3.90 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $31.80 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $10.50 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $27.80 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $1.20 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $32.70 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $2.50 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $4.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 34

Client #  732310

| Date | Description | | Code |
|------|-------------|--------------|------|
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $1.50 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $7.20 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $63.80 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $6.00 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $5.00 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $16.60 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $3.40 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $3.20 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $26.40 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $32.50 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount = $0.90 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 35

Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $146.40 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $7.70 | |
| 05/07/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 36

Client #  732310

| 05/07/14 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $7.00 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $3.60 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $3.70 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $3.10 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $2.90 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $2.90 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $14.60 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $1.80 | |
| 05/07/14 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 37

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $12.40 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $3.30 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $12.50 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $2.20 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $6.10 | | |
| 05/07/14 | Printing | | DUP.10CC |
| | Amount = $2.10 | | |
| 05/08/14 | WILCOX & FETZER: Transcript | | CTRPT |
| | Amount = $1,392.00 | | |
| 05/08/14 | PARCELS, INC.: 513957 | | DUPOUT |
| | Amount = $4,019.73 | | |
| 05/08/14 | AMERICAN EXPRESS: BJW | | FLFEE |
| | Amount = $75.00 | | |
| 05/08/14 | RODNEY GRILLE: CMS | | MEALSCL |
| | Amount = $12.00 | | |
| 05/08/14 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | Amount = $7.70 | | |
| 05/08/14 | Messenger and delivery | | MESS |
| | Amount = $117.10 | | |
| 05/08/14 | Messenger and delivery | | MESS |
| | Amount = $43.50 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 38

Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|--|--------|------|
| 05/08/14 | Messenger and delivery | | | MESS |
| | | Amount = | $55.50 | |
| 05/08/14 | PACER | | | DOCRETRI |
| | | Amount = | $27.40 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $14.00 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $6.50 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $5.60 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $6.50 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $5.60 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $29.60 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $7.50 | |
| 05/08/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 05/09/14 | PARCELS, INC.: 514668 | | | DUPOUT |
| | | Amount = | $1,338.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 39

Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 05/09/14 | RODNEY GRILLE: AS | | MEALSCL |
| | Amount = $9.90 | | |
| 05/09/14 | 17172336664 Long Distance | | LD |
| | Amount = $1.39 | | |
| 05/09/14 | 12124073021 Long Distance | | LD |
| | Amount = $2.78 | | |
| 05/09/14 | Messenger and delivery From Deep Blue AJ | | MEALSCL |
| | Amount = $34.84 | | |
| 05/09/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/09/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 05/09/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 05/09/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/09/14 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |
| 05/09/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/09/14 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 05/09/14 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 05/12/14 | URBAN CAFE | | MEALSCL |
| | Amount = $60.44 | | |
| 05/12/14 | MANHATTAN BAGEL COMPANY | | MEALSCL |
| | Amount = $85.00 | | |
| 05/12/14 | Messenger and delivery From Brew Ha-Ha | | MEALSCL |
| | Amount = $143.49 | | |
| 05/12/14 | Messenger and delivery | | MESS |
| | Amount = $87.10 | | |
| 05/12/14 | Stationary Supplies | | STAT |
| | Amount = $1,585.31 | | |
| 05/13/14 | PARCELS, INC.: 515087 | | DUPOUT |
| | Amount = $79.80 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 40

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/13/14 | PARCELS, INC.: 515088 | | DUPOUT |
| | | Amount = $41.50 | |
| 05/13/14 | MANHATTAN BAGEL COMPANY | | MEALSCL |
| | | Amount = $80.00 | |
| 05/13/14 | Printing | | DUP.10CC |
| | | Amount = $16.50 | |
| 05/13/14 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 05/13/14 | Printing | | DUP.10CC |
| | | Amount = $6.00 | |
| 05/13/14 | Printing | | DUP.10CC |
| | | Amount = $6.00 | |
| 05/14/14 | PARCELS, INC.: 515766 | | DUPOUT |
| | | Amount = $37.60 | |
| 05/14/14 | MANHATTAN BAGEL COMPANY | | MEALSCL |
| | | Amount = $80.00 | |
| 05/14/14 | 12128721075 Long Distance | | LD |
| | | Amount = $9.73 | |
| 05/14/14 | Messenger and delivery From Brew Ha-Ha CXS | | MEALSCL |
| | | Amount = $184.66 | |
| 05/14/14 | SECRETARIAL OT THRU 5/15/14 | | OT |
| | | Amount = $108.72 | |
| 05/14/14 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 05/14/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/14/14 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 05/15/14 | PARCELS, INC.: 515767 | | DUPOUT |
| | | Amount = $40.00 | |
| 05/15/14 | MANHATTAN BAGEL COMPANY | | MEALSCL |
| | | Amount = $80.00 | |
| 05/15/14 | CHRISTOPHER M. SAMIS: Lunch with Co-Counsel 5/7 - 165839 | | MEALSCL |
| | | Amount = $55.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 41

