# United States Bankruptcy Court

## District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**                    <u>Case No.:</u> **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**                    **WB Claims Holding – Nortel, LLC**
                                                Name of Transferor

Name and Address where notices to transferee    Court Record Address of Transferor
should be sent                                   (Court Use Only)
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments       Name and Current Address of Transferor
should be sent (if different from above)

                                                **WB Claims Holding – Nortel, LLC**
                                                **3033 Excelsior Blvd, Suite 300**
                                                **Minneapolis, MN 55416**

Court Claim # (if known): **1472**
Claim Amount:           **$ 3,020,440.87**
Date Claim Filed:       July 6, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew A. Jones_____          Date: 7/1/2014
       Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                     **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24 , 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1472  (the "Claim") attached hereto, in the allowed amount of $3,020,440.87.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:     Michael G. Linn
           Managing Member

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24 , 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1472 (the "Claim") attached hereto, in the allowed amount of $3,020,440.87.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

| (Assignee) | (Assignor) |
|---|---|
| **OPTICAL NN HOLDINGS, LLC** | **WB Claims Holding - Nortel, LLC** |
| By: Farallon Capital Management, L.L.C., | By: Whitebox Advisors, LLC |
| Its Manager | |

By: _____

Name:

Title:

By: _____

Name: Andy /Redleaf

Title: CEO

# United States Bankruptcy Court

## District of Delaware

In re: **Nortel Networks, Inc.**                Case No.: **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**                **WB Claims Holding – Nortel, LLC**
                                            Name of Transferor

Name and Address where notices to transferee        Court Record Address of Transferor
should be sent                                       (Court Use Only)
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____

Name and Address where transferee payments          Name and Current Address of Transferor
should be sent (if different from above)
                                                     **WB Claims Holding – Nortel, LLC**
                                                     **3033 Excelsior Blvd, Suite 300**
                                                     **Minneapolis, MN 55416**

Court Claim # (if known): **1472.03**
Claim Amount:            $ 281,117.97
Date Claim Filed:        July 6, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew A. Jones_____            Date: 7/1/2014
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~~DEADLINE TO OBJECT TO TRANSFER~~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                     **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24 , 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1472.03 (the "Claim") attached hereto, in the allowed amount of $281,117.97.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

| (Assignee) | (Assignor) |
|---|---|
| **OPTICAL NN HOLDINGS, LLC** | **WB Claims Holding - Nortel, LLC** |
| By: Farallon Capital Management, L.L.C., | By: Whitebox Advisors, LLC |
| Its Manager | |

By: _____        By: _____
Name:                                          Name:
Title:                                           Title:

Michael G. Linn
Managing Member

**EVIDENCE OF TRANSFER OF CLAIM**

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1472.03 (the "Claim") attached hereto, in the allowed amount of $281,117.97.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

| | |
|---|---|
| **(Assignee)** | **(Assignor)** |
| **OPTICAL NN HOLDINGS, LLC** | **WB Claims Holding - Nortel, LLC** |
| By: Farallon Capital Management, L.L.C., | By: Whitebox Advisors, LLC |
| Its Manager | |

By: _____    By: _____
Name: _____    Name:  Andy Redleaf
Title: _____    Title:  CEO

# United States Bankruptcy Court

## District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**                    <u>Case No.:</u> **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**                    **WB Claims Holding – Nortel, LLC**
                                               Name of Transferor

Name and Address where notices to transferee      Court Record Address of Transferor
should be sent                                     (Court Use Only)
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments        Name and Current Address of Transferor
should be sent (if different from above)
                                                   **WB Claims Holding – Nortel, LLC**
                                                   **3033 Excelsior Blvd, Suite 300**
                                                   **Minneapolis, MN 55416**

Court Claim # (if known): **1162**
Claim Amount:            $ 762,469.26
Date Claim Filed:        May 13, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Andrew A. Jones_____                    Date: 7/1/2014
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                    **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24 , 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1162 (the "Claim") attached hereto, in the amount of $762,469.26

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

Michael G. Linn
Managing Member

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 2̲4̲ , 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 1162 (the "Claim") attached hereto, in the amount of $762,469.26

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 2̲4̲ day of June, 2014.

| | |
|---|---|
| **(Assignee)** | **(Assignor)** |
| **OPTICAL NN HOLDINGS, LLC** | **WB Claims Holding - Nortel, LLC** |
| By: Farallon Capital Management, L.L.C., | By: Whitebox Advisors, LLC |
| Its Manager | |

By: _____    By: _C̲ C̲_____

Name: _____    Name: _Andy Redleaf_

Title: _____    Title: _CEO/_

# United States Bankruptcy Court

## District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**                    <u>Case No.:</u> 09-10138

Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**                    **WB Claims Holding – Nortel, LLC**
                                                 Name of Transferor

Name and Address where notices to transferee       Court Record Address of Transferor
should be sent                                     (Court Use Only)
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments        Name and Current Address of Transferor
should be sent (if different from above)
                                                   **WB Claims Holding – Nortel, LLC**
                                                   **3033 Excelsior Blvd, Suite 300**
                                                   **Minneapolis, MN 55416**

Court Claim # (if known): **2560**
Claim Amount:          $ 2,709,607.17
Date Claim Filed:      September 3, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Andrew A. Jones</u>                    Date: 7/1/2014
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                        _____
                                                           **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June **24**, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 2560 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $2,709,607.17.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **24** day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

Michael G. Linn
Managing Member

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 2560 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $2,709,607.17.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

| (Assignee) | (Assignor) |
|---|---|
| **OPTICAL NN HOLDINGS, LLC** | **WB Claims Holding - Nortel, LLC** |
| By: Farallon Capital Management, L.L.C., | By: Whitebox Advisors, LLC |
| Its Manager | |

