# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

                Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

   To:  WB CLAIMS HOLDING - NORTEL, LLC
       TRANSFEROR: UNITED STATES DEBT RECOVERY
       C/O WHITEBOX ADVISORS, LLC
       3033 EXCELSIOR BLVD., SUITE 300
       MINNEAPOLIS, MN 55416-4675

Please note that your claim # 1472 in the above referenced case and in the amount of $3,037,028.59 allowed at $3,020,440.87 has been transferred **(unless previously expunged by court order)** to:

       OPTICAL NN HOLDINGS, LLC
       TRANSFEROR: WB CLAIMS HOLDING - NORTEL,
       ATTN: MICHAEL G. LINN
       ONE MARITIME PLAZA, SUITE 2100
       SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               DISTRICT OF DELAWARE
               824 NORTH MARKET STREET, 3RD FLOOR
               WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13936 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2014                           David D. Bird, Clerk of Court

                                       /s/ Kimberly Murray
                                       By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 2, 2014.