# EXHIBIT B

NORTEL NETWORKS INC
Wednesday, July 02, 2014
Creditor Listing

| Name | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|
| AKIN, MARJORIE | 4436 EDMONDSON AVE | | DALLAS | TX | 75205 |
| CAMPBELL, STEPHEN | 13331 E DEL TIMBRE DR | | SCOTTSDALE | AZ | 85259 |
| FITZPATRICK, JAMES | 304 FORSYTHE LN | | DEKALB | IL | 60115-2342 |
| FOCHT, RONALD D. | 7700 HOLLY HEIGHT LN | | RALEIGH | NC | 27615 |
| HAIN CAPITAL HOLDINGS, LLC | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ | 07070 |
| HAYNES, WENDY | 1350 PARKER ROAD | | WYLIE | TX | 75098 |
| IAGER, CARIN | 7525 STUART DRIVE | | RALEIGH | NC | 27615 |
| NGUYEN, DOUG | 7117 SHARPS DRIVE | | PLANO | TX | 75025 |
| NGUYEN, THUY | 5337 OLIVER AVE S | | MINNEAPOLIS | MN | 55419-1054 |
| PHAM, AN | 423 MICHAEL DR | | MURPHY | TX | 75094 |
| SIMPSON, JA'NELLE | 163 SOMERSET DR | | REIDSVILLE | NC | 27320-8050 |

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006