IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>　　　　　　　　　　Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> Ref. Docket No. 13911 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2014, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 8, 2014 at 12:30 P.M. (Eastern Time)- Cancelled," dated July 1, 2014 [Docket No. 13911], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　/s/ Carol Zhang
Sworn to before me this　　　　　　　　　　　Carol Zhang
3rd day of July, 2014

/s/ Notary Public
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Agenda Hrg July 8_DI_13911_AFF_7-1-14_KH.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. & DANIEL A. O'BRIEN, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYER, BONNIE J. | 305 W. JUNIPER AVE STERLING VA 20164 |
| BRAD LEE HENRY | 11596 W SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRADY, ELLEN SUE | 1630 DRY ROAD ASHLAND CITY TN 37015 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: SUSAN P. JOHNSON 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES TAX AUTHORITY CONSULTING SERVICES P.C. P.O. BOX 1270 MIDLOTHIAN VA 23113 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEMEL ERNEST | RCS BOX 426 NEW YORK NY 10101 |
| DENTONS CANADA LLP | KENNETH KRAFT JOHN SALMAS 77 KING STREET WEST, SUITE 400, TD CENTRE TORONTO, ON M5K 0A1 CANADA |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE ROCKY POINT NC 28457 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS THE BRIDGE PLAZA BUILDING 2185 LEMOINE AVENUE, SUITE B4 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |

| Claim Name | Address Information |
|---|---|
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |
| GLORIA BENSON | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY 1 FIRST CANADIAN PLACE 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE. PORTERVILLE CA 93257 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| HEINBAUGH, ALLAN | 19816 COLBY CT SARATOGA CA 95070 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HODGES, RICHARD | 12804 PAMPLONA DR WAKE FOREST NC 27587 |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| HOVATER, JR., GEORGE I | 9009 CASALS ST. UNIT 1 SACRAMENTO CA 95826 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 121 MONASTERY RD. PINE CITY NY 14871 |
| JOHNSON, WILLIAM E. | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KENNETH MURRAY | PO BOX 3043 MCKEESPORT PA 15134 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL 885 THIRD AVENUE, SUITE 100 NEW YORK NY 10022 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MADDRY, SHIRLEY | 2519 RIDDLE ROAD DURHAM NC 27703 |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT. 404 WILSON NC 27896 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MICHAEL MCWALTERS | PO BOX 338 ALVISO CA 95002-0338 |

| Claim Name | Address Information |
|---|---|
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MORRISON, PAUL EDWARD | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NORTON ROSE | ATTN: TONY REYES ROYAL BANK PLAZA SOUTH TOWER 200 BAY ST., SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 401 FEDERAL STREET DOVER DE 19901 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT P.O. BOX 37 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TOTMAN, CARMEL TURLINGTON | 164 BERTON STREET BOONE NC 28607 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING 200 CONSTITUTION AVE NW WASHINGTON DC 20210 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884 |

| Claim Name | Address Information |
|---|---|
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

**Total Creditor count  132**

PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC
ATTN: KEVIN M. CAPUZZI, ESQ
COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP
1220 N. MARKET STREET, SUITE 950
WILMINGTON, DE  19801


BARBARA J. BOAKE
JAMES D. GAGE
ELDER C. MARQUES
PAUL STEEP
MCCARTHY TETRAULT LLP
SUITE 5300
TORONTO DOMINION BANK TOWER
TORONTO, ONTARIO  M5K 1E6
CANADA


BYRON SHAW
SHARON KOUR
KELLY PETERS
MCCARTHY TETRAULT LLP
SUITE 5300
TORONTO DOMINION BANK TOWER
TORONTO, ONTARIO  M5K 1E6
CANADA


MICHAEL HIRSCHFELD
ATARA MILLER
TOM MATZ
NICK BASSETT
GABRIELLE RUHA
RACHEL POJUNAS
MILBANK TWEED HADLEY MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005


