<u>**CERTIFICATE OF SERVICE**</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation** was caused to be made on July 7, 2014, in the manner indicated upon the entities identified below.

Date: July 7, 2014

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Peter J. Keane
PACHULSKI STANG ZIEHL &JONES LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899

**VIA FIRST CLASS MAIL**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Thomas R. Kreller
MILBANK, TWEED, HADLEY &MCCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

**VIA OVERNIGHT MAIL**

Ernest Demel
530 West 55th Street
#13 K
New York, NY 10019