IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
: **RE: D.I. 13875**
:
:
------------------------------------------------------------X

### DECLARATION OF ANN C. CORDO IN SUPPORT OF DEBTORS' OBJECTION TO MOTION OF ERNEST DEMEL PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING CERTAIN AMENDMENTS TO CLAIM STIPULATION

Pursuant to 28 U.S.C. § 1746, Ann C. Cordo hereby declares as follows:

1. I am an attorney admitted to practice before this Court and Counsel at Morris, Nichols, Arsht & Tunnell LLP, attorneys for the Debtors in this matter. I submit this declaration in support of the Debtors' Objection to the Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation.

2. Attached to this declaration as **Exhibits A-C** are true and correct copies of the following documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their counsel is available at http://dm.epiq11.com/nortel.

**EXHIBIT A:** Stipulation Reducing and Allowing Claim No. 4643 Filed by Ernest Demel Against Debtor Nortel Networks Inc.

**EXHIBIT B:** Order Approving the Stipulation Resolving Claim No. 4643 Filed by Ernest Demel.

**EXHIBIT C:** Letter dated October 5, 2012 from Debtors' Counsel to the United States District Court for the Southern District of New York.

Executed on July 7, 2014 in Wilmington, Delaware.

*/s/ Ann C. Cordo*