**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration of Ann C. Cordo in Support of Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation** was caused to be made on July 7, 2014, in the manner indicated upon the entities identified below.

Date: July 7, 2014                          /s/ Ann C. Cordo
                                            Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Peter J. Keane
PACHULSKI STANG ZIEHL &JONES LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899

**VIA FIRST CLASS MAIL**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Thomas R. Kreller
MILBANK, TWEED, HADLEY &MCCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

**VIA OVERNIGHT MAIL**

Ernest Demel
530 West 55th Street
#13 K
New York, NY 10019

8369336.1