# Notice Recipients

District/Off: 0311−1　　　　　User: GingerM　　　　　Date Created: 7/8/2014
Case: 09−10138−KG　　　　　Form ID: ntcBK　　　　　Total: 78

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Christopher M. Samis | samis@rlf.com |
| aty | Christopher M. Samis | samis@rlf.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | James L. Bromley | jbromley@cgsh.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Kathleen A. Murphy | kathleen.murphy@bipc.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Mary Caloway | mary.caloway@bipc.com |
| aty | Mona A. Parikh | mona.parikh@bipc.com |
| aty | Nancy G. Everett | neverett@winston.com |
| aty | Peter James Duhig | peter.duhig@bipc.com |
| aty | Raymond Howard Lemisch | rlemisch@klehr.com |
| aty | Sarah R Stafford | sstafford@beneschlaw.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Tamara K. Minott | tminott@mnat.com |
| aty | William M. Alleman, Jr. | walleman@mnat.com |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db　Nortel Networks Inc., et al.　2221 Lakeside Boulevard　Richardson, TX 75082
- frep　Allen &Overy LLP,　1221 Avenue of the Americas　New York, NY 10020
- aty　Wilson−Milne　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Aatif Iqbal　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Adam M. Slavens　79 Wellington Street West　30th Floor　Box 270, TD Centre　Toronto　ON, M5K 1N2 CANADA
- aty　Alexandra S. McCown　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Andrew Gray　79 Wellington Street West　30th Floor　Box 270, TD Centre　Toronto　ON, M5K 1N2 CANADA
- aty　Ann Nee　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Ashley E. Siegel　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Avram E. Luft　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Brent M. Tunis　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Claire N. Rajan　Allen &Overy LLP　1101 New York Avenue, NW　11th Floor　Washington, DC 20005
- aty　Daniel D. Queen　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Darryl G. Stein　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　David H Herrington　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Elizabeth C. Block　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Inna Rozenberg　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　J. Anne Marie Beisler　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Jacob S. Pultman　Allen &Overy LLP　1221 Avenue of the Americas　New York, NY 10020
- aty　Jacqueline Moessner　Cleary Gottlieb Steen &Hamilton LLP　1 Liberty Plaza　New York, NY 10006
- aty　James Gotowiec　79 Wellington Street West　30th Floor　Box 270, TD Centre　Toronto　ON, M5K 1N2 CANADA
- aty　James P. Barabas　Allen &Overy LLP　1221 Avenue of the Americas　New York, NY 10020
- aty　Jennifer M. Westerfield　Cleary Gottlieb Steen &Hamilton, LLP　One Liberty Plaza　New York, NY 10006
- aty　Jeremy R. Opolsky　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Jesse D.H. Sherrett　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Joseph Badtke−Berkow　1221 Avenue of the Americas　New York, NY 10020
- aty　Justin L. Ormand　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Kamal Sidhu　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006
- aty　Ken Coleman　Allen &Overy LLP　1221 Avenue of the Americas　New York, NY 10020
- aty　Kyle A. Dandelet　Cleary Gottlieb Steen &Hamilton LLP　One Liberty Plaza　New York, NY 10006

| | | | | |
|---|---|---|---|---|
| aty | Laena Keyashian | Allen &Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| aty | Lauren L. Peacock | Cleary Gottlieb Steen &Hamilton LLP | 1 Liberty Plaza | New York, NY 10006 |
| aty | Lisa Kraidin | Allen &Overy LLP | 1221 Avenue of The Americas | New York, NY 10020 |
| aty | Louis A. Lipner | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Margot Gianis | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Mark S. Grube | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Marla Decker | Clery Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Matthew Gurgel | Cleary Gottlieb Steen &Hamilton LLP | 1 Liberty Plaza | New York, NY 10006 |
| aty | Michelle Parthum | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Molly Reynolds | 79 Wellington Street West | 30th Floor | Box 270, TD Centre   Toronto   ON, M5K 1N2 CANADA |
| aty | Nathan T. Horst | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Neil P Forrest | Cleary Gottlieb Steen &Hamiton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Nora K Abularach | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Rene E. Thorne | Jackson Lewis LLP | 650 Poydras Street   Suite 1900 | New Orleans, LA 70130 |
| aty | Robert J. Ryan | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Sarah Brynn Lyerly | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Scott A. Bomhof | Torys LLP   79 Wellington Street West   30th Floor | Box 270, TD Centre | Toronto, ON M5K 1N2 |
| aty | Scott D. McCoy | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Sheila R. Block | 79 Wellington Street West   30th Floor | Box 270 TD Centre | Toronta ON, M5K 1N2 CANADA |
| aty | Shira Kaufman | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Temidayo Aganga–Williams | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht &Tunnell LLP | 1201 North Market Street | Wilmington, DE 19801 |

TOTAL: 52