## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
 **EIN:** 04–2486332

**Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.:  09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 05/20/2014 was filed on 7/8/2014 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 7/29/2014 .

   If a request for redaction is filed, the redacted transcript is due 8/8/2014 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/6/2014 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature: David D. Bird]*

Clerk of Court

Date: 7/8/14

(ntc)