IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 13936, 13938-13943, 13952, 13954, 13956** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
9th day of July, 2014

/s/ Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  WB CLAIMS HOLDING - NORTEL, LLC
     TRANSFEROR: UNITED STATES DEBT RECOVERY
     C/O WHITEBOX ADVISORS, LLC
     3033 EXCELSIOR BLVD., SUITE 300
     MINNEAPOLIS, MN 55416-4675
```

Please note that your claim # 1472-03 in the above referenced case and in the amount of $282,661.82 allowed at $281,117.97 has been transferred **(unless previously expunged by court order)** to:

```
     OPTICAL NN HOLDINGS, LLC
     TRANSFEROR: WB CLAIMS HOLDING - NORTEL,
     ATTN: MICHAEL G. LINN
     ONE MARITIME PLAZA, SUITE 2100
     SAN FRANCISCO, CA 94111
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13936 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/09/2014                                    David D. Bird, Clerk of Court

                                                    /s/ Kimberly Murray
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 9, 2014.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARNES, DEBBIE | 425 W WEST STREET SOUTHPORT NC 28461 |
| GILLESPIE, DONALD L | PO BOX 293 CARTHAGE MO 64836 |
| GUNDUZHAN, EMRE | 5212 ACACIA AVE BETHESDA MD 20814 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BARNES, DEBBIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GILLESPIE, DONALD L ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GUNDUZHAN, EMRE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HUTCHINS, JEFFREY, L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MENDELSOHN, STEPHEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: VANTOORN, DAREK L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WHITNEY-FRUEH, LAURIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HUTCHINS, JEFFREY, L. | 715 PLEASANT DR. DURHAM NC 27703 |
| MENDELSOHN, STEPHEN | 2919 N SOUTHPORT AVE APT 3 CHICAGO IL 60657-7387 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: SPCP GROUP, LLC ATTN: MICHAEL G. LINN ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: WB CLAIMS HOLDING - NORTEL, ATTN: MICHAEL G. LINN ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| SPCP GROUP, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: BRIAN JERMAIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| VANTOORN, DAREK L. | 4524 DUVAL DR. FRISCO TX 75034 |
| WB CLAIMS HOLDING - NORTEL, LLC | TRANSFEROR: ASTEELFLASH CALIFORNIA, INC. C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675 |
| WB CLAIMS HOLDING - NORTEL, LLC | TRANSFEROR: POLYCOM, INC. C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675 |
| WB CLAIMS HOLDING - NORTEL, LLC | TRANSFEROR: UNITED STATES DEBT RECOVERY C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675 |
| WHITNEY-FRUEH, LAURIE | 2848 PINE GROVE AVENUE CINCINNATI OH 45208 |

Total Number of Records Printed   20

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006