# <u>EXHIBIT A</u>

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/05/2014 | Review CNO for February fee application (.20); work on new fee application (.60) | 0.8 | 756.00 | 12355588 |
| Gray | William | 09/05/2014 | Review fee application | 0.5 | 472.50 | 12368348 |
| Gray | William | 12/05/2014 | Work on fee application | 0.4 | 378.00 | 12368353 |
| Gray | William | 13/05/2014 | Review fee application | 0.5 | 472.50 | 12368357 |
| Gray | William | 14/05/2014 | Work on fee application | 0.7 | 661.50 | 12371975 |
| Gray | William | 15/05/2014 | Work on fee application | 0.4 | 378.00 | 12371982 |
| Gray | William | 16/05/2014 | Work on monthly fee applications | 0.5 | 472.50 | 12374156 |
| Gray | William | 19/05/2014 | Work on revised fee applications | 0.4 | 378.00 | 12374609 |
| Gray | William | 20/05/2014 | Work on fee application | 0.4 | 378.00 | 12385176 |
| Gray | William | 27/05/2014 | Work with A. Collins on monthly fee requests | 0.5 | 472.50 | 12389402 |
| Gray | William | 28/05/2014 | Review finalization of monthly fee application filings | 0.4 | 378.00 | 12392539 |
| Gray | William | 29/05/2014 | Review quarterly fee application | 0.4 | 378.00 | 12392527 |
| Gray | William | 30/05/2014 | Work on Nortel fee application (.3); review final quarterly filing (.10) | 0.4 | 378.00 | 12398369 |
| Bauer | Alison D. | 01/05/2014 | Meet with A. Collins regarding fee app | 0.5 | 407.50 | 12348081 |
| Bauer | Alison D. | 05/05/2014 | Review fee app | 0.3 | 244.50 | 12355515 |
| Bauer | Alison D. | 06/05/2014 | Read email from B. Yu re: Nortel April 2014 Fee Estimates; composed email to K. Ponder (Nortel): re: Nortel April 2014 Fee Estimates | 0.1 | 81.50 | 12357247 |
| Bauer | Alison D. | 07/05/2014 | Confer with A. Collins on April time entries (0.5) | 0.5 | 407.50 | 12358587 |
| Bauer | Alison D. | 14/05/2014 | Review fee application entires | 1.0 | 815.00 | 12370644 |
| Bauer | Alison D. | 19/05/2014 | Review fee application and comment on same | 0.5 | 407.50 | 12375826 |
| Bauer | Alison D. | 21/05/2014 | Review March fee app and follow up on April fee app | 0.4 | 326.00 | 12379058 |
| Bauer | Alison D. | 23/05/2014 | Reviewing April monthly fee app and sending comments to A. Collins; communications with MNAT | 1.1 | 896.50 | 12382159 |
| Bauer | Alison D. | 27/05/2014 | Attention to monthly fee app and communications regarding same | 1.2 | 978.00 | 12391356 |
| Bauer | Alison D. | 28/05/2014 | Attention to monthly fee app | 0.9 | 733.50 | 12391354 |
| Bauer | Alison D. | 29/05/2014 | Reviewing quarterly fee app and commenting on same | 0.4 | 326.00 | 12394852 |
| Collins | Allan | 01/05/2014 | meet with A. Bauer regarding March fee application (.5); confer with J. Chetri regarding March time entries (.2); review March time entries (.4); attention to Certificate of No Objection for February Fee Application (.1); | 1.2 | 354.00 | 12349079 |
| Collins | Allan | 02/05/2014 | confer with J. Chetri regarding March time entries (.1); confer with B. Yu in accounting regarding same (.2); review March time entries (.9); | 1.2 | 354.00 | 12352799 |
| Collins | Allan | 05/05/2014 | Review March 2014 time entries; | 2.1 | 619.50 | 12355901 |
| Collins | Allan | 06/05/2014 | attention to March and April time entries (4.4); confer with J. Chetri regarding same (1.); confer with B. Yu regarding same (.1); | 4.6 | 1,357.00 | 12357817 |
| Collins | Allan | 07/05/2014 | meet with A. Bauer regarding April time entries (.5); review April time entries (1.2); confer with J. Chetri regarding same (.1.) | 1.8 | 531.00 | 12359552 |
| Collins | Allan | 13/05/2014 | Draft Thirty Sixth monthly fee application; | 0.9 | 265.50 | 12369531 |
| Collins | Allan | 14/05/2014 | attention to April time entries; | 1.8 | 531.00 | 12371400 |
| Collins | Allan | 15/05/2014 | review A. Bauer's and S. Bomhof's edits to fee application exhibits (.3); confer with J. Chetri regarding same (.1); review April time | 1.6 | 472.00 | 12373772 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | entries (1.2) | | | |
| Collins | Allan | 16/05/2014 | review April time entries; | 1.2 | 354.00 | 12374352 |
| Collins | Allan | 19/05/2014 | review April time entries (2.7); revise Thirty Sixth Monthly Fee Application (.2); | 2.9 | 855.50 | 12375022 |
| Collins | Allan | 21/05/2014 | review April time entries (2.2); draft Thirty Seventh fee application (1.3); | 3.5 | 1,032.50 | 12380024 |
| Collins | Allan | 22/05/2014 | review April time entries (2.6); revise Thirty Seventh fee application (1.2); | 3.8 | 1,121.00 | 12382185 |
| Collins | Allan | 23/05/2014 | revise Thirty Sixth fee application and multiple emails and conversation with J. Wong in accounting regarding finalizing exhibits (1.8); review emails from A. Cordo (.2); additional redaction of time entries (.6); attention to Thirty Seventh fee application (.6); | 3.2 | 944.00 | 12382311 |
| Collins | Allan | 27/05/2014 | finalize Thirty Sixth fee application and submit for filing (1.8); revise Thirty Seventh fee application (2.3); multiple conferences with A. Bauer (.2); multiple emails with A. Cordo (.2); multiple calls with B. Yu in accounting (.3); draft Fourteenth Quarterly fee application (.9); confer with W. Gray regarding monthly fee applications (.5) | 6.2 | 1,829.00 | 12389357 |
| Collins | Allan | 28/05/2014 | finalize Thirty Seventh fee application (1.8); revise Fourteenth Quarterly Fee Application (.8); email with A. Cordo at MNAT (.1); | 2.7 | 796.50 | 12391608 |
| Collins | Allan | 29/05/2014 | finalize Fourteenth Quarterly Fee Application; | 0.6 | 177.00 | 12395760 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/05/2014 | reviewing and providing comments on pre-trial brief (2.4); reviewing materials for May 8 pre-trial hearing and prepare for same (4.7); trial preparation (2.0); | 9.1 | 8,190.00 | 12347604 |
