# **<u>EXHIBIT B</u>**

| | | | |
|---|---|---|---|
| 271 Process Server Filing | 02/05/2014 | 31.93 | filing Letter with 2 copies of US Interests' Pre-Trial Brief and 1 USB key containing same and book of authorities; |
| 271 Process Server Filing | 05/05/2014 | 31.93 | filing Letter with Notice of Filing and affidavit of service; |
| 271 Process Server Filing | 06/05/2014 | 31.93 | filing Letter to Mr. Justice Newbould with Order Shortening Notice; |
| 271 Process Server Filing | 07/05/2014 | 31.93 | filing Letter to Mr. Justice Newbould with Notice of Filing; |
| 271 Process Server Filing | 07/05/2014 | 31.93 | filing Letter to Mr. Justice Newbould with Notice of Filing and affidavit of service; |
| 271 Process Server Filing | 12/05/2014 | 31.93 | filing pre-trial brief of the US Interests and affidavit of service; |
| 271 Process Server Filing | 16/05/2014 | 31.93 | filing letter to Commercial List together with declaration of Walter Henderson, reply declaration of Walter Henderson and declaration of Christopher Ricaurte; |
| 271 Process Server Filing | 20/05/2014 | 31.93 | filing letter to Commercial List together with declaration of Michael Orlando, declaration of John J. Ray III, and reply declaration of John J. Ray III; |
| 271 Process Server Filing | 26/05/2014 | 31.93 | filing letter to Commercial List together with reports of Robert Kilimnik, John McConnell, Raymond Zenkich, Catherine Tucker and Daniel Bereskin (Rebuttal); |
| 271 Process Server Filing | 27/05/2014 | 31.93 | filing letter to Commercial List together with expert report of Laureen Ryan and rebuttal expert report of Terrence McGarty; |
| 271 Process Server Filing | 28/05/2014 | 31.93 | filing letter to Commercial List with expert report of Jeffrey H. Kinrich and rebuttal expert report of Jeffrey H. Kinrich; |
| 271 Process Server Filing | 29/05/2014 | 31.93 | filing letter to Commercial List together with rebuttal expert reports of Lorraine Eden dated January 24, 2014 and February 28, 2014; |
| 276 Process Server Obtaining from Court | 01/05/2014 | 25.00 | obtaining from Court 2 keys (Nos. 1 and 3) for a room at 330 University beginning May 2; |
| | | **$ 408.16** | |
| 303 Taxi & Travel | 05/05/2014 | 41.55 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - Pearson Airport taxi from 151 St. Clements to Pearson Airport |
| 303 Taxi & Travel | 06/05/2014 | 44.81 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - 79 Wellington St. W., TD Centre taxi from Pearson Airport to the office |
| 303 Taxi & Travel | 11/05/2014 | 8.07 | Taxi & Travel<br>Slavens, Adam; Parking work at office on Nortel trial |
| 303 Taxi & Travel | 12/05/2014 | 13.04 | Taxi & Travel<br>Bomhof, Scott A.; Taxi/Car Service - courthouse Travel to courthouse |
| 303 Taxi & Travel | 13/05/2014 | 8.96 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - court attend at court |
| 303 Taxi & Travel | 14/05/2014 | 17.72 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - Office attend at court |
| 303 Taxi & Travel | 14/05/2014 | 9.77 | Taxi & Travel<br>Bomhof, Scott A.; Taxi/Car Service - courthouse Travel to courthouse |
| 303 Taxi & Travel | 14/05/2014 | 13.04 | Taxi & Travel<br>Bomhof, Scott A.; Taxi/Car Service - torys Travel from courthouse |
| 303 Taxi & Travel | 15/05/2014 | 70.70 | Taxi & Travel - - VENDOR: Rosedale Livery Limited - ANDREW GRAY - APRIL 07, 2014 - |
| 303 Taxi & Travel | 15/05/2014 | 70.71 | Taxi & Travel - - VENDOR: Rosedale Livery Limited - COLIN WILLIAMS ORDERED FOR JACKIE MOESSNER - MARCH 31, 2014 - |
| 303 Taxi & Travel | 15/05/2014 | 49.71 | Taxi & Travel - - VENDOR: Rosedale Livery Limited - COLIN WILLIAMS ORDERED FOR TIMOTHY NASSAU - MARCH 31, 2014 - |
| 303 Taxi & Travel | 15/05/2014 | 68.63 | Taxi & Travel - - VENDOR: Rosedale Livery Limited - COLIN WILLIAMS ORDERED FOR TIMOTHY NASSAU - MARCH 31, 2014 - |
| 303 Taxi & Travel | 15/05/2014 | 106.93 | Taxi & Travel - - VENDOR: Rosedale Livery Limited - COLIN WILLIAMS ORDERED FOR TIMOTHY NASSAU - MARCH 31, 2014 - |
| 303 Taxi & Travel | 21/05/2014 | 8.56 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - courthouse |

