# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
 **EIN:** 04–2486332

**Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.: 09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

 A transcript of the proceeding held on 05/29/2014 was filed on 7/8/2014 . The following deadlines apply:

 The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 7/29/2014 .

 If a request for redaction is filed, the redacted transcript is due 8/8/2014 .

 If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/6/2014 unless extended by court order.

 To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

Clerk of Court

Date: 7/8/14

(ntc)

```
                          United States Bankruptcy Court
                               District of Delaware

In re:                                                        Case No. 09-10138-KG
Nortel Networks Inc., et al.                                  Chapter 11
Canadian Nortel Debtors
        Debtors              CERTIFICATE OF NOTICE

District/off: 0311-1          User: GingerM            Page 1 of 2           Date Rcvd: Jul 08, 2014
                              Form ID: ntcBK           Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2014.
db         +Nortel Networks Inc., et al.,   2221 Lakeside Boulevard,   Richardson, TX 75082-4305
aty        +Aatif Iqbal,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty         Adam M. Slavens,   79 Wellington Street West,   30th Floor,   Box 270, TD Centre,
             Toronto, ON  M5K 1N2,   CANADA
aty        +Alexandra S. McCown,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty         Andrew Gray,   79 Wellington Street West,   30th Floor,   Box 270, TD Centre,
             Toronto, ON  M5K 1N2,   CANADA
aty        +Ann Nee,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,   New York, NY 10006-1470
aty        +Ashley E. Siegel,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Avram E. Luft,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Brent M. Tunis,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Claire N. Rajan,   Allen & Overy LLP,   1101 New York Avenue, NW,   11th Floor,
             Washington, DC 20005-4269
aty        +Daniel D. Queen,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Darryl G. Stein,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +David H Herrington,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Elizabeth C. Block,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Inna Rozenberg,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +J. Anne Marie Beisler,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Jacob S. Pultman,   Allen & Overy LLP,   1221 Avenue of the Americas,   New York, NY 10020-1005
aty        +Jacqueline Moessner,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
             New York, NY 10006-1470
aty         James Gotowiec,   79 Wellington Street West,   30th Floor,   Box 270, TD Centre,
             Toronto, ON  M5K 1N2,   CANADA
aty        +James P. Barabas,   Allen & Overy LLP,   1221 Avenue of the Americas,   New York, NY 10020-1005
aty        +Jennifer M. Westerfield,   Cleary Gottlieb Steen & Hamilton, LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Jeremy R. Opolsky,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Jesse D.H. Sherrett,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Joseph Badtke-Berkow,   1221 Avenue of the Americas,   New York, NY 10020-1001
aty        +Justin L. Ormand,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Kamal Sidhu,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Ken Coleman,   Allen & Overy LLP,   1221 Avenue of the Americas,   New York, NY 10020-1005
aty        +Kyle A. Dandelet,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Laena Keyashian,   Allen & Overy LLP,   1221 Avenue of the Americas,   New York, NY 10020-1005
aty        +Lauren L. Peacock,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
             New York, NY 10006-1470
aty        +Lisa Kraidin,   Allen & Overy LLP,   1221 Avenue of The Americas,   New York, NY 10020-1005
aty        +Louis A. Lipner,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Margot Gianis,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Mark S. Grube,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Marla Decker,   Clery Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Matthew Gurgel,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
             New York, NY 10006-1470
aty        +Michelle Parthum,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty         Molly Reynolds,   79 Wellington Street West,   30th Floor,   Box 270, TD Centre,
             Toronto, ON  M5K 1N2,   CANADA
aty        +Nathan T. Horst,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Neil P Forrest,   Cleary Gottlieb Steen & Hamiton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
```

```
District/off: 0311-1           User: GingerM              Page 2 of 2                   Date Rcvd: Jul 08, 2014
                               Form ID: ntcBK             Total Noticed: 52

aty         +Nora K Abularach,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Rene E. Thorne,    Jackson Lewis LLP,    650 Poydras Street,   Suite 1900,
              New Orleans, LA 70130-7209
aty         +Robert J. Ryan,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Sarah Brynn Lyerly,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty          Scott A. Bomhof,    Torys LLP,    79 Wellington Street West,   30th Floor,   Box 270, TD Centre,
              Toronto, ON  M5K 1N2
aty         +Scott D. McCoy,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty          Sheila R. Block,    79 Wellington Street West,   30th Floor,   Box 270 TD Centre,
              Toronto, ON  M5K 1N2,   CANADA
aty         +Shira Kaufman,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Temidayo Aganga-Williams,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Thomas F. Driscoll, III,    Morris, Nichols, Arsht & Tunnell LLP,    1201 North Market Street,
              Wilmington, DE 19801-1146
aty         +Wilson-Milne,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
frep        +Allen & Overy LLP,,    1221 Avenue of the Americas,   New York, NY 10020-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2014 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0
```