## CERTIFICATE OF SERVICE

I, Eric M. Sutty, Esquire, counsel to the Official Committee of Long Term Disability Participants, hereby certify that I caused copies of the *Joinder of the Long Term Disabled VEBA Trust for Former Nortel Employees to Debtors' Objection to motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation* to be served on the following individuals via First Class U.S. Mail:

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Ann C. Cordo
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Laura Davis Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899

Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

Ernest Demel
530 West 55th Street #13 K
New York, NY 10019

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Dated: July 11, 2014

Eric M. Sutty (DE Bar No. 4007)