# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

June 1, 2014 through June 30, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Transcripts | | $175.45 |
| Photos/Art/ Spec Duplicating | Out of Office | 4,735.57 |
| Travel | | 101.60 |
| Meals | | 8,162.34 |
| Courier/Delivery Service | | 3,662.08 |
| Special Supplies | | 2,727.16 |
| In-House Duplicating | | 19,751.45 |
| Miscellaneous | | 240.00 |
| Support Staff Overtime | | 3,319.89 |
| Pacer | | 209.50 |
| Storage/Rent | | 337.00 |
| Trial Suite Rental/Equipment | | 60,900.00 |
| Conference Calls | | 4,002.52 |
| **Total of Expenses** | | **$108,324.56** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1160920 | 06/27/14 | B | 175.45 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPT OF CASE # 09-10138 - 6/27/14 | 506 | 904 | 202758 |
| 1158642 | 05/26/14 | B | 728.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - TIFF CONVERSION AND LOAD FILES CREATION FOR BLOWBACKS, PROBLEM FILES CONVERTED, LOADING AND INDEXING OF RAW DATA FROM LOOSE PPT, XLS AND PDF FILES - 5/26/14 | 510 MANUALLY | 904 | 202578 |
| 1160879 | 06/02/14 | B | 4,007.57 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - PRINT B/W FROM TIFF OR PDF, PRINT COLOR FROM TIFF OR PDF, TABS, TABS CUSTOM, SEPARATOR PAGES PRINTED, D - RING BINDERS, BINDING, MANILA FILE FOLDERS - 6/2/14 | 510 GBC | 904 | 202747 |
| 1155391 | 05/21/14 | B | 101.60 | Travel - ROADRUNNER EXPRESS INC. - M. KENNEDY PU: HOTEL DUPONT DO: WILM AMTRAK DO: PHL INTERNATIONAL - 5/21/14 | 511 | 322 | 202413 |
| 1160762 | 05/03/14 | B | 52.50 | Meals - AMERICAN EXPRESS - ERNEST AND SCOTT TAPROOM - MEAL FOR 3 - 5/3/14 | 512 | 000 | 202699 |
| 1160768 | 05/06/14 | B | 16.00 | Meals - AMERICAN EXPRESS - D KELLY WORKING ME - 5/6/14 | 512 | 000 | 202699 |
| 1160766 | 05/06/14 | B | 17.00 | Meals - AMERICAN EXPRESS - CHELSEA TAVERN - D KELLY WORKING MEAL - 5/7/14 | 512 | 000 | 202699 |
| 1160640 | 05/07/14 | B | 44.38 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 5/7/14 | 512 | 000 | 202696 |
| 1160637 | 05/07/14 | B | 280.00 | Meals - AMERICAN EXPRESS - BEVERAGES FOR TRIAL TEAM - 5/7/14 | 512 | 000 | 202696 |
| 1160772 | 05/09/14 | B | 17.98 | Meals - AMERICAN EXPRESS - BREAKFAST FOR TRIAL TEAM (6)- 5/9/14 | 512 | 000 | 202699 |
| 1160644 | 05/09/14 | B | 191.40 | Meals - AMERICAN EXPRESS - LUNCH FOR 7 PEOPLE 5/9/14 | 512 | 000 | 202696 |
| 1160645 | 05/09/14 | B | 130.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR TRIA TEAM, 15 PEOPLE - 5/13/14 | 512 | 000 | 202696 |
| 1160642 | 05/10/14 | B | 432.00 | Meals - AMERICAN EXPRESS - CAFE GELATO - CATERED DINNER FOR 16 PEOPLE - 5/10/14 | 512 | 000 | 202696 |
| 1160773 | 05/10/14 | B | 29.50 | Meals - AMERICAN EXPRESS - CHELSEA TAVERN - D KELLY, D DOUGLAS WORKING MEAL - 5/9/14 | 512 | 000 | 202699 |
| 1160775 | 05/10/14 | B | 8.99 | Meals - AMERICAN EXPRESS - BREAKFAST FOR TRIAL TEAM (6)- 5/10/14 | 512 | 000 | 202699 |
| 1160776 | 05/10/14 | B | 48.00 | Meals - AMERICAN EXPRESS - WATER, SNACKS FOR TRIAL TEAM - 5/10/14 | 512 | 000 | 202699 |
| 1160641 | 05/11/14 | B | 432.00 | Meals - AMERICAN EXPRESS - CAFE GELATO - CATERED DINNER FOR 16 PEOPLE - 5/11/14 | 512 | 000 | 202696 |
| 1160648 | 05/12/14 | B | 554.00 | Meals - AMERICAN EXPRESS - DINNER FOR 15 PEOP - 5/12/14 | 512 | 000 | 202696 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA 394612 | AS OF 06/30/14 | | INVOICE# ****** |
| DATE: 07/15/14 15:35:19 | | | | | | | |
| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
| 1160649 | 05/12/14 | B | 77.63 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL SUITE - 5/12/14 | 512 | 000 | 202696 |
