# SCHEDULE A

## NORTEL NOTES[1]

| Issuances | Interest Rates | Principal Amounts | Governing Indentures |
|---|---|---|---|
| Two issuances of 10.75% Senior Notes due 2016 (the "10.75% Notes") issued by Nortel Networks Limited ("NNL") and guaranteed jointly and severally by Nortel Networks Corporation ("NNC") and Nortel Networks Inc. ("NNI"), maturing July 15, 2016. | 10.75% | $450 million and $675 million | (a) Indenture dated as of July 5, 2006, by and between NNL, as issuer, NNC and NNI, as guarantors, and The Bank of New York Mellon ("BNYM"), as trustee; <br>(b) First Supplemental Indenture, dated July 5, 2006; <br>(c) Second Supplemental Indenture dated May 1, 2007; and <br>(d) Third Supplemental Indenture dated May 28, 2008. |
| 10.125% Senior Notes due 2013 (the "10.125% Notes") issued by NNL and guaranteed jointly and severally by NNC and NNI, maturing July 15, 2013. | 10.125% | $550 million | (a) Indenture dated as of July 5, 2006, by and between NNL, as issuer, NNC and NNI, as guarantors, and BNYM, as trustee; <br>(b) First Supplemental Indenture, dated July 5, 2006; <br>(c) Second Supplemental Indenture dated May 1, 2007; and <br>(d) Third Supplemental Indenture dated May 28, 2008. |
| Floating Rate Senior Notes due 2011 (the "Floating Rate Notes") issued by NNL and guaranteed jointly and severally by NNC and NNI, maturing July 15, 2011. | Floating Rate | $1 billion | (a) Indenture dated as of July 5, 2006, by and between NNL, as issuer, NNC and NNI, as guarantors, and BNYM, as trustee; <br>(b) First Supplemental Indenture, dated July 5, 2006; <br>(c) Second Supplemental Indenture dated May 1, 2007; and <br>(d) Third Supplemental Indenture dated May 28, 2008. |

---

[1] Capitalized terms not defined herein have the respective definitions provided for in the relevant indenture, supplemental indenture, note, prospectus supplement or support agreement, as applicable.

## NORTEL NOTES

| Issuances | Interest Rates | Principal Amounts | Governing Indentures |
|---|---|---|---|
| 2.125% Convertible Senior Notes due 2014 (the "2.125% Notes") issued by NNC and guaranteed jointly and severally by NNI and NNL, maturing April 15, 2014. | 2.125% | $575 million | Indenture dated as of March 28, 2007, by and between NNC, as issuer, NNL and NNI, as guarantors, and BNYM, as trustee. |
| 1.75% Convertible Senior Notes due 2012 (the "1.75% Notes") issued by NNC and guaranteed jointly and severally by NNI and NNL, maturing April 15, 2012. | 1.75% | $575 million | Indenture dated as of March 28, 2007, by and between NNC, as issuer, NNL and NNI, as guarantors, and BNYM, as trustee. |
| 7.875% Senior Notes due 2026 (the "7.875% Notes") issued by NNL and Nortel Networks Capital Corporation ("NNCC") and guaranteed by NNL, maturing June 15, 2026. | 7.875% | $150 million | (a) Indenture dated as of February 15, 1996, by and between NNL and NNCC, as issuers, NNL, as guarantor, and The Law Debenture Trust Company of New York, as successor trustee; and<br><br>(b) Prospectus dated as of May 2, 1996.<br><br>[NNI has provided a Support Agreement dated as of February 15, 2006 to NNCC.] |

