IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re : Chapter 11
:
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **Re: Docket No. 14022**

---

**NOTICE OF SUBMISSION OF THE NORTEL NETWORKS UK PENSION TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION FUND'S BINDER OF FOREIGN AUTHORITIES CITED IN THE BRIEF OF THE U.K. PENSION CLAIMANTS REGARDING <u>POST-PETITION INTEREST ISSUES</u>**

PLEASE TAKE NOTICE that the UK Pension Trust Limited and the Board of the Pension Protection Fund hereby submit a binder of foreign authorities cited in the *Brief of the U.K. Pension Claimants Regarding Post-Petition Interest Issues* [D.I. 14022].

PLEASE TAKE FURTHER NOTICE that the following is a list of foreign authorities submitted to the Court:[2]

Case Law

1. *Re Belleville Milling Co.* (1930), 12 C.B.R. 505, 1930 CarswellOnt 49 (S.C.) appeal dismissed (1931), 12 C.B.R. 510, 1931 CarswellOnt 31 (S.C.)

2. *Canada Deposit Insurance Corp. v. Canadian Commercial Bank*, 21 C.B.R. (3d) 12, 1993 CarswellAlta 423 (Q.B.)

3. *Re Garvin (Theo) Ltd.* (1969), 1 Ch. 624, [1967] 3 All E.R. 497

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Canadian statutory authorities are attached as Schedule "A" to the Brief.

{BAY:02536074v1}


4. *Re Stelco*, 2007 ONCA 483,  2007 CarswellOnt

5. *Re Ted Leroy Trucking [Century Services] Ltd.*, 2010 SCC 60, 2010 CarswellBC 3419

6. *Ex parte Wilson. In re Douglas*. (1872) L.R. 7 Ch.App. 490 4108

<div align="center">Treatises</div>

7. Houlden, Morawetz, & Sarra, eds., *The 2014 Annotated Bankruptcy and Insolvency Act* (Toronto: Thomson Carswell, 2014)

<div align="center">Model Law</div>

8. *Model Law on Cross-Border Insolvency of the United Nations Commission on International Trade Law*, GA Res. 52/158, UNGAOR, 52d Sess., Annex I, UN Doc. A/52/17 (1997)

Dated: July 15, 2014
Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
       jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*