**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x     Chapter 11
In re                                                       :     Case No. 09-10138 (KG)
                                                            :     (Jointly Administered)
NORTEL NETWORKS, INC., et al.,¹                             :
                                                            :
         Debtors.                                           :
-----------------------------------------------------------x
```

**VERIFIED STATEMENT OF QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019"), Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and Pinckney, Weidinger, Urban & Joyce LLC ("Pinckney," and, together with Quinn Emanuel, "Counsel"), co-counsel to Solus Alternative Asset Management LP ("Solus") and Macquarie Capital (USA), Inc. ("Macquarie") in the above-captioned cases, hereby makes the following verified statement (the "Statement"):

1. Quinn Emanuel is a law firm that maintains offices at, among other locations, 51 Madison Avenue 22nd Floor, New York, New York 10010.

2. Pinckney is a law firm that maintains offices at 1220 North Market Street, Suite 950, Wilmington DE 19801.

3. Counsel represents Solus and Macquarie in the chapter 11 cases of the above-captioned debtors. Solus and Macquarie hold claims against or act as advisors or

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

investment managers to funds and/or accounts that hold claims against certain of the Debtors' estates. In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by Solus and Macquarie, set forth below is a list of the names, addresses and the nature and amount of all disclosable economic interests held by Solus and Macquarie and the funds and accounts they act as advisors or investment managers of in relation to the Debtors as of July 15, 2014.

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIMS |
|---|---|
| Solus<br>410 Park Avenue<br>New York, NY 10022 | ▪ $103,450,000 of 7.875% Senior Notes due 2026 issued by issued by Nortel Networks Limited f/k/a Northern Telecom Limited ("NNL") and Nortel Networks Capital Corporation f/k/a Northern Telecom Capital Corporation ("NNCC");<br><br>▪ $7,000,000 of 10.75% Senior Notes due 2016 issued by NNL; and<br><br>▪ $26,000,000 of general unsecured claims against certain Debtors. |
| Macquarie<br>125 West 55th Street<br>New York, NY 10019 | ▪ $30,230,000 of 7.875% Senior Notes due 2026 issued by NNL and NNCC;<br><br>▪ $14,000,000 of Floating Rate Senior Notes due 2011 issued by NNL; and<br><br>▪ 636,407 common shares of Nortel Networks Corporation. |

4. Solus and Macquarie retained Quinn Emanuel in or about February 2014.

5. Quinn Emanuel does not represent or purport to represent any entities other than Solus and Macquarie in connection with the Debtors' chapter 11 cases.

6. Upon information and belief, Counsel does not hold any claims against, or interests in, the Debtors.

7. The undersigned verifies, under penalty of perjury, that this Statement is true and correct to the best of his knowledge and belief.

8. Nothing contained in this Statement should be construed as a limitation upon, or waiver of, any rights of Solus or Macquarie to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

9. Counsel reserves the right to revise, supplement, and amend this Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: Wilmington, Delaware
July 15, 2014

Respectfully submitted,

**PINCKNEY, WEIDINGER, URBAN & JOYCE LLC**

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)
1220 N. Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 (Telephone)

-and-

Susheel Kirpalani
James C. Tecce
Daniel S. Holzman
**QUINN, EMANUEL, URQUHART & SULLIVAN LLP**
52 Madison Avenue, 22nd Floor
New York, New York 10010

*Co-Counsel to Solus Alternative Asset Management LP and Macquarie Capital (USA), Inc.*