IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Hearing date: July 25, 2014 at 9:00 a.m. (EDT)** |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF
FILING OF THE MONTIOR'S OPENING SUBMISSIONS REGARDING
POST-PETITION INTEREST AND RELATED ISSUES IN CONNECTION
WITH THE JOINT HEARING SCHEDULED FOR JULY 25, 2014**

　　　　**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol [Dkt. No. 990], on July 15, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel filed in the above-captioned cases a copy of the *Factum of the Monitor, on Behalf of Itself and the Canadian Debtors* (the "**Factum**"). Copies of the Factum, *Book of Authorities of the Monitor* ("**Book of Authorities**"), and *Compendium of Crossover Bond Claims into Canada* ("**Compendium**"), each of which were filed by the Monitor in the Canadian Proceedings on the date hereof in connection with post-petition interest and related issues that will be heard at a joint hearing before this Court and the Canadian Court on July 25, 2014 at 9:00 a.m. (EDT) (the "**Joint Hearing**"), will be submitted to the US Court. A copy of Factum is attached hereto as Exhibit A.

*[Intentionally left blank]*

---

[1]　　　　The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: July 15, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**


/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel J. Guyder
John W. Kibler
1221 Avenue of the Americas
New York, New York  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
john.kibler@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor*
*and Foreign Representative of the Canadian Nortel*
*Debtors*