IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
*In re*                                                         )        Chapter 11
                                                                )
Nortel Networks Inc., *et al.,* .[1]                            )        Case No. 09-10138 (KG)
                                                                )        (Jointly Administered)
                          Debtors                               )
------------------------------------------------------x        **Re: D.I. No. 14032**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 15, 2014 true and correct copies of the **Written Submission of the Canadian Creditors Committee respecting the Motion respecting the Cross-Over Bonds** were served by electronic mail on the Allocation Core Parties E-Mail Service List and were caused by the undersigned to be served by first-class mail on the Rule 2002 Service List provided by the above-captioned Debtors through their Epiq Systems website located at www.epiqsystems.com.

Dated:   July 15, 2014
             Wilmington, DE

                                           /s/   Selinda A. Melnik
                                           Selinda A. Melnik (DE Bar ID 4032)
                                           DLA PIPER LLP (US)
                                           1201 North Market Street, Suite 2100
                                           Wilmington, DE 19801
                                            Telephone: (302) 468-5650

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.