IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 13988, 14013 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
15th day of July, 2014

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                          Chapter 11

NORTEL NETWORKS INC., et al.,                                   Case No. 09-10138 (KG)

　　　　　　　　　Debtors.                                       Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　　To:   SIMCO ELECTRONICS
　　　　　 1178 BORDEAUX DR
　　　　　 SUNNYVALE, CA 94089

Please note that your claim # 1183 in the above referenced case and in the amount of
$8,856.00 has been transferred (**unless previously expunged by court order**) to:

　　　SONAR CREDIT PARTNERS III, LLC
　　　TRANSFEROR: SIMCO ELECTRONICS
　　　200 BUSINESS PARK DRIVE, SUITE 201
　　　ARMONK, NY 10504

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　DISTRICT OF DELAWARE
　　　　　　　824 NORTH MARKET STREET, 3RD FLOOR
　　　　　　　WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14013    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/15/2014                        David D. Bird, Clerk of Court

　　　　　　　　　　　　　　　　　　　 /s/ Kimberly Murray
　　　　　　　　　　　　　　　　　　　 ─────────────────────────
　　　　　　　　　　　　　　　　　　　 By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 15, 2014.

# EXHIBIT B

TIME: 14:44:32
DATE: 07/15/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| SIMCO ELECTRONICS | 1178 BORDEAUX DR SUNNYVALE CA 94089 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: SIMCO ELECTRONICS 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK, NY 10504 |
| THOMPSON, TED | PO BOX 300150 MIDWEST CITY OK 73140 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: THOMPSON, TED ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006