# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

*In re*

NORTEL NETWORKS, INC., <u>et al.</u>,[1]

    Debtors.

---------------------------------------------------------------x

Chapter 11

Case No. 09-10138 (KG)

(Jointly Administered)

**Re: Docket Nos. 14029 & 14030**

## NOTICE OF SERVICE

I, Kevin M. Capuzzi, hereby certify that on the 15th day of July, 2014, copies of the following documents were served upon the persons listed on the attached service list via first-class mail, postage pre-paid, or, if applicable, international mail, postage pre-paid:

1. Joinder of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. in Bondholder Pleasing [Docket No. 14029]; and

2. Verified Statement of Quinn Emanuel Urquhart & Sullivan, LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 14030].

Dated: July 17, 2014
Wilmington, Delaware

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

    /s/ Kevin M. Capuzzi
Kevin M. Capuzzi (No. 5462)
1220 North Market Street, Suite 950
Wilmington, DE 19801
Telephone: (302) 504-1497
Facsimile: (302) 442-7046

*Counsel to Solus Alternative Asset Management LP and Macquarie Capital(USA) Inc.*

---

[1] The Debtors in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).