# **EXHIBIT A**

**No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims and No-Basis Pension Claims**

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis Pension Claims and Redundant Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| BASU, KALYAN<br>3605 SAGE BRUSH TRL<br>PLANO, TX  75023 | 4435<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,605.50 (U)<br>$16,605.50 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| BAYNO, FRANK<br>3509 LA COSTA WAY<br>RALEIGH, NC  27610 | 1941<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$10,566.90 (A)<br>- (P)<br>- (U)<br>$10,566.90 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 1942 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| BAYNO, FRANK<br>3509 LACOSTA WAY<br>RALEIGH, NC  27610 | 1942<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,575.63 (U)<br>$8,575.63 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| BUSHNELL, ROGER<br>101 MAYBANK COURT<br>DURHAM, NC  27713 | 3633<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$73,200.79 (U)<br>$73,200.79 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| COLLINS, LINDA L.<br>115 NICOLE LANE<br>CRESTVIEW, FL  32539 | 8632<br>9/12/13<br>09-10151<br>Northern Telecom International Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC  27522 | 376<br>2/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,738.36 (U)<br>$6,738.36 (T) | This claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3036 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 8*

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis Pension Claims and Redundant Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC  27522 | 3036<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,692.31 (U)<br>$75,692.31 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DAS, PRABIR<br>7811 QUIDDITCH LANE<br>ELKRIDGE, MD  21075 | 4366<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$195,571.50 (U)<br>$133,287.04 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 4367 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| DAS, PRABIR<br>7811 QUIDDITCH LANE<br>ELKRIDGE, MD  21075 | 4367<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$195,571.50 (A)<br>- (P)<br>- (U)<br>$195,571.50 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| DASSANI, JAGDISH D.<br>5317 WOOD VALLEY DRIVE<br>RALEIGH, NC  27613 | 144<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$154,398.12 (U)<br>$154,398.12 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| DAVID, DANIEL D.<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC  27587 | 8717<br>11/22/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$159.82 (A)<br>- (P)<br>- (U)<br>$159.82 (T) | This claim asserts liability for expenses incurred in connection with the Long-Term Disability Settlement Agreement.  Pursuant to the Long-Term Disability Settlement Agreement and the Order Denying Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims [D.I. 12943], the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 2 of 8*

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis Pension Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| DAVID, DANIEL D.<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC  27587 | 8718<br>11/22/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$174.62 (A)<br>- (P)<br>- (U)<br>$174.62 (T) | This claim asserts liability for expenses incurred in connection with the Long-Term Disability Settlement Agreement.  Pursuant to the Long-Term Disability Settlement Agreement and the Order Denying Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims [D.I. 12943], the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DAVID, DANIEL D.<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC  27587 | 8719<br>11/22/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$699.74 (A)<br>- (P)<br>- (U)<br>$699.74 (T) | This claim asserts liability for expenses incurred in connection with the Long-Term Disability Settlement Agreement.  Pursuant to the Long-Term Disability Settlement Agreement and the Order Denying Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims [D.I. 12943], the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DAVID, DANIEL D.<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC  27587 | 8720<br>11/22/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$2,703.75 (A)<br>- (P)<br>- (U)<br>$2,703.75 (T) | This claim asserts liability for expenses incurred in connection with the Long-Term Disability Settlement Agreement.  Pursuant to the Long-Term Disability Settlement Agreement and the Order Denying Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims [D.I. 12943], the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DAVID, DANIEL D.<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC  27587 | 8721<br>11/22/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$249.00 (A)<br>- (P)<br>- (U)<br>$249.00 (T) | This claim asserts liability for expenses incurred in connection with the Long-Term Disability Settlement Agreement.  Pursuant to the Long-Term Disability Settlement Agreement and the Order Denying Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims [D.I. 12943], the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis Pension Claims and Redundant Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| FAX, RUTH G.<br>148 MILL ST<br>NEWTON, MA  02459 | 853<br>4/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$66,464.01 (U)<br>$66,464.01 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| FLOYD, GREGORY<br>9742 WINGHAM DR<br>DALLAS, TX  75243-2321 | 6479<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$674.00 (U)<br>$674.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| FRYDACH, RONALD J<br>101 FOX BRIAR LANE<br>CARY, NC  27518 | 2584<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$49,306.10 (P)<br>$49,306.10 (U)<br>$49,306.10 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| GUNDECHA, CHAND<br>11309 RIDGEGATE DRIVE<br>RALEIGH, NC  27617 | 2629<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$24,296.87 (P)<br>$24,296.87 (U)<br>$24,296.87 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| GUNDECHA, CHANDRAKANT (CHAND)<br>11309 RIDGEGATE DR<br>RALEIGH, NC  27617 | 133<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | $36,000.00 (S)<br>- (A)<br>$18,244.26 (P)<br>- (U)<br>$18,244.26 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.<br><br>Claim is redundant of claim 2629 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 4 of 8*

