# <u>EXHIBIT B</u>

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation Claims, No-Basis Pension Claims**

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BARANANO, ILDEFONSO 4118 MONTGOMERY ST OAKLAND, CA  94611 | 2534 9/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $4,765.57 (U) $4,765.57 (T) | - (S) - (A) - (P) $7,482.01 (U) $7,482.01 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| BETTA, CARL 50 EAST ROAD UNIT 7E DELRAY BEACH, FL  33483 | 3069 9/16/09 09-10138 Nortel Networks Inc. | - (S) - (A) $734.21 (P) - (U) $734.21 (T) | Disallowed | | Claim is redundant of claim 8467 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BETTA, CARL E. 50 EAST RD., UNIT 7-E DELRAY BEACH, FL  33483 | 8467 3/7/13 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $1,316.97 (P) - (U) $1,316.97 (T) | - (S) - (A) - (P) $1,241.70 (U) $1,241.70 (T) | NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BHARGAVA, AKHIL 37 FAIRCHILD DR READING, MA 01867 | 8404 11/16/12 09-10138 Nortel Networks Inc. | - (S) - (A) $1,661.82 (P) $16,618.21 (U) $18,280.03 (T) | - (S) - (A) - (P) $8.33 (U) $8.33 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| BINNER, SCOTT E. 2505 JAKIN WAY SUWANEE, GA 30024 | 5481 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) $100,814.47 (P) - (U) $100,814.47 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 5482 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 5482 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BINNER, SCOTT E. 2505 JAKIN WAY NW SUWANEE, GA  30024 | 5482 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) $100,814.47 (P) - (U) $100,814.47 (T) | - (S) - (A) $293.60 (P) $90,526.53 (U) $90,820.13 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BROWN, BRIAN 1241 NEW JERSEY AVE N.W. WASHINGTON, DC 20001 | 2440 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) $822.79 (P) - (U) $822.79 (T) | - (S) - (A) - (P) $1,239.76 (U) $1,239.76 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CLARY, CRAIG<br>701 LEGACY DR APT 2214<br>PLANO, TX  75023 | 3954<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,285.70 (P)<br>- (U)<br>$6,285.70 (T) | - (S)<br>- (A)<br>- (P)<br>$6,379.93 (U)<br>$6,379.93 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| FLAKE, JOHN<br>23 EVERGREEN PL<br>SPARTA, NJ  07871 | 469<br>3/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$73,182.02 (U)<br>$73,182.02 (T) | - (S)<br>$115.02 (A)<br>$7,885.37 (P)<br>$63,947.10 (U)<br>$71,947.49 (T) | NORTEL<br>NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GANGULY, SUPRIYA 2122 HANEY LANE VIENNA, VA 22182 | 5735 9/30/09 NO DEBTOR | - (S) - (A) - (P) $16,571.16 (U) $16,571.16 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 5736 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 5736 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| GANGULY, SUPRIYA 2122 HANEY LANE VIENNA, VA 22182 | 5736 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $80,761.34 (U) $80,761.34 (T) | - (S) - (A) $6,807.21 (P) $83,713.81 (U) $90,521.02 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| GANGULY, SUPRIYA 2122 HANEY LANE VIENNA, VA 22182 | 5737 9/30/09 NO DEBTOR | - (S) - (A) - (P) $3,000.00 (U) $3,000.00 (T) | Disallowed | | The claim asserts liability for termination benefits. Based on careful review of the Debtors' Books and Records, their Schedules and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GELO, DONALD 1956 WILTON CIRCLE RALEIGH, NC 27615 | 291 2/13/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $37,442.32 (U) $48,392.32 (T) | - (S) - (A) $345.59 (P) $3,620.43 (U) $3,966.02 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GOTTWALD, JOHN 25 AUTUMN LANE READING, MA 01867 | 7128 2/25/10 09-10138 Nortel Networks Inc. | - (S) - (A) $23,201.72 (P) - (U) $23,201.72 (T) | - (S) - (A) - (P) $27,817.88 (U) $27,817.88 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| GROSSO, STEPHEN 44 HUCKLEBERRY RD HOPKINTON, MA 01748 | 4525 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $2,866.57 (U) $2,866.57 (T) | - (S) - (A) - (P) $4,564.38 (U) $4,564.38 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GRUNBAUM, DAVID<br>23 WOODLAND DR.<br>MARLBOROUGH, MA  01752-1653 | 8412<br>11/29/12<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$16,256.41 (U)<br>$16,256.41 (T) | - (S)<br>- (A)<br>- (P)<br>$14,411.96 (U)<br>$14,411.96 (T) | NORTEL<br>NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: PHILLIPS, LILLIAN<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 3280<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,934.60 (U)<br>$19,884.60 (T) | - (S)<br>- (A)<br>$6,956.63 (P)<br>$21,257.72 (U)<br>$28,214.35 (T) | NORTEL<br>NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC TRANSFEROR: KLEIN, RAQUEL S. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | 8715 11/4/13 NO DEBTOR | - (S) - (A) $39,126.15 (P) - (U) $39,126.15 (T) | Disallowed | | The claim asserts liability for termination benefits. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. Claim is redundant of claim 8739 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8739 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding onall participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| HAIN CAPITAL HOLDINGS, LLC AS ASSIGNEE FOR RAQUEL KLEIN 301 ROUTE 17 NORTH, 7TH FLOOR RUTHERFORD, NJ 07070 | 8739 1/31/14 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $39,126.15 (U) $39,126.15 (T) | - (S) - (A) $3,395.12 (P) $43,907.97 (U) $47,303.09 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HICE, JAN 6215 WILLIAM EDGAR DRIVE ALEXANDRIA, VA 22310 | 730 3/27/09 09-10138 Nortel Networks Inc. | - (S) - (A) $12,041.05 (P) - (U) $12,041.05 (T) | Disallowed | | The Claim asserts liability for pension benefits. Claim is redundant of claim 8389 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8389 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HICE, JAN<br>6215 WILLIAM EDGAR DRIVE<br>ALEXANDRIA, VA  22310 | 8389<br>10/12/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,242.67 (P)<br>- (U)<br>$14,242.67 (T) | - (S)<br>- (A)<br>- (P)<br>$13,398.42 (U)<br>$13,398.42 (T) | NORTEL<br>NETWORKS<br>(CALA) INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HILGER, DAVID J.<br>3748 CREEKSIDE CT.<br>ANN ARBOR, MI 48105 | 8034<br>10/31/11<br>NO DEBTOR | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$5,343.01 (U)<br>$5,343.01 (T) | NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| KAEPPLEIN, MARK<br>11 PALMER STREET<br>ARLINGTON, MA 02474 | 4508<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,131.54 (U)<br>$14,081.54 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 4509 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4509 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| KAEPPLEIN, MARK<br>11 PALMER STREET<br>ARLINGTON, MA 02474 | 4509<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,263.18 (P)<br>$100.00 (U)<br>$1,363.18 (T) | - (S)<br>- (A)<br>$7,017.01 (P)<br>$12,684.53 (U)<br>$19,701.54 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KEATES, ROB 10519 138 ST NW EDMONTON, AB  T5N 2J5 CANADA | 137 2/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $104,779.50 (U) $104,779.50 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding onall participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KEATES, ROB 10519 138 ST NW EDMONTON, AB  T5N 2J5 CANADA | 7629 3/7/11 09-10138 Nortel Networks Inc. | - (S) - (A) $205,092.33 (P) - (U) $205,092.33 (T) | - (S) - (A) - (P) $2.53 (U) $2.53 (T) | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: OFFERS, ALBERT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ  07601 | 918 4/13/09 NO DEBTOR | - (S) - (A) - (P) $110,423.00 (U) $110,423.00 (T) | - (S) - (A) $737.09 (P) $113,836.35 (U) $114,573.44 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| MANARAS, JOHN 99 COLBOURNE CRESCENT BROOKLINE, MA  02445-4571 | 1859 8/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $6,837.46 (U) $6,837.46 (T) | - (S) - (A) - (P) $11,202.44 (U) $11,202.44 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| MARCANO, PEDRO 51 MASSACHUSSETTS AVE WALPOLE, MA  02081 | 4254 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $62,346.50 (U) $62,346.50 (T) | - (S) $569.80 (A) - (P) $17,678.90 (U) $18,248.70 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MCCLELLAND, BRUCE<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA  30005 | 3347<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,175.23 (P)<br>- (U)<br>$1,175.23 (T) | - (S)<br>- (A)<br>- (P)<br>$1,293.61 (U)<br>$1,293.61 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| MCMAHON, GAYLE<br>2020 GRAND PRIX DRIVE<br>ATLANTA, GA  30345 | 1627<br>7/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,285.80 (U)<br>$16,285.80 (T) | - (S)<br>- (A)<br>- (P)<br>$25,874.12 (U)<br>$25,874.12 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MEADOWS, BARBARA L.<br>1436 NORWOOD CREST CT.<br>RALEIGH, NC  27614 | 120<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | $48,249.72 (S)<br>- (A)<br>$48,249.72 (P)<br>- (U)<br>$48,249.72 (T) | - (S)<br>- (A)<br>- (P)<br>$31,119.71 (U)<br>$31,119.71 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLAE, NC  28466-2360 | 2118<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,262.53 (U)<br>$4,262.53 (T) | - (S)<br>- (A)<br>- (P)<br>$6,543.37 (U)<br>$6,543.37 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC  28466-2360 | 2174<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$24,789.90 (U)<br>$24,789.90 (T) | - (S)<br>- (A)<br>- (P)<br>$6,543.37 (U)<br>$6,543.37 (T) | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MERRILL, ALBERT III (DECEASED) JOANNE MERRILL 316 PONFIELD RD W FOREST HILL, MD 20150 | 2989 9/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $7,259.39 (U) $7,259.39 (T) | - (S) - (A) - (P) $6,164.49 (U) $6,164.49 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| MURPHY, JOHN 3518 KINGBARD SAN ANTONIO, TX 78230 | 2364 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) $331.11 (P) - (U) $331.11 (T) | - (S) - (A) - (P) $516.46 (U) $516.46 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| OFFERS, ALBERT 2352 HEDGEWOOD LANE ALLEN, TX 75013 | 1046 4/27/09 NO DEBTOR | - (S) - (A) $290,090.00 (P) - (U) $290,090.00 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ORDER, KIM 15 DANE CIRCLE TYNGSBORO, MA  01879 | 232 2/9/09 09-10138 Nortel Networks Inc. | - (S) - (A) $89,172.41 (P) - (U) $89,172.41 (T) | - (S) - (A) - (P) $66,169.96 (U) $66,169.96 (T) | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. <br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. <br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| PEARSON, CLARK 2308 GLASGOW DR CERES, CA  95307 | 1426 6/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $8,304.08 (U) $8,304.08 (T) | - (S) - (A) - (P) $7,862.20 (U) $7,862.20 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PEIRETTI, DANIEL 1475 KITE CT WESTON, FL 33327 | 5786 10/1/09 09-10138 Nortel Networks Inc. | Unspecified* | - (S) - (A) $47.30 (P) $21.30 (U) $68.60 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| PERRY, ROY F. 6719 WALKER CT LONGMONT, CO 80503 | 8109 12/5/11 NO DEBTOR | - (S) - (A) $1,453.26 (P) - (U) $1,453.26 (T) | - (S) - (A) - (P) $2,193.15 (U) $2,193.15 (T) | NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PEZZULLO, WILLIAM 2036 LAZIO LANE APEX, NC  27502 | 5 1/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $15,024.50 (P) $63,304.21 (U) $78,328.71 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 8178 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8178 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| PEZZULLO, WILLIAM 117 STERLING RIDGE WAY CARY, NC  27519 | 3413 9/21/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $5,500.00 (U) $5,500.00 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 8178 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8178 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| PEZZULLO, WILLIAM 2036 LAZIO LANE APEX, NC  27502 | 8178 1/23/12 09-10138 Nortel Networks Inc. | - (S) - (A) $18,911.76 (P) $65,104.21 (U) $84,015.97 (T) | - (S) - (A) $5,224.58 (P) $71,789.20 (U) $77,013.78 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| PEZZULLO, WILLIAM V. 117 STERLING RIDGE WAY CARY, NC  27519 | 3404 9/21/09 09-10138 Nortel Networks Inc. | - (S) - (A) $5,506.82 (P) - (U) $5,506.82 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 8178 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8178 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| PHILLIPS, LILLIAN 5127 CHALET LANE DALLAS, TX  75232 | 3279 9/21/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 3280 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3280 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| POINDEXTER, SARAH 8620 ANCHOR ON LANIER CT GAINESVILLE, GA 30506-6785 | 327 2/17/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,793.62 (P) - (U) $7,793.62 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 2196 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2196 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| POINDEXTER, SARAH J. 8620 ANCHOR ON LANIER CT GAINESVILLE, GA 30506-6785 | 2196 8/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,817.07 (P) - (U) $7,817.07 (T) | - (S) - (A) - (P) $8,052.97 (U) $8,052.97 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| POTEET, MICHAEL 12839 PARAPET WAY OAK HILL, VA 20171 | 6715 1/15/10 09-10138 Nortel Networks Inc. | - (S) - (A) $9,860.06 (P) - (U) $9,860.06 (T) | - (S) - (A) - (P) $11,046.27 (U) $11,046.27 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| RANDALL, GARY<br>18461 CREEK DR<br>FT MYERS, FL  33908 | 8413<br>12/3/12<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$6,910.23 (U)<br>$6,910.23 (T) | - (S)<br>- (A)<br>- (P)<br>$11,427.79 (U)<br>$11,427.79 (T) | NORTEL<br>NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| SAFFELL, CHARLES<br>39897 CHARLES TOWN PIKE<br>HAMILTON, VA  20158 | 2510<br>9/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$28,041.32 (U)<br>$28,041.32 (T) | - (S)<br>- (A)<br>- (P)<br>$31,378.69 (U)<br>$31,378.69 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SIGARTO, SAMUEL<br>1509 LIATRIS LANE<br>RALEIGH, NC  27613 | 2581<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,958.42 (P)<br>- (U)<br>$3,958.42 (T) | - (S)<br>- (A)<br>- (P)<br>$6,487.05 (U)<br>$6,487.05 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| SOLUS CORE OPPORTUNITIES LP<br>TRANSFEROR: BENDER, ALBERT<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY  10022 | 8408<br>11/19/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,985.72 (U)<br>$16,985.72 (T) | - (S)<br>- (A)<br>- (P)<br>$10.18 (U)<br>$10.18 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| SOLUS RECOVERY FUND LP<br>TRANSFEROR: CULOTTI, PETER L.<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY  10022 | 256<br>2/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$58,562.50 (U)<br>$58,562.50 (T) | - (S)<br>- (A)<br>$5,681.39 (P)<br>$93,346.93 (U)<br>$99,028.32 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SOLUS RECOVERY FUND LP TRANSFEROR: MEHROTRA, PRASHANT ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK, NY 10022 | 6486 12/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $18,691.12 (P) - (U) $18,691.12 (T) | - (S) - (A) - (P) $21,867.43 (U) $21,867.43 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| STEPHENSON, ANGELA<br>1300 CHAMPION FOREST CT.<br>WHEATON, IL  60187 | 3883<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,015.73 (P)<br>- (U)<br>$2,015.73 (T) | - (S)<br>- (A)<br>- (P)<br>$3,353.14 (U)<br>$3,353.14 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TASKER, HAROLD 1950 ELM TREE ROAD ELM GROVE, WI 53122 | 473 3/5/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,197.07 (P) $42,724.14 (U) $49,921.21 (T) | - (S) - (A) $7,308.96 (P) $37,734.32 (U) $45,043.28 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| TRAVERS, JOHN<br>2821 LA NEVASCA LN<br>CARLSBAD, CA  92009 | 2667<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$71,095.00 (U)<br>$71,095.00 (T) | - (S)<br>- (A)<br>$4,567.27 (P)<br>$70,528.31 (U)<br>$75,095.58 (T) | NORTEL<br>NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Redundant, No-Basis Deferred Compensation and No-Basis Pension Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| VALIA, ASHOWA<br>33 QUEEN ANNE ROAD<br>TORONTO, ON  M8X 1T1<br>CANADA | 7397<br>8/30/10<br>NO DEBTOR | - (S)<br>- (A)<br>$50,202.78 (P)<br>- (U)<br>$50,202.78 (T) | - (S)<br>- (A)<br>- (P)<br>$50,249.75 (U)<br>$50,249.75 (T) | NORTEL<br>NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based oncareful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| Totals: | 59 Claims | $48,249.72 (S)<br>- (A)<br>$1,117,718.21 (P)<br>$1,006,271.38 (U)<br>$2,123,989.59 (T) | - (S)<br>$684.82 (A)<br>$56,267.12 (P)<br>$1,115,839.45 (U)<br>$1,172,791.39 (T) | | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed