IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------
In re                                            :   Chapter 11
                                                 :
                                                 :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]               :
                                                 :   Jointly Administered
                   Debtors.                      :
                                                 :   **Re: Docket No. 14052**
---------------------------------------------------

**NOTICE OF SUBMISSION OF THE NORTEL NETWORKS UK PENSION
TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION
FUND'S BINDER OF FOREIGN AUTHORITIES CITED IN THE
RESPONDING BRIEF OF THE U.K. PENSION CLAIMANTS
REGARDING POST-PETITION INTEREST ISSUES**

PLEASE TAKE NOTICE that the UK Pension Trust Limited and the Board of the Pension Protection Fund hereby submit a binder of foreign authorities cited in the *Responding Brief of the U.K. Pension Claimants Regarding Post-Petition Interest Issues* [D.I. 14052].

PLEASE TAKE FURTHER NOTICE that the following is a list of foreign authorities submitted to the Court:

Case Law

1. *Re Ted Leroy Trucking [Century Services] Ltd.*, 2010 SCC 60, 2010 CarswellBC 3419

2. *Royal Bank of Canada v. Sparrow Electric Corp*, [1997] 1 S.C.R. 411

3. *Morguard Properties Ltd. v. Winnipeg (City)*, [1983] S.C.R. 493

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02541265v1}

4. *Greater Toronto Airports Authority v. International Lease Finance Corp.* [*Re Canada 3000 Inc.*] (2004) 69 O.R. (3d) 1 (C.A.), 2004 CarswellOnt 149

5. *Thibodeau v. Thibodeau*, 2011 ONCA 110, 2011 CarswellOnt 686

6. *Re Indalex Limited,* 2013 SCC 6, 2013 CarswellOnt 733

7. *Re. Nortel Networks Corp.,* 50 C.B.R. (5th) 77, 2009 CarswellOnt 146

8. CED 4th (online), *Interpretation of Statues*, Common Law Rules (III.3.(n)(i))

9. *Re Ivaco Inc.* (2006), 83 O.R. (3d) 108, 2006 CarswellOnt 6292

Dated: July 22, 2014
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
       jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*