IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
*In re* ) Chapter 11
)
Nortel Networks Inc., *et al.,* .[1] ) Case No. 09-10138 (KG)
) (Jointly Administered)
Debtors )
------------------------------------------------------x   Re: D.I. No. 14061

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2014 true and correct copies of the

**Reply of the Canadian Creditors Committee re Motion re Cross-Over Bonds** were served by

electronic mail on the Allocation Core Parties E-Mail Service List and were caused by the

undersigned to be served by first-class mail on the Rule 2002 Service List provided by the

above-captioned Debtors through their Epiq Systems website located at www.epiqsystems.com.

Dated: July 22, 2014
       Wilmington, DE

                                    /s/   Selinda A. Melnik
                                    Selinda A. Melnik (DE Bar ID 4032)
                                    DLA PIPER LLP (US)
                                    1201 North Market Street, Suite 2100
                                    Wilmington, DE 19801
                                    Telephone: (302) 468-5650

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.