IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. |  |
| ------------------------------------------------------------X |  |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 25, 2014 AT 9:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

1. Scheduling Order Re: Interest Issues (D.I. 13910, Entered 6/30/14).

   Objection Deadline: July 15, 2014 at 4:00 p.m. (ET).

   Opening Briefs:

   (a) US Debtors' Submission on the Interest Issues (D.I. 14019, Filed 7/15/14);

   (b) Brief of Wilmington Trust, National Association, as Successor Indenture Trustee, Addressing the Interest Issues (D.I. 14021, Filed 7/15/14);

   (c) Amended Brief of the UK Pension Claimants Regarding Post-Petition Interest Issues (D.I. 14039, Filed 7/16/14);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

(d)  Opening Brief of the Monitor and the Canadian Debtors Regarding Post-Petition Interest and Related Issues (D.I. 14023, Filed 7/15/14);

(e)  Memorandum of Law of the Official Committee of Unsecured Creditors Regarding Entitlement of US Creditors to Postpetition Interest (D.I. 14024, Filed 7/15/14);

(f)  Opening Brief on the *Ad Hoc* Group of Bondholders, Law Debenture Trust Company of New York, as Trustee, and the Bank of New York Mellon, as Trustee, with Respect to Monitor's Request that the Court Determine Bondholder Entitlement to Post-Petition Interest and Additional Bondholder Claims Issues Under U.S. Law (D.I. 14025, Filed 7/15/14)

(g)  Notice of Submission of the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund's Binder of Foreign Authorities Cited in the Brief of the U.K. Pension Claimants Regarding Post-Petition Issues (D.I. 14026, Filed 7/15/14);

(h)  Written Submissions of the Canadian Creditors' Committee (Motion Re Cross-Over Bonds) (Returnable July 25, 2014) (D.I. 14032, Filed 7/15/14);

(i)  Supplemental Opening Brief of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, with Respect to Monitor's Request that the Court Determine Bondholder Entitlement to Post-Petition Interest and Additional Bondholder Claims Issues Under U.S. Law (D.I. 14028, Filed 7/15/14);

(j)  Joinder of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. in Bondholder Pleading (D.I. 14029, Filed 7/15/14); **and**

**(k)  Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Monitor's Opening Submissions Regarding Post-Petition Interest and Related Issues in Connection with the Joint Hearing Scheduled for July 25, 2014 (D.I. 14033, Filed 7/15/14).**

Reply Briefs:

(a)  Responding Brief of the UK Pension Claimants Regarding Post-Petition Interest Issues (D.I. 14052, Filed 7/22/14);

(b)  Response of the *Ad Hoc* Group of Bondholders, Law Debenture Trust Company of New York, as Trustee, and the Bank of New York Mellon, as Trustee, to the Opening Briefs of the Monitor and Canadian Debtors, U.K. Pension Claimants, Canadian Creditors Committee, and Wilmington Trust Regarding Bondholder Entitlement to Post-Petition Interest and Additional Bondholder Claims Issues Under U.S. Law (D.I. 14053, Filed 7/22/14);

(c)  Reply Brief of the Monitor and the Canadian Debtors Regarding Post-Petition Interest and Related Issues (D.I. 14054, Filed 7/22/14);

(d)  Reply Brief of Wilmington Trust, National Association, as Successor Indenture Trustee, Addressing the Interest Issues (D.I. 14055, Filed 7/22/14);

(e)  Notice of Submission of the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund's Binder of Foreign Authorities Cited in the Responding Brief of the U.K. Pension Claimants Regarding Post-Petition Interest Issues (D.I. 14056, Filed 7/22/14);

(f)  Supplemental Reply Brief of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, with Respect to Monitor's Request that the Court Determine Bondholder Entitlement to Post-Petition Interest and Additional Bondholder Claims Issues Under U.S. Law (D.I. 14057, Filed 7/22/14);

(g)  Reply Brief of the Official Committee of Unsecured Creditors Regarding Entitlement of US Creditors to Postpetition Interest (D.I. 14058, Filed 7/22/14);

(h)  Reply of the Canadian Creditors' Committee (Motion Re Cross-Over Bonds) (D.I. 14061, Filed 7/22/14); and

(i)  Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Monitor's Reply Submissions Regarding Post-Petition Interest and Related Issues in Connection with the Joint Hearing Scheduled for July 25, 2014 (D.I. 14063, Filed 7/22/14).

Status:  A hearing on this matter is going forward.

| | |
|---|---|
| Dated: July 23, 2014<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>   */s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

8407219.1