# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross (Nortel Trial Only)
### Courtroom

1st Revision 07/24/2014 11:59 AM

Calendar Date: 07/24/2014
Calendar Time: 03:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375512 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375483 | Justin Alberto | (302) 429-4226 | Bayard P.A. | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375624 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375694 | Scott Bomhof | (416) 865-7370 | Torys, LLP | Debtor, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375432 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375619 | Mary Caloway | 302-552-4209 | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375887 | Jay Carfagnini | (416) 597-4107 | Goodmans, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375481 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrators and Foreign Representatives / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375640 | Kenneth Coleman | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375505 | Ann C. Cordo | (302) 351-9459 ext. 00 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375522 | David Crichlow | (212) 940-8941 | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375575 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Creditor, UK Pension Trust LTD / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375513 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375722 | Dennis Dunne | 212-530-5770 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Group of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375982 | Weston T. Eguchi | (212) 728-8881 | Willkie Farr & Gallagher LLP | Creditor, The UK Pension Trust Ltd / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375999 | Brett Fallon | 302-888-6888 | Morris James LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375498 | Matthew Gottlieb | (416) 598-1744 | Lax O'Sullivan Scott Lisus LLP | Administrator(s), Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375699 | Andrew Gray | (416) 865-7630 | Torys, LLP | Debtor, Nortel Networks, Inc. and Parallel Canadian Proceedings / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375578 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375632 | Daniel Guyder | 212-756-1132 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6376167 | Lily Harmer | (416) 646-4326 | Paliare Roland & Rosenberg | Representing, Superintendent of Financial Services as Administrator / LISTEN ONLY |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375428 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375893 | Timothy Hoeffner | (212) 335-4640 | DLA Piper US, LLP | Debtor, Nortel Network Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375556 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed, LLP | Interested Party, The Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375540 | Arthur Jacques | (416) 214-5213 | Shibley Righton, LLC. | Creditor, Nortel Cont. Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375445 | Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375709 | Peter J Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375714 | Michael J. Kennedy | 312-984-9711 | Chilmark Partners | Interested Party, Chilmark Partners / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375588 | Kenneth D Kraft | 416-863-4374 | Dentons Canada LLP | Successor/Trustee, Wilmington Trust, National Association / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375712 | Edmond Lamek | (416) 367-6311 | Borden Ladner Gervais LLP | Creditor, Law Debenture / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375728 | Andrew LeBlanc | 212-530-5000 | Milbank, Tweed, Hadley & McCloy, LL | Interested Party, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375479 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375733 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |

| Case Name | Case # | Proceeding | App ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375516 | Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Creditor, Canadian Creditors Committee / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375495 | D.J. Miller | 416-304-0559 | Thornton Grout Finnigan LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6376111 | Stephen Miller | (302) 888-6853 | Morris James LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375591 | Dan Mindel | (724) 321-2961 | Ernst & Young, LLP | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375609 | James Norris-Jones | (302) 571-6710 | Herbert Smith | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375503 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375673 | Neil J. Oxford | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375595 | Kevin Pullen | (302) 571-6710 | Herbert Smith | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375439 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375482 | John Ray | (630) 613-7300 | Avidity Partners/ Trustee | Client, John Ray / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375548 | Michael J. Riela | 212-407-7766 | Vedder Price P.C. | Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375546 | Ken Rosenberg | (416) 646-4304 | Paliare Roland & Rosenberg | Representing, Pension Benefits Guarantee Fund / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375450 | Chris Samis | 302-651-7886 | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375497 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375789 | Sheryl Seigel | (416) 865-7790 | McMillan LLP | Creditor, Bank of New York Mellon / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375510 | Michael S. Shakra | (416) 304-0332 | Thornton Grout Finnigan LLP | Creditor, UK Pension Claimants / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375473 | Adam M. Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375648 | Jennifer Stam | (416) 862-5697 | Gowlings Lafleur & Henderson LLP | Debtor, Canadian Debtor / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375695 | James Tecce | (212) 849-7000 | Quinn Emanuel Urquhart & Sullivan, L | Interested Party, Solus Alternative Asset Managment LP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375492 | Barbara Walancik | (416) 542-6288 | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375587 | John Whiteoak | (302) 571-6710 | Herbert Smith | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375476 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Michael J. Wunder / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6375924 | Benjamin Zarnett | (416) 597-4204 | Goodmans, LLP | Monitor, Ernst & Young / LIVE |