Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **23 July 2014**        Our Ref: **GDB/CCN01.00001**        Invoice No.: **371600**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 11,927.00 |
| For the period to 30 June 2014. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 5.64 |
|  | 0.00 |  | 11,932.64 |
|  |  | VAT | 0.00 |
|  |  | Total | 11,932.64 |
|  |  | Balance Due | 11,932.64 |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 371600 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2014

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner | Angela Pearson | 0.70 | 518.00 | (C0029) |
|  |  | **0.70** | **518.00** |  |
| Senior Associate | Antonia Croke | 0.60 | 348.00 | (C0003) |
|  |  | 5.00 | 2,900.00 | (C0007) |
|  |  | 9.70 | 5,626.00 | (C0029) |
|  |  | **15.30** | **8,874.00** |  |
| Associate | Lindsey Roberts | 0.70 | 318.50 | (C0007) |
|  |  | 0.50 | 227.50 | (C0029) |
|  |  | **1.20** | **546.00** |  |
| Junior Associate | Sophie Law | 3.80 | 1,482.00 | (C0003) |
|  |  | 0.40 | 156.00 | (C0007) |
|  |  | 0.90 | 351.00 | (C0029) |
|  |  | **5.10** | **1,989.00** |  |
|  | **TOTAL** | **22.30** | **11,927.00** |  |

## Matter: CCN01.00001 - BANKRUPTCY

### C0003     Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.60 | 580.00 | 348.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 3.80 | 390.00 | 1,482.00 |
| | | | Total | 1,830.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/06/2014 | Antonia Croke | LETT | Review email from Witters, Barbara Re: Nortel - Exhibit Interim Order (Twentieth Interim Period); email SLAW re same | 0.10 | 580.00 | 58.00 |
| 06/06/2014 | Antonia Croke | LETT | Emailw Sophie Law Re: RE: Nortel - Exhibit Interim Order (Twentieth Interim Period) | 0.10 | 580.00 | 58.00 |
| 06/06/2014 | Sophie Law | LETT | Emails B Witters re interim fee app exhibit, review and amend numbers, exchange rates | 0.70 | 390.00 | 273.00 |
| 09/06/2014 | Antonia Croke | LETT | Review emails re 20th interim period order and Ashurst fees | 0.20 | 580.00 | 116.00 |
| 10/06/2014 | Antonia Croke | LETT | Emails re Ashurst fees | 0.10 | 580.00 | 58.00 |
| 10/06/2014 | Sophie Law | LETT | Email B Kahn re May fee estimates | 0.10 | 390.00 | 39.00 |
| 16/06/2014 | Sophie Law | LETT | Emails costs dept re payment of interim fee application and printing write-offs | 0.20 | 390.00 | 78.00 |
| 25/06/2014 | Sophie Law | LETT | Review Ashurst May Invoice, amends, to costs for processing | 0.20 | 390.00 | 78.00 |
| 25/06/2014 | Sophie Law | LETT | Prepare May monthly fee app | 1.10 | 390.00 | 429.00 |
| 26/06/2014 | Antonia Croke | LETT | Emails re Ashurst fee app | 0.10 | 580.00 | 58.00 |
| 26/06/2014 | Sophie Law | LETT | Check previous fee apps re Ashurst fee increases; finalise and send May fee app to Akin Gump | 1.30 | 390.00 | 507.00 |
| 30/06/2014 | Sophie Law | LETT | Review prelim report from fee examiner | 0.20 | 390.00 | 78.00 |
| | | | | | | 1,830.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0007     Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** |  |  |  |  |
| ACROKE | Antonia Croke | 5.00 | 580.00 | 2,900.00 |
| **Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 0.70 | 455.00 | 318.50 |
| SLAW | Sophie Law | 0.40 | 390.00 | 156.00 |
|  |  |  | Total | **3,374.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/06/2014 | Antonia Croke | LETT | Review agenda for UCC call; emails LROBER and SLAW re same | 0.20 | 580.00 | 116.00 |
| 04/06/2014 | Lindsey Roberts | PHON | Weekly UCC call | 0.60 | 455.00 | 273.00 |
| 09/06/2014 | Antonia Croke | LETT | Emails re UCC call; emails SLAW re same | 0.50 | 580.00 | 290.00 |
| 09/06/2014 | Antonia Croke | READ | Review Capstone slides for UCC call | 0.30 | 580.00 | 174.00 |
| 09/06/2014 | Antonia Croke | ATTD | Attend UCC call | 1.10 | 580.00 | 638.00 |
| 12/06/2014 | Antonia Croke | ATTD | Attend UCC call | 1.00 | 580.00 | 580.00 |
| 12/06/2014 | Antonia Croke | READ | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 12/06/2014 | Sophie Law | LETT | Review agenda for UCC call | 0.10 | 390.00 | 39.00 |
| 18/06/2014 | Antonia Croke | LETT | Emails Akin and Ashurst re re-scheduled UCC call | 0.20 | 580.00 | 116.00 |
| 18/06/2014 | Sophie Law | LETT | Email ACROKE, LROBER re UCC call tomorrow | 0.10 | 390.00 | 39.00 |
| 19/06/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 19/06/2014 | Antonia Croke | ATTD | Attend UCC call | 0.60 | 580.00 | 348.00 |
| 24/06/2014 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 580.00 | 58.00 |
| 24/06/2014 | Sophie Law | LETT | Emails Akin and Ashurst team re UCC call tomorrow | 0.20 | 390.00 | 78.00 |
| 25/06/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 25/06/2014 | Antonia Croke | ATTD | Attend UCC call | 0.70 | 580.00 | 406.00 |
| 25/06/2014 | Lindsey Roberts | PHON | Weekly UCC Call | 0.10 | 455.00 | 45.50 |

                                                                                     **3,374.50**

Matter: CCN01.00001 - BANKRUPTCY

### C0029    Intercompany Analysis

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.70 | 740.00 | 518.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 9.70 | 580.00 | 5,626.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.50 | 455.00 | 227.50 |
| SLAW | Sophie Law | 0.90 | 390.00 | 351.00 |
| | | | Total | **6,722.50** |

Matter: CCN01.00001 - BANKRUPTCY

## C0029 — Intercompany Analysis

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2014 | Antonia Croke | LETT | Review emails RE: Revised order of witness appearance | 0.10 | 580.00 | 58.00 |
| 02/06/2014 | Antonia Croke | LETT | Review email from Rozenberg, Inna Re: Nortel Networks: Supplemental Order re Use of Documents | 0.10 | 580.00 | 58.00 |
| 04/06/2014 | Antonia Croke | LETT | Review emails Re: Demonstratives and designations | 0.20 | 580.00 | 116.00 |
| 04/06/2014 | Lindsey Roberts | READ | Review of emails re: allocation update | 0.20 | 455.00 | 91.00 |
| 05/06/2014 | Antonia Croke | LETT | Review emails re demonstratives, designations and Gross J message | 0.10 | 580.00 | 58.00 |
| 05/06/2014 | Antonia Croke | LETT | Review email from Hanrahan, Andrew Re: Nortel - UKPC Supplemental Designations | 0.10 | 580.00 | 58.00 |
| 13/06/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Witness Schedule Update | 0.10 | 580.00 | 58.00 |
| 13/06/2014 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn Re: Nortel- Update on allocation discussions | 0.10 | 580.00 | 58.00 |
| 13/06/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel: Updated Notice of Remaining Witnesses for Trial | 0.10 | 580.00 | 58.00 |
| 13/06/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: RE: Nortel - Witness Schedule Update | 0.10 | 580.00 | 58.00 |
| 13/06/2014 | Angela Pearson | READ | Review emails re:allocation proposals | 0.20 | 740.00 | 148.00 |
| 15/06/2014 | Antonia Croke | LETT | Review emails re update on allocation discussions | 0.50 | 580.00 | 290.00 |
| 15/06/2014 | Sophie Law | LETT | Various emails Sat/Sun re update on allocation discussions | 0.40 | 390.00 | 156.00 |
| 16/06/2014 | Antonia Croke | LETT | Review emails re demonstratives | 0.10 | 580.00 | 58.00 |
| 16/06/2014 | Antonia Croke | READ | Review parties' allocation proposals and emails re same | 1.00 | 580.00 | 580.00 |
| 16/06/2014 | Angela Pearson | READ | Review emails re: allocation proposals | 0.50 | 740.00 | 370.00 |
| 16/06/2014 | Lindsey Roberts | LETT | Emails re: allocation proposals | 0.30 | 455.00 | 136.50 |
| 18/06/2014 | Antonia Croke | LETT | Review emails from 17/18 June re designations and demonstratives | 0.40 | 580.00 | 232.00 |
| 19/06/2014 | Antonia Croke | LETT | Review emails re designations and demonstratives | 0.10 | 580.00 | 58.00 |
| 19/06/2014 | Antonia Croke | READ | Review Monitor's memorandum re Bondholder Claims Issues | 0.50 | 580.00 | 290.00 |
| 20/06/2014 | Antonia Croke | LETT | Review email from Gianis, Margot A. Re: demonstratives | 0.10 | 580.00 | 58.00 |
| 20/06/2014 | Antonia Croke | LETT | Review Memorandum of the US Parties re interest issues | 0.60 | 580.00 | 348.00 |
| 20/06/2014 | Antonia Croke | READ | Review Capstone creditor recovery scenarios | 0.60 | 580.00 | 348.00 |
| 20/06/2014 | Antonia Croke | LETT | Review emails re US pleading re postpetition issues raised by the monitor | 0.50 | 580.00 | 290.00 |
| 23/06/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Testimony of expert | 0.10 | 580.00 | 58.00 |
| 23/06/2014 | Antonia Croke | LETT | Review email from Vora, Samir Re: Nortel - expert | 0.10 | 580.00 | 58.00 |
| 23/06/2014 | Antonia Croke | LETT | Review emails Re: Oral closings | 0.20 | 580.00 | 116.00 |
| 23/06/2014 | Antonia Croke | READ | Review UKP reply to US submission on PPI issue | 0.90 | 580.00 | 522.00 |
| 23/06/2014 | Antonia Croke | READ | Review Monitors reply memorandum re US submission on bondholder claim issues | 0.40 | 580.00 | 232.00 |
| 23/06/2014 | Antonia Croke | READ | Review CCC reply memorandum re US bond issues | 0.40 | 580.00 | 232.00 |
| 23/06/2014 | Antonia Croke | LETT | Review emails re: demonstratives | 0.10 | 580.00 | 58.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0029      Intercompany Analysis

| Date | Name | | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 23/06/2014 | Antonia Croke | LETT | Review emails Re: Supplemental Designations and use of docs at trial | 0.10 | 580.00 | 58.00 |
| 24/06/2014 | Antonia Croke | LETT | Review emails Re: US Supplemental Designations and demonstratives | 0.10 | 580.00 | 58.00 |
| 24/06/2014 | Sophie Law | LETT | Review various emails 19 - 24 June re Party pleadings, testimony of expert, bondholder interest matter | 0.50 | 390.00 | 195.00 |
| 25/06/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - EMEA Supplemental Exhibit and Deposition Designations | 0.10 | 580.00 | 58.00 |
| 25/06/2014 | Antonia Croke | LETT | Review email from Ruby, Peter Re: Written and oral argument | 0.10 | 580.00 | 58.00 |
| 25/06/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: RE: Nortel Networks: Court Conferences on Friday, June 27 | 0.10 | 580.00 | 58.00 |
| 25/06/2014 | Antonia Croke | LETT | Review letter from Mark Berenblut | 0.10 | 580.00 | 58.00 |
| 25/06/2014 | Antonia Croke | LETT | Review Capstone Bond Pricing Update | 0.40 | 580.00 | 232.00 |
| 26/06/2014 | Antonia Croke | LETT | Review US debtors Notice of Clawback | 0.10 | 580.00 | 58.00 |
| 26/06/2014 | Antonia Croke | LETT | Review email from Rosenthal, Jeffrey A. Re: Written and oral argument | 0.10 | 580.00 | 58.00 |
| 26/06/2014 | Antonia Croke | LETT | Review email from Ruby, Peter Re: Written and oral argument | 0.10 | 580.00 | 58.00 |
| 26/06/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Court Conferences on Friday, June 27 | 0.10 | 580.00 | 58.00 |
| 26/06/2014 | Antonia Croke | LETT | Review email from Ruby, Peter Re: RE: Written and oral argument | 0.10 | 580.00 | 58.00 |
| 26/06/2014 | Antonia Croke | LETT | Review email from Armstrong, Christopher Re: - Motion re: French Proceedings | 0.10 | 580.00 | 58.00 |
| 27/06/2014 | Antonia Croke | LETT | Review emails re - Motion re: French Proceedings | 0.10 | 580.00 | 58.00 |
| 27/06/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: use of Court docs at trial | 0.10 | 580.00 | 58.00 |
| 27/06/2014 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn Re: Nortel- Update on Postpetition Interest and Allocation Schedules | 0.10 | 580.00 | 58.00 |
| 30/06/2014 | Antonia Croke | LETT | Review email from Cordo, Annie Re: Nortel - Proposed Scheduling Orders for Allocation and Interest Issues | 0.10 | 580.00 | 58.00 |
| 30/06/2014 | Antonia Croke | LETT | Review email from Cordo, Annie RE: Nortel - Proposed Scheduling Orders for Allocation and Interest Issues | 0.10 | 580.00 | 58.00 |

                                                                                                                                        **6,722.50**