Exhibit C

DISBURSEMENT SUMMARY

JUNE 01, 2014 THROUGH JUNE 30, 2014

| Document Production | £5.64 |
|---|---|
| TOTAL | £5.64 |