Exhibit D

**Detailed Disbursements Breakdown**

Document production – 94 sheets @ 0.06p                5.64