Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JUNE 01, 2014 THROUGH JUNE 30, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £740 | 0.7 | 518.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £580 | 15.3 | 8,874.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £455 | 1.2 | 546.00 |
| Sophie Law | Associate for 1 year; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £390 | 5.3 | 1,989.00 |
| **TOTAL** | | | 22.3 | **11,927.00** |

## COMPENSATION BY PROJECT CATEGORY
## JUNE 01, 2014 THROUGH JUNE 30, 2014

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 4.4 | 1,830.00 |
| Creditors Committee Meetings | 6.1 | 3,374.50 |
| Intercompany Analysis | 11.8 | 6,722.50 |
| TOTAL | 22.3 | 11,927.00 |