```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE

IN RE:                          )     Case No. 09-10138(KG)
                                )     (Jointly Administered)
                                )
NORTEL NETWORKS, et al.,        )     Chapter 11
                                )     Courtroom 3
                                )     824 Market Street
            Debtors.            )     Wilmington, Delaware
                                )
                                )     July 24, 2014
                                )     3:00 p.m.


                 TRANSCRIPT OF TELEPHONIC PROCEEDINGS
               BEFORE THE HONORABLE JUDGE KEVIN GROSS
                   UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:               Morris Nichols Arsht & Tunnell LLP
                           BY: DEREK ABBOTT, ESQ.
                           BY: ANN CORDO, ESQ.
                           (302) 351-9357

                           Cleary Gottlieb Steen & Hamilton
                           BY: LISA SCHWEITZER, ESQ.
                           (212) 225-2000

                           Tory's LLP
                           BY: ADAM M. SLAVENS, ESQ.
                           BY: SCOTT BOMHOF, ESQ
                           BY: ANDREW GRAY, ESQ.
                           (416) 865-7333


ECRO:                      GINGER MACE

Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Official Committee
Of Unsecured Creditors:  Akin Gump Strauss Hauer & Feld
                         BY: FRED HODARA, ESQ.
                         BY: DAVID BOTTER, ESQ.
                         BY: CHRIS SAMIS, ESQ.
                         BY: BRAD KAHN, ESQ.
                         BY: ABID QURESHI, ESQ.
                         (212) 872-1000

                         Capstone Advisory Group, LLC
                         BY: NORMAN E. HASLUN, III
                         (212) 782-1404

For Canadian Debtors
& Monitor:               Allen & Overy
                         BY: JOSEPH BADKE-BERKOW, ESQ.
                         BY: KENNETH COLEMAN, ESQ.
                         BY: DANIEL GUYDER, ESQ.
                         (212) 610-6300

                         Buchanan Ingersoll & Rooney, PC
                         BY: MARY CALOWAY, ESQ.
                         (302) 552-4214

For Monitor, Ernst
& Young:                 Goodmans, LLP
                         BY: JAY CARFAGNINI, ESQ.
                         BY: BENJAMIN ZARNETT, ESQ.
                         (416) 597-4107

For Canadian Debtor:     Gowlings Lafleur & Henderson, LLP
                         BY: JENNIFER STAM, ESQ.
                         (416) 862-5697

For UK Pension
Claimants:               Bayard, PA
                         BY: JUSTIN R. ALBERTO, ESQ.
                         (302) 429-4226

                         Willkie Farr & Gallagher, LLP
                         BY: BRIAN E. O'CONNOR, ESQ.
                         BY: WESTON T. EGUCHI, ESQ.
                         (212) 728-8000
For Joint
Administrators:          Young Conaway Stargatt & Taylor
                         BY: JAIME CHAPMAN, ESQ.
                         (302) 571-6000
```

                                    Hughes Hubbard & Reed LLP
                                    BY: CHARLES HUBERTY, ESQ.
                                    BY: NEIL J. OXFORD, ESQ.
                                    (212) 837-6000

For Ad Hoc Bondholder
Group:                              Pachulski Stang Ziehl & Jones
                                    BY: PETER KEANE, ESQ.
                                    (302) 652-4100

For Solus Alternative
Asset Management:                   Quinn Emanuel Urquhart & Sullivan
                                    BY: JAMES TECCE, ESQ.
                                    (212) 849-7000

For Wilmington Trust:               Katten Muchin Rosenman, LLP
                                    BY: DAVID CRICHLOW, ESQ.
                                    BY: KAREN B. DINE, ESQ.
                                    (212) 940-8800

For CCC:                            DLA Piper, LLP, U.S.
                                    BY: SELINDA A. MELNIK, ESQ.
                                    BY: TIMOTHY HOEFFNER, ESQ.
                                    (302) 468-5650

For Successor/Trustee
Wilmington Trust
National Association:               Dentons Canada, LLP
                                    BY: KENNETH D. KRAFT, ESQ.
                                    (416)863-4374

For Creditor, Former
Employees of Nortel
Canada:                             Koskie Minsky, LLP
                                    BY: BARBARA WALANCIK, ESQ.
                                    (416) 595-2087

For Nortel Cont.
Employees:                          Shibley Righton, LLC
                                    BY: ARTHUR JACQUES, ESQ.
                                    (416) 214-5213

For Creditor,
Bondholders:                        Milbank Tweed Hadley McCloy, LLP
                                    BY: THOMAS MATZ, ESQ.
                                    BY: ANDREW LEBLANC, ESQ.
                                    BY:  DENNIS DUNNE, ESQ.
                                    (212) 530-5000

For Bank of New York,
Mellon:                   Vedder Price, PC
                          BY: MICHAEL J. REILA, ESQ.
                          (212) 407-7766

                          McMillan, LLP
                          BY: SHERYL SEIGEL, ESQ.
                          (416) 865-7790

For Nortel Networks
UK Pension Trust:         Hogan Lovells US, LLP
                          BY: ANGELA DIMSDALE-GILL, ESQ.
                          (212) 918-3000

For Law Debenture
Trust:                    Patterson Belknap Webb & Tyler
                          BY: DANIEL A. LOWENTHAL, ESQ.
                          BY: BRIAN GUINEY, ESQ.
                          (212) 336-2305

                          Indenture James, LLP
                          BY: STEPHEN MILLER, ESQ.
                          BY: BRETT FALLON, ESQ.
                          (302) 888-6853

                          Borden Ladner Gervais, LLP
                          BY: EDMOND LAMEK, ESQ.
                          (416) 367-6311

                          Thornton Grout Finnigan, LLP
                          BY: D. J. MILLER, ESQ.
                          (416) 304-0559

For UK Pension
Claimants:                Thornton Grout Finnigan, LLP
                          BY: MICHAEL S. SHAKRA, ESQ.
                          (416)304-0332

For Joint
Administrators:           Lax O'Sullivan Scott Lisus, LLP
                          BY: MATTHEW GOTTLIEB, ESQ.
                          (416) 598-1744

                          Ernst & Young, LLP
                          BY: DAN MINDEL, ESQ.
                          (724) 321-2961

                          Herbert Smith
                          BY: JOHN WHITEOAK, ESQ.
                          BY: JAMES NORRIS-JONES, ESQ.

```
                                  BY: KEVIN PULLEN, ESQ.
                                  (302) 571-6710

For Superintendent of
Financial Services as
Administrator:            Pallare Roland & Rosenberg
                          BY: LILY HARMER, ESQ.
                          (416) 646-4326
For Pension Benefits
Guarantee Fund:           Pallare Roland & Rosenberg
                          BY: KEN ROSENBERG, ESQ.
                          (416) 646-4304

For John Ray:             Avidity Partners/Trustee
                          BY: JOHN RAY
                          (630) 613-7300

For Interested Party:     Cassels Brock & Blackwell, LLP
                          BY: MICHAEL J. WUNDER, ESQ.
                          (416) 860-6484

                          Chilmark Partners
                          BY: MICHAEL J. KENNEDY
                          (312) 984-9711
```

1   WILMINGTON, DELAWARE, THURSDAY, JULY 24, 2014, 3:00 P.M.

2          THE COURT:  Good afternoon, everyone.  Judge Gross

3   on the phone, and I will say that I haven't the faintest idea

4   what you're calling about, so I would love to hear from you.

5          MR. ABBOTT:  First I want to say thank you for

6   making yourself available on short notice.

7          THE COURT:  Of course.  Of course, Mr. Abbott.

8          MR. ABBOTT:  We do have what we think is obviously

9   quite good news.  I'll ask Ms. Schweitzer to inform the Court

10  exactly why we're here, but I just wanted to say thank you

11  for making yourself available.

12         THE COURT:  Of course, Mr. Abbott, and if it's

13  good news, no one better than Ms. Schweitzer to deliver it.

14         COURT CALL OPERATOR:  And pardon my interruption,

15  Your Honor.  This is the Court Call Operator.  Ms. Schweitzer

16  has disconnected at this time.

17         THE COURT:  Oh, she got excited.  Well, we'll wait

18  for her.

19         MR. LEBLANC:  Your Honor, this Andrew LeBlanc from

20  Milbank, Tweed, Hadley and McCoy.

21         THE COURT:  You're not going to steal the good

22  news from Ms. Schweitzer, are you?

23         MR. LEBLANC:  I'm certainly not going to, Your

24  Honor, but I think we should wait for Ms. Schweitzer then in

25  light of that.

1            THE COURT:  Yes, I think we should.

2            MR. LEBLANC:  And I expect that there's -- I

3  believe there's a filing being made as we speak, as well, but

4  we certainly should wait for Ms. Schweitzer.

5            THE COURT:  All right.  Let's do that, Mr.

6  LeBlanc, and I won't even tell her that you tried to steal it

7  from her.

8            MR. LEBLANC:  Thank you, Your Honor.

9            THE COURT:  All right.  I'm kidding, of course,

10 but --

11           MR. LEBLANC:  I just got an e-mail from her

12 saying, Your Honor, that she has dialed back in.  She got

13 disconnected.

14           THE COURT:  Oh, wonderful.  Thanks, Mr. LeBlanc.

15 By the way, I understand that there are a number of parties

16 on the phone.  I don't have the list yet of everyone on the

17 telephone.  That is being sent to me by Court Call, but I

18 recognize your voices by now, but if you'd like to be certain

19 that we get the record correct, announce yourself first.

20           MS. SCHWEITZER:  Your Honor, it's Lisa Schweitzer,

21 I actually just got dialed back in.  For some reason our line

22 broke.

23           THE COURT:  All right.  Yes, Ms. Schweitzer I was

24 saying -- you may not have heard it, that there's good news,

25 no one better to deliver it than you.

1        MS. SCHWEITZER:  Well, wonderful.  I would say I

2   was, right before I got hung up on, we were looking for the

3   hold music of the Beatles singing, We Can Work it Out.

4   (Laughter)

5        So we actually --

6        THE COURT:  And I was listening --

7        MS. SCHWEITZER:  I don't know if you --

8        THE COURT:  I was listening to a song, Wake Me Up

9   When It's All Over.

10  (Laughter)

11       MS. SCHWEITZER:  Wake up, Your Honor.  It might be

12  all over.

13       THE COURT:  Oh, my goodness.

14       MS. SCHWEITZER:  Well, not all over.

15       THE COURT:  All right.

16       MS. SCHWEITZER:  But we are here to tell you about

17  good news, which the Debtors view as very good news, which is

18  that we are in the process of filing, as we speak right now,

19  a Motion for Approval of the Settlement Agreement with the

20  Bondholders on the Post-Petition Interest issues as they are

21  against the U. S. Debtor.  As Your Honor knows, there is a

22  hearing scheduled tomorrow on the issue of the Bondholders,

23  the cross-over Bondholders' entitlement to Post-Petition

24  Interest as against the U. S. Debtors on the one hand, and

25  the Canadian Debtors on the other.  It's scheduled a joint

1    hearing.  You've been, I'm sure, inundated with all the

2    briefs that have been filed.  And without quizzing on whether

3    you've read every last case, you would see pretty quickly

4    that while it's a joint hearing, there are different legal

5    issues in the United States and Canada, as to whether and

6    when or how much Post-Petition Interest people would be

7    entitled to.  Certainly the briefing also shows, just by the

8    number of parties showing up, and the volume of cases cited,

9    that a substantial legal dispute exists on the how much issue

10   in the U. S.  When this page is clear solvency is just about

11   how much, and certainly the Bondholder group, the Indenture

12   Trustees and certain individual Bondholders have put in

13   substantial arguments and substantial briefing defending

14   their entitlement to Post-Petition Interest at a contract

15   rate.  The Monitor and certain other parties, obviously, put

16   in briefs disagreeing on the -- in seeking lower rates of

17   interest be paid.  Also, various parties have raised

18   different procedural issues, which I could make a long list,

19   but I won't at this point.  But most importantly, from the

20   Debtors' view, what's important to us is to bring people

21   closer to the point where we can resolve these cases and to

22   get money out the door to the creditors and parties in

23   interest such that we can bring closure to these cases.  And

24   from that side, we also -- what's very clear in the briefing

25   is that there -- people feel very strongly about this issue,

1   and that abstinent consensual resolution, there's various

2   parts of expressing intent to appeal, and you know, to sort

3   of -- they would go all the way on this issue, which could

4   itself cost the schedule costs and delays to the Debtors and

5   most importantly prevent us from being able to bring

6   conclusion to these cases.  To that end, we are focused on

7   trying to narrow the issues, and the U. S. Debtors have been

8   in vigorous discussions with the Bondholder group, with

9   Indenture Trustees, and they, themselves, also interfacing

10  with individual Bondholder members of the group and otherwise

11  to seek if we can bring resolution to the issue of how much

12  Post-Petition Interest the Bondholder group would be entitled

13  to as against the U. S. Debtors, recognizing there's a

14  separate issue in the Canadian estate.  And to that extent

15  we're pleased to announce to that after lunging vigorous

16  discussions in which we also consulted the Unsecured Creditor

17  Committee, and just yesterday also reached out to the Monitor

18  to let them know the status and that a settlement had been

19  reached; that we were able to reach an agreement with a

20  Bondholder group, which we think has the benefit of being a

21  quite substantial concession by the Bondholders with respect

22  to the potential claim they could be seeking or as

23  importantly the distributions that they can take out of the

24  U. S. estate with respect to Post-Petition Interest, and

25  also, obviously, bringing the finality or certainty to the

1    issue while still, to the extent that there are these various

2    procedural issues and collateral effect of a ruling on other

3    parties leaving those effects to other Unsecured Creditors

4    for another day.  Because we think that satisfies the goal of

5    certainty where people claim they need it for advancing

6    allocation discussions, but on the other hand, not

7    prematurely affecting the rights of other U. S. Creditors

8    whether they be employees, or trade creditors or other people

9    who might have claims to Post-Petition Interest who shouldn't

10    get adverse consequences to what's going on now.

11           The basic terms of this Settlement Motion are

12    that, first, the Bondholder claim would be fixed, the

13    principal and Pre-Petition amounts, and then any other claims

14    Post-Petition Interest would be payable after the Debtors

15    have enough money in their estate to pay all the senior

16    creditors, and the key concession is that the Bondholders who

17    hold these cross-over bond claims would cap their right to

18    receive distributions on their Post-Petition Interest at a

19    total of $876 million with a slight accrual of interest at a

20    lower rate for another year if distributions were held back;

21    but again, subject to its own cap, so that the concern of

22    delay causing, you know, people are delaying to get more

23    interest is also secondarily obviated.  The 876 million, as

24    you'll recall, is compared to a total Post-Petition Interest

25    claim under the various contracts of over $1.5 billion.  And

1   as I said it was -- leave for another day the issue of other

2   U. S. Creditors who may be entitled to Post-Petition Interest

3   whether contractually or under any other theory, that their

4   rights are reserved, and also that what the agreement

5   provides is that if there's enough money to pay some Post-

6   Petition Interest, but not everyone, all the Post-Petition

7   Interest that they could prove up in terms of all the various

8   U. S. Creditors, but the Bondholders, if you had that pot of

9   Post-Petition Interest, would be able to put forward a claim

10  for their contract rate Post-Petition Interest, but the

11  manner in which that that's allocated among any Post-Petition

12  Interest claims of competing creditors, is again left for

13  another day.  So the impact is left for another time when all

14  the parties in the U. S. and all the Creditors can come and

15  make their arguments, and we would also have, quite frankly,

16  the facts at that time knowing what kind of dollars are even

17  potentially available to pay Post-Petition Interest in the

18  U. S. estate.  And you know, you have better information to

19  resolve those potentially on a consensual matter, but at

20  least with full information in front of you.

21          This settlement would be binding.  The parties to

22  the settlement are all the cross-over bond claims captured by

23  the claims against NNI.  You may or may not remember that the

24  cross-over bond claims almost entirely of the $4 billion, all

25  except for $150 million of them are issued by the Canadian

1  Debtors, and guaranteed by NNI, and all those cross-over bond

2  claims, the Indenture Trustee, Bank of New York, for those

3  bonds are -- is a party to the settlement, and they have the

4  substantial number of individual Bondholders also signing the

5  settlement.  But the goal of the settlement and a requirement

6  of the settlement is that it would be binding on all parties

7  in interest and all Bondholders so that we're not re-

8  litigating the issue later.  The one issuance that's left to

9  the side is the $160 million of cross-over bonds that were

10  issued by what we call NNCC, a special-purpose financing

11  vehicle in the U. S. where those bonds are guaranteed by

12  Canada, and they have their own issues because they have

13  inter-company claims with NNI.  NNI is actually the parent --

14  the equity holder of NNCC.  And so -- and it's small

15  issuance, so obviously to the extent that there's certainty

16  or needing to file claims.  It's not as material as the other

17  issues.  So that's left for another day as well.  Although,

18  we still think that being able to settle the Post-Petition

19  Interest with obviously 95 percent of the principal amount or

20  over 95 percent in principal amount of the Bondholders with

21  these cross-over claims in the U. S. is quite a substantial

22  accomplishment.

23         And so to that end, I think I certainly want to

24  allow Milbank, who is representing the Bondholder group,

25  speak, and others on the line speak as well, but for the

1  Debtors' side, we obviously think this is a significant

2  compromise; that the merits of the settlement obviously are

3  for another day.  The motion's being filed now.  We want to

4  make sure people get full notice of it, so the Indenture has

5  asked us to put it up for hearing on 45 days' notice, which

6  would mean that we would be asking for a hearing date in mid-

7  September.  I think we have a hearing on September 8th, but

8  that the 8th and 9th don't work for various people, so we

9  would want to see if we could get another hearing date around

10 that time.  But giving people full notice, bringing certainty

11 to the parties, the substantial concessions certainly by the

12 Bondholders of over $600 million of potential Post-Petition

13 Interest distributions being taken off the table, and most

14 importantly just getting the removal of the cost in delays of

15 appeals and being able to bring the cases to conclusion, we

16 just think this a really substantial and exciting step

17 forward for the U. S. Debtors, and obviously there's

18 creditors as well, and we hope that it fosters more

19 settlements and more agreements among these parties and all

20 the parties so that we can bring this to an end and we can

21 work it out, as I have going through my head right now.

22          So with that, I think our goals for today were

23 obviously to let Your Honor know that the settlement is being

24 filed, to get a hearing date if that's possible, and then

25 also obviously, that there was a hearing scheduled for

1   tomorrow on these legal arguments that we think are obviated

2   or certainly should be delayed for the context of considering

3   the settlement motion, and because we're now dealing with a

4   the 9019 context, or at least in the U. S. estate.  So with

5   that I will turn it over to other people who I'm sure want to

6   be heard on the issue.

7          MR. COLEMAN:  Your Honor, can I -- may interject

8   here just for a moment?  This is Ken Coleman at Allen and

9   Overy.

10         THE COURT:  Yes, Mr. Coleman.  Well, shouldn't I

11  hear from the Bondholders first?

12         MR. COLEMAN:  Well, if I could just mention one

13  thing just as a, sort of a threshold issue here without

14  getting into this settlement discussion, if I could.  I'll

15  come back after Mr. LeBlanc says his piece.  Your Honor, this

16  -- just at the end of Ms. Schweitzer's presentation she said

17  that this obviates the need for a hearing.  The fact of the

18  matter is that this is scheduled as a joint hearing with

19  Justice Newbould for tomorrow.  You know, these -- this

20  affects claims that are filed in Canada.  The settlement

21  itself is a matter that can be the subject of a joint

22  hearing.  I don't think we should be talking about issues

23  dealing with tomorrow's hearing without Justice Newbould.  I

24  understand that --

25         THE COURT:  Well, let me say this to you, because

1  I was prepared to make this statement at the beginning of the

2  hearing tomorrow.  This is a -- it may be a joint hearing for

3  convenience purposes, but as far as I was concerned, this was

4  a matter that would be decided by me and by Justice Newbould

5  entirely separately.  This is not a joint issue.  The

6  interest issues involve claims filed in the U. S. case.  I

7  was not going to consult Justice Newbould.  I was not going

8  to discuss it with him.  He may have arrived at an entirely

9  different conclusion.  I also will tell you that the hearing

10  tomorrow, at the hearing, I was going to make it clear up

11  front that I was reconsidering whether or not to defer a

12  ruling on this issue, on the interest issues, based upon the

13  concerns that I had earlier expressed, continue to express,

14  and those concerns were elevated, frankly, by the papers and

15  the positions that I read.  And I will tell you, and I'll say

16  it bluntly, I had begun to feel manipulated into deciding

17  these issues based upon, and I'll repeat it again,

18  inappropriate disclosures of settlement discussions.  And I

19  was going to push back, perhaps, against what I viewed as

20  some inappropriate efforts to have this Court decide --

21  potentially decide, and I'm not saying how I was coming out,

22  but to potentially decide issues that, frankly, were not

23  appropriate for decision yet.  And I think that in the

24  context of settlement discussions, I continue to just marvel

25  at the fact that parties didn't think that the uncertainty of

1  the interest amount was sufficient to drive them to

2  settlement, that somehow a decision on the interest issues

3  was going to assist settlement, I thought, was far-fetched.

4  And I wanted to ask the Monitor at the hearing that if I

5  found that the interest amount to be awarded should be the

6  contract rate, was that going to assist the parties in

7  arriving at a settlement.  And I have no doubt that the

8  answer was going to be no; that what was going to drive

9  settlement was if you found the way we wanted you to find.

10  And I took umbrage at what was happening.

11          MR. COLEMAN:  Well, Your Honor --

12          THE COURT:  And we both know how the issue came

13  about, Mr. Coleman, and I really don't want to hear more from

14  you on this point right now.  And if I have to be more

15  explicit, I will be.

16          MR. COLEMAN:  Okay, Your Honor.  I understand.

17          THE COURT:  So --

18          MR. LEBLANC:  Your Honor, this is Andrew LeBlanc.

19  Your Honor, I'm happy to respond to any questions you have.

20  I echo the comments Ms. Schweitzer made that there will be a

21  time for these issues to be heard.  There's a 45-day notice

22  period in the document to give everybody sufficient time,

23  everybody who has a right to be heard, sufficient time to be

24  heard on the issue.  You know, I think it should be of no

25  surprise to anybody, we identified one of the prospects that

1  could occur.  One of the ways that this issue could be

2  presented to the Court could come in a 9019.  The Monitor's

3  submission of this week recognized that that was an option,

4  but that hasn't happened; that the Debtor could settle this

5  and that the standards would then be different, and they

6  reserved all their rights to be heard.  Now is the time for

7  them to -- to move to that process.  So we think -- I don't

8  want to go too deep into the comments Your Honor just -- I

9  don't want to go at all into the comments Your Honor just

10  made, but I would simply say this.  I hope everybody was

11  truthful with the Court; that this was a gating issue to

12  settlement because we're certainly open.  Now that this issue

13  has been resolved subject to approval of the Court, after

14  notice and parties are appropriately heard.  We remain open

15  to having discussions with anybody that wants to have

16  discussions about this, and we obviously have our positions

17  that Your Honor has seen with respect to the issue, and we're

18  not going to discuss the merits of it, but we view this as a

19  good thing in the sense that it resolves an issue, takes an

20  issue that the Court doesn't have to decide and allotted the

21  Court simply to canvass the issue, but more importantly, it

22  was an enormous, as Ms. Schweitzer said, our clients have

23  conceded more than $600 million in interest entitlements to

24  get to this point.  We're hoping that that's the first step

25  in trying to get this case to resolution.

1                 And I think one point I wanted to make about what

2    Ms. Schweitzer said about the economics of the deal, it

3    includes an accrual for the next year.  And then accruals

4    stop.  The purpose of that was to incentivize people that if

5    we can do a deal quickly that distributes funds to everybody,

6    all creditors of all estates, including the Bondholders, then

7    the amount of interest that we would be entitled to would

8    actually be less.  If we can accomplish that within the next

9    12 months.  So we're hopeful that this is the start of a

10   turning of the page in the Nortel cases.  And that's the

11   reason that we were willing to concede as much as we did.  So

12   I echo Ms. Schweitzer's comments, and I think the appropriate

13   thing to do, Your Honor, like any -- cases settle at any

14   stage, the EMEA claims with the Canadian estate settled as

15   the trial was starting -- actually after the trial started

16   just a couple of weeks ago.  That was obviously a positive

17   development.  I was pleased to advise, Mr. Coleman gave all

18   of the terms of the settlement literally within a couple of

19   hours of it being agreed yesterday.  I called him to give him

20   the news so that there was -- he was getting it as close to

21   real time as we could possibly give it to him.  So we think,

22   Your Honor, the appropriate thing to do would be to simply

23   adjourn tomorrow's hearing, and have -- schedule the 9019

24   hearing on the basis of the motions that are being filed

25   right now.

1          THE COURT:  What was it Churchill said, this is

2    not the beginning of the end, this is the end of the

3    beginning.  And I think that this is far more substantial,

4    obviously, than that, and I think that it is a, as you said,

5    Mr. LeBlanc, a very substantial step towards a global

6    resolution, and that's what's important.  And somebody had to

7    make the first step, and that's now been offered for the

8    Court's consideration, subject, obviously, to parties with

9    standing to object.  And I want you all to know that I don't

10   think I've ever read a set of papers more carefully or more

11   often than I did these because I considered it an extremely

12   urgent issue, not the least of which was whether or not to

13   decide the issue now, and I read those papers and I read the

14   concerns that the parties raised, and as far as I am

15   concerned -- and I will say it.  I think that -- well, let me

16   hear from anyone else who wishes to be heard on the issue of

17   adjourning tomorrow's hearing in the United States.  Again,

18   this was a  -- this is a joint hearing for, I think really

19   more than anything, convenience purposes.  The issues are

20   Canadian issues on the one hand and U. S. issues on the

21   other, and not -- and unlike the allocation dispute, not for

22   joint decision.

23          MR. HODARA:  Your Honor, it's Fred Hodara, Akin

24   Gump, for the Creditors' Committee.  And I'm hearing an echo

25   in the line just like when Mr. LeBlanc spoke, so I guess I'll

1   say that I'll echo what the others have been saying as well.

2   I wanted to say in a specific way for the Committee.

3   Directionally what has been accomplished here is what the

4   Committee has been hoping to see ever since Your Honor made

5   the observation at the end of the allocation hearings that

6   between 90 million at the low end and 1.6 billion at the high

7   end is quite a range within which a mediator could have a

8   field day, and gave those parties some good direction on what

9   to try to do.  And truly the representative of the

10  Bondholders and the Debtors took that final proposal and

11  accomplished something.  As I said directionally the

12  Committee is very pleased that the parties were able to

13  accomplish something like this.  We, as a Committee, need to

14  review the final terms, and we want to hear from our broader

15  general unsecured creditor constituency and the suggested 45-

16  day interval before the hearings were noticed that'll give

17  ample time for the creditors at large to become familiar with

18  the significant terms of this settlement and that will enable

19  us to hear from the broader constituency.  But again,

20  directionally, the Committee has been very supportive of

21  these efforts and we applaud the conclusion of them that has

22  been reached by these parties.

23          Regarding tomorrow's hearing and the scheduling of

24  that, the U. S. interests have all noted the procedural

25  concerns that we have with the way that this was set up.  I

1  think proceeding through a 9019 settlement motion on ample

2  notice that obviates both concerns in chief, and it also tees

3  up some of the same arguments, parties having opposition to

4  this and want to make them.  So I don't think anybody's going

5  to lose their day in court; that is, anyone who has proper

6  standing, and the opportunity to be heard on those issues

7  will be there at the time of the 9019 hearing.  So we are

8  very much supportive of adjourning tomorrow's hearing and

9  then proceeding to the 9019 hearing, and having whatever

10  arguments are necessary in connection with that.

11          And finally, the only thing I truly do want to

12  echo is there have been a series of settlements that have

13  been brought before Your Honor in the last several months,

14  and we hope that this is yet another one that builds towards

15  those large settlements that everyone is hopeful we can

16  achieve at some point.

17          THE COURT:  All right.  Thank you, Mr. Hodara.

18  You know, despite my views that these are really separate

19  matters being heard -- to be heard jointly tomorrow, I would,

20  out of respect for Justice Newbould, consult with him before

21  making a decision on adjournment, but he is not available

22  until later this evening, and with an argument tomorrow

23  morning scheduled for 9:00, I will have to make a decision,

24  of course, before I am able to speak with Justice Newbould.

25  I regret that, but that is just the way it has worked.

1  Anyone else?  All right --

2          MR. O'CONNOR:  Your Honor, Brian O'Connor, from

3  Willkie Farr, on behalf of the U. K. Pension claimants.  I do

4  take some comfort from the statement from the UCC's counsel.

5  One concern I did have is that this was initially set up as a

6  joint hearing dealing with allocation, and of course

7  [indiscernible] core parties in the allocation dispute, and

8  I'd hope to think that we would have the second rights to

9  object in the context of the 9019 that we would have been

10 able to address at a hearing on an allocation matter.

11         THE COURT:  Well, I think your question goes to

12 the issue of standing, which was an issue --

13         MR. O'CONNOR:  Okay.

14         THE COURT:  -- raised in the papers on the

15 interest issues, and has not been decided, and I don't know

16 how parties will view this; what position the U. S. Debtors,

17 the Creditors' Committee, the Bondholders, will take on

18 whether or not you have standing to object, but I'm going to

19 suggest that rather than discuss that at this point, that the

20 parties have a discussion, and we, if need be, we can have

21 another teleconference at which -- if there is an issue over

22 standing, we can address that in advance of the hearing that

23 will be scheduled on the settlement.

24         MR. O'CONNOR:  That's fine.  I just wanted to make

25 sure that we were reserving our rights on that.

1          THE COURT:  Sure.  I'm not deciding that issue for

2    certain.  It hasn't yet been raised before me on the

3    settlement, and perhaps the parties will discuss that fact

4    and decide whether or not it is an issue.

5          MR. O'CONNOR:  Thank you, Your Honor.

6          THE COURT:  Thank you.  Well, here's what I'm

7    going to do.  Let me give you two possible dates.  I'm going

8    to adjourn the hearing for tomorrow.  I think that, given the

9    posture of the case at this time, based upon the settlement

10   motion, that I have not yet seen, but that I've certainly

11   heard about and will be docketed, I'm sure, if it hasn't

12   already been, in the near future.

13         MR. ABBOTT:  Your Honor, it is, as a matter of

14   fact.

15         THE COURT:  Oh, wonderful.  Thank you, Mr. Abbott.

16   So now it's really an official matter, and I think that going

17   forward tomorrow would be inappropriate and unnecessary.  And

18   so I'm going to adjourn the U. S. hearing, which was to be

19   heard in coordination with Justice Newbould and the Canadian

20   case, and I will advise Justice Newbould when we speak this

21   evening that I have done so, and what the Canadian parties

22   wish to do is a separate matter, and they should advise

23   Justice Newbould accordingly.

24         But as far as the motion for a settlement is

25   concerned I have, and I suspect either the 15th or the 18th of

1  September would be appropriate.  Is that right, Ms.

2  Schweitzer?  Some time in that time --

3              MS. SCHWEITZER:    Yes --

4              THE COURT:  Some time around then?

5              MS. SCHWEITZER:  That -- correct.  That week would

6  be good, and if you could give everyone one minute to look at

7  their --

8              THE COURT:  Of course.

9              MS. SCHWEITZER:  If you're proposing those two

10 dates, check -- have everyone check that there's no --

11             THE COURT:  I just thought it would be --

12             MS. SCHWEITZER:  I think either of those dates

13 would be fine for us.  I don't know if other people have

14 conflicts on one or the other.

15             UNIDENTIFIED:  For the Committee, the 15th would be

16 preferable between those two dates.

17             THE COURT:  All right.  Anyone else?

18             MR. LEBLANC:  Your Honor, Andrew LeBlanc, we'll

19 make whatever works with Your Honor's calendar work.

20             THE COURT:  All right.  Thank you, Mr. LeBlanc.

21             MR. COLEMAN:  Your Honor, if I can speak without

22 being held in contempt --

23             THE COURT:  Is that Mr. Coleman?

24             MR. COLEMAN:  Yes.  May I respond to the dates?

25             THE COURT:  Of course.

1          MR. COLEMAN:  I think for us, actually either

2    would be fine.

3          THE COURT:  All right.  Very well.  I have nothing

4    but respect for you, Mr. Coleman, so I don't know what that

5    last comment was --

6          MR. COLEMAN:  Oh, no, and likewise, Your Honor.

7          THE COURT:  All right.

8          MR. COLEMAN:  Obviously, likewise.

9          THE COURT:  Okay.  Anyone else?

10          MR. TECCE:  Yes.  Your Honor?

11          THE COURT:  Yes.

12          MR. TECCE:  This is James Tecce, of Quinn Emanuel.

13    Your Honor, we're counsel to Bondholders that hold the notes

14    issued by Nortel Networks Capital Corporation.  I wanted to

15    just clarify one issue that was alluded to by counsel for the

16    Debtors that not all the note issuances have signed up to the

17    settlement.  Our note issuance is a $150 million note

18    issuance that was referred to.  We have not signed up to the

19    settlement.

20          We have no objection to the adjournment of the

21    hearing.  That's fine with us.  But I just wanted to make

22    that clear so if we were to come into the hearing as -- we

23    are "bondholder" but we're not a party to the settlement.  I

24    want it to be clear that we weren't a party to the settlement

25    so there would be no surprise if we were to appear in the

1   context of a 9019 as not being a party to that agreement.

2              THE COURT:  I certainly understand your statement,

3   and accept it.

4              MR. TECCE:  Thank you very much.

5              THE COURT:  Sure.  All right.  Why don't we --

6   yes?

7              MR. ABBOTT:  Your Honor, Derek Abbott.

8              THE COURT:  Yes.

9              MR. ABBOTT:  I just wanted -- 10:00 on the 15th?

10             THE COURT:  That would be fine.

11             MR. ABBOTT:  Thank you, Your Honor.

12             THE COURT:  That will enable you to notice it and

13  give, you know, ample notice of the settlement.

14             MR. ABBOTT:  Exactly.

15             THE COURT:  All right.  All right, counsel.  Well,

16  it certainly is an interesting event, and I look forward to

17  the parties' views and consideration and even more am I

18  hopeful that this will lead to further resolution of issues,

19  and you certainly all have now not only the impetus, but the

20  time to bring this matter to a successful conclusion.  I was

21  thinking in terms of -- well, I won't say, but you know, I

22  was thinking that all of us -- I consider us all to be

23  somewhat responsible for it, because of the complicated

24  nature of the case turning salves person to an ear, or

25  whatever that expression is, you know, and let's now

1  hopefully put the purse back together and get the funds

2  distributed to deserving creditors.  And with that, I'll say

3  to you, I'll say good evening, and thank you, and we are in

4  adjournment as far as tomorrow is concerned, and scheduled

5  for the 15th of September on settlement motion.

6       MS. SCHWEITZER:  Thank you, Your Honor, and thank

7  you for taking the time to make time for this call today.  We

8  do appreciate it as well.

9       THE COURT:  Any time.  Everyone be well and a good

10  evening to you.

11       MR. ABBOTT:  Thank you, Your Honor.

12       (Whereupon the hearing ended at 3:33 p.m.)

13                        CERTIFICATION

14       I  certify  that  the  foregoing  is  a  correct

15  transcript  from  the  electronic  sound  recording  of  the

16  proceedings in the above-entitled matter.

17
18
19  _____        24 July 2014
20  Georgianne Sarbaugh, Transcriber            Date
21  Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| 45-day(1) 17:21 | | anything(1) 20:19 | | caloway(1) 2:25 | | cost(2) 10:4 14:14 | |
| | | appeal(1) 10:2 | | came(1) 17:12 | | costs(1) 10:4 | |
| abbott(13) 1:21 6:6 6:8 6:9 6:13 24:13 24:15 27:7 | | appeals(1) 14:15 | | can(16) 8:3 9:21 9:23 10:11 10:23 12:14 14:20 14:20 | | could(14) 9:18 10:3 10:22 12:7 14:9 15:12 15:14 | |
| 27:7 27:9 27:11 27:14 28:11 | | appear(1) 26:25 | | 15:7 15:21 19:5 19:8 22:15 23:20 23:22 25:21 | | 18:1 18:1 18:2 18:4 19:21 21:7 25:6 | |
| abid(1) 2:10 | | appearance(2) 2:1 | | | | | |
| able(10) 10:5 10:19 12:9 13:18 14:15 21:12 22:24 | | applaud(1) 21:21 | | canada(5) 3:29 3:35 9:5 13:12 15:20 | | counsel(4) 23:14 26:13 26:15 27:15 | |
| 23:10 | | appreciate(1) 28:8 | | canadian(9) 2:17 2:34 8:25 10:14 12:25 19:14 20:20 | | couple(2) 19:16 19:18 | |
| | | appropriate(4) 16:23 19:12 19:22 25:1 | | 24:19 24:21 | | court(55) 1:1 6:3 6:8 6:10 6:13 6:15 6:16 6:18 6:22 | |
| about(10) 6:5 8:16 9:10 9:25 15:22 17:13 18:16 19:1 | | appropriately(1) 18:14 | | | | 7:1 7:5 7:9 7:14 7:17 7:23 8:6 8:8 8:13 8:15 15:10 | |
| 19:2 24:11 | | approval(2) 8:19 18:13 | | canvass(1) 18:21 | | 15:25 16:20 17:12 17:17 18:2 18:11 18:13 18:20 | |
| above-entitled(1) 28:16 | | are(27) 6:23 7:15 8:16 8:18 8:20 9:4 10:6 11:1 | | cap(2) 11:17 11:21 | | 18:21 20:1 22:5 22:17 23:11 23:14 24:1 24:6 24:15 | |
| abstinent(1) 10:1 | | 11:11 11:22 12:4 12:16 12:22 12:25 13:3 13:11 14:2 | | capital(1) 26:14 | | 25:4 25:8 25:11 25:17 25:20 25:23 25:25 26:3 26:7 | |
| accept(1) 27:3 | | 15:1 15:20 18:14 19:24 20:19 22:7 22:10 22:18 | | capstone(1) 2:13 | | 26:9 26:11 27:2 27:5 27:8 27:10 27:12 27:15 28:9 | |
| accomplish(2) 19:8 21:13 | | 26:23 28:3 | | captured(1) 12:22 | | | |
| accomplished(2) 21:3 21:11 | | argument(1) 22:22 | | carefully(1) 20:10 | | courtroom(1) 1:8 | |
| accomplishment(1) 13:22 | | arguments(5) 9:13 12:15 15:1 22:3 22:10 | | carfagnini(1) 2:30 | | court's(1) 20:8 | |
| accordingly(1) 24:23 | | around(2) 14:3 19:24 25:4 | | case(7) 1:4 9:3 16:6 18:25 24:9 24:20 27:24 | | creditor(4) 3:33 3:44 10:16 21:15 | |
| accrual(2) 11:19 19:3 | | arrived(1) 16:8 | | cases(7) 9:8 9:21 9:23 10:6 14:15 19:10 19:13 | | creditors(14) 2:5 9:22 11:3 11:7 11:8 11:16 12:2 | |
| accruals(1) 19:3 | | arriving(1) 17:7 | | cassels(1) 5:18 | | 12:8 12:12 12:14 14:8 14:16 19:6 19:17 28:2 | |
| achieve(1) 22:16 | | arsht(1) 1:20 | | causing(1) 11:22 | | | |
| actually(6) 7:7 8:5 13:13 19:8 19:15 26:1 | | arthur(1) 3:41 | | cc(1) 3:22 | | creditors'(2) 20:24 23:17 | |
| adam(1) 1:30 | | ask(2) 6:10 17:4 | | certain(4) 7:18 9:12 9:15 24:2 | | crichlow(1) 3:18 | |
| address(2) 23:10 23:22 | | asked(1) 14:5 | | certainly(12) 6:24 7:4 9:7 9:11 13:23 14:11 15:2 | | cross-over(7) 8:23 11:17 12:22 12:24 13:1 13:9 13:21 | |
| adjourn(3) 19:23 24:8 24:18 | | asking(1) 14:6 | | 18:12 24:10 27:2 27:16 27:19 | | dan(1) 4:45 | |
| adjourning(1) 20:17 | | asset(1) 3:13 | | | | daniel(2) 2:21 4:17 | |
| adjournment(3) 22:21 26:20 28:4 | | assist(7) 17:3 17:6 | | certainty(4) 10:25 11:15 13:15 14:10 | | data(1) 1:37 | |
| administered(1) 1:5 | | association(1) 3:29 | | certification(1) 28:13 | | date(4) 14:6 14:9 14:24 28:20 | |
| administrator(1) 5:6 | | availability(1) 5:14 | | certify(1) 28:14 | | dates(5) 24:7 25:10 25:12 25:16 25:24 | |
| administrators(2) 2:48 4:40 | | available(4) 6:7 6:12 12:17 22:21 | | chapman(1) 2:49 | | david(2) 2:7 3:18 | |
| advance(1) 23:22 | | avidity(1) 5:14 | | chapter(1) 1:7 | | day(8) 11:4 12:1 12:13 13:17 14:3 21:8 21:16 22:5 | |
| advancing(1) 11:5 | | awarded(1) 11:7 | | charles(1) 3:3 | | days'(1) 14:5 | |
| adverse(1) 11:10 | | | | check(2) 25:10 25:10 | | | |
| advise(3) 19:17 24:20 24:22 | | back(6) 7:12 7:21 11:20 15:15 16:19 28:1 | | chief(1) 22:2 | | deal(2) 19:2 19:5 | |
| advisory(1) 21:23 | | badke-berkow(1) 2:19 | | chilmark(1) 5:22 | | dealing(3) 15:3 15:23 23:6 | |
| affecting(1) 11:7 | | bank(2) 4:1 13:2 | | chris(1) 2:8 | | debenture(1) 4:15 | |
| affects(1) 15:20 | | bankruptcy(2) 1:1 1:17 | | churchill(1) 20:1 | | debtor(3) 2:34 8:21 18:4 | |
| after(5) 10:15 11:14 15:15 18:13 19:15 | | barbara(1) 3:36 | | cited(1) 9:22 | | debtors(15) 1:10 1:20 2:17 8:17 8:24 8:25 10:4 10:7 | |
| afternoon(1) 6:3 | | basic(1) 11:11 | | claim(5) 10:22 11:5 11:12 11:25 12:9 | | 10:13 11:14 13:1 14:17 21:10 23:16 26:16 | |
| again(5) 11:21 12:12 16:17 20:17 21:19 | | basis(1) 19:24 | | claimants(3) 2:39 4:35 23:3 | | | |
| against(5) 8:21 8:24 10:13 12:23 16:19 | | based(3) 16:12 16:17 24:9 | | claims(14) 11:19 11:13 11:17 12:12 12:22 12:23 12:24 | | debtors'(2) 9:20 14:1 | |
| ago(1) 19:16 | | bayard(1) 3:43 | | 13:2 13:13 13:16 13:21 15:20 16:6 19:14 | | decide(6) 16:20 16:21 16:22 18:20 20:13 24:4 | |
| agreed(1) 19:19 | | beatles(1) 8:3 | | | | decided(2) 16:4 23:15 | |
| agreement(4) 8:19 10:19 12:4 27:1 | | because(7) 11:4 13:12 15:3 15:25 18:12 20:11 27:23 | | clarify(1) 26:15 | | deciding(2) 16:16 24:1 | |
| agreements(1) 14:19 | | become(1) 21:17 | | clear(5) 9:10 9:24 16:10 26:22 26:24 | | decision(5) 16:12 17:2 20:22 22:21 22:23 | |
| akin(2) 2:5 20:23 | | been(17) 9:1 9:2 10:7 10:18 18:13 20:7 21:1 21:3 | | cleary(1) 1:25 | | deep(1) 18:8 | |
| alberto(1) 2:40 | | 21:4 21:20 21:22 22:12 22:13 23:9 23:15 24:2 24:12 | | clients(1) 18:22 | | defending(1) 9:13 | |
| all(40) 7:5 7:9 7:23 8:9 8:12 8:14 8:15 9:1 10:3 | | | | close(1) 19:20 | | defer(1) 16:11 | |
| 11:15 12:16 12:17 12:21 13:11 13:25 13:25 13:34 | | before(7) 1:16 8:2 21:16 22:13 22:20 22:24 24:2 | | closer(1) 9:21 | | delaware(3) 1:2 1:10 6:2 | |
| 13:7 14:19 18:6 18:9 19:6 19:6 19:17 20:9 21:24 | | beginning(3) 16:1 20:2 20:3 | | closure(1) 9:23 | | delay(1) 11:22 | |
| 22:17 23:1 25:17 25:20 26:6 26:7 26:16 27:5 27:15 | | begin(1) 16:16 | | | | delayed(1) 15:2 | |
| 27:15 27:19 27:22 27:22 | | behalf(1) 21:23 | | coleman(16) 2:20 15:7 15:8 15:10 15:12 17:11 17:13 | | delaying(1) 11:22 | |
| | | being(14) 7:3 7:17 10:5 10:20 13:18 14:3 14:13 | | 17:16 19:17 25:21 25:23 25:24 26:1 26:4 26:6 26:8 | | delays(2) 10:4 14:14 | |
| allen(2) 2:18 15:8 | | 14:15 14:23 19:19 19:24 22:19 25:22 27:1 | | | | deliver(2) 6:14 7:25 | |
| allocated(1) 12:11 | | | | collateral(1) 11:2 | | dennis(1) 3:48 | |
| allocation(1) 11:6 20:21 21:5 23:6 23:7 23:10 | | believe(1) 7:3 | | come(4) 12:14 15:15 18:2 26:22 | | dentons(1) 3:29 | |
| allotted(1) 18:20 | | belknap(1) 4:16 | | comfort(1) 23:4 | | derek(2) 1:21 27:7 | |
| allow(1) 13:12 | | benefit(1) 10:20 | | coming(1) 16:21 | | deserving(1) 28:2 | |
| alluded(1) 26:15 | | benefits(1) 5:9 | | comment(1) 26:5 | | despite(1) 22:18 | |
| almost(1) 12:24 | | benjamin(1) 2:31 | | comments(4) 17:20 18:8 18:9 19:12 | | development(1) 19:17 | |
| already(1) 24:12 | | better(3) 6:14 7:25 12:18 | | committee(10) 2:4 10:17 20:24 21:2 21:4 21:12 | | diakel(2) 7:12 7:21 | |
| also(14) 9:7 9:17 9:24 10:9 10:16 10:17 10:25 11:23 | | bickell(1) 22:6 21:6 25:16 | | 21:13 21:20 23:17 25:15 | | diaz(1) 1:37 | |
| 12:4 12:15 13:4 14:25 16:9 22:2 | | billion(3) 11:25 12:24 21:6 | | | | did(3) 19:11 20:11 23:5 | |
| | | binding(2) 13:21 13:6 | | compared(1) 11:24 | | didn't(3) 16:25 | |
| alternative(1) 3:12 | | blackwell(1) 5:18 | | competing(1) 12:12 | | different(4) 9:4 9:18 16:9 18:5 | |
| although(1) 13:17 | | bluntly(1) 16:16 | | complicated(1) 27:23 | | dimsdale-gill(1) 4:12 | |
| among(2) 12:11 14:19 | | bomhof(1) 1:31 | | compromise(1) 14:2 | | dine(1) 3:19 | |
| amount(5) 13:19 13:20 17:1 17:5 19:7 | | bond(4) 11:17 12:22 12:24 13:1 | | conaway(1) 2:48 | | direction(1) 21:8 | |
| amounts(1) 11:13 | | bondholder(8) 3:7 9:11 10:8 10:10 10:12 10:20 | | conceded(1) 9:11 | | directionally(3) 21:3 21:11 21:20 | |
| ample(3) 21:17 22:1 27:13 | | 11:12 13:24 | | conceded(1) 18:23 | | disagreeing(1) 9:16 | |
| and(152) 6:4 6:13 6:15 6:21 7:2 7:6 8:6 8:24 9:2 | | | | concern(2) 11:21 23:5 | | disclosures(1) 16:18 | |
| 9:5 9:5 9:8 9:12 9:12 9:13 9:15 9:21 9:22 9:23 10:1 | | bondholders(16) 3:45 8:20 8:22 9:12 10:21 11:16 | | concerned(4) 16:3 20:15 24:25 28:4 | | disconnected(2) 6:17 7:13 | |
| 10:2 10:4 10:4 10:7 10:9 10:10 10:14 10:17 10:18 | | 12:8 13:4 13:7 13:20 14:12 15:11 19:6 21:10 23:17 | | concession(5) 16:13 16:14 20:14 21:25 22:2 | | discuss(4) 16:8 18:16 23:20 24:3 | |
| 10:24 11:2 11:13 11:13 11:16 11:16 12:14 12:14 12:14 | | 26:13 | | concession(2) 20:21 11:16 | | discussion(2) 15:14 23:20 | |
| 12:15 12:18 13:1 13:1 13:3 13:3 13:5 13:7 13:12 | | | | concessions(1) 14:11 | | discussions(7) 10:8 10:16 11:6 16:18 16:24 24:15 | |
| 13:14 13:21 13:25 14:8 14:13 14:15 14:16 14:17 | | both(2) 17:12 22:2 | | conclusion(5) 10:6 14:15 16:9 21:21 27:20 | | 18:16 | |
| 14:18 14:19 14:19 14:20 14:24 15:3 15:8 16:4 16:14 | | bottler(1) 2:7 | | conflicts(1) 25:14 | | | |
| 16:14 16:15 16:15 16:17 16:18 16:21 16:23 17:4 | | brad(1) 2:9 | | connection(1) 22:10 | | dispute(3) 9:9 20:21 23:7 | |
| 17:7 17:10 17:12 17:13 17:14 18:5 18:14 18:14 | | brett(1) 4:23 | | consensual(2) 10:1 12:19 | | distributed(1) 28:2 | |
| 18:17 18:20 19:1 19:3 19:10 19:12 19:23 20:3 20:4 | | brian(3) 2:44 4:18 23:2 | | consequences(1) 11:10 | | distributes(1) 19:5 | |
| 20:6 20:6 20:7 20:9 20:13 20:13 20:14 20:15 20:20 | | briefing(3) 9:7 9:13 9:24 | | consider(1) 27:22 | | distributions(4) 10:23 11:18 11:20 14:13 | |
| 20:21 20:21 20:24 21:6 21:8 21:10 21:10 21:14 | | briefs(2) 9:16 | | consideration(2) 20:8 27:17 | | district(1) 1:2 | |
| 21:15 21:18 21:21 21:23 22:2 22:6 22:8 22:22 | | bring(7) 9:20 9:23 10:11 14:9 14:20 27:20 | | considered(1) 20:11 | | dla(1) 3:22 | |
| 22:11 22:14 22:22 23:6 23:7 23:15 23:15 23:20 24:3 | | bringing(2) 10:25 14:10 | | considering(1) 15:2 | | docketed(1) 24:11 | |
| 24:4 24:11 24:16 24:17 24:19 24:20 24:20 24:21 | | broader(2) 21:14 21:19 | | constituency(2) 21:15 21:19 | | document(1) 17:22 | |
| 24:22 24:25 25:6 26:6 27:3 27:12 27:16 27:17 27:17 | | brock(1) 5:18 | | consult(2) 16:7 22:20 | | doesn't(1) 18:20 | |
| 27:19 27:25 28:1 28:2 28:3 28:3 28:4 28:6 28:9 | | broke(1) 7:22 | | consulted(1) 10:16 | | dollars(1) 12:16 | |
| | | brought(1) 22:13 | | cont(1) 3:39 | | done(1) 24:21 | |
| andrew(5) 1:32 3:47 6:20 17:18 25:18 | | buchanan(1) 2:24 | | contempt(1) 25:22 | | don't(13) 7:16 8:7 14:8 15:22 17:13 18:7 18:9 20:9 | |
| angela(1) 4:12 | | builds(1) 22:14 | | context(5) 15:2 15:4 16:24 23:9 27:1 | | 22:4 23:15 25:13 26:4 27:5 | |
| ann(1) 1:22 | | but(36) 6:11 6:25 7:3 7:10 7:17 7:18 8:16 9:19 9:19 | | continue(2) 16:13 16:24 | | | |
| announce(2) 7:19 10:15 | | 11:6 11:21 12:6 12:8 12:10 12:19 13:5 13:25 15:7 | | continued(1) 2:2 | | door(1) 9:22 | |
| another(10) 11:4 11:20 12:1 12:13 12:13 13:17 14:3 | | 14:10 16:3 16:22 18:4 18:10 18:18 18:21 21:19 | | contract(3) 9:14 12:10 17:6 | | doubt(1) 17:1 | |
| 14:9 22:14 23:21 | | 22:21 22:25 23:18 24:10 24:24 26:4 26:7 26:25 | | contracts(1) 11:25 | | drive(2) 17:1 17:8 | |
| | | 27:19 27:21 | | contractually(1) 12:3 | | dunne(1) 3:48 | |
| answer(1) 17:8 | | | | convenience(2) 16:3 20:19 | | e-mail(1) 7:11 | |
| any(7) 11:13 12:3 12:11 17:19 19:13 19:13 28:9 | | calendar(1) 25:19 | | coordination(1) 24:19 | | earl(1) 27:24 | |
| anybody(2) 17:25 18:15 | | call(5) 6:15 6:16 7:17 13:10 28:7 | | cordo(1) 1:22 | | earlier(1) 16:13 | |
| anybody's(1) 22:4 | | called(1) 19:19 | | core(1) 23:7 | | echo(5) 17:20 19:12 20:24 21:1 22:12 | |
| anyone(5) 20:16 22:5 23:1 25:17 26:9 | | calling(1) 6:5 | | corporation(1) 26:14 | | economics(1) 19:2 | |
| | | | | correct(3) 7:19 25:5 28:14 | | | |

Page : 1

| Word | Page:Line |
| --- | --- |

ecro(1) 1:35
edmond(1) 4:27
effect(1) 11:2
effects(1) 11:3
efforts(2) 16:20 21:21
eguchi(1) 2:45
either(3) 24:25 25:12 26:1
electronic(2) 1:43 28:15
elevated(1) 16:14
else(4) 20:16 23:1 25:17 26:9
emanuel(2) 3:13 26:12
emea(1) 19:14
employees(3) 3:34 3:40 11:8
enable(2) 21:18 27:12
end(9) 10:6 13:23 14:20 15:16 20:2 20:2 21:5 21:6 21:7

ended(1) 28:12
enormous(1) 18:22
enough(2) 11:15 12:5
entirely(3) 12:24 16:5 16:8
entitled(4) 9:7 10:12 12:9 19:7
entitlement(2) 8:23 9:14
entitlements(1) 18:23
equity(1) 13:14
ernst(2) 2:28 4:44
esq(54) 1:21 1:22 1:26 1:30 1:31 1:32 2:6 2:7 2:8 2:9 2:10 2:19 2:20 2:21 2:25 2:30 2:31 2:35 2:40 2:44 2:45 2:49 3:3 3:4 3:9 3:14 3:18 3:19 3:23 3:24 3:30 3:36 3:41 3:46 3:47 3:48 4:3 4:7 4:12 4:17 4:18 4:22 4:23 4:27 4:31 4:36 4:41 4:45 4:49 4:50 5:1 5:7 5:11 5:19

estate(6) 10:14 10:24 11:15 12:18 15:4 19:14
estates(1) 19:6
even(3) 7:6 12:16 27:17
evening(4) 22:22 24:21 28:3 28:10
event(1) 27:16
ever(2) 20:10 21:4
every(1) 9:3
everybody(4) 17:22 17:23 18:10 19:5
everyone(7) 6:3 7:6 12:6 22:15 25:6 25:10 28:9
exactly(2) 6:11 27:14
except(1) 12:25
excited(1) 6:18
exciting(1) 14:16
exists(1) 9:9
expect(1) 7:2
explicit(1) 17:15
express(1) 16:13
expressed(1) 16:13
expressing(1) 10:2
expression(1) 27:25
extent(3) 10:14 11:1 13:15
extremely(1) 20:11
fact(4) 15:17 16:25 24:3 24:14
facts(1) 12:16
faintest(1) 6:4
fallon(1) 4:23
familiar(1) 21:17
far(5) 16:3 20:3 20:14 24:24 28:4
far-fetched(1) 17:3
farr(2) 2:43 23:3
feel(2) 9:25 16:16
feld(1) 2:5
field(1) 21:8
file(1) 13:16
filed(6) 9:2 14:3 14:24 15:20 16:6 19:24
filing(2) 7:3 8:18
final(2) 21:10 21:14
finality(1) 10:25
finally(1) 22:11
financial(1) 5:5
financing(1) 13:10
find(1) 7:9
fine(5) 23:24 25:13 26:2 26:21 27:10
finnigan(2) 4:30 4:35
first(6) 6:9 7:19 11:12 15:11 18:24 20:7
fixed(1) 11:12
focused(1) 10:6
for(80) 1:2 1:20 2:4 2:17 2:28 2:34 2:38 2:47 3:7 3:12 3:17 3:22 3:27 3:33 3:39 3:44 4:1 4:10 4:15 4:38 4:39 5:4 5:9 5:14 5:18 6:6 6:12 6:19 6:25 7:4 7:21 8:2 8:19 9:14 11:5 11:20 12:1 12:10 12:12 12:13 12:23 13:2 13:17 13:25 14:3 14:5 14:6 14:8 14:17 14:22 14:25 15:2 15:8 15:17 15:19 16:2 16:23 17:21 18:6 19:3 20:7 20:18 20:21 21:2 21:17 22:20 22:23 24:1 24:8 24:24 24:24 25:13 25:15 26:1 26:4 26:15 27:23 28:5 28:7 28:7

foregoing(1) 28:14
former(1) 3:33
forward(4) 12:19 14:17 24:17 27:16
fosters(1) 14:18
found(2) 17:5 17:9
frankly(3) 12:15 16:14 16:22
fred(2) 2:6 20:23

from(17) 6:5 6:20 6:23 7:7 7:11 9:19 9:24 10:5 15:11 17:13 20:16 21:14 21:19 23:2 23:4 23:4 28:15

front(2) 12:20 16:11
full(3) 12:20 14:4 14:10
fund(1) 5:10
funds(2) 19:5 28:1
further(1) 27:18
future(1) 24:12
gallagher(1) 2:43
gating(1) 18:11
gave(2) 19:17 21:8
general(1) 21:15
georgianne(1) 28:20
gervais(1) 4:26
get(10) 7:19 9:22 11:10 11:22 14:4 14:9 14:24 18:24 18:25 28:1

getting(3) 14:14 15:14 19:20
ginger(1) 1:35
give(7) 17:22 19:19 19:21 21:16 24:7 25:6 27:13
given(1) 24:8
giving(1) 14:10
global(1) 20:5
goal(2) 11:4 13:5
goals(1) 14:22
goes(1) 23:11
going(19) 6:22 6:24 11:10 14:21 16:7 16:7 16:10 16:19 17:3 17:6 17:8 17:8 18:18 22:4 23:18 24:7 24:7 24:16 24:18

good(12) 6:3 6:10 6:14 6:22 7:24 8:17 8:17 18:19 21:8 25:6 28:3 28:9
goodmans(1) 2:29
goodness(1) 8:13
got(5) 6:18 7:11 7:12 7:21 8:2
gottlieb(2) 1:25 4:41
gowlings(1) 2:34
gray(1) 1:43
gross(2) 1:16 6:3
group(6) 2:13 3:8 9:11 10:8 10:10 10:12 10:20 13:24
grout(2) 4:30 4:35
guarantee(1) 5:10
guaranteed(2) 13:1 13:11
guess(1) 20:25
guiney(1) 4:18
gump(2) 2:5 20:24
guyder(1) 2:21
had(5) 10:18 12:8 16:13 16:16 20:6
hadley(2) 3:45 6:21
hamilton(1) 1:25
hand(3) 8:24 11:6 20:20
happened(1) 18:4
happening(1) 17:10
happy(1) 17:19
harmer(1) 5:7
harrisburg(1) 1:39
has(14) 6:17 7:12 10:20 14:4 17:23 18:13 18:17 21:3 21:4 21:20 21:21 22:5 22:25 23:15

haslun(1) 2:14
hasn't(3) 18:4 24:2 24:11
hauer(1) 2:5
have(49) 6:9 7:16 7:24 9:2 9:12 9:17 10:7 11:9 11:15 12:15 12:18 13:3 13:12 13:14 14:2 14:21 16:8 16:20 17:7 17:14 17:19 18:15 18:16 18:20 18:22 19:23 21:1 21:7 21:24 21:25 22:12 22:12 22:23 23:5 23:8 23:9 23:18 23:20 23:20 24:16 24:24 25:10 25:13 26:3 26:3 26:16 26:18 26:20 27:19

haven't(1) 6:4
having(3) 18:15 22:3 22:9
head(1) 14:21
hear(6) 6:5 15:11 17:13 20:16 21:14 21:19 20:16 22:6 22:19 22:19 24:11 24:19
hearing(35) 8:22 9:1 9:4 14:5 14:6 14:7 14:9 14:24 14:25 15:17 15:18 15:22 15:23 16:2 16:2 16:9 16:10 17:4 19:23 19:24 20:17 20:18 20:24 21:23 22:7 22:8 22:9 23:6 23:10 23:22 24:8 24:18 24:21 26:21 26:22 28:12

hearings(2) 21:5 21:16
held(2) 11:20 25:22
henderson(1) 2:34
her(4) 6:19 7:6 7:7 7:11
herbert(1) 4:48
here's(6) 6:11 8:16 15:8 15:13 21:3
here's(1) 24:6
high(1) 21:6
him(5) 16:8 19:19 19:19 19:21 22:20
his(1) 15:15
hoe(1) 3:7
hodara(4) 2:6 20:23 20:23 22:17
hoeffner(1) 3:24
hogan(1) 4:11
hold(3) 8:3 11:17 26:13
holder(1) 13:14

honor(35) 6:16 6:20 6:25 7:8 7:12 7:20 8:11 8:21 14:23 15:7 15:15 17:11 17:16 17:18 17:19 18:8 18:9 18:17 19:13 19:22 20:23 21:4 22:25 24:13 25:18 25:21 26:6 26:10 26:13 27:7 27:11 28:6 28:11

honorable(1) 1:16
honor's(1) 15:19
hope(4) 14:18 18:10 22:14 23:8
hopeful(3) 19:9 22:15 27:18
hopefully(1) 3:1
hoping(2) 18:24 21:4
hours(1) 19:19
how(7) 9:6 9:9 9:11 10:11 16:21 17:12 23:16
hubbard(1) 3:2
huberty(1) 3:3
hughes(1) 3:2
hung(1) 8:2
idea(1) 6:4
identified(1) 17:25
iii(1) 2:14
impact(1) 12:13
impetus(1) 27:19
important(2) 20:20 20:6
importantly(5) 9:19 10:5 10:23 14:14 18:21
inappropriate(3) 16:18 16:20 24:17
incentivize(1) 19:4
includes(1) 19:6
including(1) 19:6
indenture(5) 4:21 9:11 10:9 13:2 14:4
indiscernible(1) 23:7
individual(3) 9:12 10:10 13:4
inform(1) 6:10
information(2) 12:18 12:20
ingersoll(1) 2:24
initially(1) 23:5
intent(1) 10:2
inter-company(1) 13:13
interest(32) 8:20 8:24 9:6 9:14 9:17 9:23 10:12 10:24 11:9 11:14 11:18 11:19 11:23 11:24 12:2 12:6 12:7 12:9 12:10 12:12 12:17 13:9 13:19 14:13 16:6 16:12 17:1 17:2 17:5 18:23 19:7 23:15

interested(1) 5:18
interesting(1) 27:16
interests(1) 21:24
interfacing(1) 10:9
interject(1) 15:7
interruption(1) 6:15
interval(1) 21:16
into(5) 15:14 16:16 18:8 18:9 26:22
inundated(1) 9:1
involve(1) 9:6
issuance(4) 13:8 13:15 26:17 26:18
issuances(1) 26:16
issue(31) 8:22 9:9 9:25 10:3 10:11 10:14 11:1 12:1 13:8 15:6 15:13 16:6 16:12 17:12 17:24 18:1 18:11 18:12 18:17 18:19 18:20 18:21 20:13 20:16 23:12 23:12 23:21 24:1 24:4 24:15

issued(3) 13:25 13:10 26:14
issues(20) 8:20 9:5 9:18 10:7 11:2 13:12 13:17 15:22 16:6 16:12 16:17 16:22 17:2 17:21 20:19 20:20 20:20 22:6 23:15 27:18

its(1) 11:21
itself(2) 10:4 15:21
it's(9) 6:13 7:20 8:9 8:25 9:4 13:14 13:16 20:25 21:3
i'd(1) 23:8
i'll(8) 6:10 15:14 16:15 16:17 20:25 21:1 28:2 28:3
i'm(13) 6:24 7:9 9:1 15:5 16:21 17:19 20:24 23:18 24:1 24:6 24:7 24:11 24:18
i've(2) 20:10 24:10
jacques(1) 3:41
jaime(1) 2:49
james(4) 3:14 4:21 4:50 26:12
jay(1) 2:30
jennifer(1) 2:35
john(3) 3:49 5:14 5:15
joint(11) 2:47 4:39 8:25 9:4 15:18 15:21 16:2 16:5 20:18 20:22 23:6
jointly(2) 1:5 22:19
jones(1) 3:8
joseph(1) 2:19
judge(3) 1:16 1:17 6:3
july(3) 1:12 6:2 28:19
just(23) 6:11 7:11 7:21 9:7 9:10 10:17 14:14 14:16 15:8 15:12 15:13 15:16 16:24 18:8 18:19 19:20 20:25 22:25 23:24 25:11 26:15 26:21 27:9
justice(9) 15:19 15:23 16:4 16:7 22:20 22:24 24:19 24:20 24:23
justin(1) 2:40
kahn(1) 2:9
karen(1) 3:19
katten(1) 3:17

keane(1) 3:9
ken(2) 5:11 15:8
kennedy(1) 5:23
kenneth(2) 2:20 3:30
kevin(1) 1:16 5:1
key(1) 11:16
kidding(1) 7:9
kind(1) 12:16
know(17) 8:7 10:2 10:18 11:22 12:18 14:23 15:19 17:12 17:24 20:9 22:18 23:15 25:13 26:4 27:13 27:21 27:25

knowing(1) 12:16
knows(1) 8:21
koskie(1) 3:35
kraft(1) 3:30
ladner(1) 4:26
lafleur(1) 2:34
lamek(1) 4:27
large(2) 17:22 22:15
last(3) 9:3 22:13 26:5
later(2) 13:8 22:22
laughter(2) 8:4 8:10
law(1) 4:15
lax(1) 4:40
lead(1) 27:18
least(3) 12:20 15:4 20:12
leave(1) 12:1
leaving(1) 11:3
leblanc(17) 3:47 6:20 6:20 6:24 7:2 7:6 7:8 7:11 7:14 15:15 17:18 17:18 20:5 20:25 25:18 25:18 25:20
left(4) 12:12 12:13 13:8 13:17
legal(3) 9:4 9:9 15:1
less(1) 19:8
let(5) 10:18 14:23 15:25 20:15 24:7
let's(2) 7:5 27:25
light(1) 6:26
like(4) 7:18 19:12 20:25 21:13
likewise(2) 26:6 26:8
lily(1) 5:7
line(3) 7:21 13:25 20:25
lisa(2) 1:26 7:20
list(2) 7:16 9:18
listening(3) 8:6 8:8
lisus(1) 4:40
literally(1) 19:18
litigating(1) 13:8
llc(2) 2:13 3:40
llp(20) 1:20 1:29 2:29 2:34 2:43 3:2 3:17 3:22 3:29 3:35 3:45 4:6 4:11 4:21 4:26 4:30 4:35 4:40 4:44 5:18

long(1) 9:18
look(2) 25:6 27:16
looking(1) 8:2
lose(1) 22:5
love(1) 6:5
lovells(1) 4:11
low(1) 21:6
lowenthal(1) 4:17
lower(2) 9:16 11:20
lunging(1) 10:15
mace(1) 1:35
made(4) 7:3 17:20 18:10 21:4
make(13) 9:18 12:15 14:4 16:1 16:10 19:1 20:7 22:4 22:23 23:24 25:19 26:21 28:7
making(3) 6:7 6:12 22:21
management(1) 3:13
manipulated(1) 16:16
manner(1) 12:11
market(1) 19:7
market(1) 16:24
mary(1) 2:25
material(1) 13:16
matter(10) 12:19 15:18 15:21 16:4 23:10 24:13 24:16 24:22 27:20 28:16
matters(1) 22:19
matthew(1) 4:41
matz(1) 3:46
may(8) 7:24 12:22 12:23 12:23 15:7 16:2 16:8 25:24
mccloy(1) 3:45
mccoy(1) 6:21
mcmillan(1) 4:6
mean(1) 14:6
mediator(1) 21:7
mellon(1) 4:2
melnik(1) 3:23
members(1) 10:10
mention(1) 15:12
merits(2) 14:2 18:18
michael(4) 4:3 4:36 5:19 5:23
mid(1) 14:6
might(2) 8:11 11:9
milbank(3) 3:45 6:21 13:24
miller(2) 4:22 4:31

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| million(8) 11:19 11:23 12:25 13:9 14:12 18:23 21:6 26:17 | | pachulski(1) 3:8 | | recognized(1) 18:5 | | signing(1) 13:4 |
| | | page(2) 9:10 19:10 | | recognizing(1) 10:13 | | simply(3) 18:10 18:21 19:22 |
| | | paid(1) 9:17 | | reconsidering(1) 16:11 | | since(1) 21:4 |
| mindel(1) 4:45 | | pallare(2) 5:6 5:10 | | record(1) 7:19 | | singing(1) 8:3 |
| minsky(1) 3:35 | | pardon(1) 6:15 | | recorded(1) 1:43 | | slavens(1) 1:30 |
| minute(1) 21:4 | | parent(1) 13:13 | | recording(2) 1:43 28:15 | | slight(1) 11:19 |
| moment(1) 15:8 | | parties(26) 7:15 9:8 9:15 9:17 9:22 11:3 12:14 12:21 | | reed(1) 3:2 | | small(1) 13:14 |
| money(3) 9:22 11:15 12:5 | | 13:6 14:11 14:19 14:20 16:25 17:6 18:14 20:8 20:14 | | referred(1) 26:18 | | smith(1) 4:48 |
| monitor(5) 2:18 2:28 9:15 10:17 17:4 | | 21:8 21:12 21:22 22:3 23:7 23:16 23:20 24:3 24:21 | | regarding(1) 21:23 | | solus(1) 3:12 |
| monitor's(1) 18:2 | | | | regret(1) 22:25 | | solvency(1) 9:10 |
| months(2) 19:9 22:13 | | parties'(1) 27:17 | | reila(1) 4:3 | | some(9) 7:21 12:5 16:20 21:8 22:3 22:16 23:4 25:2 |
| more(12) 11:22 14:18 14:19 17:13 17:14 18:21 18:23 | | partners(1) 5:22 | | remain(1) 18:14 | | 25:4 |
| 20:3 20:10 20:10 20:19 27:17 | | partners/trustee(1) 5:14 | | remember(1) 12:23 | | |
| morning(1) 22:23 | | parts(1) 10:2 | | removal(1) 14:14 | | somebody(1) 20:6 |
| morris(1) 1:20 | | party(5) 5:18 13:3 26:23 26:24 27:1 | | repeat(1) 16:17 | | somehow(1) 17:2 |
| most(3) 9:19 10:5 14:13 | | patterson(1) 4:16 | | representative(1) 21:9 | | something(2) 21:11 21:13 |
| motion(7) 8:19 11:11 15:3 22:1 24:10 24:24 28:5 | | pay(3) 11:15 12:5 12:17 | | representing(1) 13:24 | | somewhat(1) 27:23 |
| motions(1) 19:24 | | payable(1) 11:14 | | requirement(1) 13:5 | | song(1) 8:8 |
| motion's(1) 14:3 | | pennsylvania(1) 1:19 | | reservation(1) 13:5 | | sort(2) 10:2 15:13 |
| move(1) 18:7 | | pension(5) 2:38 4:11 4:34 5:9 23:3 | | reserved(2) 12:4 18:6 | | sound(2) 1:43 28:15 |
| much(7) 6:6 9:9 9:11 10:11 19:11 22:8 27:4 | | people(10) 9:6 9:20 9:25 11:5 11:8 11:22 14:4 14:8 | | reserving(1) 22:25 | | speak(7) 7:3 8:18 13:25 13:25 22:24 24:20 25:21 |
| muchin(1) 3:17 | | 14:10 15:5 19:4 25:13 | | resolution(5) 10:1 10:11 18:25 20:6 27:18 | | special-purpose(1) 13:10 |
| music(1) 8:3 | | | | resolve(2) 9:21 12:19 | | specific(1) 21:2 |
| | | percent(2) 13:19 13:20 | | resolved(1) 18:13 | | spoke(1) 20:25 |
| narrow(1) 10:7 | | perhaps(2) 16:19 24:3 | | resolves(1) 18:5 | | stage(1) 19:14 |
| national(1) 3:29 | | period(1) 17:22 | | respect(5) 10:21 10:24 18:17 22:20 26:4 | | stam(1) 2:35 |
| nature(1) 27:24 | | person(1) 27:24 | | respond(2) 17:19 25:24 | | standards(1) 18:5 |
| near(1) 24:12 | | peter(1) 3:19 | | responsible(1) 27:23 | | standing(3) 20:9 22:6 23:12 23:18 23:22 |
| necessary(1) 22:10 | | petition(1) 1:56 | | review(1) 21:14 | | stang(1) 3:8 |
| need(4) 11:5 15:17 21:13 23:20 | | phone(2) 6:4 7:16 | | right(21) 7:5 7:9 7:23 8:2 8:15 8:18 11:17 14:22 | | stargati(1) 2:48 |
| needling(1) 13:16 | | piece(1) 15:15 | | 17:14 17:23 19:25 22:17 23:1 25:1 25:17 25:20 26:3 | | start(1) 19:9 |
| neil(1) 3:4 | | piper(1) 3:22 | | 26:7 27:5 27:15 27:15 | | started(1) 19:15 |
| networks(3) 1:7 4:10 26:14 | | pleased(3) 10:15 19:17 21:12 | | | | starting(1) 19:15 |
| new(2) 4:1 13:2 | | point(7) 9:19 9:22 17:14 18:24 19:1 22:16 23:19 | | righton(1) 3:40 | | statement(3) 16:1 23:4 27:2 |
| newbould(9) 15:19 15:23 16:4 16:7 22:20 22:24 | | position(1) 23:16 | | rights(5) 11:7 12:4 18:6 23:8 23:25 | | states(4) 1:1 1:17 9:2 20:17 |
| 24:20 24:20 24:23 | | positions(2) 16:15 18:16 | | roland(2) 5:6 5:10 | | status(1) 10:18 |
| news(7) 6:10 6:14 6:23 7:24 8:17 8:17 19:20 | | positive(1) 19:16 | | rooney(1) 2:23 | | steal(2) 6:22 7:6 |
| next(2) 19:3 19:8 | | possible(2) 14:24 24:7 | | rosenberg(3) 5:6 5:10 5:11 | | steen(1) 1:25 |
| nichols(1) 1:20 | | possibly(1) 19:21 | | rosenman(1) 3:17 | | step(4) 14:16 18:24 20:5 20:7 |
| nncc(2) 13:10 13:14 | | post(1) 11:5 | | ruling(2) 12:1 16:12 | | stephen(1) 4:22 |
| nni(4) 12:23 13:1 13:13 13:13 | | post-petition(18) 8:20 8:23 9:6 9:14 10:12 10:24 | | | | still(2) 11:1 13:18 |
| norman(1) 2:14 | | 11:9 11:14 11:18 11:24 12:2 12:6 12:9 12:10 12:11 | | said(7) 12:1 15:16 18:22 19:2 20:1 20:4 21:11 | | stop(1) 19:4 |
| norris-jones(1) 4:50 | | 12:17 13:18 14:12 | | salves(1) 27:24 | | strauss(1) 2:5 |
| nortel(6) 1:7 3:34 3:39 4:10 19:10 26:14 | | | | same(1) 22:3 | | street(2) 2:19 1:38 |
| not(32) 6:22 6:24 7:24 8:14 11:6 12:6 12:23 13:7 | | posture(1) 24:9 | | sami(1) 2:3 | | strongly(1) 9:25 |
| 13:16 16:5 16:7 16:7 16:11 16:21 16:21 16:22 18:18 20:2 | | pot(1) 12:8 | | sarbaugh(1) 28:20 | | subject(4) 11:21 15:21 18:13 20:8 |
| 20:12 20:12 20:21 20:21 22:21 23:15 23:18 24:1 | | potential(2) 10:22 14:12 | | satisfies(1) 11:4 | | submission(1) 18:3 |
| 24:4 24:10 26:16 26:18 26:23 27:1 27:19 | | potentially(4) 12:17 12:19 16:21 16:22 | | say(13) 6:4 6:6 6:11 8:1 15:25 16:15 18:10 20:15 | | substantial(10) 9:9 9:13 9:13 10:21 13:4 13:21 14:11 |
| | | ppearances(1) 1:19 | | 21:1 21:2 27:21 28:2 28:3 | | 14:16 20:3 20:5 |
| note(3) 26:16 26:17 26:17 | | pre-petition(1) 11:13 | | saying(4) 7:12 7:24 16:21 21:1 | | successful(1) 27:20 |
| noted(1) 21:24 | | preferable(1) 25:16 | | says(1) 15:15 | | successor/trustee(1) 3:27 |
| notes(1) 26:13 | | prematurely(1) 11:7 | | | | such(1) 9:23 |
| nothing(1) 26:3 | | prepared(1) 16:1 | | schedule(2) 10:4 19:23 | | sufficient(3) 17:1 17:22 17:23 |
| notice(9) 6:7 14:4 14:5 14:10 17:21 18:14 22:2 27:12 | | presentation(1) 15:16 | | scheduled(9) 8:22 8:25 14:25 15:18 22:23 23:23 28:4 | | suggest(1) 18:19 |
| 27:13 | | presented(1) 18:2 | | scheduling(1) 21:23 | | suggested(1) 21:15 |
| | | pretty(1) 9:3 | | schuykill(1) 1:38 | | sullivan(1) 3:13 |
| noticed(2) 12:16 | | prevent(1) 10:5 | | schweitzer(24) 1:26 6:10 6:14 6:16 6:23 6:25 7:4 | | superintendent(1) 5:4 |
| now(16) 5:7 18 8:18 11:10 14:3 14:21 15:3 17:14 18:6 | | price(1) 14:2 | | 7:20 7:20 7:23 8:1 8:7 8:11 8:14 8:16 17:20 18:22 | | supportive(2) 21:20 22:8 |
| 18:12 19:25 20:7 20:13 24:16 27:19 27:25 | | principal(3) 11:13 13:19 13:20 | | 19:2 25:2 25:3 25:3 25:5 25:9 25:12 28:6 | | surprise(7) 9:1 14:4 15:5 23:25 24:1 24:11 27:5 |
| | | procedural(3) 9:18 11:2 21:24 | | | | surprise(2) 17:25 26:25 |
| number(3) 7:15 9:8 13:4 | | proceeding(2) 22:1 22:9 | | schweitzer's(2) 15:16 19:12 | | suspect(1) 24:25 |
| object(3) 20:9 23:9 23:18 | | proceedings(3) 1:15 1:43 28:16 | | scott(2) 3:1 4:40 | | table(1) 14:13 |
| objection(1) 26:20 | | process(2) 8:18 18:7 | | second(1) 23:8 | | take(3) 10:23 23:4 23:17 |
| observation(1) 21:5 | | produced(1) 1:44 | | secondarily(1) 11:23 | | taken(1) 14:13 |
| obviated(2) 11:23 15:1 | | proper(1) 22:5 | | see(3) 9:14 14:9 21:4 | | takes(1) 18:19 |
| obviates(2) 15:17 22:2 | | proposal(1) 21:10 | | seek(1) 10:11 | | taking(1) 28:7 |
| obviously(15) 6:9 9:15 10:25 13:15 13:19 14:1 14:2 | | proposing(1) 25:9 | | seeking(2) 9:16 10:22 | | talking(1) 15:22 |
| 14:17 14:23 14:25 18:16 19:16 20:4 20:8 26:8 | | prospects(1) 17:25 | | seen(2) 18:17 24:10 | | taylor(1) 2:48 |
| | | prove(1) 12:7 | | seigel(1) 4:7 | | tecce(5) 3:14 26:10 26:12 26:12 27:4 |
| occur(1) 18:1 | | provides(1) 12:5 | | selinda(1) 3:23 | | tees(1) 2:2 |
| off(1) 14:13 | | pullen(1) 3:1 | | senior(1) 11:15 | | teleconference(1) 23:21 |
| offered(1) 30:7 | | purpose(1) 19:4 | | sense(1) 18:19 | | telephone(1) 7:17 |
| official(2) 2:4 24:16 | | purposes(2) 16:3 20:19 | | sent(1) 7:17 | | telephonic(2) 1:15 2:1 |
| often(1) 20:11 | | purse(1) 28:1 | | separate(3) 10:14 22:18 24:22 | | tell(4) 7:6 8:16 16:9 16:15 |
| okay(3) 17:16 23:13 26:9 | | push(1) 16:19 | | separately(1) 16:5 | | terms(5) 11:11 12:7 19:18 21:14 21:18 27:21 |
| one(14) 6:14 7:25 8:24 13:8 15:12 17:25 18:1 19:1 | | put(5) 9:12 9:15 12:9 14:5 28:1 | | september(4) 14:7 14:7 25:1 28:5 | | than(7) 6:24 7:25 18:23 20:4 20:11 20:19 23:9 |
| 20:22 22:14 23:5 25:6 25:14 26:15 | | | | series(1) 22:12 | | thank(14) 6:6 6:11 7:8 22:17 24:5 24:6 24:15 25:20 |
| | | question(1) 23:11 | | service(1) 1:37 1:44 | | 27:4 27:11 28:3 28:6 28:6 28:11 |
| only(2) 22:11 27:19 | | questions(1) 17:19 | | services(2) 1:37 5:5 | | |
| open(3) 18:12 18:14 | | quickly(2) 9:1 19:5 | | set(3) 20:10 21:22 23:5 | | thanks(1) 7:14 |
| operator(2) 6:15 6:16 | | quinn(2) 3:13 26:12 | | settle(3) 13:18 18:4 19:13 | | |
| opportunity(1) 22:6 | | quite(5) 6:10 10:21 12:15 13:21 21:7 | | settled(1) 19:14 | | |
| opposition(1) 22:3 | | quizzing(1) 9:2 | | settlement(34) 8:19 10:8 11:11 12:21 12:22 13:3 | | |
| option(1) 18:3 | | qureshi(1) 2:10 | | 13:5 13:5 13:6 14:2 14:8 15:2 15:6 15:20 16:18 | | |
| other(18) 8:25 9:15 11:2 11:3 11:6 11:7 11:8 11:13 | | raised(4) 9:17 20:14 23:14 24:2 | | 16:24 17:2 17:3 17:17 17:9 18:12 19:18 21:18 22:1 | | |
| 12:1 12:3 13:16 15:5 20:20 25:13 25:14 | | range(1) 21:7 | | 23:23 24:3 24:9 24:24 26:17 26:19 26:23 26:24 | | |
| others(3) 13:25 21:1 | | rate(4) 9:15 11:20 12:10 17:6 | | 27:13 28:5 | | |
| otherwise(1) 10:10 | | rates(1) 9:16 | | settlements(3) 14:19 22:12 22:15 | | |
| our(7) 7:21 14:22 18:16 18:22 21:14 23:25 26:17 | | rather(1) 23:19 | | several(1) 22:13 | | |
| out(7) 8:3 9:22 10:17 10:25 14:21 16:5 27:8 | | ray(2) 5:14 5:15 | | shakra(1) 4:36 | | |
| over(8) 8:9 8:12 8:14 11:25 13:20 14:12 15:5 23:21 | | reach(1) 10:19 | | she(4) 6:18 7:12 7:12 15:16 | | |
| overy(2) 2:18 15:9 | | reached(3) 10:17 10:19 21:22 | | sheryl(1) 4:17 | | |
| own(2) 11:21 13:12 | | read(5) 9:3 16:15 20:10 20:13 20:13 | | shibley(1) 3:40 | | |
| oxford(1) 3:4 | | real(1) 19:21 | | short(1) 6:7 | | |
| o'connor(6) 2:44 23:2 23:2 23:13 23:24 24:5 | | really(5) 14:16 17:13 20:18 22:18 24:16 | | should(5) 6:25 7:1 7:4 15:2 15:22 17:5 17:24 24:22 | | |
| o'sullivan(1) 4:40 | | reason(2) 7:21 19:11 | | shouldn't(2) 11:9 15:10 | | |
| p.m(1) 1:13 6:2 28:12 | | recall(1) 11:24 | | showing(1) 9:8 | | |
| | | receive(1) 11:18 | | shows(1) 9:7 | | |
| | | recognize(1) 7:18 | | side(5) 9:24 13:9 14:1 | | |
| | | | | signed(2) 26:16 26:18 | | |
| | | | | significant(2) 14:1 21:18 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**that**(163) 6:4 6:26 7:2 7:5 7:6 7:12 7:15 7:17 7:19 7:24 8:18 9:2 9:4 9:9 9:23 9:24 9:25 10:1 10:6 10:14 10:15 10:18 10:19 10:23 11:1 11:4 11:12 11:16 11:21 12:3 12:4 12:5 12:7 12:8 12:11 12:16 12:23 13:6 13:7 13:9 13:15 13:18 13:23 14:2 14:6 14:8 14:10 14:18 14:20 14:22 14:23 15:1 15:5 15:15 15:17 15:18 15:20 15:21 15:24 16:4 16:9 16:11 16:13 16:15 16:22 16:23 16:25 16:25 17:2 17:4 17:5 17:6 17:7 17:8 17:20 17:25 18:1 18:3 18:3 18:4 18:5 18:7 18:11 18:12 18:15 18:17 18:19 18:20 18:24 19:4 19:4 19:5 19:7 19:8 19:9 19:11 19:16 19:20 19:24 20:3 20:4 20:9 20:14 20:15 21:1 21:5 21:10 21:12 21:18 21:21 21:24 21:25 21:25 22:2 22:5 22:10 22:12 22:14 22:14 22:15 22:18 22:25 22:25 23:5 23:8 23:9 23:19 23:19 23:19 23:22 23:22 23:25 23:25 24:1 24:3 24:8 24:10 24:20 24:21 25:1 25:2 25:5 25:5 25:10 25:23 26:4 26:13 26:15 26:16 26:18 26:22 26:24 27:1 27:10 27:12 27:18 27:22 27:25 28:2 28:14

**that'll**(1) 21:16

**that's**(10) 12:11 13:8 13:17 14:24 18:24 19:10 20:6 20:7 23:24 26:21

**the**(301) 1:1 1:2 1:16 6:3 6:4 6:4 6:8 6:10 6:13 6:16 6:18 6:22 6:22 7:1 7:5 7:9 7:14 7:15 7:16 7:16 7:19 7:23 8:2 8:3 8:6 8:8 8:13 8:15 8:17 8:18 8:19 8:19 8:20 8:21 8:22 8:22 8:23 8:24 8:24 8:25 8:25 9:1 9:5 9:7 9:7 9:8 9:9 9:10 9:11 9:11 9:15 9:16 9:19 9:21 9:22 9:22 9:24 10:3 10:4 10:4 10:7 10:7 10:8 10:10 10:11 10:12 10:13 10:14 10:16 10:17 10:18 10:20 10:21 10:22 10:23 10:23 10:25 10:25 11:1 11:4 11:6 11:7 11:11 11:12 11:12 11:14 11:15 11:16 11:16 11:21 11:23 11:25 12:1 12:4 12:6 12:7 12:8 12:10 12:13 12:14 12:14 12:14 12:16 12:17 12:21 12:22 12:22 12:23 12:24 13:1 13:3 13:3 13:3 13:4 13:5 13:6 13:8 13:8 13:9 13:9 13:11 13:13 13:14 13:15 13:16 13:18 13:19 13:20 13:21 13:24 13:25 13:25 14:2 14:2 14:3 14:4 14:8 14:11 14:11 14:11 14:13 14:14 14:14 14:15 14:17 14:20 14:23 15:2 15:5 15:4 15:6 15:10 15:11 15:16 15:17 15:17 15:17 15:20 15:21 15:25 16:1 16:5 16:6 16:6 16:9 16:10 16:12 16:14 17:4 17:4 17:5 17:5 17:6 17:7 17:9 17:12 17:12 17:17 17:20 17:22 17:24 17:25 18:1 18:2 18:6 18:6 18:8 18:9 18:11 18:13 18:17 18:18 18:19 18:20 18:20 18:21 18:24 19:2 19:2 19:3 19:4 19:6 19:7 19:8 19:9 19:10 19:10 19:10 19:12 19:14 19:14 19:15 19:15 19:18 19:18 19:20 19:22 19:23 19:24 19:24 20:1 20:2 20:2 20:2 20:7 20:7 20:12 20:13 20:13 20:14 20:16 20:17 20:19 20:20 20:20 20:21 20:24 20:25 21:1 21:2 21:3 21:5 21:5 21:5 21:6 21:6 21:7 21:9 21:10 21:11 21:12 21:14 21:15 21:16 21:17 21:18 21:19 21:20 21:21 21:23 21:24 21:24 21:25 22:3 22:6 22:7 22:7 22:9 22:11 22:13 22:17 22:23 23:3 23:4 23:4 23:7 23:8 23:9 23:9 23:11 23:12 23:14 23:14 23:14 23:16 23:17 23:17

**the**(68) 23:19 23:22 23:23 24:1 24:2 24:3 24:6 24:8 24:8 24:9 24:9 24:12 24:16 24:18 24:19 24:21 24:24 24:25 24:25 25:4 25:8 25:11 25:14 25:15 25:15 25:17 25:20 25:23 25:24 25:25 26:3 26:7 26:9 26:11 26:13 26:15 26:16 26:16 26:18 26:20 26:20 26:22 26:23 26:24 26:25 27:2 27:5 27:8 27:9 27:10 27:12 27:13 27:15 27:17 27:19 27:19 27:23 27:24 28:1 28:1 28:5 28:7 28:9 28:12 28:14 28:15 28:15 28:16

**their**(11) 9:14 11:15 11:17 11:18 12:3 12:10 12:15 13:12 18:6 22:5 25:7

**them**(6) 10:18 12:25 17:1 18:7 21:21 22:4

**themselves**(1) 10:9

**then**(8) 6:25 11:13 14:24 18:5 19:3 19:6 22:9 25:4

**theory**(1) 12:3

**there**(12) 7:15 8:21 9:4 9:25 11:1 14:25 17:20 19:20 22:7 22:12 23:21 26:21

**there's**(10) 7:2 7:3 7:24 10:1 10:13 12:5 13:15 14:17 17:21 25:10

**these**(15) 9:21 9:23 10:6 11:1 11:17 13:21 14:19 15:1 15:19 16:17 17:21 20:11 21:21 21:22 22:18

**they**(5) 13:8 13:20 10:3 10:9 10:22 10:23 11:5 11:8 12:7 13:3 13:12 13:12 18:5 24:22

**thing**(5) 15:13 18:19 19:13 19:22 22:11

**think**(33) 6:9 6:25 7:1 10:20 11:4 13:18 13:23 14:1 14:7 14:16 14:22 15:1 15:22 16:23 16:25 17:24 18:7 19:1 19:12 19:21 20:3 20:4 20:10 20:15 20:18 22:1 22:4 23:8 23:11 24:8 24:16 25:12 26:1

**thinking**(2) 27:21 27:22

**this**(58) 6:16 6:17 6:20 9:10 9:19 9:25 10:3 11:11 12:21 14:1 14:16 14:20 15:8 15:14 15:15 15:17 16:18 15:19 15:25 16:1 16:2 16:5 16:8 16:12 16:20 17:18 17:24 18:21 18:23 18:4 18:10 18:11 18:12 18:16 18:18 18:24 18:25 19:9 20:1 20:2 20:3 20:18 20:18 21:1 21:18 21:25 22:4 22:22 23:5 23:16 23:19 24:9 24:20 26:12 27:18 27:20 28:7

**thomas**(1) 3:46

**thornton**(2) 4:30 4:35

**those**(13) 11:3 12:19 13:1 13:2 13:11 16:14 20:13 21:8 22:6 22:15 25:9 25:12 25:16

**thought**(2) 17:3 25:11

**threshold**(1) 15:13

**through**(2) 14:21 22:1

**thursday**(1) 6:2

**time**(19) 6:17 12:13 12:16 14:10 17:21 17:22 17:23 18:6 19:21 21:17 22:7 24:9 25:2 25:2 25:4 27:20 27:22 28:7 28:9

**timothy**(1) 3:24

**today**(2) 14:22 28:7

**together**(1) 28:1

**tomorrow**(10) 8:22 15:1 15:19 16:2 16:10 22:19 22:22 24:8 24:17 28:4

**tomorrow's**(5) 15:23 19:23 20:17 21:23 22:8

**too**(1) 18:8

**took**(2) 17:10 21:10

**tory's**(1) 11:29

**total**(2) 11:19 11:24

**towards**(2) 20:5 22:14

**trade**(1) 11:8

**transcriber**(1) 28:17

**transcript**(3) 1:15 1:44 28:15

**transcription**(2) 1:37 1:44

**trial**(2) 19:15 19:15

**tried**(1) 7:6

**truly**(2) 21:9 22:11

**trust**(4) 3:17 3:28 4:11 4:16

**trustee**(1) 13:2

**trustees**(2) 9:12 10:9

**truthful**(1) 18:1

**try**(1) 21:9

**trying**(2) 10:7 18:25

**tunnell**(1) 1:20

**turn**(1) 15:5

**turning**(2) 19:10 27:24

**tweed**(2) 3:45 6:21

**two**(3) 24:7 25:9 25:16

**tyler**(1) 4:16

**u.s**(1) 3:22

**ucc's**(1) 23:4

**umbrage**(1) 17:10

**uncertainty**(1) 16:25

**under**(2) 11:25 12:3

**understand**(4) 7:15 15:24 17:16 27:2

**unidentified**(1) 25:15

**united**(4) 1:1 1:17 9:5 20:17

**unlike**(1) 20:21

**unnecessary**(1) 24:17

**unsecured**(4) 2:5 10:16 11:3 21:15

**until**(1) 22:22

**upon**(3) 16:12 16:17 24:9

**urgent**(1) 20:12

**urquhart**(1) 3:13

**various**(6) 9:17 10:1 11:1 11:25 12:7 14:8

**vedder**(1) 4:2

**vehicle**(1) 13:11

**very**(9) 8:7 9:24 9:25 20:5 21:12 21:20 22:8 26:3 27:4

**view**(4) 8:17 9:20 18:18 23:16

**viewed**(1) 16:19

**views**(2) 22:18 27:17

**vigorous**(2) 10:8 10:15

**voices**(1) 7:18

**volume**(1) 9:8

**wait**(3) 6:18 6:25 7:4

**wake**(3) 8:8 8:11

**walancik**(1) 3:36

**want**(13) 6:6 13:23 14:3 14:9 15:5 17:13 18:8 18:9 20:9 21:14 22:4 22:11 26:24

**wanted**(9) 6:11 17:4 17:9 19:1 21:2 23:24 26:14 26:21 27:9

**wants**(1) 18:15

**was**(45) 7:23 8:2 8:6 8:8 12:1 14:25 16:1 16:3 16:3 16:7 16:10 16:11 16:19 16:21 17:1 17:3 17:3 17:6 17:18 17:8 17:9 17:10 18:3 18:10 18:11 18:22 19:4 19:15 19:16 19:17 19:19 17:14 17:19 17:24 20:4 20:9 22:17 22:18 23:18 24:5 24:6 24:7 24:15 25:6 25:20 26:4 27:4 27:12 27:13 27:17 28:10 28:11

**way**(6) 7:15 10:3 17:9 21:2 21:25 22:25

**ways**(1) 18:1

**webb**(1) 4:16

**week**(2) 18:3 25:5

**weeks**(1) 19:16

**well**(20) 6:18 7:3 8:1 8:14 13:17 13:25 14:18 15:10 15:12 15:25 17:11 20:15 21:1 23:11 24:6 26:3 27:15 27:21 28:8 28:9

**were**(13) 8:2 10:19 11:20 13:9 14:22 16:14 16:22 19:11 21:12 21:16 23:25 26:22 26:25

**weren't**(1) 16:24

**weston**(1) 2:45

**we'll**(2) 6:18 25:18

**we're**(10) 6:11 10:15 13:7 15:3 18:12 18:17 18:24 19:9 26:13 26:23

**what**(18) 6:5 6:9 12:4 12:16 13:10 16:19 17:8 17:10 19:1 20:1 21:1 21:3 21:3 21:8 23:16 24:6 24:21 26:4

**whatever**(3) 22:9 25:19 27:25

**what's**(4) 9:20 9:24 11:10 20:6

**when**(6) 8:9 9:6 9:10 12:13 20:25 24:20

**where**(3) 9:21 11:5 13:11

**whereupon**(1) 28:12

**whether**(8) 9:2 9:5 11:8 12:3 16:11 20:12 23:18 24:4

**which**(13) 8:17 8:17 9:18 10:3 10:16 10:20 12:11 14:5 20:12 21:2 23:12 23:21 24:18

**while**(2) 9:4 11:1

**whiteoak**(1) 4:49

**who**(9) 11:9 11:9 11:16 12:2 13:24 15:5 17:23 20:16 22:5

**why**(2) 6:11 27:5

**will**(18) 6:4 15:5 16:9 16:15 17:15 17:20 20:15 21:18 22:7 22:23 23:16 23:17 23:23 24:3 24:11 24:20 27:12 27:18

**willing**(1) 19:11

**willkie**(2) 2:43 23:3

**wilmington**(4) 1:10 3:17 3:28 6:2

**wish**(1) 24:22

**wishes**(1) 20:16

**with**(35) 8:19 9:1 10:8 10:8 10:10 10:19 10:21 10:24 15:18 15:23 16:8 18:11 18:15 18:17 19:14 20:8 21:17 21:25 22:10 22:20 22:22 22:24 23:6 24:19 25:19 26:21 28:2

**within**(3) 19:8 19:18 21:7

**without**(4) 9:2 15:13 15:23 25:21

**wonderful**(3) 7:14 8:1 24:15

**won't**(3) 7:6 9:19 27:21

**work**(4) 8:3 14:8 14:21 25:19

**worked**(1) 22:25

**works**(1) 25:19

**would**(34) 6:5 8:1 9:3 9:6 10:3 10:12 11:12 11:14 11:17 12:9 12:15 12:21 13:6 14:6 14:6 14:9 16:4 18:5 18:10 19:7 19:7 19:22 22:19 23:8 23:9 24:17 25:1 25:5 25:11 25:13 25:15 26:2 26:25 27:10

**wunder**(1) 5:19

**www.diazdata.com**(1) 1:41

**year**(2) 11:20 19:3

**yes**(9) 7:1 7:23 15:10 25:3 25:24 26:10 26:11 27:6 27:8

**yesterday**(2) 10:17 19:19

**yet**(5) 7:16 16:23 22:14 24:2 24:10

**york**(2) 4:1 13:2

**you**(52) 6:5 6:6 6:11 6:23 7:6 7:8 7:24 7:25 8:7 8:16 9:3 10:2 11:22 12:8 12:18 12:18 12:20 12:23 15:19 15:25 16:9 16:15 17:9 17:9 17:14 17:19 17:24 20:4 20:9 22:17 22:18 23:18 24:5 24:6 24:7 24:15 25:6 25:20 26:4 27:4 27:12 27:13 27:17 27:25 28:3 28:3 28:6 28:7 28:11

**young**(3) 2:29 2:48 4:44

**your**(39) 6:16 6:20 6:8 7:12 7:18 7:20 8:11 8:21 14:23 15:7 15:15 17:11 17:16 17:18 17:19 18:8 18:9 18:17 19:3 19:22 20:23 21:4 22:13 23:2 23:11 24:5 24:13 25:18 25:19 25:21 26:6 26:10 26:13 27:2 27:7 27:11 28:6 28:11

**yourself**(3) 6:7 6:12 7:19

**you'd**(1) 7:18

**you'll**(1) 11:24

**you're**(3) 6:5 6:22 25:9

**you've**(2) 9:1 9:3

**zarnett**(1) 2:31

**ziehl**(1) 3:8

**"bondholder"**(1) 26:23