IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14059 & 14066** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
24 day of July, 2014

/s/ Notary Public
Notary Public

REGINA AMPOREPO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    Chapter 11

NORTEL NETWORKS INC., et al.,                             Case No. 09-10138 (KG)

            Debtors.                           Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   NSIGHT INC
        1 VAN DE GRAAFF DRIVE
        BURLINGTON, MA 01803

Please note that your schedule in the above referenced case and in the amount of $54,874.50 has been transferred (**unless previously expunged by court order**) to:

        BOWERY OPPORTUNITY FUND LP
        TRANSFEROR: NSIGHT INC
        ATTN: VLADIMIR JELISAVCIC
        1325 AVE OF AMERICAS 28TH FLOOR
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        DISTRICT OF DELAWARE
        824 NORTH MARKET STREET, 3RD FLOOR
        WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14059 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/24/2014                       David D. Bird, Clerk of Court

                                         /s/ Kimberly Murray
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 24, 2014.

# EXHIBIT B

```
TIME: 15:33:41                                      NORTEL NETWORKS INC.                                          PAGE:   1
DATE: 07/24/14                                        CREDITOR LISTING

Name                           Address
BOWERY OPPORTUNITY FUND LP     TRANSFEROR: NSIGHT INC ATTN: VLADIMIR JELISAVCIC 1325 AVE OF AMERICAS 28TH FLOOR NEW YORK NY 10019
BOWERY OPPORTUNITY FUND LP     TRANSFEROR: SIGNET6 ATTN: VLADIMIR JELISAVCIC 1325 AVE OF AMERICAS 28TH FLOOR NEW YORK NY 10019
NSIGHT INC                     1 VAN DE GRAAFF DRIVE BURLINGTON MA 01803
SIGNET6                        1020 WEST 2ND STREET LITTLE ROCK AR 72201

Total Number of Records Printed     4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006