IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1] :  Case No. 09-10138 (KG)
:
        Debtors. :  Jointly Administered
:
:
---------------------------------------------------------X

## NOTICE OF RESCHEDULED OMNIBUS HEARING DATE

PLEASE TAKE NOTICE THAT at the request of the Court the hearing previously scheduled for **September 9, 2014 at 10:00 a.m. (ET)** has been rescheduled to **September 15, 2014 at 10:00 a.m. (ET).**

PLEASE TAKE FURTHER NOTICE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: July 25, 2014
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    James L. Bromley (admitted *pro hac vice*)
    Lisa M. Schweitzer (admitted *pro hac vice*)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    and

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ *Tamara K. Minott*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Tamara K. Minott (No. 5643)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: 302-658-9200
    Facsimile: 302-425-4663

    Counsel for the Debtors and
    Debtors in Possession

4344982.13