# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 14065 & 14070 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2014, I caused to be served the:

   a) "Notice of Agenda of Matters Scheduled for Hearing on July 25, 2014 at 9:00 A.M. (Eastern Time)," dated July 23, 2014 [Docket No. 14065], and

   b) "Notice of Amended Agenda of Matters Scheduled for Hearing on July 25, 2014 at 9:00 A.M. (Eastern Time)," dated July 23, 2014 [Docket No. 14070],

by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
24th day of July, 2014

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\July 25, 2014 Agenda & Amended Agenda_DI_14065 & 14070_AFF_7-23-14.doc

# EXHIBIT A

| Name | Company | Fax No. |
|---|---|---|
| Kathleen A. Murphy<br>Mary F. Caloway | Buchanan Ingersoll & Rooney | 302-552-4295 |
| Ed Harron<br>John Dorsey<br>Jaime Luton Chapman | Young Conaway Stargatt & Taylor LLP | 302-576-3298; 302-576-3401 |
| Selinda A. Melnik<br>Richard Hans<br>Timothy Hoeffner<br>Farah Lisa Whitley-Sebti | DLA Piper | 302-778-7914; 302-884-8730; 215-606-3341; 212-884-8529 |
| Christopher Samis | Richards Layton & Finger P.A. | 302-498-7845 |
| Charlene D. Davis<br>Justin Alberto | Bayard P.A. | 302-658-6395 |
| Derrick Tay<br>Jennifer Stam | Gowling LaFleur Henderson LLP | 416-862-7661 |
| Jay Carfagnini<br>Joseph Pasquariello<br>Ben Zarnett<br>Alan Mark | Goodmans LLP | 416-979-1234 |
| Peter Ruby<br>Jessica Kimmel<br>Chris Armstrong | Goodmans LLP | 416-979-1234 |
| Murray McDonald<br>Brent Beekenkamp | Ernst & Young Inc. | 416-943-3300 |
| Tony DeMarinis<br>Scott Bomhof<br>Sheila Block<br>Andrew Gray<br>Adam Slavens | Torys LLP | 416-865-7380 |
| Robin B. Schwill<br>Sean Campbell<br>James Doris<br>Louis Sarabia | Davies Ward Phillips & Vineberg LLP | 416-863-0871 |
| Matthew P. Gottlieb<br>Tracy Wynne<br>Paul Michell<br>Jessica Zhi | Lax O'Sullivan Scott Lisus LLP | 416-598-3730 |
| Mark Zigler<br>Susan Philpott<br>Ari Kaplan<br>Barbara Walancik | Koskie Minsky | 416-204-2877; 416-204-2882; 416-204-2875; 416-204-2906 |
| Kenneth T. Rosenberg<br>Massimo (Max) Starnino<br>Lily Harmer<br>Karen Jones | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Tina Lie<br>Michelle Jackson<br>Jacqueline Cummins | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |

| | | |
|---|---|---|
| Barry E. Wadsworth<br>Lewis Gottheil | CAW-Canada | 416-495-3786 |
| Arthur O. Jacques<br>Thomas McRae | Shibley Righton LLP | 416-214-5413; 416-214-5400 |
| Janice B. Payne<br>Steven Levitt<br>Christopher Rootham | Nelligan O'Brien Payne LLP | 613-788-3655 |
| Barbara J. Boake<br>James D. Gage<br>Elder C. Marques<br>Paul Steep | McCarthy Tetrault LLP | 416-868-0673 |
| Byron Shaw<br>Sharon Kour<br>Kelly Peters | McCarthy Tetrault LLP | 416-868-0673 |
| Kevin ZychS. Richard OrzyGavin FinlaysonRichard SwanSean ZweigJonathan Bell;<br>Amanda McLachlan | Bennett Jones LLP | 416-863-1716 |
| R. Shayne Kukulowicz<br>Michael J. Wunder<br>Ryan Jacobs | Cassels Brock & Blackwell LLP | 416-863-4592 |
| Angela Pearson<br>Antonia Croke | Ashurst LLP | +44 (0)20 7638 1112 |
| Michael Barrack<br>D.J. Miller<br>Rebecca Lewis<br>Andrea McEwan<br>John Finnigan<br>Michael Shakra | Thornton Grout Finnigan LLP | 416-304-1313 |
| Sheryl E. Seigel | McMillan LLP | 416-365-1719 |
| Edmond F. B. Lamek<br>James Szumski | Borden Ladner Gervais LLP | 416-361-2436; 416-682-2811 |
| Lyndon Barnes<br>Edward Sellers<br>Betsy Putnam<br>Adam Hirsh<br>Alexander Cobb | Osler Hoskin and Harcourt LLP | 416-862-6666 |
| Michael Lang | Norton Rose Fulbright LLP | 416-216-3930 |
| Angela Dimsdale Gill<br>John Tillman<br>Matthew Bullen<br>David Graves<br>Katherine Tallett-Williams | Hogan Lovells International LLP | +44 20 7296 2001 |
| Ken Coleman<br>Paul Keller<br>Daniel Guyder<br>Laura Hall | Allen & Overy LLP | 212-610-6399 |

| | | |
|---|---|---|
| Joseph Badtke-Berkow<br>Jonathan Cho<br>Nicolette Ward | Allen & Overy LLP | 212-610-6399 |
| James Bromley<br>Lisa Schweitzer<br>Howard Zelbo<br>Jeffrey Rosenthal<br>Darryl Stein | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Marla Decker<br>Avi Luft<br>Jacqueline Moessner<br>Inna Rozenberg<br>Jodi Eirckson | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Derek Adler<br>Neil Oxford<br>Fara Tabatabai<br>Charles Huberty | Hughes Hubbard & Reed | 212-422-4726; 212-299-6269; 212-299-6045 |
| Thomas R. Kreller<br>Jennifer P. Harris<br>Albert A. Pisa<br>Samir Vora<br>Andrew M. LeBlanc | Milbank Tweed Hadley McCloy LLP | 213-629-5063; 212-530-5219; 202-263-7574 |
| Michael Hirschfeld<br>Atara Miller<br>Tom Matz<br>Nick Bassett<br>Gabrielle Ruha<br>Rachel Pojunas | Milbank Tweed Hadley McCloy LLP | 212-882-5832;<br>212-822-5421; 212-822-5885; 202-263-7546;<br>212-822-5155; 202-263-7551 |
| Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Robert A. Johnson<br>Brad M. Kahn<br>Christine Doniak<br>Joseph Sorkin; Jacqueline Yecies | Akin Gump Strauss Hauer & Feld LLP | 212-872-1002 |
| Brian O'Connor<br>Sameer Advani<br>Andrew Hanrahan | Willkie Farr & Gallagher LLP | 212-728-9251; 212-728-9587; 212-728-9170 |
| Michael J. Riela | Vedder Price | 212-407-7799 |
| Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine | Katten Muchin Rosenman LLP | 212-940-8776 |
| Daniel A. Lowenthal | Patterson Belknap Webb & Tyler LLP | 212-336-1253 |
| James Norris-Jones | Herbert Smith Freehills LLP | 44 20 7098 4874 |
| John Salmas; Kenneth Kraft | Dentons Canada LLP | 416-863-4592 |

3