Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/04/13 | EH | Review ECF notices and download agenda for 11/05/13 hearing; review agenda | 0.10 |
| 11/14/13 | EH | Review ECF notices and download agenda for 11/15/13 telephonic hearing; review agenda and discuss with J. Hoover | 0.10 |
| 11/27/13 | EH | Review ECF notices and download agenda for 12/03/13 hearing; review agenda and send follow-up email to J. Hoover regarding quarterly fee applications scheduled to go forward at hearing | 0.10 |
| 12/02/13 | EH | Review email from J. Hoover regarding status of 12/03/13 hearing; coordinate telephonic appearance at same for J. Hoover | 0.20 |
| 12/02/13 | EH | Review and respond to email from J. Hoover regarding cancellation of 12/04/13 hearing; update calendar | 0.10 |
| 12/02/13 | EH | Review amended agenda for 12/04/13 hearing; forward to J. Hoover | 0.10 |
| 01/03/14 | EH | Review ECF notices and download agenda for 1/07/13 hearing; review agenda and forward to J. Hoover | 0.10 |
| 01/06/14 | EH | Review ECF notices and download amended agenda for 1/07/14 hearing; review agenda and forward to J. Hoover | 0.10 |
| 01/07/14 | EH | Review ECF notices and download second amended agenda for 1/07/14 hearing; review agenda | 0.10 |
| 01/17/14 | EH | Review emails from A. Cordo and J. Hoover regarding designation of 2/04/14 omnibus hearing as fee application hearing; track and confirm hearing date | 0.10 |
| 01/27/14 | EH | Review ECF notices and download order setting omnibus hearing dates through December 2014; track hearing dates | 0.20 |
| 01/27/14 | EH | Review ECF notices and download agenda for 1/29/14 hearing; review agenda and forward to J. Hoover | 0.10 |
| 01/31/14 | EH | Review ECF notices and download agenda for 2/04/14 hearing; review agenda and forward to J. Hoover | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/13/14 | EH | Review agenda for 2/18/14 hearing; track cancellation of hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $245.00 | 1.60 | $392.00 |
| | | | 1.60 | $392.00 |
| | | TOTAL: | 1.60 | $392.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/06/13 | LMB | Prepare BFCA monthly and quarterly fee application for August through October 2013 | 0.40 |
| 11/07/13 | JRH | Review Nortel monthly fee application | 0.30 |
| 11/07/13 | LMB | Prepare BFCA monthly fee application for August through October 2013 | 0.20 |
| 11/08/13 | JRH | Review fee application and telephone call with L. Behra regarding same/filing | 0.30 |
| 11/08/13 | LMB | Prepare BFCA monthly fee application for August through October 2013 | 0.40 |
| 11/11/13 | JRH | Review quarterly fee application and coordinate with L. Behra regarding filing | 0.20 |
| 11/11/13 | LMB | Prepare and file BFCA monthly fee application for August through October 2013 (.40); prepare and file BFCA quarterly fee application for August through October 2013 (.70) | 1.10 |
| 11/11/13 | LMB | Review docket regarding objections to BFCA monthly fee application for May - July 2013; prepare and file CNO regarding same | 0.30 |
| 11/14/13 | EH | Review ECF notices and download fee examiner's report regarding BFCA twelfth quarterly fee application; review report and forward to J. Hoover and L. Behra | 0.10 |
| 12/02/13 | JRH | Emails regarding fee order, etc. | 0.20 |
| 12/04/13 | EH | Review ECF notices and download eighteenth omnibus fee order approving professionals' fee applications; forward to J. Hoover | 0.10 |
| 01/14/14 | JRH | Conference with L. Behra regarding fee examiner report | 0.20 |
| 01/14/14 | LMB | Review Fee Examiner Preliminary Report and discussions with J. Hoover and J. Scarborough regarding same | 0.50 |
| 01/16/14 | EH | Review emails from M. Maddox and J. Hoover requesting CNO for Benesch twenty-ninth fee application for August 2013 - October 2013; follow-up email to L. Behra regarding same | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 01/17/14 | JRH | Attention to fee examiner response, follow up with L. Behra regarding same and CNO | 0.50 |
| 01/17/14 | EH | Email to M. Maddox regarding status of filing CNO to Benesch 8/01/13 - 10/31/13 quarterly fee application | 0.10 |
| 01/17/14 | EH | Review docket to confirm no objections and/or responses to Benesch 8/1/2013 - 10/31/13 fee application and draft Certificate of No Objection for same | 0.30 |
| 01/17/14 | EH | File CNO for Benesch 8/1/2013 - 10/31/13 fee application and send confirming email to M. Maddox regarding same | 0.20 |
| 01/27/14 | EH | Review ECF notices and download fee examiners final report regarding Benesch thirteenth quarterly fee application; circulate to J. Hoover and L. Behra | 0.10 |
| 02/11/14 | LMB | Review current accounts receivable with respect to next quarterly fee application; email to J. Hoover regarding same | 0.30 |
| 02/21/14 | LMB | Review and revise BFCA fees and expenses for November through January | 0.20 |
| 03/27/14 | LMB | Respond to email from J. Hoover regarding next quarterly fee application hearing date | 0.10 |
| 03/31/14 | JRH | Review email form A. Cordo regarding fee procedures | 0.10 |
| 04/07/14 | JRH | Attention to time review for fee applications | 0.30 |
| 04/16/14 | LMB | Email to J. Hoover summarizing status of our quarterly fee applications | 0.30 |
| 04/16/14 | LMB | Review and revise BFCA fees and expenses for February through March 2014 | 0.20 |
| 05/16/14 | LMB | Review and revise BFCA fees and expenses through April 2014 | 0.20 |
| 05/19/14 | LMB | Prepare BFCA monthly fee application for April 2014 | 0.60 |
| 06/03/14 | LMB | Telephone call with J. Hoover regarding monthly and quarterly fee application | 0.20 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $405.00 | 2.10 | $850.50 |
| | | | 2.10 | $850.50 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 5.00 | $875.00 |
| ELIZABETH HEIN | (EH ) | $245.00 | 1.00 | $245.00 |
| | | | 6.00 | $1,120.00 |
| | | TOTAL: | 8.10 | $1,970.50 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 03/26/14 | JRH | Prepare for (.5) and attend conference call on open Nortel claims and action items related thereto (.5) | 1.00 |
| 03/26/14 | JRH | Review further emails on claims reconciliation | 0.30 |
| 03/31/14 | JRH | Review various emails and back up regarding remaining claims objections | 0.40 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $405.00 | 1.70 | $688.50 |
| | | | 1.70 | $688.50 |
| | | TOTAL: | 1.70 | $688.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2014

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/20/14 | JRH | Conference call with A. Cordo and L. Lipner regarding new matter | 0.50 |
| 02/21/14 | JRH | Emails with L. Lipner regarding Google subpoena | 0.20 |
| 02/24/14 | JRH | Meetings with S. Ferguson regarding new matter. Review subpoena, review District Court pleadings, and conference call with L. Lipner regarding subpoena. | 2.00 |
| 02/24/14 | SMF | Review of subpoena and federal rule 45 and recent amendments to same (.8); review of underlying case pleadings (.4); meet with J. Hoover to discuss subpoena and objections and motion to quash (.2); call with L. Lipner to discuss subpoena and meet with J. Hoover after call to discuss next steps (.4) | 1.80 |
| 02/25/14 | SMF | Meet with J. Hoover regarding strategy in responding to subpoena, call with client regarding same, and call to Google counsel regarding extension of time to respond | 0.20 |
| 02/26/14 | JRH | Emails w/T. Ross regarding Google subpoena | 0.20 |
| 02/26/14 | SMF | Emails with J. Hoover regarding call with client regarding subpoena; email from L. Lipner regarding objections to subpoena | 0.10 |
| 02/27/14 | JRH | Conference call with T. Ross (.3); prepare objections and responses to third party subpoena (2.7) | 3.00 |
| 02/27/14 | SMF | Emails with J. Hoover regarding call with client and objections to subpoenas (.1); draft outline of objections and send to J. Hoover (.3) | 0.40 |
| 02/28/14 | MJB | Review and revise responses and objections to subpoenas; emails to/from J. Hoover regarding same | 0.70 |
| 02/28/14 | JRH | Further revise objection to subpoena; emails with opposing counsel regarding same | 2.00 |
| 02/28/14 | JNM | Review and revise correspondence regarding response to subpoena. | 0.40 |
| 03/03/14 | SMF | Review finalized objections to Google subpoena | 0.20 |

Page   10

| Date | Atty | Services | Hours |
|---|---|---|---|
| 03/04/14 | JRH | Emails to/from L. Lipner regarding subpoena, follow up with S. Ferguson, Esquire regarding next steps | 0.30 |
| 03/04/14 | SMF | Meet with J. Hoover regarding objections to subpoena and communication to Google's local counsel regarding same (.1); emails with local counsel for Google regarding objections to subpoena (.2) | 0.30 |
| 03/06/14 | JRH | Meeting with S. Ferguson to discuss status of subpoena response | 0.30 |
| 03/06/14 | SMF | Emails with Google counsel regarding call to discuss objections (.1); call with Google counsel regarding subpoena and objections (.3); meet with J. Hoover regarding call with Google counsel (.1) | 0.50 |
| 03/10/14 | SMF | Review email from Google's counsel regarding subpoena and request for proposal response of Nortel and respond to email | 0.10 |
| 03/12/14 | SMF | Review Nortel response to Frontier's request for proposal relating to subpoena from Google and forwarded by Google's counsel and emails with Google counsel regarding same | 0.60 |
| 04/07/14 | SMF | Review email from Google counsel regarding subpoenas and meet with J. Hoover regarding response to same (.1); review objections and responses to subpoena (.1); draft response to Google's counsel (.2) | 0.40 |

Page 11

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| MICHAEL J. BARRIE | (MJB) | $480.00 | 0.70 | $336.00 |
| JENNIFER R HOOVER | (JRH) | $405.00 | 8.50 | $3,442.50 |
| | | | 9.20 | $3,778.50 |
| ASSOCIATE | | | | |
| STEPHEN M. FERGUSON | (SMF) | $320.00 | 4.60 | $1,472.00 |
| JEFFREY N. MEDIO | (JNM) | $290.00 | 0.40 | $116.00 |
| | | | 5.00 | $1,588.00 |
| | | TOTAL: | 14.20 | $5,366.50 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---|
| 11/11/13 | LMB | Document Reproduction 7 copies | 0.70 |
| 11/11/13 | LMB | Document Reproduction 155 copies | 15.50 |
| | | TOTAL: | $16.20 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/11/13 | NM | FedEx 11/11/13 Natalie Markovic to Thomas P. Ti | 13.10 |
| 11/11/13 | NM | FedEx 11/11/13 Natalie Markovic to Mark D. Coll | 13.10 |
| 11/11/13 | NM | FedEx 11/11/13 Natalie Markovic to Fred S. Hoda | 13.10 |
| 11/11/13 | NM | FedEx 11/11/13 Natalie Markovic to Derek C. Abb | 13.10 |
| 02/28/14 | JRH | FedEx 02/28/14 Jennifer Hoover Esq. to Puja R. | 19.95 |
| | | TOTAL: | $72.35 |

**Long Distance Calls**

| Date | User | Description | Amount |
|---|---|---|---|
| 01/14/14 | LMB | Long Distance Calls Wilmingt DE - EXT4653 13026523480 Duration: 00:0 | 0.78 |
| | | TOTAL: | $0.78 |

Computer Research

| Date | User | Description | | Amount |
|---|---|---|---|---|
| 11/06/13 | XXX | Computer Research - Pacer PACER 2013 12 PAGES | NOVEMBER | 1.00 |
| 11/06/13 | XXX | Computer Research - Pacer PACER 2013 2 PAGES | NOVEMBER | 0.20 |
| 11/06/13 | XXX | Computer Research - Pacer PACER 2013 38 PAGES | NOVEMBER | 3.00 |
| 11/06/13 | XXX | Computer Research - Pacer PACER 2013 14 PAGES | NOVEMBER | 1.10 |
| 11/06/13 | XXX | Computer Research - Pacer PACER 2013 6 PAGES | NOVEMBER | 0.50 |
| 11/11/13 | XXX | Computer Research - Pacer PACER 2013 38 PAGES | NOVEMBER | 3.00 |
| 01/17/14 | XXX | Computer Research - Pacer PACER 2014 6 PAGES | JANUARY | 0.50 |
| 01/17/14 | XXX | Computer Research - Pacer PACER 2014 38 PAGES | JANUARY | 3.00 |
| 01/17/14 | XXX | Computer Research - Pacer PACER 2014 22 PAGES | JANUARY | 1.80 |
| 01/17/14 | XXX | Computer Research - Pacer PACER 2014 14 PAGES | JANUARY | 1.10 |
| 01/17/14 | XXX | Computer Research - Pacer PACER 2014 8 PAGES | JANUARY | 0.60 |
| 01/17/14 | XXX | Computer Research - Pacer PACER 2014 38 PAGES | JANUARY | 3.00 |
| 01/17/14 | XXX | Computer Research - Pacer PACER 2014 38 PAGES | JANUARY | 3.00 |
| | | TOTAL: | | $21.80 |