# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., et al., ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, Esquire, hereby certify that on July 29, 2014, a true and correct copy of the foregoing document was served via overnight delivery or United States Mail, postage prepaid, upon all parties on the attached list.

Dated: July 29, 2014

                         **BENESCH, FRIEDLANDER, COPLAN**
                          **& ARONOFF LLP**

By:   */s/ Jennifer R. Hoover*
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Avenue, Suite 801
        Wilmington, DE 19801
        Telephone: (302) 442-7006
        Facsimile: (302) 442-7012
        jhoover@beneschlaw.com

        *Special Litigation Counsel to the Debtors*

8137855 v1

Thomas P. Tinker, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE  19801-3519  
*Via Overnight Delivery*

Mark D. Collins, Esq.  
Christopher M. Samis, Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N. King Street  
Wilmington, DE  19801  
*Via Overnight Delivery*

Nortel Networks, Inc.  
Attn:  Accounts Payable  
P.O. Box 13010  
RTP, NC  27709  
*Via United States Mail*

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY  10036  
*Via Overnight Delivery*

Derek C. Abbott  
Eric D. Schwartz  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
21st Floor  
PO Box 1347  
Wilmington, DE  19801  
*Via Overnight Delivery*

Judith Scarborough  
Master, Sidlow & Associates, P.A.  
2002 West 14th Street  
Wilmington, DE  19806  
jscarborough@mastersidlow.com  
*Via email*

Mark Kinney  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE  19801-3519  
Mark.Kenney@usdoj.gov  
*Via email*