IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 14077, 14091, 14093, 14094 & 14099 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 29, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
29th day of July, 2014

/s/ Notary
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 200_

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CRT SPECIAL INVESTMENTS LLC
          TRANSFEROR: WB CLAIMS HOLDING - NORTEL,
          JOSEPH E. SARACHEK
          262 HARBOR DRIVE
          STAMFORD, CT 06902

Please note that your claim # 7179-15 in the above referenced case and in the amount of
        $0.00 allowed at $4,446,198.00  has been transferred (unless previously expunged by court order) to:

          REGIMENT CAPITAL LTD.
          TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
          ATTN: ROB SPORK
          222 BERKELEY STREET 12TH FLOOR
          BOSTON, MA 02116

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          DISTRICT OF DELAWARE
          824 NORTH MARKET STREET, 3RD FLOOR
          WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14091      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/29/2014                          David D. Bird, Clerk of Court

                                          /s/ Kimberly Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on July 29, 2014.

# EXHIBIT B

TIME: 15:30:21
DATE: 07/29/14
PAGE: 1

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| LADD, BECCA | 3313 LEMMONTREE LN PLANO TX 75074 |
| VONWIN CAPITAL MANAGEMENT, LP | ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:15:18                                      NORTEL NETWORKS INC.                                                        PAGE:   1
DATE: 07/29/14                                        CREDITOR LISTING

Name                                          Address
CRT SPECIAL INVESTMENTS LLC                   TRANSFEROR: WB CLAIMS HOLDING - NORTEL, JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
CRT SPECIAL INVESTMENTS LLC                   TRANSFEROR: WELLS FARGO BANK AS SUCCESSO JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
REGIMENT CAPITAL LTD.                         TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: ROB SPORK 222 BERKELEY STREET 12TH FLOOR BOSTON MA 02116
VALHOLL LTD                                   TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: ROB SPORK 222 BERKELEY STREET 12TH FLOOR BOSTON MA 02116
WB CLAIMS HOLDING - NORTEL, LLC               TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675
WELLS FARGO BANK AS SUCCESSOR BY MERGER       ALSTON & BIRD LLP C/O JASON H. WATSON 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424
XL RE LTD                                     TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: ROB SPORK 222 BERKELEY STREET 12TH FLOOR BOSTON MA 02116

Total Number of Records Printed       7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

Case 09-10138-MFW    Doc 14108    Filed 07/30/14    Page 7 of 7

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006