# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

**PLEASE TAKE NOTICE THAT**, the undersigned caused true and correct copies of (1) *The Monitor and Canadian Debtors' Requests for Production From the U.S. Debtors in Connection With the U.S. Debtors' 9019 Motion;* and (2) *The Monitor and Canadian Debtors' Interrogatories to The U.S. Debtors in Connection With the U.S. Debtors' 9019 Motion*; to be served by Electronic Mail on July 29, 2014, and Hand Delivery on July 30, 2014 on the following parties in the manner indicated:


## U.S. DEBTORS

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Jeremy Opolsky
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker

Email:    jbromley@cgsh.com
             lschweitzer@cgsh.com
             jopolsky@cgsh.com
             hzelbo@cgsh.com
             jrosenthal@cgsh.com
             dstein@cgsh.com
             mdecker@cgsh.com

(Electronic Mail to Jeffrey Rosenthal and Hand Delivery)

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Derek Abbott
Annie Cordo

Email:    dabbott@mnat.com
             acordo@mnat.com

(Hand Delivery)

Dated: July 30, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

<u>/s/ Kathleen A. Murphy</u>
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob Pultman
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and the Canadian Debtors*