IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF SERVICE OF DISCOVERY REQUESTS

**PLEASE TAKE NOTICE THAT**, the undersigned caused true and correct copies of (1) *The Monitor and Canadian Debtors' Requests for Production From the Bondholder Group in Connection With the U.S. Debtors' 9019 Motion;* and (2) *The Monitor and Canadian Debtors' Interrogatories to The Bondholder Group in Connection With the U.S. Debtors' 9019 Motion*; to be served by Electronic Mail on July 29, 2014, and Hand Delivery on July 30, 2014 on the following parties in the manner indicated:

2

**AD HOC GROUP OF BONDHOLDERS**

| | |
|---|---|
| **MILBANK, TWEED, HADLEY McCLOY LLP**<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br><br>Thomas R. Kreller<br>Jennifer P. Harris<br>Albert A. Pisa<br>Samir Vora<br>Andrew LeBlanc<br>Michael Hirschfeld<br>Atara Miller<br>Tom Matz<br>Nick Bassett<br>Gabrielle Ruha<br>Rachel Pojunas<br><br>Email:  TKreller@milbank.com<br>          JHarris@milbank.com<br>          APisa@milbank.com<br>          svora@milbank.com<br>          aleblanc@milbank.com<br>          mhirschfeld@milbank.com<br>          amiller@milbank.com<br>          tmatz@milbank.com<br>          nbassett@milbank.com<br>          gruha@milbank.com<br>          rpojunas@milbank.com<br><br>(Electronic Mail to Andrew LeBlanc and Hand Delivery) | **PACHULSKI STRANG ZIEHL & JONES**<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br><br>Laura Davis Jones<br>Timothy P. Cairns<br><br>Email:  ljones@pszjlaw.com<br>          tcairns@pszjlaw.com<br><br>(Hand Delivery) |

Dated: July 30, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob Pultman
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and the Canadian Debtors*