# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: <br><br> Nortel Networks Inc., *et al.*, <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) |

**ORDER GRANTING MOTION OF THE MONITOR AND THE CANADIAN DEBTORS FOR AN ADJOURNMENT OF THE OBJECTION DEADLINE CONCERNING THE U.S. DEBTORS' 9019 MOTION AND FOR EXPEDITED DISCOVERY**

This matter was brought before the Court upon the *Preliminary Objection And Motion Of The Monitor And The Canadian Debtors For An Adjournment Of The Objection Deadline Concerning The U.S. Debtors' 9019 Motion And For Expedited Discovery* (the "**Motion**") of Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**") in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), together with the Canadian Debtors (together, the "**Movants**"). By the Motion, the Movants seek the entry of an order: (i) adjourning the deadline for the Movants' objection to the *Debtors' Motion For Entry Of An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement By And Among Nortel Networks Inc., The Supporting Bondholders, And The Bank Of New York Mellon With Respect To The NNI Post-Petition Interest Dispute And Related Issues*, filed July 24, 2014 (the "**9019 Motion**") [D.I. 14076], from August 11, 2014, to a later date to be determined by the Court, to allow for discovery related to the 9019 Motion; and (ii) expediting the time for the

parties to that certain Agreement Settling the NNI Post-Petition Interest Dispute and Related Matters, dated as of July 24, 2014 (the "**Proposed Settlement Agreement**"), to respond to the Movants' discovery requests (the "**Discovery Requests**"), which were served on the identified parties (the "**Discovery Parties**") by electronic mail on July 29, 2014, and by hand delivery on July 30, 2014.  Due and timely notice of this Motion was been given via electronic transmission, first class mail, hand delivery or overnight mail to (i) the Core Parties; (ii) the U.S. Trustee; and (iii) the general service list established in these chapter 11 cases pursuant to Bankruptcy Rule 2002.  The Court has considered and reviewed the Motion and any opposition thereto.  After due deliberation and sufficient cause appearing therefore, it is hereby:

1. ORDERED that the Movants' Motion for an adjournment of time to object to the 9019 Motion, and for expedited discovery, is hereby granted.

2. ORDERED that the time for the Movants to respond to the 9019 Motion is hereby adjourned to _____ 2014.

3. ORDERED that the Discovery Parties shall serve any objections to the Movants' document requests and interrogatories by _____ 2014.

4. ORDERED that the Discovery Parties shall serve their responses to the Movants' document requests and interrogatories, including responsive documents, by _____ 2014.

5. ORDERED that the depositions in connection with the 9019 Motion shall be completed by _____ 2014.

6. ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

2

Dated: Wilmington, Delaware
          _____, 2014

                                        _____
                                        THE HONORABLE KEVIN GROSS
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE