# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### THE MONITOR AND THE CANADIAN DEBTORS' DEPOSITION NOTICE OF JOHN J. RAY III IN CONNECTION WITH THE U.S. DEBTORS' 9019 MOTION

TO: John J. Ray III, c/o Cleary Gottlieb Steen & Hamilton LLP, Attention: Howard S. Zelbo, One Liberty Plaza New York, 10006.

PLEASE TAKE NOTICE that, in connection with the *Debtors' Motion For Entry Of An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement By And Among Nortel Networks Inc., The Supporting Bondholders, And The Bank Of New York Mellon With Respect To The NNI Post-Petition Interest Dispute And Related Issues*, as filed on July 24, 2014 [D.I. 14076] (the "**9019 Motion**") and in accordance with Federal Rules of Civil Procedure 26 and 30, made applicable to this matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation ("**NNC**") and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**"), together with the Canadian Debtors, by their undersigned attorneys, will take the deposition of John J. Ray III on a date to be agreed by the parties, at the offices of

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826);

Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: Wilmington, Delaware
       July 29, 2014

        **BUCHANAN INGERSOLL & ROONEY PC**

        /s/ Kathleen A. Murphy
        Mary F. Caloway (No. 3059)
        Kathleen A Murphy (No. 5215)
        919 North Market Street, Suite 1500
        Wilmington, Delaware 19801
        (302) 552-4200 (telephone)
        (302) 552-4295 (facsimile)
        mary.caloway@bipc.com
        kathleen.murphy@bipc.com

        -and-

        **ALLEN & OVERY LLP**

        Jacob S. Pultman
        Paul B. Keller
        Laura R. Hall
        1221 Avenue of the Americas
        New York, NY  10020
        (212) 610-6300 (telephone)
        (212) 610-6399 (facsimile)
        jacob.pultman@allenovery.com
        paul.keller@allenovery.com
        laura.hall@allenovery.com

        *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*

---

Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).