**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*:<br><br>Nortel Networks Inc., *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: TBD** |

**NOTICE OF HEARING ON PRELIMINARY OBJECTION AND MOTION OF THE MONITOR AND THE CANADIAN DEBTORS FOR AN ADJOURNMENT OF THE OBJECTION DEADLINE CONCERNING THE U.S. DEBTORS' 9019 MOTION AND <u>FOR EXPEDITED DISCOVERY</u>**

　　　　**PLEASE TAKE NOTICE** that on July 30, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (collectively, the "**Canadian Debtors**"), in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), together with the Canadian Debtors (together, the "**Movants**") filed and served the *Preliminary Objection And Motion Of The Monitor And Canadian Debtors For An Adjournment Of The Objection Deadline Concerning The U.S. Debtor's 9019 Motion And For Expedited Discovery* (the "**Motion**").

　　　　**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **a date to be determined** before the Honorable Kevin Gross in Courtroom 3 of the United States Bankruptcy Court, 824 Market Street, Sixth Floor, Wilmington, Delaware 19801. Objections to the Motion, if any, will be due on **a date to be determined**, for which further notice will be provided.

　　　　**PLEASE TAKE FURTHER NOTICE THAT NOTICE OF THE HEARING DATE AND OBJECTION DEADLINE WILL BE SERVED ONCE THE COURT HAS RULED ON THE MOVANTS' REQUEST FOR SHORTENED NOTICE AND SPECIAL HEARING.**

Dated: Wilmington, Delaware
July 30, 2014

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob S. Pultman
Paul B. Keller
Laura R. Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*