**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
|  | (Jointly Administered) |
| Debtors. |  |

**ORDER PURSUANT TO FED. R. BANKR. P. 9006 SHORTENING NOTICE OF
MOTION FOR MOTION OF THE MONITOR AND THE CANADIAN DEBTORS FOR
ENTRY OF AN ORDER ADJOURNING THE OBJECTION DEADLINE CONCERNING
THE U.S. DEBTORS' 9019 MOTION AND EXPEDITING DISCOVERY**

This matter was brought before the Court upon the motion (the "**Motion**") of

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign

representative of Nortel Networks Corporation and certain of its Canadian direct and indirect

subsidiaries, (collectively, the **"Canadian Debtors**") in proceedings (the "**Canadian**

**Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as

amended, pending before the Ontario Superior Court of Justice (Commercial List) (the

"**Canadian Court**"), together with the Canadian Debtors (together, the "**Movants**"), seeking the

entry of an order, pursuant to sections 102(1) and 105(a) of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local**

**Rules**") to shorten notice of the *Preliminary Objection And Motion Of The Monitor And The*

*Canadian Debtors For An Adjournment Of The Objection Deadline Concerning The U.S.*

*Debtors' 9019 Motion And For Expedited Discovery* (the "**Discovery Motion**").  Due and timely

notice of this Motion was been given via electronic transmission, first class mail, hand delivery

or overnight mail to (i) the Core Parties; (ii) the U.S. Trustee; and (iii) the general service list established in these chapter 11 cases pursuant to Bankruptcy Rule 2002.  The Court has considered and reviewed the Motion and determined that the legal and factual bases set forth therein establish just cause for the relief requested.  Therefore, after due deliberation and sufficient cause appearing therefore; it is hereby

1.      ORDERED that the Motion is GRANTED.

2.      ORDERED that the Discovery Motion will be considered at a hearing scheduled on _____, 2014 at ___ a.m. (EDT).

3.      ORDERED that objections, if any, to the Discovery Motion shall be filed and served in accordance with the Local Rules by no later than _____, 2014 at 12:00 p.m. (EDT).

4.      ORDERED that notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Movants are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Movants may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5.      ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: Wilmington, Delaware
          _____, 2014

                                            _____
                                            THE HONORABLE KEVIN GROSS
                                            CHIEF UNITED STATES BANKRUPTCY JUDGE