# EXHIBIT C

## DISBURSEMENT SUMMARY
## MAY 1, 2014 THROUGH MAY 31, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $6,832.46 |
| Conference Calls/Telephone/Web Conference Services | $3,510.22 |
| Courier Service/Postage | $1,063.94 |
| Court Cost | $125.00 |
| Deposition Charges | $1,418.15 |
| Document Production – In House | $130.70 |
| Duplicating (billed at $.10 per page) | $2,107.40 |
| Duplicating – Third Party Charges (billed at cost) | $1,599.98 |
| Meals/Committee Meeting Expenses | $5,237.37 |
| Travel Expenses – Airfare | $14,413.88 |
| Travel Expenses – Ground Transportation | $4,982.66 |
| Travel Expenses – Incidentals | $224.53 |
| Travel Expenses – Lodging | $9,593.11 |
| Travel Expenses – Telephone & Fax | $18.90 |
| Travel Expenses – Train Fare | $3,595.14 |
| Retained Professional Fees & Expenses | $337,370.62 |
| **TOTAL** | **$392,244.50** |