# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 1, 2014 THROUGH MAY 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 138.90 | $145,845.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 161.40 | $185,610.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 266.50 | $243,847.50 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 292.85 | $278,207.50 |
| Bruce E. Simonetti | Partner for 10 years; Admitted in 1995; ERISA Department | $875 | 2.30 | $2,012.50 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $810 | 210.80 | $170,748.00 |
| Sunny Gulati | Senior Counsel for 1 year; Admitted in 2004; Litigation Department | $690 | 3.20 | $2,208.00 |
| Austin S. Lilling | Senior Counsel for 3 years; Admitted in 2001; Tax Department | $685 | 5.30 | $3,630.50 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 43.80 | $33,288.00 |
| David C. Vondle | Senior Counsel for 1 year; Admitted in 2003; Corporate Department | $635 | 23.20 | $14,732.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brandon B. Danford | Counsel for 5 years; Admitted in 2004; Litigation Department | $635 | 81.40 | $51,689.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 118.05 | $84,405.75 |
| Amjad M. Khan | Counsel for 2 years; Admitted in 2005; Litigation Department | $635 | 103.90 | $65,976.50 |
| Denis J. Windscheffel | Counsel for 4 years; Admitted in 2004; Litigation Department | $635 | 16.00 | $10,160.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 286.05 | $184,502.25 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 255.40 | $144,301.00 |
| Andrew R. Casillas | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 94.70 | $47,350.00 |
| Michael K. Cross | Associate for 5 years; Admitted in 2010; Litigation Department | $595 | 266.20 | $158,389.00 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 154.25 | $62,471.25 |
| Matthew C. Fagen | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $500 | 124.90 | $62,450.00 |
| Katharine Southard Fraser | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 11.80 | $5,900.00 |
| Marie-Dumesle Mercier | Associate for 1 year; Admitted in 2014; Labor Department | $405 | 14.60 | $5,913.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 266.60 | $153,295.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 223.15 | $90,375.75 |
| Molly E. Whitman | Associate for 1 year; Admitted in 2013; Litigation Department | $385 | 27.30 | $10,510.50 |
| Rebecca A. Wirakesuma | Associate for 1 year; Admitted in 2014; Financial Restructuring Department | $405 | 83.70 | $33,898.50 |
| Jonathan A. Andron | Legal Assistant for 2 years; Trial Services Department | $215 | 36.60 | $7,869.00 |
| Jennifer A. Brun | Legal Assistant for 2 years; Litigation Department | $180 | 138.00 | $24,840.00 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 33.10 | $8,606.00 |
| Jami L. Delgado | Legal Assistant for 12 years; Litigation Department | $180 | 16.00 | $2,880.00 |
| Cheryle R. Edmonds | Legal Assistant for 26 years; Litigation Department | $235 | 1.80 | $423.00 |
| Joseph Ficocello | Legal Assistant for 4 years; Trial Services Department | $290 | 2.50 | $725.00 |
| Michael S. Greer | Legal Assistant for 3 years; Litigation Department | $215 | 23.80 | $5,117.00 |
| Sol Kim | Legal Assistant for 2 years; Litigation Department | $220 | 141.90 | $31,218.00 |
| James P. Moore | Legal Assistant for 3 years; Trial Services Department | $215 | 229.30 | $49,299.50 |
| Ezekiel J. Pariser | Legal Assistant for 1 year; Litigation Department | $195 | 82.70 | $16,126.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 18.10 | $5,339.50 |
| Charles Torres | Legal Assistant for 9 years; Litigation Department | $250 | 8.20 | $2,050.00 |
| Stacy N. Ustian | Librarian for 8 years | $205 | 3.20 | $656.00 |
| Leslie W. Lanphear | Librarian for 18 years | $245 | 3.90 | $955.50 |

Total Amount of Fees:        $2,407,821.50
Total Number of Hours:    4,015.35
Blended Hourly Rate:         $599.65