# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**May 1, 2014 - May 31, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | May 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | - |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 295.0 |
| 15 | Travel | 13.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 308.0 |

**Summary of Services Rendered by Professional**

| Name | May 2014 Hours |
|---|---|
| Michael Kennedy, Member | 203.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 20.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 85.0 |
| James Elish, Analyst | - |
| **TOTAL** | 308.0 |

**Nortel Networks, Inc**
May 1, 2014 - May 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | May 2014 Hours | Code |
|---|---|---:|---:|
| 5/2/2014 | Prepare, review and discuss material re: allocation litigation | 7.0 | 14 |
| 5/5/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 8.0 | 14 |
| 5/6/2014 | Calls & communication with Cleary & management re: data | 2.0 | 14 |
| 5/6/2014 | Prepare, review and discuss material re: allocation litigation | 7.0 | 14 |
| 5/7/2014 | Prepare, review and discuss material re: allocation litigation | 10.0 | 14 |
| 5/8/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 3.0 | 14 |
| 5/8/2014 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 5/9/2014 | Prepare, review and discuss material re: allocation litigation | 10.0 | 14 |
| 5/10/2014 | Prepare, review and discuss material re: allocation litigation | 3.0 | 14 |
| 5/11/2014 | Travel to Wilmington | 4.0 | 15 |
| 5/11/2014 | Prepare, review and discuss material re: allocation litigation | 2.0 | 14 |
| 5/12/2014 | Allocation litigation and follow-up communications with Cleary and management | 12.0 | 14 |
| 5/13/2014 | Allocation litigation and follow-up communications with Cleary and management | 10.0 | 14 |
| 5/13/2014 | Travel to Chicago | 3.0 | 15 |
| 5/14/2014 | Allocation litigation trial | 10.0 | 14 |
| 5/14/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 2.0 | 14 |
| 5/15/2014 | Allocation litigation trial and communications with Cleary and management | 8.0 | 14 |
| 5/15/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 3.0 | 14 |
| 5/16/2014 | Calls & communications w/ Cleary and other professionals re: allocation litigation | 2.0 | 14 |
| 5/16/2014 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 5/19/2014 | Prepare, review and discuss material re: allocation litigation | 4.0 | 14 |
| 5/19/2014 | Travel to Wilmington | 3.0 | 15 |
| 5/20/2014 | Meetings with Cleary and management re: allocation litigation | 6.0 | 14 |
| 5/20/2014 | Allocation litigation trial | 7.0 | 14 |
| 5/21/2014 | Allocation litigation trial and communications with Cleary and management | 6.0 | 14 |
| 5/21/2014 | Meetings with Cleary and management re: allocation litigation | 2.0 | 14 |
| 5/21/2014 | Travel to Chicago | 3.0 | 15 |
| 5/22/2014 | Allocation litigation trial and communications with Cleary and management | 5.0 | 14 |
| 5/22/2014 | Prepare, review and discuss material re: allocation litigation | 4.0 | 14 |
| 5/23/2014 | Prepare, review and discuss material re: allocation litigation | 3.0 | 14 |
| 5/25/2014 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 5/26/2014 | Prepare, review and discuss material re: allocation litigation | 6.0 | 14 |
| 5/27/2014 | Allocation litigation trial and communications with Cleary and management | 8.0 | 14 |
| 5/28/2014 | Allocation litigation trial and communications with Cleary and management | 8.0 | 14 |
| 5/29/2014 | Allocation litigation trial and communications with Cleary and management | 7.0 | 14 |
| 5/29/2014 | Calls & communication with Cleary & management re: data | 3.0 | 14 |
| 5/30/2014 | Prepare, review and discuss material re: allocation litigation | 4.0 | 14 |
| 5/30/2014 | Calls & communications w/ other professionals re: allocation litigation | 3.0 | 14 |
| **May 2014 Total** | | **203.0** | |

**Nortel Networks, Inc**
May 1, 2014 - May 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | May 2014 Hours | Code |
|---|---|---:|---:|
| 5/1/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/5/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/6/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/8/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/9/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/12/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/13/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/14/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/15/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/19/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/21/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/22/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/23/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/27/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/29/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| **May 2014 Total** | | **20.0** | |

**Nortel Networks, Inc**
May 1, 2014 - May 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | May 2014 Hours | Code |
|---|---|---|---|
| 5/5/2014 | Reviewed pretrial briefs | 4.0 | 14 |
| 5/6/2014 | Reviewed pretrial briefs | 3.5 | 14 |
| 5/7/2014 | Reviewed pretrial briefs | 3.0 | 14 |
| 5/12/2014 | Followed trial proceedings remotely | 6.5 | 14 |
| 5/13/2014 | Followed trial proceedings remotely | 6.5 | 14 |
| 5/14/2014 | Followed trial proceedings remotely | 6.0 | 14 |
| 5/15/2014 | Followed trial proceedings remotely | 6.0 | 14 |
| 5/16/2014 | Followed trial proceedings remotely | 3.0 | 14 |
| 5/19/2014 | Followed trial proceedings remotely | 6.5 | 14 |
| 5/20/2014 | Followed trial proceedings remotely | 7.0 | 14 |
| 5/21/2014 | Followed trial proceedings remotely | 4.5 | 14 |
| 5/22/2014 | Followed trial proceedings remotely | 3.0 | 14 |
| 5/27/2014 | Followed trial proceedings remotely | 6.5 | 14 |
| 5/28/2014 | Followed trial proceedings remotely | 6.0 | 14 |
| 5/29/2014 | Followed trial proceedings remotely | 6.0 | 14 |
| 5/30/2014 | Followed trial proceedings remotely | 6.5 | 14 |
| 5/30/2014 | Analysis re: litigation matters | 0.5 | 14 |
| **May 2014 Total** | | **85.0** | |