# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2014 Through May 31, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Mike Kennedy | 5/11/14-5/13/14 | Flight to Philadelphia, PA | $ 896.62 |
| Mike Kennedy | 5/11/14-5/13/14 | Ground Transportation | $ 243.58 |
| Mike Kennedy | 5/11/14-5/13/14 | Dinner | $ 25.00 |
| Mike Kennedy | 5/11/14-5/13/14 | Dinner | $ 30.00 |
| Mike Kennedy | 5/19/14-5/21/14 | Flight to Philadelphia, PA | $ 896.62 |
| Mike Kennedy | 5/19/14-5/21/14 | Ground Transportation | $ 210.58 |
| Mike Kennedy | 5/19/14-5/21/14 | Breakfast | $ 10.00 |
| Mike Kennedy | 5/19/14-5/21/14 | Dinner | $ 45.00 |
| Mike Kennedy | 5/19/14-5/21/14 | Dinner | $ 30.00 |
| Chilmark | 5/5/2014 | Breakfast (5 people) | $ 21.32 |
| Chilmark | 5/5/2014 | Lunch (5 people) | $ 97.26 |
| **Total Expenses** | | | **$ 2,505.98** |

Note: All airfare is being charged at a coach class rate.