# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**June 1, 2014 - June 30, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | June 2014 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 13.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 201.0 |
| 15 | Travel | 13.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 227.0 |

**Summary of Services Rendered by Professional**

| Name | June 2014 Hours |
|---|---|
| Michael Kennedy, Member | 161.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 28.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 38.0 |
| James Elish, Analyst | - |
| **TOTAL** | 227.0 |

**Nortel Networks, Inc**
June 1, 2014 - June 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | June 2014 Hours | Code |
|---|---|---:|---:|
| 6/2/2014 | Allocation litigation trial and communications with Cleary and management | 7.0 | 14 |
| 6/3/2014 | Travel to New York | 3.0 | 15 |
| 6/3/2014 | Meetings with Cleary and other professionals re: allocation litigation | 8.0 | 14 |
| 6/4/2014 | Meetings with Cleary and other professionals re: allocation litigation | 10.0 | 14 |
| 6/4/2014 | Travel to Chicago | 3.0 | 15 |
| 6/5/2014 | Meetings with Cleary and other professionals re: allocation litigation | 7.0 | 14 |
| 6/5/2014 | Calls & communication with Cleary re: litigation | 2.0 | 14 |
| 6/6/2014 | Allocation litigation trial and communications with Cleary and management | 8.0 | 14 |
| 6/7/2014 | Prepare, review and discuss material re: allocation litigation | 4.0 | 14 |
| 6/8/2014 | Travel to New York | 4.0 | 15 |
| 6/8/2014 | Calls & communication with Cleary & management re: litigation | 2.0 | 14 |
| 6/9/2014 | Meetings with Cleary and other professionals re: allocation litigation | 7.0 | 14 |
| 6/10/2014 | Meetings w/ other Nortel estate professionals re: litigation | 10.0 | 14 |
| 6/10/2014 | Meetings w/ other Nortel creditor professionals re: litigation | 4.0 | 14 |
| 6/11/2014 | Meetings w/ other Nortel estate/creditor professionals re: litigation | 12.0 | 14 |
| 6/11/2014 | Travel to Chicago | 3.0 | 15 |
| 6/12/2014 | Prepare, review and discuss material re: allocation litigation | 10.0 | 14 |
| 6/13/2014 | Prepare, review and discuss material re: allocation litigation | 11.0 | 14 |
| 6/14/2014 | Prepare, review and discuss material re: allocation litigation | 6.0 | 14 |
| 6/15/2014 | Prepare, review and discuss material re: allocation litigation | 3.0 | 14 |
| 6/16/2014 | Allocation litigation trial and communications with Cleary and management | 3.0 | 14 |
| 6/16/2014 | Calls & communication with Cleary & management re: trial | 1.0 | 14 |
| 6/16/2014 | Prepare, review and discuss material re: allocation litigation | 4.0 | 14 |
| 6/18/2014 | Calls & communication with Cleary & management re: trial | 3.0 | 14 |
| 6/19/2014 | Allocation litigation trial and communications with Cleary and management | 2.0 | 14 |
| 6/22/2014 | Calls & communication with Cleary & management re: trial | 2.0 | 14 |
| 6/24/2014 | Calls & communication with Cleary & management re: claims | 1.0 | 1 |
| 6/25/2014 | Review transcripts from allocation litigation trial | 3.0 | 14 |
| 6/26/2014 | Review transcripts from allocation litigation trial | 6.0 | 14 |
| 6/26/2014 | Calls & communication with Cleary & management re: issues documentation | 3.0 | 1 |
| 6/26/2014 | Calls & communication with Cleary & management re: claims | 2.0 | 1 |
| 6/27/2014 | Calls & communication with Cleary & management re: claims | 3.0 | 1 |
| 6/30/2014 | Calls & communication with Cleary & management re: NNIII | 4.0 | 1 |
| **June 2014 Total** | | **161.0** | |

**Nortel Networks, Inc**
June 1, 2014 - June 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | June 2014 Hours | Code |
|---|---|---:|---:|
| 6/3/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/4/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/6/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/7/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/9/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/10/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/11/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 6/12/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/13/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/14/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/15/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/16/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/19/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/23/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/25/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/26/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/30/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **June 2014 Total** | | **28.0** | |

**Nortel Networks, Inc**
June 1, 2014 - June 30, 2014 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | June 2014 Hours | Code |
|---|---|---|---|
| 6/2/2014 | Followed trial proceedings remotely | 5.0 | 14 |
| 6/6/2014 | Followed trial proceedings remotely | 2.0 | 14 |
| 6/16/2014 | Followed trial proceedings remotely | 6.0 | 14 |
| 6/17/2014 | Followed trial proceedings remotely | 6.0 | 14 |
| 6/18/2014 | Followed trial proceedings remotely | 6.5 | 14 |
| 6/19/2014 | Followed trial proceedings remotely | 3.5 | 14 |
| 6/23/2014 | Followed trial proceedings remotely | 4.0 | 14 |
| 6/25/2014 | Followed trial proceedings remotely | 5.0 | 14 |
| **June 2014 Total** | | **38.0** | |