# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2014 Through June 30, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 6/3/14-6/4/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 6/3/14-6/4/14 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 6/3/14-6/4/14 | Ground Transportation | $ 111.00 |
| Mike Kennedy | 6/3/14-6/4/14 | Breakfast | $ 10.00 |
| Mike Kennedy | 6/8/14-6/11/14** | Flight to New York, NY | $ 498.67 |
| Mike Kennedy | 6/8/14-6/11/14** | Hotel (three nights) | $ 750.00 |
| Mike Kennedy | 6/8/14-6/11/14** | Ground Transportation | $ 153.50 |
| **Total Expenses** | | | **$ 3,020.50** |

** Trip was for two separate clients and expenses are shared between the two clients

Note:  All airfare is being charged at a coach class rate.