# **EXHIBIT A**

Nortel Creditors Committee							July 24, 2014
c/o Fred S. Hodara, Esq.							Invoice 461743
Akin Gump Strauss Hauer Feld LLP						Page 4
One Bryant Park
New York NY  10036							Client #  732310

									Matter #  165839

For services through June 30, 2014
relating to  Meetings

| 06/09/14 | Meeting with C. Samis re: update on allocation trial | | | |
|---|---|---|---|---|
| Director | Mark D. Collins | 0.20 hrs. | 800.00 | $160.00 |

Total Fees for Professional Services         $160.00

TOTAL DUE FOR THIS INVOICE                   **$160.00**

BALANCE BROUGHT FORWARD                      $23.50

**TOTAL DUE FOR THIS MATTER**                **$183.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 5  
Client #  732310

Matter # 165839

For services through June 30, 2014  
relating to  Court Hearings

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/02/14 Paralegal | Assist with preparation of trial materials<br>Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 06/02/14<br><br>Associate | Emails to L. Morris re: 6/2/14 trial logistics (.8); Emails to L. Edinger re: 6/2/14 trial logistics (.4); Emails to M. Cross re: 6/2/14 trial logistics (.4); Emails to J. Yecies re: 6/2/14 trial logistics (.5); Email to R. Johnson re: 6/2/14 trial logistics (.1); Prepare for 6/2/14 allocation trial day (1.5); Attend lunch meeting with F. Hodara, R. Johnson and others re: 6/2/14 allocation trial day (1.3); Attend 6/2/14 allocation trial day (7.5)<br>Christopher M. Samis | 12.50 hrs. | 465.00 | $5,812.50 |
| 06/02/14 Paralegal | Assist with preparation for 6/2/14 hearing<br>Lindsey A. Edinger | 1.00 hrs. | 235.00 | $235.00 |
| 06/04/14 Paralegal | Assist with preparation of trial materials<br>Barbara J. Witters | 1.50 hrs. | 235.00 | $352.50 |
| 06/04/14<br>Associate | Emails to L. Morris re: preparations for 6/5/14 and 6/6/14 trial days (.4); Prepare for 6/5/14 and 6/6/14 trial days (1.1)<br>Christopher M. Samis | 1.50 hrs. | 465.00 | $697.50 |
| 06/05/14<br>Paralegal | Assist with preparation of trial materials (1.0); Retrieve re: 6/10/14 agenda (.1); E-mail to distribution re: same (.1)<br>Barbara J. Witters | 1.20 hrs. | 235.00 | $282.00 |
| 06/05/14<br><br>Associate | Emails to J. Yecies re: 6/5/14 trial logistics (.5); Emails to L. Edinger re: 6/5/14 trial logistics (.9); Emails to L. Morris re: 6/5/14 trial logistics (.7); Emails to M. Cross re: 6/5/14 trial logistics (.5); Email to B. Witters re: 5/13/14 trial logistics (.1); Email to A. Cordo re: 5/13/14 trial logistics (.1); Prepare for 6/5/14 trial day (1.2); Attend 6/5/14 trial day (6.0); Lunch meeting with F. Hodara, R. Johnson and others re: 6/5/14 trial day (1.3)<br>Christopher M. Samis | 11.30 hrs. | 465.00 | $5,254.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 6  
Client #  732310  

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/14 | Assist with preparation for 6/5/14 hearing | Paralegal — Lindsey A. Edinger | 1.00 hrs. | 235.00 | $235.00 |
| 06/06/14 | Prepare for 6/6/14 trial day (1.3); Attend 6/6/14 trial day (6.0); Attend lunch meeting with F. Hodara, R. Johnson and J. Yecies re: 6/6/14 trial day (1.4); Emails to L. Morris re: 6/6/14 trial logistics (.9); Email to M. Cross re: 6/6/14 trial logistics (.1); Emails to L. Edinger re: 6/6/14 trial logistics (.4); Email to B. Witters re: 6/6/14 trial logistics (.1); Emails to F. Hodara re: 6/6/14 trial logistics (.2); Email to J. Yecies re: 6/6/14 trial logistics (.1); Email to A. Cordo re: 6/6/14 trial logistics (.1) | Associate — Christopher M. Samis | 10.60 hrs. | 465.00 | $4,929.00 |
| 06/06/14 | Email correspondence with C. Samis re: 6/6/14 hearing preparation (.1); Assist with 6/6/14 hearing preparation (.3) | Paralegal — Lindsey A. Edinger | 0.40 hrs. | 235.00 | $94.00 |
| 06/09/14 | Assist with trial preparation (.5); Retrieve and review re: 6/10/14 amended agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 06/09/14 | Attention to preparing materials for 6/16/14 trial week | Associate — Christopher M. Samis | 1.30 hrs. | 465.00 | $604.50 |
| 06/10/14 | Assist with trial transcripts | Paralegal — Barbara J. Witters | 0.60 hrs. | 235.00 | $141.00 |
| 06/10/14 | Emails to B. Witters re: preparation for 6/16/14 trial week (x2) | Associate — Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 06/11/14 | Attention to preparing materials for 6/16/14 trial week | Associate — Christopher M. Samis | 1.80 hrs. | 465.00 | $837.00 |
| 06/13/14 | Prepare for 6/16/14 trial day (1.8); Attention to logistical considerations for 6/16/14 (1.1) | Associate — Christopher M. Samis | 2.90 hrs. | 465.00 | $1,348.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

July 24, 2014  
Invoice 461743  
Page 7  
Client # 732310  

Matter # 165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/16/14 | Assist the trial preparation materials | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 06/16/14 | Attend lunch meeting with F. Hodara, R. Johnson and others re: 6/16/14 trial day (1.3); Prepare for 6/16/14 trial day (1.5); Attend 6/16/14 trial day (6.3); Emails to C. Borris re: 6/16/14 trial day logistics and preparation (.5); Emails to M. Cross re: 6/16/14 trial day logistics and preparation (.4); Emails to B. Guiney re: 6/16/14 trial day logistics and preparation (.3); Emails to B. Witters re: 6/16/14 trial day logistics and preparation (.2); Email to R. Johnson re: 6/16/14 trial day logistics and preparation (.1) | | | |
| Associate | Christopher M. Samis | 10.60 hrs. | 465.00 | $4,929.00 |
| 06/17/14 | Assist with trail preparation of hearing transcripts and related materials | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 235.00 | $470.00 |
| 06/17/14 | Attend lunch meeting with F. Hodara, R. Johnson and others re: 6/17/14 trial day (1.1); Prepare for 6/17/14 trial day (1.1); Attend 6/17/14 trial day (5.7); Email to K. Kowalewski re: 6/17/14 trial day preparation and logistics (.1); Email to M. Cross re: 6/17/14 trial day preparation and logistics (.1); Email to A. Cordo re: 6/17/14 trial day preparation and logistics (.1); Email to L. Morris re: 6/17/14 trial day preparation and logistics (.1) | | | |
| Associate | Christopher M. Samis | 8.30 hrs. | 465.00 | $3,859.50 |
| 06/18/14 | Assist with trial transcripts and related materials (1.5); Afterhours paralegal assistance with trial preparation of materials (1.0) | | | |
| Paralegal | Barbara J. Witters | 2.50 hrs. | 235.00 | $587.50 |
| 06/18/14 | Prepare for 6/18/14 trial day (1.5); Attend lunch meeting with F. Hodara, R. Johnson and others re: 6/18/14 trial day (1.3); Attend 6/18/14 trial day (5.5); Emails to L. Morris re: preparation for and logistics of 6/18/14 trial day (.3); Email to M. Cross re: preparation for and logistics of 6/18/14 trial day (.3); Email to A. Jerominski re: preparation for and logistics of 6/18/14 trial day (.1) | | | |
| Associate | Christopher M. Samis | 9.00 hrs. | 465.00 | $4,185.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 8  
Client #  732310

Matter # 165839

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/19/14 | Attend valuation trial (1.5); Emails with M. Cross re: trial preparation materials (.5) | Associate | Amanda R. Steele | 2.00 hrs. | 390.00 | $780.00 |
| 06/19/14 | Assist with trial transcripts and additional materials | Paralegal | Barbara J. Witters | 2.00 hrs. | 235.00 | $470.00 |
| 06/19/14 | Emails to N. Stabile re: preparation for and logistics of 6/19/14 trial day (.3); Emails to B. Witters re: preparation for and logistics of 6/19/14 trial day (.5); Emails to M. Cross re: preparation for and logistics of 6/19/14 trial day (.3); Emails to L. Morris re: preparation for and logistics of 6/19/14 trial day (.3); Emails to L. Edinger re: preparation for and logistics of 6/19/14 trial day (.2); Prepare for 6/19/14 trial day (1.1); Attend lunch meeting with F. Hodara, R. Johnson and others re: 6/19/14 trial day (1.3); Attend 6/19/14 trial day (5.5) | Associate | Christopher M. Samis | 9.50 hrs. | 465.00 | $4,417.50 |
| 06/19/14 | Email correspondence with C. Samis re: courier for 6/19/14 hearing (x2) (.1); Arrange courier for 6/19/14 hearing materials (.2) | Paralegal | Lindsey A. Edinger | 0.30 hrs. | 235.00 | $70.50 |
| 06/20/14 | Assist with transcripts and trial materials to Court | Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 06/20/14 | Prepare for 6/20/14 trial day (1.5); Attend 6/20/14 trial day (3.5); Emails to R. Johnson re: 6/20/14 trial day logistics (.2); Emails to M. Cross re: 6/20/14 trial day logistics (.2); Email to B. Witters re: 6/20/14 trial day logistics (.1) | Associate | Christopher M. Samis | 5.50 hrs. | 465.00 | $2,557.50 |
| 06/23/14 | Review docket for hearing items (.1); Same (.1); Emails with C. Samis re: same (.1) | Associate | Amanda R. Steele | 0.30 hrs. | 390.00 | $117.00 |
| 06/23/14 | Assist with materials for trial and daily transcripts | Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 9  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/23/14 | Prepare for 6/23/14 trial day (1.5); Attend meeting with R. Johnson and others re: 6/23/14 trial day (1.0); Attend 6/23/14 trial day (3.5); Emails to General Services re: 6/23/14 trial day preparation and logistics (.3); Email to B. Witters re: 6/23/14 trial day preparation and logistics (.3); Emails to R. Johnson re: 6/23/14 trial day preparation and logistics (.2); Emails to L. Morris re: 6/23/14 trial day preparation and logistics (.4); Emails to A. Steele re: 6/23/14 trial day preparation and logistics (.3); Email to N. Stabile re: 6/24/14 trial day preparation and logistics (.1) | Associate — Christopher M. Samis | 7.60 hrs. | 465.00 | $3,534.00 |
| 06/24/14 | Attend 6/24/14 trial day (4.5); Prepare for 6/24/14 trial day (1.0); Attend lunch meeting with R. Johnson and others re: 6/24/14 trial day (1.0); Email to J. Alberto re: 6/24/14 trial day logistics and preparation (.1); Emails to L. Morris re: 6/24/14 trial day logistics and preparation (.7); Email to N. Stabile re: 6/24/14 trial day logistics and preparation (.1); Email to F. Hodara re: 6/24/14 trial day logistics and preparation (.1) | Associate — Christopher M. Samis | 7.50 hrs. | 465.00 | $3,487.50 |
| 06/24/14 | Coordinate telephonic appearance for M. Wunder | Paralegal — Rebecca V. Speaker | 0.30 hrs. | 235.00 | $70.50 |
| 06/25/14 | Review e-mail from M. Fagen re: 6/27/14 telephonic hearing appearances for D. Botter, R. Johnson, F. Hodara, B. Kahn, M. Fagen and C. Samis (.1); Telephone call to Courtcall re: same (.6); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.80 hrs. | 235.00 | $188.00 |
| 06/25/14 | Equipment break-down at UCC conference room at 824 Market Street and in conference room 3D | Litigation — Daniel D. White | 1.10 hrs. | 235.00 | $258.50 |
| 06/25/14 | Email update CourtCall information to M. Wunder | Paralegal — Rebecca V. Speaker | 0.10 hrs. | 235.00 | $23.50 |
| 06/26/14 | Review e-mail from M. Wunder re: 6/27/14 telephonic appearance fo S. Kukulowicz (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | Paralegal — Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

July 24, 2014  
Invoice 461743  
Page 10  
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 06/27/14 | Email correspondence with C. Samis re: dial in for 6/27/14 hearing (.1); Meeting re: same (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.20 hrs. | 235.00 | $47.00 |

Total Fees for Professional Services     $51,932.00

**TOTAL DUE FOR THIS INVOICE**     **$51,932.00**  
BALANCE BROUGHT FORWARD     $80,620.60

**TOTAL DUE FOR THIS MATTER**     **$132,552.60**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 11  
Client #  732310

Matter # 165839

---

For services through June 30, 2014  
relating to Litigation/Adversary Proceedings

| Date | | | | | |
|---|---|---|---|---|---|
| 06/04/14 | Review expert reports for 6/5/14 and 6/6/14 trial days | | | | |
| Associate | Christopher M. Samis | 3.10 hrs. | 465.00 | | $1,441.50 |
| 06/09/14 | Review expert reports in preparation for 6/16/14 trial week | | | | |
| Associate | Christopher M. Samis | 2.60 hrs. | 465.00 | | $1,209.00 |
| 06/11/14 | Review expert reports in preparation for 6/16/14 allocation trial week | | | | |
| Associate | Christopher M. Samis | 2.70 hrs. | 465.00 | | $1,255.50 |
| 06/12/14 | Review expert reports for 6/16/14 trial week (2.8); Review Capstone allocation recovery models (.8) | | | | |
| Associate | Christopher M. Samis | 3.60 hrs. | 465.00 | | $1,674.00 |
| 06/13/14 | Emails to F. Hodara re: status of settlement discussions (x2) | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | | $93.00 |
| 06/16/14 | Reviewed pre-trial brief of the US Interests | | | | |
| Director | Mark D. Collins | 1.70 hrs. | 800.00 | | $1,360.00 |
| 06/20/14 | Call from D. Abbott re: response to Monitor's post-petition interest position paper (.2); Emails to D. Abbott re: response to Monitor's post-petition interest position paper (.2); Emails to B. Kahn re: response to Monitor's post-petition interest position paper (.4); Review response to Monitor's post-petition interest position paper (.5) | | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 465.00 | | $604.50 |
| 06/24/14 | Meeting with C. Samis re:  status of allocation trial | | | | |
| Director | Mark D. Collins | 0.10 hrs. | 800.00 | | $80.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 12

Client #  732310

Matter # 165839

---

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/25/14 | Research application of / flexibility on adversary proceeding rules (.8); Call from B. Kahn re: application of / flexibility on adversary proceeding rules (.3); Email to B. Kahn re: application of / flexibility on adversary proceeding rules (.1); Meet with J. Miller re: research on contingent 9019 settlements (.3); Email to J. Miller re: research on contingent 9019 settlements (.1); Emails to D. White re: post-trial logistical issues (.2); Emails to B. Witters re: post-trial logistical issues (.2); Email to J. Chapman re: post-trial logistics issues (.1) | Associate | Christopher M. Samis | 2.10 hrs. | 465.00 | $976.50 |
| 06/25/14 | Compiled records contingent with 9019 settlements | Summer Assoc. | Jesse Miller | 3.00 hrs. | 200.00 | $600.00 |
| 06/26/14 | Compiled contingent 9019 motions | Summer Assoc. | Jesse Miller | 5.10 hrs. | 200.00 | $1,020.00 |
| 06/27/14 | Prepare for court conference call re: allocation litigation scheduling (.3); Participate in court conference call re: allocation litigation scheduling (.8); Email to L. Edinger re: allocation litigation scheduling (.1) | Associate | Christopher M. Samis | 1.20 hrs. | 465.00 | $558.00 |
| 06/29/14 | Emails to A. Cordo re: post-trial logistics (.3); Email to B. Kahn re: post-trial logistics (.1); Email to J. Alberto re: post-trial logistics (.1); Email to K. Murphy re: post-trial logistics (.1); Email to F. Hodara re: post-trial logistics (.1); Review allocation litigation scheduling orders (.4) | Associate | Christopher M. Samis | 1.10 hrs. | 465.00 | $511.50 |
| 06/30/14 | Conference with J. Miller re: research | Associate | Amanda R. Steele | 0.30 hrs. | 390.00 | $117.00 |
| 06/30/14 | Drafted memo re: contingent Rule 9019 motions | Summer Assoc. | Jesse Miller | 0.80 hrs. | 200.00 | $160.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 13

Client #  732310

Matter #  165839

|  |  |
|---|---:|
| Total Fees for Professional Services | $11,660.50 |
| TOTAL DUE FOR THIS INVOICE | **$11,660.50** |
| BALANCE BROUGHT FORWARD | $35,132.60 |
| **TOTAL DUE FOR THIS MATTER** | **$46,793.10** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 14  
Client #  732310

Matter #  165839

For services through June 30, 2014  
relating to  RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/14 | Review e-mail from B. Kahn re: May estimated fees and expenses of RLF (.1); E-mail to accounting re: same (.1); E-mail to B. Kahn re: findings of same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 06/19/14 | Prepare cno re: RLF April fee application | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| 06/20/14 | Revise cno re: RLF April fee application (.1); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 06/23/14 | Coordinate submission to Nortel accounts payable re: RLF April fee application and cno (.2); Review RLF May bill memos and meal charges (.5) | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 06/30/14 | Review and revise RLF May fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |

Total Fees for Professional Services         $517.00

**TOTAL DUE FOR THIS INVOICE**         **$517.00**  
BALANCE BROUGHT FORWARD         $2,232.60

**TOTAL DUE FOR THIS MATTER**         **$2,749.60**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 15  
Client #  732310

Matter #  165839

For services through June 30, 2014  
relating to  Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/14 | Prepare exhibit B re 20th interim fee order (1.4); E-mail to fee professionals re: same (.1) | | | | |
| | Paralegal    Barbara J. Witters | | 1.50 hrs. | 235.00 | $352.50 |
| 06/06/14 | Review multiple e-mails re: fee professionals comments to 20th fee order (.4); Revise exhibit B re 20th interim fee order (.9); E-mail to R. Fusco re: same (.1) | | | | |
| | Paralegal    Barbara J. Witters | | 1.40 hrs. | 235.00 | $329.00 |
| 06/12/14 | Prepare cno re: Capstone March fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal    Barbara J. Witters | | 0.40 hrs. | 235.00 | $94.00 |
| 06/12/14 | Review, revise and finalize CNO for March 2014 Capstone fee application | | | | |
| | Associate    Christopher M. Samis | | 0.20 hrs. | 465.00 | $93.00 |
| 06/13/14 | Prepare cno re: Dentons February fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal    Barbara J. Witters | | 0.40 hrs. | 235.00 | $94.00 |
| 06/16/14 | Prepare cno re: Ashurst April fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Akin Gump March fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal    Barbara J. Witters | | 0.80 hrs. | 235.00 | $188.00 |
| 06/23/14 | Prepare cno re: Akin Gump April fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Cassels Brock March fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone April fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal    Barbara J. Witters | | 1.20 hrs. | 235.00 | $282.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

July 24, 2014  
Invoice 461743  
Page 16  
Client # 732310  

Matter # 165839  

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/24/14 | Prepare cno re: Cassels Brock April fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 06/27/14 | Review e-mail from M. Fagen re: Ashurst May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |

Total Fees for Professional Services       $1,761.50

TOTAL DUE FOR THIS INVOICE              **$1,761.50**  
BALANCE BROUGHT FORWARD                    $5,683.90  

**TOTAL DUE FOR THIS MATTER**              **$7,445.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 24, 2014  
Invoice 461743  
Page 17  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 2.60 | 390.00 | 1,014.00 |
| Barbara J. Witters | 24.00 | 235.00 | 5,640.00 |
| Christopher M. Samis | 118.20 | 465.00 | 54,963.00 |
| Daniel D. White | 1.10 | 235.00 | 258.50 |
| Jesse Miller | 8.90 | 200.00 | 1,780.00 |
| Lindsey A. Edinger | 2.90 | 235.00 | 681.50 |
| Mark D. Collins | 2.00 | 800.00 | 1,600.00 |
| Rebecca V. Speaker | 0.40 | 235.00 | 94.00 |
| TOTAL | 160.10 | $412.44 | 66,031.00 |

**TOTAL DUE FOR THIS INVOICE**                                                                                                      $93,722.09

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310