# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

July 24, 2014
Invoice 461743

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through June 30, 2014
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $37.50 |
| Business Meals | $447.70 |
| Conference Calling | $183.00 |
| Court Reporter Services | $134.10 |
| Document Retrieval | $190.60 |
| Electronic Legal Research | $400.00 |
| Equipment Rental | $1,462.91 |
| Long distance telephone charges | $139.00 |
| Messenger and delivery service | $655.96 |
| Overtime | $54.36 |
| Photocopying/Printing - outside vendor | $20,280.82 |
| Photocopying/Printing | $1,813.00 |
| 763 @ $.10 pg. /17,367 @ $.10 pg. | |
| Postage | $14.14 |
| Professional Services | $1,878.00 |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 2

Client #  732310

Matter #  165839

|  |  |
|---|---|
| Other Charges | $27,691.09 |
| **TOTAL DUE FOR THIS INVOICE** | **$27,691.09** |
| BALANCE BROUGHT FORWARD | $23,891.17 |
| **TOTAL DUE FOR THIS MATTER** | **$51,582.26** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 3

Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$0.00** |
| BALANCE BROUGHT FORWARD | $3,740.10 |
| **TOTAL DUE FOR THIS MATTER** | **$3,740.10** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 24, 2014
Invoice 461743
Page 18

Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Meetings
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 01/30/14 | DIAZ DATA SERVICES: Transcript - 165839<br>Amount =  $93.60 | CTRPT |
| 03/07/14 | DIAZ DATA SERVICES: Transcript - 165839<br>Amount =  $40.50 | CTRPT |
| 05/02/14 | DLS DISCOVERY: Inv 82529 - 165839<br>Amount =  $3,162.70 | DUPOUT |
| 05/07/14 | AQUIPT: Equipment Rental - 165839<br>Amount =  $658.91 | EQUIPREN |
| 05/07/14 | AQUIPT: Equipment Rental - 165839<br>Amount =  $804.00 | EQUIPREN |
| 05/23/14 | W.B. MASON CO., INC.: Cust No C2133112<br>Amount =  $35.98 | MEALSCL |
| 05/31/14 | DLS DISCOVERY: Inv 82637 - 165839<br>Amount =  $15,976.60 | DUPOUT |
| 06/01/14 | PARCELS, INC.: 519267 - 165839<br>Amount =  $202.20 | DUPOUT |
| 06/01/14 | PARCELS, INC.: 519265 - 165839<br>Amount =  $314.25 | DUPOUT |
| 06/02/14 | PARCELS, INC.: 518400 - 165839<br>Amount =  $180.60 | DUPOUT |
| 06/02/14 | PARCELS, INC.: 518222 - 165839<br>Amount =  $1,878.00 | PROFEE |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 24, 2014
Invoice 461743
Page 19
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/02/14 | CAVANAUGH'S RESTAURANT: Food Service 5/30-6/2 | | MEALSCL |
| | | Amount = $22.50 | |
| 06/02/14 | CourtCall | | CONFCALL |
| | | Amount = $90.00 | |
| 06/02/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | | Amount = $6.45 | |
| 06/02/14 | Messenger and delivery | | MESS |
| | | Amount = $4.50 | |
| 06/02/14 | Messenger and delivery | | MESS |
| | | Amount = $16.00 | |
| 06/02/14 | Messenger and delivery From Dimeo's CMS | | MEALSCL |
| | | Amount = $58.38 | |
| 06/02/14 | Messenger and delivery | | MESS |
| | | Amount = $8.50 | |
| 06/02/14 | Messenger and delivery | | MESS |
| | | Amount = $4.50 | |
| 06/02/14 | PACER | | DOCRETRI |
| | | Amount = $102.00 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.60 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.60 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.60 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.60 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.90 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 20
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $19.80 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $11.40 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $9.60 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $9.20 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $92.00 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $3.00 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $3.00 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743

Page 21

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $25.40 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $102.80 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $11.40 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $25.40 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $7.90 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $4.90 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $19.60 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $19.60 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/02/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/03/14 | PARCELS, INC.: 519259 - 165839 | | DUPOUT |
| | | Amount = $69.15 | |
| 06/03/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 06/03/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/03/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/03/14 | Printing | | DUP |
| | | Amount = $0.20 | |

Nortel Creditors Committee                                                    July 24, 2014
c/o Fred S. Hodara, Esq.                                                       Invoice 461743
Akin Gump Strauss Hauer Feld LLP                                              Page 22
One Bryant Park
New York NY  10036                                                            Client #  732310

| 06/04/14 | PARCELS, INC.: 519257 - 165839 | | DUPOUT |
| | Amount = | $326.04 | |
| 06/04/14 | PARCELS, INC.: 519255 - 165839 | | DUPOUT |
| | Amount = | $49.28 | |
| 06/04/14 | RODNEY GRILLE: CXS | | MEALSCL |
| | Amount = | $18.90 | |
| 06/04/14 | PACER | | DOCRETRI |
| | Amount = | $21.60 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.80 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $1.90 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $2.00 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $2.00 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $2.00 | |
| 06/04/14 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 23

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/04/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 06/04/14 | Printing | | DUP |
| | | Amount =  $2.70 | |
| 06/04/14 | Printing | | DUP |
| | | Amount =  $8.10 | |
| 06/04/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/04/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/04/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 06/04/14 | Printing | | DUP |
| | | Amount =  $18.00 | |
| 06/04/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/05/14 | LESLEY A. MORRIS: Snacks for Clients & Co-Counsel - 165839 | | MEALSCL |
| | | Amount =  $45.98 | |
| 06/05/14 | Messenger and delivery | | MESS |
| | | Amount =  $4.50 | |
| 06/05/14 | Messenger and delivery | | MESS |
| | | Amount =  $4.50 | |
| 06/05/14 | Messenger and delivery | | MESS |
| | | Amount =  $8.50 | |
| 06/05/14 | Messenger and delivery From Shoprite CMS | | MEALSCL |
| | | Amount =  $56.48 | |
| 06/05/14 | Messenger and delivery | | MESS |
| | | Amount =  $51.50 | |
| 06/05/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 06/05/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 06/05/14 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 06/05/14 | Printing | | DUP |
| | | Amount =  $0.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 24
Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $2.40 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.80 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $2.00 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $1.40 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $2.80 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.80 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $1.60 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743

Page 25

Client #  732310

| Date | Description | | |
|---|---|---|---|
| 06/05/14 | Printing | | DUP |
| | Amount = | $1.20 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $1.80 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.80 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $73.40 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $1.70 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $53.40 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $20.00 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.50 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $15.00 | |
| 06/05/14 | Printing | | DUP |
| | Amount = | $90.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 26

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 06/05/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 06/05/14 | Printing | | DUP |
| | Amount = $19.00 | | |
| 06/05/14 | Printing | | DUP |
| | Amount = $3.00 | | |
| 06/05/14 | Printing | | DUP |
| | Amount = $7.00 | | |
| 06/05/14 | Printing | | DUP |
| | Amount = $12.00 | | |
| 06/06/14 | RODNEY GRILLE: CXS | | MEALSCL |
| | Amount = $18.95 | | |
| 06/06/14 | Messenger and delivery | | MESS |
| | Amount = $4.50 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.60 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.60 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $33.90 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $1.20 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $20.10 | | |
| 06/06/14 | Printing | | DUP |
| | Amount = $0.20 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 27
Client #  732310

| Date | Description | | Type |
|------|-------------|------|------|
| 06/06/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 06/06/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 06/06/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 06/06/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 06/06/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 06/06/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 06/06/14 | Printing | | DUP |
| | | Amount =  $33.90 | |
| 06/06/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/09/14 | Printing | | DUP |
| | | Amount =  $30.00 | |
| 06/09/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/10/14 | Photocopies | | DUP |
| | | Amount =  $3.50 | |
| 06/10/14 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 06/10/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/10/14 | Printing | | DUP |
| | | Amount =  $18.40 | |
| 06/11/14 | PARALEGAL OT THRU 6/13/14 | | OT |
| | | Amount =  $0.00 | |
| 06/12/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/12/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/12/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 06/12/14 | Printing | | DUP |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 28
Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 06/13/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 06/13/14 | Printing | | DUP |
| | | Amount =   $0.40 | |
| 06/13/14 | Printing | | DUP |
| | | Amount =   $0.30 | |
| 06/13/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 06/16/14 | RODNEY GRILLE: CMS | | MEALSCL |
| | | Amount =   $9.95 | |
| 06/16/14 | AKIN GUMP STRAUSS HAUER & FELD LLP - Messenger and delivery | | MESS |
| | | Amount =   $11.11 | |
| 06/16/14 | Photocopies | | DUP |
| | | Amount =   $0.20 | |
| 06/16/14 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount =   $11.70 | |
| 06/16/14 | Messenger and delivery | | MESS |
| | | Amount =   $4.50 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $12.60 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $7.20 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $10.50 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $10.50 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $6.00 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $0.30 | |
| 06/16/14 | Printing | | DUP |
| | | Amount =   $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 29

Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|--|--------|------|
| 06/16/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/16/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/16/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/17/14 | RODNEY GRILLE: CMS | | | MEALSCL |
| | | Amount = | $15.95 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $23.70 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $16.40 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $4.80 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $7.90 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $4.10 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $1.20 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $12.30 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $3.60 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/17/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 30

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/17/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 06/18/14 | RODNEY GRILLE: CMS | | MEALSCL |
| | | Amount =  $15.95 | |
| 06/18/14 | GALLUCIO'S ITALIAN RESTAURANT:<br>Food Service 6/18 - 165839 | | MEALSCL |
| | | Amount =  $16.00 | |
| 06/18/14 | Messenger and delivery | | MESS |
| | | Amount =  $8.50 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $30.30 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $51.80 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $42.50 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $8.40 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $14.00 | |
| 06/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 31

Client #  732310

| Date | Description | | Type |
|------|-------------|---|------|
| 06/18/14 | Printing | | DUP |
| | | Amount = $23.50 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $35.90 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $38.00 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $95.20 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $47.20 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $28.50 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $11.80 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $7.60 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $30.40 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/18/14 | Printing | | DUP |
| | | Amount = $31.00 | |
| 06/19/14 | RODNEY GRILLE: CMS | | MEALSCL |
| | | Amount = $15.95 | |
| 06/19/14 | Photocopies | | DUP |
| | | Amount = $11.40 | |

Nortel Creditors Committee                                    July 24, 2014
c/o Fred S. Hodara, Esq.                                      Invoice 461743
Akin Gump Strauss Hauer Feld LLP                             Page 32
One Bryant Park
New York NY  10036                                           Client #  732310

| 06/19/14 | 12128727425 Long Distance | | LD |
|---|---|---|---|
| | Amount = | $4.17 | |
| 06/19/14 | 12128728121 Long Distance | | LD |
| | Amount = | $54.21 | |
| 06/19/14 | 12128728121 Long Distance | | LD |
| | Amount = | $65.33 | |
| 06/19/14 | Messenger and delivery | | MESS |
| | Amount = | $4.50 | |
| 06/19/14 | Messenger and delivery | | MESS |
| | Amount = | $4.50 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $4.50 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $4.50 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $3.00 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $5.50 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $4.50 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $3.00 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $34.20 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $5.10 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $10.10 | |
| 06/19/14 | Printing | | DUP |
| | Amount = | $20.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 33
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/19/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/20/14 | RODNEY GRILLE: CMS | | MEALSCL |
| | Amount = | $15.95 | |
| 06/20/14 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $5.00 | |
| 06/20/14 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $10.00 | |
| 06/20/14 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $22.50 | |
| 06/20/14 | Messenger and delivery | | MESS |
| | Amount = | $4.50 | |
| 06/20/14 | Printing | | DUP |
| | Amount = | $5.50 | |
| 06/20/14 | Printing | | DUP |
| | Amount = | $5.50 | |
| 06/20/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/20/14 | Printing | | DUP |
| | Amount = | $27.60 | |
| 06/20/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/20/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/20/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/23/14 | RODNEY GRILLE: CMS | | MEALSCL |
| | Amount = | $35.76 | |
| 06/23/14 | 19179215082 Long Distance | | LD |
| | Amount = | $4.17 | |
| 06/23/14 | 12128727446 Long Distance | | LD |
| | Amount = | $11.12 | |
| 06/23/14 | Messenger and delivery | | MESS |
| | Amount = | $4.50 | |
| 06/23/14 | Messenger and delivery | | MESS |
| | Amount = | $67.95 | |
| 06/23/14 | Messenger and delivery | | MESS |
| | Amount = | $113.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 24, 2014
Invoice 461743

Page 34

Client # 732310

| 06/23/14 | Messenger and delivery From Shoprite CMS | | MEALSCL |
| | | Amount = $65.02 | |
| 06/23/14 | Messenger and delivery | | MESS |
| | | Amount = $4.50 | |
| 06/23/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 06/23/14 | PACER | | DOCRETRI |
| | | Amount = $54.80 | |
| 06/23/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 06/23/14 | Postage | | POST |
| | | Amount = $3.50 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $0.50 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $1.60 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $4.40 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $1.10 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $1.10 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 06/23/14 | Printing | | DUP |
| | | Amount = $8.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 35
Client #  732310

| Date | Description | | | Type |
|------|-------------|---|---|------|
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $1.40 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $1.40 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $30.80 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $11.00 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $15.60 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $1.50 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $6.40 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 06/23/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743

Page 36

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/23/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/23/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/24/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | Amount = $16.11 | | |
| 06/24/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | Amount = $16.11 | | |
| 06/24/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | Amount = $16.11 | | |
| 06/24/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | Amount = $9.06 | | |
| 06/24/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | Amount = $33.24 | | |
| 06/24/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | Amount = $35.25 | | |
| 06/24/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | Amount = $32.23 | | |
| 06/24/14 | AKIN  GUMP - Messenger and delivery | | MESS |
| | Amount = $26.24 | | |
| 06/24/14 | CourtCall | | CONFCALL |
| | Amount = $93.00 | | |
| 06/24/14 | Messenger and delivery | | MESS |
| | Amount = $55.50 | | |
| 06/24/14 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 06/24/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/24/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 06/24/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 06/24/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/24/14 | Printing | | DUP |
| | Amount = $0.20 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 37

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/24/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/24/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 06/25/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/25/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 06/26/14 | Law Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Docket Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Law Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Docket Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Law Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Docket Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Docket Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Law Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Law Search | | ELEGALRE |
| | Amount = $20.00 | | ~ |
| 06/26/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 06/26/14 | Printing | | DUP |
| | Amount = $2.20 | | |
| 06/26/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 06/26/14 | Printing | | DUP |
| | Amount = $0.50 | | |
| 06/26/14 | Printing | | DUP |
| | Amount = $1.30 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743
Page 38
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/26/14 | Printing | | DUP |
| | Amount = | $0.80 | |
| 06/26/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/27/14 | Photocopies | | DUP |
| | Amount = | $61.20 | |
| 06/27/14 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 06/27/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 06/27/14 | Postage | | POST |
| | Amount = | $10.64 | |
| 06/27/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/27/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 06/27/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/27/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/27/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 06/27/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 06/27/14 | Printing | | DUP |
| | Amount = | $4.50 | |
| 06/30/14 | Law Search | | ELEGALRE |
| | Amount = | $20.00 | |
| 06/30/14 | Law Search | | ELEGALRE |
| | Amount = | $20.00 | |
| 06/30/14 | Docket Search | | ELEGALRE |
| | Amount = | $20.00 | |
| 06/30/14 | Law Search | | ELEGALRE |
| | Amount = | $20.00 | |
| 06/30/14 | Law Search | | ELEGALRE |
| | Amount = | $20.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 24, 2014
Invoice 461743

Page 39

Client #  732310

| | | | |
|---|---|---|---|
| 06/30/14 | Docket Search | | ELEGALRE |
| | | Amount = $20.00 | |
| 06/30/14 | Law Search | | ELEGALRE |
| | | Amount = $20.00 | |
| 06/30/14 | Law Search | | ELEGALRE |
| | | Amount = $20.00 | |
| 06/30/14 | Law Search | | ELEGALRE |
| | | Amount = $20.00 | |
| 06/30/14 | Law Search | | ELEGALRE |
| | | Amount = $20.00 | |
| 06/30/14 | Docket Search | | ELEGALRE |
| | | Amount = $20.00 | |
| 06/30/14 | PARALEGAL OT THRU 6/30/14 | | OT |
| | | Amount = $0.00 | |
| 06/30/14 | SECRETARIAL OT THRU 6/30/14 | | OT |
| | | Amount = $54.36 | |
| 06/30/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 06/30/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 06/30/14 | Printing | | DUP |
| | | Amount = $2.20 | |
| 06/30/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 06/30/14 | Printing | | DUP |
| | | Amount = $0.20 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc


Expenses     $27,691.09