IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14104 & 14102** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 4, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
4th day of August, 2014

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SHARED TECHNOLOGIES INC
580 VIRGINIA DR STE 141
FT WASHINGTON, PA 19034-2723

Please note that your claim # 6687 in the above referenced case and in the amount of $19,158.37 allowed at $19,158.37 has been transferred **(unless previously expunged by court order)** to:

BOWERY OPPORTUNITY FUND LP
TRANSFEROR: SHARED TECHNOLOGIES INC
ATTN: VLADIMIR JELISAVCIC
1325 AVE OF AMERICAS 28TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON,DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14102 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/04/2014

David D. Bird, Clerk of Court

/s/ Kimberly Murray

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 4, 2014.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING



| Name | Address |
|---|---|
| BOWERY OPPORTUNITY FUND LP | TRANSFEROR: SHARED TECHNOLOGIES INC ATTN: VLADIMIR JELISAVCIC 1325 AVE OF AMERICAS 28TH FLOOR NEW YORK NY 10019 |
| BOWERY OPPORTUNITY FUND LP | TRANSFEROR: SHARED TECHNOLOGIES INC. ATTN: VLADIMIR JELISAVCIC 1325 AVE OF AMERICAS 28TH FLOOR NEW YORK NY 10019 |
| SHARED TECHNOLOGIES INC | 580 VIRGINIA DR STE 141 FT WASHINGTON PA 19034-2723 |
| SHARED TECHNOLOGIES INC. | 2425 GATEWAY DR IRVING TX 75063-2753 |

Total Number of Records Printed 4

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006