# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JUNE 1, 2014 THROUGH JUNE 30, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/4/2014 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary. | 0.5 | 535 | $ 267.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/11/2014 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary. | 0.5 | 535 | $ 267.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/11/2014 | Call with A. Tsai of Epiq regarding employee claim objections. | 1.4 | 535 | $ 749.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/18/2014 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary. | 0.5 | 535 | $ 267.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/25/2014 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary. | 0.5 | 535 | $ 267.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/23/2014 | Reviewed and updated monthly fee application documents | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/23/2014 | Reviewed and updated monthly fee application exhibits. | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | James Lukenda | 6/23/2014 | Nortel - review and sign-off monthly fee application | 0.3 | 725 | $ 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/2/2014 | Reconciled employee claims analyses and updated files accordingly. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/2/2014 | Analyzed notes from Cleary regarding omnibus objection exhibits | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/2/2014 | Corresponded with A. Tsai of Epiq regarding omnibus objection edits. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/2/2014 | Updated omnibus objection claim objections file and provided to A. Tsai of Epiq. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/3/2014 | Reviewed draft omnibus objection exhibits provided by A. Tsai of Epiq. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/3/2014 | Reconciled omnibus exhibit A draft objection exhibit to source file. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/3/2014 | Reconciled omnibus exhibit B draft objection exhibit to source file. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/3/2014 | Documented notes and updates regarding omnibus objection exhibits and provided to A. Tsai of Epiq. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/9/2014 | Updated employee claim communication documents per comments from B. Beller of Cleary. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/9/2014 | Reviewed updated employee claim communication documents provided by A. Tsai of Epiq. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/9/2014 | Corresponded with A. Tsai of Epiq regarding employee claims analysis and documents. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/9/2014 | Reviewed employee claim objection analysis provided by M. Cilia of RLKS. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/9/2014 | Reconciled employee claims analyses based on revised position. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/9/2014 | Reviewed and updated comments regarding employee claim objection exhibits. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/10/2014 | Updated employee claim objection analysis for A. Tsai of Epiq. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/10/2014 | Reconciled employee claim objection exhibit B against underlying analysis. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/10/2014 | Corresponded with B. Beller of Cleary regarding omnibus objection comments. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/10/2014 | Reviewed revised employee claim communication documents based on Cleary and Huron comments. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/10/2014 | Corresponded with A. Tsai of Epiq regarding employee claims documents. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/11/2014 | Updated employee claim communication documents and underlying analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/11/2014 | Revised employee claim objection analysis. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/11/2014 | Reviewed and updated employee claim communication documents. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/11/2014 | Updated notes regarding employee claims analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/11/2014 | Reconciled and updated employee claims analysis against employee communication documents. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/12/2014 | Updated employee claims analysis based on claims database review. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/12/2014 | Reviewed and updated employee claim objection analysis. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/12/2014 | Reconciled updated employee claim objection exhibit A against underlying analysis. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/12/2014 | Reconciled updated employee claim objection exhibit B against underlying analysis. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/12/2014 | Corresponded with A. Tsai of Epiq regarding employee claim document comments | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/13/2014 | Reconciled employee claim documents with Nortel analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/13/2014 | Reconciled employee claim objection exhibit against underlying analysis. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/13/2014 | Reviewed and updated employee claims analysis per objection exhibits. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/13/2014 | Updated employee claims analysis by inputting claims database data. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/16/2014 | Reconciled employee claims analysis and documented notes regarding same. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/16/2014 | Analyzed employee claim objection exhibits and documented notes. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/16/2014 | Revised employee claim objection analysis. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/16/2014 | Performed quality control review of no basis employee claim objection exhibit | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/17/2014 | Reviewed and updated employee claims analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/17/2014 | Reviewed employee claim objection comments provided by Cleary | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/17/2014 | Updated employee claim objection analysis for A. Tsai of Epiq. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/17/2014 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/18/2014 | Reconciled employee claim objection exhibits against underlying analyses. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/18/2014 | Performed quality control review of modify employee claim objection exhibit. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/18/2014 | Documented comments regarding employee claim objection analysis. | 0.7 | 535 | $ 374.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/18/2014 | Investigated various employee claim issues per request from Cleary. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/19/2014 | Updated employee claim communication analysis based on recent results. | 0.8 | 535 | $ 428.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/19/2014 | Reconciled and updated employee claims analysis against employee communication documents. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/19/2014 | Reviewed employee claims objection analysis and provided comments to Cleary. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/19/2014 | Updated employee claims analysis based on recon with claims database | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/19/2014 | Documented employee claim communication updates for A. Tsai of Epiq. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/20/2014 | Updated omnibus objection exhibits and provided comments to A. Tsai of Epiq. | 0.5 | 535 | $ 267.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/20/2014 | Reconciled employee claim documents with supporting analysis. | 0.8 | 535 | $ 428.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/20/2014 | Updated notes regarding employee claims analysis. | 0.5 | 535 | $ 267.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/20/2014 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 0.7 | 535 | $ 374.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/20/2014 | Updated employee claim omnibus objection analysis for A. Tsai of Epiq. | 0.8 | 535 | $ 428.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/24/2014 | Investigated employee claim transfer issues per request of A. Tsai of Epiq. | 0.7 | 535 | $ 374.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/24/2014 | Documented comments and notes for employee claim objections for A. Tsai of Epiq. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/24/2014 | Reviewed and updated employee claims analysis. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/24/2014 | Analyzed and updated employee claims analyses. | 0.9 | 535 | $ 481.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/25/2014 | Revised employee claim objection analysis. | 1.1 | 535 | $ 588.50 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JUNE 1, 2014 THROUGH JUNE 30, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/25/2014 | Analyzed employee claim objection exhibits and documented notes. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/25/2014 | Reviewed and updated underlying employee claims analyses. | 0.8 | 535 | $ 428.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/26/2014 | Reviewed and updated employee claims analysis based on comments from Cleary | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/26/2014 | Reconciled employee claim objection exhibits and documented notes | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/26/2014 | Reconciled employee claim communication documents analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/27/2014 | Updated employee claims analysis based on Nortel position. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/27/2014 | Reviewed and updated underlying employee claims analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/27/2014 | Reconciled employee claims analyses and documented notes for Cleary. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 6/23/2014 | Nortel - review notes on status of work stream | 0.1 | 725 | $ 72.50 |
| 25 | Case Administration | Coley P. Brown | 6/25/2014 | Call with Huron managing director regarding claims status and work stream progress. | 0.2 | 535 | $ 107.00 |
| 25 | Case Administration | James Lukenda | 6/19/2014 | Nortel - review correspondence and trial reporting update materials  note to Huron director | 0.2 | 725 | $ 145.00 |
| 25 | Case Administration | James Lukenda | 6/25/2014 | Nortel - review correspondence and news on case status  trial  notes to Huron director | 0.2 | 725 | $ 145.00 |