**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*:<br><br>Nortel Networks Inc., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 8, 2014 at 12:00 p.m. (ET)**<br>**Objection Deadline: August 7, 2014 at 6:00 p.m. (ET)** |

**NOTICE OF TELEPHONIC HEARING ON PRELIMINARY OBJECTION AND MOTION OF THE MONITOR AND THE CANADIAN DEBTORS FOR AN ADJOURNMENT OF THE OBJECTION DEADLINE CONCERNING THE U.S. DEBTORS' 9019 MOTION AND FOR EXPEDITED DISCOVERY**

**PLEASE TAKE NOTICE** that on July 30, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (collectively, the "**Canadian Debtors**"), in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), together with the Canadian Debtors (together, the "**Movants**") filed and served the *Preliminary Objection And Motion Of The Monitor And Canadian Debtors For An Adjournment Of The Objection Deadline Concerning The U.S. Debtor's 9019 Motion And For Expedited Discovery* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing on the Motion will be held on **Friday, August 8, 2014 at 12:00 p.m.** before the Honorable Kevin Gross. Objections to the Motion, if any, are due **by Thursday, August 7, 2014 by 6:00 p.m. (ET).**

*THIS HEARING WILL BE HELD TELEPHONICALLY. PARTIES INTERESTED IN APPEARING AT THE HEARING MUST CONTACT COURTCALL AT (866) 582-6878 OR WWW.COURTCALL.COM TO MAKE ARRANGEMENTS.*

Dated: Wilmington, Delaware
August 6, 2014

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob S. Pultman
Paul B. Keller
Laura R. Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*