**Group Exhibit A**

**Error! Unknown document property name.**



Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

INVOICE NUMBER: **US0131041132**

May 1, 2014

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**4001 E. Chapel Hill-Nelson Hwy**
**Research Triangle Park, NC 27709**

| PLEASE REMIT TO: |
|---|
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| EIN: 34-6565596 |

BU: **US017**   CLIENT NUMBER: **60009478**

Pursuant to the 9th Amendment (dated December 30, 2013) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, progress billing for professional core tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

*Total Due*                                                                                           $350,000

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**




Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ  07094

INVOICE NUMBER: US0131059330

June 1, 2014

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**4001 E. Chapel Hill-Nelson Hwy**
**Research Triangle Park, NC 27709**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| EIN: 34-6565596 |

BU: **US017**    CLIENT NUMBER: **60009478**

---

Pursuant to the 9th Amendment (dated December 30, 2013) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, progress billing for professional core tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory


                                    *Total Due*                              $350,000
                                                                         _____

*Due to our fiscal year end close, your payment is appreciated prior to June 27, 2014.*
*Thank You!*

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**



Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

INVOICE NUMBER: US0131082010

July 1, 2014

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**4001 E. Chapel Hill-Nelson Hwy**
**Research Triangle Park, NC 27709**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| EIN: 34-6565596 |

BU: **US017**   CLIENT NUMBER: **60009478**

Pursuant to the 9th Amendment (dated December 30, 2013) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, progress billing for professional core tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

*Total Due*                                                                                   $350,000

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**