**<u>Group Exhibit B</u>**

2

**Nortel Networks, Inc.**
**Modeling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Abbott,Douglas J. (US012013835) | Partner | Prep call with Jeff Wood and account leadership related to year end change prior to Richard Lydecker call | 5/1/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Donovan,Claire Summer (US013263285) | Staff | Call with Jeff Wood and Miller Williams to catch up on next steps of project. | 5/1/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Redraft presentation materials related to cost benefits of year end change pursuant to comments from Doug Abbott and resubmit. | 5/1/2014 | $650.00 | 1.4 | $ 910 |
| Modeling | Williams,Edward M (US012752237) | National Partner | Finalize modeling document | 5/1/2014 | $700.00 | 1.5 | $ 1,050 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Draft allocation position deck for meeting with Tim Ross | 5/7/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Populate basis template with 2013 financials for NNI and NNC groups and link cash values to basis model | 5/7/2014 | $650.00 | 1.2 | $ 780 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Incorporate findings in escrow allocation report into basis models to reflect proceed allocations by entity | 5/7/2014 | $650.00 | 0.8 | $ 520 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review state claims data against state withdrawal status | 5/9/2014 | $650.00 | 1.8 | $ 1,170 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Quantify implications of delayed claims resolution | 5/9/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Incorporate I/C positions of Debtor entities into taxable income modeling template. | 5/14/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Populate model with inter-estate G&A allocation data and tie to consolidated model. | 5/14/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting with Sarah Jacks and review of allocation schedules | 5/14/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review file memorandum on recommendations related to resolving ELAs | 5/20/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review files received from Becky McCully | 5/20/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Submit certain basis data to Ford Williams | 5/20/2014 | $650.00 | 0.3 | $ 195 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Map I/C positions of NNI and NNC entities into CODI/BD worksheets for TI modeling exercise. | 5/22/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review and correspondence on EY professional fee allocation analysis | 5/22/2014 | $650.00 | 0.4 | $ 260 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Complete CODI/Bad Debt analysis for each US entity. | 5/27/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Model taxable income for 2013-2015 by entity and submit summary calculations to Ford Williams for incorporation into outside tax basis calculations. | 5/27/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review and redraft purchase price allocation report, and prepare report for discussions with client. | 5/28/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Williams,Edward M (US012752237) | National Partner | Review Nortel memo | 5/9/2014 | $700.00 | 1.0 | $ 700 |
| Modeling | Williams,Edward M (US012752237) | National Partner | Review Nortel allocation report | 5/16/2014 | $700.00 | 1.0 | $ 700 |
| Modeling | Williams,Charles F (US011285465) | Executive Director | Begin review of information related to basis and liquidations. | 5/20/2014 | $650.00 | 2.0 | $ 1,300 |
| Modeling | Williams,Charles F (US011285465) | Executive Director | Review files related to projected wind up tax consequences. | 5/29/2014 | $650.00 | 2.0 | $ 1,300 |

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: Discuss EY Fees project with Sarah Jacks and design matrix | 5/8/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: analyze first set of invoices issued in 2014 | 5/11/2014 | $200.00 | 1.5 | $ 300 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: analyze second set of invoices issued in 2014 | 5/11/2014 | $200.00 | 1.0 | $ 200 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: analyze first set of invoices issued in 2013 | 5/11/2014 | $200.00 | 1.5 | $ 300 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: analyze second set of invoices issued in 2013 | 5/11/2014 | $200.00 | 1.0 | $ 200 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: analyze 2012 invoices | 5/12/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: revise 2014 invoice matrix | 5/13/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: analyze invoices issued in 2009 | 5/13/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: revise 2013 matrix | 5/13/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: analyze invoices issued in 2010 | 5/13/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: revise 2012 matrix | 5/13/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: analyze invoices issued in 2011 | 5/13/2014 | $200.00 | 1.5 | $ 300 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: prepare Project Summary in matrix for 2013 | 5/14/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: prepare Project Summary in matrix for 2012 | 5/14/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: prepare Project Summary in matrix for 2014 | 5/14/2014 | $200.00 | 1.0 | $ 200 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: prepare Project Summary in matrix for 2011 | 5/14/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: update 2010 matrix for BAs | 5/15/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Werner,Rachel (US013299927) | Staff | EY Professional Fees project: update 2009 matrix for BAs | 5/15/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Rao,Anthony D. (US010984121) | Executive Director | Discussion with Becky McCully relating to review needed for separate entities | 5/5/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Rao,Anthony D. (US010984121) | Executive Director | Review of stock basis of the following entities along with report deliverable: Nortel Altsystems, Architel, CoreTek | 5/14/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Rao,Anthony D. (US010984121) | Executive Director | Review of stock basis of the following entities along with report deliverable: Nortel Networks Applications Management, Sonoma Systems and Xros | 5/14/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | McCully,Becky M (US012471861) | Senior Manager | Answering questions for Deborah Vaughn related to NNI report review comments | 5/5/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | McCully,Becky M (US012471861) | Senior Manager | Update NNI stock basis report for new corporate history information received related to Nortel CALA | 5/13/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | McCully,Becky M (US012471861) | Senior Manager | Update NNI stock basis report for new corporate history information received related to Qtera | 5/13/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | McCully,Becky M (US012471861) | Senior Manager | Update NNI stock basis report for new corporate history information received related to Nortel Network Cable Solutions, Inc. | 5/13/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | McCully,Becky M (US012471861) | Senior Manager | Discuss second partner review comments on NNC stock basis with Anthony Rao | 5/14/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | McCully,Becky M (US012471861) | Senior Manager | Update NNCC stock basis deliverable based on Anthony Rao comments | 5/14/2014 | $565.00 | 1.5 | $ 848 |
| Modeling | McCully,Becky M (US012471861) | Senior Manager | Edit NNI stock basis report to include appropriate tax penalty language | 5/19/2014 | $565.00 | 1.5 | $ 848 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Discussion with Tim Ross regarding EY fee allocation for modeling | 5/8/2014 | $565.00 | 0.3 | $ 170 |

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Discussion with Rachel Werner on EY fee allocation process and suggested template and format | 5/8/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Review invoice fee allocation progress (file prepared by Rachel Werner) | 5/12/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Discuss invoice fee allocation progress and review questions on file with Rachel Werner | 5/12/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Send Rachel Werner BA files for professional fee allocation analysis | 5/14/2014 | $565.00 | 0.2 | $ 113 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Discuss revised fee allocation approach with Rachel Werner | 5/14/2014 | $565.00 | 0.3 | $ 170 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | EY fee analysis allocation - compile core fixed fee hour summary | 5/14/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | EY fee analysis allocation - prepare detail analysis for fixed fee allocation component | 5/14/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Professional fee allocation - review 2009 invoices | 5/15/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Professional fee allocation - break out 2009 invoice detail by company where possible | 5/15/2014 | $565.00 | 1.5 | $ 848 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Review and make edits to EY professional fee analysis summary | 5/15/2014 | $565.00 | 2.0 | $ 1,130 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Review and make edits to EY professional fee analysis supporting schedules | 5/15/2014 | $565.00 | 1.5 | $ 848 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Prepare final deliverable to client for EY professional fee allocation | 5/15/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Meeting with David Cozart to discuss EY fee allocation approach | 5/15/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Second meeting with David Cozart to discuss EY fee allocation final schedules and deliverable | 5/15/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Review comments from Jeff Wood on EY professional fee allocation summary and update schedules with changes | 5/22/2014 | $565.00 | 0.3 | $ 170 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | Prepare EY fee allocation revision for Jeff Wood and send to David Cozart | 5/29/2014 | $565.00 | 0.3 | $ 170 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review excess loss account draft memos | 5/20/2014 | $565.00 | 2.0 | $ 1,130 |
| | | | | | **Totals** | **79.8** | **$ 38,776** |

**Nortel Networks, Inc.**
**Pre-Controversy Transfer Pricing**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Precontroversy TP | Donovan,Claire Summer (US013263285) | Staff | Adding economic analysis section to Nortel Escrow Allocation memo | 5/7/2014 | $200.00 | 2.0 | $400 |
| Precontroversy TP | Donovan,Claire Summer (US013263285) | Staff | Incorporating language from US debtors brief into Nortel Escrow Allocation analysis to show a history of applying the RPSM | 5/20/2014 | $200.00 | 1.3 | $260 |
| Precontroversy TP | Donovan,Claire Summer (US013263285) | Staff | Reading US Debtors Brief | 5/20/2014 | $200.00 | 1.0 | $200 |
| | | | | | **Totals** | **4.3** | **$860** |

**Nortel Networks, Inc.**
**IRS Ruling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with IRS to check status | 5/1/2014 | $700.00 | 0.5 | $350 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Amy Sargent and Glenn Carrington on ruling implementation steps | 5/8/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review ruling request for representations and 468B reg. administrative provisions. | 5/8/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft steps 1-3 in implementation outline. | 5/8/2014 | $650.00 | 1.8 | $1,170 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft DOF implementation outline | 5/12/2014 | $650.00 | 2.2 | $1,430 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Complete draft outline of DOF implementation outline | 5/13/2014 | $650.00 | 1.9 | $1,235 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft outline of actions required in motion phase of step plan | 5/13/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Review of DOF document case overview for Jeff Wood. | 5/14/2014 | $650.00 | 1.6 | $1,040 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Incorporate corrections to DOF implementation outline and discuss with Jim Scott. Forward document to Doug Abbott and Ford Williams for review. | 5/14/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Finalize draft DOF implementation outline and forward to Amy Sargent and Glenn Carrington for review. | 5/20/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence with Cleary and EY leadership on various matters related to the DOF implementation outline and related meetings | 5/22/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Internal conference call with Sarah Jacks on DOF implementation including meeting preparation / review of ruling request and draft DOF outline | 5/29/2014 | $650.00 | 1.5 | $975 |
| IRS Ruling | Williams,Charles F (US011285465) | Executive Director | Prepare for and attend conference call with Richard Lydecker and Doug Abbott related to status of DOF and other tax matters. | 5/30/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Scott,James E (US011119307) | Partner | DOF implementation document review and coordination with Glenn Carrington/Cleary regarding next steps. | 5/22/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Sargent,Amy Johannah (US012292473 | National Executive Director | Conference call with Glenn Carrington and Jeff Wood to discuss DOF implementation and administration | 5/8/2014 | $700.00 | 0.4 | $280 |
| IRS Ruling | Sargent,Amy Johannah (US012292473 | National Executive Director | Prepare outline for DOF implementation and administration | 5/8/2014 | $700.00 | 0.8 | $560 |
| IRS Ruling | Jacks,Sarah Butler (US011990278) | Senior Manager | Conference call with Jeff Wood and Jim Scott regarding DOF | 5/29/2014 | $565.00 | 0.5 | $283 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Conference call with Jeff Woods and Amy Sargent on the DOF outline | 5/8/2014 | $700.00 | 1.0 | $700 |

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Prep call with Jeff Wood related to update on ruling status prior to Richard Lydecker call | 5/7/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Conference call with Jim Scott and Jeff Wood on status of ruling, including discussion of status of projects and next steps on ruling process | 5/12/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of DOF step plan and revert comments back to Jeff Wood | 5/15/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of DOF implementation outline with revisions. | 5/21/2014 | $650.00 | 3.0 | $1,950 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review DOF operational execution plan for issues to raise with Glenn Carrington on Thursday call | 5/28/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Discussion with Glenn Carrington and Amy Sargent on DOF execution plan | 5/29/2014 | $650.00 | 1.0 | $650 |
| | | | | **Totals** | | **30.5** | **$19,918** |

**Nortel Networks, Inc.**
**DIT**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| DIT | Wood,Jeffrey T (US013081390) | Executive Director | Review DIT report and arrange for retention in edocs. | 5/27/2014 | $650.00 | 0.4 | $260 |
| DIT | Rao,Anthony D. (US010984121) | Executive Director | Final review of Deferred Intercompany Transaction Memo dated May 14th | 5/21/2014 | $650.00 | 1.1 | $715 |
| DIT | McCully,Becky M (US012471861) | Senior Manager | Finalizing DIT memo and sending to client | 5/27/2014 | $565.00 | 0.5 | $283 |
| DIT | Harrison IV,George Jackson (US012004331) | Partner | Review and analysis and comment on DIT memo | 5/15/2014 | $650.00 | 1.5 | $975 |
| | | | | **Totals** | | **3.5** | **$2,233** |

**Nortel Networks, Inc.**
**Credit Monetization**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Credit Monetization | Mesler,Mark S. (US011706071) | Partner | Reviewed credit monetization memo from Jeff Wood EY | 5/1/2014 | $650.00 | 2.0 | $1,300 |
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Mark Mesler on credit recovery project | 5/5/2014 | $650.00 | 0.5 | $325 |
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Redraft technical memorandum on credit monetization to incorporate provisions contained in the motion approving the settlement stipulation and the CFSA. | 5/6/2014 | $650.00 | 2.3 | $1,495 |
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Draft executive summary document outlining matters related to the IRS closing agreement and findings on credit monetization project. | 5/6/2014 | $650.00 | 2.0 | $1,300 |
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Finalize presentation materials for credit monetization for meeting with Tim Ross | 5/7/2014 | $650.00 | 0.8 | $520 |
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Discussions with IRS representative on claim amendment filing. Review materials faxed and search of docket for alternate claims. | 5/13/2014 | $650.00 | 1.5 | $975 |
| Credit Monetization | Mesler,Mark S. (US011706071) | Partner | Discussion with Jeff Wood of EY regarding credit monetization and research | 5/5/2014 | $650.00 | 1.0 | $650 |
| | | | | | **Totals** | **10.1** | **$6,565** |

**Nortel Networks, Inc.**
**Acct Fin Asst**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Review technical outline of accounting method issues associated with structure changes in relation to DOF implementation | 5/28/2014 | $650.00 | 0.4 | $260 |
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Wayne Tsundo and Chris Zuidema on FAAS analysis of Nortel's GAAP reporting. | 5/28/2014 | $650.00 | 0.5 | $325 |
| | | | | **Totals** | | 0.9 | $585 |