# EXHIBIT B

Case 09-10138-MFW    Doc 14173-2    Filed 08/07/14    Page 1 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

            Debtors.

---

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF DEPOSITION OF SHARON HAMILTON

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), as made applicable to this matter by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned attorneys, hereby give notice of their intention to take the deposition by oral examination of SHARON HAMILTON, with regard to the *Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery* [D.I. 14117] (the "Motion"), dated July 30, 2014, on August [•], at [•]:00 [a.m.]. The depositions will be taken at the offices of Cleary Gottlieb Steen and Hamilton LLP, One Liberty Plaza, NY, NY 10006, or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

such other location as is agreed by the U.S. Debtors and the noticed parties.  The examinations will be held on August [•], 2014 at [•] and will continue until completed or adjourned.

The deposition will commence at the time indicated, and will continue from day to day thereafter until completed or adjourned.  The deposition shall be taken before a notary public or other officer authorized by law to administer oaths and may be recorded by stenographic, audiographic and/or videographic means.  The deposition is being taken for the purpose of discovery, for use in the proceeding on the Motion or for such other purposes as may be permitted under the Federal Rules or the Bankruptcy Rules.  The Debtors reserve the right to issue other or further notices of deposition in connection with the Motion.

Dated:  August [•], 2014  
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
1201 North Market Street, 18th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 425-4663

*Counsel for the Debtors  
and Debtors in Possession*

8433492

To:

BUCHANAN INGERSOLL & ROONEY PC
Mary F. Caloway
Kathleen A. Murphy
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295

*Counsel for Ernst & Young Inc., as Monitor*
*And Foreign Representative of the Canadian*
*Debtors*