# Exhibit B

Case 09-10138-MFW    Doc 14175-3    Filed 08/07/14    Page 2 of 2

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD JULY 1, 2014 THROUGH JULY 31, 2014**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  | - |