**<u>Exhibit A</u>**


LLP

79 Wellington St. W., 30th Floor
Box 270, TD South Tower
Toronto, Ontario  M5K 1N2 Canada
P. 416.865.0040 | F. 416.865.7380
www.torys.com

Sheila Block
sblock@torys.com
P.416.865.7139

August 7, 2014

The Honourable Mr. Justice Frank Newbould
Judges' Chambers - Court House
330 University Avenue
Toronto, Ontario   M5G 1R7

Your Honour:

**Re:     Nortel Networks Corporation et al. - Court File No.: 09-CL-7950**

We are enclosing the US Interests' Post-Trial Brief and our Proposed Findings of Fact and Conclusions of Law.  While the Post-Trial Brief sets forth the facts and arguments supporting the US Interests' allocation position, we also prepared the Proposed Findings of Fact and Conclusions of Law at the request of the Courts in response to the suggestion of counsel for the UK Pension Claimants during the June 27 telephonic conference setting the post-trial briefing schedule.

The Proposed Findings of Fact and Conclusions of Law are intended to be supplementary to the Post-Trial Brief.  We recognize that given the volume of record evidence, the Proposed Findings of Fact and Conclusions of Law is a long and detailed document, but we hope that it will prove to be a helpful resource to the Courts.  The Proposed Findings of Fact section, in particular, is intended to marshal and provide detailed references to the record in this case which, in addition to the 21 days of trial, includes an extensive documentary and deposition record.  A table of contents is included in order to assist your ability to examine the evidence on any particular subject; in a limited number of instances in our Post-Trial Brief we also have included cross-references in our Post-Trial Brief to the Proposed Findings of Fact to enable the Courts to find the more detailed evidence that is summarized in our Post-Trial Brief.

We would be pleased to address any questions that Your Honour may have  about these documents or provide whatever tools or information we can to assist in the efficient use of these materials.

Yours truly,

Sheila Block

Sheila Block

SB/llm
Enclosure