**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138-KG<br>(Jointly Administered) |
| Debtors. | **Re: D.I. 14178 & 14182** |

— and —

Court File No. 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C.
1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT
ACT, R.S.C. 1985, c. C-36, AS AMENDED.

**JOINDER OF LAW DEBENTURE TRUST COMPANY
OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC
NOTES, IN (1) THE POST-TRIAL BRIEF OF THE US INTERESTS AND
(2) THE POST-TRIAL BRIEF OF THE *AD HOC* GROUP OF BONDHOLDERS**

| |
|---|
| **CONFIDENTIAL FILED UNDER SEAL –<br>FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDERS<br>AT D.I. 10805, 13729 & 13554** |

Dated:    August 7, 2014

**MORRIS JAMES LLP**

/s/ Stephen M. Miller
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
Email:  smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone: (212) 336-2000
Facsimile:  (212) 336-2222
Email:  dalowenthal@pbwt.com
         bguiney@pbwt.com

- and -

Edmond F.B. Lamek
BORDEN LADNER GERVAIS LLP
Scotia Plaza
40 King St W, Toronto, ON  M5H 3Y4
Telephone: (416) 367-6311
Facsimile:  (416) 361-2436
Email:  elamek@blg.com

*Attorneys for Law Debenture Trust Company of
New York, as Indenture Trustee*

7226793/