IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | . |

**NOTICE OF TEMPORARY FILING UNDER SEAL OF THE ALLOCATION TRIAL POST-TRIAL SUBMISSIONS OF THE CANADIAN CREDITORS COMMITTEE**

  **PLEASE TAKE NOTICE** that the Canadian Creditors Committee ("CCC"), by its undersigned counsel, today filed temporarily under seal in the above-captioned cases and caused to be delivered to the Chambers of the Honorable Kevin Gross true and correct copies of the CCC's (i) Closing Brief; (ii) Proposed Findings of Fact and Conclusions of Law; and (iii) Book of Authorities (collectively, the "CCC Allocation Trial Post-Trial Submissions").

  **PLEASE TAKE FURTHER NOTICE** that the CCC Allocation Trial Post-Trial Submissions were filed temporarily under seal, without prejudice, subject to further instructions from the Courts, pursuant to the Orders Entering Protective Order [D.I. 13554 and 13729].

Dated:  August 7, 2014
   Wilmington, Delaware

               **DLA PIPER, LLP (US)**
                /s/  Selinda A. Melnik__
               Selinda A. Melnik (No. 4032)
               1201 North Market Street, Suite 2100
               Wilmington, DE 19801
               Tel: +1.302.468.5650
               Email: selinda.melnik@dlapiper.com
               *Counsel for the Canadian Creditors Committee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.,*<br><br>      Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**ALLOCATION TRIAL POST-TRIAL SUBMISSIONS
OF THE CANADIAN CREDITORS COMMITTEE**

---

**CONFIDENTIAL – TEMPORARILY FILED UNDER SEAL
WITHOUT PREJUDICE PENDING FURTHER ORDER OF THE COURT
PURSUANT TO THE ORDERS ENTERING PROTECTIVE ORDER
[Docket Items 13354 and 13729]**

---

Dated:  August 7, 2014
    Wilmington, DE

        DLA PIPER LLP (US)

        Selinda A. Melnik (DE 4032)
        1201 N. Market Street, Suite 2100
        Wilmington Delaware 19801
        Telephone: (302) 468-5650
        E-mail:  selinda.melnik@dlapiper.com

        - and –

        Richard Hans  (admitted *pro hac vice)*
        Timothy Hoeffner (admitted *pro hac vice)*
        Farah Lisa Whitley-Sebti (admitted *pro hac vice)*
        1251 Avenue of the Americas
        New York, NY 10020-1104
        Telephone:  (212) 335-4500
        E-mail:  richard.hans@dlapiper.com
        E-mail:  timothy.hoeffner@dlapiper.com
        E-mail:  farahlisa.sebti@dlapiper.com

        *Counsel for the Canadian Creditors Committee*