IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X    Chapter 11
:
*In re*                                                                          :    Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                                  :    Jointly Administered
:
                    Debtors.                                 :
:
---------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON AUGUST 8, 2014 AT 12:00 P.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### CONTESTED MATTER GOING FORWARD

1.  Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14117, Filed 7/30/14).

    Objection Deadline: August 7, 2014 at 6:00 p.m. (ET).

    Responses Received:

    (a)  U.S. Debtors' Objection to the Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14161, Filed 8/4/14); and

    (b)  Joinder of the Ad Hoc Group of Bondholders to the Objection of the U.S. Debtors to the Motion of the Monitor and the Canadian Debtors for Adjournment of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14165, Filed 8/5/14).

Related Pleadings:

(a) Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14076, Filed 7/24/14);

(b) Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105(a), Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice for Preliminary Objection and Motion of the Monitor and the Canadian Debtors for Entry of an Order Adjourning the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and Expediting Discovery (D.I. 14118, Filed 7/30/14);

(c) Order Pursuant to Fed. R. Bankr. P. 9006 Shortening Notice of Motion for Motion of the Monitor and the Canadian Debtors for Entry of an Order Adjourning the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and Expediting Discovery (D.I. 14168, Entered 8/6/14);

(d) Notice of Telephonic Hearing on Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14169, Filed 8/6/14); and

(e) **Reply in Further Support of the Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14173, Filed 8/7/14).**

Status: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: August 7, 2014<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>   */s/ Tamara K. Minott*   <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

8436376.2