# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 08, 2014  12:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### *Matter:*

Teleconference - Monitor's Preliminary Objection and Discovery Motion

**R / M #:**   14,190 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - Hold October 9 & 14 for possible Settlement Motion dates; Keep 9/15/14 until all dates have been finalized.