# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
## Courtroom

Calendar Date: 08/08/2014

Calendar Time: 12:00 PM ET

*Amended Calendar 08/08/2014 08:33 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6398610 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6398985 | Sameer Advani | (212) 728-3593 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399294 | Justin Alberto | (302) 429-4226 | Bayard P.A. | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6401548 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399433 | Chetan Bansal | 203-708-5992 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6402509 | Jon R. Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399158 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6398857 | Josh W. Brant | (212) 723-1584 | CitiGroup | Interested Party, Citigroup Global Markets Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6403342 | Justin Brass | (212) 843-1246 | Stone Lion Capital Partners | Interested Party, Stone Lion / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6400860 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6401535 | Mary Caloway | 302-552-4209 | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6399239 | Kevin M Capuzzi | (302) 504-1497 | Pinckney, Harris & Weidinger, LLC | Creditor, Solus / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6401798 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrators and Foreign Representatives / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6398702 | Susan S. Chen | 212-231-2386 | Macquarie Capital (USA). Inc. | Interested Party, Macquarie Capital (USA), Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6398781 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6403459 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6401558 | Kenneth Coleman | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6398700 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6398614 | Ann C. Cordo | (302) 351-9459 ext. 00 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6399212 | David Crichlow | (212) 940-8941 | Katten Muchin Rosenman LLP New Y | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | 6398777 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, Davidson Kempner / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399716 | Angela Dimsdale-Gill | Hogan Lovells US LLP | Creditor, UK Pension Trust LTD / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6401803 | John Dorsey | (212) 728-3135 | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399180 | Dennis Dunne | 302-571-6712 Young, Conaway Stargatt & Taylor, LL | Interested Party, Ad Hoc Group of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6402062 | Matthew Ehmer | 212-530-5770 Milbank, Tweed, Hadley & McCloy, LL | Third Party, Silver Point Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6403329 | Kimberly B. Gianis | (203) 542-4219 ext. 00 Silver Point Capital | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6401993 | Matthew Gottlieb | (203) 862-8250 Contrarian Capital Management | Administrator(s), Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6401566 | Daniel Guyder | (416) 598-1744 Lax O'Sullivan Scott Lisus LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399145 | Fred S. Hodara | 212-756-1132 Allen & Overy, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399436 | Timothy Hoeffner | 212-872-8040 Akin Gump Strauss Hauer & Feld LLP | Debtor, Nortel Network Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6401808 | Charles Huberty | (212) 335-4640 DLA Piper US, LLP | Interested Party, The Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399551 | Ryan Jacobs | (212) 837-6045 Hughes Hubbard & Reed, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6398790 | Arthur Jacques | (416) 869-5300 Cassels, Brock & Blackwell | Creditor, Nortel Continuing Employees / LISTEN ONLY |
| | | | | | (416) 214-5213 Shibley Righton, LLC. | |

| Case | Type | Case No. | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6399101 | Robert A. Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6399549 | Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6399168 | Peter J Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6399231 | Rebecca Kinburn | (212) 940-6742 | Katten Muchin Rosenman LLP New Y | Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6401793 | David Klyman | 201-896-6100 | Hain Capital Group, LLC | Interested Party, Hain Capital Group, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6399189 | Andrew LeBlanc | 212-530-5000 | Milbank, Tweed, Hadley & McCloy, LL | Interested Party, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6398879 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6401501 | Eric M. Mason | (646) 412-6772 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6399193 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6399312 | Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Creditor, Canadian Creditors Committee / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6398693 | Stephen Miller | (302) 888-6853 | Morris James LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | Hearing | 09-10138 | 6398701 | Jack Mui | 203-541-4268 | Kamunting Street Capital | Interested Party, K. Street Capital / LISTEN ONLY |

| ID | Name | Phone | Firm | Role | Case | Type | Debtor |
|---|---|---|---|---|---|---|---|
| 6401538 | Kathleen Murphy | (302) 552-4214 | Buchanan, Ingersoll & Rooney, P.C. | Creditor, Ernst & Young as Monitor / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6398975 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6402433 | Joseph Pasquariello | (416) 597-4216 | Goodmans, LLP | Monitor, Ernst & Young / LISTEN ONLY | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6402419 | Brad Pensyl | (212) 610-6304 | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6401592 | Jacob Pultman | (212) 610-6340 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6399135 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6398625 | John Ray | (302) 351-9318 | Nortel Networks Inc. | Debtor, Nortel Networks Inc / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6401115 | Michael J. Riela | 212-407-7766 | Vedder Price P.C. | Creditor, Bank of New York Mellon / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6399091 | Chris Samis | 302-651-7886 | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6398645 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6399242 | James Tecce | (212) 849-7000 | Quinn Emanuel Urquhart & Sullivan, Ll | Interested Party, Solus Alternative Asset Managment LP / LIVE | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| 6398769 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY | 09-10138 | Hearing | Nortel Networks Inc., et al. and Canadian Nortel Debtors |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6401034 | Barry Wadsworth | 416-495-6564 | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399252 | Barbara Walancik | (416) 542-6288 | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399086 | Wei Wang | (617) 488-1647 | Regiment Capital Advisors | Creditor, Regiment Capital Advisors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6399058 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Michael J. Wunder / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6403593 | David You | 212-745-9703 | Brigade Capital Management | Non-Party, Brigade Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6398832 | Matthew A. Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |