## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 6/1/2014 through 6/30/2014

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 56.90 | $49,787.50 |
| J. Borow | Executive Director | $875 | 106.50 | $93,187.50 |
| J. Hyland | Executive Director | $660 | 207.20 | $136,752.00 |
| N. Haslun | Managing Director | $635 | 41.70 | $26,479.50 |
| M. Dansky | Executive Director | $625 | 1.20 | $750.00 |
| A. Cowie | Managing Director | $600 | 166.50 | $99,900.00 |
| B. Kullberg | Managing Director | $525 | 1.80 | $945.00 |
| B. Frizzell | Director | $440 | 27.30 | $12,012.00 |
| J. Emerson | Consultant | $250 | 6.00 | $1,500.00 |
| M. Desalvio | Research | $195 | 1.00 | $195.00 |
| C. Griffin | Research | $125 | 1.00 | $125.00 |
| J. Blum | Paraprofessional | $120 | 2.50 | $300.00 |
| M. Haverkamp | Paraprofessional | $120 | 0.50 | $60.00 |
| **For the Period 6/1/2014 through 6/30/2014** | | | **620.10** | **$421,993.50** |