## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 6/1/2014 through 6/30/2014

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 145.20 | $99,033.00 |
| 05. Professional Retention/Fee Application Preparation | 5.80 | $2,082.00 |
| 06. Attend Hearings/Related Activities | 133.10 | $98,721.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 10.20 | $8,194.00 |
| 08. Interaction/Mtgs w Creditors | 59.60 | $45,805.00 |
| 10. Recovery/SubCon/Lien Analysis | 124.80 | $82,801.00 |
| 11. Claim Analysis/Accounting | 61.80 | $39,733.00 |
| 13. Intercompany Transactions/Bal | 9.50 | $6,270.00 |
| 17. Analysis of Historical Results | 25.60 | $16,275.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 8.90 | $5,874.00 |
| 26. Tax Issues | 5.30 | $3,498.00 |
| 33. Intellectual Property | 30.30 | $13,707.00 |
| **For the Period 6/1/2014 through 6/30/2014** | **620.10** | **$421,993.50** |