# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 6/1/2014 through 6/30/2014**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 6/2/2014 | J. Hyland | 1.40 | Continued reviewing testimony demonstrative outline for U.S. expert. |
| 6/2/2014 | A. Cowie | 1.70 | Analyzed expert witness deposition in regard to proceeds allocation |
| 6/2/2014 | J. Hyland | 2.50 | Continued assisting counsel in preparation for C. Bazelon testimony. |
| 6/2/2014 | J. Hyland | 2.70 | Assisted counsel in preparation for C. Bazelon testimony. |
| 6/2/2014 | J. Hyland | 2.90 | Reviewed testimony demonstrative outline for a U.S. expert. |
| 6/3/2014 | C. Kearns | 0.80 | Reviewed draft expert demonstratives. |
| 6/3/2014 | J. Borow | 1.40 | Reviewed trial transcripts re: allocation issues. |
| 6/3/2014 | J. Borow | 1.60 | Continued to review trial transcripts re: allocation issues. |
| 6/3/2014 | A. Cowie | 1.90 | Continued to analyze expert witness deposition transcript in assistance to counsel in regard to proceeds allocation process. |
| 6/3/2014 | A. Cowie | 2.10 | Continued to analyze expert witness deposition transcript in assistance to counsel in regard to proceeds allocation process. |
| 6/3/2014 | J. Hyland | 2.20 | Continued reviewing reports from proceeds allocation expert for upcoming testimony. |
| 6/3/2014 | J. Hyland | 2.70 | Continued reviewing and analyzing deposition of proceeds allocation expert. |
| 6/3/2014 | J. Hyland | 2.80 | Reviewed and analyzed deposition for proceeds allocation expert. |
| 6/3/2014 | A. Cowie | 2.80 | Analyzed expert witness deposition transcript in assistance to counsel in regard to proceeds allocation process. |
| 6/3/2014 | A. Cowie | 2.80 | Analyzed expert witness demonstratives for counsel in regard to proceeds allocation process. |
| 6/3/2014 | J. Hyland | 2.90 | Reviewed reports from proceeds allocation expert for upcoming testimony. |
| 6/4/2014 | C. Kearns | 1.20 | Reviewed direct exam outline and exhibits for upcoming expert testimony. |
| 6/4/2014 | J. Borow | 1.30 | Continued to review trial transcripts and related financial analyses. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/4/2014 | J. Hyland | 1.80 | Reviewed potential demonstratives outline for proceeds allocation expert. |
| 6/4/2014 | J. Borow | 1.80 | Continued to review trial transcripts re: allocation issues. |
| 6/4/2014 | A. Cowie | 1.90 | Continued to prepare demonstrative slides for counsel for a certain expert witness in regard to the proceeds allocation process. |
| 6/4/2014 | J. Hyland | 1.90 | Continued preparing revisions to potential demonstratives outline for proceeds allocation. |
| 6/4/2014 | A. Cowie | 1.90 | Analyzed a certain expert witness' deposition documents in regard to the proceeds allocation process. |
| 6/4/2014 | A. Cowie | 2.10 | Continued to prepare demonstrative slides for counsel for a certain expert witness in regard to the proceeds allocation process. |
| 6/4/2014 | J. Hyland | 2.50 | Continued preparing revisions to potential demonstratives outline for proceeds allocation expert. |
| 6/4/2014 | A. Cowie | 2.60 | Prepared demonstrative slides for counsel for a certain expert witness in regard to the proceeds allocation process. |
| 6/4/2014 | J. Hyland | 2.90 | Prepared revisions to potential demonstratives outline for proceeds allocation expert. |
| 6/5/2014 | J. Hyland | 1.40 | Reviewed demonstratives from a proceeds allocation expert. |
| 6/5/2014 | J. Hyland | 1.50 | Reviewed expert report and potential demonstratives outline for proceeds allocation expert. |
| 6/5/2014 | J. Hyland | 1.80 | Analyzed direct outline and demonstrative slides for a proceeds allocation expert. |
| 6/5/2014 | J. Hyland | 2.40 | Reviewed cross outline for a proceeds allocation expert. |
| 6/5/2014 | A. Cowie | 2.80 | Prepared updated creditor recovery modeling based on recovery positions presented in proceeds allocation process. |
| 6/6/2014 | J. Hyland | 1.50 | Finalized analysis for counsel re: proceeds allocation scenarios. |
| 6/6/2014 | J. Hyland | 1.60 | Reviewed proceeds allocation scenarios as directed by counsel. |
| 6/6/2014 | J. Borow | 2.10 | Reviewed financial analyses of potential outcomes from ongoing negotiations. |
| 6/6/2014 | A. Cowie | 2.10 | Continued to analyze calculations presented in an expert report in regard to proceeds allocation process. |
| 6/6/2014 | J. Hyland | 2.20 | Continued analyzing calculations in proceeds allocation expert report and provided comments to counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/6/2014 | J. Hyland | 2.60 | Analyzed calculations in proceeds allocation expert rebuttal report and provided comments to counsel. |
| 6/6/2014 | J. Hyland | 2.80 | Prepared analysis for counsel re: proceeds allocation scenarios. |
| 6/6/2014 | A. Cowie | 2.80 | Analyzed calculations presented in an expert report in regard to proceeds allocation process. |
| 6/7/2014 | C. Kearns | 1.00 | Reviewed allocation analysis and related email traffic with counsel. |
| 6/7/2014 | J. Borow | 2.30 | Reviewed financial analyses re: potential discussions with other estates and parties in interest. |
| 6/8/2014 | J. Borow | 0.20 | Continued to review financial analyses re: potential discussions with other estates and parties in interest. |
| 6/8/2014 | C. Kearns | 0.50 | Reviewed assets and claims by estate for additional thoughts on settlement concepts. |
| 6/8/2014 | J. Borow | 2.70 | Reviewed financial analyses re: potential discussions with other estates and parties in interest. |
| 6/9/2014 | J. Borow | 0.80 | Continued to prepare financial analyses relating to discussions with other estates representatives and parties in interest re: settlement concepts. |
| 6/9/2014 | N. Haslun | 1.00 | Continued to analyze Nortel trial transcripts, in regards to the allocation process. |
| 6/9/2014 | A. Cowie | 1.90 | Continued to analyze creditor recoveries based on various allocation assumptions for UCC in regard to proceeds allocation process. |
| 6/9/2014 | N. Haslun | 2.10 | Analyzed Nortel trial transcripts, in regards to the allocation process. |
| 6/9/2014 | A. Cowie | 2.20 | Analyzed creditor recoveries based on various allocation assumptions for UCC in regard to proceeds allocation process. |
| 6/9/2014 | N. Haslun | 2.30 | Analyzed alternative allocation methodologies, in regards to the allocation process. |
| 6/9/2014 | N. Haslun | 2.60 | Continued to analyze alternative allocation methodologies, in regards to the allocation process. |
| 6/9/2014 | J. Borow | 2.80 | Prepared financial analyses relating to discussions with other estates representatives and parties in interest re: settlement concepts. |
| 6/10/2014 | C. Kearns | 0.20 | Emailed with counsel re: status of discussions with the estates. |
| 6/10/2014 | J. Hyland | 2.80 | Analyzed various proceeds allocation scenarios. |
| 6/10/2014 | J. Hyland | 2.90 | Analyzed assets and claims by estate for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/11/2014 | J. Hyland | 2.50 | Analyzed estate assets and claims relative to proceeds allocation. |
| 6/12/2014 | N. Haslun | 0.40 | Analyzed various alternative allocation scenarios in preparation for call with FTI, in regards to the allocation process. |
| 6/12/2014 | N. Haslun | 0.70 | Participated in call with M. Sprague of FTI to review alternative allocation methodologies, in regards to the allocation process. |
| 6/12/2014 | J. Hyland | 0.70 | Participated in call with M. Spragg and R. Weaver (FTI) re: assets and claims. |
| 6/12/2014 | C. Kearns | 1.00 | Analyzed allocation concepts requested by counsel. |
| 6/13/2014 | C. Kearns | 0.30 | Prepared scenario for counsel re: summary of last mediation. |
| 6/13/2014 | A. Cowie | 1.70 | Prepared creditor recovery presentation for counsel. |
| 6/15/2014 | A. Cowie | 2.90 | Prepared update to creditor recovery presentation for counsel. |
| 6/16/2014 | J. Hyland | 1.90 | Reviewed expert report and rebuttal of M. Berenblut re: proceeds |
| 6/16/2014 | N. Haslun | 2.10 | Continued to analyze court documents in regard to allocation expert reports and testimony for counsel. |
| 6/16/2014 | C. Kearns | 2.10 | Analyzed scenarios requested by counsel and considered other alternatives re: intra-estate issues. |
| 6/16/2014 | N. Haslun | 2.80 | Analyzed court documents in regard to allocation expert reports and testimony for counsel. |
| 6/18/2014 | C. Kearns | 0.40 | Reviewed draft report for UCC on trial and allocation update. |
| 6/18/2014 | J. Hyland | 1.90 | Finalized reviewing proceeds allocation recovery scenario report for UCC. |
| 6/19/2014 | C. Kearns | 0.30 | Analyzed memorandum prepared by counsel, to be provided to the courts. |
| 6/19/2014 | C. Kearns | 0.50 | Finalized report for UCC re: scenarios requested by counsel. |
| 6/19/2014 | J. Borow | 1.10 | Reviewed various scenarios re: allocation issues. |
| 6/23/2014 | A. Cowie | 2.80 | Analyzed proposed claim settlement in regard to proceeds allocation process. |
| 6/24/2014 | C. Kearns | 0.30 | Emailed with counsel re: allocation scenarios and parameters after end of trial. |
| 6/25/2014 | C. Kearns | 0.70 | Analyzed UCC meeting debrief with counsel on PPI and tax related matters. |
| 6/30/2014 | J. Hyland | 2.40 | Analyzed proceeds allocation positions in expert report. |
| 6/30/2014 | J. Hyland | 2.70 | Analyzed documents for closing brief. |
| Subtotal | | 145.20 | |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2014-6/30/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **05. Professional Retention/Fee Application Preparation** | | | |
| 6/5/2014 | J. Hyland | 0.40 | Reviewed the interim exhibit Fee Application order for Richards Layton. |
| 6/10/2014 | J. Hyland | 0.30 | Provided May Fee estimate to counsel. |
| 6/23/2014 | M. Haverkamp | 0.50 | Prepared May Fee Application. |
| 6/23/2014 | J. Blum | 0.90 | Prepared the May Fee Application. |
| 6/24/2014 | J. Blum | 1.60 | Prepared the May Fee Application. |
| 6/26/2014 | A. Cowie | 2.10 | Reviewed May Fee Application. |
| Subtotal | | 5.80 | |
| **06. Attend Hearings/Related Activities** | | | |
| 6/2/2014 | C. Kearns | 0.70 | Listened to portion of Trial - R. Cooper and C. Bazelon. |
| 6/2/2014 | A. Cowie | 0.80 | Listened to portion of trial proceedings in support of counsel in regard to proceeds allocation process. |
| 6/2/2014 | C. Kearns | 1.30 | Listened to portion of Trial - R. Cooper and C. Bazelon. |
| 6/2/2014 | J. Hyland | 1.30 | Continued to participate in testimony of C. Bazelon re: proceeds allocation. |
| 6/2/2014 | J. Borow | 1.30 | Continued to attend by internet stream trial and testimony. |
| 6/2/2014 | A. Cowie | 1.50 | Listened to portion of trial proceedings in support of counsel in regard to proceeds allocation process. |
| 6/2/2014 | A. Cowie | 1.50 | Listened to portion of trial proceedings in support of counsel in regard to proceeds allocation process. |
| 6/2/2014 | C. Kearns | 1.50 | Listened to portion of Trial - R. Cooper and C. Bazelon. |
| 6/2/2014 | J. Borow | 1.50 | Continued to attend by internet stream trial and testimony. |
| 6/2/2014 | J. Borow | 1.50 | Attended by internet stream trial and testimony. |
| 6/2/2014 | J. Hyland | 1.80 | Participated in testimony of C. Bazelon re: proceeds allocation. |
| 6/2/2014 | C. Kearns | 1.80 | Listened to portion of Trial - R. Cooper and C. Bazelon. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/2/2014 | J. Borow | 1.80 | Continued to attend by internet stream trial and testimony. |
| 6/5/2014 | A. Cowie | 0.50 | Listened to portion of trial proceedings in support of counsel in regard to proceeds allocation proceedings. |
| 6/5/2014 | C. Kearns | 0.90 | Attended portion of trial day - P. Green testimony. |
| 6/5/2014 | J. Borow | 1.10 | Continued to attend by internet stream trial and testimony. |
| 6/5/2014 | J. Hyland | 1.10 | Continued live streaming in the testimony of a proceeds allocation expert. |
| 6/5/2014 | C. Kearns | 1.10 | Attended portion of trial day - P. Green testimony. |
| 6/5/2014 | J. Borow | 1.40 | Continued video streaming of court hearings. |
| 6/5/2014 | J. Hyland | 1.40 | Continued live streaming in the testimony of a proceeds allocation expert. |
| 6/5/2014 | A. Cowie | 1.60 | Listened to trial proceedings in support of counsel in regard to proceeds allocation proceedings. |
| 6/5/2014 | J. Borow | 1.60 | Continued video streaming of court hearings. |
| 6/5/2014 | J. Hyland | 1.60 | Continued live streaming in the testimony of a proceeds allocation expert. |
| 6/5/2014 | J. Hyland | 2.00 | Participated via live streaming in court proceedings re: the testimony of a proceeds allocation expert. |
| 6/5/2014 | C. Kearns | 2.00 | Attended portion of trial day - P. Green testimony. |
| 6/5/2014 | J. Borow | 2.00 | Attended by internet stream trial and testimony. |
| 6/6/2014 | J. Hyland | 0.60 | Participated in a portion via live streaming of a proceeds allocation expert testimony. |
| 6/6/2014 | A. Cowie | 0.70 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/6/2014 | J. Hyland | 1.00 | Participated in testimony of a proceeds allocation expert via live streaming. |
| 6/6/2014 | A. Cowie | 1.00 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/6/2014 | A. Cowie | 1.50 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/6/2014 | A. Cowie | 1.60 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/6/2014 | C. Kearns | 2.50 | Attended portion of trial day. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/16/2014 | J. Borow | 0.40 | Continued to attend thru video streaming the hearings in Toronto and Wilmington. |
| 6/16/2014 | J. Hyland | 0.40 | Continued participating via live stream video re: proceeds allocation. |
| 6/16/2014 | A. Cowie | 0.90 | Listened to portion of court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/16/2014 | J. Borow | 0.90 | Continued to attend thru video streaming the hearings in Toronto and Wilmington. |
| 6/16/2014 | J. Hyland | 0.90 | Continued participating via live stream video of M. Berenblut re: proceeds allocation. |
| 6/16/2014 | A. Cowie | 1.60 | Listened to portion of court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/16/2014 | J. Borow | 1.60 | Continued to attend thru video streaming the hearings in Toronto and Wilmington. |
| 6/16/2014 | J. Hyland | 1.60 | Continued participating via live stream video re: proceeds allocation. |
| 6/16/2014 | J. Hyland | 2.00 | Participated via live stream video of M. Berenblut re: proceeds allocation. |
| 6/16/2014 | J. Borow | 2.00 | Attended thru video streaming the hearings in Toronto and Wilmington. |
| 6/16/2014 | C. Kearns | 2.20 | Listened to portion of trial day - M. Berenblut direct and cross. |
| 6/17/2014 | A. Cowie | 0.80 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/17/2014 | J. Borow | 0.80 | Continued to attend Nortel allocation trial by video stream. |
| 6/17/2014 | J. Hyland | 0.80 | Continued participating via live stream video of testimony for a proceeds allocation expert. |
| 6/17/2014 | A. Cowie | 1.00 | Listened to part of court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/17/2014 | J. Borow | 1.30 | Continued to attend Nortel allocation trial by video stream. |
| 6/17/2014 | J. Hyland | 1.30 | Continued participating via live stream video of testimony for a proceeds allocation expert. |
| 6/17/2014 | J. Borow | 1.40 | Continued to attend Nortel allocation trial by video stream. |
| 6/17/2014 | J. Hyland | 1.40 | Continued participating via live stream video of testimony for a proceeds allocation expert. |
| 6/17/2014 | J. Hyland | 1.50 | Streamed testimony for a proceeds allocation expert. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2014-6/30/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/17/2014 | A. Cowie | 1.50 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/17/2014 | J. Borow | 1.50 | Attended by video stream trial proceedings. |
| 6/17/2014 | C. Kearns | 1.70 | Listened to part of trial day. |
| 6/18/2014 | A. Cowie | 0.70 | Listened to part of court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/18/2014 | J. Borow | 1.20 | Continued to attend hearing on Nortel allocation video streaming. |
| 6/18/2014 | J. Hyland | 1.20 | Continued participating via video live streaming for testimony of J. Kinrich re: proceeds allocation. |
| 6/18/2014 | J. Hyland | 1.40 | Participated via video live streaming for testimony of J. Kinrich re: proceeds allocation. |
| 6/18/2014 | A. Cowie | 1.40 | Listened to part of court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/18/2014 | J. Borow | 1.40 | Attended hearing on Nortel allocation video streaming. |
| 6/18/2014 | A. Cowie | 1.50 | Listened to part of court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/18/2014 | J. Borow | 1.50 | Continued to attend hearing on Nortel allocation video streaming. |
| 6/18/2014 | J. Hyland | 1.50 | Continued participating via video live streaming for testimony of J. Kinrich re: proceeds allocation. |
| 6/18/2014 | J. Borow | 1.80 | Continued to attend hearing on Nortel allocation video streaming. |
| 6/18/2014 | J. Hyland | 1.80 | Continued participating via video live streaming for testimony of J. Kinrich re: proceeds allocation. |
| 6/18/2014 | C. Kearns | 2.30 | Listened to portion of trial day - J. Kinrich. |
| 6/19/2014 | J. Hyland | 0.70 | Participated in a portion via live stream video of testimony for a proceeds allocation expert, R. Zenkich and L. Ryan. |
| 6/19/2014 | J. Borow | 0.70 | Continued to attend portion of hearing and trial on allocation via video streaming. |
| 6/19/2014 | J. Borow | 0.90 | Attended portion of hearing and trial on allocation via video streaming. |
| 6/19/2014 | J. Hyland | 1.30 | Participated via live stream video of testimony for a proceeds allocation expert, R. Zenkich. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/19/2014 | A. Cowie | 1.30 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/19/2014 | A. Cowie | 1.40 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/19/2014 | J. Hyland | 1.60 | Participated via live stream video in a portion of testimony for a proceeds allocation expert, L. Ryan. |
| 6/19/2014 | A. Cowie | 1.60 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/19/2014 | J. Borow | 1.60 | Continued to attend hearing and trial on allocation via video streaming. |
| 6/20/2014 | J. Hyland | 1.20 | Participated via live stream video feed of C. Tucker's testimony for proceeds allocation. |
| 6/20/2014 | A. Cowie | 1.20 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/20/2014 | A. Cowie | 1.20 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/20/2014 | J. Hyland | 1.20 | Continued participating via live stream video feed of C. Tucker's testimony for proceeds allocation. |
| 6/20/2014 | C. Kearns | 1.60 | Listened to Trial - C. Tucker testimony. |
| 6/23/2014 | J. Hyland | 1.40 | Participated in expert portion of proceeds allocation trial via live link for J. McConnell. |
| 6/23/2014 | N. Haslun | 1.40 | Listened to Nortel Court hearing, in regards to the allocation process. |
| 6/23/2014 | J. Borow | 1.40 | Attended hearing in bankruptcy court via video stream for testimony. |
| 6/23/2014 | J. Borow | 1.60 | Continued to attend portion of hearing in bankruptcy court via video stream for testimony. |
| 6/23/2014 | N. Haslun | 2.00 | Continued to listen to the Nortel Court hearing, in regards to the allocation process. |
| 6/23/2014 | J. Hyland | 2.00 | Continued participating in expert portion of proceeds allocation trial via live link for J. McConnell and for bond post-petition interest arguments. |
| 6/24/2014 | J. Borow | 0.50 | Continued to attend portion of hearing in bankruptcy court via video stream for testimony. |
| 6/24/2014 | A. Cowie | 1.50 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/24/2014 | A. Cowie | 1.50 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/24/2014 | J. Borow | 1.50 | Attended hearing thru video streaming of testimony in bankruptcy court. |
| 6/24/2014 | A. Cowie | 1.80 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| 6/24/2014 | J. Borow | 1.80 | Continued to attend portion of hearing in bankruptcy court via video stream for testimony. |
| 6/24/2014 | C. Kearns | 2.70 | Listened to portion of last day of allocation trial. |
| 6/27/2014 | A. Cowie | 1.80 | Listened to court proceedings in support of counsel in regard to proceeds allocation process. |
| Subtotal | | 133.10 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/8/2014 | J. Hyland | 1.20 | Participated on call with J. Bromley (Cleary), M. Kennedy (Chilmark), and counsel re: proceeds allocation scenarios. |
| 6/8/2014 | C. Kearns | 1.20 | Participated in call with Cleary and Chilmark on allocation and settlement issues. |
| 6/8/2014 | J. Borow | 1.20 | Attended meeting/conference call with debtors re: status of court hearings and judges instruction. |
| 6/8/2014 | J. Hyland | 1.70 | Prepared for discussion with Cleary, Chilmark, and counsel including distribution of recovery analyses. |
| 6/9/2014 | C. Kearns | 2.50 | Met with counsel, Cleary Gotlieb and ad-hoc bond holder group re: possible settlement parameters and process issues. |
| 6/10/2014 | J. Hyland | 0.50 | Participated in call with A&M, M. Kennedy (Chilmark), and counsel re: expert report testimony. |
| 6/11/2014 | J. Borow | 1.10 | Participated in meeting with counsel to Debtors re: potential settlement issues. |
| 6/13/2014 | C. Kearns | 0.30 | Participated in call with M. Kennedy (Chilmark) re: Debtor's next move in intra-estate discussions and follow up with counsel. |
| 6/13/2014 | C. Kearns | 0.50 | Participated in call with CGSH and counsel re: developments in discussions. |
| Subtotal | | 10.20 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/2/2014 | J. Hyland | 0.40 | Participated in breakout session with counsel discussing C. Bazelon testimony. |
| 6/3/2014 | J. Hyland | 0.30 | Conducted call with counsel re: trial and upcoming expert testimony. |
| 6/4/2014 | J. Hyland | 0.20 | Conducted call with counsel re: upcoming expert testimony |
| 6/4/2014 | C. Kearns | 0.60 | Participated on UCC call re: trial status. |
| 6/4/2014 | J. Hyland | 0.60 | Participated in weekly UCC call with UCC professionals. |
| 6/4/2014 | J. Borow | 0.60 | Participated in meeting with UCC and professionals. |
| 6/4/2014 | J. Borow | 0.70 | Prepared for meeting with UCC and professionals. |
| 6/6/2014 | J. Hyland | 0.10 | Conducted call with counsel re: proceeds allocation analysis. |
| 6/6/2014 | C. Kearns | 1.10 | Discussed next steps with counsel re: allocation theories and prepared related analyses. |
| 6/8/2014 | C. Kearns | 0.30 | Emailed with counsel re: possible settlement concepts. |
| 6/9/2014 | J. Borow | 0.40 | Prepared for meeting with UCC and professionals to UCC. |
| 6/9/2014 | C. Kearns | 0.70 | Participated on UCC call re: trial status and possible settlement concepts. |
| 6/9/2014 | J. Hyland | 0.70 | Participated in UCC call with UCC members and UCC professionals. |
| 6/9/2014 | J. Borow | 0.70 | Participated in meeting with UCC and professionals to UCC. |
| 6/9/2014 | C. Kearns | 1.20 | Participated in pre-meeting with counsel re: allocation scenarios. |
| 6/10/2014 | J. Borow | 1.10 | Discussed with various creditors and parties in interest re: status of matter. |
| 6/10/2014 | C. Kearns | 1.30 | Participated in portion of a call with FTI (ad-hoc advisor) re: assets and claims. |
| 6/10/2014 | J. Hyland | 2.00 | Participated in call with FTI and counsel re: assets and claims by estate. |
| 6/10/2014 | J. Borow | 2.00 | Participated in call with ad-hoc bondholder representatives re: various scenarios and related assumptions. |
| 6/11/2014 | C. Kearns | 0.10 | Participated in call with counsel and counsel to Trustees re: status of discussions among the estates. |
| 6/11/2014 | J. Hyland | 0.60 | Participated in call with counsel re: status of meeting with estates. |
| 6/11/2014 | A. Cowie | 0.60 | Participated in call with counsel in regard to settlement discussions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/11/2014 | C. Kearns | 0.60 | Participated in call with CGSH, counsel, ad-hoc advisors and Chilmark re: status of discussions among the estates. |
| 6/11/2014 | J. Borow | 0.80 | Participated in meeting with counsel to UCC re: update and discussion with advisors to various estates. |
| 6/11/2014 | C. Kearns | 0.80 | Participated in call with counsel on trial and intra-estate related issues. |
| 6/11/2014 | J. Borow | 0.90 | Prepared for meeting with UCC counsel re: potential settlement issues. |
| 6/11/2014 | A. Cowie | 1.20 | Continued to participate in strategy meeting at counsel's offices in regard to proceeds allocation process. |
| 6/11/2014 | A. Cowie | 2.30 | Participated in strategy meeting at counsel's offices in regard to proceeds allocation process. |
| 6/11/2014 | J. Borow | 2.30 | Participated in meeting with UCC counsel re: potential settlement issues. |
| 6/11/2014 | C. Kearns | 2.30 | Met with counsel to discuss developments in discussions among the estates and related issues. |
| 6/12/2014 | A. Cowie | 0.70 | Participated in call with FTI, ad-hoc bondholders financial advisor, in regard to estate claims and assets for proceeds allocation process. |
| 6/12/2014 | A. Cowie | 0.80 | Prepared discussion points for UCC meeting. |
| 6/12/2014 | J. Hyland | 0.80 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 6/12/2014 | J. Borow | 0.80 | Participated in meeting with UCC and professionals to UCC. |
| 6/12/2014 | C. Kearns | 0.80 | Participated in call with UCC re: ongoing discussions among the estates. |
| 6/12/2014 | C. Kearns | 1.00 | Discussed with counsel additional concepts and next steps re: estate discussions. |
| 6/13/2014 | C. Kearns | 0.20 | Participated in conference call with counsel re: communiqué to committee. |
| 6/13/2014 | J. Hyland | 0.50 | Participated on call with counsel re: status of proceeds allocation discussion with other estates. |
| 6/13/2014 | J. Borow | 0.50 | Participated in meeting with counsel to UCC re: status of discussions with other estates and parties in interest. |
| 6/13/2014 | C. Kearns | 0.50 | Participated in call with counsel re: next steps in intra-estate discussions. |
| 6/14/2014 | C. Kearns | 1.00 | Emailed back and forth with counsel and UCC re: status of discussions among the estates and related analysis. |
| 6/16/2014 | C. Kearns | 0.20 | Participated in conference call with counsel re: status of our analysis and salient considerations. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/16/2014 | J. Borow | 1.40 | Reviewed various financial analyses and scenarios for presentation to counsel and UCC. |
| 6/17/2014 | J. Borow | 1.10 | Reviewed presentation and analyses for UCC re: various potential settlement scenarios. |
| 6/18/2014 | C. Kearns | 0.20 | Participated in call with counsel re: next steps in discussion. |
| 6/18/2014 | J. Hyland | 0.30 | Reviewed proceeds allocation recovery scenario report for UCC. |
| 6/18/2014 | C. Kearns | 0.50 | Participated in call with FTI re: latest developments on allocation. |
| 6/18/2014 | J. Hyland | 0.50 | Continued reviewing proceeds allocation recovery scenario report for UCC. |
| 6/18/2014 | J. Hyland | 1.50 | Continued reviewing proceeds allocation recovery scenario report for UCC. |
| 6/18/2014 | A. Cowie | 2.40 | Prepared creditor recovery presentation for UCC in regard to proceeds allocation process. |
| 6/19/2014 | C. Kearns | 0.20 | Emailed with counsel re: claims status and other matters related to trial developments. |
| 6/19/2014 | C. Kearns | 0.40 | Participated in weekly UCC call with UCC professionals. |
| 6/19/2014 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC members and professionals. |
| 6/19/2014 | C. Kearns | 0.60 | Participated in a portion of a call with a UCC member to review claims and allocation scenarios based on the trial to date. |
| 6/19/2014 | A. Cowie | 0.70 | Prepared analysis for discussion with creditor in regard to proceeds allocation process. |
| 6/19/2014 | J. Hyland | 0.70 | Participated on call with C. Gran and D. Carbajal (PBGC) re: PBGC claim. |
| 6/19/2014 | J. Borow | 0.70 | Discussed with members of UCC re: specific claims issues. |
| 6/19/2014 | J. Hyland | 1.00 | Prepared for call with UCC by reviewing documents distributed to UCC. |
| 6/19/2014 | J. Hyland | 1.10 | Prepared for call with PBGC. |
| 6/19/2014 | A. Cowie | 1.10 | Continued to prepare creditor recovery presentation for UCC in regard to proceeds allocation process. |
| 6/19/2014 | A. Cowie | 2.40 | Prepared creditor recovery presentation for UCC in regard to proceeds allocation process. |
| 6/23/2014 | C. Kearns | 0.10 | Participated in conference call with counsel re: PPI and allocation matters. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/24/2014 | C. Kearns | 0.20 | Participated in conference call with counsel re: developments on PPI hearing for July and possible impact to settlement dynamics. |
| 6/25/2014 | C. Kearns | 0.20 | Emailed with counsel re: recovery sensitivities. |
| 6/25/2014 | C. Kearns | 0.30 | Participated in part of conference call with counsel re: next steps in intra-estate proceeds allocation issues. |
| 6/25/2014 | J. Borow | 0.50 | Prepared for meeting with UCC and professionals. |
| 6/25/2014 | J. Hyland | 0.60 | Participated in weekly UCC call with UCC members and professionals. |
| 6/25/2014 | C. Kearns | 0.60 | Participated in UCC call re: PPI schedule and completion of trial phase. |
| 6/25/2014 | J. Borow | 0.60 | Participated in meeting with UCC and professionals. |
| 6/25/2014 | A. Cowie | 1.10 | Prepared discussion points for UCC call. |
| 6/27/2014 | C. Kearns | 0.20 | Participated in call with counsel re: Chambers outcome and schedule. |
| 6/27/2014 | J. Borow | 1.20 | Discussed with various parties in interest re: status of matter. |
| 6/30/2014 | J. Hyland | 0.10 | Conducted call with M. Sandberg (FTI) re: bond claim status. |
| 6/30/2014 | J. Hyland | 0.10 | Conducted call with counsel re: proceeds allocation litigation status. |
| 6/30/2014 | C. Kearns | 0.20 | Emailed with counsel re: PPI related issues. |
| 6/30/2014 | J. Borow | 1.10 | Discussed with various parties in interest re: status of matter. |
| Subtotal | | 59.60 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/2/2014 | A. Cowie | 2.30 | Prepared detailed creditor recovery model. |
| 6/5/2014 | A. Cowie | 1.10 | Continued to update detailed creditor recovery model based on revised input assumptions. |
| 6/5/2014 | A. Cowie | 2.90 | Updated detailed creditor recovery model based on revised input assumptions. |
| 6/6/2014 | A. Cowie | 1.80 | Continued preparing model of creditor recovery results based on various scenarios as presented in expert witness documents. |
| 6/6/2014 | A. Cowie | 2.90 | Prepared model of creditor recovery results based on various scenarios as presented in expert witness documents. |
| 6/7/2014 | J. Hyland | 2.40 | Continued analyzing proceeds allocation recoveries for counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/7/2014 | J. Hyland | 2.90 | Analyzed proceeds allocation recoveries for counsel. |
| 6/8/2014 | A. Cowie | 0.80 | Continued preparing model of creditor recovery results based on various scenarios as presented in expert witness documents. |
| 6/8/2014 | J. Hyland | 2.40 | Continued analyzing proceeds allocation recovery scenarios. |
| 6/8/2014 | A. Cowie | 2.80 | Prepared model of creditor recovery results based on various scenarios as presented in expert witness documents. |
| 6/8/2014 | J. Hyland | 2.80 | Analyzed proceeds allocation recovery scenarios. |
| 6/9/2014 | J. Hyland | 2.00 | Continued preparing analysis of claimant recoveries. |
| 6/9/2014 | A. Cowie | 2.80 | Prepared creditor recovery analysis and discussion points for UCC in regard to proceeds allocation process. |
| 6/9/2014 | J. Hyland | 2.80 | Analyzed recoveries for various scenarios. |
| 6/9/2014 | J. Hyland | 2.90 | Prepared analysis of claimant recoveries. |
| 6/10/2014 | J. Borow | 0.20 | Continued to review financial analyses relating to potential settlement scenarios. |
| 6/10/2014 | A. Cowie | 1.30 | Continued to update creditor recovery model in regard to proceeds allocation process. |
| 6/10/2014 | A. Cowie | 1.90 | Continued to update creditor recovery model in regard to proceeds allocation process. |
| 6/10/2014 | A. Cowie | 2.80 | Updated creditor recovery model in regard to proceeds allocation process. |
| 6/10/2014 | J. Borow | 2.90 | Reviewed financial analyses relating to potential settlement scenarios. |
| 6/11/2014 | C. Kearns | 0.60 | Modeled additional creditor recovery scenarios as requested by counsel. |
| 6/11/2014 | A. Cowie | 0.90 | Continued to update detailed creditor recovery model based on revised input assumptions. |
| 6/11/2014 | J. Borow | 1.40 | Reviewed analyses re: various scenarios and potential settlement issues. |
| 6/11/2014 | A. Cowie | 2.40 | Updated detailed creditor recovery model based on revised input assumptions. |
| 6/11/2014 | J. Hyland | 2.80 | Analyzed recoveries for various proceeds allocation scenarios. |
| 6/12/2014 | J. Borow | 0.30 | Continued to review analyses of various potential settlement scenarios. |
| 6/12/2014 | N. Haslun | 1.80 | Continued to analyze various allocation outcomes, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/12/2014 | A. Cowie | 1.90 | Continued to prepare updated analysis of creditor recoveries based on revised model scenarios for proceeds allocation process. |
| 6/12/2014 | J. Borow | 2.10 | Continued to review analyses of various potential settlement computations. |
| 6/12/2014 | A. Cowie | 2.10 | Continued to prepare updated analysis of creditor recoveries based on revised model scenarios for proceeds allocation process. |
| 6/12/2014 | J. Hyland | 2.40 | Reviewed recovery analysis of scenarios for proceeds allocation. |
| 6/12/2014 | N. Haslun | 2.40 | Analyzed various allocation outcomes, in regards to the allocation process. |
| 6/12/2014 | A. Cowie | 2.70 | Prepared updated analysis of creditor recoveries based on revised model scenarios for proceeds allocation process. |
| 6/12/2014 | N. Haslun | 2.70 | Continued to analyze various allocation outcomes, in regards to the allocation process. |
| 6/12/2014 | J. Borow | 2.90 | Reviewed analyses of various potential settlement scenarios. |
| 6/13/2014 | J. Borow | 1.30 | Continued to review potential settlement scenarios. |
| 6/13/2014 | A. Cowie | 1.80 | Continued to prepare updated analysis of creditor recoveries based on revised model scenarios for proceeds allocation process. |
| 6/13/2014 | A. Cowie | 2.30 | Continued to prepare updated analysis of creditor recoveries based on revised model scenarios for proceeds allocation process. |
| 6/13/2014 | J. Borow | 2.70 | Reviewed various scenarios pertaining to potential settlement discussions. |
| 6/13/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation recovery analysis for counsel and the UCC. |
| 6/13/2014 | A. Cowie | 2.90 | Prepared updated analysis of creditor recoveries based on revised model scenarios for proceeds allocation process. |
| 6/14/2014 | J. Borow | 1.90 | Continued to review potential settlement scenarios. |
| 6/16/2014 | A. Cowie | 0.30 | Continued to prepare revisions to detailed creditor recovery model for counsel. |
| 6/16/2014 | A. Cowie | 1.30 | Prepared revisions to detailed creditor recovery model for counsel. |
| 6/16/2014 | A. Cowie | 1.70 | Continued to prepare updated creditor recovery model based on revised inputs in regard to proceeds allocation process. |
| 6/16/2014 | J. Hyland | 1.90 | Reviewed analysis of recovery calculations for counsel and UCC. |
| 6/16/2014 | J. Hyland | 2.00 | Analyzed recovery calculations for various proceeds allocation scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/16/2014 | A. Cowie | 2.40 | Prepared updated creditor recovery model based on revised inputs in regard to proceeds allocation process. |
| 6/17/2014 | J. Hyland | 0.50 | Analyzed proceeds allocation recovery calculation scenarios. |
| 6/17/2014 | C. Kearns | 0.60 | Finalized latest creditor recovery analysis at request of counsel. |
| 6/17/2014 | A. Cowie | 1.10 | Continued to prepare updated recovery model for counsel in regard to proceeds allocation process. |
| 6/17/2014 | A. Cowie | 1.70 | Prepared revisions to detailed creditor recovery model based on revised inputs. |
| 6/17/2014 | J. Hyland | 2.00 | Reviewed proceeds allocation recovery calculation scenarios. |
| 6/17/2014 | A. Cowie | 2.10 | Prepared updated recovery model for counsel in regard to proceeds allocation process. |
| 6/17/2014 | J. Hyland | 2.40 | Continued analyzing proceeds allocation recovery calculation scenarios. |
| 6/18/2014 | A. Cowie | 2.30 | Prepared updated creditor recovery analysis for counsel. |
| 6/19/2014 | J. Hyland | 2.70 | Analyzed creditor recoveries for multiple scenarios for UCC discussion. |
| 6/20/2014 | J. Borow | 2.10 | Reviewed various analyses and computations re: various recovery scenarios. |
| 6/23/2014 | A. Cowie | 1.10 | Prepared creditor recovery model based on allocation sensitivities. |
| 6/25/2014 | C. Kearns | 0.70 | Prepared analysis of sensitivities of outcomes requested by counsel. |
| 6/26/2014 | A. Cowie | 0.70 | Continued to prepare updated claims base modeling for proceeds allocation process. |
| 6/26/2014 | A. Cowie | 2.60 | Prepared updated claims base modeling for proceeds allocation process. |
| 6/26/2014 | A. Cowie | 2.80 | Continued to prepare updated claims base modeling for proceeds allocation process. |
| Subtotal | | 124.80 | |

**II. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/9/2014 | J. Hyland | 1.20 | Analyzed accrued bond interest. |
| 6/9/2014 | A. Cowie | 1.90 | Calculated revised claims base for bonds post-petition interest in regard to proceeds allocation process. |
| 6/10/2014 | A. Cowie | 2.10 | Revised post-petition interest calculations for bonds in proceeds allocation process. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2014-6/30/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/16/2014 | N. Haslun | 0.00 | Analyzed claims by estate from each estate's reporting. |
| 6/16/2014 | N. Haslun | 0.00 | Analyzed claims by estate from each estate's reporting. |
| 6/20/2014 | C. Kearns | 0.40 | Read U.S. response on PPI memorandum and related emails with counsel. |
| 6/20/2014 | J. Hyland | 0.80 | Reviewed U.S. Debtor's response to potential to hear bond interest discussion next week by the judges. |
| 6/20/2014 | J. Borow | 0.90 | Analyzed U.S. Debtor's response to PPI issue being brought before the courts. |
| 6/20/2014 | J. Hyland | 2.80 | Analyzed claims by estate for the case period. |
| 6/20/2014 | A. Cowie | 2.90 | Analyzed U.S. claims base for impact of post-petition interest in regard to proceeds allocation process. |
| 6/23/2014 | C. Kearns | 0.70 | Read submissions from various parties re: PPI and related email traffic with counsel. |
| 6/23/2014 | M. Desalvio | 1.00 | Retrieved current bond pricing and volumes. |
| 6/23/2014 | J. Borow | 2.20 | Reviewed analyses of bond claims and related issues. |
| 6/23/2014 | J. Hyland | 2.70 | Reviewed interest calculations for various creditor classes. |
| 6/24/2014 | C. Kearns | 0.60 | Conducted additional analysis in advance of UCC call re: bond prices and PPI scenarios. |
| 6/24/2014 | A. Cowie | 0.70 | Continued to prepare updated post-petition interest calculations. |
| 6/24/2014 | C. Griffin | 1.00 | Updated Nortel Networks note pricing files. |
| 6/24/2014 | J. Emerson | 1.10 | Continued to prepare updated bond trading presentation for the UCC. |
| 6/24/2014 | J. Borow | 2.10 | Reviewed analyses of bond claims and related issues. |
| 6/24/2014 | J. Emerson | 2.40 | Prepared updated bond trading presentation for the UCC. |
| 6/24/2014 | A. Cowie | 2.80 | Prepared updated post-petition interest calculations. |
| 6/25/2014 | J. Emerson | 1.00 | Prepared updated bond trading presentation for the UCC. |
| 6/25/2014 | A. Cowie | 1.90 | Continued to update bond claim related calculations for claims base in regard to proceeds allocation process. |
| 6/25/2014 | J. Borow | 2.30 | Reviewed analyses of bond claims and related issues. |
| 6/25/2014 | J. Hyland | 2.50 | Continued reviewing bond credit agreements for interest computations. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/25/2014 | J. Hyland | 2.60 | Analyzed U.S. claims related to proceeds allocation and recoveries. |
| 6/25/2014 | J. Hyland | 2.70 | Reviewed bond credit arguments for interest computations. |
| 6/25/2014 | A. Cowie | 2.80 | Updated bond claim related calculations for claims base in regard to proceeds allocation process. |
| 6/26/2014 | J. Hyland | 0.30 | Conducted call with M. Kennedy (Chilmark) re: U.S. Claims. |
| 6/26/2014 | C. Kearns | 0.50 | Updated bond claim calculations and other scenarios requested by counsel. |
| 6/26/2014 | J. Borow | 1.10 | Continued to review analysis of interest claims and computations. |
| 6/26/2014 | J. Hyland | 2.00 | Analyzed bond post-petition interest calculations. |
| 6/26/2014 | J. Borow | 2.10 | Reviewed analysis of interest claims and computations. |
| 6/26/2014 | J. Hyland | 2.90 | Analyzed potential U.S. tax claim. |
| 6/27/2014 | C. Kearns | 0.30 | Analyzed PPI related issues. |
| 6/30/2014 | J. Hyland | 1.20 | Prepared post-petition interest calculations. |
| 6/30/2014 | J. Emerson | 1.50 | Prepared updated bond trading presentation for the UCC. |
| 6/30/2014 | J. Hyland | 1.60 | Reviewed publication from party in Nortel on post-petition interest. |
| 6/30/2014 | J. Borow | 2.20 | Reviewed various claims issues and computations. |
| Subtotal | | 61.80 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2014 | J. Hyland | 2.00 | Analyzed intercompany obligations of an estate for counsel. |
| 6/1/2014 | J. Hyland | 2.70 | Continued analyzing intercompany obligations of an estate for counsel. |
| 6/12/2014 | J. Hyland | 2.00 | Continued analyzing APAC cash balances and expected intercompany recoveries. |
| 6/12/2014 | J. Hyland | 2.80 | Analyzed APAC cash balances and expected intercompany recoveries. |
| Subtotal | | 9.50 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2014 | A. Cowie | 2.30 | Analyzed historical financial records in regard to proceeds allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/2/2014 | A. Cowie | 0.80 | Analyzed historical company information in regard to the proceeds allocation process. |
| 6/23/2014 | N. Haslun | 2.00 | Continued to analyze Nortel historical financial information, in regards to the allocation process. |
| 6/23/2014 | N. Haslun | 2.60 | Analyzed Nortel historical financial information, in regards to the allocation process. |
| 6/24/2014 | N. Haslun | 2.50 | Continued to analyze Nortel historical financial information, in regards to the allocation process. |
| 6/24/2014 | N. Haslun | 2.80 | Analyzed Nortel historical financial information, in regards to the allocation process. |
| 6/25/2014 | N. Haslun | 2.90 | Analyzed Nortel historical financial information, in regards to the allocation process. |
| 6/27/2014 | J. Hyland | 2.50 | Continued reviewing historic public filings for proceeds allocation matters. |
| 6/27/2014 | J. Hyland | 2.60 | Reviewed historic public filings for proceeds allocation matters. |
| 6/30/2014 | N. Haslun | 1.80 | Analyzed Nortel historical financial information, in regards to the allocation process. |
| 6/30/2014 | N. Haslun | 2.80 | Analyzed Nortel trial transcripts with respect to the allocation process. |
| Subtotal | | 25.60 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/6/2014 | J. Hyland | 1.00 | Reviewed cash balances and forecasts for the Canadian and U.S. estates. |
| 6/11/2014 | J. Hyland | 0.10 | Responded to cash question from FTI. |
| 6/20/2014 | J. Hyland | 2.90 | Analyzed cash flows for each estate. |
| 6/23/2014 | J. Hyland | 2.30 | Forecasted end of case cash balances. |
| 6/26/2014 | J. Hyland | 2.60 | Reviewed NNL cash actual balance and forecast. |
| Subtotal | | 8.90 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/26/2014 | J. Hyland | 0.70 | Conducted call with counsel re: U.S. taxes. |
| 6/26/2014 | J. Hyland | 1.80 | Continued analyzing potential U.S. tax claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/27/2014 | J. Hyland | 2.80 | Analyzed potential scenarios for U.S. tax claims. |
| Subtotal | | 5.30 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/2/2014 | B. Frizzell | 1.40 | Reviewed expert materials for trial preparation support re: IP proceeds allocation. |
| 6/3/2014 | B. Frizzell | 1.70 | Reviewed analyses and supporting documents for trial prep re: IP proceeds allocation. |
| 6/3/2014 | B. Frizzell | 2.80 | Reviewed deposition testimony and documents for trial prep re: IP proceeds allocation. |
| 6/4/2014 | B. Kullberg | 0.50 | Participated in call with counsel in regard to trial issues for IP. |
| 6/4/2014 | B. Frizzell | 2.20 | Reviewed documents related to Monitor expert testimony re: IP proceeds allocation. |
| 6/4/2014 | B. Frizzell | 2.50 | Continued to review documents related to Monitor expert testimony re: IP proceeds allocation. |
| 6/5/2014 | B. Frizzell | 2.40 | Continued to review documents related to Monitor expert testimony re: IP proceeds allocation. |
| 6/5/2014 | B. Frizzell | 2.80 | Reviewed documents related to Monitor expert testimony re: IP proceeds allocation. |
| 6/6/2014 | B. Frizzell | 1.30 | Reviewed expert testimony documents re: IP proceeds allocation. |
| 6/9/2014 | M. Dansky | 0.60 | Analyzed court filings for IP issues. |
| 6/9/2014 | B. Kullberg | 0.70 | Participated in call with counsel and UCC in regard to trial issues for IP. |
| 6/12/2014 | B. Frizzell | 0.80 | Reviewed data analysis re: IP proceeds allocation. |
| 6/13/2014 | B. Frizzell | 0.30 | Reviewed document re: IP proceeds allocation. |
| 6/18/2014 | B. Frizzell | 1.80 | Continued to research expert issues re: IP proceeds allocation. |
| 6/18/2014 | B. Frizzell | 2.20 | Reviewed expert related documents re: IP proceeds allocation. |
| 6/18/2014 | B. Frizzell | 2.70 | Researched expert issues re: IP proceeds allocation. |
| 6/19/2014 | B. Frizzell | 2.40 | Reviewed expert testimony documents re: IP proceeds allocation. |
| 6/20/2014 | M. Dansky | 0.60 | Attending telephonically the IP portion of the third day of the proceeds allocation trial. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/25/2014 | B. Kullberg | 0.60 | Participated in conference call with counsel in regard to trial issues for IP. |
| Subtotal | | 30.30 | |
| **Total Hours** | | **620.10** | |