**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 6/1/2014 through 6/30/2014**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **BEX01 Airfare/Train** | | | |
| 6/2/2014 | J. Hyland | Coach airfare from O' Hare to Toronto for expert's testimony. | $2,391.13 |
| **Subtotal - BEX01 Airfare/Train** | | | **$2,391.13** |
| **BEX06 Meals** | | | |
| 6/2/2014 | J. Hyland | Meal during Toronto trip. | $9.06 |
| **Subtotal - BEX06 Meals** | | | **$9.06** |
| **BEX07 Mileage** | | | |
| 6/2/2014 | J. Hyland | Local mileage to/from home and airport. | $23.52 |
| **Subtotal - BEX07 Mileage** | | | **$23.52** |
| **BEX10 Parking/Tolls** | | | |
| 6/2/2014 | J. Hyland | Parking for one day at O'Hare for Toronto trip. | $35.00 |
| 6/2/2014 | J. Hyland | Local tolls to/from home and airport. | $6.00 |
| **Subtotal - BEX10 Parking/Tolls** | | | **$41.00** |
| **BEX11 Research** | | | |
| 6/13/2014 | CAG Direct | Bloomberg direct expense charges for Nortel research. | $391.67 |
| **Subtotal - BEX11 Research** | | | **$391.67** |
| **BEX13 Telecom** | | | |
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $254.00 |
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $247.00 |
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $240.00 |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2014-6/30/2014 Fee Statement**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $233.00 |
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $226.00 |
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $205.00 |
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $198.00 |
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $191.00 |
| 6/4/2014 | CAG Direct | Court call cost re: allocation trial. | $114.00 |
| 6/9/2014 | CAG Direct | 5/8/14 conference call charges for conference call with counsel re: allocation issues | $6.41 |
| 6/9/2014 | CAG Direct | 5/10/14 conference call charges for call with M. Katzenstein, M. Spragg, and M. Sandberg (FTI) and J. Hyland re: allocation assumptions. | $3.43 |
| 6/27/2014 | J. Hyland | Cell phone charges while traveling in Toronto for expert testimony. | $88.09 |
| **Subtotal - BEX13 Telecom** | | | **$2,005.93** |
| **BEX16 Taxi** | | | |
| 6/2/2014 | J. Hyland | Taxi to office in Toronto from airport. | $62.50 |
| **Subtotal - BEX16 Taxi** | | | **$62.50** |
| **For the Period 6/1/2014 through 6/30/2014** | | | **$4,924.81** |