# EXHIBIT A

**NNI – 2nd Agenda Fax list**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
Fax: 302-652-4400

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
Fax: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
Fax: 302-651-7701

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
Fax: 212-872-1002

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
Fax: 213-892-4763