IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 22, 2014 at 4:00 p.m. (ET)** |

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF JUNE 1, 2014 THROUGH JUNE 30, 2014.**

Exhibit A:   Summary of Professionals
Exhibit B:   Summary of Projects and Project Descriptions
Exhibit C:   Summary of Fees and Expenses
Exhibit D:   Summary of Time by Professional
Exhibit E:   Summary of Fees by Project
Exhibit F:   Time Description Detail by Project
Exhibit G:   Summary of Expenses by Category
Exhibit H:   Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, June 1, 2014 through June 30, 2014, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Mergis' fees for this period are $320,780.00. Mergis incurred $159.63 in expenses during this period.

Dated: August 12, 2014  THE MERGIS GROUP
Raleigh, North Carolina

_____
Macon Albertson

*Senior Vice President*