IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------X
|                                                    |
| *In re*                             :  Chapter 11
|                                     :
| Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
|                                     :
|             Debtors.                :  Jointly Administered
|                                     :
|                                     :  **Objection Deadline: August 22, 2014 at 4:00 p.m. (ET)**
|                                     :
----------------------------------------------------X

### NOTICE OF REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF JUNE 1, 2014 THROUGH JUNE 30, 2014

  PLEASE TAKE NOTICE that on August 12, 2014, Morris, Nichols, Arsht & Tunnell LLP filed the attached **Report By The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of June 1, 2014 through June 30, 2014** (the "Report").

  PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, by **August 22, 2014, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

  At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

  A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: August 12, 2014
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

     */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-658-3989

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Counsel for the Debtors and
Debtors in Possession

7342370.14