# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of June 1, 2014 through June 30, 2014 | $ 320,780.00 | $ 159.63 | $ 320,939.63 |

Exhibit C    Page 1 of 1