# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---:|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, cash management, general accounting and controls, tax, information technology, human resources, and real estate management.  Employee Benefits and Pension Investment Committee member. | 163.50 |
| Allen K. Stout | Officer | Controller - Foreign subsidiaries and branches financial oversight, entity liquidation and wind down,  Employee Benefits Committee member, and Pension Investment Committee chair. | 59.25 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, treasury systems management and oversight. | 136.00 |
| Jane C. Davison | Non-Officer | Associate - Claims reconciliation & administration, finance systems administration & controls,  and residual operations data extraction and analysis. | 1.00 |
| Jessica A. Lloyd | Non-Officer | Associate - General accounting for accounts receivable, lease and real estate billing, collection, and financial planning & analysis, account reconciliations, and cash receipts & disbursements reporting and analysis. | 17.00 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 108.00 |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 148.50 |
| Elizabeth Smith | Non-Officer | Associate - General accounting for employee related liabilities, benefit plan vendor contract oversight, benefit plan termination, plan regulatory oversight and reporting, and  Pension Investment Committee member. | 96.25 |
| Gary L. Storr | Non-Officer | Associate - Information technology systems & support, IT vendor contract management, data and document retention governance & maintenance, and data extraction & analysis. | 130.50 |

**Hours for the period of  June 1, 2014 through June 30, 2014** — **860.00**

Billing Rate — $ 373.00

**Fees for the period of June 1, 2014 through June 30, 2014** — **$ 320,780.00**