# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project ( | Date | Professional | Project Work Description |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| | 6/2/2014 | Allen K. Stout | Review MOR and supporting documents. |
| | 6/2/2014 | Elizabeth Smith | Attended conference call with David Cozart and Tim Ross re:  April MOR review. |
| | 6/2/2014 | Timothy C. Ross | Conference call (D. Cozart, E. Smith) to review and release Debtors MOR - RE: April 2014. |
| | 6/4/2014 | Timothy C. Ross | Received, reviewed, and worked UST request - RE: Bank Accounts. |
| | 6/17/2014 | William D. Cozart | Preparation of May MOR consolidation. |
| | 6/18/2014 | William D. Cozart | Prepare May MOR. |
| | 6/19/2014 | William D. Cozart | Prepare May MOR. |
| | 6/23/2014 | Timothy C. Ross | Worked Debtors reporting matters - RE: May 2014 Insurance Position for MOR:. |
| | 6/23/2014 | William D. Cozart | Prepare May MOR Report. |
| | 6/24/2014 | Kim Ponder | Review and tie out of allocation model reporting. |
| | 6/24/2014 | Timothy C. Ross | Received materials and prepared for MOR review & authorization meeting - RE: May 2014. |
| | 6/25/2014 | Allen K. Stout | Teleconference with T. Ross and D. Cozart to review MOR #64. |
| | 6/25/2014 | Allen K. Stout | Review MOR worksheet and word document prior to the meeting. |
| | 6/25/2014 | Timothy C. Ross | Attended Debtors MOR review with D. Cozart, A. Stout, and E. Smith - RE: May 2014. |
| | 6/25/2014 | William D. Cozart | Meeting with A. Stout, T. Ross RE: May MOR. |
| | 6/27/2014 | Timothy C. Ross | Worked Debtors reporting matters - RE: JPM escrow reporting access. |
| | 6/30/2014 | Timothy C. Ross | Worked Debtors bankruptcy reporting matter - RE: JP Morgan Divestiture Escrow Statement. |
| **Bankruptcy Reporting Total** | | | |
| | | | |
| **Cash Management** | | | |
| | 6/2/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors wire transfers - RE: May residual interest transfer from JPM to WT. |
| | 6/2/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 6/2/2014 | William D. Cozart | Prepare Transfer for closure of bank accounts. |
| | 6/2/2014 | William D. Cozart | Prepare daily deposit. |
| | 6/3/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 6/4/2014 | Timothy C. Ross | Met with Wilmington Trust (M. Avery) - RE: Account reporting requirements. |
| | 6/5/2014 | Timothy C. Ross | Received, reviewed, and responded Debtors banking matters - RE: JPM Escrow DDA charges. |
| | 6/5/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements - RE: 6/5/2014. |
| | 6/5/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 5/5/14 payment proposal. |
| | 6/5/2014 | William D. Cozart | Correspondence with bank re: account closure and fees. |
| | 6/9/2014 | Kim Ponder | FCB deposit. |
| | 6/9/2014 | Timothy C. Ross | Worked Debtors banking matters - RE: Wilmington Trust reporting issue. |
| | 6/9/2014 | Timothy C. Ross | Worked Debtors banking matters - RE: final JPM account closure items. |
| | 6/10/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 6/10/2014 | Timothy C. Ross | Updated Debtors cash flow forecast in preparation for monthly investment conference call with Wilmington Trust (M. Avery, D. D'Eramo, S. Wyant, A. Anderson) - RE: June 2014. |
| | 6/10/2014 | Timothy C. Ross | Attended Debtors monthly investment conference call with Wilmington Trust (M. Avery, D. D'Eramo, S. Wyant, A. Anderson) - RE: June 2014. |
| | 6/11/2014 | Timothy C. Ross | Completed, authorized, and submitted Debtors wire transfer direction letter to Wilmington Trust |
| | 6/11/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements |
| | 6/12/2014 | Timothy C. Ross | Worked foreign subsidiary disbursement issue |
| | 6/12/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 6/12/2014 payment proposal. |
| | 6/12/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements |
| | 6/13/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results - RE: May 2014. |
| | 6/16/2014 | Kim Ponder | FCB deposit. |
| | 6/16/2014 | Timothy C. Ross | Received, reviewed, and authorized Debtors bank deposits. |
| | 6/16/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results (completed work started on 6/13/2014) - RE: May 2014. |
| | 6/16/2014 | Timothy C. Ross | Received, worked, and responded to Debtors banking issue - RE: Wilmington Trust statements. |
| | 6/18/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements - RE: 6/20/2014. |
| | 6/19/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 6/19/14 payment proposal. |
| | 6/23/2014 | Kim Ponder | FCB deposit. |
| | 6/23/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 6/25/2014 | William D. Cozart | Perform Security administration for bank accounts. |
| | 6/26/2014 | Timothy C. Ross | Updated and authorized banking user access and entitlements / end dates (includes Citibank issue call support time). |
| | 6/26/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements - RE: 6/26/2014. |
| | 6/26/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements |
| | 6/26/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 6/26/2014 payment proposal. |
| | 6/26/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/30/2014 | Timothy C. Ross | Worked Debtors banking access issue with Citibank - RE: David Cozart. |
| | 6/30/2014 | Timothy C. Ross | Conference call with Citibank (M. Vlahos) - RE: US Trustee communication. |
| | 6/30/2014 | Timothy C. Ross | Worked Debtors banking issue - RE: Citibank notification from US Trustee. |
| | 6/30/2014 | William D. Cozart | Authorize changes in banking access and troubleshoot system issues. |

**Cash Management Total**

### Claims Administration

| | Date | Professional | Description |
|---|---|---|---|
| | 6/10/2014 | Timothy C. Ross | Received, reviewed, and responded to Chilmark (M. Kennedy) correspondences - RE: claims matters. |
| | 6/12/2014 | Elizabeth Smith | Conference call with RLKS (M. Cilia), D. Cozart, and T. Ross - RE: MOR v. Claims Database reconciliation. |
| | 6/12/2014 | Timothy C. Ross | Conference call with RLKS (M. Cilia), D. Cozart, and E. Smith - RE: MOR v. Claims Database reconciliation. |
| | 6/12/2014 | Timothy C. Ross | Conference call with Chilmark Partners (M. Kennedy) and D. Cozart - RE: Claims update. |
| | 6/12/2014 | William D. Cozart | Conference call with RLKS (M. Cilia), T. Ross, and E. Smith - RE: MOR v. Claims Database reconciliation. |
| | 6/12/2014 | William D. Cozart | Conference call with Chilmark Partners (M. Kennedy) and T. Ross - RE: Claims update. |
| | 6/24/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors claims administration matters - RE: Claims Database Reconciliation to Nortel Books and Records. |
| | 6/25/2014 | Kim Ponder | Meeting with RLKS (M Cilia), T Ross, and D Cozart re: Claims Database Reconciliation to Nortel Books & Records. |
| | 6/25/2014 | Kim Ponder | Reconciliation of claims database to GL. |
| | 6/25/2014 | Timothy C. Ross | Meeting with RLKS (M. Cilia), K. Ponder, and D. Cozart - RE: Claims Database Reconciliation to Nortel Books & Records. |
| | 6/25/2014 | William D. Cozart | Meeting with RLKS (M. Cilia), K. Ponder and T. Ross - RE:  Claims Database Reconciliation to Nortel Books and Records. |
| | 6/26/2014 | Kim Ponder | Reconciliation of claims database to GL. |
| | 6/27/2014 | Kim Ponder | Reconciliation of claims database to GL. |
| | 6/27/2014 | Timothy C. Ross | Worked Debtors claims matters - RE: Reconciliation of Claims database to Nortel books and records. |
| | 6/30/2014 | Timothy C. Ross | Conference call with Chilmark Partners (M. Kennedy) - RE: settlement issue. |

**Claims Administration Total**

### Compensation Application

| | Date | Professional | Description |
|---|---|---|---|
| | 6/5/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. |
| | 6/6/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. |
| | 6/6/2014 | Elizabeth Smith | Compensation application preparation - RE: update time keeping records for week. |
| | 6/6/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. |
| | 6/6/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. |
| | 6/6/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. |
| | 6/6/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. |
| | 6/9/2014 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: April 2014 report. |
| | 6/10/2014 | Timothy C. Ross | Received, reviewed, and address questions from MNAT (A. Cordo) - RE: Mergis Fee Application for April 2014. |
| | 6/12/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. |
| | 6/12/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. |
| | 6/13/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. |
| | 6/13/2014 | Elizabeth Smith | Compensation application preparation - RE: update time keeping records for week. |
| | 6/13/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. |
| | 6/13/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. |
| | 6/13/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. |
| | 6/17/2014 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: May 2014. |
| | 6/19/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. |
| | 6/19/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. |
| | 6/20/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. |
| | 6/20/2014 | Elizabeth Smith | Compensation application preparation - RE: update time keeping records for week. |
| | 6/20/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. |
| | 6/20/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. |
| | 6/20/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. |
| | 6/25/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. |
| | 6/25/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. |
| | 6/27/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. |
| | 6/27/2014 | Elizabeth Smith | Compensation application preparation - RE: update time keeping records for week. |
| | 6/27/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. |
| | 6/27/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. |
| | 6/27/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project ( | Date | Professional | Project Work Description |
|---|---|---|---|
| | | | |

**Compensation Application Total**

**Discovery**

| | 6/10/2014 | Timothy C. Ross | Conference call with CGSH (L. Schweitzer), Chilmark (M. Kennedy), Akin / Capstone (A. Qureshi and R. Johnson) - RE: litigation matters |
| | 6/16/2014 | Timothy C. Ross | Received, reviewed, and authorized Debtors litigation matters |
| | 6/24/2014 | Timothy C. Ross | Worked Debtors litigation matters - RE: Nortel - Extension of Contracts. |
| | 6/27/2014 | Timothy C. Ross | Received, reviewed, and authorized Debot litigation related services |

**Discovery Total**

**Entity Liquidation and Wind Down**

| | 6/2/2014 | Allen K. Stout | Entity wind down activities for various entities |
| | 6/3/2014 | Allen K. Stout | Teleconference with Mike Kennedy, Tim Ross and David Cozart. |
| | 6/3/2014 | Allen K. Stout | Legal entity wind down actions for various entities |
| | 6/3/2014 | Timothy C. Ross | Conference call with Chilmark Partners (M. Kennedy), A. Stout, and D. Cozart - RE: wind down issues |
| | 6/3/2014 | William D. Cozart | Call with Chilmark, M. Kennedy re: Interco Balances. |
| | 6/4/2014 | Allen K. Stout | Entity wind down actions for various entities |
| | 6/5/2014 | Allen K. Stout | Teleconference with Cleary (R. Eckenrod and R. Reed) on entity wind down status. |
| | 6/5/2014 | Allen K. Stout | Prepare for weekly entity wind down call with Cleary. |
| | 6/5/2014 | Allen K. Stout | Entity wind down activities for various entities |
| | 6/6/2014 | Allen K. Stout | Legal entity wind down actions for various entities |
| | 6/9/2014 | Allen K. Stout | Legal entity wind down activities for various entities |
| | 6/10/2014 | Allen K. Stout | Entity wind down activities for various entities |
| | 6/11/2014 | Allen K. Stout | Entity wind down actions for various entities |
| | 6/12/2014 | Allen K. Stout | Prepare for call with E&Y Tax team  and Cleary. |
| | 6/12/2014 | Allen K. Stout | Call with E&Y Tax team (G. Davidson and, M. Moore). |
| | 6/12/2014 | Allen K. Stout | Call with Cleary entity wind down team (R. eckenrod and R. Reed). |
| | 6/12/2014 | Allen K. Stout | Entity wind down actions for various entities |
| | 6/13/2014 | Allen K. Stout | Legal entity wind down actions for various entities |
| | 6/16/2014 | Allen K. Stout | Legal entity wind down actions for various entities |
| | 6/16/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors entity liquidation and wind down matters |
| | 6/17/2014 | Allen K. Stout | Legal entity wind down activity for various entities |
| | 6/18/2014 | Allen K. Stout | Entity wind downs actions for various entities |
| | 6/19/2014 | Allen K. Stout | Teleconference with E&Y (A. Harti, V. Malhotra, N. Virmani, s. Kohl, J. Wood, and S. Pruett) and R. Eckenrod (Cleary) to discuss tax issues. |
| | 6/19/2014 | Allen K. Stout | Prepare for legal entity call with Cleary. |
| | 6/19/2014 | Allen K. Stout | Entity wind down call with Russell Eckenrod (Cleary). |
| | 6/19/2014 | Allen K. Stout | Legal entity wind down actions for various entities |
| | 6/20/2014 | Allen K. Stout | Legal entity work for various entities |
| | 6/23/2014 | Allen K. Stout | Legal entity wind down activities for various entities |
| | 6/24/2014 | Allen K. Stout | Legal entity wind down activity for various entities |
| | 6/25/2014 | Allen K. Stout | Prepare and provide entity financial statements to PWC so they can update Statement of accounts. |
| | 6/25/2014 | Allen K. Stout | Legal entity wind down actions for various entities |
| | 6/26/2014 | Allen K. Stout | Prepare for E&Y and Cleary legal entity status update meetings. |
| | 6/26/2014 | Allen K. Stout | Teleconference with E&Y Tax team (G. Davidson, J. Wood, M. Moore and others). |
| | 6/26/2014 | Allen K. Stout | Teleconference with Cleary entity wind down team (R. Eckenrod and r. Reed) . |
| | 6/26/2014 | Allen K. Stout | Legal entity wind down actions for various entities |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| | 6/2/2014 | Gary L. Storr | Execute month end FX rate update to QuickBooks database. |
| | 6/2/2014 | Gary L. Storr | Reset password for First Citizens account. |
| | 6/2/2014 | Gary L. Storr | Updated Bank Balances spreadsheet for end of May reporting. |
| | 6/2/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission - RE: invoice RP1042849. |
| | 6/2/2014 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: May 2014 financial close. |
| | 6/2/2014 | William D. Cozart | Prepare bank reconciliations for May. |
| | 6/3/2014 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: May 2014 financial close. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project ( | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/3/2014 | William D. Cozart | Prepare bank reconciliations for May. |
| | 6/3/2014 | William D. Cozart | Record Daily deposit. |
| | 6/4/2014 | Gary L. Storr | Updated bank balances spreadsheet. |
| | 6/4/2014 | Gary L. Storr | Updated QuickBooks master data. |
| | 6/4/2014 | Kim Ponder | Meeting to review environmental reserve budget. |
| | 6/4/2014 | Kim Ponder | Normal course payables - invoice approvals and processing. |
| | 6/4/2014 | Kim Ponder | Month end close process. |
| | 6/4/2014 | Timothy C. Ross | Meeting with D. Cozart and K. Ponder - RE: Environmental reserve accounting for West Palm site. |
| | 6/4/2014 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: May 2014 financial close. |
| | 6/4/2014 | William D. Cozart | Prepare bank reconciliations for May. |
| | 6/4/2014 | William D. Cozart | Prepare account reconciliations for May. |
| | 6/5/2014 | Elizabeth Smith | Prepared month-end journal entries and schedules. |
| | 6/5/2014 | Gary L. Storr | Performed QuickBooks Master Data updates. |
| | 6/5/2014 | Kim Ponder | Normal course payables - drafted weekly payment proposal and initiated payments to vendors. |
| | 6/5/2014 | Kim Ponder | Month end close process. |
| | 6/5/2014 | William D. Cozart | Prepare account reconciliations for May. |
| | 6/6/2014 | Kim Ponder | Month end close. |
| | 6/6/2014 | William D. Cozart | Prepare account reconciliations for May. |
| | 6/9/2014 | Elizabeth Smith | Attended on-line CPE course. |
| | 6/9/2014 | Elizabeth Smith | Prepared month-end journal entries and supporting schedules. |
| | 6/9/2014 | Gary L. Storr | Updated QuickBooks master data. |
| | 6/9/2014 | Kim Ponder | Normal course payables - invoice approvals and processing. |
| | 6/9/2014 | Kim Ponder | Intercompany invoice processing. |
| | 6/9/2014 | Kim Ponder | Month end close. |
| | 6/9/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: May 2014 financial close. |
| | 6/9/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis - RE: period 05/26/14 through 06/08/14. |
| | 6/9/2014 | William D. Cozart | Prepare invoicing for June transactions. |
| | 6/9/2014 | William D. Cozart | Prepare account reconciliations for May. |
| | 6/9/2014 | William D. Cozart | Review May journal entries. |
| | 6/10/2014 | Elizabeth Smith | Prepared month-end journal entries and supporting schedules. |
| | 6/10/2014 | Kim Ponder | Month end close. |
| | 6/10/2014 | William D. Cozart | Prepare account reconciliations for May. |
| | 6/10/2014 | William D. Cozart | Record daily deposit. |
| | 6/10/2014 | William D. Cozart | Prepare analysis of May results. |
| | 6/11/2014 | Elizabeth Smith | Prepared month-end journal entries and supporting schedules. |
| | 6/11/2014 | Kim Ponder | Normal course payables - drafted weekly payment proposal. |
| | 6/11/2014 | Kim Ponder | Month end close. |
| | 6/11/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: May 2014 financial close. |
| | 6/11/2014 | William D. Cozart | Prepare bank reconciliation. |
| | 6/11/2014 | William D. Cozart | Prepare analysis of May results. |
| | 6/12/2014 | Gary L. Storr | Performed QuickBooks master data updates. |
| | 6/12/2014 | Gary L. Storr | Performed updates to month end spreadsheets in preparation for June close. |
| | 6/12/2014 | Kim Ponder | Normal course payables - initiated payments to vendors and Professionals per 20th Omnibus Order. |
| | 6/12/2014 | Kim Ponder | Month end close. |
| | 6/12/2014 | William D. Cozart | Analysis re: G&A Cost allocation model. |
| | 6/12/2014 | William D. Cozart | Prepare analysis of May results. |
| | 6/13/2014 | Elizabeth Smith | Prepared month-end journal entries and supporting schedules. |
| | 6/13/2014 | Kim Ponder | Month end close. |
| | 6/13/2014 | Timothy C. Ross | Worked Debtors Finance and Accounting matters - RE: May 2014 Financial Closing. |
| | 6/16/2014 | Elizabeth Smith | Prepared month-end journal entries and supporting schedules. |
| | 6/16/2014 | Gary L. Storr | Changes to QuickBooks master data. |
| | 6/16/2014 | Kim Ponder | Intercompany discussions re:  proceeds allocation. |
| | 6/16/2014 | Kim Ponder | GL account reconciliations. |
| | 6/16/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission - RE: invoice RP1049250. |
| | 6/16/2014 | William D. Cozart | Prepare analysis of May results. |
| | 6/16/2014 | William D. Cozart | Analysis re: G&A cost allocation. |
| | 6/17/2014 | Elizabeth Smith | Prepared month-end account reconciliations. |
| | 6/17/2014 | Gary L. Storr | Closed May 2014 Month End. |
| | 6/17/2014 | Gary L. Storr | Updated Bank Balances spreadsheet for June 13 report. |
| | 6/17/2014 | Kim Ponder | Normal course payables - invoice approvals and processing. |
| | 6/17/2014 | Kim Ponder | Normal course payables - discussion with EY and reconciliation of invoices and credits for jurisdiction withdrawals. |
| | 6/17/2014 | Kim Ponder | GL account reconciliations. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project C | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/17/2014 | Timothy C. Ross | Worked Debtors Finance and Accounting matters - RE: May 2014 Financial Closing. |
| | 6/17/2014 | William D. Cozart | Analysis re: G&A Cost allocation. |
| | 6/18/2014 | Elizabeth Smith | Prepared month-end account reconciliations. |
| | 6/18/2014 | Gary L. Storr | Updated account detail in Bank Balances spreadsheet. |
| | 6/18/2014 | Kim Ponder | Normal course payables - drafted weekly payment proposal. |
| | 6/18/2014 | Kim Ponder | Document retention. |
| | 6/18/2014 | William D. Cozart | Prepare July sublease invoices and record in proper period. |
| | 6/19/2014 | Allen K. Stout | Intercompany confirmations. |
| | 6/19/2014 | Kim Ponder | Normal course payables - initiated payments to vendors including remittance correspondence |
| | 6/19/2014 | Kim Ponder | Various filing and email clean up. |
| | 6/19/2014 | William D. Cozart | Prepare analysis for Intercompany confirmations. |
| | 6/20/2014 | Kim Ponder | Document retention and file transfer. |
| | 6/23/2014 | Kim Ponder | Normal course payables - invoice approvals and processing;  payment distribution. |
| | 6/23/2014 | Kim Ponder | Quarterly GL reconciliations. |
| | 6/23/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis - RE: period 06/09/14 through 06/22/14. |
| | 6/23/2014 | Timothy C. Ross | Worked Debtors affiliate payment issue |
| | 6/23/2014 | William D. Cozart | Analysis re: Balances for confirmations. |
| | 6/24/2014 | Gary L. Storr | Performed updates to QuickBooks master data. |
| | 6/24/2014 | Kim Ponder | Normal course payables - invoice processing. |
| | 6/24/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors settlement matter |
| | 6/24/2014 | William D. Cozart | Record daily cash receipts. |
| | 6/24/2014 | William D. Cozart | Prepare Analysis RE: G&A Cost Allocation. |
| | 6/25/2014 | Kim Ponder | Normal course payables - drafted weekly payment proposal. |
| | 6/25/2014 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations - RE: May 2014. |
| | 6/25/2014 | William D. Cozart | Prepare Analysis RE: G&A Cost Allocation. |
| | 6/25/2014 | William D. Cozart | Research cash application for sublease. |
| | 6/26/2014 | Gary L. Storr | Updated QuickBooks master data. |
| | 6/26/2014 | Kim Ponder | Normal course payables - initiated payments to vendors and professionals. |
| | 6/26/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission - RE: invoice RP1055661. |
| | 6/30/2014 | Gary L. Storr | Performed June 2014 Exchange rate updates. |
| | 6/30/2014 | Kim Ponder | Reconciliation of claims database to general ledger. |
| | 6/30/2014 | William D. Cozart | Prepare Analysis RE: G&A Cost Allocation. |
| | 6/30/2014 | William D. Cozart | Prepare analysis for June financials. |

**Finance and General Accounting Total**

**Human Resources**

| | Date | Professional | Description |
|---|---|---|---|
| | 6/2/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/2/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, LTIP research, VEBA 2013). |
| | 6/2/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  VEBA audit. |
| | 6/2/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  LTIP audit. |
| | 6/2/2014 | Elizabeth Smith | Prepared VEBA draft financial statements. |
| | 6/3/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/3/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, filing). |
| | 6/3/2014 | Elizabeth Smith | Prepared VEBA draft financial statements. |
| | 6/3/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re: VEBA audit. |
| | 6/3/2014 | Elizabeth Smith | Prepared for and attended a conference call with KPMG re:  VEBA benefit plan audit. |
| | 6/4/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/4/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  VEBA benefit plan audit. |
| | 6/5/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/5/2014 | Deborah M. Parker | Misc. HR activities -(e.g.  HR data retention). |
| | 6/5/2014 | Elizabeth Smith | Prepared VEBA audit PBC items for KPMG. |
| | 6/6/2014 | Elizabeth Smith | Prepared VEBA 5500 and supporting schedules. |
| | 6/6/2014 | Elizabeth Smith | Worked on LTIP stale-dated check project. |
| | 6/9/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/9/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, VEBA 2013, PCORI 2013). |
| | 6/9/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re: LTIP audit. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project ( | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/9/2014 | Elizabeth Smith | Worked on LTIP stale-dated check project. |
| | 6/9/2014 | Timothy C. Ross | Worked Debtors human resources matters - RE: Northern Telecom Health & Welfare Trust deposits issue. |
| | 6/10/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come |
| | 6/10/2014 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, TALX, CL report, PCORI 2013, HR documentation). |
| | 6/10/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors employee related matters - RE: Equifax (TALX) Contract Renewal. |
| | 6/11/2014 | Allen K. Stout | Print, sign, scan and mail 2012 5500 to Elizabeth Smith. |
| | 6/11/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account.. |
| | 6/11/2014 | Deborah M. Parker | Misc. HR activities -(e.g. VEBA 2013, CL report, meeting with OPM for background check). |
| | 6/11/2014 | Elizabeth Smith | Prepared VEBA 5500 and supporting schedules. |
| | 6/11/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  VEBA audit. |
| | 6/11/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  LTIP audit. |
| | 6/12/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account.. |
| | 6/12/2014 | Deborah M. Parker | Misc. HR activities -(e.g. VEBA 2013, CL report, TALX item). |
| | 6/12/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  VEBA audit. |
| | 6/13/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  VEBA and LTIP  audits. |
| | 6/15/2014 | Elizabeth Smith | Researched and prepared documentation memo regarding 2014 LTIP 5500 and audit. |
| | 6/16/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/16/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiries/research, VEBA 2013, filing, payroll inquiry). |
| | 6/16/2014 | Elizabeth Smith | Prepared LTIP PBC items for KPMG. |
| | 6/16/2014 | Elizabeth Smith | Researched and prepared documentation memo regarding 2014 LTIP 5500. |
| | 6/16/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re: VEBA audit. |
| | 6/16/2014 | Elizabeth Smith | Prepared Draft LTIP 5500. |
| | 6/17/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account.. |
| | 6/17/2014 | Deborah M. Parker | Misc. HR activities -(e.g. HR documentation, research item from CT Corp., filing). |
| | 6/17/2014 | Elizabeth Smith | Prepared draft LTIP financial statements. |
| | 6/17/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  benefit plan wind down. |
| | 6/17/2014 | Elizabeth Smith | Prepared Draft LTIP 5500. |
| | 6/18/2014 | Allen K. Stout | Review E. Smith responses to KPMG management inquiry and prepare my responses to same |
| | 6/18/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/18/2014 | Deborah M. Parker | Misc. HR activities -(e.g. CL report, TALX item, payroll inquiry). |
| | 6/18/2014 | Elizabeth Smith | Prepared LTIP 5500. |
| | 6/18/2014 | Elizabeth Smith | Prepared LTIP draft financial statements. |
| | 6/18/2014 | Elizabeth Smith | Worked on LTIP termination issues. |
| | 6/18/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  LTIP audit. |
| | 6/18/2014 | Timothy C. Ross | Reviewed and responded to KPMG Audit Management Inquiries - RE: 2013 LTIP Audit. |
| | 6/19/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account.. |
| | 6/19/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiry/research, CL report, VEBA 2013). |
| | 6/19/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  benefit plan wind down. |
| | 6/19/2014 | Elizabeth Smith | Attended conference call with KPMG re:  Benefit Plan audit status update. |
| | 6/19/2014 | Elizabeth Smith | Worked VEBA termination issues. |
| | 6/19/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  VEBA audit. |
| | 6/19/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notifications |
| | 6/20/2014 | Elizabeth Smith | Worked LTIP termination issues. |
| | 6/20/2014 | Elizabeth Smith | Prepared LTIP financial statements Draft 2. |
| | 6/20/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  VEBA benefit plan audit. |
| | 6/21/2014 | Elizabeth Smith | Worked VEBA termination issues. |
| | 6/22/2014 | Elizabeth Smith | Prepared PIC meeting materials for 6.24.14 meeting. |
| | 6/23/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/23/2014 | Deborah M. Parker | Misc. HR activities -(e.g. VEBA 2013, TALX, vendor query, claims inquiries/research, review IM file). |
| | 6/23/2014 | Elizabeth Smith | Attended conference call with Tim Ross, Kim Ponder, David Cozart, Gary Storr, EY (Jeff Woods) re:  Inoperative BW Reports |
| | 6/23/2014 | Elizabeth Smith | Prepared materials for June 24, 2014 PIC meeting. |
| | 6/23/2014 | Elizabeth Smith | Researched VEBA audit items for KPMG. |
| | 6/23/2014 | Elizabeth Smith | Attended conference call with Paul O'Rourke, Baker, Donelson, re:  LTIP termination issues. |
| | 6/23/2014 | Timothy C. Ross | Worked Debtors human resources wind down matters - RE: Equifax contract cancellation. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project ( | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/23/2014 | Timothy C. Ross | Received materials, reviewed and prepared for Debtors Pension Investment Committee meeting. |
| | 6/24/2014 | Allen K. Stout | Review PIC materials prior to the meeting. |
| | 6/24/2014 | Allen K. Stout | Chair the Pension Investment Committee meeting. Participants were T. Ross, E. Smith, and P. O'Rourke. |
| | 6/24/2014 | Allen K. Stout | Sign, scan and place the Jan PIC minutes on the server. Review the June 24 PIC minutes and provide approval of the LTIP financial statements. |
| | 6/24/2014 | Deborah M. Parker | HR Shared Services -  HR Shared Services 800 #  helpline coverage.  Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS  fax # or HRSS email account. |
| | 6/24/2014 | Deborah M. Parker | Misc. HR activities -(e.g. VEBA 2013, CLR, research and respond to items from CT Corp, vendor query). |
| | 6/24/2014 | Elizabeth Smith | Attended conference call with Allen Stout, Tim Ross, and Paul O'Rourke (Baker, Donelson) re:  June PIC meeting. |
| | 6/24/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  benefit plan wind down. |
| | 6/24/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  VEBA and LTIP benefit plan audits. |
| | 6/24/2014 | Elizabeth Smith | Worked LTIP administrative issues. |
| | 6/24/2014 | Timothy C. Ross | Attended Debtors Pension Investment Committee meeting (A. Stout, E. Smith, and P. O'Rourke (Counsel)). |
| | 6/25/2014 | Deborah M. Parker | Misc. HR activities -(e.g. PCORI 2013, vendor query). |
| | 6/26/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  VEBA and LTIP audits. |
| | 6/27/2014 | Elizabeth Smith | Attended conference call with Esha Patel, KPMG, and Debbie Nettles, BCBS re:  Anthem claims sample. |
| | 6/27/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re:  benefit plan wind down. |
| | 6/27/2014 | Timothy C. Ross | Received, reviewed, and actioned to Debtors human resources matter - RE: CIGNA claims issue. |
| | 6/30/2014 | Elizabeth Smith | Received, reviewed, and responded to KPMG emails re:  VEBA benefit plan audit. |
| | 6/30/2014 | Timothy C. Ross | Reviewed and authorized Debtors benefit plan audit responses - RE: VEBA Management Inquiries. |
| | 6/30/2014 | Timothy C. Ross | Reviewed and authorized Debtors H&W trust audit fees - RE: KPMG. |

**Human Resources Total**

**Information Technology Operations**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/1/2014 | Gary L. Storr | Reset user password. |
| | 6/2/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/2/2014 | Gary L. Storr | Repaired user email issue. |
| | 6/2/2014 | Gary L. Storr | Repaired user PC power issue with docking station. |
| | 6/2/2014 | Gary L. Storr | Investigated issue regarding 0sx server crash. |
| | 6/2/2014 | Gary L. Storr | Reviewed and processed AT&T June bill for payment. |
| | 6/2/2014 | Gary L. Storr | Corresponded with CSC regarding domain lapse procedures. |
| | 6/3/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/3/2014 | Gary L. Storr | Met with hardware vendor to troubleshoot and repair 0sx server issue. |
| | 6/3/2014 | Gary L. Storr | Resolver user application issue. |
| | 6/4/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/4/2014 | Gary L. Storr | Reviewed correspondence regarding domain lapse from CSC Corporation. |
| | 6/4/2014 | Gary L. Storr | Planned outage to address DIMM replacement for 0sx BW database. |
| | 6/4/2014 | Gary L. Storr | Reset user password. |
| | 6/4/2014 | Gary L. Storr | Met with hardware vendor to discuss repair BW database server. |
| | 6/4/2014 | Gary L. Storr | Ran monthly offsite backups. |
| | 6/4/2014 | Gary L. Storr | Rebuilt user email profile. |
| | 6/5/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/5/2014 | Gary L. Storr | Met with Akibia to replace DIMMs in 0sx server. |
| | 6/5/2014 | Gary L. Storr | Assisted user with PC application issue. |
| | 6/5/2014 | Gary L. Storr | Updated employee database and reports to reflect upcoming Q3/4 changes. |
| | 6/9/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/9/2014 | Gary L. Storr | Reviewed and processed June Recall billing statement for payment. |
| | 6/9/2014 | Gary L. Storr | Reviewed and processed June Verizon billing statement for payment. |
| | 6/9/2014 | Gary L. Storr | Reviewed and processed June Akibia billing statement for payment. |
| | 6/9/2014 | Gary L. Storr | Troubleshoot fan issue on 0sx server. |
| | 6/9/2014 | Gary L. Storr | Updated employee data in employee database. |
| | 6/9/2014 | Gary L. Storr | Reviewed and processed June 8x8 billing statement for payment. |
| | 6/10/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/10/2014 | Gary L. Storr | Researched and addressed virus issue on user PC. |
| | 6/10/2014 | Gary L. Storr | Performed archive backup on former employee PC. |
| | 6/10/2014 | Gary L. Storr | Validated operation of BW reporting server after hardware retrofit. |
| | 6/10/2014 | Gary L. Storr | Created new email account for user. |
| | 6/10/2014 | Gary L. Storr | Addressed past due billing issue with HP/Autonomy. |
| | 6/10/2014 | Gary L. Storr | Updated bank balances spreadsheet with new bank information. |
| | 6/10/2014 | Gary L. Storr | Addressed billing issue with Iron Mountain. |
| | 6/11/2014 | Gary L. Storr | Performed Daily Data Center health check. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project ( | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/11/2014 | Gary L. Storr | Conducted offsite QuickBooks backup. |
| | 6/11/2014 | Gary L. Storr | Installed application on user PC. |
| | 6/11/2014 | Gary L. Storr | Correspondence regarding past due billing issue with HP/Autonomy. |
| | 6/11/2014 | Gary L. Storr | Validated operation of BW reporting server after hardware retrofit. |
| | 6/11/2014 | Gary L. Storr | Checked user PC for virus activity. |
| | 6/11/2014 | Gary L. Storr | Performed administrative cleanup in RTP Data Center. |
| | 6/11/2014 | Gary L. Storr | Meeting with RLKS to discuss system status. |
| | 6/12/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/12/2014 | Gary L. Storr | Provided Livelink support to user. |
| | 6/12/2014 | Gary L. Storr | Reviewed 2014 HP support agreement. |
| | 6/12/2014 | Gary L. Storr | Researched system heartbeat issue on 0sx server and reported issue to hardware vendor. |
| | 6/12/2014 | Gary L. Storr | Reviewed June AT&T billing statement. |
| | 6/16/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/16/2014 | Gary L. Storr | Researched and logged ticket with vendor to address heartbeat issue on 0sx server. |
| | 6/16/2014 | Gary L. Storr | Renewed HP service contract for OS support. |
| | 6/16/2014 | Gary L. Storr | Rebuilt user email profile to address indexing issues. |
| | 6/16/2014 | Gary L. Storr | Reviewed Iron Mountain invoices for June 2014 and processed for payment. |
| | 6/16/2014 | Gary L. Storr | Reset user password. |
| | 6/16/2014 | Gary L. Storr | Assisted user with BOXI application issue. |
| | 6/16/2014 | Gary L. Storr | Rebuilt user PC to recover from virus issue. |
| | 6/17/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/17/2014 | Gary L. Storr | Assisted user with Livelink credentials and document search. |
| | 6/17/2014 | Gary L. Storr | Reset user password. |
| | 6/17/2014 | Gary L. Storr | Continued troubleshooting of 0sx server heartbeat issue. |
| | 6/18/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/18/2014 | Gary L. Storr | Configured new Wi-Fi hardware to support NNI RTP office. |
| | 6/18/2014 | Gary L. Storr | Meeting with RLKS to discuss system status. |
| | 6/18/2014 | Gary L. Storr | Continued troubleshooting of 0sx server heartbeat issue. |
| | 6/18/2014 | Gary L. Storr | Provided former employee address change report for May to HR. |
| | 6/19/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/19/2014 | Gary L. Storr | Reset user email password. |
| | 6/19/2014 | Gary L. Storr | Created impact spreadsheet and scheduled session to discuss security certificate expiration on SAP BW server and impact to inoperable reports. |
| | 6/19/2014 | Gary L. Storr | Reviewed June AT&T billing statement and processed for payment. |
| | 6/19/2014 | Gary L. Storr | Reviewed June Akibia billing statement and processed for payment. |
| | 6/19/2014 | Gary L. Storr | Provided system permissions to user allowing access to Abandoned Property detail. |
| | 6/19/2014 | Gary L. Storr | Assisted user in search for real estate lease detail. |
| | 6/19/2014 | Gary L. Storr | Ran offsite backups for QuickBooks company files. |
| | 6/19/2014 | Gary L. Storr | Installed monitoring laptop in data center. |
| | 6/23/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/23/2014 | Gary L. Storr | Meeting with E&Y (J. Woods), G. Storr, K. Ponder, and D. Cozart - RE: Debtors reporting issue. |
| | 6/23/2014 | Gary L. Storr | Reviewed June Frontier billing and processed for payment. |
| | 6/23/2014 | Gary L. Storr | Reset user password. |
| | 6/23/2014 | Gary L. Storr | Addressed security issue on user PC. |
| | 6/23/2014 | Gary L. Storr | Resolved backup issue on user PC. |
| | 6/23/2014 | Gary L. Storr | Continued troubleshooting and impact assessment of security certificate expiration on SAP BW server. |
| | 6/23/2014 | Gary L. Storr | Met with local circuit provider to provide access and support to data center. |
| | 6/23/2014 | Kim Ponder | Meeting with E&Y (J. Wood), G. Storr, T. Ross, and D. Cozart re: debtors reporting issue.. |
| | 6/23/2014 | Timothy C. Ross | Meeting with E&Y (J. Woods), G. Storr, K. Ponder, and D. Cozart - RE: Debtors archived reporting issue. |
| | 6/23/2014 | William D. Cozart | Meeting with E&Y (J. Woods), G. Storr, K. Ponder, and T. Ross - RE: Debtors reporting issue. |
| | 6/24/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/24/2014 | Gary L. Storr | Met with E&Y to discuss AP data requirements to support possible IRS audits. |
| | 6/24/2014 | Gary L. Storr | Began analytics and reporting process to extract vendor data to support E&Y request. |
| | 6/24/2014 | Gary L. Storr | Performed updates to data in employee database. |
| | 6/24/2014 | Gary L. Storr | Continued troubleshooting and impact assessment of security certificate expiration on SAP BW server. |
| | 6/24/2014 | Gary L. Storr | Reviewed issues reported by Iron Mountain on payables and billing statements. |
| | 6/24/2014 | William D. Cozart | Meeting with E&Y (J. Woods, S. Jacks). G. Storr, and K. Ponder - RE: Debtors reporting issue. |
| | 6/25/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/25/2014 | Gary L. Storr | Continued troubleshooting and impact assessment of security certificate expiration on SAP BW server. |
| | 6/25/2014 | Gary L. Storr | Configured three new desktop phones for JCI in RTP facility. |
| | 6/25/2014 | Gary L. Storr | Provided estimate for possible re-operalization of RTP PBX for leasee. |
| | 6/26/2014 | Gary L. Storr | Performed Daily Data Center health check. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project ( | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/26/2014 | Gary L. Storr | Continued troubleshooting and impact assessment of security certificate expiration on SAP BW server. |
| | 6/26/2014 | Gary L. Storr | Assisted user with PC application issue. |
| | 6/26/2014 | Gary L. Storr | Reset user password. |
| | 6/26/2014 | Gary L. Storr | Ran offsite backups for QuickBooks company files. |
| | 6/30/2014 | Gary L. Storr | Performed Daily Data Center health check. |
| | 6/30/2014 | Gary L. Storr | Resolved network issue impacting RTP facility. |
| | 6/30/2014 | Gary L. Storr | Ran SAP report in support of foreign entity |
| | 6/30/2014 | Gary L. Storr | Continued troubleshooting and impact assessment of security certificate expiration on SAP BW server. |

**Information Technology Operations Total**

### Insurance & Risk Management

| | Date | Professional | Description |
|---|---|---|---|
| | 6/18/2014 | Timothy C. Ross | Received, reviewed, and responded to Marsh, Inc. - RE: 2014 Broker Fee. |
| | 6/19/2014 | Timothy C. Ross | Reviewed and executed Debtors insurance broker agreement - RE: Marsh 2014. |
| | 6/24/2014 | Timothy C. Ross | Worked Debtors insurance & risk management matters - RE: 2014 Broker Fee Invoice. |

**Insurance & Risk Management Total**

### Professional Fee Applications

| | Date | Professional | Description |
|---|---|---|---|
| | 6/2/2014 | Timothy C. Ross | Received, reviewed, and responded to Professional fee payment questions |
| | 6/3/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors professional fee matters |
| | 6/4/2014 | Kim Ponder | Processing of weekly Professional Fee applications. |
| | 6/9/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors professional fee application and payment schedule questions. |
| | 6/11/2014 | Kim Ponder | Final reconciliation of amounts due Professionals per 20th Omnibus Order. |
| | 6/18/2014 | Kim Ponder | Processed weekly Professional Fee application filed. |
| | 6/25/2014 | Kim Ponder | Processed weekly Professional Fee applications. |
| | 6/27/2014 | Timothy C. Ross | Received, reviewed, and responded to RLKS correspondences - RE: professional  fees disbursements. |

**Professional Fee Applications Total**

### Real Estate Management

| | Date | Professional | Description |
|---|---|---|---|
| | 6/3/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters - RE: Updated Nortel Liability Certificates for Landlords. |
| | 6/4/2014 | Timothy C. Ross | Reviewed Debtors rent accounts receivable and worked collection matters. |
| | 6/4/2014 | Timothy C. Ross | Meeting with JCI (A. Lane) - RE: Property management update review. |
| | 6/5/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: Avaya rental of fitness center space. |
| | 6/10/2014 | Jessica A. Lloyd | Review Subtenant billings and revise based on contracted terms. |
| | 6/12/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: FW: HCL & Park Point. |
| | 6/12/2014 | Timothy C. Ross | Worked Debtors collection matter - RE: Forse, Inc. rent. |
| | 6/17/2014 | Timothy C. Ross | Prepared and submitted Rent roll for RTP and Richardson properties July 1, 2014. |
| | 6/17/2014 | Timothy C. Ross | Prepared and submitted tenant rental income for invoicing - RE: July 1, 2014 rent. |
| | 6/18/2014 | Timothy C. Ross | Prepared and communicated annual CPI adjustment analysis for communication to tenant - Genband Richardson Sublease. |
| | 6/18/2014 | Timothy C. Ross | Worked Debtors collection matters - RE: Forse past due rent. |
| | 6/18/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors tenant invoices - RE: July 2014. |
| | 6/18/2014 | Timothy C. Ross | Meeting with Johnson Controls (A. Lane) - RE: Debtors property management review. |
| | 6/19/2014 | Timothy C. Ross | Reviewed and executed Foxconn Sublease Agreement. |
| | 6/24/2014 | Jessica A. Lloyd | Review vendor invoice for copier services.  Draft email for vendor regarding contact information. |
| | 6/25/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: RE: Foxconn/Paragon - PBX switch usage. |
| | 6/25/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: AR review & collection. |
| | 6/30/2014 | Jessica A. Lloyd | Review copier vendor emails and respond to vendor contact regarding disputed invoices.  Revise aging and send to JCI. |

**Real Estate Management Total**

### Residual Business Operations

| | Date | Professional | Description |
|---|---|---|---|
| | 6/2/2014 | Timothy C. Ross | Conference call with Randstad/Mergis (L. Dubois) - RE: finalize staffing arrangement for A. Stout. |
| | 6/2/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE: divest holding. |
| | 6/3/2014 | Allen K. Stout | Investment correspondence. |
| | 6/3/2014 | Timothy C. Ross | Received, reviewed, and reconciled environmental provision cost estimate materials sent by Golder Associates - RE: West Palm site. |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Project ( | Date | Professional | Project Work Description |
|---|---|---|---|
| | 6/3/2014 | Timothy C. Ross | Received, reviewed, and responded to Epiq request - RE: Nortel - Customer Support. |
| | 6/3/2014 | Timothy C. Ross | Received, reviewed, and responded to CGSH (R. Eckenrod) correspondences - RE: shares. |
| | 6/4/2014 | Allen K. Stout | Follow-up on  investment and royalty. |
| | 6/4/2014 | Deborah M. Parker | Residual Business - Unclaimed Property . |
| | 6/4/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors residual business matter |
| | 6/4/2014 | Timothy C. Ross | Follow-up with CGSH (L. Lipner) on Debtors residual business matters |
| | 6/5/2014 | Deborah M. Parker | Residual Business - Unclaimed Property . |
| | 6/5/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notificatios. |
| | 6/5/2014 | Timothy C. Ross | Meeting with D. Parker - RE: Debtors unclaimed property status update. |
| | 6/11/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notifications |
| | 6/12/2014 | Jane C. Davison | Check e-mails, forward items as required. |
| | 6/12/2014 | Timothy C. Ross | Worked Debtors Residual Operations matter |
| | 6/13/2014 | Timothy C. Ross | Received, reviewed, and responded to residual business matters - RE:  investments |
| | 6/13/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process matters |
| | 6/16/2014 | Timothy C. Ross | Received, analyzed, and authorized Golder Associates charges - RE: Golder Invoice 386545 for the work completed at the Former Nortel Facility at West Palm Beach, Florida through 6/1/2014. |
| | 6/17/2014 | Allen K. Stout | Research reimbursement of an expense voucher (laptop repair) and submit same to T. Ross for approval. |
| | 6/17/2014 | Timothy C. Ross | Reviewed and authorized Debtors abandoned property claims applications. |
| | 6/18/2014 | Allen K. Stout | Review and analyze investment financials in preparation for meeting with T. Ross. |
| | 6/18/2014 | Timothy C. Ross | Received, reviewed, and responded to RLKS correspondences - RE: Debtors July Wind Down Project Review. |
| | 6/18/2014 | Timothy C. Ross | Worked Debtors collection issue |
| | 6/19/2014 | Allen K. Stout | Conference call with T. Ross RE: entity financials. |
| | 6/19/2014 | Timothy C. Ross | Received, analyzed and responded to US Principal Officer regarding investments |
| | 6/19/2014 | Timothy C. Ross | Conference call with A. Stout - RE: investments |
| | 6/23/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: Monthly Statement for N. Glenville Drive. |
| | 6/23/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors unclaimed property claims matters. |
| | 6/24/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors residual business matters - RE: documents requested by State of CA for unclaimed property. |
| | 6/24/2014 | Timothy C. Ross | Reviewed and executed Debtors abandoned property refund claims. |
| | 6/25/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE: investments |
| | 6/25/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matter - RE:  Settlement. |
| | 6/26/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE: June 30 staffing termination notification to Randstad. |
| | 6/30/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matters - RE: former customer. |

**Residual Business Operations Total**

**Tax Matters**

| | Date | Professional | Description |
|---|---|---|---|
| | 6/2/2014 | Timothy C. Ross | Received, reviewed, and authorized E&Y OOS invoicing - RE: Nortel - April billing files. |
| | 6/5/2014 | Timothy C. Ross | Meeting with E&Y (J. Wood and J. Scott) - RE: Debtors tax project status update. |
| | 6/5/2014 | Timothy C. Ross | Conference call with CGSH and E&Y - RE: tax matters |
| | 6/5/2014 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: Annual Reports and Business Licenses. |
| | 6/10/2014 | Timothy C. Ross | Worked Debtors tax matters - RE: invoices for review and approval. |
| | 6/18/2014 | Timothy C. Ross | Meeting with E&Y (J. Wood) - RE: IRS update. |
| | 6/19/2014 | Kim Ponder | Online filing of New Jersey annual report. |
| | 6/19/2014 | Timothy C. Ross | Meeting with E&Y (J. Wood and J. Scott) - RE: Debtors tax project update. |
| | 6/19/2014 | Timothy C. Ross | Reviewed and authorized Sec. 382 SOW and estimate. |
| | 6/23/2014 | Timothy C. Ross | Reviewed and authorized E&Y OOS invoices - RE: May 2014. |
| | 6/24/2014 | Kim Ponder | Meeting with EY (J Wood & S Jacks), G Storr and D Cozart re: debtors reporting issue. |
| | 6/24/2014 | Kim Ponder | Archive research in preparation for meeting re:  debtors reporting issue. |
| | 6/24/2014 | Timothy C. Ross | Meeting with E&Y (J. Scott, A. Beakey, and J. Wood) - RE: Debtors tax project update. |
| | 6/24/2014 | Timothy C. Ross | Worked Debtors tax matters |
| | 6/25/2014 | Timothy C. Ross | Received, reviewed, and responded to Wilmington Trust correspondences |
| | 6/27/2014 | Timothy C. Ross | Worked Debtors tax matter - RE: Foreign Bank Account reporting issue. |
| | 6/30/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax reporting matter |
| | 6/30/2014 | William D. Cozart | Respond to questions regarding FBAR filing. |

**Tax Matters Total**

**For the period of June 1, 2014 through June 30, 2014**