**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of June 1, 2014 through June 30, 2014

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 159.63 |
| Professional | - |
| Miscellaneous | - |
| **For the period of June 1, 2014 through June 30, 2014** | **$ 159.63** |