# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of June 1, 2014 through June 30, 2014

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 06/18/14 | Kim Ponder | Office Supplies | Local |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | Staples & Office Depot | 159.63 |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ 159.63** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

**For the period of June 1, 2014 through June 30, 2014**     **$ 159.63**