IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14123 - 14140, 14193** |

### AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 12, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
___ day of August, 2014

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2022

17

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

                    Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    SILVA, JAIME
       146 BRIARWOOD ROAD
       FLORHAM PARK, NJ 07932

SILVA, JAIME
JAIME SILVA
146 BRIARWOOD RD
FLORHAM PARK NJ 07932

Please note that your claim # 1818 in the above referenced case and in the amount of
     $29,615.00 allowed at $31,792.64  has been transferred **(unless previously expunged by court order)** to:

       HAIN CAPITAL HOLDINGS, LLC
       TRANSFEROR: SILVA, JAIME
       ATTN: AMANDA RAPOPORT
       301 ROUTE 17, 7TH FLOOR
       RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14136     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/12/2014                        David D. Bird, Clerk of Court

                                        /s/ Kimberly Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 12, 2014.

EXHIBIT B

TIME: 16:18:45
DATE: 08/12/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| CALCAGNO, RICHARD | 660 LONGWOOD DRIVE ATLANTA GA 30305 |
| CLIFTON, CRAIG | 4517 W 140TH ST LEAWOOD KS 66224 |
| DEBRUN, THOMAS E | 516 PARISHGATE CIR FUQUAY-VARINA NC 27526 |
| DONATO, RICHARD A. | 308 ROSE PETAL RUN WAKE FOREST NC 27587 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CALCAGNO, RICHARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CLIFTON, CRAIG ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DEBRUN, THOMAS E ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DONATO, RICHARD A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HARTSHORN, TEFFIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HERMAN, RON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HUMPHRESS, JOHN W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JONES, DONNA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JONES, MAIJA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KASHANIAN, ALI ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LEGASPY, AMERICA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LI, BIN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LUGAR, BRENDA W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MILLIGAN, PATRICK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NGUYEN, LAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PATEL, KISHOR A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SCHATZ, BOBBIE F. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| BAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SILVA, JAIME ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HERMAN, RON | 1311 FERNYCROVAL CT. PATTERSON CA 95363 |
| HODGPRESS, JOHN W. | 7308 BECKINGTON DR. FRISCO TX 75035 |
| JONES, DONNA | 956 MOSSVINE DR PLANO TX 75023 |
| JONES, MAIJA | 101 CUPOLA CHASE WAY CARY NC 27519 |
| KASHANIAN, ALI | 1501 MOBIL CREEK LANE RALEIGH NC 27610 |
| LEGASPY, AMERICA | 15373 MOUNTAINVIEW LN FRISCO TX 75035 |
| LI, BIN | AMERICA LEGASPY 3010 COUNTY ROAD 2639 CADDO MILLS TX 75135-7467 |
| LUGAR, BRENDA W. | 4751 SAN LUCAS WAY SAN JOSE CA 95135 |
| MACKIEL, JOAN | 4109 MAYNARD CIRCLE FRANKLINTON NC 27525 |
| MILLIGAN, PATRICK | 44 BOSTON AVENUE NORTH ARLINGTON NJ 07031 |
| NGUYEN, LAN | 2609 PELICAN BAY DR. PLANO TX 75093 |
| PATEL, KISHOR A. | 44005 CASSATT COMMON FREMONT CA 94539 |
| SCHATZ, BOBBIE F. | 2918 OAK POINT DR GARLAND TX 75044 |
| SILVA, JAIME | 10118 BARNHART WAY RALEIGH NC 27617 |
| SILVA, JAIME | 146 BRIARWOOD RD FLORHAM PARK NJ 07932 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MACKIEL, JOAN C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    39

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006