# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*                                                   :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
:
           Debtors.                   :    Jointly Administered
:
:
----------------------------------------------------------X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on August 13, 2014, a copy of the **Notice of Proposed Settlement of Certain Post-Petition Claims Against the Debtors** was served in the manner indicated upon the parties on the attached service list.

Dated: August 13, 2014      CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE              James L. Bromley (admitted *pro hac vice*)
                             Lisa M. Schweitzer (admitted *pro hac vice*)
                             One Liberty Plaza
                             New York, New York 10006
                             Telephone: (212) 225-2000
                             Facsimile: (212) 225-3999

                             - and -

                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                             */s/ Ann C. Cordo*
                             Eric D. Schwartz (No. 3134)
                             Derek C. Abbott (No. 3376)
                             Ann C. Cordo (No. 4817)
                             Tamara K. Minott (No. 5643)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

7641850.11

**Via Hand Delivery**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

**Via First Class Mail**

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020