IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X  Chapter 11
:
*In re*                                                     :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                          :  Jointly Administered
:
                                              Debtors.      :
:
------------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 19, 2014 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**RESOLVED MATTER**

1. Debtors' Thirty-Sixth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims and No-Basis Pension Claims) (D.I. 14048, Filed 7/18/14).

   Objection Deadline: August 8, 2014 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   (a) Certificate of No Objection Regarding Debtors' Thirty-Sixth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims and No-Basis Pension Claims) (D.I. 14201, Filed 8/12/14); and

(b)    Order Granting Debtors' Thirty-Sixth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims and No-Basis Pension Claims) (D.I. 14209, Entered 8/13/14).

Status:  An order has been entered resolving this matter.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

2.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with United States Debt Recovery VIII, L.P. (D.I. 14074, Filed 7/23/14).

Objection Deadline:  August 11, 2014 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

(a)    Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with United States Debt Recovery VIII, L.P. (D.I. 14215, Filed 8/14/14); and

(b)    Proposed Form of Order.

Status:  There have been no objections and a CNO has been filed.

**CONTESTED MATTER GOING FORWARD**

3.    Creditors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Amendments to the Stipulation I.D. 4010 to the Claim No. 4643 Filed by Ernest Demel (D.I. 13875, Filed 6/18/14).

Objection Deadline:  N/A

Responses Received:

(a)    Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (D.I. 13960, Filed 7/7/14); and

(b)     Joinder of the Long Term Disabled VEBA Trust for Former Nortel Employees to Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (D.I. 14012, Filed 7/11/14).

Related Pleading:

(a)     Declaration of Ann C. Cordo in Support of Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (D.I. 13961, Filed 7/7/14);

(b)     Notice of Hearing on Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (D.I. 13962, Filed 7/7/14); and

(c)     Creditor's Response to Debtor's Objection of Motion (To be Docketed).

Status: The hearing on this matter will go forward.

Dated: August 15, 2014  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

8434463.2