# **TABLE OF AUTHORITIES**

1. Williams v. Walker-Thomas Furniture Co., 350 F.2d 445, 449 (1965).

2. Hume v. United States, 132 U.S. 406, 411 (1889).

3. Schaeffer v. Moore, 262 S.W.2d 854 (Mo. 1953);

4. Sizemore v. Miller, 196 Ore. 89, 247 P.2d 224 (1952),

5. UCC Section 2-302, 114 U. PA. L. Rrv. 998. 1001-02 (1966)

6. Elkins-Dell Mfg. Co., 253 F. Supp. 864, 873-74, (E.D. Pa. 1966).

7. Hedges v. Dixon County, 150 U.S. 182, 189 (1893). 1948).

8. **Hume v. United States ::** 132 U.S. 406 **(1889) :: Justia** US ...

9. **Chief Justice Fuller** in Hume v United States 132 U.S. 406, 411 (1889)

*5*