UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11

Nortel Networks, Inc. et al
Debtors.

No. 09-10138 (KG)
Jointly Administered

vs
Ernest Demel
Creditor.

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I ERNEST Demel over 18 years of age hereby certify that a set of copies of the foregoing Motion documents were served on the following parties by USPS certified mail on 8-9-14

Date: 8-9-14                    Ernest Demel……….

TO: CLEARY GOTTLIEB STEEN & HAMILTON LLP
To. Benjamin S. Beller | Law Clerk
One Liberty Plaza
New York, New York 10006

Creditors' Committee
Akin Gump Strauss Hauer & Feld LLP
Fred S .Hodara Esq.
One Bryant Park
New York  NY 10036

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 Market Street Fl. 6
Court Room # 3
Wilmington, Delaware 19801

Mark Kenney, Esq
OFFICE OF US TRUSTEE
844. King Street
Suite 2207 Lockbox 35
Wilmington, Delaware 19801

Mark Collins, Esq
OFFICE OF US TRUSTEE
One Rodney Square
920 N King Street
Wilmington, Delaware 19801

Rafael X Zahralddin
1105 Market Street Suite 1700
Wilmington, Delaware 19801

6