UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al
Debtors.

Vs.

Ernest Demel
Creditor.

Chapter 11

No. 09-10138 (KG)
Jointly Administered

**NOTICE OF HEARING**

# NOTICE OF HEARING FOR AN ORDER PERMINTTING TO AMMEND THE STIPULATION AGREEMENT I.D.4010, AND ORDER 4160.

Please take notice that the USBC-DE, has scheduled a hearing on the motion The hearing to be held will be held on AUGUST 19, 2014 at the United States Bankruptcy Court for the District of Delaware. 825 MARKET STREET 6 TH Floor COURT ROOM #3 Wilmington Delaware, 19801 At10.00 a.m.. (ET)

7