# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al
Debtors.

Ernest Demel
Creditor.

Chapter 11

No. 09-10138 (KG)
Jointly Administered

AMMENDMENTS

## AMMENDMENTS TO THE STIPULATION AGREEMENT I.D.4010,

It is hereby most respectfully request the Court to revisit and amend the previous STIPULATION AGREEMENT I.D.4010, and Order I.D.4060,

I am requesting the court to approve the amendments required to remedy the problems in the old contract.

(1) The Amendments to the stipulation agreement on (Page5 # 8).

(2) The Amendments to the stipulation agreement on (Page3 # 1(a)).

(3) The Amendments to the stipulation agreement on (Page3 # 1(b).

8