# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

Chapter 11

Nortel Networks, Inc. et al

               Debtors.

No. 09-10138 (KG)
Jointly Administered

Ernest Demel

**Proposed Order**

               Creditor.

## ORDER PERMINTTING TO AMMEND THE STIPULATION AGREEMENT I.D.4010, AND ORDER 4160.

Upon the motion filed on June 12, 2014 for entry of an order, as more fully described in the motion of Creditor Ernest Demel, for permitting the amendments to the Stipulation Agreement.

### I.D.4010  Clauses on: Page 5 #8, Page 3 #1 (a), Page 3 #1(b)

IT IS HEREBY ORDERED

The Parties are permitted to make amendments to the stipulation agreement I.D.4010

Dated:_____ 2014

Wilmington, Delaware.

_____

THE HONRABLE KAVIN GROSS
U. S. BANKRUPTCY JUDGE.

EXHIBIT A