**UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

Chapter 11

Nortel Networks, Inc. et al

Debtors.

No. 09-10138 (KG)
Jointly Administered

Ernest Demel

**CERTIFICATE**
**OF NO OBJECTION**

Creditor.

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.11542**

The undersigned thereby certifies that as of the date hereof, I have received no answer, objection, or other responsive pleading to my Motion filed on September 5, 2013 **(docket No. 11542)** requesting the Court to revisit and amend the previous Order entered on 10-14-10.  **( Re. ID. 4160, Claim # 4643 related documents 4010)**

The undersigned further certifies that he has reviewed the Court's docket on June 9, 2014 at 9 AM. On the said case and no answer, objection, or other responsive pleading to the Motion (Docket 11542) appears thereon. Pursuant to 11542, the **Notice of Motion, filed on 09-5-2013.**

It is hereby most respectfully request the Court to revisit and amend the previous Order attached to this motion. (RE.ID.4060, As Exhibit A.)

I am requesting the court to approve the amendments required to remedy the problems in the old contract.

(1) The Amendments to the stipulation agreement on (Page5 # 8).

(2) The Amendments to the stipulation agreement on (Page3 # 1(a)).

(3) The Amendments to the stipulation agreement on (Page3 # 1(b).

I most humbly and respectfully submitted.

Ernest Demel.     Pro se litigant Dated: June 12, 2014

Ernest Demel Email. ernestdemel@ymail.com Tel. 1 646 559 9992
530 West, 55 street, # 13 K New York City. New York. 10019

Case No.  09-10138 (KG) L ED

2013 SEP -5  AM 8: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I ERNEST DEMEL under penalty of perjury say that I have served a copy of the attached " Motion " to the Defendants:  Ms. Lisa M Schweitzer  NORTEL DEFENDATS One Liberty Plaza New York, N Y 10006   Via, USPS PRIORITY Mail on 09-01-13

Signature.

Ernest Demel   09-01-13
Address: 530 west, 55 street # 13 K
New York City  New York.  10019.

Email: ernestdemel@ymail.com  Tel/Fax  1 646 559 9992

A₂

H4