UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al, Debtors. Vs. Ernest Demel, Creditor   Chapter 11 No. 09-10138(KG)

---

## LETTER TO NORTEL TO AMAND ID. 4010   Re ID. 11542

Attorneys for the Nortel Debtors.
To. Lisa M. Schweitzer (lschweitzer@cgsh.com)
One Liberty Plaza
New York, New York 10006

Dear Counsel, Ms. Lisa M. Schweitzer.

    I am writing this letter to you as a last resort to get a fair resolution to my LTD **Claim. #4643**. The money promised in the contract by Nortel (Stipulation Agreement) is not forth coming. In order **to get the money now, He has to sell his claim to third party**. Now the market value of the Nortel claim is 87 cents to a dollar. In order to sell his claim, He has to modify and amend the contract Page 5, # 8. (No Transfer clause)

> The validity of the one sided contract is questionable and problematic; so far the Debtor received the benefits of the Settlement Agreement without any burden for their compromise. [(Nortel, bailout their LTD plans, Representatives and Fiduciaries Executors, Administrators and Trustees, without paying a cent, from USDC-New York case No. 07-CV-0189 (GBD)] Nortel's breach of trust activities and conduct suggest intrinsic or extrinsic fraud. There are other fraudulent activities, which are not relevant to this letter.

    The irrational, unreasonable compromise in the contract Page 3, # 1 (a) has to be amended, to balance the impartiality of the contract. (Nortel's New Balance Sheet is robust. The Creditor's present monetary situation is in crisis, and very bleak. Therefor no one should get unfairly rich or no need to loose Long-Term Disability, LTD money.

    Please note there is a provision in the agreement that allows the parties to change the contract, by mutual consent. (See Page 5. # 7) we should amend the Stipulation Agreement to remedy the above matter.

B/

Quick recap of the case history. Mr. Demel worked as a Digital Electronic Engineer with the Nortel Task force. Later worked as an in field engineer /commissioner in the field with 80% of travel in US and round the globe, duties lead to "*white collar slavery*" during the "Golden Days" of Nortel.

On a winter day in February 1984, while he was driving to a job site; He met with a grave accident and became disabled. He received Nortel's Short-Term Disability, and all other accident related benefits. Nortel withheld his Long Term Disability payments (LTD) and the Pension Benefits. The Honorable Judge George B Daniels, (USDC New York,) awarded the Disability Pension. On behalf Nortel, PBGC paid Mr. Demel's Pension. The other Nortel's LTD defendants were withdrawn from the USDC New York Case, as a consideration in the contract.

Now I am burdened, and imprisoned with the "problems of the contract" related to LTD money (the offer). I am appealing to Nortel to consider the said matter for the sake of fairness and Justice and to engage in a joint amendment to the contract.

The Debtors were authorized to take any action necessary to perform their obligations arising under the Stipulation Agreement. See the Order # 3. Honorable Judge. Kevin Gross. USBC- Delaware.

Please be kind enough to reply on or before May 20 Th 2014. Via Email or Express Mail. Thanking you in advance.

Ernest Demel, Pro se.

Therefore, Ernest Demel states that the information set forth is true to the best of his knowledge and belief. Signed under penalties of perjury this 13 Th day of May 2014.

Sworn before me on this day of: May. 13 Th 2014.

Notary Public

Ernest Demel of New York City

SAMUIL KESLER
Notary Public - State of New York
NO. 01KE6289097
Qualified in Kings County
My Commission Expires Sep 23, 2017

C.C. To Ann Cordo

Ernest Demel. Email. ernestdemel@ymail.com Tel. 1 646 559 9992 , 2753.
530 West, 55 street, # 13 K New York City. New York. 10019