B10 (Official Form 10) (12/08)

| United States Bankruptcy Court - District of Delaware | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>Nortel Networks, Inc. | Case Number:<br>09-10138 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Ernest Demel**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Gary Stone
South Brooklyn Lgl Svcs
Legal Services NYC
105 Court Street, 3rd Floor
Brooklyn, NY 11201
Telephone number: (718) 237-5542

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Jeremy M. King, Esq.
Dickstein Shapiro, LLP
1633 Broadway
New York 10019-6708

Telephone number: (212) 277-6718

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $1,924,557.70

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

■ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Retiree benefits, penalties under ERISA for non-payment of plan benefits
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ***-**-9711

    3a. Debtor may have scheduled account as: Ernest Demel (on Sch. F)
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any do purchase orders, invoices, itemized statements or agreements. You may also attach a summary. Att perfection of a security interest. You may also at
DO NOT SEND ORIGINAL DOCUMENTS. A1 SCANNING.
If the documents are not available, please explain.

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)        0000004643

FOR COURT USE ONLY
**FILED / RECEIVED**
SEP 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:
September 25, 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ William Z. Kransdorf, Esq.
William Z. Kransdorf, Esq.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

C