Court File No. 09-CL-7950

# ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED.

— and —

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al*.,<br><br>                                Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**BOOK OF AUTHORITIES FOR THE US INTERESTS**

# INDEX OF AUTHORITIES

| Tab | Description |
|---|---|
| | Rules and Statutes |
| 1 | 26 C.F.R. 1.6662-6 |
| 2 | 11 U.S.C. § 105 |
| 3 | 11 U.S.C. § 363 |
| 4 | 11 U.S.C. § 541 |
| 5 | 11 U.S.C. §§ 1125 |
| 6 | 11 U.S.C. § 1129 |
| 7 | 28 U.S.C. § 157 |
| 8 | 35 U.S.C. § 154 |
| 9 | 35 U.S.C. § 271 |
| 10 | Bankruptcy & Insolvency Act (Canada), R.S.C., 1985, c. B-3, s. 96 |
| 11 | Canada Business Corporations Act, R.S.C. 1985 c. C-44 |
| 12 | CCAA, RSC 1985, c. C-36 |
| 13 | Fed. R. Civ. P. 26 |
| 14 | Income Tax Act, R.S.C., 1985, c. 1 |
| 15 | Patent Act (Canada), R.S.C., 1985 c. P-4 |
| 16 | Restatement (Second) of Contracts § 223 |
| | **Cases** |
| 17 | *3869130 Canada Inc. v I.C.B. Distribution Inc.* [2008] O.J. No. 1947 |
| 18 | *507582 B.C. Ltd. v. R.*, 2008 TCC 220 |

| Tab | Description |
|---|---|
| 19 | *Abbott Labs. v. Diamedix Corp.*, 47 F.3d 1128 (Fed. Cir. 1995) |
| 20 | *Adtronics Signs Ltd. v Sicon Group*, [2004] B.C.J. No. 1885 |
| 21 | *Alberta Oil Sands Pipeline Ltd. v. Canadian Oil Sands Ltd*, 2012 ABQB 524 |
| 22 | *Alberts v. HCA Inc. (In re Greater Se. Cmty. Hosp. Corp. I)*, No. 04-10366, 2008 WL 2037592 (Bankr. D. D.C. May 12, 2008) |
| 23 | *Am. Cyanamid Co. v. Novopharm Ltd.*, [1972] F.C. 739 (Can. F.C.A.) |
| 24 | *Am. Sur. Co. v. Marotta*, 287 U.S. 513 (1933) |
| 25 | *Anderson v. Wachovia Mortg. Corp.*, 621 F.3d 261 (3d Cir. 2010) |
| 26 | *B.C. Rail Partnership v. Standard Car Truck Co.*, 2009 NSSC 240 |
| 27 | *Baldwin Piano, Inc. v. Deutsche Wurlitzer GmbH*, 392 F.3d 881 (7th Cir. 2004) |
| 28 | *Baldwin v. Univ. of Pittsburgh Med. Ctr.*, 636 F.3d 69 (3d Cir. 2011) |
| 29 | *Bentley Sys., Inc. v. Intergraph Corp.*, No. CIV. A. 98-3489, 1998 WL 800344 (E.D. Pa. Nov. 16, 1998) |
| 30 | *Berckeley Investment Group, Ltd v. Colkitt*, 455 F.3d 195 (3d Cir. 2006) |
| 31 | *Blackstone Consulting Inc. v. United States*, 65 Fed. Cl. 463 (Fed. Cl. 2005) |
| 32 | *Bowater Newfoundland Ltd. v. Newfoundland and Labrador Hydro*, [1978] N.J. No. 14, 15 Nfld. & P.E.I.R. 301 (Can. Nfld. C.A.) |
| 33 | *Broadcast Music, Inc. v. DMX Inc.*, 683 F.3d 32 (2d Cir. 2012) |

| Tab | Description |
|---|---|
| 34 | *C.I. Covington Fund Inc. v. White*,<br>2000 CarswellOnt 4680, 10 B.L.R. (3d) 173 (Can. Ont. S.C.J.) |
| 35 | *Calloway REIT (Westgate) Inc. v. Michaels of Canada ULC*,<br>[2009] O.J. No. 761 (Can. Ont. S.C.J.), *aff'd* 2009 ONCA 713 |
| 36 | *Campbell-MacIsaac v. Deveaux*,<br>[2004] N.S.J. No. 250, 224 N.S.R. (2d) 315 (Can. N.S.C.A) |
| 37 | *Canadian Bronze Co. v. Shrum*,<br>1980 CarswellOnt 404 (Ont. S.C.[Master's Chambers]) |
| 38 | *Canadian Imperial Bank of Commerce v. Melnitzer (Trustee of)*<br>(1993), 23 C.B.R. (3d) (Can. Ont. Bktcy.), |
| 39 | *Canadian Imperial Bank of Commerce v. Melnitzer (Trustee of)*<br>(1997), 50 C.B.R. (3d) 79 (Can. Ont. C.A.) |
| 40 | *Canadian Newspapers Co. v. Kansa General Insurance Co.*,<br>[1996] O.J. No. 3054, 30 O.R. (3d) 257 (Ont. C.A.) |
| 41 | *Casper v. SMG*,<br>389 F. Supp. 2d 618 (D.N.J. 2005) |
| 42 | *Central Capital Corp., Re*,<br>(1995), 29 C.B.R. (3d) 33 (Can. Ont. C.J. (Gen. Div. – Commercial List)) |
| 43 | *Central Capital Corp., Re*,<br>(1996), 38 C.B.R. (3d) (Can. Ont. C.A.) |
| 44 | *Computershare v. Crystallex*,<br>2011 ONSC 5748 (Newbould J.) |
| 45 | *Consolidated-Bathurst Export Ltd. v. Mutual Boiler & Machinery Insurance Co.*,<br>1979 CanLII 10 (SCC), [1980] 1 S.C.R. 888 |
| 46 | *CoreBrace LLC v. Star Seismic LLC*,<br>566 F.3d 1069 (Fed. Cir. 2009) |
| 47 | *Credit Suisse First Boston v. Owens Corning (In re Owens Corning)*,<br>419 F.3d 195 (3d Cir. 2005) |
| 48 | *Crystallex International Corp. (Re)*,<br>2012 ONSC 2125 |


| Tab | Description |
|---|---|
| 49 | *Crystallex International Corp. (Re)*, 2012 ONCA 404 |
| 50 | *Cyrix Corp. v. Intel Corp.*, 77 F.3d 1381 (Fed. Cir. 1996) |
| 51 | *Daubert v. Merrell Dow Pharm*, 509 U.S. 579 (1993) |
| 52 | *Downey v. Ecore International Inc.*, 2012 ONCA 480 |
| 53 | *Dumbrell v. Regional Group of Companies Inc.*, [2007] O.J. No 298 (Can. Ont. C.A.) |
| 54 | *Duncombe Estate, Re* (1902) 3 O.L.R. 510, O.W.R. 153 (Ont H.C.) |
| 55 | *E.I. du Pont de Nemours & Co. v. Shell Oil Co.*, 498 A.2d 1108 (Del. 1985) |
| 56 | *Eli Lilly & Co. v. Apotex Inc.*, 2009 FC 991 (Can. F.C.) |
| 57 | *Eli Lilly & Co. v. Novopharm Ltd.*, [1998] 2 S.C.R. 129 |
| 58 | *Elliott v. Billings (Township) Board of Education,* [1960] O.R. 583 (Can. Ont. C.A.) |
| 59 | *First Fed. Sav. Bank of Hegewisch v. United States*, 52 Fed. Cl. 774 (Fed. Cl. Ct. 2002) |
| 60 | *Flintkote Co. v. Gen. Accident Assurance Co. of Can.*, No. C 04-1827 MHP, 2009 WL 3568644 (N.D. Cal. Oct. 27, 2009) |
| 61 | *Georgia Construction Co. v. Pacific Great Eastern Railway Co.*, [1929] S.C.R. 630 |
| 62 | *Glaswegian Enterprises Ltd. v. B.C. Tel Mobility*, [1997] B.C.J. No. 2946 (Can. B.C.C.A.) |
| 63 | *Greenberg v. Meffert*, [1985] O.J. No. 2539 (Can. Ont. C.A.) |

| Tab | Description |
|-----|-------------|
| 64 | *GRT v. Marathon GTF Technology, Ltd.*, Civ. A. No. 5571-CS, 2011 WL 2682898 (July 11, 2011 Del. Ch. 2011) |
| 65 | *Harvard College v. Canada*, [2002] 4 S.C.R. 45 |
| 66 | *Hechinger Litig. Trust v. Bankboston Retail Finance, Inc. (In re Hechinger Inv. Co. of Delaware)*, 147 F. App'x 248 (3d Cir. 2005) |
| 67 | *Hemosol Corp., Re*, [2006] O.J. No. 4018 (Can. Ont. S.C.J. [Commercial List]) |
| 68 | *Henderson v. Minister of Nat'l Revenue*, [1973], C.T.C. 636 (Can. Tax Ct.) |
| 69 | *Highland Capital Mgmt., L.P. v. Schneider*, 551 F. Supp. 2d 173 (S.D.N.Y. 2008) |
| 70 | *Holston Invs., Inc. B.V.I. v. LanLogistics Corp.*, 677 F.3d 1068 (11th Cir. 2012) |
| 71 | *Honeywell Int'l, Inc. v. Universal Avionics Sys. Corp.*, 289 F. Supp. 2d 493 (D. Del. 2003) |
| 72 | *Imperial Oil Ltd. v. Young*, [1998] N.J. No. 248, 167 Nfld. & P.E.I.R. 280 (Can. Nfld. C.A.) |
| 73 | *In re Armstrong World Indus., Inc.*, 432 F.3d 507 (3d Cir. 2005) |
| 74 | *In re Bippert*, 311 B.R. 456 (Bankr. W.D. Tex. 2004) (Clark, J.) |
| 75 | *In re Capmark Fin. Grp. Inc.*, 438 B.R. 471 (Bankr. D. Del. 2010) |
| 76 | *In re Delaware & Hudson Ry. Co.*, 124 B.R. 169 (D. Del. 1991) |
| 77 | *In re Filene's Basement, LLC*, No. 11013511 (KJC), 2014 WL 1713416 (Bankr. D. Del Apr. 29, 2014) |
| 78 | *In re G-I Holdings, Inc.*, Nos. 13-3335, 13-3336, 2014 WL 2724129 (3d Cir. June 17, 2014) |

| Tab | Description |
|---|---|
| 79 | *In re Gen. Motors Corp.*, 407 B.R. 463 (Bankr. S.D.N.Y. 2009) |
| 80 | *In re Nortel Networks Corp.*, 426 B.R. 84 (Bankr. D. Del. 2010) |
| 81 | *In re Plassein Int'l Corp.*, 377 B.R. 126 (Bankr. D. Del. 2007) (Gross, J.) |
| 82 | *In re Pub. Serv. Co. of N.H.*, 90 B.R. 575 (Bankr. D.N.H. 1988) |
| 83 | *In re Shubh Hotels Pittsburgh, LLC*, 439 B.R. 637 (Bankr. W.D. Pa. 2010) |
| 84 | *In re Smart World Tech., LLC*, 423 F.3d 166 (2d Cir. 2005) |
| 85 | *Indep. Wireless Tel. Co. v. Radio Corp. of Am.*, 269 U.S. 459 (1926) |
| 86 | *Innovus Prime, LLC v. Panasonic Corp.*, No. C-12-00660-RMW, 2013 WL 3354390 (N.D. Cal. July 2, 2013) |
| 87 | *Intel Corp. v. Broadcom Corp.*, 173 F. Supp. 2d 201 (D. Del. 2001) |
| 88 | *Intell. Prop. Dev., Inc. v. TCI Cablevision of Cal., Inc.*, 248 F.3d 1333 (Fed. Cir. 2001) |
| 89 | *Ivaco Inc.*, *Re* (2006), 83 O.R. (3d) 108 (C.A.) |
| 90 | *Jacobsen v. Bergman*, [2002] B.C.J. No. 323 a(Can. B.C.C.A.) |
| 91 | *Johnson v. Vanguard Mfg., Inc.*, 34 Fed. App'x 858 (3d Cir. 2002) |
| 92 | *Kannankeril v. Terminix Int'l, Inc.*, 128 F.3d 802 (3d Cir. 1997) |
| 93 | *Kentucky Fried Chicken Canada v. Scott's Food Services Inc.*, [1998] O.J. No. 4368 (Can. Ont. C.A.) |

| Tab | Description |
|---|---|
| 94 | *Law v. Siegel*, 134 S. Ct. 1188 (2014) |
| 95 | *Leuthold v. Canadian Broadcasting Corp.*, 2012 FC 748 (Can. F.C.) |
| 96 | *Lids Corp. v. Marathon Inv. Partners, L.P. (In re Lids Corp.)*, 281 B.R. 535 (Bankr. D. Del. 2002) |
| 97 | *Mahaffey, Re* (1922), 52 O.L.R. 369 (Ont. H.C.) |
| 98 | *Marchand (Litig. Guardian of) v. Pub. Gen. Hosp. Soc'y of Chatham*, [2000] O.J. No. 4428 |
| 99 | *McCoy v. Mitsuboshi Cutlery, Inc.*, 67 F.3d 917 (Fed. Cir. 1995) |
| 100 | *Medtronic AVE, Inc. v. Advanced Cardiovascular Sys., Inc.*, 247 F.3d 44 (3d Cir. 2001) |
| 101 | *Merck & Co. Inc. v. Apotex Inc.*, 2010 FC 1265 (Can. F.C.) |
| 102 | *Morrow v. Microsoft Corp.*, 499 F.3d 1332 |
| 103 | *Mylan Inc. v. SmithKline Beecham Corp.*, 723 F.3d 413 (3d Cir. 2013) |
| 104 | *Nat'l Carbonising Co., Ltd. v. British Coal Distillation, Ltd.* (1937), 54 R.P.C. 41 (C.A.) |
| 105 | *Nat'l Trust Co. v. Mead*, [1990] 2 S.C.R. 410 (S.C.C.) |
| 106 | *Nexxtep Resources Ltd. v. Talisman Energy Inc.*, 2013 ABCA 40 |
| 107 | *Nordetek Envtl., Inc. v. RDP Techs., Inc.*, 862 F. Supp. 2d 406 (E.D. Pa. 2012) |
| 108 | *Nortel Networks Corporation, Re*, 2013 ONCA 427 |

| Tab | Description |
|---|---|
| 109 | *Northland Properties Ltd., Re.*, <br> [1988] 69 C.B (N.S.) 266 (Can. B.C. S.C.). |
| 110 | *Official Comm. of Unsecured Creditors v. Cajun Elec. Power Coop., Inc. (In re Cajun Elec. Power Coop., Inc.)*, <br> 119 F.3d 349 (5th Cir. 1997) |
| 111 | *Pan Am. Realty Trust v. Twenty One Kings, Inc.*, <br> 408 F.2d 937 (3d Cir. 1969) |
| 112 | *Pass Creek Enterprises Ltd. v. Kootenay Custom Log Sort Ltd.*, <br> [2003] B.C.J. No. 2508 (Can. B.C.C.A.) |
| 113 | *Pension Benefit Guar. Corp. v. Braniff Airways, Inc. (In re Braniff Airways, Inc.)*, <br> 700 F.2d 935 (5th Cir. 1983) |
| 114 | *Pleasant Summit Land Corp. v. C.I.R.*, <br> 863 F.2d 263 (3d Cir. 1988) |
| 115 | *Pocklington Foods Inc. v. Alberta (Provincial Treasurer)*, <br> (1998), 218 A.R. 59 (Can. Alta. Q.B.) |
| 116 | *Pocklington Foods Inc. v. Alberta (Provincial Treasurer)*, <br> (2000), 250 A.R. 188 (Can. Alta. C.A.) |
| 117 | *Price Waterhouse Ltd. v. A.E. LePage Real Estate Services Ltd.* <br> (1984), 51 C.B.R. (N.S.) (Can. N.S.S.C., T.D.). |
| 118 | *PSINet Ltd., Re.*, <br> (2002), 33 C.B.R. (4th) 284 |
| 119 | *PSINet Ltd., Re.*, <br> [2002] O.J. 1156 |
| 120 | *R. v. Century 21 Ramos Realty Inc.*, <br> (1987), 32 C.C.C. (3d) 353 |
| 121 | *R. v. Dunn*, <br> 2013 ONSC 137 |
| 122 | *R. v. Mohan*, <br> [1994] 2 SCR 9 |
| 123 | *R.M. Smith, Inc. v. C.I.R.*, <br> 591 F.2d 248 (3d Cir. 1979) |

| Tab | Description |
|---|---|
| 124 | *Re Condon; Ex parte James*<br>(1874), 9 Ch. App. 609, [1874-80] All E.R. Rep. 388 (C.A.) |
| 125 | *Re Confederation Treasury Services Ltd.*,<br>(1995), 37 C.B.R. (3d) 237 (Can. Ont. Ct. J. (Gen. Div.), In Bank.) |
| 126 | *Re T. Eaton Co.*,<br>(1999), 14 C.B.R. (4th) 298 (Ont. S.C.J. ([Commercial List]) |
| 127 | *Rite Manufacturing Ltd. v. Ever-Tite Coupling Co.*<br>(1976), 27 C.P.R. (2d) 257 (Can. Registrar of Trade Marks) |
| 128 | *Ryan v. Sun Life Assurance Co. of Canada*,<br>[2005] N.S.J. No. 24, 249 D.L.R. (4th) 628 (Can. N.S.C.A.) |
| 129 | *Sanofi, S.A. v. Med-Tech Veterinarian Prods., Inc.*,<br>565 F. Supp. 931 (D.N.J. 1983) |
| 130 | *Sattva Capital Corp. v. Creston Moly Corp.*,<br>2014 SCC 53 |
| 131 | *Scanlon v. Castlepoint Development Corp.*,<br>[1992] O.J. No. 2692 (Can. Ont. C.A.) |
| 132 | *Schroeder v. New Century Liquidating Trust (In re New Century TRS Holdings, Inc.)*,<br>407 B.R. 576 (D. Del. 2009) |
| 133 | *Shubert v. Lucent Techs., Inc. (In re Winstar Commc'ns, Inc.)*,<br>348 B.R. 234 (Bankr. D. Del. 2005) |
| 134 | *SimEx Inc. v. IMAX Corp.*,<br>[2005] O.J. No. 5389 (Can. Ont. C.A.) |
| 135 | *Sistem v. Kyrgyz Republic*,<br>2012 ONSC 4983 (Newbould, J.) |
| 136 | *Skeena Cellulose Inc., Re*,<br>2003 BCCA 344 |
| 137 | *Skyway Canada Ltd. v. Clara Industrial Services Ltd.*,<br>[2005] O.J. No. 4887 (Can. Ont. S.C.J.) |
| 138 | *Slatky v. Amoco Oil Co.*,<br>830 F.2d 476 (3d Cir. 1987) |

| Tab | Description |
|---|---|

139     *Solow v. Kalikow (In re Kalikow)*,
602 F.3d 82 (2d Cir. 2010)

140     *Standard Fed. Bank v. United States*,
No. 95-CV-478, 2002 WL 31947572 (Fed. Cl. Ct. Dec. 30, 2002)

141     *Stelco Inc., Re*,
(2005), 75 O.R. (3d) 5 (C.A.)

142     *Stetson Oil & Gas Ltd. v. Stifel Nicolaus Canada Inc.*,
2013 ONSC 1300 (Newbould, J.)

143     *Stowers v. Cmty. Med. Ctr., Inc.*,
172 P.3d 1252 (Mont. 2007)

144     *Syracuse Eng'g Co. v. Haight*,
110 F.2d 468 (2d Cir. 1940)

145     *Ted Leroy Trucking [Century Services] Ltd., Re*,
2010 SCC 60

146     *Tercon Contractors Ltd. v. British Columbia (Transportation and Highways)*,
[2010] 1 S.C.R. 69

147     *The Canada Trust Co. v. Russell Browne et al.*,
[2012] ONCA 862

148     *Time Warner Entm't Co., L.P. v. Everest Midwest Licensee, L.L.C.*,
381 F.3d 1039 (10th Cir. 2004)

149     *Toronto Dominion Bank v. Leigh Instruments Ltd. (Trustee of)*,
(1998) 40 B.L.R. (2d) 1 (Ont. Ct. J., Gen. Div. [Commercial List]), 1998 ONSC 14806 (Can. Ont. S.C.J.)

150     *Toronto Dominion Bank v. Leigh Instruments Ltd. (Trustee of)*,
[1999] O.J. No. 3290 (Can. Ont. C.A.)

151     *Touche Ross Ltd. v. Weldwood of Canada Sales Ltd.*
(1983), 48 C.B.R. (N.S.) 83 (Can. Ont. Sup. Ct., In Bank.)

152     *TransCore, LLC v. Elec. Transaction Consultants Corp.*,
563 F.3d 1271 (Fed. Cir. 2009)

153     *Turbocristal Inc. v. Handfield*,
[1991] 41 C.P.R. (3d) 540 (Can. Que. S.C.)

| Tab | Description |
| --- | --- |
| 154 | *Unique Broadband Systems, Inc. (Re)* <br> 2014 ONCA 538 |
| 155 | *United States v. 50 Acres of Land*, <br> 469 U.S. 24 (1984) |
| 156 | *United States v. Cartwright*, <br> 411 U.S. 546 (1973) |
| 157 | *United States v. Pepperman*, <br> 976 F.2d 123 (3d Cir. 1992) |
| 158 | *Vaupel Textilmaschinen KG v. Meccanica Euro Italia SPA*, <br> 944 F.2d 870 (Fed. Cir.1991) |
| 159 | *Ventas Inc. v. Sunrise Senior Living Real Estate Investment Trust*, <br> 2007 ONCA 205 |
| 160 | *Verdellen v. Monaghan Mushrooms Ltd.*, <br> 2011 ONSC 5820 |
| 161 | *Walt Disney Co. (Canada) Ltd. v. Philhobar Design Canada Ltd.*, <br> (2008), 47 B.L.R. (4th) 306 (Can. Ont. S.C.J.) |
| 162 | *Westdeutsche Landesbank Girozentrale v Islington LBC*, <br> [1996] AC 669 |
| 163 | *White v. E.B.F. Manufacturing Ltd.*, <br> 2005 NSCA 167 |
| 164 | *Wilson v. Rousseau*, <br> 45 U.S. 646 (1846) |

## Other Authorities

| Tab | Description |
| --- | --- |
| 165 | Brunsvold et al., *Drafting Patent License Agreements* (7th ed. 2012) |
| 166 | Douglas G. Baird & Anthony J. Casey, *No Exit? Withdrawal Rights and the Law of Corporate Reorganizations*, 113 Colum. L. Rev. 1 (2013) |
| 167 | G. R. Hall, *Canadian Contractual Interpretation* (Markham: LexisNexis Canada, 2d ed. 2012) |
| 168 | J. Falconbridge & W. Traub, *Falconbridge On Mortgages* (Aurora: Canada Law Book, 5th ed. 2003) |

| Tab | Description |
|---|---|
| 169 | J. Walker, ed., *Castel & Walker, Canadian Conflict of Laws* (Markham: LexisNexis Canada, 6th ed. 2005) |
| 170 | Joel D. Kuntz & Robert J. Peroni, *U.S. International Taxation* (1991) |
| 171 | *Market Results for Stocks, Bonds, Bills, and Inflation, in* IBBOTSON SBBI 2010 VALUATION YEARBOOK (1926-2009) (James P. Harrington, ed., 2010) |
| 172 | Michael Pellegrino, BVR'S GUIDE TO INTELLECTUAL PROPERTY VALUATION (2009) |
| 173 | P. Bradley Limpert, *Technology Contracting: Law, Precedents and Commentary* (Toronto: Carswell, 2011) |
| 174 | Roger T. Hughes & Dino P. Clarizio, *Halsbury's Laws of Canada - Patents, Trade Secrets and Industrial Designs (2012 Reissue)* (QL) |
| 175 | Roy Goode, *Principles of Corporate Insolvency Law* (4th ed. 2011) |
| 176 | United States Patent and Trademark Office, Glossary, *available at* http://www.uspto.gov/main/glossary/ |