# TAB 11



R.S.C., 1985, c. C-44 — L.R.C., 1985, ch. C-44

An Act respecting Canadian business corporations — Loi régissant les sociétés par actions de régime fédéral

## SHORT TITLE / TITRE ABRÉGÉ

Short title — **1.** This Act may be cited as the *Canada Business Corporations Act*.

R.S., 1985, c. C-44, s. 1; 1994, c. 24, s. 1(F).

**1.** *Loi canadienne sur les sociétés par actions*. — Titre abrégé

L.R. (1985), ch. C-44, art. 1; 1994, ch. 24, art. 1(F).

## PART I / PARTIE I

### INTERPRETATION AND APPLICATION / DÉFINITIONS ET APPLICATION

#### INTERPRETATION / DÉFINITIONS

Definitions — **2.** (1) In this Act,

"affairs" « *affaires internes* » — "affairs" means the relationships among a corporation, its affiliates and the shareholders, directors and officers of such bodies corporate but does not include the business carried on by such bodies corporate;

"affiliate" « *groupe* » — "affiliate" means an affiliated body corporate within the meaning of subsection (2);

"articles" « *statuts* » — "articles" means the original or restated articles of incorporation, articles of amendment, articles of amalgamation, articles of continuance, articles of reorganization, articles of arrangement, articles of dissolution, articles of revival and includes any amendments thereto;

"associate" « *liens* » — "associate", in respect of a relationship with a person, means

(*a*) a body corporate of which that person beneficially owns or controls, directly or indirectly, shares or securities currently convertible into shares carrying more than ten per cent of the voting rights under all circumstances or by reason of the occurrence of an event that has occurred and is continuing, or a currently exercisable option or right to purchase such shares or such convertible securities,

**2.** (1) Les définitions qui suivent s'appliquent à la présente loi. — Définitions

« action rachetable » Action que la société émettrice, selon le cas : — « action rachetable » "*redeemable share*"

*a*) peut acheter ou racheter unilatéralement;

*b*) est tenue, par ses statuts, d'acheter ou de racheter à une date déterminée ou à la demande d'un actionnaire.

« administrateur » Indépendamment de son titre, le titulaire de ce poste; « conseil d'administration » s'entend notamment de l'administrateur unique. — « administrateur » et « conseil d'administration » "*director*", "*directors*" and "*board of directors*"

« affaires internes » Les relations, autres que d'entreprise, entre la société, les personnes morales appartenant au même groupe et leurs actionnaires, administrateurs et dirigeants. — « affaires internes » "*affairs*"

« assemblée » Assemblée d'actionnaires. — « assemblée » *French version only*

« convention unanime des actionnaires » Convention visée au paragraphe 146(1) ou déclaration d'un actionnaire visée au paragraphe 146(2). — « convention unanime des actionnaires » "*unanimous shareholder agreement*"

1

*Canada Business Corporations — June 12, 2014*

(*b*) a partner of that person acting on behalf of the partnership of which they are partners,

(*c*) a trust or estate or succession in which that person has a substantial beneficial interest or in respect of which that person serves as a trustee or liquidator of the succession or in a similar capacity,

(*d*) a spouse of that person or an individual who is cohabiting with that person in a conjugal relationship, having so cohabited for a period of at least one year,

(*e*) a child of that person or of the spouse or individual referred to in paragraph (*d*), and

(*f*) a relative of that person or of the spouse or individual referred to in paragraph (*d*), if that relative has the same residence as that person;

"auditor"
« *vérificateur* »

"auditor" includes a partnership of auditors or an auditor that is incorporated;

"beneficial interest"
« *véritable propriétaire* » *et* « *propriété effective* »

"beneficial interest" means an interest arising out of the beneficial ownership of securities;

"beneficial ownership"
« *véritable propriétaire* » *et* « *propriété effective* »

"beneficial ownership" includes ownership through any trustee, legal representative, agent or mandatary, or other intermediary;

"body corporate"
« *personne morale* »

"body corporate" includes a company or other body corporate wherever or however incorporated;

"call"
« *option d'achat* »

"call" means an option transferable by delivery to demand delivery of a specified number or amount of securities at a fixed price within a specified time but does not include an option or right to acquire securities of the corporation that granted the option or right to acquire;

"corporation"
« *société par actions* » *ou* « *société* »

"corporation" means a body corporate incorporated or continued under this Act and not discontinued under this Act;

"court"
« *tribunal* »

"court" means

(*a*) in the Provinces of Newfoundland and Prince Edward Island, the trial division of the Supreme Court of the Province,

(*a.1*) in the Province of Ontario, the Superior Court of Justice,

« Cour d'appel » La cour compétente pour juger les appels interjetés contre les décisions des tribunaux.

« Cour d'appel »
"*court of appeal*"

« directeur » Personne nommée à ce titre en vertu de l'article 260.

« directeur »
"*Director*"

« dirigeant » Particulier qui occupe le poste de président du conseil d'administration, président, vice-président, secrétaire, trésorier, contrôleur, chef du contentieux, directeur général ou administrateur délégué d'une société ou qui exerce pour celle-ci des fonctions semblables à celles qu'exerce habituellement un particulier occupant un tel poste ainsi que tout autre particulier nommé à titre de dirigeant en application de l'article 121.

« dirigeant »
"*officer*"

« entité » S'entend d'une personne morale, d'une société de personnes, d'une fiducie, d'une coentreprise ou d'une organisation ou association non dotée de la personnalité morale.

« entité »
"*entity*"

« envoyer » A également le sens de remettre.

« envoyer »
"*send*"

« fondateur » Tout signataire des statuts constitutifs d'une société.

« fondateur »
"*incorporator*"

« groupe » L'ensemble des personnes morales visées au paragraphe (2).

« groupe »
"*affiliate*"

« liens » Relations entre une personne et :

« liens »
"*associate*"

*a*) la personne morale dont elle a, soit directement, soit indirectement, la propriété effective ou le contrôle d'un certain nombre d'actions ou de valeurs mobilières immédiatement convertibles en actions, conférant plus de dix pour cent des droits de vote en tout état de cause ou en raison soit de la réalisation continue d'une condition, soit d'une option ou d'un droit d'achat immédiat portant sur lesdites actions ou valeurs mobilières convertibles;

*b*) son associé dans une société de personnes, agissant pour le compte de celle-ci;

*c*) la fiducie ou la succession sur lesquelles elle a un droit découlant des droits du véritable propriétaire ou à l'égard desquelles elle remplit les fonctions de fiduciaire, d'exécuteur testamentaire, de liquidateur de la succession ou des fonctions analogues;

*d*) son époux ou la personne qui vit avec elle dans une relation conjugale depuis au moins un an;

2

*Sociétés par actions — 12 juin 2014*

(*b*) in the Provinces of Nova Scotia and British Columbia, the Supreme Court of the Province,

(*c*) in the Provinces of Manitoba, Saskatchewan, Alberta and New Brunswick, the Court of Queen's Bench for the Province,

(*d*) in the Province of Quebec, the Superior Court of the Province, and

(*e*) the Supreme Court of Yukon, the Supreme Court of the Northwest Territories and the Nunavut Court of Justice;

"court of appeal"
« *Cour d'appel* »

"court of appeal" means the court to which an appeal lies from an order of a court;

"debt obligation"
« *titre de créance* »

"debt obligation" means a bond, debenture, note or other evidence of indebtedness or guarantee of a corporation, whether secured or unsecured;

"Director"
« *directeur* »

"Director" means the Director appointed under section 260;

"director", "directors" and "board of directors"
« *administrateur* » et « *conseil d'administration* »

"director" means a person occupying the position of director by whatever name called and "directors" and "board of directors" includes a single director;

"distributing corporation"
« *société ayant fait appel au public* »

"distributing corporation" means, subject to subsections (6) and (7), a distributing corporation as defined in the regulations;

"entity"
« *entité* »

"entity" means a body corporate, a partnership, a trust, a joint venture or an unincorporated association or organization;

"going-private transaction"
« *opération de fermeture* »

"going-private transaction" means a going-private transaction as defined in the regulations;

"incorporator"
« *fondateur* »

"incorporator" means a person who signs articles of incorporation;

"individual"
« *particulier* »

"individual" means a natural person;

"liability"
« *passif* »

"liability" includes a debt of a corporation arising under section 40, subsection 190(25) and paragraphs 241(3)(*f*) and (*g*);

"mandatary"
« *mandataire* »

"mandatary", in Quebec, includes a successor;

"Minister"
« *ministre* »

"Minister" means such member of the Queen's Privy Council for Canada as is designated by

*e*) ses enfants ou ceux des personnes visées à l'alinéa *d*);

*f*) ses autres parents — ou ceux des personnes visées à l'alinéa *d*) — qui partagent sa résidence.

« mandataire » Au Québec, s'entend notamment de l'ayant cause.

« mandataire »
"*mandatary*"

« ministre » Le membre du Conseil privé de la Reine pour le Canada chargé par le gouverneur en conseil de l'application de la présente loi.

« ministre »
"*Minister*"

« opération d'éviction » Opération exécutée par une société — qui n'est pas une société ayant fait appel au public — et exigeant une modification de ses statuts qui a, directement ou indirectement, pour résultat la suppression de l'intérêt d'un détenteur d'actions d'une catégorie, sans le consentement de celui-ci et sans substitution d'un intérêt de valeur équivalente dans des actions émises par la société conférant des droits et privilèges égaux ou supérieurs à ceux attachés aux actions de cette catégorie.

« opération d'éviction »
"*squeeze-out transaction*"

« opération de fermeture » S'entend au sens des règlements.

« opération de fermeture »
"*going-private transaction*"

« option d'achat » Option négociable par livraison qui permet d'exiger que soit livré un nombre précis de valeurs mobilières à un prix et dans un délai déterminés. Est exclu de la présente définition l'option ou le droit d'acquérir des valeurs mobilières de la société qui l'a accordé.

« option d'achat »
"*call*"

« option de vente » Option négociable par livraison qui permet de livrer un nombre précis de valeurs mobilières à un prix et dans un délai déterminés.

« option de vente »
"*put*"

« particulier » A le sens de personne physique.

« particulier »
"*individual*"

« passif » Sont assimilées au passif les dettes résultant de l'application de l'article 40, du paragraphe 190(25) ou des alinéas 241(3)*f*) et *g*).

« passif »
"*liability*"

« personne » Particulier, société de personnes, association, personne morale ou représentant personnel.

« personne »
"*person*"

« personne morale » Toute personne morale, y compris une compagnie, indépendamment de son lieu ou mode de constitution.

« personne morale »
"*body corporate*"

3

*Canada Business Corporations — June 12, 2014*

"officer"
« *dirigeant* »

"officer" means an individual appointed as an officer under section 121, the chairperson of the board of directors, the president, a vice-president, the secretary, the treasurer, the comptroller, the general counsel, the general manager, a managing director, of a corporation, or any other individual who performs functions for a corporation similar to those normally performed by an individual occupying any of those offices;

"ordinary resolution"
« *résolution ordinaire* »

"ordinary resolution" means a resolution passed by a majority of the votes cast by the shareholders who voted in respect of that resolution;

"person"
« *personne* »

"person" means an individual, partnership, association, body corporate, or personal representative;

"personal representative"
« *représentant personnel* »

"personal representative" means a person who stands in place of and represents another person including, but not limited to, a trustee, an executor, an administrator, a liquidator of a succession, an administrator of the property of others, a guardian or tutor, a curator, a receiver or sequestrator, an agent or mandatary or an attorney;

"prescribed"
« *prescrit* » ou « *réglementaire* »

"prescribed" means prescribed by the regulations;

"put"
« *option de vente* »

"put" means an option transferable by delivery to deliver a specified number or amount of securities at a fixed price within a specified time;

"redeemable share"
« *action rachetable* »

"redeemable share" means a share issued by a corporation

(*a*) that the corporation may purchase or redeem on the demand of the corporation, or

(*b*) that the corporation is required by its articles to purchase or redeem at a specified time or on the demand of a shareholder;

"resident Canadian"
« *résident canadien* »

"resident Canadian" means an individual who is

(*a*) a Canadian citizen ordinarily resident in Canada,

(*b*) a Canadian citizen not ordinarily resident in Canada who is a member of a prescribed class of persons, or

the Governor in Council as the Minister for the purposes of this Act;

---

« prescrit » ou « réglementaire » Prescrit ou prévu par règlement.

« représentant personnel » Personne agissant en lieu et place d'une autre, notamment le fiduciaire, l'exécuteur testamentaire, l'administrateur successoral, le liquidateur de succession, l'administrateur du bien d'autrui, le tuteur, le curateur, le séquestre, le mandataire et le fondé de pouvoir.

« résident canadien » Selon le cas :

*a*) le citoyen canadien résidant habituellement au Canada;

*b*) le citoyen canadien qui ne réside pas habituellement au Canada, mais fait partie d'une catégorie prescrite de personnes;

*c*) le résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* qui réside habituellement au Canada, à l'exclusion de celui qui y a résidé de façon habituelle pendant plus d'un an après avoir acquis pour la première fois le droit de demander la citoyenneté canadienne.

« résolution ordinaire » Résolution adoptée à la majorité des voix exprimées.

« résolution spéciale » Résolution adoptée aux deux tiers au moins des voix exprimées ou signée de tous les actionnaires habiles à voter en l'occurrence.

« réunion » Réunion du conseil d'administration ou de l'un de ses comités.

« série » Subdivision d'une catégorie d'actions.

« société ayant fait appel au public » Sous réserve des paragraphes (6) et (7), s'entend au sens des règlements.

« société de personnes » [Abrogée, 1994, ch. 24, art. 2]

« société par actions » ou « société » Personne morale constituée ou prorogée sous le régime de la présente loi.

« statuts » Les clauses, initiales ou mises à jour, réglementant la constitution ainsi que toute modification, fusion, prorogation, réorganisation,

« prescrit » ou « réglementaire »
"*prescribed*"

« représentant personnel »
"*personal representative*"

« résident canadien »
"*resident Canadian*"

« résolution ordinaire »
"*ordinary resolution*"

« résolution spéciale »
"*special resolution*"

« réunion »
*French version only*

« série »
"*series*"

« société ayant fait appel au public »
"*distributing corporation*"

« société par actions » ou « société »
"*corporation*"

« statuts »
"*articles*"

*Sociétés par actions — 12 juin 2014*

(*c*) a permanent resident within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* and ordinarily resident in Canada, except a permanent resident who has been ordinarily resident in Canada for more than one year after the time at which he or she first became eligible to apply for Canadian citizenship;

"security" «*valeur mobilière*»

"security" means a share of any class or series of shares or a debt obligation of a corporation and includes a certificate evidencing such a share or debt obligation;

"security interest" «*sûreté*»

"security interest" means an interest or right in or charge on property of a corporation to secure payment of a debt or performance of any other obligation of the corporation;

"send" «*envoyer*»

"send" includes deliver;

"series" «*série*»

"series", in relation to shares, means a division of a class of shares;

"special resolution" «*résolution spéciale*»

"special resolution" means a resolution passed by a majority of not less than two-thirds of the votes cast by the shareholders who voted in respect of that resolution or signed by all the shareholders entitled to vote on that resolution;

"squeeze-out transaction" «*opération d'éviction*»

"squeeze-out transaction" means a transaction by a corporation that is not a distributing corporation that would require an amendment to its articles and would, directly or indirectly, result in the interest of a holder of shares of a class of the corporation being terminated without the consent of the holder, and without substituting an interest of equivalent value in shares issued by the corporation, which shares have equal or greater rights and privileges than the shares of the affected class;

"unanimous shareholder agreement" «*convention unanime des actionnaires*»

"unanimous shareholder agreement" means an agreement described in subsection 146(1) or a declaration of a shareholder described in subsection 146(2).

Affiliated bodies corporate

(2) For the purposes of this Act,

(*a*) one body corporate is affiliated with another body corporate if one of them is the subsidiary of the other or both are subsidiaries of the same body corporate or each of them is controlled by the same person; and

(*b*) if two bodies corporate are affiliated with the same body corporate at the same

dissolution, reconstitution ou tout arrangement de la société.

«sûreté» Droit, intérêt ou charge grevant les biens d'une société pour garantir le paiement de ses dettes ou l'exécution de ses obligations.

« sûreté » "*security interest*"

«titre de créance» Toute preuve d'une créance sur la société ou d'une garantie donnée par elle, avec ou sans sûreté, et notamment une obligation, une débenture ou un billet.

« titre de créance » "*debt obligation*"

«tribunal»

« tribunal » "*court*"

*a*) La Section de première instance de la Cour suprême de Terre-Neuve ou de l'Île-du-Prince-Édouard;

*a.1*) la Cour supérieure de justice de l'Ontario;

*b*) la Cour suprême de la Nouvelle-Écosse et de la Colombie-Britannique;

*c*) la Cour du Banc de la Reine du Manitoba, de la Saskatchewan, de l'Alberta ou du Nouveau-Brunswick;

*d*) la Cour supérieure du Québec;

*e*) la Cour suprême du Yukon, la Cour suprême des Territoires du Nord-Ouest ou la Cour de justice du Nunavut.

«valeur mobilière» Action de toute catégorie ou série ou titre de créance sur une société, y compris le certificat en attestant l'existence.

« valeur mobilière » "*security*"

«vérificateur» S'entend notamment des vérificateurs constitués en société de personnes ou en personne morale.

« vérificateur » "*auditor*"

«véritable propriétaire» S'entend notamment du propriétaire de valeurs mobilières inscrites au nom d'un intermédiaire, notamment d'un fiduciaire ou d'un mandataire; et «propriété effective» s'entend du droit du véritable propriétaire.

« véritable propriétaire » et « propriété effective » "*beneficial ownership*" "*beneficial interest*"

(2) Pour l'application de la présente loi :

Groupements

*a*) appartiennent au même groupe deux personnes morales dont l'une est filiale de l'autre ou qui sont sous le contrôle de la même personne;

*b*) sont réputées appartenir au même groupe deux personnes morales dont chacune appartient au groupe d'une même personne morale.

5