# TAB 14

(B) in any other case, the taxpayer or a partnership of which the taxpayer is a member made reasonable efforts to determine arm's length transfer prices or arm's length allocations in respect of the transaction, and to use those prices or allocations for the purposes of this Act, and

(iii) the total of all amounts, each of which is the portion of the taxpayer's transfer pricing capital setoff adjustment or transfer pricing income setoff adjustment for the year that can reasonably be considered to relate to a particular transaction, where

(A) the transaction is a qualifying cost contribution arrangement in which the taxpayer or a partnership of which the taxpayer is a member is a participant, or

(B) in any other case, the taxpayer or a partnership of which the taxpayer is a member made reasonable efforts to determine arm's length transfer prices or arm's length allocations in respect of the transaction, and to use those prices or allocations for the purposes of this Act,

is greater than

(*b*) the lesser of

(i) 10% of the amount that would be the taxpayer's gross revenue for the year if this Act were read without reference to subsection 247(2), subsections 69(1) and 69(1.2) and section 245, and

(ii) $5,000,000.

Contemporaneous documentation

(4) For the purposes of subsection 247(3) and the definition "qualifying cost contribution arrangement" in subsection 247(1), a taxpayer or a partnership is deemed not to have made reasonable efforts to determine and use arm's length transfer prices or arm's length allocations in respect of a transaction or not to have participated in a transaction that is a qualifying cost contribution arrangement, unless the taxpayer or the partnership, as the case may be,

(*a*) makes or obtains, on or before the taxpayer's or partnership's documentation-due date for the taxation year or fiscal period, as

prend part le contribuable ou une société de personnes dont il est un associé,

(B) dans les autres cas, le contribuable ou une société de personnes dont il est un associé a fait des efforts sérieux pour déterminer les prix de transfert de pleine concurrence ou les attributions de pleine concurrence relativement à l'opération et pour les utiliser pour l'application de la présente loi,

(iii) le total des montants représentant chacun la partie du redressement compensatoire de capital ou du redressement compensatoire de revenu du contribuable pour l'année qu'il est raisonnable de considérer comme se rapportant à une opération donnée si :

(A) l'opération est un arrangement admissible de participation au coût auquel prend part le contribuable ou une société de personnes dont il est un associé,

(B) dans les autres cas, le contribuable ou une société de personnes dont il est un associé a fait des efforts sérieux pour déterminer les prix de transfert de pleine concurrence ou les attributions de pleine concurrence relativement à l'opération et pour les utiliser pour l'application de la présente loi;

*b*) le moins élevé des montants suivants :

(i) 10 % du montant qui représenterait le revenu brut du contribuable pour l'année s'il n'était pas tenu compte du paragraphe (2), des paragraphes 69(1) et (1.2) ni de l'article 245,

(ii) 5 000 000 $.

Documentation ponctuelle

(4) Pour l'application du paragraphe (3) et de la définition de « arrangement admissible de participation au coût » au paragraphe (1), un contribuable ou une société de personnes est réputé ne pas avoir fait d'efforts sérieux pour déterminer et utiliser les prix de transfert de pleine concurrence ou les attributions de pleine concurrence relativement à une opération ou ne pas avoir pris part à une opération qui est un arrangement admissible de participation au coût, à moins d'avoir à la fois :

*a*) établi ou obtenu, au plus tard à la date limite de production qui lui est applicable pour

*Income Tax — June 12, 2014*

the case may be, in which the transaction is entered into, records or documents that provide a description that is complete and accurate in all material respects of

(i) the property or services to which the transaction relates,

(ii) the terms and conditions of the transaction and their relationship, if any, to the terms and conditions of each other transaction entered into between the participants in the transaction,

(iii) the identity of the participants in the transaction and their relationship to each other at the time the transaction was entered into,

(iv) the functions performed, the property used or contributed and the risks assumed, in respect of the transaction, by the participants in the transaction,

(v) the data and methods considered and the analysis performed to determine the transfer prices or the allocations of profits or losses or contributions to costs, as the case may be, in respect of the transaction, and

(vi) the assumptions, strategies and policies, if any, that influenced the determination of the transfer prices or the allocations of profits or losses or contributions to costs, as the case may be, in respect of the transaction;

(*b*) for each subsequent taxation year or fiscal period, if any, in which the transaction continues, makes or obtains, on or before the taxpayer's or partnership's documentation-due date for that year or period, as the case may be, records or documents that completely and accurately describe each material change in the year or period to the matters referred to in any of subparagraphs 247(4)(*a*)(i) to 247(4)(*a*)(vi) in respect of the transaction; and

(*c*) provides the records or documents described in paragraphs 247(4)(*a*) and 247(4)(*b*) to the Minister within 3 months after service, made personally or by registered or certified mail, of a written request therefor.

l'année d'imposition ou l'exercice, selon le cas, au cours duquel l'opération est conclue, des registres ou des documents contenant une description complète et exacte, quant à tous les éléments importants, de ce qui suit :

(i) les biens ou les services auxquels l'opération se rapporte,

(ii) les modalités de l'opération et leurs rapports éventuels avec celles de chacune des autres opérations conclues entre les participants à l'opération,

(iii) l'identité des participants à l'opération et les liens qui existent entre eux au moment de la conclusion de l'opération,

(iv) les fonctions exercées, les biens utilisés ou apportés et les risques assumés dans le cadre de l'opération par les participants,

(v) les données et méthodes prises en considération et les analyses effectuées en vue de déterminer les prix de transfert, l'attribution des bénéfices ou des pertes ou la participation aux coûts, selon le cas, relativement à l'opération,

(vi) les hypothèses, stratégies et principes éventuels ayant influé sur l'établissement des prix de transfert, l'attribution des bénéfices ou des pertes ou la participation aux coûts relativement à l'opération ;

*b*) pour chaque année d'imposition ou exercice ultérieur où se poursuit l'opération, établi ou obtenu, au plus tard à la date limite de production qui lui est applicable pour l'année ou l'exercice, selon le cas, des registres ou des documents contenant une description complète et exacte de chacun des changements importants dont les éléments visés aux sous-alinéas *a*)(i) à (vi) ont fait l'objet au cours de l'année ou de l'exercice relativement à l'opération ;

*c*) fourni les registres ou documents visés aux alinéas *a*) et *b*) au ministre dans les trois mois suivant la signification à personne ou par courrier recommandé ou certifié d'une demande écrite les concernant.