# TAB 15

*Patent — June 12, 2014*

granted a patent, he shall refuse the application and, by registered letter addressed to the applicant or his registered agent, notify the applicant of the refusal and of the ground or reason therefor.

R.S., c. P-4, s. 42.

à obtenir la concession d'un brevet, il rejette la demande et, par courrier recommandé adressé au demandeur ou à son agent enregistré, notifie à ce demandeur le rejet de la demande, ainsi que les motifs ou raisons du rejet.

S.R., ch. P-4, art. 42.

**Appeal to Federal Court**

**41.** Every person who has failed to obtain a patent by reason of a refusal of the Commissioner to grant it may, at any time within six months after notice as provided for in section 40 has been mailed, appeal from the decision of the Commissioner to the Federal Court and that Court has exclusive jurisdiction to hear and determine the appeal.

R.S., 1985, c. P-4, s. 41; R.S., 1985, c. 33 (3rd Supp.), s. 16.

**41.** Dans les six mois suivant la mise à la poste de l'avis, celui qui n'a pas réussi à obtenir un brevet en raison du refus ou de l'opposition du commissaire peut interjeter appel de la décision du commissaire à la Cour fédérale qui, à l'exclusion de toute autre juridiction, peut s'en saisir et en décider.

L.R. (1985), ch. P-4, art. 41; L.R. (1985), ch. 33 (3$^e$ suppl.), art. 16.

**Appel à la Cour fédérale**

## GRANT OF PATENTS

## OCTROI DES BREVETS

**Contents of patent**

**42.** Every patent granted under this Act shall contain the title or name of the invention, with a reference to the specification, and shall, subject to this Act, grant to the patentee and the patentee's legal representatives for the term of the patent, from the granting of the patent, the exclusive right, privilege and liberty of making, constructing and using the invention and selling it to others to be used, subject to adjudication in respect thereof before any court of competent jurisdiction.

R.S., 1985, c. P-4, s. 42; R.S., 1985, c. 33 (3rd Supp.), s. 16.

**42.** Tout brevet accordé en vertu de la présente loi contient le titre ou le nom de l'invention avec renvoi au mémoire descriptif et accorde, sous réserve des autres dispositions de la présente loi, au breveté et à ses représentants légaux, pour la durée du brevet à compter de la date où il a été accordé, le droit, la faculté et le privilège exclusif de fabriquer, construire, exploiter et vendre à d'autres, pour qu'ils l'exploitent, l'objet de l'invention, sauf jugement en l'espèce par un tribunal compétent.

L.R. (1985), ch. P-4, art. 42; L.R. (1985), ch. 33 (3$^e$ suppl.), art. 16.

**Contenu du brevet**

## FORM AND TERM OF PATENTS

## FORME ET DURÉE DES BREVETS

**Form and duration of patents**

**43.** (1) Subject to section 46, every patent granted under this Act shall be issued under the seal of the Patent Office, and shall bear on its face the filing date of the application for the patent, the date on which the application became open to public inspection under section 10, the date on which the patent is granted and issued and any prescribed information.

**43.** (1) Sous réserve de l'article 46, le brevet accordé sous le régime de la présente loi est délivré sous le sceau du Bureau des brevets. Il mentionne la date de dépôt de la demande, celle à laquelle elle est devenue accessible au public sous le régime de l'article 10, celle à laquelle il a été accordé et délivré ainsi que tout renseignement réglementaire.

**Délivrance**

**Validity of patent**

(2) After the patent is issued, it shall, in the absence of any evidence to the contrary, be valid and avail the patentee and the legal representatives of the patentee for the term mentioned in section 44 or 45, whichever is applicable.

R.S., 1985, c. P-4, s. 43; R.S., 1985, c. 33 (3rd Supp.), s. 16; 1993, c. 15, s. 42.

(2) Une fois délivré, le brevet est, sauf preuve contraire, valide et acquis au breveté ou à ses représentants légaux pour la période mentionnée aux articles 44 ou 45.

L.R. (1985), ch. P-4, art. 43; L.R. (1985), ch. 33 (3$^e$ suppl.), art. 16; 1993, ch. 15, art. 42.

**Validité**

\

PAGES INTENTIONALLY OMITTED

*Patent — June 12, 2014*

| ASSIGNMENTS AND DEVOLUTIONS | CESSIONS ET DÉVOLUTIONS |

**Assignee or personal representatives**

**49.** (1) A patent may be granted to any person to whom an inventor, entitled under this Act to obtain a patent, has assigned in writing or bequeathed by his last will his right to obtain it, and, in the absence of an assignment or bequest, the patent may be granted to the personal representatives of the estate of the deceased inventor.

**Assignees may object**

(2) Where an applicant for a patent has, after filing the application, assigned his right to obtain the patent, or where the applicant has either before or after filing the application assigned in writing the whole or part of his property or interest in the invention, the assignee may register the assignment in the Patent Office in such manner as may be determined by the Commissioner, and no application for a patent may be withdrawn without the consent in writing of every such registered assignee.

**Attestation**

(3) No assignment shall be registered in the Patent Office unless it is accompanied by the affidavit of a subscribing witness or established by other proof to the satisfaction of the Commissioner that the assignment has been signed and executed by the assignor.

R.S., 1985, c. P-4, s. 49; R.S., 1985, c. 33 (3rd Supp.), s. 19.

**Patents to be assignable**

**50.** (1) Every patent issued for an invention is assignable in law, either as to the whole interest or as to any part thereof, by an instrument in writing.

**Registration**

(2) Every assignment of a patent, and every grant and conveyance of any exclusive right to make and use and to grant to others the right to make and use the invention patented, within and throughout Canada or any part thereof, shall be registered in the Patent Office in the manner determined by the Commissioner.

**Attestation**

(3) No assignment, grant or conveyance shall be registered in the Patent Office unless it is accompanied by the affidavit of a subscribing witness or established by other proof to the satisfaction of the Commissioner that the assignment, grant or conveyance has been signed and executed by the assignor and by every other party thereto.

R.S., 1985, c. P-4, s. 50; R.S., 1985, c. 33 (3rd Supp.), s. 20.

---

**Cessionnaire ou représentants personnels**

**49.** (1) Un brevet peut être concédé à toute personne à qui un inventeur, ayant aux termes de la présente loi droit d'obtenir un brevet, a cédé par écrit ou légué par son dernier testament son droit de l'obtenir. En l'absence d'une telle cession ou d'un tel legs, le brevet peut être concédé aux représentants personnels de la succession d'un inventeur décédé.

**Opposition au retrait de la demande**

(2) Si le demandeur d'un brevet a, après le dépôt de sa demande, cédé son droit d'obtenir le brevet, ou s'il a, avant ou après le dépôt de celle-ci, cédé par écrit tout ou partie de son droit de propriété sur l'invention, ou de son intérêt dans l'invention, le cessionnaire peut faire enregistrer cette cession au Bureau des brevets, en la forme fixée par le commissaire; aucune demande de brevet ne peut dès lors être retirée sans le consentement écrit de ce cessionnaire.

**Attestation**

(3) La cession ne peut être enregistrée au Bureau des brevets à moins d'être accompagnée de l'affidavit d'un témoin attestant, ou à moins qu'il ne soit établi par une autre preuve à la satisfaction du commissaire, que cette cession a été signée et souscrite par le cédant.

L.R. (1985), ch. P-4, art. 49; L.R. (1985), ch. 33 (3ᵉ suppl.), art. 19.

**Les brevets sont cessibles**

**50.** (1) Tout brevet délivré pour une invention est cessible en droit, soit pour la totalité, soit pour une partie de l'intérêt, au moyen d'un acte par écrit.

**Enregistrement**

(2) Toute cession de brevet et tout acte de concession ou translatif du droit exclusif d'exécuter et d'exploiter l'invention brevetée partout au Canada et de concéder un tel droit à des tiers sont enregistrés au Bureau des brevets selon ce que le commissaire établit.

**Attestation**

(3) L'acte de cession, de concession ou de transport ne peut être enregistré au Bureau des brevets à moins d'être accompagné de l'affidavit d'un témoin attestant, ou à moins qu'il ne soit établi par une autre preuve à la satisfaction du commissaire, qu'un tel acte de cession, de concession ou de transport a été signé et souscrit par le cédant et aussi par chacune des autres parties à l'acte.

L.R. (1985), ch. P-4, art. 50; L.R. (1985), ch. 33 (3ᵉ suppl.), art. 20.