EXHIBIT C

## DISBURSEMENT SUMMARY
## MAY 1 TO MAY 31, 2013
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements

| | |
|---|---|
| Agency Fees and Disbursements | $ 180.00 |
| Binding Books/Documents | $ 944.47 |
| Corporate Search | $ 1,747.60 |
| Copies | $ 8,954.20 |
| Delivery/Courier | $ 584.12 |
| Firmware Recovery | $ 9.00 |
| Library Computer Searches | $ 5,803.00 |
| Meals | $ 3,525.27 |
| Supplies | $ 434.81 |
| Telephone (Long Distance/Conference Calls) | $ 75.61 |
| Travel/Ground Transportation | $ 1,967.02 |
| **Total Non-Taxable Disbursements** | **$24,225.10 CDN.** |