**EXHIBIT E**

SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
MAY 1, 2014 THROUGH MAY 31, 2014
(All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Bryan Woodman | Student | Students | | 8.0 | $245.00 | $1,960.00 |
| Caitlyn Waring | Student | Students | | 40.3 | $245.00 | $9,873.50 |
| Christopher Selby | Student | Students | | 46.8 | $245.00 | $11,466.00 |
| Daniel Waldman | Associate | Advocacy | Ontario - 2010 | 88.3 | $420.00 | $37,086.00 |
| Deborah McGlynn | Law Clerk | Advocacy | | 39.3 | $320.00 | $12,576.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 146.1 | $945.00 | $138,064.50 |
| Jane Dietrich | Partner | Advocacy | Ontario - 2004 | 29.7 | $660.00 | $19,602.00 |
| Justin Dick | Student | Students | | 73.7 | $245.00 | $18,056.50 |
| Michael Mahoney | Student | Students | | 7.0 | $125.00 | $875.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 237.8 | $795.00 | $189,051.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 157.9 | $390.00 | $61,581.00 |
| Noah Leszcz | Student | Students | | 6.6 | $125.00 | $825.00 |
| Robert B. Cohen | Partner | Advocacy | Ontario - 1991 | 1.2 | $915.00 | $1,098.00 |
| Rose Plue | Law Clerk | Advocacy | | 72.0 | $320.00 | $23,040.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 245.0 | $750.00 | $183,750.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 190.3 | $900.00 | $171,270.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 209.9 | $420.00 | $88,158.00 |
| Steven Kennedy | Associate | Intellectual Property | Ontario - 2009 | 18.0 | $450.00 | $8,100.00 |
| | | | | | | |
| TOTAL | | | | 1617.9 | CDN. | $976,432.50 |