# United States Bankruptcy Court
## District of Delaware

In Re:     **NORTEL NETWORKS INC., et al.**
Case No:   **09-10138 et al.**

### NOTICE OF <u>PARTIAL</u> TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim Number 6983 has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**The Seaport Group LLC Profit Sharing Plan** | Name of Transferor:<br>**Sonar Credit Partners II, LLC** |
| Name and address where notices to transferee should be sent: | Court Claim # (if known):   6983<br>Amount of Claim as filed:   $537,823.01<br>Amount of Claim as allowed: $413,819.68<br>Amount of Claim transferred: **$206,909.84 (50% of Claim)**<br>Date Claim Filed:   01/26/10 |
| The Seaport Group LLC<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Attn: Markus Wittaut, Jonathan Silverman and Scott Friedberg | Name and Address of Transferor:<br>Sonar Credit Partners II, LLC<br>c/o Sonar Asset Management Group, Inc.<br>Attn: Michael Goldberg<br>200 Business Park Drive, Suite 201<br>Armonk, NY 10505 |
| Phone:  212-616-7700<br>Last Four Digits of Acct #:  N/A | Phone:  914-730-1005<br>Last Four Digits of Acct. #:  N/A |

Name and Address where transferee payments
Should be sent (if different from above):

Phone:         N/A
Last Four Digits of Acct. #:         N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ illegible signature_     Date: August 18, 2014
    Transferee / Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C .152 &3571*

---

### --DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                        **CLERK OF THE COURT**

EXHIBIT A

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Sonar Credit Partners II, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to The Seaport Group LLC Profit Sharing Plan ("Buyer") an undivided 50% interest (equal to the Assigned Amount set forth below) in and to all of Seller's right, title, interest, claims and causes of action and other rights (collectively, "Assigned Rights") in and to, or arising under or in connection with, the proof of claim number set forth below, filed against Nortel Networks, Inc. ("Debtor"), debtor and debtor-in-possession in Case No. 09-10138 (KG) (the "Case") pending under chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

| Proof of Claim # | Filed Claim Amount | Allowed Claim Amount | Assigned Amount |
|---|---|---|---|
| 6983 | $537,823.01 | $413,819.68 | $206,909.84 |

Seller hereby waives any objection to the transfer of the Assigned Rights to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing the Buyer as the sole owner and holder of the Assigned Rights. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed on August 12, 2014.

SONAR CREDIT PARTNERS II, LLC

By: SONAR ASSET MANAGEMENT GROUP, INC.,
Its Managing Member

By: _____
Name: Michael Goldberg
Title: President

THE SEAPORT GROUP LLC PROFIT SHARING PLAN

By: _____
Name: Michael Meagher
Title: Trustee