# SIGN - IN - SHEET

CASE NAME: Nortel Networks, Inc.
CASE NO.: 09-10138 (KG)

COURTROOM LOCATION: 3
DATE: 8/19/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Fagen | Akin Gump | Official Committee of Unsecured Creditors |
| Amanda R. Steele | Richards, Layton + Finger | " |
| Eric Sutty | Elliott Greenleaf | LTD VEBA Trust |
| Anne Cordo | MNAT | Debtor |
| Donna Culver | MNAT | " |
| Louis Lipner | Cleary Gottlieb Steen + Hamilton | " |
| Justin Alberto | Bayard | OK Pension Claimants |
| Ernest Demel | Demel | Pro Se |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
### Courtroom

| Calendar Date: | 08/19/2014 |
| Calendar Time: | 10:00 AM ET |

1st Revision 08/19/2014 06:47 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6419240 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6422123 | Nicholas W. Chiuchiolo | (212) 728-8511 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6419243 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6419518 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6227905 | Michael Linn | 415-421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6419333 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6415458 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |