IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **Re: D.I. 13875**
:
---------------------------------------------------------------X

### ORDER DENYING MOTION OF MR. ERNEST DEMEL PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING CERTAIN AMENDMENTS TO CLAIM STIPULATION

Upon the Motion of Mr. Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of An Order Approving Certain Amendments to Claim Stipulation and the Debtors' Objection to the Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (the "Objection")[2] filed by Nortel Networks Inc. and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), requesting an order denying the relief sought by Mr. Demel with prejudice; and upon all other documentation filed in connection with the Objection; and upon the Motion of Mr. Ernest Demel [D.I. 13875]; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Motion, and the relief requested therein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their counsel is available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1. The Motion is **DENIED** in its entirety with prejudice.

2. The Debtors, the Debtors' agents, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

3. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: August 19, 2014
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

4. The Court recognizes that there is no prohibition whatsoever as to the transfer of the Claim.