Form 210A (10/06)

# United States Bankruptcy Court

### District of Delaware

In re Nortel Networks Inc., et al., Case No. 09-10138

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Jefferies Leveraged Credit Products, LLC | Sonar Credit Partners , LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should
be sent:

Jefferies Leveraged Credit Products, LLC
520 Madison Avenue, Third Floor
New York, NY  10022

Sonar Credit Partners II, LLC
200 Business Park Dr., Suite 201
Armonk, NY  10504

Phone: (203) 363-8251
Last Four Digits of Acct #:

Claim # (if known): See attached
Amount of Claim: See attached
Date Claim Filed:

**Name and address where transferee payments should
be sent (if different from above):**

Jefferies LLC
Attn:  Jessica Berman
101 Hudson Street – 11th Floor
Jersey City, NJ 07302

Phone: (201) 761-7642
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Robert K. Minkoff                                                    Date: 8/19/2014
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C §§ 152 & 3571.

EVIDENCE OF MULTIPLE TRANSFERS OF CLAIM

TO:  Clerk, United States Bankruptcy Court, District of Delaware

For value received, the adequacy and sufficiency of which are hereby acknowledged, Sonar Credit Partners, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Jefferies Leveraged Credit Products, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the claims identified on Schedule A hereto (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $191,172.08 against Nortel Networks, Inc., et al. (the "Debtor"), Chapter 11 Case No. 09-10138 United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14th DAY OF August 2014.

BY: SONAR CREDIT PARTNERS , LLC
NAME: _____
TITLE: Managing Member

BY: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
NAME: _____
TITLE:

EVIDENCE OF MULTIPLE TRANSFERS OF CLAIM

TO:  Clerk, United States Bankruptcy Court, District of Delaware

For value received, the adequacy and sufficiency of which are hereby acknowledged, Sonar Credit Partners, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Jefferies Leveraged Credit Products, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the claims identified on Schedule A hereto (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $191,172.08 against Nortel Networks, Inc., et al. (the "Debtor"), Chapter 11 Case No. 09-10138 United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14th DAY OF August 2014.

BY:  SONAR CREDIT PARTNERS , LLC
NAME:_____
TITLE:

BY:  JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
NAME:_____
TITLE:
Paul J. Loomis
Managing Director

**SCHEDULE A**

| Primary Debtor | Case Number | Creditor | POC Number | Amount |
|---|---|---|---|---|
| Nortel Networks Inc. | 09-10138 | Sonar Credit Partners, LLC as Assignee of OnProcess Technology Inc. | 254 | $188,004.58 |
| Nortel Networks Inc. | 09-10138 | Sonar Credit Partners, LLC as Assignee of Certification Consulting Services | 142 | $3,167.50 |
| | | | | $191,172.08 |