# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE
NEW CASTLE COUNTY

I, Tyrone Taylor, being duly sworn, depose and say:

1. I am employed by DLS Discovery, the noticing agent for the Debtor in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On August 21, 2014 I caused a true and correct copy of the following document to be served upon the parties on the attached list by Hand Delivery and USPS First Class Mail or in the manner indicated:

**Docket Number:** 14241

**The following document(s): NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE CANADIAN COURT'S ENDORSEMENT REGARDING CERTAIN POST-PETITION INTEREST ISSUES**

Tyrone Taylor _____

SWORN TO AND SUBSCRIBED before me this 21ST day of August 2014.

Jeremy Luzader NOTARY PUBLIC _____

NORTEL NETWORKS INC., *et al.*
Chapter 11 09-10138
*2002 Service list*

# SERVED VIA HAND DELIVERY

BALLARD SPAHR
ATTN: LESLIE HEILMAN ESQ.
919 MARKET ST, 12TH FL
WILMINGTON, DE 19801

ASHBY & GEDDES P.A.
ATTN: RICARDO PALACIO ESQ.
500 DELAWARE AVE
WILMINGTON, DE 19801

BALLARD SPAHR, LLP
TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801

BAYARD, P.A.
CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. &
DANIEL A. O'BRIEN, ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19899

BIFFERATO LLC
IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ.;
KEVIN G. COLLINS, ESQ.
COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE, ESQ.
COUNSEL TO CABLE NEWS NETWORK, INC.
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: BONNIE GLANTZ FATELL, ESQ.;
VICTORIA A. GUILFOYLE, ESQ.
COUNSEL TO AD HOC COMMITTEE
1201 NORTH MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BUCHANAN INGERSOLL & ROONEY PC
ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ.
1105 NORTH MARKET STREET, SUITE 1900
WILMINGTON, DE 19801-1228

COLE SCHOTZ MEISEL FORMAN & LEONARD
ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR
500 DELAWARE AVE, SUITE 1410
WILMINGTON, DE 19801

CONNOLLY BOVE
ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ.
THE NEMOURS BUILDING, 1007 N ORANGE ST
WILMINGTON, DE 19801

COUSINS CHIPMAN & BROWN, LLP
1007 NORTH ORANGE STREET
SUITE 1110
ATTN: SCOTT COUSINS & ANN KASHISHIAN
COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION
WILMINGTON, DE 19801

CROSS & SIMON, LLC
CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
P.O. BOX 1380
WILMINGTON, DE 19899-1380

DLA PIPER LLP (US)
ATTN: SELINDA A. MELNIK
COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
COUNSEL TO SANMINA CORPORATION
ATTN: HOWARD A. COHEN, ESQ.
222 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801-1621

DUANE MORRIS LLP
MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ.
COUNSEL TO GENBAND INC.
222 DELAWARE AVENUE
SUITE 1600
WILMINGTON, DE 19801-1659

BALLARD SPAHR, LLP
TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

KLEHR HARRISON
ATTN: JOANNE B. WILLS ESQ.
919 MARKET ST, STE 1000
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.;
J. LANDON ELLIS, ESQ.
COUNSEL TO ASM CAPITAL III, L.P.
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

LAW OFFICE OF VIVIAN HOUGHTON
ATTN: VIVIAN A. HOUGHTON, ESQ.
COUNSEL TO MERA NETWORKS
800 WEST STREET
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, JR., ESQ.
RENAISSANCE CENTRE
405 NORTH KING STREET, 8TH FLOOR
WILMINGTON, DE 19801

MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A.
ATTN: RACHEL B. MERSKY ESQ.
1201 N ORANGE ST, STE 400
WILMINGTON, DE 19801

BIALSON BERGEN & SCHWAB
ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ.
PATRICK M. COSTELLO ESQ.
2600 EL CAMINO REAL, STE 300
PALO ALTO, CA 94306

MORRIS JAMES LLP
ATTN: BRETT D. FALLON ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON, DE 19801

MORRIS JAMES LLP
ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
COUNSEL FOR THE DEBTORS
ATTN: DEREK ABBOTT, ERIC SCHWARTZ AND ANN C. CORDO
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19801

OFFICE OF THE U.S. TRUSTEE
ATTN: MARK KENNEY
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

PACHULSKI STANG
ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS
919 N. MARKET ST. 17TH FL.
WILMINGTON, DE 19899-8705

PEPPER HAMILTON LLP
ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ
1313 MARKET ST, STE 5100
WILMINGTON, DE 19801

PEPPER HAMILTON LLP
ATTN: HENRY JAFFE ESQ.
1313 MARKET ST, STE 5100
WILMINGTON, DE 19801

PEPPER HAMILTON LLP
EVELYN J. MELTZER, ESQ.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
PO BOX 1709
WILMINGTON, DE 19899-1709

PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC
ATTN: KEVIN M. CAPUZZI, ESQ
COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP
1220 N. MARKET STREET, SUITE 950
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ
ONE RODNEY SQUARE, 920 N KING ST
WILMINGTON, DE 19801

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE, PO BOX 636
WILMINGTON, DE 19899-0636

SMITH KATZENSTEIN & FURLOW
ATTN: KATHLEEN M. MILLER ESQ.
800 DELAWARE AVE., 7TH FL
WILMINGTON, DE 19801

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN ESQ.
901 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801

SWARTZ CAMPBELL LLC
ATTN: NICHOLAS SKILES ESQ.
300 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

US ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 N. ORANGE STREET
WILMINGTON, DE 19801

WEIR & PARTNERS LLP
JEFFREY S. CIANCIULLI, ESQ.
COUNSEL TO ACME PACKET, INC.
824 MARKET STREET, SUITE 800
WILMINGTON, DE 19801-4939

WERB & SULLIVAN
ATTN: DUANE D. WERB ESQ.
300 DELAWARE AVE, 13TH FL
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ.
COUNSEL TO GOOGLE INC. AND RANGER INC.
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY
ATTN: JAMES L. PATTON,EDWIN J. HARRON
THE BRANDYWINE BLDG 17TH FL.
1000 WEST STREET
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ
222 DELAWARE AVENUE, STE 1101
WILMINGTON, DE 19801
ELLIOTT GREENLEAF

ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA;
SHELLY A. KINSELLA
COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM
DISABILITY PLAN PARTICIPANTS
WILMINGTON, DE 19801

NORTEL NETWORKS INC., *et al.*
Chapter 11  09-10138
*2002 Service list*

# SERVED VIA USPS MAIL- First Class Mail

ACUSHNET COMPANY
ATTN: CREDIT DEPT
TITLEIST & FOOTJOY, PO BOX 965
FAIRHAVEN, MA 02719

ADAMS, LAURIE
217 RIDGE CREEK DRIVE
MORRISVILLE, NC 27560

AIKEN, SANDRA
3166 TUMP WILKINS ROAD
STEM, NC 27581

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ.
ONE BRYANT PARK
NEW YORK, NY 10036

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: SUSAN R. FUERTES, ESQ.
14910 ALDINE-WESTFIELD ROAD
HOUSTON, TX 77032

ALLEN & OVERY LLP
ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ.
1221 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10020

APC WORKFORCE SOLUTIONS LLC
ATTN: DOUG GOIN CFO
420 SOUTH ORANGE AVENUE, 6TH FL
ORLANDO, FL 32801

ARDENT LAW GROUP, P.C.
ATTN: HUBERT H. KUO ESQ.
2600 MICHELSON DRIVE, SUITE 1700
IRVINE, CA 92612

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ.
171 17TH ST NW, STE 2100
ATLANTA, GA 30363-1031

BALLARD SPAHR ANDREWS & INGERSOLL LLP
ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ.
51ST FL MELLON BANK CTR, 1735 MARKET ST
PHILADELPHIA, PA 19103

ASSISTANT ATTORNEY GENERAL
ATTN: LAURA L. MCCLOUD ESQ.
P.O. BOX 20207
NASHVILLE, TN 37202

BAKER BOTTS L.L.P.
JUDITH W. ROSS, ESQ.
COUNSEL TO GENBAND, INC.
2001 ROSS AVENUE
DALLAS, TX 75201

BALLARD SPAHR LLP
ROBERT MCL. BOOTE, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN ESQ.
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110

BELL MICROPRODUCTS INC
ATTN: DAVID L. URANGA
201 MONROE STREET, SUITE 300
MONTGOMERY, AL 36104

BENNETT, STEVEN E.
37052 CHESTNUT STREET
NEWARK, CA 94560

BERNSTEIN, SHUR, SAWYER & NELSON
ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.;
DANIEL J. MURPHY, ESQ.
COUNSEL TO AD HOC COMMITTEE
100 MIDDLE STREET
PORTLAND, ME 04104-5029

BERTRAM FREDRICK THOMAS FLETCHER
35 BROOMHILL COURT
CLAYTON, NC 27527

BIALSON BERGEN & SCHWAB
ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ.
PATRICK M. COSTELLO ESQ.
2600 EL CAMINO REAL, STE 300
PALO ALTO, CA 94306

BOYLAN BROWN
ATTN: DEVIN LAWTON PALMER
145 CULVER ROAD
ROCHESTER, NY 14620-1678

BOYER, BONNIE J.
305 W. JUNIPER AVE
STERLING, VA 20164

BRACEWELL & GUILIANI LLP
ATTN: EVAN D. FLASCHEN, KATHERINE L. LINDSAY
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103

BRACEWELL & GUILIANI LLP
ATTN: JENNIFER FELDSHER
1251 AVENUE OF THE AMERICAS 49TH FL
NEW YORK, NY 10020-1104

BRAD LEE HENRY
11596 W SIERRA DAWN BLVD
LOT 386
SURPRISE, AZ 85378

BRADY, ELLEN SUE
1630 DRY ROAD
ASHLAND CITY, TN 37015

BRENDA L. ROHRBAUGH
2493 ALSTON DRIVE
MARIETTA, GA 30062

BRENT E. BEASLEY
541 AMMONS RD
DUNN, NC 28334

BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN ESQ.
6 NORTH BROAD ST, STE 1000
WOODBURY, NJ 08096

BROWN MCCAROLL LLP
ATTN: AFTON SANDS-PURYEAR
KELL C. MERCER; AFTON SANDS-PURYEAR
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

BROWN, REMAJOS
2353 SWORD DRIVE
GARLAND, TX 75044

BRUCE FRANCIS
5506 LAKE ELTON RD.
DURHAM, NC 27713

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BRYAN CAVE LLP
ATTN: ERIC S. PREZANT ESQ.
161 N CLARK ST, STE 4300
CHICAGO, IL 60601

BRYAN CAVE LLP
ATTN: CULLEN K. KUHN ESQ.
211 N BROADWAY, STE 3600
ST. LOUIS, MO 63102

BUCHALTER NEMER
ATTN: SHAWN M. CHRISTIANSON ESQ.
55 SECOND STREET, 17TH FL
SAN FRANCISCO, CA 94105-3493

CAROL F. RAYMOND
7962 S.W. 185 STREET
MIAMI, FL 33157

CAROLINE UNDERWOOD
2101 EMERSON COOK RD.
PITTSBORO, NC 27312

CARR, BARBARA
145 GRECIAN PKWY
ROCHESTER, NY 14626

CARTER LEDYARD & MILBURN LLP
ATTN: SUSAN P. JOHNSON
2 WALL STREET
NEW YORK, NY 10005

CHADBOURNE & PARKE LLP
ATTN: N. THODORE ZINK JR. ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

CHAD SORAINO
894 HICKORY AVE.
HESPERIA, CA 92345

CHAMBERS, LOTTIE EDITH
2716 DALFORD CT.
RALEIGH, NC 27604

CLEARY GOTTLIEB STEEN & HAMILTON LLP
COUNSEL FOR THE DEBTOR
ATTN: JAMES L. BROMLEY AND LISA M. SCHWEITZER
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COMMONWEALTH OF PENNSLYVANIA
CAROL E. MOMJIAN
OFFICE OF THE ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION
C/O MARK K. AMES
TAX AUTHORITY CONSULTING SERVICES P.C.
P.O. BOX 1270
MIDLOTHIAN, VA 23113

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ.
58 SOUTH SERVICE ROAD, SUITE 200
MELVILLE, NY 11747

COWLES & THOMPSON, PC
ATTN: STEPHEN C. STAPLETON
COUNSEL TO GTCI
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

CULLEN, EMILY D
100 TELMEW CT
CARY, NC 27518

CURTIS MALLET-PREVOST COLT & MOSLE LLP
ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ.
101 PARK AVENUE
NEW YORK, NY 10178-0061

CYNTHIA ANN SCHMIDT
P.O. BOX 119
OREGON HOUSE, CA 95962

DAVID LITZ
316 N MANUS DRIVE
DALLAS, TX 75224

DAVID, DANIEL D.
2105 POSSUM TROT RD
WAKE FOREST, NC 27587

DAVIS & KUELTHAU, S.C.
ATTN: RUSSELL S. LONG, ESQ.
COUNSEL TO CORE BROOKFIELD LAKES, LLC
111 E. KILBOURN AVENUE, SUITE 1400
MILWAUKEE, WI 53202

DEMEL ERNEST
RCS BOX 426
NEW YORK, NY 10101

DEWEY & LEBOEUF, LLP
LAWRENCE E. MILLER, ESQ.
125 W 55TH STREET
NEW YORK, NY 10019

DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ.
6225 SMITH AVENUE
BALTIMORE, MD 21209

DURANT, FRED
708 EAST H STREET
LEOTI, KS 67861

EMC CORPORATION
RONALD ROWLAND, ESQ.
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21094

ESTELLE LOGGINS
6707 LATTA STREET
DALLAS, TX 75227

FAIRCLOTH, DEBORAH
115 WINCHESTER LANE
ROCKY POINT, NC 28457

FLEXTRONICS INTERNATIONAL
ATTN: STEVEN JACKMAN, VICE PRESIDENT
847 GIBRALTAR DRIVE
MILPITAS, CA 95035

FOSTER PEPPER PLLC
ATTN: CHRISTOPHER M. ALSTON ESQ.
1111 3RD AVE, STE 3400
SEATTLE, WA 98101-3299

FPL LAW DEPARTMENT
ATTN: RACHEL S. BUDKE ESQ.
700 UNIVERSE BLVD
JUNO BEACH, FL 33408

FRANCHISE TAX BOARD
ATTN: DELAWARE DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
PO BOX 898
DOVER, DE 19903

FRANCIS, BRUCE
5506 LAKE ELTON ROAD
DURHAM, NC 27713

FREDDIE WORMSBAKER
327 LOCUST ST.
TWIN FALLS, ID 83301

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER ESQ.
ATTN: DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DR, STE 3000
COUNSEL TO MERCER (US) INC.
CHICAGO, IL 60606

FULBRIGHT & JAWORSKI LLP
ATTN: DAVID A. ROSENZWEIG ESQ.
666 5TH AVE
NEW YORK, NY 10103-3198

GAMBOURG & BORSEN LLP
ATTN: ROMAN GAMBOURG, ESQ.
COUNSEL TO MERA NETOWRKS
THE BRIDGE PLAZA BUILDING
2185 LEMOINE AVENUE, SUITE B4
FORT LEE, NJ 07024

GARRETT, GARY W.
4093 HOGAN DRIVE UNIT 4114
TYLER, TX 75709

GERALD R. UTPADEL
4627 GREENMEADOWS AVENUE
TORRANCE, CA 90505

GIBBONS P.C.
ATTN: DAVID N. CRAPO ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN
JANET WEISS, ESQ.
COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS
200 PARK AVENUE
NEW YORK, NY 10166-0193

GLORIA BENSON
1824 WILSON PIKE
BRENTWOOD, TN 37027

GOULD & RATNER LLP
ATTN: CHRISTOPHER J. HORVAY ESQ.
222 N LASALLE ST, STE 800
CHICAGO, IL 60601

GRISSOM, CRICKETT
2580 W. PORTER CREEK AVE.
PORTERVILLE, CA 93257

GUEVARRA JR., EDWARD
11007 SCRIPPS RANCH BLVD
SAN DIEGO, CA 92131

GUSSIE H. ANDERSON
109 GUMPOND BELL RD
LUMBERTON, MS 39455

HAHN LOESER & PARKS LLP
ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ.
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH 44114

HEINBAUGH, ALLAN
19816 COLBY CT
SARATOGA, CA 95070

HEISLER, SUSAN ANN
133 ANNA ROAD BOX 194
BLAKESLEE, PA 18610

HERBERT PRESTON STANSBURY
3193 US HIGHWAY 15
STEM, NC 27581

HINCKLEY ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN ESQ.
28 STATE ST
BOSTON, MA 02109

HODGES, RICHARD
12804 PAMPLONA DR
WAKE FOREST, NC 27587

HOLBROOK, MARY L.
1181 GREY FOX COURT
FOLSOM, CA 95630

HOVATER, JR., GEORGE I
9009 CASALS ST. UNIT 1
SACRAMENTO, CA 95826

HP COMPANY
ATTN: RAMONA NEAL ESQ.
11307 CHINDEN BLVD, MS 314
BOISE, ID 83714

HUGHES HUBBARD
MICHAEL LUSKIN; DEREK ADLER
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

HUNTON & WILLIAMS
ATTN: LYNNETTE R. WARMAN
1445 ROSS AVE, ROUNTAIN PLACE STE 3700
DALLAS, TX 75202-2799

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

J. SCOTT DOUGLASS ESQ.
909 FANNIN, STE 1800
HOUSTON, TX 77010

JACOBS, WANDA
801 DUPREE STREET
DURHAM, NC 27701

JAMES HUNT
8903 HANDEL LOOP
LAND O LAKES, FL 34637

JAMES LEE
1310 RICHMOND STREET
EL CERRITO, CA 94530

JANETTE M. HEAD
16 GLENEAGLE DRIVE
BEDFORD, NH 03110

JD THOMPSON LAW
JUDY T. THOMPSON, ESQ.
P.O. BOX 33127
CHARLOTTE, NC 28233

JOHN J. ROSSI
1568 WOODCREST DRIVE
WOOSTER, OH 44691

JOHN MERCER
121 MONASTERY RD.
PINE CITY, NY 14871

JOHNSON, WILLIAM E.
2865 HORSEMANS RIDGE DRIVE
CLAYTON, NC 27520

JONES DAY
ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ.
1420 PEACHTREE ST NE, STE 800
ATLANTA, GA 30309

KATTEN MUCHIN ROSENMAN LLP
ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE
KEVIN BAUM
575 MADISON AVENUE
COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION
NEW YORK, NY 10022-2585

KATTEN MUCHIN ROSENMAN LLP
ATTN: DUSTIN P. BRANCH ESQ.
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES, CA 90067-3012

KAUSHIK PATEL
5665 ARAPAHO RD. #1023
DALLAS, TX 75248

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
KRISTIN S. ELLIOTT, ESQ.
COUNSEL TO CYPRESS COMMUNICATIONS, INC.;
TATA AMERICAN INTERNATIONAL CORP.
101 PARK AVENUE
NEW YORK, NY 10178

KENNETH MURRAY
PO BOX 3043
MCKEESPORT, PA 15134

KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN: EDWARD T. ATTANASIO ESQ.
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES, CA 90067-6049

KRAMER LEVIN NAFTALIS FRANKEL LLP
ERNSEST S. WECHSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

L.A. COUNTY TREASURER & TAX COLLECTOR
P.O. BOX 54110
LOS ANGELES, CA 90054-0110

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG ESQ.
885 THIRD AVENUE, STE 1000
NEW YORK, NY 10022-4068

LATHAM & WATKINS LLP
ATTN: ZACHARY N. GOLDSTEIN ESQ.
885 THIRD AVENUE, STE 1000
NEW YORK, NY 10022-4068

LATHAM & WATKINS LLP
ATTN: DAVID S. ALLINSON; THOMAS MALONE;
ALEXANDRA CROSWELL
885 THIRD AVENUE, SUITE 100
NEW YORK, NY 10022

LATHROP & GAGE LLP
ATTN: STEPHEN K. DEXTER ESQ.
U.S. BANK TOWER
950 SEVENTEENTH STREET, SUITE 2400
DENVER, CO 80202

LEWIS AND ROCA LLP
ATTN: SCOTT K. BROWN ESQ.
40 NORTH CENTRAL AVE, STE 1900
PHOENIX, AZ 85004

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN ESQ.
P.O. BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET ESQ.
TRAVIS BLDG SUITE 300, 711 NAVARRO
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ.
2777 N. STEMMONS FREEWAY; STE 1000
DALLAS, TX 75207

LONG, VERNON
4929 KELSO LANE
GARLAND, TX 75043

LOWENSTEIN SANDLER PC
ATTN: VINCENT A. D'AGOSTINO ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MADDRY, SHIRLEY
2519 RIDDLE ROAD
DURHAM, NC 27703

MAGNOZZI & KYE, LLP
ATTN: AMISH R. DOSHI, ESQ.
COUNSEL TO ORACLE AMERICA, INC.
23 GREEN STREET, SUITE 302
HUNTINGTON, NY 11743

MANN, WENDY BOSWELL
4913 SUMMIT PLACE DR. NW,
APT. 404
WILSON, NC 27896

MARILYN DAY
2020 FOX GLEN DRIVE
ALLEN, TX 75013

MARILYN GREEN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

MARK A. PHILLIPS
6117 TREVOR SIMPSON DRIVE
LAKE PARK, NC 28079

MARK R. JANIS
193 VIA SODERINI
APTOS, CA 95003

MARTEL, ROBERT JOSEPH
200 LIGHTHOUSE LANE APT B3
SWANSBORO, NC 28584

MASSENGILL, TERRY D.
126 KERI DRIVE
GARNER, NC 27529

MAYER BROWN LLP
ATTN: MELISSA A. MICKEY
71 S. WACKER DRIVE
CHICAGO, IL 60604-1404

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.;
AMIT K. TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

MCCAFFREY, LEAH
7139 DEBBE DR.
DALLAS, TX 75252

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ.
1750 TYSONS BLVD, STE 1800
MCLEAN, VA 22102-4215

MCGUIREWOODS LLP
ATTN: JAMES E. VAN HORN
7 SAINT PAUL STREET
SUITE 1000
BALTIMORE, MD 21202

MD DEPARTMENT OF LABOR LICENSING & REG.
OFFICE OF UNEMPLOYMENT
INSURANCE CONTRIBUTIONS DIVISION
1100 N. EUTAW STREET, ROOM 401
SUITE 3000
BALTIMORE, MD 21201

MEYERS LAW GROUP P.C.
ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ.
44 MONTGOMERY STREET, STE 1010
SAN FRANCISCO, CA 94104

MICHAEL MCWALTERS
PO BOX 338
ALVISO, CA 95002-0338

MICHAEL P. ALMS
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ.
ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ.
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MISSOURI DEPT OF REVENUE
ATTN: SHERYL L. MOREAU ESQ.
P.O. BOX 475, BANKRUPTCY DIVISION
JEFFERSON CITY, MO 65105-0475

MONARCH ALTERNATIVE CAPITAL LP
ATTN: ANDREW HERENSTEIN
535 MADISON AVE.
NEW YORK, NY 10022

MORRISON, PAUL EDWARD
2241 COLLEGE AVENUE
QUINCY, IL 62301

MULLETT, REID
4224 THAMESGATE CLOSE
NORCROSS, GA 30092

MUNICIPAL OPERATIONS
ATTN: MAX TAYLOR ASST. CITY ATTY.
201 W. COLFAX AVENUE, DEPT. 1207
DENVER, CO 80202-5332

NAJAM UD DEAN
6 AUGUSTA DRIVE
MILLBURY, MA 01527

NEUMANN, JANE
11730 CO. ROAD 24
WATERTOWN, MN 55388

NIXON PEABODY LLP
ATTN: LOUIS J. CISZ, III
ONE EMBARCADERO CENTER, 18TH FLOOR
SAN FRANCISCO, CA 94111

NOSSAMAN LLP
ATTN: ROBERT S. MCWHORTER ESQ.
915 L ST, STE 1000
SACRAMENTO, CA 95814

OFFICE OF UNEMPLOYMENT INSURANCE
CONTRIBUTIONS DIVISION
MD DEPT. OF LABOR LICENSING & REG.
1100 N. EUTAW STREET, ROOM 401
BALTIMORE, MD 21201

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ
WESTON T. EGUCHI ESQ.
51 WEST 52ND STREET
NEW YORK, NY 10019-6142

OWENBY, DANNY
2136 SAPELO CT
FERNANDINA BEACH, FL 32034

PA DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A MERTZ, TAX AGENT
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184

PA SENIOR DEPUTY ATTY GEN
ATTN: CAROL E. MOMJIAN ESQ.
21 S 12TH ST, 3RD FL
PHILADELPHIA, PA 19107-3603

PARTRIDGE SNOW & HAHN LLP
ATTN: PATRICIA ANTONELLI
COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND
ANNABELLE W. CAFFRY
180 SOUTH MAIN STREET
PROVIDENCE, RI 02903

PARTRIDGE SNOW & HAHN LLP
ATTN: LAUREN F. VERNI
COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND
180 SOUTH MAIN STREET
PROVIDENCE, RI 02903

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY
LAW DEBENTURE TRUST COMPANY OF NEW YORK
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

PATTERSON HARKAVY
225 E WORTHINGTON AVE STE 200
CHARLOTTE, NC 28203-4886

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: RICHARD CHESLEY
COUNSEL TO IBM CORPORATION
191 N. WACKER DRIVE, 30TH FLOOR
CHICAGO, IL 60606

PAUL WEISS RIFKIND WHARTON & GARRISON
STEPHEN J. SHIMSHAK; MARILYN SOBEL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ROBERT E. WINTER
875 15TH STREET, NW
WASHINGTON, DC 20005

PENSION BENEFIT GUARANTY CORP
ATTN: VICENTE MATIAS MURRELL ESQ.
STEPHEN D. SCHREIBER ESQ.
1200 K STREET NW
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA ESQ.
4025 WOODLAND PARK BLVD, STE 300
ARLINGTON, TX 76013

PETER LAWRENCE
16295 VIA VENETIA W
DELRAY BEACH, FL 33484

POST & SCHELL P.C.
ATTN: BRIAN W. BISIGNANI ESQ.
17 N 2ND ST, 12TH FL
HARRISBURG, PA 17101-1601

POYNER SPRUILL LLP
ATTN: SHANNON E. HOFF
301 S. COLLEGE STREET, SUITE 2300
CHARLOTTE, NC 28202

PRYOR CASHMAN LLP.
ATTN: RONALD S. BEACHER, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036

QUINN EMANUEL URQUHART & SULLIVAN, LLP
SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND
DANIEL S. HOLZMAN, ESQ.
COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

RAY QUINNEY & NEBEKER P.C.
ATTN: STEPHEN C. TINGEY, ESQ.
36 SOUTH STATE STREET, SUITE 1400
SALT LAKE CITY, UT 84145-0385

REESE, KATHLEEN
200 CARNEGIE DRIVE
MILPITAS, CA 95035

RICHARD LYNN ENGLEMAN
1505 NEVADA DRIVE
PLANO, TX 75093

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH JR. ESQ.
1001 4TH AVE, STE 4500
SEATTLE, WA 98154-1192

ROBERT DALE DOVER
2509 QUAIL RIDGE RD.
MELISSA, TX 75454

ROBERT JOSEPH MARTEL
200 LIGHTHOUSE LANE; APT. B3
SWANSBORO, NC 28584

ROBINSON BRADSHAW & HINSON P.A.
ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ.
101 NORTH TRYON ST, STE 1900
CHARLOTTE, NC 28246

RONALD J. ROSE JR.
26 PHEASANT RUN
BALLSTON SPA, NY 12020

ROOB, CHAE S.
8584 CHANHASSEN HILLS DR. SOUTH,
CHANHASSEN, MN 55317

ROPES & GRAY LLP
ATTN: MARK I. BANE,ANNE H. PAK
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROPES & GRAY LLP
JAMES M. WILTON, ESQ.
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

SANDNER, CHARLES
1970 N. LESLIE #3779
PAHRUMP, NV 89060

SAUL EWING LLP
ATTN: JOYCE A. KUHNS
500 E. PRATT STREET, 8TH FLOOR
BALTIMORE, MD 21202

SCOTT GENNETT
16 WILDWOOD DRIVE
LAKE GROVE, NY 11755

SEC NY REGIONAL OFFICE
ATTN: ALISTAR BAMBACH
BANKRUPTCY DIV_STE 400
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1022

SECRETARY OF STATE
ATTN: BANKRUPTCY / FRANCHISE TAX DEPT.
TOWNSEND BUILDING
SUITE 1
401 FEDERAL STREET
DOVER, DE 19901

SECRETARY OF TREASURY
820 SILVERLAKE BLVD., SUITE 100
DOVER, DE 19904

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

SEGURA, MANUEL
215 SHERIDAN APT. #B-43
PERTH AMBOY, NJ 08861

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ
30 ROCKEFELLER PLAZA, 24TH FL
NEW YORK, NY 10112

SIRLIN GALLOGLY & LESSER, P.C.
ATTN: DANA S. PLON ESQ.
123 SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PA 19109

SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN
LLP, ATTN: AMOS U. PRIESTER IV ESQ.
ANNA B. OSTERHOUT ESQ.
P.O. BOX 2611
RALEIGH, NC 27602-2611

SPECTRUM GROUP MANAGEMENT LLC
ATTN: DAVID D.R. BULLOCK
1250 BROADWAY, 19TH FLOOR
NEW YORK, NY 10001

STEMPEL BENNETT CLAMAN & HOCHBERG P.C.
ATTN: EDMOND P. O'BRIEN ESQ.
675 THIRD AVE, 31ST FL
NEW YORK, NY 10017

STEVEN S. HONIGMAN
ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD
500 EAST 77TH STREET
NEW YORK, NY 10162

STEWART, MIRIAM L.
2615 BAILEY'S CROSSROADS RD.
BENSON, NC 27504

STUTTS, MICHAEL
1616 HASTINGS BLUFF
MCKINNEY, TX 75070

SUMITOMO ELECTRIC
ATTN: CHRIS FINCH CREDIT MANAGER
78 ALEXANDER DRIVE, PO BOX 13445
TRIANGLE PARK, NC 27709

THE INTECH GROUP INC.
ATTN: ERNIE HOLLING PRESIDENT
305 EXTON COMMONS
EXTON, PA 19341

THE INTERPUBLIC GROUP OF COMPANIES
ATTN: NICHOLAS VIANNA
1114 AVENUE OF THE AMERICAS, 19TH FLOOR
NEW YORK, NY 10036

THOMPSON, MICHAEL R.
564 OLD CANDIA ROAD
CANDIA, NH 03034

TISHLER & WALK, LTD.
JEFFREY B. ROSE
200 S. WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

TOTMAN, CARMEL TURLINGTON
3029 MCDADE FARM ROAD
RALEIGH, NC 27616

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR, STE 400
LITTLETON, CO 80124

U.S. DEPT OF JUSTICE CIVIL DIV
ATTN: SETH B. SHAPIRO ESQ.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044

UNISYS CORPORATION
ATTN: JANET FITZPATRICK
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

UNIVERSAL SERVICE ADMINISTRATIVE CO
ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON, DC 20036

UPHOLD, LOIS DIANE
201 CAMDEN PARK DRIVE
GOLDSBORO, NC 27530

US DEPARTMENT OF LABOR
FRANCES PERKINS BUILDING
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210

VEDDER PRICE P.C.
ATTN: MICHAEL L. SCHEIN & MICHAEL J. RIELA
1633 BROADWAY, 47TH FL
NEW YORK, NY 10019

VEDDER PRICE P.C.
COUNSEL TO MIKE ZAFIROVSKI
ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ
222 NORTH LASALLE STREET, SUITE 2600
CHICAGO, IL 60601

VEGA, DEBRA
818 GLENCO ROAD
DURHAM, NC 27703

VIDMER, CLAUDIA
213 ORCHARD LANE
GLEN ELLYN, IL 60137

VONBRIESEN & ROPER S.C.
ATTN: RANDALL D. CROCKER ESQ.
411 E WISCONSIN AVE, STE 700
MILWAUKEE, WI 53202

VORYS, SATER, SEYMOUR AND PEASE LLP
TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ.
BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ.;
BRIAN M. WALKER, ESQ.
COUNSEL TO GOOGLE INC. AND RANGER INC.
NEW YORK, NY 10019

WADLOW, JERRY
PO BOX 79
WEWOKA, OK 74884

WATSON, THELMA
PO BOX 971
BATH, SC 29816

WICK PHILLIPS GOULD & MARTIN, LLP
ANDREW M. GOULD, ESQ.
COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET
LM ERICSSON (PUBL.)
2100 ROSS AVENUE, SUITE 950
DALLAS, TX 75201

WILLKIE FARR & GALLAGHER LLP
ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ.
787 7TH AVE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ;
SAMEER ADVANI, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
ATTN: MARK G. LEDWIN ESQ.
3 GANNETT DR
WHITE PLAINS, NY 10604

WOLFE, PAUL DOUGLAS
113 RED DRUM LANE
GLOUCESTER, NC 28528

WOLFF & SAMSON PC
ATTN: ROBERT E. NIES ESQ.
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

WREAD, BRENDA L.
3408A WATER VISTA PARKWAY
LAWRENCEVILLE, GA 30044

YATES, KIM M.
207 TOMATO HILL ROAD
LEESBURG, FL 34748

NORTEL NETWORKS INC., *et al.*
*Chapter 11  09-10138*
*2002 Service list*

## SERVED VIA USPS MAIL- International

CASSELS BROCK & BLACKWELL LLP
ATTN: MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ, AND
RYAN C. JACOBS
SUITE 2100 SCOTIA PLAZA
40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA

DENTONS CANADA LLP
KENNETH KRAFT
JOHN SALMAS
77 KING STREET WEST,
SUITE 400, TD CENTRE
TORONTO, ON,  M5K 0A1
CANADA

EXPORT DEVELOPMENT CANADA
ATTN: DEREK AUSTIN
151 O'CONNOR STREET
OTTOWA, ON K1A 1K3
CANADA

GOODMANS LLP
ATTN: CHRIS ARMSTRONG
333 BAY STREET, SUITE 3400
TORONTO, ON M5H 2S7
CANADA

GOWLING LAFLEUR HENDERSON
ATTN: JENNIFER STAM; DERRICK TAY
1 FIRST CANADIAN PLACE
100 KING STREET WEST, SUITE 1600
TORONTO, ON M5X 1G5
CANADA

HERBERT SMITH
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREEET
LONDON,  EC2A 2HS
UNITED KINGDOM

HITACHI COMMUNICATIONS TECHNOLOGIES LTD
MINORU INAYOSHI, GEN MGR.
OMORI BELLPORT D BLDG., 26-3
MINAMI OI 6-CHROME
SHINAGAWA-KU 140-0013
TOKYO,
JAPAN

IBM CORPORATION/IBM CREDIT LLC
ATTN: BANKRUPTCY COORDINATOR
275 VIGER EAST 4TH FLOOR
MONTREAL, QC H3G 2W6
CANADA

KUMAR, RAHUL
C-701 NEELACHAL APT. PLOT NO 3
SECTOR 4, DWARKA
NEW DELHI,  110078
INDIA

NORTON ROSE
ATTN: TONY REYES
ROYAL BANK PLAZA SOUTH TOWER
200 BAY ST., SUITE 3800
TORONTO, ON M5J 2Z4
CANADA

TIM STEELE
POWER OF ATTORNEY FOR WAYNE SCHMIDT
P.O. BOX 37
CHRISTOPHER LAKE, SK S0J 0N0
CANADA