```
                     IN THE UNITED STATES BANKRUPTCY COURT
                        FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
NORTEL NETWORKS, INC.,          )
       et al.,                  )    Chapter 11

                                )    Courtroom 3
                                )    824 Market Street
             Debtors.           )    Wilmington, Delaware
                                )
                                )    August 19, 2014
                                )    10:00 a.m.

                     TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:               Morris Nichols Arsht & Tunnell, LLP
                           BY: ANNIE CORDO, ESQ.
                           BY: DONNA CULVER, ESQ.
                           1201 North Market St., 18th Floor
                           Wilmington, DE  19899-1347
                           (302) 351-9357

                           Cleary Gottlieb Steen & Hamilton
                           BY: LOUIS LIPNER, ESQ.
                           One Liberty Plaza
                           New York, NY  10006
                           (212) 225-2000


ECRO:                      GINGER MACE

Transcription Service:     DIAZ DATA SERVICES, LLC
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For the Creditors'        Richards Layton & Finger
Committee:                BY: AMANDA STEELE, ESQ.
                          One Rodney Square
                          920 North King Street
                          Wilmington, DE  19801
                          (302) 651-7531


                          Akin Gump Strauss Hauer & Feld, LLP
                          BY: MATTHEW FAGEN, ESQ.
                          One Bryant Park
                          New York, NY  10036-6745
                          (212) 872-1000

For UK Pension            Bayard, PA
Interests:                BY: JUSTIN R. ALBERTO, ESQ.
                          222 Delaware Ave., Ste. 900
                          Wilmington DE  19899
                          (302) 429-4226

For LTD VEBA Trust:       Elliott Greenleaf
                          BY: ERIC SUTTY, ESQ.
                          1105 Market Street, Suite 1700
                          Wilmington, DE  19801
                          (302) 384-9400

For Ernest Demel
In Pro Per/Pro Se:        BY: ERNEST DEMEL


TELEPHONE APPEARANCES:

For Interested Party:     Farallon Capital Management
                          BY: MICHAEL LINN
                          (415) 421-2132

For Peg Brickley:         Dow Jones & Co.
                          BY: PEG BRICKLEY, ESQ.
                          (215) 462-0953

For Nortel Networks       Willkie Farr & Gallagher, LLP
UK Pension Trust:         BY: NICHOLAS W. CHIUCHIOLO, ESQ.
                          (212) 728-8511

For Bank of America:      BY: ESTHER CHUNG, ESQ.
                          (646) 855-6705
```

TELEPHONE APPEARANCES:
(Continued)

For Reorg Research,         BY: KENT COLLIER, ESQ.
Inc.:                       (212) 257-4383

For Debtor:                 Cleary Gottlieb Steen & Hamilton
                            BY: LISA SCHWEITZER, ESQ.
                            (212) 225-2829

For Law Debenture:          Patterson Belknap Webb Taylor, LLP
                            BY: DAN LOWENTHAL, ESQ.
                            (212) 336-2720

1           THE CLERK:  Please rise.

2           THE COURT:  Good morning, everyone.  Please be

3     seated, thank you.  Good morning, Ms. Cordo.

4           MS. CORDO:  Good morning, Your Honor.  For the

5     record, Annie Cordo, Morris, Nichols, Arsht & Tunnell on

6     behalf of the Debtors.

7           THE COURT:  Yes.

8           MS. CORDO:  We have, we have three items on the

9     Agenda this morning.  Items 1 and 2 were filed under

10    Certificate of No Objection, so Orders have been entered.

11          THE COURT:  Yes.

12          MS. CORDO:  Which brings us to Item No. 3 which

13    was Mr. Demel's Motion to Amend the 9019.  Mr. Demel is in

14    the courtroom, so I will cede the podium to him to present

15    his Motion.

16          THE COURT:  Thank you, Ms. Cordo.  Mr. Demel,

17    good morning.

18          MR. DEMEL:  Good morning.

19          THE COURT:  You may step forward, sir, and let me

20    hear from you.  Right at -- yes, right at the podium, sir.

21    It's good to have you here.

22          MR. DEMEL:   Thank you, Judge.  Good morning,

23    everyone.  If I please?

24          THE COURT:  Yes, sir.

1          MR. DEMEL:  My name is Ernest Demel.  I was an

2   ex-employee of Nortel.

3          THE COURT:  Yes.

4          MR. DEMEL:  In the 1980's, I joined the Nortel

5   Company.  I was given a lot of training on their products

6   and I got superior knowledge on their products.  And my job

7   was to go into the field and maintain, sell, and commission

8   their products.  I became very familiar with all their

9   products.  And with my superior knowledge, and superior

10  intellectual capacity, they assigned me to a task force, the

11  Nortel Task Force.  I was a great asset to the company

12  during the telecommunication bubble and we were making a lot

13  of money to Nortel.

14          THE COURT:  Yes.

15          MR. DEMEL:  I had travel assignments up to about

16  80 percent.  And about one-third of my life was dedicated to

17  Nortel, traveling and staying out of my state.  I had an

18  automobile accident while I was traveling to a Nortel

19  assignment.  Thereafter, I was disabled and I suffered a

20  lot.  During my working days, Nortel treated my quite well.

21  After I became a liability to them, I was no one.  But I got

22  the short-term disability benefits and also social security

23  disability, but Nortel did not pay my long-term disability.

24  Even I didn't fight for my long-term disability  in very

25  late years because I felt, my pension -- I did not get the

1   pension unless I had the short-term disability.  So I filed

2   a case in the Federal Courts and here we are.

3               THE COURT:  Yes.

4               MR. DEMEL:  And while the case was going on,

5   Nortel applied for bankruptcy.

6               THE COURT:  Right.

7               MR. DEMEL:  And the case was [indiscernible].  We

8   petitioned to the Judge Daniels, to release the case from

9   the suspend docket.  Judge Daniels agreed with us that we

10  are trying to get money from different entities other than

11  directly from Nortel's assets.  So he allowed the case to

12  proceed.  While he was proceeding with the case, the Judge

13  also made the remark that if I have to get the money, I have

14  to go to the Bankruptcy Court.

15              So we filed a claim to the Bankruptcy Court for

16  $1.9 million.  While these proceedings were going on in

17  downtown Federal Courts and also the Bankruptcy Court, we

18  negotiated a settlement because I needed the money and we

19  settled for very low amount because it was at the very

20  preliminary stage of bankruptcy.  We agreed for $125,000.

21              THE COURT:  Yes, which I then approved.

22              MR. DEMEL:  Yeah.  And it was allowed.  And I had

23  a pro bono attorney at that time and our understanding was

24  when they address the LTD benefits claims, my claim will be

25  paid.  So we waited, and last year, they -- we sent some

1  letters to Nortel regarding this matter and nothing

2  happened.  And this year, I had some communication with

3  Nortel regarding some amendments to the contract, excuse me.

4  The first --

5          THE COURT:  By the contract, you mean to the

6  settlement?

7          MR. DEMEL:  The settlement.

8          THE COURT:  Yes.

9          MR. DEMEL:  The settlement contract had a word,

10  may I refer to my notes?

11          THE COURT:  Of course.

12          MR. DEMEL:  No. 8 of the contract, there is a

13  clause, says 'no transfer', but they qualified that no

14  transfer clause later in that No. 8.  But I wanted Nortel to

15  eliminate the word, 'no', because it gets a negative feeling

16  and it will be difficult for me to convince the third

17  parties in order to sell it, even at that time.  That went

18  on for some time.  And I was not even considering selling

19  this amount because I was waiting for any time for Nortel to

20  solve the problem, but it didn't happen up to now.  Because

21  of that, I ask Your Honor to consider this case and allow me

22  to make some changes on the amendments.  Amendment -- I

23  pointed out three amendments.  One amendment is to correct

24  the word, 'no'.  To eliminate the word completely, 'no'.

25  Which Nortel also now agrees that they are ready to do that.

1              No. 2 and 3, about the amount because this was

2    negotiated at the very beginning of the bankruptcy case, we

3    didn't understand how this is going to play it out.  Our

4    expectations was it will be addressed when LTD benefits get

5    to the bankruptcy matter.  And now, we are -- the amount

6    that we compromised has no value because Nortel, on the

7    contract that I had, the agreement, they wanted to remove

8    all their Defendants, Nortel related Defendants from the

9    Federal Court's action.  I do not understand what is their

10   interest on releasing those non-creditors entities.  Because

11   of that, PBGC jumped in and continued the case, and I got my

12   pension benefits.  And also, the arrears from 2004 up till

13   last year.  And after that, I tried to get my money from

14   Nortel, but they always pointed out to the agreement.

15             So we are here today because I do not understand

16   this agreement, at the beginning.  Even though I had the

17   lawyer, the pro bono lawyer, he had no resources to fight

18   two cases; one in the Federal Courts in New York, and one

19   over here at the Bankruptcy Court.  He wanted this matter to

20   be resolved.  He wanted to get out of the responsibility.

21   He has been telling me for some time.  And that may be the

22   reasons that motivated him to sign the agreement.  At that

23   time, I was very depressed and I had post-traumatic stress

24   disorder and I didn't care what was going on.  Then -- but

25   my understanding is when they addressed the LTD claim, in

1  the Bankruptcy Court and it would be resolved and that

2  didn't happen.

3          So, Your Honor, I am presenting my response to my

4  Motions, which I have filed earlier.  And I ask the Court to

5  examine my response.

6          THE COURT:  Thank you.

7          MR. DEMEL:  That's all.

8          THE COURT:  Thank you, Mr. Demel.  You certainly

9  presented your case very well.

10          MR. DEMEL:  Thank you, sir.

11          THE COURT:  Thank you.  Let me hear from other

12  parties, and perhaps if you will listen carefully as well,

13  Mr. Demel, it will help you to understand their positions.

14          MR. DEMEL:  Thank you.

15          THE COURT:  Yes, sir.  Who wishes to be heard?

16          MR. LIPNER:  Good morning, Your Honor.  Louis

17  Lipner of Cleary, Gottlieb, Steen & Hamilton for the

18  Debtors.

19          THE COURT:  Good morning, sir.

20          MR. LIPNER:  Your Honor, as you said, Mr. Demel

21  presented the basic background and the facts of this case in

22  a straightforward way, and so I'll only repeat the ones that

23  I think are necessary to respond.

24          As Mr. Demel said, he filed an action against

25  certain Nortel Benefit Plans and other related Defendants --

1          THE COURT:  Yes.

2          MR. LIPNER:  -- prior to the petition date.

3   After the petition date, he filed a claim against the

4   Debtors in an amount greater than $1.9 million.  The Debtors

5   objected to the claim and subsequently agreed to a

6   settlement with Mr. Demel, who at the time, was represented

7   by counsel.

8          THE COURT:  Exactly.

9          MR. LIPNER:  The settlement which Your Honor

10  approved on October 14, 2010, provided that Mr. Demel would

11  receive an allowed claim for $125,000 in satisfaction of his

12  alleged entitlement to long-term disability benefits in

13  exchange for a full release for any other and further claims

14  against the Debtors, as Mr. Demel said, without affecting

15  his rights to collect his pension from the plan that was

16  transferred to the PBGC.  The Debtors made no admission at

17  that time regarding the nature of the claim as an LTD

18  related claim and the stipulation is clear on that point.

19         Since that time, Mr. Demel has made various

20  attempts to change his -- chance the stipulation or boost

21  the priority of his claim.  After receiving a decision from

22  Judge Daniels of the District Court, to which in that

23  action, after the Nortel Defendants were dismissed from that

24  action, he sought to reopen the District Court case against

25  those Defendants, but later withdrew that request after the

1  Debtors' responded.

2          He objected to the terms of the LTD settlement,

3  but his objection was overruled on the merits in connection

4  with that settlement.  He's now filed two Motion seeking

5  reconsideration of his claim before Your Honor.  He did not

6  seek a hearing on the first, but we elected to schedule the

7  second for a hearing, in order to be able to address the

8  issue.

9          While the Debtors are sympathetic to Mr. Demel

10  who would prefer to have a larger claim or claim of a

11  different nature, he and the Debtors entered into a

12  consensual stipulation while he was represented by counsel

13  and no new facts and no law have arisen in the intervening

14  period, that would suggest that the Court should revisit his

15  Order on the parties agreement.

16          In the interest of addressing Mr. Demel's

17  concerns, as he mentioned, the Debtors have offered to work

18  with him on language to amend the stipulation to clarify

19  that he may transfer his claim at this time.

20          THE COURT:  I think it was fairly clear in the

21  stipulation, and I'm certainly not trying to limit your

22  opportunity to work with Mr. Demel to the change the

23  language, but to me, the language is fairly clear that what

24  it meant was that in effect, Mr. Demel as of the date of the

25  stipulation, still owned the claim.  That it had not been

1    transferred to anyone else as of that date.  I suspect that

2    any sophisticated party would understand that, but

3    nonetheless, I certain encourage some effort to arrive at a

4    -- at language that would satisfy Mr. Demel.

5              MR. LIPNER:  We agree, Your Honor.  And that's

6    all I have to say in response.  I'd be happy to answer any

7    questions Your Honor may have.

8              THE COURT:  The Long-Term Disability Plan as I

9    understand that, expired -- the benefits expired at the age

10   of 65.  Is that correct?

11             MR. LIPNER:  Correct.

12             THE COURT:  And Mr. Demel turned 65, in fact,

13   prior to the settlement, I believe.  Is that correct?

14             MR. LIPNER:  That's correct.

15             THE COURT:  Okay.  All right.  Thank you.

16             MR. LIPNER:  Thank you, Your Honor.

17             THE COURT:  Thank you, Mr. Lipner.  Mr. Sutty,

18   good morning.

19             MR. SUTTY:  Good morning, Your Honor.  Eric Sutty

20   on behalf of the Long-Term Disabled VEBA Trust for former

21   Nortel employees.  We joined in the Debtors' objection to

22   Mr. Demel's Motion and raised three additional points.

23             The first point was that Mr. Demel is not

24   eligible to participate in the LTD settlement because of his

25   age.

1          THE COURT:  Right.

2          MR. SUTTY:  At the time of the --

3          THE COURT:  He was not eligible to receive

4    benefits as of June 30, 2013 --

5          MR. SUTTY:  Correct.

6          THE COURT:  -- which was a requirement to be a

7    participant as a class member.

8          MR. SUTTY:  Correct.  Remember, Your Honor, we

9    actually gave the LTD participants the option to opt out of

10   the LTD settlement and go to the retiree's settlement --

11         THE COURT:  That's right.

12         MR. SUTTY:  -- whichever benefitted them the

13   most.

14         Our second point is that Mr. Demel is not

15   eligible to receive benefits under the VEBA Trust or the

16   VEBA Plans we've established, both because of his age and he

17   has not been certified as disabled by an independent third

18   party auditor.

19         And our final point was to allow Mr. Demel to now

20   join in the LTD settlement, would be a costly and litigious

21   exercise.  We'd have to go back in and seek disgorgement of

22   payments that went out to all the LTD participants who

23   received their final distributions.

24         The other -- one thing I heard today was Mr.

25   Demel says he's never been under the Nortel LTD Program.  He

1    was a short-term disabled participant.

2              THE COURT:  Yes.

3              MR. SUTTY:  And so that's an additional fact we

4    learned today.

5              THE COURT:  Yes.

6              MR. SUTTY:  And based on our conversation, we had

7    a conversation with Mr. Demel yesterday, I'm not exactly

8    clear that his relief he is seeking is to join the LTD

9    settlement at this point, although that's what it seemed he

10   was asking for in his Motion.  It seems that he wants to be

11   -- his claim wants pay to be treated as a disability payment

12   for tax purposes.  I reached out to Mr. Demel yesterday via

13   email and offered him an accountant that's been used by

14   several of the LTD participants who assisted them in that

15   process.

16             So unless Your Honor has any further questions,

17   I'll cede the podium.

18             THE COURT:  Is it fair to say, Mr. Sutty, that

19   you as class counsel were not involved in the earlier

20   settlement with Mr. Demel.  Is that right?

21             MR. SUTTY:  Correct, Your Honor.

22             THE COURT:  Okay.  All right.

23             MR. SUTTY:  Thank you.

24             THE COURT:  Thank you, sir.  Anyone else?  Good

25   morning, Ms. Steele.

1          MS. STEELE:  Good morning, Your Honor.  Amanda

2    Steele, Richards, Layton & Finger on behalf of the Official

3    Committee of Unsecured Creditors.

4          THE COURT:  Yes.

5          MS. STEELE:  I have with me today, my co-counsel,

6    Matthew Fagen, from Akin Gump.  I filed a Motion for pro hac

7    vice last evening.  I'm not sure if you've seen it yet, but

8    I request that he be able to speak today.

9          THE COURT:  Absolutely.

10          MS. STEELE:  Thank you, Your Honor.

11          THE COURT:  Thank you, Ms. Steele.  Mr. Fagen,

12    good to have you here.

13          MR. FAGEN:  Good morning, Your Honor.  Good to be

14    here.

15          THE COURT:  Good morning.

16          MR. FAGEN:  Matthew Fagen, from Akin, Gump,

17    Strauss, Hauer & Feld, for the Official Committee of

18    Unsecured Creditors.  Your Honor, the Committee, as a

19    fiduciary for all unsecured creditors, analyzed the original

20    Settlement Agreement when it was brought before Your Honor

21    in 2010.

22          THE COURT:  Yes.

23          MR. FAGEN:  The Committee believes that Mr. Demel

24    has not put forth any valid basis for amending the terms of

25    the Settlement Agreement and the settlement amount.  And

1   agrees with the Debtor's position and objection to the

2   Motion.  That's all, unless you have any further questions,

3   I'll cede the podium.

4              THE COURT:  All right, thank you, Mr. Fagen, I

5   appreciate it.

6              MR. FAGEN:  Thank you.

7              THE COURT:  Anyone else?

8                   (No audible response.)

9              THE COURT:  Mr. Demel, if you'll come forward,

10  sir, thank you.  You've heard parties explain their

11  positions on your request, on your Motion.

12             MR. DEMEL:  Yes, Your Honor.

13             THE COURT:  And this is your opportunity to speak

14  to any of those points that they have made, if you wish.

15             MR. DEMEL:  Yes, Your Honor.  With the Settlement

16  Agreement, we settled it for $125,000.

17             THE COURT:  Yes.

18             MR. DEMEL:  There was no logical basis to reduce

19  it to that amount unless that money being paid with LTD

20  addressing the LTD issues.  So that is our understanding.

21  But the Settlement Agreement, we didn't understand

22  completely.  We were misled by Nortel about the Settlement

23  Agreement.  And also, they really, they demanded release of

24  the LTD Defendants from the Federal Courts.  I am not too

25  sure what's their interest on releasing non-Debtors from

1  another Court.  If I had the chance to litigate along with

2  PBGC, actually I'd be better off.  The agreement was a

3  mistake.  And releasing those Defendants was also a mistake.

4            So I want Your Honor to take a look at these

5  things which I have presented in my response because we

6  didn't understand.  And this is an unfair, unproportionate

7  settlement with us in the very early stage of the Bankruptcy

8  Court.  And we didn't -- Nortel knew what they were doing

9  because they are very much familiar with the bankruptcy

10  matters and my attorney, Mr. Stern was not so familiar.  And

11  he was overburdened with the work and he just wanted to

12  settle this matter.  That was his main objective.  But

13  Nortel had a hidden agenda, why they wanted non-Debtors to

14  be released from the bankruptcy, from the Federal Courts.

15  That is the question that they have not answered so far.

16  What is their interest?  Because they agreed with Judge

17  Daniels this is not a case against Nortel's assets, but it

18  is against the LTD Plans.

19            So I would like explanation of what is their

20  interest of releasing them.  And, Your Honor, you can see

21  whether this Court has jurisdiction to approve that kind of

22  a demand from Nortel.  Thank you, Your Honor.

23            THE COURT:  All right, Mr. Demel, thank you.

24  Well let me discuss this matter, because obviously, the

25  Court does not like to see anyone in any way disadvantaged.

1    You know, my power is limited by law.  If it were in my

2    power, I suppose it would be possible that no one would be

3    at a disadvantage in life and -- but that clearly is not

4    something that I have the power to ensure.

5              The facts here are this.  Mr. Demel, you entered

6    into a settlement at a time when there was, I think,

7    substantial uncertainty as to the validity of your claim for

8    long-term disability benefits.  It appears to the Court that

9    you were not, at that time, eligible to receive long-term

10   disability benefits because of age and because of the terms

11   of the Disability Plan itself.  So the settlement was a

12   reasonable compromise by the Debtors, to eliminate a claim

13   against the estate for a sum certain, and it also provided

14   you with a benefit.  Perhaps not the benefit that you now

15   wish to have received, but the Court viewed the settlement

16   at that time as fair and reasonable as to the Debtor.  And

17   as you were represented by counsel, the Court had every

18   right to assume that from your standpoint, it was also a

19   fair and reasonable settlement.  There are no facts that had

20   been presented to the Court to demonstrate that the

21   settlement was the result of any fraud or inappropriate

22   conduct by anyone, and certainly, the finality of a

23   settlement is something that a Court should protect and not

24   overturn without very strong reason.

25              I think this is a situation in which neither the

1    facts nor the law justify a reopening of the matter and a

2    reevaluation of your claim.  It just is not -- the facts

3    just are not -- have not been presented.  And, in fact, I

4    think that the settlement makes clear that it was a just

5    settlement at that time.  And, indeed, it would be an

6    injustice to other deserving parties, namely, the class

7    members, for the Court to now reopen and readjust the

8    settlement, particularly since, as a legal matter, you were

9    not eligible to participate as a long-term disabled party in

10   the Long-Term Disabled Benefit Plan.

11           So I'm going to deny your Motion, except -- and

12   again, I'm a little bit uncertain of this -- to the extent

13   that the Debtors are able to make it clear somehow that you

14   -- the ownership issue is not one that should be of concern

15   to anyone, that that representation in the stipulation,

16   simply meant that you owned the claim at that time.  And but

17   there is no prohibition whatsoever against the transfer of

18   your claim to someone else.  If that can be made clear to

19   your satisfaction, that certainly is something that the

20   Court would not oppose and would approve.

21           Again, I don't think that any sophisticated party

22   would have a misunderstanding of that.  So I'm not saying

23   that it is absolutely essentially for you to in the sale of

24   your claim, to have that kind of language adjusted, but I

25   certainly would not, would not -- I certainly would be

1  amenable to considering such language change.

2         So the ruling, of course, just to be absolutely

3  clear is that I'm denying your Motion based upon the facts

4  and the law under the circumstances.  Mr. Lipner, I don't

5  know if you have a Form of Order for me.

6         MR. LIPNER:  I do, Your Honor.

7         THE COURT:  I believe there was one in the --

8  that I saw in the binder.

9         MR. LIPNER:  Yes.  May I approach?

10         THE COURT:  You sure may.  Let's see what you've

11  got.  Thank you.  Do we want to -- do anything about the

12  language in the stipulation, I'm not suggesting that it is

13  necessary.  I'm not imposing that requirement, but to the

14  extent you might be helpful, I certainly would endorse that

15  result.

16         MR. LIPNER:  Yes.  We'd be happy to add something

17  to the Order, Your Honor.  I'd also note that the original

18  stipulation allowed us to amend the terms of the stipulation

19  without a Court Order.

20         THE COURT:  Yes.

21         MR. LIPNER:  So I think we can do that with Mr.

22  Demel after the hearing.

23         THE COURT:  Very well.  Okay.  Is that clear to

24  you, Mr. Demel?  If you'll come forward, so that we can pick

25  you up on the recording, sir.

1          MR. DEMEL:  I would like that matter to be

2    included in the Proposed Order.

3          THE COURT:  That the what, sir?

4          MR. DEMEL:  About the language of no transfer.

5          THE COURT:  Oh, all right.  Well why don't we try

6    and come up with some language that makes it clear that --

7          MR. DEMEL:  I only wanted to eliminate the word,

8    'no' on that --

9          THE COURT:  Well I'm not --

10         MR. DEMEL:  -- because the rest is clear, but it

11   is the negative word that's in front of no transfer.  It's

12   in capital letters and bold and a third party will be turned

13   off by just looking at the stipulation contract.

14         THE COURT:  I think if we put in the Order

15   something to the effect that the Court recognizes that there

16   is no prohibition whatsoever against Mr. Demel's transfer of

17   his claim, that might be helpful.  So we could indicate that

18   the Motion is denied in its entirety with prejudice, except

19   that or something to that effect, you know, except that.

20         MR. LIPNER:  Yes, we'll make that change, Your

21   Honor.

22         THE COURT:  All right.  That will be fine.

23         MR. LIPNER:  And we'll submit the Order under

24   Certification of Counsel later today.

25         THE COURT:  Wonderful.

1        MR. LIPNER:  Thank you.

2        THE COURT:  Thank you, Mr. Lipner, thank you,

3  sir.  Anything else for this morning?  Ms. Cordo?

4        MS. CORDO:  No, Your Honor, that is all we have

5  for this morning.

6        THE COURT:  All right.  I thank you all and I

7  wish you all a good day.  Thank you.

8

9

10    (Whereupon, at 10:29 a.m., the hearing was adjourned.)

11

12                    CERTIFICATION

13        I certify that the foregoing is a correct

14  transcript from the electronic sound recording of the

15  proceedings in the above-entitled matter.

16

17  _____        20 August 2014

18  Traci L. Calaman, Transcriber               Date

| Word | Page:Line |
|------|-----------|
| **a.m**(3) 1:15 4:1 22:10 | |
| **able**(3) 11:7 15:8 19:13 | |
| **about**(6) 5:15 5:16 8:1 16:22 20:11 21:4 | |
| **aboveentitled** (1) 22:15 | |
| **absolutely**(3) 15:9 19:23 20:2 | |
| **accident**(1) 5:18 | |
| **accountant** (1) 14:13 | |
| **action**(4) 8:9 9:24 10:23 10:24 | |
| **actually**(2) 13:9 17:2 | |
| **add**(1) 20:16 | |
| **additional**(2) 12:22 14:3 | |
| **address**(2) 6:24 11:7 | |
| **addressed**(2) 8:4 8:25 | |
| **addressing**(2) 11:16 16:20 | |
| **adjourned**(1) 22:10 | |
| **adjusted**(1) 19:24 | |
| **administered**(1) 1:6 | |
| **admission**(1) 10:16 | |
| **affecting**(1) 10:14 | |
| **after**(7) 5:21 8:13 10:3 10:21 10:23 10:25 20:22 | |
| **again**(2) 19:12 19:21 | |
| **against**(9) 9:24 10:3 10:14 10:24 17:17 17:18 18:13 19:17 21:16 | |
| **age**(4) 12:9 12:25 13:16 18:10 | |
| **agenda**(2) 4:10 17:13 | |
| **agree**(1) 12:5 | |
| **agreed**(4) 6:9 6:20 10:5 17:16 | |
| **agreement**(11) 8:7 8:14 8:16 8:22 11:15 15:20 15:25 16:16 16:21 16:23 17:2 | |
| **agrees**(2) 7:25 16:1 | |
| **akin**(3) 2:11 15:6 15:16 | |
| **alberto**(1) 2:18 | |
| **all**(17) 5:8 8:8 9:7 12:6 12:15 13:22 14:22 15:19 16:2 16:4 17:23 21:5 21:22 22:4 22:6 22:6 22:7 | |
| **alleged**(1) 10:12 | |
| **allow**(2) 7:21 13:19 | |
| **allowed**(4) 6:11 6:22 10:11 20:18 | |
| **along**(1) 17:1 | |
| **also**(10) 5:22 6:13 6:17 7:25 8:12 16:23 17:3 18:13 18:18 20:17 | |
| **although**(1) 14:9 | |
| **always**(1) 8:14 | |
| **amanda**(2) 2:5 15:1 | |
| **amenable**(1) 20:1 | |
| **amend**(3) 4:14 11:18 20:18 | |
| **amending**(1) 15:24 | |
| **amendment**(2) 7:22 7:23 | |
| **amendments**(3) 7:3 7:22 7:23 | |
| **america**(1) 2:47 | |
| **amount**(7) 6:19 7:19 8:1 8:5 10:4 15:25 16:19 | |
| **analyzed**(1) 15:19 | |
| **and**(95) 4:10 4:20 5:6 5:6 5:7 5:7 5:9 5:9 5:12 5:16 5:17 5:19 5:22 6:2 6:4 6:7 6:17 6:18 6:22 6:22 6:23 6:25 7:1 7:2 7:16 7:18 7:21 8:1 8:5 8:11 8:12 8:12 8:13 8:18 8:21 8:23 8:24 9:1 9:1 9:4 9:12 9:21 9:22 9:25 10:5 10:13 10:18 11:11 11:13 11:13 11:21 12:5 12:12 12:22 13:10 13:16 13:19 13:19 13:23 14:3 14:6 14:15 15:25 15:25 16:1 16:13 16:23 17:3 17:6 17:8 17:10 17:10 17:11 17:20 18:3 18:10 18:13 18:16 18:16 18:19 18:22 18:23 19:1 19:3 19:5 19:7 19:11 19:16 19:20 20:4 21:6 21:12 21:12 21:23 22:6 | |
| **annie**(2) 1:24 4:6 | |
| **another**(1) 17:1 | |
| **answer**(1) 12:6 | |
| **answered**(1) 17:15 | |

| Word | Page:Line |
|------|-----------|
| **any**(11) 7:19 10:13 12:2 12:6 14:16 15:24 16:2 16:14 17:25 18:21 19:21 | |
| **anyone**(6) 12:1 14:24 16:7 17:25 18:22 19:15 | |
| **anything**(2) 20:11 22:3 | |
| **appearances**(2) 2:33 3:1 | |
| **appears**(1) 18:8 | |
| **applied**(1) 6:5 | |
| **appreciate**(1) 16:5 | |
| **approach**(1) 20:9 | |
| **approve**(2) 17:21 19:20 | |
| **approved**(2) 6:21 10:10 | |
| **are**(12) 6:2 6:10 7:25 8:5 8:15 9:23 11:9 17:9 18:5 18:19 19:3 19:13 | |
| **arisen**(1) 11:13 | |
| **arrears**(1) 8:12 | |
| **arrive**(1) 12:3 | |
| **as**(4) 13:23 4:6 | |
| **ask**(2) 7:21 9:4 | |
| **asking**(1) 14:10 | |
| **asset**(1) 5:11 | |
| **assets**(2) 6:11 17:17 | |
| **assigned**(1) 5:10 | |
| **assignment**(1) 5:19 | |
| **assignments**(1) 5:15 | |
| **assisted**(1) 14:14 | |
| **assume**(1) 18:18 | |
| **attempts**(1) 10:20 | |
| **attorney**(2) 6:23 17:10 | |
| **audible**(1) 16:8 | |
| **auditor**(1) 13:18 | |
| **august**(3) 1:14 4:1 22:17 | |
| **automobile**(1) 5:18 | |
| **ave**(1) 2:19 | |
| **back**(1) 13:21 | |
| **background**(1) 9:21 | |
| **bank**(1) 2:47 | |
| **bankruptcy**(14) 1:1 1:19 6:5 6:14 6:15 6:17 6:20 8:2 8:5 8:19 9:1 17:7 17:9 17:14 | |
| **based**(2) 14:6 20:3 | |
| **basic**(1) 9:21 | |
| **basis**(2) 15:24 16:18 | |
| **bayard**(1) 2:17 | |
| **became**(2) 5:8 5:21 | |
| **because**(19) 5:25 6:18 6:19 7:15 7:19 7:20 8:1 8:6 8:10 8:15 12:24 13:16 17:5 17:9 17:16 17:24 18:10 18:10 21:10 | |
| **been**(8) 4:11 8:21 11:25 13:17 13:25 14:13 18:20 19:3 | |
| **before**(3) 1:18 11:5 15:20 | |
| **beginning**(2) 8:2 8:16 | |
| **behalf**(3) 4:7 12:20 15:2 | |
| **being**(1) 16:19 | |
| **believe**(2) 12:13 20:7 | |
| **believes**(1) 15:23 | |
| **belknap**(1) 3:11 | |
| **benefit**(4) 9:25 18:14 18:14 19:10 | |
| **benefits**(10) 5:22 6:24 8:4 8:12 10:12 12:9 13:4 13:15 18:8 18:10 | |
| **benefitted**(1) 13:12 | |
| **better**(1) 17:2 | |
| **binder**(1) 20:8 | |
| **bit**(1) 19:12 | |
| **bold**(1) 21:12 | |
| **bono**(2) 6:23 8:17 | |
| **boost**(1) 10:20 | |
| **both**(1) 13:16 | |
| **brickley**(2) 2:39 2:40 | |
| **brings**(1) 4:13 | |
| **brought**(1) 15:20 | |
| **bryant**(1) 2:13 | |
| **bubble**(1) 5:12 | |

| Word | Page:Line |
|------|-----------|
| **but**(22) 5:21 5:23 7:13 7:14 7:20 8:14 8:24 10:25 11:13 11:6 11:23 12:2 15:7 16:21 17:12 17:17 18:3 18:15 19:16 19:24 20:13 21:10 | |
| **can**(4) 17:20 19:18 20:21 20:24 | |
| **capacity**(1) 5:10 | |
| **capital**(2) 2:35 21:12 | |
| **care**(1) 8:24 | |
| **carefully**(1) 9:12 | |
| **case**(14) 1:5 6:2 6:4 6:7 6:8 6:11 6:12 7:21 8:2 8:11 9:9 9:21 10:24 17:17 | |
| **cases**(1) 8:18 | |
| **cede**(3) 4:15 14:17 16:3 | |
| **certain**(3) 9:25 12:3 18:13 | |
| **certainly**(7) 9:8 11:21 18:22 19:19 19:25 19:25 20:14 | |
| **certificate**(1) 4:11 | |
| **certification**(2) 21:24 22:12 | |
| **certified**(1) 13:17 | |
| **certify**(1) 22:13 | |
| **chance**(2) 10:20 17:1 | |
| **change**(4) 10:20 11:22 20:1 21:20 | |
| **changes**(1) 7:22 | |
| **chapter**(1) 1:8 | |
| **chiuchiolo**(1) 2:44 | |
| **chung**(1) 2:47 | |
| **circumstances**(1) 20:4 | |
| **claim**(22) 6:15 6:24 8:25 10:3 10:5 10:11 10:17 10:18 10:21 11:5 11:10 11:10 11:19 11:25 14:11 18:7 18:12 19:2 19:16 19:18 19:24 21:17 | |
| **claims**(2) 6:24 10:13 | |
| **clarify**(1) 11:18 | |
| **class**(3) 13:7 14:19 19:6 | |
| **clause**(2) 7:13 7:14 | |
| **clear**(11) 10:18 11:10 11:23 14:8 19:4 19:13 19:18 20:3 20:23 21:6 21:10 | |
| **clearly**(1) 18:3 | |
| **cleary**(3) 1:30 3:7 9:17 | |
| **clerk**(1) 4:2 | |
| **co-counsel**(1) 15:5 | |
| **collect**(1) 10:15 | |
| **collier**(1) 3:4 | |
| **come**(3) 16:9 20:24 21:6 | |
| **commission**(1) 5:7 | |
| **committee**(5) 2:5 15:3 15:17 15:18 15:23 | |
| **communication**(1) 7:2 | |
| **company**(2) 5:5 5:11 | |
| **completely**(2) 7:24 16:22 | |
| **compromise**(1) 18:12 | |
| **compromised**(1) 8:6 | |
| **concern**(1) 19:14 | |
| **concerns**(1) 11:17 | |
| **conduct**(1) 18:22 | |
| **connection**(1) 11:3 | |
| **consensual**(1) 11:12 | |
| **consider**(1) 7:21 | |
| **considering**(2) 7:18 20:1 | |
| **continued**(3) 2:2 3:2 8:11 | |
| **contract**(6) 7:3 7:5 7:9 7:12 8:7 21:13 | |
| **conversation**(2) 14:6 14:7 | |
| **convince**(1) 7:16 | |
| **cordo**(9) 1:24 4:4 4:5 4:6 4:9 4:13 4:17 22:3 22:4 | |
| **correct**(9) 7:23 12:10 12:11 12:13 12:14 13:5 13:8 14:21 22:13 | |
| **costly**(1) 13:20 | |
| **could**(1) 21:17 | |
| **counsel**(5) 10:7 11:12 14:19 18:17 21:24 | |
| **course**(2) 7:11 20:2 | |

| Word | Page:Line |
|------|-----------|
| **court**(81) 1:1 4:3 4:8 4:12 4:17 4:20 4:25 5:3 5:14 6:3 6:6 6:14 6:15 6:17 6:21 7:5 7:8 7:11 8:19 9:1 9:4 9:6 9:8 9:11 9:15 9:19 10:1 10:8 10:22 10:24 11:14 11:20 12:8 12:12 12:15 12:17 13:1 13:3 13:6 13:11 14:2 14:5 14:18 14:22 14:24 15:4 15:9 15:11 15:15 15:22 16:4 16:7 16:9 16:13 16:17 17:1 17:8 17:21 17:23 17:25 18:8 18:15 18:17 18:20 18:23 19:7 19:20 20:7 20:10 20:19 20:20 20:23 21:3 21:5 21:9 21:14 21:15 21:22 21:25 22:2 22:6 | |
| **court's**(1) 8:9 | |
| **courtroom**(1) 1:10 4:15 | |
| **courts**(5) 6:2 6:17 8:18 16:24 17:14 | |
| **creditors**(3) 15:3 15:18 15:19 | |
| **creditors'**(1) 2:4 | |
| **culver**(1) 1:25 | |
| **dan**(1) 3:12 | |
| **daniels**(4) 6:8 6:9 10:22 17:17 | |
| **data**(1) 1:38 | |
| **date**(4) 10:2 10:3 11:24 12:1 | |
| **day**(1) 22:7 | |
| **days**(1) 5:20 | |
| **debenture**(1) 3:11 | |
| **debtor**(2) 3:7 18:16 | |
| **debtor's**(1) 16:1 | |
| **debtors**(15) 1:12 1:23 4:7 9:18 10:4 10:4 10:14 10:16 11:1 11:9 11:11 11:17 12:21 18:12 19:13 | |
| **decision**(1) 10:21 | |
| **dedicated**(1) 5:16 | |
| **defendants**(7) 8:8 8:8 9:25 10:23 10:25 16:24 17:3 | |
| **delaware**(4) 1:2 1:12 2:19 4:1 | |
| **demand**(1) 17:22 | |
| **demanded**(1) 16:23 | |
| **demel**(52) 2:29 2:30 4:14 4:17 4:19 4:23 5:1 5:1 5:4 5:15 6:4 6:7 6:22 7:7 7:9 7:12 9:7 9:8 9:10 9:13 9:14 9:20 9:24 10:6 10:10 10:14 10:19 11:9 11:22 11:24 12:4 12:12 12:23 13:14 13:19 13:25 14:7 14:12 14:20 15:3 16:9 16:12 16:15 16:18 17:23 18:5 20:22 20:24 21:1 21:4 21:7 21:10 | |
| **demel's**(4) 4:14 11:16 12:22 21:16 | |
| **demonstrate**(1) 18:20 | |
| **denied**(1) 21:18 | |
| **deny**(1) 19:11 | |
| **denying**(1) 20:3 | |
| **depressed**(1) 8:23 | |
| **deserving**(1) 19:6 | |
| **diaz**(1) 1:38 | |
| **did**(3) 5:23 5:25 11:5 | |
| **didn't**(8) 5:24 7:20 8:3 8:24 9:2 16:21 17:6 17:8 | |
| **different**(2) 6:10 11:11 | |
| **difficult**(1) 7:16 | |
| **directly**(1) 6:11 | |
| **disability**(11) 5:22 5:23 5:23 5:24 6:1 6:10:12 12:8 14:11 18:8 18:10 18:11 | |
| **disabled**(6) 5:19 12:20 13:17 14:1 19:9 19:10 | |
| **disadvantage**(1) 18:3 | |
| **disadvantaged**(1) 17:25 | |
| **discuss**(1) 17:24 | |
| **disgorgement**(1) 13:21 | |
| **dismissed**(1) 10:23 | |
| **disorder**(1) 8:24 | |
| **distributions**(1) 13:23 | |
| **district**(3) 1:2 10:22 10:24 | |
| **docket**(1) 6:9 | |
| **does**(1) 17:25 | |
| **doing**(1) 17:8 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| don't(3) 19:21 20:4 21:5 | | for(44) 1:2 1:23 2:4 2:17 2:23 2:29 2:35 2:39 2:43 2:47 3:4 3:7 3:11 4:5 5:24 6:5 6:15 6:19 6:20 7:16 7:18 7:19 7:19 8:21 9:17 10:11 10:13 10:13 11:7 12:20 14:10 14:12 15:6 15:17 15:19 15:24 16:16 18:7 18:13 19:7 19:23 20:5 22:3 22:5 | | i'd(3) 12:6 17:2 20:17 | | little(1) 19:12 | |
| donna(1) 1:25 | | | | i'll(3) 9:22 14:17 16:3 | | llc(1) 1:38 | |
| dow(1) 2:15 | | | | i'm(10) 11:21 14:7 15:7 19:11 19:12 19:22 20:3 20:12 20:13 21:9 | | llp(4) 1:23 2:11 2:43 3:11 | |
| downtown(1) 6:17 | | | | | | logical(1) 16:18 | |
| during(2) 5:12 5:20 | | | | | | long-term(9) 5:23 5:24 10:12 12:8 12:20 18:8 18:9 19:9 19:10 | |
| earlier(2) 9:4 14:19 | | force(5) 5:10 5:11 | | imposing(1) 20:13 | | | |
| early(1) 17:7 | | foregoing(1) 22:13 | | inappropriate(1) 18:21 | | look(1) 17:4 | |
| ecro(1) 1:36 | | form(1) 20:5 | | inc(2) 1:7 3:5 | | looking(1) 21:13 | |
| effect(3) 11:24 21:15 21:19 | | former(1) 12:20 | | included(1) 21:2 | | lot(3) 5:5 5:12 5:20 | |
| effort(1) 12:3 | | forth(1) 15:24 | | indeed(1) 19:5 | | louis(2) 1:31 9:16 | |
| elected(1) 11:6 | | forward(3) 4:20 16:9 20:24 | | independent(1) 13:17 | | low(1) 6:19 | |
| electronic(2) 1:44 22:14 | | fraud(1) 18:21 | | indicate(1) 21:17 | | lowenthal(1) 3:12 | |
| eligible(5) 12:24 13:3 13:15 18:9 19:9 | | from(20) 4:21 6:8 6:10 6:11 8:8 8:12 8:13 9:11 10:15 10:21 10:23 15:6 15:16 16:24 16:25 17:14 17:14 17:22 18:18 22:14 | | indiscernible(1) 6:7 | | ltd(18) 2:23 6:24 8:4 8:25 10:17 11:2 12:24 13:9 13:10 13:20 13:22 13:25 14:8 14:14 16:19 16:20 16:24 17:18 | |
| elliott(1) 2:23 | | | | injustice(1) 19:6 | | | |
| else(5) 12:1 14:24 16:7 19:18 22:3 | | | | intellectual(1) 5:10 | | | |
| email(1) 14:13 | | | | interest(5) 8:10 11:16 16:25 17:16 17:20 | | | |
| employees(1) 12:21 | | front(1) 21:11 | | interested(1) 2:35 | | mace(1) 1:36 | |
| encourage(1) 12:3 | | full(1) 10:13 | | interests(1) 2:18 | | made(5) 6:13 10:16 10:19 16:14 19:18 | |
| endorse(1) 20:14 | | further(3) 10:13 14:16 16:2 | | intervening(1) 11:13 | | main(1) 17:12 | |
| ensure(1) 11:6 | | gallagher(1) 2:43 | | into(3) 5:7 11:11 18:6 | | maintain(1) 5:7 | |
| entered(3) 4:11 11:11 18:5 | | gave(1) 13:9 | | involved(1) 14:19 | | make(3) 7:22 19:13 21:20 | |
| entirety(1) 21:18 | | get(6) 5:25 6:10 6:13 8:4 8:13 8:20 | | issue(2) 11:8 19:14 | | makes(2) 19:4 21:6 | |
| entities(2) 6:10 8:10 | | gets(1) 7:15 | | issues(1) 16:20 | | making(1) 5:12 | |
| entitlement(1) 10:12 | | ginger(1) 1:36 | | it's(2) 4:22 21:11 | | management(1) 2:35 | |
| eric(2) 2:24 12:19 | | given(1) 5:5 | | item(1) 4:13 | | market(3) 1:11 1:26 2:25 | |
| ernest(3) 2:29 2:30 5:1 | | going(5) 6:4 6:16 8:3 8:24 9:11 9:16 9:19 12:18 12:19 14:24 15:1 15:12 15:13 15:13 15:15 22:7 | | items(2) 4:9 4:10 | | matter(9) 7:1 8:5 8:19 17:12 17:24 19:1 19:8 21:1 22:15 | |
| esq(13) 1:24 1:25 1:31 2:5 2:12 2:18 2:24 2:40 2:44 2:47 3:4 3:8 3:12 | | | | its(1) 21:18 | | | |
| | | | | itself(1) 18:11 | | matters(1) 17:10 | |
| essentially(1) 19:23 | | got(4) 5:6 5:21 8:11 20:11 | | job(1) 5:6 | | matthew(3) 2:12 15:6 15:16 | |
| established(1) 13:16 | | gottlieb(1) 1:30 3:7 9:17 | | join(3) 13:20 14:8 | | may(7) 4:20 7:10 8:21 11:19 12:7 20:9 20:10 | |
| estate(1) 18:13 | | great(1) 5:11 | | joined(2) 5:4 12:21 | | | |
| esther(1) 2:47 | | greater(1) 10:4 | | jointly(1) 1:6 | | | |
| even(4) 5:24 7:17 7:18 8:16 | | greenleaf(1) 2:23 | | jones(1) 2:39 | | mean(1) 7:5 | |
| evening(1) 15:7 | | gross(1) 1:18 | | judge(8) 1:18 1:19 4:23 6:8 6:9 6:12 10:22 17:16 | | meant(2) 11:24 19:16 | |
| every(1) 18:17 | | gump(3) 2:11 15:6 15:16 | | | | member(1) 13:7 | |
| everyone(2) 4:3 4:24 | | hac(1) 15:6 | | | | members(1) 19:7 | |
| exactly(2) 10:8 14:7 | | had(16) 5:15 5:17 6:1 6:22 7:2 7:9 8:7 8:16 8:17 8:23 11:25 14:6 17:1 17:13 18:17 18:19 | | jumped(1) 8:11 | | mentioned(1) 11:17 | |
| examine(1) 9:5 | | | | june(1) 13:4 | | merits(1) 11:3 | |
| except(3) 19:11 21:18 21:19 | | | | jurisdiction(1) 17:21 | | michael(1) 2:36 | |
| exchange(1) 10:13 | | hamilton(3) 1:30 3:7 9:17 | | just(6) 7:11 19:2 19:3 19:4 20:2 21:13 | | might(2) 20:14 21:17 | |
| excuse(1) 7:3 | | happen(2) 7:20 9:2 | | justify(1) 19:1 | | million(2) 6:16 10:4 | |
| exercise(1) 13:21 | | happened(1) 7:2 | | justin(1) 2:18 | | misled(1) 16:22 | |
| expectations(1) 8:4 | | happy(2) 12:6 20:16 | | kent(1) 3:4 | | mistake(2) 17:3 17:3 | |
| expired(2) 12:9 12:9 | | harrisburg(1) 1:40 | | kevin(1) 1:18 | | misunderstanding(1) 19:22 | |
| explain(1) 16:10 | | has(7) 8:6 8:21 10:19 13:17 14:16 15:24 17:21 | | kind(2) 17:21 19:24 | | money(6) 5:13 6:10 6:13 6:18 8:13 16:19 | |
| explanation(1) 17:19 | | | | king(1) 2:7 | | morning(17) 4:3 4:4 4:5 4:10 4:18 4:19 4:23 9:16 9:19 12:18 12:19 14:25 15:1 15:13 15:15 22:3 22:5 | |
| extent(2) 19:12 20:14 | | | | knew(1) 17:8 | | | |
| fact(2) 12:12 14:3 19:3 | | hauer(2) 2:11 15:17 | | know(3) 18:1 20:5 21:19 | | | |
| facts(7) 9:21 11:13 18:5 18:19 19:1 19:2 20:3 | | have(26) 4:9 4:9 4:11 4:22 6:13 6:13 9:4 11:10 11:13 11:17 12:6 12:7 13:21 15:5 15:12 16:2 16:14 17:5 17:15 18:4 18:15 19:12 19:24 20:5 22:4 | | knowledge(2) 5:6 5:9 | | morris(2) 1:23 4:6 | |
| | | | | language(9) 11:18 11:23 11:23 12:4 19:24 20:1 20:12 21:4 21:6 | | most(1) 13:13 | |
| fagen(9) 2:12 15:6 15:11 15:13 15:16 15:16 15:23 16:4 16:6 | | | | | | motion(14) 4:14 4:16 11:4 12:22 14:10 15:6 16:2 16:11 19:11 20:3 21:18 | |
| | | | | larger(1) 11:10 | | | |
| fair(3) 14:18 18:16 18:19 | | he's(2) 11:4 13:25 | | last(3) 6:25 8:13 15:7 | | | |
| fairly(1) 11:20 11:23 | | hear(2) 4:21 9:11 | | late(1) 5:25 | | motions(1) 9:4 | |
| familiar(3) 5:8 17:9 17:10 | | heard(3) 9:15 13:24 16:10 | | later(3) 7:14 10:25 21:24 | | motivated(1) 8:22 | |
| far(1) 17:15 | | help(1) 9:13 | | law(5) 3:11 11:13 18:1 19:1 20:4 | | much(1) 17:9 | |
| farallon(1) 2:35 | | helpful(2) 20:14 21:17 | | lawyer(2) 8:17 8:17 | | name(1) 5:1 | |
| farr(1) 2:43 | | here(7) 4:22 6:2 8:15 8:19 15:12 15:14 18:5 | | layton(2) 2:4 15:2 | | namely(1) 19:6 | |
| federal(6) 6:2 6:17 8:9 8:18 16:24 17:14 | | | | learned(1) 14:4 | | nature(2) 10:17 11:11 | |
| feeling(1) 7:15 | | | | legal(1) 19:8 | | necessary(2) 9:23 20:13 | |
| feld(2) 2:11 15:17 | | hidden(1) 17:13 | | let(3) 4:20 9:11 17:24 | | needed(1) 6:18 | |
| felt(1) 5:25 | | him(4) 4:15 8:22 11:18 14:13 | | let's(1) 20:10 | | negative(2) 7:15 21:11 | |
| fiduciary(1) 15:19 | | his(17) 4:16 10:11 10:15 10:15 10:20 10:21 11:3 11:5 11:14 11:19 12:24 13:16 14:8 14:10 14:11 17:12 21:17 | | letters(2) 7:1 21:12 | | negotiated(2) 6:18 8:2 | |
| field(1) 5:7 | | | | liability(1) 5:21 | | neither(1) 18:25 | |
| fight(2) 5:24 8:17 | | | | liberty(1) 1:32 | | networks(2) 1:7 2:43 | |
| filed(8) 4:10 6:1 6:15 9:4 9:24 10:3 11:4 15:6 | | | | life(2) 5:16 18:3 | | never(1) 13:25 | |
| | | honor(28) 4:5 7:21 9:3 9:16 9:20 10:9 11:5 12:5 12:7 12:16 12:19 13:8 14:16 14:21 15:1 15:10 15:13 15:18 15:20 16:12 16:15 17:4 17:20 17:22 20:6 20:17 21:21 22:4 | | like(3) 17:19 17:25 21:1 | | new(4) 1:33 2:14 8:18 11:13 | |
| final(2) 13:19 13:23 | | | | limit(1) 11:21 | | nicholas(1) 2:44 | |
| finality(1) 18:22 | | | | limited(1) 18:1 | | nichols(2) 1:23 4:6 | |
| fine(1) 21:22 | | | | linn(1) 2:36 | | non-creditors(1) 8:10 | |
| finger(2) 2:4 15:2 | | honorable(1) 1:18 | | lipner(20) 1:31 9:16 9:17 9:20 10:2 10:9 12:5 12:11 12:14 12:16 12:17 20:4 20:6 20:9 20:16 20:21 20:21 21:20 21:23 22:1 22:2 | | non-debtors(2) 16:25 17:13 | |
| first(3) 7:4 11:6 12:23 | | how(1) 8:3 | | | | nonetheless(1) 12:3 | |
| floor(1) 1:26 | | | | lisa(1) 3:8 | | nor(1) 19:1 | |
| | | | | listen(1) 9:12 | | | |
| | | | | litigate(1) 17:1 | | | |
| | | | | litigious(1) 13:20 | | | |

| Word | Page:Line |
|------|-----------|
| nortel(27) 1:7 2:43 5:2 5:4 5:11 5:13 5:17 5:18 5:20 5:23 6:5 7:1 7:3 7:14 7:19 7:25 8:6 8:8 8:14 9:25 10:23 12:21 13:25 16:22 17:8 17:13 17:22 | |
| nortel's(2) 6:11 17:17 | |
| north(1) 1:26 2:7 | |
| not(37) 5:23 5:25 7:18 8:9 8:15 11:5 11:21 11:25 12:23 13:14 13:17 14:7 14:19 15:7 15:24 16:24 17:10 17:15 17:17 17:25 18:3 18:9 18:14 18:23 19:3 19:3 19:9 19:14 19:20 19:22 19:25 20:12 20:13 21:9 | |
| note(1) 20:17 | |
| notes(1) 7:10 | |
| nothing(1) 7:1 | |
| now(7) 7:20 7:25 8:5 11:4 13:19 18:14 | |
| objected(2) 10:5 11:2 | |
| objection(4) 4:11 11:3 12:21 16:1 | |
| objective(1) 17:12 | |
| obviously(1) 17:24 | |
| october(1) 10:10 | |
| off(2) 17:2 21:13 | |
| offered(1) 11:17 14:13 | |
| official(2) 15:2 15:17 | |
| okay(3) 12:15 14:22 20:23 | |
| one(11) 1:32 2:6 2:13 5:21 7:23 8:18 8:18 13:24 18:2 19:14 20:7 | |
| one-third(1) 5:16 | |
| ones(1) 9:22 | |
| only(2) 9:12 21:7 | |
| opportunity(2) 11:22 16:13 | |
| oppose(1) 19:20 | |
| opt(1) 13:9 | |
| option(1) 13:9 | |
| order(9) 7:17 11:7 11:15 20:5 20:17 20:19 21:2 21:14 21:23 | |
| orders(1) 4:11 | |
| original(2) 15:19 20:17 | |
| other(6) 6:10 9:11 9:25 10:13 13:24 19:6 | |
| our(6) 6:23 8:3 13:14 13:19 14:6 16:20 | |
| out(5) 5:17 7:23 8:3 8:14 8:20 13:9 13:22 14:12 | |
| over(1) 8:19 | |
| overburdened(1) 17:11 | |
| overruled(1) 11:3 | |
| overturn(1) 18:24 | |
| owned(2) 11:25 19:16 | |
| ownership(1) 19:14 | |
| paid(2) 6:25 16:19 | |
| park(1) 2:13 | |
| participant(2) 13:7 14:1 | |
| participants(3) 13:9 13:22 14:14 | |
| participate(2) 12:24 14:9 | |
| particularly(1) 19:8 | |
| parties(5) 7:17 9:12 11:15 16:10 19:6 | |
| party(6) 2:35 12:12 13:18 19:9 21:9 21:12 | |
| patterson(1) 3:11 | |
| pay(5) 5:23 14:11 | |
| payment(1) 14:11 | |
| payments(1) 13:22 | |
| pbgc(3) 8:11 10:16 17:2 | |
| peg(2) 2:39 2:40 | |
| pennsylvania(1) 1:40 | |
| pension(6) 2:17 2:44 5:25 6:1 8:12 10:15 | |
| per/pro(1) 2:30 | |
| percent(1) 5:16 | |
| perhaps(2) 9:12 18:14 | |
| period(1) 11:14 | |
| petition(2) 10:2 10:3 | |
| petitioned(1) 6:8 | |
| pick(1) 20:24 | |
| plan(4) 10:15 12:8 18:11 19:10 | |
| plans(3) 9:25 13:16 17:18 | |
| play(1) 8:3 | |

| Word | Page:Line |
|------|-----------|
| plaza(1) 1:32 | |
| please(3) 4:2 4:3 4:24 | |
| podium(4) 4:15 4:21 14:17 16:3 | |
| point(5) 10:18 12:23 13:14 13:19 14:9 | |
| pointed(1) 7:23 8:14 | |
| points(2) 12:22 16:14 | |
| position(1) 16:1 | |
| positions(2) 9:13 16:11 | |
| possible(1) 18:2 | |
| post-traumatic(1) 8:23 | |
| power(3) 18:1 18:2 18:4 | |
| ppearances(2) 1:21 2:1 | |
| prefer(1) 11:10 | |
| prejudice(1) 21:18 | |
| preliminary(1) 6:20 | |
| present(1) 4:15 | |
| presented(5) 9:9 9:21 17:5 18:20 19:3 | |
| presenting(1) 9:3 | |
| prior(2) 10:2 12:13 | |
| priority(1) 10:21 | |
| pro(4) 2:30 6:23 8:17 15:6 | |
| problem(1) 7:20 | |
| proceed(1) 6:12 | |
| proceeding(1) 6:12 | |
| proceedings(4) 1:17 1:44 6:16 22:15 | |
| process(1) 14:15 | |
| produced(1) 1:45 | |
| products(4) 5:5 5:6 5:8 5:9 | |
| program(1) 13:25 | |
| prohibition(2) 19:17 21:16 | |
| proposed(1) 21:2 | |
| protect(1) 18:23 | |
| provided(2) 10:18 18:13 | |
| purposes(1) 14:12 | |
| put(2) 15:24 21:14 | |
| qualified(1) 7:13 | |
| question(1) 17:15 | |
| questions(3) 12:7 14:16 16:2 | |
| quite(1) 5:20 | |
| raised(1) 12:22 | |
| reached(1) 14:12 | |
| readjust(1) 19:1 | |
| ready(1) 7:25 | |
| really(1) 16:23 | |
| reason(1) 18:24 | |
| reasonable(3) 18:12 18:16 18:19 | |
| reasons(1) 8:22 | |
| receive(4) 10:11 13:3 13:15 18:9 | |
| received(2) 13:23 18:15 | |
| receiving(1) 10:21 | |
| recognizes(1) 21:15 | |
| reconsideration(1) 11:5 | |
| record(1) 4:6 | |
| recorded(1) 1:44 | |
| recording(1) 1:44 20:25 22:14 | |
| reduce(1) 16:18 | |
| reevaluation(1) 19:2 | |
| refer(1) 7:10 | |
| regarding(3) 7:1 7:3 10:17 | |
| related(3) 8:8 9:25 10:18 | |
| release(3) 6:8 10:13 16:23 | |
| released(1) 17:14 | |
| releasing(4) 8:10 16:25 17:3 17:20 | |
| relief(1) 14:8 | |
| remark(1) 6:13 | |
| remember(1) 13:8 | |
| remove(1) 8:7 | |
| reopen(2) 10:24 19:7 | |
| reopening(1) 19:1 | |
| reorg(1) 3:4 | |
| repeat(1) 9:22 | |
| representation(1) 19:15 | |
| represented(1) 10:6 11:12 18:17 | |
| request(3) 10:25 15:8 16:11 | |
| requirement(2) 13:6 20:13 | |
| research(1) 3:4 | |
| resolved(2) 8:20 9:1 | |
| resources(1) 8:17 | |

| Word | Page:Line |
|------|-----------|
| respond(1) 9:23 | |
| responded(1) 11:1 | |
| response(5) 9:3 9:5 12:6 16:8 17:5 | |
| responsibility(1) 8:20 | |
| rest(1) 21:10 | |
| result(2) 18:21 20:15 | |
| retiree's(1) 13:10 | |
| revisit(1) 11:14 | |
| richards(2) 2:4 15:2 | |
| right(14) 4:21 4:21 6:6 12:15 13:1 13:11 14:20 14:22 16:4 17:23 18:18 21:5 21:22 22:6 | |
| rights(1) 10:15 | |
| rise(1) 4:2 | |
| rodney(1) 2:6 | |
| ruling(1) 20:2 | |
| said(3) 9:20 9:24 10:14 | |
| sale(1) 19:23 | |
| satisfaction(2) 10:11 19:19 | |
| satisfy(1) 12:4 | |
| saw(1) 20:8 | |
| say(2) 12:6 14:18 | |
| saying(1) 19:22 | |
| says(2) 7:13 13:25 | |
| schedule(1) 11:6 | |
| schuylkill(1) 1:39 | |
| schweitzer(1) 3:8 | |
| seated(1) 4:4 | |
| second(2) 11:7 13:14 | |
| security(1) 5:22 | |
| see(3) 17:20 17:25 20:10 | |
| seek(1) 11:6 13:21 | |
| seeking(1) 11:4 14:8 | |
| seemed(1) 14:9 | |
| seems(1) 14:10 | |
| seen(1) 15:7 | |
| sell(2) 5:7 7:17 | |
| selling(1) 7:18 | |
| sent(1) 6:25 | |
| service(2) 1:38 1:45 | |
| services(1) 1:38 | |
| settle(1) 17:12 | |
| settled(2) 6:19 16:16 | |
| settlement(31) 6:18 7:6 7:7 7:9 10:6 10:9 11:2 11:4 12:13 12:24 13:10 13:10 13:20 14:9 14:20 15:20 15:25 15:25 16:15 16:15 16:21 16:22 17:7 18:6 18:11 18:15 18:19 18:21 18:23 19:4 19:5 19:8 | |
| several(1) 14:14 | |
| short-term(3) 5:22 6:1 14:1 | |
| should(3) 11:14 18:23 19:14 | |
| sign(1) 8:22 | |
| simply(1) 19:10 | |
| since(2) 10:19 19:8 | |
| sir(11) 4:20 4:21 4:25 9:10 9:15 9:19 14:24 16:10 20:25 21:3 22:3 | |
| situation(1) 18:25 | |
| social(1) 5:22 | |
| solve(1) 7:20 | |
| some(8) 6:25 7:2 7:3 7:18 7:22 8:21 12:3 21:6 | |
| somehow(1) 19:13 | |
| someone(1) 19:18 | |
| something(6) 18:4 18:23 19:19 20:16 21:15 21:19 | |
| sophisticated(2) 12:2 19:21 | |
| sought(1) 10:24 | |
| sound(2) 1:44 22:14 | |
| speak(2) 15:8 16:13 | |
| square(1) 2:6 | |
| stage(2) 6:20 17:7 | |
| standpoint(1) 18:18 | |
| state(1) 5:17 | |
| states(2) 1:1 1:19 | |
| staying(1) 5:17 | |

| Word | Page:Line |
|------|-----------|
| ste(1) 2:19 | |
| steele(7) 2:5 14:25 15:1 15:2 15:5 15:10 15:11 | |
| steen(3) 1:30 3:7 9:17 | |
| step(1) 4:20 | |
| stern(1) 17:10 | |
| still(1) 11:25 | |
| stipulation(11) 10:18 10:20 11:12 11:18 11:21 11:25 19:15 20:12 20:18 20:18 21:13 | |
| straightforward(1) 9:22 | |
| strauss(2) 2:11 15:17 | |
| street(4) 1:11 1:39 2:7 2:25 | |
| stress(1) 8:23 | |
| strong(1) 18:24 | |
| submit(1) 21:23 | |
| subsequently(1) 10:5 | |
| substantial(1) 18:7 | |
| such(1) 20:1 | |
| suffered(1) 5:19 | |
| suggest(1) 11:14 | |
| suggesting(1) 20:12 | |
| suite(1) 2:25 | |
| sum(1) 18:13 | |
| superior(3) 5:6 5:9 5:9 | |
| suppose(1) 18:2 | |
| sure(3) 15:7 16:25 20:10 | |
| suspect(1) 12:1 | |
| suspend(1) 6:9 | |
| sutty(13) 2:24 12:17 12:19 12:19 13:2 13:5 13:8 13:12 14:3 14:6 14:18 14:21 14:23 | |
| sympathetic(1) 11:9 | |
| take(1) 17:4 | |
| task(2) 5:10 5:11 | |
| tax(1) 14:12 | |
| taylor(1) 3:11 | |
| telecommunication(1) 5:12 | |
| telephone(2) 2:33 3:1 | |
| telling(1) 8:21 | |
| terms(4) 11:2 15:24 18:10 20:18 | |
| than(2) 6:10 10:4 | |
| thank(26) 4:4 4:17 4:23 9:6 9:8 9:10 9:11 9:14 12:16 12:17 14:23 14:24 15:10 15:11 16:4 16:6 16:7 17:22 17:23 20:11 22:1 22:2 22:2 22:6 22:7 | |
| that(112) 6:9 6:13 6:23 7:13 7:14 7:17 7:17 7:21 7:25 7:25 8:6 8:7 8:11 8:13 8:21 8:22 8:22 9:1 9:22 10:10 10:15 10:17 10:18 10:19 10:22 10:23 10:25 11:4 11:14 11:14 11:19 11:23 11:24 11:25 12:1 12:1 12:2 12:4 12:9 12:10 12:13 12:23 13:14 13:22 14:8 14:10 14:14 14:18 14:20 15:8 15:23 16:14 16:19 16:19 16:20 17:12 17:15 17:15 17:21 18:2 18:3 18:4 18:8 18:9 18:14 18:16 18:18 18:19 18:20 18:23 19:4 19:4 19:5 19:13 19:13 19:14 19:15 19:15 19:16 19:16 19:18 19:19 19:19 19:21 19:22 19:23 19:24 20:3 20:8 20:12 20:13 20:14 20:17 20:21 20:23 20:24 21:1 21:3 21:6 21:6 21:8 21:15 21:17 21:17 21:19 21:19 21:19 21:20 21:22 22:4 22:13 | |
| that's(9) 9:7 12:5 12:14 13:11 14:3 14:9 14:13 16:2 21:11 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|
| **the**(296) 1:1 1:2 1:18 2:4 4:2 4:3 4:5 4:7 4:8 4:9 4:12 4:14 4:15 4:15 4:17 4:20 4:21 4:25 5:3 5:4 5:4 5:7 5:10 5:11 5:12 5:14 5:22 5:25 6:1 6:2 6:3 6:4 6:6 6:7 6:8 6:8 6:9 6:11 6:12 6:12 6:13 6:13 6:14 6:15 6:17 6:18 6:19 6:21 6:24 7:3 7:4 7:5 7:5 7:5 7:7 7:8 7:9 7:11 7:12 7:15 7:16 7:20 7:22 7:24 7:24 8:1 8:2 8:2 8:5 8:5 8:6 8:7 8:8 8:11 8:12 8:14 8:16 8:16 8:17 8:18 8:19 8:20 8:21 8:22 8:25 9:1 9:4 9:6 9:8 9:11 9:15 9:17 9:19 9:19 9:21 9:21 9:22 10:1 10:2 10:3 10:3 10:4 10:5 10:6 10:8 10:9 10:14 10:15 10:16 10:16 10:17 10:17 10:18 10:20 10:21 10:22 10:23 10:24 10:25 11:2 11:2 11:3 11:6 11:6 11:7 11:9 11:11 11:13 11:14 11:15 11:16 11:17 11:18 11:20 11:20 11:22 11:22 11:23 11:24 11:24 11:25 12:8 12:8 12:9 12:9 12:12 12:13 12:15 12:17 12:20 12:21 12:23 12:24 13:1 13:2 13:2 13:3 13:6 13:9 13:9 13:10 13:10 13:11 13:12 13:15 13:15 13:20 13:22 13:24 13:25 14:2 14:5 14:8 14:14 14:17 14:18 14:19 14:22 14:24 15:2 15:4 15:9 15:11 15:15 15:17 15:18 15:19 15:22 15:23 15:24 15:25 15:25 16:1 16:1 16:3 16:4 16:7 16:9 16:13 16:15 16:17 16:20 16:21 16:22 16:24 16:24 17:1 17:2 17:7 17:7 17:9 17:11 17:14 17:14 17:17 17:18 17:23 17:24 18:4 18:5 18:7 18:8 18:10 18:11 18:11 18:12 18:13 18:14 18:15 18:15 18:16 18:17 18:20 18:20 18:21 18:22 18:25 19:1 19:1 19:2 19:4 19:6 19:7 19:7 19:10 19:12 19:13 19:14 19:15 19:16 19:17 19:19 19:23 20:2 20:3 20:4 20:4 20:7 20:7 20:8 20:10 20:11 20:12 20:13 20:17 20:17 20:18 20:18 20:20 20:22 20:23 20:25 21:2 21:3 21:3 21:4 21:5 21:7 21:9 21:10 21:11 21:13 21:14 21:14 21:15 21:15 21:18 21:22 21:23 21:25 22:2 22:6 22:10 22:13 22:14 22:14 22:15 | | **transfer**(6) 7:14 11:19 19:17 21:4 21:11 21:16 | | **who**(5) 9:15 10:6 11:10 13:22 14:14 | |
| | | **transferred**(2) 10:16 12:1 | | **why**(2) 17:13 21:5 | |
| | | **transfer'**(1) 7:13 | | **will**(8) 4:15 6:24 7:16 7:16 8:4 9:12 9:13 21:12 21:22 | |
| | | **travel**(1) 5:15 | | | |
| | | **traveling**(2) 5:17 5:18 | | **willkie**(1) 2:43 | |
| | | **treated**(2) 5:20 14:11 | | **wilmington**(6) 1:12 1:27 2:8 2:20 2:26 4:1 | |
| | | **tried**(1) 8:13 | | **wish**(3) 16:14 18:15 22:7 | |
| | | **trust**(4) 2:23 2:44 12:20 13:15 | | **wishes**(1) 9:15 | |
| | | **try**(1) 21:5 | | **with**(24) 5:8 5:9 6:9 6:12 7:2 10:6 11:4 11:18 11:22 14:7 14:20 15:5 16:1 16:15 16:19 17:1 17:7 17:9 17:11 17:16 18:14 20:21 21:6 21:18 | |
| | | **trying**(2) 6:10 11:21 | | | |
| | | **tuesday**(1) 4:1 | | | |
| | | **tunnell**(2) 1:23 4:6 | | | |
| | | **turned**(2) 12:12 21:12 | | | |
| | | **two**(2) 8:18 11:4 | | **withdrew**(1) 10:25 | |
| | | **uncertain**(1) 19:12 | | **without**(3) 10:14 18:24 20:19 | |
| | | **uncertainty**(1) 18:7 | | **wonderful**(1) 21:25 | |
| | | **under**(5) 4:10 13:15 13:25 20:4 21:23 | | **word**(6) 7:9 7:15 7:24 7:24 21:7 21:11 | |
| | | **understand**(8) 8:3 8:9 8:15 9:13 12:2 12:9 16:21 17:6 | | **work**(3) 11:17 11:22 17:11 | |
| | | | | **working**(1) 5:20 | |
| | | | | **would**(19) 9:1 10:10 11:10 11:14 12:2 12:4 13:20 17:19 18:2 18:2 19:5 19:20 19:20 19:22 19:25 19:25 20:5 20:14 21:1 | |
| | | **understanding**(3) 6:23 8:25 16:20 | | | |
| | | **unfair**(1) 17:6 | | | |
| | | **united**(2) 1:1 1:19 | | | |
| | | **unless**(4) 6:1 14:16 16:2 16:19 | | **www.diazdata.com**(1) 1:42 | |
| | | **unproportionate**(1) 19:12 | | **yeah**(1) 6:22 | |
| | | **unsecured**(3) 15:3 15:18 15:19 | | **year**(3) 6:25 7:2 8:13 | |
| | | **upon**(1) 20:3 | | **years**(1) 5:25 | |
| | | **used**(1) 14:13 | | **yes**(22) 4:8 4:12 4:21 4:25 5:3 5:14 6:3 6:21 7:8 9:15 10:1 14:2 14:5 15:4 15:22 16:12 16:15 16:17 20:9 20:16 20:20 21:20 | |
| | | **valid**(1) 15:24 | | | |
| | | **validity**(1) 18:7 | | | |
| | | **value**(1) 8:6 | | | |
| | | **various**(1) 10:19 | | | |
| | | **veba**(4) 2:23 12:20 13:15 13:16 | | **yesterday**(2) 14:7 14:12 | |
| | | **very**(11) 5:8 5:24 6:19 6:19 8:2 8:23 9:9 17:7 17:9 18:24 20:23 | | **yet**(1) 15:7 | |
| | | | | **york**(3) 1:33 2:14 8:18 | |
| **their**(12) 5:5 5:6 5:8 5:8 8:8 8:9 9:13 13:23 16:10 16:25 17:16 17:19 | | **via**(1) 14:12 | | **you**(56) 4:4 4:17 4:20 4:21 4:22 4:23 7:5 9:6 9:8 9:8 9:10 9:11 9:12 9:13 9:14 9:20 12:15 12:16 12:17 14:19 14:23 14:24 15:10 15:11 15:12 16:2 16:4 16:6 16:10 16:14 17:20 17:22 17:23 18:1 18:5 18:9 18:14 18:14 18:17 19:8 19:13 19:16 19:23 20:5 20:10 20:11 20:14 20:24 20:25 21:17 22:1 22:2 22:2 22:6 22:7 22:7 | |
| | | **vice**(1) 15:7 | | | |
| | | **viewed**(1) 18:15 | | | |
| | | **waited**(1) 6:25 | | | |
| **them**(4) 5:21 13:12 14:14 17:20 | | **waiting**(1) 7:19 | | | |
| **then**(2) 6:21 8:24 | | **want**(2) 17:4 20:11 | | | |
| **there**(7) 7:12 16:18 18:6 18:19 19:17 20:7 21:15 | | **wanted**(7) 7:14 8:7 8:19 8:20 17:11 17:13 21:7 | | **you'll**(2) 16:9 20:24 | |
| | | | | **you've**(2) 15:7 16:10 20:10 | |
| **thereafter**(1) 5:19 | | **wants**(2) 14:10 14:11 | | **your**(41) 4:5 7:21 9:3 9:9 9:16 9:20 10:9 11:5 11:21 12:5 12:7 12:16 12:19 13:8 14:16 14:21 15:1 15:10 15:13 15:18 15:20 16:11 16:11 16:12 16:13 16:15 17:4 17:20 17:22 18:7 18:18 19:2 19:11 19:18 19:19 19:24 20:3 20:6 20:17 21:20 22:4 | |
| **these**(2) 6:16 17:4 | | **was**(48) 4:14 5:1 5:5 5:7 5:11 5:16 5:18 5:19 5:21 6:4 6:7 6:12 6:19 6:22 6:23 7:18 7:19 8:1 8:4 8:23 8:24 10:6 10:15 11:3 11:12 11:20 11:24 12:23 13:3 13:6 13:19 13:24 14:1 14:10 15:20 16:18 17:2 17:3 17:10 17:11 17:12 18:6 18:11 18:18 18:21 19:4 20:7 22:10 | | | |
| **they**(16) 5:10 6:24 6:25 7:13 7:25 8:7 8:14 8:25 16:14 16:23 16:23 17:8 17:9 17:13 17:15 17:16 | | | | | |
| **thing**(1) 13:24 | | **way**(2) 9:22 17:25 | | | |
| **things**(1) 17:5 | | **we'd**(2) 13:21 20:16 | | | |
| **think**(8) 9:23 11:20 18:6 18:25 19:4 19:21 20:21 21:14 | | **we'll**(2) 21:20 21:23 | | | |
| | | **we've**(1) 13:16 | | | |
| | | **webb**(1) 3:11 | | **'no'**(4) 7:15 7:24 7:24 21:8 | |
| **third**(3) 7:16 13:17 21:12 | | **well**(7) 5:20 9:9 9:12 17:24 20:23 21:5 | | | |
| **this**(23) 4:10 7:1 7:2 7:19 7:21 8:1 8:3 8:16 8:19 9:21 11:19 14:9 16:13 17:6 17:12 17:17 17:21 17:24 18:5 18:25 19:12 22:3 22:5 | | **went**(2) 7:17 13:22 | | | |
| | | **were**(11) 4:10 5:12 6:16 10:23 14:19 16:22 17:8 18:1 18:9 18:17 19:8 | | | |
| **those**(4) 8:10 10:25 16:14 17:3 | | | | | |
| **though**(1) 8:16 | | | | | |
| **three**(3) 4:9 7:23 12:22 | | **what**(9) 8:9 8:24 11:23 14:9 17:8 17:16 17:19 20:10 21:3 | | | |
| **till**(1) 8:12 | | | | | |
| **time**(16) 6:23 7:17 7:18 7:19 8:21 8:23 10:6 10:17 10:19 11:19 11:19 13:2 18:6 18:9 18:16 19:5 19:16 | | **what's**(1) 16:25 | | | |
| | | **whatsoever**(2) 19:17 21:16 | | | |
| | | **when**(5) 6:24 8:4 8:25 15:20 18:6 | | | |
| | | **whereupon**(1) 22:10 | | | |
| **today**(6) 8:15 13:24 14:4 15:5 15:8 21:24 | | **whether**(1) 17:21 | | | |
| **too**(1) 16:24 | | **which**(10) 4:13 4:13 6:21 7:25 9:4 10:9 10:22 13:6 17:5 18:25 | | | |
| **training**(1) 5:5 | | | | | |
| **transcript**(3) 1:17 1:45 22:14 | | | | | |
| **transcription**(2) 1:38 1:45 | | **whichever**(1) 13:12 | | | |
| | | **while**(6) 5:18 6:4 6:12 6:16 11:9 11:12 | | | |