# EXHIBIT C

## DISBURSEMENT SUMMARY
## JUNE 1, 2014 THROUGH JUNE 30, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,658.47 |
| Conference Calls/Telephone/Web Conference Services | $5,177.01 |
| Courier Service/Postage | $877.19 |
| Deposition Charges | $30,829.12 |
| Document Production – In House | $554.00 |
| Duplicating (billed at $.10 per page) | $1,231.00 |
| Duplicating – Third Party Charges (billed at cost) | $1,295.50 |
| Meals/Committee Meeting Expenses | $18,931.22 |
| Travel Expenses – Airfare | $25,831.65 |
| Travel Expenses – Ground Transportation | $10,839.37 |
| Travel Expenses – Incidentals | $791.74 |
| Travel Expenses – Lodging | $40,651.11 |
| Travel Expenses – Parking | $22.00 |
| Travel Expenses – Telephone & Fax | $15.95 |
| Travel Expenses – Train Fare | $3,676.00 |
| **TOTAL** | **$143,381.33** |