# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JUNE 1, 2014 THROUGH JUNE 30, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 112.30 | $117,915.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 159.30 | $183,195.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 192.90 | $176,503.50 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 215.90 | $205,105.00 |
| Bruce E. Simonetti | Partner for 10 years; Admitted in 1995; ERISA Department | $875 | 2.20 | $1,925.00 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $810 | 153.00 | $123,930.00 |
| Austin S. Lilling | Senior Counsel for 3 years; Admitted in 2001; Tax Department | $685 | 9.50 | $6,507.50 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 41.70 | $31,692.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 120.20 | $85,943.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 185.20 | $119,454.00 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 160.65 | $90,767.25 |

Case 09-10138-MFW   Doc 14247-6   Filed 08/22/14   Page 3 of 3

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Michael K. Cross | Associate for 5 years; Admitted in 2010; Litigation Department | $595 | 125.05 | $74,404.75 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 178.80 | $72,414.00 |
| Matthew C. Fagen | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $500 | 85.60 | $42,800.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 163.65 | $94,098.75 |
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 170.35 | $68,991.75 |
| Rebecca A. Wirakesuma | Associate for 1 year; Admitted in 2014; Financial Restructuring Department | $405 | 47.40 | $19,197.00 |
| Jonathan A. Andron | Legal Assistant for 2 years; Trial Services Department | $215 | 33.40 | $7,181.00 |
| Jennifer A. Brun | Legal Assistant for 2 years; Litigation Department | $180 | 51.00 | $9,180.00 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 12.80 | $3,328.00 |
| Sol Kim | Legal Assistant for 2 years; Litigation Department | $220 | 63.50 | $13,970.00 |
| James P. Moore | Legal Assistant for 3 years; Trial Services Department | $215 | 86.35 | $18,565.25 |
| Ezekiel J. Pariser | Legal Assistant for 1 year; Litigation Department | $195 | 2.30 | $448.50 |
| Leslie W. Lanphear | Librarian for 18 years | $245 | 2.30 | $563.50 |

Total Amount of Fees:       $1,568,079.75
Total Number of Hours:    2,375.35
Blended Hourly Rate:        $660.15