IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Hearing Date: September 15, 2014 at 10:00 a.m.** |
| ) | **Objection Deadline: September 8, 2014 at 4:00 p.m.** |

## NOTICE OF HEARING REGARDING REQUEST OF JEFFERIES LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that, on August 22, 2014, Jefferies LLC ("Jefferies"), the investment banker formerly retained by the Official Committee of Unsecured Creditors (the "Committee") have today filed the attached **Request of Jefferies LLC for Allowance and Payment of Administrative Expense Claim** (the "Request") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Request must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **September 8, 2014 at 4:00 p.m. (Eastern Daylight Time).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

RLF1 10741602v.1

PLEASE TAKE FURTHER NOTICE that if a n objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Request will be held before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **September 15, 2014 at 10:00 a.m. (Eastern Daylight Time).**

IF NO OBJECTIONS TO THE REQUEST ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE REQUEST WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 22, 2014
Wilmington, Delaware

/s/ *Thomas A. Labuda*
SIDLEY AUSTIN LLP
Thomas A. Labuda, Jr.
Matthew E. Linder
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Counsel for Jefferies LLC*