

# EXHIBIT A

## INVOICE


| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO | SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
|---|---|---|---|
| | FOUNDED 1866 | | |

FEDERAL ID 36-4474078

August 21, 2013

Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 33042637
1910
Client Matter 55734-30140

Nortel Networks Inc.
Jefferies & Company, Inc. 1910

For professional services rendered through July 31, 2013 as shown on
the attached exhibits:

Fees $51,798.50

**Total Due This Bill** **$51,798.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 33042637
Jefferies LLC

Nortel Networks Inc.

TIME DETAIL

| Date | Name | Task | Activity | Narrative | Hours |
|---|---|---|---|---|---|
| 06/20/13 | TA Labuda | C300 | A106 | [redacted] | .30 |
| 06/24/13 | TA Labuda | C300 | A106 | Emails and calls with Akin re document production (.4); [redacted]; review retention order/documents (.3). | 1.10 |
| 06/24/13 | ME Linder | L320 | A105 | Office conferences with T. Labuda re Nortel document production | .70 |
| 06/25/13 | TA Labuda | C300 | A106 | Emails with Akin re search terms | .30 |
| 06/25/13 | ME Linder | L320 | A106 | Pull Nortel engagment letter and e-mail to T. Labuda re: same (.2) ; office conference with T. Labuda re: Nortel (.2); telephone calls with Akin and Jefferies re: same (.4); [redacted] | 1.60 |
| 06/26/13 | TA Labuda | C300 | A106 | [redacted]; emails with Akin re same (.1). | .20 |
| 06/26/13 | ME Linder | L320 | A108 | E-mail to T. Labuda and R. Johnson re: Nortel call (.1); conference call with T. Labuda and R. Johnson re: document production (.4) | .50 |
| 06/27/13 | TA Labuda | C300 | A106 | [redacted]; review documents (.3). | .50 |
| 06/28/13 | TA Labuda | C300 | A106 | Emails with Akin re indemnity and search terms (.3); review retention order, indemnity and analyze indemnity rights for document production (.5); review hard documents produced by Jefferies (.7). | 1.50 |
| 06/28/13 | KS Mills | B110 | A103 | Review/analyze certain Nortel documents related to procedures for payment of indemnification claim (.8); analyze related issues (.3) | 1.10 |
| 07/01/13 | TA Labuda | C300 | A106 | Conference call with Akin re email search terms and related document review issues (.5); [redacted] | 2.00 |
| 07/01/13 | KS Mills | B110 | A105 | Communications w/T. Labuda re: Nortel production (.4); review internal files relevant to | 1.30 |

SIDLEY AUSTIN LLP

Invoice Number: 33042637
Jefferies LLC

Nortel Networks Inc.

| Date | Name | Task | Activity | Narrative | Hours |
|---|---|---|---|---|---|
| 07/02/13 | TA Labuda | C300 | A106 | same (.5); t/call w/T. Labuda/Akin re: same (.3) ▮; review hard documents/files (.8). | 1.00 |
| 07/03/13 | TA Labuda | C300 | A103 | Work on Nortel document production. | .50 |
| 07/03/13 | KS Mills | B110 | A105 | Communications with internal team members re: production of Nortel documents | .40 |
| 07/08/13 | KS Mills | B110 | A105 | Communications with internal team members re: production of Nortel documents | .50 |
| 07/09/13 | TA Labuda | C300 | A106 | ▮; review same (.1.2). | 1.40 |
| 07/09/13 | KS Mills | B110 | A105 | Communications with internal team members re: production of Nortel documents; email Akin re: related issue | .40 |
| 07/10/13 | TA Labuda | C300 | A106 | Emails with Akin Gump re document production and indemnification issues re Nortel. | .30 |
| 07/11/13 | GM King | C300 | A104 | Call with K. Mills re: doc review (0.1); Jefferies Document review (3.0) | 3.10 |
| 07/11/13 | KS Mills | B110 | A105 | Various communications with T.Labuda and associate team members regarding review of documents for Nortel production; communications with litigation support regarding workspace | 1.00 |
| 07/11/13 | BH Myrick | B110 | A105 | T/c w/ K. Mills re: doc review (.2); multiple emails w/ K. Mills re: same (.2); review document production parameters (.2); multiple emails w/ G. King re: same (.1); t/c w/ G. King re: same (.1); emails w/ support staff re: access (.1). | .90 |
| 07/12/13 | GM King | C300 | A104 | Document review (6.2) | 6.20 |
| 07/12/13 | KS Mills | B110 | A105 | Review documents for Nortel production (1.5); various communications w/G. King, B. Myrick and M. Linder re: same (.6) | 2.10 |
| 07/12/13 | BH Myrick | B110 | A105 | Multiple emails w/ K. Mills re: review (.2); review documents (6.9); emails w/ G. King re: documents (.1); o/c w/ G. King re: same (.1). | 7.30 |
| 07/13/13 | GM King | C300 | A104 | Jefferies Document review | 1.20 |
| 07/13/13 | KS Mills | B110 | A104 | Review documents for Nortel production request | 1.80 |
| 07/14/13 | GM King | C300 | A104 | Jefferies Document review | 3.70 |
| 07/14/13 | TA Labuda | C300 | A105 | Conference call with M. Linder and K. Mills re Nortel document production. | .30 |

SIDLEY AUSTIN LLP

Invoice Number: 33042637
Jefferies LLC

Nortel Networks Inc.

| Date | Name | Task | Activity | Narrative | Hours |
|---|---|---|---|---|---|
| 07/15/13 | GM King | C300 | A104 | Nortel Document review | 3.10 |
| 07/15/13 | TA Labuda | | | Work on document production. | 1.40 |
| 07/15/13 | ME Linder | L320 | A104 | Nortel document review (3.5); telephone call with K. Mills re: same (.1) | 3.60 |
| 07/15/13 | KS Mills | B110 | A104 | Review documents for Nortel production | 3.10 |
| 07/15/13 | BH Myrick | B110 | A105 | T/c w/ G. King re: project (.1); review documents (6.0); emails w/ G. King re: same (.1); emails w/ K. Mills re: same (.1); t/c w/ K. Mills re: same (.1). | 6.40 |
| 07/16/13 | ME Linder | L320 | A104 | Review Nortel documents (2.3) | 2.30 |
| 07/16/13 | BH Myrick | B110 | A104 | Review documents re: Nortel (4.0); emails w/ G. King re: same (.1); email w/ K. Mills re: same (.1). | 5.00 |
| 07/17/13 | KS Mills | B110 | A105 | Communications w/litigation support/team members re: Nortel production; review of related documents | 1.20 |
| 07/18/13 | TA Labuda | | | Work on document production. | 1.10 |
| 07/19/13 | TA Labuda | | | Work on document production. | .30 |
| 07/22/13 | ME Linder | L320 | A104 | Review Nortel documents (2.3); telephone call with K. Mills re: same (.1) | 2.40 |
| 07/22/13 | KS Mills | B110 | A104 | Review Nortel documents for production; various communications w/team members re: same | 2.10 |
| 07/23/13 | ME Linder | L320 | A104 | Review Nortel documents | .30 |
| 07/23/13 | KS Mills | B110 | A104 | Review documents for Nortel production (6.2); various communications w/team members re: same (.3) | 6.50 |
| | | | | **Total Hours** | **82.00** |



| | |
|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING   HONG KONG   SHANGHAI<br>BOSTON   HOUSTON   SINGAPORE<br>BRUSSELS   LONDON   SYDNEY<br>CHICAGO   LOS ANGELES   TOKYO<br>DALLAS   NEW YORK   WASHINGTON, D.C.<br>FRANKFURT   PALO ALTO<br>GENEVA   SAN FRANCISCO<br><br>FOUNDED 1866 |

August 21, 2013

FEDERAL ID 36-4474078

Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 33042637
Client Matter 55734-30140

REMITTANCE PAGE
For Professional Services Rendered

**Total Due This Bill**                                         $51,798.50

Please Return This Page With Your Remittance

Remit Check Payments To:                         Remit Wire Payments To:
Sidley Austin LLP                                Sidley Austin LLP
P.O. Box 0642                                    JP Morgan Chase Bank, NA
Chicago, Illinois 60690                          Account Number: 5519624
                                                 ABA Number: 071000013
                                                 Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice