## EXHIBIT C

## PROPOSED ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. \_\_\_\_** |

### ORDER GRANTING REQUEST OF JEFFERIES LLC FOR
### ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon the request (the "Request") of Jefferies LLC ("Jefferies") for allowance and payment of an administrative expense claim against the Debtors; and it appearing that notice of the Request was adequate and proper and that no other or further notice need be given; and after due deliberation and good and sufficient cause appearing therefor; it is hereby

ORDERED the Request is granted; and it is further

ORDERED that Jefferies is hereby allowed an administrative expense claim in the amount of $51,798.50 plus $[_____] for the preparation and prosecution of the Request (the "Claim"), which Claim shall be entitled to administrative expense priority pursuant to sections 330(a), 503(b), and 507(a)(2) of the Bankruptcy Code; and it is further

ORDERED that the Debtor shall pay the Claim upon entry of this Order; and it is further

ORDERED that this Order is without prejudice to the right of Jefferies to assert additional claims or to seek additional remedies against the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014
　　　Wilmington, Delaware

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge