IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 14242, 14235, 14236** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
22nd day of August, 2014

/s/ Notary Public
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2005

17

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

          Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SONAR CREDIT PARTNERS II, LLC
        TRANSFEROR: FUTURE TELECOM INC
        200 BUSINESS PARK DRIVE, SUITE 201
        ARMONK, NY 10504

Please note that your claim # 6149 in the above referenced case and in the amount of
    $10,864.57 allowed at $10,864.57  has been transferred (**unless previously expunged by court order**) to:

        JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
        TRANSFEROR: SONAR CREDIT PARTNERS II, LL
        520 MADISON AVE. THIRD FLOOR
        NEW YORK,, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        DISTRICT OF DELAWARE
        824 NORTH MARKET STREET, 3RD FLOOR
        WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14236    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/22/2014                              David D. Bird, Clerk of Court

                                              /s/ Kimberly Murray
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 22, 2014.

# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 11:31:42                                             NORTEL NETWORKS INC.                                                                    PAGE:  1
DATE: 08/22/14                                               CREDITOR LISTING

Name                                        Address
JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC    TRANSFEROR: SONAR CREDIT PARTNERS II, LL 520 MADISON AVE. THIRD FLOOR NEW YORK, NY 10022
JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC    TRANSFEROR: SONAR CREDIT PARTNERS, LLC 520 MADISON AVE THIRD FLOOR NEW YORK, NY 10022
JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC    TRANSFEROR: SONAR CREDIT PARTNERS, LLC 520 MADISON AVE. THIRD FLOOR NEW YORK NY 10022
SONAR CREDIT PARTNERS II, LLC               TRANSFEROR: ARCHIVES USA 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC               TRANSFEROR: FUTURE TELECOM INC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC               TRANSFEROR: MARTINGALE ROAD LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC               TRANSFEROR: NFUSION GROUP, LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC               TRANSFEROR: PDX, INC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS II, LLC               TRANSFEROR: WAINHOUSE RESEARCH LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS, LLC                  TRANSFEROR: WIMAX COM BROADBAND SOLUTION 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS, LLC                  TRANSFEROR: CERTIFICATION CONSULTING ATTN: MICHAEL GOLDBERG 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
SONAR CREDIT PARTNERS, LLC                  TRANSFEROR: ONPROCESS TECHNOLOGY, INC. ATTN: MICHAEL GOLDBERG 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504
THE SEAPORT GROUP LLC PROFIT SHARING PLN    TRANSFEROR: SONAR CREDIT PARTNERS II, LL M. WITTAUT, J. SILVERMAN & S. FRIEDBERG 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017

Total Number of Records Printed    13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC