**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: Docket No. 14252 |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

PLEASE TAKE NOTICE that Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group, hereby withdraws the *Initial Post-Trial Brief (Allocation) of the Monitor and Canadian Debtors* filed on August 25, 2014 at Docket No. 14252.

Date:  August 25, 2014
         Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Kathleen A. Murphy*
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801-3046
Telephone (302) 552-4200
Facsimile (302) 552-4295
Email:  mary.caloway@bipc.com
            kathleen.murphy@bipc.com

*Attorney for Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*