**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                                                          :
*In re*                                                   :    Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
                                                          :
                                  Debtors.                :    Jointly Administered
                                                          :
                                                          :
                                                          :    **Re: D.I. 14263 & 14264**
                                                          :
-----------------------------------------------------------X

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on August 25, 2014, copies of the following were served via email upon the individuals identified on the attached service list.

1.    Post-Trial Brief of the US Interests (Redacted) (D.I. 14263, Filed 8/25/14); and

2.    Proposed Findings of Fact and Conclusions of Law of the US Interests (Redacted) (D.I. 14264, Filed 8/25/14).

Dated: August 25, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

– and –

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Ann C. Cordo_
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

_Counsel for the Debtors and Debtors in Possession_

7634704.18

**Via Email**

derrick.tay@gowlings.com; jennifer.stam@gowlings.com; jcarfagnini@goodmans.ca; jpasquariello@goodmans.ca; bzarnett@goodmans.ca; amark@goodmans.ca; pruby@goodmans.ca; jkimmel@goodmans.ca; carmstrong@goodmans.ca; nortel.monitor@ca.ey.com; ken.coleman@allenovery.com; acordo@mnat.com; paul.keller@allenovery.com; daniel.guyder@allenovery.com; laura.hall@allenovery.com; Joseph.Badtke-Berkow@AllenOvery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; tdemarinis@torys.com; sbomhof@torys.com; sblock@torys.com; agray@torys.com; aslavens@torys.com; jbromley@cgsh.com; lschweitzer@cgsh.com; hzelbo@cgsh.com; jrosenthal@cgsh.com; dstein@cgsh.com; mdecker@cgsh.com; jmoessner@cgsh.com; aluft@cgsh.com; irozenberg@cgsh.com; jerickson@cgsh.com;  dabbott@mnat.com; rschwill@dwpv.com; scampbell@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; jzhi@counsel-toronto.com; eharron@ycst.com; jdorsey@ycst.com; jchapman@ycst.com; adler@hugheshubbard.com; oxford@hugheshubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com; lily.harmer@paliareroland.com; karen.jones@paliareroland.com; tina.lie@paliareroland.com; michelle.jackson@paliareroland.com; Jacqueline.cummins@paliareroland.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; skour@mccarthy.ca; kpeters@mccarthy.ca; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; zychk@bennettjones.com; orzyr@bennettjones.com; finlaysong@bennettjones.com; swanr@bennettjones.com; zweigs@bennettjones.com; bellj@bennettjones.com; TKreller@milbank.com; JHarris@milbank.com; APisa@milbank.com; svora@milbank.com; aleblanc@milbank.com; mhirschfeld@milbank.com; amiller@milbank.com; tmatz@milbank.com; nbassett@milbank.com; gruha@milbank.com; rpojunas@milbank.com; fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; rajohnson@akingump.com; bkahn@akingump.com; cdoniak@akingump.com; jsorkin@akingump.com; jyecies@akingump.com; angela.pearson@ashurst.com; antonia.croke@ashurst.com; samis@rlf.com; skukulowicz@casselsbrock.com; mwunder@casselsbrock.com; rjacobs@casselsbrock.com; mbarrack@tgf.ca; djmiller@tgf.ca; rlewis@tgf.ca; amcewan@tgf.ca;  jfinnigan@tgf.ca; mshakra@tgf.ca; cdavis@bayardlaw.com; jalberto@bayardlaw.com; boconnor@willkie.com; sadvani@willkie.com; ahanrahan@willkie.com; sheryl.seigel@mcmillan.ca; mriela@vedderprice.com; craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; Karen.dine@kattenlaw.com; elamek@blg.com; jszumski@blg.com; dalowenthal@pbwt.com; lbarnes@osler.com; esellers@osler.com; eputnam@osler.com; ahirsh@osler.com; acobb@osler.com; michael.lang@nortonrosefulbright.com; amdg@hoganlovells.com; john.tillman@hoganlovells.com; Matthew.bullen@hoganlovells.com; david.graves@hoganlovells.com; katherine.tallett-williams@hoganlovells.com; james.norris-jones@hsf.com; john.salmas@dentons.com; kenneth.kraft@dentons.com