Official Form 17
(12/04)

# United States Bankruptcy Court

__Wilmington__ District Of __Delaware__

In re __NORTEL__,
     Debtor

Case No. __09-10138 (KG)__

Chapter __11__

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

__I Ernest Demel__, the plaintiff [*or defendant or other party*] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __19__ day of __August__, __2014__
                                                                              (month)    (year)

    The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows: See attached.

DI 14233

Dated: __08-25-2014__

Signed: _[signature] 8/25/14_ __Pro se.__
    Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __Pro se__

Address: __530 West, 55 Street, Apt. 13 K__

              __NEW YORK CITY, NY 10019__

Telephone No: __1 646 559 2753__

    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*    If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

P1

**Form B-17 Attachment**         DI 1433

TO: CLEARY GOTTLIEB STEEN & HAMILTON LLP
Louis Lipner. Esq          Tel: (212) 255-200
One Liberty Plaza
New York, New York 10006

Creditors' Committee
Akin Gump Strauss Hauer & Feld  LLP
Fred S .Hodara  Esq.       Tel: (212) 872 1000
One Bryant Park
New York  NY 10036

Mark Kenney, Esq
OFFICE OF US TRUSTEE
844. King Street          Tel: (302) 753 6565
Suite 2207  Lockbox  35
Wilmington, Delaware  19801-3519

Mark Collins, Esq
OFFICE OF US TRUSTEE
One  Rodney Square        Tel: (302) 651 7875
920 N King Street
Wilmington, Delaware  19801


LTD VEBA TRUST
Rafael X Zahralddin
1105 Market  Street  Suite 1700
Wilmington, Delaware  19801  Tel: (302)  384 9400


Office of the United States Trustee

833 Chestnut Street

Suite 500

Philadelphia, PA 19107

Phone: (215) 597-4411

Facsimile: (215) 597-5795

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al
Debtors.
Ernest Demel
Creditor.

Chapter 11
No. 09-10138 (KG)
**APPEAL FEE $505.00**

---

US POSTAL MONEY ORDER FOR $505.00  # 22129390124
Paid on Date 08-25-14  To:  UNITED STATES BANKRUPTCY COURT
FOR TIHE DISTRICT OF DELAWARE
824 Market Street  Fl. 6
Court Room # 3
Wilmington, Delaware 19801

P3