UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

Nortel Networks, Inc. et al
Debtors.
Vs.

Chapter 11
No. 09-10138 (KG)
Jointly Administered
**CERTIFICATE OF SERVICE**

(B-17)

Ernest Demel

Creditor.

----------------------------------------------------------------------------------------------------------------------------

# <u>CERTIFICATE OF SERVICE</u>

I ERNEST DEMEL, over 18 years of age hereby certify that a set of copies of the foregoing

documents, Notice of Appeal (B-17 ), were served on the following parties by USPS Priority

mail on  25 th August  2014.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
824 Market Street  Fl. 6,  Court Room # 3
Wilmington, Delaware 19801

TO: CLEARY GOTTLIEB STEEN & HAMILTON LLP
|Louis Lipner Esq.
One Liberty Plaza
New York, New York 10006

Creditors' Committee
Akin Gump Strauss Hauer & Feld  LLP
Fred S .Hodara  Esq. One Bryant Park
New York  NY 10036

Mark Kenney, Esq
OFFICE OF US TRUSTEE
844.  King Street, Suite 2207  Lockbox  35
Wilmington, Delaware  19801

Mark Collins, Esq
OFFICE OF US TRUSTEE
One  Rodney Square,  920  N  King Street
Wilmington,  Delaware  19801

Office of the United States Trustee
833 Chestnut Street,  Suite 500
Philadelphia, PA 19107

Rafael X Zahralddin
1105 Market  Street  Suite 1700
Wilmington,  Delaware  19801