# EXHIBIT C

Legal*12054164.4

## DISBURSEMENT SUMMARY
## JUNE 1 TO JUNE 30, 2013
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements

| | |
|---|---|
| Copies | $ 7,414.80 |
| Telephone / Long Distance/Conference Calls | $ 34.73 |
| Binding Books / Documents | $ 422.51 |
| Library Computer Searches | $ 1,388.01 |
| Travel / Ground Transportation | $ 1,866.52 |
| Meals / Beverages | $ 6,398.68 |
| Agency Fees and Disbursements | $16,379.91 |
| Delivery / Courier | $ 112.10 |
| Total Non-Taxable Disbursements | $34,017.26 CDN. |