**EXHIBIT D**

CASSELS BROCK LLP                                    Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 5/7/2014 | SYSCO-SUPPLIES FOR CBB AND AKIN GUMP LAWYERS DURING NORTEL ALLOCATION AND CLAIMS TRIAL-MAY 7/14 | 1 | 264.77 |
| 5/7/2014 | SYSCO-SUPPLIES FRO CBB AND AKIN GUMP LAWYERS DURING NORTEL ALLOCATION AND CLAIMS TRIAL-MAY 7/14 | 1 | 255.76 |
| 5/8/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 8-MAY 8/14-CBB AND AKIN GUMP LAWYERS | 1 | 116.25 |
| 5/12/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 8-MAY 15/2014-CBB AND AKIN GUMP LAWYERS | 1 | 101.25 |
| 5/12/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 10-MAY 12/14-CBB AND AKIN GUMP LAWYERS | 1 | 222 |
| 5/13/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 8-MAY 13/14-CBB AND AKIN GUMP LAWYERS | 1 | 116.25 |
| 5/14/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 8-MAY 14/14-CBB AND AKIN GUMP LAWYERS | 1 | 127.5 |
| 5/16/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 7-MAY 16/14-CBB AND AKIN GUMP LAWYERS | 1 | 90 |
| 5/20/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 8-MAY 20/14-CBB AND AKIN GUMP LAWYERS | 1 | 183 |
| 5/20/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 8-MAY 20/14-CBB AND AKIN GUMP LAWYERS | 1 | 101.25 |
| 5/21/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 6-MAY 21/14-CBB AND AKIN GUMP LAWYERS | 1 | 96 |
| 5/21/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 10-MAY 21/14-CBB AND AKIN GUMP LAWYERS | 1 | 231.75 |
| 5/22/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 4-MAY 22/14-CBB AND AKIN GUMP LAWYERS | 1 | 67.5 |
| 5/22/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 4-MAY 22/14-CBB AND AKIN GUMP LAWYERS | 1 | 54 |
| 5/22/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 8-MAY 22/14-CBB AND AKIN GUMP LAWYERS | 1 | 200.75 |
| 5/27/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 4-MAY 27/14-CBB AND AKIN GUMP LAWYERS | 1 | 67.75 |
| 5/27/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 5-MAY 27/14-CBB AND AKIN GUMP LAWYERS | 1 | 57 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-30-

CASSELS BROCK LLP                                            Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                             Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 5/28/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 8-MAY 28/14-CBB AND AKIN GUMP LAWYERS | 1 | 69 |
| 5/28/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 4-MAY 28/14-CBB AND AKIN GUMP LAWYERS | 1 | 67.75 |
| 5/29/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 6-MAY 29/14-CBB AND AKIN GUMP LAWYERS | 1 | 104.55 |
| 5/29/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 8-MAY 29/14-CBB AND AKIN GUMP LAWYERS | 1 | 69 |
| 5/30/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 4-MAY 30/14-CBB ADN AKIN GUMP LAWYERS | 1 | 67.75 |
| 5/30/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 4-MAY 30/2014-CBB AND AKIN GUMP LAWYERS | 1 | 69 |
| 6/1/2014 | Copies | 16 | 1.6 |
| 6/1/2014 | Travel- AIR FARE FEES ON MAY 28 AND JUNE 1/2014 FOR G. SHAW | 1 | 1,690.23 |
| 6/1/2014 | WORKING DINNER FOR G. SHAW on JUNE 1, 2014 | 1 | 30 |
| 6/2/2014 | Copies | 16 | 1.6 |
| 6/2/2014 | Copies | 18 | 1.8 |
| 6/2/2014 | Copies | 216 | 21.6 |
| 6/2/2014 | Copies | 60 | 6 |
| 6/2/2014 | Copies | 365 | 36.5 |
| 6/2/2014 | Copies | 12 | 1.2 |
| 6/2/2014 | Copies | 96 | 9.6 |
| 6/2/2014 | Copies | 708 | 70.8 |
| 6/2/2014 | Copies | 204 | 20.4 |
| 6/2/2014 | Copies | 12 | 1.2 |
| 6/2/2014 | Copies | 759 | 75.9 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 759 | 75.9 |
| 6/2/2014 | Copies | 3 | 0.3 |
| 6/2/2014 | Copies | 114 | 11.4 |
| 6/2/2014 | Copies | 759 | 75.9 |
| 6/2/2014 | Copies | 9 | 0.9 |
| 6/2/2014 | Copies | 29 | 2.9 |
| 6/2/2014 | Copies | 6168 | 616.8 |
| 6/2/2014 | Copies | 234 | 23.4 |
| 6/2/2014 | Copies | 86 | 8.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1941821

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 1104 | 110.4 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 253 | 25.3 |
| 6/2/2014 | Copies | 15 | 1.5 |
| 6/2/2014 | Copies | 5 | 0.5 |
| 6/2/2014 | Copies | 9 | 0.9 |
| 6/2/2014 | Copies | 3 | 0.3 |
| 6/2/2014 | Copies | 72 | 7.2 |
| 6/2/2014 | Copies | 576 | 57.6 |
| 6/2/2014 | Copies | 33 | 3.3 |
| 6/2/2014 | Copies | 6 | 0.6 |
| 6/2/2014 | Copies | 16 | 1.6 |
| 6/2/2014 | Copies | 20 | 2 |
| 6/2/2014 | Copies | 4 | 0.4 |
| 6/2/2014 | Copies | 81 | 8.1 |
| 6/2/2014 | Copies | 253 | 25.3 |
| 6/2/2014 | Copies | 253 | 25.3 |
| 6/2/2014 | Copies | 78 | 7.8 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 4 | 0.4 |
| 6/2/2014 | Copies | 36 | 3.6 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 61 | 6.1 |
| 6/2/2014 | Copies | 73 | 7.3 |
| 6/2/2014 | Copies | 27 | 2.7 |
| 6/2/2014 | Copies | 357 | 35.7 |
| 6/2/2014 | Copies | 3 | 0.3 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 936 | 93.6 |
| 6/2/2014 | Copies | 12336 | 1,233.60 |
| 6/2/2014 | Copies | 759 | 75.9 |
| 6/2/2014 | Copies | 223 | 22.3 |
| 6/2/2014 | Copies | 2277 | 227.7 |
| 6/2/2014 | Copies | 2 | 0.2 |
| 6/2/2014 | Copies | 12 | 1.2 |
| 6/2/2014 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/2/2014 | Copies | 9 | 0.9 |
| 6/2/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 176 |
| 6/2/2014 | Library Computer Searches/Quicklaw done by D. Waldman | 1 | 29.01 |
| 6/2/2014 | Binding, Tabs, Disks, etc | 1 | 45 |
| 6/2/2014 | Binding, Tabs, Disks, etc | 1 | 34.2 |
| 6/2/2014 | MAPLE LEAF TAXI-CAB-N. LESZCZ | 1 | 8.14 |
| 6/2/2014 | Telephone; JACOBS, R. | 1 | 0.66 |
| 6/2/2014 | Travel- TAXI FOR G. SHAW | 1 | 84 |
| 6/2/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 7-JUNE 2/14-CBB AND AKIN GUMP LAWYERS | 1 | 147 |
| 6/2/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 4-JUNE 2/14-CBB AND AKIN GUMP LAWYERS | 1 | 54 |
| 6/3/2014 | Courier Delivery Charges - Blizzard Courier | 1 | 31.44 |
| 6/3/2014 | Copies | 3 | 0.3 |
| 6/3/2014 | Copies | 351 | 35.1 |
| 6/3/2014 | Copies | 4 | 0.4 |
| 6/3/2014 | Copies | 7 | 0.7 |
| 6/3/2014 | Copies | 3 | 0.3 |
| 6/3/2014 | Copies | 3 | 0.3 |
| 6/3/2014 | Copies | 3 | 0.3 |
| 6/3/2014 | Copies | 2 | 0.2 |
| 6/3/2014 | Copies | 3 | 0.3 |
| 6/3/2014 | Copies | 2 | 0.2 |
| 6/3/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 75 |
| 6/3/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 6-JUNE 3/14-CBB AND AKIN GUMP LAWYERS | 1 | 135 |
| 6/3/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 6-JUNE 3/14-CBB LAWYERS | 1 | 89.55 |
| 6/4/2014 | Agency Fees and Disbursements - RICOH CANADA INC. "EXTERNAL DOCUMENT PRODUCTION FOR ALLOCATION TRIAL.  RICOH DOCUMENT SERVICES ON MAY 26, 2014" | 1 | 4,457.90 |
| 6/4/2014 | Agency Fees and Disbursements - RICOH CANADA INC. - "EXTERNAL DOCUMENT PRODUCTION FOR ALLOCATION TRIAL.  RICOH DOCUMENT SERVICES ON MAY 26, 2014" | 1 | 1,648.84 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP

Invoice # 1941821

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/4/2014 | Agency Fees and Disbursements - RICOH CANADA INC.- "EXTERNAL DOCUMENT PRODUCTION FOR ALLOCATION TRIAL. RICOH DOCUMENT SERVICES ON MAY 12, 2014" | 1 | 755.24 |
| 6/4/2014 | Agency Fees and Disbursements - RICOH CANADA INC.-"EXTERNAL DOCUMENT PRODUCTION FOR ALLOCATION TRIAL. RICOH DOCUMENT SERVICES ON MAY 26, 2014" | 1 | 5,464.44 |
| 6/4/2014 | Agency Fees and Disbursements - RICOH CANADA INC. - "EXTERNAL DOCUMENT PRODUCTION FOR ALLOCATION TRIAL. RICOH DOCUMENT SERVICES ON MAY 22, 2014" | 1 | 98.75 |
| 6/4/2014 | Agency Fees and Disbursements - RICOH CANADA INC - PRINTING FOR ALLOCATION TRIAL. RICOH DOCUMENT SERVICES MAY 26, 2014 | 1 | 3,034.74 |
| 6/4/2014 | Copies | 2 | 0.2 |
| 6/4/2014 | Copies | 29 | 2.9 |
| 6/4/2014 | Copies | 5 | 0.5 |
| 6/4/2014 | Copies | 28 | 2.8 |
| 6/4/2014 | Copies | 2 | 0.2 |
| 6/4/2014 | Copies | 2 | 0.2 |
| 6/4/2014 | Copies | 70 | 7 |
| 6/4/2014 | Copies | 2 | 0.2 |
| 6/4/2014 | Copies | 84 | 8.4 |
| 6/4/2014 | Copies | 65 | 6.5 |
| 6/4/2014 | Copies | 70 | 7 |
| 6/4/2014 | Copies | 28 | 2.8 |
| 6/4/2014 | Copies | 2 | 0.2 |
| 6/4/2014 | Copies | 70 | 7 |
| 6/4/2014 | Copies | 28 | 2.8 |
| 6/4/2014 | Copies | 7 | 0.7 |
| 6/4/2014 | Copies | 2 | 0.2 |
| 6/4/2014 | Copies | 81 | 8.1 |
| 6/4/2014 | Copies | 12 | 1.2 |
| 6/4/2014 | Copies | 3 | 0.3 |
| 6/4/2014 | Copies | 348 | 34.8 |
| 6/4/2014 | Copies | 1416 | 141.6 |
| 6/4/2014 | Copies | 351 | 35.1 |
| 6/4/2014 | Copies | 24 | 2.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-34-

CASSELS BROCK LLP                                    Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/4/2014 | Meals-DINNER FROM FRESH FOODS FOR N. LESZCZ on June 4, 2014. | 1 | 22.56 |
| 6/4/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 7-JUNE 4/14-CBB AND AKIN GUMP LAWYERS | 1 | 132 |
| 6/4/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 4-JUNE 4/14-CBB AND AKIN GUMP LAWYERS | 1 | 69 |
| 6/5/2014 | Courier Delivery Charges - Blizzard Courier | 1 | 18.72 |
| 6/5/2014 | Copies | 5 | 0.5 |
| 6/5/2014 | Copies | 4 | 0.4 |
| 6/5/2014 | Copies | 12 | 1.2 |
| 6/5/2014 | Copies | 3 | 0.3 |
| 6/5/2014 | Copies | 12 | 1.2 |
| 6/5/2014 | Copies | 5 | 0.5 |
| 6/5/2014 | Copies | 4 | 0.4 |
| 6/5/2014 | Copies | 4 | 0.4 |
| 6/5/2014 | Copies | 6 | 0.6 |
| 6/5/2014 | Copies | 12 | 1.2 |
| 6/5/2014 | Copies | 3 | 0.3 |
| 6/5/2014 | Copies | 2 | 0.2 |
| 6/5/2014 | Copies | 3 | 0.3 |
| 6/5/2014 | Copies | 27 | 2.7 |
| 6/5/2014 | Copies | 6 | 0.6 |
| 6/5/2014 | Copies | 8 | 0.8 |
| 6/5/2014 | Copies | 120 | 12 |
| 6/5/2014 | Copies | 2 | 0.2 |
| 6/5/2014 | Copies | 7 | 0.7 |
| 6/5/2014 | Copies | 10 | 1 |
| 6/5/2014 | Copies | 4 | 0.4 |
| 6/5/2014 | Copies | 2 | 0.2 |
| 6/5/2014 | Copies | 3 | 0.3 |
| 6/5/2014 | Copies | 33 | 3.3 |
| 6/5/2014 | Copies | 64 | 6.4 |
| 6/5/2014 | Copies | 99 | 9.9 |
| 6/5/2014 | Copies | 55 | 5.5 |
| 6/5/2014 | Copies | 90 | 9 |
| 6/5/2014 | Copies | 19 | 1.9 |
| 6/5/2014 | Copies | 74 | 7.4 |
| 6/5/2014 | Copies | 82 | 8.2 |
| 6/5/2014 | Copies | 760 | 76 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP            Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 6/5/2014 | Binding, Tabs, Disks, etc | 1 | 54 |
| 6/5/2014 | Binding, Tabs, Disks, etc | 1 | 9 |
| 6/5/2014 | Binding, Tabs, Disks, etc | 1 | 27.75 |
| 6/5/2014 | Working Breakfast from Marigolds & Onions (Cassels Brock and Akin Gump lawyers - 4 people) on June 5/14 | 1 | 54 |
| 6/5/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 5-JUNE 5/14-CBB AND AKIN GUMP LAWYERS | 1 | 104.55 |
| 6/6/2014 | Copies | 2 | 0.2 |
| 6/6/2014 | Copies | 2 | 0.2 |
| 6/6/2014 | Copies | 134 | 13.4 |
| 6/6/2014 | Copies | 2 | 0.2 |
| 6/6/2014 | Copies | 2 | 0.2 |
| 6/6/2014 | Copies | 2 | 0.2 |
| 6/6/2014 | Copies | 2 | 0.2 |
| 6/6/2014 | Copies | 336 | 33.6 |
| 6/6/2014 | Copies | 2 | 0.2 |
| 6/6/2014 | Copies | 2 | 0.2 |
| 6/6/2014 | Copies | 13 | 1.3 |
| 6/6/2014 | Library Computer Searches/Quicklaw done by D. Waldman | 1 | 6.01 |
| 6/6/2014 | Binding, Tabs, Disks, etc | 1 | 9 |
| 6/6/2014 | TAXI - SHAYNE KUKULOWICZ (FROM COURT TO CBB OFFICE) | 1 | 8.85 |
| 6/6/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 10-June 6/14-CBB AND AKIN GUMP LAWYERS | 1 | 310.4 |
| 6/6/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 8-JUNE 6/14-CBB AND AKIN GUMP LAWYERS | 1 | 69 |
| 6/9/2014 | Copies | 4 | 0.4 |
| 6/9/2014 | Copies | 2 | 0.2 |
| 6/9/2014 | Copies | 22 | 2.2 |
| 6/9/2014 | Copies | 33 | 3.3 |
| 6/9/2014 | Copies | 3 | 0.3 |
| 6/9/2014 | Copies | 2 | 0.2 |
| 6/9/2014 | Copies | 6 | 0.6 |
| 6/9/2014 | Copies | 297 | 29.7 |
| 6/9/2014 | Copies | 12 | 1.2 |
| 6/9/2014 | Copies | 3 | 0.3 |
| 6/9/2014 | Copies | 3 | 0.3 |

CASSELS BROCK LLP                                    Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/9/2014 | Copies | 12 | 1.2 |
| 6/9/2014 | Copies | 6 | 0.6 |
| 6/9/2014 | Binding, Tabs, Disks, etc | 1 | 10.5 |
| 6/9/2014 | Library Computer Searches for Baldassarra, Stefanie | 1 | 25 |
| 6/9/2014 | Library Computer Searches for Waldman, Daniel | 1 | 3 |
| 6/9/2014 | MAPLE LEAF TAXI-CAB-M. MAHONEY | 1 | 6.64 |
| 6/9/2014 | MAPLE LEAF TAXI-CAB-M.MAHONEY | 1 | 2.5 |
| 6/10/2014 | Copies | 5 | 0.5 |
| 6/10/2014 | Copies | 101 | 10.1 |
| 6/10/2014 | Copies | 19 | 1.9 |
| 6/10/2014 | Copies | 26 | 2.6 |
| 6/10/2014 | Copies | 73 | 7.3 |
| 6/10/2014 | Copies | 2 | 0.2 |
| 6/10/2014 | Copies | 30 | 3 |
| 6/10/2014 | Copies | 36 | 3.6 |
| 6/10/2014 | Copies | 5 | 0.5 |
| 6/10/2014 | MAPLE LEAF TAXI-CAB-S.KENNEDY | 1 | 12.83 |
| 6/10/2014 | MAPLE LEAF TAXI-CAB-S.KENNEDY | 1 | 2 |
| 6/10/2014 | Telephone; JACOBS, R. | 1 | 6.12 |
| 6/10/2014 | Telephone; JACOBS, R. | 1 | 1.02 |
| 6/10/2014 | Telephone; JACOBS, R. | 1 | 4.08 |
| 6/11/2014 | Copies | 2 | 0.2 |
| 6/11/2014 | Copies | 31 | 3.1 |
| 6/11/2014 | Copies | 2 | 0.2 |
| 6/11/2014 | Telephone - BELL CONFERENCING INC. (FOR STEVEN KENNEDY ON 6/11/2014) | 1 | 1.94 |
| 6/11/2014 | Telephone;WUNDER, M. | 1 | 8.16 |
| 6/12/2014 | Agency Fees and Disbursements - TORONTO LAWYERS ASSOCIATION INV# 47365191 JUNE 9/14 (UCC WORK ROOM AT CANADIAN COURT) | 1 | 500 |
| 6/12/2014 | Copies | 4 | 0.4 |
| 6/12/2014 | Copies | 25 | 2.5 |
| 6/12/2014 | Copies | 2 | 0.2 |
| 6/12/2014 | Copies | 21 | 2.1 |
| 6/12/2014 | Copies | 27 | 2.7 |
| 6/13/2014 | Copies | 15 | 1.5 |
| 6/13/2014 | Copies | 5 | 0.5 |
| 6/13/2014 | Copies | 6 | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-37-

CASSELS BROCK LLP                                          Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/13/2014 | Copies | 4 | 0.4 |
| 6/13/2014 | Copies | 28 | 2.8 |
| 6/13/2014 | Copies | 3 | 0.3 |
| 6/13/2014 | Copies | 3 | 0.3 |
| 6/13/2014 | Copies | 3 | 0.3 |
| 6/13/2014 | Copies | 3 | 0.3 |
| 6/13/2014 | Copies | 3 | 0.3 |
| 6/13/2014 | Copies | 3 | 0.3 |
| 6/13/2014 | Copies | 3 | 0.3 |
| 6/13/2014 | Telephone; JACOBS, R. | 1 | 1.53 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 122 | 12.2 |
| 6/16/2014 | Copies | 332 | 33.2 |
| 6/16/2014 | Copies | 6 | 0.6 |
| 6/16/2014 | Copies | 23 | 2.3 |
| 6/16/2014 | Copies | 21 | 2.1 |
| 6/16/2014 | Copies | 19 | 1.9 |
| 6/16/2014 | Copies | 245 | 24.5 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 14 | 1.4 |
| 6/16/2014 | Copies | 52 | 5.2 |
| 6/16/2014 | Copies | 16 | 1.6 |
| 6/16/2014 | Copies | 68 | 6.8 |
| 6/16/2014 | Copies | 48 | 4.8 |
| 6/16/2014 | Copies | 5 | 0.5 |
| 6/16/2014 | Copies | 20 | 2 |
| 6/16/2014 | Copies | 2 | 0.2 |
| 6/16/2014 | Copies | 6 | 0.6 |
| 6/16/2014 | Copies | 12 | 1.2 |
| 6/16/2014 | Copies | 14 | 1.4 |
| 6/16/2014 | Copies | 116 | 11.6 |
| 6/16/2014 | Copies | 48 | 4.8 |
| 6/16/2014 | Copies | 208 | 20.8 |
| 6/16/2014 | Copies | 36 | 3.6 |
| 6/16/2014 | Copies | 42 | 4.2 |
| 6/16/2014 | Copies | 3 | 0.3 |
| 6/16/2014 | Copies | 23 | 2.3 |
| 6/16/2014 | Copies | 342 | 34.2 |
| 6/16/2014 | Copies | 54 | 5.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                    Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                     Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 6/16/2014 | Copies | 12 | 1.2 |
| 6/16/2014 | Copies | 6 | 0.6 |
| 6/16/2014 | Copies | 2 | 0.2 |
| 6/16/2014 | Copies | 3 | 0.3 |
| 6/16/2014 | Copies | 21 | 2.1 |
| 6/16/2014 | Copies | 42 | 4.2 |
| 6/16/2014 | Copies | 56 | 5.6 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 228 | 22.8 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 152 | 15.2 |
| 6/16/2014 | Copies | 192 | 19.2 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 78 | 7.8 |
| 6/16/2014 | Copies | 248 | 24.8 |
| 6/16/2014 | Copies | 26 | 2.6 |
| 6/16/2014 | Copies | 8 | 0.8 |
| 6/16/2014 | Copies | 340 | 34 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 220 | 22 |
| 6/16/2014 | Copies | 192 | 19.2 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 1032 | 103.2 |
| 6/16/2014 | Copies | 204 | 20.4 |
| 6/16/2014 | Copies | 140 | 14 |
| 6/16/2014 | Copies | 4 | 0.4 |
| 6/16/2014 | Copies | 84 | 8.4 |
| 6/16/2014 | Copies | 6 | 0.6 |
| 6/16/2014 | Binding, Tabs, Disks, etc | 1 | 3.5 |
| 6/16/2014 | Binding, Tabs, Disks, etc | 1 | 44.56 |
| 6/16/2014 | Binding, Tabs, Disks, etc | 1 | 3.5 |
| 6/16/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 250 |
| 6/16/2014 | Travel- TAXI FROM COURT TO CASSELS OFFICE FOR S. KUKULOWICZ | 1 | 8.85 |
| 6/16/2014 | Travel- SCOTIA PLAZA PARKING FOR J. LEBLANC RE NORTEL TRIAL PREPARATION | 1 | 33.63 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK LLP                                              Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/16/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 8-JUNE 16/14-CBB AND AKIN GUMP LAWYERS | 1 | 146.95 |
| 6/16/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 4-JUNE 16/14-CBB AND AKIN GUMP LAWYERS | 1 | 69 |
| 6/17/2014 | Copies | 3 | 0.3 |
| 6/17/2014 | Copies | 3 | 0.3 |
| 6/17/2014 | Copies | 3 | 0.3 |
| 6/17/2014 | Copies | 770 | 77 |
| 6/17/2014 | Copies | 11 | 1.1 |
| 6/17/2014 | Copies | 996 | 99.6 |
| 6/17/2014 | Copies | 9 | 0.9 |
| 6/17/2014 | Copies | 24 | 2.4 |
| 6/17/2014 | Copies | 11 | 1.1 |
| 6/17/2014 | Copies | 41 | 4.1 |
| 6/17/2014 | Copies | 120 | 12 |
| 6/17/2014 | Copies | 1290 | 129 |
| 6/17/2014 | Copies | 2 | 0.2 |
| 6/17/2014 | Copies | 42 | 4.2 |
| 6/17/2014 | Copies | 3 | 0.3 |
| 6/17/2014 | Copies | 30 | 3 |
| 6/17/2014 | Copies | 488 | 48.8 |
| 6/17/2014 | Copies | 60 | 6 |
| 6/17/2014 | Copies | 504 | 50.4 |
| 6/17/2014 | Copies | 27 | 2.7 |
| 6/17/2014 | Copies | 3 | 0.3 |
| 6/17/2014 | Copies | 234 | 23.4 |
| 6/17/2014 | Copies | 89 | 8.9 |
| 6/17/2014 | Copies | 288 | 28.8 |
| 6/17/2014 | Copies | 3 | 0.3 |
| 6/17/2014 | Copies | 42 | 4.2 |
| 6/17/2014 | Copies | 2 | 0.2 |
| 6/17/2014 | Copies | 996 | 99.6 |
| 6/17/2014 | Copies | 16 | 1.6 |
| 6/17/2014 | Copies | 310 | 31 |
| 6/17/2014 | Copies | 285 | 28.5 |
| 6/17/2014 | Copies | 590 | 59 |
| 6/17/2014 | Copies | 28 | 2.8 |
| 6/17/2014 | Copies | 56 | 5.6 |
| 6/17/2014 | Copies | 204 | 20.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-40-

CASSELS BROCK LLP                                            Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                             Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 6/17/2014 | Copies | 187 | 18.7 |
| 6/17/2014 | Copies | 12 | 1.2 |
| 6/17/2014 | Copies | 408 | 40.8 |
| 6/17/2014 | Copies | 1056 | 105.6 |
| 6/17/2014 | Copies | 12 | 1.2 |
| 6/17/2014 | Copies | 4 | 0.4 |
| 6/17/2014 | Copies | 4 | 0.4 |
| 6/17/2014 | Copies | 33 | 3.3 |
| 6/17/2014 | Binding, Tabs, Disks, etc | 1 | 72 |
| 6/17/2014 | Travel- TAXI FROM COURT TO CASSELS OFFICE FOR S. KUKULOWICZ | 1 | 8.85 |
| 6/17/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 6-JUNE 17/14-CBB AND AKIN GUMP LAWYERS | 1 | 82.5 |
| 6/17/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 10-JUNE 17/14-CBB AND AKIN GUMP LAWYERS | 1 | 214.5 |
| 6/18/2014 | Copies | 30 | 3 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 13 | 1.3 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 29 | 2.9 |
| 6/18/2014 | Copies | 42 | 4.2 |
| 6/18/2014 | Copies | 36 | 3.6 |
| 6/18/2014 | Copies | 5 | 0.5 |
| 6/18/2014 | Copies | 72 | 7.2 |
| 6/18/2014 | Copies | 36 | 3.6 |
| 6/18/2014 | Copies | 24 | 2.4 |
| 6/18/2014 | Copies | 500 | 50 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 14 | 1.4 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 24 | 2.4 |
| 6/18/2014 | Copies | 138 | 13.8 |
| 6/18/2014 | Copies | 32 | 3.2 |
| 6/18/2014 | Copies | 84 | 8.4 |
| 6/18/2014 | Copies | 48 | 4.8 |
| 6/18/2014 | Copies | 48 | 4.8 |
| 6/18/2014 | Copies | 60 | 6 |
| 6/18/2014 | Copies | 4 | 0.4 |
| 6/18/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-41-

CASSELS BROCK LLP                                          Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/18/2014 | Copies | 14 | 1.4 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 9 | 0.9 |
| 6/18/2014 | Copies | 48 | 4.8 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 204 | 20.4 |
| 6/18/2014 | Copies | 6192 | 619.2 |
| 6/18/2014 | Copies | 28 | 2.8 |
| 6/18/2014 | Copies | 910 | 91 |
| 6/18/2014 | Copies | 144 | 14.4 |
| 6/18/2014 | Copies | 516 | 51.6 |
| 6/18/2014 | Copies | 47 | 4.7 |
| 6/18/2014 | Copies | 29 | 2.9 |
| 6/18/2014 | Copies | 22 | 2.2 |
| 6/18/2014 | Copies | 24 | 2.4 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 22 | 2.2 |
| 6/18/2014 | Copies | 12 | 1.2 |
| 6/18/2014 | Copies | 108 | 10.8 |
| 6/18/2014 | Copies | 24 | 2.4 |
| 6/18/2014 | Copies | 29 | 2.9 |
| 6/18/2014 | Copies | 216 | 21.6 |
| 6/18/2014 | Copies | 75 | 7.5 |
| 6/18/2014 | Copies | 26 | 2.6 |
| 6/18/2014 | Copies | 22 | 2.2 |
| 6/18/2014 | Copies | 144 | 14.4 |
| 6/18/2014 | Copies | 72 | 7.2 |
| 6/18/2014 | Copies | 24 | 2.4 |
| 6/18/2014 | Copies | 89 | 8.9 |
| 6/18/2014 | Copies | 216 | 21.6 |
| 6/18/2014 | Copies | 14 | 1.4 |
| 6/18/2014 | Copies | 154 | 15.4 |
| 6/18/2014 | Copies | 120 | 12 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 3 | 0.3 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 120 | 12 |
| 6/18/2014 | Copies | 44 | 4.4 |
| 6/18/2014 | Copies | 24 | 2.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-42-

CASSELS BROCK LLP                                        Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/18/2014 | Copies | 72 | 7.2 |
| 6/18/2014 | Copies | 24 | 2.4 |
| 6/18/2014 | Copies | 72 | 7.2 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 296 | 29.6 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 7 | 0.7 |
| 6/18/2014 | Copies | 14 | 1.4 |
| 6/18/2014 | Copies | 34 | 3.4 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 92 | 9.2 |
| 6/18/2014 | Copies | 12 | 1.2 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 825 | 82.5 |
| 6/18/2014 | Copies | 170 | 17 |
| 6/18/2014 | Copies | 60 | 6 |
| 6/18/2014 | Copies | 96 | 9.6 |
| 6/18/2014 | Copies | 7 | 0.7 |
| 6/18/2014 | Copies | 4 | 0.4 |
| 6/18/2014 | Copies | 20 | 2 |
| 6/18/2014 | Copies | 504 | 50.4 |
| 6/18/2014 | Meals- WORKING DINNER: OLIVER & BONACINI FOR CASSELS BROCK, AKIN GUMP, CLEARY AND EXPERT WITNESSES (13 PEOPLE) on JUNE 18, 2014 | 1 | 455 |
| 6/18/2014 | Copies | 168 | 16.8 |
| 6/18/2014 | Copies | 84 | 8.4 |
| 6/18/2014 | Copies | 60 | 6 |
| 6/18/2014 | Copies | 1296 | 129.6 |
| 6/18/2014 | Copies | 3 | 0.3 |
| 6/18/2014 | Copies | 10 | 1 |
| 6/18/2014 | Copies | 40 | 4 |
| 6/18/2014 | Copies | 144 | 14.4 |
| 6/18/2014 | Copies | 5 | 0.5 |
| 6/18/2014 | Copies | 140 | 14 |
| 6/18/2014 | Copies | 60 | 6 |
| 6/18/2014 | Copies | 415 | 41.5 |
| 6/18/2014 | Copies | 30 | 3 |
| 6/18/2014 | Copies | 70 | 7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-43-

CASSELS BROCK LLP                                    Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/18/2014 | Copies | 72 | 7.2 |
| 6/18/2014 | Copies | 11 | 1.1 |
| 6/18/2014 | Copies | 2 | 0.2 |
| 6/18/2014 | Copies | 56 | 5.6 |
| 6/18/2014 | Copies | 66 | 6.6 |
| 6/18/2014 | Copies | 10 | 1 |
| 6/18/2014 | Copies | 339 | 33.9 |
| 6/18/2014 | Copies | 36 | 3.6 |
| 6/18/2014 | Copies | 72 | 7.2 |
| 6/18/2014 | Copies | 6 | 0.6 |
| 6/18/2014 | Copies | 48 | 4.8 |
| 6/18/2014 | Copies | 12 | 1.2 |
| 6/18/2014 | Binding, Tabs, Disks, etc | 1 | 7.5 |
| 6/18/2014 | Binding, Tabs, Disks, etc | 1 | 84 |
| 6/18/2014 | Library Computer Searches/Westlaw done by J. Dietrich | 1 | 218 |
| 6/18/2014 | Telephone;WUNDER, M. | 1 | 4.08 |
| 6/18/2014 | MARCELLO'S MARKET AND DELI-WORKING LUNCH FOR 8-CBB AND AKIN GUMP LAWYERS-06/18/14 | 1 | 186.64 |
| 6/18/2014 | MARCELLO'S MARKET AND DELI-WORKING BREAKFAST FOR 6-CBB AND AKIN GUMP LAWYERS-06/18/14 | 1 | 98.23 |
| 6/19/2014 | Copies | 339 | 33.9 |
| 6/19/2014 | Copies | 114 | 11.4 |
| 6/19/2014 | Copies | 6 | 0.6 |
| 6/19/2014 | Copies | 7 | 0.7 |
| 6/19/2014 | Copies | 5 | 0.5 |
| 6/19/2014 | Copies | 2 | 0.2 |
| 6/19/2014 | Copies | 2 | 0.2 |
| 6/19/2014 | Copies | 5 | 0.5 |
| 6/19/2014 | Copies | 7 | 0.7 |
| 6/19/2014 | Copies | 10 | 1 |
| 6/19/2014 | Copies | 2 | 0.2 |
| 6/19/2014 | Copies | 11 | 1.1 |
| 6/19/2014 | Copies | 5 | 0.5 |
| 6/19/2014 | Copies | 20 | 2 |
| 6/19/2014 | Copies | 4 | 0.4 |
| 6/19/2014 | Copies | 378 | 37.8 |
| 6/19/2014 | Copies | 12 | 1.2 |
| 6/19/2014 | Copies | 10 | 1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-44-

CASSELS BROCK LLP                                    Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 6/19/2014 | Copies | 13 | 1.3 |
| 6/19/2014 | Copies | 2 | 0.2 |
| 6/19/2014 | Copies | 7 | 0.7 |
| 6/19/2014 | Copies | 90 | 9 |
| 6/19/2014 | Copies | 204 | 20.4 |
| 6/19/2014 | Copies | 120 | 12 |
| 6/19/2014 | Copies | 4 | 0.4 |
| 6/19/2014 | Copies | 72 | 7.2 |
| 6/19/2014 | Copies | 6 | 0.6 |
| 6/19/2014 | Copies | 5 | 0.5 |
| 6/19/2014 | Copies | 8 | 0.8 |
| 6/19/2014 | Copies | 2 | 0.2 |
| 6/19/2014 | Copies | 5 | 0.5 |
| 6/19/2014 | Copies | 12 | 1.2 |
| 6/19/2014 | Copies | 12 | 1.2 |
| 6/19/2014 | Copies | 6 | 0.6 |
| 6/19/2014 | Copies | 11 | 1.1 |
| 6/19/2014 | Copies | 2 | 0.2 |
| 6/19/2014 | Copies | 126 | 12.6 |
| 6/19/2014 | Copies | 11 | 1.1 |
| 6/19/2014 | Copies | 4 | 0.4 |
| 6/19/2014 | Copies | 4 | 0.4 |
| 6/19/2014 | Copies | 12 | 1.2 |
| 6/19/2014 | Copies | 5 | 0.5 |
| 6/19/2014 | Copies | 10 | 1 |
| 6/19/2014 | Copies | 300 | 30 |
| 6/19/2014 | Copies | 4 | 0.4 |
| 6/19/2014 | Copies | 20 | 2 |
| 6/19/2014 | Copies | 28 | 2.8 |
| 6/19/2014 | Copies | 2 | 0.2 |
| 6/19/2014 | Copies | 4 | 0.4 |
| 6/19/2014 | Copies | 12 | 1.2 |
| 6/19/2014 | Copies | 6 | 0.6 |
| 6/19/2014 | Copies | 6 | 0.6 |
| 6/19/2014 | Copies | 3 | 0.3 |
| 6/19/2014 | Copies | 14 | 1.4 |
| 6/19/2014 | Copies | 59 | 5.9 |
| 6/19/2014 | Copies | 2 | 0.2 |
| 6/19/2014 | Copies | 9 | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-45-

CASSELS BROCK LLP                                     Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/19/2014 | Copies | 9 | 0.9 |
| 6/19/2014 | Copies | 14 | 1.4 |
| 6/19/2014 | Copies | 20 | 2 |
| 6/19/2014 | Copies | 5 | 0.5 |
| 6/19/2014 | Binding, Tabs, Disks, etc | 1 | 9 |
| 6/19/2014 | Library Computer Searches/Westlaw done by J. Dietrich | 1 | 156 |
| 6/19/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 100 |
| 6/19/2014 | Library Computer Searches/Quicklaw done by J. Wansbrough | 1 | 259.99 |
| 6/19/2014 | Telephone; JACOBS, R. | 1 | 5.1 |
| 6/19/2014 | Telephone; JACOBS, R. | 1 | 2.04 |
| 6/19/2014 | MARCELLO'S MARKET AND DELIWORKING LUNCH FOR 8-CBB AND AKIN GUMP LAWYERS-06/19/14 AT COURT | 1 | 201.37 |
| 6/19/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 8-JUNE 19/14-CBB AND AKIN GUMP LAWYERS AT CBB OFFICE | 1 | 174.6 |
| 6/20/2014 | Copies | 7 | 0.7 |
| 6/20/2014 | Copies | 11 | 1.1 |
| 6/20/2014 | Copies | 8 | 0.8 |
| 6/20/2014 | Copies | 273 | 27.3 |
| 6/20/2014 | Copies | 3 | 0.3 |
| 6/20/2014 | Copies | 2 | 0.2 |
| 6/20/2014 | Copies | 8 | 0.8 |
| 6/20/2014 | Copies | 2 | 0.2 |
| 6/20/2014 | Copies | 11 | 1.1 |
| 6/20/2014 | Copies | 5 | 0.5 |
| 6/20/2014 | Copies | 2 | 0.2 |
| 6/20/2014 | Copies | 2 | 0.2 |
| 6/20/2014 | Binding, Tabs, Disks, etc | 1 | 9 |
| 6/20/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 8-JUNE 20/14-CBB AND AKIN GUMP LAWYERS | 1 | 178 |
| 6/22/2014 | Copies | 135 | 13.5 |
| 6/22/2014 | Copies | 135 | 13.5 |
| 6/22/2014 | Copies | 162 | 16.2 |
| 6/22/2014 | Copies | 150 | 15 |
| 6/22/2014 | ROSE REISMAN CATERING-WORKING LUNCH FOR CBB AND AKIN GUMP LAWYERS FOR 8 on JUNE | 1 | 240 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-46-

CASSELS BROCK LLP                                      Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| | 22/14 | | |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 102 | 10.2 |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 90 | 9 |
| 6/23/2014 | Copies | 264 | 26.4 |
| 6/23/2014 | Copies | 26 | 2.6 |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 378 | 37.8 |
| 6/23/2014 | Copies | 11 | 1.1 |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 1078 | 107.8 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 11 | 1.1 |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 3 | 0.3 |
| 6/23/2014 | Copies | 153 | 15.3 |
| 6/23/2014 | Copies | 52 | 5.2 |
| 6/23/2014 | Copies | 21 | 2.1 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 3 | 0.3 |
| 6/23/2014 | Copies | 11 | 1.1 |
| 6/23/2014 | Copies | 3 | 0.3 |
| 6/23/2014 | Copies | 24 | 2.4 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 42 | 4.2 |
| 6/23/2014 | Copies | 210 | 21 |
| 6/23/2014 | Copies | 135 | 13.5 |
| 6/23/2014 | Copies | 162 | 16.2 |
| 6/23/2014 | Copies | 4 | 0.4 |
| 6/23/2014 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-47-

CASSELS BROCK LLP                                 Invoice # 1941821
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                   Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 6/23/2014 | Copies | 3 | 0.3 |
| 6/23/2014 | Copies | 26 | 2.6 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 5 | 0.5 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 11 | 1.1 |
| 6/23/2014 | Copies | 30 | 3 |
| 6/23/2014 | Copies | 5 | 0.5 |
| 6/23/2014 | Copies | 126 | 12.6 |
| 6/23/2014 | Copies | 7 | 0.7 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 2 | 0.2 |
| 6/23/2014 | Copies | 3 | 0.3 |
| 6/23/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 7-JUNE 23/14-CBB AND AKIN GUMP LAWYERS | 1 | 149 |
| 6/24/2014 | Library Computer Searches/Westlaw done by J. Dietrich | 1 | 36 |
| 6/24/2014 | MARIGOLDS AND ONIONS-WORKING LUNCH FOR 7-JUNE 24/2014-CBB AND AKIN GUMP LAWYERS | 1 | 117 |
| 6/24/2014 | MARIGOLDS AND ONIONS-WORKING BREAKFAST FOR 6-JUNE 24/14-CBB AND AKIN GUMP LAWYERS | 1 | 69 |
| 6/25/2014 | Copies | 3 | 0.3 |
| 6/25/2014 | Copies | 210 | 21 |
| 6/25/2014 | Library Computer Searches/Westlaw done by J. Dietrich | 1 | 54 |
| 6/26/2014 | Agency Fees and Disbursements - TORONTO LAWYERS ASSOCIATION - INV# 47365209 JUNE 27/14 (UCC WORK ROOM AT CANADIAN COURT) | 1 | 420 |
| 6/26/2014 | Courier Delivery Charges - Blizzard Courier | 1 | 61.94 |
| 6/27/2014 | Copies | 5 | 0.5 |
| 6/27/2014 | Copies | 10 | 1 |
| 6/27/2014 | Copies | 13 | 1.3 |
| 6/27/2014 | Copies | 2 | 0.2 |
| 6/30/2014 | Copies | 2 | 0.2 |
| 6/30/2014 | Copies | 9 | 0.9 |
| 6/30/2014 | Copies | 2 | 0.2 |
| 6/30/2014 | Copies | 3 | 0.3 |
| | TOTAL | | $34,017.26 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.