# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JUNE 1, 2014 THROUGH JUNE 30, 2014
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Daniel Waldman | Associate | Advocacy | Ontario - 2010 | 50.3 | $420.00 | $21,126.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 61.8 | $945.00 | $58,401.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 32.1 | $660.00 | $21,186.00 |
| Justin Dick | Student | Students | | 2.8 | $245.00 | $686.00 |
| Michael Mahoney | Student | Students | | 27.8 | $125.00 | $3,475.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 168.1 | $795.00 | $133,639.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 78.7 | $390.00 | $30,693.00 |
| Noah Leszcz | Student | Students | | 33.2 | $125.00 | $4,150.00 |
| Rose Plue | Law Clerk | Advocacy | | 23.8 | $320.00 | $7,616.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 160.9 | $750.00 | $120,675.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 118.9 | $900.00 | $107,010.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 124.0 | $420.00 | $52,080.00 |
| Steven Kennedy | Associate | Intellectual Property | Ontario - 2009 | 9.9 | $450.00 | $4,455.00 |
| | | | | | | |
| TOTAL | | | | 892.3 | CDN. | $565,192.50 |