# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1 through July 31, 2014

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 5/4/14 | 7/24/14 |
| **Enter Billing Rate/Hr:** | 700.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 3.10 | $700.00 | $2,170.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 70.90 | $700.00 | $49,630.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 1.50 | $700.00 | $1,050.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 8.50 | $350.00 | $2,975.00 |
| 11 | Fee Application | 5.80 | $700.00 | $4,060.00 |
| | **Hours/Billing Amount for Period:** | **89.80** | | **$59,885.00** |

## Nortel TIME SHEET     89.8
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/4/14 | Trial preparation; review documents related to testimony in May | John Ray | 7 | 4.0 |
| 5/4/14 | Prepare Feb-Apr fee app | John Ray | 11 | 2.7 |
| 5/5/14 | Meet with Cleary (Schweitzer and Zelbo) re trial preparation | John Ray | 7 | 3.3 |
| 5/6/14 | Review, edit Feb-Apr fee app, forward for filing | John Ray | 11 | 0.8 |
| 5/10/14 | Prepare for testimony at trial; document review | John Ray | 7 | 7.0 |
| 5/12/14 | Travel to and from Delaware for trial | John Ray | 10 | 6.0 |
| 5/12/14 | Trial attendance in Wilmington | John Ray | 7 | 7.0 |
| 5/17/14 | Prepare for testimony at trial | John Ray | 7 | 8.0 |
| 5/18/14 | Prepare quarterly fee app | John Ray | 11 | 2.0 |
| 5/19/14 | Meeting with Cleary related to trial testimony | John Ray | 7 | 6.0 |
| 5/19/14 | Review and forward quarterly fee appp for filing | John Ray | 11 | 0.3 |
| 5/20/14 | Travel to Wilmington | John Ray | 10 | 2.5 |
| 5/21/14 | Trial testmony; attendance at hearing; witness time | John Ray | 7 | 9.5 |
| 5/22/14 | Call with Cleary related to bondholder matter | John Ray | 3 | 0.5 |
| 5/28/14 | Call with bondholders (Milbank-Dunne and LeBlanc) re trial status | John Ray | 7 | 1.0 |
| 5/29/14 | Call with Cleary (Schweitzer)  re trial update | John Ray | 7 | 1.0 |
| 6/12/14 | Review report from Bill Preston and Rick Keenan re West Palm environmental site | John Ray | 8 | 1.5 |
| 6/18/14 | Review correspondence from Russell Eckinrod at Cleary re NN III tax appeal and decisions to be made. | John Ray | 3 | 1.0 |
| 6/19/14 | Review HP settlement agreement from Donna Culver | John Ray | 3 | 0.5 |
| 6/20/14 | Review and sign off on final PPI memorandum | John Ray | 7 | 3.5 |
| 6/23/14 | Further update from Bill Preston re West Palm environmental site | John Ray | 3 | 0.5 |
| 6/24/14 | NN III communication review from Russell Eckinrod | John Ray | 3 | 0.3 |
| 7/14/14 | Review revised HP settlement agreement | John Ray | 3 | 0.3 |
| 7/14/14 | Call with Cleary, Lisa Schweitzer re various matters including PPI | John Ray | 7 | 1.0 |
| 7/15/14 | Meeting with Milbank lawyers and Cleary (Lisa Schweitzer) re PPI (2.5) and pre and post meeting briefing with Lisa Scweitzer and Mike Kennedy at Chilmark (3.0) | John Ray | 7 | 5.5 |
| 7/17/14 | Review and discussioin of propsed terms of PPI settlement with Cleary | John Ray | 7 | 2.3 |
| 7/18/14 | Further review and discussion of PPI settlement | John Ray | 7 | 1.0 |
| 7/19/14 | Review of revised PPI settlement terms with Cleary | John Ray | 7 | 2.3 |
| 7/21/14 | Revision to PPI terms and communicate with Cleary | John Ray | 7 | 1.0 |
| 7/22/14 | Further revision of PPI terms | John Ray | 7 | 3.5 |
| 7/23/14 | Discussions with cleary (0.5) and further review and mark up of terms to communicate to Cleary (2.0) | John Ray | 7 | 2.5 |
| 7/24/14 | Finalize PPI settlement terms | John Ray | 7 | 1.5 |