# EXHIBIT B

### EXPENSE SUMMARY/DETAIL

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1 through July 31, 2014

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| Nortel Networks, Inc. |
|---|

**EXPENSE SUMMARY**
**May 1, 2014 through July 31, 2014**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ - |
| Travel – Lodging | | - |
| Travel – Transportation | | - |
| Travel – Meals | | - |
| Office Expenses | | - |
| TOTAL | | $ - |
| | | |