# **EXHIBIT A**

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Szydlowski | Tanya | 10/06/2014 | library research re article retrieval (A. Gray); | 0.5 | 77.50 | 12415195 |
| Bauer | Alison D. | 09/06/2014 | Emails to and from K. Ponder on fee estimates (0.1) | 0.1 | 81.50 | 12412519 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/06/2014 | Work on fee applications | 0.5 | 472.50 | 12404290 |
| Gray | William | 06/06/2014 | Review fee applications | 0.5 | 472.50 | 12410277 |
| Gray | William | 09/06/2014 | Work on fee application | 0.3 | 283.50 | 12417053 |
| Gray | William | 11/06/2014 | Work on fee application | 0.3 | 283.50 | 12417072 |
| Gray | William | 12/06/2014 | Work on fee application | 0.5 | 472.50 | 12422179 |
| Gray | William | 16/06/2014 | Work on monthly fee application | 0.5 | 472.50 | 12425669 |
| Gray | William | 19/06/2014 | Review monthly fee application | 0.3 | 283.50 | 12432715 |
| Gray | William | 25/06/2014 | Work on monthly fee application | 0.4 | 378.00 | 12446485 |
| Gray | William | 27/06/2014 | Monthly fee application review | 0.5 | 472.50 | 12449746 |
| Gray | William | 30/06/2014 | Review monthly fee application | 0.5 | 472.50 | 12449751 |
| Bauer | Alison D. | 02/06/2014 | send emails concerning May time | 0.1 | 81.50 | 12399610 |
| Bauer | Alison D. | 04/06/2014 | attention to draft fee order and correspondence from MNAT | 0.2 | 163.00 | 12410942 |
| Bauer | Alison D. | 05/06/2014 | Attention to Court Conference Appearance with Court Call (.1); composed email to A. Collins regarding 20th Quarterly Fee Hearing/Draft Order and review of same (.4) | 0.5 | 407.50 | 12410752 |
| Bauer | Alison D. | 09/06/2014 | Attention to Court Conference Appearance with Court Call and conferences A. Collins re same (0.1) | 0.1 | 81.50 | 12412520 |
| Bauer | Alison D. | 11/06/2014 | conferences A. Collins re May fee app(.2) | 0.2 | 163.00 | 12417425 |
| Bauer | Alison D. | 17/06/2014 | followup with A. Collins on fee app via email | 0.1 | 81.50 | 12426561 |
| Bauer | Alison D. | 19/06/2014 | attention to CNO (.1); review fee application with A. Collins (.2); review exhibits to Fee Application (.3) | 0.6 | 489.00 | 12434430 |
| Bauer | Alison D. | 24/06/2014 | follow up calls with A. Collins on fee app issues | 0.2 | 163.00 | 12442740 |
| Bauer | Alison D. | 30/06/2014 | attention to status of expense itemization and fee application | 0.2 | 163.00 | 12449855 |
| Collins | Allan | 04/06/2014 | Attention to hearing date relating to twentieth omnibus order; | 0.1 | 29.50 | 12405431 |
| Collins | Allan | 09/06/2014 | multiple emails with B. Yu in accounting (.2); review May time entries (3.2); multiple calls with CourtCall and A. Bauer regarding telephonic appearance a June 10 hearing (.2); | 3.6 | 1,062.00 | 12413356 |
| Collins | Allan | 10/06/2014 | Fee application preparation; | 1.6 | 472.00 | 12415975 |
| Collins | Allan | 11/06/2014 | meet with A. Bauer regarding May fee application; | 0.2 | 59.00 | 12418292 |
| Collins | Allan | 13/06/2014 | attention to monthly fee application; | 0.6 | 177.00 | 12422366 |
| Collins | Allan | 16/06/2014 | draft fee application; | 2.1 | 619.50 | 12424629 |
| Collins | Allan | 17/06/2014 | attention to fee application; | 2.6 | 767.00 | 12427242 |
| Collins | Allan | 18/06/2014 | draft fee application (2.7); attention to certificate of no objection relating to March 2014 fee application (.2); | 2.9 | 855.50 | 12432330 |
| Collins | Allan | 19/06/2014 | Draft and revise Thirty Eighth fee application (2.6); attention to May time entries (.4); multiple calls and emails with B. Yu in accounting (.3); attention to certificate of no objection for Thirty Seventh fee application (.2); meet with A. Bauer regarding fee application (.2) | 3.7 | 1,091.50 | 12435464 |
| Collins | Allan | 23/06/2014 | attention to fee application; | 1.3 | 383.50 | 12440768 |
| Collins | Allan | 24/06/2014 | attention to fee application exhibits (1.0); multiple calls and emails with B. Yu in accounting regarding same (.4); calls with A. Bauer regarding same (.2); | 1.6 | 472.00 | 12443249 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Collins | Allan | 25/06/2014 | attention to May time entries; | 0.8 | 236.00 | 12445939 |
| Collins | Allan | 26/06/2014 | attention to May time entries; | 2.4 | 708.00 | 12448776 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/06/2014 | Attend cross-border trial on allocation; | 8.0 | 7,200.00 | 12399030 |
| Bomhof | Scott A. | 05/06/2014 | Prepare for and attend cross-border hearing on allocation; | 8.0 | 7,200.00 | 12409931 |
| Bomhof | Scott A. | 06/06/2014 | attend cross-border hearing on allocation (7.6); discussion with T. DeMarinis regarding same (.4); | 8.0 | 7,200.00 | 12410021 |
| Bomhof | Scott A. | 09/06/2014 | Follow-up on issues related to Burshtein deposition; | 0.6 | 540.00 | 12413862 |
| Bomhof | Scott A. | 10/06/2014 | review testimony/transcript of Phil Green (Canadian expert); | 1.1 | 990.00 | 12418904 |
| Bomhof | Scott A. | 11/06/2014 | watch deposition of S. Burshtein by live stream (7.4); status conference with T. DeMarinis (.2); confer with W. Gray regarding judge's conference (.4); | 8.0 | 7,200.00 | 12418911 |
| Bomhof | Scott A. | 13/06/2014 | review testimony/transcript of Thomas Britven (CCC expert) and prepare for final US expert witness exams; | 2.0 | 1,800.00 | 12422761 |
| Bomhof | Scott A. | 15/06/2014 | reviewing issues related to trial logistics; | 0.8 | 720.00 | 12422765 |
| Bomhof | Scott A. | 16/06/2014 | attending hearing on allocation (4.3); confer with T. DeMarinis regarding trial recess activities (.3); | 4.6 | 4,140.00 | 12425650 |
| Bomhof | Scott A. | 17/06/2014 | attending Nortel allocation hearing by video stream; | 6.0 | 5,400.00 | 12425653 |
| Bomhof | Scott A. | 18/06/2014 | attend cross-border hearing on allocation issues; | 6.2 | 5,580.00 | 12432730 |
| Bomhof | Scott A. | 19/06/2014 | attending joint hearing on allocation; | 4.9 | 4,410.00 | 12432733 |
| Bomhof | Scott A. | 20/06/2014 | attend allocation hearing (4.2); reviewing materials filed in relation to post-filing interest (.6); | 4.8 | 4,320.00 | 12436833 |
| Bomhof | Scott A. | 23/06/2014 | attend allocation hearing (video live stream) (4.0); reviewing reply filings regarding post-petition interest issues and conferring with T. DeMarinis and A. Slavens regarding same(.5); | 4.5 | 4,050.00 | 12441397 |
| Bomhof | Scott A. | 24/06/2014 | attending allocation hearing by video conference; | 3.5 | 3,150.00 | 12444508 |
| Bomhof | Scott A. | 25/06/2014 | telephone call with L. Schweitzer and reviewing materials for June 27 telephonic hearing (1.4); reviewing transcription of bench rulings with respect to post-petition interest (.3); | 1.7 | 1,530.00 | 12444513 |
| Bomhof | Scott A. | 26/06/2014 | post-hearing review of evidence, transcripts and prepare for June 27 telephonic hearing; | 2.7 | 2,430.00 | 12450498 |
| Bomhof | Scott A. | 27/06/2014 | attend telephonic hearing and discussing scheduling issues with Cleary regarding post-petition interest; | 1.5 | 1,350.00 | 12450554 |
| Gray | Andrew | 01/06/2014 | conducting legal research regarding contract law and allocation issues for trial (2.6); | 2.6 | 2,080.00 | 12397714 |
| Gray | Andrew | 02/06/2014 | conducting legal research regarding contract law and allocation issues (2.3); attending trial proceedings and discussing same and upcoming Burshtein deposition (5.7); | 8.0 | 6,400.00 | 12399864 |
| Gray | Andrew | 03/06/2014 | preparing for Burshtein deposition (1.2); conducting legal research on contract and ownership issues (2.7); | 3.9 | 3,120.00 | 12402193 |
| Gray | Andrew | 04/06/2014 | preparing for Burshtein deposition (2.7); email and reviewing documents regarding trial | 3.9 | 3,120.00 | 12404897 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | issues (1.2); | | | |
| Gray | Andrew | 05/06/2014 | attending trial proceedings (6.2); | 6.2 | 4,960.00 | 12407524 |
| Gray | Andrew | 06/06/2014 | preparing for Burshtein deposition (1.4); attending at trial proceedings and discussions regarding same (4.3); | 5.7 | 4,560.00 | 12408786 |
| Gray | Andrew | 07/06/2014 | conducting legal research regarding contract issues; | 2.6 | 2,080.00 | 12410632 |
| Gray | Andrew | 09/06/2014 | preparing for Burshtein deposition (1.3); reviewing settlement materials (0.3); | 1.6 | 1,280.00 | 12412897 |
| Gray | Andrew | 10/06/2014 | preparing for Burshtein deposition (2.3); reviewing and conducting legal research regarding contract issues (0.9); | 3.2 | 2,560.00 | 12415456 |
| Gray | Andrew | 11/06/2014 | preparing for and reviewing Burshtein deposition (5.6); | 5.6 | 4,480.00 | 12420861 |
| Gray | Andrew | 12/06/2014 | email and telephone conferences regarding trial scheduling and strategy (0.4); reviewing deposition transcript and considering legal issues (1.3); confer with W. Gray regarding trial issues (.1); | 1.8 | 1,440.00 | 12420856 |
| Gray | Andrew | 15/06/2014 | reviewing settlement materials and considering settlement issues (0.5); reviewing materials for expert testimony (0.7); | 1.2 | 960.00 | 12421546 |
| Gray | Andrew | 16/06/2014 | conducting legal research regarding contract issue (0.8); reviewing trial transcripts and materials for expert testimony and related email correspondence (2.1); | 2.9 | 2,320.00 | 12423952 |
| Gray | Andrew | 17/06/2014 | preparing for and attending at trial (8.0); | 8.0 | 6,400.00 | 12426709 |
| Gray | Andrew | 18/06/2014 | preparing for and attending at trial (8.5) | 8.5 | 6,800.00 | 12431800 |
| Gray | Andrew | 19/06/2014 | preparing a legal memorandum on contract and ownership issues (3.5); preparing for and attending at trial (6.0) | 9.5 | 7,600.00 | 12434463 |
| Gray | Andrew | 20/06/2014 | attending trial proceedings (3.0); revising memorandum (2.5); service of memorandum (0.3); | 5.8 | 4,640.00 | 12435695 |
| Gray | Andrew | 23/06/2014 | preparing for and attending at trial (4.5); revising memorandum and conducting research regarding contract and ownership issues (1.9); | 6.4 | 5,120.00 | 12440742 |
| Gray | Andrew | 24/06/2014 | preparing for and attending trial (5.0); revising memorandum (0.7); post-trial administrative tasks (1.2); | 6.9 | 5,520.00 | 12442664 |
| Gray | Andrew | 25/06/2014 | discussions by phone and email and internally regarding post-trial matters, including briefing and closing submissions (2.3); discussions regarding issues arising from the claims trial (0.4); revising legal memorandum and conducting legal research on contract and ownership issues (1.3); | 4.0 | 3,200.00 | 12445068 |
| Gray | Andrew | 26/06/2014 | conducting legal research in connection with closing arguments (3.4); reviewing confidentiality orders and preparing for case conference (0.9); email regarding scheduling issues (0.1); | 4.4 | 3,520.00 | 12447898 |
| Gray | Andrew | 27/06/2014 | preparing for and attending case conferences and discussing outcome of case conferences and email regarding same (1.9); conducting and discussing legal research internally and email | 4.7 | 3,760.00 | 12451621 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | regarding same (2.8); | | | |
| McCourt | Conor | 11/06/2014 | considering e-mail from David Herrington and cited case-law (2.3); | 2.3 | 2,415.00 | 12418765 |
| Tobin | John | 13/06/2014 | follow up communication with Scott Bomhof and Shelia Block re penalty and criminal code re transfer pricing; | 1.2 | 1,188.00 | 12424352 |
| Tobin | John | 16/06/2014 | e-mail communication re cross-exam of witness (.6); reviewing expert statement (.8); e-mail re comments on expert statement (.8); research to find cases and articles (.7); follow up on IT Bulletins (.7); sending IT Bulletins and articles to Scott Bomhof (.2); | 3.8 | 3,762.00 | 12424382 |
| Tobin | John | 17/06/2014 | reading expert report of Lorraine Eden and reading rebuttal of Lorraine Eden to provide comments for witness examination; | 3.6 | 3,564.00 | 12445479 |
| Tobin | John | 18/06/2014 | reviewing Export Report Lorraine Eden; | 1.9 | 1,881.00 | 12445194 |
| Slavens | Adam | 01/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 2.2 | 1,518.00 | 12398465 |
| Slavens | Adam | 02/06/2014 | trial; | 8.2 | 5,658.00 | 12400622 |
| Slavens | Adam | 02/06/2014 | trial preparation; trial logistics and planning; reviewing trial transcript and creating summary of same; | 4.2 | 2,898.00 | 12400623 |
| Slavens | Adam | 03/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 5.0 | 3,450.00 | 12402130 |
| Slavens | Adam | 04/06/2014 | trial preparation; trial logistics and planning; reviewing trial transcript and creating summary of same; | 4.5 | 3,105.00 | 12404875 |
| Slavens | Adam | 05/06/2014 | trial; | 8.2 | 5,658.00 | 12407998 |
| Slavens | Adam | 05/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 6.0 | 4,140.00 | 12407999 |
| Slavens | Adam | 06/06/2014 | trial; | 5.4 | 3,726.00 | 12410962 |
| Slavens | Adam | 06/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 5.5 | 3,795.00 | 12410964 |
| Slavens | Adam | 08/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 3.8 | 2,622.00 | 12410968 |
| Slavens | Adam | 09/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 6.7 | 4,623.00 | 12413021 |
| Slavens | Adam | 10/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 6.6 | 4,554.00 | 12415615 |
| Slavens | Adam | 11/06/2014 | Burshtein deposition; | 7.0 | 4,830.00 | 12417654 |
| Slavens | Adam | 11/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 4.7 | 3,243.00 | 12417655 |
| Slavens | Adam | 12/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 3.0 | 2,070.00 | 12422152 |
| Slavens | Adam | 13/06/2014 | review of prior witness depositions regarding Canadian intellectual property law matters; | 6.0 | 4,140.00 | 12422160 |
| Slavens | Adam | 13/06/2014 | trial preparation: trial logistics and | 5.5 | 3,795.00 | 12422163 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 15/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 2.5 | 1,725.00 | 12422166 |
| Slavens | Adam | 16/06/2014 | trial; | 7.3 | 5,037.00 | 12424064 |
| Slavens | Adam | 16/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 7.0 | 4,830.00 | 12424066 |
| Slavens | Adam | 17/06/2014 | trial; | 7.4 | 5,106.00 | 12426786 |
| Slavens | Adam | 17/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 6.5 | 4,485.00 | 12426787 |
| Slavens | Adam | 18/06/2014 | trial; | 8.5 | 5,865.00 | 12432121 |
| Slavens | Adam | 18/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 6.4 | 4,416.00 | 12432123 |
| Slavens | Adam | 19/06/2014 | trial; | 7.0 | 4,830.00 | 12434964 |
| Slavens | Adam | 19/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 7.0 | 4,830.00 | 12434966 |
| Slavens | Adam | 20/06/2014 | trial; | 4.0 | 2,760.00 | 12438320 |
| Slavens | Adam | 20/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 4.9 | 3,381.00 | 12438321 |
| Slavens | Adam | 22/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 3.3 | 2,277.00 | 12438323 |
| Slavens | Adam | 23/06/2014 | trial; | 4.6 | 3,174.00 | 12443346 |
| Slavens | Adam | 23/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same (4.5); discussion with T. DeMarinis and S. Bomhof regarding trial activity (.3); | 4.8 | 3,312.00 | 12443348 |
| Slavens | Adam | 24/06/2014 | trial; | 5.0 | 3,450.00 | 12443349 |
| Slavens | Adam | 24/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 1.0 | 690.00 | 12443350 |
| Slavens | Adam | 24/06/2014 | coordinating logistical matters re end of allocation portion of trial; | 3.5 | 2,415.00 | 12443354 |
| Slavens | Adam | 25/06/2014 | coordinating logistical matters re end of allocation portion of trial; | 2.6 | 1,794.00 | 12446028 |
| Slavens | Adam | 25/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 3.5 | 2,415.00 | 12446031 |
| Slavens | Adam | 26/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 4.7 | 3,243.00 | 12448409 |
| Slavens | Adam | 27/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 4.0 | 2,760.00 | 12456655 |
| Slavens | Adam | 29/06/2014 | trial preparation: trial logistics and planning; reviewing trial transcript and creating summary of same; | 4.8 | 3,312.00 | 12456656 |
| Reynolds | Molly | 02/06/2014 | organizing transcripts of trial; | 0.1 | 62.00 | 12401738 |
| Reynolds | Molly | 03/06/2014 | researching case law for trial regarding | 0.4 | 248.00 | 12401983 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 05/06/2014 | expert witnesses and evidence issues; corresponding with M. Decker re court file request; | 0.3 | 186.00 | 12407258 |
| Reynolds | Molly | 06/06/2014 | organizing transcripts of trial; | 0.1 | 62.00 | 12412392 |
| Reynolds | Molly | 11/06/2014 | corresponding with A. Slavens, C. Mauro, I Sosszi re court file request; | 0.6 | 372.00 | 12417568 |
| Reynolds | Molly | 13/06/2014 | communicating with I. Ssozi re research; | 0.2 | 124.00 | 12421445 |
| Reynolds | Molly | 16/06/2014 | organizing transcripts and expert evidence; | 0.5 | 310.00 | 12426266 |
| Reynolds | Molly | 19/06/2014 | reviewing transcripts; | 0.2 | 124.00 | 12436799 |
| Reynolds | Molly | 23/06/2014 | organizing transcripts; | 0.1 | 62.00 | 12450352 |
| Silver | Jon | 20/06/2014 | document retrieval for Adam Slavens (0.5); | 0.5 | 95.00 | 12432660 |
| Ssozi | Isabella | 13/06/2014 | researching expert evidence material (4.1); confer with M. Reynolds regarding same (.2); travelling to/from Superior Court of Justice (0.4); | 4.7 | 893.00 | 12419673 |
| Block | Sheila R. | 01/06/2014 | preparation for Burshtein deposition; | 2.0 | 2,100.00 | 12397110 |
| Block | Sheila R. | 02/06/2014 | preparation for Burshtein deposition and attendance at trial; | 11.0 | 11,550.00 | 12399072 |
| Block | Sheila R. | 03/06/2014 | preparation for deposition of Burshtein and attendance at trial | 9.0 | 9,450.00 | 12402929 |
| Block | Sheila R. | 04/06/2014 | preparation for Burshtein deposition; | 9.0 | 9,450.00 | 12403065 |
| Block | Sheila R. | 05/06/2014 | preparation for deposition of Burshtein and attendance at trial; | 11.0 | 11,550.00 | 12406115 |
| Block | Sheila R. | 06/06/2014 | attendance at trial and preparation for Burshtein deposition; | 12.0 | 12,600.00 | 12410344 |
| Block | Sheila R. | 07/06/2014 | office conference with Cleary regarding settlement and regarding witnesses (0.5); preparation for Burshtein deposition (3.0); | 3.5 | 3,675.00 | 12410345 |
| Block | Sheila R. | 08/06/2014 | preparation for Burshtein deposition; | 3.5 | 3,675.00 | 12410346 |
| Block | Sheila R. | 09/06/2014 | preparation for Burshtein deposition; | 7.0 | 7,350.00 | 12415880 |
| Block | Sheila R. | 10/06/2014 | preparation for Burshtein deposition; | 10.0 | 10,500.00 | 12415887 |
| Block | Sheila R. | 11/06/2014 | preparation and deposition (Burshtein); | 10.0 | 10,500.00 | 12417215 |
| Block | Sheila R. | 13/06/2014 | preparation for trial, including preparation for Dr. Eden's testimony; | 6.5 | 6,825.00 | 12422864 |
| Block | Sheila R. | 16/06/2014 | preparation for trial, including preparation for Dr. Eden's testimony; | 8.5 | 8,925.00 | 12424198 |
| Block | Sheila R. | 17/06/2014 | preparation for trial, including meeting with Dr. Eden; | 11.0 | 11,550.00 | 12427327 |
| Block | Sheila R. | 18/06/2014 | meeting and preparation with Dr. Eden; | 9.5 | 9,975.00 | 12428488 |
| Block | Sheila R. | 19/06/2014 | Preparation for trial, including meeting with Dr. Eden; | 10.0 | 10,500.00 | 12433944 |
| Block | Sheila R. | 20/06/2014 | preparation of Eden direct; | 7.0 | 7,350.00 | 12437099 |
| Block | Sheila R. | 22/06/2014 | preparation for trial, including meeting with Dr. Eden; | 12.5 | 13,125.00 | 12440814 |
| Block | Sheila R. | 23/06/2014 | preparation for trial; meeting with Dr. Eden; | 10.0 | 10,500.00 | 12440816 |
| Block | Sheila R. | 24/06/2014 | preparation for Dr. Eden, reviewing reports and meeting with witness (1.5); attendance at court (5.0); | 6.5 | 6,825.00 | 12443154 |
| Block | Sheila R. | 25/06/2014 | preparation for argument; | 3.5 | 3,675.00 | 12444408 |
| Block | Sheila R. | 26/06/2014 | preparation for closing; reviewing transcripts; | 3.6 | 3,780.00 | 12446453 |
| Block | Sheila R. | 27/06/2014 | preparation for argument; | 9.0 | 9,450.00 | 12450427 |
| Block | Sheila R. | 29/06/2014 | preparation for argument; | 5.0 | 5,250.00 | 12450430 |
| Block | Sheila R. | 30/06/2014 | preparation for argument; | 2.5 | 2,625.00 | 12450433 |
| DeMarinis | Tony | 02/06/2014 | review and analysis of trial to date, expert testimony, and submissions; | 2.5 | 2,625.00 | 12400486 |
| DeMarinis | Tony | 03/06/2014 | trial analysis, planning and review; | 2.3 | 2,415.00 | 12402742 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 05/06/2014 | trial review and analysis (1.0); reading transcripts (0.6); planning in re email from Judge Gross, and consideration of related trial matters (1.0); | 2.6 | 2,730.00 | 12408461 |
| DeMarinis | Tony | 06/06/2014 | discussion with Scott Bomhof regarding today's judicial matters (0.4); | 0.4 | 420.00 | 12411117 |
| DeMarinis | Tony | 09/06/2014 | review and consideration of activities pending trial resumption, and related analysis; | 1.2 | 1,260.00 | 12413331 |
| DeMarinis | Tony | 10/06/2014 | review of trial proceedings to date, and activities prior to next week's resumption; | 1.2 | 1,260.00 | 12415965 |
| DeMarinis | Tony | 11/06/2014 | status discussion with Scott Bomhof; | 0.2 | 210.00 | 12418222 |
| DeMarinis | Tony | 12/06/2014 | reading trial records; | 1.8 | 1,890.00 | 12420273 |
| DeMarinis | Tony | 13/06/2014 | review and analysis of alternative allocation models and related matters ahead of trial resumption; | 2.5 | 2,625.00 | 12422230 |
| DeMarinis | Tony | 16/06/2014 | discussions with Scott Bomhof on trial recess activities (0.3); reviewing related materials forwarded by Scott Bomhof (0.5); consideration and planning of next steps and litigation related activities and alternatives (1.5); | 2.3 | 2,415.00 | 12424564 |
| DeMarinis | Tony | 17/06/2014 | reading trial documents; | 0.7 | 735.00 | 12427236 |
| DeMarinis | Tony | 18/06/2014 | trial oversight, planning and reviews; | 2.0 | 2,100.00 | 12432221 |
| DeMarinis | Tony | 19/06/2014 | reading filing regarding bondholder claims issues (0.3); consideration of procedural and other matters in relation to same (0.8); | 1.1 | 1,155.00 | 12435260 |
| DeMarinis | Tony | 20/06/2014 | review of materials and issues in connection with pending motion on bondholder claims; | 1.5 | 1,575.00 | 12437961 |
| DeMarinis | Tony | 23/06/2014 | briefing and planning discussions with Adam Slavens and Scott Bomhof (.3); monitoring trial and bondholder claim issues (2.2); | 2.5 | 2,625.00 | 12440730 |
| DeMarinis | Tony | 24/06/2014 | reviewing trial materials and related analysis; | 2.3 | 2,415.00 | 12443024 |
| DeMarinis | Tony | 25/06/2014 | trial review and planning; | 1.5 | 1,575.00 | 12445913 |
| DeMarinis | Tony | 26/06/2014 | counsel correspondence regarding production and other trial matters (0.3); reading transcripts, materials on bondholder claims, and other trial documents (1.4); | 1.7 | 1,785.00 | 12448673 |
| Blake | Maureen | 03/06/2014 | review trial transcripts and load same into Torys' workspace (.4); attention to trial database logistics (.7) | 1.1 | 478.50 | 12401999 |
| Blake | Maureen | 05/06/2014 | review trial transcripts and load same into Torys' workspace (.4); attention to trial database logistics (.7); | 1.1 | 478.50 | 12407357 |
| Blake | Maureen | 06/06/2014 | review trial transcripts and load same into Torys' workspace (.4); attention to trial database logistics (.6) | 1.0 | 435.00 | 12407602 |
| Blake | Maureen | 12/06/2014 | review trial transcripts and load same into Torys' workspace (.6); attention to trial database logistics (.6) | 1.2 | 522.00 | 12423400 |
| Blake | Maureen | 17/06/2014 | review trial transcripts organize and file same in the Torys workspace; (.7) | 0.7 | 304.50 | 12432235 |
| Blake | Maureen | 19/06/2014 | review trial transcripts and organize same in Torys workspace (1.5); attention to trial database logistics (1.5); review deposition transcript and organize same in Torys workspace with the exhibits (.3); | 3.3 | 1,435.50 | 12434389 |
| Blake | Maureen | 20/06/2014 | review trial transcripts and organize same for | 0.5 | 217.50 | 12435414 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Blake | Maureen | 24/06/2014 | Tory's workspace (.5); review trial transcripts and organize same in Torys workspace (.8); attention to trial database logistics (.5); | 1.3 | 565.50 | 12442297 |
| Blake | Maureen | 26/06/2014 | review trial transcripts and organize same in Torys workspace (.8); | 0.8 | 348.00 | 12447302 |
| Gray | William | 02/06/2014 | Review trial summaries and testimony issues | 1.2 | 1,134.00 | 12404291 |
| Gray | William | 03/06/2014 | Review trial testimony issues | 0.6 | 567.00 | 12404306 |
| Gray | William | 06/06/2014 | Trial review and summaries | 0.8 | 756.00 | 12410276 |
| Gray | William | 09/06/2014 | Work on trial summaries; review transcripts | 1.2 | 1,134.00 | 12417052 |
| Gray | William | 11/06/2014 | Conference with S. Bomhof regarding Judge's conference (.4); review strategy (.4) | 0.8 | 756.00 | 12417069 |
| Gray | William | 12/06/2014 | Review trial summaries (.1); conference with A. Gray regarding trial issues (.1) | 0.2 | 189.00 | 12422180 |
| Gray | William | 17/06/2014 | Review trial updates (.3); review settlement issues (.20) | 0.5 | 472.50 | 12425677 |
| Gray | William | 19/06/2014 | Review trial summaries and issues regarding settlement | 0.6 | 567.00 | 12432717 |
| Gray | William | 24/06/2014 | Review trial issues related to allocation | 0.4 | 378.00 | 12446480 |
| Gray | William | 26/06/2014 | Review trial updates | 0.4 | 378.00 | 12446490 |
| Gray | William | 27/06/2014 | Review trial summary regarding settlement issues | 0.6 | 567.00 | 12449747 |
| Gray | William | 30/06/2014 | Review trial summaries in support of settlement negotiations | 1.3 | 1,228.50 | 12449750 |
| Bauer | Alison D. | 05/06/2014 | Follow up on trial status | 0.2 | 163.00 | 12410755 |
| Bauer | Alison D. | 24/06/2014 | attention to emails from S. Bomhof and status of litigation and new court dates | 0.2 | 163.00 | 12442741 |
| Bauer | Alison D. | 25/06/2014 | Attention to post-petition issues related to allocation | 0.2 | 163.00 | 12444757 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/06/2014 | Research re: Canadian legal issues related to allocation; | 1.1 | 990.00 | 12399029 |
| Bomhof | Scott A. | 10/06/2014 | reviewing memo prepared by T. Yeo and conduct follow up research regarding Canadian legal issues related to allocation; | 1.4 | 1,260.00 | 12418906 |
| Bomhof | Scott A. | 16/06/2014 | research regarding Canadian legal issues related to allocation (1.9); calls with T. Yeo regarding same (.3); | 2.2 | 1,980.00 | 12425648 |
| Bomhof | Scott A. | 19/06/2014 | research legal issues related to post-filing interest and assist in preparing response memo with respect to same; | 1.9 | 1,710.00 | 12432734 |
| Bomhof | Scott A. | 20/06/2014 | research regarding Canadian legal issues related to allocation; | 3.1 | 2,790.00 | 12436834 |
| Bomhof | Scott A. | 24/06/2014 | research regarding Canadian legal issues related to allocation; | 1.9 | 1,710.00 | 12444509 |
| Bomhof | Scott A. | 25/06/2014 | meeting with T. Yeo to discuss research for closing briefs (.2); research regarding Canadian legal issues (2.9); | 3.1 | 2,790.00 | 12444514 |
| Yeo | Thomas | 05/06/2014 | research Canadian legal issues related to allocation; | 0.6 | 489.00 | 12408493 |
| Yeo | Thomas | 09/06/2014 | research Canadian legal issues related to allocation; | 5.6 | 4,564.00 | 12413143 |
| Yeo | Thomas | 10/06/2014 | research Canadian legal issues related to allocation; | 2.1 | 1,711.50 | 12418389 |
| Yeo | Thomas | 11/06/2014 | research Canadian legal issues related to allocation; | 0.4 | 326.00 | 12418384 |
| Yeo | Thomas | 13/06/2014 | research Canadian legal issues related to allocation; | 0.8 | 652.00 | 12422026 |
| Yeo | Thomas | 14/06/2014 | e-mails with Scott Bomhof re: research of Canadian legal issues related to allocation; | 0.1 | 81.50 | 12422031 |
| Yeo | Thomas | 16/06/2014 | calls with S. Bomhof re: research of Canadian legal issues related to allocation; | 0.3 | 244.50 | 12424163 |
| Yeo | Thomas | 17/06/2014 | research Canadian legal issues related to allocation; | 1.3 | 1,059.50 | 12426830 |
| Yeo | Thomas | 19/06/2014 | research Canadian legal issues related to allocation; | 0.4 | 326.00 | 12434691 |
| Yeo | Thomas | 20/06/2014 | research Canadian legal issues related to allocation; | 0.5 | 407.50 | 12438412 |
| Yeo | Thomas | 25/06/2014 | call with Scott Bomhof re: research on Canadian legal issues related to allocation; | 0.2 | 163.00 | 12445400 |
| Slavens | Adam | 26/06/2014 | conducting Canadian legal research of intellectual property ownership issues for case; | 2.3 | 1,587.00 | 12448459 |
| Reynolds | Molly | 04/06/2014 | corresponding with D. Queen regarding research of expert witness issues (.3); confer with E. Sako regarding same (.1); | 0.4 | 248.00 | 12404559 |
| Sako | Emma | 03/06/2014 | communicating with M. Reynolds re research task (0.1); researching primary and secondary sources for trial (3.9) ; drafting memo on research regarding expert witnesses (1.1); | 5.1 | 969.00 | 12402144 |
| Sako | Emma | 05/06/2014 | research regarding ownership issues; | 0.1 | 19.00 | 12410504 |
| DeMarinis | Tony | 09/06/2014 | consideration of allocation matters; | 0.9 | 945.00 | 12413334 |
| DeMarinis | Tony | 17/06/2014 | analysis regarding alternative allocation models and review of related materials; | 2.0 | 2,100.00 | 12427235 |
| DeMarinis | Tony | 19/06/2014 | research analysis in regards to bondholder claims and related matters; | 2.5 | 2,625.00 | 12435266 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 24/06/2014 | research review on current issues in case; | 0.8 | 840.00 | 12443023 |
| DeMarinis | Tony | 25/06/2014 | review and consideration of submissions on bondholder claims determination, and associated law; | 2.0 | 2,100.00 | 12445911 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 27/06/2014 | review issued documents use order, counsel correspondence, and related Canadian documents; | 0.8 | 840.00 | 12451354 |