# **<u>EXHIBIT B</u>**

**Nortel**
**June 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 271 | Process Server Filing | 6/20/2014 | 32.28 | filing affidavit of service containing memo to Judge; |
| 271 | Process Server Filing | 6/20/2014 | 32.28 | filing affidavit of service and reply memorandum; |
| 277 | Process Server Searching or Requesting | 6/13/2014 | 32.28 | searching the court file 98-CL-3075 for transcripts and expert reports of Tom Horst; |
| | | | **$ 96.84** | |
| 303 | Taxi & Travel | 6/5/2014 | 28.20 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - home Nortel |
| 303 | Taxi & Travel | 6/9/2014 | 42.82 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - Pearson Airport Taxi from 151 St. Clements Avenue to Pearson Airport for Nortel depositions and trial in NYC; |
| 303 | Taxi & Travel | 6/12/2014 | 53.53 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - Torys Taxi from Pearson Airport to Torys (79 Wellington Street West). |
| 303 | Taxi & Travel | 6/16/2014 | 8.24 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - Court court attendance |
| 303 | Taxi & Travel | 6/17/2014 | 71.46 | Taxi & Travel - - VENDOR: Rosedale Livery Limited Andrew Gray- Taxi Fees 03/06/2014 |
| 303 | Taxi & Travel | 6/17/2014 | 84.81 | Taxi & Travel - - VENDOR: Rosedale Livery Limited Andrew Gray- Taxi fees 04/06/2014 |
| 303 | Taxi & Travel | 6/17/2014 | 14.00 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - Billy Bishop Airport. Taxi to airport |
| 303 | Taxi & Travel | 6/17/2014 | 8.24 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - court to court |
| 303 | Taxi & Travel | 6/17/2014 | 23.88 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - home Nortel |
| 303 | Taxi & Travel | 6/18/2014 | 8.24 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - court to court |
| 303 | Taxi & Travel | 6/19/2014 | 46.12 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - Home Taxi from Pearson Airport to 151 St. Clements, Toronto |
| 303 | Taxi & Travel | 6/19/2014 | 24.71 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - court Nortel |
| 303 | Taxi & Travel | 6/20/2014 | 8.24 | Taxi & Travel<br>Bomhof, Scott A.; Taxi/Car Service - torys taxi |
| 303 | Taxi & Travel | 6/20/2014 | 29.64 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - home Nortel |
| 303 | Taxi & Travel | 6/22/2014 | 41.17 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - airport taxi from 151 St. Clements Ave. to Pearson Airport. |
| 303 | Taxi & Travel | 6/22/2014 | 41.17 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - home taxi from Pearson Airport to 151 St. Clements Ave |
| 303 | Taxi & Travel | 6/23/2014 | 71.46 | Taxi & Travel - - VENDOR: Rosedale Livery Limited Andrew Gray- taxi fees 12/06/2014 |
| 303 | Taxi & Travel | 6/23/2014 | 50.25 | Taxi & Travel - - VENDOR: Rosedale Livery Limited Andrew Gray- taxi fees 13/06/2014 |
| 303 | Taxi & Travel | 6/23/2014 | 9.88 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - court to court |
| 303 | Taxi & Travel | 6/23/2014 | 22.84 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - home Nortel |
| 303 | Taxi & Travel | 6/27/2014 | 22.64 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - torys Nortel |
| 317 | Taxi & Travel (Out of Town) | 6/9/2014 | 48.39 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - Club Quarters Taxi from LaGuardia Airport to the hotel (Club Quarters, Wall Street) for Nortel depositions and trial in NYC; |
| 317 | Taxi & Travel (Out of Town) | 6/9/2014 | 303.36 | Taxi & Travel (Out of Town) |

| Code | Description | Date | Amount | Details |
|---|---|---|---:|---|
| 317 | Taxi & Travel (Out of Town) | | | Block, Sheila R.; Airfare - NYC Travel on June 9th to NYC for depositions and trial in Nortel and return on June 12 to Toronto. |
| 317 | Taxi & Travel (Out of Town) | 6/12/2014 | 60.14 | Taxi & Travel (Out of Town) Block, Sheila R.; Taxi/Car Service - LaGuardia Airport Taxi from the hotel (52 William) to LaGuardia Airport to return to Toronto |
| 317 | Taxi & Travel (Out of Town) | 6/12/2014 | 737.50 | Taxi & Travel (Out of Town) Block, Sheila R.; Lodging Nortel depositions and trial in NYC 06/09/2014 - 06/12/2014 Other |
| 317 | Taxi & Travel (Out of Town) | 6/17/2014 | 80.05 | Taxi & Travel (Out of Town) Block, Sheila R.; Taxi/Car Service - One Liberty Plaza Taxi from Newark airport to One Liberty Plaza, NYC - running late & forgot to ask for receipt (per SRB) |
| 317 | Taxi & Travel (Out of Town) | 6/19/2014 | 404.29 | Taxi & Travel (Out of Town) Block, Sheila R.; Airfare - Newark Trip to NYC re Nortel trial and depositions. Original invoice was $683.87 for June 17-20 flights. This was changed and the return portion cancelled. There is a credit of $245.52 from canceling the return flight on June 20. Therefore the total fare for one way was $438.35 06/17/2014 - 06/17/2014 Merit |
| 317 | Taxi & Travel (Out of Town) | 6/19/2014 | 349.02 | Taxi & Travel (Out of Town) Block, Sheila R.; Airfare - Toronto Trip to NYC re Nortel trial and depositions. Original invoice was $683.87 for June 17-20 flights. This was changed to return on June 19. There is a credit of $245.52 from canceling the return flight on June 20. The full new charge for June 19th is $378.42. So, $683.87 - 245.52 + 378.42 = $816.77 TOTAL. 06/19/2014 - 06/19/2014 ^Merit |
| 317 | Taxi & Travel (Out of Town) | 6/19/2014 | 49.97 | Taxi & Travel (Out of Town) Block, Sheila R.; Taxi/Car Service - LaGuardia Airport Taxi to LaGuardia Airport |
| 317 | Taxi & Travel (Out of Town) | 6/19/2014 | 517.71 | Taxi & Travel (Out of Town) Block, Sheila R.; Lodging Cosmopolitan Hotel - Tribeca (NYC) room rate is $259.00 x 2 = 518.00 06/17/2014 - 06/19/2014 Other |
| 317 | Taxi & Travel (Out of Town) | 6/19/2014 | 83.38 | Taxi & Travel (Out of Town) Block, Sheila R.; Lodging Cosmopolitan Hotel - Tribeca (NYC) taxes of $83.42. 06/17/2014 - 06/19/2014 Other |
| 317 | Taxi & Travel (Out of Town) | 6/22/2014 | 197.42 | Taxi & Travel (Out of Town) Block, Sheila R.; Lodging hotel in NYC re Nortel trial; 06/22/2014 - 06/23/2014 Hilton |
| 317 | Taxi & Travel (Out of Town) | 6/22/2014 | 32.59 | Taxi & Travel (Out of Town) Block, Sheila R.; Lodging taxes re hotel in NYC re Nortel trial; 06/22/2014 - 06/23/2014 Hilton |
| 317 | Taxi & Travel (Out of Town) | 6/22/2014 | 264.76 | Taxi & Travel (Out of Town) Block, Sheila R.; Airfare - New York flying to NYC for Nortel trial; 06/23/2014 - 06/22/2014 Merit |
| 317 | Taxi & Travel (Out of Town) | 6/22/2014 | 36.32 | Taxi & Travel (Out of Town) Block, Sheila R.; Taxi/Car Service - Cleary office taxi from LaGuardia Airport to Cleary office. |
| 317 | Taxi & Travel (Out of Town) | 6/24/2014 | 362.60 | Taxi & Travel (Out of Town) Block, Sheila R.; Airfare - Toronto airfare back to Toronto on June 24 - changed from June 25, 2014. Org air fare $438.05 deducted from new invoice with fare $517.00 = $109, plus change fee $222 (including taxes) = $331.00 plus the Merit fee (again including taxes) $62.15 = final total of $393.15 06/24/2014 - 06/24/2014 Merit |
| 803 | Taxi & Travel | 6/6/2014 | 8.52 | Taxi & Travel |

**Nortel**
**June 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 803 Taxi & Travel | | 6/16/2014 | 24.71 | Taxi & Travel DIAMOND TAXI, Date: 06/06/2014, Chit#3375228 |
| 803 Taxi & Travel | | 6/18/2014 | 8.52 | Taxi & Travel DIAMOND TAXI, Date: 16/06/2014, Chit#2223550 |
| 803 Taxi & Travel | | 6/19/2014 | 8.52 | Taxi & Travel DIAMOND TAXI, Date: 18/06/2014, Chit#2156934 |
| 803 Taxi & Travel | | 6/20/2014 | 21.30 | Taxi & Travel DIAMOND TAXI, Date: 19/06/2014, Chit#3374502 |
| 803 Taxi & Travel | | 6/22/2014 | 51.12 | Taxi & Travel DIAMOND TAXI, Date: 20/06/2014, Chit#2223560 |
| 803 Taxi & Travel | | 6/22/2014 | 51.12 | Taxi & Travel DIAMOND TAXI, Date: 22/06/2014, Chit#3374572 |
| 803 Taxi & Travel | | 6/24/2014 | 21.30 | Taxi & Travel DIAMOND TAXI, Date: 22/06/2014, Chit#3374573 |
| | | | | DIAMOND TAXI, Date: 24/06/2014, Chit#3374500 |
| | | | **$ 4,434.15** | |
| 375 Miscellaneous | | 6/2/2014 | 666.54 | Miscellaneous Bernabe, Marivi; Other Equipment rental - 26 Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/9/2014 | 458.10 | Miscellaneous Bernabe, Marivi; Other Equipment rental - 26 Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/12/2014 | 1,024.58 | Miscellaneous Bernabe, Marivi; Other PC equipment rental - Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/13/2014 | 1,347.39 | Miscellaneous Bernabe, Marivi; Other PC equipment rental - Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/18/2014 | 200.14 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/18/2014 | 200.14 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/18/2014 | 146.18 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/18/2014 | 200.14 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/18/2014 | 200.14 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/18/2014 | 200.14 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/18/2014 | 92.23 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/18/2014 | 200.14 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/19/2014 | 200.14 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/19/2014 | 92.23 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/19/2014 | 92.23 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/19/2014 | 200.14 | Miscellaneous - - VENDOR: SHRED-IT INTERNATIONAL INC. Shredding |
| 375 Miscellaneous | | 6/27/2014 | 151.00 | Miscellaneous - - VENDOR: CourtCall LLC Adam Slavens- remote court appearance |
| 375 Miscellaneous | | 6/27/2014 | 2,102.92 | Miscellaneous Bernabe, Marivi; Other PC equipment rental - Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 231.64 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 147.24 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 260.64 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 66.29 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 20.25 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |

**Nortel**
**June 2014 Disbursements**

| | | | | |
|---|---|---|---:|---|
| 375 Miscellaneous | | 6/30/2014 | 376.08 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 110.40 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 40.51 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 10.80 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 108.46 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 163.58 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 43.58 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 344.57 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 72.75 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 114.27 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 72.31 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| 375 Miscellaneous | | 6/30/2014 | 72.31 | Miscellaneous - - VENDOR: Grand & Toy Limited Office supplies for Cleary and Torys for Trial |
| | | | **$ 10,030.20** | |
| 482 Hearing Room | | 6/12/2014 $ | 461.15 | Hearing Room - - VENDOR: Toronto Lawyers Association Andrew Gray- Room rental at Courthouse |
| 800 Telephone Call | | 6/3/2014 | 0.65 | Telephone Call 12122252629 - New York, NY - Time: 09:44 - Dur: 13.28 |
| 800 Telephone Call | | 6/9/2014 | 0.18 | Telephone Call 12122252000 - New York, NY - Time: 12:07 - Dur: 3.12 |
| 4800 Telephone | | 6/5/2014 | 0.03 | Telephone 13023519459 - Wilmington, DE - Time: 17:25 - Dur: 0.82 |
| 4800 Telephone | | 6/19/2014 | 0.03 | Telephone 13023519459 - Wilmington, DE - Time: 16:26 - Dur: 0.98 |
| | | **$** | **0.89** | |
| 376 Meals | | 6/10/2014 | 20.12 | Meals Block, Sheila R.; |
| 376 Meals | | 6/17/2014 | 33.32 | Meals Block, Sheila R.; Dinner Dinner for Sheila in NYC on June 17, 2014 |
| 376 Meals | | 6/22/2014 | 31.39 | Meals Block, Sheila R.; Dinner dinner meeting with witness (Dr. Eden) |
| 807 Meals | | 6/5/2014 | 47.85 | Meals Meals- Trial Snacks May 22 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 6/5/2014 | 74.03 | Meals Meals- Trial Snacks May 23 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 6/5/2014 | 57.18 | Meals Meals- Trial Snacks May 24 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 6/5/2014 | 77.13 | Meals Meals- Trial Snacks May 25 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 6/5/2014 | 68.44 | Meals Meals- Trial Snacks May 27 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 6/5/2014 | 54.67 | Meals Meals- Trial Snacks May 28 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | | 6/5/2014 | 64.56 | Meals Meals- Trial Snacks (10)  May 22 2014, A. Slavens/Cleary (Stratus) |
| 807 Meals | | 6/5/2014 | 522.71 | Meals Meals- Dinner (25)  May 20 2014, A. |

| | | | |
|---|---|---|---|
| 807 Meals | | | Slavens/Cleary (O&B) |
| 807 Meals | 6/5/2014 | 1,079.09 | Meals Meals- Breakfast (15) A. Slavens/Cleary ( G. Cuisine / May 26-30) |
| 807 Meals | 6/5/2014 | 940.75 | Meals Meals- Dinner (20) A. Slavens/Cleary (G. Cuisine / May 27-28) |
| 807 Meals | 6/5/2014 | 674.20 | Meals Meals- Lunch/Courthouse (15)  A. Slavens/Cleary ( G. Cuisine/May 28-30) |
| 807 Meals | 6/5/2014 | 222.74 | Meals Meals- Dinner (10)  May 22 2014, A. Slavens/Cleary (Take Sushi) |
| 807 Meals | 6/5/2014 | 134.34 | Meals Meals- Dinner (10)  May 26 2014, A. Slavens/Cleary ( Big Smoke Burger) |
| 807 Meals | 6/5/2014 | 23.98 | Meals Meals- Dinner (1)  May 22 2014, A. Slavens/Cleary (Vagabondo) |
| 807 Meals | 6/5/2014 | 225.04 | Meals Meals- Lunch (10)  May 23 2014, A. Slavens/Cleary (Vagabondo) |
| 807 Meals | 6/5/2014 | 18.35 | Meals Meals- Lunch (1)  May 23 2014, A. Slavens/Cleary (Ka Chi) |
| 807 Meals | 6/12/2014 | 51.03 | Meals Meals- Trial Snacks May 30 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | 6/12/2014 | 67.01 | Meals Meals- Trial Snacks May 31 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | 6/12/2014 | 50.00 | Meals Meals- Trial Snacks Jun 01 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | 6/12/2014 | 66.97 | Meals Meals- Trial Snacks Jun 02 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | 6/12/2014 | 72.12 | Meals Meals- Trial Snacks Jun 03 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | 6/12/2014 | 56.31 | Meals Meals- Trial Snacks Jun 04 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | 6/12/2014 | 64.56 | Meals Meals- Trial Snacks (10)  Jun 04 2014, A. Slavens/ Cleary (Stratus) |
| 807 Meals | 6/12/2014 | 384.60 | Meals Meals- Dinner (20)  May 29 2014, A. Slavens/Cleary (Barque) |
| 807 Meals | 6/12/2014 | 125.25 | Meals Meals- Dinner (5)  May 29 2014, A. Slavens/Cleary (Mine Sushi) |
| 807 Meals | 6/12/2014 | 9.92 | Meals Meals- Milk May 29 2014, A. Slavens/Cleary (Olly Frescho's) |
| 807 Meals | 6/12/2014 | 16.58 | Meals Meals- Pop/juice May 30 2014, A. Slavens/Cleary (Longo's) |
| 807 Meals | 6/12/2014 | 44.87 | Meals Meals- May 30 2014, A. Slavens/Cleary (Prairie Girl) |
| 807 Meals | 6/19/2014 | 53.24 | Meals Meals- Trial Snacks Jun 05 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | 6/19/2014 | 51.16 | Meals Meals- Trial Snacks Jun 06 2014, A. Slavens/Cleary (G. Orchard) |
| 807 Meals | 6/19/2014 | 682.58 | Meals Meals- Breakfast/Court A. Slavens/Cleary (G. Cuisne/June 2-6) |
| 807 Meals | 6/19/2014 | 278.53 | Meals Meals- Dinner (15)  Jun 05 2014, A. Slavens/Cleary (Mezes) |
| 807 Meals | 6/24/2014 | 94.07 | Meals Meals- Lunch (6)  Jun 17 2014, A. Slavens/Cleary (McEwan) |
| 807 Meals | 6/24/2014 | 83.51 | Meals Meals- Breakfast (6)  Jun 18 2014, A. Slavens/Cleary (O&B) |
| 807 Meals | 6/24/2014 | 82.29 | Meals Meals- Breakfast (6)  Jun 19 2014, A. Slavens/Cleary (O&B) |
| 807 Meals | 6/24/2014 | 151.49 | Meals Meals- Dinner Jun 16 2014, A. Slavens/Cleary (Ka Chi) |
| 807 Meals | 6/24/2014 | 199.22 | Meals Meals- Breakfast (6)  A. Slavens/Cleary (G. Cuisine/June16-17) |
| 807 Meals | 6/24/2014 | 630.85 | Meals Meals- Lunch (6)  A. Slavens/Cleary (G. Cuisine/June15,16,18&19) |
| 807 Meals | 6/24/2014 | 986.86 | Meals Meals- Courthouse A. Slavens/Cleary (G. Cuisine/June 16-20) |
| 807 Meals | 6/24/2014 | 1,618.64 | Meals Meals- Dinner (15) A. Slavens/Cleary (G. Cuisine/June 15,16,17&19) |
| 807 Meals | 6/24/2014 | 31.36 | Meals Meals- Courthouse (2)  Jun 20 2014, A. Slavens/Cleary (G. Cuisine) |
| 807 Meals | 6/24/2014 | 458.84 | Meals Meals- Dinner (15)  Jun 18 2014, A. |

**Nortel**
**June 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 807 | Meals | 6/24/2014 | 59.95 | Meals Meals- Chips & Sundries May 08 2014, A. Slavens/Cleary (Take Sushi) |
| 807 | Meals | 6/24/2014 | 39.77 | Meals Meals- Trial Snacks May 08 2014, A. Slavens/Cleary (Bulk Barn) |
| 807 | Meals | 6/24/2014 | 11.70 | Meals Meals- Trial Snacks May 13 2014, A. Slavens/Cleary (Dollarama) |
| 807 | Meals | 6/24/2014 | 20.95 | Meals Meals- Trial Snacks Jun 16 2014, A. Slavens/Cleary (Dollarama) |
| 807 | Meals | 6/24/2014 | 467.38 | Meals Meals- Trial Snacks bars May 13 2014, A. Slavens/Cleary (Bulk Barn) |
| | | | | Slavens/Cleary (Sysco) |
| | | | **$ 11,381.50** | |
| 499 | Copies | 6/2/2014 | 1,054.65 | Copies Bernabe, Marivi; Copies Cleary - toners from Staples |
| 499 | Copies | 6/2/2014 | 2,130.42 | Copies Bernabe, Marivi; Copies Cleary - toners (10) from CDW Canada |
| 499 | Copies | 6/2/2014 | (785.38) | Copies Bernabe, Marivi; Copies Cleary - credit for toners undelivered from Staples |
| 499 | Copies | 6/9/2014 | 76.96 | Copies Bernabe, Marivi; Copies Cleary - staple cartridges refill (2) from CDW |
| 499 | Copies | 6/11/2014 | 506.08 | Copies Bernabe, Marivi; Copies Printer transfer and roller - Cleary from CDW |
| 499 | Copies | 6/18/2014 | (843.72) | Copies Bernabe, Marivi; Copies Credit for toners returned to Staples - Cleary from Staples |
| | | | **$ 2,139.01** | |
| 801 | Copies | 6/3/2014 | 0.60 | Copies |
| 801 | Copies | 6/3/2014 | 1.00 | Copies |
| 801 | Copies | 6/4/2014 | 0.30 | Copies |
| 801 | Copies | 6/6/2014 | 8.30 | Copies |
| 801 | Copies | 6/6/2014 | 14.10 | Copies |
| 801 | Copies | 6/7/2014 | 1.20 | Copies |
| 801 | Copies | 6/10/2014 | 3.90 | Copies |
| 801 | Copies | 6/13/2014 | 0.20 | Copies |
| 801 | Copies | 6/16/2014 | 49.00 | Copies |
| 801 | Copies | 6/20/2014 | 2.00 | Copies |
| 801 | Copies | 6/20/2014 | 0.10 | Copies |
| 801 | Copies | 6/20/2014 | 0.20 | Copies |
| 801 | Copies | 6/26/2014 | 0.40 | Copies |
| 808 | Laser Printing | 6/2/2014 | 0.20 | Laser Printing |
| 808 | Laser Printing | 6/2/2014 | 1.10 | Laser Printing |
| 808 | Laser Printing | 6/2/2014 | 0.90 | Laser Printing |
| 808 | Laser Printing | 6/3/2014 | 9.70 | Laser Printing |
| 808 | Laser Printing | 6/3/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 6/3/2014 | 2.30 | Laser Printing |
| 808 | Laser Printing | 6/3/2014 | 0.30 | Laser Printing |
| 808 | Laser Printing | 6/4/2014 | 10.20 | Laser Printing |
| 808 | Laser Printing | 6/4/2014 | 69.30 | Laser Printing |
| 808 | Laser Printing | 6/4/2014 | 3.60 | Laser Printing |
| 808 | Laser Printing | 6/5/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 6/5/2014 | 6.70 | Laser Printing |
| 808 | Laser Printing | 6/5/2014 | 33.30 | Laser Printing |
| 808 | Laser Printing | 6/5/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 6/6/2014 | 2.80 | Laser Printing |
| 808 | Laser Printing | 6/6/2014 | 1.20 | Laser Printing |
| 808 | Laser Printing | 6/6/2014 | 294.60 | Laser Printing |
| 808 | Laser Printing | 6/6/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 6/7/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 6/7/2014 | 0.50 | Laser Printing |
| 808 | Laser Printing | 6/8/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 6/9/2014 | 9.30 | Laser Printing |

**Nortel**
**June 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 6/9/2014 | 1.30 | Laser Printing |
| 808 Laser Printing | 6/9/2014 | 10.00 | Laser Printing |
| 808 Laser Printing | 6/9/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 6/10/2014 | 2.00 | Laser Printing |
| 808 Laser Printing | 6/10/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/10/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 6/10/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/11/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 6/12/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 6/13/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 6/13/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/13/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/13/2014 | 6.70 | Laser Printing |
| 808 Laser Printing | 6/15/2014 | 1,234.60 | Laser Printing |
| 808 Laser Printing | 6/15/2014 | 459.50 | Laser Printing |
| 808 Laser Printing | 6/16/2014 | 35.70 | Laser Printing |
| 808 Laser Printing | 6/16/2014 | 16.40 | Laser Printing |
| 808 Laser Printing | 6/16/2014 | 271.60 | Laser Printing |
| 808 Laser Printing | 6/16/2014 | 2.70 | Laser Printing |
| 808 Laser Printing | 6/17/2014 | 25.10 | Laser Printing |
| 808 Laser Printing | 6/17/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 6/17/2014 | 1.10 | Laser Printing |
| 808 Laser Printing | 6/17/2014 | 22.90 | Laser Printing |
| 808 Laser Printing | 6/18/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 6/18/2014 | 10.10 | Laser Printing |
| 808 Laser Printing | 6/18/2014 | 15.20 | Laser Printing |
| 808 Laser Printing | 6/19/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 6/19/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 6/19/2014 | 30.80 | Laser Printing |
| 808 Laser Printing | 6/19/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 6/19/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 6/20/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 6/20/2014 | 11.20 | Laser Printing |
| 808 Laser Printing | 6/20/2014 | 8.90 | Laser Printing |
| 808 Laser Printing | 6/20/2014 | 1.40 | Laser Printing |
| 808 Laser Printing | 6/20/2014 | 1.20 | Laser Printing |
| 808 Laser Printing | 6/20/2014 | 3.80 | Laser Printing |
| 808 Laser Printing | 6/23/2014 | 2.60 | Laser Printing |
| 808 Laser Printing | 6/23/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 6/23/2014 | 117.40 | Laser Printing |
| 808 Laser Printing | 6/23/2014 | 87.40 | Laser Printing |
| 808 Laser Printing | 6/24/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 6/24/2014 | 2.60 | Laser Printing |
| 808 Laser Printing | 6/25/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 6/25/2014 | 87.20 | Laser Printing |
| 808 Laser Printing | 6/25/2014 | 25.50 | Laser Printing |
| 808 Laser Printing | 6/26/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 6/26/2014 | 8.00 | Laser Printing |
| 808 Laser Printing | 6/26/2014 | 1.90 | Laser Printing |
| 808 Laser Printing | 6/27/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/27/2014 | 6.90 | Laser Printing |
| 4808 Laser Printing | 6/4/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/4/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/4/2014 | 0.60 | Laser Printing |
| 4808 Laser Printing | 6/5/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 6/9/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 6/9/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 6/9/2014 | 1.80 | Laser Printing |
| 4808 Laser Printing | 6/16/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 6/17/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 6/19/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 6/19/2014 | 1.10 | Laser Printing |
| 4808 Laser Printing | 6/19/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 6/19/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/19/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/26/2014 | 1.50 | Laser Printing |
| | | **$ 3,069.80** | |

**Nortel**
**June 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 811 Binding Charges | | 6/3/2014 | 2.77 | Binding Charges |
| | | | | Jun-03-14, Cleary, Binding Charges, x1, EB |
| 811 Binding Charges | | 6/18/2014 | 27.67 | Binding Charges |
| | | | | Jun-18-14, Cleary, Binding Charges, x10, /MM |
| 811 Binding Charges | | 6/23/2014 | 13.83 | Binding Charges |
| | | | | Jun-23-14, R Battersby, Binding Charges, x5, /TW/MM |
| 844 Exhibit Tabs | | 6/3/2014 | 2.31 | Exhibit Tabs |
| | | | | Jun-03-14, Cleary, Exhibit Tabs, x10, EB |
| | | $ | 46.58 | |
| 822 Courier | | 6/2/2014 | 112.82 | Courier |
| | | | | From One Liberty Plaza,  to Clearly Gottlieb Steen & Hamilton L, 79  WELLINGTON ST WEST, Ref #200868 |
| 822 Courier | | 6/2/2014 | 116.64 | Courier |
| | | | | From One Liberty Plaza,  to Clearly Gottlieb Steen & Hamilton, 79  WELLINGTON ST WEST, Ref#2 868 |
| 822 Courier | | 6/2/2014 | 62.24 | Courier |
| | | | | From One Liberty Plaza,  to Cleary Gottlieb Steen & Hamilton LL, 79  WELLINGTON ST WEST, Ref#200868 |
| 822 Courier | | 6/2/2014 | 77.36 | Courier |
| | | | | From 1201 NORTH MARKET ST, 18TH FLOOR to MORRIS NICHOLLS ARSHT & TUNNELL, 79  WELLINGTON ST WEST, Ref#200868 |
| 822 Courier | | 6/4/2014 | 44.16 | Courier |
| | | | | 79 Wellington Street West,Inv # 60974, 330 University Ave,Superior Court, Ashley,5,0 |
| 822 Courier | | 6/5/2014 | 50.47 | Courier |
| | | | | 330 University Ave,Superior Court, 79 Wellington Street West,Inv # 60974, alln,4,0 |
| 822 Courier | | 6/5/2014 | 33.90 | Courier |
| | | | | 79 Wellington Street West,Inv # 60974, 330 University Ave,Superior Court, Ashley,5,0 |
| 822 Courier | | 6/6/2014 | 51.52 | Courier |
| | | | | 79 Wellington Street West,Inv # 60974, 330 University Ave,Superior Court, Antonia,2,0 |
| 822 Courier | | 6/9/2014 | 90.01 | Courier |
| | | | | From One Liberty Plaza,  to Cleary Gottlieb Steen & Hamilton LL, 79  WELLINGTON ST WEST, Ref#113506 |
| 822 Courier | | 6/10/2014 | 4.35 | Courier |
| | | | | 40 King St W,Borden Ladner Gervais, 79 Wellington Street West,Inv # 61046, kunalan,1,1 |
| 822 Courier | | 6/13/2014 | 56.78 | Courier |
| | | | | 79 Wellington Street West,Inv # 61046, 330 University Ave,Superior Court, Ashley,6,0 |
| 822 Courier | | 6/16/2014 | 39.43 | Courier |
| | | | | 79 Wellington Street West,Inv # 61112, 330 University Ave,Superior Court, Ashley,5,0 |
| 822 Courier | | 6/17/2014 | 28.39 | Courier |
| | | | | 79 Wellington Street West,Inv # 61112, 330 University Ave,Superior Court, No p up  siva,5,0 |
| 822 Courier | | 6/18/2014 | 67.02 | Courier |
| | | | | 330 University Ave,Superior Court, 79 Wellington Street West,Inv # 61112, Siva,7,0 |
| 822 Courier | | 6/19/2014 | 37.85 | Courier |

**Nortel**
**June 2014 Disbursements**

| | | | |
|---|---|---|---|
| 822 Courier | 6/20/2014 | 49.63 | Courier 79 Wellington Street West, Inv # 61112, 330 University Ave, Superior Court, lindsay,5,0 |
| 822 Courier | 6/23/2014 | 52.05 | Courier From One Liberty Plaza, to Clearly Gottlieb Steen & Hamilton L, 79 WELLINGTON ST WEST, Ref #100982 |
| 822 Courier | 6/24/2014 | 52.05 | Courier 330 University Ave, Superior Court, 79 Wellington Street West, Invoice,61178 Siva,7,0 |
| 822 Courier | 6/24/2014 | 222.90 | Courier 79 Wellington Street West, Invoice,61178 330 University Ave, Superior Court, court rm5,15,0 |
| 822 Courier | 6/24/2014 | 222.90 | Courier 330 University Ave, Superior Court, 79 Wellington Street West, Invoice,61178 diva,20,0 |
| 822 Courier | 6/25/2014 | 125.41 | Courier 330 University Ave, Superior Court, 79 Wellington Street West, Invoice,61178 siva,20,0 |
| 822 Courier | 6/25/2014 | 136.55 | Courier From One Liberty Plaza, to Clearly Gottlieb Steen & Hamilton L, 79 WELLINGTON ST WEST, Ref #100982 |
| 822 Courier | 6/26/2014 | 54.70 | Courier From One Liberty Plaza, to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#1 982 |
| 822 Courier | 6/26/2014 | 53.99 | Courier From One Liberty Plaza, to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#2 868 |
| 822 Courier | 6/26/2014 | 32.58 | Courier From One Liberty Plaza, 38TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#200868 |
| 822 Courier | 6/26/2014 | 36.31 | Courier From One Liberty Plaza, 38TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#200868 |
| 822 Courier | 6/26/2014 | 75.50 | Courier From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | 6/26/2014 | 58.09 | Courier From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | 6/26/2014 | 74.08 | Courier From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | 6/26/2014 | 74.90 | Courier From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | 6/27/2014 | 64.75 | Courier From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| | | **$ 2,259.33** | |

**Nortel**
**June 2014 Disbursements**

| Code | Description | Date | Amount | Description |
|---|---|---|---|---|
| 885 | On Line Research Charges - Quicklaw | 6/6/2014 | 36.94 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 6/17/2014 | 72.23 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/3/2014 | 182.62 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/3/2014 | 11.07 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/6/2014 | 66.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/9/2014 | 136.50 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/10/2014 | 121.74 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/16/2014 | 16.60 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/17/2014 | 149.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/27/2014 | 142.96 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 936.48** | |
| 1401 | Hardware - Project Management | 6/11/2014 | 202.44 | Hardware - Project Management Bernabe, Marivi; Hardware Printer fuser kit - Cleary from CDW |
| 1401 | Hardware - Project Management | 6/19/2014 | 5,366.86 | Hardware - Project Management Bernabe, Marivi; Hardware PC Equipment rental - Cleary from Vernon |
| | | | **$ 5,569.30** | |
| 4147 | Computerized Court Searches | 6/5/2014 | 0.10 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 0.10 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 0.10 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 6.80 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 9.70 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 6.80 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 2.30 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 13.50 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 6.70 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 2.80 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 6.40 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 3.00 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 6.20 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 3.00 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 9.90 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 14.70 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 6.90 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 4.60 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 3.00 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 0.10 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 6/5/2014 | 0.10 | Computerized Court Searches Pacer |
| | | | **$ 106.80** | |
| | Secr. Support-Overtime | 6/4/2014 | **$ 50.00** | Secretarial Support |

**Nortel**
**June 2014 Disbursements**

**$ 40,582.03**