# **EXHIBIT A**

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/07/2014 | preparing fee application; | 0.9 | 810.00 | 12457116 |
| Bomhof | Scott A. | 28/07/2014 | reviewing fee examiner's report and revising dockets in accordance with report; | 0.8 | 720.00 | 12495267 |
| Slavens | Adam | 29/07/2014 | preparing fee application, reviewing and revising docket entries; | 2.0 | 1,380.00 | 12498538 |
| Slavens | Adam | 30/07/2014 | preparing fee application, reviewing and revising docket entries in response to fee examiner's queries | 0.7 | 483.00 | 12498947 |
| Slavens | Adam | 31/07/2014 | preparing fee application, reviewing and revising docket entries in response to fee examiner's queries; | 0.8 | 552.00 | 12501247 |
| Gray | William | 03/07/2014 | Work on monthly fee application | 0.6 | 567.00 | 12465558 |
| Gray | William | 09/07/2014 | Conference with A. Bauer and A. Collins regarding new docketing review procedures for fee applications | 0.3 | 283.50 | 12465560 |
| Gray | William | 10/07/2014 | Work on monthly fee application | 0.7 | 661.50 | 12465564 |
| Gray | William | 11/07/2014 | Review fee application | 0.7 | 661.50 | 12473231 |
| Gray | William | 15/07/2014 | fee application | 0.3 | 283.50 | 12477196 |
| Gray | William | 16/07/2014 | Work on fee application | 0.6 | 567.00 | 12477201 |
| Gray | William | 17/07/2014 | Work on fee application | 0.4 | 378.00 | 12477205 |
| Gray | William | 21/07/2014 | Review fee applications | 0.3 | 283.50 | 12490729 |
| Gray | William | 22/07/2014 | Work on finalizing monthly fee application | 1.2 | 1,134.00 | 12490736 |
| Gray | William | 23/07/2014 | Review fee applications | 0.4 | 378.00 | 12490741 |
| Gray | William | 25/07/2014 | Work on fee application | 0.4 | 378.00 | 12490758 |
| Gray | William | 28/07/2014 | Work on fee application | 0.5 | 472.50 | 12500535 |
| Gray | William | 31/07/2014 | work on revising entry fee apps. per examiner's request; review current monthly fee application | 1.3 | 1,228.50 | 12500578 |
| Bauer | Alison D. | 02/07/2014 | email all timekeepers (.1); email K. Ponder re fees and expense estimate (.1); attention to disbursement allocations and other fee application issues (.5) | 0.7 | 570.50 | 12453273 |
| Bauer | Alison D. | 03/07/2014 | attention to May and June fee applications | 1.1 | 896.50 | 12455456 |
| Bauer | Alison D. | 07/07/2014 | attention to emails regarding expense exhibit to fee application | 0.4 | 326.00 | 12462383 |
| Bauer | Alison D. | 08/07/2014 | attention to exhibit to Fee application (.4); office conference C. Bordin (.2); office conference C. Bordin and A. Collins (.2); revise language for fee application regarding expenses (.2). | 1.0 | 815.00 | 12462379 |
| Bauer | Alison D. | 09/07/2014 | reviewed fee application and exhibits A and B and comment upon same (.5); conference call with A. Cordo (.3); conference with W. Gray and A. Collins on fee application procedures (.3); review of and Composed email to Torys team on docketing procedures (.3); Call with Quinlan, Phyllis on accounting processes related to fee application (.1); internal discussions (.2) | 1.7 | 1,385.50 | 12465029 |
| Bauer | Alison D. | 10/07/2014 | meet with A. Collins to review and prepare fee application Exhibits A&B (1.6); follow up issues (.2) | 1.8 | 1,467.00 | 12466168 |
| Bauer | Alison D. | 14/07/2014 | Discuss June fee application with A. Collins and follow up phone calls | 0.4 | 326.00 | 12471542 |
| Bauer | Alison D. | 25/07/2014 | review fee examiners report (.2); conference A. Cordo and emails to and from A. Cordo (.2); confer with A. Collins (.2); discuss research data with M. Hoffman (.1); internal emails re | 0.8 | 652.00 | 12489754 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bauer | Alison D. | 28/07/2014 | fee examiners preliminary report (.1) telephone calls with a. Collins on issues relating to Fee Examiner's preliminary report (0.1) | 0.1 | 81.50 | 12494036 |
| Collins | Allan | 01/07/2014 | attention to May fee application; | 2.8 | 826.00 | 12452306 |
| Collins | Allan | 02/07/2014 | attention to fee application; attention to issues relating to disbursements; | 0.7 | 206.50 | 12453967 |
| Collins | Allan | 07/07/2014 | attention May fee application (1.6); multiple conversations with the finance department regarding same (.6); | 2.2 | 649.00 | 12460735 |
| Collins | Allan | 08/07/2014 | Attention to May fee application (1.4); meet with C. Bordin and A. Bauer (.2) | 1.6 | 472.00 | 12462565 |
| Collins | Allan | 09/07/2014 | meet with A. Bauer and W. Gray regarding fee application (.3); attention to and preparation of fee application (1.9); multiple emails and calls with B. Yu in accounting regarding same (.3); | 2.5 | 737.50 | 12465321 |
| Collins | Allan | 10/07/2014 | meet and confer with A. Bauer regarding fee application (1.6); multiple calls with B. Yu in accounting (.3); finalize fee application (1.5); | 3.4 | 1,003.00 | 12467224 |
| Collins | Allan | 11/07/2014 | attention to June fee application; | 2.1 | 619.50 | 12468969 |
| Collins | Allan | 14/07/2014 | multiple conferences with A. Bauer regarding June fee application (.4) | 0.4 | 118.00 | 12530992 |
| Collins | Allan | 22/07/2014 | attention to June fee application; | 1.2 | 354.00 | 12484744 |
| Collins | Allan | 23/07/2014 | attention to June fee application; | 2.6 | 767.00 | 12487348 |
| Collins | Allan | 24/07/2014 | attention to fee application; | 1.7 | 501.50 | 12489917 |
| Collins | Allan | 25/07/2014 | confer with A. Bauer (.2); prepare response to fee examiner (2.1); | 2.3 | 678.50 | 12492023 |
| Collins | Allan | 25/07/2014 | attention to June fee application; | 1.3 | 383.50 | 12492025 |
| Collins | Allan | 28/07/2014 | Prepare response to fee examiner (2.2); confer with A. Bauer regarding same (.1) | 2.3 | 678.50 | 12494942 |
| Collins | Allan | 29/07/2014 | prepare response to fee examiner; | 1.6 | 472.00 | 12496843 |
| Collins | Allan | 30/07/2014 | prepare response to fee examiner; | 0.8 | 236.00 | 12498942 |
| Collins | Allan | 31/07/2014 | prepare response to fee examiner; | 0.3 | 88.50 | 12501292 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/07/2014 | exchange e-mails with J. Stam and Cleary team regarding claims hearing issues (.5); reviewing scheduling orders and transcript of telephonic hearing (.3); | 0.8 | 720.00 | 12452822 |
| Bomhof | Scott A. | 03/07/2014 | reviewing materials related to Canada only claims hearing and preparing for opening of claims hearing; | 2.0 | 1,800.00 | 12457117 |
| Bomhof | Scott A. | 04/07/2014 | preparing for claims hearing; | 0.9 | 810.00 | 12457123 |
| Bomhof | Scott A. | 07/07/2014 | attend Canada/EMEA/UKPT claims hearing and prepare notes for distribution to trial team; | 8.0 | 7,200.00 | 12459221 |
| Bomhof | Scott A. | 08/07/2014 | monitor claims hearing by live stream and prepare notes with respect to same; | 6.0 | 5,400.00 | 12461323 |
| Bomhof | Scott A. | 09/07/2014 | attend claims hearing by livestream (P. Curry and M. McCorkle examinations) and prepare notes on proceeding (5.0); telephone call with L. Scwheitzer and A. Gray regarding post-petition interest motion and preparation of materials (1.0); | 6.0 | 5,400.00 | 12463684 |
| Bomhof | Scott A. | 10/07/2014 | attend claims hearing and prepare summary of testimony of Gordon Davies; | 5.0 | 4,500.00 | 12479618 |
| Bomhof | Scott A. | 11/07/2014 | attend claims hearing and prepare notes from examination of D. Davies and J. Poos; | 7.0 | 6,300.00 | 12479625 |
| Bomhof | Scott A. | 21/07/2014 | reviewing initial briefs filed for July 25 motions regarding post-petition interest and prepare for motion (5.0); meeting with A. Gray and A. Slavens to discuss post-petition interest motion (.5); telephone call with G. Finlayson of Bennett Jones regarding post-petition interest motion (.3); | 5.8 | 5,220.00 | 12481585 |
| Bomhof | Scott A. | 22/07/2014 | prepare for July 25 motion regarding post-petition interest; | 3.0 | 2,700.00 | 12486221 |
| Bomhof | Scott A. | 23/07/2014 | reviewing reply briefs filed for July 25 post-petition interest motion and cases cited in reply briefs (4.7); call with W. Gray regarding status of litigation (.3); | 5.0 | 4,500.00 | 12486226 |
| Bomhof | Scott A. | 24/07/2014 | reviewing U.S. and Canadian reply briefs on post-petition interest and prepare for July 25 hearing (2.7); confer with A. Slavens regarding same (.2); telephone call with L. Schweitzer and A. Gray and reviewing ppi settlement agreement (1.0); prepare e-mail to Justice Newbould regarding 3 p.m. U.S. judicial call and telephone call with Justice Newbould's chambers (.4); attend 3 p.m. judicial call with Judge Gross and telephone call with Cleary team to discuss next steps (1.5); conference with W. Gray regarding status update (.3); | 6.1 | 5,490.00 | 12487736 |
| Bomhof | Scott A. | 25/07/2014 | prepare for and attend motion before Justice Newbould on CCAA post-petition interest (7.2); telephone call with L. Schweitzer regarding overview of Canadian hearing (.5); confer with W. Gray regarding case status (.3); | 8.0 | 7,200.00 | 12492780 |
| Bomhof | Scott A. | 29/07/2014 | Conference with W. Gray regarding case status (0.3) | 0.3 | 270.00 | 12530991 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Yeo | Thomas | 18/07/2014 | meeting with A. Gray re: research for final submissions; | 0.3 | 244.50 | 12480841 |
| Gray | Andrew | 02/07/2014 | working on closing submissions (2.9); | 2.9 | 2,320.00 | 12453580 |
| Gray | Andrew | 03/07/2014 | meeting to discuss legal research (0.7); reviewing evidence (1.8); working on closing submissions (0.9); | 3.4 | 2,720.00 | 12456083 |
| Gray | Andrew | 09/07/2014 | reviewing transcripts from claims trial and summaries of evidence (1.2); conference call with Scott Bomhof and Lisa Schweitzer regarding motion on post-petition interest (0.6); reviewing precedent findings of fact and law and reviewing materials regarding preparation of closing submissions (0.9); | 2.7 | 2,160.00 | 12464726 |
| Gray | Andrew | 10/07/2014 | reviewing draft closing submissions (1.2); organizing and conducting legal research relating to contract and property and valuation issues (2.6); | 3.8 | 3,040.00 | 12466498 |
| Gray | Andrew | 11/07/2014 | telephone conference with Howard Zelbo regarding closing submissions (0.3); office conference and telephone call with Sheila Block regarding closing submissions (0.3); meeting to discuss legal research for closing submissions and preparing for meeting (0.5); reviewing draft closing submissions (2.3); conducting legal research on contract law issues (0.9); | 4.3 | 3,440.00 | 12467617 |
| Gray | Andrew | 13/07/2014 | drafting and revising post-trial submissions (3.9); reviewing draft submissions on post-petition interest (0.3); | 4.2 | 3,360.00 | 12468058 |
| Gray | Andrew | 14/07/2014 | meetings with Torys lawyers to discuss legal research and conducting and reviewing legal research on allocation issues (1.2); conference call with co-counsel regarding closing submissions (0.5); revising and drafting closing submissions (5.8); reviewing and revising submission on post-petition interest issues (0.3); | 7.8 | 6,240.00 | 12474390 |
| Gray | Andrew | 15/07/2014 | reviewing and discussing materials relating to the settlement of the EMEA claims (0.9); drafting closing submissions (5.3); | 6.2 | 4,960.00 | 12474385 |
| Gray | Andrew | 16/07/2014 | drafting and revising closing submissions (4.3); conducting research on allocation issues (1.2); correspondence and telephone conferences with counsel regarding settlement of the EMEA claims (0.6); | 6.1 | 4,880.00 | 12476625 |
| Gray | Andrew | 17/07/2014 | reviewing submissions on interest issues (.7); discussing same with Adam Slavens (.5); revising post-trial submissions (3.4); | 4.6 | 3,680.00 | 12478142 |
| Gray | Andrew | 18/07/2014 | telephone conference with Adam Slavens and Lisa Schweitzer regarding motion on July 25 and reviewing submissions and legal authorities in preparation for the call (1.2); telephone conference with Inna Rozenberg regarding post-trial briefs and reviewing legal research (.6); meeting with Tom Yeo to discuss research (0.3); revising | 2.9 | 2,320.00 | 12480777 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | draft closing submissions (0.8); | | | |
| Gray | Andrew | 19/07/2014 | drafting legal submissions for trial (1.4); | 1.4 | 1,120.00 | 12480778 |
| Gray | Andrew | 20/07/2014 | working on post-trial submissions (3.1); | 3.1 | 2,480.00 | 12482445 |
| Gray | Andrew | 21/07/2014 | researching and drafting post-trial submissions (6.2); meet with A. Slavens and S. Bomhof to discuss same (.5); | 6.7 | 5,360.00 | 12482466 |
| Gray | Andrew | 22/07/2014 | drafting and revising closing submissions (7.4); conducting legal research on allocation issues (1.2); reviewing submissions on interest issues (0.3); | 8.9 | 7,120.00 | 12484446 |
| Gray | Andrew | 23/07/2014 | drafting and revising post-trial submissions (4.0); conducting legal research relating to allocation issues (1.5); preparing for interest motions (1.0); | 6.5 | 5,200.00 | 12486794 |
| Gray | Andrew | 24/07/2014 | preparing for, participating in and discussing conference call with the US court regarding settlement (1.8); reviewing and revising post-trial submissions and conducting relating legal research on allocation issues (3.4); | 5.2 | 4,160.00 | 12488967 |
| Gray | Andrew | 25/07/2014 | preparing for, attending and reporting on interest motion (7.5); working on post-trial submissions (2.8); | 10.3 | 8,240.00 | 12490221 |
| Gray | Andrew | 26/07/2014 | reviewing and revising post-trial submissions (3.5); | 3.5 | 2,800.00 | 12490223 |
| Gray | Andrew | 27/07/2014 | revising and drafting post-trial submissions (4.3); | 4.3 | 3,440.00 | 12491457 |
| Gray | Andrew | 28/07/2014 | drafting and revising post-trial submissions (2.6); reviewing legal research on intellectual property and insolvency issues in connection with post-trial submissions (0.6); office conference with S. Block regarding preliminary statement (.1); | 3.3 | 2,640.00 | 12494424 |
| Gray | Andrew | 29/07/2014 | drafting post-trial submissions and discussions with Sheila Block and Howard Zelbo regarding same (6.0); | 6.0 | 4,800.00 | 12496436 |
| Gray | Andrew | 30/07/2014 | reviewing, drafting and revising post-trial submissions (6.5); meeting with Adam Slavens to discuss proposed conclusions of law, reviewing draft and email relating to same (1.2); | 7.7 | 6,160.00 | 12498391 |
| Gray | Andrew | 31/07/2014 | drafting and revising post-trial submissions (4.5); | 4.5 | 3,600.00 | 12500395 |
| McCourt | Conor | 10/07/2014 | exchange of e-mails with Andrew Gray regarding IP research and voicemail concerning same (0.2); e-mail to Vanessa Komarnicki regarding IP research (0.2); | 0.4 | 420.00 | 12467185 |
| Slavens | Adam | 11/07/2014 | reviewing summaries of claims trial proceedings; | 3.5 | 2,415.00 | 12468614 |
| Slavens | Adam | 12/07/2014 | reviewing draft submission re determination of post-petition interest; | 0.7 | 483.00 | 12468626 |
| Slavens | Adam | 13/07/2014 | reviewing summaries of claims trial proceedings; | 2.8 | 1,932.00 | 12468620 |
| Slavens | Adam | 14/07/2014 | monitoring claims trial (5.5); preparing summary of same (1.0); | 6.5 | 4,485.00 | 12471735 |
| Slavens | Adam | 15/07/2014 | preparing for motion returnable July 16, 2014; | 1.0 | 690.00 | 12474930 |
| Slavens | Adam | 15/07/2014 | monitoring claims trial (1.8); preparing summary of same (0.8); | 2.6 | 1,794.00 | 12474931 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Slavens | Adam | 15/07/2014 | serving and filing submission on interest issues (1.0); reviewing submissions of core parties on interest issues (2.5); | 3.5 | 2,415.00 | 12474932 |
| Slavens | Adam | 16/07/2014 | attending motion returnable July 16, 2014 (0.5); preparing for same (0.8); | 1.3 | 897.00 | 12476767 |
| Slavens | Adam | 16/07/2014 | monitoring claims trial (4.5); preparing summary of same (0.7); | 5.2 | 3,588.00 | 12476781 |
| Slavens | Adam | 16/07/2014 | reviewing submissions of core parties on interest issues; | 1.7 | 1,173.00 | 12476786 |
| Slavens | Adam | 17/07/2014 | monitoring claims trial (5.8); preparing summary of same (0.9); | 6.7 | 4,623.00 | 12479078 |
| Slavens | Adam | 17/07/2014 | reviewing submissions of core parties on interest issues (1.5); office conference with A. Gray re same (0.5); | 2.0 | 1,380.00 | 12479085 |
| Slavens | Adam | 18/07/2014 | monitoring claims trial (7.7); preparing summary of same (1.0); | 8.7 | 6,003.00 | 12480759 |
| Slavens | Adam | 18/07/2014 | conference call with L. Schweitzer, K. Dandelet and A. Gray re submissions of core parties on interest issues; | 0.5 | 345.00 | 12480760 |
| Slavens | Adam | 21/07/2014 | monitoring claims trial (7.4); preparing summary of same (0.8); telephone call with H. Zelbo re same (0.2); meet with S. Bomhof and A. Gray to discuss post-petition interest motion (.5); | 8.9 | 6,141.00 | 12482952 |
| Slavens | Adam | 22/07/2014 | monitoring claims trial (2.7); preparing summary of same (0.7); | 3.4 | 2,346.00 | 12484689 |
| Slavens | Adam | 22/07/2014 | drafting Canadian law section of post-trial brief; | 2.0 | 1,380.00 | 12484691 |
| Slavens | Adam | 22/07/2014 | reviewing submissions of core parties on interest issues; | 1.0 | 690.00 | 12484694 |
| Slavens | Adam | 23/07/2014 | drafting Canadian law section of post-trial brief; | 2.6 | 1,794.00 | 12487147 |
| Slavens | Adam | 23/07/2014 | reviewing submissions of core parties on interest issues; | 1.5 | 1,035.00 | 12487149 |
| Slavens | Adam | 23/07/2014 | reviewing evidence re case; | 6.0 | 4,140.00 | 12487151 |
| Slavens | Adam | 24/07/2014 | judicial teleconference; | 0.6 | 414.00 | 12489256 |
| Slavens | Adam | 24/07/2014 | drafting Canadian law section of post-trial brief; | 3.4 | 2,346.00 | 12489257 |
| Slavens | Adam | 24/07/2014 | reviewing evidence re case (2.7); preparing reporting email to working group re same (0.9); | 3.6 | 2,484.00 | 12489262 |
| Slavens | Adam | 24/07/2014 | reviewing materials re post-petition interest settlement (0.5); office conference with S. Bomhof re same (0.2); email correspondence with working group re same (0.5); telephone call with commercial list office re same (0.1); | 1.3 | 897.00 | 12489273 |
| Slavens | Adam | 25/07/2014 | post-petition interest hearing (3.5); email correspondence with working group re same (0.5); | 4.0 | 2,760.00 | 12492058 |
| Slavens | Adam | 28/07/2014 | preparing Canadian law sections of post-trial brief; | 1.5 | 1,035.00 | 12496365 |
| Slavens | Adam | 29/07/2014 | preparing Canadian law sections of post-trial brief; | 5.0 | 3,450.00 | 12498535 |
| Slavens | Adam | 30/07/2014 | preparing Canadian law sections of post-trial brief (7.0); meet with A. Gray regarding same (.3); meet with S. Block regarding closing submission (.4); | 7.7 | 5,313.00 | 12498949 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 31/07/2014 | preparing Canadian law sections of post-trial brief (8.8); meet with F. House to discuss research relating to post-trial brief (.5); | 9.3 | 6,417.00 | 12501244 |
| House | Frazer | 23/07/2014 | locating legal research regarding ownership issues for A.Gray; | 0.2 | 72.00 | 12486770 |
| House | Frazer | 31/07/2014 | meeting with A.Slavens to discuss research assignment related to post-trial brief; | 0.5 | 180.00 | 12500547 |
| Block | Sheila R. | 02/07/2014 | preparation for argument, summary of evidence; | 7.0 | 7,350.00 | 12456275 |
| Block | Sheila R. | 03/07/2014 | preparation for argument, summarizing evidence (3.0); further preparation for argument and summaries (3.30) | 6.3 | 6,615.00 | 12456288 |
| Block | Sheila R. | 07/07/2014 | preparation for argument; reviewing evidence; | 1.0 | 1,050.00 | 12462595 |
| Block | Sheila R. | 08/07/2014 | preparation for argument; summarizing evidence; | 3.0 | 3,150.00 | 12462591 |
| Block | Sheila R. | 09/07/2014 | revising and preparing evidence summaries; | 6.5 | 6,825.00 | 12462597 |
| Block | Sheila R. | 11/07/2014 | reviewing preliminary statement; office conference with Andrew Gray and Howard Zelbo regarding revisions, office conference with Howard Zelbo regarding memorandum of law and regarding MRDA section, and telephone call with Andrew Gray regarding same (1.2); reviewing law memorandum and comments (2.0); reviewing witness summaries (0.4); | 3.6 | 3,780.00 | 12467371 |
| Block | Sheila R. | 14/07/2014 | reviewing revisions to written argument; | 0.5 | 525.00 | 12475210 |
| Block | Sheila R. | 16/07/2014 | reviewing section of written argument and revisions; | 1.0 | 1,050.00 | 12475256 |
| Block | Sheila R. | 21/07/2014 | reviewing draft argument on contract law; revisions; office conference with Andrew Gray regarding same; | 2.0 | 2,100.00 | 12481538 |
| Block | Sheila R. | 22/07/2014 | reviewing law regarding fiduciary duty and email to Andrew Gray regarding same (0.5); reviewing contract interpretation section of draft agreement (2.3); further review of draft agreement (0.3); | 3.1 | 3,255.00 | 12489807 |
| Block | Sheila R. | 23/07/2014 | email to Cleary regarding IRS/CRA settlement issues (0.4); revising draft argument sections (2.3); | 2.7 | 2,835.00 | 12489822 |
| Block | Sheila R. | 24/07/2014 | emails and telephone calls with Cleary and telephone call with Andrew Gray regarding settlement conference and July 25 hearing, reviewing draft agreement and further email (1.0); reviewing edits to part of written argument (0.4); | 1.4 | 1,470.00 | 12489839 |
| Block | Sheila R. | 25/07/2014 | review proposed draft of findings of fact; | 3.0 | 3,150.00 | 12492153 |
| Block | Sheila R. | 28/07/2014 | revisions to preliminary statement. office conference with Andrew Gray regarding same and reviewing correspondence from Cleary regarding same (2.0); reviewing draft of factual information section (0.8); | 2.8 | 2,940.00 | 12493165 |
| Block | Sheila R. | 29/07/2014 | reviewing revisions to contract interpretation section (1.0); office conference regarding same with Andrew Gray and re actual findings, telephone call with Jeff Rosenthal re same (1.0); reviewing transcript of July 25, 2014 (0.4); office conference with Andrew Gray re structure of argument (0.2); | 2.6 | 2,730.00 | 12496929 |
| Block | Sheila R. | 30/07/2014 | reviewing full first draft of agreement; | 6.0 | 6,300.00 | 12498637 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Block | Sheila R. | 30/07/2014 | drafting closing submissions and revising same (1.2); meet with Adam Slavens regarding same (.4); | 1.6 | 1,680.00 | 12498638 |
| Block | Sheila R. | 30/07/2014 | reviewing senate report; email to Andrew Gray regarding same regarding submissions; | 0.5 | 525.00 | 12498640 |
| Block | Sheila R. | 31/07/2014 | reviewing trial evidence (2.0); reviewing further draft of argument and memorandum regarding same (5.5); reviewing conclusions of law (1.5); | 9.0 | 9,450.00 | 12502180 |
| DeMarinis | Tony | 04/07/2014 | review of trial and go forward planning and consideration. | 1.8 | 1,890.00 | 12457934 |
| DeMarinis | Tony | 10/07/2014 | review and consideration of EMEA claims resolution in Canadian proceedings and relation to allocation matters; | 2.5 | 2,625.00 | 12469019 |
| DeMarinis | Tony | 14/07/2014 | organizing and reviewing cumulative trial materials; | 1.4 | 1,470.00 | 12471976 |
| DeMarinis | Tony | 14/07/2014 | reading counsel exchanges and associated documents; | 1.0 | 1,050.00 | 12471978 |
| DeMarinis | Tony | 15/07/2014 | review of Canada debtor/monitor materials (factum, authorities) in relation to joint hearing on bondholder claims, and related documents and materials; | 2.3 | 2,415.00 | 12474860 |
| DeMarinis | Tony | 15/07/2014 | Canadian law analysis in re submissions of parties with respect to crossover claims and other bondholder issues; | 2.5 | 2,625.00 | 12474861 |
| Blake | Maureen | 15/07/2014 | review trial transcripts with hyperlinked exhibits and organize same in the workspace (1.5); work through creating a single pdf of all of the trial transcripts for searching purposed (1.2): | 2.7 | 1,174.50 | 12474194 |
| Blake | Maureen | 17/07/2014 | discussion regarding the status of the consolidated pdf of all of the trial transcripts and discuss with A. Slavens (.5); | 0.5 | 217.50 | 12478225 |
| Blake | Maureen | 18/07/2014 | review consolidated pdf of all trial transcripts and run test searches and draft email to Torys' team regarding same (.7) | 0.7 | 304.50 | 12478231 |
| Gray | William | 01/07/2014 | work on trial summaries | 0.5 | 472.50 | 12451566 |
| Gray | William | 03/07/2014 | Trial review | 0.7 | 661.50 | 12465557 |
| Gray | William | 09/07/2014 | Review discussions regarding settlement perimeters | 0.9 | 850.50 | 12465561 |
| Gray | William | 10/07/2014 | Review trial summaries (.8); review settlement issues (.6) | 1.4 | 1,323.00 | 12465565 |
| Gray | William | 11/07/2014 | Review trial summaries; conference regarding settlement parameters | 1.4 | 1,323.00 | 12473232 |
| Gray | William | 14/07/2014 | Review trial summaries (.6); work on settlement issues (.6) | 1.2 | 1,134.00 | 12477188 |
| Gray | William | 15/07/2014 | Review trial summaries | 0.7 | 661.50 | 12477197 |
| Gray | William | 17/07/2014 | Review trial summaries | 0.3 | 283.50 | 12477206 |
| Gray | William | 22/07/2014 | Work on issues regarding post-petition interest research | 0.5 | 472.50 | 12490735 |
| Gray | William | 23/07/2014 | Conference call with S. Bomhof regarding litigation update (.3); review filings (.7) | 1.0 | 945.00 | 12490740 |
| Gray | William | 24/07/2014 | Trial research updates (1.2); conference with S. Bomhof (.3); review post-petition interest issues (.7) | 2.2 | 2,079.00 | 12490744 |
| Gray | William | 25/07/2014 | Review PPI settlement motion and review court | 1.7 | 1,606.50 | 12490746 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | filings (1.4); conference with S. Bomhof regarding the same (.3) | | | |
| Gray | William | 28/07/2014 | Review post-petition interest briefing (.4); review issues regarding court filings and court transcripts (.8) | 1.2 | 1,134.00 | 12500540 |
| Gray | William | 29/07/2014 | Conference with S. Bomhof regarding court updates (.4); legal research regarding post-trial briefings (.8) | 1.2 | 1,134.00 | 12500554 |
| Bauer | Alison D. | 10/07/2014 | attention to interest issues | 0.4 | 326.00 | 12466388 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/07/2014 | research regarding Canadian legal issues related to allocation; | 3.1 | 2,790.00 | 12457121 |
| Bomhof | Scott A. | 12/07/2014 | Research on issues related to valuation for closing brief; | 2.5 | 2,250.00 | 12479482 |
| Bomhof | Scott A. | 21/07/2014 | research regarding CCAA case law on post-petition interest; | 2.3 | 2,070.00 | 12481587 |
| Bomhof | Scott A. | 22/07/2014 | research regarding Canadian legal issues related to post-petition interest; | 1.8 | 1,620.00 | 12486222 |
| Bomhof | Scott A. | 24/07/2014 | research on treatment of post-petition interest under Canadian law (1.7); call with M. Frazer regarding same (.3); | 2.0 | 1,800.00 | 12487737 |
| Bomhof | Scott A. | 30/07/2014 | research related to use of fair market value in Canadian insolvency proceedings; | 2.0 | 1,800.00 | 12499411 |
| Yeo | Thomas | 25/07/2014 | reviewing memo re: split of legal and beneficial ownership; | 0.2 | 163.00 | 12492228 |
| Frazer | Mitch | 24/07/2014 | having call with Scott Bomhof to discuss interest rates question (0.3); preparing for same (0.2); | 0.5 | 450.00 | 12487705 |
| Slavens | Adam | 10/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest; | 1.4 | 966.00 | 12468888 |
| Slavens | Adam | 12/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest; | 4.9 | 3,381.00 | 12468618 |
| Slavens | Adam | 13/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest; | 3.0 | 2,070.00 | 12468627 |
| Slavens | Adam | 13/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest; | 0.6 | 414.00 | 12470654 |
| Slavens | Adam | 14/07/2014 | conducting Canadian legal research re post-trial brief; | 2.5 | 1,725.00 | 12471739 |
| Slavens | Adam | 16/07/2014 | conducting Canadian legal research re post-trial brief; | 3.5 | 2,415.00 | 12476771 |
| Slavens | Adam | 17/07/2014 | conducting Canadian legal research re post-trial brief; | 3.0 | 2,070.00 | 12479081 |
| Slavens | Adam | 18/07/2014 | conducting Canadian legal research re post-trial brief; | 2.2 | 1,518.00 | 12480761 |
| Slavens | Adam | 20/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest; | 2.6 | 1,794.00 | 12480762 |
| Slavens | Adam | 20/07/2014 | conducting Canadian legal research re post-trial brief; | 2.4 | 1,656.00 | 12480767 |
| Slavens | Adam | 21/07/2014 | conducting Canadian legal research re post-trial brief; | 2.5 | 1,725.00 | 12482954 |
| Slavens | Adam | 21/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest; | 0.5 | 345.00 | 12482955 |
| Slavens | Adam | 22/07/2014 | conducting Canadian legal research re post-trial brief; | 2.6 | 1,794.00 | 12484692 |
| Slavens | Adam | 22/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest; | 1.1 | 759.00 | 12484693 |
| Slavens | Adam | 23/07/2014 | conducting Canadian legal research re post-trial brief; | 0.5 | 345.00 | 12487148 |
| Slavens | Adam | 23/07/2014 | conducting Canadian legal research on matters | 2.5 | 1,725.00 | 12487150 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | related to the determination of post-petition interest (1.0); preparing memorandum re same (1.5); | | | |
| Slavens | Adam | 24/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest (0.5); preparing memorandum re same (3.5); | 4.0 | 2,760.00 | 12489265 |
| Slavens | Adam | 25/07/2014 | conducting Canadian legal research on matters related to the determination of post-petition interest (1.0); email correspondence with S. Bomhof re same (0.5); | 1.5 | 1,035.00 | 12492059 |
| Slavens | Adam | 25/07/2014 | conducting Canadian legal research for Canadian law section of post-trial brief; | 2.7 | 1,863.00 | 12492062 |
| Slavens | Adam | 26/07/2014 | conducting Canadian legal research for Canadian law section of post-trial brief; | 3.2 | 2,208.00 | 12492063 |
| Slavens | Adam | 28/07/2014 | conducting Canadian legal research on intellectual property ownership issues, CCAA issues and contract law issues for post-trial brief; | 4.7 | 3,243.00 | 12496362 |
| Slavens | Adam | 28/07/2014 | conducting Canadian legal research on jurisdiction of CCAA courts; | 3.0 | 2,070.00 | 12496366 |
| Slavens | Adam | 30/07/2014 | conducting Canadian legal research on jurisdiction of CCAA courts; | 0.4 | 276.00 | 12498945 |
| Peterson | Alexandra | 11/07/2014 | meeting with Andrew Gray and Vanessa Komarnicki re intellectual property research questions (0.9); researching intellectual property issues for closing submissions (1.0); | 1.9 | 1,178.00 | 12468458 |
| Peterson | Alexandra | 14/07/2014 | researching legal issue for closing submissions regarding transferring rights in a patent; | 2.0 | 1,240.00 | 12471117 |
| Peterson | Alexandra | 16/07/2014 | researching legal issue for closing submissions regarding transferring rights in a patent; | 2.5 | 1,550.00 | 12475839 |
| Peterson | Alexandra | 17/07/2014 | researching legal issue for closing submissions regarding transferring rights in a patent; | 1.6 | 992.00 | 12477878 |
| Peterson | Alexandra | 18/07/2014 | researching legal issue for closing submissions regarding transferring rights in a patent; | 2.7 | 1,674.00 | 12478427 |
| Peterson | Alexandra | 19/07/2014 | researching legal issue for closing submissions regarding transferring rights in a patent; | 4.2 | 2,604.00 | 12479170 |
| Peterson | Alexandra | 20/07/2014 | researching legal issue for closing submissions regarding transferring rights in a patent; | 3.1 | 1,922.00 | 12480346 |
| House | Frazer | 30/07/2014 | correspondence with A.Slavens regarding new research assignment; | 0.2 | 72.00 | 12498629 |
| Laskin | Aria | 03/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 3.0 | 570.00 | 12455530 |
| Laskin | Aria | 03/07/2014 | attending meeting to discuss post-closing submissions; | 0.8 | 152.00 | 12456505 |
| Laskin | Aria | 10/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 2.1 | 399.00 | 12466128 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Laskin | Aria | 11/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 7.6 | 1,444.00 | 12466679 |
| Laskin | Aria | 14/07/2014 | preparing for and attending meeting regarding post-closing contract submissions; | 0.5 | 95.00 | 12471338 |
| Laskin | Aria | 15/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 0.9 | 171.00 | 12472634 |
| Laskin | Aria | 16/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 4.5 | 855.00 | 12475134 |
| Laskin | Aria | 17/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 5.8 | 1,102.00 | 12476297 |
| Laskin | Aria | 21/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 5.1 | 969.00 | 12482174 |
| Laskin | Aria | 23/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 0.3 | 57.00 | 12486707 |
| Laskin | Aria | 24/07/2014 | conducting research for closing submissions regarding the MRDA, contract interpretation and license ownership; | 2.8 | 532.00 | 12488827 |
| Komarnicki | Vanessa | 11/07/2014 | meeting with Andrew Gray and Alexandra Peterson to discuss IP research for closing submissions; | 0.9 | 324.00 | 12467039 |
| Komarnicki | Vanessa | 11/07/2014 | conducting research for closing submissions regarding valuation of intellectual property and standing of licensee; | 2.2 | 792.00 | 12467464 |
| Komarnicki | Vanessa | 15/07/2014 | conducting research for closing submissions regarding valuation of intellectual property and standing of licensee; | 4.2 | 1,512.00 | 12474307 |
| Komarnicki | Vanessa | 16/07/2014 | conducting research for closing submissions regarding valuation of intellectual property and standing of licensee; | 8.5 | 3,060.00 | 12476181 |
| Komarnicki | Vanessa | 17/07/2014 | conducting research for closing submissions regarding valuation of intellectual property and standing of licensee; | 7.2 | 2,592.00 | 12478111 |
| Komarnicki | Vanessa | 18/07/2014 | conducting research for closing submissions regarding valuation of intellectual property and standing of licensee; | 8.5 | 3,060.00 | 12479122 |
| Komarnicki | Vanessa | 19/07/2014 | conducting research for closing submissions regarding valuation of intellectual property and standing of licensee; | 5.4 | 1,944.00 | 12479187 |
| Komarnicki | Vanessa | 20/07/2014 | conducting research for closing submissions regarding valuation of intellectual property and standing of licensee; | 2.6 | 936.00 | 12480351 |
| Komarnicki | Vanessa | 21/07/2014 | conducting research for closing submissions regarding valuation of intellectual property and standing of licensee; | 3.0 | 1,080.00 | 12482169 |
| DeMarinis | Tony | 02/07/2014 | analysis in connection with claims valuation issues; | 1.0 | 1,050.00 | 12454112 |
| DeMarinis | Tony | 04/07/2014 | analysis and legal review in relation to issues before the court; | 2.5 | 2,625.00 | 12457933 |
| DeMarinis | Tony | 07/07/2014 | consideration of claims matters and positions of parties; | 1.5 | 1,575.00 | 12459667 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| DeMarinis | Tony | 08/07/2014 | consideration of claims developments in Canadian proceedings and related issues; | 1.5 | 1,575.00 | 12461495 |
| DeMarinis | Tony | 09/07/2014 | analysis and consideration regarding Canadian claims and EMEA resolution (1.5); review of related documents and materials (1.0); | 2.5 | 2,625.00 | 12464160 |
| DeMarinis | Tony | 10/07/2014 | legal analysis and review regarding claims in the Canadian proceedings; | 2.8 | 2,940.00 | 12469018 |
| Watt | Nicholas | 16/07/2014 | library research re case law (A. Laskin) ; | 0.8 | 312.00 | 12476591 |
| Holtz | Nairne | 15/07/2014 | Searching for cases and commentary on choice of law in the context of a patent license (V.Komarnicki) ; | 3.0 | 1,170.00 | 12474449 |
| Holtz | Nairne | 16/07/2014 | searching for cases dealing with the valuation of patents in a bankruptcy context (V.Komarnicki) ; | 3.0 | 1,170.00 | 12474926 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 07/07/2014 | reviewing CCAA motion record with respect to French Commercial Court proceedings and French employee proceedings; | 0.6 | 540.00 | 12459220 |
| DeMarinis | Tony | 03/07/2014 | engaged in assessment of Canadian claims matters and procedural considerations; | 1.1 | 1,155.00 | 12455171 |
| DeMarinis | Tony | 07/07/2014 | review and analysis in connection with proceedings, and cumulative court documents; | 2.5 | 2,625.00 | 12459666 |
| DeMarinis | Tony | 08/07/2014 | monitoring Canadian proceedings and developments on EMEA claims; | 2.0 | 2,100.00 | 12461494 |
| DeMarinis | Tony | 09/07/2014 | review of available information relating to Canadian claims order and claims proving; | 1.6 | 1,680.00 | 12464161 |