# **EXHIBIT B**

**Nortel**
**July 2014 Disbursements**

| | | | | |
|---|---|---|---:|---|
| 271 | Process Server Filing | 7/14/2014 | $ 32.80 | filing notice of filing in the U.S. Debtors' Chapter 11 cases of the U.S. Debtors' submission on the interest issues and affidavit of Adam Slavens; |
| 303 | Taxi & Travel | 7/24/2014 | 27.61 | Taxi & Travel Slavens, Adam; Taxi/Car Service - home Nortel telephonic court hearing |
| 803 | Taxi & Travel | 7/25/2014 | 10.39 | Taxi & Travel DIAMOND TAXI, Date: 25/07/2014, Chit#3347261 |
| | | | $ 38.00 | |
| 308 | Agents Fees | 7/8/2014 | 93.72 | Agents Fees - - VENDOR: SHRED-IT INTERNATIONAL INC. Marc Gignac- Professional services rendered- SHRED ON-SITE |
| 308 | Agents Fees | 7/8/2014 | 203.37 | Agents Fees - - VENDOR: SHRED-IT INTERNATIONAL INC. Marc Gignac- Professional services rendered- SHRED ON-SITE |
| 308 | Agents Fees | 7/8/2014 | 203.37 | Agents Fees - - VENDOR: SHRED-IT INTERNATIONAL INC. Marc Gignac- Professional services rendered- SHRED ON-SITE |
| 308 | Agents Fees | 7/8/2014 | 93.72 | Agents Fees - - VENDOR: SHRED-IT INTERNATIONAL INC. Marc Gignac- Professional Services rendered- SHRED ON-SITE |
| | | | $ 594.18 | |
| 375 | Miscellaneous | 7/4/2014 | 364.38 | Miscellaneous Bernabe, Marivi; Network Connectivity Rogers - 7-0986-5646 - Cleary Mobile internet hub |
| 375 | Miscellaneous | 7/9/2014 | 11,250.03 | Miscellaneous - - VENDOR: Toronto-Dominion Centre Leaseholds Limited Overtime HVAC May2014 |
| | | | $ 11,614.41 | |
| 499 | Copies | 7/2/2014 | (829.28) | Copies Bernabe, Marivi; Copies Credit for toners returned from 123inkcartridges |
| 499 | Copies | 7/15/2014 | (257.13) | Copies Bernabe, Marivi; Copies Cleary - credit for returned toners from CDW |
| 499 | Copies | 7/16/2014 | (78.20) | Copies Bernabe, Marivi; Copies Cleary - credit for returned toners from CDW |
| 499 | Copies | 7/16/2014 | (2,553.26) | Copies Bernabe, Marivi; Copies Cleary - Credit for returned toners from CDW |
| 499 | Copies | 7/17/2014 | (257.13) | Copies Bernabe, Marivi; Copies Cleary - credit for returned toners from CDW |
| 499 | Copies | 7/22/2014 | (699.38) | Copies Bernabe, Marivi; Copies Cleary - credit for returned toners from CDW |
| | | | -$ 4,674.38 | |
| 800 | Telephone Call | 7/21/2014 | 0.31 | Telephone Call Global Crossing, Inv # 19085383 SLAVENS, ADAM |
| 800 | Telephone Call | 7/29/2014 | 0.33 | Telephone Call 12122252086 - New York, NY - Time: 17:22 - Dur: 6.87 |
| 4800 | Telephone | 7/3/2014 | 0.05 | Telephone 13023519377 - Wilmington, DE - Time: 10:53 - Dur: 1.77 |
| 4800 | Telephone | 7/23/2014 | 0.03 | Telephone 19058428954 - Oakville, ON - Time: 15:48 - Dur: 0.35 |
| 4800 | Telephone | 7/25/2014 | 0.10 | Telephone 13026589200 - Wilmington, DE - Time: 14:57 - Dur: 3.10 |
| | | | $ 0.82 | |

| | | | |
|---|---|---:|---|
| 807 Meals | 7/17/2014 | 83.11 | Meals |
| | | | Meals- Breakfast (6)  Jun 20 2014, A. Slavens/Cleary (O&B) |
| 807 Meals | 7/17/2014 | 119.14 | Meals |
| | | | Meals- Breakfast (8)  Jun 23 2014, A. Slavens/Cleary (O&B) |
| 807 Meals | 7/17/2014 | 115.91 | Meals |
| | | | Meals- Breakfast (8)  Jun 24 2014, A. Slavens/Cleary (O&B) |
| 807 Meals | 7/17/2014 | 112.91 | Meals |
| | | | Meals- Breakfast (8)  Jun 25 2014, A. Slavens/Cleary (O&B) |
| 807 Meals | 7/17/2014 | 35.78 | Meals |
| | | | Meals- Lunch (4)  Jun 19 2014, A. Slavens/Cleary |
| 807 Meals | 7/17/2014 | 602.39 | Meals |
| | | | Meals- Trial Snacks May 27 2014, A. Slavens/Cleary (Sysco) |
| | | **$ 1,069.24** | |
| 801 Copies | 7/8/2014 | 0.10 | Copies |
| 801 Copies | 7/9/2014 | 0.60 | Copies |
| 801 Copies | 7/15/2014 | 0.60 | Copies |
| 801 Copies | 7/15/2014 | 0.40 | Copies |
| 801 Copies | 7/16/2014 | 51.90 | Copies |
| 801 Copies | 7/17/2014 | 25.90 | Copies |
| 801 Copies | 7/22/2014 | 16.20 | Copies |
| 801 Copies | 7/23/2014 | 52.40 | Copies |
| 801 Copies | 7/25/2014 | 28.00 | Copies |
| 801 Copies | 7/30/2014 | 0.20 | Copies |
| 801 Copies | 7/31/2014 | 2.50 | Copies |
| 808 Laser Printing | 7/1/2014 | 1.30 | Laser Printing |
| 808 Laser Printing | 7/2/2014 | 7.10 | Laser Printing |
| 808 Laser Printing | 7/2/2014 | 8.60 | Laser Printing |
| 808 Laser Printing | 7/2/2014 | 18.40 | Laser Printing |
| 808 Laser Printing | 7/3/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 7/3/2014 | 16.70 | Laser Printing |
| 808 Laser Printing | 7/3/2014 | 15.40 | Laser Printing |
| 808 Laser Printing | 7/4/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 7/7/2014 | 24.40 | Laser Printing |
| 808 Laser Printing | 7/7/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 7/8/2014 | 1.50 | Laser Printing |
| 808 Laser Printing | 7/8/2014 | 10.70 | Laser Printing |
| 808 Laser Printing | 7/8/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 7/9/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 7/9/2014 | 3.10 | Laser Printing |
| 808 Laser Printing | 7/9/2014 | 8.70 | Laser Printing |
| 808 Laser Printing | 7/10/2014 | 1.70 | Laser Printing |
| 808 Laser Printing | 7/10/2014 | 5.60 | Laser Printing |
| 808 Laser Printing | 7/11/2014 | 14.90 | Laser Printing |
| 808 Laser Printing | 7/11/2014 | 5.00 | Laser Printing |
| 808 Laser Printing | 7/11/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 7/13/2014 | 2.10 | Laser Printing |
| 808 Laser Printing | 7/14/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 7/14/2014 | 4.00 | Laser Printing |
| 808 Laser Printing | 7/14/2014 | 6.90 | Laser Printing |
| 808 Laser Printing | 7/15/2014 | 2.20 | Laser Printing |
| 808 Laser Printing | 7/15/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 7/15/2014 | 19.10 | Laser Printing |
| 808 Laser Printing | 7/16/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 7/16/2014 | 11.30 | Laser Printing |
| 808 Laser Printing | 7/16/2014 | 3.90 | Laser Printing |
| 808 Laser Printing | 7/16/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 7/16/2014 | 3.30 | Laser Printing |
| 808 Laser Printing | 7/16/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 7/16/2014 | 30.10 | Laser Printing |
| 808 Laser Printing | 7/17/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 7/17/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 7/17/2014 | 80.10 | Laser Printing |
| 808 Laser Printing | 7/18/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 7/18/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 7/18/2014 | 6.10 | Laser Printing |

**Nortel**
**July 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 7/21/2014 | 2.80 | Laser Printing |
| 808 Laser Printing | 7/21/2014 | 25.00 | Laser Printing |
| 808 Laser Printing | 7/21/2014 | 12.90 | Laser Printing |
| 808 Laser Printing | 7/21/2014 | 1.30 | Laser Printing |
| 808 Laser Printing | 7/21/2014 | 49.20 | Laser Printing |
| 808 Laser Printing | 7/22/2014 | 4.50 | Laser Printing |
| 808 Laser Printing | 7/22/2014 | 23.50 | Laser Printing |
| 808 Laser Printing | 7/22/2014 | 22.70 | Laser Printing |
| 808 Laser Printing | 7/22/2014 | 52.70 | Laser Printing |
| 808 Laser Printing | 7/23/2014 | 9.80 | Laser Printing |
| 808 Laser Printing | 7/23/2014 | 50.60 | Laser Printing |
| 808 Laser Printing | 7/23/2014 | 8.70 | Laser Printing |
| 808 Laser Printing | 7/23/2014 | 4.40 | Laser Printing |
| 808 Laser Printing | 7/23/2014 | 3.20 | Laser Printing |
| 808 Laser Printing | 7/24/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 7/24/2014 | 13.80 | Laser Printing |
| 808 Laser Printing | 7/24/2014 | 10.00 | Laser Printing |
| 808 Laser Printing | 7/24/2014 | 8.90 | Laser Printing |
| 808 Laser Printing | 7/25/2014 | 3.00 | Laser Printing |
| 808 Laser Printing | 7/25/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 7/25/2014 | 22.30 | Laser Printing |
| 808 Laser Printing | 7/25/2014 | 3.20 | Laser Printing |
| 808 Laser Printing | 7/25/2014 | 70.20 | Laser Printing |
| 808 Laser Printing | 7/25/2014 | 10.20 | Laser Printing |
| 808 Laser Printing | 7/27/2014 | 10.10 | Laser Printing |
| 808 Laser Printing | 7/28/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 7/28/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 7/28/2014 | 6.40 | Laser Printing |
| 808 Laser Printing | 7/28/2014 | 4.10 | Laser Printing |
| 808 Laser Printing | 7/28/2014 | 6.30 | Laser Printing |
| 808 Laser Printing | 7/29/2014 | 4.90 | Laser Printing |
| 808 Laser Printing | 7/29/2014 | 7.70 | Laser Printing |
| 808 Laser Printing | 7/29/2014 | 1.50 | Laser Printing |
| 808 Laser Printing | 7/30/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 7/30/2014 | 31.70 | Laser Printing |
| 808 Laser Printing | 7/30/2014 | 37.90 | Laser Printing |
| 808 Laser Printing | 7/30/2014 | 5.40 | Laser Printing |
| 808 Laser Printing | 7/31/2014 | 42.40 | Laser Printing |
| 808 Laser Printing | 7/31/2014 | 1.20 | Laser Printing |
| 808 Laser Printing | 7/31/2014 | 42.30 | Laser Printing |
| 808 Laser Printing | 7/31/2014 | 14.00 | Laser Printing |
| 4808 Laser Printing | 7/2/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 7/7/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 7/7/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 7/8/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 7/8/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 7/8/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 7/8/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 7/9/2014 | 1.90 | Laser Printing |
| 4808 Laser Printing | 7/9/2014 | 2.40 | Laser Printing |
| 4808 Laser Printing | 7/9/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 7/9/2014 | 1.30 | Laser Printing |
| 4808 Laser Printing | 7/9/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 7/9/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 7/9/2014 | 1.20 | Laser Printing |
| 4808 Laser Printing | 7/9/2014 | 1.20 | Laser Printing |
| 4808 Laser Printing | 7/10/2014 | 3.00 | Laser Printing |
| 4808 Laser Printing | 7/10/2014 | 2.60 | Laser Printing |
| 4808 Laser Printing | 7/11/2014 | 1.00 | Laser Printing |
| 4808 Laser Printing | 7/11/2014 | 1.00 | Laser Printing |
| 4808 Laser Printing | 7/11/2014 | 1.00 | Laser Printing |
| 4808 Laser Printing | 7/23/2014 | 1.00 | Laser Printing |
| 4808 Laser Printing | 7/24/2014 | 1.00 | Laser Printing |
| 4808 Laser Printing | 7/28/2014 | 0.20 | Laser Printing |
| | | **$ 1,156.70** | |
| | | | |
| 811 Binding Charges | 7/16/2014 | 5.62 | Binding Charges |
| | | | Jul-16-14, C Palladina, Binding Charges, x2, |

**Nortel**
**July 2014 Disbursements**

| | | | | |
|---|---|---|---:|---|
| 811 Binding Charges | | 7/23/2014 | 8.43 | EB/JS Binding Charges |
| | | | | Jul-23-14, C Pellegreeni, Binding Charges, x3, RD |
| 844 Exhibit Tabs | | 7/16/2014 | 4.69 | Exhibit Tabs |
| | | | | Jul-16-14, C Palladina, Exhibit Tabs, x20, EB/JS |
| 844 Exhibit Tabs | | 7/23/2014 | 5.62 | Exhibit Tabs |
| | | | | Jul-23-14, C Pellegreeni, Exhibit Tabs, x24, RD |
| | | **$** | **24.36** | |
| | | | | |
| 822 Courier | | 7/2/2014 | 70.16 | Courier |
| | | | | From One Liberty Plaza, 38TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | | 7/2/2014 | 215.41 | Courier |
| | | | | From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | | 7/2/2014 | 47.70 | Courier |
| | | | | From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | | 7/2/2014 | 75.16 | Courier |
| | | | | From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | | 7/3/2014 | 49.29 | Courier |
| | | | | From One Liberty Plaza, 34TH FLOOR to Clearly Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#100982 |
| | | **$** | **457.72** | |
| | | | | |
| 883 On Line Research Charges -WestlaweCarswell Excl. | | 7/17/2014 | 74.98 | On Line Research Charges -WestlaweCarswell Excl. |
| 885 On Line Research Charges - Quicklaw | | 7/14/2014 | 41.71 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 7/15/2014 | 138.00 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 7/16/2014 | 87.50 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | | 7/21/2014 | 2.50 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/3/2014 | 161.20 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/11/2014 | 163.07 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/11/2014 | 570.19 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/14/2014 | 16.87 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/15/2014 | 118.56 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/15/2014 | 33.74 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/15/2014 | 67.48 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/16/2014 | 112.46 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/16/2014 | 61.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/16/2014 | 1,541.69 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/16/2014 | 320.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/16/2014 | 33.74 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/17/2014 | 354.26 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/17/2014 | 499.53 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/17/2014 | 649.48 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/17/2014 | 50.61 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/18/2014 | 189.31 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/18/2014 | 150.89 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/18/2014 | 33.74 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/19/2014 | 61.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/19/2014 | 84.35 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/20/2014 | 16.87 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/21/2014 | 37.49 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/21/2014 | 292.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/24/2014 | 50.61 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/24/2014 | 84.82 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/28/2014 | 108.72 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | | 7/31/2014 | 66.03 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$** | **6,277.05** | |
| | | | | |
| 954 Copy Preparation | | 7/18/2014 | 9.37 | Copy Preparation labour; |

**Nortel**
**July 2014 Disbursements**

| | | | | |
|---|---|---|---|---|
| 954 | Copy Preparation | 7/31/2014 | 9.17 | Jul-18-14, M Miller, Hand Labour, 15 min., /JS Copy Preparation labour; Jul-31-14, D Roeleve, Hand Labour, 15 min., /TW |
| | | | **$ 18.54** | |
| 1401 | Hardware - Project Management | 7/16/2014 | (742.59) | Hardware - Project Management Bernabe, Marivi; Hardware Cleary - credit for pc hardware rental from Vernon Technologies |
| 1401 | Hardware - Project Management | 7/25/2014 | (678.27) | Hardware - Project Management Bernabe, Marivi; Hardware Cleary - credit for returned pc rentals from Vernon Technologies |
| | | | **-$ 1,420.86** | |
| | | | **$ 15,188.58** | |