# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2014 through July 31, 2014

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Transcripts | | $193.60 |
| Photos/Art/ Spec Duplicating | Out of Office | 369.19 |
| Meals | | 8,204.04 |
| Messenger Services | | 39.00 |
| Courier/Delivery Service | | 515.93 |
| Computer Research | Westlaw | 978.38 |
| Special Supplies | | 4,617.72 |
| In-House Duplicating | | 641.90 |
| Conference Calls | | 3,771.88 |
| **Total of Expenses** | | **$19,331.64** |

Nortel Networks, Inc.     Case 09-10138-MEW    Doc 14275-3    Filed 08/26/14    Page 2 of 8     INVOICE# ******
63989-DIP            PRO FORMA 357170           AS OF 07/31/14
DATE: 08/26/14 12:29:12

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1170871 | 07/24/14 | B | 193.60 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPT - 7/24/14 | 506 | 904 | 203220 |
| 1162896 | 07/01/14 | B | 190.30 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, EXPANDABLE ENVELOPE, POSTAGE, HAND DELIVERY - 7/1/14 | 510 | 546 | 202875 |
| 1174556 | 07/31/14 | B | 178.89 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE - 7/31/14 | 510 | 684 | 203375 |
| 1170709 | 05/29/14 | B | 303.68 | Meals - AMERICAN EXPRESS - LUNCH FOR 32 PEOPL - 5/29/14 | 512 | 000 | 203189 |
| 1170710 | 05/29/14 | B | 98.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 17 PEOPLE - 5/29/14 | 512 | 000 | 203189 |
| 1170506 | 05/31/14 | B | 35.00 | Meals - AMERICAN EXPRESS - CHELSEA TAVERN - WORKING LUNCH FOR D KELLEY AND D DOUGLAS - 5/31/14 | 512 | 000 | 203175 |
| 1170716 | 06/02/14 | B | 181.54 | Meals - AMERICAN EXPRESS - SUPPLIES FOR VISITING TRIAL TEAM - 6/2/14 | 512 | 000 | 203189 |
| 1170712 | 06/02/14 | B | 125.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 16 PEOPLE - 6/2/14 | 512 | 000 | 203189 |
| 1170714 | 06/02/14 | B | 335.50 | Meals - AMERICAN EXPRESS - LUNCH FOR 18 PEOPL - 6/2/14 | 512 | 000 | 203189 |
| 1170718 | 06/04/14 | B | 134.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 17 PEOPL - 6/4/14 | 512 | 000 | 203189 |
| 1170719 | 06/05/14 | B | 165.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 17 PEOPLE - 6/5/14 | 512 | 000 | 203189 |
| 1170720 | 06/05/14 | B | 307.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 25 PEOPL - 6/5/14 | 512 | 000 | 203189 |
| 1170722 | 06/05/14 | B | 145.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 17 PEOPLE - 6/5/14 | 512 | 000 | 203189 |
| 1170717 | 06/05/14 | B | 293.75 | Meals - AMERICAN EXPRESS - DINNER FOR 25 PEOP - 6/5/14 | 512 | 000 | 203189 |
| 1170723 | 06/06/14 | B | 438.54 | Meals - AMERICAN EXPRESS - LUNCH FOR 25 PEOPL - 6/6/14 | 512 | 000 | 203189 |
| 1170724 | 06/09/14 | B | 193.25 | Meals - AMERICAN EXPRESS - LUNCH FOR 7 PEOPLE 6/9/14 | 512 | 000 | 203189 |
| 1170733 | 06/12/14 | B | 339.50 | Meals - AMERICAN EXPRESS - SUPPLIES FOR VISITNG TRIAL TEAM - 6/12/14 | 512 | 000 | 203189 |
| 1170734 | 06/13/14 | B | 106.60 | Meals - AMERICAN EXPRESS - REQUESTED SUPPLIES FOR VISITNG TRIAL TEAM - 6/13/14 | 512 | 000 | 203189 |
| 1170735 | 06/13/14 | B | 34.01 | Meals - AMERICAN EXPRESS - REQUESTED SUPPLIES FOR VISITING TRIAL TEAM - 6/13/14 | 512 | 000 | 203189 |
| 1170511 | 06/13/14 | B | 2.50 | Meals - AMERICAN EXPRESS - WATER FOR TRIAL TE - 6/13/14 | 512 | 000 | 203175 |
| 1170736 | 06/16/14 | B | 195.00 | Meals - AMERICAN EXPRESS - DINNER FOR 12 PEOP - 6/16/14 | 512 | 000 | 203189 |
| 1170737 | 06/16/14 | B | 80.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 8 PEOPLE - 6/16/14 | 512 | 000 | 203189 |
| 1170738 | 06/16/14 | B | 448.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 20 PEOPL AT COURT - 6/16/14 | 512 | 000 | 203189 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 08/26/14 12:29:12

PRO FORMA 357170    AS OF 07/31/14    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1170739 | 06/17/14 | B | 165.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 20 PEOPLE - 6/17/14 | 512 | 000 | 203189 |
| 1170740 | 06/17/14 | B | 350.00 | Meals - AMERICAN EXPRESS - DINNER FOR 20 PEOP - 6/17/14 | 512 | 000 | 203189 |
| 1170742 | 06/17/14 | B | 282.93 | Meals - AMERICAN EXPRESS - LUNCH FOR 28 PEOPL - 6/17/14 | 512 | 000 | 203189 |
| 1170751 | 06/18/14 | B | 708.00 | Meals - AMERICAN EXPRESS - DINNER FOR 20 PEOP - 6/18/14 | 512 | 000 | 203189 |
| 1170741 | 06/18/14 | B | 291.22 | Meals - AMERICAN EXPRESS - LUNCH FOR 30 PEOPL - 6/18/14 | 512 | 000 | 203189 |
| 1170744 | 06/18/14 | B | 468.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 30 PEOPL - 6/18/14 | 512 | 000 | 203189 |
| 1170748 | 06/19/14 | B | 284.00 | Meals - AMERICAN EXPRESS - DINNER FOR 20 PEOP - 6/19/14 | 512 | 000 | 203189 |
| 1170750 | 06/19/14 | B | 145.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 15 PEOPLE - 6/19/14 | 512 | 000 | 203189 |
| 1170749 | 06/20/14 | B | 430.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 20 PEOPL - 6/20/14 | 512 | 000 | 203189 |
| 1170746 | 06/20/14 | B | 145.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 15 PEOPLE - 6/20/14 | 512 | 000 | 203189 |
| 1170752 | 06/21/14 | B | 46.28 | Meals - AMERICAN EXPRESS - REQUESTED SUPPLIES FOR VISITING TRIAL TEAM - 6/21/14 | 512 | 000 | 203189 |
| 1170753 | 06/23/14 | B | 120.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 10 PEOPLE - 6/23/14 | 512 | 000 | 203189 |
| 1170754 | 06/23/14 | B | 353.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 25 PEOPL - 6/23/14 | 512 | 000 | 203189 |
| 1170755 | 06/24/14 | B | 53.00 | Meals - AMERICAN EXPRESS - SNACKS - 6/24/14 | 512 | 000 | 203189 |
| 1170756 | 06/24/14 | B | 281.74 | Meals - AMERICAN EXPRESS - LUNCH FOR 25 PEOPL - 6/24/14 | 512 | 000 | 203189 |
| 1170758 | 06/24/14 | B | 120.00 | Meals - AMERICAN EXPRESS - BREAKFAST FOR 10 PEOPLE - 6/24/14 | 512 | 000 | 203189 |
| 1172908 | 07/01/14 | B | 3.00 | Messenger Service - 7/1/14 | 513S | 000 | |
| 1173224 | 07/08/14 | B | 3.00 | Messenger Service - 7/8/14 | 513S | 000 | |
| 1173286 | 07/11/14 | B | 6.00 | Messenger Service - 7/11/14 | 513S | 000 | |
| 1173357 | 07/16/14 | B | 3.00 | Messenger Service - 7/16/14 | 513S | 000 | |
| 1173363 | 07/16/14 | B | 3.00 | Messenger Service - 7/16/14 | 513S | 000 | |
| 1173371 | 07/16/14 | B | 3.00 | Messenger Service - 7/16/14 | 513S | 000 | |
| 1173391 | 07/18/14 | B | 6.00 | Messenger Service - 7/18/14 | 513S | 000 | |
| 1173429 | 07/23/14 | B | 3.00 | Messenger Service - 7/23/14 | 513S | 000 | |
| 1173479 | 07/24/14 | B | 3.00 | Messenger Service - 7/24/14 | 513S | 000 | |
| 1173527 | 07/30/14 | B | 3.00 | Messenger Service - 7/30/14 | 513S | 000 | |
| 1173528 | 07/30/14 | B | 3.00 | Messenger Service - 7/30/14 | 513S | 000 | |
| 1166075 | 06/30/14 | B | 378.00 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 202976 |
| 1166076 | 07/02/14 | B | 93.64 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 202976 |
| 1166895 | 07/07/14 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 203098 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1163153 | 07/07/14 | B | 16.69 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 202928 |
| 1170783 | 07/15/14 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 203214 |
| 1172797 | 07/29/14 | B | 415.97 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1172799 | 07/30/14 | B | 478.71 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1172798 | 07/30/14 | B | 40.50 | Computer Research - Westlaw Search Performed by: ABBOTT,DEREK C | 515 | 322 | |
| 1172800 | 07/31/14 | B | 43.20 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1170505 | 05/29/14 | B | 7.98 | Special Supplies - AMERICAN EXPRESS - FAIRFAX HARDWARE - KEYS - 5/29/14 | 518H | 000 | 203175 |
| 1170507 | 06/02/14 | B | 21.19 | Special Supplies - AMERICAN EXPRESS - SUPPLIE AND SNACKS FOR TRIAL TEAM - 6/2/14 | 518H | 000 | 203175 |
| 1170508 | 06/04/14 | B | 125.84 | Special Supplies - AMERICAN EXPRESS - SUPPLIE AND SNACKS FOR TRIAL TEAM - 6/4/14 | 518H | 000 | 203175 |
| 1170509 | 06/04/14 | B | 499.98 | Special Supplies - AMERICAN EXPRESS - TWO HD LED MONITORS - 6/5/14 | 518H | 000 | 203175 |
| 1170510 | 06/05/14 | B | 15.98 | Special Supplies - AMERICAN EXPRESS - HDMI CABLES - 6/5/14 | 518H | 000 | 203175 |
| 1170512 | 06/18/14 | B | 99.97 | Special Supplies - AMERICAN EXPRESS - BULLETI BOARDS FOR COURT - 6/19/14 | 518H | 000 | 203175 |
| 1170513 | 06/18/14 | B | 52.39 | Special Supplies - AMERICAN EXPRESS - SUPPLIE AND SNACKS FOR TRIAL TEAM - 6/18/14 | 518H | 000 | 203175 |
| 1170514 | 06/18/14 | B | 6.48 | Special Supplies - AMERICAN EXPRESS - SUPPLIE AND SNACKS FOR TRIAL TEAM - 6/23/14 | 518H | 000 | 203175 |
| 1166104 | 06/30/14 | B | 3,787.91 | Special Supplies - AQUIPT, INC. - EQUIPMENT RENTALS FOR THE PERIOD OF 5/19 - 6/30/14 | 518H | 400 | 202989 |
| 1159904 | 06/25/14 | B | 1.80 | In-House Duplicating | 519 | 594 | |
| 1165021 | 07/10/14 | B | 20.80 | In-House Duplicating | 519 | 605 | |
| 1167057 | 07/15/14 | B | 27.50 | In-House Duplicating | 519 | 684 | |
| 1167058 | 07/15/14 | B | 51.30 | In-House Duplicating | 519 | 010 | |
| 1168018 | 07/18/14 | B | 107.00 | In-House Duplicating | 519 | 684 | |
| 1169034 | 07/23/14 | B | 1.80 | In-House Duplicating | 519 | 594 | |
| 1169035 | 07/23/14 | B | 1.60 | In-House Duplicating | 519 | 594 | |
| 1171857 | 07/28/14 | B | 119.50 | In-House Duplicating | 519 | 623 | |
| 1171858 | 07/28/14 | B | 1.50 | In-House Duplicating | 519 | 623 | |
| 1171859 | 07/29/14 | B | 1.80 | In-House Duplicating | 519 | 684 | |
| 1172136 | 07/30/14 | B | 53.00 | In-House Duplicating | 519 | 971 | |
| 1172137 | 07/30/14 | B | 6.60 | In-House Duplicating | 519 | 971 | |

Nortel Networks, Inc.  PRO FORMA  357170   AS OF 07/31/14   INVOICE# ******
63989-DIP
DATE: 08/26/14 12:29:12

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1172138 | 07/30/14 | B | 16.00 | In-House Duplicating | 519 | 971 | |
| 1172400 | 07/31/14 | B | 17.60 | In-House Duplicating | 519 | 605 | |
| 1161699 | 07/01/14 | B | 1.05 | In-House Printing - black & white Call time: 12:59; to | 541 | 971 | |
| 1161700 | 07/01/14 | B | 1.25 | In-House Printing - black & white Call time: 13:24; to | 541 | 546 | |
| 1161701 | 07/01/14 | B | 0.05 | In-House Printing - black & white Call time: 13:24; to | 541 | 546 | |
| 1161702 | 07/01/14 | B | 4.80 | In-House Printing - black & white Call time: 14:01; to | 541 | 670 | |
| 1161703 | 07/01/14 | B | 0.40 | In-House Printing - black & white Call time: 14:01; to | 541 | 670 | |
| 1161698 | 07/01/14 | B | 15.45 | In-House Printing - black & white Call time: 18:16; to | 541 | 010 | |
| 1162146 | 07/02/14 | B | 15.65 | In-House Printing - black & white Call time: 17:57; to | 541 | 010 | |
| 1163739 | 07/07/14 | B | 3.90 | In-House Printing - black & white Call time: 16:14; to | 541 | 684 | |
| 1163740 | 07/07/14 | B | 4.50 | In-House Printing - black & white Call time: 16:20; to | 541 | 684 | |
| 1163741 | 07/07/14 | B | 0.90 | In-House Printing - black & white Call time: 16:20; to | 541 | 684 | |
| 1165022 | 07/10/14 | B | 2.55 | In-House Printing - black & white Call time: 19:12; to | 541 | 605 | |
| 1167067 | 07/15/14 | B | 1.10 | In-House Printing - black & white Call time: 15:58; to | 541 | 684 | |
| 1167059 | 07/15/14 | B | 11.15 | In-House Printing - black & white Call time: 16:22; to | 541 | 684 | |
| 1167060 | 07/15/14 | B | 3.60 | In-House Printing - black & white Call time: 16:22; to | 541 | 684 | |
| 1167068 | 07/15/14 | B | 1.95 | In-House Printing - black & white Call time: 14:17; to | 541 | 221 | |
| 1167069 | 07/15/14 | B | 0.60 | In-House Printing - black & white Call time: 14:17; to | 541 | 221 | |
| 1167061 | 07/15/14 | B | 1.85 | In-House Printing - black & white Call time: 15:39; to | 541 | 684 | |
| 1167062 | 07/15/14 | B | 1.25 | In-House Printing - black & white Call time: 16:02; to | 541 | 684 | |
| 1167063 | 07/15/14 | B | 0.20 | In-House Printing - black & white Call time: 16:02; to | 541 | 684 | |
| 1167064 | 07/15/14 | B | 2.35 | In-House Printing - black & white Call time: 16:03; to | 541 | 684 | |
| 1167065 | 07/15/14 | B | 1.65 | In-House Printing - black & white Call time: 15:53; to | 541 | 684 | |
| 1167066 | 07/15/14 | B | 0.55 | In-House Printing - black & white Call time: 15:53; to | 541 | 684 | |
| 1167070 | 07/15/14 | B | 16.25 | In-House Printing - black & white Call time: 17:38; to | 541 | 010 | |
| 1167426 | 07/16/14 | B | 2.05 | In-House Printing - black & white Call time: 15:05; to | 541 | 904 | |
| 1167427 | 07/16/14 | B | 1.45 | In-House Printing - black & white Call time: 15:08; to | 541 | 904 | |
| 1167425 | 07/16/14 | B | 4.15 | In-House Printing - black & white Call time: 14:25; to | 541 | 221 | |
| 1167428 | 07/16/14 | B | 1.75 | In-House Printing - black & white Call time: 11:21; to | 541 | 322 | |
| 1167429 | 07/16/14 | B | 0.55 | In-House Printing - black & white Call time: 11:21; to | 541 | 322 | |

| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA 357170 | | AS OF 07/31/14 | | INVOICE# ****** |
|---|---|---|---|---|---|---|---|---|

DATE: 08/26/14 12:29:12

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1167430 | 07/16/14 | B | 3.40 | In-House Printing - black & white Call time: 11:56; to | 541 | 684 | |
| 1167431 | 07/16/14 | B | 1.10 | In-House Printing - black & white Call time: 11:56; to | 541 | 684 | |
| 1167698 | 07/17/14 | B | 1.10 | In-House Printing - black & white Call time: 10:40; to | 541 | 322 | |
| 1168023 | 07/18/14 | B | 2.75 | In-House Printing - black & white Call time: 08:35; to | 541 | 322 | |
| 1168024 | 07/18/14 | B | 1.25 | In-House Printing - black & white Call time: 08:33; to | 541 | 322 | |
| 1168025 | 07/18/14 | B | 0.25 | In-House Printing - black & white Call time: 08:33; to | 541 | 322 | |
| 1168021 | 07/18/14 | B | 10.40 | In-House Printing - black & white Call time: 13:01; to | 541 | 684 | |
| 1168022 | 07/18/14 | B | 0.15 | In-House Printing - black & white Call time: 13:01; to | 541 | 684 | |
| 1168019 | 07/18/14 | B | 3.85 | In-House Printing - black & white Call time: 13:11; to | 541 | 684 | |
| 1168020 | 07/18/14 | B | 0.05 | In-House Printing - black & white Call time: 13:11; to | 541 | 684 | |
| 1168663 | 07/22/14 | B | 8.85 | In-House Printing - black & white Call time: 14:18; to | 541 | 904 | |
| 1169036 | 07/22/14 | B | 4.30 | In-House Printing - black & white Call time: 20:55; to | 541 | 605 | |
| 1169037 | 07/22/14 | B | 4.30 | In-House Printing - black & white Call time: 20:57; to | 541 | 605 | |
| 1169038 | 07/22/14 | B | 1.55 | In-House Printing - black & white Call time: 21:01; to | 541 | 605 | |
| 1169039 | 07/22/14 | B | 0.70 | In-House Printing - black & white Call time: 21:01; to | 541 | 605 | |
| 1169040 | 07/22/14 | B | 1.55 | In-House Printing - black & white Call time: 21:01; to | 541 | 605 | |
| 1169041 | 07/22/14 | B | 0.70 | In-House Printing - black & white Call time: 21:01; to | 541 | 605 | |
| 1169042 | 07/22/14 | B | 1.50 | In-House Printing - black & white Call time: 21:12; to | 541 | 605 | |
| 1169043 | 07/22/14 | B | 0.40 | In-House Printing - black & white Call time: 21:15; to | 541 | 605 | |
| 1169044 | 07/22/14 | B | 1.00 | In-House Printing - black & white Call time: 21:15; to | 541 | 605 | |
| 1169045 | 07/23/14 | B | 1.15 | In-House Printing - black & white Call time: 18:28; to | 541 | 605 | |
| 1169046 | 07/23/14 | B | 3.80 | In-House Printing - black & white Call time: 14:28; to | 541 | 594 | |
| 1169434 | 07/24/14 | B | 2.85 | In-House Printing - black & white Call time: 15:07; to | 541 | 594 | |
| 1169435 | 07/24/14 | B | 0.55 | In-House Printing - black & white Call time: 15:07; to | 541 | 594 | |
| 1169431 | 07/24/14 | B | 1.50 | In-House Printing - black & white Call time: 14:09; to | 541 | 322 | |
| 1169432 | 07/24/14 | B | 2.00 | In-House Printing - black & white Call time: 13:10; to | 541 | 203 | |
| 1169433 | 07/24/14 | B | 0.05 | In-House Printing - black & white Call time: 13:10; to | 541 | 203 | |
| 1169436 | 07/24/14 | B | 1.65 | In-House Printing - black & white Call time: 15:49; to | 541 | 221 | |
| 1169437 | 07/24/14 | B | 0.55 | In-House Printing - black & white Call time: 15:49; to | 541 | 221 | |
| 1169438 | 07/24/14 | B | 1.25 | In-House Printing - black & white Call time: 15:52; to | 541 | 221 | |

```
Nortel Networks, Inc.                        PROFORMA  357170           AS OF 07/31/14           INVOICE# ******
63989-DIP
DATE: 08/26/14 12:29:12
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1169439 | 07/24/14 | B | 0.20 | In-House Printing - black & white Call time: 15:52; to | 541 | 221 | |
| 1169440 | 07/24/14 | B | 1.55 | In-House Printing - black & white Call time: 16:32; to | 541 | 221 | |
| 1169441 | 07/24/14 | B | 0.70 | In-House Printing - black & white Call time: 16:32; to | 541 | 221 | |
| 1171073 | 07/25/14 | B | 1.05 | In-House Printing - black & white Call time: 13:11; to | 541 | 904 | |
| 1171074 | 07/25/14 | B | 0.05 | In-House Printing - black & white Call time: 13:11; to | 541 | 904 | |
| 1171501 | 07/28/14 | B | 11.90 | In-House Printing - black & white Call time: 17:49; to | 541 | 623 | |
| 1171860 | 07/29/14 | B | 2.15 | In-House Printing - black & white Call time: 12:22; to | 541 | 221 | |
| 1171861 | 07/29/14 | B | 2.15 | In-House Printing - black & white Call time: 12:20; to | 541 | 221 | |
| 1172143 | 07/30/14 | B | 2.95 | In-House Printing - black & white Call time: 10:37; to | 541 | 322 | |
| 1172144 | 07/30/14 | B | 0.55 | In-House Printing - black & white Call time: 10:37; to | 541 | 322 | |
| 1172139 | 07/30/14 | B | 1.45 | In-House Printing - black & white Call time: 11:28; to | 541 | 971 | |
| 1172140 | 07/30/14 | B | 1.05 | In-House Printing - black & white Call time: 11:28; to | 541 | 971 | |
| 1172141 | 07/30/14 | B | 0.40 | In-House Printing - black & white Call time: 11:27; to | 541 | 971 | |
| 1172142 | 07/30/14 | B | 11.15 | In-House Printing - black & white Call time: 11:27; to | 541 | 971 | |
| 1172401 | 07/31/14 | B | 1.05 | In-House Printing - black & white Call time: 18:40; to | 541 | 605 | |
| 1172402 | 07/31/14 | B | 0.05 | In-House Printing - black & white Call time: 18:40; to | 541 | 605 | |
| 1172403 | 07/31/14 | B | 1.05 | In-House Printing - black & white Call time: 18:36; to | 541 | 605 | |
| 1172404 | 07/31/14 | B | 0.05 | In-House Printing - black & white Call time: 18:36; to | 541 | 605 | |
| 1172405 | 07/31/14 | B | 2.95 | In-House Printing - black & white Call time: 11:17; to | 541 | 904 | |
| 1172406 | 07/31/14 | B | 0.55 | In-House Printing - black & white Call time: 11:17; to | 541 | 904 | |
| 1172407 | 07/31/14 | B | 1.50 | In-House Printing - black & white Call time: 10:33; to | 541 | 904 | |
| 1172408 | 07/31/14 | B | 0.10 | In-House Printing - black & white Call time: 10:33; to | 541 | 904 | |
| 1172409 | 07/31/14 | B | 2.05 | In-House Printing - black & white Call time: 10:47; to | 541 | 904 | |
| 1170977 | 05/30/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - 5/30/14 | 552H | 000 | 203293 |
| 1170978 | 05/30/14 | B | 100.00 | Conference Calls - AMERICAN EXPRESS - 5/30/14 | 552H | 000 | 203293 |
| 1170979 | 05/30/14 | B | 86.00 | Conference Calls - AMERICAN EXPRESS - 5/30/14 | 552H | 000 | 203293 |
| 1170983 | 06/02/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - 06/02/2014 | 552H | 000 | 203293 |
| 1170984 | 06/02/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - 06/02/2014 | 552H | 000 | 203293 |
| 1170986 | 06/02/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS | 552H | 000 | 203293 |
| 1170989 | 06/02/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - 06/02/2014 | 552H | 000 | 203293 |
| 1170990 | 06/02/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - 06/02/2014 | 552H | 000 | 203293 |
| 1170991 | 06/03/14 | B | 44.00 | Conference Calls - AMERICAN EXPRESS - 06/03/2014 | 552H | 000 | 203293 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 08/26/14 12:29:12

PRO FORMA 337170 AS OF 07/31/14

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1170992 | 06/03/14 | B | 93.00 | Conference Calls - AMERICAN EXPRESS - 06/03/2014 | 552H | 000 | 203293 |
| 1170993 | 06/03/14 | B | 51.00 | Conference Calls - AMERICAN EXPRESS - 06/03/2014 | 552H | 000 | 203293 |
| 1170997 | 06/06/14 | B | 170.00 | Conference Calls - AMERICAN EXPRESS - 06/06/2014 | 552H | 000 | 203293 |
| 1170998 | 06/06/14 | B | 198.00 | Conference Calls - AMERICAN EXPRESS - 06/06/2014 | 552H | 000 | 203293 |
| 1170999 | 06/06/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - 06/06/2014 | 552H | 000 | 203293 |
| 1171001 | 06/11/14 | B | 219.00 | Conference Calls - AMERICAN EXPRESS - 06/11/2014 | 552H | 000 | 203293 |
| 1171006 | 06/11/14 | B | 170.00 | Conference Calls - AMERICAN EXPRESS - 06/11/2014 | 552H | 000 | 203293 |
| 1171008 | 06/11/14 | B | 149.00 | Conference Calls - AMERICAN EXPRESS - 06/11/2014 | 552H | 000 | 203293 |
| 1171009 | 06/11/14 | B | 184.00 | Conference Calls - AMERICAN EXPRESS - 06/11/2014 | 552H | 000 | 203293 |
| 1171010 | 06/11/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS - 06/11/2014 | 552H | 000 | 203293 |
| 1171015 | 06/12/14 | B | 191.00 | Conference Calls - AMERICAN EXPRESS - 06/12/2014 | 552H | 000 | 203293 |
| 1171016 | 06/12/14 | B | 205.00 | Conference Calls - AMERICAN EXPRESS - 06/12/2014 | 552H | 000 | 203293 |
| 1171022 | 06/13/14 | B | 163.00 | Conference Calls - AMERICAN EXPRESS - 06/13/2014 | 552H | 000 | 203293 |
| 1171023 | 06/13/14 | B | 233.00 | Conference Calls - AMERICAN EXPRESS - 06/13/2014 | 552H | 000 | 203293 |
| 1171024 | 06/13/14 | B | 142.00 | Conference Calls - AMERICAN EXPRESS - 06/13/2014 | 552H | 000 | 203293 |
| 1171025 | 06/16/14 | B | 198.00 | Conference Calls - AMERICAN EXPRESS - 06/13/2014 | 552H | 000 | 203293 |
| 1171026 | 06/16/14 | B | 177.00 | Conference Calls - AMERICAN EXPRESS - 06/13/2014 | 552H | 000 | 203293 |
| 1171035 | 06/23/14 | B | 44.00 | Conference Calls - AMERICAN EXPRESS - 6/23/14 | 552H | 000 | 203293 |
| 1171036 | 06/23/14 | B | 156.00 | Conference Calls - AMERICAN EXPRESS - 6/23/14 | 552H | 000 | 203293 |
| 1171037 | 06/24/14 | B | 93.00 | Conference Calls - AMERICAN EXPRESS - 6/24/14 | 552H | 000 | 203293 |
| 1171038 | 06/24/14 | B | 86.00 | Conference Calls - AMERICAN EXPRESS - 6/24/14 | 552H | 000 | 203293 |
| 1171039 | 06/25/14 | B | 205.00 | Conference Calls - AMERICAN EXPRESS - 6/25/14 | 552H | 000 | 203293 |
| 1171040 | 06/26/14 | B | 149.00 | Conference Calls - AMERICAN EXPRESS - 6/26/14 | 552H | 000 | 203293 |
| 1180313 | 07/30/14 | B | 4.88 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC - 7/30/14 | 552H | 322 | 203583 |
| | | | 19,331.64 | | | | |