# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**July 1, 2014 - July 31, 2014**

### Summary of Services Rendered by Project

| Project Code | Nature of Services | July 2014 Hours |
|:---:|---|---:|
| 1 | Asset Analysis and Recovery | 8.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 16.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 192.5 |
| 15 | Travel | 35.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 251.5 |

### Summary of Services Rendered by Professional

| Name | July 2014 Hours |
|---|---:|
| Michael Kennedy, Member | 165.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 29.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 57.5 |
| James Elish, Analyst | - |
| **TOTAL** | 251.5 |

**Nortel Networks, Inc**
July 1, 2014 - July 31, 2014 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | July 2014 Hours | Code |
|------|---------------------|-----------------|------|
| 7/1/2014 | Calls & communication with management re: status of estate | 2.0 | 1 |
| 7/1/2014 | Prepare, review and discuss material re: asset analysis | 3.0 | 1 |
| 7/1/2014 | Allocation litigation trial  review | 3.0 | 14 |
| 7/2/2014 | Prepare, review and discuss material re: US claim exposures | 6.0 | 7 |
| 7/3/2014 | Prepare, review and discuss material re: US claim exposures | 3.0 | 7 |
| 7/3/2014 | Allocation litigation trial and communications with Cleary and management | 3.0 | 14 |
| 7/7/2014 | Allocation litigation trial and communications with Cleary and management | 6.0 | 14 |
| 7/7/2014 | Travel to New York | 4.0 | 15 |
| 7/8/2014 | Meetings with Cleary and other professionals re: litigation & claims | 10.0 | 14 |
| 7/8/2014 | Travel to Chicago | 3.0 | 15 |
| 7/9/2014 | Allocation litigation trial and communications with Cleary and management | 2.0 | 14 |
| 7/9/2014 | Prepare, review and discuss material re: claims litigation | 3.0 | 14 |
| 7/9/2014 | Prepare, review and discuss material re: interestate assets and issues | 2.0 | 1 |
| 7/10/2014 | Prepare, review and discuss material re: claims litigation | 3.0 | 14 |
| 7/10/2014 | Calls & communication with Cleary re: claims litigation | 2.0 | 14 |
| 7/10/2014 | Prepare, review and discuss material re: US claim exposures | 3.0 | 7 |
| 7/10/2014 | Allocation litigation trial  review | 3.0 | 14 |
| 7/14/2014 | Prepare, review and discuss material re: claims litigation | 7.0 | 14 |
| 7/14/2014 | Travel to New York | 4.0 | 15 |
| 7/15/2014 | Meeting at Cleary w/ other professionals | 7.0 | 14 |
| 7/15/2014 | Folow-up with Cleary re: claims litigation | 3.0 | 14 |
| 7/15/2014 | Travel to Chicago | 3.0 | 15 |
| 7/16/2014 | Prepare, review and discuss material re: claims litigation | 3.0 | 14 |
| 7/16/2014 | Calls & communication with Cleary re: litigation | 1.0 | 14 |
| 7/17/2014 | Prepare, review and discuss material re: allocation litigation | 3.0 | 14 |
| 7/17/2014 | Calls & communication with Cleary & management re: litigation | 2.0 | 14 |
| 7/17/2014 | Calls & communication with other profsionals re: litigation | 1.0 | 14 |
| 7/17/2014 | Prepare, review and discuss material re:  claims litigation | 3.0 | 14 |
| 7/18/2014 | Calls & communication with Cleary & management re: litigation | 3.0 | 14 |
| 7/18/2014 | Prepare, review and discuss material re: claims litigation | 5.0 | 14 |
| 7/19/2014 | Calls & communication with Cleary re: litigation | 2.0 | 14 |
| 7/19/2014 | Calls & communication with management re: litigation | 1.0 | 14 |
| 7/19/2014 | Prepare, review and discuss material re: claims litigation | 3.0 | 14 |
| 7/20/2014 | Calls & communication with Cleary & management re: litigation | 4.0 | 14 |
| 7/21/2014 | Calls, communications re: claims litigation | 4.0 | 14 |
| 7/22/2014 | Calls, communications re: claims litigation | 2.0 | 14 |
| 7/22/2014 | Prepare, review and discuss material re: claims litigation | 5.0 | 14 |
| 7/22/2014 | Review US cash position report | 1.0 | 1 |
| 7/23/2014 | Calls, communications re: claims litigation | 2.0 | 14 |
| 7/23/2014 | Prepare, review and discuss material re: claims litigation | 4.0 | 14 |
| 7/24/2014 | Calls, communications re: claims litigation | 3.0 | 14 |
| 7/24/2014 | Prepare, review and discuss material re: claims litigation | 2.0 | 14 |
| 7/25/2014 | Calls w/ other estate professionals re: claim exposures | 2.0 | 7 |
| 7/25/2014 | Review and discuss material re: claims exposures | 5.0 | 14 |
| 7/28/2014 | Prepare, review and discuss material re: claims litigation | 4.0 | 14 |
| 7/29/2014 | Calls & communication with Cleary re: litigation | 2.0 | 14 |
| 7/30/2014 | Prepare, review and discuss material re: allocation litigation | 5.0 | 14 |
| 7/30/2014 | Calls w/ other estate professionals re: claim exposures | 2.0 | 7 |
| 7/31/2014 | Prepare, review and discuss material re: allocation litigation | 6.0 | 14 |

**July 2014 Total** | | **165.0** |

**Nortel Networks, Inc**
July 1, 2014 - July 31, 2014 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | July 2014 Hours | Code |
|------|---------------------|-----------------|------|
| 7/1/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/7/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/8/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/9/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/10/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/14/2014 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 15 |
| 7/15/2014 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 7/16/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/17/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/21/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/23/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/24/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/25/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/29/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/30/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/31/2014 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **July 2014 Total** | | **29.0** | |

**Nortel Networks, Inc**
July 1, 2014 - July 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | July 2014 Hours | Code |
|------|---------------------|-----------------|------|
| 7/11/2014 | Analysis related to litigation | 5.0 | 14 |
| 7/14/2014 | Analysis related to litigation | 3.5 | 14 |
| 7/14/2014 | Travel to NYC | 10.0 | 15 |
| 7/15/2014 | Meeting with professionals | 7.0 | 14 |
| 7/15/2014 | Travel to Chicago | 7.0 | 15 |
| 7/16/2014 | Analysis related to litigation | 0.5 | 14 |
| 7/17/2014 | Meeting with professionals | 1.5 | 14 |
| 7/21/2014 | Analysis related to litigation | 11.0 | 14 |
| 7/25/2014 | Followed trial proceedings remotely | 5.0 | 14 |
| 7/25/2014 | Analysis related to litigation | 2.5 | 14 |
| 7/31/2014 | Review of litigation-related documents | 4.5 | 14 |
| | **July 2014 Total** | **57.5** | |