# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2014 Through July 31, 2014

| Professional | Trip Date | Description | | Amount |
|---|---|---|---|---:|
| Mike Kennedy | 7/8/14-7/9/14 | Flight to New York, NY | $ | 997.33 |
| Mike Kennedy | 7/8/14-7/9/14 | Hotel (one night) | $ | 500.00 |
| Mike Kennedy | 7/8/14-7/9/14 | Ground Transportation | $ | 104.00 |
| Mike Kennedy | 7/8/14-7/9/14 | Dinner (2 people) | $ | 100.00 |
| Mike Kennedy | 7/8/14-7/9/14 | Dinner | $ | 20.00 |
| Mike Kennedy | 7/14/14-7/15/14 | Flight to New York, NY | $ | 997.33 |
| Mike Kennedy | 7/14/14-7/15/14 | Hotel (one night) | $ | 500.00 |
| Mike Kennedy | 7/14/14-7/15/14 | Ground Transportation | $ | 57.00 |
| Mike Kennedy | 7/14/14-7/15/14 | Breakfast | $ | 15.00 |
| Mike Kennedy | 7/14/14-7/15/14 | Dinner | $ | 20.00 |
| Mike Kennedy | 7/14/14-7/15/14 | Dinner | $ | 20.00 |
| Jamie Ellis | 7/14/14-7/15/14 | Flight to New York, NY | $ | 997.33 |
| Jamie Ellis | 7/14/14-7/15/14 | Hotel (one night) | $ | 474.83 |
| Jamie Ellis | 7/14/14-7/15/14 | Ground Transportation | $ | 155.01 |
| Jamie Ellis | 7/14/14-7/15/14 | Dinner | $ | 41.92 |
| Jamie Ellis | 7/14/14-7/15/14 | Dinner | $ | 24.45 |
| Matt Rosenberg | 7/14/14-7/17/14** | Flight to New York, NY | $ | 498.67 |
| Matt Rosenberg | 7/14/14-7/17/14** | Hotel (three nights) | $ | 480.97 |
| Matt Rosenberg | 7/14/14-7/17/14** | Ground Transportation | $ | 87.00 |
| Matt Rosenberg | 7/14/14-7/17/14** | Breakfast | $ | 7.50 |
| **Total Expenses** | | | **$** | **6,098.34** |

** Trip was for two separate clients and expenses are shared between the two clients

Note: All airfare is being charged at a coach class rate.