# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 8/27/2014 |
| Case: 09−10138−KG | Form ID: van440 | Total: 6 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Nortel Networks Inc., et al. | 2221 Lakeside Boulevard | Richardson, TX 75082 | | |
| ust | United States Trustee | 844 King Street, Room 2207 | Lockbox #35 | Wilmington, DE 19899−0035 | |
| aty | Mark S. Kenney | Office of the U.S. Trustee | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 |
| | Creditors' Committee | Akin Gump Strauss Hauer & Feld LLP | Fred S. Hodara Esq | One Bryant Park | New York, NY 10036 |
| | LTD VEBA TRUST | Rafael X Zahralddin | 1105 Market Street | Suite 1700 | Wilmington, DE 19801 |
| | Office of the Untied States Trustee | 833 Chestnut Street | Suite 500 | Philadelphia, PA 19107 | |

TOTAL: 6