**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 7/1/2014 through 7/31/2014**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 17.50 | $15,312.50 |
| J. Borow | Executive Director | $875 | 43.20 | $37,800.00 |
| J. Hyland | Executive Director | $660 | 189.30 | $124,938.00 |
| N. Haslun | Managing Director | $635 | 32.60 | $20,701.00 |
| A. Cowie | Managing Director | $600 | 116.60 | $69,960.00 |
| B. Kullberg | Managing Director | $525 | 1.50 | $787.50 |
| J. Emerson | Consultant | $250 | 29.20 | $7,300.00 |
| C. Griffin | Research | $125 | 2.00 | $250.00 |
| J. Blum | Paraprofessional | $120 | 2.20 | $264.00 |
| M. Haverkamp | Paraprofessional | $120 | 1.70 | $204.00 |
| **For the Period 7/1/2014 through 7/31/2014** | | | **435.80** | **$277,517.00** |