**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 7/1/2014 through 7/31/2014**

| Task Code | Hours | Fees |
| --- | --- | --- |
| 01. Asset Acquisition/Disposition | 194.70 | $116,027.00 |
| 05. Professional Retention/Fee Application Preparation | 12.10 | $5,610.00 |
| 06. Attend Hearings/Related Activities | 4.90 | $3,066.00 |
| 08. Interaction/Mtgs w Creditors | 38.20 | $26,225.50 |
| 10. Recovery/SubCon/Lien Analysis | 53.90 | $33,258.00 |
| 11. Claim Analysis/Accounting | 114.60 | $82,156.50 |
| 17. Analysis of Historical Results | 4.30 | $2,730.50 |
| 18. Operating and Other Reports | 1.20 | $792.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 10.40 | $6,864.00 |
| 33. Intellectual Property | 1.50 | $787.50 |
| **For the Period 7/1/2014 through 7/31/2014** | **435.80** | **$277,517.00** |