## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 7/1/2014 through 7/31/2014

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 7/1/2014 | J. Emerson | 0.60 | Created bond trading prices deck for UCC presentation. |
| 7/1/2014 | N. Haslun | 1.00 | Continued to analyze Nortel trial transcripts with respect to the allocation process. |
| 7/1/2014 | N. Haslun | 2.20 | Analyzed Nortel trial transcripts with regards to the allocation process. |
| 7/1/2014 | J. Hyland | 2.60 | Continued analyzing testimony of a proceeds allocation expert. |
| 7/1/2014 | J. Hyland | 2.80 | Analyzed testimony of a proceeds allocation expert. |
| 7/1/2014 | J. Emerson | 2.90 | Created bond trading prices deck for UCC presentation. |
| 7/1/2014 | N. Haslun | 2.90 | Continued to analyze Nortel trial transcripts with respect to the allocation process. |
| 7/2/2014 | C. Kearns | 0.20 | Participated in conference call with F. Hodara re: PPI response and other matters. |
| 7/2/2014 | C. Kearns | 0.20 | Emailed with counsel re: status of interaction among estates. |
| 7/2/2014 | J. Emerson | 0.30 | Created bond trading prices deck for UCC presentation. |
| 7/2/2014 | N. Haslun | 1.20 | Continued to analyze Nortel trial transcripts with respect to the allocation process. |
| 7/2/2014 | J. Hyland | 1.50 | Continued reviewing proceeds allocation expert's testimony for closing brief. |
| 7/2/2014 | J. Hyland | 2.20 | Continued reviewing proceeds allocation expert's testimony for closing brief. |
| 7/2/2014 | J. Hyland | 2.40 | Continued reviewing proceeds allocation expert's testimony for closing brief. |
| 7/2/2014 | N. Haslun | 2.40 | Analyzed Nortel trial transcripts with regards to the allocation process. |
| 7/2/2014 | N. Haslun | 2.80 | Continued to analyze Nortel trial transcripts with respect to the allocation process. |
| 7/2/2014 | J. Hyland | 2.90 | Reviewed proceeds allocation expert's testimony for closing brief. |
| 7/2/2014 | J. Emerson | 2.90 | Created bond trading prices deck for UCC presentation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/3/2014 | J. Emerson | 0.30 | Created bond trading prices deck for UCC presentation. |
| 7/3/2014 | N. Haslun | 1.00 | Continued to analyze Nortel trial transcripts with respect to the allocation process. |
| 7/3/2014 | J. Hyland | 2.00 | Continued reviewing allocation expert's testimony for closing brief. |
| 7/3/2014 | J. Hyland | 2.10 | Continued reviewing allocation expert's testimony for closing brief. |
| 7/3/2014 | J. Hyland | 2.50 | Reviewed allocation expert's testimony for closing brief. |
| 7/3/2014 | N. Haslun | 2.70 | Analyzed Nortel trial transcripts with regards to the allocation process. |
| 7/3/2014 | J. Hyland | 2.80 | Continued reviewing allocation expert's testimony for closing brief. |
| 7/3/2014 | J. Emerson | 2.90 | Created bond trading prices deck for UCC presentation. |
| 7/7/2014 | J. Hyland | 0.80 | Reviewed Monitor's submission on bond interest claims. |
| 7/7/2014 | C. Kearns | 0.80 | Reviewed issues re: post-petition interest and related timing of submissions. |
| 7/7/2014 | N. Haslun | 1.00 | Continued to analyze Nortel trial transcripts, in regards to the allocation process. |
| 7/7/2014 | N. Haslun | 1.90 | Continued to analyze Nortel trial transcripts, in regards to the allocation process. |
| 7/7/2014 | N. Haslun | 2.40 | Analyzed Nortel trial transcripts, in regards to the allocation process. |
| 7/7/2014 | N. Haslun | 2.70 | Continued to analyze Nortel trial transcripts, in regards to the allocation process. |
| 7/7/2014 | J. Hyland | 2.70 | Continued analyzing proceeds allocation expert's testimony. |
| 7/7/2014 | J. Hyland | 2.80 | Continued analyzing proceeds allocation expert's testimony. |
| 7/7/2014 | J. Hyland | 2.90 | Analyzed proceeds allocation expert's testimony. |
| 7/8/2014 | J. Hyland | 1.30 | Continued analyzing testimony of proceeds allocation experts. |
| 7/8/2014 | J. Hyland | 1.90 | Analyzed and reviewed bond pricing report for UCC. |
| 7/8/2014 | N. Haslun | 2.00 | Continued to analyze Nortel trial transcripts, in regards to the allocation process. |
| 7/8/2014 | J. Hyland | 2.00 | Continued analyzing testimony of proceeds allocation experts. |
| 7/8/2014 | N. Haslun | 2.10 | Analyzed Nortel trial transcripts, in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/8/2014 | A. Cowie | 2.40 | Continued to analyze potential partial proceeds allocation for creditors. |
| 7/8/2014 | J. Hyland | 2.50 | Continued analyzing testimony of proceeds allocation experts. |
| 7/8/2014 | A. Cowie | 2.50 | Analyzed potential partial allocation settlement for creditors. |
| 7/8/2014 | J. Hyland | 2.70 | Analyzed testimony of proceeds allocation experts. |
| 7/9/2014 | J. Hyland | 1.90 | Continued reviewing testimony transcripts of proceeds allocation experts. |
| 7/9/2014 | J. Hyland | 2.00 | Continued reviewing testimony transcripts of proceeds allocation experts. |
| 7/9/2014 | J. Hyland | 2.30 | Continued reviewing testimony transcripts of proceeds allocation experts. |
| 7/9/2014 | J. Emerson | 2.50 | Created bond trading prices deck for UCC presentation. |
| 7/9/2014 | J. Hyland | 2.70 | Reviewed testimony transcripts of proceeds allocation experts. |
| 7/9/2014 | J. Emerson | 2.90 | Created bond trading prices deck for UCC presentation. |
| 7/10/2014 | C. Kearns | 0.60 | Analyzed additional allocation scenarios for counsel. |
| 7/10/2014 | C. Kearns | 0.70 | Discussed with Akin re: preparation for upcoming meeting with creditors. |
| 7/10/2014 | J. Hyland | 2.40 | Prepared analysis of testimony from proceeds allocation expert. |
| 7/10/2014 | A. Cowie | 2.70 | Prepared summary of numerous recovery scenarios for analysis purposes in regard to proceeds allocation. |
| 7/10/2014 | A. Cowie | 2.90 | Prepared summary of numerous recovery scenarios for analysis purposes in regard to proceeds allocation. |
| 7/11/2014 | C. Kearns | 0.50 | Reviewed allocation and claim scenarios requested by counsel. |
| 7/11/2014 | J. Hyland | 2.00 | Continued updating analysis of testimony from proceeds allocation expert. |
| 7/11/2014 | A. Cowie | 2.40 | Continued to prepare summary of numerous recovery scenarios for analysis purposes in regard to proceeds allocation. |
| 7/11/2014 | J. Hyland | 2.70 | Continued updating analysis of testimony from proceeds allocation expert. |
| 7/11/2014 | J. Hyland | 2.90 | Updated analysis of testimony from proceeds allocation expert. |
| 7/13/2014 | C. Kearns | 0.40 | Participated in call with Akin Milbank re: PPI and allocation related matters. |
| 7/14/2014 | C. Kearns | 0.40 | Reviewed status of creditor discussions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/14/2014 | J. Hyland | 2.50 | Continued reviewing allocation trial transcripts for expert witnesses. |
| 7/14/2014 | J. Hyland | 2.70 | Reviewed allocation trial transcripts for expert witnesses. |
| 7/14/2014 | J. Hyland | 2.80 | Continued reviewing allocation trial transcripts for expert witnesses. |
| 7/15/2014 | C. Kearns | 0.50 | Debriefed Akin re: meeting among creditor parties. |
| 7/15/2014 | J. Hyland | 1.90 | Continued reviewing proceeds allocation trial demonstratives from expert witnesses. |
| 7/15/2014 | J. Hyland | 2.40 | Continued reviewing proceeds allocation trial demonstratives from expert witnesses. |
| 7/15/2014 | J. Hyland | 2.50 | Reviewed proceeds allocation trial demonstratives from expert witnesses. |
| 7/15/2014 | A. Cowie | 2.50 | Continued to analyze potential proceeds allocation settlement. |
| 7/15/2014 | J. Hyland | 2.60 | Continued reviewing proceeds allocation trial demonstratives from expert witnesses. |
| 7/15/2014 | A. Cowie | 2.80 | Analyzed potential proceeds allocation settlement. |
| 7/15/2014 | A. Cowie | 2.90 | Continued to analyze potential proceeds allocation settlement. |
| 7/16/2014 | A. Cowie | 2.20 | Continued to analyze potential proceeds allocation settlement. |
| 7/16/2014 | A. Cowie | 2.40 | Analyzed potential proceeds allocation settlement. |
| 7/17/2014 | J. Hyland | 2.60 | Reviewed new trial transcripts from counsel. |
| 7/17/2014 | J. Hyland | 2.80 | Reviewed and analyzed NNL's 7/13/14 cash flow forecast. |
| 7/21/2014 | C. Kearns | 0.40 | Discussed with Akin on next steps re: PPI and closing briefs post committee call. |
| 7/21/2014 | C. Kearns | 0.50 | Participated in call with committee re: committee issues. |
| 7/21/2014 | J. Borow | 2.20 | Evaluated various recovery scenarios. |
| 7/22/2014 | C. Kearns | 0.30 | Reviewed analysis of allocation scenarios requested by individuals committee member. |
| 7/22/2014 | J. Borow | 2.20 | Evaluated various recovery scenarios. |
| 7/23/2014 | C. Kearns | 0.40 | Participated in call with Akin re: status of possible resolution to U.S. PPI issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/24/2014 | C. Kearns | 0.20 | Participated in conference call with Akin re: draft agreement. |
| 7/24/2014 | C. Kearns | 0.20 | Emailed re: result of chambers conference. |
| 7/24/2014 | J. Emerson | 2.00 | Reviewed bond trading prices deck for UCC presentation. |
| 7/24/2014 | J. Borow | 2.10 | Evaluated recovery analyses and related issues. |
| 7/24/2014 | J. Hyland | 2.70 | Reviewed updated transcripts for proceeds allocation. |
| 7/24/2014 | J. Emerson | 2.90 | Reviewed bond trading prices deck for UCC presentation. |
| 7/25/2014 | C. Griffin | 2.00 | Produced Nortel Bond Pricing Exhibits. |
| 7/25/2014 | J. Emerson | 2.90 | Reviewed bond trading prices deck for UCC presentation. |
| 7/28/2014 | J. Hyland | 1.10 | Reviewed court ruling on Malackowski expert report. |
| 7/29/2014 | J. Emerson | 0.30 | Reviewed bond trading prices deck for UCC presentation. |
| 7/29/2014 | J. Emerson | 2.90 | Reviewed bond trading prices deck for UCC presentation. |
| 7/30/2014 | C. Kearns | 0.30 | Reviewed latest bond trading activity. |
| 7/30/2014 | J. Emerson | 2.90 | Reviewed bond trading prices deck for UCC presentation. |
| 7/31/2014 | J. Hyland | 2.40 | Reviewed proposed statement of facts for the proceeds allocation case closing. |
| 7/31/2014 | J. Hyland | 2.40 | Continued analyzing allocation scenarios based upon various parties' positions. |
| 7/31/2014 | J. Hyland | 2.70 | Analyzed allocation scenarios based upon various parties' positions. |
| Subtotal | | 194.70 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/7/2014 | A. Cowie | 0.70 | Reviewed May fee application. |
| 7/7/2014 | A. Cowie | 1.10 | Reviewed May fee application. |
| 7/8/2014 | A. Cowie | 0.90 | Analyzed May fee application. |
| 7/10/2014 | J. Hyland | 1.30 | Reviewed detailed time and expense entries for May fee application. |
| 7/15/2014 | J. Blum | 0.30 | Prepared May fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/16/2014 | M. Haverkamp | 0.20 | Prepared May fee application. |
| 7/16/2014 | J. Blum | 1.90 | Prepared the May fee application. |
| 7/21/2014 | M. Haverkamp | 0.30 | Prepared June fee application. |
| 7/22/2014 | M. Haverkamp | 1.10 | Prepared May fee application. |
| 7/23/2014 | J. Hyland | 0.70 | Reviewed full May fee application and provided comments. |
| 7/24/2014 | J. Hyland | 0.50 | Finalized May fee application and forwarded to counsel for filing. |
| 7/25/2014 | M. Haverkamp | 0.10 | Prepared May fee application. |
| 7/30/2014 | A. Cowie | 1.80 | Reviewed June fee application. |
| 7/31/2014 | J. Hyland | 1.20 | Reviewed detailed time and expense entries in June fee application. |
| Subtotal | | 12.10 | |

**06. Attend Hearings/Related Activities**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/25/2014 | J. Hyland | 2.10 | Participated in a portion of hearing re: post-petition interest in Canada. |
| 7/25/2014 | A. Cowie | 2.80 | Attended by video link for PPI trial in support of counsel. |
| Subtotal | | 4.90 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/9/2014 | J. Borow | 1.60 | Discussed with various creditors and parties in interest re: status of matter. |
| 7/10/2014 | J. Hyland | 0.30 | Participated on weekly UCC call with UCC members and professionals. |
| 7/10/2014 | C. Kearns | 0.30 | Participated on UCC call re: status. |
| 7/10/2014 | J. Borow | 0.80 | Prepared for attend and participate in meeting with UCC and professionals |
| 7/10/2014 | J. Borow | 1.10 | Discussed with various creditors and parties in interest re: status of matter. |
| 7/11/2014 | C. Kearns | 0.20 | Participated in conference call with Akin re: creditor discussions. |
| 7/11/2014 | A. Cowie | 2.90 | Prepared recoveries presentation for UCC. |
| 7/13/2014 | A. Cowie | 2.10 | Prepared for meeting with certain global creditor groups in regard to potential settlement discussions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/14/2014 | A. Cowie | 2.10 | Continued to participate in meeting with certain global creditor groups to discuss potential settlement terms. |
| 7/14/2014 | A. Cowie | 2.30 | Continued to participate in meeting with certain global creditor groups to discuss potential settlement terms. |
| 7/14/2014 | A. Cowie | 2.80 | Participated in meeting with certain global creditor groups to discuss potential settlement terms. |
| 7/14/2014 | A. Cowie | 2.90 | Prepared for meeting with certain global creditor groups in regard to potential settlement discussions. |
| 7/14/2014 | A. Cowie | 2.90 | Continued to prepare for meeting with certain global creditor groups in regard to potential settlement discussions. |
| 7/17/2014 | J. Hyland | 0.70 | Participated in weekly UCC call with UCC members and professionals. |
| 7/17/2014 | C. Kearns | 0.70 | Participated in portion of UCC call. |
| 7/21/2014 | J. Hyland | 0.50 | Participated in UCC call with UCC member and professionals. |
| 7/21/2014 | J. Borow | 1.00 | Prepared for attend and participate in meeting with UCC and advisors. |
| 7/21/2014 | A. Cowie | 1.10 | Prepared information for UCC call on PPI. |
| 7/24/2014 | J. Hyland | 0.70 | Participated in weekly UCC call with UCC members and professionals. |
| 7/24/2014 | J. Borow | 1.10 | Prepared for attend and participate in meeting with UCC and advisors. |
| 7/29/2014 | J. Hyland | 1.10 | Conducted call with M. Sandberg re: case studies. |
| 7/29/2014 | A. Cowie | 1.70 | Continued to prepare presentation for counsel in regard to proposed global proceeds allocation settlement. |
| 7/29/2014 | J. Borow | 2.10 | Discussed with various creditors and parties in interest re: status of matter. |
| 7/29/2014 | A. Cowie | 2.80 | Prepared presentation for counsel in regard to proposed global proceeds allocation settlement. |
| 7/31/2014 | J. Borow | 2.40 | Discussions with various creditors and parties in interest re: status of |
| Subtotal | | 38.20 | |

### 10. Recovery/SubCon/Lien Analysis

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/7/2014 | A. Cowie | 1.30 | Analyzed detailed creditor recovery model for proceeds allocation. |
| 7/7/2014 | A. Cowie | 2.10 | Continued to revise recovery model for allocation scenarios. |

Capstone Advisory Group, LLC  
Invoice for the 7/1/2014-7/31/2014 Fee Statement

Page 7 of 13

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/7/2014 | A. Cowie | 2.80 | Revised recovery model for allocation scenarios. |
| 7/9/2014 | A. Cowie | 2.70 | Prepared summary analyses of numerous creditor recovery scenarios in regard to proceeds allocation. |
| 7/9/2014 | A. Cowie | 2.70 | Continued to prepare summary analyses of numerous creditor recovery scenarios in regard to proceeds allocation. |
| 7/9/2014 | A. Cowie | 2.90 | Prepared summary analyses of numerous creditor recovery scenarios in regard to proceeds allocation. |
| 7/10/2014 | A. Cowie | 2.40 | Analyzed creditor recoveries based on revised input assumptions. |
| 7/17/2014 | A. Cowie | 2.30 | Continued to prepare summary analyses of numerous creditor recovery scenarios in regard to proceeds allocation. |
| 7/17/2014 | A. Cowie | 2.90 | Prepared summary analyses of numerous creditor recovery scenarios in regard to proceeds allocation. |
| 7/18/2014 | A. Cowie | 1.80 | Continued to analyze creditor recoveries under numerous input assumptions in regard to proceeds allocation. |
| 7/18/2014 | A. Cowie | 2.20 | Continued to analyze creditor recoveries under numerous input assumptions in regard to proceeds allocation. |
| 7/18/2014 | A. Cowie | 2.40 | Analyzed creditor recoveries under numerous input assumptions in regard to proceeds allocation. |
| 7/23/2014 | J. Hyland | 2.50 | Continued analyzing recoveries based upon post-petition interest levels. |
| 7/23/2014 | J. Hyland | 2.60 | Analyzed recoveries based upon post-petition interest levels. |
| 7/24/2014 | A. Cowie | 2.30 | Updated detailed recovery model. |
| 7/24/2014 | J. Hyland | 2.40 | Continued analyzing recoveries from each estate's post-petition interest positions. |
| 7/24/2014 | J. Hyland | 2.90 | Analyzed recoveries from each estate's post-petition interest positions. |
| 7/25/2014 | J. Hyland | 2.20 | Continued analyzing creditor recoveries based upon various scenarios. |
| 7/25/2014 | J. Hyland | 2.70 | Analyzed creditor recoveries based upon various scenarios. |
| 7/28/2014 | A. Cowie | 1.10 | Continued to update creditor recovery model for changed input assumptions. |
| 7/28/2014 | A. Cowie | 2.80 | Updated creditor recovery model for changed input assumptions. |
| 7/29/2014 | A. Cowie | 1.80 | Continued to prepare recovery model for proposed global allocation settlement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/29/2014 | A. Cowie | 2.10 | Prepared recovery model for proposed global allocation settlement. |
| Subtotal | | 53.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2014 | J. Borow | 1.30 | Continued to r review interest issues and computations. |
| 7/1/2014 | J. Borow | 2.10 | Reviewed interest issues and computations. |
| 7/7/2014 | J. Borow | 2.00 | Conducted analysis of post-petition interest issues. |
| 7/8/2014 | J. Hyland | 0.10 | Read article in Toronto newspaper re: potential settlement of EMEA claims. |
| 7/8/2014 | C. Kearns | 0.20 | Reviewed status of PPI response. |
| 7/8/2014 | J. Borow | 2.10 | Reviewed interest computation and valuation relationships. |
| 7/9/2014 | J. Borow | 1.10 | Reviewed various claims in U.S. and Canadian estates. |
| 7/10/2014 | C. Kearns | 0.50 | Reviewed draft brief - PPI. |
| 7/10/2014 | J. Borow | 1.60 | Reviewed post-petition interest analyses and related computations. |
| 7/10/2014 | J. Hyland | 2.40 | Reviewed and analyzed counsel's post-petition interest brief for bonds. |
| 7/10/2014 | J. Hyland | 2.70 | Reviewed bond recovery analysis deck for UCC. |
| 7/11/2014 | C. Kearns | 0.40 | Reviewed revised claim by PBGC and considered implications. |
| 7/11/2014 | J. Hyland | 2.10 | Analyzed amended PBGC filed claim. |
| 7/11/2014 | A. Cowie | 2.90 | Analyzed post-petition interest issues in regard to claims base. |
| 7/13/2014 | C. Kearns | 0.20 | Emailed with counsel re: PPI and allocation. |
| 7/14/2014 | J. Borow | 1.60 | Reviewed post-petition interest analyses and related computations. |
| 7/15/2014 | J. Borow | 0.70 | Reviewed certain claims and related analyses. |
| 7/15/2014 | J. Borow | 1.80 | Evaluated claims and post-petition interest issues. |
| 7/16/2014 | C. Kearns | 0.20 | Reviewed summary of revised PBGC claim. |
| 7/16/2014 | C. Kearns | 0.20 | Participated in conference call with A. Qureshi re: status of creditor discussions and PPI issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/16/2014 | C. Kearns | 0.60 | Read opposing briefs on PPI. |
| 7/16/2014 | J. Hyland | 2.70 | Continued analyzing claim recoveries based upon Canadian and EMEA settlement agreement. |
| 7/16/2014 | J. Hyland | 2.80 | Analyzed claim recoveries based upon Canadian and EMEA settlement agreement. |
| 7/16/2014 | J. Hyland | 2.90 | Analyzed Canadian settlement agreement with EMEA entities. |
| 7/16/2014 | J. Borow | 3.10 | Reviewed briefs and related analyses re: post-petition interest claims. |
| 7/17/2014 | C. Kearns | 0.30 | Participated in call with Akin re: responses to PPI briefs. |
| 7/17/2014 | J. Borow | 1.10 | Reviewed briefs relating to post-petition interest. |
| 7/17/2014 | J. Hyland | 2.00 | Analyzed claims base for Canada. |
| 7/18/2014 | C. Kearns | 0.50 | Emailed with counsel on PPI related issues. |
| 7/18/2014 | J. Hyland | 1.50 | Continued reviewing PPI opening briefs from each party in interest. |
| 7/18/2014 | J. Hyland | 2.70 | Analyzed PPI issue and related interest calculations. |
| 7/18/2014 | J. Hyland | 2.90 | Reviewed PPI opening briefs from each party in interest. |
| 7/19/2014 | C. Kearns | 0.60 | Emailed with Akin re: PPI issues and related discussions with Debtor; related conference call with A. Qureshi. |
| 7/19/2014 | A. Cowie | 2.10 | Analyzed PPI potential settlement information. |
| 7/19/2014 | J. Hyland | 2.60 | Analyzed U.S. claims for counsel. |
| 7/20/2014 | C. Kearns | 0.20 | Emailed with counsel re: PPI issues. |
| 7/21/2014 | C. Kearns | 0.40 | Read draft reply brief- PPI. |
| 7/21/2014 | C. Kearns | 0.70 | Emailed and analyzed with Akin on PPI related scenarios. |
| 7/21/2014 | J. Borow | 1.10 | Reviewed claims and recoveries relating to proposed post-petition interest claims. |
| 7/21/2014 | J. Hyland | 2.00 | Continued analyzing U.S. claimants interest calculations. |
| 7/21/2014 | A. Cowie | 2.40 | Continued to analyze PPI potential settlement information. |
| 7/21/2014 | J. Hyland | 2.80 | Continued analyzing U.S. claimants interest calculations. |

**Capstone Advisory Group, LLC**  
**Invoice for the 7/1/2014-7/31/2014 Fee Statement**

Page 10 of 13

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/21/2014 | J. Hyland | 2.90 | Analyzed U.S. claimants interest calculations. |
| 7/21/2014 | A. Cowie | 2.90 | Analyzed PPI potential settlement information. |
| 7/22/2014 | C. Kearns | 0.50 | Participated on conference call with Akin on PPI related matters in advance of the hearing. |
| 7/22/2014 | C. Kearns | 0.60 | Read PPI replies - UCC and bonds. |
| 7/22/2014 | J. Borow | 1.30 | Reviewed claims and recoveries relating to proposed post-petition interest claims. |
| 7/22/2014 | J. Hyland | 1.40 | Reviewed post-petition interest analysis prepared for a UCC member. |
| 7/22/2014 | J. Hyland | 2.00 | Reviewed publication from a party in interest representing another estate re: post-petition interest. |
| 7/22/2014 | J. Hyland | 2.20 | Reviewed reply briefs on post-petition interest. |
| 7/23/2014 | C. Kearns | 0.20 | Participated in conference call with F. Hodara on PPI issues. |
| 7/23/2014 | C. Kearns | 0.60 | Participated in call with BNY, Akin and Vedder re: PPI matters. |
| 7/23/2014 | C. Kearns | 0.70 | Reviewed draft 9019 and related emails with counsel. |
| 7/23/2014 | J. Borow | 1.10 | Reviewed various interest computation and related claims issues. |
| 7/23/2014 | J. Borow | 1.10 | Continued to review various claims and related issues including PBGC details. |
| 7/23/2014 | J. Borow | 1.30 | Reviewed various claims and related issues including PBGC details. |
| 7/23/2014 | A. Cowie | 1.90 | Conducted analysis of PPI issues in regard to proceeds allocation. |
| 7/23/2014 | J. Hyland | 2.50 | Analyzed post-petition interest calculations. |
| 7/24/2014 | J. Hyland | 0.30 | Conducted call with M. Sandberg (FTI) re: post-petition interest for bonds. |
| 7/24/2014 | C. Kearns | 0.40 | Read redline to draft PPI settlement. |
| 7/24/2014 | C. Kearns | 0.70 | Participated in call with committee re: PPI settlement. |
| 7/25/2014 | J. Hyland | 0.20 | Conducted call with M. Wunder (Cassels) re: hearing on post-petition interest. |
| 7/25/2014 | C. Kearns | 0.30 | Responded to calls from holders on PPI settlement. |
| 7/25/2014 | C. Kearns | 0.40 | Read transcript of chambers conference on PPI. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/25/2014 | J. Borow | 1.10 | Reviewed various interest computation and related claims issues. |
| 7/25/2014 | J. Hyland | 1.20 | Reviewed transcript of telephonic U.S. hearing on post-petition settlement between bondholders and U.S. estate. |
| 7/25/2014 | A. Cowie | 1.30 | Analyzed PPI supporting information. |
| 7/28/2014 | J. Hyland | 0.20 | Conducted call with claimant in the Nortel matter. |
| 7/28/2014 | C. Kearns | 0.30 | Emailed with counsel re: status of PPI including review of articles in Toronto press. |
| 7/28/2014 | A. Cowie | 1.50 | Continued to review updated bond pricing report for UCC. |
| 7/28/2014 | A. Cowie | 2.80 | Reviewed updated bond pricing report for UCC. |
| 7/28/2014 | J. Hyland | 2.80 | Continued analyzing bond pricing trends. |
| 7/28/2014 | J. Hyland | 2.90 | Analyzed bond pricing trends. |
| 7/29/2014 | J. Hyland | 0.60 | Conducted call with R. Johnson re: bond interest settlement depositions. |
| 7/30/2014 | A. Cowie | 0.70 | Continued to analyze PPI supporting issues. |
| 7/30/2014 | J. Hyland | 2.70 | Continued reviewing claims by estate for reasonableness. |
| 7/30/2014 | J. Hyland | 2.80 | Reviewed claims by estate for reasonableness. |
| 7/30/2014 | A. Cowie | 2.90 | Analyzed PPI supporting issues. |
| 7/31/2014 | J. Borow | 1.10 | Reviewed issues pertaining to post-petition interest and related briefs. |
| Subtotal | | 114.60 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2014 | N. Haslun | 1.90 | Analyzed Nortel historical financial information, in regards to the allocation process. |
| 7/2/2014 | N. Haslun | 1.60 | Analyzed Nortel historical financial information, in regards to the allocation process. |
| 7/3/2014 | N. Haslun | 0.80 | Analyzed Nortel historical financial information, in regards to the allocation process. |
| Subtotal | | 4.30 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 7/28/2014 | J. Hyland | 1.20 | Analyzed current MOR and Monitor Reports. |
| Subtotal | | 1.20 | |
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 7/1/2014 | J. Hyland | 2.20 | Reviewed NNI cash balances and reporting. |
| 7/22/2014 | J. Hyland | 2.80 | Reviewed cash forecasts for claim recovery purposes. |
| 7/29/2014 | J. Hyland | 2.50 | Continued analyzing cash flows for the U.S. and Canadian estates. |
| 7/29/2014 | J. Hyland | 2.90 | Analyzed cash flows for the U.S. and Canadian estates. |
| Subtotal | | 10.40 | |
| **33. Intellectual Property** | | | |
| 7/10/2014 | B. Kullberg | 0.30 | Participated in call with counsel re: trial status. |
| 7/21/2014 | B. Kullberg | 0.50 | Participated in call with counsel re: status. |
| 7/24/2014 | B. Kullberg | 0.70 | Participated in call with counsel re: status. |
| Subtotal | | 1.50 | |
| **Total Hours** | | **435.80** | |