**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 7/1/2014 through 7/31/2014**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 7/14/2014 | A. Cowie | Airfare LGA to YYZ for Nortel meeting. | $690.04 |
| **Subtotal - Airfare/ Train** | | | **$690.04** |
| **Auto Rental/Taxi** | | | |
| 7/14/2014 | A. Cowie | Taxi from home to LGA for Nortel trip. | $200.83 |
| 7/14/2014 | A. Cowie | Taxi from LGA to home from the Nortel trip. | $175.69 |
| **Subtotal - Auto Rental/Taxi** | | | **$376.52** |
| **Meals** | | | |
| 7/14/2014 | A. Cowie | Dinner at airport. | $30.51 |
| 7/14/2014 | A. Cowie | Breakfast at LGA. | $5.53 |
| **Subtotal - Meals** | | | **$36.04** |
| **Research** | | | |
| 7/11/2014 | CAG Direct | Bloomberg research direct charges - July 2014. | $234.46 |
| **Subtotal - Research** | | | **$234.46** |
| **Telecom** | | | |
| 7/3/2014 | CAG Direct | Court call cost re: allocation trial. | $219.00 |
| 7/3/2014 | CAG Direct | Court call cost re: allocation trial. | $121.00 |
| 7/3/2014 | CAG Direct | Court call cost re: allocation trial. | $86.00 |
| 7/3/2014 | CAG Direct | Court call cost re: allocation trial. | $30.00 |
| 7/4/2014 | CAG Direct | Teleconference call charges for call with FTI re: assets and claims. | $29.29 |

**Capstone Advisory Group, LLC**
Invoice for the 7/1/2014-7/31/2014 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 7/14/2014 | A. Cowie | Cellular roaming charge in Toronto. | $1.50 |

**Subtotal - Telecom** $486.79

**For the Period 7/1/2014 through 7/31/2014** $1,823.85