# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 26, 2014
Invoice 464103
Page 2

Client #  732310

Matter # 165839

For services through July 31, 2014
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Attention to reviewing and calendaring upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 07/22/14 | Retrieve and circulate newly filed pleadings | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 235.00 | $47.00 |
| 07/23/14 | Retrieve and circulate newly filed pleadings (.2); Coordinate calendar update (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.30 hrs. | 235.00 | $70.50 |
| 07/25/14 | Docket distribution | | | |
| Paralegal | Rebecca V. Speaker | 0.10 hrs. | 235.00 | $23.50 |
| 07/29/14 | Review and calendar upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 07/30/14 | Review docket (.2); Review and update critical dates (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 235.00 | $117.50 |
| 07/31/14 | Review docket (.2); Review and update critical dates (.5) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |

Total Fees for Professional Services          $609.00

TOTAL DUE FOR THIS INVOICE                  **$609.00**
BALANCE BROUGHT FORWARD                   $1,355.70

**TOTAL DUE FOR THIS MATTER**              **$1,964.70**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103

Page 3

Client # 732310

Matter # 165839

For services through July 31, 2014
relating to Claims Administration

| 07/08/14 | Review Ernest Demel motion to amend claim settlement (.8); Review Debtors' objection to Ernest Demel motion to amend claim settlement and related documentation (.8) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.60 hrs. | 465.00 | $744.00 |
| | | | | |
| 07/11/14 | Call from NY UST re: Ernest Demel amendment | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| | | | | |
| 07/17/14 | Return calls to creditors re: timing of distributions and plan process (x3) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 465.00 | $418.50 |
| | | | | |
| 07/24/14 | Review US Debt Recovery settlement motion | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |

Total Fees for Professional Services $1,627.50

TOTAL DUE FOR THIS INVOICE **$1,627.50**
BALANCE BROUGHT FORWARD $530.10

**TOTAL DUE FOR THIS MATTER** **$2,157.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 26, 2014
Invoice 464103
Page 4

Client #  732310

Matter # 165839

---

For services through July 31, 2014
relating to  Court Hearings

| 07/08/14 | Email to L. Morris re: post-trial logistical issues | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 07/15/14 | Review e-mail from M. Fagen re: 5/8/14 transcript (.1); E-mail to M. Fagen re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| 07/16/14 | Retrieve re: 7/22/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| 07/23/14 | Emails to L. Morris re: logistics of 7/25/14 hearing (.3); Meet with R. Speaker re: preparation for 7/25/14 hearing (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |
| 07/23/14 | Retrieve and circulate 7/25/14 agneda (.1); Retrieve pleadings re: 7/25/14 hearing (.8); Prepare hearing binder for 7/25/14 (.9); Coordinate duplication of same (.1); Coordinate telephonic appearance for M. Wunder (.1) | | | |
| Paralegal | Rebecca V. Speaker | 2.00 hrs. | 235.00 | $470.00 |
| 07/24/14 | Prepare for 7/25/14 hearing (3.1); Call with Court re: adjournment of 7/25/14 hearing (.8); Emails to R. Speaker re: preparations for 7/25/14 hearing (.5); Meet with R. Speaker re: preparations for 7/25/14 hearing (.2); Meet with L. Morris re: preparations for 7/25/14 hearing (.2); Calls to/from R. Wirakesuma re: preparations for 7/25/14 hearing (.4); Emails to B. Kahn re: preparations for 7/25/14 hearing (.3); Emails to B. Kahn re: quickly acquiring 7/24/14 transcript (.4); Call to A. Cordo re: logistics of 7/24/14 hearing (.2); Emails to A. Cordo re: logistics of 7/24/14 hearing (.3); Emails to L. Morris re: preparations for 7/25/14 hearing (.2) | | | |
| Associate | Christopher M. Samis | 6.60 hrs. | 465.00 | $3,069.00 |
| 07/24/14 | Coordinate telephonic appearance for Akin Gump and M. Wunder | | | |
| Paralegal | Rebecca V. Speaker | 0.50 hrs. | 235.00 | $117.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 26, 2014
Invoice 464103

Page 5

Client #  732310

Matter # 165839

---

| 07/25/14 | Emails to A. Cordo re: transcript from 7/24/14 CourtCall (.2); Email to B. Kahn re: transcript from 7/24/14 CourtCall (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

|  | Total Fees for Professional Services | $4,169.00 |
|---|---|---|

| **TOTAL DUE FOR THIS INVOICE** | **$4,169.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $70,421.80 |
| **TOTAL DUE FOR THIS MATTER** | **$74,590.80** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 6

Client #  732310

Matter # 165839

For services through July 31, 2014
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 07/02/14 | Research 9019 advisory opinion issue (3.6); Email to J. Miller re: initial J. Miller research re: 9019 advisory opinion issue research results (.1); Review initial J. Miller research re: 9019 advisory opinion issue research results (.2); Meet with J. Miller re: initial J. Miller research re: 9019 advisory opinion issue research results (.3) | | | |
| Associate | Christopher M. Samis | 4.20 hrs. | 465.00 | $1,953.00 |
| 07/02/14 | Drafted email to C.Samis re: research results concerning Rule 9019 advisory opinion (2.0); conference with re: same (.8) | | | |
| Summer Assoc. | Jesse Miller | 2.80 hrs. | 200.00 | $560.00 |
| 07/03/14 | Meet with J. Miller re: results of research on contingent 9019 arrangements | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 07/07/14 | Email to R. Johnson re: follow-up on post-trial logistical issues | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 07/07/14 | Drafted memo to C.Samis re: 9019 contingent/advisory opinion issues | | | |
| Summer Assoc. | Jesse Miller | 3.40 hrs. | 200.00 | $680.00 |
| 07/08/14 | Review research memo from J. Miller re: contingent 9019 settlements | | | |
| Associate | Christopher M. Samis | 2.10 hrs. | 465.00 | $976.50 |
| 07/10/14 | Review draft PPI brief (3.4); Email to B. Kahn re: review of draft PPI brief (.1) | | | |
| Associate | Christopher M. Samis | 3.50 hrs. | 465.00 | $1,627.50 |
| 07/11/14 | Review and revise revised and further revised draft PPI brief | | | |
| Associate | Christopher M. Samis | 2.10 hrs. | 465.00 | $976.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 7

Client #  732310

Matter #  165839

---

| 07/14/14 | Review Canadian EMEA claims settlement motion (1.7); Email to B. Khan re: comments to PPI brief (.1); Email to M. Fagen re: comments to PPI brief (.1); Review draft order for Canadian EMEA claims settlement motion (.5) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.40 hrs. | 465.00 | $1,116.00 |
| 07/15/14 | Review e-mail from C. Samis re: memorandum of law regarding entitlement (.1); Retrieve and review re: same (.2); Finalize and file re: same (.2); E-mail to C. Samis re: same pdf of same (.1); Coordinate service re: same (.2); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 07/15/14 | Attention to finalizing, filing and serving Committee's opening PPI brief (2.1); Calls from M. Fagen re: finalizing, filing and serving Committee's opening PPI brief (.4); Email to M. Fagen re: finalizing, filing and serving Committee's opening PPI brief (.1); Email to B. Witters re: finalizing, filing and serving Committee's opening PPI brief (.1); Email to Core Parties re: Committee's opening PPI brief (.1) | | | |
| Associate | Christopher M. Samis | 2.80 hrs. | 465.00 | $1,302.00 |
| 07/16/14 | Review Bondholders' opening PPI brief (1.9); Review Monitor's opening PPI brief (1.1); Review WT opening PPI brief (.9) | | | |
| Associate | Christopher M. Samis | 3.90 hrs. | 465.00 | $1,813.50 |
| 07/17/14 | Review Law Debenture supplemental opening PPI brief (1.1); Review UKPC opening PPI brief (2.1); Review US Interests' submission on PPI (.3); Review CCC's opening brief on PPI (.9) | | | |
| Associate | Christopher M. Samis | 4.40 hrs. | 465.00 | $2,046.00 |
| 07/18/14 | Email to B. Kahn re: contingent 9019 research | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 07/21/14 | Review and revise PPI reply brief (2.3); Email to B. Kahn re: DE state judgment rate (.1); Research DE state judgment rate (.6) | | | |
| Associate | Christopher M. Samis | 3.00 hrs. | 465.00 | $1,395.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 8

Client #  732310

Matter # 165839

---

| 07/22/14 | Emails to J. Miller re: confirming state judgment rate (.2); Emails to W. Romanowicz re: confirming state judgment rate (.2); Emails to T. Hunter and K. Lester re: confirming state judgment rate (.2); Further research on interpretation of state judgment rate statute (.5); Attention to finalizing filing and serving PPI reply brief  (2.1); Calls to and from R. Wirakesuma re: finalizing reply brief (.2); Emails to F. Hodara, B. Kahn and others re: final comments to PPI reply brief (.5); Email to B. Kahn re: confirming state judgment rate (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 4.00 hrs. | 465.00 | $1,860.00 |
| | | | | |
| 07/22/14 | Research re: Delaware state judgment rate | | | |
| Summer Assoc. | Jesse Miller | 0.30 hrs. | 200.00 | $60.00 |
| | | | | |
| 07/22/14 | Finalize and file reply brief (.2); Coordinate service of same (.2); Draft AOS re: same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.50 hrs. | 235.00 | $117.50 |
| | | | | |
| 07/22/14 | Research on interest calculation | | | |
| Associate | Travis S. Hunter | 0.30 hrs. | 415.00 | $124.50 |
| | | | | |
| 07/22/14 | Emails with C. Samis re: judgment rate of interest; Researched legal judgment rate of interest | | | |
| Associate | Will Romanowicz | 0.30 hrs. | 340.00 | $102.00 |
| | | | | |
| 07/23/14 | Review UKPC PPI reply briefing (1.4); Review Ad Hoc Bonds PPI reply briefing (1.9); Review Monitor's PPI reply briefing (1.9); Review WT PPI reply briefing (.9); Review Law Debenture supplemental PPI reply briefing (.4); Review CCC PPI reply briefing (.6) | | | |
| Associate | Christopher M. Samis | 7.10 hrs. | 465.00 | $3,301.50 |
| | | | | |
| 07/24/14 | Call from B. Kahn re: US bondholder PPI settlement (.4); Email to B. Kahn re: state judgment rate (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 26, 2014
Invoice 464103
Page 9
Client #  732310

Matter # 165839

| Date | Description | | | |
|------|-------------|---|---|---|
| 07/24/14 | Review US bondholder PPI settlement motion (1.9); Calls to R. Speaker re: quickly acquiring 7/24/14 transcript (.2) | | | |
| Associate | Christopher M. Samis | 2.10 hrs. | 465.00 | $976.50 |
| 07/30/14 | Finalize and file AOS re: reply | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 235.00 | $47.00 |

Total Fees for Professional Services $21,781.50

TOTAL DUE FOR THIS INVOICE **$21,781.50**

BALANCE BROUGHT FORWARD $26,975.10

**TOTAL DUE FOR THIS MATTER** **$48,756.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 10

Client #  732310

Matter # 165839

For services through July 31, 2014
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 07/01/14 | Revise notice of application re: RLF May fee application (.1); Revise cos re: same (.1); Revise RLF May fee application (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 07/01/14 | Review, revise and finalize 64th RL&F fee application (.4); Email to B. Kahn re: RL&F fee data in electronic format (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |
| 07/09/14 | Review e-mail from B. Kahn re: RLF June fee and expense estimates (.1); E-mail to accounting re: same (.1); E-mail to B. Kahn re: estimates of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 235.00 | $70.50 |
| 07/18/14 | Prepare cno re: RLF May fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| 07/18/14 | Email to B. Kahn re: fee auditor report on RL&F | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 07/21/14 | Review RLF bill memo (.5); Discussion with L. Morris re: same (.1) | | | |
| Paralegal | Ann Jerominski | 0.60 hrs. | 235.00 | $141.00 |
| 07/23/14 | Finalize and file RL&F CNO | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 235.00 | $47.00 |
| 07/31/14 | Review and revise RLF June fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 26, 2014
Invoice 464103
Page 11

Client #  732310

Matter #  165839

| | |
|---|---|
| Total Fees for Professional Services | $984.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$984.00** |
| BALANCE BROUGHT FORWARD | $1,552.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,536.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 26, 2014
Invoice 464103

Page 12

Client #  732310

Matter # 165839

For services through July 31, 2014
relating to  Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 07/18/14 | Prepare cno re: Ashurst May fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 235.00 | $47.00 |
| 07/21/14 | Emails to A. Cordo re: Cassels fee examiner report (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 07/21/14 | Finalize and file Ashcroft CNO | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 235.00 | $47.00 |
| 07/22/14 | Email to M. Wunder re: responding to fee auditor | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 07/24/14 | Review, revise and finalize Ashurst June 2014 fee application (.2); Email to M. Fagen re: filing of Ashurst June 2014 fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 07/24/14 | Draft notice for Ashurst fee application (.1); Organize exhibits re: same (.1); Finalize and file same (.2); Coordinate service of same (.1); Draft notice for Capstone fee application (.1); Organize exhibits re: same (.1); Finalize and file same (.2); Coordinate service of same (.1); Draft AOS re: fee applications (.2) | | | |
| Paralegal | Rebecca V. Speaker | 1.20 hrs. | 235.00 | $282.00 |
| 07/30/14 | Emails to M. Fagen re: under seal expert invoices (.3); Email to B. Witters re: under seal expert invoices (.1); Emails to A. Cordo re: processing under seal expert invoices (.4); Email to M. Wunder re: outcome of conversation with fee examiner (.1) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 465.00 | $418.50 |
| 07/30/14 | Finalize and file AOS re: fee applications | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 235.00 | $47.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 26, 2014
Invoice 464103
Page 13

Client #  732310

Matter # 165839

---

| 07/31/14 | Review e-mail from M. Fagen re: Akin Gump May fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $1,355.50 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$1,355.50** |
| BALANCE BROUGHT FORWARD | $3,957.40 |
| **TOTAL DUE FOR THIS MATTER** | **$5,312.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 26, 2014
Invoice 464103
Page 14
Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Ann Jerominski | 0.60 | 235.00 | 141.00 |
| Barbara J. Witters | 6.00 | 235.00 | 1,410.00 |
| Christopher M. Samis | 56.20 | 465.00 | 26,133.00 |
| Jesse Miller | 6.50 | 200.00 | 1,300.00 |
| Rebecca V. Speaker | 5.60 | 235.00 | 1,316.00 |
| Travis S. Hunter | 0.30 | 415.00 | 124.50 |
| Will Romanowicz | 0.30 | 340.00 | 102.00 |
| TOTAL | 75.50 | $404.32 | 30,526.50 |

**TOTAL DUE FOR THIS INVOICE**                                    **$35,516.17**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310