# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

August 26, 2014
Invoice 464103

Page 1

Client # 732310
Matter # 165839

---

For disbursements incurred through July 31, 2014
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | | |
|---|---|---|
| Binding | $12.50 | |
| Conference Calling | $300.00 | |
| Document Retrieval | $102.90 | |
| Long distance telephone charges | $33.36 | |
| Messenger and delivery service | $776.55 | |
| Photocopying/Printing<br>26,161 @ $.10 pg. / 1,833 @ $.10 pg. | $2,799.40 | |
| Postage | $964.96 | |
| Other Charges | | $4,989.67 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$4,989.67** |
| BALANCE BROUGHT FORWARD | $27,691.09 |
| **TOTAL DUE FOR THIS MATTER** | **$32,680.76** |

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 15
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 06/19/14 | Printing | | DUP |
| | | Amount = $1.00 | |
| 06/19/14 | Printing | | DUP |
| | | Amount = $6.30 | |
| 07/01/14 | Photocopies | | DUP |
| | | Amount = $49.20 | |
| 07/01/14 | Messenger and delivery | | MESS |
| | | Amount = $63.30 | |
| 07/01/14 | Postage | | POST |
| | | Amount = $20.20 | |
| 07/01/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 07/01/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 07/01/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 07/01/14 | Printing | | DUP |
| | | Amount = $2.20 | |
| 07/01/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 07/02/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 07/03/14 | CourtCall | | CONFCALL |
| | | Amount = $210.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103

Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/07/14 | Printing | Amount = $0.30 | DUP |
| 07/07/14 | Printing | Amount = $0.80 | DUP |
| 07/07/14 | Printing | Amount = $2.10 | DUP |
| 07/07/14 | Printing | Amount = $3.80 | DUP |
| 07/08/14 | Printing | Amount = $0.20 | DUP |
| 07/09/14 | PACER | Amount = $2.00 | DOCRETRI |
| 07/11/14 | Printing | Amount = $2.50 | DUP |
| 07/15/14 | Photocopies | Amount = $212.10 | DUP |
| 07/15/14 | Photocopies | Amount = $1,257.20 | DUP |
| 07/15/14 | 12128727425 Long Distance | Amount = $1.39 | LD |
| 07/15/14 | Messenger and delivery | Amount = $306.30 | MESS |
| 07/15/14 | Postage | Amount = $503.00 | POST |
| 07/15/14 | Printing | Amount = $2.90 | DUP |
| 07/15/14 | Printing | Amount = $2.90 | DUP |
| 07/15/14 | Printing | Amount = $0.10 | DUP |
| 07/15/14 | Printing | Amount = $2.90 | DUP |
| 07/15/14 | Printing | Amount = $2.90 | DUP |
| 07/15/14 | Printing | Amount = $0.10 | DUP |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 17
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/15/14 | Printing | Amount = $0.10 | DUP |
| 07/15/14 | Printing | Amount = $0.10 | DUP |
| 07/15/14 | Printing | Amount = $2.90 | DUP |
| 07/15/14 | Printing | Amount = $2.90 | DUP |
| 07/18/14 | Printing | Amount = $0.10 | DUP |
| 07/18/14 | Printing | Amount = $0.10 | DUP |
| 07/21/14 | Printing | Amount = $0.30 | DUP |
| 07/21/14 | Printing | Amount = $0.30 | DUP |
| 07/21/14 | Printing | Amount = $1.80 | DUP |
| 07/21/14 | Printing | Amount = $0.10 | DUP |
| 07/22/14 | Photocopies | Amount = $68.40 | DUP |
| 07/22/14 | Photocopies | Amount = $297.10 | DUP |
| 07/22/14 | Photocopies | Amount = $181.60 | DUP |
| 07/22/14 | 12128728072 Long Distance | Amount = $2.78 | LD |
| 07/22/14 | Richards Layton and Finger/ELLIOTT GREENLEAF Messenger and delivery charges | Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/DRINKER BIDDLE & REATH LLP Messenger and delivery charges | Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/DUANE MORRIS Messenger and delivery charges | Amount = $6.45 | MESS |


Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 18
Client # 732310

| Date | Description | Code |
|---|---|---|
| 07/22/14 | Richards Layton and Finger/DLA PIPER Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/ASHBY & GEDDES Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/BAYARD FIRM Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/Bifferato Gentilotti & Biden Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/WEIR & PARTNERS Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/Buchanan Ingersoll and Rooney Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges<br>Amount = $6.45 | MESS |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103

Client # 732310

| | | |
|---|---|---|
| 07/22/14 | Richards Layton and Finger/CROSS & SIMON Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/COUSINS CHIPMAN & BROWN LLP Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/CONNOLLY BOVE Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/COLE SCHOTZ MEISEL FORMAN & LEONARD Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/DLA PIPER Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/YOUNG CONAWAY Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/WOMBLE CARLYLE SANDRIDGE & RICE Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/VIVIAN A HOUGHTON Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/PINCKNEY WEIDINGER URBAN & JOYCE LLC Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/REED SMITH Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/POLSINELLI SHUGHART Messenger and delivery charges<br>Amount = $6.45 | MESS |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103

Client # 732310

| Date | Description | Code |
|---|---|---|
| 07/22/14 | Richards Layton and Finger/Skadden Arps Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/STEVENS & LEE Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/SMITH KATZENSTEIN & FURLOW Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/Swartz Campbell Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/US Attorney Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/WERB & SULLIVAN Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/Klehr Harrison Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/Landis Rath & Cobb Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/MCCARTER & ENGLISH Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/MONZACK MERSKY MCLAUGHLIN & BROWDER Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/MORRIS JAMES HITCHENS & WILLIAMS Messenger and delivery charges<br>Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/US Trustee Messenger and delivery charges<br>Amount = $6.45 | MESS |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 21
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/22/14 | Richards Layton and Finger/PACHULSKI STANG Messenger and delivery charges | Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges | Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges | Amount = $6.45 | MESS |
| 07/22/14 | Richards Layton and Finger/SULLIVAN HAZELTINE ALLINSON LLC Messenger and delivery charges | Amount = $6.45 | MESS |
| 07/22/14 | Messenger and delivery | Amount = $54.30 | MESS |
| 07/22/14 | PACER | Amount = $28.20 | DOCRETRI |
| 07/22/14 | Postage | Amount = $400.16 | POST |
| 07/22/14 | Printing | Amount = $1.70 | DUP |
| 07/22/14 | Printing | Amount = $1.70 | DUP |
| 07/22/14 | Printing | Amount = $0.10 | DUP |
| 07/22/14 | Printing | Amount = $0.10 | DUP |
| 07/22/14 | Printing | Amount = $0.10 | DUP |
| 07/22/14 | Printing | Amount = $0.10 | DUP |
| 07/22/14 | Printing | Amount = $2.90 | DUP |
| 07/22/14 | Printing | Amount = $2.90 | DUP |
| 07/23/14 | Binding/Tabs Velobinding | Amount = $12.50 | BIND |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103

Client # 732310

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 07/23/14 | Photocopies | Amount = | $359.50 | DUP |
| 07/23/14 | PACER | Amount = | $3.00 | DOCRETRI |
| 07/23/14 | PACER | Amount = | $35.20 | DOCRETRI |
| 07/23/14 | Printing | Amount = | $0.30 | DUP |
| 07/23/14 | Printing | Amount = | $22.80 | DUP |
| 07/23/14 | Printing | Amount = | $0.30 | DUP |
| 07/23/14 | Printing | Amount = | $2.00 | DUP |
| 07/23/14 | Printing | Amount = | $4.50 | DUP |
| 07/23/14 | Printing | Amount = | $0.10 | DUP |
| 07/23/14 | Printing | Amount = | $2.20 | DUP |
| 07/23/14 | Printing | Amount = | $1.80 | DUP |
| 07/23/14 | Printing | Amount = | $0.20 | DUP |
| 07/23/14 | Printing | Amount = | $0.60 | DUP |
| 07/23/14 | Printing | Amount = | $0.60 | DUP |
| 07/23/14 | Printing | Amount = | $1.40 | DUP |
| 07/23/14 | Printing | Amount = | $1.70 | DUP |
| 07/23/14 | Printing | Amount = | $1.80 | DUP |
| 07/23/14 | Printing | Amount = | $2.90 | DUP |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103
Page 23
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/23/14 | Printing | Amount = $5.50 | DUP |
| 07/23/14 | Printing | Amount = $0.20 | DUP |
| 07/23/14 | Printing | Amount = $31.00 | DUP |
| 07/23/14 | Printing | Amount = $0.50 | DUP |
| 07/23/14 | Printing | Amount = $1.00 | DUP |
| 07/23/14 | Printing | Amount = $1.50 | DUP |
| 07/23/14 | Printing | Amount = $1.00 | DUP |
| 07/23/14 | Printing | Amount = $4.50 | DUP |
| 07/23/14 | Printing | Amount = $4.30 | DUP |
| 07/23/14 | Printing | Amount = $4.30 | DUP |
| 07/23/14 | Printing | Amount = $0.20 | DUP |
| 07/24/14 | Photocopies | Amount = $61.40 | DUP |
| 07/24/14 | 14435536949 Long Distance | Amount = $1.39 | LD |
| 07/24/14 | 12128728121 Long Distance | Amount = $22.24 | LD |
| 07/24/14 | 12128728072 Long Distance | Amount = $2.78 | LD |
| 07/24/14 | 12128728072 Long Distance | Amount = $2.78 | LD |
| 07/24/14 | Messenger and delivery | Amount = $63.30 | MESS |
| 07/24/14 | PACER | Amount = $34.50 | DOCRETRI |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103

Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/24/14 | Postage | Amount = $21.40 | POST |
| 07/24/14 | Printing | Amount = $0.30 | DUP |
| 07/24/14 | Printing | Amount = $3.90 | DUP |
| 07/24/14 | Printing | Amount = $0.30 | DUP |
| 07/24/14 | Printing | Amount = $0.10 | DUP |
| 07/24/14 | Printing | Amount = $0.30 | DUP |
| 07/24/14 | Printing | Amount = $5.50 | DUP |
| 07/24/14 | Printing | Amount = $0.10 | DUP |
| 07/24/14 | Printing | Amount = $0.10 | DUP |
| 07/24/14 | Printing | Amount = $0.30 | DUP |
| 07/24/14 | Printing | Amount = $0.20 | DUP |
| 07/28/14 | CourtCall | Amount = $90.00 | CONFCALL |
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $1.80 | DUP |
| 07/30/14 | Printing | Amount = $1.40 | DUP |
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $0.40 | DUP |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 26, 2014
Invoice 464103

Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $0.10 | DUP |
| 07/30/14 | Printing | Amount = $0.90 | DUP |
| 07/30/14 | Printing | Amount = $0.70 | DUP |
| 07/31/14 | Photocopies | Amount = $129.60 | DUP |
| 07/31/14 | Richards Layton and Finger/Morris Nichols Arsht and Tunnell Messenger and delivery charges | Amount = $6.45 | MESS |
| 07/31/14 | Messenger and delivery | Amount = $12.00 | MESS |
| 07/31/14 | Postage | Amount = $20.20 | POST |
| 07/31/14 | Printing | Amount = $0.30 | DUP |
| 07/31/14 | Printing | Amount = $0.10 | DUP |
| 07/31/14 | Printing | Amount = $0.20 | DUP |
| 07/31/14 | Printing | Amount = $2.20 | DUP |
| 07/31/14 | Printing | Amount = $0.10 | DUP |
| 07/31/14 | Printing | Amount = $0.10 | DUP |
| 07/31/14 | Printing | Amount = $0.30 | DUP |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/31/14 | Printing | Amount = $0.30 | DUP |
| 07/31/14 | Printing | Amount = $14.40 | DUP |
| 07/31/14 | Printing | Amount = $0.20 | DUP |
| 07/31/14 | Printing | Amount = $0.20 | DUP |
| 07/31/14 | Printing | Amount = $0.30 | DUP |

TOTALS FOR 732310 Official Committee of the Board of Directors of Nortel Networks Inc

Expenses $4,989.67