# EXHIBIT C

## DISBURSEMENT SUMMARY
## JULY 1, 2014 THROUGH JULY 31, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,038.94 |
| Conference Calls/Telephone/Web Conference Services | $4,853.69 |
| Courier Service/Postage | $557.63 |
| Deposition Charges | $19,518.00 |
| Document Production – In House | $18.40 |
| Duplicating (billed at $.10 per page) | $216.60 |
| Meals/Committee Meeting Expenses | $11,556.56 |
| Travel Expenses – Airfare | $29,880.54 |
| Travel Expenses – Ground Transportation | $5,323.36 |
| Travel Expenses – Incidentals | $591.13 |
| Travel Expenses – Lodging | $22,913.10 |
| Travel Expenses – Telephone & Fax | $35.73 |
| Travel Expenses – Train Fare | $6,289.97 |
| **TOTAL** | **$106,793.65** |