# EXHIBIT E

Case 09-10138-MFW    Doc 14295-6    Filed 08/27/14    Page 1 of 4

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JULY 1, 2014 THROUGH JULY 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 15 years; Admitted in 1989; Financial Restructuring Department | $1,050 | 1.30 | $1,365.00 |
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,050 | 110.00 | $115,500.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,150 | 101.50 | $116,725.00 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $915 | 97.20 | $88,938.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $950 | 92.70 | $88,065.00 |
| Bruce E. Simonetti | Partner for 10 years; Admitted in 1995; ERISA Department | $875 | 9.00 | $7,875.00 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $810 | 38.10 | $30,861.00 |
| Austin S. Lilling | Senior Counsel for 3 years; Admitted in 2001; Tax Department | $685 | 21.70 | $14,864.50 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $760 | 11.20 | $8,512.00 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $715 | 114.50 | $81,867.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Nyron J. Persaud | Counsel for 2 years; Admitted in 2008; Tax Department | $670 | 1.50 | $1,005.00 |
| Dennis J. Windscheffel | Counsel for 4 years; Admitted in 2005; Litigation Department | $635 | 32.20 | $20,447.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $645 | 103.50 | $66,757.50 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | 54.90 | $31,018.50 |
| Daniel Z. Vira | Senior Attorney for 3 years; Admitted in 1992; ERISA Department | $680 | 24.70 | $16,796.00 |
| Andrew R. Casillas | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 66.90 | $33,450.00 |
| Michael K. Cross | Associate for 5 years; Admitted in 2010; Litigation Department | $595 | 27.70 | $16,481.50 |
| Anne M. Evans | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 56.50 | $22,882.50 |
| Matthew C. Fagen | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $500 | 70.50 | $35,250.00 |
| Katharine S. Fraser | Associate for 4 years; Admitted in 2010; Litigation Department | $500 | 78.30 | $39,150.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $575 | 82.40 | $47,380.00 |
| Carly I. Weinreb | Associate for 1 year; Admitted in 2014; Litigation Department | $405 | 93.00 | $37,665.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Molly E. Whitman | Associate for 1 year; Admitted in 2014; Litigation Department | $385 | 39.00 | $15,015.00 |
| Rebecca A. Wirakesuma | Associate for 1 year; Admitted in 2014; Financial Restructuring Department | $405 | 92.70 | $37,543.50 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $260 | 15.70 | $4,082.00 |
| Jami L. Delgado | Legal Assistant for 12 years; Litigation Department | $180 | 33.50 | $6,030.00 |
| Brian R. Gifford | Legal Assistant for 1 year; Litigation Department | $195 | 3.60 | $702.00 |
| Sol Kim | Legal Assistant for 2 years; Litigation Department | $220 | 3.30 | $726.00 |
| Ezekiel J. Pariser | Legal Assistant for 1 year; Litigation Department | $195 | 4.50 | $877.50 |
| Tracy Southwell | Legal Assistant for 21 years; Financial Restructuring Department | $255 | 15.60 | $3,978.00 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $295 | 9.10 | $2,684.50 |
| Jessica R. Watters | Legal Assistant for 1 year; Financial Restructuring Department | $215 | 3.00 | $645.00 |
| Leslie W. Lanphear | Librarian for 18 years | $245 | 4.30 | $1,053.50 |

Total Amount of Fees:     $996,193.00
Total Number of Hours:    1,513.60
Blended Hourly Rate:      $658.16