## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: TBD** |
| | ) | |

## NOTICE OF TWENTY-SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                      Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:                            Official Committee of Unsecured Creditors

Date of Retention:                                       March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:                     May 1, 2014 through July 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:              $4,972,094.25

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:          $642,419.48

This is (a)n:   X   interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's May, June and July 2014 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 7/31/14 Docket No. 14119 | 5/1/14 – 5/31/14 | $2,407,821.50 | $392,244.50 | $1,926,257.20 | $392,244.50 | $481,564.30 |
| Date Filed: 8/22/14 Docket No. 14247 | 6/1/14 – 6/30/14 | $1,568,079.75 | $143,381.33 | Pending Obj deadline $1,254,463.80 | Pending Obj deadline $143,381.33 | $313,615.95 |
| Date Filed: 8/27/14 Docket No. TBD | 7/1/14 – 7/31/14 | $996,193.00 | $106,793.65 | Pending Obj deadline $796,954.40 | Pending Obj deadline $106,793.65 | $199,238.60 |
| TOTALS: | | $4,972,094.25 | $642,419.48 | $3,977,675.40[3] | $642,419.48[4] | $994,418.85 |

Summary of any Objections to Fee Applications:  None.

Dated: August 27, 2014
        New York, New York

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000

Co-Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.