# EXHIBIT A

## HOURS/BILLABLE AMOUNTS BY PROJECT
## NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 5/1/2014  End Date 7/31/2014
**Enter Billing Rate/Hr:** 545.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 249.20 | $545.00 | $135,814.00 |
| 2 | Facility Document Inventory & Evacuation Review | 0.60 | $545.00 | $327.00 |
| 3 | Human Resources - Employee Related Projects | 9.90 | $545.00 | $5,395.50 |
| 4 | Fee Apps | 7.00 | $545.00 | $3,815.00 |
| 5 | Non-working travel | 32.00 | $272.50 | $8,720.00 |
| 6 | Claims Administration | 90.00 | $545.00 | $49,050.00 |
| 7 | Tax/Finance Matters and Budget Projects | 22.70 | $545.00 | $12,371.50 |
| 8 | Misc Debtor Issues and Communications | 2.40 | $545.00 | $1,308.00 |
| 9 | Analyst Support and Case Modeling | 107.10 | $545.00 | $58,369.50 |
| | **Hours/Billing Amount for Period:** | **520.90** | | **$275,170.50** |

## NORTEL TIME SHEET
### RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/1/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.4 |
| 5/2/2014 | Server maintenance, patches, disk space checks / netbackup job monitoring | Brandon Bangerter | 1 | 2.6 |
| 5/3/2014 | Migration of BOXI environment | Raj Perubhatla | 1 | 9.7 |
| 5/4/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 2.7 |
| 5/4/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 1.0 |
| 5/5/2014 | HR Interface log files for VEBA audit | Raj Perubhatla | 1 | 1.0 |
| 5/5/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.8 |
| 5/6/2014 | DARE universe issue / troubleshooting server and configuration | Brandon Bangerter | 1 | 2.1 |
| 5/6/2014 | Troubleshooting BOXI | Raj Perubhatla | 1 | 2.2 |
| 5/7/2014 | Weekly IT Status call | Raj Perubhatla | 1 | 0.5 |
| 5/7/2014 | Weekly meeting with onsite IT Manager / disk space issues on server | Brandon Bangerter | 1 | 1.6 |
| 5/8/2014 | Livelink server administration | Raj Perubhatla | 1 | 1.2 |
| 5/8/2014 | Zrtph0v5 server administration and troubleshooting | Raj Perubhatla | 1 | 0.7 |
| 5/8/2014 | Livelink issue / troubleshooting and configuration changes | Brandon Bangerter | 1 | 2.3 |
| 5/9/2014 | Netbackup jobs monitoring / configuration changes to backup times | Brandon Bangerter | 1 | 1.5 |
| 5/10/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.5 |
| 5/11/2014 | Oracle backups for HR and Claims maintenance | Brandon Bangerter | 1 | 2.7 |
| 5/11/2014 | Netbackup job monitoring / policy maintenance | Brandon Bangerter | 1 | 2.3 |
| 5/13/2014 | Onsite meetings in Raleigh - Unix Server Troubleshooting | Raj Perubhatla | 1 | 8.0 |
| 5/13/2014 | Sabrix RX8640 CPU / Fan issues troubleshooting and updates to configuration | Brandon Bangerter | 1 | 8.0 |
| 5/14/2014 | Unix Server Infrastructure - Troubleshooting | Raj Perubhatla | 1 | 4.5 |
| 5/14/2014 | Correspondence and response re: hardware issues on server / troubleshooting | Brandon Bangerter | 1 | 2.8 |
| 5/15/2014 | Server monitoring, updates after crash / future steps for resolution | Brandon Bangerter | 1 | 2.0 |
| 5/16/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 1.2 |
| 5/19/2014 | Conf call re Asia Pac Livelink Files | Kathryn Schultea | 1 | 2.0 |
| 5/19/2014 | Unix Server Issues and troubleshooting | Raj Perubhatla | 1 | 2.7 |
| 5/19/2014 | Correspondence and response re: hardware issues on server / troubleshooting | Brandon Bangerter | 1 | 1.3 |
| 5/20/2014 | Recovery Model Development - Joint Liability Analysis | Raj Perubhatla | 1 | 4.2 |
| 5/20/2014 | SAP BW server crash troubleshooting | Raj Perubhatla | 1 | 5.7 |
| 5/21/2014 | BW server crash / reviewing logs / troubleshooting for solutions | Brandon Bangerter | 1 | 1.7 |
| 5/22/2014 | Hardware replacement in Itanium server / update firmware / troubleshooting | Brandon Bangerter | 1 | 1.4 |
| 5/22/2014 | Weekly meeting with IT manager reviewing needs and issues with Itanium servers | Brandon Bangerter | 1 | 2.2 |
| 5/22/2014 | Correspondence received, reviewed, responded re: Asia Pac Livelink Files | Kathryn Schultea | 1 | 0.4 |
| 5/23/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 5/23/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 2.1 |
| 5/25/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 1.0 |
| 5/26/2014 | Server maintenance, patches, disk space checks / netbackup job monitoring | Brandon Bangerter | 1 | 2.3 |
| 5/28/2014 | Onsite meetings in Raleigh - Unix Server Troubleshooting | Raj Perubhatla | 1 | 9.2 |
| 5/28/2014 | Hardware replacement in Itanium server / update firmware / troubleshooting / cable run | Brandon Bangerter | 1 | 8.0 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/29/2014 | Onsite support in Raleigh | Raj Perubhatla | 1 | 3.7 |
| 5/29/2014 | Server maintenance: application of patches; password updates; website checks, etc. | Brandon Bangerter | 1 | 4.7 |
| 5/30/2014 | Quickbooks support | Raj Perubhatla | 1 | 0.7 |
| 5/30/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.3 |
| 5/31/2014 | Catalog backup / policies review | Brandon Bangerter | 1 | 1.2 |
| 6/1/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 6/1/2014 | Netbackup policy e-mail check, backup jobs monitoring | Brandon Bangerter | 1 | 1.1 |
| 6/2/2014 | Communication responses re: server hardware failures / research, troubleshooting | Brandon Bangerter | 1 | 1.3 |
| 6/3/2014 | SAP BW server crash troubleshooting | Raj Perubhatla | 1 | 1.2 |
| 6/3/2014 | OSX replacing DIMMS, configuration changes, Application startups, etc. | Brandon Bangerter | 1 | 2.6 |
| 6/4/2014 | Infrastructure support mtg | Raj Perubhatla | 1 | 0.7 |
| 6/4/2014 | SAP BW Support | Raj Perubhatla | 1 | 1.3 |
| 6/4/2014 | OSX online support for memory replacement, configuration changes, Application startups, etc. | Brandon Bangerter | 1 | 2.3 |
| 6/5/2014 | SAP BW Support | Raj Perubhatla | 1 | 1.2 |
| 6/5/2014 | OSX online support for memory replacement, configuration changes, Application startups, etc. | Brandon Bangerter | 1 | 1.8 |
| 6/6/2014 | Server monitoring, updates after crash / future steps for resolution | Brandon Bangerter | 1 | 2.2 |
| 6/7/2014 | Infrastructure monitoring for servers | Raj Perubhatla | 1 | 2.2 |
| 6/8/2014 | NT Recovery Model – April books file analysis | Raj Perubhatla | 1 | 3.2 |
| 6/8/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.3 |
| 6/9/2014 | Osx troubleshooting | Raj Perubhatla | 1 | 2.5 |
| 6/9/2014 | Troubleshooting additional issues with SAP BW on OSX | Brandon Bangerter | 1 | 2.0 |
| 6/10/2014 | OSX configuration changes / heartbeat error research | Brandon Bangerter | 1 | 1.6 |
| 6/11/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 6/11/2014 | Netbackup jobs monitoring / BOXI backups / Meeting with IT manager discussing hardware issues | Brandon Bangerter | 1 | 1.5 |
| 6/12/2014 | Server monitoring, updates after crash / future steps for resolution | Brandon Bangerter | 1 | 1.7 |
| 6/13/2014 | Claims data load and report generation | Raj Perubhatla | 1 | 5.7 |
| 6/13/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 6/15/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.6 |
| 6/16/2014 | Osx troubleshooting | Raj Perubhatla | 1 | 0.5 |
| 6/17/2014 | Osx SAP BW troubleshooting | Raj Perubhatla | 1 | 3.7 |
| 6/22/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 1.0 |
| 6/23/2014 | Server maintenance: application of patches; password updates; website checks, etc. | Brandon Bangerter | 1 | 1.3 |
| 6/24/2014 | EV5 maintenance / password changes, config updates | Brandon Bangerter | 1 | 1.4 |
| 6/25/2014 | Correspondence and response re: hardware issues on server / troubleshooting | Brandon Bangerter | 1 | 1.8 |
| 6/26/2014 | SAP BW process / server restart and monitoring updates | Brandon Bangerter | 1 | 2.1 |
| 6/27/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.5 |
| 6/28/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 2.7 |
| 6/29/2014 | Recovery Model Development - Joint liability treatment | Raj Perubhatla | 1 | 5.2 |
| 6/29/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.2 |
| 6/30/2014 | IT Conference call to troubleshoot SAP BW | Raj Perubhatla | 1 | 0.5 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/30/2014 | Troubleshooting additional issues with SAP BW on OSX | Brandon Bangerter | 1 | 2.4 |
| 7/1/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 7/1/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 7/2/2014 | SAP BW server crash troubleshooting | Raj Perubhatla | 1 | 3.5 |
| 7/2/2014 | OSX configuration changes / heartbeat error fixes / troubleshooting | Brandon Bangerter | 1 | 2.4 |
| 7/3/2014 | OSX error troubleshooting with disk SAN storage and controller errors | Brandon Bangerter | 1 | 2.2 |
| 7/6/2014 | IT Backups and monitoring | Raj Perubhatla | 1 | 3.7 |
| 7/6/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.1 |
| 7/7/2014 | SAP BW server crash troubleshooting | Raj Perubhatla | 1 | 2.5 |
| 7/7/2014 | OSX crash, troubleshooting, configuration changes and testing | Brandon Bangerter | 1 | 2.0 |
| 7/8/2014 | Infrastructure support for backups | Raj Perubhatla | 1 | 2.7 |
| 7/8/2014 | Troubleshooting additional issues with SAP BW on OSX | Brandon Bangerter | 1 | 1.6 |
| 7/9/2014 | Netbackup NAS server maintenance, troubleshooting, config changes / Weekly meeting with IT Mgr. | Brandon Bangerter | 1 | 2.7 |
| 7/10/2014 | Meeting with Zensar to torubleshoot SAP BW | Raj Perubhatla | 1 | 0.7 |
| 7/10/2014 | Con call re SAP BW issue, preparation and testing for remote access to SAP servers / NAS1 updates | Brandon Bangerter | 1 | 2.4 |
| 7/11/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.7 |
| 7/14/2014 | Netbackup catalog failure troubleshooting / SAP BW modifications for support | Brandon Bangerter | 1 | 2.3 |
| 7/15/2014 | SAP BW troubleshooting and configuration changes after failure | Brandon Bangerter | 1 | 1.2 |
| 7/16/2014 | SAP BW troubleshooting and configuration changes after failure | Brandon Bangerter | 1 | 1.8 |
| 7/17/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.3 |
| 7/18/2014 | Netbackup jobs monitoring / server maintenance | Brandon Bangerter | 1 | 1.0 |
| 7/20/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 7/20/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 0.8 |
| 7/21/2014 | Netbackup catalog failure troubleshooting / SAP BW modifications for support | Brandon Bangerter | 1 | 1.5 |
| 7/22/2014 | Con call re SAP BW issue, updates to server, application restarts | Brandon Bangerter | 1 | 2.2 |
| 7/24/2014 | Netbackup jobs monitoring / server maintenance / SAP BW issues conference call | Brandon Bangerter | 1 | 2.1 |
| 7/25/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 1.8 |
| 7/25/2014 | Correspondence - NNI Iron Mountain matters | Kathryn Schultea | 1 | 1.2 |
| 7/27/2014 | Unix Server and Infrastructure monitoring | Raj Perubhatla | 1 | 1.3 |
| 7/27/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 7/28/2014 | Osx troubleshooting | Raj Perubhatla | 1 | 0.7 |
| 7/28/2014 | Troubleshooting additional issues with SAP BW on OSX with conference call | Brandon Bangerter | 1 | 2.4 |
| 7/30/2014 | Weekly IT Status call and discussions | Raj Perubhatla | 1 | 0.7 |
| 7/30/2014 | Concall meeting with IT Manager on SAP BW issues | Brandon Bangerter | 1 | 1.2 |
| 7/31/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.7 |
| 5/6/2014 | Correspondence received, reviewed, responded re: Nortel sublease | Kathryn Schultea | 2 | 0.6 |
| 5/2/2014 | Correspondence received, reviewed, responded re: PBGC | Kathryn Schultea | 3 | 1.0 |
| 5/6/2014 | Correspondence received, reviewed, responded re: Benefits discussion | Kathryn Schultea | 3 | 0.8 |
| 5/6/2014 | Conf call and follow-up re: HR related work streams | Kathryn Schultea | 3 | 2.0 |
| 5/19/2014 | HR Log files extraction | Raj Perubhatla | 3 | 0.7 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/26/2014 | Correspondence received, reviewed, responded re: HR related work streams | Kathryn Schultea | 3 | 0.5 |
| 5/29/2014 | Correspondence received, reviewed, responded re: HR Matters | Kathryn Schultea | 3 | 0.5 |
| 6/10/2014 | TALX follow-up | Kathryn Schultea | 3 | 0.8 |
| 7/10/2014 | Correspondence - LTIP Trust Termination discussion | Kathryn Schultea | 3 | 0.4 |
| 7/17/2014 | Conference Call - HR Touchpoint | Kathryn Schultea | 3 | 0.7 |
| 7/22/2014 | Correspondence - 2013 LTIP Financial Statements | Kathryn Schultea | 3 | 0.5 |
| 7/29/2014 | Conference Call - HR matters and follow-up re same | Kathryn Schultea | 3 | 1.3 |
| 7/31/2014 | Correspondence - Benefits Discussion | Kathryn Schultea | 3 | 0.7 |
| 5/30/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 6/30/2014 | Monthly Fee Application Work and Quarterly follow-up | Kathryn Schultea | 4 | 3.0 |
| 7/31/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 5/12/2014 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 4.5 |
| 5/12/2014 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 3.5 |
| 5/13/2014 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 4.5 |
| 5/13/2014 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 3.5 |
| 5/27/2014 | Non Working Travel from Houston to Raleigh | Raj Perubhatla | 5 | 4.5 |
| 5/27/2014 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 3.5 |
| 5/29/2014 | Non Working Travel from Raleigh to Houston | Raj Perubhatla | 5 | 4.5 |
| 5/29/2014 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 3.5 |
| 5/1/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/2/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 5/5/2014 | Review employee claims report changes | Mary Cilia | 6 | 1.5 |
| 5/5/2014 | Review and prepare file for next round of omnibus objections and settlement letters | Mary Cilia | 6 | 2.8 |
| 5/6/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 5/7/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.2 |
| 5/7/2014 | Conference call with Cleary to discuss employee claims and related follow up | Mary Cilia | 6 | 1.8 |
| 5/8/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 5/9/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 5/12/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.7 |
| 5/12/2014 | Review and correspondence re: newly filed IRS claim | Mary Cilia | 6 | 1.3 |
| 5/12/2014 | Correspondence received, reviewed, responded re: IRS Claim | Kathryn Schultea | 6 | 1.3 |
| 5/13/2014 | Conference call with D. Parker to discuss exec claims and related follow up | Mary Cilia | 6 | 1.3 |
| 5/13/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 5/14/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 5/14/2014 | Conference call with Cleary to discuss employee claims and related follow up | Mary Cilia | 6 | 1.4 |
| 5/14/2014 | Follow up on IRS claim with E&Y, T. Ross and EPIQ | Mary Cilia | 6 | 1.2 |
| 5/14/2014 | Discussion re Nortel case and outstanding claims | Kathryn Schultea | 6 | 2.0 |
| 5/20/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 5/21/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 5/22/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.2 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/Minutes Worked |
|---|---|---|---|---|
| 5/28/2014 | Conference call with Cleary to discuss employee claims and related follow up | Mary Cilia | 6 | 1.8 |
| 5/28/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/29/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.1 |
| 5/29/2014 | Gather and review claim information for M. Kennedy to respond to Capstone | Mary Cilia | 6 | 1.8 |
| 6/2/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 6/2/2014 | Review ELT Information provided by Deb | Mary Cilia | 6 | 0.7 |
| 6/2/2014 | Work follow-up re model and claims | Kathryn Schultea | 6 | 1.5 |
| 6/4/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 6/5/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 6/6/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 6/7/2014 | Review of Round 6 Settlement Letters and Omnibus Objection Exhibit Drafts | Mary Cilia | 6 | 2.6 |
| 6/9/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 6/10/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 6/11/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 6/11/2014 | Conference call with Cleary to discuss employee claims and related follow up | Mary Cilia | 6 | 0.8 |
| 6/12/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 6/12/2014 | Conference Call w/ company re: Claims reconciliation to books and related follow up | Mary Cilia | 6 | 1.3 |
| 6/13/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 6/13/2014 | Claims database updates | Mary Cilia | 6 | 0.7 |
| 6/16/2014 | Claims data issues troubleshooting | Raj Perubhatla | 6 | 3.8 |
| 6/16/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 6/16/2014 | Review of LTIPR priority calculations and discussions w/ D. Parker | Mary Cilia | 6 | 0.8 |
| 6/17/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 6/18/2014 | Claims data issue troubleshooting | Raj Perubhatla | 6 | 1.3 |
| 6/18/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 6/18/2014 | Conference call with Cleary to discuss employee claims and related follow up | Mary Cilia | 6 | 0.8 |
| 6/18/2014 | Claims Database updates | Mary Cilia | 6 | 3.2 |
| 6/19/2014 | Claims data file load | Raj Perubhatla | 6 | 2.7 |
| 6/19/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 6/19/2014 | Prepare claims and schedules report for claims reconciliation and send to T. Ross | Mary Cilia | 6 | 1.5 |
| 6/21/2014 | Review of omnibus objection exhibits | Mary Cilia | 6 | 1.2 |
| 6/23/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 6/24/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 6/25/2014 | Conference Call w/ company re: Claims reconciliation to books and related follow up | Mary Cilia | 6 | 2.8 |
| 6/25/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 6/26/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 6/26/2014 | Respond to employee calls re: settlement letters | Mary Cilia | 6 | 0.8 |
| 6/26/2014 | Correspondence received, reviewed, responded re: Cigna Claim Issues | Kathryn Schultea | 6 | 1.0 |
| 6/28/2014 | Claims database administration | Raj Perubhatla | 6 | 4.2 |
| 6/30/2014 | Correspondence received, reviewed, responded re: HR Discussion Claims | Kathryn Schultea | 6 | 0.6 |

## NORTEL TIME SHEET
### RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/1/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 7/1/2014 | Respond to calls re: employee settlement letters | Mary Cilia | 6 | 0.7 |
| 7/1/2014 | Conference Call - HR Discussion - claims | Kathryn Schultea | 6 | 1.0 |
| 7/2/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 7/2/2014 | Discussion on claims matters | Kathryn Schultea | 6 | 0.5 |
| 7/6/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 7/7/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 7/7/2014 | Respond to calls re: employee settlement letters | Mary Cilia | 6 | 1.4 |
| 7/8/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 7/8/2014 | Respond to calls re: employee settlement letters | Mary Cilia | 6 | 0.6 |
| 7/9/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 7/9/2014 | Review of HP settlement and claims reconciliation with EPIQ | Mary Cilia | 6 | 0.7 |
| 7/9/2014 | Review and respond to employee inquiries re: settlement letter | Mary Cilia | 6 | 0.9 |
| 7/10/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 7/11/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 7/15/2014 | Review of open non-employee claims and proposed claims for omnibus objection | Mary Cilia | 6 | 1.5 |
| 7/15/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 7/16/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 7/17/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 7/18/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 7/22/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 7/23/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.1 |
| 7/29/2014 | Respond to Employee inquiries | Mary Cilia | 6 | 0.6 |
| 7/30/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 7/31/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 5/1/2014 | Review and follow-up re banking issues with changes pending | Kathryn Schultea | 7 | 0.5 |
| 5/2/2014 | Tax call: JS, JW, DA, AB re PLR and withholding project | Richard Lydecker | 7 | 0.7 |
| 5/7/2014 | Correspondence received, reviewed, responded re: Wilmington Trust follow-up | Kathryn Schultea | 7 | 1.0 |
| 5/8/2014 | Conf call re Wilmington trust follow-up | Kathryn Schultea | 7 | 0.7 |
| 5/9/2014 | EY call: JS, DA, JW, AB re DOF implementation | Richard Lydecker | 7 | 0.8 |
| 5/16/2014 | EY call: JS, JW, DA, AB, FW re tax work on allocation proposals/DOF | Richard Lydecker | 7 | 0.7 |
| 5/22/2014 | EY call: JS, JW, DA, AB implementation plan document | Richard Lydecker | 7 | 0.5 |
| 5/30/2014 | EY call JS, DA, FW status of PLR | Richard Lydecker | 7 | 0.2 |
| 5/30/2014 | Review EY invoices | Richard Lydecker | 7 | 0.3 |
| 5/30/2014 | Review/analyze implementation draft document given to Cleary | Richard Lydecker | 7 | 1.0 |
| 6/5/2014 | Analysis of revised DOF implementation issues in preparation for Cleary call | Richard Lydecker | 7 | 1.5 |
| 6/5/2014 | EY/Cleary call re DOF GC, AB, JW,T. Ross,WMcRae, CG, DA | Richard Lydecker | 7 | 1.0 |
| 6/9/2014 | Correspondence received, reviewed, responded re: Trust account | Kathryn Schultea | 7 | 0.3 |
| 6/12/2014 | Call with Jeff Wood re project status and strategies | Richard Lydecker | 7 | 0.4 |
| 6/18/2014 | Tax area follow-up and status update | Kathryn Schultea | 7 | 0.5 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/20/2014 | Tax update call JS,JW,DA,AB re distribution model | Richard Lydecker | 7 | 0.7 |
| 6/27/2014 | Tax call re funding issue on DOF | Richard Lydecker | 7 | 0.7 |
| 7/2/2014 | Call re Cleary questions on DOF; get input GC, JW,DA,AB, WMcRae, CG | Richard Lydecker | 7 | 1.0 |
| 7/14/2014 | Review DOF | Richard Lydecker | 7 | 0.5 |
| 7/14/2014 | Call with EY re funding of DOF JW,DA,AB,FW | Richard Lydecker | 7 | 0.9 |
| 7/16/2014 | Correspondence - Nortel Tax Return Discussion | Kathryn Schultea | 7 | 0.8 |
| 7/17/2014 | Conference call EY/Cleary re DOF funding DA, GC, JW, CG, LS, WM, AS | Richard Lydecker | 7 | 1.2 |
| 7/18/2014 | EY update re research needs/status | Richard Lydecker | 7 | 0.8 |
| 7/25/2014 | Work on revised DOF analysis | Richard Lydecker | 7 | 1.0 |
| 7/25/2014 | EY call on DOF. Issues for Cleary; JS, JW, DA, AB | Richard Lydecker | 7 | 0.8 |
| 7/25/2014 | EY/Cleary conference call re DOF issues; valuation etc. JS, JW, DA, MK,CG, LS, WM, FW | Richard Lydecker | 7 | 1.3 |
| 7/28/2014 | Work on DOF issues, funding, valuation; summarize | Richard Lydecker | 7 | 2.3 |
| 7/28/2014 | Correspondence - Nortel DOF Update | Kathryn Schultea | 7 | 0.6 |
| 5/6/2014 | Conf call re Wilmington trust follow-up | Kathryn Schultea | 8 | 0.5 |
| 5/9/2014 | Conf call re NNI case and all workstreams | Kathryn Schultea | 8 | 1.0 |
| 5/15/2014 | Client billing review | Kathryn Schultea | 8 | 0.3 |
| 6/2/2014 | Review client billing | Kathryn Schultea | 8 | 0.3 |
| 7/15/2014 | Review client billing | Kathryn Schultea | 8 | 0.3 |
| 5/3/2014 | Recovery Model Development - Intercompany Reconciliaition | Raj Perubhatla | 9 | 1.3 |
| 5/4/2014 | Recovery Model Development - Loading logic for Intercompany | Raj Perubhatla | 9 | 6.5 |
| 5/5/2014 | Recovery Model Development - Loading logic for Intercompany | Raj Perubhatla | 9 | 2.7 |
| 5/8/2014 | Recovery Model Development | Raj Perubhatla | 9 | 4.0 |
| 5/9/2014 | Recovery Model Development | Raj Perubhatla | 9 | 2.7 |
| 5/11/2014 | Recovery Model Development - Claims interface | Raj Perubhatla | 9 | 7.5 |
| 5/15/2014 | Recovery Model Development - Claims integration and processing | Raj Perubhatla | 9 | 3.7 |
| 5/16/2014 | Recovery Model Development - Claims integration and processing | Raj Perubhatla | 9 | 1.2 |
| 5/17/2014 | Recovery Model Development - Claims integration and processing | Raj Perubhatla | 9 | 8.7 |
| 5/18/2014 | Recovery Model Development - Claims integration and processing | Raj Perubhatla | 9 | 7.2 |
| 5/19/2014 | Recovery Model Development - Loading logic for Intercompany | Raj Perubhatla | 9 | 3.3 |
| 5/21/2014 | Recovery Model Development - Intercompany netting | Raj Perubhatla | 9 | 6.7 |
| 5/23/2014 | Recovery Model Development - Joint Liability Analysis | Raj Perubhatla | 9 | 3.6 |
| 5/25/2014 | Recovery Model Development - Joint Liability Analysis | Raj Perubhatla | 9 | 10.3 |
| 5/29/2014 | Recovery Model Development - Joint Liability Analysis | Raj Perubhatla | 9 | 4.2 |
| 6/2/2014 | Recovery Model Development - Joint Liability Analysis | Raj Perubhatla | 9 | 2.2 |
| 6/4/2014 | NT Recovery Model - April books file analysis | Raj Perubhatla | 9 | 1.7 |
| 6/6/2014 | NT Recovery Model - April books file analysis | Raj Perubhatla | 9 | 4.2 |
| 6/7/2014 | NT Recovery Model - April books file analysis | Raj Perubhatla | 9 | 6.6 |
| 7/1/2014 | Recovery Model Development - Joint liability treatment | Raj Perubhatla | 9 | 3.4 |
| 7/6/2014 | Recovery Model Development - Joint liability treatment | Raj Perubhatla | 9 | 2.7 |
| 7/13/2014 | NT Recovery Model - Joint liability treatment | Raj Perubhatla | 9 | 3.5 |

## NORTEL TIME SHEET
### RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/Minutes Worked |
|---|---|---|---|---|
| 7/20/2014 | NT Recovery Model - Reports development | Raj Perubhatla | 9 | 3.5 |
| 7/26/2014 | NT Recovery Model - Reports development | Raj Perubhatla | 9 | 5.7 |