# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**May 1, 2014 through July 31, 2014**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline (at economy fare booking) | | $    3,642.00 |
| Travel – Lodging | | 1,536.82 |
| Travel – Transportation | | 595.02 |
| Travel – Meals | | 370.16 |
| Office Expenses | | - |
| TOTAL | | $    6,144.00 |
| | | |

Nortel Expense Report

PERIOD: **May 1, 2014 through July 31, 2014**

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional | Comments on Meals/Transportation |
|------|-------------|-----|---------|-------|----------------|-----------------|--------------|----------------------------------|
| 5/12/2014 - 5/13/2014 | Houston - Raleigh - Houston | $1,160.50 | $248.57 | $112.00 | $184.00 | | Raj Perubhatla | Economy round trip airfare with change fee due to trip changes; Transportation to and from airport - $92 each; Meals= dinner for 2 - $70; lunch 2 - $42 |
| 5/27/2014 - 5/29/2014 | Houston - Raleigh - Houston | $760.50 | $531.19 | $139.16 | $184.00 | | Raj Perubhatla | Economy round trip airfare; Transportation to and from airport - $92 each; Meals= dinner for 2 $77 and dinner 1 - $45 lunch for 2 $17.16 |
| 5/12-5/13/2014 | Travel Houston/Raleigh | $960.50 | $225.87 | $31.22 | $88.68 | | Brandon Bangerter | Economy round trip airfare; Avis car rental shared $50.68, parking at airport - $38; Meals= lunch for 2 - $19.51, dinner for 1 - $11.71 |
| 5/27-5/29/2014 | Travel Houston/Raleigh | $760.50 | $531.19 | $87.78 | $138.34 | | Brandon Bangerter | Economy round trip airfare; Avis car rental shared $96.34, parking at airport $42; Meals= lunch for 2 - $20.48, dinner for 2 - $67.30 |
| | | | | | | | | |
| | | | | | | | | |
| | | $ 3,642.00 | $ 1,536.82 | $ 370.16 | $ 595.02 | $ - | | |