IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>                      Debtors. | )  Chapter 11<br>)<br>)  Case No. 09-10138 (KG)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Hearing Date: TBD**<br>) |

## NOTICE OF TWENTY-SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                   Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:                            Official Committee of Unsecured Creditors

Date of Retention:                                   March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                         May 1, 2014 through July 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:                    $1,234,569.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                 $15,585.40

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's May, June and July 2014 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 7/24/2014 Docket No. 14081 | 5/1/2014 to 5/21/2014 | $535,059.00 | $8,363.74 | $428,047.20 | $8,363.74 | $107,011.80 |
| Date Filed 8/12/2014 Docket No. 14199 | 6/1/2014 to 6/30/2014 | $421,993.50 | $5,397.81 | Pending Obj. Deadline $337,594.80 | Pending Obj. Deadline $5,397.81 | $84,398.70 |
| Date Filed 8/27/2014 Docket No. 14293 | 7/1/2014 to 7/31/2014 | $277,517.00 | $1,823.85 | Pending Obj. Deadline $222,013.60 | Pending Obj. Deadline $1,823.85 | $55,503.40 |
| **TOTALS:** | | $1,234,569.50 | $15,585.40 | $987,655.50 | $15,585.40 | $246,913.90 |

Summary of any Objections to Fee Applications: None.

Dated: August 28, 2014
      New York, NY

                                      /s/ Jay Borow
                                      Jay Borow
                                      Member of the Firm
                                      CAPSTONE ADVISORY GROUP
                                      104 West 40th Street
                                      16th floor
                                      New York, NY  10018
                                      Telephone:  (212) 782-1411
                                      Facsimile:  (212) 782-1479

                                      Financial Advisor to the Official Committee of
                                      Unsecured Creditors of Nortel Networks Inc., *et al.*