IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: TBD** <br> ) |

## NOTICE OF TWENTY-SECOND INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 19, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2014 through July 31, 2014[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $208,180.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $56,571.93 |

This is (a)n: _X_ interim ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Richards, Layton & Finger, P.A.'s May, June and July 2014 monthly fee applications are incorporated herein by reference.

RLF1 10755944v.1

Summary of Fee Applications for Compensation Period:

| Docket No.<br>Date Filed | Period Covered | Requested | | Approved/<br>Pending Approval | | Holdback<br>Fees<br>Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees<br>(80%) | Expenses<br>(100%) | Fees<br>(20%) |
| Docket No. 13935<br>Date Filed: 7/1/14 | 5/1/14 - 5/31/14 | $111,623.00 | $23,891.17 | $89,298.40 | $23,891.17 | $22,324.60 |
| Docket No. 14122<br>Date Filed: 7/31/14 | 6/1/14 - 6/30/14 | $66,031.00 | $27,691.09 | $52,824.80 | $27,691.09 | $13,206.20 |
| Docket No. 14294<br>Date Filed: 8/27/14 | 7/1/14 - 7/31/14 | $30,526.50 | $4,989.67 | Pending obj deadline 9/16/14<br>$24,421.20 | Pending obj deadline 9/16/14<br>$4,989.67 | $6,105.30 |
| **TOTALS:** | | $208,180.50 | $56,571.93 | $166,544.40[3] | $56,571.93[4] | $41,636.10 |

Summary of any Objections to Fee Applications: None.

Dated: August 28, 2014
       Wilmington, Delaware

*(signature)*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.
[4] The total amount reflected in this column includes amounts pending approval.