**Group Exhibit A**

**Nortel Networks, Inc.**
**Modeling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Research NNI entity level finacial statements for 2009-2013 and consolidated disposition ledgers of NNL for 2009 and 2010 and forward to TAAS group for purposes of technical GAAP memorandum. | 6/3/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Review NNI group basis review and forward to Ford Williams. | 6/3/2014 | $650.00 | 0.9 | $ 585 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Compile schedules of NOLs by NNI group entity and forward to Ford Williams for restructure analysis. | 6/3/2014 | $650.00 | 1.3 | $ 845 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with saul Tilmann and Nick Quigley on Sec. 1441 review of 2009-2014. Draft outline of data requirements and review interoperative BW report status to confirm access needs. | 6/19/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting with Gary Storr (Nortel) on access to systems required for 1441 project and potential IRS audits. Includes meeting preparation and follow-up. | 6/23/2014 | $650.00 | 1.0 | $ 650 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Draft correspondence to Gary Storr (Nortel) detailing data requirements for Section 1441 review. | 6/24/2014 | $650.00 | 0.3 | $ 195 |
| Modeling | Wood,Jeffrey T (US013081390) | Executive Director | Meeting with Gary Storr (Nortel) on data queries for Section 1441 review | 6/24/2014 | $650.00 | 0.5 | $ 325 |
| Modeling | Scott,James E (US011119307) | Partner | Review of 468 regulations and document for Cleary call 6/19/14. | 6/18/2014 | $650.00 | 1.6 | $ 1,040 |
| Modeling | Rao,Anthony D. (US010984121) | Executive Director | Review stock basis report that concludes on approach and methodology. | 6/1/2014 | $650.00 | 1.5 | $ 975 |
| Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | EY Fee Allocation for David Cozart - add April billings and adjust 2011 and 2012 core allocation based on additional gT&E detail | 6/2/2014 | $565.00 | 0.5 | $ 283 |
| Modeling | Graham,Eric G (US013520332) | Staff | Prepared Excel spreadsheet for Matt Gentile with calculated bad debt deduction using checkpoint, edocs for returns, and formulas. | 6/27/2014 | $200.00 | 2.0 | $ 400 |
| Modeling | Graham,Eric G (US013520332) | Staff | Discussion with Matt Gentile about gathering information on a bad debt deduction in 2010, including the additional federal deduction, the apportionment factor, the state NOL, the 2010 tax rate, and the tax savings. | 6/27/2014 | $200.00 | 0.5 | $ 100 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Discussion of state research for excess loss accounts with John Gabbard | 6/24/2014 | $565.00 | 0.6 | $ 339 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Review and send Jeff Wood numbers for state tax exposure under the DOF | 6/27/2014 | $565.00 | 1.0 | $ 565 |
| Modeling | Gentile,Matthew Donald (US012548056) | Senior Manager | Meeting with Eric Graham to discuss modeling bad debt and amending state returns | 6/27/2014 | $565.00 | 0.6 | $ 339 |
| Modeling | Gabbard,Johnathan Gene (US013267475) | Senior | Meeting with Matt Gentile concerning Excessive Loss Accounts and SALT modeling | 6/25/2014 | $335.00 | 0.6 | $ 201 |
| Modeling | Gabbard,Johnathan Gene (US013267475) | Senior | Performed research related to separate state treatment of ELA's | 6/25/2014 | $335.00 | 1.9 | $ 637 |
| Modeling | Danowitz,Steven M (US011409138) | Partner | Review NOL / bad debt interplay for Matt Gentile | 6/26/2014 | $650.00 | 0.5 | $ 325 |
| | | | | | **Totals** | 17.3 | $ 9,103 |

**Nortel Networks, Inc.**
**Acct Fin Asst**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with TAAS Wayne Tsundo and Chris Zuidema on technical accounting memo | 6/2/2014 | $650.00 | 0.3 | $195 |
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Follow-up conference call with TAAS personnel Wayne Tsundo and Chris Zuidema on technic | 6/3/2014 | $650.00 | 0.4 | $260 |
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Wayne Tsundo on FAAS GTAC requirements | 6/5/2014 | $650.00 | 0.3 | $195 |
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence related to FAAS project.  Review draft of amended SOW. | 6/12/2014 | $650.00 | 0.7 | $455 |
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Correspondence on FAAS engagement.  Discussions with Tim Ross. | 6/16/2014 | $650.00 | 0.4 | $260 |
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Discussion with Tim Ross on delay in FAAS project. | 6/17/2014 | $650.00 | 0.3 | $195 |
| Acct Fin Assist | Wood,Jeffrey T (US013081390) | Executive Director | Response to FAAS group on amended SOW and timing for 10th amendment. | 6/19/2014 | $650.00 | 0.1 | $65 |
| | | | | **Totals** | | 2.5 | $1,625 |

**Nortel Networks, Inc.**
**Credit Monetization**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Summarize residual actions related to monetization project, and set up conference call with Atlanta National team to discuss return implications. | 6/2/2014 | $650.00 | 0.7 | $455 |
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Mark Mesler, Angela Spencer, and Matt Cooper on credit elect from 2008 and amended NOL carryover schedules.  Follow-up correspondence on same. | 6/5/2014 | $650.00 | 0.8 | $520 |
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Redraft credit elect issue to incorporate findings on statute limitations, and draft summary outline of the issue for discussion with Richard Lydecker. | 6/17/2014 | $650.00 | 1.5 | $975 |
| Credit Monetization | Wood,Jeffrey T (US013081390) | Executive Director | Finalize credit monetization memorandum and prepare for data retention. | 6/19/2014 | $650.00 | 0.4 | $260 |
| Credit Monetization | Mesler,Mark S. (US011706071) | Partner | Research concerning statute of limitations on credit elect carry forward issue. | 6/4/2014 | $650.00 | 2.0 | $1,300 |
| Credit Monetization | Mesler,Mark S. (US011706071) | Partner | Additional research on credit elect carryforward issue and conference call with EY's Jeff Wood, Matt Cooper, and Angela Spencer | 6/5/2014 | $650.00 | 1.5 | $975 |
| Credit Monetization | Cooper,Matthew Scott (US013469100) | Senior Manager | Research and discussion with Mark Messler on section 6511 refund statute and overlay with bankruptcy. | 6/4/2014 | $565.00 | 1.1 | $622 |
| Credit Monetization | Cooper,Matthew Scott (US013469100) | Senior Manager | Research and discussion with Mark Messler and Jeff Wood on section 6511 refund statute and overlay with bankruptcy. | 6/5/2014 | $565.00 | 0.8 | $452 |
| | | | | **Totals** | | **8.8** | **$5,559** |

**Nortel Networks, Inc.**
**Employment Tax**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Employment Tax | Wood,Jeffrey T (US013081390) | Executive Director | Research PCORI issues for Deb Parker.  Correspondence with Kristie Lowery on same. | 6/16/2014 | $650.00 | 1.3 | $845 |
| Employment Tax | Lowery,Kristie L (US011686190) | Partner | Claims payout summary to Tim Ross at Nortel on paying entity, re- registration and plans for taxability issues | 6/4/2014 | $650.00 | 1.0 | $650 |
| Employment Tax | Lowery,Kristie L (US011686190) | Partner | Follow up on next steps for claims payout and discussion with Matt Gentile | 6/5/2014 | $650.00 | 0.5 | $325 |
| | | | | **Totals** | | 2.8 | $1,820 |

**Nortel Networks, Inc.**
**IRS Ruling**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Incorporate comments from Amy Sargent and Glenn Carrington, and redistribute DOF outline to meeting participants | 6/4/2014 | $650.00 | 0.9 | $585 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Cleary, Jim Scott and Glenn Carrington on DOF implementation outline and related issues.  Meeting preparation including conference call with Glenn Carrington on Trustee issue. | 6/5/2014 | $650.00 | 1.8 | $1,170 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Update DOF outline to incorporate comments from team call. | 6/2/2014 | $650.00 | 0.6 | $390 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Research terms, conditions and background of John Ray's appointment and forward relevant documents to Glenn Carrington and Amy Sargent for considerations in analysis of DOF trustee role. | 6/3/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Discussions with Glenn Carrington on DOF outline.  Correspondence with Doug Abbott on same. | 6/3/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Glenn Carrington and EY team on IRS ruling and related matters. | 6/17/2014 | $650.00 | 0.6 | $390 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft correspondence to Cleary related to Transferor claimant issues.  Preparation for conference call and related correspondence. | 6/17/2014 | $650.00 | 1.2 | $780 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft correspondence with Cleary on DOF ruling.  Matters related to pending conference call. | 6/18/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Discussions with Tim Ross on ruling status. | 6/18/2014 | $650.00 | 0.3 | $195 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Review DOF implementation matterials and preparation for conference call on same with EY team and Cleary. | 6/19/2014 | $650.00 | 0.9 | $585 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call on DOF implementation issues with Cleary. | 6/19/2014 | $650.00 | 0.5 | $325 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft supplement to DOF implementation outline detailing assumptions, factors related to contribution value and documentation evidencing rights transfer. | 6/23/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Incoporate supplement to DOF implementation into summary outline for review with EY executive team | 6/23/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Doug Abbott on DOF allocation approaches | 6/24/2014 | $650.00 | 0.4 | $260 |
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Draft outline of allocation approaches for draft of DOF PLR tranference language. | 6/24/2014 | $650.00 | 2.0 | $1,300 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Wood,Jeffrey T (US013081390) | Executive Director | Outline options of allocation approaches, review internally with EY leadership and submit to Cleary | 6/24/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Call with Jeff Wood regarding opperational and formation considerations for DOF. | 6/17/2014 | $650.00 | 0.8 | $ 520 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference call with Cleary and EY team regarding implementation steps to be incorporated in Part 2 response | 6/19/2014 | $650.00 | 0.5 | $ 325 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Prep and post call with Jeff Wood on Cleary conference call on Part 2 response. | 6/19/2014 | $650.00 | 1.7 | $ 1,105 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference call with Doug Abbott and Jeff Wood on DOF operating plan | 6/24/2014 | $650.00 | 0.4 | $ 260 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference call with Jeff Wood on revised document review. | 6/24/2014 | $650.00 | 1.3 | $ 845 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Ruling discussion with Jeff Wood to prep and conference call with Cleary and Richard Lydecker regarding DOF implementation plan. | 6/5/2014 | $650.00 | 1.6 | $1,040 |
| IRS Ruling | Scott,James E (US011119307) | Partner | Conference call with Glenn Carrington, Doug Abbott, Andy Beakey, and Jeff Wood to discuss service response. | 6/17/2014 | $650.00 | 0.8 | $520 |
| IRS Ruling | Sargent,Amy Johannah (US012292473 | National Executive Director | Discussions with Glenn Carrington regarding DOF implementation outline; review and provide comments on outline | 6/3/2014 | $700.00 | 0.8 | $560 |
| IRS Ruling | Sargent,Amy Johannah (US012292473 | National Executive Director | Review, revise and provide comments on DOF implementation outline | 6/4/2014 | $700.00 | 1.2 | $840 |
| IRS Ruling | Sargent,Amy Johannah (US012292473 | National Executive Director | Conference call with Glenn Carrington and Tim Powell to discuss preparation of two-part ruling | 6/18/2014 | $700.00 | 0.4 | $280 |
| IRS Ruling | Sargent,Amy Johannah (US012292473 | Executive Director | Respond to questions from Tim Powell regarding drafting two-part ruling | 6/19/2014 | $700.00 | 0.4 | $280 |
| IRS Ruling | Sargent,Amy Johannah (US012292473 | Executive Director | Conference call to discuss DOF implementation with EY team and Cleary | 6/19/2014 | $700.00 | 0.4 | $280 |
| IRS Ruling | Sargent,Amy Johannah (US012292473 | National Executive Director | Review and revise two-part ruling | 6/26/2014 | $700.00 | 1.4 | $980 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Transferor Claimant research with respect to the DOF ruling request and an email write up on the relevant Transferor Claimant issues | 6/17/2014 | $465.00 | 2.0 | $930 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Call to discuss Transferor Claimant issues with Glenn Carrington, Jeff Wood, Jim Scott, Doug Abbott and Andy Beakey | 6/17/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Reading/drafting emails regarding the Nortel ruling request 2-part process | 6/18/2014 | $465.00 | 0.5 | $233 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Call with Glenn Carrington and Amy Sargent regarding the Nortel 2-part | 6/18/2014 | $465.00 | 0.5 | $233 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Time spent getting up to speed on the ruling request (i.e., reading the request and supplemental submissions) and drafting the 2 – part | 6/22/2014 | $465.00 | 8.0 | $3,720 |
| IRS Ruling | Powell,Timothy C (US012568002) | Manager | Finalizing the draft of the 2-part and drafting related emails | 6/24/2014 | $465.00 | 6.0 | $2,790 |
| IRS Ruling | Jacks,Sarah Butler (US011990278) | Senior Manager | Conference call with Doug Abbott, Andy Beakey, Jeff Wood regarding allocation of DOF contribution among escrows methodology | 6/24/2014 | $565.00 | 0.5 | $283 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Ruling request - Calls with IRS | 6/2/2014 | $700.00 | 1.0 | $700 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Ruling request - follow-up calls with IRS | 6/3/2014 | $700.00 | 2.5 | $1,750 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Conference call with Bill McRae, Corey Goodman and EY Team (Jim Scott, Jeff Wood) - Discuss ruling request and next steps | 6/5/2014 | $700.00 | 4.0 | $2,800 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Review part 2 ruling request drafts | 6/12/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Drafting and follow-up review of ruling request documents | 6/13/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Calls with IRS and Team to get status and relay such to team. | 6/16/2014 | $700.00 | 2.0 | $1,400 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Follow-up calls with IRS staff on various elements of ruling request | 6/17/2014 | $700.00 | 3.0 | $2,100 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Conference call with IRS technical staff on elements of ruling request | 6/18/2014 | $700.00 | 4.0 | $2,800 |
| IRS Ruling | Carrington,Glenn (US012244587) | National Partner | Conference calls and correspondence with IRS staff on draft of ruling request | 6/19/2014 | $700.00 | 4.0 | $2,800 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Conference call with Jim Scott, Glenn Carrington and Doug Abbott to discuss the IRS response to the DOF ruling request. | 6/17/2014 | $650.00 | 0.7 | $455 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Conference call with Cleary and EY National tax to discuss DOF ruling and follow up on IRS request | 6/19/2014 | $650.00 | 0.9 | $585 |
| IRS Ruling | Beakey III,Andrew M (US011131290) | Partner | Review DOF issues and the accounting needs once they are set up. | 6/24/2014 | $650.00 | 1.3 | $845 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review DOF implementation outline with Jeff Wood and Jim Scott | 6/2/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Review of execution document and Glenn Carrington edits to prepare for Thursday call with Cleary | 6/4/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Preparation and participation in Cleary DOF call to discuss execution steps and open items needing further follow up | 6/4/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Scott,James E (US011119307) | Partner | DOF conference call with Jeff Wood and Doug Abbott | 6/9/2014 | $650.00 | 1.5 | $975 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research issues associated with DOF related party rule under 267 | 6/10/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research regarding DOF issue associated with timing of escrow transfer part portion or escrow by escrow | 6/11/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Update on status of various DOF work-streams | 6/16/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Discussion with Glenn Carrington on feedback from IRS on tentative favorable ruling and issues needing to be addressed in part 2 submission | 6/17/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Research on mechanics of DOF implementation in consideration of ruling issue related to related party aspects of Ni and DOF | 6/18/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Prep for Cleary call and then discussion with Bill McRae on ruling part 2 submission language. | 6/19/2014 | $650.00 | 2.0 | $1,300 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Conference call with Jim Scott and Jeff Wood to discuss funding mechanics of DOF | 6/23/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | Discussion with Jeff Wood on DOF funding alternatives and impact on appeals to reallocation. | 6/25/2014 | $650.00 | 1.0 | $650 |
| IRS Ruling | Abbott,Douglas J. (US012013835) | Partner | DOF funding model review. Review alternative scenarios | 6/25/2014 | $650.00 | 2.0 | $1,300 |
| | | | | **Totals** | | **94.7** | **$59,780** |

**Nortel Networks, Inc.**
**Pre-Controversy Transfer Pricing**

| Engagement Code | Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Research US testimony with tax implications noted, and forward same to Mark Mesler. | 6/3/2014 | $650.00 | 0.5 | $325 |
| Precontroversy TP | Wood,Jeffrey T (US013081390) | Executive Director | Review of docket memoranda and exhibits for TP and other taxpayer implications. | 6/6/2014 | $650.00 | 1.5 | $975 |
| Precontroversy TP | Mesler,Mark S. (US011706071) | Partner | Reviewed transfer pricing allocation memorandum prepared by EY. | 6/2/2014 | $650.00 | 0.8 | $520 |
| Precontroversy TP | Mesler,Mark S. (US011706071) | Partner | Participated in EY status update call to report on IRS controversy projects. | 6/2/2014 | $650.00 | 0.7 | $455 |
| Precontroversy TP | Mesler,Mark S. (US011706071) | Partner | Reviewed submissions in the allocation littigation to understand potential tax consequences. | 6/4/2014 | $650.00 | 1.0 | $650 |
| Precontroversy TP | Mesler,Mark S. (US011706071) | Partner | Preparation and review of tax controversy issues for status call with EY team | 6/16/2014 | $650.00 | 1.0 | $650 |
| Precontroversy TP | Mesler,Mark S. (US011706071) | Partner | Prep for and particpation in IRS controversy update with EY team | 6/23/2014 | $650.00 | 1.0 | $650 |
| Precontroversy TP | Donovan,Claire Summer (US013263285) | Staff | Finalizing Escrow allocation | 6/3/2014 | $200.00 | 0.5 | $100 |
| | | | | | **Totals** | **7.0** | **$4,325** |