**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>                  Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) Jointly Administered<br>)<br>) **Hearing Date: To Be Determined** |

**TWENTY-SECOND QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF MAY 1, 2014 THROUGH JULY 31, 2014**

E&Y LLP hereby submits its twenty-second quarterly fee application request (the "Request") for the period May 1, 2014 through and including July 31, 2014 (the "Compensation Period").

| E&Y LLP seeks approval of the following fee application:<br>**Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 8/7/2014 | 5/1/14-7/31/14 | $1,118,937 | $0.00 | Pending | $895,149.60 | $0.00 | $223,787.40 |
| 8/28/2014 | 6/1/14-6/30/14 | $82,212 | $0.00 | Pending | $65,769.60 | $0.00 | $16,442.40 |
| **TOTAL** | | **$1,201,149** | **$0.00** | | **$960,919.20** | **$0.00** | **$240,229.80** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: August 28, 2014 	Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

**COMPENSATION BY PROFESSIONAL**
**THROUGH JULY 31, 2014**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fees | N/A | N/A | ~2,562.8 | $1,050,000 |
| Abbott, Douglas J. | Partner | $650 | 31.0 | $20,150 |
| Beakey III, Andrew M. | Partner | $650 | 2.9 | $1,885 |
| Carrington, Glenn | Partner | $700 | 27.0 | $18,900 |
| Cooper, Matthew Scott | Senior Manager | $565 | 1.9 | $1,072 |
| Danowitz, Steven M. | Partner | $650 | 0.5 | $325 |
| Donovan, Claire Summer | Staff | $200 | 5.3 | $1,060 |
| Gabbard, Johnathan Gene | Senior | $335 | 2.5 | $838 |
| Gentile, Matthew Donald | Senior Manger | $565 | 4.2 | $2,373 |
| Graham, Eric G. | Staff | $200 | 2.5 | $500 |
| Harrison IV, George Jackson | Partner | $650 | 1.5 | $975 |
| Jacks, Sarah Butler | Senior Manager | $565 | 16.9 | $9,550 |
| Lowery, Kristie L. | Partner | $650 | 1.5 | $975 |
| McCully, Becky | Senior Manager | $565 | 9.5 | $5,368 |
| Mesler, Mark S. | Partner | $650 | 11.0 | $7,150 |
| Powell, Timothy C. | Manager | $465 | 17.5 | $8,138 |
| Rao, Anthony D. | Executive Director | $650 | 5.6 | $3,640 |
| Sargent, Amy Johannah | Executive Director | $700 | 5.8 | $4,060 |
| Scott, James E. | Partner | $650 | 13.0 | $8,450 |
| Werner, Rachel | Staff | $200 | 24.0 | $4,800 |
| Williams, Charles F. | Executive Director | $650 | 4.5 | $2,925 |
| Williams, Edward M. | National Partner | $700 | 3.5 | $2,450 |
| Wood, Jeffrey T. | Partner | $650 | 70.1 | $45,565 |
| **TOTAL** | | | **~2,825.0** | **$1,201,149** |

## COMPENSATION BY PROJECT CATEGORY
## THROUGH JULY 31, 2014

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fixed Fees | ~2,562.8 | $1,050,000 |
| Federal Ruling Request | 125.2 | $79,698 |
| Payroll Tax Services | 2.8 | $1,820 |
| Deferred Intercompany Gain/Loss Review | 3.5 | $2,233 |
| Modeling | 97.1 | $47,879 |
| Pre-Controversy Transfer Pricing | 11.3 | $5,185 |
| Assistance with Accounting and Finance Functions | 3.4 | $2,210 |
| Credit Monetization | 18.9 | $12,124 |
| **TOTAL** | **~2,825.0** | **$1,201,149** |

## EXPENSE SUMMARY
## THROUGH JULY 31, 2014

| Expense Category | Total Expenses |
|---|---:|
| **TOTAL** | **$0** |