**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **28 August 2014**    Our Ref: **GDB/CCN01.00001**    Invoice No.: **373485**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 6,707.00 |
| For the period to 31 July 2014, in connection with the above matter. |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) – (110 pages @ £0.06p per page) | 0.00 | 0.00 | 6.60 |
| **Disbursements:** (NT) |  |  |  |
| Incidental Expenses | 0.00 | 0.00 | 10.40 |
|  | 0.00 |  | 6,724.00 |
|  |  | VAT | 0.00 |
|  |  | Total | 6,724.00 |
|  |  | **Balance Due** | **6,724.00** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 373485 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/07/2014

|  |  | Time (Hours) | Amount (£) |  |
| --- | --- | --- | --- | --- |
| Senior Associate | Antonia Croke | 0.20 | 116.00 | (C0003) |
|  |  | 1.60 | 928.00 | (C0007) |
|  |  | 6.20 | 3,596.00 | (C0029) |
|  |  | 8.00 | 4,640.00 |  |
|  |  |  |  |  |
| Junior Associate | Sophie Law | 2.00 | 780.00 | (C0003) |
|  |  | 2.60 | 1,014.00 | (C0007) |
|  |  | 0.70 | 273.00 | (C0029) |
|  |  | 5.30 | 2,067.00 |  |
|  |  |  |  |  |
|  | **TOTAL** | **13.30** | **6,707.00** |  |



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/07/2014

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003      Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Standard Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.20 | 580.00 | 116.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 2.00 | 390.00 | 780.00 |
| | | | Total | **896.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/07/2014 | Antonia Croke | LETT | Emails re Ashurst fee estimates | 0.10 | 580.00 | 58.00 |
| 08/07/2014 | Sophie Law | LETT | Email in from Akin re June fee/cost estimates; email costs dept re same; respond to Akin | 0.20 | 390.00 | 78.00 |
| 22/07/2014 | Sophie Law | LETT | June fee app | 0.50 | 390.00 | 195.00 |
| 23/07/2014 | Sophie Law | LETT | Prepare June fee app | 0.90 | 390.00 | 351.00 |
| 24/07/2014 | Antonia Croke | LETT | Email AMP re fees | 0.10 | 580.00 | 58.00 |
| 24/07/2014 | Sophie Law | LETT | Finalise June fee app, send to Akin Gump for filing | 0.40 | 390.00 | 156.00 |
| | | | | | | **896.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

| **C0007** | **Creditors Committee Meetings** | | | |
|---|---|---|---|---|
| | | **Time (Decimal)** | **Standard Rate (GBP /hour)** | **Amount** |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.60 | 580.00 | 928.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 2.60 | 390.00 | 1,014.00 |
| | | | Total | **1,942.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2014 | Antonia Croke | LETT | Review email re UCC call | 0.10 | 580.00 | 58.00 |
| 03/07/2014 | Sophie Law | LETT | Email from Akin re cancellation of UCC call | 0.10 | 390.00 | 39.00 |
| 10/07/2014 | Antonia Croke | READ | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 10/07/2014 | Antonia Croke | LETT | Emails SLAW re UCC call | 0.10 | 580.00 | 58.00 |
| 10/07/2014 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 580.00 | 232.00 |
| 17/07/2014 | Antonia Croke | READ | Review agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 17/07/2014 | Antonia Croke | LETT | Emails SLAW re UCC call | 0.10 | 580.00 | 58.00 |
| 17/07/2014 | Sophie Law | LETT | Review agenda and attached documents in prep for UCC call | 0.30 | 390.00 | 117.00 |
| 20/07/2014 | Antonia Croke | LETT | Emails re UCC Call | 0.10 | 580.00 | 58.00 |
| 21/07/2014 | Antonia Croke | LETT | Emails SLAW re UCC call; follow-up email from SLAW re PPI issues | 0.30 | 580.00 | 174.00 |
| 21/07/2014 | Sophie Law | LETT | Email from Akin re Monday UCC call | 0.10 | 390.00 | 39.00 |
| 21/07/2014 | Sophie Law | ATTD | Attend UCC call re post petition interest proposal | 0.80 | 390.00 | 312.00 |
| 21/07/2014 | Sophie Law | LETT | Email ACROKE, AMP, LROBER re report on UCC call | 0.30 | 390.00 | 117.00 |
| 24/07/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 24/07/2014 | Antonia Croke | LETT | Emails SLAW re UCC call | 0.10 | 580.00 | 58.00 |
| 24/07/2014 | Sophie Law | ATTD | Attd UCC call | 0.70 | 390.00 | 273.00 |
| 24/07/2014 | Sophie Law | LETT | Email to Ashurst team reporting on UCC call | 0.20 | 390.00 | 78.00 |
| 24/07/2014 | Sophie Law | READ | Review agenda for UCC call | 0.10 | 390.00 | 39.00 |
| 30/07/2014 | Antonia Croke | LETT | Review emails re UCC call | 0.10 | 580.00 | 58.00 |

                                                                                                                            **1,942.00**

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0029**</u>     <u>**Intercompany Analysis**</u>

|  |  | Time (Decimal) | Standard Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.20 | 580.00 | 3,596.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.70 | 390.00 | 273.00 |
| | | | Total | **3,869.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2014 | Antonia Croke | READ | Review subpoena | 0.20 | 580.00 | 116.00 |
| 04/07/2014 | Antonia Croke | LETT | Review emails re designations and French proceedings | 0.20 | 580.00 | 116.00 |
| 07/07/2014 | Antonia Croke | LETT | Review emails re errata and document designations | 0.10 | 580.00 | 58.00 |
| 08/07/2014 | Antonia Croke | LETT | Review emails re document designations | 0.10 | 580.00 | 58.00 |
| 09/07/2014 | Antonia Croke | LETT | Emails re EMEA proposal | 0.10 | 580.00 | 58.00 |
| 10/07/2014 | Antonia Croke | READ | Review draft UCC PPI brief | 0.50 | 580.00 | 290.00 |
| 14/07/2014 | Antonia Croke | LETT | Review emails from 11/7/14 to 13/7/14 re supplemental designations, amended PBGC claim and motion re Can/EMEA settlement | 0.80 | 580.00 | 464.00 |
| 14/07/2014 | Antonia Croke | LETT | Review emails re motion hearings, designations and depositions | 0.20 | 580.00 | 116.00 |
| 15/07/2014 | Antonia Croke | LETT | Review emails re suplemental briefs, authorities, motions and court docs for PPI submissions | 0.80 | 580.00 | 464.00 |
| 16/07/2014 | Antonia Croke | LETT | Review emails re UKP brief, hearing, document designations and court orders | 0.40 | 580.00 | 232.00 |
| 16/07/2014 | Antonia Croke | LETT | Review email re PPI opening briefs | 0.10 | 580.00 | 58.00 |
| 16/07/2014 | Sophie Law | LETT | Email from Matt Fagen re Nortel - PPI Opening Briefs | 0.20 | 390.00 | 78.00 |
| 17/07/2014 | Antonia Croke | LETT | Review emails re document designations | 0.10 | 580.00 | 58.00 |
| 18/07/2014 | Antonia Croke | LETT | Review emails re Canadian proceedings and supplemental designations | 0.10 | 580.00 | 58.00 |
| 20/07/2014 | Antonia Croke | LETT | Review emails re document designations | 0.10 | 580.00 | 58.00 |
| 21/07/2014 | Antonia Croke | LETT | Review email re PPI brief | 0.10 | 580.00 | 58.00 |
| 22/07/2014 | Antonia Croke | LETT | Review emails re UCC PPI brief and supplemental designations | 0.20 | 580.00 | 116.00 |
| 22/07/2014 | Antonia Croke | LETT | Review emails re PPI briefs | 0.70 | 580.00 | 406.00 |
| 22/07/2014 | Sophie Law | LETT | Email from Akin re draft UCC Reply Brief re PPI, brief review | 0.20 | 390.00 | 78.00 |
| 23/07/2014 | Antonia Croke | LETT | Review Hearing agenda | 0.10 | 580.00 | 58.00 |
| 23/07/2014 | Antonia Croke | READ | Review amended Agenda for PPI hearing and faxes/emails re same | 0.30 | 580.00 | 174.00 |
| 24/07/2014 | Antonia Croke | LETT | Review email from Wirakesuma, Rebecca Re: Nortel - PPI Settlement Motion | 0.10 | 580.00 | 58.00 |
| 24/07/2014 | Antonia Croke | LETT | Review emails re court motions and hearings | 0.10 | 580.00 | 58.00 |
| 24/07/2014 | Antonia Croke | LETT | Review email from Johnson, Robert Re: Nortel - PPI hearing adjourned; email AMP re same | 0.10 | 580.00 | 58.00 |
| 25/07/2014 | Antonia Croke | LETT | Review emails re PPI settlement and detailed update from Akin | 0.30 | 580.00 | 174.00 |
| 25/07/2014 | Sophie Law | LETT | Various emails re PPI hearing, adjournment, settlement proposals | 0.30 | 390.00 | 117.00 |
| 31/07/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Preliminary Objection and Discovery Requests of Monitor and Canadian Debtors | 0.30 | 580.00 | 174.00 |
| 31/07/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Draft Proposed Findings of Fact | 0.10 | 580.00 | 58.00 |

3,869.00