**Exhibit C**

**DISBURSEMENT SUMMARY**

**JULY 01, 2014 THROUGH JULY 31, 2014**

| | |
|---|---:|
| Document Production | £6.60 |
| Meals | £10.40 |
| **TOTAL** | **£17.00** |