**Exhibit D**

**Disbursements Detailed Breakdown**

**Amount
(GBP)**

**Document Production (Printing: A4 / A5 Black and White)**

| | |
|---|---:|
| Document Production (110 pages @ £0.06p per page) | 6.60 |

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---:|
| 27/05/2014 | VENDOR: Conference Room Catering INVOICE#: 17-13-06-2014 DATE: 13/06/2014 |Hospitality Recharges - Writs Eve Food -  PURPOSE: -  - May 27 2014 | 10.40 |

**17.00**
