## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JULY 01, 2014 THROUGH JULY 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £580 | 8.0 | 4,640.00 |
| Sophie Law | Associate for 1 year; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £390 | 5.3 | 2,067.00 |
| **TOTAL** | | | 13.3 | **6,707.00** |

## COMPENSATION BY PROJECT CATEGORY
## JULY 01, 2014 THROUGH JULY 31, 2014

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 2.2 | 896.00 |
| Creditors Committee Meetings | 4.2 | 1,942.00 |
| Intercompany Analysis | 6.9 | 3,869.00 |
| **TOTAL** | **13.3** | **6,707.00** |