# EXHIBIT A

# 882344



## BILLABLE PROFORMA

**Billing Attorney:** 001835/ Matthew Cheney  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000189/ Fee/Employment Application - US  

**Proforma Generation Date:** 08/13/14 08:56:23

**Fees and Disbursements Through 07/31/14**  
**Last Date Billed 03/25/14 (Through 01/31/14)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $936.00 | **Unallocated Cash** | | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | | $0.00 |
| **TOTAL THIS PROFORMA** | $936.00 | | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | | $672.00 |
| Dept. 0381 | | **YTD Disb Billed** | | $0.00 |
| Nortel Networks | | | | |
| 195 The West Mall | | **LTD Fees Billed** | | $125,446.50 |
| Toronto, Ontario | | **LTD Disb Billed** | | $362.45 |
| Canada, M9C 5K1 | | | | |
| | | **A/R Balance This Matter** | | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12035553 | 02/03/14 | Cheney, M | Review proposed fee order. | 0.10 | $68.00 |
| 12059017 | 02/18/14 | Perales, O. | Prepare fiftieth interim fee application for November 1, 2013 through January 30, 2014. | 0.60 | $147.00 |
| 12059020 | 02/18/14 | Perales, O. | Prepare twentieth quarterly application. | 0.30 | $73.50 |
| 12059027 | 02/18/14 | Perales, O. | Prepare order approving fees for November 2013 through January 2014 fee statements. | 0.10 | $24.50 |
| 12059033 | 02/18/14 | Perales, O. | Draft Excel file for Ms. Scarborough (Fee Examiner) | 0.20 | $49.00 |
| 12076809 | 02/19/14 | Cheney, M | Review pro formas for fee statement. | 0.10 | $68.00 |

DCACTIVE-28829229.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 001835/ Matthew Cheney            **Fees and Disbursements Through 07/31/14**
**Client:** 105185/ Nortel Networks Corp                **Last Date Billed 03/25/14 (Through 01/31/14)**
**Matter:** 105185.0000189/ Fee/Employment Application - US    **Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12076846 | 02/20/14 | Cheney, M | Review monthly fee statement. | 0.20 | $136.00 |
| 12076849 | 02/20/14 | Cheney, M | Review quarterly fee application and order. | 0.10 | $68.00 |
| 12165284 | 03/17/14 | Cheney, M | Review examiner's fee report. | 0.10 | $68.00 |
| 12180604 | 03/26/14 | Perales, O. | Draft response to Ms. Scarborough (Fee Examiner) re comments concerning Crowell and Moring's rate adjustments on our 51st monthly fee application. | 0.40 | $98.00 |
| 12423524 | 06/09/14 | Cheney, M | Prepare for fee hearing. | 0.20 | $136.00 |
|  |  |  | **Professional Services Total** | **2.40** | **$936.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | 680.00 | .80 | $544.00 |
| 002444 | Specialist | Perales, O. | 245.00 | 1.60 | $392.00 |
|  |  | **Fees Value** |  | **2.40** | **$936.00** |

# 882343



## BILLABLE PROFORMA

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000121/ Wanland  

**Proforma Generation Date:** 08/13/14 08:56:22

**Fees and Disbursements Through 07/31/14**  
**Last Date Billed 03/25/14 (Through 01/31/14)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $7,565.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $7,565.50 | | |
| **Address:** Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | **YTD Fees Billed** | $988.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $178,715.00 |
| | | **LTD Disb Billed** | $2,605.96 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12030162 | 02/05/14 | Kramer, B. | Exchange emails with attorney from Cleary re discussing changes to settlement agreement (0.1); review draft agreement and plaintiff's counsel's changes thereto in preparation for call with Cleary attorney to discuss response to plaintiff's counsel's changes (0.2); telephone conference with Cleary attorney to discuss response to plaintiff's counsel's proposed changes to settlement agreement (0.4). | 0.70 | $504.00 |
| 12047820 | 02/13/14 | Kramer, B. | Telephone conference with plaintiff's counsel to discuss strategy for and modifications to settlement agreement. | 1.00 | $720.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan   Fees and Disbursements Through 07/31/14
Client: 105185/ Nortel Networks Corp   Last Date Billed 03/25/14 (Through 01/31/14)
Matter: 105185.0000121/ Wanland   Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12047911 | 02/13/14 | Kramer, B. | Confer with Mr. Cheney re bankruptcy procedures relevant to issues raised by plaintiff's counsel in connection with Wanland settlement. | 0.20 | $144.00 |
| 12055169 | 02/13/14 | Cheney, M | Teleconference with Ms. Kramer re status of negotiations and noticing settlement and related issues. | 0.20 | $136.00 |
| 12099551 | 02/26/14 | Cheney, M | Conference with Ms. Kramer and call with plaintiff's counsel re discovery to obtain customer list. | 0.50 | $340.00 |
| 12099558 | 02/26/14 | Cheney, M | Teleconferences with Ms. Cordo re strategy and options re discovery. | 0.20 | $136.00 |
| 12105388 | 02/26/14 | Kramer, B. | Teleconference with Mr. Cheney and plaintiff's counsel re impact of bankruptcy schedule on class action settlement and options for obtaining customer list relevant to notice provision in settlement (0.5); follow up discussion with Mr. Cheney re next steps toward answering plaintiff's counsel's questions (0.2). | 0.70 | $504.00 |
| 12105398 | 02/27/14 | Kramer, B. | Review Mr. Cheney's report of discussion with bankruptcy counsel relevant to issues in settlement agreement. | 0.10 | $72.00 |
| 12110390 | 03/04/14 | Kramer, B. | Telephone call with Ms. Sado at Cleary re prior discussions with plaintiff's counsel and bankruptcy counsel and potential next steps. | 0.20 | $144.00 |
| 12116250 | 03/05/14 | Kramer, B. | Exchange emails and phone messages with Ms. Sado of Cleary and Mr. Cheney re potential use of subpoena to obtain customer list relevant to notice provision in settlement agreement. | 0.40 | $288.00 |
| 12136670 | 03/12/14 | Kramer, B. | Discuss with Mr. Cheney re next steps concerning notice provision of class action settlement | 0.20 | $144.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

| | |
|---|---|
| Billing Attorney: 000302/ James J. Regan | Fees and Disbursements Through 07/31/14 |
| Client: 105185/ Nortel Networks Corp | Last Date Billed 03/25/14 (Through 01/31/14) |
| Matter: 105185.0000121/ Wanland | Proforma Joint Group # 105185 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | agreement (0.1); exchange emails with Ms. Sado of Cleary re same (0.1). | | |
| 12136678 | 03/12/14 | Kramer, B. | Exchange emails with plaintiff's counsel re status of settlement agreement including option of obtaining customer list via subpoena. | 0.20 | $144.00 |
| 12136683 | 03/13/14 | Kramer, B. | Exchange emails with plaintiff's counsel re status of discussions with Cleary re settlement draft. | 0.10 | $72.00 |
| 12148513 | 03/13/14 | Cheney, M | Review materials re potential settlement and notice issues. | 0.40 | $272.00 |
| 12148517 | 03/13/14 | Cheney, M | Teleconference with Ms. Sado (Cleary), Mr. Lipner (Cleary), and Ms. Kramer re notice issues and strategy for settlement. | 0.30 | $204.00 |
| 12136675 | 03/13/14 | Kramer, B. | Teleconference with Cleary re strategy for obtaining customer list to finalize Wanland settlement agreement (0.4); follow-up discussions with Mr. Cheney and Ms. Welt re next steps toward finalizing agreement (0.2). | 0.60 | $432.00 |
| 12151078 | 03/18/14 | Kramer, B. | Exchange email messages with counsel from Cleary and plaintiff's counsel in furtherance of determining ability to obtain customer list. | 0.10 | $72.00 |
| 12166707 | 03/21/14 | Cheney, M | Conference with Messes. Kramer and Welt re open issues re potential settlement. | 0.20 | $136.00 |
| 12184395 | 03/21/14 | Kramer, B. | Review status of settlement draft with Mr. Cheney and Ms. Welt. | 0.20 | $144.00 |
| 12200325 | 03/21/14 | Welt, M. | Call with Ms. Kramer and Mr. Cheney re transfer of matter, open tasks, and position re opposing counsel's requested edits (0.2); follow-up emails with Ms. Kramer re same (0.4). | 0.60 | $393.00 |
| 12202100 | 03/28/14 | Welt, M. | Discuss Wanland case files and documents with | 0.50 | $327.50 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan  
Client: 105185/ Nortel Networks Corp  
Matter: 105185.0000121/ Wanland  

Fees and Disbursements Through 07/31/14  
Last Date Billed 03/25/14 (Through 01/31/14)  
Proforma Joint Group # 105185

| **Index** | **Date** | **Timekeeper Name** | **Description of Professional Services** | **Hours** | **Value of Time** |
|---|---|---|---|---|---|
| | | | Ms. Kramer. | | |
| 12325395 | 05/05/14 | Cheney, M | Inquire of Ms. Sado (Cleary) re status of discussions re subpoena for customer list. | 0.20 | $136.00 |
| 12395585 | 05/06/14 | Welt, M. | Telephone conference with Mr. Cheney re status of bankruptcy case (0.2); prepare for and attend telephone conference with Nyran Rasche (plaintiff's counsel) re status of case and steps to move settlement and notice issues forward (0.9) | 1.10 | $720.50 |
| 12423715 | 06/11/14 | Cheney, M | Teleconference with Mr. Lipner (Cleary) re subpoena for customer list. | 0.10 | $68.00 |
| 12423805 | 06/13/14 | Cheney, M | Conference with Ms. Welt re issuing subpoena for customer list. | 0.10 | $68.00 |
| 12595205 | 07/09/14 | Welt, M. | Emails with Ms. Rasche (plaintiff's counsel) re status of friendly subpoena, open items for settlement, and time for further discussion. | 0.70 | $458.50 |
| 12594706 | 07/11/14 | Welt, M. | Review notes from discussion with Mr. Cheney and emails from Ms. Kramer re open action items in preparation for call with opposing counsel (0.2); call with Ms. Rasche (plaintiff's counsel) re options for going forward with service and settlement (0.7). | 0.90 | $589.50 |
| 12595399 | 07/16/14 | Welt, M. | Email with Ms. Rasche (plaintiff's counsel) re discussion of subpoena and settlement draft. | 0.30 | $196.50 |
| | | | **Professional Services Total** | **11.00** | **$7,565.50** |

DCACTIVE-28829219.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan     **Fees and Disbursements Through 07/31/14**
**Client:** 105185/ Nortel Networks Corp     **Last Date Billed 03/25/14 (Through 01/31/14)**
**Matter:** 105185.0000121/ Wanland     **Proforma Joint Group # 105185**

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001800 | Counsel | Welt, M. | 655.00 | 4.10 | $2,685.50 |
| 001275 | Partner | Kramer, B. | 720.00 | 4.70 | $3,384.00 |
| 001835 | Partner | Cheney, M | 680.00 | 2.20 | $1,496.00 |
|  |  |  | **Fees Value** | **11.00** | **$7,565.50** |

# 882317



# BILLABLE PROFORMA

**Billing Attorney:  000302/ James J. Regan**  
**Client:  105185/ Nortel Networks Corp**  
**Matter:  105185.0000198/ Litigation**

**Proforma Generation Date:  08/15/14 13:55:28**

**Fees and Disbursements Through 07/31/14**  
**Last Date Billed  (Through )**  
**Bill Cycle:  M**  
**Matter Open Date:  Aug 6, 2014**  
**Proforma Joint Group #**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $37,426.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $37,426.50 | | |
| **Address:**   Nortel Networks Corp | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $0.00 |
| | | **LTD Disb Billed** | $0.00 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 12561949 | 07/25/14 | Supko, M. | Conversation with Messrs. Regan and Cheney re third-party subpoena project (0.5); research re status of litigation and download selected pleadings (0.3); begin reviewing third-party subpoena and Nortel response to other third-party subpoena (0.7). | 1.50 | $1,245.00 |
| 12564152 | 07/25/14 | Cheney, M | Review third-party subpoena and other materials re litigation and documents protected. | 1.70 | $1,156.00 |
| 12567436 | 07/25/14 | Regan, J. | Conferences with Mr. Cheney re third-party subpoena project (0.5); follow-on conference with Mr. Supko re court docket (0.5); begin reviewing | 2.20 | $2,145.00 |

- 1 of 7 -

DCACTIVE-28829257.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan  
Client: 105185/ Nortel Networks Corp  
Matter: 105185.0000198/ Litigation  

Fees and Disbursements Through 07/31/14  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | and analyzing subpoena request and assorted background materials (1.2). | | |
| 12561956 | 07/26/14 | Supko, M. | Continue reviewing and analyzing third-party subpoena. | 0.50 | $415.00 |
| 12562962 | 07/27/14 | Supko, M. | Continue reviewing background materials re litigation and third-party subpoena to Nortel. | 0.70 | $581.00 |
| 12564215 | 07/27/14 | Cheney, M | Review and analyze third-party subpoena. | 0.50 | $340.00 |
| 12593351 | 07/27/14 | Regan, J. | Continue reviewing and analyzing third-party subpoena and answer in detail (0.5); exchange emails with Messrs. Supko and Cheney re same (0.5). | 1.00 | $975.00 |
| 12593419 | 07/28/14 | Regan, J. | Review agreement and other documents forwarded by Cleary (1.0); prepare for and conference with Ms. Rozenberg (Cleary) re third-party subpoena and background (1.5); follow-on meeting and conferences with Messrs. Supko and Cheney re strategy in responding to third-party subpoena (0.5); follow on conference with Mr. Cheney re same (0.5). | 3.50 | $3,412.50 |
| 12569941 | 07/28/14 | Supko, M. | Continue reviewing background materials in preparation for kick-off call with Ms. Rozenberg (Cleary) (0.7); conference with Messrs. Cheney and Regan re case background and strategy (0.3); telephone conference with Ms. Rozenberg and Messrs. Cheney and Regan re background of litigations and third-party subpoenas issued to NNI (1.4); continue reviewing document requests, exhibits to subpoena, and related background documents (2.0). | 4.40 | $3,652.00 |
| 12587474 | 07/28/14 | Cheney, M | Conference with Messrs. Regan and Supko re | 0.50 | $340.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan　　　　　　　　　Fees and Disbursements Through 07/31/14
Client: 105185/ Nortel Networks Corp　　　　　　　　　　　Last Date Billed  (Through )
Matter: 105185.0000198/ Litigation　　　　　　　　　　　　　Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
|  |  |  | strategy in responding to third-party subpoena. |  |  |
| 12587477 | 07/28/14 | Cheney, M | Teleconference with Ms. Rozenberg (Cleary) re location and status of NNI's documents, confidentiality issues, and background. | 1.40 | $952.00 |
| 12587486 | 07/28/14 | Cheney, M | Review docket re discovery deadlines. | 0.30 | $204.00 |
| 12587522 | 07/28/14 | Cheney, M | Circulate billing guidelines to new timekeepers relating to third-party subpoena. | 0.20 | $136.00 |
| 12588209 | 07/29/14 | Cheney, M | Email to Mr. Barrie (Benesch) and Ms. Hoover (Benesch) re Delaware assistance with third-party subpoena served on NNI. | 0.20 | $136.00 |
| 12588212 | 07/29/14 | Cheney, M | Analyze potential strategy and options for responding to third-party subpoena. | 0.70 | $476.00 |
| 12574307 | 07/29/14 | Supko, M. | Conversation with opposing counsel re request for extension of time to respond to third-party subpoena (0.3); correspondence with Messrs. Cheney and Regan re strategy in view of same (0.3); legal research re possible strategies (0.5); consult with Mr. Cheney re Delaware local counsel (0.1); correspondence with Ms. Rozenberg (Cleary) re contact information for parties (0.1); review correspondence and pleadings re third-party subpoena sent by Ms. Rozenberg (1.0); continue analyzing document requests (0.5); correspondence with opposing counsel re Word version of document requests (0.1); compare third-party subpoenas to identify possible overlap (0.2). | 3.10 | $2,573.00 |
| 12595909 | 07/29/14 | Regan, J. | Review NNI bankruptcy post-petition document (0.5); exchange emails with Messrs. Cheney and Supko re extension for response (0.5); exchange emails with Mr. Cheney re local counsel selection (0.3); confer with Mr. Supko re opposing | 2.20 | $2,145.00 |

CROWELL & MORING
BILLABLE PROFORMA

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000198/ Litigation  

Fees and Disbursements Through 07/31/14  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | counsel's position on extension of time to respond to third-party subpoena (0.4); review comments from Messrs. Cheney and Supko re Chapter 11 debtor status (0.3); review and analyze edits for counter-proposal to opposing counsel (0.2). | | |
| 12595294 | 07/30/14 | Regan, J. | Review and exchange emails with Messrs. Cheney and Supko re response to opposing counsel for extension of time to facilitate further negotiations (0.3); conference calls with Mr. Barrie (Benesch) re possible strategies (0.5); confer with Mr. Ross (NNI) re same (0.5); conference call with Ms. Rozenberg (Cleary) and Messrs. Cheney and Supko re NNI's documents and related issues (1.4); follow-on conferences with Messrs. Cheney and Supko re strategy and potential options for responding to third-party subpoena (0.5); review and analyze documents from Cleary (0.3); conferences with Mr. Supko re strategy (0.4); review and edit response to opposing counsel (0.2); review strategy options (0.2); review modified email for consideration by opposing counsel (0.2). | 4.50 | $4,387.50 |
| 12577352 | 07/30/14 | Supko, M. | Continue working on email to opposing counsel re proposed compromise on response deadlines and scope of third-party subpoena (0.3); telephone conference with Mr. Ross (NNI) re possible strategies and response to third-party subpoena (0.5); telephone conference with Messrs. Cheney and Regan re same and response strategy (0.3); telephone conference with Messrs. Barrie (Benesch), Cheney, and Regan re strategy (0.5); telephone conference with Ms. Rozenberg (Cleary) and Messrs. Cheney and Regan re NNI | 4.20 | $3,486.00 |

- 4 of 7 -

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**  Fees and Disbursements Through 07/31/14
**Client: 105185/ Nortel Networks Corp**  Last Date Billed (Through )
**Matter: 105185.0000198/ Litigation**  Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | response to third-party subpoena (1.4); correspondence with Mr. Barrie re possible strategy (0.1); begin reviewing and analyzing options (0.2); perform legal research re possible options (0.5); prepare email to opposing counsel re brief extension of response deadline to facilitate further negotiations (0.2); correspondence with Messrs. Cheney and Regan re draft email to opposing counsel and revise same (0.2). | | |
| 12588252 | 07/30/14 | Cheney, M | Conferences with Messrs. Regan and Supko re strategy and potential options for responding to third-party subpoena. | 1.10 | $748.00 |
| 12588254 | 07/30/14 | Cheney, M | Email to Ms. Rozenberg (Cleary) re client contact information. | 0.10 | $68.00 |
| 12588257 | 07/30/14 | Cheney, M | Email to Messrs. Ray (NNI) and Ross (NNI) re call to discuss third-party subpoena. | 0.10 | $68.00 |
| 12588265 | 07/30/14 | Cheney, M | Email to Mr. Barrie (Benesch) re call to discuss third-party subpoena. | 0.10 | $68.00 |
| 12588266 | 07/30/14 | Cheney, M | Teleconference with Messrs. Ross (NNI) and Supko re background, document retention, and related issues. | 0.40 | $272.00 |
| 12588273 | 07/30/14 | Cheney, M | Teleconference with Mr. Barrie (Benesch) re options for responding to third-party subpoena. | 0.50 | $340.00 |
| 12588328 | 07/30/14 | Cheney, M | Teleconference with Ms. Rozenberg (Cleary), Mr. Regan, and Mr. Supko re NNI's documents and related issues. | 1.30 | $884.00 |
| 12588333 | 07/30/14 | Cheney, M | Analyze potential response options to third-party subpoena. | 0.40 | $272.00 |
| 12588390 | 07/31/14 | Cheney, M | Teleconference with Ms. Rozenberg (Cleary), Mr. Supko, and Mr. Regan re location of certain | 0.60 | $408.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000198/ Litigation  

**Fees and Disbursements Through** 07/31/14  
**Last Date Billed (Through)**  
**Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | documents. | | |
| 12587061 | 07/31/14 | Supko, M. | Conversation with opposing counsel re extension of time to respond to subpoena (0.2); prepare email to opposing counsel confirming substance of agreement re extension of time to respond to complaint (0.1); extensive correspondence with Messrs. Regan and Cheney re strategy for responding to subpoena, including preparation of action plan (0.7); telephone conference with Ms. Rozenberg (Cleary) and Messrs. Regan and Cheney re document production issues (0.5); correspondence with Ms. Rozenberg re production of deposition transcripts from bankruptcy litigation (0.1); correspondence with counsel re arranging conference call to discuss discovery issues re same (0.2); continue analyzing background documents (1.0). | 2.80 | $2,324.00 |
| 12593443 | 07/31/14 | Regan, J. | Exchange emails with Messrs. Supko and Cheney re strategy for responding to subpoena, including preparation of action plan (0.7); analyze strategy for agreement to extend NNI response dates (0.9); draft email to Messrs. Supko and Cheney re next steps and strategy (0.6); review and respond to response from Mr. Supko re next steps and strategy (0.5); conference call with Ms. Rozenberg (Cleary) and Messrs. Supko and Cheney re document production issues (0.6). | 3.30 | $3,217.50 |
| | | | **Professional Services Total** | **44.00** | **$37,426.50** |

DCACTIVE-28829257.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  **Fees and Disbursements Through 07/31/14**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed (Through )**
**Matter:** 105185.0000198/ Litigation  **Proforma Joint Group #**

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 000302 | Partner | Regan, J. | 975.00 | 16.70 | $16,282.50 |
| 001474 | Partner | Supko, M. | 830.00 | 17.20 | $14,276.00 |
| 001835 | Partner | Cheney, M | 680.00 | 10.10 | $6,868.00 |
| | | **Fees Value** | | **44.00** | **$37,426.50** |

DCACTIVE-28829257.1