# EXHIBIT C

Legal*122136S3.3

## DISBURSEMENT SUMMARY
## JULY 1 TO JULY 31, 2013
## (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $ 587.40 |
| Telephone / Long Distance/Conference Calls | $ 2.04 |
| Binding Books / Documents | $ 71.20 |
| Library Computer Searches | $ 480.01 |
| Meals / Beverages | $ 43.59 |
| Agency Fees and Disbursements | $ 45.00 |
| | |
| Total Non-Taxable Disbursements | $ 1,229.24 CDN. |