# EXHIBIT D

Legal*12213653.3

-26-

CASSELS BROCK LLP                                          Invoice # 1942731
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/2/2014 | Copies | 3 | 0.3 |
| 7/2/2014 | Copies | 4 | 0.4 |
| 7/2/2014 | Copies | 5 | 0.5 |
| 7/2/2014 | Copies | 3 | 0.3 |
| 7/2/2014 | Copies | 30 | 3 |
| 7/2/2014 | Copies | 4 | 0.4 |
| 7/2/2014 | Copies | 4 | 0.4 |
| 7/2/2014 | Copies | 2 | 0.2 |
| 7/2/2014 | Copies | 3 | 0.3 |
| 7/2/2014 | Copies | 4 | 0.4 |
| 7/2/2014 | Copies | 3 | 0.3 |
| 7/2/2014 | Copies | 5 | 0.5 |
| 7/2/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 170 |
| 7/2/2014 | Library Computer Searches/Quicklaw done by D. Waldman | 1 | 25 |
| 7/3/2014 | Copies | 6 | 0.6 |
| 7/3/2014 | Copies | 6 | 0.6 |
| 7/3/2014 | Copies | 5 | 0.5 |
| 7/3/2014 | Copies | 6 | 0.6 |
| 7/3/2014 | Copies | 5 | 0.5 |
| 7/3/2014 | Copies | 2 | 0.2 |
| 7/3/2014 | Copies | 3 | 0.3 |
| 7/3/2014 | Copies | 13 | 1.3 |
| 7/4/2014 | Copies | 2 | 0.2 |
| 7/4/2014 | Copies | 35 | 3.5 |
| 7/4/2014 | Copies | 4 | 0.4 |
| 7/4/2014 | Copies | 11 | 1.1 |
| 7/7/2014 | Copies | 13 | 1.3 |
| 7/7/2014 | Copies | 2 | 0.2 |
| 7/7/2014 | Copies | 10 | 1 |
| 7/7/2014 | Copies | 2 | 0.2 |
| 7/7/2014 | Copies | 4 | 0.4 |
| 7/7/2014 | Copies | 2 | 0.2 |
| 7/7/2014 | Copies | 14 | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-27-

| | | | |
|---|---|---|---|
| CASSELS BROCK LLP | | Invoice # 1942731 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/7/2014 | Copies | 2 | 0.2 |
| 7/7/2014 | Copies | 2 | 0.2 |
| 7/7/2014 | Copies | 202 | 20.2 |
| 7/7/2014 | Copies | 2 | 0.2 |
| 7/7/2014 | Copies | 5 | 0.5 |
| 7/7/2014 | Copies | 2 | 0.2 |
| 7/7/2014 | Copies | 54 | 5.4 |
| 7/7/2014 | Copies | 54 | 5.4 |
| 7/7/2014 | Copies | 8 | 0.8 |
| 7/7/2014 | Binding, Tabs, Disks, etc | 1 | 5.06 |
| 7/8/2014 | Copies | 2 | 0.2 |
| 7/8/2014 | Copies | 25 | 2.5 |
| 7/8/2014 | Copies | 4 | 0.4 |
| 7/8/2014 | Copies | 4 | 0.4 |
| 7/8/2014 | Copies | 2 | 0.2 |
| 7/8/2014 | Copies | 2 | 0.2 |
| 7/8/2014 | Copies | 44 | 4.4 |
| 7/8/2014 | Copies | 7 | 0.7 |
| 7/8/2014 | Copies | 4 | 0.4 |
| 7/8/2014 | Telephone; KUKULOWICZ S. | 1 | 2.04 |
| 7/9/2014 | Copies | 4 | 0.4 |
| 7/9/2014 | Copies | 4 | 0.4 |
| 7/9/2014 | Copies | 4 | 0.4 |
| 7/9/2014 | Copies | 4 | 0.4 |
| 7/9/2014 | Copies | 4 | 0.4 |
| 7/9/2014 | Copies | 4 | 0.4 |
| 7/9/2014 | Copies | 191 | 19.1 |
| 7/9/2014 | Copies | 3 | 0.3 |
| 7/10/2014 | Copies | 5 | 0.5 |
| 7/10/2014 | Copies | 6 | 0.6 |
| 7/10/2014 | Copies | 2 | 0.2 |
| 7/11/2014 | Copies | 29 | 2.9 |
| 7/11/2014 | Copies | 22 | 2.2 |
| 7/11/2014 | Copies | 7 | 0.7 |
| 7/11/2014 | Copies | 4 | 0.4 |
| 7/11/2014 | Copies | 26 | 2.6 |
| 7/14/2014 | Copies | 5 | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-28-

| | | Invoice # 1942731 |
|---|---|---|
| CASSELS BROCK LLP | | |
| The Official Committee of Unsecured Creditors | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/15/2014 | Copies | 3 | 0.3 |
| 7/15/2014 | Copies | 2 | 0.2 |
| 7/15/2014 | Copies | 16 | 1.6 |
| 7/15/2014 | Copies | 35 | 3.5 |
| 7/15/2014 | Copies | 31 | 3.1 |
| 7/15/2014 | Copies | 2 | 0.2 |
| 7/15/2014 | Copies | 4 | 0.4 |
| 7/15/2014 | Copies | 4 | 0.4 |
| 7/15/2014 | Copies | 25 | 2.5 |
| 7/15/2014 | Copies | 19 | 1.9 |
| 7/15/2014 | Copies | 5 | 0.5 |
| 7/15/2014 | Copies | 3 | 0.3 |
| 7/15/2014 | Copies | 4 | 0.4 |
| 7/15/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 91.01 |
| 7/16/2014 | Copies | 34 | 3.4 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 1 | 0.1 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 124 | 12.4 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 45 | 4.5 |
| 7/16/2014 | Copies | 13 | 1.3 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 22 | 2.2 |
| 7/16/2014 | Copies | 24 | 2.4 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 9 | 0.9 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 100 | 10 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-29-

CASSELS BROCK LLP                                                    Invoice # 1942731
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                     Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/16/2014 | Copies | 18 | 1.8 |
| 7/16/2014 | Copies | 18 | 1.8 |
| 7/16/2014 | Copies | 12 | 1.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 9 | 0.9 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 9 | 0.9 |
| 7/16/2014 | Copies | 13 | 1.3 |
| 7/16/2014 | Copies | 18 | 1.8 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 13 | 1.3 |
| 7/16/2014 | Copies | 96 | 9.6 |
| 7/16/2014 | Copies | 100 | 10 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 77 | 7.7 |
| 7/16/2014 | Copies | 100 | 10 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 10 | 1 |
| 7/16/2014 | Copies | 4 | 0.4 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 11 | 1.1 |
| 7/16/2014 | Copies | 48 | 4.8 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 10 | 1 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 13 | 1.3 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 24 | 2.4 |
| 7/16/2014 | Copies | 4 | 0.4 |
| 7/16/2014 | Copies | 22 | 2.2 |
| 7/16/2014 | Copies | 9 | 0.9 |
| 7/16/2014 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-30-

CASSELS BROCK LLP                                          Invoice # 1942731
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/16/2014 | Copies | 7 | 0.7 |
| 7/16/2014 | Copies | 9 | 0.9 |
| 7/16/2014 | Copies | 16 | 1.6 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 200 | 20 |
| 7/16/2014 | Copies | 200 | 20 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 45 | 4.5 |
| 7/16/2014 | Copies | 29 | 2.9 |
| 7/16/2014 | Copies | 25 | 2.5 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 11 | 1.1 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 18 | 1.8 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 11 | 1.1 |
| 7/16/2014 | Copies | 7 | 0.7 |
| 7/16/2014 | Copies | 10 | 1 |
| 7/16/2014 | Copies | 13 | 1.3 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 18 | 1.8 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 19 | 1.9 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 74 | 7.4 |
| 7/16/2014 | Copies | 51 | 5.1 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 1 | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-31-

CASSELS BROCK LLP                                           Invoice # 1942731
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/16/2014 | Copies | 1 | 0.1 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 15 | 1.5 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 12 | 1.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 67 | 6.7 |
| 7/16/2014 | Copies | 90 | 9 |
| 7/16/2014 | Copies | 4 | 0.4 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 4 | 0.4 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 29 | 2.9 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 18 | 1.8 |
| 7/16/2014 | Copies | 40 | 4 |
| 7/16/2014 | Copies | 19 | 1.9 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 19 | 1.9 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 25 | 2.5 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 34 | 3.4 |
| 7/16/2014 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-32-

CASSELS BROCK LLP                                          Invoice # 1942731
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/16/2014 | Copies | 7 | 0.7 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 6 | 0.6 |
| 7/16/2014 | Copies | 4 | 0.4 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 21 | 2.1 |
| 7/16/2014 | Copies | 28 | 2.8 |
| 7/16/2014 | Copies | 7 | 0.7 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 64 | 6.4 |
| 7/16/2014 | Copies | 17 | 1.7 |
| 7/16/2014 | Copies | 30 | 3 |
| 7/16/2014 | Copies | 18 | 1.8 |
| 7/16/2014 | Copies | 39 | 3.9 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 13 | 1.3 |
| 7/16/2014 | Copies | 15 | 1.5 |
| 7/16/2014 | Copies | 13 | 1.3 |
| 7/16/2014 | Copies | 8 | 0.8 |
| 7/16/2014 | Copies | 9 | 0.9 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 26 | 2.6 |
| 7/16/2014 | Copies | 3 | 0.3 |
| 7/16/2014 | Copies | 17 | 1.7 |
| 7/16/2014 | Copies | 2 | 0.2 |
| 7/16/2014 | Copies | 5 | 0.5 |
| 7/16/2014 | Copies | 15 | 1.5 |
| 7/16/2014 | Binding, Tabs, Disks, etc | 1 | 13.74 |
| 7/16/2014 | Binding, Tabs, Disks, etc | 1 | 12 |
| 7/16/2014 | Binding, Tabs, Disks, etc | 1 | 40.4 |
| 7/17/2014 | Copies | 35 | 3.5 |
| 7/17/2014 | Copies | 16 | 1.6 |
| 7/17/2014 | Copies | 8 | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-33-

| CASSELS BROCK LLP | Invoice # 1942731 |
| The Official Committee of Unsecured Creditors | |
| Re: Nortel Networks Inc, et al. | Matter # 46992-00001 |

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/17/2014 | Copies | 11 | 1.1 |
| 7/17/2014 | Copies | 46 | 4.6 |
| 7/17/2014 | Copies | 18 | 1.8 |
| 7/17/2014 | Copies | 38 | 3.8 |
| 7/17/2014 | Copies | 3 | 0.3 |
| 7/17/2014 | Copies | 46 | 4.6 |
| 7/17/2014 | Copies | 5 | 0.5 |
| 7/17/2014 | Copies | 25 | 2.5 |
| 7/17/2014 | Copies | 35 | 3.5 |
| 7/17/2014 | Copies | 16 | 1.6 |
| 7/17/2014 | Copies | 10 | 1 |
| 7/17/2014 | Copies | 10 | 1 |
| 7/17/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 50 |
| 7/17/2014 | Meals - WORKING LUNCH FOR STEPHANIE HOLLAND ON JULY 17, 2014 | 1 | 10.62 |
| 7/18/2014 | Copies | 2 | 0.2 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 4 | 0.4 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 2 | 0.2 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 4 | 0.4 |
| 7/18/2014 | Copies | 9 | 0.9 |
| 7/18/2014 | Copies | 4 | 0.4 |
| 7/18/2014 | Copies | 13 | 1.3 |
| 7/21/2014 | Copies | 8 | 0.8 |
| 7/21/2014 | Copies | 3 | 0.3 |
| 7/21/2014 | Copies | 21 | 2.1 |
| 7/21/2014 | Copies | 10 | 1 |
| 7/21/2014 | Copies | 2 | 0.2 |
| 7/21/2014 | Copies | 10 | 1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-34-

CASSELS BROCK LLP                                              Invoice # 1942731
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                               Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/21/2014 | Copies | 10 | 1 |
| 7/21/2014 | Copies | 21 | 2.1 |
| 7/21/2014 | Copies | 6 | 0.6 |
| 7/21/2014 | Copies | 6 | 0.6 |
| 7/21/2014 | Copies | 16 | 1.6 |
| 7/21/2014 | Copies | 21 | 2.1 |
| 7/21/2014 | Copies | 9 | 0.9 |
| 7/21/2014 | Copies | 11 | 1.1 |
| 7/21/2014 | Copies | 9 | 0.9 |
| 7/21/2014 | Copies | 4 | 0.4 |
| 7/21/2014 | Copies | 2 | 0.2 |
| 7/21/2014 | Copies | 3 | 0.3 |
| 7/21/2014 | Copies | 2 | 0.2 |
| 7/21/2014 | Copies | 8 | 0.8 |
| 7/21/2014 | Copies | 11 | 1.1 |
| 7/21/2014 | Copies | 13 | 1.3 |
| 7/21/2014 | Copies | 13 | 1.3 |
| 7/21/2014 | Copies | 11 | 1.1 |
| 7/21/2014 | Copies | 2 | 0.2 |
| 7/21/2014 | Copies | 2 | 0.2 |
| 7/21/2014 | Copies | 10 | 1 |
| 7/22/2014 | Copies | 9 | 0.9 |
| 7/22/2014 | Copies | 2 | 0.2 |
| 7/22/2014 | Copies | 2 | 0.2 |
| 7/22/2014 | Copies | 5 | 0.5 |
| 7/22/2014 | Copies | 9 | 0.9 |
| 7/22/2014 | Copies | 3 | 0.3 |
| 7/22/2014 | Copies | 2 | 0.2 |
| 7/22/2014 | Copies | 4 | 0.4 |
| 7/22/2014 | Copies | 2 | 0.2 |
| 7/22/2014 | Copies | 4 | 0.4 |
| 7/22/2014 | Copies | 4 | 0.4 |
| 7/22/2014 | Copies | 2 | 0.2 |
| 7/22/2014 | Copies | 6 | 0.6 |
| 7/22/2014 | Copies | 8 | 0.8 |
| 7/22/2014 | Copies | 3 | 0.3 |
| 7/22/2014 | Copies | 20 | 2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-35-

| | CASSELS BROCK LLP | | Invoice # 1942731 |
| --- | --- | --- | --- |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
| --- | --- | --- | --- |
| 7/22/2014 | Copies | 18 | 1.8 |
| 7/22/2014 | Copies | 13 | 1.3 |
| 7/22/2014 | Copies | 5 | 0.5 |
| 7/22/2014 | Copies | 14 | 1.4 |
| 7/22/2014 | Copies | 18 | 1.8 |
| 7/22/2014 | Copies | 46 | 4.6 |
| 7/22/2014 | Copies | 2 | 0.2 |
| 7/22/2014 | Copies | 5 | 0.5 |
| 7/23/2014 | Agency Fees and Disbursements - KAP LITIGATION SERVICES - INV.#312862 JULY 17/14 | 1 | 45 |
| 7/23/2014 | Copies | 4 | 0.4 |
| 7/23/2014 | Copies | 9 | 0.9 |
| 7/23/2014 | Copies | 4 | 0.4 |
| 7/23/2014 | Copies | 25 | 2.5 |
| 7/23/2014 | Copies | 2 | 0.2 |
| 7/23/2014 | Copies | 15 | 1.5 |
| 7/23/2014 | Copies | 7 | 0.7 |
| 7/23/2014 | Copies | 2 | 0.2 |
| 7/24/2014 | Copies | 10 | 1 |
| 7/24/2014 | Copies | 74 | 7.4 |
| 7/24/2014 | Copies | 12 | 1.2 |
| 7/24/2014 | Copies | 3 | 0.3 |
| 7/24/2014 | Copies | 32 | 3.2 |
| 7/24/2014 | Copies | 10 | 1 |
| 7/24/2014 | Copies | 14 | 1.4 |
| 7/24/2014 | Copies | 18 | 1.8 |
| 7/24/2014 | Copies | 70 | 7 |
| 7/24/2014 | Copies | 8 | 0.8 |
| 7/24/2014 | Copies | 9 | 0.9 |
| 7/24/2014 | Copies | 10 | 1 |
| 7/25/2014 | Meals- LUNCH AT SUBWAY WHILE AT COURT FOR R. JACOBS AND S. KUKULOWICZ ON JULY 25, 2014 | 1 | 22.97 |
| 7/25/2014 | Meals- WORKING LUNCH FOR M. WUNDER ON JULY 25, 2014 | 1 | 10 |
| 7/28/2014 | Copies | 11 | 1.1 |
| 7/28/2014 | Copies | 9 | 0.9 |
| 7/28/2014 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-36-

| | | Invoice # 1942731 |
|---|---|---|
| CASSELS BROCK LLP | | |
| The Official Committee of Unsecured Creditors | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/28/2014 | Copies | 15 | 1.5 |
| 7/28/2014 | Copies | 4 | 0.4 |
| 7/28/2014 | Copies | 19 | 1.9 |
| 7/28/2014 | Copies | 2 | 0.2 |
| 7/28/2014 | Copies | 4 | 0.4 |
| 7/28/2014 | Copies | 2 | 0.2 |
| 7/28/2014 | Copies | 11 | 1.1 |
| 7/28/2014 | Copies | 2 | 0.2 |
| 7/28/2014 | Copies | 2 | 0.2 |
| 7/28/2014 | Copies | 2 | 0.2 |
| 7/28/2014 | Copies | 19 | 1.9 |
| 7/28/2014 | Copies | 10 | 1 |
| 7/28/2014 | Copies | 2 | 0.2 |
| 7/29/2014 | Copies | 10 | 1 |
| 7/29/2014 | Copies | 10 | 1 |
| 7/29/2014 | Copies | 7 | 0.7 |
| 7/29/2014 | Copies | 7 | 0.7 |
| 7/29/2014 | Copies | 74 | 7.4 |
| 7/29/2014 | Copies | 12 | 1.2 |
| 7/29/2014 | Copies | 10 | 1 |
| 7/29/2014 | Copies | 4 | 0.4 |
| 7/29/2014 | Copies | 4 | 0.4 |
| 7/29/2014 | Copies | 9 | 0.9 |
| 7/29/2014 | Copies | 10 | 1 |
| 7/29/2014 | Copies | 11 | 1.1 |
| 7/29/2014 | Copies | 8 | 0.8 |
| 7/29/2014 | Copies | 10 | 1 |
| 7/29/2014 | Copies | 9 | 0.9 |
| 7/29/2014 | Copies | 17 | 1.7 |
| 7/29/2014 | Copies | 11 | 1.1 |
| 7/29/2014 | Copies | 9 | 0.9 |
| 7/29/2014 | Copies | 11 | 1.1 |
| 7/29/2014 | Copies | 32 | 3.2 |
| 7/29/2014 | Copies | 7 | 0.7 |
| 7/29/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 72 |
| 7/30/2014 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-37-

| CASSELS BROCK LLP | Invoice # 1942731 |
|---|---|
| The Official Committee of Unsecured Creditors | |
| Re: Nortel Networks Inc, et al. | Matter # 46992-00001 |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/30/2014 | Copies | 19 | 1.9 |
| 7/30/2014 | Library Computer Searches/Quicklaw done by S. Baldassarra | 1 | 72 |
| 7/31/2014 | Copies | 11 | 1.1 |
| 7/31/2014 | Copies | 4 | 0.4 |
| 7/31/2014 | Copies | 7 | 0.7 |
| 7/31/2014 | Copies | 3 | 0.3 |
| 7/31/2014 | Copies | 3 | 0.3 |
| 7/31/2014 | Copies | 7 | 0.7 |
| 7/31/2014 | Copies | 2 | 0.2 |
| 7/31/2014 | Copies | 10 | 1 |
| 7/31/2014 | Copies | 8 | 0.8 |
| 7/31/2014 | Copies | 8 | 0.8 |
| 7/31/2014 | Copies | 11 | 1.1 |
| 7/31/2014 | Copies | 3 | 0.3 |
| 7/31/2014 | Copies | 11 | 1.1 |
| 7/31/2014 | Copies | 9 | 0.9 |
| 7/31/2014 | Copies | 2 | 0.2 |
| 7/31/2014 | Copies | 2 | 0.2 |
| 7/31/2014 | Copies | 2 | 0.2 |
| 7/31/2014 | Copies | 2 | 0.2 |
| 7/31/2014 | Copies | 2 | 0.2 |
| 7/31/2014 | Copies | 2 | 0.2 |
| 7/31/2014 | Copies | 204 | 20.4 |
| 7/31/2014 | Copies | 5 | 0.5 |
| | **Total** | | **$1,229.24** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.