**EXHIBIT E**

**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**JULY 1, 2014 THROUGH JULY 31, 2014**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Daniel Waldman | Associate | Advocacy | Ontario - 2010 | 14.3 | $420.00 | $6,006.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 9.5 | $945.00 | $8,977.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 19.0 | $660.00 | $12,540.00 |
| Lauren Grossman | Student | Students | | 68.5 | $125.00 | $8,562.50 |
| Michael Mahoney | Student | Students | | 32.7 | $125.00 | $4,087.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 132.7 | $795.00 | $105,496.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 83.0 | $390.00 | $32,370.00 |
| Noah Leszcz | Student | Students | | 68.2 | $125.00 | $8,525.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 131.0 | $750.00 | $98,250.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 55.9 | $900.00 | $50,310.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 90.5 | $420.00 | $38,010.00 |
| | | | | | | |
| TOTAL | | | | 705.3 | CDN. | $373,135.00 |