## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Hearing Date: TBD** |

### NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:                           Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                           March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:                 May 1, 2014 through July 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:            CDN. $1,914,760.00 Equivalent to USD $1,749,516.21[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         CDN. $59,471.60 Equivalent to USD $54,339.20[3]

This is (a)n: _X_ interim      ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's May, 2014, June, 2014 and July, 2014 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on August 27, 2014 was CDN. $1.00 : U.S. $0.9137

Legal*12181868.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 8/15/14 Docket No. 14227 | 5/1/14 – 5/31/14 | $976,432.50 | $24,225.10 | $781,146.00 Pending Obj. Deadline September 5, 2014 | $24,225.10 Pending Obj. Deadline September 5, 2014 | $195,286.50 |
| Date Filed: 8/25/14 Docket No. 14271 | 6/1/14 - 6/30/14 | $565,192.50 | $34,017.26 | $452,154.00 Pending Obj. Deadline September 16, 2014 | $34,017.26 Pending Obj. Deadline September 16, 2014 | $113,038.50 |
| Date Filed: 8/28/14 Docket No. 14328 | 7/1/14 - 7/31/14 | $373,135.00 | $1,229.24 | $298,508.00 Pending Obj. Deadline September 19, 2014 | $1,229.24 Pending Obj. Deadline September 19, 2014 | $74,627.00 |
| TOTALS: | All amounts in CDN.$ | $1,914,760.00 | $59,471.60 | $1,531,808.00[4] | $59,471.60[5] | $382,952.00 |

Summary of any Objections to Fee Applications: None.

Dated: August 28, 2014
      Toronto, Ontario

                                                    _____
Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., et al.

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

Legal*12181868.1