**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                                                         :
*In re*                                                  :        Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :        Case No. 09-10138 (KG)
                                                         :
                                   Debtors.              :        Jointly Administered
                                                         :
                                                         :        **Hearing Date: TBD**
                                                         :
-----------------------------------------------------------X

**TWENTY-SECOND QUARTERLY FEE APPLICATION REQUEST OF**
**CLEARY GOTTLIEB STEEN & HAMILTON LLP,**
**AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,**
**FOR THE PERIOD MAY 1, 2014 THROUGH JULY 31, 2014**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary

Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Twenty-Second

Quarterly Fee Application Request (the "Request") for the period May 1, 2014 through and

including July 31, 2014 (the "Application Period").[2]

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems
International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel
Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks
HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom
International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for
the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      Exhibits A and B attached to the monthly applications for May 2014 [D.I. 13934], June 2014 [D.I. 14101] and July
2014 [D.I 14318] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in

the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 7/1/2014 [D.I. 13934] | 5/1/14 – 5/31/14 | $7,247,902.00 | $7,087,792.01 | 7/23/2014 [D.I. 14073] | $7,087,792.01 | $5,798,321.60 | $7,087,792.01 | $1,449,580.40 |
| 7/28/2014 [D.I. 14101] | 6/1/114 – 6/30/14 | 3,829,115.50 | 639,342.48 | 8/20/2014 [D.I. 14239] | 639,342.48 | 3,063,292.40 | 639,342.48 | 765,823.10 |
| 8/28/2014 [D.I. 14318] | 7/1/14 – 7/31/14 | 2,460,564.50 | 293,070.55 | Pending | 293,070.55 | 1,968,451.60 | 293,070.55 | 492,112.90 |
| **TOTAL** | | **$13,537,582.00** | **$8,020,205.04** | | **$8,020,205.04** | **$10,830,065.60** | **$8,020,205.04** | **$2,707,516.40** |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim

approval of the full amount of fees and expenses requested in the above-referenced fee

applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order

attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and

proper.


Dated:  August 29, 2014         CLEARY GOTTLIEB STEEN & HAMILTON LLP
        Wilmington, Delaware

                                James L. Bromley
                                Lisa M. Schweitzer
                                One Liberty Plaza
                                New York, New York 10006
                                Telephone:  (212) 225-2000
                                Facsimile:  (212) 225-3999

                                *Counsel for the Debtors and Debtors in Possession*

2

**CUMULATIVE COMPENSATION SUMMARY**
**BY PROFESSIONAL FOR APPLICATION PERIOD**[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2014 through July 31, 2014

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| NEW YORK, TEMP. PARALEGAL | Temp. Paralegal | $245.00 | 830.50 | $203,472.50 |
| LUFT, AVRAM E. | Counsel - Litigation (called to the bar in 2000; 6 years in current position) | 965.00 | 755.60 | 729,154.00 |
| KHMELNITSKY, ANGELINA | Temp. Attorney | 205.00 | 749.10 | 153,565.50 |
| ZELBO, HOWARD S. | Partner - Litigation (called to the bar in 1985; 20 years in current position) | 1,165.00 | 745.60 | 868,624.00 |
| GIANIS, MARGOT A. | Associate - Litigation (called to the bar in 2013; less than 1 year in current position) | 445.00 / 525.00 | 736.50 | 344,142.50 |
| GRAHAM, ASHLEY | Project Attorney - Litigation (called to the bar in 2011; less than 1 year in current position) | 380.00 | 715.00 | 271,700.00 |
| ROSENTHAL, JEFFREY A. | Partner - Litigation (called to the bar in 1992; 13 years in current position) | 1,165.00 | 650.40 | 757,716.00 |
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation (called to the bar in 1996; 8 years in current position) | 1,135.00 | 643.60 | 730,486.00 |
| ERICKSON, JODI R. | Staff Attorney - Litigation (called to the bar in 2006; 4 years in current position) | 380.00 | 621.20 | 236,056.00 |

---

[3]    Arranged in descending order according to Total Billed Hours.

[4]    Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under Title 11 of the United States Code.

[5]    Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| QUEEN, DANIEL D. | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 670.00 / 705.00 | 605.40 | 411,162.00 |
| DECKER, MARLA A. | Associate - Litigation (called to the bar in 2007; 6 years in current position) | 745.00 / 755.00 | 602.30 | 450,698.50 |
| GURGEL, MATTHEW G. | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 705.00 / 735.00 | 600.60 | 427,731.00 |
| MOESSNER, JACQUELINE M. | Associate - Litigation (called to the bar in 2007; 3 years in current position) | 755.00 | 594.20 | 448,621.00 |
| BROMLEY, JAMES L. | Partner - Bankruptcy, Litigation (called to the bar in 1990; 15 years in current position) | 1,165.00 | 585.90 | 682,573.50 |
| DANDELET, KYLE A. | Associate - Litigation (called to the bar in 2011; less than 1 year in current position) | 670.00 / 705.00 | 583.40 | 396,310.00 |
| STEIN, DARRYL G. | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 605.00 / 670.00 | 578.60 | 356,462.00 |
| LEWIS, ERICA | Temp. Attorney | 205.00 | 564.00 | 115,620.00 |
| CHUNG, BUNDY | Paralegal | 330.00 | 558.40 | 184,272.00 |
| BLOCK, ELIZABETH | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 525.00 / 605.00 | 554.80 | 302,790.00 |
| FERGUSON, MARY K. | Paralegal | 245.00 / 275.00 | 539.60 | 136,729.00 |
| CUSACK, NICOLE | Temp. Attorney | 205.00 | 530.30 | 108,711.50 |
| RICCHI, LINDSEY | Paralegal | 275.00 | 518.10 | 128,194.50 |
| MCCOWN, ALEXANDRA S. | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 605.00 / 670.00 | 493.30 | 308,177.00 |
| O'CONNOR, ROBERT | Project Attorney - Litigation (called to the bar in 2006; less than 1 year in current position) | 380.00 | 482.20 | 183,236.00 |
| RAHNEVA, ANTONIA A. | Staff Attorney - Litigation (called to the bar in 2008; 2 years in current position) | 380.00 | 476.60 | 181,108.00 |
| TUNIS, BRENT M. | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 525.00 / 605.00 | 472.00 | 252,184.00 |
| SMOLER, MICHELLE | Paralegal | 245.00 / 275.00 | 461.40 | 113,259.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MON CURENO, ALVARO R. | Paralegal | 150.00 / 165.00/ 275.00 / 330.00[6] | 446.40 | 121,825.00 |
| ROZENBERG, INNA | Senior Attorney - Litigation (called to the bar in 2001; 6 years in current position) | 895.00 | 414.10 | 370,619.50 |
| SHARTSIS, BENJAMIN C. | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 445.00 / 525.00 | 403.20 | 181,048.00 |
| TAYLOR, MORGAN | Temp. Attorney | 205.00 | 395.40 | 81,057.00 |
| SIEGEL, ASHLEY E. | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 525.00 | 389.70 | 204,592.50 |
| OLIN, ADAM L. | Associate - Litigation (called to the bar in 2014; less than 1 year in current position) | 445.00 / 525.00 | 343.40 | 153,373.00 |
| STONE, LUCA | Project Attorney - Litigation (called to the bar in 2008; less than 1 year in current position) | 380.00 | 333.80 | 126,844.00 |
| NASSAU, TIMOTHY C. | Paralegal | 275.00 / 330.00 | 331.30 | 91,382.50 |
| KAUFMAN, SHIRA A. | Associate - Litigation (called to the bar in 2012; 3 years in current position) | 670.00 | 319.10 | 213,797.00 |
| RIGEL, JAIME | Temp. Attorney | 205.00 | 310.60 | 63,673.00 |
| AGANGA-WILLIAMS, TEMIDAYO | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 605.00 / 670.00 | 301.00 | 182,105.00 |
| PARTHUM, MICHELLE J. | Associate - Litigation (called to the bar in 2012; 1 year in current position) | 605.00 / 670.00 | 293.80 | 185,789.50 |
| LITTELL, JENNIFER M. | Temp. Attorney | 205.00 | 289.60 | 59,368.00 |
| YAZGAN, ZEHRA | Temp. Attorney | 205.00 | 284.00 | 58,220.00 |
| GUIHA, ALEXANDER | Temp. Attorney | 205.00 | 281.60 | 57,728.00 |
| VAN SLYCK, CHRISTINA | Temp. Attorney | 205.00 | 252.30 | 51,721.50 |
| SHERRETT, JESSE D. H. | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 670.00 | 251.90 | 168,773.00 |
| ZIMMER, CLAUDIA | Temp. Attorney | 205.00 | 240.20 | 49,241.00 |

---

[6]        Due to an inadvertent error, the Hourly Billing Rate for this Professional Person was billed at the billing rates of $150.00 and $165.00, rather than the applicable billing rates for a portion of the time billed.  The firm will not seek additional compensation for May to correct for this one-time error, and therefore the Total Compensation sought on the May fee application for this Professional Person remains accurate.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| O'KEEFE, PETER M. | Paralegal | 330.00 | 234.00 | 77,220.00 |
| GRUBE, MARK S. | Associate - Litigation (called to the bar in 2012; less than 1 year in current position) | 670.00 | 233.10 | 156,177.00 |
| NEE, ANN B. | Associate - Litigation (called to the bar in 2009; 5 years in current position) | 735.00 | 229.30 | 168,535.50 |
| CHEN, LEDAN | Temp. Attorney | 205.00 | 215.40 | 44,157.00 |
| DEVANEY, AARON | Temp. Attorney | 205.00 | 152.30 | 31,221.50 |
| ECKENROD, RUSSELL D. | Associate  - Bankruptcy (called to the bar in 2010; 4 years in current position) | 735.00 / 745.00 | 146.30 | 108,407.50 |
| LITTLES, WYATT | Summer Associate | 355.00 | 129.50 | 45,972.50 |
| COLEMAN, RONALD J. | Associate - Litigation (called to the bar in 2011; 2 years in current position) | 605.00/670.00 | 124.30 | 79,225.00 |
| BELLER, BENJAMIN S. | Associate - Bankruptcy (called to the bar in 2014; less than 1 year in current position) | 445.00 / 525.00 | 109.50 | 52,167.50 |
| DE MESLON, MARION | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 670.00 | 108.10 | 72,427.00 |
| KAHN, MICHAEL J. | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 525.00 / 605.00 | 107.50 | 59,365.50 |
| HERRINGTON, DAVID H. | Counsel - Litigation (called to the bar in 1993; 10 years in current position) | 965.00 | 100.40 | 96,886.00 |
| LIPNER, LOUIS A. | Associate - Bankruptcy, Corporate (called to the bar in 2010; 5 years in current position) | 735.00 / 745.00 | 89.20 | 65,826.00 |
| HAKKENBERG, LUCAS | Summer Associate | 355.00 | 74.60 | 26,483.00 |
| LIVINGSTON, MATTHEW | Summer Associate | 355.00 | 65.10 | 23,110.50 |
| ESKENAZI, CORY L. | Litigation Technology Manager | 275.00 | 63.50 | 17,462.50 |
| CORNELIUS, JOHN B. | Associate - Corporate (called to the bar in 2009; 4 years in current position) | 705.00 / 735.00 | 53.60 | 38,901.00 |
| BROD, CRAIG B. | Partner - Corporate (called to the bar in 1981; 25 years in current position) | 1,165.00 | 52.30 | 60,929.50 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| STREATFEILD, LUKE | Associate - Litigation (called to the bar in 2007; 3 years in current position) | 900.00 | 49.40 | 44,460.00 |
| FEARAHN, NICOLE J. | Summer Associate | 355.00 | 48.70 | 17,288.50 |
| KARLIK, EVGENY | Associate - Bankruptcy (called to the bar in 2014; less than 1 year in current position) | 445.00 / 525.00 | 47.70 | 22,746.50 |
| VALETTE, ZOE | Paralegal | 245.00 | 43.10 | 10,559.50 |
| MCRAE, WILLIAM L. | Partner - Tax (called to the bar in 1998; 9 years in current position) | 1,145.00 | 42.00 | 48,090.00 |
| VINCZE, ESZTER | Summer Associate | 355.00 | 34.80 | 12,354.00 |
| CHEUNG, SU Y. | Managing Clerk | 210.00 | 33.90 | 7,119.00 |
| MACCALLUM, DAVID C. | Associate - Intellectual Property, Corporate (called to the bar in 2014; less than 1 year in current position) | 525.00 | 33.30 | 17,482.50 |
| TAYLOR, BRITTANY B. | Litigation Paralegal Manager | 330.00 | 29.00 | 9,570.00 |
| GOODMAN, COREY M. | Associate - Tax (called to the bar in 2008; 6 years in current position) | 745.00 / 755.00 | 28.40 | 21,354.00 |
| RODRIGUEZ, MARIA B. | Director of Litigation Resources | 330.00 | 26.50 | 8,745.00 |
| ILAN, DANIEL | Counsel - Intellectual Property (called to the bar in 2009; 4 years in current position) | 905.00 | 25.70 | 23,258.50 |
| OPOLSKY, JEREMY R. | Associate - Bankruptcy (called to the bar in 2011; 2 years in current position) | 670.00 | 25.10 | 16,817.00 |
| FORREST, NEIL P. | Senior Attorney - Litigation (called to the bar in 1981; 10 years in current position) | 895.00 | 23.00 | 20,585.00 |
| HAILEY, KARA A. | Senior Attorney - Corporate, Bankruptcy (called to the bar in 1999; 5 years in current position) | 895.00 | 22.90 | 20,495.50 |
| UZIEL, JESSICA L. | Associate - Bankruptcy (called to the bar in 2012; 2 years in current position) | 605.00 / 670.00 | 21.10 | 13,227.00 |
| KOTORIC, AJLIN | Paralegal | 245.00 | 19.10 | 4,679.50 |
| GREER, JOCELYN | Summer Associate | 355.00 | 17.00 | 6,035.00 |
| MCDONALD, MARK E. | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 605.00 | 16.70 | 10,103.50 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| WHATLEY, CAROL A. | Assistant Managing Clerk | 160.00 | 14.10 | 2,256.00 |
| KALLSTROM-SCHRECKENGOST, JESSICA C. | Associate - Litigation (called to the bar in 2010; 3 years in current position) | 705.00 | 13.30 | 9,376.50 |
| LIU, YANG | Paralegal | 245.00 | 12.30 | 3,013.50 |
| FISCHER, CRAIG M. | Associate - Corporate (called to the bar in 2011; 3 years in current position) | 705.00 | 11.80 | 8,319.00 |
| SWEENEY, TIMOTHY M. | Assistant Managing Clerk Supervisor | 175.00 | 10.60 | 1,855.00 |
| BAGARELLA, LAURA | Associate - Employee Benefits (called to the bar in 2010; 4 years in current position) | 735.00 | 10.60 | 7,791.00 |
| MCDONALD, MAUREEN E. | Reference Librarian | 265.00 | 9.60 | 2,544.00 |
| RACKEAR, SAMUEL | Paralegal | 245.00 | 8.50 | 2,082.50 |
| METSCH-GARCIA, BIBEANE I. | Summer Associate | 355.00 | 8.20 | 2,911.00 |
| KIM, JANE | Associate - Bankruptcy, Litigation (called to the bar in 2003; 11 years in current position) | 755.00 | 8.20 | 6,191.00 |
| SHERROD, JESSICA | Paralegal | 330.00 | 7.50 | 2,475.00 |
| MULLEN, SEAN K. | Associate - Litigation (called to the bar in 2012; 1 year in current position) | 670.00 | 7.30 | 4,891.00 |
| HIRIS, CYNTHIA A. | Librarian | 330.00 | 7.00 | 2,310.00 |
| LIEB, RACHEL | Paralegal | 245.00 | 7.00 | 1,715.00 |
| HARRIS, BRITNEY | Paralegal | 245.00 | 6.60 | 1,617.00 |
| KESSLER, JOANNA | Paralegal | 245.00 | 6.50 | 1,592.50 |
| BARBOUR, SHARON L. | Associate - Litigation (called to the bar in 2014; less than 1 year in current position) | 445.00 | 6.30 | 2,803.50 |
| ROZAN, BENAZIR D. | Paralegal | 330.00 | 6.00 | 1,980.00 |
| XU, DONG N. | Associate - Litigation (called to the bar in 2014; 1 year in current position) | 605.00 | 5.30 | 3,206.50 |
| DILLON, EMELIA P. | Paralegal | 275.00 | 5.30 | 1,457.50 |
| GOSAIN, SAMIKSHA | Paralegal | 310.00 | 5.20 | 1,612.00 |
| POLONSKY, IAN S. | Associate - Intellectual Property, Corporate (called to the bar in 2014; less than 1 year in current position) | 445.00 | 5.00 | 2,225.00 |
| **TOTAL HOURS:** | | | **25,187.60** | |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **GRAND TOTAL:** | | | | **$13,537,582.00** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2014 through July 31, 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 358.50 | $229,969.00 |
| Claims Administration and Objections | 76.10 | 43,214.00 |
| Employee Matters | 163.70 | 97,250.50 |
| Plan of Reorganization and Disclosure Statement | 6.40 | 4,704.00 |
| Tax | 155.70 | 117,689.50 |
| Intellectual Property | 40.10 | 21,336.50 |
| Fee and Employment Applications | 732.00 | 323,463.50 |
| Litigation | 203.80 | 151,067.00 |
| General Corporate | 16.50 | 11,632.50 |
| Real Estate | 1.50 | 1,102.50 |
| Allocation/Claims Litigation | 23,433.30 | 12,536,153.00 |
| **TOTAL** | **25,187.60** | **$13,537,582.00** |

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2014 through July 31, 2014

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $2,728.54 |
| Travel – Transportation | | 105,346.11 |
| Travel – Lodging | | 150,745.79 |
| Travel – Meals | | 21,288.13 |
| Mailing and Shipping Charges | | 5,915.37 |
| Scanning Charges (at $0.10/page) | | 383.10 |
| Duplicating Charges (at $0.10/page) | | 21,702.60 |
| Color Duplicating Charges (at $0.65/page) | | 8,494.85 |
| Legal Research | Lexis | 4,121.24 |
| | Westlaw | 36,436.23 |
| | Pacer | 2,538.50 |
| Late Work – Meals | | 18,645.62 |
| Late Work – Transportation | | 59,487.15 |
| Conference Meals | | 31,275.23 |
| Other Charges | | 132,823.73 |
| Expert Expenses | | 7,418,272.85 |
| **Grand Total Expenses** | | **$8,020,205.04** |