IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 14282-14286 and 14298-14302** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 28, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
28th day of August, 2014

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 2005

A

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

           Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GILES, DANIEL                       GILES, DANIEL
     DANIEL GILES                        708 HAWTHORN RIDGE DRIVE
     708 HAWTHORN RIDGE DR               WHITSETT, NC 27377
     WHITSETT NC 27377-9317
```

Please note that your claim # 2741 in the above referenced case and in the amount of $96,400.69 allowed at $90,783.82 has been transferred **(unless previously expunged by court order)** to:

```
                                         HAIN CAPITAL HOLDINGS, LLC
                                         TRANSFEROR: GILES, DANIEL
                                         ATTN: AMANDA RAPOPORT
                                         301 ROUTE 17, 7TH FLOOR
                                         RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    DISTRICT OF DELAWARE
    824 NORTH MARKET STREET, 3RD FLOOR
    WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14298 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/28/2014                         David D. Bird, Clerk of Court

                                           /s/ Kimberly Murray
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 28, 2014.

# EXHIBIT B

```
TIME: 14:57:10                                      NORTEL NETWORKS INC.                                                      PAGE:   1
DATE: 08/28/14                                         CREDITOR LISTING

Name                                    Address
APTER, WILLIAM                          6908 ELECTRA DR RALEIGH NC 27607
CLINE, BARRY                            1117 GREENLEA DR. APEX NC 27523
GILES, DANIEL                           DANIEL GILES 708 HAWTHORN RIDGE DR WHITSETT NC 27377-9317
GILES, DANIEL                           708 HAWTHORN RIDGE DRIVE WHITSETT NC 27377
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: APTER, WILLIAM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: CLINE, BARRY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: GILES, DANIEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: HERZOG, JANET ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: LEE, CATHY L ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: MICHAELS, TESA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: O'KEEFE, CHRISTINE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: SURTI, BHAWNA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: UNGAR, JAMES ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC              TRANSFEROR: WEAVER, PHILIP A ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HERZOG, JANET                           2000 CASTLEBURG DRIVE APEX NC 27523
LEE, CATHY L                            2001 RED OAK LN CLAYTON NC 27520
MICHAELS, TESA                          2333 WELSH TAVERN WAY WAKE FOREST NC 27587
O'KEEFE, CHRISTINE                      311 MILTON ROAD NO. 71563 DURHAM NC 27722
SURTI, BHAWNA                           6658 LEWEY DRIVE CARY NC 27519
UNGAR, JAMES                            137 DEAN ROAD STOUGHTON MA 02072
WEAVER, PHILIP A                        3128 CARROLL CR PLANO TX 75023

Total Number of Records Printed            21
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006