IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>) Case No. 09-10138 (KG)<br>) Jointly Administered<br>)<br>) <u>Hearing Date</u>: TBD<br>) |

## NOTICE OF TWENTY-SECOND INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | May 1, 2014 through July 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary | £42,992.50 (US $71,384.75)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £52.04 (US $86.41)[3] |

This is (a)n: _X_ interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.66 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.66 as published by Bloomberg.com on the date of this application.

37091418

Summary of Fee Applications for Compensation Period:

| Date Filed<br>Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 06/27/2014<br>Docket No. 13905 | 05/01/2014 – 05/31/2014 | £24,358.50 | £29.40 | £19,486.80 | £29.40 | £4,871.70 |
| Date Filed: 07/24/2014<br>Docket No. 14080 | 06/01/2014 – 06/30/2014 | £11,927.00 | £5.64 | £9,541.60 | £5.64 | £2,385.40 |
| Date Filed: 08/28/2014<br>Docket No. 14325 | 07/01/2014 – 07/31/2014 | £6,707.00 | £17.00 | Pending Obj deadline 09/18/2014 £5,365.60 | Pending Obj deadline 09/18/2014 £17.00 | £1,341.40 |
| **TOTALS:** | | £42,992.50 | £52.04 | £34,394.00[4] | £52.04[5] | £8,598.50 |

Summary of any Objections to Fee Applications: None.

Dated:   August 29, 2014
         London, United Kingdom

*[signature]*

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

37091418