**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138-KG<br>(Jointly Administered)<br><br>**Related D.I. 14178** |

— and —

Court File No. 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED.

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), NNCC (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) (collectively, the "US Debtors").

## JOINDER OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, IN THE POST-TRIAL BRIEF OF THE US INTERESTS

The Bank of New York Mellon, as indenture trustee (in such capacity, "BNYM"), hereby submits this joinder (this "Joinder") and statement in support of the Post-Trial Brief of the US Interests (the "US Interests' Brief").

### BACKGROUND

1. BNYM serves as the indenture trustee under (a) that certain Indenture dated as of July 5, 2006 among Nortel Networks Limited ("NNL") as issuer, Nortel Networks Corporation ("NNC") and Nortel Networks Inc. ("NNI") as guarantors, and BNYM as indenture trustee and (b) that certain Indenture dated as of March 28, 2007 among NNC as issuer, NNL and NNI as guarantors, and BNYM as indenture trustee (as each indenture may have been amended, modified or supplemented). As of the commencement of these chapter 11 cases, the outstanding principal amount of the notes for which BNYM is the indenture trustee was approximately $4 billion.

### JOINDER

2. As stated in the US Interests' Brief, the question that these Courts must decide is the following: *What portion of the purchase price paid in the asset sales was due to the transfer or surrender of assets by each selling debtor?* BNYM respectfully submits that the evidence adduced during the lengthy allocation trial amply demonstrates that NNI was by far the most valuable Nortel entity and that NNI transferred or relinquished the most valuable assets in the asset sales. The future revenue and cash-flow opportunities that the purchasers obtained in those sales came predominantly from Nortel's United States assets.

3. The allocation positions advanced by each of the Canadian Monitor and Canadian debtors, the Canadian Creditors' Committee, the EMEA joint administrators and the

Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund are supported by neither the facts nor the law, and should be rejected for the reasons set forth in the US Interests' Brief.

4. Accordingly, BNYM respectfully requests that the Courts adopt the allocation position advanced by the US Interests.

| | |
|---|---|
| Dated: August 7, 2014<br>　　　Wilmington, Delaware | */s/ Christopher M. Winter*<br>Michael R. Lastowski (DE 3892)<br>Christopher M. Winter (DE 4163)<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: 302-657-4900<br>Email:  cmwinter@duanemorris.com;<br>mlastowski@duanemorris.com |
| | -and- |
| | VEDDER PRICE P.C.<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Telephone:  212-407-7700<br>Email:  mriela@vedderprice.com |
| | - and - |
| | McMILLAN LLP<br>Sheryl Seigel<br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto, Ontario<br>Canada M5J 2T3<br>Telephone:  416-865-7000<br>Email:  sheryl.seigel@mcmillan.ca |
| | *Attorneys for The Bank of New York Mellon, as Indenture Trustee* |