IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.s 14076, 14117**
:
------------------------------------------------------------X

## CERTIFICATION OF COUNSEL SUBMITTING ORDER ESTABLISHING DISCOVERY SCHEDULE AND OTHER PROCEDURES IN CONNECTION WITH THE U.S. DEBTORS' 9019 MOTION

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "U.S. Debtors"), hereby certify as follows regarding the proposed *Order Establishing Discovery Schedule and Other Procedures in Connection with the U.S. Debtors' 9019 Motion* (the "Proposed Discovery Schedule Order"), attached as **Exhibit A** hereto:

    1.  On July 24, 2014, the U.S. Debtors filed the *Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., The Supporting Bondholders, and The Bank of New York Mellon With*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Respect to the NNI Post-Petition Interest Dispute and Related Issues* [D.I. 14076] (the "Motion").[2]

2.    On July 30, 2014, the Monitor and Canadian Debtors filed the *Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery* [D.I. 14117] (the "Objection").

3.    On August 8, 2014, this Court held a status conference with respect to the Motion, the Objection and the discovery contemplated thereby and instructed the Debtors, the Supporting Bondholders, the Indenture Trustee, the Monitor and the Canadian Debtors (the "Discovery Parties") to establish a discovery schedule in connection with the Motion and the Objection.

4.    Thereafter, the Discovery Parties entered into discussions to set deadlines and procedures by which the Discovery Parties would conduct discovery in connection with the Motion and the Objection and have agreed to the schedule and procedures set forth in the proposed order attached hereto as **Exhibit A**.

[*Remainder of Page Intentionally Left Blank*]

---

[2]    Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Motion.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Discovery Schedule Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated:  August 29, 2014<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>   */s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |