# EXHIBIT B

## **SUPPORT AGREEMENT**

This Agreement (hereinafter the "Agreement") dated as of February 15, 1996 is entered into between Northern Telecom Inc. ("NTI"), a Delaware corporation, and Northern Telecom Capital Corporation (the "Company"), a Delaware corporation.

WHEREAS, the Company is a wholly-owned subsidiary of NTI and has no independent operations other than as acting as a finance company for its affiliates; and

WHEREAS, NTI and the Company desire to provide certain assurances with respect to performance of the Company's obligations in connection with the Company's offer of debt securities consisting of debentures, notes, bonds and/or other evidences of indebtedness (collectively, the "Debt Securities") to be issued under an Indenture dated as of February 15, 1996 among the Company, as issuer, Northern Telecom Limited, as issuer and guarantor, and The Bank of New York, as trustee, and warrants to purchase Debt Securities to be issued under one or more warrant agreements to be entered into between the Company and a bank or trust company, as warrant agent;

NOW THEREFORE, in consideration of the mutual promises herein contained, the parties hereto agree as follows:

1. <u>Ownership of the Company Stock</u>. At all times prior to the termination of this Agreement, NTI shall directly or indirectly own and hold, unencumbered, not less than two-thirds of the voting shares of the outstanding capital stock of the Company.

2. <u>Maintenance of Net Worth</u>. At all times prior to the termination of this Agreement, NTI shall cause the Company to have and to maintain a net worth of at least $1.00. For purposes hereof, "net worth" shall mean a sum equal to the Company's tangible net worth, as determined in accordance with generally accepted accounting principles.

3. <u>Not a Guarantee</u>. This Agreement does not constitute a guarantee by NTI of the payment of any indebtedness, obligation or other liability of any kind or character whatsoever incurred by the Company, nor shall any action taken by NTI or the Company pursuant to the terms of this Agreement be deemed to create or constitute a guarantee by NTI of the payment of any such indebtedness, obligation or other liability.

4. <u>Successors</u>. This Agreement will inure to the benefit of and be mutually binding upon the parties hereto and their respective successors and assigns.

5. <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of New York.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed and delivered by their respective duly authorized officers as of the date first written above.

NORTHERN TELECOM INC.

By: *[signature]*
Robert L. Robson
Vice-President, Finance


NORTHERN TELECOM CAPITAL CORPORATION

By: *[signature]*
Roger A. Schecter
Secretary

## NORTHERN TELECOM INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

The undersigned, being all of the Directors of Northern Telecom Inc., a Delaware corporation, acting in accordance with Section 141(f) of the General Corporation Law of Delaware, do hereby adopt the following resolutions:

**RESOLVED**, That the Corporation is hereby authorized to enter into one or more support agreement(s) with Northern Telecom Capital Corporation, for the purpose of maintaining the net worth of the Northern Telecom Capital Corporation, all upon such terms and conditions as may be approved by any one of the President or any Vice-President of the Corporation, acting singly, and in such form as may be approved by the Secretary of the Corporation or his designee;

**FURTHER RESOLVED,** That the Corporation is hereby authorized from time to time to make contributions to the capital of Northern Telecom Capital Corporation in such form and in such amounts as may be approved by any one of the President or any Vice-President of the Corporation, acting singly; and

**FURTHER RESOLVED,** That each of the officers of the Corporation, acting singly, is hereby authorized to take all actions and to execute or cause to be executed by one or more employees of the Corporation to whom the President of the Corporation has delegated appropriate signing authority or one or more employees of the Corporation or Northern Telecom Limited to whom an officer of the Corporation has granted an appropriate power of attorney, all such agreements, instruments and documents as such officer may consider necessary or desirable in order to effect the foregoing resolutions, that the taking of any such action and the execution of any such agreement, instrument and document by any of the persons described in the foregoing resolutions shall conclusively evidence the making of any determinations and the granting of any approvals required under such resolutions and that all actions taken or caused to be taken by any officer of the Corporation prior to the date hereof in order to effect the matters described in the foregoing resolutions are hereby ratified and approved.

EXECUTED as of the 15th day of February, 1996.

_____
**Peter W. Currie**

_____
**Gary R. Donahee**

_____
**Donald J. Schuenke**

## NORTHERN TELECOM INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

The undersigned, being all of the Directors of Northern Telecom Inc., a Delaware corporation, acting in accordance with Section 141(f) of the General Corporation Law of Delaware, do hereby adopt the following resolutions:

**RESOLVED**, That the Corporation is hereby authorized to enter into one or more support agreement(s) with Northern Telecom Capital Corporation, for the purpose of maintaining the net worth of the Northern Telecom Capital Corporation, all upon such terms and conditions as may be approved by any one of the President or any Vice-President of the Corporation, acting singly, and in such form as may be approved by the Secretary of the Corporation or his designee;

**FURTHER RESOLVED**, That the Corporation is hereby authorized from time to time to make contributions to the capital of Northern Telecom Capital Corporation in such form and in such amounts as may be approved by any one of the President or any Vice-President of the Corporation, acting singly; and

**FURTHER RESOLVED**, That each of the officers of the Corporation, acting singly, is hereby authorized to take all actions and to execute or cause to be executed by one or more employees of the Corporation to whom the President of the Corporation has delegated appropriate signing authority or one or more employees of the Corporation or Northern Telecom Limited to whom an officer of the Corporation has granted an appropriate power of attorney, all such agreements, instruments and documents as such officer may consider necessary or desirable in order to effect the foregoing resolutions, that the taking of any such action and the execution of any such agreement, instrument and document by any of the persons described in the foregoing resolutions shall conclusively evidence the making of any determinations and the granting of any approvals required under such resolutions and that all actions taken or caused to be taken by any officer of the Corporation prior to the date hereof in order to effect the matters described in the foregoing resolutions are hereby ratified and approved.

EXECUTED as of the 15th day of February, 1996.

_____
Peter W. Currie

_____
Gary R. Donahee

_____
Donald J. Schuenke

## NORTHERN TELECOM INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

The undersigned, being all of the Directors of Northern Telecom Inc., a Delaware corporation, acting in accordance with Section 141(f) of the General Corporation Law of Delaware, do hereby adopt the following resolutions:

**RESOLVED**, That the Corporation is hereby authorized to enter into one or more support agreement(s) with Northern Telecom Capital Corporation, for the purpose of maintaining the net worth of the Northern Telecom Capital Corporation, all upon such terms and conditions as may be approved by any one of the President or any Vice-President of the Corporation, acting singly, and in such form as may be approved by the Secretary of the Corporation or his designee;

**FURTHER RESOLVED,** That the Corporation is hereby authorized from time to time to make contributions to the capital of Northern Telecom Capital Corporation in such form and in such amounts as may be approved by any one of the President or any Vice-President of the Corporation, acting singly; and

**FURTHER RESOLVED,** That each of the officers of the Corporation, acting singly, is hereby authorized to take all actions and to execute or cause to be executed by one or more employees of the Corporation to whom the President of the Corporation has delegated appropriate signing authority or one or more employees of the Corporation or Northern Telecom Limited to whom an officer of the Corporation has granted an appropriate power of attorney, all such agreements, instruments and documents as such officer may consider necessary or desirable in order to effect the foregoing resolutions, that the taking of any such action and the execution of any such agreement, instrument and document by any of the persons described in the foregoing resolutions shall conclusively evidence the making of any determinations and the granting of any approvals required under such resolutions and that all actions taken or caused to be taken by any officer of the Corporation prior to the date hereof in order to effect the matters described in the foregoing resolutions are hereby ratified and approved.

EXECUTED as of the 15th day of February, 1996.

---
**Peter W. Currie**

---
**Gary R. Donahee**

*Donald Schuenke* (signature)

---
**Donald J. Schuenke**