Re: Tomma C. Chappell

To: Epiq Bankrupcy Solutions

Please withdraw these four claims.

Claim # 2625
Claim # 3763
Claim # 1870
Claim # 1580

\* ~~Keep~~ Claim # 4814


FILED / RECEIVED
AUG 26 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

Thank You,
Tomma C. Chappell
*Tomma C. Chappell*

(Nortel Networks Inc.)