IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :  Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :  Case No. 09-10138 (KG)
                                                            :
                      Debtors.                              :  Jointly Administered
                                                            :
                                                            :
                                                            :  Re: D.I. 14339
                                                            :
------------------------------------------------------------X

## ORDER ESTABLISHING DISCOVERY
## SCHEDULE AND OTHER PROCEDURES IN CONNECTION
## WITH THE U.S. DEBTORS' 9019 MOTION

Upon the record of the hearing held August 8, 2014 to consider the *Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery* [D.I. 14117]; and upon consideration of the Certification of Counsel Submitting Order Establishing Discovery Schedule and Other Procedures in Connection with the U.S. Debtors' 9019 Motion (the "Certification"); and the U.S. Debtors,[2] the Ad Hoc Group of Bondholders, and the Indenture Trustee (the "Settling Parties"), on the one hand, and the Monitor and Canadian Debtors (the "Objecting Parties"), on the other hand, having reached agreement on a discovery schedule in connection with the *Debtors' Motion for Entry of an Order Pursuant to*

---

[1]   The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Certification.

*Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., The Supporting Bondholders, and The Bank of New York Mellon With Respect to the NNI Post-Petition Interest Dispute and Related Issues* [D.I. 14076] (the "Motion") as set forth herein; and the Court having determined that good and sufficient cause exists for the relief requested in the Certification and set forth in this Order; and it appearing that the deadlines and procedures set forth herein are reasonable and appropriate in light of the circumstances of the Debtors' cases and the factual context of the Motion; and it appearing that no other or further notice is necessary;

**IT IS HEREBY ORDERED THAT:**

1. Except as otherwise ordered by the Court, this Order shall control any and all discovery by the Settling Parties and Objecting Parties, along with any other party-in-interest in connection with the Motion (collectively, the "Discovery Parties"). This Order shall not affect the rights of any party to seek discovery in connection with any other matter or proceeding.

2. By Tuesday September 2, 2014 at 5:00 p.m. (prevailing Eastern time), each Settling Party shall serve the Objecting Parties with (1) all documents that they reasonably believe are necessary to establish and/or support their affirmative case in connection with the Motion and (2) a list of witnesses the Settling Parties intend to call in support of their affirmative case in connection with the Motion.

3. All depositions of witnesses identified by the Settling Parties pursuant to Paragraph 2 herein shall be scheduled by the Discovery Parties at mutually agreed-upon dates and times, to be conducted beginning Monday September 15, 2014 and concluding Thursday September 18, 2014.

4. By Monday, September 22, 2014 at 5:00 p.m. (prevailing Eastern time), the Objecting Parties shall serve the Settling Parties with a request, if any, for targeted additional documents based on the documents produced by the Settling Parties pursuant to Paragraph 2 herein. The Discovery Parties shall meet and confer promptly after any such request by the Objecting Parties to discuss the production of such additional documents and/or any objections thereto.

5. By Monday September 29, 2014 at 5:00 p.m. (prevailing Eastern time), the Settling Parties shall produce any documents requested by the Objecting Parties pursuant to Paragraph 4 herein that have been agreed upon by the Discovery Parties or ordered for production by the Court.

6. By Friday October 3, 2014 at 5:00 p.m. (prevailing Eastern time), the Objecting Parties shall file their supplemental objection, if any, to the Motion (the "Objection") and serve the Settling Parties with (1) all documents that they reasonably believe are necessary to support the Objection and (2) a list of witnesses they intend to call in support of the Objection.

7. By Friday October 10, 2014 at 5:00 p.m. (prevailing Eastern time), the Settling Parties shall serve the Objecting Parties with a request, if any, for targeted additional documents based on the documents produced by the Objecting Parties pursuant to Paragraph 6 herein. The Discovery Parties shall meet and confer promptly after any such request by the Settling Parties to discuss the production of such additional documents and/or any objections thereto.

8. By Friday October 17, 2014 at 5:00 p.m. (prevailing Eastern time), the Objecting Parties shall produce any documents requested by the Settling Parties pursuant to Paragraph 7 herein that have been agreed upon by the Discovery Parties or ordered for production by the Court.

9. All depositions of witnesses identified by the Objecting Parties pursuant to Paragraph 6 herein shall be scheduled by the Discovery Parties at mutually agreed-upon dates and times, to be conducted beginning Wednesday October 22, 2014 and concluding Thursday October 23, 2014.

10. Any additional discovery ordered by the Court shall be completed according to the applicable schedule(s) set by the Court or agreed upon by the Discovery Parties.

11. By Thursday October 30, 2014 at 4:00 p.m. (prevailing Eastern time), the Settling Parties shall file their reply to the Objection.

12. The hearing to consider the Motion shall take place on Tuesday November 4, 2014, *beginning at 10:00 A.M. (EST)*.

13. The deadlines contained in this Order may be extended by agreement of the parties or by the Court for good cause shown.

14. The U.S. Debtors shall serve this Order on all parties on (i) the Core Parties, (ii) the U.S. Trustee, and (iii) the general service list established in these proceedings. The Debtors shall also post a copy of this Order on the Debtors' restructuring website, http://dm.epiq11.com/NNI. Such notice constitutes good and adequate notice, and no other or further notice shall be required.

*[Remainder of page intentionally left blank.]*

15. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: September 2, 2014
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE