IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,                                :   Case No. 09-10138 (KG)
                                                               :
                              Debtors.                         :   Jointly Administered
                                                               :
                                                               :
---------------------------------------------------------------X

- and the -

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, C. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

### POST-TRIAL REPLY BRIEF OF THE *AD HOC* GROUP OF BONDHOLDERS

---

**CONFIDENTIAL / FILED UNDER SEAL**
FILED UNDER SEAL PURSUANT TO THE
ORDER PROVIDING DIRECTIONS AND ESTABLISHING PROCEDURES FOR
SEALING TRIAL EXHIBITS, REDACTING PRETRIAL SUBMISSIONS, AND
PROTECTING CONFIDENTIAL INFORMATION FROM PUBLIC DISCLOSURE
DURING THE TRIAL [D.I. 13554], AND THE SUPPLEMENTARY ORDER
PROVIDING DIRECTIONS AND ESTABLISHING PROCEDURES FOR SEALING
TRIAL EXHIBITS, REDACTING PRETRIAL SUBMISSIONS, AND PROTECTING
CONFIDENTIAL INFORMATION FROM PUBLIC DISCLOSURE DURING THE
TRIAL [D.I. 13729]

---

DOCS_DE:195251.1 61026/001

Dated: September 10, 2014

    **PACHULSKI STANG ZIEHL & JONES LLP**

    */s/ Peter J. Keane*
    Laura Davis Jones (No. 2436)
    Peter J. Keane (No. 5503)
    919 N. Market Street, 17th Floor
    PO Box 8705
    Wilmington, Delaware 19899-8705 (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

    -and-

    **MILBANK, TWEED, HADLEY & M$^{\text{C}}$CLOY LLP**
    Dennis F. Dunne
    Albert A. Pisa
    Andrew M. Leblanc
    Atara Miller
    1 Chase Manhattan Plaza
    New York, New York 10005-1413
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219

    -and-

    Thomas R. Kreller
    601 S. Figueroa Street, 30th Floor
    Los Angeles, California 90017
    Telephone: (213) 892-4463
    Facsimile: (213) 629-5063

    -and-

    **BENNETT JONES LLP**
    Richard B. Swan
    Gavin H. Finlayson
    3400 One First Canadian Place, P.O. Box 130
    Toronto, Ontario, M5X 1A4
    Telephone: (416) 777-5762
    Facsimile: (416) 863-1716

    ***Attorneys for Ad Hoc Group of Bondholders***