Court File No. 09-CL-7950

ONTARIO

SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

— and —

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------------- x
In re:                                                              :  Chapter 11

Nortel Networks, Inc., et al.                                       :  Case No. 09-10138 (KG)

                                    Debtors.                        :  (Jointly Administered)

-------------------------------------------------------------------- x

**POST-TRIAL RESPONSE BRIEF OF WILMINGTON TRUST,
NATIONAL ASSOCIATION, AS SUCCESSOR INDENTURE TRUSTEE**

*<u>CONFIDENTIAL FILED UNDER SEAL</u> – FILED UNDER SEAL PURSUANT TO THE ORDER PROVIDING DIRECTIONS AND ESTABLISHING PROCEDURES FOR SEALING TRIAL EXHIBITS, REDACTING PRETRIAL SUBMISSIONS, AND PROTECTING CONFIDENTIAL INFORMATION FROM PUBLIC DISCLOSURE DURING THE TRIAL [D.I. 13554]*

| | |
|---|---|
| **COUSINS CHIPMAN & BROWN, LLP** | **KATTEN MUCHIN ROSENMAN LLP** |
| Scott D. Cousins (No. 3079) | Craig A. Barbarosh |
| Mark D. Olivere (No. 4291) | David A. Crichlow |
| Ann M. Kashishian (No. 5622) | Karen B. Dine |
| 1007 North Orange Street, Suite 1110 | 575 Madison Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022-2585 |
| Telephone:   (302) 295-0191 | Telephone:   (212) 940-8800 |
| Facsimile:   (302) 295-0199 | Facsmile:   (212) 940-8776 |
| Email: cousins@ccbllp.com | Email: craig.barbarosh@kattenlaw.com |
|            olivere@ccbllp.com |            david.crichlow@kattenlaw.com |
|            kashishian@ccbllp.com |            karen.dine@kattenlaw.com |

**DENTONS CANADA LLP**
Kenneth Kraft
John Salmas
77 King Street West, Suite 400
Toronto, Ontario M5K 0A1
Canada
Telephone:   (416) 863-4511
Facsimile:   (416) 863-4592
Email: kenneth.kraft@dentons.com
           john.salmas@dentons.com

*Attorneys for Wilmington Trust, National Association, solely in its capacity as Successor Indenture Trustee and not in its individual capacity*

Dated: September 10, 2014
           Wilmington, Delaware