**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

- and -

Court File No.: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(Commercial List)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION and NORTEL NETWORKS
TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**JOINT ADMINISTRATORS' POST-HEARING REPLY SUBMISSION REGARDING**
**ALLOCATION OF THE PROCEEDS OF THE NORTEL ASSET SALES**

**CONFIDENTIAL**
**FILED UNDER SEAL PURSUANT TO DOCKET NUMBERS 13554 AND 13729**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Jaime Luton Chapman (No. 4936)

Tel.:   302-571-6600
Fax:   302-571-1253

HUGHES HUBBARD & REED LLP

One Battery Park Plaza
New York, New York 10004

William R. Maguire (admitted *pro hac vice*)
Derek J.T. Adler (admitted *pro hac vice*)
Neil J. Oxford (admitted *pro hac vice*)

Tel.:   212-837-6000
Fax:   212-422-4726

LAX O'SULLIVAN SCOTT LISUS LLP

Suite 2750
145 King Street West
Toronto, ON M5H 1J8

Matthew P. Gottlieb (LSUC#: 32268B)
mgottlieb@counsel-toronto.com

Tel.:   416-598-1744
Fax:   416-598-3730

DAVIES WARD PHILLIPS & VINEBERG LLP

155 Wellington Street West
Toronto, Ontario M5V 3J7

James W.E. Doris (LSUC#:  33236P)
jdoris@dwpv.com
Matthew Milne-Smith (LSUC#: 44266P)
mmilne-smith@dwpv.com

Tel.:   416-863-0900
Fax:   416-863-0871

*Counsel for the Joint Administrators*