# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                       Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Re:  D.I. 14382 & 14383** |

— and —

Court File No. 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED.

**JOINDER OF LAW DEBENTURE TRUST COMPANY
OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC
NOTES, IN (1) THE POST-TRIAL REPLY BRIEF OF THE US INTERESTS AND
(2) POST-TRIAL REPLY BRIEF OF THE *AD HOC* GROUP OF BONDHOLDERS**

**CONFIDENTIAL FILED UNDER SEAL –
FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDERS
AT D.I. 10805, 13729 & 13554**

7272947/

| | |
|---|---|
| Dated: September 10, 2014 | **MORRIS JAMES LLP** |

/s/ Stephen M. Miller
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
          bguiney@pbwt.com

- and -

Edmond F.B. Lamek
BORDEN LADNER GERVAIS LLP
Scotia Plaza
40 King St W, Toronto, ON M5H 3Y4
Telephone: (416) 367-6311
Facsimile: (416) 361-2436
Email: elamek@blg.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*