**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138-KG<br>(Jointly Administered)<br><br>Related Docket Nos. 13554, 14382 and 14383 |

**JOINDER OF THE BANK OF NEW YORK MELLON,
AS INDENTURE TRUSTEE, IN THE POST-TRIAL REPLY BRIEFS OF
THE US INTERESTS AND THE *AD HOC* GROUP OF BONDHOLDERS --
<u>CONFIDENTIAL AND FILED UNDER SEAL</u>**

**FILED UNDER SEAL PURSUANT TO THE ORDER
ENTERING PROTECTIVE ORDER [DOCKET NO. 13554]**

**DUANE MORRIS LLP**
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: 302-657-4900
Email: cmwinter@duanemorris.com;
mlastowski@duanemorris.com

**VEDDER PRICE P.C.**
Michael J. Riela
1633 Broadway, 47th Floor
New York, NY 10019
Telephone: 212-407-7700
Email: mriela@vedderprice.com

**McMILLAN LLP**
Sheryl Seigel
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario
Canada M5J 2T3
Telephone: 416-865-7000
Email: sheryl.seigel@mcmillan.ca

*Attorneys for The Bank of New York Mellon, as Indenture Trustee*

Dated: September 10, 2014
       Wilmington, Delaware

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), NNCC (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) (collectively, the "<u>US Debtors</u>").