IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.,* | (Jointly Administered) |
| Debtors. | . |

**NOTICE OF TEMPORARY FILING UNDER SEAL OF THE ALLOCATION TRIAL REPLY CLOSING SUBMISSIONS OF THE CANADIAN CREDITORS COMMITTEE**

   **PLEASE TAKE NOTICE** that the Canadian Creditors Committee ("CCC"), by its undersigned counsel, today filed temporarily under seal in the above-captioned cases and caused to be delivered to the Chambers of the Honorable Kevin Gross true and correct copies of the CCC's: (i) Reply Closing Brief; and (ii) Book of Authorities cited in the Reply Closing Brief (collectively, the "CCC Allocation Trial Reply Closing Submissions").

   **PLEASE TAKE FURTHER NOTICE** that the CCC Allocation Trial Reply Closing Trial Submissions were filed temporarily under seal, without prejudice, subject to further instructions from the Courts, pursuant to the Orders Entering Protective Order [D.I. 13554 and 13729].

Dated:  September 10, 2014
   Wilmington, Delaware

                **DLA PIPER, LLP (US)**
                 /s/  Selinda A. Melnik
                Selinda A. Melnik (No. 4032)
                1201 North Market Street, Suite 2100
                Wilmington, DE 19801
                Tel: +1.302.468.5650
                Email: selinda.melnik@dlapiper.com
                *Counsel for the Canadian Creditors Committee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**ALLOCATION TRIAL REPLY CLOSING SUBMISSIONS
OF THE CANADIAN CREDITORS COMMITTEE**

---

**CONFIDENTIAL – TEMPORARILY FILED UNDER SEAL
WITHOUT PREJUDICE PENDING FURTHER ORDER OF THE COURT
PURSUANT TO THE ORDERS ENTERING PROTECTIVE ORDER
[Docket Items 13354 and 13729]**

---

Dated:  September 10, 2014
　　　　　Wilmington, DE

　　　　　　　　　　　　　　　　DLA PIPER LLP (US)

　　　　　　　　　　　　　　　　Selinda A. Melnik (DE 4032)
　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2100
　　　　　　　　　　　　　　　　Wilmington Delaware 19801
　　　　　　　　　　　　　　　　Telephone: (302) 468-5650
　　　　　　　　　　　　　　　　E-mail:  selinda.melnik@dlapiper.com

　　　　　　　　　　　　　　　　　- and –

　　　　　　　　　　　　　　　　Richard Hans  (admitted *pro hac vice)*
　　　　　　　　　　　　　　　　Timothy Hoeffner (admitted *pro hac vice)*
　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, NY 10020-1104
　　　　　　　　　　　　　　　　Telephone:  (212) 335-4500
　　　　　　　　　　　　　　　　E-mail:  richard.hans@dlapiper.com
　　　　　　　　　　　　　　　　E-mail:  timothy.hoeffner@dlapiper.com