**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**ALLOCATION POST-TRIAL REPLY BRIEF OF NORTEL NETWORKS UK PENSION TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION FUND**

**\*\*\*CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO DOCKET NUMBERS DOCKET NUMBERS 13554 AND 13729\*\*\***

BAYARD, P.A.
Charlene D. Davis (No. 2336)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email:  cdavis@bayardlaw.com
　　　　 jalberto@bayardlaw.com

THORNTON GROUT FINNIGAN LLP
Barristers and Solicitors
Michael E. Barrack
John Finnigan
D. J. Miller
Andrea McEwan
Michael Shakra
100 Wellington Street West, Suite 3200
Toronto, Ontario, M5K 1K7
Telephone: (416) 304-1616
Facsimile: (416) 304-1313

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Eugene L. Chang
Sameer Advani
Heather M. Schneider
Robert Kofsky
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Dated:  September 10, 2014
　　　　  Wilmington, Delaware

*Counsel for Nortel Networks UK*
*Pension Trust Limited and the*
*Board of the Pension Protection Fund*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02571250v1}