### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 14248** |
| | ) |

## CERTIFICATION OF NO OBJECTION REGARDING REQUEST OF JEFFERIES LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM [DOCKET NO. 14248]

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the **Request of Jefferies LLC for Allowance and Payment of Administrative Expense Claim** [Docket No. 14248] (the "Request"), filed on August 22, 2014 with the United States Bankruptcy Court for the District of Delaware (the "Court"). The undersigned further certifies that no answer, objection or other responsive pleading to the Request has appeared on the Court's docket in these cases. Pursuant to the **Notice of Hearing** filed contemporaneously with the Request, any objection or response to the Request was to be filed and served no later than September 8, 2014 at 4:00 p.m.

It is hereby respectfully requested that the proposed order granting the relief requested in the Request, substantially in the form attached to the Request and hereto as <u>Exhibit A</u> be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

Dated: September 10, 2014
      Wilmington, Delaware

                      */s/ Amanda R. Steele*
                      Mark D. Collins (No. 2981)
                      Christopher M. Samis (No. 4909)
                      Amanda R. Steele (No 5530)
                      RICHARDS, LAYTON & FINGER, P.A.
                      One Rodney Square
                      920 North King Street
                      Wilmington, Delaware  19801
                      Telephone:  (302) 651-7700
                      Facsimile:  (302) 651-7701

                      -and-

                      Fred S. Hodara, Esq. (pro hac vice)
                      David H. Botter, Esq. (pro hac vice)
                      Akin Gump Strauss Hauer & Feld LLP
                      One Bryant Park
                      New York, New York 10036
                      Telephone:  (212) 872-1000
                      Facsimile:  (212) 872-1002

                      Counsel to the Official Committee of Unsecured
                      Creditors of Nortel Networks Inc., et al.

RLF1 10798186V.1

# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 14248** |

**ORDER GRANTING REQUEST OF JEFFERIES LLC FOR
<u>ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM</u>**

Upon the request (the "<u>Request</u>") of Jefferies LLC ("<u>Jefferies</u>") for allowance and payment of an administrative expense claim against the Debtors; and it appearing that notice of the Request was adequate and proper and that no other or further notice need be given; and after due deliberation and good and sufficient cause appearing therefor; it is hereby

ORDERED the Request is granted; and it is further

ORDERED that Jefferies is hereby allowed an administrative expense claim in the amount of $51,798.50 plus $2,498.50 for the preparation and prosecution of the Request (the "<u>Claim</u>"), which Claim shall be entitled to administrative expense priority pursuant to sections 330(a), 503(b), and 507(a)(2) of the Bankruptcy Code; and it is further

ORDERED that the Debtor shall pay the Claim upon entry of this Order; and it is further

ORDERED that this Order is without prejudice to the right of Jefferies to assert additional claims or to seek additional remedies against the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September ___, 2014
      Wilmington, Delaware               _____
                                        The Honorable Kevin Gross
                                        United States Bankruptcy Judge