**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. : **Related Docket No. 13646**
------------------------------------------------------------x

# ORDER APPROVING TWENTY-SEVENTH MONTHLY AND FINAL FEE APPLICATION OF McCARTER & ENGLISH, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE TWENTY-SEVENTH MONTHLY FEE PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013 AND FOR THE FINAL FEE PERIOD FROM AUGUST 26, 2011 THROUGH NOVEMBER 30, 2013

Upon the Twenty-Seventh Monthly and Final Fee Application (the "Application");[2] of McCarter & English LLP (the "McCarter & English") as Counsel for the Official Committee of Retired Employees, for Allowance of Compensation and For Allowance of Compensation and Reimbursement of Expenses for the Twenty-Seventh Monthly Fee Period From November 1, 2013 through November 30, 2013 (the "Twenty-Seventh Monthly Fee Period"); and for Final Allowance of Compensation and for Reimbursement of Expenses Incurred for Final Fee Period From August 26, 2011 Through November 30, 2013 (the "Final Fee Period"); and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not defined herein are defined in the Application.

ME1 18757366v.1

2. McCarter & English is allowed an interim allowance of compensation for reasonable, actual and necessary services rendered during the Twenty-Seventh Monthly Fee Period in the amounts of $2,653.00 for fees, and $30.00 for expenses.

3. McCarter & English is allowed final compensation for reasonable, actual and necessary services rendered during the Final Fee Period in the amount of $2,284,960.60 for fees, and $66,078.86 for expenses.

4. The Debtors are authorized and directed to pay McCarter & English the amount of $2,284,960.60 for fees, and $66,078.86 for expenses, in the aggregate of $2,351,039.46 including the Twenty-Seventh Monthly, as reflected on **Exhibit A** annexed hereto, less any amounts previously paid to the McCarter & English by the Debtors.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: _____, 2014
      Wilmington, DE

                                            The Honorable Kevin Gross
                                            United States Bankruptcy Judge

## EXHIBIT A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| **Applicant** | **Interim Period** | **Total Fees Requested for the 27th Monthly Period** | **Total Expenses Requested for the Interim Period (100%)** | **Total Amount Requested for the Interim Period (Fees and Expenses)** | **Total Amount Disallowed for the Interim Period** | **Total Amount Authorized for the Interim Period** | **Total Amount Requested in Case (Fees and Expenses) thru the Interim Period** | **Total Amount Authorized Per Court Order to Date (Fees and Expenses)** |
| McCarter English, LLP | 11/1/2013 through 11/30/2013 | $2,653.00 | $30.00 | $2,683.00 | $0.00 | $2,683.00 | $2,351,039.46 | $2,351,039.46 |

ME1 18757366v.1