## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X     Chapter 11
:
*In re*     :     Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]     :     Jointly Administered
:
Debtors.     :
:
:
------------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON SEPTEMBER 15, 2014 AT 10:00 A.M. (EASTERN TIME)

---
### THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT
---

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### ADJOURNED MATTERS

1.     Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for ASM Capital regarding Claim No. 7819 to November 25, 2014 at 4:00 p.m. (ET).  Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to November 5, 2014 at 4:00 p.m. (ET).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     **Amended items appear in bold.**

Remaining Responses Received:

(a)     Informal Response of ASM Capital Regarding Claim No. 7819; and

(b)     Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)     Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b)     First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c)     Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d)     Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12); and

(e)     Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for December 16, 2014 at 10:00 a.m. (ET). The hearing on the Objection with respect to response (b) has been adjourned to the hearing scheduled for November 19, 2014 at 11:00 a.m. (ET).

2.     Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders,

and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14076, Filed 7/24/14).

Objection Deadline:  August 11, 2014 at 4:00 p.m. (ET).  Extended to October 3, 2014 at 5:00 p.m. (ET) for the Monitor and the Canadian Debtors.

Responses Received:

(a)     Preliminary Objection and Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery (D.I. 14117, Filed 7/30/14);

(b)     Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105(a), Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice for Preliminary Objection and Motion of the Monitor and the Canadian Debtors for Entry of an Order Adjourning the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and Expediting Discovery (D.I. 14118, Filed 7/30/14);

(c)     Statement of the Official Committee of Unsecured Creditors of Nortel Networks, Inc. et al. in Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14189, Filed 8/8/14); and

(d)     Statement of Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc. with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14340, Filed 8/29/14).

Related Pleading:

(a)     Notice of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues (D.I. 14082, Filed 7/24/14).

(b)     Certification of Counsel Submitting Order Establishing Discovery Schedule and Other Procedures in Connection with the U.S. Debtors' 9019 Motion (D.I. 14339, Filed 8/29/14); and

(c)     Order Establishing Discovery Schedule and Other Procedures in Connection with the U.S. Debtors' 9019 Motion (D.I. 14345, Entered 9/2/14).

Status: The hearing on this matter has been adjourned to the hearing scheduled for November 4, 2014 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

3.      Request of Jefferies LLC for Allowance and Payment of Administrative Expense Claim (D.I. 14248, Filed 8/22/14).

        Objection Deadline:  September 8, 2014 at 4:00 p.m. (ET).

        Responses Received:   None.

        Related Pleadings:

        (a)     Certification of No Objection Regarding Request of Jefferies LLC for Allowance and Payment of Administrative Expense Claim [Docket No. 14248] (D.I. 14393, Filed 9/10/14); and

        (b)     Proposed Form of Order.

        Status: **The Court has indicated that an order will be entered regarding this matter.**

**FEE APPLICATIONS**

4.      Quarterly fee applications.

        Responses Received:  None.

        Related Pleadings:  See attached "Exhibit A".

        (a)     **Certification of Counsel Regarding the (A) Twenty-First Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses and (B) Order Approving Twenty-Seventh Monthly and Final Fee Application of McCarter & English, LLP for Allowance of Compensation and Reimbursement of Expenses for the Twenty-Seventh Monthly Fee Period from November 1, 2013  Through November 30, 2013 and for the Final Fee Period from August 26, 2011 Through November 30, 2013 (D.I. 14401, Filed 9/11/14).**

        Status: **A COC has been filed and no hearing is necessary.**

Dated: September 11, 2014          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                     James L. Bromley (admitted *pro hac vice*)
                                   Lisa M. Schweitzer (admitted *pro hac vice*)
                                   One Liberty Plaza
                                   New York, New York 10006
                                   Telephone:  (212) 225-2000

4

Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*