**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period**
**From February 1, 2014 through April 30, 2014, unless otherwise specified**

**Hearing: September 15, 2014 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Notice Of Twenty-First Interim Fee Application Request (D.I. 13706, Filed 5/29/14).

      1.    Sixty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2014 Through February 28, 2014 (D.I. 13367, Filed 4/21/14);

      2.    Certification Of No Objection Regarding Sixty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2014 Through February 28, 2014 [Docket No. 13367] (No Order Required) (D.I. 13595, Filed 5/16/14);

      3.    Sixty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2014 Through March 31, 2014 (D.I. 13635, Filed 5/23/14);

      4.    Certification Of No Objection Regarding Sixty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2014 Through March 31, 2014 [Docket No. 13635] (No Order Required) (D.I. 13857, Filed 6/16/14);

      5.    Sixty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2014 Through April 30, 2014 (D.I. 13705, Filed 5/29/14);

      6.    Certification Of No Objection Regarding Sixty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of

Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2014 Through April 30, 2014 [Docket No. 13705] (No Order Required) (D.I. 13889, Filed 6/23/14); and

7.     Fee Examiner's Final Report Regarding Twenty-First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP (D.I. 14364, Filed 9/4/14).

Ashurst LLP

B.     Notice Of Twenty-First Interim Fee Application Request (D.I. 13634, Filed 5/23/14).

1.     Sixty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2014 Through February 28, 2014 (D.I. 13253, Filed 3/31/14);

2.     Certification Of No Objection Regarding Sixty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2014 Through February 28, 2014  [Docket No. 13253] (No Order Required) (D.I. 13395, Filed 4/23/14);

3.     Sixty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2014 Through March 31, 2014 (D.I. 13352, Filed 4/16/14);

4.     Certification Of No Objection Regarding Sixty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2014 Through March 31, 2014 [Docket No. 13352] (No Order Required) (D.I. 13545, Filed 5/9/14);

5.     Sixty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2014 Through April 30, 2014 (D.I. 13628, Filed 5/22/14);

6.     Certification Of No Objection Regarding Sixty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2014 Through April 30, 2014 [Docket No. 13628] (No Order Required) (D.I. 13856, Filed 6/16/14); and

7.    Fee Examiner's Final Report Regarding Twenty-First Interim Fee Application of Ashurst LLP (D.I. 14204, Filed 8/13/14).

<u>Capstone Advisory Group, LLC</u>

C.    Notice Of Twenty-First Interim Fee Application Request (D.I. 13743, Filed 5/30/14).

1.    Sixty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2014 Through February 28, 2014 (D.I. 13310, Filed 4/9/14);

2.    Certification Of No Objection Regarding Sixty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2014 Through February 28, 2014 [Docket No. 13310] (No Order Required) (D.I. 13459, Filed 5/2/14);

3.    Sixty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2014 Through March 31, 2014 (D.I. 13615, Filed 5/21/14);

4.    Certification of No Objection Regarding Sixty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2014 Through March 31, 2014 [Docket No. 13615] (No Order Required) (D.I. 13822, Filed 6/12/14);

5.    Sixty-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2014 Through April 30, 2014 (D.I. 13709, Filed 5/29/14);

6.    Certification of No Objection Regarding Sixty-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2014 Through April 30, 2014 [Docket No. 13709] (No Order Required) (D.I. 13891, Filed 6/23/14); and

7.    Fee Examiner's Final Report Regarding Twenty-First Interim Fee Application of Capstone Advisory Group, LLC (D.I. 14207, Filed 8/13/14).

Cassels Brock & Blackwell LLP

D.    Notice Of First Interim Fee Application Request (D.I. 13745, Filed 5/30/14).

1.    First Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 4 To March 31, 2014 (D.I. 13708, Filed 5/29/14);

2.    Certification of No Objection Regarding First Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 4, 2014 To March 31, 2014 [Docket No. 13708] (No Order Required) (D.I. 13890, Filed 6/23/14);

3.    Second Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1 To April 30, 2014 (D.I. 13742, Filed 5/30/14);

4.    Certification Of No Objection Regarding Second Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2014 Through April 30, 2014 [Docket No. 13742] (No Order Required) (D.I. 13895, Filed 6/24/14); and

5.    Fee Examiner's Final Report Regarding Notice Of First Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 14216, Filed 8/14/14).

Chilmark Partners LLC

E.    Seventeenth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period February 1, 2014 Through April 30, 2014 (D.I. 13675, Filed 5/28/14).

1.    Forty-Eighth  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2014 Through February 28, 2014 (D.I. 13432, Filed 4/30/14);

2.  Certificate of No Objection Regarding Forty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2014 Through February 28, 2014 (D.I. 13626, Filed 5/22/14);

3.  Forty-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2014 Through March 31, 2014 (D.I. 13629, Filed 5/22/14);

4.  Certificate of No Objection Regarding Forty-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2014 Through March 31, 2014 (D.I. 13824, Filed 6/13/14);

5.  Fiftieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2014 Through April 30, 2014 (D.I. 13674, Filed 5/28/14);

6.  Certificate of No Objection Regarding Fiftieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2014 Through April 30, 2014 (D.I. 13882, Filed 6/19/14); and

7.  Fee Examiner's Final Report Regarding Seventeenth Quarterly Fee Application of Chilmark Partners, LLC (D.I. 14206, Filed 8/13/14).

<u>Cleary Gottlieb Steen & Hamilton LLP ("Cleary")</u>

F.  Twenty-First Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period February 1, 2014 Through April 30, 2014 (D.I. 13711, Filed 5/30/14).

1.  Sixty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through February 28, 2014 (D.I. 13251, Filed 3/31/14);

2.  Certificate Of No Objection Regarding Sixty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-

Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through February 28, 2014 (D.I. 13401, Filed 4/24/14);

3.      Sixty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2014 Through March 31, 2014 (D.I. 13433, Filed 4/30/14);

4.      Certificate Of No Objection Regarding Sixty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2014 Through March 31, 2014 (D.I. 13627, Filed 5/22/14);

5.      Sixty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2014 Through April 30, 2014 (D.I. 13650, Filed 5/27/14);

6.      Certificate Of No Objection Regarding Sixty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2014 Through April 30, 2014 (D.I. 14174, Filed 8/7/14); and

7.      Fee Examiner's Final Report Regarding Twenty-First Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 14363, Filed 9/4/14).

<u>Dentons Canada LLP f/k/a Fraser Milner Casgrain LLP</u>

G.      Notice Of Twenty-First Interim Fee Application Request (D.I. 13647, Filed 5/27/14).

1.      Sixty-First Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2014 Through February 28, 2014 (D.I. 13616, Filed 5/21/14);

2.      Certificate Of No Objection Regarding Sixty-First Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2014 Through

February 28, 2014 [Docket No. 13616] (No Order Required) (D.I. 13826, Filed 6/13/14); and

3.    Fee Examiner's Final Report Regarding Twenty-First Interim Fee Application of Dentons Canada LLP (D.I. 14362, Filed 9/4/14).

Ernst & Young LLP

H.    Twenty-First Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of February 1, 2014 Through April 30, 2014 (D.I. 13730, Filed 5/30/14).

1.    Twenty-Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2014 Through April 30, 2014 (D.I. 13727, Filed 5/30/14);

2.    Certificate Of No Objection Regarding Twenty-Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2014 Through April 30, 2014 (D.I. 13892, Filed 6/24/14);

3.    Fee Examiner's Final Report Regarding Twenty-First Quarterly Fee Application of Ernst & Young LLP (D.I. 14217, Filed 8/14/14).

Huron Consulting Group

I.    Twenty-First Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period February 1, 2014 Through April 30, 2014 (D.I. 13667, Filed 5/28/14).

1.    Sixty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through February 28, 2014 (D.I. 13182, Filed 3/18/14);

2.    Certificate Of No Objection Regarding Sixty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through February 28, 2014 (D.I. 13308, Filed 4/9/14);

3.    Sixty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of

Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2014 Through March 31, 2014 (D.I. 13376, Filed 4/22/14);

4.      Certificate Of No Objection Regarding Sixty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2014 Through March 31, 2014 (D.I. 13585, Filed 5/15/14);

5.      Sixty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2014 Through April 30, 2014 (D.I. 13649, Filed 5/27/14);

6.      Certificate Of No Objection Regarding Sixty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2014 Through April 30, 2014 (D.I. 13878, Filed 6/18/14); and

7.      Fee Examiner's Final Report Regarding Twenty-First Quarterly Fee Application of Huron Consulting Group (D.I. 14218, Filed 8/14/14).

John Ray

J.      Eighteenth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period February 1, 2014 Through April 30, 2014 (D.I. 13598, Filed 5/19/14).

1.      Forty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through April 30, 2014 (D.I. 13501, Filed 5/6/14);

2.      Certificate Of No Objection Regarding Forty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through April 30, 2014 (D.I. 13703, Filed 5/29/14); and

3.      Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of John Ray (D.I. 14219, Filed 8/14/14).

McCarter & English, LLP

K.   Twenty-Seventh Monthly And Final Fee Application Of McCarter & English, LLP For Allowance Of Compensation And Reimbursement Of Expenses For The Twenty-Seventh Monthly Fee Period From November 1, 2013 Through November 30, 2013 And For The Final Fee Period From August 26, 2011 Through November 30, 2013 (D.I. 13646, Filed 5/27/14).

   1.   Certificate Of No Objection Regarding Twenty-Seventh Monthly And Final Fee Application Of McCarter & English, LLP For Allowance Of Compensation And Reimbursement Of Expenses For The Twenty-Seventh Monthly Fee Period From November 1, 2013 Through November 30, 2013 And For The Final Fee Period From August 26, 2011 Through November 30, 2013 (D.I. 13901, Filed 6/26/14); and

   2.   Fee Examiner's Final Report Regarding Twenty-Seventh Monthly And Final Fee Application Of McCarter & English, LLP (D.I. 14361, Filed 9/4/14).

Morris, Nichols, Arsht & Tunnell LLP

L.   Twenty-First Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2014 Through April 30, 2014 (D.I. 13720, Filed 5/30/14).

   1.   Sixty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through February 28, 2014 (D.I. 13221, Filed 3/24/14);

   2.   Certificate of No Objection Regarding Sixty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through February 28, 2014 (D.I. 13361, Filed 4/17/14);

   3.   Sixty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2014 Through March 31, 2014 (D.I. 13423, Filed 4/29/14);

   4.   Certificate Of No Objection Regarding Sixty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2014 Through March 31, 2014 (D.I. 13619, Filed 5/22/14);

5.      Sixty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2014 Through April 30, 2014 (D.I. 13623, Filed 5/22/14);

6.      Certificate Of No Objection Regarding Sixty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2014 Through April 30, 2014 (D.I. 13823, Filed 6/13/14); and

7.      Fee Examiner's Final Report Regarding Twenty-First Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 14220, Filed 8/14/14).

Richards, Layton & Finger, PA

M.      Notice Of Twenty-First Interim Fee Application Request (D.I. 13744, Filed 5/30/14).

1.      Sixty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2014 Through February 28, 2014 (D.I. 13204, Filed 3/20/14);

2.      Certification Of No Objection Sixty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2014 Through February 28, 2014 [Docket No. 13204] (No Order Required) (D.I. 13332, Filed 4/15/14);

3.      Sixty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2014 Through March 31, 2014 (D.I. 13434, Filed 4/30/14);

4.      Certification Of No Objection Regarding Sixty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2014 Through March 31, 2014 [Docket No. 13434] (No Order Required) (D.I. 13624, Filed 5/22/14);

5.      Sixty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As

Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2014 Through April 30, 2014 (D.I. 13678, Filed 5/28/14);

6.      Certification Of No Objection Regarding Sixty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2014 Through April 30, 2014 [Docket No. 13678] (No Order Required) (D.I. 13885, Filed 6/20/14); and

7.      Fee Examiner's Final Report Regarding Twenty-First Interim Fee Application of Richards, Layton & Finger, P.A. (D.I. 14205, Filed 8/13/14).

RLKS Executive Solutions, LLC

N.      Sixteenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period February 1, 2014 Through April 30, 2014 (D.I. 13710, Filed 5/29/14).

1.      Forty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through April 30, 2014 (D.I. 13679, Filed 5/29/14);

2.      Certificate Of No Objection Regarding Forty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through April 30, 2014 (D.I. 13884, Filed 6/20/14); and

3.      Fee Examiner's Final Report Regarding Sixteenth Quarterly Fee Application of RLKS Executive Solutions LLC (D.I. 14360, Filed 9/4/14).

Torys LLP

O.      Fourteenth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period February 1, 2014 Through April 30, 2014 (D.I. 13701, Filed 5/29/14).

1.      Thirty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through February 28, 2014 (D.I. 13264, Filed 4/7/14);

2.      Certificate Of No Objection Regarding Thirty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2014 Through February 28, 2014 (D.I. 13430, Filed 4/30/14);

3.      Thirty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2014 Through March 31, 2014 (D.I. 13644, Filed 5/27/14);

4.      Certificate Of No Objection Regarding Thirty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2014 Through March 31, 2014 (D.I. 13879, Filed 6/18/14);

5.      Thirty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2014 Through April 30, 2014 (D.I. 13666, Filed 5/28/14);

6.      Certificate Of No Objection Regarding Thirty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2014 Through April 30, 2014 (D.I. 13881, Filed 6/19/14); and

7.      Fee Examiner's Final Report Regarding Fourteenth Quarterly Fee Application of Torys LLP (D.I. 14359, Filed 9/4/14).