9/4/14

My name is Gloria Benson and I have settled my claim with Nortel so please take me off your mailing list.

Thanks,
Gloria W Benson