**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 14383** |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 10th day of September, 2014, I caused a true and correct copy of the following document to be served upon the parties on the attached service list in the manner indicated thereon:

**[Filed Under Seal] Post-Trial Reply Brief of the *Ad Hoc* Group of Bondholders.**

Peter J. Keane (Bar No. 5503)

**Nortel – Core Parties Email Service List (for Sealed Documents)**
Case No. 09-10138
Document No. 193026
154 - Electronic Delivery

*Electronic Delivery*
**samis@rlf.com**
(Counsel to Official Committee of Unsecured Creditors)
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.

*Electronic Delivery*
**eharron@ycst.com**
**jdorsey@ycst.com**
(Bloom Hill Hudson Harris as Joint Administrators and Foreign Representatives of Nortel Networks UK Limited)
Edwin J. Harron, Esq.
John T. Dorsey, Esq.
Young Conaway Stargatt & Taylor, LLP

*Electronic Delivery*
**catherine.ma@nortonrosefulbright.com**
**michael.lang@nortonrosefulbright.com**
Michael J. Lang, Esq.
Catherine Ma, Law Clerk
Norton Rose Fulbright

*Electronic Delivery*
**derrick.tay@gowlings.com**
**jennifer.stam@gowlings.com**
**katie.parent@gowlings.com**
**patrick.shea@gowlings.com**
**david.cohen@gowlings.com**

*Electronic Delivery*
**nortel.monitor@ca.ey.com**
Ernst & Young Inc.
Restructuring Document Centre

*Electronic Delivery*
**james.norris-jones@hsf.com**
James Norris-Jones
Herbert Smith Freehills LLP

*Electronic Delivery*
**dalowenthal@pbwt.com**
Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP

*Electronic Delivery*
**jmighton@goodmans.ca**
**jcarfagnini@goodmans.ca**
**jpasquariello@goodmans.ca**
**grubenstein@goodmans.ca**
**carmstrong@goodmans.ca**
**pruby@goodmans.ca**
**jkimmel@goodmans.ca**
**bzarnett@goodmans.ca**
Jesse Mighton, Esquire
Jay Carfagnini, Esquire
Joseph Pasquariello, Esquire
G. Rubenstein, Esquire
C. Armstrong, Esquire
R. Ruby, Esquire
Jessica Kimmel, Esquire
B. Zarnett, Esquire
Goodmans LLP

*Electronic Delivery*
**lbarnes@osler.com**
**esellers@osler.com**
**eputnam@osler.com**
**ahirsh@osler.com**
**acobb@osler.com**
Lyndon Barnes, Esquire
Edward Sellers, Esquire
Betsy Putnam, Esquire
Adam Hirsh, Esquire
Alexander Dobb, Esquire
Osler, Hoskin & Harcourt LLP

*Electronic Delivery*
**barry.wadsworth@caw.ca**
**lewis.gottheil@caw.ca**
Barry Wadsworth, Esquire
Lewis Gottheil, Esquire
CAW-Canada

*Electronic Delivery*
**mzigler@kmlaw.ca**
**sphilpott@kmlaw.ca**
**akaplan@kmlaw.ca**
**bwalancik@kmlaw.ca**
Mark Zigler, Esquire
Susan Philpott, Esquire
Ari N. Kaplan, Esquire
Barbara Walancik, Esquire
Koskie Minsky LLP

*Electronic Delivery*
**zychk@bennettjones.com**
**orzyr@bennettjones.com**
**finlaysong@bennettjones.com**
**swanr@bennettjones.com**
**ryanbellr@bennettjones.com**
**laugesenm@bennettjones.com**
Kevin J. Zychk, Esquire
S. Richard Orzy. Esquire
Gavin H. Finlayson, Esquire
Richard B. Swan, Esquire
Sean Zweig, Esquire
Jonathan G. Bell, Esquire
Bennett Jones LLP

*Electronic Delivery*
**ken.rosenberg@paliareroland.com**
**max.starnino@paliareroland.com**
**lily.harmer@paliareroland.com**
**karen.jones@paliareroland.com**
**tina.lie@paliareroland.com**
**michelle.jackson@paliareroland.com**
**Jacqueline.cummins@paliareroland.com**
Ken Rosenberg, Esquire
Max Starnino, Esquire
Lily Harmer, Esquire
Karen Jones, Esquire
Tina Lie, Esquire
Michelle Jackson, Esquire
Jacqueline Cummins, Esquire
Paliare Roland Rosenberg Rothstein LLP

*Electronic Delivery*
**mwunder@casselsbrock.com**
**dgrieve@casselsbrock.com**
**bleonard@casselsbrock.com**
**skukulowicz@casselsbrock.com**
**ljackson@casselsbrock.com**
**rjacobs@casselsbrock.com**
**chorkins@casselsbrock.com**
Michael Wunder, Esquire
Deborah S. Grieve, Esquire
Bruce Leonard, Esquire
Ryan Jacobs, Esquire
Christopher Horkins, Esquire
Cassels Brock & Blackwell LLP

*Electronic Delivery*
**andrew.kent@mcmillan.ca**
**brett.harrison@mcmillan.ca**
**jeffrey.levine@mcmillan.ca**
**adam.maerov@mcmillan.ca**
**sheryl.seigel@mcmillan.ca**
**wael.rostom@mcmillan.ca**
Andrew J. F. Kent, Esquire
Brett G. Harrison, Esquire
Jeffrey Levine, Esquire
Adam C. Maerov, Esquire
Sheryl E. Seigel, Esquire
Wael Rostom, Esquire
McMillan LLP

*Electronic Delivery*
**jsirivar@mccarthy.ca**
**ghall@mccarthy.ca**
**kmcelcheran@mccarthy.ca**
**bboake@mccarthy.ca**
**jgage@mccarthy.ca**
**emarques@mccarthy.ca**
**hmeredith@mccarthy.ca**
**psteep@mccarthy.ca**
**skour@mccarthy.ca**
**bdshaw@mccarthy.ca**
**kpeters@mccarthy.ca**
Abbey Junior Sirivar, Esquire
Geoff R. Hall, Esquire
Kevin P. McElcheran, Esquire
Barbara J. Boake, Esquire
James D. Gage, Esquire
Elder C. Marques, Esquire
Heather L. Meredith, Esquire

R. Paul Steep, Esquire
Sharon Ann Kour, Esquire
Bryon D. Shaw, Esquire
Kelly Peters, Esquire
McCarthy Tétrault LLP

*Electronic Delivery*
**janice.payne@nelligan.ca**
**steven.levitt@nelligan.ca**
**christopher.rootham@nelligan.ca**
Janice Payne, Esquire
Steven Levitt, Esquire
Christopher Rootham, Esquire
Nelligan O'Brien Payne LLP

*Electronic Delivery*
**mriela@vedderprice.com**
Michael J. Riela, Esquire
Vedder Price, P.C.

*Electronic Delivery*
**arthur.jacques@shibleyrighton.com**
**thomas.mcrae@shibleyrighton.com**
Arthur Jacques, Esquire
Thomas McRae, Esquire
Shibley Righton LLP

*Electronic Delivery*
**tosullivan@counsel-toronto.com**
**slaubman@counsel-toronto.com**
**mgottlieb@counsel-toronto.com**
**twynne@counsel-toronto.com**
**pmichell@counsel-toronto.com**
Terrence O'Sullivan, Esquire
Shaun Laubman, Esquire
Matthew Gottlieb, Esquire
Tracy Wynne, Esquire
Paul Michell, Esquire
Lax O'Sullivan Scott Lisus LLP

**Electronic Delivery**
**jbromley@cgsh.com**
**lschweitzer@cgsh.com**
**hzelbo@cgsh.com**
**jrosenthal@cgsh.com**
**dstein@cgsh.com**
**mdecker@cgsh.com**
**jmoessner@cgsh.com**
**nforrest@cgsh.com**
**dqueen@cgsh.com**
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Howard S. Zelbo, Esquire
Jeffrey A. Rosenthal, Esquire
Darryl G. Stein, Esquire
Marla Decker, Esquire
Jacqueline Moessner, Esquire
Neil P. Forrest, Esquire
Daniel D. Queen, Esquire
Cleary Gottlieb Steen & Hamilton LLP

*Electronic Delivery*
**tdemarinis@torys.com**
**sbomhof@torys.com**
**sblock@torys.com**
**agray@torys.com**
**aslavens@torys.com**
Tony DeMarinis,, Esquire
Scott A. Bomhof, Esquire
Sheila R. Block, Esquire
Andrew Gray, Esquire
Adam Slavens, Esquire
Torys LLP

*Electronic Delivery*
**craig.barbarosh@kattenlaw.com**
**david.crichlow@kattenlaw.com**
**Karen.dine@kattenlaw.com**
Craig A. Barbarosh, Esquire
David Crichlow, Esquire
Karen Dine, Esquire
Katten Muchin Roseman LLP

*Electronic Delivery*
**mbarrack@tgf.ca**
**djmiller@tgf.ca**
**rlewis@tgf.ca**
**amcewan@tgf.ca**
**jfinnigan@tgf.ca**
**lwilliams@tgf.ca**
Michael E. Barrack, Esquire
D.J. Miller, Esquire

Rebecca Lewis, Esquire
Andrea McEwan, Esquire
John L. Finnigan, Esquire
Leanne M. Williams, Esquire
Thornton Grout Finnigan LLP

*Electronic Delivery*
**fhodara@akingump.com**
**dbotter@akingump.com**
**aqureshi@akingump.com**
**rajohnson@akingump.com**
**bkahn@akingump.com**
**cdoniak@akingump.com**
**sgulati@akingump.com**
(Counsel to Official Committee of Unsecured Creditors)
Fred S. Hodara, Esq.
David H. Botter, Esq.
Abid Qureshi, Esq.
Robert A. Johnson, Esq.
Brad M. Kahn, Esq.
Christine D. Doniak, Esq.
Sunny Gulati, Esq.
Akin Gump Strauss Hauer & Feld LLP

*Electronic Delivery*
**TKreller@milbank.com**
**JHarris@milbank.com**
**APisa@milbank.com**
**svora@milbank.com**
**aleblanc@milbank.com**
**mhirschfeld@milbank.com**
**amiller@milbank.com**
**tmatz@milbank.com**
**nbassett@milbank.com**
**gruha@milbank.com**
**rpojunas@milbank.com**
Thomas R. Kreller, Esq.
Jennifer Harris, Esq.
Albert A. Pisa, Esq.
Samir Vora, Esq.
Andrew M. LeBlanc, Esq.
Michael L. Hirschfeld, Esq.
Atara Miller, Esq.
Thomas J. Matz, Esq.
Nicholas A. Bassett, Esq.
Gabrielle Ruha, Esq.
Rachel Pojunas, Esq.
Milbank Tweed Hadley & McCloy LLP

*Electronic Delivery*
**ken.coleman@allenovery.com**
**paul.keller@allenovery.com**
**daniel.guyder@allenovery.com**
**laura.hall@allenovery.com**
**Joseph.Badtke-Berkow@AllenOvery.com**
**jonathan.cho@allenovery.com**
**Nicolette.ward@allenovery.com**
Ken Coleman, Esq.
Paul B. Keller, Esq.
Daniel Guyder, Esq.
Laura Hall, Esq.
Nicolette Ward, Esq.
Paul Keller Allen & Overy, LLP

*Electronic Delivery*
**kathleen.murphy@bipc.com**
**mary.caloway@bipc.com**
Kathleen Murphy, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC

*Electronic Delivery*
**dabbott@mnat.com**
**acordo@mnat.com**
Derek C. Abbott, Esq.
Annie C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnel LLP

*Electronic Delivery*
**adler@hugheshubbard.com**
**oxford@hugheshubbard.com**
**tabataba@hugheshubbard.com**
**huberty@hugheshubbard.com**
Derek J.T. Adler, Esq.
Neil Oxford, Esq.
Fara Tabatabai, Esq.
Charles Huberty, Esq.
Hughes Hubbard & Reed, LLP

*Electronic Delivery*
**selinda.melnik@dlapiper.com**

**richard.hans@dlapiper.com**
**timothy.hoeffner@dlapiper.com**
**farahlisa.sebti@dlapiper.com**
Selinda A. Melnik, Esq.
Richard F. Hans, Esq.
Timothy E. Hoeffner, Esq.
Farah Lisa Whitley-Sebti, Esq.
DLA Piper LLP

***Electronic Delivery***
**angela.pearson@ashurst.com**
**Antonia.croke@ashurst.com**
Angela Pearson, Esq.
Antonia Croke, Esq.
Ashurst

***Electronic Delivery***
**boconnor@willkie.com**
**sadvani@willkie.com**
**ahanrahan@willkie.com**
Brian E. O'Connor, Esq.
Sameer Advani, Esq.
Andrew Hanrahan, Esq.
Willkie Farr & Gallagher LLP

***Electronic Delivery***
**amdg@hoganlovells.com**
**john.tillman@hoganlovells.com**
**Matthew.bullen@hoganlovells.com**
**david.graves@hoganlovells.com**
**katherine.tallett-williams@hoganlovells.com**
Angela Dimsdale Gill, Esq.
John Tillman, Esq.
Matthew Bullen, Esq.
David Graves, Esq.
Katherine Tallett-Williams, Esq.
Hogan Lovells International LLP

***Electronic Delivery***
**cdavis@bayardlaw.com**
**jalberto@bayardlaw.com**
Charlene D. Davis, Esq.
Justin R. Alberto, Esq.
Bayard, P.A.

***Electronic Delivery***
**Kenneth.kraft@dentons.com**
**john.salmas@dentons.com**
Kenneth Kraft, Esq.
John Salmas, Esq.
Dentons Canada LLP