# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 14248 |

## ORDER GRANTING REQUEST OF JEFFERIES LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon the request (the "Request") of Jefferies LLC ("Jefferies") for allowance and payment of an administrative expense claim against the Debtors; and it appearing that notice of the Request was adequate and proper and that no other or further notice need be given; and after due deliberation and good and sufficient cause appearing therefor; it is hereby

ORDERED the Request is granted; and it is further

ORDERED that Jefferies is hereby allowed an administrative expense claim in the amount of $51,798.50 plus $2,498.50 for the preparation and prosecution of the Request (the "Claim"), which Claim shall be entitled to administrative expense priority pursuant to sections 330(a), 503(b), and 507(a)(2) of the Bankruptcy Code; and it is further

ORDERED that the Debtor shall pay the Claim upon entry of this Order; and it is further

ORDERED that this Order is without prejudice to the right of Jefferies to assert additional claims or to seek additional remedies against the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September ___, 2014
Wilmington, Delaware

The Honorable Kevin Gross
United States Bankruptcy Judge

RLF1 10798186v.1