## EXHIBIT A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Applicant | Interim Period | Total Fees Requested for the 27th Monthly Period | Total Expenses Requested for the Interim Period (100%) | Total Amount Requested for the Interim Period (Fees and Expenses) | Total Amount Disallowed for the Interim Period | Total Amount Authorized for the Interim Period | Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
| McCarter English, LLP | 11/1/2013 through 11/30/2013 | $2,653.00 | $30.00 | $2,683.00 | $0.00 | $2,683.00 | $2,351,039.46 | $2,351,039.46 |

ME1 18757366v.1