Court File No. 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C.
1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION
AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT
ACT, R.S.C. 1985, c. C-36, AS AMENDED.


— and —


**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>    NORTEL NETWORKS INC., *et al.*,<br><br>                                    Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |


**<u>BOOK OF AUTHORITIES FOR THE US INTERESTS</u>**

# INDEX OF AUTHORITIES

**Tab**      **Description**

## Rules and Statutes

1      11 U.S.C. §§ 1501-1532

2      35 U.S.C. § 154(a)(1)

3      Canada Business Corporations Act, R.S.C. 1985 c. C-44, s. 2(1), s. 2(1)

4      Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, s. 18.6

5      Copyright Act, R.S.C., 1985, c. C-42 s. 13(1)

6      Fed. R. Civ. P. 26(a)(2)(B)(i)

7      Fed. R. Civ. P. 37(c)(1)

8      Patent Act, R.S.C., 1985, c. P-4, s. 42

9      Rules of Civil Procedure, R.R.O. 1990, Reg. 194, R. 53.03(2.1)

## Cases

10      *80 Wellesley St East Ltd v. Fundy Bay Builders Ltd. et al.*,
[1972] 2 O.R. 280 (Ont. C.A.)

11      *9101-2310 Quebec Inc. c. R.*,
2013 FCA 241

12      *A&F Baillargeon Express Inc. (Trustee of), Re*,
[1993] Q.J. No. 884 (S.C.)

13      *Adtronics Signs Ltd. v. Sicon Group*,
[2004] B.C.J. No. 1885

14      *Alberta Oil Sands Pipeline Ltd. v. Canadian Oil Sands Ltd.*,
2012 ABQB 524

15      *Am. Int'l Adjustment Co. v. Galvin*,
86 F.3d 1455 (7th Cir. 1996)

16      *Anderson v. Wachovia Mortg. Corp.*,
621 F.3d 261 (3d Cir. 2010)

1

| Tab | Description |
|-----|-------------|

**Tab**    **Description**

17     *Ashley v. Marlow Group Private Portfolio Management Inc.*,
[2006] O.J. No. 1195 (Ont. S.C.J. (Commercial List))

18     *Astrazeneca AB v. Mutual Pharm. Co., Inc.*,
278 F. Supp. 2d 491 (E.D. Pa. 2003)

19     *Bentley Sys., Inc. v. Intergraph Corp.*,
No. CIV. A. 98-3489, 1998 WL 800344 (E.D. Pa. Nov. 16, 1998)

20     *Bridgewood Building Corp. (Riverfield) v. Lombard General Insurance Co. of Canada*,
[2006] O.J. No. 1288 (Ont. C.A.)

21     *Champion Iron Mines Ltd., Re*,
2014 ONSC 1988

22     *Commerce & Industry Insurance Company Canada, Inc. v. Singleton Associated Engineering Ltd.*,
2005 ABQB 500

23     *Commodity Futures Trading Comm'n v. Eustace*,
No. 05-2973, 2008 WL 471574 (E.D. Pa. Feb. 19, 2008)

24     *Computershare Trust Company of Canada v. Crystallex International Corporation*,
2009 CanLII 71007 (Ont. S.C.)

25     *Confederation Treasury Services Ltd., Re*,
(1995), 37 C.B.R. (3d) 237 (Ont. Ct. J. (Gen. Div.), In Bank.)

26     *Connell v. Sears, Roebuck & Co.*,
722 F.2d 1542 (Fed. Cir. 1983)

27     *Consolidated-Bathurst Export Ltd. v. Mutual Boiler & Machinery Insurance Co.*,
[1980] 1 S.C.R. 888

28     *CoreBrace LLC v. Star Seismic LLC*,
566 F.3d 1069 (Fed. Cir. 2009)

29     *Crystallex Re*,
2012 ONCA 404

30     *Csak v. Aumon*,
[1990] O.J. No. 534 (Ont. Sup. Ct.)

31     *Cunningham v. Brown*,
265 U.S. 1 (1924)

**Tab**        **Description**

32        *Downey v. Ecore International Inc.*,
          2012 ONCA 480

33        *Dumbrell v. Regional Group of Cos.*,
          [2007] O.J. No. 298 (Can. Ont. C.A.)

34        *Eli Lilly & Co. v. Novopharm Ltd.*,
          [1998] 2 S.C.R. 129

35        *Emkey v. Secretary of Health & Human Servs.*,
          No. 08-160V, 2009 WL 3683390 (Fed. Cl. Oct. 20, 2009)

36        *Euro-Excellence v. Kraft Canada Inc.*,
          [2007] 3 S.C.R. 20

37        *Gen. Elec. Capital Corp. v. Armadora*,
          37 F.3d 41 (2d Cir. 1994)

38        *Geoffrey L. Moore Realty Inc. v. Manitoba Motor League (c.o.b. CAA Manitoba)*,
          [2003] M.J. No. 191, [2003] 9 W.W.R. 385 (Man. C.A.)

39        *Greenberg v. Meffert*,
          [1985] O.J. No. 2539 (Ont. C.A.)

40        *Guergis v. Novak*,
          2013 ONCA 449

41        *H.H. Robertson, Co. v. United Steel Deck, Inc.*,
          820 F.2d 384 (Fed. Cir. 1987)

42        *Hunter v. Ellenberger*,
          [1988] O.J. No. 49 (Ont. Sup. Ct., H.C.J.)

43        *Imperial Oil Ltd. v. Young*,
          [1998] N.J. No. 248, 167 Nfld. & P.E.I.R. 280

44        *In re Argose, Inc.*,
          377 B.R. 148 (Bankr. D. Del. 2007)

45        *In re Armstrong World Indus., Inc.*,
          320 B.R. 523 (D. Del. 2005)

46        *In re Chicago, Milwaukee, St. Paul & Pac. Ry. Co.*,
          791 F.2d 524 (7th Cir. 1986)

| Tab | Description |
|---|---|
| 47 | *In re Combustion Eng'g, Inc.*, <br> 391 F.3d 190 (3d Cir. 2004) |
| 48 | *In re M. Fabrikant & Sons, Inc.*, <br> No. 06-12737 (SMB), 2009 WL 3806683 (S.D.N.Y. Nov. 10, 2009) |
| 49 | *In re Morristown & Erie R. Co.*, <br> 885 F.2d 98 (3d Cir. 1989) |
| 50 | *In re NWFX, Inc.*, <br> 864 F.2d 588 (8th Cir. 1988) |
| 51 | *In re Owens Corning*, <br> 419 F.3d 195 (3d Cir. 2005) |
| 52 | *In re Tel. Warehouse, Inc.*, <br> 124 Fed. App'x 724 (3d Cir. 2005) |
| 53 | *In re Terry Ltd. P'ship*, <br> 169 B.R. 182 (Bankr. N.D. Ind. 1993) |
| 54 | *In re Tucson Yellow Cab Co., Inc.*, <br> 789 F.2d 701 (9th Cir. 1986) |
| 55 | *Innovus Prime, LLC v. Panasonic Corp.*, <br> 2013 WL 3354390 (N.D. Cal. July 2, 2013) |
| 56 | *Jacobs v. Yehia*, <br> 2014 BCSC 845 |
| 57 | *Johnson v. Vanguard Mfg., Inc.*, <br> 34 F. App'x 858 (3d Cir. 2002) |
| 58 | *Kentucky Fried Chicken Canada v. Scott's Food Services Inc.*, <br> [1998] O.J. No. 4368 (Can. Ont. C.A.) |
| 59 | *Kerr v. Baranow*, <br> 2011 SCC 10 |
| 60 | *King v. Operating Engineers Training Institute of Manitoba Inc.*, <br> 2011 MBCA 80 |
| 61 | *Krystal Cadillac-Oldsmobile GMC Truck, Inc. v. General Motors Corp.*, <br> 337 F.3d 314 (3d Cir. 2003) |

| Tab | Description |
|---|---|

62    *Kuroda v. SPJS Holdings, L.L.C.*,
971 A.2d 872 (Del. Ch. 2009)

63    *Law v. Siegel*,
134 S. Ct. 1188 (2014)

64    *Liberty Ins. Corp. v. Bowles*,
-- F. Supp. 2d --, No. 13-13784, 2014 WL 3748623 (E.D. Mich. July 30, 2014)

65    *Markman v. Westview Instruments, Inc.*,
52 F.3d 967 (Fed. Cir. 1995)

66    *Naeem v. McKesson Drug Co.*,
444 F.3d 593 (7th Cir. 2006)

67    *Norwest Bank Worthington v. Ahlers*,
485 U.S. 197 (1988)

68    *Official Comm. of Unsecured Creditors of Cybergenics Corp. v. Chinery*,
330 F.3d 548 (3d Cir. 2003)

69    *Official Comm. of Unsecured Creditors v. UMB Bank, N.A. (In re Residential Capital, LLC)*,
501 B.R. 549 (Bankr. S.D.N.Y. 2013)

70    *Portus Alternative Asset Management Inc., Re* (2007),
88 O.R. (3d) 313 (Ont. S.C.J.)

71    *R. v. Gundy*,
2008 ONCA 284

72    *Re Carlson*,
2010 ABQB 701,

73    *Re Carlson*,
2012 ABCA 173

74    *Re Canada 3000 Inc.*,
[2006] 1 S.C.R. 865

75    *Re Canadian Red Cross Society*,
[1998] O.J. No. 3306 (Ont. Ct. J., Gen. Div. (Commercial List))

76    *Re Stelco Inc.*,
[2005] O.J. No. 1171 (Ont. C.A.)

| Tab | Description |
|-----|-------------|
| 77 | *Re T. Eaton Co.* (1999),<br>14 C.B.R. (4th) 298 (Can. Ont. S.C.J. [Commercial List]) |
| 78 | *Research Frontiers Inc. v. Marks Polarized Corp.*,<br>290 F. Supp. 725 (E.D.N.Y. 1968) |
| 79 | *Rite Manufacturing Ltd. v. Ever-Tite Coupling Co.*<br>(1976), 27 C.P.R. (2d) 257 (Can. Registrar of Trade Marks) |
| 80 | *Sable Offshore Energy Inc. v. Ameron International Corp.*,<br>2013 SCC 37 |
| 81 | *Sattva Capital Corp. v. Creston Moly Corp.*,<br>2014 SCC 53 |
| 82 | *Schenck v. Nortron Corp.*,<br>713 F.2d 782 (Fed. Cir. 1983) |
| 83 | *Schroeder v. New Century Liquidating Trust (In re New Century TRS Holdings, Inc.)*,<br>407 B.R. 576 (D. Del. 2009) |
| 84 | *Sec. & Exch. Comm'n v. Sunwest Mgmt., Inc.*,<br>No. 09-6056-HO, 2009 WL 3245879 (D. Or. Oct. 2, 2009) |
| 85 | *Stetson Oil & Gas Ltd.*,<br>2013 ONSC 1300 |
| 86 | *Substantial Developments Ltd. v. Hitchcox*,<br>[1973] O.J. No. 113 (Ont. Sup. Ct. - H.C.J.) |
| 87 | *Ted Leroy Trucking [Century Services] Ltd., Re*,<br>2010 SCC 60 |
| 88 | *The Canada Trust Co. v. Browne*,<br>[2012] ONCA 862 |
| 89 | *Transamerica Life Canada Inc. v. ING Canada Inc.*,<br>[2003] O.J. No. 46563 (Ont. C.A.) |
| 90 | *TransCore LLC v. Electric Transaction Consultants Corp.*,<br>563 F.3d 1271 (Fed. Cir. 2009) |
| 91 | *Unique Broadband Systems, Inc. (Re)*<br>2014 ONCA 538 |

| Tab | Description |
|-----|-------------|
| 92 | *U.S. Bank Nat'l v. Swanson*, 918 A.2d 339 (Del. 2006) |
| 93 | *U.S. Sec. & Exch. Comm'n v. Forex Asset Mgmt. LLC*, 242 F.3d 325 (5th Cir. 2001) |
| 94 | *U.S. Sec. & Exch. Comm'n v. Infinity Grp., Co.*, 226 Fed. App'x 217 (3d Cir. 2007) |
| 95 | *United States v. Abou-Saada*, 785 F.2d 1 (1st Cir. 1986), cert. denied, 477 U.S. 908 (1986) |
| 96 | *United States v. Durham*, 86 F.3d 70 (5th Cir. 1996) |
| 97 | *United States v. Gibbs*, 739 F.2d 838 (3d Cir. 1984) |
| 98 | *United States v. Pepperman*, 976 F.2d 123 (3d Cir. 1992) |
| 99 | *United States v. Sandini*, 803 F.2d 123 (3d Cir. 1986) |
| 100 | *Vaupel Textilmaschinen KG v. Meccanica Euro Italia SPA*, 944 F.2d 870 (Fed. Cir. 1991) |
| 101 | *Ventas Inc. v. Sunrise Senior Living Real Estate Investment Trust*, [2007] O.J. No. 908 |
| 102 | *Ventas Inc. v. Sunrise Senior Living Real Estate Investment Trust*, 2007 ONCA 205 |
| 103 | *Young v. United States*, 535 U.S. 43 (2002) |

## Other Authorities

| | |
|-----|-------------|
| 104 | 1 Christopher B. Mueller & Laird C. Kirkpatrick, *Federal Evidence* § 1:12 (4th ed.) |
| 105 | 5 John Gladstone Mills III et al., *Patent Law Fundamentals* § 19:6 (2d ed. 2014) |
| 106 | 21 Charles Alan Wright et al., *Fed. Prac. & Proc. Evid.* § 5036.1 (2d ed.) |
| 107 | *Black's Law Dictionary* (10th ed. 2014) |

| Tab | Description |
|-----|-------------|
| 108 | G. R. Hall, *Canadian Contractual Interpretation* (2d ed. 2012) |
| 109 | Gordon D. Cudmore, *Civil Evidence Handbook*, looseleaf, vol. 1 (Toronto: Thomson Reuters Canada Limited, 1994) |
| 110 | J. Falconbridge & W. Traub, *Falconbridge on Mortgages*, 5th ed., looseleaf (Aurora: Canada Law Book, 2003) |
| 111 | Kevin P. McGuinness & Linda S. Abrams, *The Practitioner's Evidence Law Sourcebook* (1st ed. 2011) |
| 112 | *McCormick on Evidence* § 52 |
| 113 | *McCormick on Evidence* § 55 |
| 114 | Raymond T. Nimmer & Jeff C. Dodd, Modern Licensing Law § 5:33 (2013) |
| 115 | Stephen J. Perry & T. Andrew Currier, Canadian Patent Law § 3.21 (2d ed. 2014) |