IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) Jointly Administrated |

FILED
2014 SEP 15 AM 10: 17
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby wishes to withdraw appearance in the above-captioned bankruptcy proceeding.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings.

DATED: September 9, 2014    BY:    _Michael McWalters_ (signature)

Michael McWalters

PO Box 338

Alviso, Ca 95002

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.