IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
In re                                     :   Chapter 11
                                          :
NORTEL NETWORKS INC., et al.,             :   Case No. 09-10138 (KG)
                                          :
Debtors.                                  :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Cousins Chipman & Brown, LLP has changed its name to **Chipman Brown Cicero & Cole, LLP**. The firm's office address, email address, and telephone and facsimile numbers are set forth in the signature block below.

Dated: September 18, 2014        **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

/s/ Ann Kashishian
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:       chipman@chipmanbrown.com
             olivere@chipmanbrown.com
             kashishian@chipmanbrown.com

– and –

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: craig.barbarosh@kattenlaw.com
       david.crichlow@kattenlaw.com
       karen.dine@kattenlaw.com

– and –

Kenneth Kraft
John Salmas
DENTONS CANADA LLP
77 King Street West, Suite 400
Toronto, Ontario M5K 0A1
Canada
Telephone: (416) 863-4511
Facsimile: (416) 863-4592
Email: kenneth.kraft@dentons.com
       john.salmas@dentons.com

*Attorneys for Wilmington Trust, National Association, solely in its capacity as Successor Indenture Trustee and not in its individual capacity*