**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NORTEL NETWORKS, INC., *et al.*,[1] | : Case No. 09-10138 (KG) |
| | : Jointly Administered |
| Debtors. | : |
| | : |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Jennifer R. Hoover, Esquire, move for the admission *pro hac vice*, pursuant to Local

Rule 83.5, of Mark D. Plevin, Esquire of Crowell & Moring LLP, 1001 Pennsylvania Avenue,

N.W., Washington, D.C., to represent Nortel Networks Inc., in this matter.

Dated: September 19, 2014

                    **BENESCH, FRIEDLANDER, COPLAN**
                     **& ARONOFF LLP**

     By:    */s/ Jennifer R. Hoover*
            Jennifer R. Hoover, Esquire
            222 Delaware Avenue, Suite 801
            Wilmington, DE 19801
            302-442-7010 (telephone)
            302-442-7012 (facsimile)
            jhoover@beneschlaw.com

            *Special Counsel to the Debtors and Debtors in*
            *Possession*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251) , CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Compoents Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.