IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Mark S. Supko, Esquire *pro hac vice* is granted.

Dated: September_____, 2014

_____
HONORABLE KEVIN GROSS
United States Bankruptcy Judge

8287215 v1