**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138-KG<br>(Jointly Administered)<br><br>**Re: D.I. 14382 and 14383** |

— and —

Court File No. 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED.

**JOINDER OF LAW DEBENTURE TRUST COMPANY
OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC
NOTES, IN (1) THE POST-TRIAL REPLY BRIEF OF THE US INTERESTS AND
<u>(2) POST-TRIAL REPLY BRIEF OF THE *AD HOC* GROUP OF BONDHOLDERS</u>**

7272434

1.      Law Debenture Trust Company of New York ("Law Debenture"), as indenture trustee for the NNCC Notes (defined below), by and through its attorneys, Patterson Belknap Webb & Tyler LLP, Morris James LLP, and Borden Ladner Gervais LLP, hereby submits this joinder ("Joinder") in the (1) the *Post-Trial Reply Brief of the US Interests* ("US Interests' Post-Trial Reply Brief") [D.I. [14382]] and (2) the *Post-Trial Reply Brief of the Ad Hoc Group of Bondholders* [D.I. [14383]] (together with the US Interests' Post-Trial Reply Brief, "US Post-Trial Reply Briefs").

## BACKGROUND

2.      Pursuant to an indenture, dated February 15, 1996, by and among Nortel Networks Limited (f/k/a Northern Telecom Limited) ("NNL"), as issuer and guarantor, Nortel Networks Capital Corporation (f/k/a Northern Telecom Capital Corporation) ("NNCC"), as issuer, and The Bank of New York, as trustee, NNCC and NNL issued $150 million in aggregate principal amount of 7.875% Notes Due 2026 ("NNCC Notes"). NNCC and Nortel Networks Inc. (f/k/a Northern Telecom Inc.) are parties to a Support Agreement, dated February 15, 1996. Law Debenture is a "Core Party" as defined in the Allocation Protocol approved by the Courts on May 17, 2013 (D.I. 10565).

## JOINDER

3.      The US Interests' Post-Trial Reply Brief explains that among the bundle of economic rights represented by a patent, the "most fundamental right, and the essence of a patent right, is the right to exclude others from using the patented invention." *Id.* at 17. The Monitor[1] cannot credibly dispute that Article 4(e) of the MRDA unambiguously provided NNI with the right to exclude others from infringing or misappropriating any and all NN Technology

---

[1] Initially capitalized terms used and not defined herein have the meaning ascribed to them in the US Interests' Post-Trial Reply Brief.

7272434

in the United States. Article 5(a) of the MRDA conferred other valuable rights upon NNI with respect to Nortel's intellectual property, including the right to sublicense and the rights to "make, have made, use, lease, license, offer to sell, and sell Products using or embodying NN Technology" in the United States. NNI, therefore, was the only party that could relinquish these rights – which, as demonstrated at trial, gave rise to a substantial majority of the sale proceeds – and convey them to the purchasers.

4. The US Interests' Post-Trial Reply Brief also exposes the "unfounded significance" that the Monitor places on NNL's "legal title" to the NN Technology. *Id.* at 29. As the brief explains, the Monitor conflates "legal title" with "ownership." But the MRDA uses these two terms to describe different economic rights. In fact, the MRDA only uses the word "ownership" to describe the equitable and beneficial ownership granted to the Participants in each of their Exclusive Territories. *Id.* at 30.

[*Remainder of page intentionally left blank*]

5.  For all of these reasons and the reasons set forth in the US Post-Trial Reply Briefs, which Law Debenture joins and fully supports, Law Debenture respectfully requests that the Courts approve the fair market valuation approach to allocation advanced by the US Interests and enter the findings of fact and conclusions of law proposed by the US Interests.

Dated:   September 10, 2014          **MORRIS JAMES LLP**

/s/ Stephen M. Miller
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:   (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone:  (212) 336-2000
Facsimile:   (212) 336-2222
Email:  dalowenthal@pbwt.com
         bguiney@pbwt.com

- and -

Edmond F.B. Lamek
BORDEN LADNER GERVAIS LLP
Scotia Plaza
40 King St W, Toronto, ON  M5H 3Y4
Telephone:  (416) 367-6311
Facsimile:   (416) 361-2436
Email:  elamek@blg.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*