IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

        Debtors.

---

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
| --- | --- |
| January 7, 2015 | 10:00 a.m. (Eastern Time) |
| January 20, 2015 | 10:00 a.m. (Eastern Time) |
| February 3, 2015 | 10:00 a.m. (Eastern Time) |
| February 17, 2015 | 10:00 a.m. (Eastern Time) |
| March 3, 2015 | 10:00 a.m. (Eastern Time) |
| March 17, 2015 | 10:00 a.m. (Eastern Time) |
| April 7, 2015 | 10:00 a.m. (Eastern Time) |
| April 21, 2015 | 10:00 a.m. (Eastern Time) |
| May 5, 2015 | 10:00 a.m. (Eastern Time) |
| May 19, 2015 | 10:00 a.m. (Eastern Time) |
| June 2, 2015 | 10:00 a.m. (Eastern Time) |
| June 16, 2015 | 10:00 a.m. (Eastern Time) |
| June 30, 2015 | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
       _____, 2014

 

The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.