**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF SERVICE OF DISCOVERY REQUESTS**

**PLEASE TAKE NOTICE THAT**, the undersigned caused true and correct copies of (1) *The Monitor and The Canadian Debtors' Requests for The Production of Documents from The Supporting Bondholders In Connection with The U.S. Debtors' 9019 Motion*; and (2) *The Monitor and The Canadian Debtors' Requests for The Production of Documents from The U.S. Debtors In Connection With The U.S. Debtors' 9019 Motion*; to be served by First Class Mail and Hand Delivery on September 22, 2014 on the following parties in the manner indicated:

## AD HOC GROUP OF BONDHOLDERS

**FIRST CLASS MAIL**

**MILBANK, TWEED, HADLEY McCLOY LLP**
Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas
1 Chase Manhattan Plaza
New York, NY 10005

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
James Bromley
Lisa Schweitzer
Jeremy Opolsky
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
One Liberty Plaza
New York, NY 10006

**HAND DELIVERY**

**PACHULSKI STRANG ZIEHL & JONES**
Laura Davis Jones
Timothy P. Cairns
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek Abbott
Annie Cordo
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Dated: September 22, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob Pultman
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and the Canadian Debtors*