## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                          :
In re                                     :          Chapter 11
                                          :
Nortel Networks Inc., et al.,¹            :          Case No. 09-10138 (KG)
                                          :
          Debtors.                        :          Jointly Administered
-----------------------------------------------------X
```

## SEVENTH NOTICE OF SETTLEMENT OF CERTAIN
## POST-PETITION CLAIMS AGAINST THE DEBTORS

**WHEREAS**, on May 7, 2012, the Debtors filed a Motion for an Order Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7617) (the "Motion"); and

**WHEREAS**, on May 24, 2012, the Court approved the Motion and entered an Order (the "Order") Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7685) permitting the Debtors, *inter alia*, to settle on no or limited advance notice certain smaller claims of employees terminated post-petition against the Debtors ("Limited Notice Claims Settlements").

**PLEASE TAKE NOTICE** that, pursuant to paragraph 2(f) of the Order, the Debtors hereby file their Seventh Settled Post-Petition Employee Claims Notice attached as Exhibit A, listing the Proofs of Claims settled in the Limited Notice Claims Settlements from December 3, 2013 through August 19, 2014.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: September 23, 2014
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

<u>EXHIBIT A</u>

**(i)**    <u>Proofs of Claim Settled From December 3, 2013 Through August 19, 2014[2]</u>

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABORO, PEREARI | 3523 | $0.00 | $4,807.70 | $0.00 | $0.00 | $4,807.70 | $0.00 | $2,674.73 | $1,738.09 | $473.15 | $4,885.97 | Nortel Networks Inc. |
| ALSTON, VIOLET | 2564 | $0.00 | $0.00 | $74,894.13 | $0.00 | $74,894.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ALSTON, VIOLET | 5944 | $0.00 | $0.00 | $12,850.73 | $0.00 | $12,850.73 | $0.00 | $49,518.27 | $969.37 | $603.16 | $51,090.80 | Nortel Networks Inc. |
| ALSTON, VIOLET L | 2562 | $0.00 | $0.00 | $46,808.04 | $0.00 | $46,808.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ANDERSON, RONALD H. | 3313 | $0.00 | $90,990.72 | $0.00 | $0.00 | $90,990.72 | $0.00 | $92,856.22 | $1,493.67 | $1,983.26 | $96,333.15 | Nortel Networks Inc. |
| ASM CAPITAL, L.P. | 938 | $0.00 | $0.00 | $29,879.10 | $0.00 | $29,879.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ASM CAPITAL, L.P. | 7867 | $0.00 | $0.00 | $29,879.10 | $0.00 | $29,879.10 | $0.00 | $29,669.22 | $1,066.17 | $450.16 | $31,185.55 | Nortel Networks Inc. |
| BAKER, DAVID | 5476 | $0.00 | $52,341.83 | $0.00 | $0.00 | $52,341.83 | $0.00 | $45,605.18 | $1,241.52 | $1,689.84 | $48,536.54 | Nortel Networks Inc. |
| BAKER, MELINDA P. | 7593 | $0.00 | $97,552.58 | $0.00 | $0.00 | $97,552.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BAKER, MELINDA P. | 8243 | $0.00 | $124,371.62 | $0.00 | $0.00 | $124,371.62 | $0.00 | $88,667.73 | $1,538.04 | $10,133.95 | $100,339.72 | Nortel Networks Inc. |
| BERG, KEN | 7201 | $0.00 | $47,539.42 | $0.00 | $0.00 | $47,539.42 | $0.00 | $41,898.28 | $2,647.14 | $6,153.24 | $50,698.66 | Nortel Networks Inc. |
| BERKOWITZ, MARTIN | 531 | $0.00 | $13,111.54 | $0.00 | $0.00 | $13,111.54 | $0.00 | $11,911.63 | $2,049.80 | $558.00 | $14,519.43 | Nortel Networks Inc. |
| BEST, ROBERT | 4208 | $0.00 | $47,651.99 | $0.00 | $0.00 | $47,651.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

---

[2] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims Settlements.

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEST, ROBERT | 8292 | $0.00 | $47,651.99 | $0.00 | $0.00 | $47,651.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BEST, ROBERT | 8293 | $0.00 | $0.00 | $2,859.11 | $0.00 | $2,859.11 | $0.00 | $50,281.70 | $1,020.83 | $362.97 | $51,665.50 | Nortel Networks Inc. |
| BEST, ROBERT E. | 4061 | $0.00 | $0.00 | $2,859.11 | $0.00 | $2,859.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BEVINGTON, CHRISTIAN C. | 4444 | $0.00 | $32,091.57 | $0.00 | $0.00 | $32,091.57 | $0.00 | $29,086.08 | $1,272.92 | $1,732.58 | $32,091.58 | Nortel Networks Inc. |
| BIRD, THOMAS | 1068 | $0.00 | $14,856.80 | $10,950.00 | $0.00 | $25,806.80 | $0.00 | $25,352.64 | $834.12 | $222.44 | $26,409.20 | Nortel Networks Inc. |
| BOARDMAN, ANN E. | 8634 | $0.00 | $12,320.00 | $0.00 | $0.00 | $12,320.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| BOARDMAN, ANN E. | 8716 | $0.00 | $12,320.00 | $0.00 | $0.00 | $12,320.00 | $0.00 | $3,505.00 | $1,417.75 | $6,954.86 | $11,877.61 | Nortel Networks Inc. |
| BOUNDS, KATHY | 460 | $0.00 | $0.00 | $72,477.72 | $0.00 | $72,477.72 | $0.00 | $72,978.47 | $1,437.37 | $351.36 | $74,767.20 | Nortel Networks Inc. |
| BOYD, MELVIN E. | 7656 | $0.00 | $0.00 | $272,703.21 | $0.00 | $272,703.21 | $0.00 | $84,101.34 | $1,464.61 | $4,328.75 | $89,894.70 | Nortel Networks Inc. |
| BOYD, MELVIN E. | 7657 | $0.00 | $0.00 | $0.00 | $272,703.21 | $272,703.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BRACKETT, JAMES | 6511 | $0.00 | $0.00 | $26,725.57 | $0.00 | $26,725.57 | $0.00 | $27,238.16 | $1,225.41 | $476.55 | $28,940.12 | Nortel Networks (CALA) Inc. |
| BRADLEY, JOYCE | 7556 | $0.00 | $89,071.86 | $0.00 | $0.00 | $89,071.86 | $0.00 | $71,796.35 | $1,625.78 | $5,907.01 | $79,329.14 | Nortel Networks Inc. |
| BREWER, DAVID J. | 113 | $0.00 | $0.00 | $56,892.00 | $0.00 | $56,892.00 | $0.00 | $238.56 | $445.78 | $0.00 | $684.34 | Nortel Networks Inc. |
| BRUNER, JOHN | 6218 | $0.00 | $47,094.01 | $0.00 | $0.00 | $47,094.01 | $0.00 | $46,359.50 | $1,126.14 | $1,370.14 | $48,855.78 | Nortel Networks Inc. |
| BRUNER, JOHN | 6219 | $0.00 | $0.00 | $0.00 | $47,094.01 | $47,094.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| BUTNER, BRENDA R. | 7838 | $0.00 | $83,375.22 | $0.00 | $0.00 | $83,375.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUTNER, BRENDA R. | 8239 | $0.00 | $100,932.65 | $0.00 | $0.00 | $100,932.65 | $0.00 | $69,042.54 | $1,240.16 | $8,074.83 | $78,357.53 | Nortel Networks Inc. |
| CALCAGNO, RICHARD | 6618 | $0.00 | $41,257.34 | $0.00 | $0.00 | $41,257.34 | $0.00 | $39,383.69 | $6,353.62 | $0.00 | $45,737.31 | Nortel Networks Inc. |
| CARLIN, SONJA | 47 | $0.00 | $167,889.90 | $10,950.00 | $0.00 | $178,839.90 | $0.00 | $30,197.07 | $196.07 | $0.00 | $30,393.14 | Nortel Networks Inc. |
| CHERUKU, MAHESH | 2333 | $0.00 | $29,125.64 | $0.00 | $0.00 | $29,125.64 | $0.00 | $22,544.20 | $1,312.82 | $525.13 | $24,382.15 | Nortel Networks Inc. |
| COZART, WILLIAM DAVID | 7378 | $0.00 | $43,159.54 | $0.00 | $0.00 | $43,159.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| COZART, WILLIAM DAVID | 8479 | $0.00 | $58,502.00 | $0.00 | $0.00 | $58,502.00 | $0.00 | $36,206.26 | $2,013.32 | $17,873.84 | $56,093.42 | Nortel Networks Inc. |
| CROMER, ALTON N. | 8285 | $0.00 | $43,882.00 | $0.00 | $0.00 | $43,882.00 | $0.00 | $42,650.75 | $1,001.98 | $2,766.56 | $46,419.29 | Nortel Networks Inc. |
| CROMER, ALTON NORTH | 7182 | $0.00 | $42,600.00 | $0.00 | $0.00 | $42,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| DALEY, JANE E. | 1465 | $0.00 | $0.00 | $9,911.01 | $0.00 | $9,911.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DALEY, JANE E. | 1484 | $0.00 | $41,420.82 | $0.00 | $0.00 | $41,420.82 | $0.00 | $53,379.26 | $2,120.12 | $600.71 | $56,100.09 | Nortel Networks Inc. |
| DAS, DEEPANKAR | 6963 | $0.00 | $57,300.00 | $0.00 | $0.00 | $57,300.00 | $0.00 | $23,889.87 | $1,485.38 | $2,681.94 | $28,057.19 | Nortel Networks Inc. |
| DATTATREYA, MOHAN | 1362 | $0.00 | $0.00 | $60,898.03 | $0.00 | $60,898.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| DATTATREYA, MOHAN | 1364 | $0.00 | $0.00 | $46,153.80 | $0.00 | $46,153.80 | $0.00 | $21,233.79 | $988.12 | $757.57 | $22,979.48 | Nortel Networks Inc. |
| DAVIS, MARK | 5497 | $0.00 | $0.00 | $649.61 | $0.00 | $649.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DAVIS, MARK | 6720 | $0.00 | $56,720.19 | $10,950.00 | $0.00 | $67,670.19 | $0.00 | $84,503.48 | $2,722.04 | $564.00 | $87,789.52 | Nortel Networks Inc. |
| DAVIS, MARK A. | 5498 | $0.00 | $56,720.19 | $10,950.00 | $0.00 | $67,670.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DAVIS, RAYMOND A. | 1368 | $0.00 | $106,500.00 | $0.00 | $0.00 | $106,500.00 | $0.00 | $112,856.93 | $1,649.28 | $1,273.61 | $115,779.82 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVY, ERRINGTON | 4794 | $0.00 | $0 | $32,586.55 | $0.00 | $32,586.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DAVY, ERRINGTON | 4795 | $0.00 | $195,866.90 | $0.00 | $0.00 | $195,866.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DAVY, ERRINGTON | 7513 | $0.00 | $0.00 | $39,422.50 | $0.00 | $39,422.50 | $0.00 | $67,239.27 | $0.00 | $4,938.56 | $72,177.83 | Nortel Networks (CALA) Inc. |
| DAVY, ERRINGTON | 7514 | $0.00 | $0.00 | $308,841.17 | $0.00 | $308,841.17 | $0.00 | $39,413.74 | $351.30 | $0.00 | $39,765.04 | Nortel Networks Inc. |
| DAVY, ERRINGTON TONY | 7268 | $0.00 | $0.00 | $70,756.17 | $0.00 | $70,756.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| DENNING, LINDA | 4647 | $0.00 | $74,034.84 | $0.00 | $0.00 | $74,034.84 | $0.00 | $77,920.31 | $1,359.74 | $1,865.86 | $81,145.91 | Nortel Networks Inc. |
| DOXEY, EVELYN N | 5454 | $0.00 | $103,451.93 | $0.00 | $0.00 | $103,451.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| DOXEY, EVELYN N. | 7402 | $0.00 | $103,451.93 | $0.00 | $0.00 | $103,451.93 | $0.00 | $103,242.83 | $2,116.11 | $6,266.04 | $111,624.98 | Nortel Networks Inc. |
| DRAKAGE, MARK | 937 | $0.00 | $90,375.52 | $0.00 | $0.00 | $90,375.52 | $0.00 | $74,933.37 | $1,280.67 | $562.07 | $76,776.11 | Nortel Networks Inc. |
| EGAN, LYNN C. | 8491 | $0.00 | $9,133.81 | $0.00 | $0.00 | $9,133.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| EGAN, LYNN C. | 8494 | $0.00 | $75,307.01 | $0.00 | $0.00 | $75,307.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| ELLIS, WILLIAM ROY | 7198 | $0.00 | $145,213.00 | $0.00 | $0.00 | $145,213.00 | $0.00 | $112,791.96 | $1,947.30 | $5,614.71 | $120,353.97 | Nortel Networks (CALA) Inc. |
| ESHELMAN, JAMES A. | 6678 | $0.00 | $82,616.85 | $27,937.88 | $0.00 | $110,554.73 | $0.00 | $65,003.72 | $1,175.83 | $2,025.04 | $68,204.59 | Nortel Networks Inc. |
| FAIR HARBOR CAPITAL, LLC | 1171 | $10,950.00 | $13,170.00 | $24,120.00 | $0.00 | $10,950.00 | $0.00 | $27,723.77 | $541.07 | $258.51 | $28,523.35 | Nortel Networks Inc. |
| FAIR HARBOR CAPITAL, LLC | 3024 | $0.00 | $9,306.00 | $10,950.00 | $0.00 | $20,256.00 | $0.00 | $17,914.91 | $1,313.52 | $357.57 | $19,586.00 | Nortel Networks Inc. |
| FERNANDES, DEAN | 3509 | $0.00 | $78,629.29 | $10,950.00 | $0.00 | $89,579.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| FERNANDES, DEAN | 3516 | $0.00 | $39,050.00 | $10,950.00 | $0.00 | $50,000.00 | $0.00 | $156,996.50 | $4,107.33 | $1,156.30 | $162,260.13 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FERRELA, CHRISTOPHER J. | 7682 | $0.00 | $0.00 | $7,497.25 | $0.00 | $7,497.25 | $0.00 | $7,530.73 | $0.00 | $0.00 | $7,530.73 | Nortel Networks Inc. |
| FLEECE, CLAIRE | 2508 | $0.00 | $45,988.69 | $15,133.04 | $0.00 | $61,121.73 | $0.00 | $53,365.23 | $1,900.25 | $2,248.62 | $57,514.10 | Nortel Networks Inc. |
| FRAZIER, SHANNON | 5645 | $0.00 | $35,624.00 | $35,624.00 | $0.00 | $35,624.00 | $0.00 | $34,034.55 | $1,531.94 | $2,170.25 | $37,736.74 | Nortel Networks Inc. |
| GADSDEN, PHILIP | 5590 | $0.00 | $16,466.83 | $0.00 | $0.00 | $16,466.83 | $0.00 | $23,979.01 | $0.00 | $0.00 | $23,979.01 | Nortel Networks Inc. |
| GLASS, CHARLES THOMAS | 8268 | $0.00 | $46,532.19 | $0.00 | $0.00 | $46,532.19 | $0.00 | $49,277.90 | $1,028.05 | $365.53 | $50,671.48 | Nortel Networks Inc. |
| GORDON, DOUGLAS S. | 816 | $0.00 | $32,992.53 | $0.00 | $0.00 | $32,992.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| GORDON, DOUGLAS S. | 8391 | $0.00 | $32,992.53 | $0.00 | $0.00 | $32,992.53 | $0.00 | $33,376.53 | $1,004.98 | $267.99 | $34,649.50 | Nortel Networks Inc. |
| GRASBY, ROBERT | 1374 | $0.00 | $27,136.30 | $0.00 | $0.00 | $27,136.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| GRASBY, ROBERT | 1375 | $0.00 | $8,134.30 | $0.00 | $0.00 | $8,134.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| GRASBY, ROBERT | 1376 | $0.00 | $50,486.14 | $0.00 | $0.00 | $50,486.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| GRASBY, ROBERT | 1377 | $0.00 | $3,447.30 | $0.00 | $0.00 | $3,447.30 | $0.00 | $48,844.39 | $2,092.84 | $1,627.75 | $52,564.98 | Nortel Networks Inc. |
| GREVE, DANIEL | 2923 | $0.00 | $0.00 | $6,155.11 | $0.00 | $6,155.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| GREVE, DANIEL | 6782 | $0.00 | $8,546.90 | $0.00 | $0.00 | $8,546.90 | $0.00 | $10,106.40 | $0.00 | $0.00 | $10,106.40 | Nortel Networks Inc. |
| GRIFFIN, SHAWN M. | 5654 | $0.00 | $126,949.57 | $0.00 | $0.00 | $126,949.57 | $0.00 | $99,533.47 | $1,954.40 | $2,768.74 | $104,256.61 | Nortel Networks Inc. |
| HAAG, MICHAEL | 8496 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAAG, MICHAEL | 8497 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55,739.41 | $2,398.54 | $4,690.48 | $62,828.43 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAAG, MICHAEL J. | 8495 | $0.00 | $46,325.00 | $0.00 | $0.00 | $46,325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 601 | $0.00 | $63,661.22 | $0.00 | $0.00 | $63,661.22 | $0.00 | $67,567.71 | $1,442.39 | $400.66 | $69,410.76 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1077 | $0.00 | $52,538.36 | $0.00 | $0.00 | $52,538.36 | $0.00 | $22,956.18 | $897.70 | $688.24 | $24,542.12 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 5431 | $0.00 | $235,885.50 | $10,950.00 | $0.00 | $246,835.50 | $0.00 | $222,483.19 | $1,010.09 | $1,902.33 | $225,395.61 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6109 | $0.00 | $85,361.28 | $0.00 | $0.00 | $85,361.28 | $0.00 | $65,509.15 | $1,422.05 | $2,172.57 | $69,103.77 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6319 | $0.00 | $53,999.92 | $0.00 | $0.00 | $53,999.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6909 | $0.00 | $0.00 | $0.00 | $637,269.00 | $637,269.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6910 | $309,500.00 | $327,769.00 | $0.00 | $0.00 | $637,269.00 | $0.00 | $36,068.53 | $1,731.75 | $538.77 | $38,339.05 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 7317 | $0.00 | $72,514.00 | $10,950.00 | $0.00 | $83,464.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8349 | $0.00 | $49,947.23 | $1,033.63 | $1,337.97 | $52,318.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8450 | $0.00 | $36,000.00 | $0.00 | $0.00 | $36,000.00 | $0.00 | $35,434.04 | $911.55 | $3,549.99 | $39,895.58 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8458 | $0.00 | $51,000.00 | $0.00 | $0.00 | $51,000.00 | $0.00 | $49,947.23 | $1,033.63 | $1,337.97 | $52,318.83 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8483 | $0.00 | $93,920.00 | $0.00 | $0.00 | $93,920.00 | $0.00 | $75,838.01 | $1,537.26 | $13,647.43 | $91,022.70 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8492 | $0.00 | $53,999.92 | $0.00 | $0.00 | $53,999.92 | $0.00 | $63,561.60 | $1,261.56 | $1,927.38 | $66,750.54 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8507 | $0.00 | $49,670.94 | $11,725.00 | $0.00 | $61,395.94 | $0.00 | $50,298.29 | $1,208.13 | $3,516.99 | $55,023.41 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 8603 | $0.00 | $34,308.00 | $0.00 | $0.00 | $34,308.00 | $0.00 | $29,079.76 | $1,360.64 | $2,683.47 | $33,123.87 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 4754 | $0.00 | $52,878.49 | $0.00 | $0.00 | $52,878.49 | $0.00 | $51,988.91 | $1,204.85 | $1,700.16 | $54,893.92 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1537 | $0.00 | $41,062.87 | $0.00 | $0.00 | $41,062.87 | $0.00 | $38,285.80 | $1,424.15 | $1,289.64 | $40,999.59 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 893 | $0.00 | $20,016.00 | $0.00 | $0.00 | $20,016.00 | $0.00 | $493.08 | $73.35 | $56.24 | $622.67 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8689 | $0.00 | $27,947.05 | $0.00 | $0.00 | $27,947.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8724 | $0.00 | $27,947.05 | $0.00 | $0.00 | $27,947.05 | $0.00 | $27,713.23 | $1,139.16 | $1,607.48 | $30,459.87 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8116 | $0.00 | $24,860.87 | $0.00 | $0.00 | $24,860.87 | $0.00 | $13,930.20 | $925.93 | $2,680.07 | $17,536.20 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 7328 | $0.00 | $0.00 | $31,011.36 | $0.00 | $31,011.36 | $0.00 | $19,338.22 | $908.14 | $2,643.68 | $22,890.04 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 6061 | $0.00 | $31,165.69 | $0.00 | $0.00 | $31,165.69 | $0.00 | $18,913.93 | $1,077.03 | $305.16 | $20,296.12 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1752 | $0.00 | $0.00 | $13,440.00 | $0.00 | $13,440.00 | $0.00 | $11,677.64 | $610.86 | $600.68 | $12,889.18 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 2926 | $0.00 | $46,511.96 | $0.00 | $0.00 | $46,511.96 | $0.00 | $48,972.44 | $2,240.73 | $2,639.09 | $53,852.26 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1425 | $0.00 | $49,107.69 | $0.00 | $0.00 | $49,107.69 | $0.00 | $48,956.84 | $2,267.77 | $1,965.40 | $53,190.01 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 5863 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 7105 | $0.00 | $60,000.00 | $0.00 | $0.00 | $60,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8733 | $0.00 | $60,000.00 | $0.00 | $0.00 | $60,000.00 | $0.00 | $77,626.18 | $405.85 | $6,284.59 | $84,316.62 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 5901 | $0.00 | $52,000.00 | $0.00 | $0.00 | $52,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8738 | $0.00 | $52,000.00 | $0.00 | $0.00 | $52,000.00 | $0.00 | $66,188.40 | $2,792.43 | $2,078.81 | $71,059.64 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8633 | $0.00 | $0.00 | $7,213.45 | $0.00 | $7,213.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 8742 | $0.00 | $7,213.45 | $0.00 | $0.00 | $7,213.45 | $0.00 | $6,206.58 | $543.64 | $1,334.95 | $8,085.17 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 8722 | $0.00 | $0.00 | $7,651.20 | $0.00 | $7,651.20 | $0.00 | $6,813.00 | $596.76 | $2,072.08 | $9,481.84 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 7971 | $0.00 | $19,658.10 | $0.00 | $0.00 | $19,658.10 | $0.00 | $8,236.95 | $1,664.03 | $9,152.17 | $19,053.15 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 5639 | $0.00 | $31,878.00 | $0.00 | $0.00 | $31,878.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HAIN CAPITAL HOLDINGS, LLC | 8517 | $0.00 | $31,878.00 | $0.00 | $0.00 | $31,878.00 | $0.00 | $21,741.91 | $5,418.85 | $6,419.48 | $33,580.24 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LLC | 1131 | $0.00 | $12,688.33 | $6,666.67 | $0.00 | $19,355.00 | $0.00 | $18,685.11 | $4,777.44 | $1,353.61 | $24,816.16 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 693 | $0.00 | $15,973.08 | $10,950.00 | $0.00 | $26,923.08 | $0.00 | $21,207.29 | $3,460.83 | $980.57 | $25,648.69 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 5763 | $0.00 | $0.00 | $85,280.00 | $0.00 | $85,280.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 6473 | $0.00 | $85,280.00 | $0.00 | $0.00 | $85,280.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 8305 | $0.00 | $109,605.47 | $0.00 | $0.00 | $109,605.47 | $0.00 | $90,430.79 | $1,371.43 | $487.62 | $92,289.84 | Nortel Networks Inc. |
| HAIN CAPITAL HOLDINGS, LTD | 6894 | $0.00 | $80,209.94 | $0.00 | $0.00 | $80,209.94 | $0.00 | $54,501.73 | $1,118.88 | $1,305.36 | $56,925.97 | Nortel Networks Inc. |
| HELLMAN, JEANNE | 753 | $0.00 | $23,713.30 | $0.00 | $0.00 | $23,713.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 754 | $0.00 | $5,251.58 | $0.00 | $0.00 | $5,251.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 2718 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 2719 | $0.00 | $3,251.58 | $0.00 | $0.00 | $3,251.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 2720 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| HELLMAN, JEANNE | 2721 | $0.00 | $22,290.50 | $1,422.80 | $0.00 | $23,713.30 | $0.00 | $23,225.06 | $1,468.91 | $399.87 | $25,093.84 | Nortel Networks Inc. |
| HEMMERLE, LISA | 6112 | $0.00 | $80,969.97 | $0.00 | $0.00 | $80,969.97 | $0.00 | $49,108.19 | $1,160.19 | $1,772.51 | $52,040.89 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ MCGARY, ELIA | 4228 | $0.00 | $33,538.46 | $0.00 | $0.00 | $33,538.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 4229 | $0.00 | $86,000.00 | $0.00 | $0.00 | $86,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 4240 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 6015 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 6016 | $0.00 | $86,000.00 | $0.00 | $0.00 | $86,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| HERNANDEZ MCGARY, ELIA | 6017 | $0.00 | $33,538.46 | $0.00 | $0.00 | $33,538.46 | $0.00 | $30,551.35 | $1,360.19 | $1,382.86 | $33,294.40 | Nortel Networks Inc. |
| HOPF, BRIAN | 3482 | $0.00 | $60,689.69 | $0.00 | $0.00 | $60,689.69 | $0.00 | $64,527.38 | $2,082.55 | $0.00 | $66,609.93 | Nortel Networks Inc. |
| JOHNSON, EVERETT GRIER | 877 | $0.00 | $13,488.07 | $0.00 | $0.00 | $13,488.07 | $0.00 | $2,751.21 | $2,565.90 | $1,183.16 | $6,500.27 | Nortel Networks Inc. |
| KAKOU, JACOB | 7275 | $0.00 | $58,070.81 | $0.00 | $0.00 | $58,070.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| KAKOU, JACOB T | 7303 | $0.00 | $58,070.81 | $0.00 | $0.00 | $58,070.81 | $0.00 | $54,524.28 | $1,056.10 | $3,074.44 | $58,654.82 | Nortel Networks Inc. |
| KALSEY, DAVID | 922 | $0.00 | $52,199.00 | $0.00 | $0.00 | $52,199.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KALSEY, DAVID | 923 | $0.00 | $2,505.55 | $0.00 | $0.00 | $2,505.55 | $0.00 | $54,164.96 | $1,301.00 | $462.58 | $55,928.54 | Nortel Networks Inc. |
| KEEGAN, SUSAN | 7084 | $0.00 | $0.00 | $74,355.77 | $0.00 | $74,355.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KEEGAN, SUSAN M. | 772 | $0.00 | $227,884.01 | $0.00 | $0.00 | $227,884.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KEEGAN, SUSAN M. | 4514 | $0.00 | $0.00 | $162,845.84 | $0.00 | $162,845.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KEEGAN, SUSAN M. | 7085 | $0.00 | $0.00 | $0.00 | $74,355.77 | $74,355.77 | $0.00 | $75,249.46 | $2,565.74 | $6,300.30 | $84,115.50 | Nortel Networks Inc. |
| KETSLER, JOSEPH | 3450 | $0.00 | $58,818.72 | $0.00 | $0.00 | $58,818.72 | $0.00 | $60,353.02 | $1,244.96 | $1,514.71 | $63,112.69 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KHAN, AMNA | 709 | $0.00 | $5,780.00 | $0.00 | $0.00 | $5,780.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KHAN, AMNA | 1174 | $0.00 | $2,890.00 | $0.00 | $0.00 | $2,890.00 | $0.00 | $7,905.93 | $1,205.99 | $368.49 | $9,480.41 | Nortel Networks Inc. |
| KOOP, JERRY | 1459 | $0.00 | $53,692.80 | $0.00 | $0.00 | $53,692.80 | $0.00 | $57,382.52 | $977.56 | $353.01 | $58,713.09 | Nortel Networks Inc. |
| KRIGER, SIDNEY A. | 5340 | $0.00 | $70,632.66 | $0.00 | $0.00 | $70,632.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| KRIGER, SIDNEY A. | 5341 | $0.00 | $985.20 | $2,338.74 | $0.00 | $3,323.94 | $0.00 | $71,329.40 | $2,102.39 | $2,873.26 | $76,305.05 | Nortel Networks Inc. |
| KROL, EDWARD J. | 935 | $0.00 | $0.00 | $846.46 | $0.00 | $846.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| KROL, EDWARD J. | 940 | $0.00 | $0.00 | $25,393.92 | $0.00 | $25,393.92 | $0.00 | $24,134.61 | $1,533.98 | $656.21 | $26,324.80 | Nortel Networks Inc. |
| KROPUENSKE, GARY | 942 | $0.00 | $31,640.00 | $0.00 | $0.00 | $31,640.00 | $0.00 | $36,385.92 | $775.45 | $206.79 | $37,368.16 | Nortel Networks Inc. |
| KWON, NAURRY | 5620 | $0.00 | $0.00 | $1,285.58 | $0.00 | $1,285.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| KWON, NAURRY | 5621 | $0.00 | $20,188.49 | $10,950.00 | $0.00 | $31,138.49 | $0.00 | $14,335.23 | $1,751.76 | $476.87 | $16,563.86 | Nortel Networks Inc. |
| LADD, BECCA | 8372 | $0.00 | $0.00 | $4,900.00 | $0.00 | $4,900.00 | $0.00 | $5,002.06 | $2,023.30 | $2,383.00 | $9,408.36 | Nortel Networks Inc. |
| LANDRY, ROSARIO | 7359 | $0.00 | $317,903.72 | $0.00 | $0.00 | $317,903.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| LANDRY, ROSARIO | 8453 | $0.00 | $321,093.00 | $0.00 | $0.00 | $321,093.00 | $0.00 | $62,609.66 | $1,181.56 | $3,439.66 | $67,230.88 | Nortel Networks Inc. |
| LARKIN, WILLIAM T. | 7632 | $0.00 | $113,470.87 | $0.00 | $0.00 | $113,470.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LARKIN, WILLIAM T. | 8257 | $0.00 | $16,667.60 | $0.00 | $0.00 | $16,667.60 | $0.00 | $114,914.89 | $1,345.87 | $5,802.19 | $122,062.95 | Nortel Networks Inc. |
| LEDFORD, BRUCE | 8367 | $0.00 | $65,504.11 | $0.00 | $0.00 | $65,504.11 | $0.00 | $48,100.83 | $1,180.71 | $964.24 | $50,245.78 | Nortel Networks Inc. |
| LEDFORD, BRUCE A. | 2834 | $0.00 | $65,504.11 | $0.00 | $0.00 | $65,504.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEE, YU-TEN | 4027 | $0.00 | $0.00 | $0.00 | $56,624.00 | $56,624.00 | $0.00 | $48,614.12 | $2,084.96 | $2,849.43 | $53,548.51 | Nortel Networks Inc. |
| LEKICH, IVO | 2751 | $0.00 | $0.00 | $22,132.70 | $0.00 | $22,132.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LEKICH, IVO A. | 8101 | $0.00 | $0.00 | $33,167.65 | $0.00 | $33,167.65 | $0.00 | $419.23 | $792.53 | $0.00 | $1,211.76 | Nortel Networks Inc. |
| LEWIS, JONATHAN | 6013 | $0.00 | $24,978.98 | $10,950.00 | $0.00 | $35,928.98 | $0.00 | $34,002.38 | $2,021.28 | $2,762.42 | $38,786.08 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 7102 | $0.00 | $87,746.00 | $0.00 | $0.00 | $87,746.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 7119 | $0.00 | $87,746.00 | $0.00 | $0.00 | $87,746.00 | $0.00 | $83,653.68 | $1,470.76 | $3,145.80 | $88,270.24 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 8023 | $0.00 | $65,838.00 | $10,950.00 | $0.00 | $76,788.00 | $0.00 | $81,613.56 | $1,391.14 | $1,151.56 | $84,156.26 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 8444 | $0.00 | $35,078.40 | $0.00 | $0.00 | $35,078.40 | $0.00 | $41,191.84 | $862.85 | $2,511.87 | $44,566.56 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 6972 | $0.00 | $81,529.00 | $0.00 | $0.00 | $81,529.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LIQUIDITY SOLUTIONS, Inc. | 7927 | $0.00 | $81,521.13 | $0.00 | $0.00 | $81,521.13 | $0.00 | $76,291.10 | $1,060.00 | $1,407.46 | $78,758.56 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 5444-01 | $0.00 | $0.00 | $83,848.26 | $0.00 | $83,848.26 | $0.00 | $60,415.57 | $2,135.25 | $759.20 | $63,310.02 | Nortel Networks (CALA) Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 5444-02 | $0.00 | $0.00 | $83,848.26 | $0.00 | $83,848.26 | $0.00 | $1.82 | $0.00 | $0.00 | $1.82 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 6204 | $0.00 | $68,580.04 | $0.00 | $0.00 | $68,580.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LIQUIDITY SOLUTIONS, Inc. | 6407 | $0.00 | $68,580.04 | $0.00 | $0.00 | $68,580.04 | $0.00 | $63,290.09 | $2,405.10 | $4,342.54 | $70,037.73 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 1838 | $0.00 | $0.00 | $72,820.36 | $0.00 | $72,820.36 | $0.00 | $61,269.40 | $2,762.49 | $3,698.67 | $67,730.56 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, Inc. | 839 | $0.00 | $41,864.00 | $0.00 | $0.00 | $41,864.00 | $0.00 | $53,897.91 | $1,658.10 | $506.64 | $56,062.65 | Nortel Networks Inc. |
| LLOYD, JESSICA A. | 7815 | $0.00 | $0.00 | $20,746.15 | $0.00 | $20,746.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLOYD, JESSICA A. | 8482 | $0.00 | $28,621.00 | $0.00 | $0.00 | $28,621.00 | $0.00 | $13,004.62 | $1,318.78 | $11,707.82 | $26,031.22 | Nortel Networks Inc. |
| LOBRUTTO, ROSS | 5413 | $0.00 | $0.00 | $12,809.57 | $0.00 | $12,809.57 | $0.00 | $17,962.20 | $0.00 | $0.00 | $17,962.20 | Nortel Networks Inc. |
| LONG, ANDREW | 2532 | $0.00 | $114,929.93 | $0.00 | $0.00 | $114,929.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LONG, ANDREW | 7313 | $0.00 | $163,853.06 | $0.00 | $0.00 | $163,853.06 | $0.00 | $85,309.05 | $1,609.94 | $527.70 | $87,446.69 | Nortel Networks Inc. |
| LONGAKER, DAVID | 4045 | $0.00 | $6,408.93 | $0.00 | $0.00 | $6,408.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LONGAKER, DAVID J. | 4046 | $0.00 | $202,393.52 | $0.00 | $0.00 | $202,393.52 | $0.00 | $6,041.70 | $367.23 | $0.00 | $6,408.93 | Nortel Networks Inc. |
| LONGAKER, DAVID J. | 248 | $0.00 | $0.00 | $135,003.25 | $0.00 | $135,003.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| LORIMER, DEBORAH G. | 7592 | $0.00 | $310,124.07 | $0.00 | $0.00 | $310,124.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| LORIMER, DEBORAH G. | 8179 | $0.00 | $334,546.37 | $0.00 | $0.00 | $334,546.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| LORIMER, DEBORAH G. | 8235 | $0.00 | $334,546.37 | $0.00 | $0.00 | $334,546.37 | $0.00 | $92,921.62 | $1,547.98 | $10,079.05 | $104,548.65 | Nortel Networks Inc. |
| LYELL, MIKE | 3503 | $0.00 | $33,672.06 | $0.00 | $0.00 | $33,672.06 | $0.00 | $33,367.56 | $1,257.04 | $1,710.98 | $36,335.58 | Nortel Networks Inc. |
| MADER, JACQUES D. | 3378 | $0.00 | $39,917.31 | $0.00 | $0.00 | $39,917.31 | $0.00 | $40,430.78 | $1,160.88 | $1,580.08 | $43,171.74 | Nortel Networks Inc. |
| MANITIUS, JERZY | 3416 | $0.00 | $0.00 | $113,072.89 | $0.00 | $113,072.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| MANITIUS, JERZY | 4609 | $0.00 | $0.00 | $56,609.50 | $0.00 | $56,609.50 | $0.00 | $82,856.77 | $1,360.05 | $1,745.38 | $85,962.20 | Nortel Networks Inc. |
| MANNING, BRIAN | 7510 | $0.00 | $28,000.00 | $0.00 | $0.00 | $28,000.00 | $0.00 | $34,820.26 | $1,956.81 | $4,555.00 | $41,332.07 | Nortel Networks Inc. |
| MARCANTI, LARRY | 4780 | $0.00 | $75,418.24 | $0.00 | $0.00 | $75,418.24 | $0.00 | $76,918.68 | $1,664.11 | $453.00 | $79,035.79 | Nortel Networks Inc. |
| MATHENY, SCOTT | 1955 | $0.00 | $0.00 | $18,613.49 | $0.00 | $18,613.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATHENY, SCOTT | 1958 | $0.00 | $0 | $58,273.60 | $0.00 | $58,273.60 | $0.00 | $56,636.92 | $1,721.63 | $0.00 | $58,358.55 | Nortel Networks Inc. |
| MCNITT, STEVE | 274 | $0.00 | $0 | $254,261.26 | $0.00 | $254,261.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| MCNITT, STEVE | 7214 | $0.00 | $0 | $410,966.17 | $0.00 | $410,966.17 | $0.00 | $8,980.15 | $3,595.17 | $0.00 | $12,575.32 | Nortel Networks Inc. |
| MILLIGAN, PATRICK | 4118 | $0.00 | $61,115.38 | $0.00 | $0.00 | $61,115.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| MILLIGAN, PATRICK | 4226 | $0.00 | $0 | $201,874.81 | $0.00 | $201,874.81 | $0.00 | $63,887.25 | $1,381.01 | $1,879.71 | $67,147.97 | Nortel Networks Inc. |
| MUNIZ, RICHARD | 4022 | $0.00 | $43,763.66 | $0.00 | $0.00 | $43,763.66 | $0.00 | $18,233.10 | $1,739.25 | $1,343.08 | $21,315.43 | Nortel Networks Inc. |
| NGUYEN, HOANG-NGA | 2754 | $0.00 | $0 | $49,197.80 | $0.00 | $49,197.80 | $0.00 | $36,654.45 | $1,501.88 | $934.50 | $39,090.83 | Nortel Networks Inc. |
| NIESHALLA, MARK | 7863 | $0.00 | $0 | $19,169.17 | $0.00 | $19,169.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| NIESHALLA, MARK | 7890 | $0.00 | $53,062.61 | $0.00 | $0.00 | $53,062.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| NIESHALLA, MARK | 8035 | $0.00 | $8,798.05 | $0.00 | $0.00 | $8,798.05 | $0.00 | $11,474.49 | $1,394.60 | $6,012.28 | $18,881.37 | Nortel Networks Inc. |
| O'QUINN, HERBERT W. | 5613 | $0.00 | $29,600.58 | $0.00 | $0.00 | $29,600.58 | $0.00 | $30,511.13 | $1,307.31 | $363.14 | $32,181.58 | Nortel Networks Inc. |
| OTIS, KIRK | 7680 | $0.00 | $47,010.00 | $10,950.00 | $0.00 | $57,960.00 | $0.00 | $21,245.57 | $2,897.12 | $5,665.49 | $29,808.18 | Nortel Networks Inc. |
| PERRY, SHIHDAR | 5596 | $0.00 | $86,050.00 | $0.00 | $0.00 | $86,050.00 | $0.00 | $53,730.90 | $1,147.01 | $312.24 | $55,190.15 | Nortel Networks Inc. |
| PIERCE, DAVID | 8100 | $0.00 | $0 | $22,870.15 | $0.00 | $22,870.15 | $0.00 | $21,575.96 | $1,350.86 | $0.00 | $22,926.82 | Nortel Networks Inc. |
| PONDER, KIM | 8485 | $0.00 | $28,774.00 | $0.00 | $0.00 | $28,774.00 | $0.00 | $12,323.90 | $1,505.98 | $13,369.72 | $27,199.60 | Nortel Networks Inc. |
| RAMOS, LETICIA C | 6585 | $0.00 | $14,044.80 | $0.00 | $0.00 | $14,044.80 | $0.00 | $12,815.79 | $768.95 | $1,448.19 | $15,032.93 | Nortel Networks Inc. |
| RATOO, KEVIN | 7608-01 | $0.00 | $0 | $78,464.00 | $0.00 | $78,464.00 | $0.00 | $55,045.34 | $2,213.12 | $3,737.73 | $60,996.19 | Nortel Networks (CALA) Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RATOO, KEVIN | 7608-02 | $0.00 | $0.00 | $78,464.00 | $0.00 | $78,464.00 | $0.00 | $139.84 | $273.00 | $0.00 | $412.84 | Nortel Networks Inc. |
| REAVES, JAMES E. | 820 | $0.00 | $0.00 | $53,269.20 | $0.00 | $53,269.20 | $0.00 | $54,844.97 | $1,818.74 | $717.39 | $57,381.10 | Nortel Networks Inc. |
| RICHARDS, CHRISTINA | 6160 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| RICHARDS, CHRISTINA | 6161 | $0.00 | $82,500.00 | $0.00 | $0.00 | $82,500.00 | $0.00 | $41,469.95 | $1,693.80 | $414.04 | $43,577.79 | Nortel Networks Inc. |
| ROLLAND, CHESTER M. | 1405 | $0.00 | $45,256.95 | $0.00 | $0.00 | $45,256.95 | $0.00 | $47,202.63 | $1,051.29 | $280.35 | $48,534.27 | Nortel Networks Inc. |
| ROSS, TIMOTHY C. | 7372 | $0.00 | $67,950.53 | $0.00 | $0.00 | $67,950.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ROSS, TIMOTHY C. | 7375 | $0.00 | $65,392.83 | $0.00 | $0.00 | $65,392.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| ROSS, TIMOTHY C. | 8480 | $0.00 | $275,393.00 | $0.00 | $0.00 | $275,393.00 | $0.00 | $270,414.85 | $0.00 | $0.00 | $270,414.85 | Nortel Networks Inc. |
| SCHROEDER, RICHARD | 7311 | $0.00 | $3,965.76 | $0.00 | $0.00 | $3,965.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| SCHROEDER, RICHARD | 7314 | $0.00 | $36,843.58 | $0.00 | $0.00 | $36,843.58 | $0.00 | $36,717.83 | $1,467.08 | $2,648.90 | $40,833.81 | Nortel Networks (CALA) Inc. |
| SEELAENDER, ROGER | 7230 | $0.00 | $88,793.34 | $0.00 | $0.00 | $88,793.34 | $0.00 | $61,965.26 | $1,343.99 | $3,710.90 | $67,020.15 | Nortel Networks Inc. |
| SEID, GUY A. | 892 | $0.00 | $49,943.00 | $0.00 | $0.00 | $49,943.00 | $0.00 | $47,455.31 | $1,938.27 | $549.18 | $49,942.76 | Nortel Networks Inc. |
| SENDELBACH, MARK | 2342 | $0.00 | $0.00 | $65,461.00 | $0.00 | $65,461.53 | $0.00 | $53,310.52 | $3,012.08 | $3,157.15 | $59,479.75 | Nortel Networks Inc. |
| SEYMOUR, BRIAN | 2048 | $0.00 | $60,725.00 | $0.00 | $0.00 | $60,725.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| SEYMOUR, BRIAN | 2053 | $0.00 | $0.00 | $55,384.62 | $0.00 | $55,384.62 | $0.00 | $48,904.83 | $1,872.55 | $2,184.64 | $52,962.02 | Nortel Networks Inc. |
| SHEFFIELD, BEVERLY | 1411 | $0.00 | $49,132.73 | $0.00 | $0.00 | $49,132.73 | $0.00 | $49,590.27 | $1,003.62 | $780.60 | $51,374.49 | Nortel Networks Inc. |
| SHIELDS, TIMOTHY | 4109 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,524.38 | $1,413.37 | $5,135.26 | $64,073.01 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SICILIANO, ROBERT | 5924 | $0.00 | $70,000.00 | $0.00 | $0.00 | $70,000.00 | $0.00 | $64,554.99 | $2,213.24 | $2,741.96 | $69,510.19 | Nortel Networks Inc. |
| SIVAJI, SELVA | 4498 | $0.00 | $6,725.58 | $0.00 | $0.00 | $6,725.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |
| SIVAJI, SELVA | 8093 | $0.00 | $99,624.82 | $0.00 | $0.00 | $99,624.82 | $0.00 | $78,256.08 | $1,848.57 | $1,745.87 | $81,850.52 | Nortel Networks (CALA) Inc. |
| SMITH, JAMES E. | 7664 | $0.00 | $107,153.60 | $0.00 | $0.00 | $107,153.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| SMITH, JAMES E. | 8374 | $0.00 | $109,122.08 | $0.00 | $0.00 | $109,122.08 | $0.00 | $73,917.68 | $1,557.25 | $8,833.10 | $84,308.03 | Nortel Networks Inc. |
| SOLUS RECOVERY FUND LP | 1799 | $0.00 | $80,555.16 | $0.00 | $0.00 | $80,555.16 | $0.00 | $80,971.47 | $1,324.39 | $978.57 | $83,274.43 | Nortel Networks Inc. |
| SOLUS RECOVERY FUND LP | 3213 | $0.00 | $66,873.71 | $0.00 | $0.00 | $66,873.71 | $0.00 | $68,121.83 | $1,360.47 | $687.80 | $70,170.10 | Nortel Networks Inc. |
| SOLUS RECOVERY FUND LP | 1143 | $0.00 | $46,151.00 | $0.00 | $0.00 | $46,151.00 | $0.00 | $49,869.57 | $2,802.35 | $794.00 | $53,465.92 | Nortel Networks Inc. |
| SOLUS RECOVERY FUND LP | 6962 | $0.00 | $76,549.32 | $76,549.32 | $0.00 | $76,549.32 | $0.00 | $84,915.20 | $3,680.56 | $0.00 | $88,595.76 | Nortel Networks Inc. |
| SPEARS, EVA M. | 984 | $0.00 | $23,782.90 | $0.00 | $0.00 | $23,782.90 | $0.00 | $25,134.26 | $566.66 | $154.25 | $25,855.17 | Nortel Networks Inc. |
| STEPHENSON, CHARLES | 675 | $0.00 | $50,292.20 | $0.00 | $0.00 | $50,292.20 | $0.00 | $54,856.72 | $1,148.43 | $312.63 | $56,317.78 | Nortel Networks Inc. |
| STORR, GARY | 7809 | $0.00 | $65,061.12 | $0.00 | $0.00 | $65,061.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| STORR, GARY | 8006 | $0.00 | $92,217.67 | $0.00 | $0.00 | $92,217.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| STORR, GARY | 8478 | $0.00 | $93,046.00 | $0.00 | $0.00 | $93,046.00 | $0.00 | $67,112.00 | $2,452.83 | $21,775.63 | $91,340.46 | Nortel Networks Inc. |
| STOUT, ALLEN K. | 8486 | $0.00 | $145,632.00 | $0.00 | $0.00 | $145,632.00 | $0.00 | $116,998.71 | $1,932.80 | $17,158.95 | $136,090.46 | Nortel Networks Inc. |
| STRAUSS, RACHEL | 2925 | $0.00 | $5,849.46 | $0.00 | $0.00 | $5,849.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STRAUSS, RACHEL | 3017 | $0.00 | $54,971.70 | $0.00 | $0.00 | $54,971.70 | $0.00 | $55,151.09 | $1,159.99 | $644.44 | $56,955.52 | Nortel Networks Inc. |
| STREET, LINDSEY | 7246 | $0.00 | $18,342.02 | $0.00 | $0.00 | $18,342.02 | $0.00 | $6,594.71 | $1,318.94 | $820.67 | $8,734.32 | Nortel Networks Inc. |
| SUMETHASORN, NATEE | 4751 | $0.00 | $33,453.97 | $0.00 | $0.00 | $33,453.97 | $0.00 | $32,643.61 | $1,884.49 | $460.65 | $34,988.75 | Nortel Networks Inc. |
| SURA, PIYUSH N. | 6675 | $0.00 | $88,176.16 | $0.00 | $0.00 | $88,176.16 | $0.00 | $61,551.94 | $1,446.01 | $2,827.75 | $65,825.70 | Nortel Networks Inc. |
| TENNETI, SURYA | 3175 | $0.00 | $0.00 | $54,500.00 | $0.00 | $54,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| TENNETI, SURYA | 3295 | $0.00 | $16,300.00 | $10,950.00 | $0.00 | $27,250.00 | $0.00 | $26,380.86 | $1,586.55 | $387.82 | $28,355.23 | Nortel Networks Inc. |
| TERNEUS, MARINA | 4070 | $0.00 | $100,428.00 | $0.00 | $0.00 | $100,428.00 | $0.00 | $84,245.75 | $1,659.28 | $737.46 | $86,642.49 | Nortel Networks Inc. |
| TERRY, GEORGE W. III | 8523 | $0.00 | $43,844.40 | $0.00 | $0.00 | $43,844.40 | $0.00 | $45,206.86 | $1,789.58 | $2,634.66 | $49,631.10 | Nortel Networks (CALA) Inc. |
| TIMLER, PAUL | 1576 | $0.00 | $129,999.86 | $0.00 | $0.00 | $129,999.86 | $0.00 | $103,319.46 | $1,918.85 | $1,790.93 | $107,029.24 | Nortel Networks Inc. |
| TRAN, HON | 1417 | $0.00 | $32,180.76 | $10,950.00 | $0.00 | $43,130.76 | $0.00 | $43,212.96 | $1,127.46 | $876.92 | $45,217.34 | Nortel Networks Inc. |
| TRUITT, RHONDA | 4739 | $0.00 | $45,026.39 | $0.00 | $0.00 | $45,026.39 | $0.00 | $47,119.23 | $1,574.43 | $428.60 | $49,122.26 | Nortel Networks Inc. |
| TULLO, JOHN | 4182 | $0.00 | $75,938.00 | $6,482.00 | $0.00 | $82,420.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| TULLO, JOHN | 6018 | $0.00 | $75,938.00 | $6,482.00 | $0.00 | $82,420.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| TULLO, JOHN A | 1443 | $0.00 | $75,426.00 | $0.00 | $0.00 | $75,426.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| TULLO, JOHN A. | 6088 | $0.00 | $75,938.00 | $6,482.00 | $0.00 | $82,420.00 | $0.00 | $50,510.25 | $1,125.92 | $913.25 | $52,549.42 | Nortel Networks Inc. |
| WANDERLICK, JEFFREY | 997 | $0.00 | $0.00 | $26,084.19 | $0.00 | $26,084.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WANDERLICK, JEFFREY | 1128 | $0.00 | $26,084.19 | $0.00 | $0.00 | $26,084.19 | $0.00 | $26,093.18 | $1,000.60 | $277.94 | $27,371.72 | Nortel Networks Inc. |
| WESTWOOD, SCOTT | 6323 | $0.00 | $37,202.61 | $0.00 | $0.00 | $37,202.61 | $0.00 | $31,190.48 | $1,595.87 | $2,872.58 | $35,658.93 | Nortel Networks Inc. |
| WILLIFORD, CURTIS | 4757 | $0.00 | $35,485.20 | $10,950.00 | $0.00 | $46,435.20 | $0.00 | $49,054.56 | $1,052.42 | $327.42 | $50,434.40 | Nortel Networks Inc. |
| WITT, DIANE | 5902 | $0.00 | $28,766.64 | $0.00 | $0.00 | $28,766.64 | $0.00 | $24,486.52 | $1,608.02 | $3,948.57 | $30,043.11 | Nortel Networks Inc. |
| WOODS, WILLIAM | 2160 | $0.00 | $8,257.44 | $8,257.44 | $0.00 | $8,257.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| WOODS, WILLIAM P. | 2161 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,138.27 | $2,616.75 | $0.00 | $11,755.02 | Nortel Networks Inc. |