UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:**                                BK          AP

If AP, related BK case number:

**Title of Order Appealed:**

**Docket #:**          **Date Entered:**

Item Transmitted:

| | | |
|---|---|---|
| **Notice of Appeal** | Docket #: | Date Filed: |
| **Amended Notice of Appeal** | Docket #: | Date Filed: |
| **Cross Appeal** | Docket #: | Date Filed: |
| **Motion for Leave to Appeal** | Docket #: | Date Filed: |
| **Record on Appeal** | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**                       **Appellee/Cross Appellee**

**Counsel for Appellant/Cross Appellant:**           **Counsel for Appellee/Cross Appellee:**

| | | |
|---|---|---|
| **Filing fee paid?** | Yes | No |
| **IFP application filed by applicant?** | Yes | No |
| **Have additional appeals of the same order been filed?** | Yes | No |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: | Yes | No |
| **Record on Appeal** | Yes | No |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:**                                         **by:**_____
                                                                **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: