Official Form 17
(12/04)

# United States Bankruptcy Court

Wilmington District Of Delaware

In re  NORTEL ,
      Debtor

Case No. 09-10138 (KG)

Chapter 11

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

I Ernest Demel , the plaintiff [*or defendant or other party*] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the 19 day of August, 2014
                                                     (month)   (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows: See attached.

DI 14233

Dated: 08-25-2014

Signed: [signature] 8/25/14  Pro se.
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name:   Pro se

Address:   530 West, 55 Street, Apt. 13 K

          NEW YORK CITY, NY 10019

Telephone No:  1 646 559 2753

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

P1

**Form B-17 Attachment**    DI 1433

TO: CLEARY GOTTLIEB STEEN & HAMILTON LLP
Louis Lipner. Esq         Tel: (212) 255-200
One Liberty Plaza
New York, New York 10006

Creditors' Committee
Akin Gump Strauss Hauer & Feld LLP
Fred S .Hodara Esq.        Tel: (212) 872 1000
One Bryant Park
New York NY 10036

Mark Kenney, Esq
OFFICE OF US TRUSTEE
844. King Street          Tel: (302) 753 6565
Suite 2207 Lockbox 35
Wilmington, Delaware 19801-3519

Mark Collins, Esq
OFFICE OF US TRUSTEE
One Rodney Square         Tel: (302) 651 7875
920 N King Street
Wilmington, Delaware 19801

LTD VEBA TRUST
Rafael X Zahralddin
1105 Market Street Suite 1700
Wilmington, Delaware 19801 Tel: (302) 384 9400

Office of the United States Trustee

833 Chestnut Street

Suite 500

Philadelphia, PA 19107

Phone: (215) 597-4411

Facsimile: (215) 597-5795

P2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al  
Debtors.  
Ernest Demel  
Creditor.

Chapter 11  
No. 09-10138 (KG)  
**APPEAL FEE $505.00**

---

US POSTAL MONEY ORDER FOR $505.00   # 22129390124
Paid on Date 08-25-14  To:  UNITED STATES BANKRUPTCY COURT
FOR TIHE DISTRICT OF DELAWARE
824 Market Street  Fl. 6
Court Room # 3
Wilmington, Delaware 19801

P3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al
Debtors.
Vs.

Chapter 11
No. 09-10138 (KG)
Jointly Administered

**CERTIFICATE OF SERVICE**

**(B-17)**

Ernest Demel

Creditor.

---

# **CERTIFICATE OF SERVICE**

I ERNEST DEMEL, over 18 years of age hereby certify that a set of copies of the foregoing documents, Notice of Appeal (B-17 ), were served on the following parties by USPS Priority mail on 25 th August 2014.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**
824 Market Street Fl. 6, Court Room # 3
Wilmington, Delaware 19801

TO: CLEARY GOTTLIEB STEEN & HAMILTON LLP
|Louis Lipner Esq.
One Liberty Plaza
New York, New York 10006

Creditors' Committee
Akin Gump Strauss Hauer & Feld LLP
Fred S .Hodara Esq. One Bryant Park
New York NY 10036

Mark Kenney, Esq
OFFICE OF US TRUSTEE
844. King Street, Suite 2207 Lockbox 35
Wilmington, Delaware 19801

Mark Collins, Esq
OFFICE OF US TRUSTEE
One Rodney Square, 920 N King Street
Wilmington, Delaware 19801

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Rafael X Zahralddin
1105 Market Street Suite 1700
Wilmington, Delaware 19801