X UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al  
Debtors.  
Vs.  
Ernest Demel  

Chapter 11  
No. 09-10138 (KG)  
Jointly Administered  

**APPEAL**

Creditor.

---

## STATEMENT OF ISSUES ON THE APPEAL

The following shall constitute the Statement of issues with respect to ERNEST DEMEL'S appeal, of the Court's Order:

I. Did the Bankruptcy Court err as a matter of law in determining that the parties' disagreement regarding the amendments to the agreement is only the language of ownership issue?

2. Did the Bankruptcy Court err as a matter of law in determining that disagreements regarding Doctrine of Unconscionability, the court said it has no power to address the related issues

4. Did the Bankruptcy Court commit clear error by concluding that "**NO TRANSFER**" In the agreement? The "NO' word has no effect, in that clause.

   ERNEST DEMEL, including their professional accountants, agree on the dollar amount in the agreement is out of line and out of proportionate.

5. Order denying the Motion with prejudiced violates Mr. Demels' Due processes clauses. (Equal treatment to all similarly situated Long Term Disability LTD claimants.)

6. The question of Bankruptcy Courts' jurisdiction, of discharging non-debtors from USDC-SDNY courts action.

*[signature] pro se 9/3/14*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al
Debtors.
Vs.
Ernest Demel
Creditor.

Chapter 11
No. 09-10138 (KG)
Jointly Administered

APPEAL

FILED
2014 SEP -8 AM 9: 47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

**ERNEST DEMEL,** pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby submits its statement of issues (the "Statement of Issues") and its designation of the record on appeal (the "Record Designation") corresponding to its Notice of Appeal
D.I. 14267 of 08/25/2014 with respect to the
**Order denying the Motions 14233 of 08/19/2014 and 13875 of 06/18/2014,
11542 of 09/05/2013,**

ORDER entered by the United States Bankruptcy Court for the District of Delaware (Hon. Kevin Gross. The said bankruptcy case, including without limitation, any and all judgments, decrees, decisions, rulings and/or pinions that merged into and/or became part of the Order, that are related to the Order, and/or upon which the Order is based.

*[signature]*
Pro Se 9/3/14

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---
Nortel Networks, Inc. et al
Debtors.
Vs.

Ernest Demel

Creditor.

Chapter 11
No. 09-10138 (KG)
Jointly Administered

**APPEAL**

---

**dm.epiq11.com/nortel   / Demel**

Page 1 of 2 (26 items)
<<<12>>>

| Docket No. | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 14267 | 08/25/2014 | Notice of Appeal . Receipt Number 86014, Fee Amount $298. (related document(s)[14233]) Filed by Ernest Demel. Appellant Designation due by 9/8/2014. (Attachments: # (1) Certificate of Service) (SH)<br><br>Case: Nortel Networks Inc.<br><br>Related: 14233 | Documents<br>Main Document<br>Certificate of Service |
| 14233 | 08/19/2014 | Order (with Revisions by Judge Kevin Gross) Denying Motion of Mr. Ernest Demel for Entry of an Order Approving Certain Amendments to Claim Stipulation. (Related Doc # [13875])(related document(s)[13875]) Order Signed on 8/19/2014. (GM)<br><br>Case: Nortel Networks Inc.<br><br>Related: 13875 | Document |
| 14223 | 08/15/2014 | Response to the Debtors Objection to Motion of Earnest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation Filed by Ernest Demel (related document(s)[13960], [14012]). (Attachments: # (1) Table of Authorities # (2) Certificate of Service # (3) Notice of Hearing # (4) Amendments to the Stipulation Agreement # (5) Proposed Form of Order # (6) Certificate of No Objection # (7) Letter to Nortel # (8) Proof of Claim Dated 9/29/09) (SH)<br><br>Case: Nortel Networks Inc.<br><br>Related: 13960, 14012 | Documents<br>Main Document<br>Table of Authorities<br>Certificate of Service<br>Document 4 of 9<br>Document 5 of 9<br>Document 6 of 9<br>Document 7 of 9<br>Document 8 of 9<br>Document 9 of 9 |
| 14012 | 07/11/2014 | Joinder of the Long Term Disabled VEBA Trust | Documents |

| Docket No. | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| | | for Former Nortel Employees to Debtors Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (related document(s)[13875], [13960]) Filed by Official Committee of Long-Term Disability Participants. (Attachments: # (1) Certificate of Service) (Sutty, Eric)<br><br>Case: Nortel Networks Inc.<br><br>Related: 13875, 13960 | Main Document<br>Certificate of Service |
| 13962 | 07/07/2014 | Notice of Hearing on Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (related document(s)[13875], [13960]) Filed by Nortel Networks Inc., et al.. Hearing scheduled for 7/22/2014 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. (Attachments: # (1) Certificate of Service) (Cordo, Ann)<br><br>Case: Nortel Networks Inc.<br><br>Related: 13875, 13960 | Documents<br>Main Document<br>Certificate of Service |
| 13961 | 07/07/2014 | Declaration of Ann C. Cordo in Support of Debtors Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (related document(s)[13960]) Filed by Nortel Networks Inc., et al.. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Certificate of Service) (Cordo, Ann)<br><br>Case: Nortel Networks Inc.<br><br>Related: 13960 | Documents<br>Main Document<br>Exhibit A<br>Exhibit B<br>Document 4 of 5<br>Document 5 of 5 |
| 13960 | 07/07/2014 | Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation (related document(s)[13875]) Filed by Nortel Networks Inc., et al. (Attachments: # (1) Exhibit A # (2) Certificate of Service) (Cordo, Ann)<br><br>Case: Nortel Networks Inc.<br><br>Related: 13875 | Documents<br>Main Document<br>Exhibit A<br>Certificate of Service |

| Docket No. | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 13875 | 06/18/2014 | Second Motion to Amend Stipulation ID 4010 to the Claim No 4643 Filed by Ernest Demel Filed by Ernest Demel. The case judge is Kevin Gross. (SH)<br><br>Case: Nortel Networks Inc.<br><br>Related: none | Document |
| 12936 | 02/03/2014 | Order Permitting the Withdrawal of Creditor Ernest Demels Counsel (related document(s)[12787]) Order Signed on 2/3/2014. (SH)<br><br>Case: Nortel Networks Inc.<br><br>Related: 12787 | Document |
| 12908 | 01/30/2014 | First Motion to Approve Certificate of No Objection Filed by Ernest Demel. (Stone, Gary)<br><br>Case: Nortel Networks Inc.<br><br>Related: none | Document |
| 12789 | 01/07/2014 | Declaration Filed by Ernest Demel. (Stone, Gary)<br><br>Case: Nortel Networks Inc.<br><br>Related: none | Document |
| 12787 | 01/07/2014 | First Motion to Withdraw as Attorney Filed by Ernest Demel. Objections due by 1/27/2014. (Stone, Gary)<br><br>Case: Nortel Networks Inc.<br><br>Related: none | Document |
| 11542 | 09/05/2013 | Motion to Amend and Clarify Rule 59 and 60. Filed by Ernest Demel. The case judge is Kevin Gross. (Attachments: # (1) Notice # (2) Exhibit) (SJS)<br><br>Case: Nortel Networks Inc.<br><br>Related: none | Documents<br>Main Document<br>Notice<br>Exhibit |
| 9382 | 02/07/2013 | Declaration of Ernest Demel in Support of Daniel D. Davids Objection to Debtors Motion to (I)(A)Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B)Conditionally Certify A Class for Settlement Purposes Only, (C)Approve the Notice | Documents<br>Main Document<br>Certificate of Service |

| Docket No. | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| | | Procedures, and (D)Schedule a Fairness Hearing; and (II)(A)Finally Approve the Settlement Agreement, (B)Finally Certify A Class, (C)Authorize the Debtors to Terminate the LTD Plans and (D)Grant Related Relief (related document(s)[9304], [9342]) Filed by Ernest Demel. (Attachments: # (1) Certificate of Service) (SB) | |
| | | Case: Nortel Networks Inc. | |
| 9381 | 02/06/2013 | Related: 9304, 9342<br>Response Debtors Motion to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B)Conditionally Certify a Class for Settlement Purposes Only, (C)Approve the Notice Procedures and (D)Scheduling a Fairness Hearing and (II)(A)Finally Approve the Settlement Agreement (B)Finally Certify a Class (C)Authorize the Debtors to Terminate the LTD Plans and (D)Grant Related Relief. Filed by Ernest Demel (related document(s)[9342], [9304]). (SJS) | Document |
| | | Case: Nortel Networks Inc. | |
| 8578 | 09/20/2012 | Related: 9304, 9342<br>Letter Regarding Long Term Disability Benefits Filed by Ernest Demel. (TAS)<br>Case: Nortel Networks Inc. | Document |
| 8075 | 07/31/2012 | Related: none<br>Request to Withdrawal as Counsel. Filed by Ernest Demel. (JNP)<br>Case: Nortel Networks Inc. | Document |
| 4168 | 10/14/2010 | Related: none<br>Notice of Service Re: Order Approving Stipulation Resolving Claim By Ernest Demel; and Order Granting Debtors Fourteenth Omnibus Objection (Substantive) (related document(s)[4160], [4163]) Filed by Nortel Networks Inc., et al.. (Attachments: # (1) Service List) (Cordo, Ann)<br>Case: Nortel Networks Inc.<br>Related: 4160, 4163 | Documents<br>Main Document<br>Service List |

| Docket No. | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 4160 | 10/14/2010 | Order Approving The Stipulation Resolving Claim N. 4643 Filed By Ernest Demel. (related document(s)[4010]) Order Signed on 10/14/2010. (BMT)<br><br>Case: Nortel Networks Inc. | Document |
| 4010 | 09/23/2010 | Related: 4010<br><br>Motion to Approve Compromise under Rule 9019 for entry of an Order Approving the Stipulation Resolving Claim No. 4643 filed by Ernest Demel Filed by Nortel Networks Inc., et al.. Hearing scheduled for 10/14/2010 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 10/7/2010. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Notice # (4) Certificate of Service # (5) Service List) (Cordo, Ann)<br><br>Case: Nortel Networks Inc. | Documents<br>Main Document<br>Exhibit A<br>Exhibit B<br>Notice<br>Certificate of Service<br>Service List |
| 3501 | 07/09/2010 | Related: none<br><br>Objection to Debtors Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Ernest Demel (Attachments: # (1) Exhibit A) (JNP)<br><br>Case: Nortel Networks Inc. | Documents<br>Main Document<br>Exhibit A |
| 3069 | 05/25/2010 | Related: 3204<br><br>Declaration Of Ebunoluwa Taiwo In Support Of Debtors Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (related document(s)[3068]) Filed by Nortel Networks Inc., et al.. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C) (Cordo, Ann)<br><br>Case: Nortel Networks Inc. | Documents<br>Main Document<br>Exhibit A<br>Exhibit B<br>Exhibit C |
| 3068 | 05/25/2010 | Related: 3068<br><br>Objection to Claim by Claimant(s) Ernest Demel (Claim No. 4643).. Filed by Nortel Networks Inc., et al.. Hearing scheduled for 6/24/2010 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 6/10/2010. (Attachments: # (1) Notice # (2) Exhibit A) (Cordo, Ann) | Documents<br>Main Document<br>Notice<br>Exhibit A |

Page 1 of 2 (26 items)
<<<12>>>

| Docket No. | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 3067 | 05/25/2010 | Case: Nortel Networks Inc.<br><br>Related: none<br><br>Notice of Withdrawal of Debtors Objection To Proof Of Claim No. 643 Filed By Ernest Demel -and- Declaration Of Ebunoluwa Taiwo In Support Of Debtors Objection To Proof Of Claim No. 643 Filed By Ernest Demel (related document(s)[3064], [3065]) Filed by Nortel Networks Inc., et al.. (Cordo, Ann) | Document |
| 3065 | 05/25/2010 | Case: Nortel Networks Inc.<br><br>Related: 3064, 3065<br><br>Declaration Of Ebunoluwa Taiwo In Support Of Debtors Objection To Proof Of Claim No. 643 Filed By Ernest Demel (related document(s)[3064]) Filed by Nortel Networks Inc., et al.. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C) (Cordo, Ann)<br><br>Case: Nortel Networks Inc.<br><br>Related: 3064 | Documents<br>Main Document<br>Exhibit A<br>Exhibit B<br>Exhibit C |

Page 2 of 2 (26 items)
<<<12>>>

| Docket No. | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 3064 | 05/25/2010 | Objection to Claim by Claimant(s) Ernest Demel (Claim No. 643).. Filed by Nortel Networks Inc., et al.. Hearing scheduled for 6/24/2010 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 6/10/2010. (Attachments: # (1) Notice # (2) Exhibit A) (Cordo, Ann)<br><br>Case: Nortel Networks Inc.<br><br>Related: none | |

========================

Page 1 of 1 (1 items)
<<<1>>>

| Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value | |
|---|---|---|---|---|---|
| 4643 | | DEMEL, ERNEST | 09/29/2009 | $125,000.00 | Image |

Page 1 of 1 (1 items)
<<<1>>>

Original Claim, USDC-SDNY. Complain

| 11542 09/05/2013 | Motion to Amend and Clarify Rule 59 and 60. Filed by Ernest Demel. The case judge is Kevin Gross. (Attachments: # (1) Notice # (2) Exhibit) (SJS)<br><br>Case: Nortel Networks Inc.<br><br>Related: none | Documents<br>Main Document<br>Notice<br>Exhibit |

Page 1 of 1 (1 items)
<<<1>>>

| Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value |
| 4643 | | DEMEL, ERNEST | 09/29/2009 | $125,000.00 Image |

Page 1 of 1 (1 items)
<<<1>>> ============ DOCKET 9=2 ================

# U.S. District Court
## Southern District of New York (Foley Square)

### CIVIL DOCKET FOR CASE #: 1:07-cv-00189-GBD

Demel v. Group Benefits Plan for Employees of Northern Telecom, Inc. et al
Assigned to: Judge George B. Daniels
Referred to: Magistrate Judge Debra C. Freeman (Settlement)
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 01/10/2007
Date Terminated: 03/30/2012
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Interested Party**
**Nortel Networks Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2014 | 90 | MEMO ENDORSEMENT granting 88 Motion to Withdraw. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 4/21/2014) (mro) (Entered: 04/21/2014) |
| 09/18/2013 | 89 | ORDER finding as moot 81 Motion for Extension of Time; finding as moot 82 Motion for Extension of Time; withdrawing 83 Motion to Reopen Case. The Clerk of the Court is directed to close the open motions at ECF Nos. 81 and 82 as moot and ECF No. 83 as having been withdrawn by Plaintiff. (Signed by Judge George B. Daniels on 9/18/2013) (tro) (Entered: 09/18/2013) |
| 09/05/2013 | 88 | MOTION to Withdraw 83 MOTION to Reopen Case. Document filed by |

| | | |
|---|---|---|
| | | Ernest Demel.(sac) (Entered: 09/09/2013) |
| 07/02/2013 | 87 | REPLY MOTION re: 84 Memorandum of Law in Opposition to Motion, 85 Declaration in Opposition to Motion. Document filed by Ernest Demel. (sac) (Entered: 07/03/2013) |
| 06/14/2013 | 86 | CERTIFICATE OF SERVICE of Brendan Cyr re: 84 and 85 . Document filed by Group Benefits Plan for Employees of Northern Telecom, Inc., Nortel Networks Inc.. (Schweitzer, Lisa) (Entered: 06/14/2013) |
| 06/14/2013 | 85 | DECLARATION of Robert J. Ryan, dated June 14, 2013 in Opposition re: 83 MOTION to Reopen Case.. Document filed by Employee Benefits Committee of Northern Telecom, Inc., Nortel Networks Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Schweitzer, Lisa) (Entered: 06/14/2013) |
| 06/14/2013 | 84 | MEMORANDUM OF LAW in Opposition re: 83 MOTION to Reopen Case.. Document filed by Group Benefits Plan for Employees of Northern Telecom, Inc., Nortel Networks Inc.. (Schweitzer, Lisa) (Entered: 06/14/2013) |
| 05/29/2013 | 83 | MOTION TO REOPEN THE CASE BY PLAINTIFF. Document filed by Ernest Demel.(sc) (Entered: 05/29/2013) |
| 04/29/2013 | 82 | MOTION FOR AN EXPANSION OF TIME BY PLAINTIFF; Re: for a thirty(30) day expansion of time for PBGC to issue a final determination on or before 5/15/2013 or, granting a total of 30 days extension of time to litigate this matter. Document filed by Ernest Demel.(sc) (Entered: 04/29/2013) |
| 03/28/2013 | 81 | MOTION for Extension of Time. Rule 60(a). Document filed by Ernest Demel.(rdz) (Entered: 03/29/2013) |
| 11/29/2012 | 80 | Letter addressed to Judge George B. Daniels from Ernest Demel dated 11/28/2012 re: I Ernest Demel the plaintiff of this case, most respectfully submit this serious letter to you, for your kind and consideration. I am suffering from an ongoing illness. I am physically and psychologically exhausted and struggling to obtain my pension without legal assistance. I am 73 + years of age and under these circumstances I have to appoint my son as beneficiary in this matter. The time is not on my side, and the future is bleak. Therefor the courts should direct PBGC to include my son's name as my beneficiary to the unpaid pension. (Son: Herbey Ray Demel. Soc: 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) I have been communicating with PBGC and the courts, to find a solution for my Pension benefits matter after the Judgment entered on March 30, 2012. Your Honor's Judgment has been misinterpreted by PBGC. I have sent half dozen of letters including the requested documents to PBGC. Mr. Murrell is having technical problems with Benefits Administration Payment Division; (BAPD) causing a delays. (8 Months) According to the Nortel's Summary Description Plan, and my pension practitioners I am entitled to a monthly Pension= $1733.37 & Unpaid Pension= $244,240.65 I have allowed PBGC seven days to respond to this matter. If they don't answer, the court may impose sanctions. For the sake of Justice this court may deliver the final opinion or determination. Document filed by Ernest Demel.(ago) (Entered: 12/03/2012) |
| 09/24/2012 | 77 | Letter addressed to Judge George B. Daniels, from Ernest Demel, dated 9/24/2012, re: Plaintiff's request for sanctions. Document filed by Ernest Demel.(ja) (Entered: 09/26/2012) |

| 09/18/2012 | 76 | LETTER addressed to Judge George B. Daniels from Ernest Demel dated 9/18/2012 re: Plaintiff requests to release his pro bono attorneys. Document filed by Ernest Demel.(rjm) (Entered: 09/24/2012) |
|---|---|---|
| 09/17/2012 | 75 | Letter addressed to Judge George B. Daniels from Ernest Demel dated 9/15/2012 re: I Ernest Demel the plaintiff of this case, most respectfully submit this letter to you, for your kind deliberation. I live in New York City, age 74, and suffering from an incurable illness. All the defendants in this case failed to full fill their obligations and I am financially exhausted, and I pray for a legal solution for my 28 year old Nortel case. Handing over a part of this case to a bureaucratic agency will be futile. Document filed by Ernest Demel.(ama) (Entered: 09/20/2012) |
| 03/30/2012 | 74 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Decision and Order dated March 30, 2012, plaintiff's motion for summary judgment is granted; plaintiff's motion for leave to amend is denied; and PBGC's motion for summary judgment is denied. (Signed by Clerk of Court Ruby Krajick on 3/30/12) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 03/30/2012) |
| 03/30/2012 | 73 | MEMORANDUM DECISION AND ORDER denying 46 Motion for Summary Judgment; denying 49 Motion to Amend/Correct ; granting 52 Motion for Partial Summary Judgment; denying 62 Motion to Strike. Plaintiff's motion for summary judgment is GRANTED. Plaintiff's motion for leave to amend is DENIED. PBGC's motion for summary judgment is DENIED. (Signed by Judge George B. Daniels on 3/30/2012) (lmb) (Entered: 03/30/2012) |
| 02/24/2012 | 72 | Letter addressed to Judge George B Daniels from Ernest Demel dated 2/15/2012 re: true facts since auto accident. Document filed by Ernest Demel.(cd) (Entered: 02/24/2012) |
| 02/21/2012 | 71 | NOTICE of Letter submitted to Judge Daniels on 9/30/2011. Document filed by Ernest Demel. (King, Jeremy) (Entered: 02/21/2012) |
| 09/30/2011 | 70 | NOTICE of Letter to Judge. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Murrell, Vicente) (Entered: 09/30/2011) |
| 09/20/2011 | 69 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 9/13/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 09/20/2011) |
| 09/20/2011 | 68 | TRANSCRIPT of Proceedings re: Motion held on 9/13/2011 before Judge George B. Daniels. Court Reporter/Transcriber: Thomas Murray, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/14/2011. Redacted Transcript Deadline set for 10/24/2011. Release of Transcript Restriction set for 12/22/2011.(McGuirk, Kelly) (Entered: 09/20/2011) |
| 09/13/2011 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral |

| | | |
|---|---|---|
| | | Argument held on 9/13/2011. Plaintiff and defense counsel present. Court Reporter present. Duration 2 hr. (js) (Entered: 09/28/2011) |
| 08/22/2011 | 67 | DECLARATION of Jeremy M. King in Support. Document filed by Ernest Demel. (Attachments: # 1 Exhibit A - Notice of Electronic Filing, dated 7/12/2011, for Notice of Administrative Record - Supplemental Volume)(King, Jeremy) (Entered: 08/22/2011) |
| 08/22/2011 | 66 | REPLY MEMORANDUM OF LAW in Support *of Motion to Strike the So-called Supplemental Volume to the Administrative Record*. Document filed by Ernest Demel. (King, Jeremy) (Entered: 08/22/2011) |
| 08/12/2011 | 65 | MEMORANDUM OF LAW in Opposition *to Plaintiff's Motion to Strike the Supplemental Volume to the Administrative Record*. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Certificate of Service)(Murrell, Vicente) (Entered: 08/12/2011) |
| 08/09/2011 | 64 | ORDER: that the conference in this matter scheduled for 8/10/2011 at 9:30 a.m. is adjourned to 9/13/2011 at 9:30 a.m. Oral argument on Plaintiff and Defendant's Motions for Summary Judgment as well as Plaintiffs Motion to Amend the Complaint and Plaintiffs Motion to Strike a Supplemental Volume of the Administrative Record will be held at that conference (Conference set for 9/13/2011 at 09:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 8/9/2011) (ft) (Entered: 08/09/2011) |
| 07/29/2011 | 63 | MEMORANDUM OF LAW in Support *of Motion to Strike*. Document filed by Ernest Demel. (King, Jeremy) (Entered: 07/29/2011) |
| 07/29/2011 | 62 | MOTION to Strike Document No. 55 *NOTICE of Administrative Record - Supplemental Volume - Part 1 of 2. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Attachments: # 1 Administrative Record - Supplemental Volume - Part 2 of 2, # 2 Certificate of Service)(Murrell, Vicente) (Entered: 07/12/2011)*. Document filed by Ernest Demel.(King, Jeremy) (Entered: 07/29/2011) |
| 07/29/2011 | 61 | COUNTER STATEMENT TO 54 Rule 56.1 Statement. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Attachments: # 1 Certificate of Service)(Murrell, Vicente) (Entered: 07/29/2011) |
| 07/29/2011 | 60 | MEMORANDUM OF LAW in Opposition re: 52 MOTION for Partial Summary Judgment.. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Attachments: # 1 Certificate of Service)(Murrell, Vicente) (Entered: 07/29/2011) |
| 07/29/2011 | 59 | REPLY MEMORANDUM OF LAW in Support re: 49 MOTION to Amend/Correct *the Complaint*.. Document filed by Ernest Demel. (King, Jeremy) (Entered: 07/29/2011) |
| 07/29/2011 | 58 | COUNTER STATEMENT TO 48 Rule 56.1 Statement. Document filed by Ernest Demel. (King, Jeremy) (Entered: 07/29/2011) |
| 07/29/2011 | 57 | MEMORANDUM OF LAW in Opposition re: 46 MOTION for Summary Judgment *Against Ernest DeMel on his Claim for a Disability Pension*.. Document filed by Ernest Demel. (King, Jeremy) (Entered: 07/29/2011) |
| 07/15/2011 | 56 | MEMORANDUM OF LAW in Opposition re: 49 MOTION to Amend/Correct *the Complaint*.. Document filed by Northern Telecom Inc. |

| | | |
|---|---|---|
| | | Retirement Plan for Employees. (Attachments: # 1 Exhibit 1 - Trusteeship Agreement, # 2 Certificate of Service)(Murrell, Vicente) (Entered: 07/15/2011) |
| 07/12/2011 | 55 | NOTICE of Administrative Record - Supplemental Volume - Part 1 of 2. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Attachments: # 1 Administrative Record - Supplemental Volume - Part 2 of 2, # 2 Certificate of Service)(Murrell, Vicente) (Entered: 07/12/2011) |
| 07/01/2011 | 54 | RULE 56.1 STATEMENT. Document filed by Ernest Demel. (King, Jeremy) (Entered: 07/01/2011) |
| 07/01/2011 | 53 | MEMORANDUM OF LAW in Support re: 52 MOTION for Partial Summary Judgment.. Document filed by Ernest Demel. (King, Jeremy) (Entered: 07/01/2011) |
| 07/01/2011 | 52 | MOTION for Partial Summary Judgment. Document filed by Ernest Demel.(King, Jeremy) (Entered: 07/01/2011) |
| 07/01/2011 | 51 | MEMORANDUM OF LAW in Support re: 49 MOTION to Amend/Correct *the Complaint*.. Document filed by Ernest Demel. (King, Jeremy) (Entered: 07/01/2011) |
| 07/01/2011 | 50 | DECLARATION of Gary S. Stone in Support re: 49 MOTION to Amend/Correct *the Complaint*.. Document filed by Ernest Demel. (King, Jeremy) (Entered: 07/01/2011) |
| 07/01/2011 | 49 | MOTION to Amend/Correct *the Complaint*. Document filed by Ernest Demel.(King, Jeremy) (Entered: 07/01/2011) |
| 07/01/2011 | 48 | RULE 56.1 STATEMENT. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Murrell, Vicente) (Entered: 07/01/2011) |
| 07/01/2011 | 47 | MEMORANDUM OF LAW in Support re: 46 MOTION for Summary Judgment *Against Ernest DeMel on his Claim for a Disability Pension*.. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Murrell, Vicente) (Entered: 07/01/2011) |
| 07/01/2011 | 46 | MOTION for Summary Judgment *Against Ernest DeMel on his Claim for a Disability Pension*. Document filed by Northern Telecom Inc. Retirement Plan for Employees. (Attachments: # 1 Certificate of Service)(Murrell, Vicente) (Entered: 07/01/2011) |
| 05/17/2011 | 45 | SEALED DOCUMENT placed in vault.(nm) (Entered: 05/17/2011) |
| 05/12/2011 | | Transmission to Sealed Records Clerk. Transmitted re: 44 Order, to the Sealed Records Clerk for the sealing or unsealing of document or case. (ab) (Entered: 05/18/2011) |
| 05/12/2011 | 44 | ORDER: This matter having been considered by the court, and it appearing that there is good cause thereof, it is hereby ORDERED that the Pension Benefit Guaranty Corporation is authorized to file the administrative record under seal. (Signed by Judge George B. Daniels on 5/12/2011) (ab) (Entered: 05/12/2011) |
| 04/27/2011 | 43 | ENDORSED LETTER addressed to Judge George B. Daniels from Vicente Matias Murrell dated 4/26/11 re: Status of Case and Proposed deadlines as follow. ENDORSEMENT: So Ordered. The conference is adjourned to 8/10/11 at 9:30am. Administrative record due 5/11/11. Motions for summary |

| | | |
|---|---|---|
| | | judgment due by 7/1/2011. Responses due by 7/29/2011. Conference reset for 8/10/2011 at 09:30 AM before Judge George B. Daniels. (Signed by Judge George B. Daniels on 4/26/11) (cd) (Entered: 04/27/2011) |
| 03/11/2011 | 42 | PRO SE MEMORANDUM dated 3/14/11 re: CHANGE OF ADDRESS for Ernest Demel. New Address: c/o Mr. F. Rodriguez, 280 9th Avenue, Apt. 5F, New York, NY, 10001. (mro) (Entered: 03/17/2011) |
| 12/15/2010 | | Minute Entry for proceedings held before Judge George B. Daniels: Conference held on 12/15/2010. Plaintiff counsel and defense counsel were present. Court reporter was also present. Subsequent Conference set for 4/27/2010 at 09:30 AM before Judge George B. Daniels. (mro) (Entered: 01/03/2011) |
| 12/15/2010 | 41 | ORDER: With Plaintiff's consent, the complaint is dismissed as to Defendants Group Benefits Plan for Employees of Northern Telecom, Inc., dated as of January 1, 1982; Trustees and Administrator of the Group Benefits Plan for Employees of Norther Telecom Inc.; Employee Benefits Committee of Northern Telecom Inc.; former Trustee and Administrator of Northern Telecom, Inc., Retirement Plan for Employees and the Prudential Insurance Company of America. Only Northern Telecom Inc. Retirement Plan for Employees remains as a defendant. The Prudential Insurance Company of America, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees, Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc., Employee Benefits Committee of Northern Telecom, Inc. and Group Benefits Plan for Employees of Northern Telecom, Inc. terminated. (Signed by Judge George B. Daniels on 12/14/2010) (lnl) (Main Document 41 replaced on 12/15/2010) (ad). (Entered: 12/15/2010) |
| 12/13/2010 | 40 | CONSENT MOTION to Dismiss. Document filed by Employee Benefits Committee of Northern Telecom, Inc., Group Benefits Plan for Employees of Northern Telecom, Inc., The Prudential Insurance Company of America, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees, Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc..(Zweig, Stephen) (Entered: 12/13/2010) |
| 12/01/2010 | 39 | ENDORSED LETTER addressed to Judge George B. Daniels from Gary Steven Stone, dated 12/1/2010, re: Counsel for plaintiff writes to ask that the above-captioned matter previously scheduled for conference December 8, be adjourned to December 15, 2010. I have consulted with opposing counsel for both Nortel and PBGC neither of whom object to the proposed date. ENDORSEMENT: SO ORDERED. The conference is adjourned to December 15, 2010 at 9:30 a.m. (Status Conference set for 12/15/2010 at 09:30 AM before Judge George B. Daniels) (Signed by Judge George B. Daniels on 12/1/2010) (lnl) (Entered: 12/02/2010) |
| 10/04/2010 | 38 | TRANSCRIPT of proceedings held on 9/14/2010 before Judge George B. Daniels. (ama) (Entered: 10/04/2010) |
| 09/14/2010 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference held on 9/14/2010, ( Status Conference set for 12/8/2010 at 09:45 AM before Judge George B. Daniels). (pl) (Entered: 09/17/2010) |
| 06/18/2010 | 37 | ENDORSED LETTER addressed to Judge George B. Daniels from Penny C. |

| | | |
|---|---|---|
| | | Wofford dated 6/18/2010 re: Counsel requests an adjournment of the status conference currently scheduled for 6/30/2010 at 9:45 a.m. ENDORSEMENT: The conference is adjourned to September 14, 2010 at 9:45 a.m. (Status Conference set for 9/14/2010 at 09:45 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 6/18/2010) (tro) (Entered: 06/18/2010) |
| 04/28/2010 | 36 | ENDORSED LETTER addressed **to Judge George B. Daniels from Penny C. Wofford** dated 4/27/2010 re: The parties respectfully request that the status conference hearing scheduled for 4/28/2010 at 9:30 a.m. be conducted via telephone either at the previously scheduled time for the hearing or at any other time most convenient for the Court tomorrow. ENDORSEMENT: SO ORDERED. The conference is adjourned to 6/30/2010 at 9:45 a.m. (Signed by Judge George B. Daniels on 4/28/2010) (tve) (Entered: 04/28/2010) |
| 01/14/2010 | | Transmission to Attorney Admissions Clerk. Transmitted re: 35 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jmi) (Entered: 01/14/2010) |
| 01/14/2010 | 35 | ORDER granting 34 Motion for Vicente Matias Murrell to Appear Pro Hac Vice for Ernest Demel. (Signed by Judge George B. Daniels on 1/14/2010) (jmi) (Entered: 01/14/2010) |
| 01/13/2010 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference held on 1/13/2010. Counsel for plaintiff (Gary Stone) and defense counsel (Penny Wofford and Vicente Matias) for defendants present. Court reporter also present. Next Conference set for 4/28/2010 at 09:30 AM before Judge George B. Daniels. (mro) (Entered: 01/13/2010) |
| 01/12/2010 | 34 | MOTION for Vicente Matias Murrell to Appear Pro Hac Vice. Document filed by Ernest Demel.(mbe) (Entered: 01/13/2010) |
| 01/08/2010 | 33 | MEMORANDUM DECISION AND ORDER granting 25 Motion to Remove from Suspense Docket. (Signed by Judge George B. Daniels on 1/8/10) (cd) (Entered: 01/08/2010) |
| 12/16/2009 | 32 | STATUS REPORT. *on Bankrupcy Petition Filed by Nortel* Document filed by Group Benefits Plan for Employees of Northern Telecom, Inc., Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc., Employee Benefits Committee of Northern Telecom, Inc., Northern Telecom Inc. Retirement Plan for Employees, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees.(Zweig, Stephen) (Entered: 12/16/2009) |
| 08/19/2009 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 8/19/2009. Next Conference set for 1/13/2010 at 09:30 AM before Judge George B. Daniels. (mro) (Entered: 09/01/2009) |
| 07/31/2009 | 31 | ORDER, that a pretrial conference will be held on Thursday, August 12, 2009, at 9:45 a.m., to determine whether there should be a further stay of the matter. (Signed by Judge George B. Daniels on 7/24/09) (pl) (Entered: 07/31/2009) |
| 05/28/2009 | 30 | REPLY MEMORANDUM OF LAW in Support re: 25 MOTION to Remove from Suspense Docket.. Document filed by Ernest Demel. (King, Jeremy) (Entered: 05/28/2009) |

| | | |
|---|---|---|
| 05/20/2009 | 29 | ENDORSED LETTER addressed to Judge George B. Daniels from Jeremy King dated 5/19/2009 re: Counsel request an extension of time until May 28, 2009 to submit a reply memorandum of law in further support of plaintiff's Motion To Remove Action from Suspense Docket in accordance with Rule 1.E of Your Honor's Individual Practices. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 5/20/2009) (jfe) (Entered: 05/20/2009) |
| 05/11/2009 | 28 | MEMORANDUM OF LAW in Opposition re: 25 MOTION to Remove from Suspense Docket.. Document filed by Group Benefits Plan for Employees of Northern Telecom, Inc., Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc., Employee Benefits Committee of Northern Telecom, Inc., Northern Telecom Inc. Retirement Plan for Employees, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees. (Attachments: # 1 Exhibit 2007 Annual Report for Benefit Plan)(Zweig, Stephen) (Entered: 05/11/2009) |
| 04/22/2009 | 27 | DECLARATION of Gary Stone in Support re: 25 MOTION to Remove from Suspense Docket.. Document filed by Ernest Demel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(King, Jeremy) (Entered: 04/22/2009) |
| 04/22/2009 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to Remove from Suspense Docket.. Document filed by Ernest Demel. (King, Jeremy) (Entered: 04/22/2009) |
| 04/22/2009 | 25 | MOTION to Remove from Suspense Docket. Document filed by Ernest Demel.(King, Jeremy) (Entered: 04/22/2009) |
| 02/18/2009 | 24 | ORDER: it is hereby ORDERED that the action be transferred to the suspense docket. Counsel for the defendant shall contact the Court within thirty days of a disposition of its bankruptcy petition. So Ordered (Signed by Judge George B. Daniels on 2/17/09) (js) (Entered: 02/18/2009) |
| 02/05/2009 | 23 | SUGGESTION OF BANKRUPTCY upon the record as to Applicability of the Automatic Stay Under 11 U.S.C. Section 362. Document filed by Group Benefits Plan for Employees of Northern Telecom, Inc., Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc., Employee Benefits Committee of Northern Telecom, Inc., Northern Telecom Inc. Retirement Plan for Employees, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees(Zweig, Stephen) (Entered: 02/05/2009) |
| 12/31/2007 | 22 | NOTICE OF CHANGE OF ADDRESS by Gary Steven Stone on behalf of Ernest Demel. New Address: South Brooklyn Legal Services, 105 Court Street 3rd floor, Brooklyn, NY, USA 11201, (646) 442-3316. (Stone, Gary) (Entered: 12/31/2007) |
| 12/06/2007 | 21 | ENDORSED LETTER addressed to Judge George B. Daniels from Jeremy M. King dated 12/5/07 re: Request for an adjournment of the 12/6/07 Pretrial Conference. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 12/6/07) (db) (Entered: 12/06/2007) |
| 11/19/2007 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Status T/C Conference held on 11/19/2007. Settlement conference set for 1/22/02008 at 2:00 pm. (tro) (Entered: 12/05/2007) |

| | | |
|---|---|---|
| 07/25/2007 | | CASHIERS OFFICE REMARK on 20 Order on Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 07/16/2007, Receipt Number 620807. (jd) (Entered: 07/25/2007) |
| 07/20/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 20 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (cd) (Entered: 07/23/2007) |
| 07/20/2007 | 20 | ORDER granting 19 Motion for Penny C. Wofford to Appear Pro Hac Vice for defendants. (Signed by Judge George B. Daniels on 7/20/07) (cd) (Entered: 07/23/2007) |
| 07/16/2007 | 19 | MOTION for Penny C. Wofford to Appear Pro Hac Vice. Document filed by Group Benefits Plan for Employees of Northern Telecom, Inc., Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc., Employee Benefits Committee of Northern Telecom, Inc., Northern Telecom Inc. Retirement Plan for Employees, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees.(jco) (Entered: 07/19/2007) |
| 04/19/2007 | 18 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Debra C. Freeman. (Signed by Judge George B. Daniels on 4/18/07) (db) (Entered: 04/19/2007) |
| 04/12/2007 | | MEMORANDUM TO THE DOCKET CLERK: Conference held and concluded on April 12, 2007 with plaintiff's and defendant's counsel, along with court reporter present. Case referred to Magistrate Judge Freeman for settlement. (djc) (Entered: 04/26/2007) |
| 03/29/2007 | 17 | ANSWER to Complaint. Document filed by Group Benefits Plan for Employees of Northern Telecom, Inc., Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc., Employee Benefits Committee of Northern Telecom, Inc., Northern Telecom Inc. Retirement Plan for Employees, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees.(Zweig, Stephen) (Entered: 03/29/2007) |
| 03/29/2007 | 16 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Nortel Networks Corporation and Nortel Networks Limited as Corporate Parent. Document filed by Group Benefits Plan for Employees of Northern Telecom, Inc..(Goldstein, Jeffrey) (Entered: 03/29/2007) |
| 03/16/2007 | | Set Answer Due Date purs. to 15 Stipulation and Order as to Group Benefits Plan for Employees of Northern Telecom, Inc. answer due on 3/29/2007; Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc. answer due on 3/29/2007; Employee Benefits Committee of Northern Telecom, Inc. answer due on 3/29/2007; Northern Telecom Inc. Retirement Plan for Employees answer due on 3/29/2007; Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees answer due on 3/29/2007. (pl) (Entered: 03/19/2007) |
| 03/16/2007 | 15 | STIPULATION AND ORDER; that an extension of time in which the Northern Telecom Entities may answer, move or otherwise response to the complaint has been granted from 3/15/07 to and through 3/29/07. (Signed by Judge George B. Daniels on 3/16/07) (pl) (Entered: 03/19/2007) |

| | | |
|---|---|---|
| 03/14/2007 | 14 | NOTICE of stipulation additional time to answer. Document filed by Ernest Demel. (Stone, Gary) (Entered: 03/14/2007) |
| 03/01/2007 | 13 | ENDORSED LETTER addressed to Judge Daniels from Jeffrey Goldstein dated 2/28/07 re defts request that the initial ptc set for 3/8/07 be adjourned to 4/12/07: so ordered. (Signed by Judge George B. Daniels on 3/1/07) (cd) (Entered: 03/02/2007) |
| 02/27/2007 | 12 | AFFIDAVIT OF SERVICE. Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees served on 1/29/2007, answer due 3/15/2007. Service was accepted by Paul Nelson. Document filed by Ernest Demel. (Saed, Shirley) (Entered: 02/27/2007) |
| 02/27/2007 | 11 | AFFIDAVIT OF SERVICE. The Prudential Insurance Company of America served on 1/16/2007, answer due 2/5/2007. Service was accepted by Valerie Kusman. Document filed by Ernest Demel. (Saed, Shirley) (Entered: 02/27/2007) |
| 02/27/2007 | 10 | AFFIDAVIT OF SERVICE. Northern Telecom Inc. Retirement Plan for Employees served on 1/29/2007, answer due 3/15/2007. Service was accepted by Paul Nelson. Document filed by Ernest Demel. (Saed, Shirley) (Entered: 02/27/2007) |
| 02/27/2007 | 9 | AFFIDAVIT OF SERVICE. Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc. served on 1/17/2007, answer due 3/15/2007. Service was accepted by David Stallings. Document filed by Ernest Demel. (Saed, Shirley) (Entered: 02/27/2007) |
| 02/27/2007 | 8 | AFFIDAVIT OF SERVICE. Group Benefits Plan for Employees of Northern Telecom, Inc. served on 2/7/2007, answer due 3/15/2007. Service was made by mail. Document filed by Ernest Demel. (Saed, Shirley) (Entered: 02/27/2007) |
| 02/27/2007 | 7 | AFFIDAVIT OF SERVICE. Employee Benefits Committee of Northern Telecom, Inc. served on 2/7/2007, answer due 3/15/2007. Service was made by Mail. Document filed by Ernest Demel. (Saed, Shirley) (Entered: 02/27/2007) |
| 02/13/2007 | | Set Answer Due Date purs. to 6 Stipulation and Order, as to Group Benefits Plan for Employees of Northern Telecom, Inc. answer due on 3/15/2007; Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc. answer due on 3/15/2007; Employee Benefits Committee of Northern Telecom, Inc. answer due on 3/15/2007; Northern Telecom Inc. Retirement Plan for Employees answer due on 3/15/2007; Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees answer due on 3/15/2007. (dle) (Entered: 02/14/2007) |
| 02/13/2007 | 6 | STIPULATION AND ORDER that an extension of time in which the Northern Telecom Entities may answer, move or otherwise respond to the complaint has been granted; such response is now due on or before 3/15/07. (Signed by Judge George B. Daniels on 2/13/07) (dle) (Entered: 02/14/2007) |
| 01/29/2007 | 5 | EXHIBITS filed in support of complaint. Document filed by Ernest Demel.(ae) (Entered: 01/31/2007) |
| 01/18/2007 | 4 | ENDORSED LETTER addressed to Judge Daniels from Jeremy King dated 1/17/07 re: counsel writes to clarify his request by letter dated January 12, |

| | | |
|---|---|---|
| | | 2007. At the behest of the electronic filing clerk, counsel seeks permission to have the exhibits attached to the above referenced complaint kept in paper form by the clerk rather than having those exhibits loaded on to the ECF system. So Ordered. (Signed by Judge George B. Daniels on 1/18/07) (djc) (Entered: 01/19/2007) |
| 01/16/2007 | 3 | ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE: Initial Conference set for 3/8/2007 09:30 AM before Judge George B. Daniels. (Signed by Judge George B. Daniels on 1/12/07) (dle) (Entered: 01/16/2007) |
| 01/10/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Ernest Demel.(es, ) (tro). (Entered: 01/11/2007) |
| 01/10/2007 | | Case Designated ECF. (es, ) (Entered: 01/11/2007) |
| 01/10/2007 | | Magistrate Judge Debra C. Freeman is so designated. (es, ) (Entered: 01/11/2007) |
| 01/10/2007 | | SUMMONS ISSUED as to Group Benefits Plan for Employees of Northern Telecom, Inc., Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc., Employee Benefits Committee of Northern Telecom, Inc., Northern Telecom Inc. Retirement Plan for Employees, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees, The Prudential Insurance Company of America. (es, ) (Entered: 01/11/2007) |
| 01/10/2007 | 1 | COMPLAINT against Group Benefits Plan for Employees of Northern Telecom, Inc., Trustees and Administrator of the Group Benefits Plan for Employees of Northern Telecom, Inc., Employee Benefits Committee of Northern Telecom, Inc., Northern Telecom Inc. Retirement Plan for Employees, Trustees and Administrator of Northern Telecom, Inc. Retirement Plan for Employees, The Prudential Insurance Company of America. (Filing Fee $ 350.00, Receipt Number 602067)Document filed by Ernest Demel.(es, ) Additional attachment(s) added on 1/19/2007 (Becerra, Maribel). (Additional attachment(s) added on 6/3/2011: # 1 Complanit Part 2) (jab). (Entered: 01/11/2007) |

**1:07-cv-00189-GBD** Demel v. Group Benefits Plan for Employees of Northern Telecom, Inc. et al

Honorable George B. Daniels,

**Date filed:** 01/10/2007,  **Date terminated:** 03/30/2012,  **Date of last filing:** 04/21/2014

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Nortel Networks, Inc. et al
Debtors.
Vs.

Chapter 11
No. 09-10138 (KG)
Jointly Administered

CERTIFICATE OF SERVICE

FILED
SEP -8 AM 9: 47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ernest Demel

Creditor.

---

# **CERTIFICATE OF SERVICE**

I ERNEST DEMEL, over 18 years of age hereby certify that a set of copies of the foregoing documents, were served on the following parties by USPS Priority mail on. 09/03/1

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**
824 Market Street Fl. 6, Court Room # 3
Wilmington, Delaware 19801

TO: CLEARY GOTTLIEB STEEN & HAMILTON LLP
Louis Lipner Esq.
One Liberty Plaza
New York, New York 10006

Creditors' Committee
Akin Gump Strauss Hauer & Feld LLP
Fred S .Hodara Esq. One Bryant Park
New York  NY 10036

Mark Kenney, Esq
OFFICE OF US TRUSTEE
844. King Street, Suite 2207 Lockbox 35
Wilmington, Delaware 19801

Mark Collins, Esq
OFFICE OF US TRUSTEE
One Rodney Square, 920 N King Street
Wilmington, Delaware 19801

Rafael X Zahralddin
1105 Market Street Suite 1700
Wilmington, Delaware 19801