# Exhibit A

NORTEL EXHIBIT A - TIME DETAILS PERIOD AUGUST 1, 2014 THROUGH AUGUST 31, 2014

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 8/6/2014 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary. | 0.5 | 535 | $ 267.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 8/13/2014 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary. | 0.5 | 535 | $ 267.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 8/20/2014 | Weekly employee claims meeting with R. Eckenrod and L. Lipner of Cleary. | 0.5 | 535 | $ 267.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/6/2014 | Prepared and updated June monthly fee application documents for review by Huron managing director | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/7/2014 | Prepared and updated July monthly fee application documents for review by Huron managing director | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/20/2014 | Prepared quarterly fee application documents and exhibits for filing with the court. | 2.3 | 535 | $ 1,230.50 |
| 6 | Retention and Fee Applications | James Lukenda | 8/6/2014 | Nortel - review and sign-off on June fee application | 0.4 | 725 | $ 290.00 |
| 6 | Retention and Fee Applications | James Lukenda | 8/7/2014 | Nortel - review and sign-off July fee application | 0.3 | 725 | $ 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/1/2014 | Reviewed and updated various employee claims analyses. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/1/2014 | Analyzed various employee claims and documented notes. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/1/2014 | Reviewed and updated underlying employee claims analysis. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/4/2014 | Updated employee claims analysis and documented notes regarding the same. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/4/2014 | Updated employee claims analysis based on comments from Cleary. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/4/2014 | Investigated certain employee claim items per request from Cleary. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/5/2014 | Analyzed employee claims analyses and documented notes. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/5/2014 | Updated employee claims analysis based on revised Nortel notes. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/5/2014 | Reviewed and updated employee claims analysis. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/6/2014 | Updated employee claims analysis based on Nortel position. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/7/2014 | Reviewed employee claim communication documents | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/8/2014 | Updated employee claims analyses based on claims review. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/8/2014 | Analyzed various employee claims and documented notes. | 2.3 | 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/8/2014 | Reviewed and updated employee claims analysis. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/11/2014 | Updated employee claim notes based on comments from Cleary. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/11/2014 | Updated employee claims analyses based on communication documents. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/11/2014 | Reviewed employee claim communication documents report. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/12/2014 | Reviewed and updated employee claims analysis. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/12/2014 | Investigated various employee claim issues per request from Cleary. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/12/2014 | Analyzed various employee claims and documented notes. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/13/2014 | Reviewed employee claim communication documents | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/13/2014 | Updated employee claims analyses based on communication documents. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2014 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2014 | Updated employee claims analyses and reconciled against claims database. | 1.5 | 535 | $ 802.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2014 | Investigated various employee claim issues per request from Cleary. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/15/2014 | Updated employee claims communication documents analysis. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/15/2014 | Reviewed and updated employee claim communication documents analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/15/2014 | Updated employee claim communication document notice. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/18/2014 | Reconciled employee claims analysis against claims database | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/18/2014 | Reviewed and updated employee claim communication analysis. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/18/2014 | Reviewed and updated notes regarding employee claims analyses. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/19/2014 | Reviewed and updated employee claims analyses and documented notes. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/19/2014 | Reconciled employee claims analysis against communication documents. | 0.9 | 535 | $ 481.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/19/2014 | Updated analysis based on returned employee communication documents. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/20/2014 | Reviewed report of employee claim communications provided by A. Tsai of Epiq. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/21/2014 | Updated employee claims analysis based on revised Nortel notes. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/21/2014 | Reviewed and updated employee claims analysis. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/21/2014 | Reviewed and updated various employee claims analyses. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/22/2014 | Reviewed and updated underlying employee claims analysis. | 1.3 | 535 | $ 695.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/22/2014 | Updated employee claims analysis based on comments from Cleary. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/22/2014 | Investigated certain employee claim items per request from Cleary. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/25/2014 | Reviewed and updated employee claims analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/25/2014 | Investigated various employee claim issues per request from Cleary. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/25/2014 | Analyzed employee claims analyses and documented notes. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/26/2014 | Updated employee claims analysis based on Nortel position. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/26/2014 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/26/2014 | Reviewed employee claim communication documents report. | 1.1 | 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/27/2014 | Updated employee claims analyses based on claims review. | 1.4 | 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/27/2014 | Analyzed various employee claims and documented notes. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/27/2014 | Reviewed and updated employee claims analysis. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/28/2014 | Reconciled employee claims analysis against claims database | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/28/2014 | Reviewed and updated employee claim communication analysis. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/28/2014 | Updated employee claim notes based on comments from Cleary. | 1.2 | 535 | $ 642.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/29/2014 | Updated employee claims analyses and reconciled against claims database. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/29/2014 | Reviewed and updated notes regarding employee claims analyses. | 1.0 | 535 | $ 535.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/29/2014 | Investigated various employee claim issues per request from Cleary. | 1.3 | 535 | $ 695.50 |