UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138   BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order (with Revisions by Judge Kevin Gross) Denying Motion of Mr. Ernest Demel for Entry of an Order Approving Certain Amendments to Claim Stipulation

**Docket #:** 14233   **Date Entered:** 8/19/14

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 14267 | Date Filed: 8/25/14 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Ernest Demel
530 West, 55th Street
Apt 13K
New York, NY 10019

**Appellee/Cross Appellee**

Nortel Networks

**Counsel for Appellant/Cross Appellant:**

Pro Se

**Counsel for Appellee/Cross Appellee:**

Derek Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ● | No ○ |
| **IFP application filed by applicant?** | Yes ○ | No ● |
| **Have additional appeals of the same order been filed?** | Yes ○ | No ● |
| ***If Yes, has District Court assigned a Civil Action Number?**<br>Civil Action Number: 14-CV-01215-UNA | Yes ● | No ○ |
| **Record on Appeal** | Yes ○ | No ● |

*(continued on next page)*

**Notes:**  Appellee Designations Filed After Transmittal

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 9/24/14         **by:** Sara Hughes
                                **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  14-32