# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Related to D.I. 14233 and D.I. 14267** |

## APPELLEES' COUNTERDESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby submit, by their undersigned counsel, Appellees' Counterdesignation of Record on Appeal and Statement of Issues to be Presented on Appeal (the "Counterdesignation") in response to the Statement of Issues on the Appeal, filed by Mr. Ernest Demel, dated September 8, 2014 [D.I. 14372] ("Appellant's Designation"), filed in connection with the Notice of Appeal from the Order Denying Motion of Mr. Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation [D.I. 14233] (the "Order"), filed by Mr. Ernest Demel on August 25, 2014 [D.I. 14267].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

I.  **Counterdesignation of Record on Appeal[2]**

Pursuant to Bankruptcy Rule 8006, the Debtors hereby submit the following counterdesignations to the record on appeal of the Order:

| Date | Docket No.[3] | Item |
|---|---|---|
| 1/18/13 | 9304 | Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief |
| 5/01/13 | 10406 | Order (A) Approving the Settlement Agreement on a Final Basis, (B) Certifying a Class for Settlement Purposes Only on a Final Basis, (C) Authorizing the Debtors to Terminate the LTD Plans, and (D) Granting Related Relief |
| 8/19/14 | 14246 | Transcript of Proceedings, Case No. 09-10138 (KG) (Jointly Administered), on August 19th, 2014 |

II.  **Appellee's Statement of Issues to be Presented on Appeal[4]**

The following issue is the sole issue to be presented on appeal:

1.  Whether the Bankruptcy Court abused its discretion in denying Mr. Demel's Motion to obtain certain amendments to the Stipulation for the reasons set forth in the Transcript of Proceedings on August 19th, 2014 [D.I. 14246] and the Order.

---

[2] The following designations include all documents, exhibits, attachments, and supplements to the item designated, whether filed publicly or under seal.

[3] All D.I. entries within this chart refer to the docket of the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 (KG).

[4] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 For Entry of an Order Approving Certain Amendments to Claim Stipulation [D.I. 13960].

### **RESERVATION OF RIGHTS**

The Debtors reserve the right: (i) to supplement, amend, or modify the Counterdesignation as appropriate; (ii) to move to strike items designated by any party with respect to this matter that may be inappropriate; and (iii) to defend the propriety of items set forth in the Counterdesignation.

Dated: September 23, 2014  
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
1201 North Market Street, 18th Floor  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*