IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Related to D.I. 14233 and D.I. 14267** |

---

### INDEX OF APPELLANT'S DESIGNATION AND APPELLEE'S COUNTERDESIGNATION OF RECORD ON APPEAL

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), pursuant to Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Code for the District of Delaware, hereby submit, by their undersigned counsel, the Index of Appellant's Designation and Appellee's Counterdesignation of Record on Appeal (the "Index") in conjunction with Appellees' Counterdesignation of Record on Appeal and Statement of Issues on the Appeal, dated September 23, 2014.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

[2] All designations identified in this Index include all documents, exhibits, attachments, and supplements to the item designated, whether filed publicly or under seal. All D.I. entries within the below charts refer to the docket of the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 (KG).

**I.    Index of Appellant's Designation of Record on Appeal**

| Date | Docket No. | Item |
|---|---|---|
| 09/29/2009 | Not Applicable | Proof of Claim filed by Mr. Ernest Demel, Claim Number 4643 against Nortel Networks Inc., Case No. 09-10138 |
| 05/25/2010 | 3064 | Debtors' Objection to Proof of Claim No. 643 Filed by Ernest Demel |
| 05/25/2010 | 3065 | Declaration of Ebunoluwa Taiwo in Support of Debtors' Objection to Proof of Claim No. 643 Filed by Ernest Demel |
| 05/25/2010 | 3067 | Notice of Withdrawal of Debtors' Objection to Proof of Claim No. 643 Filed by Ernest Demel |
| 05/25/2010 | 3068 | Debtors' Objection to Proof of Claim No. 4643 Filed by Ernest Demel |
| 05/25/2010 | 3069 | Declaration of Ebunoluwa Taiwo in Support of Debtors' Objection to Proof of Claim No. 4643 Filed by Ernest Demel |
| 07/09/2010 | 3501 | Declaration in Opposition to Objection Claim |
| 09/23/2010 | 4010 | Debtors' Motion Pursuant to Bankruptcy Rule 9019 For Entry of an Order Approving the Stipulation Resolving Claim No. 4643 Filed by Ernest Demel |
| 10/14/2010 | 4160 | Order Approving the Stipulation Resolving Claim No. 4643 Filed By Ernest Demel |
| 10/14/2010 | 4168 | Notice of Service Re: Order Approving Stipulation Resolving Claim By Ernest Demel and Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims |
| 07/31/2012 | 8075 | Request to Withdraw as Counsel filed by Ernest Demel |
| 09/20/2012 | 8578 | Letter Regarding Long Term Disability Benefits filed by Ernest Demel |

| | | |
|---|---|---|
| 02/06/2013 | 9381 | Response Debtors Motion to (I) (A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures and (D) Scheduling a Fairness Hearing and (II) (A) Finally Approve the Settlement Agreement (B) Finally Certify a Class (C) Authorize the Debtors to Terminate the LTD Plans and (D) Grant Related Relief |
| 02/07/2013 | 9382 | Declaration of Ernest Demel in Support of Daniel D. David's Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures and (D) Schedule a Fairness Hearing and (II)(A) Finally Approve the Settlement Agreement (B) Finally Certify a Class (C) Authorize the Debtors to Terminate the LTD Plans and (D) Grant Related Relief |
| 09/05/2013 | 11542 | Motion to Amend and Clarify Rule 59 and 60 filed by Ernest Demel |
| 01/07/2014 | 12787 | Motion of Ernest Demel for an Order Permitting the Withdrawal of His Counsel |
| 01/07/2014 | 12789 | Declaration of Gary Stone Re: Motion of Ernest Demel for an Order Permitting the Withdrawal of his Counsel |
| 01/30/2014 | 12908 | Certification of No Objection Regarding Docket No. 12787 Filed by Ernest Demel |
| 02/03/2014 | 12936 | Order Permitting the Withdrawal of Creditor Ernest Demel's Counsel |
| 06/18/2014 | 13875 | Second Motion to Amend Stipulation ID 4010 to the Claim No. 4643 filed by Ernest Demel |
| 07/07/2014 | 13960 | Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation |
| 07/07/2014 | 13961 | Declaration of Ann C. Cordo in Support of Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation |

| Date | Docket No. | Item |
|---|---|---|
| 07/07/2014 | 13962 | Notice of Hearing on Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation |
| 07/11/2014 | 14012 | Joinder of the Long Term Disabled VEBA Trust for Former Nortel Employees to Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation |
| 08/15/2014 | 14223 | Response to the Debtors' Objection to Motion of Ernest Demel Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Certain Amendments to Claim Stipulation |
| 08/19/2014 | 14233 | Order (with Revisions by Judge Kevin Gross) Denying Motion of Mr. Ernest Demel for Entry of an Order Approving Certain Amendments to Claim Stipulation |
| 08/25/2014 | 14267 | Notice of Appeal filed by Ernest Demel |

## II.   Index of Appellee's Counterdesignation of Record on Appeal

| Date | Docket No. | Item |
|---|---|---|
| 1/18/13 | 9304 | Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief |
| 5/01/13 | 10406 | Order (A) Approving the Settlement Agreement on a Final Basis, (B) Certifying a Class for Settlement Purposes Only on a Final Basis, (C) Authorizing the Debtors to Terminate the LTD Plans, and (D) Granting Related Relief |
| 8/19/14 | 14246 | Transcript of Proceedings, Case No. 09-10138 (KG) (Jointly Administered), on August 19th, 2014 |

Dated: September 23, 2014
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

   - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*