IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NORTEL NETWORKS, INC., *et al.,*

Debtors.

Chapter 11

Case Nos. 09-10138 (KG), *et seq.*
(Jointly Administered)

## NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

TO:   The Clerk of Court:

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Kevin M. Capuzzi, Esq. hereby withdraws his appearance and Joanne P. Pinckney, Esq. hereby enters her appearance as counsel to Solus Alternative Asset Management LP ("Solus") and Macquarie Capital (USA) Inc. ("Macquarie") in the above-captioned case. Kevin M. Capuzzi, Esq. further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove him from the electronic and paper noticing matrix for the above-captioned case. Quinn, Emanuel, Urquhart & Sullivan LLP will continue to represent Solus and Macquarie as co-counsel with Pinckney, Weidinger, Urban & Joyce LLC in the above-captioned case.

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (No. 5462)
Pinckney, Weidinger, Urban & Joyce LLC
1220 N. Market St., Suite 950
Wilmington, Delaware 19801
Telephone: (302) 504-1497
Facsimile: (302) 655-5213

*/s/ Joanne P. Pinckney*
Joanne P. Pinckney (No. 3344)
Pinckney, Weidinger, Urban & Joyce LLC
1220 N. Market St., Suite 950
Wilmington, Delaware 19801
Telephone: (302) 504-1497
Facsimile: (302) 655-5213

Dated:  September 24, 2014