# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2014 through August 31, 2014

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Transcripts | | $507.25 |
| Photos/Art/ Spec Duplicating | Out of Office | 2,010.01 |
| Meals | | 91.70 |
| Messenger Services | | 105.00 |
| Courier/Delivery Service | | 63.09 |
| Computer Research | Westlaw | 2.70 |
| In-House Duplicating | | 981.30 |
| Postage | | 48.66 |
| Pacer | | 79.70 |
| Conference Calls | | 436.15 |
| E-Discovery | | 225.00 |
| **Total of Expenses** | | **$4,550.56** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1178178 | 08/08/14 | B | 381.15 | Transcripts - DIAZ DATA SERVICES TRANSCRIPT - CASE #09-10138 - 8/8/14 | 506 | 904 | 203526 |
| 1182779 | 08/19/14 | B | 126.10 | Transcripts - DIAZ DATA SERVICES - TRANSCRIPT OF 8/19/14 PROCEEDINGS | 506 | 684 | 203751 |
| 1179866 | 08/04/14 | B | 711.94 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, POSTAGE, HAND DELIVERIES - 8/4/14 | 510 | 684 | 203558 |
| 1179864 | 08/08/14 | B | 252.25 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY MEDIUM LITIGATION B\W, TABS 8/8/14 | 510 - | 684 | 203556 |
| 1179863 | 08/08/14 | B | 387.77 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY MEDIUM LITIGATION B\W, COPY COLOR, TABS, GENERAL LABOR - 8/8/14 | 510 | 684 | 203555 |
| 1189074 | 08/29/14 | B | 588.82 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPE, HAND DELIVERIES, POSTAGE - 8/29/14 | 510 | 684 | 203922 |
| 1189073 | 08/31/14 | B | 69.23 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - COPY/PRINT, ENVELOPES, HAND DELIVERIES, POSTAGE - 8/31/14 | 510 | 684 | 203921 |
| 1182304 | 07/25/14 | B | 84.00 | Meals - AMERICAN EXPRESS - LUNCH FOR 6 PEOPLE - 7/25/14 | 512 | 322 | 203688 |
| 1182789 | 08/05/14 | B | 7.70 | Meals - Derek Abbott - REIMBURSEMENT OF WORKING DINNER - 8/5/14 | 512 | 826 | 203765 |
| 1183637 | 07/31/14 | B | 3.00 | Messenger Service - 7/31/14 | 513S | 000 | |
| 1183653 | 07/31/14 | B | 9.00 | Messenger Service - 7/31/14 | 513S | 000 | |
| 1183638 | 08/01/14 | B | 3.00 | Messenger Service - 8/1/14 | 513S | 000 | |
| 1183684 | 08/06/14 | B | 3.00 | Messenger Service - 8/6/14 | 513S | 000 | |
| 1183685 | 08/06/14 | B | 3.00 | Messenger Service - 8/6/14 | 513S | 000 | |
| 1183688 | 08/06/14 | B | 3.00 | Messenger Service - 8/6/14 | 513S | 000 | |
| 1183700 | 08/07/14 | B | 6.00 | Messenger Service - 8/7/14 | 513S | 000 | |
| 1183703 | 08/08/14 | B | 3.00 | Messenger Service - 8/8/14 | 513S | 000 | |
| 1183708 | 08/08/14 | B | 3.00 | Messenger Service - 8/8/14 | 513S | 000 | |
| 1183747 | 08/13/14 | B | 3.00 | Messenger Service - 8/13/14 | 513S | 000 | |
| 1183748 | 08/13/14 | B | 3.00 | Messenger Service - 8/13/14 | 513S | 000 | |
| 1183752 | 08/13/14 | B | 3.00 | Messenger Service - 8/13/14 | 513S | 000 | |
| 1183758 | 08/13/14 | B | 3.00 | Messenger Service - 8/13/14 | 513S | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 09/24/14 10:51:31

PRO FORMA  358936   AS OF 08/31/14

INVOICE#  ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1183760 | 08/13/14 | B | 6.00 | Messenger Service - 8/13/14 | 513S | 000 | |
| 1183782 | 08/14/14 | B | 3.00 | Messenger Service - 8/14/14 | 513S | 000 | |
| 1183407 | 08/21/14 | B | 3.00 | Messenger Service - 8/21/14 | 513S | 000 | |
| 1183526 | 08/25/14 | B | 6.00 | Messenger Service - 8/25/14 | 513S | 000 | |
| 1183545 | 08/27/14 | B | 9.00 | Messenger Service - 8/27/14 | 513S | 000 | |
| 1183547 | 08/27/14 | B | 3.00 | Messenger Service - 8/27/14 | 513S | 000 | |
| 1183575 | 08/28/14 | B | 6.00 | Messenger Service - 8/28/14 | 513S | 000 | |
| 1183585 | 08/28/14 | B | 3.00 | Messenger Service - 8/28/14 | 513S | 000 | |
| 1183586 | 08/28/14 | B | 3.00 | Messenger Service - 8/28/14 | 513S | 000 | |
| 1183588 | 08/29/14 | B | 6.00 | Messenger Service - 8/29/14 | 513S | 000 | |
| 1183601 | 08/29/14 | B | 6.00 | Messenger Service - 8/29/14 | 513S | 000 | |
| 1183603 | 08/29/14 | B | 3.00 | Messenger Service - 8/29/14 | 513S | 000 | |
| 1176559 | 08/01/14 | B | 30.39 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 203476 |
| 1182685 | 08/15/14 | B | 18.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 8/15/14 | 514 | 000 | 203695 |
| 1182697 | 08/20/14 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 8/20/14 | 514 | 000 | 203697 |
| 1189213 | 08/29/14 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC - 8/29/14 | 514 | 000 | 203975 |
| 1183141 | 08/25/14 | B | 2.70 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1175558 | 08/06/14 | B | 20.70 | In-House Duplicating | 519 | 684 | |
| 1178218 | 08/13/14 | B | 0.40 | In-House Duplicating | 519 | 626 | |
| 1181470 | 08/20/14 | B | 3.60 | In-House Duplicating | 519 | 605 | |
| 1183857 | 08/25/14 | B | 28.00 | In-House Duplicating | 519 | 605 | |
| 1183859 | 08/26/14 | B | 8.80 | In-House Duplicating | 519 | 605 | |
| 1184159 | 08/26/14 | B | 19.80 | In-House Duplicating | 519 | 605 | |
| 1183858 | 08/26/14 | B | 147.40 | In-House Duplicating | 519 | 670 | |
| 1184572 | 08/28/14 | B | 20.70 | In-House Duplicating | 519 | 605 | |
| 1184883 | 08/28/14 | B | 12.80 | In-House Duplicating | 519 | 605 | |
| 1189007 | 08/05/14 | B | 4.20 | Postage - 8/5/14 | 520 | 000 | |
| 1189012 | 08/11/14 | B | 2.80 | Postage - 8/11/14 | 520 | 000 | |
| 1189013 | 08/11/14 | B | 2.06 | Postage - 8/11/14 | 520 | 000 | |
| 1189034 | 08/17/14 | B | 6.09 | Postage - 8/17/14 | 520 | 000 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1189039 | 08/17/14 | B | 9.03 | Postage - 8/17/14 | 520 | 000 | |
| 1189043 | 08/17/14 | B | 4.83 | Postage - 8/17/14 | 520 | 000 | |
| 1189046 | 08/29/14 | B | 16.08 | Postage - 8/29/14 | 520 | 000 | |
| 1189050 | 08/29/14 | B | 3.57 | Postage - 8/29/14 | 520 | 000 | |
| 1183009 | 07/31/14 | B | 79.70 | Pacer charges for the month of July | 529 | 000 | |
| 1174767 | 08/01/14 | B | 1.05 | In-House Printing - black & white Call time: 14:42; to | 541 | 904 | |
| 1174971 | 08/04/14 | B | 1.10 | In-House Printing - black & white Call time: 13:13; to | 541 | 322 | |
| 1174972 | 08/04/14 | B | 2.15 | In-House Printing - black & white Call time: 13:10; to | 541 | 322 | |
| 1175208 | 08/05/14 | B | 2.05 | In-House Printing - black & white Call time: 10:22; to | 541 | 322 | |
| 1175209 | 08/05/14 | B | 1.05 | In-House Printing - black & white Call time: 10:21; to | 541 | 322 | |
| 1175210 | 08/05/14 | B | 1.60 | In-House Printing - black & white Call time: 11:39; to | 541 | 221 | |
| 1175211 | 08/05/14 | B | 0.55 | In-House Printing - black & white Call time: 11:39; to | 541 | 221 | |
| 1175212 | 08/05/14 | B | 3.15 | In-House Printing - black & white Call time: 15:43; to | 541 | 637 | |
| 1175213 | 08/05/14 | B | 7.30 | In-House Printing - black & white Call time: 15:41; to | 541 | 637 | |
| 1175214 | 08/05/14 | B | 3.25 | In-House Printing - black & white Call time: 15:41; to | 541 | 637 | |
| 1175215 | 08/05/14 | B | 6.60 | In-House Printing - black & white Call time: 15:39; to | 541 | 637 | |
| 1175216 | 08/05/14 | B | 0.80 | In-House Printing - black & white Call time: 15:39; to | 541 | 637 | |
| 1175561 | 08/06/14 | B | 1.55 | In-House Printing - black & white Call time: 12:01; to | 541 | 322 | |
| 1175559 | 08/06/14 | B | 0.95 | In-House Printing - black & white Call time: 11:40; to | 541 | 684 | |
| 1175560 | 08/06/14 | B | 0.25 | In-House Printing - black & white Call time: 11:40; to | 541 | 684 | |
| 1175562 | 08/06/14 | B | 3.55 | In-House Printing - black & white Call time: 12:04; to | 541 | 684 | |
| 1175563 | 08/06/14 | B | 1.45 | In-House Printing - black & white Call time: 12:03; to | 541 | 684 | |
| 1175564 | 08/06/14 | B | 0.05 | In-House Printing - black & white Call time: 12:03; to | 541 | 684 | |
| 1175565 | 08/06/14 | B | 5.25 | In-House Printing - black & white Call time: 11:50; to | 541 | 684 | |
| 1175566 | 08/06/14 | B | 1.50 | In-House Printing - black & white Call time: 11:50; to | 541 | 684 | |
| 1175924 | 08/08/14 | B | 12.70 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1175925 | 08/08/14 | B | 1.00 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |
| 1175926 | 08/08/14 | B | 1.40 | In-House Printing - black & white Call time: 08:58; to | 541 | 684 | |
| 1175927 | 08/08/14 | B | 0.10 | In-House Printing - black & white Call time: 08:58; to | 541 | 684 | |
| 1175917 | 08/08/14 | B | 2.95 | In-House Printing - black & white Call time: 10:31; to | 541 | 322 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PROFORMA 358936 | AS OF 08/31/14 | INVOICE# ****** |
| DATE: 09/24/14 10:51:31 | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1175918 | 08/08/14 | B | 0.55 | In-House Printing - black & white Call time: 10:31; to | 541 | 322 | |
| 1175922 | 08/08/14 | B | 2.05 | In-House Printing - black & white Call time: 10:14; to | 541 | 322 | |
| 1175923 | 08/08/14 | B | 0.35 | In-House Printing - black & white Call time: 10:14; to | 541 | 322 | |
| 1175919 | 08/08/14 | B | 27.70 | In-House Printing - black & white Call time: 10:49; to | 541 | 603 | |
| 1175929 | 08/08/14 | B | 2.05 | In-House Printing - black & white Call time: 10:00; to | 541 | 454 | |
| 1175930 | 08/08/14 | B | 6.70 | In-House Printing - black & white Call time: 10:00; to | 541 | 454 | |
| 1175931 | 08/08/14 | B | 2.05 | In-House Printing - black & white Call time: 09:58; to | 541 | 454 | |
| 1175932 | 08/08/14 | B | 6.70 | In-House Printing - black & white Call time: 09:58; to | 541 | 454 | |
| 1175920 | 08/08/14 | B | 44.25 | In-House Printing - black & white Call time: 10:43; to | 541 | 670 | |
| 1175921 | 08/08/14 | B | 26.25 | In-House Printing - black & white Call time: 10:42; to | 541 | 670 | |
| 1175928 | 08/08/14 | B | 2.10 | In-House Printing - black & white Call time: 09:06; to | 541 | 684 | |
| 1178219 | 08/12/14 | B | 4.60 | In-House Printing - black & white Call time: 22:25; to | 541 | 605 | |
| 1178220 | 08/12/14 | B | 0.40 | In-House Printing - black & white Call time: 22:25; to | 541 | 605 | |
| 1178224 | 08/13/14 | B | 1.10 | In-House Printing - black & white Call time: 12:08; to | 541 | 546 | |
| 1178225 | 08/13/14 | B | 1.15 | In-House Printing - black & white Call time: 12:07; to | 541 | 546 | |
| 1178221 | 08/13/14 | B | 3.90 | In-House Printing - black & white Call time: 10:00; to | 541 | 684 | |
| 1178222 | 08/13/14 | B | 1.55 | In-House Printing - black & white Call time: 10:11; to | 541 | 684 | |
| 1178223 | 08/13/14 | B | 1.30 | In-House Printing - black & white Call time: 10:09; to | 541 | 684 | |
| 1178619 | 08/14/14 | B | 1.55 | In-House Printing - black & white Call time: 14:50; to | 541 | 684 | |
| 1178620 | 08/14/14 | B | 7.40 | In-House Printing - black & white Call time: 10:19; to | 541 | 221 | |
| 1178621 | 08/14/14 | B | 0.25 | In-House Printing - black & white Call time: 10:19; to | 541 | 221 | |
| 1179562 | 08/15/14 | B | 1.00 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1179563 | 08/15/14 | B | 4.50 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1179564 | 08/15/14 | B | 2.20 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1179565 | 08/15/14 | B | 1.85 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1179566 | 08/15/14 | B | 0.20 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1179556 | 08/15/14 | B | 1.40 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |
| 1179557 | 08/15/14 | B | 0.10 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |
| 1179558 | 08/15/14 | B | 6.35 | In-House Printing - black & white Call time: 09:45; to | 541 | 684 | |
| 1179559 | 08/15/14 | B | 1.80 | In-House Printing - black & white Call time: 09:45; to | 541 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 09/24/14 10:51:31

PRO FORMA  358936        AS OF 08/31/14        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1179560 | 08/15/14 | B | 2.05 | In-House Printing - black & white Call time: 09:45; to | 541 | 684 | |
| 1179561 | 08/15/14 | B | 12.70 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1179550 | 08/15/14 | B | 12.20 | In-House Printing - black & white Call time: 09:48; to | 541 | 684 | |
| 1179551 | 08/15/14 | B | 0.20 | In-House Printing - black & white Call time: 09:48; to | 541 | 684 | |
| 1179552 | 08/15/14 | B | 7.40 | In-House Printing - black & white Call time: 09:47; to | 541 | 684 | |
| 1179553 | 08/15/14 | B | 0.25 | In-House Printing - black & white Call time: 09:47; to | 541 | 684 | |
| 1179554 | 08/15/14 | B | 10.10 | In-House Printing - black & white Call time: 09:47; to | 541 | 684 | |
| 1179555 | 08/15/14 | B | 0.95 | In-House Printing - black & white Call time: 09:47; to | 541 | 684 | |
| 1179544 | 08/15/14 | B | 0.15 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1179545 | 08/15/14 | B | 7.45 | In-House Printing - black & white Call time: 10:25; to | 541 | 684 | |
| 1179546 | 08/15/14 | B | 0.20 | In-House Printing - black & white Call time: 10:25; to | 541 | 684 | |
| 1179547 | 08/15/14 | B | 12.80 | In-House Printing - black & white Call time: 09:55; to | 541 | 684 | |
| 1179548 | 08/15/14 | B | 0.90 | In-House Printing - black & white Call time: 09:55; to | 541 | 684 | |
| 1179549 | 08/15/14 | B | 1.50 | In-House Printing - black & white Call time: 09:06; to | 541 | 684 | |
| 1179524 | 08/15/14 | B | 0.10 | In-House Printing - black & white Call time: 10:36; to | 541 | 684 | |
| 1179539 | 08/15/14 | B | 12.80 | In-House Printing - black & white Call time: 10:31; to | 541 | 684 | |
| 1179540 | 08/15/14 | B | 0.90 | In-House Printing - black & white Call time: 10:31; to | 541 | 684 | |
| 1179541 | 08/15/14 | B | 12.80 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1179542 | 08/15/14 | B | 0.90 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1179543 | 08/15/14 | B | 12.25 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1179523 | 08/15/14 | B | 10.00 | In-House Printing - black & white Call time: 10:36; to | 541 | 684 | |
| 1179529 | 08/15/14 | B | 10.25 | In-House Printing - black & white Call time: 12:07; to | 541 | 670 | |
| 1179530 | 08/15/14 | B | 2.15 | In-House Printing - black & white Call time: 12:07; to | 541 | 670 | |
| 1179531 | 08/15/14 | B | 10.25 | In-House Printing - black & white Call time: 12:06; to | 541 | 670 | |
| 1179532 | 08/15/14 | B | 2.15 | In-House Printing - black & white Call time: 12:06; to | 541 | 670 | |
| 1179533 | 08/15/14 | B | 24.80 | In-House Printing - black & white Call time: 12:06; to | 541 | 670 | |
| 1179534 | 08/15/14 | B | 15.30 | In-House Printing - black & white Call time: 12:05; to | 541 | 670 | |
| 1179525 | 08/15/14 | B | 27.60 | In-House Printing - black & white Call time: 12:02; to | 541 | 670 | |
| 1179526 | 08/15/14 | B | 27.40 | In-House Printing - black & white Call time: 12:01; to | 541 | 670 | |
| 1179527 | 08/15/14 | B | 0.50 | In-House Printing - black & white Call time: 12:10; to | 541 | 670 | |

Nortel Networks, Inc.                                       PRO FORMA  358936         AS OF 08/31/14                        INVOICE# ******
63989-DIP
DATE: 09/24/14 10:51:31

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1179528 | 08/15/14 | B | 14.90 | In-House Printing - black & white Call time: 12:10; to | 541 | 670 | |
| 1179535 | 08/15/14 | B | 15.40 | In-House Printing - black & white Call time: 12:25; to | 541 | 670 | |
| 1179536 | 08/15/14 | B | 24.80 | In-House Printing - black & white Call time: 12:24; to | 541 | 670 | |
| 1179537 | 08/15/14 | B | 15.30 | In-House Printing - black & white Call time: 12:23; to | 541 | 670 | |
| 1179538 | 08/15/14 | B | 15.30 | In-House Printing - black & white Call time: 12:22; to | 541 | 670 | |
| 1180729 | 08/18/14 | B | 13.40 | In-House Printing - black & white Call time: 16:02; to | 541 | 594 | |
| 1180730 | 08/18/14 | B | 2.05 | In-House Printing - black & white Call time: 16:02; to | 541 | 594 | |
| 1180731 | 08/18/14 | B | 2.05 | In-House Printing - black & white Call time: 16:01; to | 541 | 594 | |
| 1181471 | 08/20/14 | B | 12.70 | In-House Printing - black & white Call time: 16:07; to | 541 | 221 | |
| 1181472 | 08/20/14 | B | 1.00 | In-House Printing - black & white Call time: 16:07; to | 541 | 221 | |
| 1182320 | 08/25/14 | B | 6.35 | In-House Printing - black & white Call time: 17:01; to | 541 | 221 | |
| 1182321 | 08/25/14 | B | 1.80 | In-House Printing - black & white Call time: 17:01; to | 541 | 221 | |
| 1183860 | 08/25/14 | B | 0.95 | In-House Printing - black & white Call time: 19:54; to | 541 | 605 | |
| 1183861 | 08/25/14 | B | 0.10 | In-House Printing - black & white Call time: 19:54; to | 541 | 605 | |
| 1183862 | 08/25/14 | B | 2.35 | In-House Printing - black & white Call time: 20:32; to | 541 | 605 | |
| 1183863 | 08/26/14 | B | 1.00 | In-House Printing - black & white Call time: 16:45; to | 541 | 605 | |
| 1183864 | 08/26/14 | B | 0.10 | In-House Printing - black & white Call time: 16:45; to | 541 | 605 | |
| 1183865 | 08/26/14 | B | 2.90 | In-House Printing - black & white Call time: 12:35; to | 541 | 684 | |
| 1183866 | 08/26/14 | B | 2.10 | In-House Printing - black & white Call time: 12:20; to | 541 | 684 | |
| 1183867 | 08/26/14 | B | 2.10 | In-House Printing - black & white Call time: 12:30; to | 541 | 684 | |
| 1184160 | 08/26/14 | B | 1.00 | In-House Printing - black & white Call time: 21:01; to | 541 | 605 | |
| 1184161 | 08/26/14 | B | 0.10 | In-House Printing - black & white Call time: 21:01; to | 541 | 605 | |
| 1183874 | 08/26/14 | B | 0.10 | In-House Printing - black & white Call time: 11:12; to | 541 | 684 | |
| 1183875 | 08/26/14 | B | 2.35 | In-House Printing - black & white Call time: 11:13; to | 541 | 684 | |
| 1183868 | 08/26/14 | B | 2.05 | In-House Printing - black & white Call time: 11:07; to | 541 | 684 | |
| 1183869 | 08/26/14 | B | 0.20 | In-House Printing - black & white Call time: 11:07; to | 541 | 684 | |
| 1183870 | 08/26/14 | B | 1.65 | In-House Printing - black & white Call time: 11:07; to | 541 | 684 | |
| 1183871 | 08/26/14 | B | 3.05 | In-House Printing - black & white Call time: 11:07; to | 541 | 684 | |
| 1183872 | 08/26/14 | B | 2.40 | In-House Printing - black & white Call time: 11:11; to | 541 | 684 | |
| 1183873 | 08/26/14 | B | 0.95 | In-House Printing - black & white Call time: 11:12; to | 541 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 09/24/14 10:51:31

PRO FORMA  358936         AS OF 08/31/14                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1184162 | 08/27/14 | B | 1.00 | In-House Printing - black & white Call time: 09:07; to | 541 | 684 | |
| 1184163 | 08/27/14 | B | 0.10 | In-House Printing - black & white Call time: 09:07; to | 541 | 684 | |
| 1184573 | 08/27/14 | B | 2.25 | In-House Printing - black & white Call time: 19:18; to | 541 | 605 | |
| 1184884 | 08/28/14 | B | 0.80 | In-House Printing - black & white Call time: 19:03; to | 541 | 605 | |
| 1184885 | 08/28/14 | B | 0.75 | In-House Printing - black & white Call time: 19:03; to | 541 | 605 | |
| 1184886 | 08/28/14 | B | 2.00 | In-House Printing - black & white Call time: 19:29; to | 541 | 605 | |
| 1184887 | 08/28/14 | B | 0.25 | In-House Printing - black & white Call time: 19:29; to | 541 | 605 | |
| 1184574 | 08/28/14 | B | 1.25 | In-House Printing - black & white Call time: 16:50; to | 541 | 684 | |
| 1184575 | 08/28/14 | B | 0.05 | In-House Printing - black & white Call time: 16:50; to | 541 | 684 | |
| 1184582 | 08/28/14 | B | 6.75 | In-House Printing - black & white Call time: 13:45; to | 541 | 684 | |
| 1184583 | 08/28/14 | B | 8.75 | In-House Printing - black & white Call time: 14:04; to | 541 | 684 | |
| 1184584 | 08/28/14 | B | 1.00 | In-House Printing - black & white Call time: 11:27; to | 541 | 684 | |
| 1184585 | 08/28/14 | B | 0.10 | In-House Printing - black & white Call time: 11:27; to | 541 | 684 | |
| 1184586 | 08/28/14 | B | 1.70 | In-House Printing - black & white Call time: 11:30; to | 541 | 684 | |
| 1184587 | 08/28/14 | B | 0.60 | In-House Printing - black & white Call time: 11:30; to | 541 | 684 | |
| 1184576 | 08/28/14 | B | 1.10 | In-House Printing - black & white Call time: 16:15; to | 541 | 684 | |
| 1184577 | 08/28/14 | B | 0.05 | In-House Printing - black & white Call time: 16:15; to | 541 | 684 | |
| 1184578 | 08/28/14 | B | 1.25 | In-House Printing - black & white Call time: 16:23; to | 541 | 684 | |
| 1184579 | 08/28/14 | B | 0.05 | In-House Printing - black & white Call time: 16:23; to | 541 | 684 | |
| 1184580 | 08/28/14 | B | 44.50 | In-House Printing - black & white Call time: 14:23; to | 541 | 684 | |
| 1184581 | 08/28/14 | B | 1.35 | In-House Printing - black & white Call time: 13:45; to | 541 | 684 | |
| 1184588 | 08/28/14 | B | 1.35 | In-House Printing - black & white Call time: 11:31; to | 541 | 684 | |
| 1184589 | 08/28/14 | B | 0.10 | In-House Printing - black & white Call time: 11:31; to | 541 | 684 | |
| 1184590 | 08/28/14 | B | 2.15 | In-House Printing - black & white Call time: 11:31; to | 541 | 684 | |
| 1184888 | 08/29/14 | B | 0.80 | In-House Printing - black & white Call time: 08:53; to | 541 | 684 | |
| 1184889 | 08/29/14 | B | 0.75 | In-House Printing - black & white Call time: 08:53; to | 541 | 684 | |
| 1184890 | 08/29/14 | B | 1.90 | In-House Printing - black & white Call time: 10:25; to | 541 | 684 | |
| 1184891 | 08/29/14 | B | 1.05 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1184892 | 08/29/14 | B | 0.15 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1184893 | 08/29/14 | B | 3.75 | In-House Printing - black & white Call time: 12:29; to | 541 | 684 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Nortel Networks, Inc. | | | | PRO FORMA  358936 | AS OF 08/31/14 | | INVOICE#  ****** |
63989-DIP | | | | | | | |
DATE: 09/24/14 10:51:31 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1190264 | 05/12/14 | B | 5.00 | In-House Printing - color | 542 | 400 | |
| 1190265 | 05/27/14 | B | 4.00 | In-House Printing - color | 542 | 400 | |
| 1184894 | 08/29/14 | B | 6.25 | In-House Printing - color | 542 | 684 | |
| 1182978 | 06/30/14 | B | 44.00 | Conference Calls - AMERICAN EXPRESS - 6/30/14 | 552H | 000 | 203801 |
| 1182979 | 07/02/14 | B | 121.00 | Conference Calls - AMERICAN EXPRESS - 7/2/14 | 552H | 000 | 203801 |
| 1182980 | 07/02/14 | B | 58.00 | Conference Calls - AMERICAN EXPRESS - 7/2/14 | 552H | 000 | 203801 |
| 1182985 | 07/08/14 | B | 210.00 | Conference Calls - AMERICAN EXPRESS - 7/8/14 | 552H | 000 | 203801 |
| 1180327 | 08/01/14 | B | 3.15 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC - 8/1/14 | 552H | 904 | 203583 |
| 1192970 | 08/22/14 | B | 225.00 | E-Discovery - DOE LEGAL ONLINE LLC - EDD PROCESSING OF FILES - 292 MB - 8/22/14 | 553 | 407 | 204164 |
| | | | 4,550.56 | | | | |