# EXHIBIT A

RLF1 10847464v.1

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 23, 2014

Invoice 465874

Page 3

Client # 732310

Matter # 165839

For services through August 31, 2014
relating to Case Administration

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/14 | | Review docket (.4); Review and update critical dates (1.0) | | | |
| Paralegal | Barbara J. Witters | | 1.40 hrs. | 235.00 | $329.00 |
| 08/14/14 | | Email to A. Cordo re: service list information | | | |
| Associate | Christopher M. Samis | | 0.10 hrs. | 465.00 | $46.50 |
| 08/18/14 | | Email to M. Fagen re: Pro hac | | | |
| Associate | Amanda R. Steele | | 0.10 hrs. | 390.00 | $39.00 |
| 08/18/14 | | Prepare pro hac vice motion re: M. Fagen (.3); E-mail to A. Steele re: same (.1); Finalize and file re: same (.2); Coordinate to Judge Gross re: same (.1) | | | |
| Paralegal | Barbara J. Witters | | 0.70 hrs. | 235.00 | $164.50 |
| 08/21/14 | | Review docket (.2); Review and update critical dates (.3) | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 235.00 | $117.50 |
| 08/28/14 | | Review and calendar upcoming critical dates | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 465.00 | $139.50 |

Total Fees for Professional Services $836.00

TOTAL DUE FOR THIS INVOICE **$836.00**

BALANCE BROUGHT FORWARD $1,205.10

**TOTAL DUE FOR THIS MATTER** **$2,041.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 4

Client #  732310

Matter # 165839

For services through August 31, 2014
relating to  Claims Administration

| Date | Description | | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/14/14 | Call from N. Stabile re: timing and amount of distributions | | | | | |
| | Associate | Christopher M. Samis | | 0.30 hrs. | 465.00 | $139.50 |
| 08/20/14 | Emails to B. Kahn re: Jefferies admin expense request (.3); Email to A. Cordo re: addressing Ernest Demel claim issues (.1); Review Jefferies admin expense request (.8); Call with T. Labuda re: Jefferies admin expense request (.4); Email to M. Collins re: Jefferies admin expense request (.1) | | | | | |
| | Associate | Christopher M. Samis | | 1.70 hrs. | 465.00 | $790.50 |
| 08/21/14 | Emails to T. Labuda re: revisions to, and filing and service of, Jefferies admin claim request (.2); Email to M. Linder re: revisions to, and filing and service of, Jefferies admin claim request (.1); Email to B. Kahn re: revisions to, and filing and service of, Jefferies admin claim request (.1) | | | | | |
| | Associate | Christopher M. Samis | | 0.40 hrs. | 465.00 | $186.00 |
| 08/22/14 | Review e-mail from C. Samis re: Jefferies request for adm. expense claim (.1); Prepare notice re: same (.3); E-mail to C. Samis re: pdf of same (.1); Review e-mail from C. Samis re: revision to Jefferies request for adm. expense claim (.1); Revise re: same (.2); E-mail to C. Samis re: same (.1); Finalize and file re: same (.2); Coordinate service re: same (.2); Prepare aos re: same (.2) | | | | | |
| | Paralegal | Barbara J. Witters | | 1.50 hrs. | 235.00 | $352.50 |
| 08/22/14 | Emails to M. Linder re: Jefferies admin claim (.2); Emails to B. Witters re: filing and service of motion for Jefferies admin claim (.4); Address calls from creditors re: status of distributions (.9) | | | | | |
| | Associate | Christopher M. Samis | | 1.50 hrs. | 465.00 | $697.50 |

Total Fees for Professional Services      $2,166.00

TOTAL DUE FOR THIS INVOICE      **$2,166.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014

Invoice 465874

Page 5

Client #  732310

Matter # 165839

BALANCE BROUGHT FORWARD                                            $1,683.30

**TOTAL DUE FOR THIS MATTER**                                      **$3,849.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 23, 2014
Invoice 465874

Page 6

Client # 732310

Matter # 165839

___

For services through August 31, 2014
relating to Court Hearings

| 05/20/14 | Meeting with C. Samis re: status of trial | | | |
|---|---|---|---|---|
| Director | Mark D. Collins | 0.20 hrs. | 800.00 | $160.00 |
| | | | | |
| 08/06/14 | Retrieve re: notice of 8/8/14 telephonic hearing (.1); E-mail to distribution re: same (.1); Telephone call to Courtcall re: 8/8/14 telephonic appearances for M. Wunder, R. Johnson, C. Samis, A. Qureshi, F. Hodara, B. Kahn & R. Jacobs (.7); E-mail to distribution re: same (.2); Retrieve re: 8/8/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 235.00 | $305.50 |
| | | | | |
| 08/06/14 | Emails to R. Johnson and B. Witters re: preparation for 8/8/14 hearing (x2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| | | | | |
| 08/07/14 | Retrieve re: 8/8/14 agenda pleadings (.3); Prepare 8/8/14 hearing binder for C. Samis (.3) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 235.00 | $141.00 |
| | | | | |
| 08/08/14 | Retrieve re: 8/8/14 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 8/8/14 second amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| | | | | |
| 08/08/14 | Prepare for and participate in 8/8/14 teleconference with Court | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 465.00 | $744.00 |
| | | | | |
| 08/11/14 | E-mail to M. Fagen re: 8/8/14 telephonic transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |
| | | | | |
| 08/11/14 | Review transcript from 8/8/14 hearing | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 465.00 | $558.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 7

Client #  732310

Matter # 165839

| 08/15/14 | Email to A. Cordo re: preparation for 8/19/14 hearing (.1); Emails to M. Fagen re: preparation for 8/19/14 hearing (.2); Email to A. Steele re: preparation for 8/19/14 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 08/18/14 | Emails with B. Witters re: hearing prep (.1); Correspondence with C. Samis re: same (.1); Email to M. Fagan re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 390.00 | $117.00 |
| 08/18/14 | Retrieve re: 8/19/14 agenda pleadings (.4); Prepare 8/19/14 hearing binder (.3) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 235.00 | $164.50 |
| 08/18/14 | Email to M. Fagen re: preparation for 8/19/14 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 08/19/14 | Prepare for hearing (.5); Attend hearing (.6) | | | |
| Associate | Amanda R. Steele | 1.10 hrs. | 390.00 | $429.00 |

|  | Total Fees for Professional Services | $3,108.50 |
|---|---|---|
| TOTAL DUE FOR THIS INVOICE | | **$3,108.50** |
| BALANCE BROUGHT FORWARD | | $30,088.10 |
| **TOTAL DUE FOR THIS MATTER** | | **$33,196.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014

Invoice 465874

Page 8

Client #  732310

Matter #  165839

For services through August 31, 2014
relating to  Litigation/Adversary Proceedings

| 08/01/14 | Finalize and file aos re: memorandum of law of committee to post-petition interest | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |

| 08/01/14 | Review Monitor's preliminary objection to PPI 9019 | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.20 hrs. | 465.00 | $558.00 |

| 08/05/14 | Review and revise US Interests' post-trial submission (6.3); Email to M. Fagen re: logistics of filing US Interests' post-trial submission (.1); Emails to A. Cordo re: logistics of filing US Interests' post-trial submission (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 6.60 hrs. | 465.00 | $3,069.00 |

| 08/06/14 | Review and revise US Interests' post-trial submission | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 6.80 hrs. | 465.00 | $3,162.00 |

| 08/07/14 | Emails to B. Kahn re: finalizing Committee statement in support of PPI settlement (.6); Emails to L. Edinger re: finalizing Committee statement in support of PPI settlement (.3); Attention to finalizing Committee statement in support of PPI settlement (3.3); Calls to/from M. Fagen re: finalizing Committee statement in support of PPI settlement (.4) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 4.60 hrs. | 465.00 | $2,139.00 |

| 08/07/14 | Email correspondence with C. Samis re: afterhours filing of Committee 9019 statement (x3) (.1); Afterhours paralegal support for same (1.5) | | | |
|---|---|---|---|---|
| Paralegal | Lindsey A. Edinger | 1.60 hrs. | 235.00 | $376.00 |

| 08/08/14 | Emails with C. Samis re: filing 9019 motion in support (.2); Review support of 9019 for filing (.1); Emails with C. Samis re: service of same (.2); Conference with L. Edinger re: same (.1); Email to Chambers re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Amanda R. Steele | 0.70 hrs. | 390.00 | $273.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 9

Client #  732310

Matter # 165839

---

| 08/08/14 | Emails to A. Steele re: filing and service of Committee statement on PPI settlement (.3); Email to B. Kahn re: filing and service of Committee statement on PPI settlement (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 08/08/14 | Email correspondence with A. Steele re: filing of Committee 9019 statement (.1); Filing of same (.2); Meeting with A. Steele re: service of same (.1); Prepare and coordinate service of same (.3) Circulate same (.1); Email correspondence with B. Witters re: same (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.90 hrs. | 235.00 | $211.50 |
| 08/11/14 | Review Monitor's opening allocation brief | | | |
| Associate | Christopher M. Samis | 6.70 hrs. | 465.00 | $3,115.50 |
| 08/11/14 | Prepare affidavit of service for Committee statement in support of 9019 motion approving settlement between Nortel and Mellon bank (.3); Meeting with R. Speaker re: same (.1); File same (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.50 hrs. | 235.00 | $117.50 |
| 08/25/14 | Review UKPC post-trial allocation briefing (2.6); Review BoNY post-trial allocation briefing (.3); Review Law Debenture post-trial allocation briefing (.4); Review WT post-trial allocation briefing (1.3) | | | |
| Associate | Christopher M. Samis | 4.60 hrs. | 465.00 | $2,139.00 |
| 08/26/14 | Review EMEA post-trial briefing (3.4); Review CCC post-trial briefing (3.0) | | | |
| Associate | Christopher M. Samis | 6.40 hrs. | 465.00 | $2,976.00 |

Total Fees for Professional Services                              $18,346.00

TOTAL DUE FOR THIS INVOICE                                       **$18,346.00**
BALANCE BROUGHT FORWARD                                           $29,068.10

**TOTAL DUE FOR THIS MATTER**                                    **$47,414.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 10

Client #  732310

Matter # 165839

For services through August 31, 2014
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 08/05/14 | E-mail to B. Kahn re: RLF estimated fees and expenses | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |
| 08/18/14 | Review RLF July bill memos | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 235.00 | $117.50 |
| 08/22/14 | Prepare cno re: RLF June fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 235.00 | $94.00 |
| 08/22/14 | Review, revise and finalize CNO for RL&F 65th fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 08/27/14 | Review and revise RLF July fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 08/27/14 | Review, revise and finalize 66th RL&F monthly fee application | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |
| 08/28/14 | Prepare RLF 22nd interim fee application (.3); E-mail to accounting re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 235.00 | $188.00 |
| 08/28/14 | Review, revise and finalize RL&F 22nd interim fee application | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

Total Fees for Professional Services                $1,169.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014

Invoice 465874

Page 11

Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,169.50** |
| BALANCE BROUGHT FORWARD | $1,386.80 |
| **TOTAL DUE FOR THIS MATTER** | **$2,556.30** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 12

Client #  732310

Matter # 165839

For services through August 31, 2014
relating to  Fee Applications of Others

| 08/12/14 | Review e-mail from M. Fagen re: Capstone June fee application (.1); Review and prepare re: same (.2); E-mail to and from M. Fagen re: fee application of same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 235.00 | $282.00 |
| | | | | |
| 08/12/14 | Review, revise and finalize June 2014 Capstone fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| | | | | |
| 08/13/14 | Emails to J. Alberto re: fee examiner reporting (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| | | | | |
| 08/15/14 | Review e-mail from M. Wunder re: Cassels Brock May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| | | | | |
| 08/18/14 | Review CNOs for fee applications for filing (.1); Execute same (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 390.00 | $78.00 |
| | | | | |
| 08/18/14 | Prepare cno re: Capstone May fee application (.2); E-mail to A. Steele re: same (.1); Finalize and file cno re: same (.2); Prepare cno re: Ashurst June fee application (.2); E-mail to A. Steele re: same (.1); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| | | | | |
| 08/21/14 | E-mail to B. Kahn and M. Fagen re: 22nd interim fee application filing date | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 235.00 | $23.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 13

Client #  732310

Matter #  165839

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/22/14 | Review e-mail from M. Fagen re: Akin Gump June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 235.00 | $235.00 |
| 08/22/14 | Review, revise and finalize 65th Akin fee application | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 08/25/14 | Prepare cno re: Akin Gump May fee application (.2); Finalize and file cno re: same (.2); Review e-mail from M. Wunder re: Cassels Brock June fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of filing of same (.1); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.70 hrs. | 235.00 | $399.50 |
| 08/27/14 | Review e-mail from M. Fagen re: Capstone July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Review e-mail from M. Fagen re: Akin Gump July and 22nd interim fee application (.1); Retrieve and review re: same (.2); Prepare cos re: Akin Gump 22nd interim fee application (.2); Afterhours filings of fee applications (.2); Finalize, file and coordinate service re: Akin Gump July fee application (.3); Finalize, file and coordinate service re: Akin 22nd inteirm fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 2.20 hrs. | 235.00 | $517.00 |
| 08/27/14 | Review, revise and finalize 66th Capstone monthly fee application (.3); Review, revise and finalize 22nd Akin interim fee application (.2); Review, revise and finalize 66th Akin monthly fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 465.00 | $325.50 |

Nortel Creditors Committee

c/o Fred S. Hodara, Esq.

Akin Gump Strauss Hauer Feld LLP

One Bryant Park

New York NY  10036

September 23, 2014

Invoice 465874

Page 14

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 08/28/14 | Review e-mail from M. Fagen re: Capstone 22nd interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Review e-mail from M. Wunder re: Cassels July and interim fee applications (.1); Retrieve and review re: same (.2); Prepare notice of application re: Cassels July fee application (.2); Prepare cos re: same (.2); Prepare cos re: 22nd interim fee application (.2); Finalize, file and coordinate service re: Ashurst July fee application (.3); Finalize, file and coordinate Cassels July fee application (.3); E-mail to M. Wunder re: same (.1); Finalize, file and coordinate service re: Cassels 2nd interim fee application (.3); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.60 hrs. | 235.00 | $611.00 |
| | | | | |
| 08/28/14 | Review, revise and finalize Capstone 22nd interim fee application (.2); Review, revise and finalize Ashurst 66th monthly fee application (.3); Review, revise and finalize Cassels 2nd interim fee application (.2); Review, revise and finalize Cassels 5th monthly fee application (.3) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 465.00 | $465.00 |
| | | | | |
| 08/29/14 | Review e-mail from M. Fagen re: Ashurst 22nd interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 235.00 | $141.00 |
| | | | | |
| 08/29/14 | Review Ashurst 22nd interim fee application (.2); Email to M. Fagen re: filing and service of Ashurst 22nd interim fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

Total Fees for Professional Services                    $4,012.50

TOTAL DUE FOR THIS INVOICE                    **$4,012.50**

BALANCE BROUGHT FORWARD                    $2,579.80

**TOTAL DUE FOR THIS MATTER**                    **$6,592.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874
Page 15
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 2.40 | 390.00 | 936.00 |
| Barbara J. Witters | 21.50 | 235.00 | 5,052.50 |
| Christopher M. Samis | 49.00 | 465.00 | 22,785.00 |
| Lindsey A. Edinger | 3.00 | 235.00 | 705.00 |
| Mark D. Collins | 0.20 | 800.00 | 160.00 |
| TOTAL | 76.10 | $389.47 | 29,638.50 |

**TOTAL DUE FOR THIS INVOICE**                                                      **$34,064.40**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310