# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

September 23, 2014
Invoice 465874

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through August 31, 2014
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $58.85 |
| Conference Calling | $576.00 |
| Court Reporter Services | $259.20 |
| Document Retrieval | $48.80 |
| Long distance telephone charges | $4.17 |
| Messenger and delivery service | $825.30 |
| Overtime | n/c |
| Photocopying/Printing | $1,752.40 |
| 15,880 @ $.10 pg. / 1,644 @ $.10 pg. | |
| Postage | $901.18 |

Other Charges $4,425.90

TOTAL DUE FOR THIS INVOICE **$4,425.90**
BALANCE BROUGHT FORWARD $4,989.67

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 2

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                    **$9,415.57**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 16

Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 05/13/14 | DIAZ DATA SERVICES: Transcript - 165839 | CTRPT |
| | Amount =   $202.50 | |
| 08/01/14 | Messenger and delivery | MESS |
| | Amount =   $51.30 | |
| 08/01/14 | Printing | DUP |
| | Amount =   $0.20 | |
| 08/01/14 | Printing | DUP |
| | Amount =   $0.10 | |
| 08/01/14 | Printing | DUP |
| | Amount =   $0.30 | |
| 08/01/14 | Printing | DUP |
| | Amount =   $0.40 | |
| 08/01/14 | Printing | DUP |
| | Amount =   $0.10 | |
| 08/05/14 | Printing | DUP |
| | Amount =   $14.80 | |
| 08/06/14 | Printing | DUP |
| | Amount =   $0.20 | |
| 08/06/14 | Printing | DUP |
| | Amount =   $0.30 | |
| 08/06/14 | Printing | DUP |
| | Amount =   $0.30 | |
| 08/06/14 | Printing | DUP |
| | Amount =   $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874
Page 17

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/06/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/06/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/06/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/06/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/07/14 | 12128727425 Long Distance | | LD |
| | | Amount =  $4.17 | |
| 08/07/14 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 08/07/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/07/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/07/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/07/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/08/14 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | | Amount =  $56.70 | |
| 08/08/14 | Photocopies | | DUP |
| | | Amount =  $168.00 | |
| 08/08/14 | Richards Layton and Finger/ASHBY & GEDDES Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 08/08/14 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 08/08/14 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 08/08/14 | Richards Layton and Finger/BAYARD FIRM Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 23, 2014
Invoice 465874

Page 18

Client # 732310

| 08/08/14 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges | MESS |
|---|---|---|
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/Buchanan Ingersoll and Rooney Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/COLE SCHOTZ MEISEL FORMAN & LEONARD Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/CONNOLLY BOVE Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/Bifferato Gentilotti & Biden Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/COUSINS CHIPMAN & BROWN LLP Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/Cross & Simon Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/DLA PIPER Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/DRINKER BIDDLE & REATH LLP Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/US Trustee Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/08/14 | Richards Layton and Finger/US Attorney Messenger and delivery charges | MESS |
| | Amount = $6.45 | |

Nortel Creditors Committee                                September 23, 2014
c/o Fred S. Hodara, Esq.                                  Invoice 465874
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                           Page 19
New York NY  10036                                        Client #  732310

| 08/08/14 | Richards Layton and Finger/VIVIAN A HOUGHTON Messenger and delivery charges | MESS |
|---|---|---|
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/MCCARTER & ENGLISH Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/MONZACK & MONACO Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/MORRIS JAMES HITCHENS & WILLIAMS Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/DUANE MORRIS Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/DLA PIPER Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/ELLIOTT GREENLEAF Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/Klehr Harrison Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/Landis Rath & Cobb Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/PACHULSKI STANG Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/Morris James Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 20

Client #  732310

| | | |
|---|---|---|
| 08/08/14 | Richards Layton and Finger/PINCKNEY HARRIS & WEIDINGER Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/POLSINELLI SHALTON FLANIGAN SUELTHAUS Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/REED SMITH Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/Skadden Arps Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/SMITH KATZENSTEIN & FURLOW Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/STEVENS & LEE Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/SULLIVAN HAZELTINE ALLINSON LLC Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/Swartz Campbell Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/WEIR & PARTNERS Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/WERB & SULLIVAN Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/08/14 | Richards Layton and Finger/WOMBLE CARLYLE SANDRIDGE & RICE Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |

Nortel Creditors Committee                                    September 23, 2014
c/o Fred S. Hodara, Esq.                                      Invoice 465874
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                              Page 21
New York NY  10036                                           Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/08/14 | Richards Layton and Finger/YOUNG CONAWAY Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 08/08/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 08/08/14 | Messenger and delivery | | MESS |
| | Amount = | $4.50 | |
| 08/08/14 | Postage | | POST |
| | Amount = | $296.34 | |
| 08/08/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 08/08/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 08/08/14 | Printing | | DUP |
| | Amount = | $12.10 | |
| 08/08/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 08/08/14 | Printing | | DUP |
| | Amount = | $2.90 | |
| 08/08/14 | Printing | | DUP |
| | Amount = | $0.60 | |
| 08/11/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 08/11/14 | Printing | | DUP |
| | Amount = | $3.90 | |
| 08/11/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/11/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/11/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/11/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/11/14 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 22

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/12/14 | Photocopies | | DUP |
| | Amount = $33.00 | | |
| 08/12/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 08/12/14 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 08/12/14 | Postage | | POST |
| | Amount = $11.48 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $4.90 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $4.90 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/12/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/13/14 | CourtCall | | CONFCALL |
| | Amount = $357.00 | | |
| 08/15/14 | Photocopies | | DUP |
| | Amount = $94.80 | | |
| 08/15/14 | PARALEGAL OT THRU 8/15/14 | | OT |
| | Amount = $0.00 | | |
| 08/15/14 | Messenger and delivery | | MESS |
| | Amount = $63.30 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874
Page 23
Client #  732310

| Date | Description | | Type |
|------|-------------|---|------|
| 08/15/14 | Postage | | POST |
| | | Amount =  $20.38 | |
| 08/15/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 08/15/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/15/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/15/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/15/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/15/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/15/14 | Printing | | DUP |
| | | Amount =  $15.20 | |
| 08/15/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 08/18/14 | Photocopies | | DUP |
| | | Amount =  $7.20 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 24

Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $3.10 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/18/14 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 08/19/14 | CourtCall | | CONFCALL |
| | | Amount =  $219.00 | |
| 08/19/14 | Richards Layton and Finger/Bankruptcy Court/ Judge Gross Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 08/21/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/22/14 | Photocopies | | DUP |
| | | Amount =  $851.10 | |
| 08/22/14 | Photocopies | | DUP |
| | | Amount =  $91.80 | |
| 08/22/14 | Photocopies | | DUP |
| | | Amount =  $44.50 | |
| 08/22/14 | Richards Layton and Finger/US Trustee Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 25

Client #  732310

| 08/22/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | MESS |
|---|---|---|
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/US Attorney Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/SMITH KATZENSTEIN & FURLOW Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/STEVENS & LEE Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/Sullivan Hazeltine Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/Swartz Campbell Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/WEIR & PARTNERS Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/WERB & SULLIVAN Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/YOUNG CONAWAY Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/WOMBLE CARLYLE SANDRIDGE & RICE Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/VIVIAN A HOUGHTON Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 26

Client #  732310

| | | |
|---|---|---|
| 08/22/14 | Richards Layton and Finger/ASHBY & GEDDES Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/BAYARD FIRM Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/Bifferato Gentilotti & Biden Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/Buchanan Ingersoll and Rooney Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/Cross & Simon Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/COUSINS CHIPMAN & BROWN LLP Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 08/22/14 | Richards Layton and Finger/CONNOLLY BOVE Messenger and delivery charges | MESS |
| | Amount = $6.45 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 27

Client #  732310

| 08/22/14 | Richards Layton and Finger/COLE SCHOTZ MEISEL FORMAN & LEONARD Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/DLA PIPER Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/ELLIOTT GREENLEAF Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/DRINKER BIDDLE & REATH LLP Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/DUANE MORRIS Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/DLA PIPER Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/LANDIS RATH & COBB LLP Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/KLEHR HARRISON HARVEY Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/MCCARTER & ENGLISH Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/MONZACK & MONACO Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/MORRIS JAMES HITCHENS & WILLIAMS Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/Morris James Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 28

Client #  732310

| 08/22/14 | Richards Layton and Finger/PACHULSKI STANG Messenger and delivery charges | MESS |
|---|---|---|
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/PINCKNEY HARRIS & WEIDINGER Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/POLSINELLI SHUGHART Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Richards Layton and Finger/REED SMITH Messenger and delivery charges | MESS |
| | Amount =   $6.45 | |
| 08/22/14 | Postage | POST |
| | Amount =   $503.00 | |
| 08/22/14 | Postage | POST |
| | Amount =   $14.00 | |
| 08/22/14 | Printing | DUP |
| | Amount =   $1.20 | |
| 08/22/14 | Printing | DUP |
| | Amount =   $0.30 | |
| 08/22/14 | Printing | DUP |
| | Amount =   $0.10 | |
| 08/22/14 | Printing | DUP |
| | Amount =   $0.10 | |
| 08/22/14 | Printing | DUP |
| | Amount =   $0.30 | |
| 08/22/14 | Printing | DUP |
| | Amount =   $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874
Page 29

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/22/14 | Printing | | DUP |
| | | Amount = $2.00 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $14.70 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.30 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $1.10 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $2.90 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $2.90 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 08/22/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 08/25/14 | Photocopies | | DUP |
| | | Amount = $59.00 | |
| 08/25/14 | Messenger and delivery | | MESS |
| | | Amount = $12.00 | |
| 08/25/14 | Postage | | POST |
| | | Amount = $10.64 | |
| 08/25/14 | Printing | | DUP |
| | | Amount = $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874
Page 30
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $9.40 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/25/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 08/27/14 | Photocopies | | DUP |
| | Amount = | $142.20 | |
| 08/27/14 | PARALEGAL OT THRU 8/29/14 | | OT |
| | Amount = | $0.00 | |
| 08/27/14 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 08/27/14 | Postage | | POST |
| | Amount = | $20.20 | |
| 08/27/14 | Printing | | DUP |
| | Amount = | $3.90 | |
| 08/27/14 | Printing | | DUP |
| | Amount = | $3.90 | |
| 08/27/14 | Printing | | DUP |
| | Amount = | $0.30 | |
| 08/27/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 08/27/14 | Printing | | DUP |
| | Amount = | $2.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874

Page 31

Client #  732310

| Date | Description | | |
|------|-------------|---|---|
| 08/27/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $12.70 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.30 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.20 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 08/27/14 | Printing | | DUP |
| | Amount = $0.10 | | |
| 08/28/14 | Photocopies | | DUP |
| | Amount = $93.40 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874
Page 32

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 08/28/14 | Messenger and delivery From Deep Blue BJW | | MEALSCL |
| | | Amount =  $58.85 | |
| 08/28/14 | Messenger and delivery | | MESS |
| | | Amount =  $63.30 | |
| 08/28/14 | Postage | | POST |
| | | Amount =  $20.38 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $4.00 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874
Page 33
Client #  732310

| | | | |
|---|---|---|---|
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.30 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $7.70 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.30 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.20 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.30 | |
| 08/28/14 | Printing | | DUP |
| | | Amount =   $0.20 | |
| 08/29/14 | Photocopies | | DUP |
| | | Amount =   $3.00 | |
| 08/29/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | | Amount =   $6.45 | |
| 08/29/14 | Richards Layton and Finger/US Trustee Messenger and delivery charges | | MESS |
| | | Amount =   $6.45 | |
| 08/29/14 | Postage | | POST |
| | | Amount =   $4.76 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 23, 2014
Invoice 465874
Page 34
Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 08/29/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/29/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 08/29/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 08/29/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 08/29/14 | Printing | | DUP |
| | Amount = | $0.20 | |
| 08/31/14 | PACER | | DOCRETRI |
| | Amount = | $42.80 | |
| 08/31/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 08/31/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses     $4,425.90