# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of August 1, 2014 through August 31, 2014 | $ 315,278.25 | $ - | $ 315,278.25 |

Exhibit C                                                                                                                    Page 1 of 1