# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project Date | Professional | Project Work Description | Hou |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 8/8/2014 | William D. Cozart | Prepare July MOR. | |
| 8/13/2014 | William D. Cozart | Prepare July MOR consolidation. | |
| 8/14/2014 | Timothy C. Ross | Worked Debtors bankruptcy reporting matters - RE: Insurance Coverage for July MOR. | |
| 8/14/2014 | William D. Cozart | Prepare July MOR. | |
| 8/15/2014 | Timothy C. Ross | Reviewed Debtors MOR materials and prepared for review conference call - RE: MOR July 2014. | |
| 8/17/2014 | Allen K. Stout | Review Moor financial data and word document. | |
| 8/18/2014 | Timothy C. Ross | Conference call with D. Cozart and E. Smith - RE: MOR review and authorization - July 2014. | |
| 8/18/2014 | William D. Cozart | Meeting RE: Review July MOR with T Ross. | |
| 8/21/2014 | William D. Cozart | Prepare, edit and distribute July MOR. | |
| **Bankruptcy Reporting Total** | | | |
| **Cash Management** | | | |
| 8/1/2014 | Kim Ponder | FCB deposit. | |
| 8/1/2014 | Timothy C. Ross | Finalized and distributed Debtors operating cash forecast - RE: July 1 to Lights Out update. | |
| 8/1/2014 | Timothy C. Ross | Updated Debtors cash flow forecast in preparation for monthly investment conference call with Wilmington Trust (M. Avery, D. D'Eramo, S. Wyant, A. Anderson) - RE: August 2014. | |
| 8/4/2014 | Kim Ponder | VEBA deposit. | |
| 8/4/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements - RE: foreign entity | |
| 8/4/2014 | Timothy C. Ross | Worked Debtors online banking issue - RE: Call with First Citizens customer service. | |
| 8/4/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors banking matters - RE: Wilmington Trust 60-Day Account Review. | |
| 8/5/2014 | Kim Ponder | Prepared cash outflow projection re:  banking discussion. | |
| 8/5/2014 | Kim Ponder | Conference call with T Ross and Wilmington Trust. | |
| 8/5/2014 | Timothy C. Ross | Conference call with Wilmington Trust - RE: August 7 Treasury Maturity / Debtor Operating Cash Requirement. | |
| 8/5/2014 | Timothy C. Ross | Worked Debtors banking matters - RE: US Trustee Citibank account issue process development and implementation. | |
| 8/5/2014 | William D. Cozart | Prepare updated certification of authorized signers for bank. | |
| 8/6/2014 | Kim Ponder | Wire transfers from Citi to Wilmington Trust and posting to general ledger. | |
| 8/6/2014 | Kim Ponder | FCB deposit. | |
| 8/6/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 8/6/2014 | Timothy C. Ross | Worked Debtors banking matters - RE: US Trustee Citibank account issue process development and implementation. | |
| 8/6/2014 | Timothy C. Ross | Conference call with Citibank, NA (V. Patterson) and D. Cozart - RE: Citibank to Wilmington Trust process changes. | |
| 8/6/2014 | Timothy C. Ross | Reviewed, authorized, and release Debtors wire transfers - RE: U.S. Trustee Citibank issue. | |
| 8/6/2014 | William D. Cozart | Meeting with Bank re: cash management changes. | |
| 8/7/2014 | Kim Ponder | VEBA deposit. | |
| 8/7/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and funded the disbursement account - RE: 8/7/2014. | |
| 8/7/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 8/7/2014 payment proposal. | |
| 8/7/2014 | Timothy C. Ross | Reviewed, validated, and confirmed wire transfer activity between Citibank to Wilmington Trust - RE: Citibank US Trustee issue. | |
| 8/11/2014 | Kim Ponder | FCB deposit. | |
| 8/11/2014 | Kim Ponder | July bank statement scanning and retention. | |
| 8/11/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 8/11/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors cash management matters - RE: Quick Books Direct Connect. | |
| 8/12/2014 | Kim Ponder | Cash position, weekly planning and FCB wire to Citi. | |
| 8/12/2014 | Kim Ponder | FCB deposit. | |
| 8/12/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements | |
| 8/12/2014 | Timothy C. Ross | Conference call with First Citizens - RE: Debtors wire transfer to Citibank. | |
| 8/12/2014 | William D. Cozart | Research re: Signatory updates on bank accounts. | |
| 8/13/2014 | Kim Ponder | Various emails and dialogue re:  subsidiary banking matter. | |
| 8/13/2014 | Timothy C. Ross | Worked Debtors disbursement issue - RE: payment. | |
| 8/13/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results (continued and completed) - RE: July 2014 . | |
| 8/13/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 8/14/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and funded the disbursement account - RE: 8/14/2014. | |
| 8/14/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 8/14/14 Payment Proposal. | |
| 8/15/2014 | Timothy C. Ross | Worked Debtors cash management issue - RE: Wilmington Trust fee invoices. | |
| 8/18/2014 | Kim Ponder | FCB deposit. | |
| 8/18/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 8/18/2014 | Timothy C. Ross | Received, reviewed, and authorized Wilmington Trust quarterly fee invoices. | |
| 8/18/2014 | Timothy C. Ross | Prepared, analyzed, and published Debtors cash receipts and disbursements financial results - RE: July 2014 (Continued and finalized work). | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hou |
|---|---|---|---|---|
| | 8/19/2014 | Kim Ponder | FCB deposit. | |
| | 8/19/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 8/19/2014 | William D. Cozart | Research correspondence received from Bank and prepare response. | |
| | 8/20/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 8/22/2014 payment proposal. | |
| | 8/21/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 8/22/2014 payment proposal. | |
| | 8/25/2014 | Kim Ponder | FCB deposit. | |
| | 8/26/2014 | Kim Ponder | FCB deposit. | |
| | 8/26/2014 | Timothy C. Ross | Worked Debtors banking issue with Citibank - RE: Payment. | |
| | 8/26/2014 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 8/27/2014 | Kim Ponder | Calls and correspondence with FCB re: authority matrix. | |
| | 8/27/2014 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding of disbursement bank account for the 8/29/2014 payment proposal. | |
| | 8/27/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements | |
| | 8/27/2014 | Timothy C. Ross | Worked Debtors banking issue with First Citizens Bank - RE: Wire Transfer Approval Chain. | |
| | 8/27/2014 | William D. Cozart | Review and respond to various matters re: bank transfers and account management. | |
| | 8/28/2014 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements - RE: 8/28/2014 payment proposal. | |
| | 8/29/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements. | |
| | 8/29/2014 | Timothy C. Ross | Reviewed, authorized, and released foreign subsidiary disbursements. | |
| **Cash Management Total** | | | | |

**Claims Administration**

| | 8/4/2014 | Kim Ponder | FCB inquiries re: online payments. | |
| | 8/14/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors claims matter - RE: Post Petition Employee claims motion | |
| | 8/14/2014 | Timothy C. Ross | Conference call with RLKS (K. Schultea) - RE: post petition employee claims. | |
| | 8/20/2014 | Kim Ponder | Claims database to GL reconciliation. | |
| | 8/21/2014 | Kim Ponder | Claims database to GL reconciliation. | |
| | 8/22/2014 | Kim Ponder | Claims database to GL reconciliation. | |
| | 8/25/2014 | Kim Ponder | Reconciliation of claims database to GL. | |
| | 8/26/2014 | Kim Ponder | Reconciliation of claims database to general ledger. | |
| | 8/28/2014 | Kim Ponder | Reconciliation of claims database to general ledger. | |
| | 8/29/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors claim matters - RE: Nortel Bankruptcy Claim | |
| **Claims Administration Total** | | | | |

**Compensation Application**

| | 8/1/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/1/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/1/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/1/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/7/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/8/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/8/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/8/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/8/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/8/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/12/2014 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: June 2014 report. | |
| | 8/14/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/14/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/15/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/15/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/15/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/15/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/19/2014 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: July 2014. | |
| | 8/21/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/22/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/22/2014 | Elizabeth Smith | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/22/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/22/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/22/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/22/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hou |
|---|---|---|---|---|
| | 8/26/2014 | Timothy C. Ross | Received, reviewed, and updated Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: July 2014 report. | |
| | 8/28/2014 | Deborah M. Parker | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/28/2014 | William D. Cozart | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/29/2014 | Allen K. Stout | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/29/2014 | Elizabeth Smith | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/29/2014 | Gary L. Storr | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/29/2014 | Kim Ponder | Compensation application preparation - RE: update time keeping records for week. | |
| | 8/29/2014 | Timothy C. Ross | Compensation application preparation - RE: update time keeping records for week. | |

**Compensation Application Total**

**Discovery**

| | 8/4/2014 | Timothy C. Ross | Worked Debtors information request from Crowell (M. Supko) - RE: Subpoena. | |
|---|---|---|---|---|
| | 8/5/2014 | Timothy C. Ross | Worked Debtors residual business matters -RE: Subpoena. | |
| | 8/6/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification - RE: litigation | |
| | 8/6/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors residual business matters - RE: subpoena. | |
| | 8/6/2014 | William D. Cozart | Meeting with A. Stout, T. Ross and K. Ponder to discuss Licenses. | |
| | 8/7/2014 | Gary L. Storr | Meeting with Mark Supko re : document collection | |
| | 8/7/2014 | Timothy C. Ross | Conference call with Crowell (M. Supko) and G. Storr - RE: Subpoena. | |
| | 8/8/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE:  Third-Party Discovery | |
| | 8/11/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification - RE: litigation | |
| | 8/12/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification - RE: litigation | |
| | 8/12/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE:  Subpoena | |
| | 8/13/2014 | Timothy C. Ross | Worked Debtors service of process matters - RE: RE: Subpoena | |
| | 8/14/2014 | Gary L. Storr | Correspondence re: subpoena | |
| | 8/14/2014 | Timothy C. Ross | Worked Debtors residual business matters -  Subpoena | |
| | 8/15/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell correspondences - RE: Subpoena | |
| | 8/15/2014 | Timothy C. Ross | Conference call with Crowell (M. Supko) and G. Storr - RE: Subpoena | |
| | 8/18/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE:  Subpoenas | |
| | 8/25/2014 | Timothy C. Ross | Received, reviewed, and authorized Debtors residual business matters from Crowell & Mooring (M. Supko) - RE: Subpoena Objection | |
| | 8/25/2014 | Timothy C. Ross | Worked Debtors document request from Crowell & Mooring (M. Supko) - RE: documents. | |
| | 8/25/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko) - RE: LiveLink Docs. | |
| | 8/26/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors residual business matters from Crowell (M. Supko) - RE: NNI's Response to  Subpoena | |
| | 8/27/2014 | Gary L. Storr | Assisted Mark Supko (Crowell) with research re litigation | |
| | 8/28/2014 | Gary L. Storr | Assisted Mark Supko (Crowell) with research re litigation | |
| | 8/29/2014 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko) - RE:Third-Party Subpoenas | |
| | 8/29/2014 | Gary L. Storr | Assisted Mark Supko (Crowell) with research re litigation | |

**Discovery Total**

**Electronic Data and Document Preservation**

| | 8/1/2014 | Timothy C. Ross | Worked Debtors data retention matter - RE: A. Stout laptop. | |
|---|---|---|---|---|
| | 8/11/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors document / data retention matters | |
| | 8/21/2014 | Elizabeth Smith | Prepared boxes for Iron Mountain storage. | |
| | 8/22/2014 | Elizabeth Smith | Delivered boxes to Iron Mountain for storage. | |
| | 8/22/2014 | Timothy C. Ross | Worked Debtors data and document retention matters - FW: IM Records Transfer Lists. | |

**Electronic Data and Document Preservation Total**

**Entity Liquidation and Wind Down**

| | 8/1/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
|---|---|---|---|---|
| | 8/4/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/5/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/6/2014 | Allen K. Stout | Entity wind down resource planning with T. Ross | |
| | 8/6/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/6/2014 | Timothy C. Ross | Conference call with A. Stout - RE: Foreign subsidiary liquidation and wind down update. | |
| | 8/7/2014 | Allen K. Stout | Prepare for meeting with E&Y tax team and Cleary wind down team. | |
| | 8/7/2014 | Allen K. Stout | Call with G. Davidson (E&Y) regarding legal entity. | |
| | 8/7/2014 | Allen K. Stout | Conference call with Cleary (R. Eckenrod and R. Reed). | |
| | 8/7/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/8/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 8/8/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors entity liquidation matter | |
| | 8/8/2014 | Timothy C. Ross | Reviewed, released, and authorized foreign subsidiary disbursements | |
| | 8/12/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/13/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/14/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/15/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/19/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/20/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/21/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/22/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/25/2014 | Allen K. Stout | Email correspondence related to intercompany set-off and tax queries. | |
| | 8/26/2014 | Allen K. Stout | Email correspondence on foreign entities. | |
| | 8/26/2014 | Timothy C. Ross | Worked foreign subsidiary matter - RE: Litigation. | |
| | 8/26/2014 | Timothy C. Ross | Worked foreign subsidiary tax matters | |
| | 8/27/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/28/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |
| | 8/29/2014 | Allen K. Stout | Translate tax document and provide commentary to T. Ross, J. Wood (E&Y) and Cleary (K. Hailey and R. Eckenrod). | |
| | 8/29/2014 | Allen K. Stout | Legal entity wind down actions for various foreign subsidiaries | |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 8/1/2014 | Kim Ponder | Month end close. | |
| | 8/1/2014 | Timothy C. Ross | Worked Debtors financial close - RE: July 2014. | |
| | 8/1/2014 | Timothy C. Ross | Worked Debtors financial close matters - RE: August 2014 close. | |
| | 8/4/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and account reconciliations. | |
| | 8/4/2014 | Kim Ponder | Month end close. | |
| | 8/4/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis - RE: period 7/21-8/3. | |
| | 8/4/2014 | Timothy C. Ross | Worked Debtors financial close matters - RE: July 2014. | |
| | 8/4/2014 | William D. Cozart | Post cash receipts for week ended August 1. | |
| | 8/4/2014 | William D. Cozart | Prepare bank reconciliations for July. | |
| | 8/4/2014 | William D. Cozart | Prepare billings for Q2 Trustee fees. | |
| | 8/5/2014 | Elizabeth Smith | Attended on-line CPE. | |
| | 8/5/2014 | Elizabeth Smith | Prepared month-end journal entries, schedules, and account reconciliations. | |
| | 8/5/2014 | Kim Ponder | Intercompany invoice processing. | |
| | 8/5/2014 | Kim Ponder | July VEBA transaction processing. | |
| | 8/5/2014 | Kim Ponder | Normal course payables - invoice processing. | |
| | 8/5/2014 | Kim Ponder | Month end close. | |
| | 8/5/2014 | Timothy C. Ross | Worked Debtors financial close matters - RE: July 2014. | |
| | 8/5/2014 | William D. Cozart | Prepare July Bank Reconciliations. | |
| | 8/5/2014 | William D. Cozart | Post daily cash receipts. | |
| | 8/5/2014 | William D. Cozart | Prepare billings for Q2 2014 US Trustee Fee. | |
| | 8/6/2014 | Elizabeth Smith | Prepare month-end journal entries, schedules, and account reconciliations. | |
| | 8/6/2014 | Kim Ponder | Drafted weekly payment proposal. | |
| | 8/6/2014 | Kim Ponder | Month end close. | |
| | 8/6/2014 | Timothy C. Ross | Worked Debtors month end financial close matters - RE: July 2014. | |
| | 8/6/2014 | William D. Cozart | Prepare analysis re: G&A Cost Allocation. | |
| | 8/6/2014 | William D. Cozart | Prepare bank reconciliations for July. | |
| | 8/6/2014 | William D. Cozart | Prepare reconciliations for July. | |
| | 8/7/2014 | Kim Ponder | Initiated weekly payments to vendors. | |
| | 8/7/2014 | Kim Ponder | Scanned & stored July bank statements. | |
| | 8/7/2014 | Kim Ponder | RICOH reconciliation. | |
| | 8/7/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing. | |
| | 8/7/2014 | Kim Ponder | Month end close. | |
| | 8/7/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission (includes time to resolve expense billing error) - RE: invoice RP1075158. | |
| | 8/7/2014 | William D. Cozart | Prepare reconciliations for July. | |
| | 8/7/2014 | William D. Cozart | Record daily cash receipts. | |
| | 8/7/2014 | William D. Cozart | Prepare analysis re: G&A Cost Allocation. | |
| | 8/8/2014 | Kim Ponder | Initiated wire re: document retention. | |
| | 8/8/2014 | Kim Ponder | Account reconciliations. | |
| | 8/8/2014 | Timothy C. Ross | Worked Debtors month end financial close matters - RE: July 2014. | |
| | 8/8/2014 | William D. Cozart | Prepare reconciliations for July. | |
| | 8/8/2014 | William D. Cozart | Prepare analysis re: G&A Cost Allocation. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hou |
|---|---|---|---|---|
| | 8/8/2014 | William D. Cozart | Prepare billings for August. | |
| | 8/11/2014 | Kim Ponder | Normal course payables - invoice approval requests and processing. | |
| | 8/11/2014 | Kim Ponder | Month end close. | |
| | 8/11/2014 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations - RE: July 2014. | |
| | 8/11/2014 | Timothy C. Ross | Worked Debtors month end financial close matters - RE: July 2014. | |
| | 8/11/2014 | William D. Cozart | Post daily cash receipts. | |
| | 8/11/2014 | William D. Cozart | Prepare reconciliations for July. | |
| | 8/11/2014 | William D. Cozart | Prepare analysis re: G&A Cost Allocation. | |
| | 8/12/2014 | Elizabeth Smith | Attended on-line CPE. | |
| | 8/12/2014 | Gary L. Storr | Meeting with K. Ponder, D. Cozart – RE: QuickBooks 2014 Upgrade implementation and test plan. | |
| | 8/12/2014 | Gary L. Storr | Closed July month end and ran/distributed monthly QuickBooks reports. | |
| | 8/12/2014 | Kim Ponder | Normal course payables - weekly payment proposal. | |
| | 8/12/2014 | Kim Ponder | Meeting with T Ross, D Cozart, G Storr re: QuickBooks 2014 upgrade implementation and test plan. | |
| | 8/12/2014 | Timothy C. Ross | Meeting with K. Ponder, D. Cozart, G. Storr – RE: QuickBooks 2014 Upgrade implementation and test plan. | |
| | 8/12/2014 | Timothy C. Ross | Worked Debtors month end financial close matters - RE: July 2014. | |
| | 8/12/2014 | William D. Cozart | Update G&A Cost Allocation calculation. | |
| | 8/12/2014 | William D. Cozart | Meeting with T Ross, G Storr and K Ponder re: QuickBooks upgrade. | |
| | 8/12/2014 | William D. Cozart | Post daily cash receipts. | |
| | 8/12/2014 | William D. Cozart | Prepare reconciliations for July. | |
| | 8/13/2014 | Elizabeth Smith | Prepared month-end schedules and reconciliations. | |
| | 8/13/2014 | Kim Ponder | Received, researched and responded to A Lane request for historical real estate data. | |
| | 8/13/2014 | Kim Ponder | QB upgrade testing. | |
| | 8/13/2014 | William D. Cozart | Post daily cash receipts. | |
| | 8/13/2014 | William D. Cozart | Perform tests for QuickBooks 2014 upgrade. | |
| | 8/14/2014 | Elizabeth Smith | Tested QB 2014 functionality. | |
| | 8/14/2014 | Elizabeth Smith | Attended on-line CPE. | |
| | 8/14/2014 | Kim Ponder | Normal course payables - invoice processing. | |
| | 8/14/2014 | Kim Ponder | Normal course payables - initiated weekly payments to vendors. | |
| | 8/14/2014 | Kim Ponder | Intercompany franchise tax billings. | |
| | 8/14/2014 | William D. Cozart | Match accounts payable payments with invoices and payment proposal. | |
| | 8/14/2014 | William D. Cozart | Prepare billings for August. | |
| | 8/14/2014 | William D. Cozart | Perform tests for QuickBooks 2014 upgrade. | |
| | 8/15/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: QuickBooks upgrade testing. | |
| | 8/15/2014 | William D. Cozart | Perform test for QuickBooks 2014 upgrade. | |
| | 8/18/2014 | Elizabeth Smith | Reviewed July MOR. | |
| | 8/18/2014 | Kim Ponder | Normal course payables - invoice approval requests. | |
| | 8/18/2014 | Kim Ponder | Bank statement scanning and document retention. | |
| | 8/18/2014 | Timothy C. Ross | Prepared, validated, and submitted staffing time report to Mergis - RE: period 08/04/14 through 08/15/14. | |
| | 8/18/2014 | Timothy C. Ross | Worked Debtors finance and accounting matters - RE: QuickBooks version upgrade transition issues. | |
| | 8/18/2014 | William D. Cozart | Meeting with E Smith, D Parker and K Ponder RE: Former LTD Employee Receivables. | |
| | 8/18/2014 | William D. Cozart | Review of financial data for QB14 Conversion. | |
| | 8/19/2014 | Kim Ponder | Unclaimed property review & notarization. | |
| | 8/19/2014 | Kim Ponder | Normal course payables - invoice processing and draft weekly payment proposal. | |
| | 8/19/2014 | Kim Ponder | Received and responded to MNAT request re: trial costs. | |
| | 8/19/2014 | Timothy C. Ross | Worked Debtors finance & accounting matters - RE: QuickBooks 2014 Upgrade issues. | |
| | 8/19/2014 | William D. Cozart | Prepare invoices for August. | |
| | 8/19/2014 | William D. Cozart | Record daily deposit. | |
| | 8/19/2014 | William D. Cozart | Review of financial data for QB14 conversion. | |
| | 8/20/2014 | Gary L. Storr | Update QuickBooks master data. | |
| | 8/20/2014 | Timothy C. Ross | Reviewed and authorized QB vendor setup requests. | |
| | 8/20/2014 | William D. Cozart | Record Daily deposit. | |
| | 8/20/2014 | William D. Cozart | Prepare analysis re: G&A Cost Allocation. | |
| | 8/20/2014 | William D. Cozart | Prepare September 2014 sublease billings and related entries. | |
| | 8/21/2014 | Kim Ponder | Normal course payables - initiated payments to vendors. | |
| | 8/21/2014 | Kim Ponder | Unclaimed property review & notarization. | |
| | 8/21/2014 | William D. Cozart | Review and reconcile QB14 reporting solution. | |
| | 8/21/2014 | William D. Cozart | Prepare September 2014 sublease billing and related entries. | |
| | 8/21/2014 | William D. Cozart | Prepare analysis and reconciliations of July accounts. | |
| | 8/22/2014 | Timothy C. Ross | Reviewed, reconciled, and approved Mergis staffing invoice to staff time report submission (includes time to resolve expense billing error) - RE: invoice RP1081574. | |
| | 8/22/2014 | William D. Cozart | Record daily cash receipts. | |
| | 8/22/2014 | William D. Cozart | Review and reconcile QB14 reporting solution. | |
| | 8/22/2014 | William D. Cozart | Prepare analysis and reconciliations of accounts for July. | |
| | 8/25/2014 | Kim Ponder | Normal course payables - invoice processing. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hou |
|---|---|---|---|---|
| | 8/25/2014 | Kim Ponder | Correspondence received, reviewed and responded to re: 824 Market Street lease. | |
| | 8/25/2014 | William D. Cozart | Record daily cash receipts. | |
| | 8/25/2014 | William D. Cozart | Review and reconcile QB14 reporting solution. | |
| | 8/25/2014 | William D. Cozart | Prepare analysis and reconciliations of accounts for July. | |
| | 8/26/2014 | William D. Cozart | Record daily cash receipts. | |
| | 8/26/2014 | William D. Cozart | Prepare billings for August. | |
| | 8/26/2014 | William D. Cozart | Prepare analysis of accounts for August. | |
| | 8/27/2014 | Kim Ponder | Unclaimed property review & notarization. | |
| | 8/27/2014 | Kim Ponder | Normal course payables - drafted weekly payment proposal and cash summary. | |
| | 8/27/2014 | Kim Ponder | Intercompany invoice processing. | |
| | 8/27/2014 | Kim Ponder | Document retention. | |
| | 8/27/2014 | William D. Cozart | Record daily cash receipts. | |
| | 8/27/2014 | William D. Cozart | Prepare analysis of accounts for August. | |
| | 8/27/2014 | William D. Cozart | Review and reconcile QB14 reporting solution. | |
| | 8/28/2014 | Kim Ponder | Normal course payables - initiated payments to vendors. | |
| | 8/28/2014 | Kim Ponder | Unclaimed property review & notarization. | |
| | 8/28/2014 | Kim Ponder | Correspondence received and responded to from Professionals. | |
| | 8/28/2014 | William D. Cozart | Record daily cash receipts. | |
| | 8/28/2014 | William D. Cozart | Prepare analysis of accounts for August. | |
| | 8/28/2014 | William D. Cozart | Research re: claims reconciliation matters. | |
| | 8/28/2014 | William D. Cozart | Review and reconcile QB14 reporting solution. | |
| | 8/29/2014 | Gary L. Storr | Loaded September FX rates to QuickBooks. | |
| | 8/29/2014 | Kim Ponder | Received, researched and responded to RICOH inquiry. | |
| | 8/29/2014 | Kim Ponder | Month end close. | |
| **Finance and General Accounting Total** | | | | **2** |

**Human Resources**

| | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 8/1/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/1/2014 | Timothy C. Ross | Worked Debtors benefit audit matters | |
| | 8/4/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/4/2014 | Deborah M. Parker | Misc. HR activities -(e.g. CGSH correspondence, VEBA, request IM files, vendor billing, benefit wind down, filing). | |
| | 8/4/2014 | Elizabeth Smith | Prepared VEBA financial statements. | |
| | 8/4/2014 | Elizabeth Smith | Worked LTIP stale-dated check project. | |
| | 8/4/2014 | Timothy C. Ross | Worked Debtors benefit matters - RE: memo. | |
| | 8/4/2014 | Timothy C. Ross | Reviewed and authorized deposits | |
| | 8/5/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/5/2014 | Deborah M. Parker | Misc. HR activities -(e.g. LTIP activities, VEBA, filing). | |
| | 8/5/2014 | Elizabeth Smith | Worked LTIP stale-dated check project. | |
| | 8/5/2014 | Elizabeth Smith | Prepared VEBA Financial Statements. | |
| | 8/6/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/6/2014 | Deborah M. Parker | Misc. HR activities -(e.g. review/scan IM files, vendor inquiry, LTIP activities). | |
| | 8/6/2014 | Elizabeth Smith | Prepared LTIP 5500. | |
| | 8/7/2014 | Allen K. Stout | Esign 5500 for LTIP. Print and manually sign 5500 and 8955-55A. and mail hard copy original to Elizabeth Smith (time includes travel time to post office). | |
| | 8/7/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/7/2014 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, VEBA, benefit inquiry, LTIP activities, CGSH correspondence). | |
| | 8/7/2014 | Elizabeth Smith | Prepared LTIP 5500. | |
| | 8/7/2014 | Elizabeth Smith | Prepared VEBA financial statements. | |
| | 8/7/2014 | Timothy C. Ross | Reviewed and authorized Deposits | |
| | 8/8/2014 | Elizabeth Smith | Completed LTIP 5500 filing. | |
| | 8/8/2014 | Elizabeth Smith | Prepared VEBA financial statements. | |
| | 8/8/2014 | Timothy C. Ross | Worked Debtors benefit matters - RE: NNI BOD meeting minutes. | |
| | 8/11/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/11/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit inquiry, LTIP activities, filing). | |
| | 8/11/2014 | Elizabeth Smith | Prepared VEBA financial statements. | |
| | 8/11/2014 | Elizabeth Smith | Worked LTIP stale-dated check issue. | |
| | 8/11/2014 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit matters - RE: 2013 LTIP FS and Forms 5500 and 8955 SSA. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hou |
|---|---|---|---|---|
| | 8/12/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account.. | |
| | 8/12/2014 | Deborah M. Parker | Misc. HR activities -(e.g. claims inquiry/research, filing). | |
| | 8/12/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/13/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/13/2014 | Deborah M. Parker | Misc. HR activities -(e.g. HR documentation, filing). | |
| | 8/13/2014 | Timothy C. Ross | Received, reviewed and responded to Debtors former employee tax matters | |
| | 8/14/2014 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, LTIP activities, CGSH correspondence, HR documentation). | |
| | 8/14/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/14/2014 | Elizabeth Smith | Received, reviewed, and responded to email re: benefit plan wind down. | |
| | 8/15/2014 | Elizabeth Smith | Worked VEBA audit issues. | |
| | 8/15/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/18/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/18/2014 | Deborah M. Parker | Meeting with E. Smith, D. Cozart and K. Ponder re: Employee note receivables. | |
| | 8/18/2014 | Deborah M. Parker | Misc. HR activities -(e.g. review IM files, filing). | |
| | 8/18/2014 | Elizabeth Smith | Attended conference call with David Cozart, Deb Parker, and Kim Ponder re: former employee receivable. | |
| | 8/18/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/18/2014 | Kim Ponder | Meeting with E Smith, D Cozart, and D Parker re: former employee receivables. | |
| | 8/19/2014 | Deborah M. Parker | Document execution & signatures- HR matters, vendor billing and unclaimed property. | |
| | 8/19/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit wind down, CGSH correspondence, vendor billing). | |
| | 8/19/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/19/2014 | Elizabeth Smith | Worked on VEBA financial statement issues. | |
| | 8/19/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/19/2014 | Timothy C. Ross | Received, reviewed and responded to Debtors benefit wind down matters from CGSH (L. Bagarella) | |
| | 8/19/2014 | Timothy C. Ross | Conference call with E. Smith on Debtors benefit wind down matters | |
| | 8/19/2014 | Timothy C. Ross | Reviewed and authorized Debtors benefit vendor payments | |
| | 8/19/2014 | Timothy C. Ross | Reviewed and authorized HR related records request documents. | |
| | 8/20/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/20/2014 | Deborah M. Parker | Misc. HR activities -(e.g. filing, LTIP activities). | |
| | 8/20/2014 | Elizabeth Smith | Attended conference call with Ann Thomas, Cigna, re: benefit plan wind down. | |
| | 8/20/2014 | Elizabeth Smith | Worked VEBA financial statement issues. | |
| | 8/20/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/21/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account.. | |
| | 8/21/2014 | Deborah M. Parker | Misc. HR activities -(e.g. IM file review, meeting with OPM for background check, HR documentation). | |
| | 8/22/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/25/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/25/2014 | Deborah M. Parker | Misc. HR activities -(e.g. benefit wind down, IM requests, IM file review, research and respond to HR data request). | |
| | 8/25/2014 | Elizabeth Smith | Worked LTIP stale-dated check issues. | |
| | 8/26/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/26/2014 | Elizabeth Smith | Worked LTIP stale-dated check issues. | |
| | 8/26/2014 | Elizabeth Smith | Worked VEBA termination issues. | |
| | 8/26/2014 | Elizabeth Smith | Attended conference call with Tim Ross and Kathy Schultea (RLKS) re: VEBA termination issues. | |
| | 8/26/2014 | Timothy C. Ross | Conference call with RLKS (K. Schultea) and E. Smith - RE: 2014 VEBA 5500. | |
| | 8/27/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account. | |
| | 8/27/2014 | Deborah M. Parker | Misc. HR activities -(e.g. CGSH correspondence, benefits wind down, HR documentation). | |
| | 8/27/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/27/2014 | Elizabeth Smith | Prepared VEBA financial statements. | |
| | 8/27/2014 | Timothy C. Ross | Reviewed and authorized final 2014 VEBA 5500 Memo. | |
| | 8/28/2014 | Deborah M. Parker | HR Shared Services - HR Shared Services 800 # helpline coverage. Respond to HR and claims related inquires that come in via the HRSS 800 # helpline, HRSS fax # or HRSS email account.. | |
| | 8/28/2014 | Deborah M. Parker | Misc. HR activities -(e.g. HR documentation, filing). | |
| | 8/28/2014 | Elizabeth Smith | Prepared VEBA financial statements. | |
| | 8/29/2014 | Elizabeth Smith | Received, reviewed, and responded to emails re: benefit plan wind down. | |
| | 8/29/2014 | Elizabeth Smith | Worked on VEBA termination issues. | |
| | 8/29/2014 | Elizabeth Smith | Worked on LTIP SAR. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hou |
|---|---|---|---|---|
| | | **Human Resources Total** | | 1 |
| **Information Technology Operations** | | | | |
| | 8/4/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/4/2014 | Gary L. Storr | Investigated QuickBooks communication issue with First Citizens bank. | |
| | 8/4/2014 | Gary L. Storr | Met with Akibia to discuss SAP BW server issue. | |
| | 8/4/2014 | Gary L. Storr | Began planning QuickBooks 11-14 upgrade. | |
| | 8/5/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/5/2014 | Gary L. Storr | Met with Akibia to discuss SAP BW server issue. | |
| | 8/5/2014 | Gary L. Storr | Rebuilt user PC OS to address performance issues. | |
| | 8/5/2014 | Gary L. Storr | Executed QuickBooks offsite backups. | |
| | 8/5/2014 | Gary L. Storr | Investigated rebuild options for SAP BW report menu. | |
| | 8/6/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/6/2014 | Gary L. Storr | Met with RLKS to discuss system status. | |
| | 8/6/2014 | Gary L. Storr | Reviewed issue with employee database report. | |
| | 8/6/2014 | Gary L. Storr | Met with Akibia to discuss SAP BW server issue. | |
| | 8/6/2014 | Gary L. Storr | Continued planning QuickBooks of 11-14 upgrade. | |
| | 8/7/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/7/2014 | Gary L. Storr | Repaired PC profile corruption on user PC. | |
| | 8/7/2014 | Gary L. Storr | Met with UKA to discuss UKA BW environment operations. | |
| | 8/7/2014 | Gary L. Storr | Execution of QuickBooks 14 Upgrade. | |
| | 8/11/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/11/2014 | Gary L. Storr | Corrected data in employee database. | |
| | 8/11/2014 | Gary L. Storr | Reviewed and processed AT&T bill for payment. | |
| | 8/11/2014 | Gary L. Storr | Repowered and connected ZIRE0xg server. | |
| | 8/11/2014 | Gary L. Storr | Reviewed and processed Verizon bill for payment. | |
| | 8/11/2014 | Gary L. Storr | Reviewed and processed Zensar/Akibia bill for payment. | |
| | 8/11/2014 | Gary L. Storr | Reviewed and processed CSC bill for payment. | |
| | 8/11/2014 | Gary L. Storr | Execution of QuickBooks 14 Upgrade. | |
| | 8/11/2014 | Gary L. Storr | Troubleshooting of nortel-us.com web page. | |
| | 8/12/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/12/2014 | Gary L. Storr | Repaired issue with SAN cabling for ZIRE0xg server. | |
| | 8/12/2014 | Gary L. Storr | Execution of QuickBooks 14 Upgrade. | |
| | 8/13/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/13/2014 | Gary L. Storr | Testing of QuickBooks 14 Upgrade. | |
| | 8/13/2014 | Gary L. Storr | Executed Livelink searches | |
| | 8/13/2014 | Gary L. Storr | Executed Livelink searches | |
| | 8/13/2014 | Gary L. Storr | Assisted user with PC issue. | |
| | 8/13/2014 | Gary L. Storr | Executed QuickBooks offsite backups. | |
| | 8/14/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/14/2014 | Gary L. Storr | Extracted and provide address update report to HR. | |
| | 8/14/2014 | Gary L. Storr | Setup and testing of QuickBooks 14 Upgrade. | |
| | 8/16/2014 | Gary L. Storr | QuickBooks 2014 Cutover. | |
| | 8/17/2014 | Gary L. Storr | QuickBooks 2014 Cutover. | |
| | 8/18/2014 | Gary L. Storr | QuickBooks 2014 Cutover. | |
| | 8/18/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/19/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/19/2014 | Gary L. Storr | QuickBooks 2014 Cutover. | |
| | 8/19/2014 | Gary L. Storr | Review and process Recall data archive bill. | |
| | 8/19/2014 | Gary L. Storr | Review aftermarket reporting options for QuickBooks 2014. | |
| | 8/20/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/20/2014 | Gary L. Storr | Review and process AT&T monthly communications bill. | |
| | 8/20/2014 | Gary L. Storr | Review aftermarket reporting options for QuickBooks 2014. | |
| | 8/20/2014 | Gary L. Storr | Weekly system status call with RLKS. | |
| | 8/21/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/21/2014 | Gary L. Storr | Review aftermarket reporting options for QuickBooks 2014. | |
| | 8/21/2014 | Gary L. Storr | Support call to Intuit regarding QuickBooks 2014. | |
| | 8/25/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/25/2014 | Gary L. Storr | Reset user password. | |
| | 8/25/2014 | Gary L. Storr | Conference call with Akibia re:SAP BW issue. | |
| | 8/25/2014 | Gary L. Storr | Livelink search as requested by CGSH. | |
| | 8/25/2014 | Gary L. Storr | Assisted user with PC application issue. | |
| | 8/25/2014 | Gary L. Storr | Review aftermarket reporting options for QuickBooks 2014. | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hou |
|---|---|---|---|---|
| | 8/26/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/26/2014 | Gary L. Storr | Reset user password. | |
| | 8/26/2014 | Gary L. Storr | Performed administrative cleanup of file server. | |
| | 8/26/2014 | Gary L. Storr | Assisted user with PC application issue. | |
| | 8/26/2014 | Gary L. Storr | Correspondence with CGSH re litigation matter | |
| | 8/26/2014 | Gary L. Storr | Correspondence with UKA re SAP BW server issue. | |
| | 8/26/2014 | Gary L. Storr | Review aftermarket reporting options for QuickBooks 2014. | |
| | 8/27/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/27/2014 | Gary L. Storr | Assisted user with PC Hard Drive failure repair. | |
| | 8/27/2014 | Gary L. Storr | Restart of Livelink server engine. | |
| | 8/27/2014 | Gary L. Storr | Reviewed Frontier billing statement for processing. | |
| | 8/27/2014 | Gary L. Storr | Reviewed Iron Mountain billing statement for processing. | |
| | 8/27/2014 | Gary L. Storr | Meeting with RLKS to discuss system status. | |
| | 8/28/2014 | Gary L. Storr | Performed Daily Data Center health check. | |
| | 8/28/2014 | Gary L. Storr | Assisted user with PC Hard Drive failure repair. | |
| | 8/28/2014 | Gary L. Storr | Review aftermarket reporting options for QuickBooks 2014. | |
| | 8/28/2014 | Gary L. Storr | Performed administrative cleanup of file server. | |
| | 8/31/2014 | Gary L. Storr | Reset user password. | |
| **Information Technology Operations Total** | | | | **1** |

**Professional Fee Applications**

| | 8/1/2014 | Kim Ponder | Processed weekly Professional fee applications. | |
| | 8/14/2014 | Kim Ponder | Processed weekly Professional Fee applications filed. | |
| | 8/19/2014 | Kim Ponder | Processed weekly Professional fee applications. | |
| | 8/29/2014 | Kim Ponder | Processed weekly Professional fee applications. | |
| **Professional Fee Applications Total** | | | | |

**Real Estate Management**

| | 8/5/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: Parkpoint Avanti Market issue. | |
| | 8/5/2014 | Timothy C. Ross | Worked Debtors property management matters - RE:Profit Sharing Analysis for the period April 1, 2014 through June 30, 2014.. | |
| | 8/5/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: Forse, Inc. action items. | |
| | 8/8/2014 | Timothy C. Ross | Worked Debtors property management concern - RE: tenant furniture removal. | |
| | 8/15/2014 | Timothy C. Ross | Meeting with Johnson Controls (A. Lane) - RE: Debtors property management review. | |
| | 8/20/2014 | Timothy C. Ross | Prepared and submitted Rent roll for RTP and Richardson properties September 1, 2014. | |
| | 8/20/2014 | Timothy C. Ross | Prepared and submitted tenant rental income for invoicing - RE: September 1, 2014 rent. | |
| | 8/20/2014 | Timothy C. Ross | Reviewed and authorized Johnson Controls property management invoice - Revised July Invoice and JE. | |
| | 8/20/2014 | Timothy C. Ross | Prepared and communicated annual CPI adjustment analysis for communication to tenant - Genband Parkpoint Sublease. | |
| | 8/21/2014 | Timothy C. Ross | Received, reviewed, and addressed Debtors tenant issue - RE: Sodexo / Avanti. | |
| | 8/22/2014 | Timothy C. Ross | Received, reviewed, and authorized Debtors property management matters - RE: Genband Sublease-RICH 7, 1460 Glenville Dr. Richardson, TX, Notice of Annual CPI increase. | |
| | 8/26/2014 | Timothy C. Ross | Worked Debtors collection matters - RE: Forse, Inc. | |
| | 8/27/2014 | Timothy C. Ross | Meeting with Johnson Controls (A. Lane) - RE: Debtors property management review. | |
| | 8/27/2014 | Timothy C. Ross | Worked Debtors collection matters - RE: Forse, Inc. | |
| | 8/28/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: HCL sublease interest. | |
| | 8/28/2014 | Timothy C. Ross | Received, reviewed, and authorized Debtors property management matters - RE: Johnson Controls Maintenance Excellence- Asset Listing Verification. | |
| | 8/28/2014 | Timothy C. Ross | Worked Debtors property management matters - RE: HCL. | |
| **Real Estate Management Total** | | | | |

**Residual Business Operations**

| | 8/5/2014 | Allen K. Stout | Compile materials for Royalty review with T. Ross, D. Cozart, and K. Ponder. | |
| | 8/6/2014 | Allen K. Stout | Teleconference with T. Ross, D. Cozart, and K. Ponder re: royalty license fee. | |
| | 8/6/2014 | Allen K. Stout | Royalty license fee review and research. | |
| | 8/6/2014 | Kim Ponder | Meeting with A Stout, T Ross and D Cozart re: Royalty licenses. | |
| | 8/6/2014 | Timothy C. Ross | Conference call with A. Stout, D. Cozart, and K. Poe - RE: Royalty License Agreements | |
| | 8/7/2014 | Timothy C. Ross | Worked Debtors residual business matter - RE: unclaimed property issue | |
| | 8/13/2014 | Timothy C. Ross | Worked Debtors residual business matters | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2014 through August 31, 2014

| Project | Date | Professional | Project Work Description | Hou |
|---|---|---|---|---|
| | 8/14/2014 | Gary L. Storr | Conducted search of customer history in support of unclaimed property. | |
| | 8/14/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matters | |
| | 8/18/2014 | Timothy C. Ross | Worked Debtors staffing matter - RE: A. Stout. | |
| | 8/18/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matter | |
| | 8/19/2014 | Timothy C. Ross | Reviewed and executed Debtors abandoned property claims. | |
| | 8/20/2014 | Deborah M. Parker | Unclaimed Property. | |
| | 8/20/2014 | Timothy C. Ross | Received, reviewed, and responded to CGSH matter | |
| | 8/21/2014 | Deborah M. Parker | Unclaimed Property - document execution & signature. | |
| | 8/21/2014 | Timothy C. Ross | Reviewed and executed Debtors abandoned property claims. | |
| | 8/21/2014 | Timothy C. Ross | Received, reviewed, and executed Debtors residual business matters | |
| | 8/25/2014 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification (s). | |
| | 8/25/2014 | Timothy C. Ross | Worked Debtors document request from CGSH - RE: litigation | |
| | 8/25/2014 | Timothy C. Ross | Worked Debtors residual business matters | |
| | 8/25/2014 | Timothy C. Ross | Received, analyzed, and authorized Golder Associates charges and updated Debtors reserve analysis | |
| | 8/25/2014 | William D. Cozart | Research and respond to question RE:  LTIP shutdown. | |
| | 8/26/2014 | Deborah M. Parker | Residual Business - Unclaimed Property research and filing . | |
| | 8/26/2014 | Timothy C. Ross | Worked Debtors collection matters | |
| | 8/27/2014 | Deborah M. Parker | Residual Business - Unclaimed Property research and filing and document execution & signature. | |
| | 8/27/2014 | Timothy C. Ross | Worked Debtors residual business matters - RE:  abandoned property claim issue | |
| | 8/27/2014 | Timothy C. Ross | Reviewed and authorized Debtors abandoned property claims. | |
| | 8/28/2014 | Deborah M. Parker | Residual Business - Unclaimed Property research and filing and document execution & signature. | |
| | 8/28/2014 | Timothy C. Ross | Reviewed and authorized Debtors abandoned property claims. | |
| **Residual Business Operations Total** | | | | |
| **Tax Matters** | | | | |
| | 8/5/2014 | Kim Ponder | Received and responded to EY question re:  2013 headcount. | |
| | 8/5/2014 | Timothy C. Ross | Meeting with E&Y (J. Wood) and D. Cozart - RE: DOF Expense Allocation Model. | |
| | 8/5/2014 | Timothy C. Ross | Prepared and analyzed 2015+ Debtors G&A Cost Analysis - RE: DOF cost allocation. | |
| | 8/6/2014 | Kim Ponder | Received, researched and responded to EY inquiry re:  2013 salary data. | |
| | 8/7/2014 | Timothy C. Ross | Meeting with E&Y (J. Woods and J. Scott) - RE: Debtors tax matters update. | |
| | 8/8/2014 | Timothy C. Ross | Worked Debtors tax matters - RE: Guam Annual Report. | |
| | 8/11/2014 | Timothy C. Ross | Reviewed and executed various Debtor tax documents - RE: Various State License and Fee matters.. | |
| | 8/11/2014 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: Delaware Franchise Tax. | |
| | 8/12/2014 | Timothy C. Ross | Conference call with E&Y, Chilmark, and CGSH  - RE: Nortel DOF. | |
| | 8/13/2014 | Timothy C. Ross | Conference call with E&Y, Chilmark, and CGSH - RE: Nortel DOF. | |
| | 8/14/2014 | Kim Ponder | Received, researched and responded to EY request for 2013 tax reporting explanations. | |
| | 8/14/2014 | Timothy C. Ross | Meeting with E&Y (J. Scott and J. Wood) - RE: Debtors Tax Project Status Update. | |
| | 8/19/2014 | Kim Ponder | Received and responded to EY tax preparation inquiry re:  2013 interest income. | |
| | 8/21/2014 | Timothy C. Ross | Received, reviewed, and executed  Debtors tax matters - RE: request for supplemental information. | |
| | 8/21/2014 | Timothy C. Ross | Meeting with E&Y (J. Woods and S. Jacks) - RE: Debtors tax project update. | |
| | 8/21/2014 | Timothy C. Ross | Reviewed and authorized various Debtors tax matters - RE: Franchise fees.. | |
| | 8/27/2014 | Timothy C. Ross | Reviewed and executed Debtors tax matters - RE: DOF. | |
| | 8/28/2014 | Timothy C. Ross | Meeting with E&Y (J. Scott and J. Wood) - RE: Debtors tax project update. | |
| | 8/28/2014 | Timothy C. Ross | Reviewed and authorized Debtors tax matters - RE: Various state annual reports. | |
| **Tax Matters Total** | | | | |

**For the period of August 1, 2014 through August 31, 2014**                                                                                                                       **8**