IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NORTEL NETWORKS, INC., *et al.*, | : Case No. 09-10138 (KG) |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 14429 |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Mark S. Supko, Esquire *pro hac vice* is granted.

Dated: September 25, 2014

_____
HONORABLE KEVIN GROSS
United States Bankruptcy Judge

8287215 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Jennifer R. Hoover, Esquire, move for the admission *pro hac vice*, pursuant to Local Rule 83.5, of Mark S. Supko, Esquire of Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C., to represent Nortel Networks Inc., in this matter.

Dated: September 19, 2014

                                            BENESCH, FRIEDLANDER, COPLAN
                                            & ARONOFF LLP

                    By:    */s/ Jennifer R. Hoover*
                            Jennifer R. Hoover, Esquire
                            222 Delaware Avenue, Suite 801
                            Wilmington, DE 19801
                            302-442-7010 (telephone)
                            302-442-7012 (facsimile)
                            jhoover@beneschlaw.com

                            *Special Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Compoents Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: September 18, 2014

CROWELL & MORING LLP

_____
Mark M. Supko
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

2

Nortel_ Pro Hac Supko.DOCX