# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138(KG)
:    Jointly Administered
              Debtors.                :
:
:    **Hearing Date: Nov. 4, 2014 at 10:00 a.m.**
:    **Objections Due: Oct. 14, 2014 at 4:00 p.m.**
---------------------------------------------------------------X

**APPENDIX TO DECLARATION OF TIMOTHY C. ROSS IN SUPPORT OF DEBTORS' MOTION FOR (A) AN ORDER ENFORCING AND/OR EXTENDING THE AUTOMATIC STAY, (B) AN ORDER ENFORCING THE COURT'S PRIOR ORDERS, (C) A PROTECTIVE ORDER, AND (D) RELATED RELIEF UNDER SECTION 105(A)**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| Tab | Description |
|---|---|
| 1. | Time Warner Subpoena to Nortel Networks Inc. in *Constellation Techs. LLC v. Time Warner Cable, Inc. et al.*, No. 2:13-cv-01079-RSP (E.D. Tex.), served June 9, 2014 |
| 2. | Google Subpoena to Nortel Networks Inc. in *Google Inc. v. Rockstar Consortium US LP et al.*, No. 4:13-cv-05933-CW (N.D. Cal.), served July 17, 2014 |
| 3. | Google Subpoena to Nortel Networks Inc. in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), served July 18, 2014 |
| 4. | Google/Samsung Subpoena to Nortel Networks Inc. in *Rockstar Consortium US LP et al. v. ASUSTek Computer, Inc. et al.*, No. 2:13-cv-00894-JRG (E.D. Tex.), served August 11, 2014 |
| 5. | Verizon Subpoena to Nortel Networks Inc. in *Spherix Inc. v. Verizon Services Corp. et al.*, No. 1:14-cv-721-GBL (E.D. Va.), served September 5, 2014 |
| 6. | Google Subpoena to Christopher J. Cianciolo in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), dated August 4, 2014 |
| 7. | Google Subpoena to Art Fisher in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), served September 8, 2014 |
| 8. | Google Subpoena to Peter A. Fortman in *Google Inc. v. Rockstar Consortium US LP et al.*, No. 4:13-cv-05933-CW (N.D. Cal.), served August 18, 2014 |
| 9. | Google Subpoena to Raj Krishnan in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), dated August 4, 2014 |
| 10. | Google Subpoena to Richard Weiss in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), dated August 4, 2014 |
| 11. | Google Subpoena to Global IP Law Group in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), served August 20, 2014 |
| 12. | Google/Samsung Subpoena to Global IP Law Group in *Rockstar Consortium US LP et al. v. ASUSTek Computer, Inc. et al.*, No. 2:13-cv-00894-JRG (E.D. Tex.), served August 14, 2014 |
| 13. | Google Subpoena to Lazard Freres & Co. LLC in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), dated August 6, 2014 |
| 14. | Google/Samsung Subpoena to Lazard Freres & Co. LLC in *Rockstar Consortium US LP et al. v. ASUSTek Computer, Inc. et al.*, No. 2:13-cv-00894-JRG (E.D. Tex.), dated August 14, 2014 |

- 2 -

| Tab | Description |
| --- | --- |

15. Google Subpoena to Lazard Freres & Co. LLC in *Google Inc. v. Rockstar Consortium US LP et al.*, No. 4:13-cv-05933-CW (N.D. Cal.), dated August 7, 2014

16. Google Subpoena to David Descoteaux in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), dated August 6, 2014

17. Google Subpoena to Colin Keenan in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), dated August 6, 2014

18. Google Subpoena to Justin Lux in *Rockstar Consortium US LP et al. v. Google Inc.*, No. 2:13-cv-00893-JRG (E.D. Tex.), dated August 6, 2014