Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **29 September 2014**   Our Ref: **GDB/CCN01.00001**   Invoice No.: **375314**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 5,123.00 |
| For the period to 31 August 2014, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 6.78 |
| | 0.00 | | 5,129.78 |
| | | VAT | 0.00 |
| | | Total | 5,129.78 |
| | | **Balance Due** | **5,129.78** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 375314 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2014

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Senior Associate | Antonia Croke | 0.40 | 232.00 | (C0003) |
|  |  | 1.40 | 812.00 | (C0007) |
|  |  | 3.20 | 1,856.00 | (C0029) |
|  |  | **5.00** | **2,900.00** |  |
| Junior Associate | Sophie Law | 3.10 | 1,209.00 | (C0003) |
|  |  | 1.80 | 702.00 | (C0007) |
|  |  | 0.80 | 312.00 | (C0029) |
|  |  | **5.70** | **2,223.00** |  |
|  | **TOTAL** | **10.70** | **5,123.00** |  |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | | |
|---|---|---|---|
| | | **Time (Decimal)** | **Agreed Rate (GBP /hour)** |
| **Senior Associate** | | | |
| ACROKE | Antonia Croke | 0.40 | 580.00 | 232.00 |
| **Associate** | | | |
| SLAW | Sophie Law | 3.10 | 390.00 | 1,209.00 |
| | | | Total | **1,441.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/08/2014 | Sophie Law | LETT | Email B Kahn re July estimates; email to costs team re same; respond to B Kahn | 0.10 | 390.00 | 39.00 |
| 06/08/2014 | Antonia Croke | LETT | Emails RE: Ashurst Nortel- July Fee and Expense Estimates | 0.10 | 580.00 | 58.00 |
| 13/08/2014 | Antonia Croke | LETT | Email AMP re report by fee examine on Ash | 0.10 | 580.00 | 58.00 |
| 14/08/2014 | Sophie Law | LETT | Email M Fagen re fee examiner report | 0.10 | 390.00 | 39.00 |
| 18/08/2014 | Antonia Croke | LETT | Emails re Ash fee app | 0.10 | 580.00 | 58.00 |
| 19/08/2014 | Antonia Croke | LETT | Emails GDB re Ash fee app | 0.10 | 580.00 | 58.00 |
| 26/08/2014 | Sophie Law | MISC | Review Ashurst draft bill in prep for July fee app | 0.30 | 390.00 | 117.00 |
| 27/08/2014 | Sophie Law | MISC | Preparing July monthly fee app and interim fee app | 0.80 | 390.00 | 312.00 |
| 28/08/2014 | Sophie Law | DRFT | Finalise monthly and interim fee applications; email LROBER re future fee apps | 1.50 | 390.00 | 585.00 |
| 29/08/2014 | Sophie Law | MISC | Finalise and send interim fee app to Matt/Brad at Akin | 0.30 | 390.00 | 117.00 |
| | | | | | | **1,441.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0007**</u>     <u>**Creditors Committee Meetings**</u>

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.40 | 580.00 | 812.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 1.80 | 390.00 | 702.00 |
| | | | Total | 1,514.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/08/2014 | Sophie Law | LETT | Emails from Akin and Committee re Nortel Committee Call - Recommended Cancellation (30/07) | 0.10 | 390.00 | 39.00 |
| 06/08/2014 | Antonia Croke | LETT | Review Agenda for UCC Call | 0.10 | 580.00 | 58.00 |
| 07/08/2014 | Antonia Croke | LETT | Emails SLAW/LROBER re Nortel call | 0.10 | 580.00 | 58.00 |
| 07/08/2014 | Sophie Law | ATTD | UCC call | 0.80 | 390.00 | 312.00 |
| 07/08/2014 | Sophie Law | MISC | Emails ACROKE, LROBER re UCC call; review agenda | 0.20 | 390.00 | 78.00 |
| 13/08/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 14/08/2014 | Antonia Croke | LETT | Emails SLAW/LROBER re UCC call | 0.10 | 580.00 | 58.00 |
| 14/08/2014 | Sophie Law | ATTD | Review agenda and attend UCC call | 0.50 | 390.00 | 195.00 |
| 20/08/2014 | Antonia Croke | LETT | Emails SLAW/LROBER re UCC call | 0.10 | 580.00 | 58.00 |
| 20/08/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 580.00 | 58.00 |
| 20/08/2014 | Sophie Law | LETT | Emails ACROKE and LROBER re UCC call tomorrow | 0.20 | 390.00 | 78.00 |
| 21/08/2014 | Antonia Croke | ATTD | Attend UCC Call | 0.70 | 580.00 | 406.00 |
| 27/08/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Cancellation of 8/28 Committee Call | 0.10 | 580.00 | 58.00 |

1,514.00

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0029**</u>     <u>**Intercompany Analysis**</u>

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.20 | 580.00 | 1,856.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.80 | 390.00 | 312.00 |
| | | | Total | 2,168.00 |

Matter: CCN01.00001 - BANKRUPTCY

**C0029**  **Intercompany Analysis**

|  |  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Post-Trial Brief Update | 0.10 | 580.00 | 58.00 |
| 02/08/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Post-Trial Brief | 0.10 | 580.00 | 58.00 |
| 02/08/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Draft Proposed Conclusions of Law | 0.10 | 580.00 | 58.00 |
| 03/08/2014 | Sophie Law | LETT | Email from M Fagen re Preliminary Objection and Discovery Requests of Monitor and Canadian Debtors | 0.10 | 390.00 | 39.00 |
| 05/08/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: RE: Nortel - US Debtors' Objection to Monitor's Preliminary Objection and Motion for Expedited Discovery With Respect to 9019 Settlement Motion | 0.10 | 580.00 | 58.00 |
| 05/08/2014 | Antonia Croke | LETT | Review email from Tanya Thompson Re: Nortel Networks Inc., et al. and Canadian Nortel Debtors | 0.10 | 580.00 | 58.00 |
| 05/08/2014 | Antonia Croke | LETT | Review email from Maddox, Marisa Re: Nortel - U.S. Debtors' Objection to the Motion of the Monitor and the Canadian Debtors for an Adjournment of the Objection Deadline Concerning the U.S. Debtors' 9019 Motion and for Expedited Discovery | 0.10 | 580.00 | 58.00 |
| 05/08/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Post-Trial Brief | 0.10 | 580.00 | 58.00 |
| 05/08/2014 | Sophie Law | LETT | Email from M Fagen re Post-Trial Brief Update (02/08) | 0.10 | 390.00 | 39.00 |
| 05/08/2014 | Sophie Law | LETT | Email from M Fagen (02/08) re Draft Proposed Conclusions of Law | 0.10 | 390.00 | 39.00 |
| 05/08/2014 | Sophie Law | LETT | Email from M Fagen re US Debtors' Objection to Monitor's Preliminary Objection and Motion for Expedited Discovery With Respect to 9019 Settlement Motion | 0.10 | 390.00 | 39.00 |
| 05/08/2014 | Sophie Law | LETT | Email from M Fagen re Draft Proposed Findings of Fact (31/07) | 0.10 | 390.00 | 39.00 |
| 06/08/2014 | Antonia Croke | LETT | Review email from Murphy, Kathleen Re: In re Nortel Networks, Inc. Case No. 09-10138 (KG) | 0.10 | 580.00 | 58.00 |
| 06/08/2014 | Antonia Croke | LETT | Review email from Rozenberg, Inna Re: Nortel - filing post-trial briefs | 0.10 | 580.00 | 58.00 |
| 07/08/2014 | Antonia Croke | LETT | Review email from Murphy, Kathleen A. Re: In re Nortel Networks, Inc.. Case No. 09-10138 (KG) | 0.10 | 580.00 | 58.00 |
| 07/08/2014 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn Re: Nortel- Draft Committee Statement in Support of Settlement | 0.10 | 580.00 | 58.00 |
| 07/08/2014 | Antonia Croke | LETT | Review emails re: Nortel - Post Trial Briefs and Proposed Findings of Fact and Conclusions of Law | 0.50 | 580.00 | 290.00 |
| 08/08/2014 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn Re: Nortel- Report from Telephonic Hearing Regarding Monitor's Preliminary Objection to Settlement Motion | 0.10 | 580.00 | 58.00 |
| 08/08/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Committee Statement in Support of Settlement | 0.10 | 580.00 | 58.00 |
| 08/08/2014 | Antonia Croke | LETT | Email from Fagen, Matthew Re: RE: Nortel- Committee Statement in Support of Settlement | 0.10 | 580.00 | 58.00 |
| 08/08/2014 | Sophie Law | LETT | Email from M Fagen re Post Trial Briefs and Proposed Findings of Fact and Conclusions of Law | 0.10 | 390.00 | 39.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0029      Intercompany Analysis

| Date | Name | Type | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 08/08/2014 | Sophie Law | LETT | Email from B Kahn re Draft Committee Statement in Support of Settlement | 0.10 | 390.00 | 39.00 |
| 08/08/2014 | Sophie Law | LETT | Email from M Fagen re Committee Statement in Support of Settlement | 0.10 | 390.00 | 39.00 |
| 15/08/2014 | Antonia Croke | LETT | Review emails re post trial briefs | 0.10 | 580.00 | 58.00 |
| 15/08/2014 | Antonia Croke | LETT | Review emails re post trial briefs | 0.10 | 580.00 | 58.00 |
| 18/08/2014 | Antonia Croke | LETT | Review email from Stubits, Kathy Re: CCC Closing Briefs | 0.10 | 580.00 | 58.00 |
| 20/08/2014 | Antonia Croke | LETT | Review emails from Annette Fournier Re: Nortel - UKPC Claims Post-Trial Brief | 0.20 | 580.00 | 116.00 |
| 20/08/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel - Canadian Court PPI Decision; and emails re post trial briefs | 0.20 | 580.00 | 116.00 |
| 22/08/2014 | Antonia Croke | LETT | Review email from Stubits, Kathy Re: CCC Closing Briefs | 0.10 | 580.00 | 58.00 |
| 25/08/2014 | Antonia Croke | LETT | Review emails re closing briefs | 0.10 | 580.00 | 58.00 |
| 26/08/2014 | Antonia Croke | LETT | Review email from Rozenberg, Inna Re: Nortel - trial record | 0.10 | 580.00 | 58.00 |
| 26/08/2014 | Antonia Croke | LETT | Review emails re post trial briefs | 0.10 | 580.00 | 58.00 |
| 28/08/2014 | Antonia Croke | LETT | Review emails re post trial Brief corrections | 0.10 | 580.00 | 58.00 |
| 29/08/2014 | Antonia Croke | LETT | Review email from D. J. Miller Re: Nortel - Bondholder Interest Motion (Costs Submissions) and emails re trial record | 0.10 | 580.00 | 58.00 |

                                   **2,168.00**