**Exhibit C**

**DISBURSEMENT SUMMARY**

**AUGUST 01, 2014 THROUGH AUGUST 31, 2014**

| Document Production | £6.78 |
|---|---|
| **TOTAL** | **£6.78** |