Exhibit D

**Disbursements Detailed Breakdown**

| | |
|---|---:|
| Document production – 113 sheets @ 0.06p | 6.78 |