Exhibit E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD AUGUST 01, 2014 THROUGH AUGUST 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £580 | 5.0 | 2,900.00 |
| Sophie Law | Associate for 1 year; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £390 | 5.7 | 2,223.00 |
| TOTAL | | | 10.7 | 5,123.00 |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 01, 2014 THROUGH AUGUST 31, 2014

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 3.5 | 1,441.00 |
| Creditors Committee Meetings | 3.2 | 1,514.00 |
| Intercompany Analysis | 4.0 | 2,168.00 |
| **TOTAL** | 10.7 | 5,123.00 |