**Via Email and Overnight Mail**

Jacob S. Pultman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Email: jacob.pultman@allenovery.com

Laura Davis Jones, Esq.
Peter Keane, Esq.
Pachulski Stang Ziehl & Jones
919 N. Market Street; 17th Floor
Wilmington, DE  19899-8705
Email: ljones@pszjlaw.com
          pkeane@pszjlaw.com

Mary F. Caloway, Esq.
Kathleen Murphy, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Email: kathleen.murphy@bipc.com
          mary.caloway@bipc.com

Andrew Leblanc, Esq.
Nicholas Bassett, Esq.
Milbank Tweed Hadley & McLoy LLP
1850 K Street, NW, Suite 1100
Washington, D.C. 20006
Email: aleblanc@milbank.com
          nbassett@milbank.com