IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
In re :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, :
: Jointly Administered
Debtors. :
:
---------------------------------------------------------------X

## NOTICE OF SERVICE OF THE *AD HOC* GROUP OF BONDHOLDERS' RESPONSES AND OBJECTIONS TO THE MONITOR AND CANADIAN DEBTORS' REQUESTS FOR PRODUCTION FROM THE SUPPORTING BONDHOLDERS IN CONNECTION WITH THE U.S. DEBTORS' 9019 MOTION

**PLEASE TAKE NOTICE** that on September 29, 2014, the *ad hoc* group of bondholders (the "Bondholder Group"),[1] by and through its undersigned counsel, served the *Ad Hoc Group of Bondholders' Responses and Objections to the Monitor and Canadian Debtors' Requests for Production from the Supporting Bondholders in Connection with the U.S. Debtors' 9019 Motion* upon the following individuals in the manner indicated:

**Electronic Delivery**
(Counsel for Ernst & Young Inc., as Monitor and the Canadian Debtors)
Mary F. Caloway, Esquire
Kathleen A. Murphy, Esquire
Buchanon Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801
Email: mary.caloway@bipc.com
        kathleen.murphy@bipc.com

**Electronic Delivery**
(Counsel for Ernst & Young Inc., as Monitor and the Canadian Debtors)
Jacob Pultman, Esquire
Paul Keller, Esquire
Laura Hall, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Email: Jacob.pultman@allenovery.com
        Paul.keller@allenovery.com
        Laura.hall@allenovery.com

---

[1] The Bondholder Group consists of bondholders that hold claims issued or guaranteed by Nortel Networks Corporation ("NNC" and together with its affiliates worldwide, "Nortel"), Nortel Networks Limited ("NNL" and together with NNC and certain of their subsidiaries, the "Canadian Debtors"), Nortel Networks Inc. ("NNI"), and Nortel Networks Capital Corporation ("NNCC" and together with NNI and certain of its subsidiaries, the "U.S. Debtors").

| | |
|---|---|
| Dated: September 29, 2014 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | _/s/ Peter J. Keane_ |
| | Laura Davis Jones (No. 2436) |
| | Peter J. Keane (No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | PO Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | |
| | -and- |
| | |
| | **MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP** |
| | Dennis F. Dunne |
| | Albert A. Pisa |
| | Andrew M. Leblanc |
| | Atara Miller |
| | 1 Chase Manhattan Plaza |
| | New York, New York 10005-1413 |
| | Telephone: (212) 530-5000 |
| | Facsimile: (212) 530-5219 |
| | |
| | -and- |
| | |
| | Thomas R. Kreller |
| | 601 S. Figueroa Street, 30th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 892-4463 |
| | Facsimile: (213) 629-5063 |
| | |
| | -and- |
| | |
| | **BENNETT JONES LLP** |
| | Richard B. Swan |
| | Gavin H. Finlayson |
| | 3400 One First Canadian Place, P.O. Box 130 |
| | Toronto, Ontario, M5X 1A4 |
| | Telephone: (416) 777-5762 |
| | Facsimile: (416) 863-1716 |
| | |
| | *Attorneys for Ad Hoc Group of Bondholders* |