IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, :
: Jointly Administered
Debtors. :
:
:
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 29th day of September, 2014, I caused a copy of the following document to be served on the individuals on the attached service list, in the manner indicated thereon:

> **Notice of Service of the *Ad Hoc* Group of Bondholders' Responses and Objections to the Monitor and Canadian Debtors' Requests for Production from the Supporting Bondholders in Connection with the U.S. Debtors' 9019 Motion.**

                                                    */s/ Peter J. Keane*
                                                  Peter J. Keane (DE Bar No. 5503)

**Nortel – Special Service List re: Discovery**
Document No. 195521
01 – Hand Delivery
01 – First Class Mail

**Hand Delivery**
(Counsel for Ernst & Young Inc., as Monitor and the Canadian Debtors)
Mary F. Caloway, Esquire
Kathleen A. Murphy, Esquire
Buchanon Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE  19801

**First Class Mail**
(Counsel for Ernst & Young Inc., as Monitor and the Canadian Debtors)
Jacob Pultman, Esquire
Paul Keller, Esquire
Laura Hall, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020