The Honorable Kevin Gross
Chapter 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | No. 09-10138 (KG) |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | REMOVAL FROM MAILING LIST AND ECF NOTIFICATIONS |
| | ) | |
| Debtor. | ) | |
| | ) | |

TO:         the Clerk of the above-entitled court;

AND TO:   all parties in interest.

PLEASE TAKE NOTICE that Christopher M. Alston and Foster Pepper PLLC hereby requests removal from the mailing list in addition to all ECF notifications on behalf of <u>Tower 333 LLC</u> for the above-entitled matter. Tower 333 LLC no longer has any interest in this case.

DATED this 30th day of November, 2014.

FOSTER PEPPER PLLC

 */s/ Christopher M. Alston*
Christopher M. Alston, WSBA #18823
Attorneys for Tower 333 LLC

REMOVAL FROM MAILING LIST AND
ECF NOTIFICATIONS- 1
51399022.1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400