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/15/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/15/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 05/15/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 05/16/14 | PARCELS, INC.: 515768 | | DUPOUT |
| | Amount = | $36.10 | |
| 05/16/14 | MANHATTAN BAGEL COMPANY | | MEALSCL |
| | Amount = | $80.00 | |
| 05/16/14 | CourtCall | | CONFCALL |
| | Amount = | $305.00 | |
| 05/16/14 | CourtCall | | CONFCALL |
| | Amount = | $102.00 | |
| 05/16/14 | 12128728121 Long Distance | | LD |
| | Amount = | $29.19 | |
| 05/16/14 | PACER | | DOCRETRI |
| | Amount = | $14.90 | |
| 05/16/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/16/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/16/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/16/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/19/14 | CourtCall | | CONFCALL |
| | Amount = | $601.00 | |
| 05/20/14 | CourtCall | | CONFCALL |
| | Amount = | $601.00 | |
| 05/20/14 | Photocopies | | DUP.10CC |
| | Amount = | $72.00 | |
| 05/20/14 | Photocopies | | DUP.10CC |
| | Amount = | $12.00 | |
| 05/20/14 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 42

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/20/14 | Messenger and delivery | | MESS |
| | | Amount = $6.00 | |
| 05/20/14 | Postage | | POST |
| | | Amount = $12.32 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $5.50 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $42.00 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $4.00 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/20/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 43
Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 05/20/14 | Printing | | DUP.10CC |
| | Amount = $4.00 | | |
| 05/20/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 05/20/14 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 05/21/14 | PARCELS, INC.: 516473 | | DUPOUT |
| | Amount = $35.50 | | |
| 05/21/14 | Photocopies | | DUP.10CC |
| | Amount = $31.80 | | |
| 05/21/14 | Messenger and delivery | | MESS |
| | Amount = $63.30 | | |
| 05/21/14 | Postage | | POST |
| | Amount = $11.27 | | |
| 05/21/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 05/21/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 05/21/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 05/21/14 | Printing | | DUP.10CC |
| | Amount = $4.70 | | |
| 05/21/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/21/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/21/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/21/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/22/14 | PARCELS, INC.: 516854 | | DUPOUT |
| | Amount = $42.10 | | |
| 05/22/14 | CourtCall | | CONFCALL |
| | Amount = $596.00 | | |
| 05/22/14 | Photocopies | | DUP.10CC |
| | Amount = $31.80 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 44

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/22/14 | Messenger and delivery | | MESS |
| | | Amount =  $63.30 | |
| 05/22/14 | Postage | | POST |
| | | Amount =  $11.48 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $4.70 | |
| 05/22/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/23/14 | PARCELS, INC.: 516939 | | DUPOUT |
| | | Amount =  $27.40 | |
| 05/23/14 | Photocopies | | DUP.10CC |
| | | Amount =  $83.40 | |
| 05/23/14 | Richards Layton and Finger/US Trustee Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 45

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 05/23/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 05/23/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 05/23/14 | Postage | | POST |
| | | Amount =  $13.16 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $12.80 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/23/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/27/14 | Photocopies | | DUP.10CC |
| | | Amount =  $6.00 | |
| 05/27/14 | Messenger and delivery | | MESS |
| | | Amount =  $8.50 | |
| 05/27/14 | Messenger and delivery | | MESS |
| | | Amount =  $28.50 | |
| 05/27/14 | Postage | | POST |
| | | Amount =  $4.76 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 46

Client #  732310

| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $9.00 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $13.00 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $9.00 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $9.00 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 47

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 05/28/14 | PARCELS, INC.: 518119 | | DUPOUT |
| | Amount = | $4,246.70 | |
| 05/28/14 | PARCELS, INC.: 517575 | | DUPOUT |
| | Amount = | $116.00 | |
| 05/28/14 | PARCELS, INC.: 517574 | | DUPOUT |
| | Amount = | $220.00 | |
| 05/28/14 | URBAN CAFE: Food Service 5/28 | | MEALSCL |
| | Amount = | $109.90 | |
| 05/28/14 | CourtCall | | CONFCALL |
| | Amount = | $263.00 | |
| 05/28/14 | Photocopies | | DUP.10CC |
| | Amount = | $40.40 | |
| 05/28/14 | Messenger and delivery | | MESS |
| | Amount = | $8.50 | |
| 05/28/14 | Messenger and delivery | | MESS |
| | Amount = | $17.10 | |
| 05/28/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 05/28/14 | Postage | | POST |
| | Amount = | $12.32 | |
| 05/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 05/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 05/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/28/14 | Printing | | DUP.10CC |
| | Amount = | $2.20 | |
| 05/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 48

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 05/28/14 | Printing | Amount = $0.60 | DUP.10CC |
| 05/28/14 | Printing | Amount = $0.20 | DUP.10CC |
| 05/28/14 | Printing | Amount = $0.10 | DUP.10CC |
| 05/28/14 | Printing | Amount = $6.50 | DUP.10CC |
| 05/28/14 | Printing | Amount = $4.50 | DUP.10CC |
| 05/28/14 | Printing | Amount = $15.00 | DUP.10CC |
| 05/28/14 | Printing | Amount = $0.90 | DUP.10CC |
| 05/28/14 | Printing | Amount = $6.50 | DUP.10CC |
| 05/28/14 | Printing | Amount = $3.60 | DUP.10CC |
| 05/29/14 | PARCELS, INC.: 518434 | Amount = $43.10 | DUPOUT |
| 05/29/14 | PARCELS, INC.: 517685 | Amount = $45.07 | DUPOUT |
| 05/29/14 | Photocopies | Amount = $84.10 | DUP.10CC |
| 05/29/14 | Photocopies | Amount = $86.40 | DUP.10CC |
| 05/29/14 | Messenger and delivery | Amount = $4.50 | MESS |
| 05/29/14 | Messenger and delivery | Amount = $39.50 | MESS |
| 05/29/14 | Messenger and delivery From Sulivans Steakhouse BJW | Amount = $37.12 | MEALSCL |
| 05/29/14 | Messenger and delivery From Mikimoto's BJW | Amount = $33.18 | MEALSCL |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 49

Client #  732310

| 05/29/14 | LIT SUPPORT OT THRU 5/31/14 | OT |
| | Amount = $173.06 | |
| 05/29/14 | SECRETARIAL OT THRU 5/31/14 | OT |
| | Amount = $222.42 | |
| 05/29/14 | Postage | POST |
| | Amount = $21.40 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $3.00 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $12.00 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $3.00 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $1.20 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $7.40 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $4.30 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $0.30 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $4.80 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $28.80 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $21.50 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $1.80 | |
| 05/29/14 | Printing | DUP.10CC |
| | Amount = $7.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 50

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 05/29/14 | Printing | Amount = $44.40 | DUP.10CC |
| 05/29/14 | Printing | Amount = $4.30 | DUP.10CC |
| 05/29/14 | Printing | Amount = $13.50 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.10 | DUP.10CC |
| 05/29/14 | Printing | Amount = $10.00 | DUP.10CC |
| 05/29/14 | Printing | Amount = $73.00 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.30 | DUP.10CC |
| 05/29/14 | Printing | Amount = $7.60 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.10 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.10 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.20 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.20 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.20 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.20 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.10 | DUP.10CC |
| 05/29/14 | Printing | Amount = $3.60 | DUP.10CC |
| 05/29/14 | Printing | Amount = $0.20 | DUP.10CC |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 51

Client #  732310

| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $10.00 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $5.10 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/14 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/30/14 | RODNEY GRILLE: CMS | | MEALSCL |
| | | Amount = $15.95 | |
| 05/30/14 | CourtCall | | CONFCALL |
| | | Amount = $72.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 52

Client #  732310

| 05/30/14 | Photocopies | | DUP.10CC |
| | | Amount =  $72.60 | |
| 05/30/14 | PACER | | DOCRETRI |
| | | Amount =  $4.30 | |
| 05/30/14 | Postage | | POST |
| | | Amount =  $20.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $25.40 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $50.80 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $19.80 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $22.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $10.60 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $10.60 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978

Page 53

Client #  732310

| 05/30/14 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $0.50 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $10.00 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $10.00 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2014
Invoice 459978
Page 54
Client #  732310

| | | | |
|---|---|---|---|
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount = $3.60 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/30/14 | Printing | | DUP.10CC |
| | | Amount = $10.00 | |
| 05/31/14 | W.B. MASON CO., INC.: Cust No C2133112 | | MEALSCL |
| | | Amount = $640.79 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc


Expenses     $23,891.17