By: _____  
Name:  
Title:

By: _____  
Name: Andy Redleaf  
Title: CEO

# United States Bankruptcy Court

## District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**                    <u>Case No.:</u> 09-10138

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**                     **WB Claims Holding – Nortel, LLC**
                                                 Name of Transferor

Name and Address where notices to transferee    Court Record Address of Transferor
should be sent                                   (Court Use Only)
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments      Name and Current Address of Transferor
should be sent (if different from above)
                                                 **WB Claims Holding – Nortel, LLC**
                                                 **3033 Excelsior Blvd, Suite 300**
                                                 **Minneapolis, MN 55416**

Court Claim # (if known): **163**
Claim Amount:          $ 19,500.00
Date Claim Filed:      February 9, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew A. Jones_____        Date: 7/1/2014
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~
The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                        _____
                                       **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June **24**, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 163 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $19,500.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **24** day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

    Michael G. Linn
    Managing Member

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 163 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $19,500.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _C_ _Ly_____
Name: _Andy Redleaf_
Title: _CEO_

# United States Bankruptcy Court

## District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**                    <u>Case No.:</u> **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Optical NN Holdings, LLC** | **WB Claims Holding – Nortel, LLC** |
| | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Optical NN Holdings, LLC** | |
| **One Maritime Plaza, Suite 2100** | |
| **San Francisco, CA 94111** | |
| **Attn: Michael G. Linn** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **WB Claims Holding – Nortel, LLC** |
| | **3033 Excelsior Blvd, Suite 300** |
| | **Minneapolis, MN 55416** |

Court Claim # (if known): **1155**
Claim Amount:              $ **1,093,763.82**
Date Claim Filed:          May 11, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew A. Jones_ _____          Date: 7/1/2014
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                              **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC,** its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC,** its successors and assigns (collectively, "Assignee") 100% of proof of claim number 1155 (the "Claim") attached hereto, in the stipulated general unsecured amount of $1,093,763.82.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June 2014.

(Assignee)
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:
    Michael G. Linn
    Managing Member

(Assignor)
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC,** its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 2-4, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC,** its successors and assigns (collectively, "Assignee") 100% of proof of claim number 1155 (the "Claim") attached hereto, in the stipulated general unsecured amount of $1,093,763.82.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 2-4 day of June 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _CL_____
Name: Andy Redleaf
Title: CFO

# United States Bankruptcy Court

## District of Delaware

<u>In re</u>: **Nortel Networks, Inc.**                    <u>Case No.</u>: **09-10138**

<div align="right">Court ID (Court use only)_____</div>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Optical NN Holdings, LLC** | **WB Claims Holding – Nortel, LLC** |
| | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Optical NN Holdings, LLC** | |
| **One Maritime Plaza, Suite 2100** | |
| **San Francisco, CA 94111** | |
| **Attn: Michael G. Linn** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **WB Claims Holding – Nortel, LLC** |
| | **3033 Excelsior Blvd, Suite 300** |
| | **Minneapolis, MN 55416** |

Court Claim # (if known): **5512**
Claim Amount:          $ **1,215,000.00**
Date Claim Filed:      September 30, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Andrew A. Jones_____          Date: 7/1/2014
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                        **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC,** its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June **24**, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC,** its successors and assigns (collectively, "Assignee") 100% of proof of claim number 5512 (the "Claim") attached hereto, in the stipulated general unsecured amount of $1,215,000.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **24** day of June 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

        Michael G. Linn
        Managing Member

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC,** its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24 , 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") 100% of proof of claim number 5512 (the "Claim") attached hereto, in the stipulated general unsecured amount of $1,215,000.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager


By: _____
Name:
Title:

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC


By: _____
Name: Andy Redleaf
Title: CEO

# United States Bankruptcy Court

## District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**                     <u>Case No.:</u> **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**                     **WB Claims Holding – Nortel, LLC**
                                                  Name of Transferor

Name and Address where notices to transferee     Court Record Address of Transferor
should be sent                                    (Court Use Only)
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments        Name and Current Address of Transferor
should be sent (if different from above)
                                                  **WB Claims Holding – Nortel, LLC**
                                                  **3033 Excelsior Blvd, Suite 300**
                                                  **Minneapolis, MN 55416**

Court Claim # (if known): **6300**
Claim Amount:              **$ 607,108.40**
Date Claim Filed:          December 17, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew A. Jones_____          Date: 7/1/2014
         Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                     _____
                                     **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 6300 (the "Claim") attached hereto, in the allowed amount of $607,108.40.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

       Michael G. Linn
       Managing Member

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No 6300 (the "Claim") attached hereto, in the allowed amount of $607,108.40.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager


By: _____
Name:
Title:

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC


By: _____
Name: Andy Redleaf
Title: CEO

# United States Bankruptcy Court

## District of Delaware

In re: **Nortel Networks, Inc.**                    Case No.: **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**

Name and Address where notices to transferee should be sent
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above)

**WB Claims Holding – Nortel, LLC**
Name of Transferor

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct. #: _____

Name and Current Address of Transferor

**WB Claims Holding – Nortel, LLC**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416**

Court Claim # (if known): **3050**
Claim Amount:          **$ 10,845.00**
Date Claim Filed:        September 16, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew A. Jones_____          Date: 7/1/2014
        Transferee/Transferee's Agent
*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June **24**, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 3050 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $10,845.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **24** day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

Michael G. Linn
Managing Member

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 24, 2014, has hereby absolutely and unconditionally sold, transferred and assigned to **OPTICAL NN HOLDINGS, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 3050 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $10,845.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of June, 2014.

**(Assignee)**
**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name:
Title:

**(Assignor)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name: Andy Redleaf
Title: CEO