ANGELA PEARSON
ANTONIA CROKE
ASHURST LLP
BOARDWALK HOUSE
5 APPOLD STREET
LONDON, UK  EC2A 2HA
ENGLAND


SELINDA A. MELNIK
RICHARD HANS
TIMOTHY HOEFFNER
FARAH LISA WHITLEY-SEBTI
DLA PIPER
919 N. MARKET STREET
SUITE 1500
WILMINGTON, DE  19801

**EXHIBIT B**

| name | contact | fax |
|---|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT | 508-979-3913 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S HODARA ESQ; RYAN C JACOBS ESQ | 212-872-1002 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQLISA JP KRAIDIN ESQ | 212-610-6399 |
| AMPHENOL CORPORATION | ATTN: EDWARD C WETMORE VP & GEN COUNSEL | 203-265-8827 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO | 407-770-6162 |
| ARDENT LAW GROUP PC | ATTN: HUBERT H KUO ESQ | 949-863-9783 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S LADDIN ESQFRANK N WHITE ESQ | 404-873-8121 |
| ASHBY & GEDDES PA | ATTN: RICARDO PALACIO ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | ATTN: WILLIAM P BOWDEN ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | GREGORY A TAYLOR ESQ; BENJAMIN W KEENAN | 302-654-2067 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L MCCLOUD ESQ | 615-741-3334 |
| BAKER BOTTS LLP | JUDITH W ROSS ESQ | 214-661-4605 |
| BALLARD SPAHR | ATTN: TOBEY M DALUZ ESQLESLIE HEILMAN ESQ | 302-252-4466 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L POLLACK ESQJEFFREY MEYERS ESQ | 215-864-9473 |
| BALLARD SPAHR LLP | ROBERT MCL BOOTE ESQ | 215-864-8999 |
| BALLARD SPAHR LLP | TOBEY M DALUZ ESQ; DAVID T MAY ESQ | 302-252-4466 |
| BARTLETT HACKETT FEINBERG PC | ATTN: FRANK F MCGINN ESQ | 617-422-0383 |
| BAYARD PA | ATTN: CHARLENE D DAVIS ESQDANIEL A O'BRIEN ESQ | 302-658-6395 |
| BERNSTEIN SHUR SAWYER & NELSON | ATTN: ROBERT J KEACH ESQ; PAUL MCDONALD ESQ; | 207-774-1127 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M SCHWAB ESQTHOMAS M GAA ESQ | 650-494-2738 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATOKEVIN G COLLINS | 302-254-5383 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO ESQ; MATTHEW DENN ESQ; | 302-254-5383 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL ESQ; | 302-425-6464 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER | 585-238-9012 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER | 212-938-3837 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D FLASCHENKATHERINE L LINDSAY | 860-246-3201 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN ESQ | 856-853-9933 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ | 212-541-4630 |
| BRYAN CAVE LLP | ATTN: ERIC S PREZANT ESQ | 312-602-5050 |
| BRYAN CAVE LLP | ATTN: CULLEN K KUHN ESQ | 314-552-8869 |
| BUCHALTER NEMER | ATTN: SHAWN M CHRISTIANSON ESQ | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F CALOWAY ESQPJ DUHIG ESQ | 302-552-4295 |
| CHADBOURNE & PARKE LLP | ATTN: N THODORE ZINK JR ESQ | 212-541-5369 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L PERNICKSANJAY BHATNAGAR | 302-652-3117 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E MOMJIAN | 215-560-2202 |
| CONNOLLY BOVE | ATTN: JEFFREY S WISLER ESQMARC J PHILLIPS ESQ | 302-658-0380 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H RUDMAN ESQ; DAVID A ROSENFELD ESQ | 631-367-1173 |
| COWLES & THOMPSON PC | ATTN: STEPHEN C STAPLETON | 214-462-6401 |
| CROSS & SIMON LLC | CHRISTOPHER P SIMON ESQ | 302-777-4224 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J REISMAN ESQJAMES V DREW ESQ | 212-697-1559 |
| DAVIS & KUELTHAU SC | ATTN: RUSSELL S LONG ESQ | 414-278-3656 |
| DLA PIPER LLP | ATTN S MELNIK | 302-394-2341 |
| DLA PIPER LLP (US) | ATTN: RICHARD M KREMEN ESQDALE K CATHELL ESQ | 410-580-3001 |

| | | |
|---|---|---|
| DUANE MORRIS LLP | MICHAEL R LASTOWSKI ESQ; SUMMER L ROSS ESQ | 302-657-4901 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X ZAHRALDDIN-ARAVENA; | 302-384-9399 |
| ERICSSON | ATTN T HITTLEMAN | 972-583-1839 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M ALSTON ESQ | 206-447-9700 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S BUDKE ESQ | 561-691-7103 |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL J WUNDERR SNAYNE KUKULOWICZ | 416-640-3206 |
| FREEBORN & PETERS LLP | ATTN: AARON L HAMMER ESQDEVON J EGGERT ESQ | 312-360-6995 |
| FREEBORN & PETERS LLP | ATTN: DEVON J EGGERT ESQ | 312-360-6995 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A ROSENZWEIG ESQ | 212-318-3400 |
| GIBBONS PC | ATTN: DAVID N CRAPO ESQ | 973-639-6244 |
| GIBSON DUNN | JANET WEISS ESQ | 212-351-4035 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S KOPIT ESQCHRISTOPHER W PEER ESQ | 216-241-2824 |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E GISLESON | 504-561-6024 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V DORAN ESQ | 617-345-9020 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ | 208-396-3958 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R WARMAN | 214-740-7181 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 845-491-5032 |
| J SCOTT DOUGLASS ESQ | | 713-227-7497 |
| JONES DAY | ATTN: JEFFREY B ELLMAN ESQROBBIN S RAHMAN ESQ | 404-581-8330 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E NOBLE ESQ | 212-894-5653 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P BRANCH ESQ | 310-788-4471 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S STEEL ESQ | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | KRISTIN S ELLIOTT ESQ | 212-808-7897 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T ATTANASIO ESQ | 310-407-9090 |
| KLEHR HARRISON | ATTN: JOANNE B WILLS ESQ | 302-426-9193 |
| LANDIS RATH & COBB LLP | ADAM G LANDIS ESQ; KERRI K MUMFORD ESQ; | 302-467-4450 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J ROSENBERG ESQ | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N GOLDSTEIN ESQ | 212-751-4864 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K DEXTER ESQ | 720-931-3201 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K BROWN ESQ | 602-734-3866 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G AELVOET ESQ | 210-226-4308 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 469-221-5002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN ESQ | 713-844-3503 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A D'AGOSTINO ESQ | 973-597-2400 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD ESQ; IRA M LEVEE ESQ | 973-597-2400 |
| MAGNOZZI & KYE LLP | ATTN: AMISH R DOSHI ESQ | 631-923-2860 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN ESQ; KEVIN MALEK ESQ | 212-220-9504 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST ESQ; THOMAS M VITALE ESQ; | 212-262-1910 |
| MCCARTER & ENGLISH LLP | ATTN: WILLIAM F TAYLOR JR ESQ | 302-984-6399 |
| MCGUIREWOODS LLP | ATTN: DAVID I SWAN ESQKENNETH M MISKEN ESQ | 703-712-5050 |
| MEYERS LAW GROUP PC | ATTN: MERLE C MEYERS ESQMICHELE THOMPSON ESQ | 415-362-7515 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE ESQTHOMAS R KRELLER ESQ | 212-530-5219 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L MOREAU ESQ | 573-751-7232 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 866-741-2505 |

| | | |
|---|---|---|
| MONZACK MERSKY MCLAUGHLIN AND BROWDER PA | ATTN: RACHEL B MERSKY ESQ | 302-656-2769 |
| MORRIS JAMES LLP | ATTN: BRETT D FALLON ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: CARL N KUNZ ESQMICHAEL J CUSTER ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER; COURTNEY R HAMILTON | 302-571-1750 |
| MOSES & SINGER LLP | ATTN: ALAN KOLODCHRISTOPHER CARUSOKENT KOLBIG | 212-554-7700 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST CITY ATTY | 720-913-3180 |
| NIXON PEABODY LLP | ATTN: LOUIS J CISZ III | 415-984-8300 |
| NOSSAMAN LLP | ATTN: ROBERT S MCWHORTER ESQ | 916-442-0382 |
| OFFICE OF THE US TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQLAURA D METZGER ESQ | 212-506-5151 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E MOMJIAN ESQ | 215-560-2202 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONESTIMOTHY P CAIRNS | 302-652-4400 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F VERNI | 401-861-8210 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI | 401-861-8210 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; BRIAN P GUINEY | 212-336-2222 |
| PATTERSON HARKAVY | | 919-942-5256 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ROBERT E WINTER | 202-551-0129 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ | 202-326-4112 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQLEIGH-ANNE M RAPORT ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | DAVID B STRATTON ESQ; EVELYN J MELTZER ESQ | 302-421-8390 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ | 817-860-6509 |
| PINCKNEY HARRIS & WEIDINGER LLC | ATTN: DONNA L HARRIS ESQ; KEVIN M CAPUZZI ESQ | 302-442-7046 |
| PINCKNEY HARRIS & WEIDINGER LLC | ATTN: KEVIN M CAPUZZI ESQ | 302-655-5213 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQJUSTIN K EDELSON ESQ | 302-252-0921 |
| POST & SCHELL PC | ATTN: BRIAN W BISIGNANI ESQ | 717-731-1985 |
| POYNER SPRUILL LLP | ATTN: SHANNON E HOFF | 704-342-5264 |
| PRYOR CASHMAN LLP | ATTN: RONALD S BEACHER ESQ | 212-515-6959 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN: S KIRPALANI J TECCE AND D HOLZMAN | 212-849-7100 |
| RAY QUINNEY & NEBEKER PC | ATTN: STEPHEN C TINGEY ESQ | 801-532-7543 |
| REED SMITH LLP | ATTN: KURT F GWYNNE ESQJ CORY FALGOWSKI ESQ | 302-778-7575 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQCHRISTOPHER M SAMIS ESQ | 302-651-7701 |
| RIDDELL WILLIAMS PS | ATTN: JOSEPH E SHICKICH JR ESQ | 206-389-1708 |
| ROPES & GRAY LLP | ATTN: MARK I BANEANNE H PAK | 212-596-9090 |
| ROPES & GRAY LLP | JAMES M WILTON ESQ | 617-951-7050 |
| SAUL EWING LLP | ATTN: JOYCE A KUHNS | 410-332-8964 |
| SEC | | 202-772-9317 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | 212-336-1348 |
| SECRETARY OF TREASURY | | 302-739-5635 |
| SIRLIN GALLOGLY & LESSER PC | ATTN: DANA S PLON ESQ | 215-864-9669 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E PIERCE | 302-651-3001 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP ATTN: AMOS U PRIESTER IV ESQ | 919-821-6800 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M MILLER ESQ | 302-652-8405 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | ATTN: EDMOND P O'BRIEN ESQ | 212-681-4041 |

| | | |
|---|---|---|
| STEVENS & LEE PC | ATTN: MARIA APRILE SAWCZUK | 610-988-0838 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D SULLIVAN ESQ | 302-428-8195 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER | 919-541-8297 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ | 302-656-1434 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA | 212-704-2236 |
| TOGUT SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT ESQ; NEIL BERGER ESQ | 212-967-4258 |
| TRAVELERS | ATTN: ATTN: CHANTEL PINNOCK | 860-277-2158 |
| TW TELECOM INC | ATTN: LINDA BOYLE | 303-566-1010 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK | 215-986-5721 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZIACTING GENERAL COUNSEL | 202-776-0080 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE | 302-573-6431 |
| US DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B SHAPIRO ESQ | 202-307-0494 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN AND MICHAEL J RIELA | 212-407-7799 |
| VEDDER PRICE PC | COUNSEL TO MIKE ZAFIROVSKI | 312-609-5005 |
| VONBRIESEN & ROPER SC | ATTN: RANDALL D CROCKER ESQ | 414-238-6532 |
| VORYS SATER SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB ESQ | 614-719-4663 |
| WERB & SULLIVAN | ATTN: DUANE D WERB ESQ | 302-652-1111 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J LIPKIN ESQJEREMY E CRYSTAL ESQ | 212-728-8111 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G LEDWIN ESQ | 914-323-7001 |
| WOLFF & SAMSON PC | ATTN: ROBERT E NIES ESQ | 973-530-2212 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | STEVEN K KORTANEK ESQ; MATTHEW P WARD ESQ | 302-252-4330 |
| YOUNG CONAWAY | ATTN: JAMES L PATTONEDWIN J HARRON | 302-571-1253 |

| NAME | | FAX |
|---|---|---|
| Herbert Smith Stephen Gale | | 011-44-20-7098-4878 |

| Name | Company | Fax No. |
|---|---|---|
| Kathleen A. Murphy<br>Mary F. Caloway | Buchanan Ingersoll & Rooney | 302-552-4295 |
| Ed Harron<br>John Dorsey<br>Jaime Luton Chapman | Young Conaway Stargatt & Taylor LLP | 302-576-3298; 302-576-3401 |
| Selinda A. Melnik<br>Richard Hans<br>Timothy Hoeffner<br>Farah Lisa Whitley-Sebti | DLA Piper | 302-778-7914; 302-884-8730; 215-606-3341; 212-884-8529 |
| Christopher Samis | Richards Layton & Finger P.A. | 302-498-7845 |
| Charlene D. Davis<br>Justin Alberto | Bayard P.A. | 302-658-6395 |
| Derrick Tay<br>Jennifer Stam | Gowling LaFleur Henderson LLP | 416-862-7661 |
| Jay Carfagnini<br>Joseph Pasquariello | Goodmans LLP | 416-979-1234 |
| Peter Ruby<br>Jessica Kimmel<br>Chris Armstrong | Goodmans LLP | 416-979-1234 |
| Murray McDonald<br>Brent Beekenkamp | Ernst & Young Inc. | 416-943-3300 |
| Tony DeMarinis<br>Scott Bomhof<br>Sheila Block<br>Andrew Gray<br>Adam Slavens | Torys LLP | 416-865-7380 |
| Robin B. Schwill<br>Sean Campbell<br>James Doris<br>Louis Sarabia | Davies Ward Phillips & Vineberg LLP | 416-863-0871 |
| Matthew P. Gottlieb<br>Tracy Wynne<br>Paul Michell<br>Jessica Zhi | Lax O'Sullivan Scott Lisus LLP | 416-598-3730 |
| Mark Zigler<br>Susan Philpott<br>Ari Kaplan<br>Barbara Walancik | Koskie Minsky | 416-204-2877; 416-204-2882; 416-204-2875; 416-204-2906 |
| Kenneth T. Rosenberg<br>Massimo (Max) Starnino<br>Lily Harmer<br>Karen Jones | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Tina Lie<br>Michelle Jackson<br>Jacqueline Cummins | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Barry E. Wadsworth<br>Lewis Gottheil | CAW-Canada | 416-495-3786 |
| Arthur O. Jacques<br>Thomas McRae | Shibley Righton LLP | 416-214-5413; 416-214-5400 |
| Janice B. Payne<br>Steven Levitt<br>Christopher Rootham | Nelligan O'Brien Payne LLP | 613-788-3655 |
| Barbara J. Boake<br>James D. Gage<br>Elder C. Marques<br>Paul Steep | McCarthy Tetrault LLP | 416-686-0673 |

| | | |
|---|---|---|
| Byron Shaw<br>Sharon Kour<br>Kelly Peters | McCarthy Tetrault LLP | 416-686-0673 |
| Kevin Zych<br>S. Richard Orzy<br>Gavin Finlayson<br>Richard Swan<br>Sean Zweig<br>Jonathan Bell; Amanda McLachlan | Bennett Jones LLP | 416-863-1716 |
| R. Shayne Kukulowicz<br>Michael J. Wunder<br>Ryan Jacobs | Cassels Brock & Blackwell LLP | 416-863-4592 |
| Angela Pearson<br>Antonia Croke | Ashurst LLP | +44 (0) 20 7638 1111 |
| Michael Barrack<br>D.J. Miller<br>Rebecca Lewis<br>Andrea McEwan<br>John Finnigan<br>Michael Shakra | Thornton Grout Finnigan LLP | 416-304-1313 |
| Sheryl E. Seigel | McMillan LLP | 416-365-1719 |
| Edmond F. B. Lamek<br>James Szumski | Borden Ladner Gervais LLP | 416-361-2436; 416-682-2811 |
| Lyndon Barnes<br>Edward Sellers<br>Betsy Putnam<br>Adam Hirsh<br>Alexander Cobb | Osler Hoskin and Harcourt LLP | 416-862-6666 |
| Michael Lang | Norton Rose Fulbright LLP | 416-216-3930 |
| Angela Dimsdale Gill<br>John Tillman<br>Matthew Bullen<br>David Graves<br>Katherine Tallett-Williams | Hogan Lovells International LLP | +44 20 7296 2001 |
| Ken Coleman<br>Paul Keller<br>Daniel Guyder<br>Laura Hall | Allen & Overy LLP | 212-610-6399 |
| Joseph Badtke-Berkow<br>Jonathan Cho<br>Nicolette Ward | Allen & Overy LLP | 212-610-6399 |
| James Bromley<br>Lisa Schweitzer<br>Howard Zelbo<br>Jeffrey Rosenthal<br>Darryl Stein | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Marla Decker<br>Avi Luft<br>Jacqueline Moessner<br>Inna Rozenberg<br>Jodi Eirckson | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Derek Adler<br>Neil Oxford<br>Fara Tabatabai<br>Charles Huberty | Hughes Hubbard & Reed | 212-422-4726; 212-299-6269; 212-299-6045 |
| Thomas R. Kreller<br>Jennifer P. Harris<br>Albert A. Pisa<br>Samir Vora<br>Andrew M. LeBlanc | Milbank Tweed Hadley McCloy LLP | 213-629-5063; 212-530-5219; 202-263-7574 |

| | | |
|---|---|---|
| Michael Hirschfeld<br>Atara Miller<br>Tom Matz<br>Nick Bassett<br>Gabrielle Ruha<br>Rachel Pojunas | Milbank Tweed Hadley McCloy LLP | 212-882-5832;<br>212-822-5421; 212-822-5885; 202-263-7546; 212-822-5155; 202-263-7551 |
| Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Robert A. Johnson<br>Brad M. Kahn<br>Christine Doniak<br>Joseph Sorkin; Jacqueline Yecies | Akin Gump Strauss Hauer & Feld LLP | 212-872-1002 |
| Brian O'Connor<br>Sameer Advani<br>Andrew Hanrahan | Willkie Farr & Gallagher LLP | 212-728-9251; 212-728-9587; 212-728-9170 |
| Michael J. Riela | Vedder Price | 212-407-7799 |
| Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine | Katten Muchin Rosenman LLP | 212-940-8776 |
| Daniel A. Lowenthal | Patterson Belknap Webb & Tyler LLP | 212-336-1253 |
| James Norris-Jones | Herbert Smith Freehills LLP | 44 20 7098 4874 |
| John Salmas; Kenneth Kraft | Dentons Canada LLP | 416-863-4592 |