| Bomhof | Scott A. | 02/05/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12349944 |
| Bomhof | Scott A. | 03/05/2014 | reviewing pre-trial briefs filed by Core Parties and telephone call with H. Zelbo, J. Bromely, A. Gray, S. Block and A. Slavens to discuss same (5.5); call with T. Yeo (.4); | 5.9 | 5,310.00 | 12349946 |
| Bomhof | Scott A. | 04/05/2014 | reviewing pre-trial briefs of Core Parties and trial preparation; | 3.9 | 3,510.00 | 12349947 |
| Bomhof | Scott A. | 05/05/2014 | reviewing pre-trial briefs of Core Parties and prepare for trial (5.1); reviewing and providing comments on US reply to objections to strike pro rata expert reports and discussing same with S. Kuklowitz (1.3); | 6.4 | 5,760.00 | 12353615 |
| Bomhof | Scott A. | 06/05/2014 | reviewing pre-trial briefs and prepare for trial (4.3); reviewing materials for pre-trial motions and prepare reply regarding motion to strike Canadian debtors' objections (1.9); reviewing pre-trial motions regarding expert reports and prepare for May 8 pre-trial hearing (2.9); confer with W. Gray regarding pretrial briefs (.8); | 9.9 | 8,910.00 | 12357672 |
| Bomhof | Scott A. | 07/05/2014 | trial preparation (2.1); prepare for May 8 pre-trial hearing (3.0); | 5.1 | 4,590.00 | 12358244 |
| Bomhof | Scott A. | 08/05/2014 | Prepare for and attend pre-trial motion before Justice Newbould (3.2); attend meeting at Gowlings to settle Confidential Documents/Sealing Order (2.1); re-attend before Justice Newbould on Confidential Documents/Sealing Order and discuss terms of revised order with J Stam (2.0).; confer with W. Gray (.3); | 7.6 | 6,840.00 | 12359845 |
| Bomhof | Scott A. | 09/05/2014 | Attend judicial conference call on Sealing/Confidential Documents (1.1); attend meeting at Goodmans to discuss CRA confidentiality concerns and proposed redaction of specified documents (2.5); trial preparation (6.0); | 9.6 | 8,640.00 | 12363163 |
| Bomhof | Scott A. | 10/05/2014 | Review redaction/sealing request from CRA and discuss same with trial team (1.2); various calls and e-mails with Dept. Of Justice (CRA counsel) and trial team regarding redaction request and limiting of sealing order (2.1); trial preparation (3.0). | 6.3 | 5,670.00 | 12363166 |
| Bomhof | Scott A. | 11/05/2014 | Trial preparation; | 3.5 | 3,150.00 | 12363168 |
| Bomhof | Scott A. | 12/05/2014 | Prepare for, and attend, first day of Nortel allocation hearing (9.0); meet with Cleary trial team to discuss day 2 submissions (1.0); | 10.0 | 9,000.00 | 12365168 |
| Bomhof | Scott A. | 13/05/2014 | Prepare for, and attend, cross-border hearing on allocation before Justice Newbould and Judge Gross (7.0); trial preparation (1.7); call with J. Tobin regarding ownership issue | 9.0 | 8,100.00 | 12369885 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | (.3); | | | |
| Bomhof | Scott A. | 14/05/2014 | prepare for and attend cross-border allocation trial (7.1); trial preparation (1.9); call with J. Tobin regarding ownership issue (.3); | 9.3 | 8,370.00 | 12369887 |
| Bomhof | Scott A. | 15/05/2014 | Prepare and attend cross-border allocation hearing before Justice Newbould (8.0); trial preparation (2.0); | 10.0 | 9,000.00 | 12374620 |
| Bomhof | Scott A. | 16/05/2014 | Trial preparation (3.2) ; | 3.2 | 2,880.00 | 12374621 |
| Bomhof | Scott A. | 17/05/2014 | Trial preparation (3.7) | 3.7 | 3,330.00 | 12374634 |
| Bomhof | Scott A. | 20/05/2014 | Review correspondence from counsel from CRA re: sealing request, and discuss same with J. Rosentahl (0.7); prepare for and attend cross-border hearing on allocation (6.5); | 7.2 | 6,480.00 | 12376659 |
| Bomhof | Scott A. | 21/05/2014 | attend trial; | 8.0 | 7,200.00 | 12384327 |
| Bomhof | Scott A. | 22/05/2014 | Prepare for and attend joint hearing on allocation (6.0); trial preparation (1.7); | 7.7 | 6,930.00 | 12383514 |
| Bomhof | Scott A. | 23/05/2014 | Trial preparation (2.7); discussion with C. McCourt on patent issue (.4); | 3.1 | 2,790.00 | 12383517 |
| Bomhof | Scott A. | 26/05/2014 | Trial preparation | 2.2 | 1,980.00 | 12385496 |
| Bomhof | Scott A. | 27/05/2014 | Attend cross-border hearing on allocation (4.0): trial preparation (2.1); | 6.1 | 5,490.00 | 12389866 |
| Bomhof | Scott A. | 28/05/2014 | Prepare for and attend cross-border hearing on allocation (8.0); telephone call with Cleary team, A. Slavens and T. DeMarinis regarding trial issues (1.2); review transcripts from May 28 hearing and prepare notes for cross-examination of EMEA expert witness (1.1); | 10.3 | 9,270.00 | 12389869 |
| Bomhof | Scott A. | 29/05/2014 | prepare for and attend cross-border hearing on allocation; | 8.2 | 7,380.00 | 12392523 |
| Bomhof | Scott A. | 30/05/2014 | Prepare for and attend cross-border hearing on allocation; | 8.2 | 7,380.00 | 12396973 |
| Yeo | Thomas | 03/05/2014 | call with S. Bomhof re: research for case; | 0.4 | 326.00 | 12353081 |
| Yeo | Thomas | 27/05/2014 | call with S. Block, C. McCourt and D. Herrington re: allocation research for case; | 0.5 | 407.50 | 12389318 |
| Yeo | Thomas | 27/05/2014 | meeting with C. McCourt and S. Block re: allocation research for case; | 0.5 | 407.50 | 12389320 |
| Gray | Andrew | 01/05/2014 | preparing for pretrial motions (2.5); preparing for trial (2.8); working on pretrial submissions (3.2); | 8.5 | 6,800.00 | 12352555 |
| Gray | Andrew | 02/05/2014 | reviewing pretrial submissions; | 2.5 | 2,000.00 | 12352549 |
| Gray | Andrew | 03/05/2014 | reading pretrial submissions and conference call regarding same (3.0); research regarding same (1.5); | 4.5 | 3,600.00 | 12352576 |
| Gray | Andrew | 04/05/2014 | reviewing pretrial submissions and related contract legal issues and email regarding same (3.8); | 3.8 | 3,040.00 | 12352577 |
| Gray | Andrew | 05/05/2014 | reviewing draft motion materials and commenting on same and conducting related legal research (1.2); preparing for trial (2.6); preparing for pretrial motions (0.7) | 4.5 | 3,600.00 | 12355370 |
| Gray | Andrew | 06/05/2014 | working on pretrial motions (3.2); conducting legal research regarding contract issues for trial (1.7); correspondence and internal discussions (at Torys) regarding trial | 5.8 | 4,640.00 | 12357061 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | mechanics (0.9); | | | |
| Gray | Andrew | 07/05/2014 | preparing for pretrial motions, including reviewing reply submissions and preparing submissions (4.2); preparing for trial (1.2); conducting legal research regarding contract issues (1.9); | 7.3 | 5,840.00 | 12358988 |
| Gray | Andrew | 08/05/2014 | preparing for and attending pretrial motions (5.0); trial preparation (3.1); | 8.1 | 6,480.00 | 12360748 |
| Gray | Andrew | 09/05/2014 | preparing for trial (6.3); continuation of pretrial motion and correspondence regarding same (1.6); | 7.9 | 6,320.00 | 12362057 |
| Gray | Andrew | 10/05/2014 | conference calls with all counsel and the court regarding confidentiality issues and email relating to same (2.0); preparing for trial (6.5); | 8.5 | 6,800.00 | 12362141 |
| Gray | Andrew | 11/05/2014 | preparing for trial (4.3); | 4.3 | 3,440.00 | 12363815 |
| Gray | Andrew | 12/05/2014 | preparing for and attending trial (7.0); working on confidentiality and expert evidence issues (1.0); | 8.0 | 6,400.00 | 12366861 |
| Gray | Andrew | 13/05/2014 | preparing for and attending at trial (7.0); conducting legal research regarding contract issues (0.7); | 7.7 | 6,160.00 | 12368807 |
| Gray | Andrew | 14/05/2014 | preparing for and attending at trial (8.5); | 8.5 | 6,800.00 | 12370700 |
| Gray | Andrew | 15/05/2014 | preparing for and attending at trial (8.5); | 8.5 | 6,800.00 | 12372560 |
| Gray | Andrew | 16/05/2014 | preparing for trial (1.3); drafting memorandum on trial evidence (3.9); analyzing expert evidence and legal issues (2.1); | 7.3 | 5,840.00 | 12374317 |
| Gray | Andrew | 18/05/2014 | preparing for trial (1.8); | 1.8 | 1,440.00 | 12374321 |
| Gray | Andrew | 19/05/2014 | preparing for trial (6.8); | 6.8 | 5,440.00 | 12375087 |
| Gray | Andrew | 20/05/2014 | preparing for and attending trial (7.0); reviewing transcripts and considering trial evidence (2.7); | 9.7 | 7,760.00 | 12377457 |
| Gray | Andrew | 21/05/2014 | preparing for and attending trial (7.5); reviewing transcripts (0.8); | 8.3 | 6,640.00 | 12379498 |
| Gray | Andrew | 22/05/2014 | preparing for and attending trial (3.5); internal discussion regarding contract issues and research (1.0); reviewing transcripts (1.2); conference call and email regarding confidentiality (0.9); | 6.6 | 5,280.00 | 12381666 |
| Gray | Andrew | 23/05/2014 | preparing for trial (3.1); addressing confidentiality issues and participating in telephonic hearing regarding same (1.0); conducting legal research regarding contract issues  (2.8); | 6.9 | 5,520.00 | 12384157 |
| Gray | Andrew | 24/05/2014 | conducting legal research regarding contract issues (3.2); preparing for trial (0.4); | 3.6 | 2,880.00 | 12384160 |
| Gray | Andrew | 26/05/2014 | meetings to discuss research and conducting legal research regarding contract issues (1.9); preparing for trial (3.2); preparations for expert deposition (0.7); | 5.8 | 4,640.00 | 12386106 |
| Gray | Andrew | 27/05/2014 | preparing for and attending trial and discussing legal expert evidence issues (7.5); | 7.5 | 6,000.00 | 12395722 |
| Gray | Andrew | 28/05/2014 | conducting legal research regarding contract issues (1.8); preparing for trial and internal discussion regarding litigation strategy (2.9); | 4.7 | 3,760.00 | 12395712 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 29/05/2014 | preparing for and attending trial; | 9.0 | 7,200.00 | 12395110 |
| Gray | Andrew | 30/05/2014 | preparing for and attending trial and reviewing transcripts (3.8); conducting legal research regarding contract issues (2.3); | 6.1 | 4,880.00 | 12396692 |
| McCourt | Conor | 23/05/2014 | discussion with Scott Bomhof regarding patent issues (0.4); considering e-mail from Sheila Block and responding (0.2); | 0.6 | 630.00 | 12383853 |
| McCourt | Conor | 26/05/2014 | reviewing Master Research and Development Agreement; | 1.2 | 1,260.00 | 12385243 |
| McCourt | Conor | 27/05/2014 | completing review of Master Research and Development Agreement regarding patent issue (.9); discussion with David Herrington of Cleary Gottlieb (0.6); discussion with Sheila Block and Tom Yeo (0.5); | 2.0 | 2,100.00 | 12389862 |
| Tobin | John | 13/05/2014 | telephone call with Scott Bomhof regarding beneficial ownership issues (.3); providing background to Scott Bomhof re beneficial ownership issue (.6); | 0.9 | 891.00 | 12379661 |
| Tobin | John | 14/05/2014 | telephone call with Scott Bomhof to discuss beneficial ownership issue (0.3); drafting legal memo (1.4); | 1.7 | 1,683.00 | 12371006 |
| Tobin | John | 15/05/2014 | drafting legal (2.9); gathering and reviewing background material and cases for Scott Bomhof (.5); | 3.4 | 3,366.00 | 12379754 |
| Tobin | John | 21/05/2014 | finalize tax memo and sending same to Scott Bomhof; | 0.4 | 396.00 | 12394071 |
| Tobin | John | 28/05/2014 | e-mail correspondence to Scott Bomhof regarding tax issue (.4); research relating to same (1.0); | 1.4 | 1,386.00 | 12437066 |
| Frazer | Mitch | 08/05/2014 | receiving e-mails from Adam Slavens re Sproule affidavit (0.1); sending e-mails to Adam Slavens re Sproule    affidavit (0.1); having calls with Adam Slavens re same (0.3); | 0.5 | 450.00 | 12359850 |
| Frazer | Mitch | 13/05/2014 | receiving e-mails from and sending e-mails to Adam Slavens re post-filing payments to employees (0.5); | 0.5 | 450.00 | 12367945 |
| Frazer | Mitch | 15/05/2014 | receiving e-mails from and sending e-mails to Scott Bomhof re PBGF issues (0.5); | 0.5 | 450.00 | 12371652 |
| Slavens | Adam | 01/05/2014 | trial preparation; | 13.8 | 9,522.00 | 12348386 |
| Slavens | Adam | 02/05/2014 | trial preparation; | 5.2 | 3,588.00 | 12349603 |
| Slavens | Adam | 02/05/2014 | finalizing, serving and filing case court documents; | 6.0 | 4,140.00 | 12349604 |
| Slavens | Adam | 03/05/2014 | finalizing, serving and filing case court documents; | 1.6 | 1,104.00 | 12349605 |
| Slavens | Adam | 03/05/2014 | trial preparation; | 2.0 | 1,380.00 | 12355773 |
| Slavens | Adam | 04/05/2014 | trial preparation; | 8.0 | 5,520.00 | 12355774 |
| Slavens | Adam | 05/05/2014 | finalizing, serving and filing case court documents; | 1.2 | 828.00 | 12355777 |
| Slavens | Adam | 05/05/2014 | trial preparation; | 7.0 | 4,830.00 | 12355780 |
| Slavens | Adam | 06/05/2014 | trial preparation; | 8.0 | 5,520.00 | 12357213 |
| Slavens | Adam | 06/05/2014 | finalizing, serving and filing case court documents; | 0.9 | 621.00 | 12357214 |
| Slavens | Adam | 06/05/2014 | preparing for motions returnable May 8, 2014; | 1.5 | 1,035.00 | 12357215 |
| Slavens | Adam | 07/05/2014 | trial preparation; | 5.5 | 3,795.00 | 12359262 |
| Slavens | Adam | 07/05/2014 | finalizing, serving and filing case court documents; | 2.7 | 1,863.00 | 12359271 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 08/05/2014 | trial preparation; | 6.6 | 4,554.00 | 12361365 |
| Slavens | Adam | 08/05/2014 | pre-trial motions returnable May 8, 2014 (1.5); confer with T. DeMarinis (.5); | 2.0 | 1,380.00 | 12361369 |
| Slavens | Adam | 09/05/2014 | trial preparation; | 7.0 | 4,830.00 | 12362079 |
| Slavens | Adam | 09/05/2014 | serving case court documents; | 1.8 | 1,242.00 | 12362080 |
| Slavens | Adam | 10/05/2014 | trial preparation; | 10.0 | 6,900.00 | 12362155 |
| Slavens | Adam | 11/05/2014 | trial preparation; | 9.0 | 6,210.00 | 12364474 |
| Slavens | Adam | 12/05/2014 | trial; | 7.5 | 5,175.00 | 12366897 |
| Slavens | Adam | 12/05/2014 | trial preparation; | 4.8 | 3,312.00 | 12366898 |
| Slavens | Adam | 13/05/2014 | trial; | 7.5 | 5,175.00 | 12369538 |
| Slavens | Adam | 13/05/2014 | trial preparation; | 5.7 | 3,933.00 | 12369539 |
| Slavens | Adam | 14/05/2014 | trial; | 7.0 | 4,830.00 | 12371448 |
| Slavens | Adam | 14/05/2014 | trial preparation; | 3.6 | 2,484.00 | 12371449 |
| Slavens | Adam | 15/05/2014 | trial; | 6.5 | 4,485.00 | 12373465 |
| Slavens | Adam | 15/05/2014 | trial preparation; | 4.4 | 3,036.00 | 12373467 |
| Slavens | Adam | 16/05/2014 | trial preparation; | 4.5 | 3,105.00 | 12373902 |
| Slavens | Adam | 16/05/2014 | filing case court documents; | 1.6 | 1,104.00 | 12373908 |
| Slavens | Adam | 17/05/2014 | trial preparation; | 3.0 | 2,070.00 | 12374065 |
| Slavens | Adam | 18/05/2014 | trial preparation; | 4.7 | 3,243.00 | 12375785 |
| Slavens | Adam | 19/05/2014 | trial preparation; | 7.0 | 4,830.00 | 12375786 |
| Slavens | Adam | 20/05/2014 | trial; | 6.0 | 4,140.00 | 12377441 |
| Slavens | Adam | 20/05/2014 | trial preparation; | 7.0 | 4,830.00 | 12377442 |
| Slavens | Adam | 21/05/2014 | trial; | 8.0 | 5,520.00 | 12379556 |
| Slavens | Adam | 21/05/2014 | trial preparation; | 3.6 | 2,484.00 | 12379558 |
| Slavens | Adam | 22/05/2014 | trial; | 4.0 | 2,760.00 | 12382365 |
| Slavens | Adam | 22/05/2014 | trial preparation; | 4.7 | 3,243.00 | 12382369 |
| Slavens | Adam | 23/05/2014 | judicial teleconference; | 0.5 | 345.00 | 12382558 |
| Slavens | Adam | 23/05/2014 | trial preparation; | 6.0 | 4,140.00 | 12382565 |
| Slavens | Adam | 25/05/2014 | trial preparation; | 7.0 | 4,830.00 | 12384135 |
| Slavens | Adam | 26/05/2014 | trial preparation; | 8.2 | 5,658.00 | 12406695 |
| Slavens | Adam | 27/05/2014 | trial; | 4.5 | 3,105.00 | 12388974 |
| Slavens | Adam | 27/05/2014 | trial preparation; | 6.1 | 4,209.00 | 12388976 |
| Slavens | Adam | 28/05/2014 | trial; | 8.0 | 5,520.00 | 12391228 |
| Slavens | Adam | 28/05/2014 | trial preparation (4.3); call with Cleary team, S. Bomhof, A. Gray and T. DeMarinis (1.2); | 5.5 | 3,795.00 | 12391230 |
| Slavens | Adam | 29/05/2014 | trial; | 8.0 | 5,520.00 | 12396221 |
| Slavens | Adam | 29/05/2014 | trial preparation; | 5.3 | 3,657.00 | 12396227 |
| Slavens | Adam | 30/05/2014 | trial; | 8.0 | 5,520.00 | 12396734 |
| Slavens | Adam | 30/05/2014 | trial preparation; | 2.9 | 2,001.00 | 12396735 |
| Slavens | Adam | 31/05/2014 | trial preparation; | 6.5 | 4,485.00 | 12396736 |
| Reynolds | Molly | 01/05/2014 | meeting internally re pre-trial materials; | 0.7 | 434.00 | 12348174 |
| Reynolds | Molly | 02/05/2014 | corresponding with J. Erickson re trial preparation; | 0.3 | 186.00 | 12348640 |
| Reynolds | Molly | 06/05/2014 | preparing motion materials; | 1.0 | 620.00 | 12356765 |
| Reynolds | Molly | 07/05/2014 | preparing motion materials; | 0.4 | 248.00 | 12358544 |
| Reynolds | Molly | 09/05/2014 | reviewing evidence for trial; | 3.5 | 2,170.00 | 12370156 |
| Reynolds | Molly | 10/05/2014 | reviewing evidence for trial; | 1.1 | 682.00 | 12370160 |
| Reynolds | Molly | 12/05/2014 | reviewing transcripts and evidence; | 1.3 | 806.00 | 12370170 |
| Reynolds | Molly | 13/05/2014 | reviewing transcripts and evidence; | 0.6 | 372.00 | 12370186 |
| Reynolds | Molly | 14/05/2014 | researching evidence law; | 1.0 | 620.00 | 12370312 |
| Reynolds | Molly | 15/05/2014 | researching evidence law; | 1.8 | 1,116.00 | 12372250 |
| Reynolds | Molly | 16/05/2014 | reviewing trial transcripts and evidence; | 2.0 | 1,240.00 | 12373096 |
| Reynolds | Molly | 19/05/2014 | researching case law re expert witnesses; | 0.7 | 434.00 | 12376940 |
| Reynolds | Molly | 20/05/2014 | preparing for and meeting with I. Kara re caselaw research; | 0.5 | 310.00 | 12377255 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 21/05/2014 | researching expert testimony law; | 0.6 | 372.00 | 12390406 |
| Reynolds | Molly | 22/05/2014 | legal research re expert testimony; | 1.0 | 620.00 | 12390418 |
| Ross | Leila | 27/05/2014 | conducting tax research; | 4.7 | 2,303.00 | 12397349 |
| Horwitz | Simonne | 02/05/2014 | trial preparation; | 0.4 | 132.00 | 12350566 |
| Unger | Brian | 12/05/2014 | preparation for trial including equipment set-up; | 3.3 | 1,089.00 | 12368997 |
| Kennedy | Nick | 06/05/2014 | meeting with A. Gray; | 0.4 | 132.00 | 12355337 |
| Kara | Irfan | 01/05/2014 | trial preparation; | 5.8 | 1,914.00 | 12345736 |
| Kara | Irfan | 02/05/2014 | trial preparation; | 0.3 | 99.00 | 12348824 |
| Kara | Irfan | 04/05/2014 | trial preparation; | 0.5 | 165.00 | 12350288 |
| Kara | Irfan | 05/05/2014 | trial preparation; | 4.3 | 1,419.00 | 12352599 |
| Kara | Irfan | 06/05/2014 | trial preparation; | 3.5 | 1,155.00 | 12355394 |
| Kara | Irfan | 07/05/2014 | trial preparation; | 2.4 | 792.00 | 12357147 |
| Kara | Irfan | 08/05/2014 | trial preparation; | 0.4 | 132.00 | 12359132 |
| Kara | Irfan | 09/05/2014 | trial preparation; | 0.3 | 99.00 | 12361367 |
| Kara | Irfan | 12/05/2014 | trial preparation; | 8.1 | 2,673.00 | 12363814 |
| Kara | Irfan | 14/05/2014 | trial preparation; | 0.3 | 99.00 | 12369558 |
| Kara | Irfan | 15/05/2014 | trial preparation; | 5.5 | 1,815.00 | 12370904 |
| Kara | Irfan | 16/05/2014 | trial preparation; | 1.0 | 330.00 | 12372813 |
| Kara | Irfan | 20/05/2014 | trial preparation (2.2); meet with M. Reynolds (0.3) | 2.5 | 825.00 | 12375167 |
| Kara | Irfan | 21/05/2014 | trial preparation; | 1.5 | 495.00 | 12377882 |
| Kara | Irfan | 26/05/2014 | trial preparation; | 1.5 | 495.00 | 12384232 |
| Kara | Irfan | 27/05/2014 | trial preparation; | 2.5 | 825.00 | 12385487 |
| Kara | Irfan | 28/05/2014 | trial preparation; | 2.5 | 825.00 | 12388851 |
| Block | Sheila R. | 01/05/2014 | trial preparation; | 13.0 | 13,650.00 | 12350576 |
| Block | Sheila R. | 02/05/2014 | trial preparation; | 8.0 | 8,400.00 | 12350580 |
| Block | Sheila R. | 03/05/2014 | trial preparation; | 4.5 | 4,725.00 | 12350583 |
| Block | Sheila R. | 04/05/2014 | trial preparation (8.5); Bereskin motion preparation (1.0); | 9.5 | 9,975.00 | 12350584 |
| Block | Sheila R. | 05/05/2014 | trial preparation; | 13.5 | 14,175.00 | 12350578 |
| Block | Sheila R. | 06/05/2014 | trial preparation; | 11.5 | 12,075.00 | 12357194 |
| Block | Sheila R. | 07/05/2014 | preparation for motion re Bereskin; | 10.5 | 11,025.00 | 12358426 |
| Block | Sheila R. | 08/05/2014 | preparation for motion and attending court (2.0); preparation for trial (6.5); | 8.5 | 8,925.00 | 12359893 |
| Block | Sheila R. | 09/05/2014 | preparation for trial; | 5.0 | 5,250.00 | 12363555 |
| Block | Sheila R. | 10/05/2014 | preparation for trial; | 14.0 | 14,700.00 | 12363557 |
| Block | Sheila R. | 11/05/2014 | trial preparation; | 12.0 | 12,600.00 | 12363558 |
| Block | Sheila R. | 12/05/2014 | preparation and trial; | 14.0 | 14,700.00 | 12365179 |
| Block | Sheila R. | 13/05/2014 | preparation and trial; | 13.5 | 14,175.00 | 12367952 |
| Block | Sheila R. | 14/05/2014 | preparation and trial; | 16.0 | 16,800.00 | 12370113 |
| Block | Sheila R. | 15/05/2014 | preparation and trial; | 8.0 | 8,400.00 | 12377618 |
| Block | Sheila R. | 15/05/2014 | preparation and trial; | 3.0 | 3,150.00 | 12381799 |
| Block | Sheila R. | 16/05/2014 | preparation for trial; | 10.5 | 11,025.00 | 12377628 |
| Block | Sheila R. | 17/05/2014 | trial preparation; | 7.0 | 7,350.00 | 12377658 |
| Block | Sheila R. | 18/05/2014 | trial preparation; | 6.5 | 6,825.00 | 12377662 |
| Block | Sheila R. | 19/05/2014 | trial preparation; | 3.5 | 3,675.00 | 12377665 |
| Block | Sheila R. | 20/05/2014 | preparation and trial; | 10.5 | 11,025.00 | 12377671 |
| Block | Sheila R. | 21/05/2014 | trial prep; | 9.0 | 9,450.00 | 12381803 |
| Block | Sheila R. | 22/05/2014 | trial and further preparation; | 6.5 | 6,825.00 | 12381829 |
| Block | Sheila R. | 23/05/2014 | preparing for trial; | 5.5 | 5,775.00 | 12384286 |
| Block | Sheila R. | 25/05/2014 | trial prep; | 4.0 | 4,200.00 | 12384298 |
| Block | Sheila R. | 26/05/2014 | preparation for trial; | 7.8 | 8,190.00 | 12386839 |
| Block | Sheila R. | 27/05/2014 | trial and preparation for depositions and trial (8.5); meet with C. McCourt and T. Yeo (.5); call with co-counsel (.5); | 9.5 | 9,975.00 | 12392458 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 28/05/2014 | preparation and trial; | 9.0 | 9,450.00 | 12392471 |
| Block | Sheila R. | 30/05/2014 | preparation and trial; | 9.0 | 9,450.00 | 12397100 |
| DeMarinis | Tony | 01/05/2014 | review and analysis of trial materials, counsel exchanges, and issues at trial; | 4.0 | 4,200.00 | 12349120 |
| DeMarinis | Tony | 02/05/2014 | review and analysis of documentary filings for trial, and related correspondence and internal discussion; | 5.5 | 5,775.00 | 12352955 |
| DeMarinis | Tony | 03/05/2014 | review and analysis of trial pleadings served by core parties; | 4.5 | 4,725.00 | 12357751 |
| DeMarinis | Tony | 04/05/2014 | review and analysis of trial pleadings exchanged by central parties; | 4.0 | 4,200.00 | 12357752 |
| DeMarinis | Tony | 05/05/2014 | trial review and planning; | 1.7 | 1,785.00 | 12357755 |
| DeMarinis | Tony | 06/05/2014 | reading trial documents and associated issues of law; | 3.0 | 3,150.00 | 12357759 |
| DeMarinis | Tony | 07/05/2014 | trial reviews and analyses of filed documentation; | 3.0 | 3,150.00 | 12359590 |
| DeMarinis | Tony | 08/05/2014 | reading collected filings of the various parties ahead of next week's trial commencement (4.0); discussion with A. Slavens, debrief on today's hearing (.5); | 4.5 | 4,725.00 | 12360212 |
| DeMarinis | Tony | 08/05/2014 | research review on issues at trial; | 1.5 | 1,575.00 | 12360215 |
| DeMarinis | Tony | 09/05/2014 | reading various court documents and correspondence in advance of trial commencement; | 2.5 | 2,625.00 | 12364383 |
| DeMarinis | Tony | 11/05/2014 | reading pleadings for trial commencement tomorrow; | 3.8 | 3,990.00 | 12367365 |
| DeMarinis | Tony | 12/05/2014 | consideration of matters relating to trial commencement, review of accumulated pleadings, review correspondence on confidentiality, and debriefing meeting with Torys team regarding first day submissions; | 3.7 | 3,885.00 | 12367366 |
| DeMarinis | Tony | 13/05/2014 | monitoring trial proceedings, evidence reviews, and daily debrief; | 2.5 | 2,625.00 | 12369470 |
| DeMarinis | Tony | 14/05/2014 | engaged in observing, debriefing and assessing progress of the trial hearing and analysis of related issues and documents; | 3.5 | 3,675.00 | 12371326 |
| DeMarinis | Tony | 15/05/2014 | trial hearing oversight, including evidence review, issues analysis, debriefing from Torys litigation team, discussions with various Cleary Gottlieb personnel, and review and consideration of court transcripts; | 5.5 | 5,775.00 | 12372052 |
| DeMarinis | Tony | 16/05/2014 | reviewing this week's trial activities, transcripts and examinations, and analysis of evidence and issues; | 3.0 | 3,150.00 | 12375681 |
| DeMarinis | Tony | 20/05/2014 | trial analysis and oversight (1.5); scheduling, procedural review, and planning (0.9); | 2.4 | 2,520.00 | 12378031 |
| DeMarinis | Tony | 21/05/2014 | monitoring trial hearing and legal considerations; | 3.0 | 3,150.00 | 12379992 |
| DeMarinis | Tony | 22/05/2014 | review and analysis of trial and related issues; | 3.5 | 3,675.00 | 12380962 |
| DeMarinis | Tony | 23/05/2014 | review trial progress and planning (1.5); consideration of testimony and submissions to date (1.5); | 3.0 | 3,150.00 | 12384788 |
| DeMarinis | Tony | 26/05/2014 | observing trial progress, and consideration of witness testimony; | 2.6 | 2,730.00 | 12386763 |
| DeMarinis | Tony | 27/05/2014 | trial analysis, review and planning, and | 3.5 | 3,675.00 | 12389313 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| DeMarinis | Tony | 28/05/2014 | associated evidentiary matters; monitoring trial and consideration of testimony (4.5); discussion with Scott Bomhof, Adam Slavens and A. Gray and conference call with same and Cleary Gottlieb (1.2); | 5.7 | 5,985.00 | 12391631 |
| DeMarinis | Tony | 29/05/2014 | monitoring trial proceedings, testimony and associated matters; | 4.0 | 4,200.00 | 12395990 |
| DeMarinis | Tony | 30/05/2014 | monitoring trial and associated review and analysis; | 2.5 | 2,625.00 | 12400481 |
| Blake | Maureen | 01/05/2014 | attention to trial database logistics; | 5.7 | 2,479.50 | 12348459 |
| Blake | Maureen | 02/05/2014 | attention to trial database logistics; | 5.4 | 2,349.00 | 12348460 |
| Blake | Maureen | 06/05/2014 | attention to trial database logistics; | 6.3 | 2,740.50 | 12360797 |
| Blake | Maureen | 08/05/2014 | attention to trial database logistics; | 4.0 | 1,740.00 | 12360913 |
| Blake | Maureen | 09/05/2014 | attention to trial database logistics; | 3.0 | 1,305.00 | 12360972 |
| Blake | Maureen | 13/05/2014 | attention to trial database logistics; | 2.7 | 1,174.50 | 12370192 |
| Blake | Maureen | 15/05/2014 | review trial transcripts and load same into Torys' workspace; (.5) meet with the Cleary team to and discuss status of trial proceedings and the live feed; (.5); discussion with Marian Bojovich regarding the trial logistics (.3) | 1.3 | 565.50 | 12394062 |
| Blake | Maureen | 16/05/2014 | review trial transcripts and organize same in Torys workspace (.8). | 0.8 | 348.00 | 12372751 |
| Blake | Maureen | 20/05/2014 | review trial transcripts and load same into Torys' workspace (.3); | 0.3 | 130.50 | 12377296 |
| Blake | Maureen | 22/05/2014 | review trial transcripts and load same into Torys' workspace (.3); attention to trial logistics (.4); | 0.7 | 304.50 | 12381711 |
| Blake | Maureen | 23/05/2014 | review trial transcripts and load same into Torys' workspace (.3); | 0.3 | 130.50 | 12384047 |
| Blake | Maureen | 30/05/2014 | review trial transcripts and load same into Torys' workspace (.4); attention to trial database logistics (.7)" | 1.1 | 478.50 | 12395870 |
| Mauro | Clare | 09/05/2014 | searching for court filings (A. Slavens); | 0.4 | 156.00 | 12361374 |
| Gray | William | 01/05/2014 | Review pre-trial brief and comments | 2.8 | 2,646.00 | 12355587 |
| Gray | William | 02/05/2014 | Work on pre-trial briefs | 1.6 | 1,512.00 | 12355594 |
| Gray | William | 05/05/2014 | Research re exclusive licenses (1.4); call to S. Bomhof regarding responses to monitors arguments (.2); review US interest brief (.4); review pre-trial briefs of all parties (2.2) | 4.2 | 3,969.00 | 12361547 |
| Gray | William | 06/05/2014 | Confer with S. Bomhof regarding pre-trial brief (.8); review pre-trial submissions by creditors committee, monitor and bond counsel (3.3); prepare reply to monitor arguments (1.2) | 5.3 | 5,008.50 | 12361471 |
| Gray | William | 07/05/2014 | Review briefs and develop response to monitor position regarding patent law consent issues and assumption and assignment case law | 2.4 | 2,268.00 | 12361488 |
| Gray | William | 08/05/2014 | Conference with S. Bomhof (.3); work on responses to monitors argument (.6) | 0.9 | 850.50 | 12361528 |
| Gray | William | 09/05/2014 | Review trial summaries | 0.7 | 661.50 | 12368349 |
| Gray | William | 12/05/2014 | Review trial summaries | 0.7 | 661.50 | 12368352 |
| Gray | William | 13/05/2014 | Review trial summaries | 0.5 | 472.50 | 12368358 |
| Gray | William | 14/05/2014 | Review trial summary | 0.3 | 283.50 | 12371976 |
| Gray | William | 15/05/2014 | Work on trial issues | 0.6 | 567.00 | 12371981 |
| Gray | William | 19/05/2014 | Work on trial related issues | 0.7 | 661.50 | 12374610 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 20/05/2014 | Work on trial issues | 1.3 | 1,228.50 | 12385177 |
| Gray | William | 27/05/2014 | Review trial issue and trial testimony | 1.1 | 1,039.50 | 12389401 |
| Gray | William | 28/05/2014 | Analysis of trial testimony (.6); conference with S. Bomhof regarding same (.2) | 0.8 | 756.00 | 12392534 |
| Gray | William | 29/05/2014 | Review trial issues | 0.8 | 756.00 | 12392528 |
| Gray | William | 30/05/2014 | Review trial testimony and issue research | 1.4 | 1,323.00 | 12398372 |
| Bauer | Alison D. | 19/05/2014 | attention to chapter 15 caselaw | 0.7 | 570.50 | 12375828 |
| Leader | Jaclyn | 01/05/2014 | Review draft pre-trial brief of U.S. debtors (0.5) | 0.5 | 365.00 | 12397056 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/05/2014 | revising US Debtors pre-trial brief and assist in service of same (2.1); trial preparation (4.7); | 6.8 | 6,120.00 | 12349943 |
| Bomhof | Scott A. | 04/05/2014 | review of Canadian law cited in Core Party pre-trial briefs; | 4.1 | 3,690.00 | 12349948 |
| Bomhof | Scott A. | 05/05/2014 | meeting with A. Slavens, A. Gray and T. Yeo regarding Canadian legal issues related to allocation and meeting regarding same | 1.4 | 1,260.00 | 12353616 |
| Bomhof | Scott A. | 06/05/2014 | research regarding Canadian legal issues related to allocation; | 1.9 | 1,710.00 | 12357673 |
| Bomhof | Scott A. | 07/05/2014 | research Canadian law cited in core parties pre-trial briefs (5.0); confer with N. Hastings regarding tax information circulars (.2); | 5.2 | 4,680.00 | 12358243 |
| Bomhof | Scott A. | 08/05/2014 | Research re: Canadian legal issues related to allocation hearing (3.5) | 3.5 | 3,150.00 | 12359844 |
| Bomhof | Scott A. | 16/05/2014 | Research regarding Canadian legal issues related to allocation. (2.1); | 2.1 | 1,890.00 | 12374622 |
| Bomhof | Scott A. | 18/05/2014 | Research regarding Canadian legal issues related to allocation issues. | 2.9 | 2,610.00 | 12374677 |
| Bomhof | Scott A. | 19/05/2014 | Research regarding Canadian legal issues related to allocation; | 3.1 | 2,790.00 | 12374641 |
| Bomhof | Scott A. | 20/05/2014 | Research regarding Canadian legal issues related to allocation; | 1.7 | 1,530.00 | 12376660 |
| Bomhof | Scott A. | 23/05/2014 | Research regarding Canadian legal issues related to allocation | 4.1 | 3,690.00 | 12383518 |
| Bomhof | Scott A. | 27/05/2014 | Review CRA materials with respect to transfer pricing; | 2.1 | 1,890.00 | 12389865 |
| Bomhof | Scott A. | 30/05/2014 | Research re: Canadian legal issues related to allocation | 1.4 | 1,260.00 | 12396974 |
| Yeo | Thomas | 01/05/2014 | reviewing draft pre-trial brief; | 1.2 | 978.00 | 12349049 |
| Yeo | Thomas | 01/05/2014 | research Canadian legal issues related to allocation; | 0.3 | 244.50 | 12349050 |
| Yeo | Thomas | 03/05/2014 | reviewing pre-trial briefs of Monitor and CCC; | 2.4 | 1,956.00 | 12353083 |
| Yeo | Thomas | 04/05/2014 | research Canadian legal issues related to allocation; | 2.0 | 1,630.00 | 12353084 |
| Yeo | Thomas | 05/05/2014 | meeting with A. Gray, S. Bomhof and A. Slavens re: research Canadian legal issues related to allocation; | 1.2 | 978.00 | 12355548 |
| Yeo | Thomas | 05/05/2014 | research Canadian legal issues related to allocation; | 3.7 | 3,015.50 | 12355551 |
| Yeo | Thomas | 06/05/2014 | research Canadian legal issues related to allocation; | 8.1 | 6,601.50 | 12357903 |
| Yeo | Thomas | 07/05/2014 | research Canadian legal issues related to allocation; | 5.2 | 4,238.00 | 12359153 |
| Yeo | Thomas | 08/05/2014 | research Canadian legal issues related to allocation; | 0.8 | 652.00 | 12361624 |
| Yeo | Thomas | 08/05/2014 | call with D. Bereskin re: expert report; | 0.5 | 407.50 | 12361627 |
| Yeo | Thomas | 13/05/2014 | research Canadian legal issues related to allocation; | 2.8 | 2,282.00 | 12370723 |
| Yeo | Thomas | 14/05/2014 | research Canadian legal issues related to allocation; | 2.0 | 1,630.00 | 12370739 |
| Yeo | Thomas | 15/05/2014 | research Canadian legal issues related to allocation; | 1.0 | 815.00 | 12373789 |
| Yeo | Thomas | 16/05/2014 | research Canadian legal issues related to allocation; | 4.2 | 3,423.00 | 12375129 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Yeo | Thomas | 19/05/2014 | e-mails with Dan Bereskin re: rebuttal report; | 0.1 | 81.50 | 12375137 |
| Yeo | Thomas | 21/05/2014 | research Canadian legal issues related to allocation; | 2.2 | 1,793.00 | 12379557 |
| Yeo | Thomas | 21/05/2014 | meeting with E. Sako re: research for case; | 0.4 | 326.00 | 12379560 |
| Yeo | Thomas | 23/05/2014 | meeting with E. Sako re: research for case; | 0.9 | 733.50 | 12424808 |
| Yeo | Thomas | 26/05/2014 | research Canadian legal issues related to allocation; | 5.3 | 4,319.50 | 12386469 |
| Yeo | Thomas | 27/05/2014 | research Canadian legal issues related to allocation; | 1.4 | 1,141.00 | 12389322 |
| Yeo | Thomas | 28/05/2014 | research Canadian legal issues related to allocation; | 1.7 | 1,385.50 | 12391707 |
| Yeo | Thomas | 29/05/2014 | meeting with John Cameron re: research for case; | 0.3 | 244.50 | 12395388 |
| Yeo | Thomas | 29/05/2014 | research Canadian legal issues related to allocation; | 1.2 | 978.00 | 12395391 |
| Yeo | Thomas | 30/05/2014 | research Canadian legal issues related to allocation; | 2.0 | 1,630.00 | 12398630 |
| Yeo | Thomas | 31/05/2014 | research Canadian legal issues related to allocation; | 0.2 | 163.00 | 12398637 |
| Gray | Andrew | 05/05/2014 | internal discussion regarding legal research relating to pretrial submissions and conducting research; | 2.9 | 2,320.00 | 12425466 |
| Gray | Andrew | 31/05/2014 | conducting legal research and considering legal issues for closing argument (2.3); | 2.3 | 1,840.00 | 12396753 |
| Slavens | Adam | 03/05/2014 | conducting Canadian legal research for case; | 5.0 | 3,450.00 | 12355771 |
| Slavens | Adam | 05/05/2014 | conducting Canadian legal research for case (2.0); meeting regarding same (1.4); | 3.4 | 2,346.00 | 12355805 |
| Slavens | Adam | 06/05/2014 | conducting Canadian legal research for case; | 1.5 | 1,035.00 | 12357216 |
| Slavens | Adam | 07/05/2014 | conducting Canadian legal research for case; | 3.7 | 2,553.00 | 12359272 |
| Slavens | Adam | 08/05/2014 | conducting Canadian legal research for case; | 1.7 | 1,173.00 | 12361375 |
| Hastings | Nicole | 07/05/2014 | confer with S. Bomhof regarding researching tax information circulars; | 0.2 | 87.00 | 12358620 |
| House | Frazer | 06/05/2014 | conducting legal research regarding ownership issues; | 4.4 | 1,584.00 | 12356950 |
| House | Frazer | 07/05/2014 | conducting legal research regarding ownership issues; | 1.7 | 612.00 | 12358272 |
| House | Frazer | 21/05/2014 | conducting legal research regarding ownership issues; | 0.2 | 72.00 | 12380212 |
| House | Frazer | 23/05/2014 | conducting legal research regarding ownership issues; | 3.1 | 1,116.00 | 12383507 |
| House | Frazer | 26/05/2014 | conducting legal research regarding ownership issues; | 0.7 | 252.00 | 12387198 |
| House | Frazer | 29/05/2014 | conducting legal research regarding ownership issues; | 0.9 | 324.00 | 12392501 |
| House | Frazer | 30/05/2014 | conducting legal research regarding ownership issues; | 3.3 | 1,188.00 | 12396759 |
| Kennedy | Nick | 07/05/2014 | conducting legal research on contract issues; | 3.1 | 1,023.00 | 12357824 |
| Kennedy | Nick | 09/05/2014 | conducting legal research on contract issues; | 1.9 | 627.00 | 12361603 |
| Kennedy | Nick | 10/05/2014 | research regarding contract issues for Andrew Gray; | 0.3 | 99.00 | 12362074 |
| Kennedy | Nick | 11/05/2014 | research regarding contract issues for Andrew Gray; | 0.2 | 66.00 | 12362166 |
| Golder | Sam | 06/05/2014 | research for case (2.6); | 2.6 | 858.00 | 12386379 |
| Golder | Sam | 07/05/2014 | research for case (2.0); | 2.0 | 660.00 | 12386383 |
| Sako | Emma | 21/05/2014 | meeting with T. Yeo re research for case regarding ownership issues; | 0.4 | 76.00 | 12406690 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Sako | Emma | 21/05/2014 | research regarding ownership issues; | 2.8 | 532.00 | 12406691 |
| Sako | Emma | 22/05/2014 | research regarding ownership issues; | 3.2 | 608.00 | 12406692 |
| Sako | Emma | 22/05/2014 | research regarding ownership issues; | 2.1 | 399.00 | 12406693 |
| Sako | Emma | 22/05/2014 | research regarding ownership issues; | 1.1 | 209.00 | 12406694 |
| Sako | Emma | 23/05/2014 | research for case regarding ownership issues (1.7); meet with T. Yeo (.9); | 2.6 | 494.00 | 12425465 |
| Sako | Emma | 24/05/2014 | research regarding ownership issues; | 0.6 | 114.00 | 12410444 |
| Sako | Emma | 25/05/2014 | research regarding ownership issues; | 4.5 | 855.00 | 12410445 |
| Sako | Emma | 26/05/2014 | research regarding ownership issues; | 2.2 | 418.00 | 12410447 |
| Cameron | John | 29/05/2014 | meeting with T. Yeo to discuss Canadian research; | 0.3 | 315.00 | 12395016 |
| DeMarinis | Tony | 05/05/2014 | consideration of legal submissions and arguments made by core parties to the trial, and review of related pleadings and other materials; | 5.5 | 5,775.00 | 12357754 |
| DeMarinis | Tony | 06/05/2014 | analysis of principles of law in relation to trial pleadings; | 3.5 | 3,675.00 | 12357762 |
| DeMarinis | Tony | 07/05/2014 | issues analysis for pending trial; | 2.5 | 2,625.00 | 12359592 |
| DeMarinis | Tony | 09/05/2014 | issues analysis and review ahead of trial (2.0); review accumulated research materials and legal pleadings (2.1); | 4.1 | 4,305.00 | 12364377 |
| DeMarinis | Tony | 10/05/2014 | review and analysis of core party briefs and related documents; | 4.0 | 4,200.00 | 12367364 |
| DeMarinis | Tony | 13/05/2014 | trial issues analysis and consideration; | 2.0 | 2,100.00 | 12369474 |
| DeMarinis | Tony | 14/05/2014 | consideration of trial examination issues; | 2.8 | 2,940.00 | 12371327 |
| DeMarinis | Tony | 15/05/2014 | analysis of trial issues in hearing to date, and procedural considerations; | 1.3 | 1,365.00 | 12372054 |
| DeMarinis | Tony | 16/05/2014 | analysis of legal issues post-examinations to date in trial; | 1.3 | 1,365.00 | 12375688 |
| DeMarinis | Tony | 21/05/2014 | review legal considerations in relation to trial | 1.3 | 1,365.00 | 12379993 |
| DeMarinis | Tony | 26/05/2014 | analysis of trial issues and developments; | 1.0 | 1,050.00 | 12386765 |
| DeMarinis | Tony | 27/05/2014 | analysis in relation to trial matters; | 2.0 | 2,100.00 | 12389314 |
| Holtz | Nairne | 15/05/2014 | searching for Canadian evidence case law and materials; | 3.0 | 1,170.00 | 12373062 |
| Mauro | Clare | 27/05/2014 | assisting student with legal research (I. Kara); | 0.9 | 351.00 | 12388574 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 01/05/2014 | reading Canadian court documents and related materials; | 2.3 | 2,415.00 | 12349121 |
| DeMarinis | Tony | 07/05/2014 | reading filings, correspondence and supporting documents in relation to tomorrow's hearing; | 2.8 | 2,940.00 | 12359589 |
| DeMarinis | Tony | 08/05/2014 | review and consider Canadian documents (2.0); | 2.0 | 2,100.00 | 12360211 |
| DeMarinis | Tony | 09/05/2014 | correspondence and materials review for trial commencement; | 1.3 | 1,365.00 | 12364379 |
| DeMarinis | Tony | 16/05/2014 | consideration of Canadian proceeding matters; | 1.0 | 1,050.00 | 12375683 |
| DeMarinis | Tony | 20/05/2014 | reading materials in the Canadian proceedings; | 1.3 | 1,365.00 | 12378032 |
| Mauro | Clare | 05/05/2014 | noting up decision (S. Bomhof); | 0.4 | 156.00 | 12355081 |
| Mauro | Clare | 06/05/2014 | noting up decision (S. Bomhof); | 0.7 | 273.00 | 12356721 |