| | | | |
|---|---|---:|---|
| 303 Taxi & Travel | 27/05/2014 | 8.15 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - Torys court |
| 303 Taxi & Travel | 28/05/2014 | 70.69 | Taxi & Travel - - VENDOR: Rosedale Livery Limited Shelly Malone ordered for: Jesse Sherret -Taxi fees |
| 303 Taxi & Travel | 28/05/2014 | 22.81 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - home court |
| 303 Taxi & Travel | 28/05/2014 | 8.56 | Taxi & Travel<br>Bomhof, Scott A.; Taxi/Car Service - courthouse court |
| 303 Taxi & Travel | 29/05/2014 | 8.35 | Taxi & Travel<br>Bomhof, Scott A.; Taxi/Car Service - courthouse court |
| 303 Taxi & Travel | 08/05/2014 | 86.40 | Taxi & Travel<br>Laura Askoul-Mileage |
| 303 Taxi & Travel | 09/05/2014 | 86.40 | Taxi & Travel<br>Laura Askoul-Mileage |
| 303 Taxi & Travel | 15/05/2014 | 86.40 | Taxi & Travel<br>Laura Askoul-Mileage |
| 303 Taxi & Travel | 16/05/2014 | 86.40 | Taxi & Travel<br>Laura Askoul-Mileage |
| 803 Taxi & Travel | 17/04/2014 | 28.40 | Taxi & Travel DIAMOND TAXI, Date: 17/04/2014, Chit#3265404 |
| 803 Taxi & Travel | 11/05/2014 | 50.56 | Taxi & Travel<br>DIAMOND TAXI, Date: 11/05/2014, Chit#3348438 |
| 803 Taxi & Travel | 12/05/2014 | 22.75 | Taxi & Travel<br>DIAMOND TAXI, Date: 12/05/2014, Chit#3294217 |
| 803 Taxi & Travel | 12/05/2014 | 64.03 | Taxi & Travel<br>DIAMOND TAXI, Date: 12/05/2014, Chit#3076991 |
| 803 Taxi & Travel | 13/05/2014 | 26.12 | Taxi & Travel<br>DIAMOND TAXI, Date: 13/05/2014, Chit#3266550 |
| 803 Taxi & Travel | 14/05/2014 | 74.99 | Taxi & Travel<br>DIAMOND TAXI, Date: 14/05/2014, Chit#3347896 |
| 803 Taxi & Travel | 14/05/2014 | 143.24 | Taxi & Travel<br>DIAMOND TAXI, Date: 14/05/2014, Chit#3347905 |
| 803 Taxi & Travel | 20/05/2014 | 32.86 | Taxi & Travel<br>DIAMOND TAXI, Date: 20/05/2014, Chit#3295607 |
| 803 Taxi & Travel | 20/05/2014 | 67.41 | Taxi & Travel<br>DIAMOND TAXI, Date: 20/05/2014, Chit#3266541 |
| 803 Taxi & Travel | 20/05/2014 | 80.04 | Taxi & Travel<br>DIAMOND TAXI, Date: 20/05/2014, Chit#3348399 |
| 803 Taxi & Travel | 20/05/2014 | 37.50 | Taxi & Travel<br>DIAMOND TAXI, Date: 20/05/2014, Chit#3079554 |
| 803 Taxi & Travel | 21/05/2014 | 31.18 | Taxi & Travel<br>DIAMOND TAXI, Date: 21/05/2014, Chit#3347895 |
| 803 Taxi & Travel | 27/05/2014 | 27.80 | Taxi & Travel<br>DIAMOND TAXI, Date: 27/05/2014, Chit#3347862 |
| 803 Taxi & Travel | 28/05/2014 | 80.04 | Taxi & Travel<br>DIAMOND TAXI, Date: 28/05/2014, Chit#3347980 |
| 803 Taxi & Travel | 31/05/2014 | 8.51 | Taxi & Travel<br>DIAMOND TAXI, Date: 31/05/2014, Chit#3347864 |
| 803 Taxi & Travel | 31/05/2014 | 12.77 | Taxi & Travel<br>DIAMOND TAXI, Date: 31/05/2014, Chit#3348400 |
| 803 Taxi & Travel | 31/05/2014 | 83.04 | Taxi & Travel<br>DIAMOND TAXI, Date: 31/05/2014, Chit#3348401 |
| 317 Taxi & Travel (Out of Town) | 01/05/2014 | 50.18 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Travel Agent Fee Merit's fees for booking flights Merit |
| 317 Taxi & Travel (Out of Town) | 01/05/2014 | 540.46 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Airfare - NYC - YYZ flights to/from NYC re Nortel 05/05/2014 - 05/06/2014 ^Merit |
| 317 Taxi & Travel (Out of Town) | 01/05/2014 | 280.17 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Lodging Room Rate (booked over the internet) Hotel room - Gild Hall, A Thompson Hotel, NYC 05/05/2014 - 05/06/2014 Other |
| 317 Taxi & Travel (Out of Town) | 01/05/2014 | 44.45 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Lodging Taxes paid on the $343.92 room rate = $54.57 05/05/2014 - 05/06/2014 Other |
| 317 Taxi & Travel (Out of Town) | 30/05/2014 | 8.96 | Taxi & Travel (Out of Town)<br>Bomhof, Scott A.; Taxi/Car Service - courthouse court |
| | | **$ 2,791.82** | |
| 316 Upload | 27/05/2014 $ | **16.79** | 1962 NSWR 998 and 1888 58 LT 221 |
| 375 Miscellaneous | 05/05/2014 | 624.67 | Miscellaneous - - VENDOR: Dominion Furniture Rental MGignac-Bookcase rentals (5) |

**Nortel**
**May 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 375 Miscellaneous | 05/05/2014 | 118.49 | Miscellaneous<br>Bernabe, Marivi; Office Supplies for Cleary from Newegg.ca |
| 375 Miscellaneous | 12/05/2014 | 844.65 | Miscellaneous - - VENDOR: Dominion Furniture Rental Rental for work table May 9, 2014 to Aug. 9, 2014 |
| 375 Miscellaneous | 13/05/2014 | 39.97 | Miscellaneous<br>Sivaperuman, Sivarajah; Office Supplies Back order at OfficeMax from Stapler |
| 375 Miscellaneous | 14/05/2014 | (749.51) | Miscellaneous - - VENDOR: Amex Bank of Canada -Tax |
| 375 Miscellaneous | 14/05/2014 | (75.97) | Miscellaneous - - VENDOR: Amex Bank of Canada -Tax |
| 375 Miscellaneous | 14/05/2014 | (52.24) | Miscellaneous - - VENDOR: Amex Bank of Canada -Tax |
| 375 Miscellaneous | 14/05/2014 | (270.60) | Miscellaneous - - VENDOR: Amex Bank of Canada -Tax |
| 375 Miscellaneous | 15/05/2014 | 147.66 | Miscellaneous - - VENDOR: Southwest Binding Systems Ltd. Tabs |
| 375 Miscellaneous | 16/05/2014 | 273.72 | Miscellaneous - - VENDOR: Toronto-Dominion Centre Leaseholds Limited Passcards |
| 375 Miscellaneous | 20/05/2014 | 6,514.96 | Miscellaneous<br>Bernabe, Marivi; Other Equipment rental Nortel trial |
| 375 Miscellaneous | 21/05/2014 | 63.87 | Miscellaneous - - VENDOR: Uline Canada Corporation 2 Rolls Gaffers tape |
| 375 Miscellaneous | 21/05/2014 | 91.24 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | 22/05/2014 | 487.04 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 64.23 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 297.80 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 13.85 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 481.71 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 81.61 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 205.20 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 414.97 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 73.38 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 21.95 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 22/05/2014 | 154.78 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary |
| 375 Miscellaneous | 27/05/2014 | 2,350.94 | Miscellaneous<br>Bernabe, Marivi; Other Equipment rental - monitors & mice Nortel trial |
| 375 Miscellaneous | 28/05/2014 | 91.24 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. - Shredding |
| 375 Miscellaneous | 28/05/2014 | 91.24 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. -Shredding |
| 375 Miscellaneous | 28/05/2014 | 91.24 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. -Shredding |
| | | **$ 12,492.09** | |
| 376 Meals | 05/05/2014 | 20.95 | Meals<br>Block, Sheila R.; Dinner dinner at the Felice Restaurant at Gild Hall Hotel in NYC |
| 376 Meals | 06/05/2014 | 20.99 | Meals<br>Block, Sheila R.; Dinner dinner at the Felice Restaurant at Gild Hall Hotel in NYC |
| 807 Meals | 01/05/2014 | 161.11 | Meals<br>Meals- Cold drinks   Apr 23 2014, Cleary/Nortel, (Coca-cola) |
| 807 Meals | 08/05/2014 | 685.53 | Meals<br>Meals- Chips & sundries Apr 29 2014, Cleary/Nortel, A. Slavens (Sysco) |
| 807 Meals | 15/05/2014 | 89.42 | Meals<br>Meals- Breakfast (6)  May 08 2014, A. Slavens (Stratus) |
| 807 Meals | 15/05/2014 | 115.87 | Meals<br>Meals- Lunch (6)  May 05 2014, A. Slavens (McEwan) |
| 807 Meals | 15/05/2014 | 33.94 | Meals<br>Meals- Breakfast (6)  May 05 2014, A. Slavens (O&B) |
| 807 Meals | 15/05/2014 | 69.82 | Meals<br>Meals- Lunch (4)  May 06 2014, A. Slavens (Corp Cravings) |
| 807 Meals | 15/05/2014 | 7.29 | Meals |

**Nortel**
**May 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 807 Meals | 15/05/2014 | 32.08 | Meals- Lunch (1)  May 06 2014, A. Slavens (M. Baguette) Meals |
| 807 Meals | 15/05/2014 | 126.78 | Meals- Breakfast (4)  May 07 2014, A. Slavens (M. Baguette) Meals |
| 807 Meals | 15/05/2014 | 302.92 | Meals- Chips & sundries May 04 2014, A. Slavens (Fortinos') Meals |
| 807 Meals | 15/05/2014 | 19.71 | Meals- Beverages May 02 2014, A. Slavens (Imperial) Meals |
| 807 Meals | 15/05/2014 | 27.28 | Meals- Beverages May 04 2014, A. Slavens (Agropur) Meals |
| 807 Meals | 15/05/2014 | 48.17 | Meals- Equipment May 04 2014, A. Slavens (Kitchen Stuff) Meals |
| 807 Meals | 22/05/2014 | 76.37 | Meals- Chips & sundries May 05 2014, A. Slavens (Bulk Barn) Meals |
| 807 Meals | 22/05/2014 | 452.20 | Meals- Lunch (6)  May 12 2014, A. Slavens/Cleary (McEwan) Meals |
| 807 Meals | 22/05/2014 | 264.09 | Meals- Dinner (25)  May 11 2014, A. Slavens/Cleary (The Host) Meals |
| 807 Meals | 22/05/2014 | 115.14 | Meals- Lunch (25)  May 10 2014, A. Slavens/Cleary (McEwan) Meals |
| 807 Meals | 22/05/2014 | 121.06 | Meals- Fruits May 10 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 22/05/2014 | 40.67 | Meals- Fruits May 11 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 22/05/2014 | 44.40 | Meals- Fruits May 12 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 22/05/2014 | 44.94 | Meals- Fruits May 14 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 22/05/2014 | 396.53 | Meals- Fruits May 15 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 22/05/2014 | 165.14 | Meals- Dinner (25)  May 10 2014, A. Slavens/Cleary (Sukho Thai) Meals |
| 807 Meals | 22/05/2014 | 389.41 | Meals- Dinner (25)  May 09 2014, A. Slavens/Cleary (Take Sushi) Meals |
| 807 Meals | 22/05/2014 | 1,743.14 | Meals- Breakfast (25)  May 08 2014, A. Slavens/Cleary (Stratus May 8 - 9) Meals |
| 807 Meals | 22/05/2014 | 1,478.09 | Meals- Lunch/Courthouse (15)  May 15 2014, A. Slavens/Cleary (G. Cuisine - May 11 - 16) Meals |
| 807 Meals | 22/05/2014 | 1,322.98 | Meals- Breakfast (15)  May 15 2014, A. Slavens/Cleary (G. Cuisine - May 11 - 16) Meals |
| 807 Meals | 22/05/2014 | 1,027.36 | Meals- Dinner (20)  May 15 2014, A. Slavens/Cleary (G. Cuisine - May 13 - 15) Meals |
| 807 Meals | 22/05/2014 | 91.24 | Meals- Beverages May 09 2014, A. Slavens/Cleary (Imperial) Meals |
| 807 Meals | 22/05/2014 | 435.94 | Meals- Beverages May 10 2014, A. Slavens/Cleary (Imperial) Meals |
| 807 Meals | 28/05/2014 | 44.08 | Meals- Chips & sundries May 12 2014, A. Slavens/Cleary (Grandma Emily) Meals |
| 807 Meals | 28/05/2014 | 58.86 | Meals- Fruits May 16 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 28/05/2014 | 63.34 | Meals- Fruits May 17 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 28/05/2014 | 52.63 | Meals- Fruits May 18 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 28/05/2014 | 43.30 | Meals- Fruits May 20 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 28/05/2014 | 880.47 | Meals- Fruits May 21 2014, A. Slavens/Cleary (G. Orchard) Meals |
| 807 Meals | 28/05/2014 | 105.38 | Meals- Lunch/Dinner (25)  May 12 2014, A. Slaven/Cleary (Stratus) Meals |
| 807 Meals | 28/05/2014 | 5.47 | Meals- Lunch (7)  May 12 2014, S. Shody (Stratus) Meals |
| 807 Meals | 28/05/2014 | 225.82 | Meals- Lunch (1)  May 13 2014, A. Slavens/Cleary (Stratus) Meals |
| 807 Meals | 28/05/2014 | 236.36 | Meals- Lunch (15)  May 15 2014, A. Slavens/Cleary (Stratus) Meals |
| 807 Meals | 28/05/2014 | 833.93 | Meals- Lunch (10)  May 16 2014, A. Slavens/Cleary (P. Manna) Meals |
| 807 Meals | 28/05/2014 | 1,313.86 | Meals- Dinner (25)  May 15 2014, A. Slavens/Cleary (Take Sushi) Meals |
| 807 Meals | 28/05/2014 | 1,629.55 | Meals- Breakfast (10)  May 17 2014, A. Slavens/Cleary (G. Cuisine / May 17 - 23) Meals |
| 807 Meals | 28/05/2014 | 396.89 | Meals- Lunch/Dinner (10)  May 17 2014, A. Slaven (G. Cuisine / May 17 - 21) Meals |
| | | | Meals- Lunch/Courthouse (10)  May 20 2014, A. Slaven |

**Nortel**
**May 2014 Disbursements**

|  |  |  |  |
|---|---|---:|---|
|  |  |  | (G. Cuisine / May 20 & 21) |
|  |  | **$ 15,860.50** |  |
| 499 Copies | 02/05/2014 | 18.25 | Copies |
|  |  |  | Kara, Irfan; Copies prospectus from Archives of Ontario |
| 499 Copies | 12/05/2014 | 291.71 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - toner. Ordered 4 but only delivered 1 so they only charged us for 1. from Staples.ca |
| 499 Copies | 12/05/2014 | 840.07 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - toners (10) from 123 Ink Cartridges |
| 499 Copies | 14/05/2014 | 3,042.71 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - toners (17) from CDW |
| 499 Copies | 14/05/2014 | 1,313.40 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - drum kits from eToners |
| 499 Copies | 14/05/2014 | 2,020.78 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - toners (20) from 123 Ink Cartridges |
| 499 Copies | 15/05/2014 | 1,458.56 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - toners from Staples |
| 499 Copies | 16/05/2014 | 3,728.55 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - toners (12) from cdw |
| 499 Copies | 17/05/2014 | 680.87 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - toners (4) from CDW |
| 499 Copies | 20/05/2014 | 166.97 | Copies |
|  |  |  | Ricoh |
| 499 Copies | 30/05/2014 | 1,670.74 | Copies - - VENDOR: Ricoh Canada Inc. Adam Slavens- Photocopying and binding charges |
| 499 Copies | 30/05/2014 | 1,307.31 | Copies - - VENDOR: Ricoh Canada Inc. Adam Slavens- Photocopying and binding charges |
| 499 Copies | 30/05/2014 | 2,967.60 | Copies - - VENDOR: Ricoh Canada Inc. Adam Slavens- Photocopying and binding charges |
| 499 Copies | 30/05/2014 | 3,498.14 | Copies - - VENDOR: Ricoh Canada Inc. Adam Slavens- Photocopying and binding charges |
| 499 Copies | 30/05/2014 | 1,445.70 | Copies - - VENDOR: Ricoh Canada Inc. Adam Slavens- Photocopying and binding charges |
| 499 Copies | 30/05/2014 | 1,035.94 | Copies |
|  |  |  | Bernabe, Marivi; Copies Cleary - Toners (4) from Staples |
|  |  | **$ 25,487.30** |  |
| 800 Telephone Call | 01/05/2014 | 0.87 | Telephone Call |
|  |  |  | 13023519459 - Wilmington, DE - Time: 11:00 - Dur: 18.92 |
| 800 Telephone Call | 02/05/2014 | 0.68 | Telephone Call |
|  |  |  | 13023519459 - Wilmington, DE - Time: 11:41 - Dur: 14.72 |
| 800 Telephone Call | 10/05/2014 | 1.32 | Telephone Call |
|  |  |  | 13023519516 - Wilmington, DE - Time: 15:10 - Dur: 28.03 |
| 800 Telephone Call | 12/05/2014 | 0.08 | Telephone Call |
|  |  |  | Global Crossing, Inv # 19077029 WILLIAMS, COLIN |
| 800 Telephone Call | 13/05/2014 | 8.44 | Telephone Call |

| | | | |
|---|---|---|---|
| 800 Telephone Call | 22/05/2014 | 0.09 | Global Crossing, Inv # 19077029 WILLIAMS, COLIN Telephone Call 19178562117 - New York, NY - Time: 08:07 - Dur: 1.18 |
| 800 Telephone Call | 22/05/2014 | 0.05 | Telephone Call 16466101096 - New York, NY - Time: 17:44 - Dur: 0.73 |
| 800 Telephone Call | 23/05/2014 | 0.05 | Telephone Call 12122252432 - New York, NY - Time: 14:54 - Dur: 0.55 |
| 800 Telephone Call | 23/05/2014 | 0.05 | Telephone Call 19178562117 - New York, NY - Time: 14:57 - Dur: 0.87 |
| 800 Telephone Call | 23/05/2014 | 0.32 | Telephone Call 12122253801 - New York, NY - Time: 15:02 - Dur: 6.95 |
| | | $ 11.95 | |
| 801 Copies | 01/05/2014 | 3.40 | Copies |
| 801 Copies | 01/05/2014 | 2.00 | Copies |
| 801 Copies | 01/05/2014 | 0.10 | Copies |
| 801 Copies | 02/05/2014 | 4.00 | Copies |
| 801 Copies | 02/05/2014 | 1.40 | Copies |
| 801 Copies | 02/05/2014 | 4.00 | Copies |
| 801 Copies | 05/05/2014 | 3.60 | Copies |
| 801 Copies | 05/05/2014 | 4.20 | Copies |
| 801 Copies | 05/05/2014 | 0.20 | Copies |
| 801 Copies | 06/05/2014 | 0.60 | Copies |
| 801 Copies | 06/05/2014 | 0.70 | Copies |
| 801 Copies | 06/05/2014 | 16.40 | Copies |
| 801 Copies | 07/05/2014 | 0.80 | Copies |
| 801 Copies | 07/05/2014 | 4.40 | Copies |
| 801 Copies | 07/05/2014 | 2.20 | Copies |
| 801 Copies | 07/05/2014 | 0.20 | Copies |
| 801 Copies | 08/05/2014 | 0.80 | Copies |
| 801 Copies | 08/05/2014 | 27.60 | Copies |
| 801 Copies | 08/05/2014 | 9.00 | Copies |
| 801 Copies | 08/05/2014 | 0.10 | Copies |
| 801 Copies | 09/05/2014 | 32.50 | Copies |
| 801 Copies | 09/05/2014 | 2.60 | Copies |
| 801 Copies | 10/05/2014 | 0.40 | Copies |
| 801 Copies | 10/05/2014 | 0.50 | Copies |
| 801 Copies | 10/05/2014 | 5.80 | Copies |
| 801 Copies | 11/05/2014 | 0.70 | Copies |
| 801 Copies | 12/05/2014 | 2.40 | Copies |
| 801 Copies | 13/05/2014 | 0.20 | Copies |
| 801 Copies | 13/05/2014 | 125.50 | Copies |
| 801 Copies | 13/05/2014 | 0.30 | Copies |
| 801 Copies | 14/05/2014 | 0.80 | Copies |
| 801 Copies | 15/05/2014 | 46.40 | Copies |
| 801 Copies | 15/05/2014 | 51.60 | Copies |
| 801 Copies | 16/05/2014 | 29.70 | Copies |
| 801 Copies | 17/05/2014 | 0.10 | Copies |
| 801 Copies | 18/05/2014 | 1.20 | Copies |
| 801 Copies | 18/05/2014 | 11.40 | Copies |
| 801 Copies | 19/05/2014 | 1.00 | Copies |
| 801 Copies | 21/05/2014 | 0.20 | Copies |
| 801 Copies | 23/05/2014 | 0.10 | Copies |
| 801 Copies | 23/05/2014 | 23.80 | Copies |
| 801 Copies | 25/05/2014 | 4.10 | Copies |
| 801 Copies | 27/05/2014 | 79.10 | Copies |
| 801 Copies | 27/05/2014 | 29.90 | Copies |
| 801 Copies | 28/05/2014 | 10.00 | Copies |
| 801 Copies | 28/05/2014 | 11.30 | Copies |
| 801 Copies | 28/05/2014 | 0.10 | Copies |
| 801 Copies | 28/05/2014 | 4.60 | Copies |
| 801 Copies | 29/05/2014 | 0.40 | Copies |
| 801 Copies | 30/05/2014 | 0.50 | Copies |
| 801 Copies | 30/05/2014 | 17.50 | Copies |
| 808 Laser Printing | 01/05/2014 | 16.30 | Laser Printing |
| 808 Laser Printing | 01/05/2014 | 72.80 | Laser Printing |
| 808 Laser Printing | 01/05/2014 | 19.50 | Laser Printing |
| 808 Laser Printing | 01/05/2014 | 4.30 | Laser Printing |
| 808 Laser Printing | 01/05/2014 | 19.50 | Laser Printing |
| 808 Laser Printing | 01/05/2014 | 307.80 | Laser Printing |
| 808 Laser Printing | 01/05/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 01/05/2014 | 131.40 | Laser Printing |
| 808 Laser Printing | 02/05/2014 | 3.90 | Laser Printing |
| 808 Laser Printing | 02/05/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 02/05/2014 | 405.90 | Laser Printing |

**Nortel**
**May 2014 Disbursements**

| | | | |
|---|---|---|---|
| 808 Laser Printing | 02/05/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 02/05/2014 | 1.20 | Laser Printing |
| 808 Laser Printing | 02/05/2014 | 45.90 | Laser Printing |
| 808 Laser Printing | 02/05/2014 | 8.80 | Laser Printing |
| 808 Laser Printing | 03/05/2014 | 112.40 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 12.90 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 26.40 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 1.30 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 10.60 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 1.30 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 3.60 | Laser Printing |
| 808 Laser Printing | 05/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 25.90 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 4.40 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 38.60 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 25.00 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 1.50 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 107.20 | Laser Printing |
| 808 Laser Printing | 06/05/2014 | 3.00 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 5.10 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 89.50 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 137.20 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 78.40 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 37.60 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 32.60 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 07/05/2014 | 5.30 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 14.40 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 4.60 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 47.40 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 3.00 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 710.60 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 10.10 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 5.30 | Laser Printing |
| 808 Laser Printing | 08/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 09/05/2014 | 466.60 | Laser Printing |
| 808 Laser Printing | 09/05/2014 | 2.70 | Laser Printing |
| 808 Laser Printing | 09/05/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 09/05/2014 | 45.00 | Laser Printing |
| 808 Laser Printing | 09/05/2014 | 1,321.40 | Laser Printing |
| 808 Laser Printing | 09/05/2014 | 34.40 | Laser Printing |
| 808 Laser Printing | 09/05/2014 | 3.00 | Laser Printing |
| 808 Laser Printing | 09/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 10/05/2014 | 271.10 | Laser Printing |
| 808 Laser Printing | 10/05/2014 | 61.00 | Laser Printing |
| 808 Laser Printing | 10/05/2014 | 51.30 | Laser Printing |
| 808 Laser Printing | 10/05/2014 | 188.30 | Laser Printing |
| 808 Laser Printing | 10/05/2014 | 8.60 | Laser Printing |
| 808 Laser Printing | 11/05/2014 | 1.40 | Laser Printing |
| 808 Laser Printing | 11/05/2014 | 46.40 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 3.60 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 34.60 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 1,602.90 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 92.30 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 104.00 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 32.50 | Laser Printing |
| 808 Laser Printing | 12/05/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 13/05/2014 | 62.10 | Laser Printing |
| 808 Laser Printing | 13/05/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 13/05/2014 | 486.10 | Laser Printing |
| 808 Laser Printing | 13/05/2014 | 172.30 | Laser Printing |
| 808 Laser Printing | 13/05/2014 | 536.90 | Laser Printing |

**Nortel**
**May 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 13/05/2014 | 4.00 | Laser Printing |
| 808 Laser Printing | 13/05/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 13/05/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 13/05/2014 | 2.00 | Laser Printing |
| 808 Laser Printing | 14/05/2014 | 351.70 | Laser Printing |
| 808 Laser Printing | 14/05/2014 | 3.40 | Laser Printing |
| 808 Laser Printing | 14/05/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 14/05/2014 | 2.10 | Laser Printing |
| 808 Laser Printing | 14/05/2014 | 1,026.70 | Laser Printing |
| 808 Laser Printing | 14/05/2014 | 4.20 | Laser Printing |
| 808 Laser Printing | 14/05/2014 | 3.10 | Laser Printing |
| 808 Laser Printing | 14/05/2014 | 4.40 | Laser Printing |
| 808 Laser Printing | 15/05/2014 | 287.40 | Laser Printing |
| 808 Laser Printing | 15/05/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 15/05/2014 | 362.80 | Laser Printing |
| 808 Laser Printing | 15/05/2014 | 83.60 | Laser Printing |
| 808 Laser Printing | 15/05/2014 | 1.90 | Laser Printing |
| 808 Laser Printing | 15/05/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 15/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 15/05/2014 | 5.40 | Laser Printing |
| 808 Laser Printing | 16/05/2014 | 2.60 | Laser Printing |
| 808 Laser Printing | 16/05/2014 | 3.80 | Laser Printing |
| 808 Laser Printing | 16/05/2014 | 1,027.20 | Laser Printing |
| 808 Laser Printing | 16/05/2014 | 27.90 | Laser Printing |
| 808 Laser Printing | 16/05/2014 | 7.00 | Laser Printing |
| 808 Laser Printing | 16/05/2014 | 19.00 | Laser Printing |
| 808 Laser Printing | 16/05/2014 | 8.20 | Laser Printing |
| 808 Laser Printing | 17/05/2014 | 3.50 | Laser Printing |
| 808 Laser Printing | 17/05/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 18/05/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 18/05/2014 | 135.40 | Laser Printing |
| 808 Laser Printing | 18/05/2014 | 183.90 | Laser Printing |
| 808 Laser Printing | 18/05/2014 | 13.90 | Laser Printing |
| 808 Laser Printing | 19/05/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 19/05/2014 | 318.50 | Laser Printing |
| 808 Laser Printing | 19/05/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 20/05/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 20/05/2014 | 18.20 | Laser Printing |
| 808 Laser Printing | 20/05/2014 | 188.10 | Laser Printing |
| 808 Laser Printing | 20/05/2014 | 342.20 | Laser Printing |
| 808 Laser Printing | 20/05/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 20/05/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 20/05/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 21/05/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 21/05/2014 | 8.50 | Laser Printing |
| 808 Laser Printing | 21/05/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 22/05/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 22/05/2014 | 2.90 | Laser Printing |
| 808 Laser Printing | 22/05/2014 | 10.70 | Laser Printing |
| 808 Laser Printing | 23/05/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 23/05/2014 | 5.70 | Laser Printing |
| 808 Laser Printing | 23/05/2014 | 5.90 | Laser Printing |
| 808 Laser Printing | 23/05/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 23/05/2014 | 24.30 | Laser Printing |
| 808 Laser Printing | 24/05/2014 | 11.10 | Laser Printing |
| 808 Laser Printing | 25/05/2014 | 71.50 | Laser Printing |
| 808 Laser Printing | 25/05/2014 | 3.80 | Laser Printing |
| 808 Laser Printing | 26/05/2014 | 7.60 | Laser Printing |
| 808 Laser Printing | 26/05/2014 | 9.30 | Laser Printing |
| 808 Laser Printing | 26/05/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 26/05/2014 | 6.80 | Laser Printing |
| 808 Laser Printing | 26/05/2014 | 8.80 | Laser Printing |
| 808 Laser Printing | 26/05/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 27/05/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 27/05/2014 | 2.80 | Laser Printing |
| 808 Laser Printing | 27/05/2014 | 20.60 | Laser Printing |
| 808 Laser Printing | 27/05/2014 | 10.50 | Laser Printing |
| 808 Laser Printing | 27/05/2014 | 6.30 | Laser Printing |
| 808 Laser Printing | 27/05/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 27/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 27/05/2014 | 17.40 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 408.00 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 9.70 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 6.20 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 124.70 | Laser Printing |

**Nortel**
**May 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 28/05/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 109.80 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 4.80 | Laser Printing |
| 808 Laser Printing | 28/05/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 29/05/2014 | 348.10 | Laser Printing |
| 808 Laser Printing | 29/05/2014 | 4.60 | Laser Printing |
| 808 Laser Printing | 29/05/2014 | 22.40 | Laser Printing |
| 808 Laser Printing | 29/05/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 29/05/2014 | 11.50 | Laser Printing |
| 808 Laser Printing | 29/05/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 29/05/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 30/05/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 30/05/2014 | 1.30 | Laser Printing |
| 808 Laser Printing | 30/05/2014 | 2.00 | Laser Printing |
| 808 Laser Printing | 30/05/2014 | 76.10 | Laser Printing |
| 808 Laser Printing | 30/05/2014 | 3.40 | Laser Printing |
| 808 Laser Printing | 30/05/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 05/05/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 06/05/2014 | 2.10 | Laser Printing |
| 4808 Laser Printing | 06/05/2014 | 2.10 | Laser Printing |
| 4808 Laser Printing | 06/05/2014 | 2.10 | Laser Printing |
| 4808 Laser Printing | 13/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 15/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 15/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 15/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 15/05/2014 | 2.10 | Laser Printing |
| 4808 Laser Printing | 19/05/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 19/05/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 19/05/2014 | 0.40 | Laser Printing |
| 4808 Laser Printing | 19/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 19/05/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 21/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 21/05/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 21/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 21/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 21/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 23/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 23/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 23/05/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 23/05/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 27/05/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 27/05/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 27/05/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 27/05/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 27/05/2014 | 1.00 | Laser Printing |
| 4808 Laser Printing | 27/05/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 27/05/2014 | 1.00 | Laser Printing |
| 4808 Laser Printing | 27/05/2014 | 0.90 | Laser Printing |
| 4808 Laser Printing | 28/05/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 29/05/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 29/05/2014 | 0.50 | Laser Printing |
| | | **$ 14,690.80** | |
| 954 Copy Preparation | 15/05/2014 | 9.12 | Copy Preparation labour; May-15-14, M Mojovick, Hand Labour, 15 min., /TW |
| 954 Copy Preparation | 28/05/2014 | 9.12 | Copy Preparation labour; May-28-14, T Szydlow, Hand Labour, 15 min., /JS |
| | | **$ 18.24** | |
| 811 Binding Charges | 01/05/2014 | 2.74 | Binding Charges May-01-14, M Bojovick, Binding Charges, x1, /TW |
| 811 Binding Charges | 02/05/2014 | 8.21 | Binding Charges May-02-14, J Palmateer, Binding Charges, x3, /TW |
| 811 Binding Charges | 06/05/2014 | 2.74 | Binding Charges May-06-14, C Pallegrini, Binding Charges, x1, /TW/JS |
| 811 Binding Charges | 07/05/2014 | 19.16 | Binding Charges May-07-14, A Slaven, Binding Charges, x7, /TW |
| 811 Binding Charges | 07/05/2014 | 54.74 | Binding Charges May-07-14, M Bojovick, Binding Charges, x20, /TW/MM |
| 811 Binding Charges | 09/05/2014 | 2.74 | Binding Charges May-09-14, J Palmateer, Binding Charges, x1, /TW |
| 811 Binding Charges | 09/05/2014 | 43.80 | Binding Charges May-09-14, M Bojovick, Binding Charges, x16, /MM |
| 811 Binding Charges | 12/05/2014 | 5.47 | Binding Charges May-12-14, I Kara, Binding Charges, x2, EB/JS |
| 811 Binding Charges | 13/05/2014 | 717.15 | Binding Charges May-13-14, Cleary, Binding Charges, x262, |

**Nortel**
**May 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 811 Binding Charges | 13/05/2014 | 2.74 | Binding Charges | EB/TW/JS |
| | | | May-13-14, Cleary, Binding Charges, x1, /TW | |
| 811 Binding Charges | 13/05/2014 | 5.47 | Binding Charges | |
| | | | May-13-14, K Lorn, Binding Charges, x2, /TW | |
| 811 Binding Charges | 15/05/2014 | 13.69 | Binding Charges | |
| | | | May-15-14, M Mojovick, Binding Charges, x5, /TW | |
| 811 Binding Charges | 23/05/2014 | 8.21 | Binding Charges | |
| | | | May-23-14, Cleary, Binding Charges, x3, /TW | |
| 811 Binding Charges | 30/05/2014 | 5.47 | Binding Charges | |
| | | | May-30-14, Cleary, Binding Charges, x2, /JS | |
| 844 Exhibit Tabs | 01/05/2014 | 0.46 | Exhibit Tabs | |
| | | | May-01-14, M Bojovick, Exhibit Tabs, x2, /TW | |
| 844 Exhibit Tabs | 06/05/2014 | 7.07 | Exhibit Tabs | |
| | | | May-06-14, C Pallegrini, Exhibit Tabs, x31, /TW/JS | |
| 844 Exhibit Tabs | 07/05/2014 | 41.06 | Exhibit Tabs | |
| | | | May-07-14, M Bojovick, Exhibit Tabs, x180, /TW/MM | |
| 844 Exhibit Tabs | 09/05/2014 | 32.85 | Exhibit Tabs | |
| | | | May-09-14, M Bojovick, Exhibit Tabs, x144, /MM | |
| 844 Exhibit Tabs | 13/05/2014 | 9.81 | Exhibit Tabs | |
| | | | May-13-14, Cleary, Exhibit Tabs, x43, EB/JS | |
| 844 Exhibit Tabs | 13/05/2014 | 179.74 | Exhibit Tabs | |
| | | | May-13-14, Cleary, Exhibit Tabs, x788, /MM | |
| 844 Exhibit Tabs | 13/05/2014 | 9.81 | Exhibit Tabs | |
| | | | May-13-14, Cleary, Exhibit Tabs, x43, /TW | |
| 844 Exhibit Tabs | 15/05/2014 | 5.70 | Exhibit Tabs | |
| | | | May-15-14, M Mojovick, Exhibit Tabs, x25, /TW | |
| 844 Exhibit Tabs | 15/05/2014 | 2.74 | Exhibit Tabs | |
| | | | May-15-14, Cleary, Exhibit Tabs, x12, /JS/MM | |
| 844 Exhibit Tabs | 20/05/2014 | 22.81 | Exhibit Tabs | |
| | | | May-20-14, Cleary, Exhibit Tabs, x100, EB | |
| 844 Exhibit Tabs | 27/05/2014 | 3.88 | Exhibit Tabs | |
| | | | May-27-14, J Palmateer, Exhibit Tabs, x17, EB | |
| 844 Exhibit Tabs | 30/05/2014 | 0.91 | Exhibit Tabs | |
| | | | May-30-14, Cleary, Exhibit Tabs, x4, /JS | |
| | | **$ 1,209.17** | | |
| 822 Courier | 05/05/2014 | 4.31 | Courier | |
| | | | 79 Wellington Street West,Inv # 60628, 361 University Ave,Superior Court of Justice - , ry/Henry/Henry/Henry/Henry/Henry,1,1 | |
| 822 Courier | 09/05/2014 | 84.25 | Courier | |
| | | | 79 Wellington Street West,Inv # 60628, 330 University Ave,COURT HOUSE, nabil,8,0 | |
| 822 Courier | 09/05/2014 | 128.46 | Courier | |
| | | | 79 Wellington Street West,Inv # 60628, 330 University Ave,Superior Court, Bondy,15,0 | |
| 822 Courier | 12/05/2014 | 72.29 | Courier | |
| | | | 79 Wellington Street West,Inv # 60721, 330 University Ave,Superior Court, elyse/after hours,5,0 | |
| 822 Courier | 13/05/2014 | 124.03 | Courier | |
| | | | 79 Wellington Street West,Inv # 60721, 330 University Ave,Superior Court, Bondy,15,0 | |
| 822 Courier | 14/05/2014 | 64.49 | Courier | |
| | | | 79 Wellington Street West,Inv # 60721, 330 University Ave,Superior Court, Bondy,1,0 | |
| 822 Courier | 14/05/2014 | 64.74 | Courier | |
| | | | 79 Wellington Street West,Inv # 60721, 330 University Ave,Superior Court, Elyse,5,0 | |
| 822 Courier | 14/05/2014 | 77.23 | Courier | |
| | | | 330 University Ave,Superior Court, 79 Wellington Street West,Inv # 60721, Allan,9,0 | |
| 822 Courier | 15/05/2014 | 86.21 | Courier | |
| | | | From One Liberty Plaza,  to Clearly Gottlieb Steen & Hamilton L, 79  WELLINGTON ST WEST, Ref #100982 | |
| 822 Courier | 15/05/2014 | 84.25 | Courier | |
| | | | 330 University Ave,Superior Court, 79 Wellington Street West,Inv # 60721, siva,9,0 | |
| 822 Courier | 16/05/2014 | 31.90 | Courier | |

**Nortel**
**May 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 822 Courier | 16/05/2014 | 46.81 | Courier | From 5 RUE DE LONDRES, to CENTRE DES FINANCES PUBLIQUES, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | 20/05/2014 | 93.74 | Courier | 79 Wellington Street West,Inv # 60721, 330 University Ave,Superior Court, Elyse,5,0 |
| 822 Courier | 20/05/2014 | 60.85 | Courier | From One Liberty Plaza, to Clearly Gottlieb Steen & Hamilton L, 79 WELLINGTON ST WEST, Ref #100982 |
| 822 Courier | 21/05/2014 | 52.49 | Courier | 79 Wellington Street West,Inv # 60781 330 University Ave,Superior Court, ashley,7,0 |
| 822 Courier | 21/05/2014 | 46.81 | Courier | From One Liberty Plaza, to Clearly Gottlieb Steen & Hamilton L, 79 WELLINGTON ST WEST, Ref #100982 |
| 822 Courier | 21/05/2014 | 37.44 | Courier | 330 University Ave,Superior Court, 79 Wellington Street West,Inv # 60781 Siva,1,0 |
| 822 Courier | 22/05/2014 | 58.74 | Courier | 79 Wellington Street West,Inv # 60781 330 University Ave,Superior Court, Ashley,5,0 |
| 822 Courier | 22/05/2014 | 28.08 | Courier | From One Liberty Plaza, to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#1 982 |
| 822 Courier | 27/05/2014 | 24.32 | Courier | 79 Wellington Street West,Inv # 60781 330 University Ave,Superior Court, no p up full/no p up,5,0 |
| 822 Courier | 27/05/2014 | 39.01 | Courier | From 299 PARK AVENUE, to CONSULATE GENERAL OF JAPAN IN NY, 79 WELLINGTON ST WEST, Ref#202091 |
| 822 Courier | 28/05/2014 | 39.01 | Courier | 79 Wellington Street West,Inv # 60824, 330 University Ave,Superior Court, Ashley,5,0 |
| 822 Courier | 29/05/2014 | 35.88 | Courier | 79 Wellington Street West,Inv # 60824, 330 University Ave,Superior Court, Ashley,5,0 |
| 822 Courier | 30/05/2014 | 46.81 | Courier | 79 Wellington Street West,Inv # 60824, 330 University Ave,Superior Court, Ashley,5,0 |
| 822 Courier | 30/05/2014 | 35.88 | Courier | 330 University Ave,Superior Court, 79 Wellington Street West,Inv # 60824, siva,3,0 |
| | | **$ 1,468.03** | | 79 Wellington Street West,Inv # 60824, 330 University Ave,Superior Court, Ashley,5,0 |
| 836 E-Discovery Consulting | 18/05/2014 $ | 410.58 | E-Discovery Consulting e-discovery project consulting; | |
| 1401 Hardware - Project Management | 07/05/2014 $ | 501.80 | Hardware - Project Management Bernabe, Marivi; Hardware Mobile internet hub (2) for Cleary from Rogers | |
| 885 On Line Research Charges - Quicklaw | 01/05/2014 | 1,123.87 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 05/05/2014 | 26.80 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 06/05/2014 | 4.06 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 06/05/2014 | 20.30 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 07/05/2014 | 124.25 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 09/05/2014 | 60.10 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 15/05/2014 | 16.24 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 21/05/2014 | 587.11 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 22/05/2014 | 73.09 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 23/05/2014 | 21.93 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 23/05/2014 | 2.44 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 25/05/2014 | 103.94 | On Line Research Charges - Quicklaw | |
| 885 On Line Research Charges - Quicklaw | 28/05/2014 | 20.30 | On Line Research Charges - Quicklaw | |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 01/05/2014 | 131.39 | On Line Research Charges -WestlaweCarswell Incl. | |

**Nortel**
**May 2014 Disbursements**

| | | | |
|---|---|---|---|
| 887 On Line Research Charges -WestlaweCarswell Incl. | 01/05/2014 | 60.67 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 04/05/2014 | 167.88 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 05/05/2014 | 16.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 05/05/2014 | 197.08 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/05/2014 | 350.36 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/05/2014 | 65.69 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/05/2014 | 49.27 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/05/2014 | 27.83 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/05/2014 | 27.37 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/05/2014 | 147.81 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/05/2014 | 16.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/05/2014 | 120.44 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/05/2014 | 125.91 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 08/05/2014 | 10.95 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 09/05/2014 | 516.10 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 13/05/2014 | 109.49 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 13/05/2014 | 8.67 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 14/05/2014 | 32.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 14/05/2014 | 16.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 15/05/2014 | 109.49 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 15/05/2014 | 77.10 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 15/05/2014 | 251.82 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 15/05/2014 | 32.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 16/05/2014 | 213.96 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 16/05/2014 | 8.67 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 20/05/2014 | 98.54 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 21/05/2014 | 197.08 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 21/05/2014 | 16.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 21/05/2014 | 306.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 22/05/2014 | 156.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 23/05/2014 | 16.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 24/05/2014 | 16.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 25/05/2014 | 146.90 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 26/05/2014 | 24.63 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 27/05/2014 | 65.69 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 27/05/2014 | 87.59 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 29/05/2014 | 88.96 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 30/05/2014 | 49.27 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 6,347.85** | |
| Secr. Support-Overtime | 08/05/2014 | 600.00 | Secretarial Support |
| Secr. Support-Overtime | 09/05/2014 | 612.50 | Secretarial Support |
| Secr. Support-Overtime | 10/05/2014 | 100.00 | Secretarial Support |
| Secr. Support-Overtime | 11/05/2014 | 312.50 | Secretarial Support |
| Secr. Support-Overtime | 12/05/2014 | 50.00 | Secretarial Support |
| Secr. Support-Overtime | 13/05/2014 | 12.50 | Secretarial Support |
| Secr. Support-Overtime | 14/05/2014 | 62.50 | Secretarial Support |
| Secr. Support-Overtime | 15/05/2014 | 212.50 | Secretarial Support |
| Secr. Support-Overtime | 16/05/2014 | 250.00 | Secretarial Support |
| Secr. Support-Overtime | 19/05/2014 | 400.00 | Secretarial Support |
| Secr. Support-Overtime | 20/05/2014 | 200.00 | Secretarial Support |
| Secr. Support-Overtime | 22/05/2014 | 200.00 | Secretarial Support |
| | | **$ 3,012.50** | |

**$ 84,727.58**