| 1160780 | 05/12/14 | B | 19.15 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 5/12/14 | 512 | 000 | 202699 |
| 1160782 | 05/13/14 | B | 39.32 | Meals - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/13/14 | 512 | 000 | 202699 |
| 1160784 | 05/13/14 | B | 6.76 | Meals - AMERICAN EXPRESS - WATER FOR TRIAL TE - 5/14/14 | 512 | 000 | 202699 |
| 1160650 | 05/13/14 | B | 130.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 12 PEOPLE - 5/13/14 | 512 | 000 | 202696 |
| 1160651 | 05/13/14 | B | 69.43 | Meals - AMERICAN EXPRESS - REPLENISH SNACKS F TRIAL TEAM - 5/13/14 | 512 | 000 | 202696 |
| 1160652 | 05/13/14 | B | 85.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 12 PEOPLE - 5/14/14 | 512 | 000 | 202696 |
| 1160653 | 05/14/14 | B | 298.00 | Meals - AMERICAN EXPRESS - DINNER FOR 15 PEOP - 5/14/14 | 512 | 000 | 202696 |
| 1160786 | 05/14/14 | B | 33.23 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 5/14/14 | 512 | 000 | 202699 |
| 1160787 | 05/15/14 | B | 7.73 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 5/15/14 | 512 | 000 | 202699 |
| 1160654 | 05/15/14 | B | 432.00 | Meals - AMERICAN EXPRESS - DINNER FOR TRIAL TEAM (16 PEOPLE) - 5/15/14 | 512 | 000 | 202696 |
| 1160655 | 05/15/14 | B | 90.59 | Meals - AMERICAN EXPRESS - FRUIT AND SNACKS FOR TRIAL TEAM - 5/15/14 | 512 | 000 | 202696 |
| 1160656 | 05/15/14 | B | 100.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 14 PEOPLE - 5/15/14 | 512 | 000 | 202696 |
| 1160660 | 05/15/14 | B | 153.50 | Meals - AMERICAN EXPRESS - SNACKS FOR TRIAL TEAM - 5/15/14 | 512 | 000 | 202696 |
| 1160664 | 05/19/14 | B | 249.75 | Meals - AMERICAN EXPRESS - LUNCH FOR 25 PEOPL - 5/19/14 | 512 | 000 | 202696 |
| 1160662 | 05/19/14 | B | 110.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 12 PEOPLE - 5/19/14 | 512 | 000 | 202696 |
| 1160663 | 05/19/14 | B | 110.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 12 - 5/19/14 | 512 | 000 | 202696 |
| 1160665 | 05/20/14 | B | 245.74 | Meals - AMERICAN EXPRESS - LUNCH FOR 26 PEOPL - 5/20/14 | 512 | 000 | 202696 |
| 1160668 | 05/20/14 | B | 5.64 | Meals - AMERICAN EXPRESS - DRINKS FOR TRIAL TEAM - 5/20/14 | 512 | 000 | 202696 |
| 1160661 | 05/20/14 | B | 702.00 | Meals - AMERICAN EXPRESS - CATERED MEAL FOR 2 PEOPLE - 5/20/14 | 512 | 000 | 202696 |
| 1160790 | 05/20/14 | B | 16.00 | Meals - AMERICAN EXPRESS - D KELLY WORKING ME - 5/20/14 | 512 | 000 | 202699 |
| 1160791 | 05/21/14 | B | 9.42 | Meals - AMERICAN EXPRESS- MILK FOR TRIAL TEAM 5/21/14 | 512 | 000 | 202699 |
| 1160669 | 05/21/14 | B | 143.08 | Meals - AMERICAN EXPRESS - FRUIT, DRINKS, COFFEE FOR TRIAL TEAM - 5/21/14 | 512 | 000 | 202696 |
| 1160670 | 05/21/14 | B | 437.61 | Meals - AMERICAN EXPRESS - LUNCH FOR 36 PEOPL - 5/21/14 | 512 | 000 | 202696 |
| 1160671 | 05/21/14 | B | 310.00 | Meals - AMERICAN EXPRESS - DINNER FOR 25 PEOP - 5/21/14 | 512 | 000 | 202696 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA 354612 | AS OF 06/30/14 | | INVOICE# ****** |
| DATE: 07/15/14 15:35:19 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1160672 | 05/21/14 | B | 13.69 | Meals - AMERICAN EXPRESS - DRINKS AND SNACKS FOR TRIAL TEAM - 5/21/14 | 512 | 000 | 202696 |
| 1160673 | 05/22/14 | B | 532.88 | Meals - AMERICAN EXPRESS - LUNCH FOR 37 PEOPL - 5/22/14 | 512 | 000 | 202696 |
| 1160677 | 05/27/14 | B | 399.61 | Meals - AMERICAN EXPRESS - LUNCH FOR 38 PEOPL - 5/27/14 | 512 | 000 | 202696 |
| 1160680 | 05/27/14 | B | 162.79 | Meals - AMERICAN EXPRESS - DRINKS AND SNACKS FOR TRIAL TEAM - 5/27/14 | 512 | 000 | 202696 |
| 1160681 | 05/28/14 | B | 547.25 | Meals - AMERICAN EXPRESS - LUNCH FOR 37 - 5/28/14 | 512 | 000 | 202696 |
| 1160679 | 05/28/14 | B | 162.50 | Meals - AMERICAN EXPRESS - DINNER FOR 20 - 5/28/14 | 512 | 000 | 202696 |
| 1160683 | 05/28/14 | B | 34.00 | Meals - AMERICAN EXPRESS -ADDED BEANS AND RIC TO DINNER FOR 20 PEOPLE - 5/28/14 | 512 | 000 | 202696 |
| 1156243 | 06/18/14 | B | 167.81 | Meals - URBAN CAFE, LLC` 22ND FLOOR TRIAL BREAKFAST FOR 15 PER D. ABBO - 06/18/14 | 512 TT | 322 | 202493 |
| 1162442 | 06/29/14 | B | 6.48 | Meals - PETTY CASH - D. DOUGLAS, REIMBURSEMEN OF WORKING MEAL - 6/29/14 | 512 | 452 | 202808 |
| 1160689 | 05/06/14 | B | 77.49 | Courier/Delivery Service - AMERICAN EXPRESS - USPS POSTAGE - 5/6/14 | 514 | 000 | 202697 |
| 1155624 | 06/02/14 | B | 742.05 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 202435 |
| 1155639 | 06/02/14 | B | 34.74 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 202435 |
| 1158418 | 06/19/14 | B | 40.01 | Courier/Delivery Service | 514 | 322 | 202554 |
| 1158419 | 06/19/14 | B | 40.01 | Courier/Delivery Service | 514 | 322 | 202554 |
| 1158819 | 06/20/14 | B | 44.99 | Courier/Delivery Service | 514 | 322 | 202678 |
| 1158820 | 06/20/14 | B | 40.01 | Courier/Delivery Service | 514 | 322 | 202678 |
| 1158821 | 06/20/14 | B | 41.82 | Courier/Delivery Service | 514 | 322 | 202678 |
| 1158789 | 06/20/14 | B | 1,544.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 202649 |
| 1162825 | 06/26/14 | B | 1,012.31 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 202869 |
| 1158933 | 06/26/14 | B | 26.73 | Courier/Delivery Service | 514 | 322 | 202682 |
| 1158934 | 06/26/14 | B | 17.77 | Courier/Delivery Service | 514 | 322 | 202682 |
| 1160757 | 04/30/14 | B | 55.78 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM- 4/30/14 | 518H | 000 | 202699 |
| 1160758 | 04/30/14 | B | 40.98 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM- 4/30/14 | 518H | 000 | 202699 |
| 1160759 | 04/30/14 | B | 38.33 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 4/30/14 | 518H | 000 | 202699 |
| 1160760 | 04/30/14 | B | 28.45 | Special Supplies - AMERICAN EXPRESS - KEYS FOR RENTED OVERFLOW COURTROOM SPACE IN 824 N. MARKET ST. - 4/30/14 | 518H | 000 | 202699 |
| 1160761 | 05/01/14 | B | 75.43 | Special Supplies - AMERICAN EXPRESS - SUPPLIE FOR TRIAL TEAM - 5/1/14 | 518H | 000 | 202699 |
| 1160763 | 05/03/14 | B | 27.96 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/3/14 | 518H | 000 | 202699 |

Nortel Networks, Inc.  PRO FORMA 394612           AS OF 06/30/14       INVOICE# ******
63989-DIP
DATE: 07/15/14 15:35:19

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1160764 | 05/03/14 | B | 424.17 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/3/14 | 518H | 000 | 202699 |
| 1160767 | 05/06/14 | B | 249.95 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/6/14 | 518H | 000 | 202699 |
| 1160769 | 05/07/14 | B | 68.10 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM- 5/7/14 | 518H | 000 | 202699 |
| 1160770 | 05/07/14 | B | 159.99 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM- 5/7/14 | 518H | 000 | 202699 |
| 1160771 | 05/08/14 | B | 65.95 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM- 5/8/14 | 518H | 000 | 202699 |
| 1160774 | 05/10/14 | B | 299.85 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/10/14 | 518H | 000 | 202699 |
| 1160777 | 05/10/14 | B | 73.73 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/10/14 | 518H | 000 | 202699 |
| 1160778 | 05/11/14 | B | 638.00 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/11/14 | 518H | 000 | 202699 |
| 1160779 | 05/12/14 | B | 169.61 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/12/14 | 518H | 000 | 202699 |
| 1160781 | 05/12/14 | B | 24.99 | Special Supplies - AMERICAN EXPRESS - SHREDDE FOR TRIAL TEAM - 5/12/14 | 518H | 000 | 202699 |
| 1160783 | 05/13/14 | B | 1.85 | Special Supplies - AMERICAN EXPRESS - FAIRFAX HARDWARE - KEYS - 5/13/14 | 518H | 000 | 202699 |
| 1160785 | 05/14/14 | B | 9.00 | Special Supplies - AMERICAN EXPRESS - ALLIED LOCK AND SAFE - KEYS - 5/14/14 | 518H | 000 | 202699 |
| 1160788 | 05/17/14 | B | 55.27 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM - 5/17/14 | 518H | 000 | 202699 |
| 1160789 | 05/19/14 | B | 6.98 | Special Supplies - AMERICAN EXPRESS - SUPPLIE FOR TRIAL TEAM - 5/19/14 | 518H | 000 | 202699 |
| 1160792 | 05/25/14 | B | 94.99 | Special Supplies - AMERICAN EXPRESS - SUPPLIES FOR TRIAL TEAM- 5/25/14 | 518H | 000 | 202699 |
| 1160793 | 05/25/14 | B | 15.87 | Special Supplies - AMERICAN EXPRESS - SUPPLIE FOR TRIAL TEAM - 5/25/14 | 518H | 000 | 202699 |
| 1160794 | 05/28/14 | B | 11.12 | Special Supplies - AMERICAN EXPRESS - SUPPLIE FOR TRIAL TEAM - 5/28/14 | 518H | 000 | 202699 |
| 1154748 | 06/02/14 | B | 90.81 | Special Supplies - SUPPLIES FOR TRIAL TEAM- 6/2/14 | 518H | 000 | 202314 |
| 1150872 | 06/02/14 | B | 5.20 | In-House Duplicating | 519 | 971 | |
| 1151155 | 06/03/14 | B | 1.10 | In-House Duplicating | 519 | 605 | |
| 1157752 | 06/18/14 | B | 18.20 | In-House Duplicating | 519 | 605 | |
| 1159546 | 06/24/14 | B | 10.40 | In-House Duplicating | 519 | 605 | |
| 1160277 | 06/25/14 | B | 2.70 | In-House Duplicating | 519 | 605 | |

```
Nortel Networks, Inc.                                    PRO FORMA  394612           AS OF 06/30/14                    INVOICE# ******
63989-DIP
DATE: 07/15/14 15:35:19

INDEX     DATE      STAT    AMOUNT      DESCRIPTION                                              CODE    TKPER     VOUCHER
1163180   06/25/14   B     18,265.40    In-House Duplicating` 04/29 - 06/25/2014                 519     000
1160980   06/30/14   B          1.00    In-House Duplicating                                     519     594
1163182   06/25/14   B        240.00    Miscellaneous` Unreturned Security Cards - 04/29 - 06/25/201   523S 4   000
1155339   05/20/14   B         70.50    Support Staff Overtime                                   525S    400
1155340   05/21/14   B        105.75    Support Staff Overtime                                   525S    400
1155357   05/21/14   B         48.00    Support Staff Overtime                                   525S    452
1155358   05/22/14   B         48.00    Support Staff Overtime                                   525S    452
1155341   05/22/14   B         70.50    Support Staff Overtime                                   525S    400
1155342   05/23/14   B         94.00    Support Staff Overtime                                   525S    400
1155343   05/24/14   B         47.00    Support Staff Overtime                                   525S    400
1155333   05/26/14   B        423.00    Support Staff Overtime                                   525S    400
1155334   05/27/14   B         82.25    Support Staff Overtime                                   525S    400
1155353   05/27/14   B         16.00    Support Staff Overtime                                   525S    452
1155354   05/28/14   B         64.00    Support Staff Overtime                                   525S    452
1155335   05/28/14   B         82.25    Support Staff Overtime                                   525S    400
1155344   05/28/14   B         94.00    Support Staff Overtime                                   525S    400
1155336   05/29/14   B         82.25    Support Staff Overtime                                   525S    400
1155355   05/29/14   B         32.00    Support Staff Overtime                                   525S    452
1155356   05/30/14   B         32.00    Support Staff Overtime                                   525S    452
1155337   05/30/14   B         23.50    Support Staff Overtime                                   525S    400
1155338   06/01/14   B         94.00    Support Staff Overtime                                   525S    400
1155324   06/02/14   B         16.00    Support Staff Overtime                                   525S    452
1155328   06/02/14   B         29.38    Support Staff Overtime                                   525S    400
1155329   06/03/14   B         58.75    Support Staff Overtime                                   525S    400
1155330   06/04/14   B         58.75    Support Staff Overtime                                   525S    400
1155331   06/05/14   B         82.25    Support Staff Overtime                                   525S    400
1155325   06/05/14   B         96.00    Support Staff Overtime                                   525S    452
1155326   06/06/14   B         32.00    Support Staff Overtime                                   525S    452
1155332   06/06/14   B         58.75    Support Staff Overtime                                   525S    400
1158663   06/15/14   B         94.00    Support Staff Overtime                                   525S    400
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 07/15/14 15:35:19

PRO FORMA 394612                   AS OF 06/30/14                   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1158664 | 06/16/14 | B | 52.88 | Support Staff Overtime | 525S | 400 | |
| 1158665 | 06/17/14 | B | 82.25 | Support Staff Overtime | 525S | 400 | |
| 1158661 | 06/17/14 | B | 48.00 | Support Staff Overtime | 525S | 452 | |
| 1158660 | 06/17/14 | B | 16.00 | Support Staff Overtime | 525S | 452 | |
| 1158666 | 06/18/14 | B | 82.25 | Support Staff Overtime | 525S | 400 | |
| 1158667 | 06/19/14 | B | 82.25 | Support Staff Overtime | 525S | 400 | |
| 1158662 | 06/19/14 | B | 40.00 | Support Staff Overtime | 525S | 452 | |
| 1158668 | 06/20/14 | B | 82.25 | Support Staff Overtime | 525S | 400 | |
| 1158669 | 06/22/14 | B | 117.50 | Support Staff Overtime | 525S | 400 | |
| 1163056 | 06/23/14 | B | 16.00 | Support Staff Overtime | 525S | 452 | |
| 1163057 | 06/24/14 | B | 112.00 | Support Staff Overtime | 525S | 452 | |
| 1163067 | 06/24/14 | B | 47.00 | Support Staff Overtime | 525S | 400 | |
| 1163068 | 06/25/14 | B | 64.63 | Support Staff Overtime | 525S | 400 | |
| 1163058 | 06/25/14 | B | 80.00 | Support Staff Overtime | 525S | 452 | |
| 1163059 | 06/27/14 | B | 32.00 | Support Staff Overtime | 525S | 452 | |
| 1163060 | 06/29/14 | B | 189.00 | Support Staff Overtime | 525S | 452 | |
| 1163069 | 06/29/14 | B | 141.00 | Support Staff Overtime | 525S | 400 | |
| 1158328 | 05/31/14 | B | 169.20 | Pacer charges for the month of May | 529 | 000 | |
| 1162466 | 06/30/14 | B | 40.30 | Pacer charges for the month of June | 529 | 000 | |
| 1163181 | 06/25/14 | B | 724.50 | In-House Duplicating - color` 04/29 - 06/25/2014 | 534 | 000 | |
| 1160765 | 05/06/14 | B | 337.00 | Storage/Rent - AMERICAN EXPRESS - COLONIAL PARKING - PARKING FOR NORTEL TRIAL TEAM - 5/6/14 | 536 | 000 | 202699 |
| 1163177 | 06/25/14 | B | 60,900.00 | Rent for trial space and Equipment` Space Costs - 04/29 - 06/25/2014 | 540S | 000 | |
| 1151156 | 06/02/14 | B | 1.35 | In-House Printing - black & white Call time: 20:26; to | 541 | 203 | |
| 1151157 | 06/02/14 | B | 0.05 | In-House Printing - black & white Call time: 20:26; to | 541 | 203 | |
| 1153477 | 06/06/14 | B | 1.05 | In-House Printing - black & white Call time: 15:34; to | 541 | 203 | |
| 1154485 | 06/10/14 | B | 1.25 | In-House Printing - black & white Call time: 12:59; to | 541 | 594 | |
| 1154486 | 06/10/14 | B | 0.05 | In-House Printing - black & white Call time: 12:59; to | 541 | 594 | |
| 1154484 | 06/10/14 | B | 5.20 | In-House Printing - black & white Call time: 14:26; to | 541 | 670 | |
| 1156934 | 06/13/14 | B | 2.70 | In-House Printing - black & white Call time: 09:18; to | 541 | 546 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA 354612 | | AS OF 06/30/14 | INVOICE# ****** |
| DATE: 07/15/14 15:35:19 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1157425 | 06/17/14 | B | 3.55 | In-House Printing - black & white Call time: 14:58; to | 541 | 546 | |
| 1157426 | 06/17/14 | B | 22.50 | In-House Printing - black & white Call time: 15:24; to | 541 | 670 | |
| 1159217 | 06/23/14 | B | 1.95 | In-House Printing - black & white Call time: 14:28; to | 541 | 221 | |
| 1159218 | 06/23/14 | B | 0.60 | In-House Printing - black & white Call time: 14:28; to | 541 | 221 | |
| 1159219 | 06/23/14 | B | 3.70 | In-House Printing - black & white Call time: 14:49; to | 541 | 221 | |
| 1159550 | 06/24/14 | B | 0.25 | In-House Printing - black & white Call time: 16:57; to | 541 | 605 | |
| 1159551 | 06/24/14 | B | 0.90 | In-House Printing - black & white Call time: 16:08; to | 541 | 971 | |
| 1159552 | 06/24/14 | B | 0.25 | In-House Printing - black & white Call time: 16:08; to | 541 | 971 | |
| 1159547 | 06/24/14 | B | 1.00 | In-House Printing - black & white Call time: 17:06; to | 541 | 605 | |
| 1159548 | 06/24/14 | B | 0.30 | In-House Printing - black & white Call time: 17:06; to | 541 | 605 | |
| 1159549 | 06/24/14 | B | 0.90 | In-House Printing - black & white Call time: 16:57; to | 541 | 605 | |
| 1163178 | 06/25/14 | B | 275.68 | In-House Printing - black & white` 04/29 - 06/25/2014 | 541 | 000 | |
| 1163179 | 06/25/14 | B | 399.72 | In-House Printing - color` 04/29 - 06/25/2014 | 542 | 000 | |
| 1160684 | 04/28/14 | B | 72.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 4/28/14 | 552H | 000 | 202697 |
| 1155677 | 05/14/14 | B | 7.79 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC - CONFERENCE CALL - 5/14/14 | 552H | 400 | 202462 |
| 1155678 | 05/15/14 | B | 2.73 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC - CONFERENCE CALL 5/15/14 | 552H | 400 | 202462 |
| 1160710 | 05/16/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/16/14 | 552H | 000 | 202697 |
| 1160707 | 05/16/14 | B | 72.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/17/14 | 552H | 000 | 202697 |
| 1160708 | 05/16/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/17/14 | 552H | 000 | 202697 |
| 1160709 | 05/16/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/16/14 | 552H | 000 | 202697 |
| 1160711 | 05/17/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/16/14 | 552H | 000 | 202697 |
| 1160713 | 05/19/14 | B | 93.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/19/14 | 552H | 000 | 202697 |
| 1160714 | 05/19/14 | B | 114.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/19/14 | 552H | 000 | 202697 |
| 1160715 | 05/19/14 | B | 226.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/19/14 | 552H | 000 | 202697 |
| 1160719 | 05/20/14 | B | 212.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/20/14 | 552H | 000 | 202697 |

Nortel Networks, Inc.  PRO FORMA 394612          AS OF 06/30/14          INVOICE# ******
63989-DIP
DATE: 07/15/14 15:35:19

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1160720 | 05/20/14 | B | 233.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/20/14 | 552H | 000 | 202697 |
| 1160721 | 05/20/14 | B | 149.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/20/14 | 552H | 000 | 202697 |
| 1160722 | 05/20/14 | B | 93.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL  - 5/20/14 | 552H | 000 | 202697 |
| 1160723 | 05/20/14 | B | 184.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/20/14 | 552H | 000 | 202697 |
| 1160724 | 05/20/14 | B | 65.00 | Conference Calls - AMERICAN EXPRESS- COURTCAL - CONFERENCE CALL - 5/20/14 | 552H | 000 | 202697 |
| 1160725 | 05/20/14 | B | 219.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/20/14 | 552H | 000 | 202697 |
| 1160726 | 05/21/14 | B | 44.00 | Conference Calls - AMERICAN EXPRESS- COURTCAL - CONFERENCE CALL - 5/21/14 | 552H | 000 | 202697 |
| 1160727 | 05/21/14 | B | 345.00 | Conference Calls - AMERICAN EXPRESS- COURTCAL - CONFERENCE CALL - 5/21/14 | 552H | 000 | 202697 |
| 1160728 | 05/21/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/21/14 | 552H | 000 | 202697 |
| 1160729 | 05/21/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/21/14 | 552H | 000 | 202697 |
| 1160730 | 05/21/14 | B | 149.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/21/14 | 552H | 000 | 202697 |
| 1160731 | 05/21/14 | B | 163.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/21/14 | 552H | 000 | 202697 |
| 1160734 | 05/22/14 | B | 142.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/22/14 | 552H | 000 | 202697 |
| 1160735 | 05/22/14 | B | 184.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/22/14 | 552H | 000 | 202697 |
| 1160736 | 05/22/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/22/14 | 552H | 000 | 202697 |
| 1160737 | 05/22/14 | B | 107.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/22/14 | 552H | 000 | 202697 |
| 1160739 | 05/28/14 | B | 149.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |
| 1160740 | 05/28/14 | B | 142.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |
| 1160741 | 05/28/14 | B | 212.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |
| 1160742 | 05/28/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |
| 1160743 | 05/28/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |

Nortel Networks, Inc.                         PRO FORMA   354612                AS OF 06/30/14                    INVOICE#  ******
63989-DIP
DATE: 07/15/14 15:35:19

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1160744 | 05/28/14 | B | 58.00 | Conference Calls - AMERICAN EXPRESS - COURTC ALLS - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |
| 1160745 | 05/28/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - COURTC ALLS - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |
| 1160747 | 05/28/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - COURTC ALLS - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |
| 1160748 | 05/28/14 | B | 58.00 | Conference Calls - AMERICAN EXPRESS - COURTC ALLS - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |
| 1160751 | 05/28/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - COURTC ALLS - CONFERENCE CALL - 5/28/14 | 552H | 000 | 202697 |

108,324.56