2

## NORTEL INDENTURES AND RELEVANT PROVISIONS[1]

| Governing Indentures | Excerpts of Payment, Interest Rate and Guarantee Provisions |
|---|---|
| **Indenture** | **Payment Provisions** |
| Indenture dated as of July 5, 2006, by and between NNL, as issuer, NNC and NNI, as guarantors, and The Bank of New York Mellon ("BNYM"), as trustee. | **Covenants; Payment of Principal, Premium and Interest (Section 1001 of the Indenture)**<br><br>The Issuer covenants and agrees for the benefit of each particular series of Debt Securities that it will duly and punctually pay the principal of (and premium, if any) and interest on the Debt Securities of such series in accordance with their terms and this Indenture. |
| **Supplements** | **The Debt Securities; Amount Unlimited; Issuable in Series (Section 301(b)(4) of the Indenture)**<br><br>There shall be established in or pursuant to a Board Resolution of the Issuer and set forth in an Officers' Certificate of the Issuer and the Guarantors, or established in one or more indentures supplemental hereto, prior to the issuance of Debt Securities of any series . . . . (4) the rate or rates or the method of determination thereof at which the Debt Securities of such series shall bear interest, if any, the date or dates from which such interest shall accrue, the Interest Payment Dates on which such interest shall be payable, and the Regular Record Dates for the interest payable on such Interest Payment Dates . . . . |
| First Supplemental Indenture, dated July 5, 2006; | |
| Second Supplemental Indenture dated May 1, 2007; and | **The Debt Securities; Payment of Interest; Interest Rights Reserved (Section 312 (a) and (b) of the Indenture)**<br><br>(a) Interest on any Debt Security that is payable on any Interest Payment Date shall be paid . . . . |
| Third Supplemental Indenture dated May 28, 2008. | (b) Any interest on any Debt Security of any series that is payable, but is not punctually paid or duly provided for, on any Interest Payment Date (herein called "Defaulted Interest") shall be paid . . . . |
| | **Interest Rate Provisions** |
| | **Back of Note (Exhibit A of the First Supplemental Indenture)**<br><br>Back of the 10.75% Notes<br><br>[If a 2016 Fixed Rate Note, then insert—10.750% Senior Notes Due 2016] . . .<br><br>1. Interest.<br><br>[If a 2016 Fixed Rate Note . . . then insert—Nortel Networks Limited, a Canadian corporation (such corporation, and its successors and assigns under the Indenture hereinafter referred to, being herein called the "Issuer"), promises to pay interest on the principal amount of this Note at the rate per annum shown above. |

---

[1] Capitalized terms not defined herein have the respective definitions provided for in the relevant indenture, supplemental indenture, note, prospectus supplement or support agreement, as applicable.

1

| | NORTEL INDENTURES AND RELEVANT PROVISIONS |
|---|---|
| **Governing Indentures** | **Excerpts of Payment, Interest Rate and Guarantee Provisions**<br><br>[If Original Note, then insert—The Issuer agrees to pay Additional Interest, if any, on the principal amount of this Note as and to the extent set forth in the Issue Date Registration Rights Agreement.]<br><br>Back of the 10.125% Notes<br>[If a 2013 Fixed Rate Note, then insert—10.125% Senior Notes Due 2013] . . .<br>1. Interest.<br>[If . . . a 2013 Fixed Rate Note, then insert—Nortel Networks Limited, a Canadian corporation (such corporation, and its successors and assigns under the Indenture hereinafter referred to, being herein called the "Issuer"), promises to pay interest on the principal amount of this Note at the rate per annum shown above.<br><br>[If Original Note, then insert—The Issuer agrees to pay Additional Interest, if any, on the principal amount of this Note as and to the extent set forth in the Issue Date Registration Rights Agreement.]<br><br>Back of the Floating Rate Notes<br>[If a Floating Rate Note, then insert—Floating Rate Senior Notes Due 2011] . . .<br>1. Interest.<br>[If a Floating Rate Note, then insert— Nortel Networks Limited, a Canadian corporation (such corporation, and its successors and assigns under the Indenture hereinafter referred to, being herein called the "Issuer"), promises to pay interest on the principal amount of this Note at the rate per annum, reset quarterly, equal to Three-Month LIBOR plus 4.250%, in each case, as determined by the Calculation Agent, which shall initially be the Trustee. The Issuer will pay interest quarterly in arrears on each January 15, April 15, July 15 and October 15 of each year commencing on October 15, 2006 (or, if any such day is not a Business Day, the next succeeding Business Day).<br><br>[If Original Note, then insert—The Issuer agrees to pay Additional Interest, if any, on the principal amount of this Note as and to the extent set forth in the Issue Date Registration Rights Agreement.]<br><br>Creation of Notes (Section 1(a) - (c) of the First Supplemental Indenture)<br><br>(a) Pursuant to Section 301 of the Original Indenture, there is hereby created a new series of Debt Securities designated as the "10.750% Senior Notes due 2016" issuable by NNL and guaranteed by NNC and NNI.<br><br>(b) Pursuant to Section 301 of the Original Indenture, there is hereby created a new series of Debt Securities designated as the "10.125% Senior Notes due 2013" issuable by NNL and guaranteed by NNC and NNI.<br><br>(c) Pursuant to Section 301 of the Original Indenture, there is hereby created a new series of Debt Securities designated as the "Floating Rate Senior Notes due 2011" issuable by NNL and guaranteed by NNC and NNI. |

## NORTEL INDENTURES AND RELEVANT PROVISIONS

| Governing Indentures | Excerpts of Payment, Interest Rate and Guarantee Provisions |
|---|---|
| | **Guarantee Provision** |
| | **Guarantee of Nortel Networks Corporation and Nortel Networks Inc. (Exhibit A of the First Supplemental Indenture)**<br>For value received, each Guarantor hereby unconditionally and irrevocably guarantees, jointly and severally to the Holder of this Note upon which this Guarantee is endorsed and to the Trustee on behalf of each such Holder the due and punctual payment of the principal of, premium, if any, interest and Additional Amounts, if any, on this Note, when and as the same shall become due and payable, whether on the Stated Maturity Date, by declaration of acceleration, call for redemption or otherwise, according to the terms thereof and of the indenture dated as of July 5, 2006 among Nortel Networks Limited, as issuer, Nortel Networks Corporation and Nortel Networks Inc., as guarantors and The Bank of New York, as trustee (the "Original Indenture" and as supplemented by the First Supplemental Indenture dated as of July 5, 2006 among Nortel Networks Limited, as issuer, Nortel Networks Corporation and Nortel Networks Inc., as guarantors and The Bank of New York, as trustee, the "Indenture"). |
| **Indenture** | **Payment Provisions** |
| Indenture dated as of March 28, 2007, by and between NNC, as issuer, NNL and NNI, as guarantors, and BNYM, as trustee. | **The Notes and The Guarantees; Defaulted Interest (Section 2.11 of the Indenture)**<br>If the Issuer (and the Guarantors) fail to make a payment of interest on the Notes, it (and the Guarantors) shall pay such defaulted interest plus, to the extent lawful, any interest payable on the defaulted interest (collectively, the "Defaulted Interest").<br><br>**Covenants; Payment of Notes (Section 4.01 of the Indenture)**<br>The Issuer shall pay the principal of and interest (including Additional Interest, if any) on the Notes on the dates and in the manner provided in the Notes . . . . To the extent lawful, the Issuer shall pay interest (including post-petition interest in any proceeding under any bankruptcy, insolvency or other similar applicable law) on (i) overdue principal, at the rate borne by Notes; and (ii) overdue installments of interest (without regard to any applicable grace period) at the same rate. |
| | **Interest Rate Provisions** |
| | **Preamble of the Indenture**<br>The Issuer has duly authorized the creation of its 1.75% Convertible Senior Notes due 2012 (the "2012 Notes") and its 2.125% Convertible Senior Notes due 2014 (the "2014 Notes" and, together with the 2012 Notes, the "Notes"). |

3

## NORTEL INDENTURES AND RELEVANT PROVISIONS

| Governing Indentures | Excerpts of Payment, Interest Rate and Guarantee Provisions |
|---|---|
| | **Back of Security (Exhibit A of the Indenture)**<br>Nortel Networks Corporation, 1.75% Convertible Senior Note Due 2012 . . . .<br>1. Interest. Nortel Networks Corporation, a Canadian corporation (the "Issuer"), promises to pay interest on the principal amount of this Note at the rate per annum shown above.<br><br>**Back of Security (Exhibit B of the Indenture)**<br>Nortel Networks Corporation, 2.125% Convertible Senior Note Due 2014 . . . .<br>1. Interest. Nortel Networks Corporation, a Canadian corporation (the "Issuer"), promises to pay interest on the principal amount of this Note at the rate per annum shown above.<br><br>**Guarantee Provision**<br><br>**Guarantee by Guarantors; Form of Guarantee (Section 2.01(f) of the Indenture)**<br><br>For value received, [Guarantor] (the "Guarantor") hereby fully and unconditionally guarantees, jointly and severally, to the Holder of the Note upon which this Guarantee is endorsed and to the Trustee on behalf of each such Holder the due and punctual payment of the principal of, premium, if any, interest, Additional Interest, if any, and Defaulted Interest, if any, on such Note when and as the same shall become due and payable, whether on April 15, 201[2][4] (the "Maturity Date"), by declaration of acceleration, call for redemption or otherwise, according to the terms thereof and of the indenture dated as of March 28, 2007 among Nortel Networks Corporation, as Issuer (together with any successor person under the Indenture, the "Issuer"), Nortel Networks Limited and Nortel Networks Inc., as guarantors, and The Bank of New York, as trustee (the "Indenture"). In case of the failure of the Issuer to punctually make any such payment of principal, premium, if any, interest, Additional Interest, if any, or Defaulted Interest, if any, the Guarantor, for so long as this Guarantee shall be in effect, hereby agrees to cause any such payment to be made to or to the order of the Trustee punctually when and as the same shall become due and payable, whether on the Maturity Date or by declaration of acceleration, call for redemption or otherwise, and as if such payment were made by the Issuer.<br><br>**Payment Provisions**<br><br>**Covenants; Payment of Principal, Premium and Interest (Section 1001 of the Indenture)**<br><br>The applicable Issuer covenants and agrees for the benefit of each particular series of Debt Securities that it will duly and punctually pay the principal of (and premium, if any) and interest on the Debt Securities in accordance with their terms and this Indenture. |
| **Indenture** | |
| Indenture dated as of February 15, 1996, by and between NNL and NNCC, as issuers, NNL, as guarantor, and The Law Debenture Trust Company of New York, as successor trustee. | |

4

## NORTEL INDENTURES AND RELEVANT PROVISIONS

| Governing Indentures | Excerpts of Payment, Interest Rate and Guarantee Provisions |
|---|---|
| **Prospectus and Supplement**<br><br>Prospectus dated as of May 2, 1996.<br><br>[NNI has provided a Support Agreement dated as of February 15, 2006 to NNCC.] | **The Debt Securities; Amount Unlimited; Issuable in Series (Section 301(b)(5) of the Indenture)**<br>(b) There shall be established in or pursuant to a Board Resolution of the applicable Issuer and set forth in an Officers' Certificate, or established in one or more indentures supplemental hereto, prior to the issuance of Debt Securities of any series: . . . (5) the rate or rates or the method of determination thereof at which the Debt Securities of the series shall bear interest, if any, the date or dates from which such interest shall accrue, the Interest Payment Dates on which such interest shall be payable, and the Regular Record Dates for the interest payable on such Interest Payment Dates; . . .<br><br>**The Debt Securities; Payment of Interest; Interest Rights Preserved (Section 307(b) of the Indenture)**<br>(b) Any interest on any Debt Security of any series that is payable, but is not punctually paid or duly provided for, on any Interest Payment Date (herein called "Defaulted Interest") shall be paid . . .<br><br>**Interest Rate Provisions**<br><br>**Law Debenture Trust Company of New York Proof of Claim, Addendum ¶ 4.** (*See* NNC-NNL20001209)<br>Law Debenture is successor indenture trustee ("Successor Trustee") to The Bank of New York Mellon, formerly known as The Bank of New York Mellon, formerly known as The Bank of New York, with respect to $150,000,000 in 7.875% senior unsecured debt securities due June 15, 2026 (the "Debt Securities") issued by NNL and NNCC, and guaranteed by NNL.<br><br>**Prospectus**<br>Payment of the principal of, and premium, if any, and interest on, the [7.875% Notes] will be unconditionally and irrevocably guaranteed (each, a "Guarantee" and collectively, the "Guarantees") by [NNC (f/k/a Northern Telecom Limited)] (the "Guarantor").<br><br>**Support Agreement Provision**<br><br>**Maintenance of Net Worth**<br>At all times prior to the termination of this Agreement, [NNI (f/k/a Northern Telecom Inc.)] shall cause the Company to have and to maintain a net worth of at least $1.00. |

5