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis Pension Claims and Redundant Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>AS ASSIGNEE FOR ANTHONY LEGER<br>301 ROUTE 17 NORTH, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 8735<br>1/31/14<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$90,461.57 (U)<br>$90,461.57 (T) | This claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 7350 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA  30022 | 3116<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,408.40 (U)<br>$37,408.40 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 3118 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA  30022 | 3118<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,009.88 (U)<br>$4,009.88 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA  30022 | 8424<br>12/26/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$135,000.00 (P)<br>- (U)<br>$135,000.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MARK, RAYMOND<br>245 E 54TH ST<br>APT 26B<br>NEW YORK CITY, NY  10022 | 5903<br>10/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$120,697.42 (P)<br>- (U)<br>$120,697.42 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 7565 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis Pension Claims and Redundant Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MARK, RAYMOND<br>245 E 54TH ST<br>APT 26B<br>NEW YORK CITY, NY  10022 | 6688<br>1/12/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$126,295.90 (P)<br>- (U)<br>$126,295.90 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 7565 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| MARK, RAYMOND<br>245 E 54TH ST<br>APT 26B<br>NEW YORK CITY, NY  10022 | 7565<br>1/14/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$137,268.00 (P)<br>- (U)<br>$137,268.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| NG, MAN-FAI<br>3713 MOUNT PLEASANT LN<br>PLANO, TX  75025 | 4324<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$28,789.47 (U)<br>$39,739.47 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIRCLE<br>PLANO, TX  75023 | 334<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$83,788.26 (P)<br>- (U)<br>$83,788.26 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 3681 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIR<br>PLANO, TX  75023 | 3681<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$83,787.15 (P)<br>- (U)<br>$83,787.15 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| PROCTOR, FRANKIE<br>101 EAST G STREET<br>BUTNER, NC  27509 | 8631<br>8/15/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$34,455.58 (U)<br>$34,455.58 (T) | The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis Pension Claims and Redundant Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| PROCTOR, JANIE<br>101 EAST G STREET<br>BUTNER, NC 27509 | 8630<br>8/15/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$32,082.50 (U)<br>$32,082.50 (T) | The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406. |
| SCHEER, JOHN<br>5736 CHADWICK LN<br>BRENTWOOD, TN 37027 | 352<br>2/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$31,101.35 (P)<br>- (U)<br>$31,101.35 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 3444 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| SCHEER, JOHN<br>5736 CHADWICK LN<br>BRENTWOOD, TN 37027 | 3444<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$30,583.55 (P)<br>- (U)<br>$30,583.55 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| SCHMIDT, JONATHAN E.<br>202 CLIFFSIDE<br>SAN ANTONIO, TX 78231 | 1312<br>6/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$22,078.27 (U)<br>$22,078.27 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| VALENTINE, JOHN<br>719 QUARTERSTAFF ROAD<br>WINSTON SALEM, NC 27104 | 1851<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$35,188.87 (U)<br>$35,188.87 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| VALENTINE, JOHN W.<br>719 QUARTERSTAFF RD<br>WINSTON SALEM, NC 27104 | 54<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$35,820.52 (U)<br>$35,820.52 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 1851 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis Pension Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| YOUNG, ROBERT<br>313, PROMENADE SOUTH<br>MONTGOMERY, TX  77356 | 58<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$25,019.71 (P)<br>- (U)<br>$25,019.71 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 1761 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| YOUNG, ROBERT<br>313 PROMENADE SOUTH<br>MONTGOMERY, TX  77356 | 1761<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$24,566.23 (P)<br>- (U)<br>$24,566.23 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| **Totals:** | 39 Claims | $36,000.00 (S)<br>$210,125.33 (A)<br>$900,904.80 (P)<br>$991,818.25 (U)<br>$1,966,960.95 (T) | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed