### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS |
| NEW CASTLE COUNTY | ) | |

Kristin McCloskey, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, and on the 18th day of September, 2014, she caused a copy of the **Post-Trial Response Brief of Wilmington Trust, National Association, as Successor Indenture Trustee (Public Version)(Docket No. 14425)** to be served upon the parties listed on the attached service list *via* hand delivery or first class mail.

Kristin McCloskey

SWORN TO AND SUBCRIBED before me this 30th day of September, 2014.

Notary Public

[Notary seal: MICHELLE M. DERO / MY COMMISSION EXPIRES APRIL 1, 2016 / NOTARY PUBLIC / STATE OF DELAWARE]

---

[1]      The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapterll.epiqsystems.com/nortel).

ASHBY & GEDDES P.A.
ATTN: RICARDO PALACIO ESQ.
500 DELAWARE AVE
WILMINGTON DE 19801

BALLARD SPAHR
ATTN: LESLIE HEILMAN ESQ.
919 MARKET ST, 12TH FL
WILMINGTON DE 19801

BALLARD SPAHR, LLP
TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON DE 19801

BAYARD, P.A.
CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. &
DANIEL A. O'BRIEN, ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON DE 19899

BIFFERATO LLC
IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ;
KEVIN G. COLLINS, ESQ.
COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS
800 N. KING STREET, PLAZA LEVEL
WILMINGTON DE 19801

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE, ESQ.
COUNSEL TO CABLE NEWS NETWORK, INC.
1201 MARKET STREET, SUITE 800
WILMINGTON DE 19801

BLANK ROME LLP
ATTN: BONNIE GLANTZ FATELL, ESQ.;
VICTORIA A. GUILFOYLE, ESQ.
COUNSEL TO AD HOC COMMITTEE
1201 NORTH MARKET STREET, SUITE 800
WILMINGTON DE 19801

BUCHANAN INGERSOLL & ROONEY PC
ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ.
1105 NORTH MARKET STREET, SUITE 1900
WILMINGTON DE 19801-1228

COLE SCHOTZ MEISEL FORMAN & LEONARD
ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR
500 DELAWARE AVE, SUITE 1410
WILMINGTON DE 19801

CONNOLLY BOVE
ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ.
THE NEMOURS BUILDING, 1007 N ORANGE ST
WILMINGTON DE 19801

CROSS & SIMON, LLC
CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
P.O. BOX 1380
WILMINGTON DE 19899-1380

DLA PIPER LLP (US)
ATTN: SELINDA A. MELNIK
COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON DE 19801

DRINKER BIDDLE & REATH LLP
COUNSEL TO SANMINA CORPORATION
ATTN: HOWARD A. COHEN, ESQ.
222 DELAWARE AVENUE, SUITE 1410
WILMINGTON DE 19801-1621

DUANE MORRIS LLP
MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ.
COUNSEL TO GENBAND INC.
222 DELAWARE AVENUE
SUITE 1600
WILMINGTON DE 19801-1659

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON DE 19801

ELLIOTT GREENLEAF
ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA;
SHELLY A. KINSELLA
COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM
DISABILITY PLAN PARTICIPANTS
1105 N. MARKET STREET, SUITE 1700
WILMINGTON DE 19801

KLEHR HARRISON
ATTN: JOANNE B. WILLS ESQ.
919 MARKET ST, STE 1000
WILMINGTON DE 19801

LANDIS RATH & COBB LLP
ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.;
J. LANDON ELLIS, ESQ.
COUNSEL TO ASM CAPITAL III, L.P.
919 MARKET STREET, SUITE 1800
WILMINGTON DE 19801

LAW OFFICE OF VIVIAN HOUGHTON
ATTN: VIVIAN A. HOUGHTON, ESQ.
COUNSEL TO MERA NETWORKS
800 WEST STREET
WILMINGTON DE 19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, JR., ESQ.
RENAISSANCE CENTRE
405 NORTH KING STREET, 8TH FLOOR
WILMINGTON DE 19801

MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A.
ATTN: RACHEL B. MERSKY ESQ.
1201 N ORANGE ST, STE 400
WILMINGTON DE 19801

MORRIS JAMES LLP
ATTN: BRETT D. FALLON ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON DE 19801

MORRIS JAMES LLP
ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
COUNSEL FOR THE DEBTORS
ATTN: DEREK ABBOTT, ERIC SCHWARTZ AND ANN C. CORDO
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON DE 19801

OFFICE OF THE U.S. TRUSTEE
ATTN: MARK KENNEY
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON DE 19801-3519

PACHULSKI STANG
ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS
919 N. MARKET ST. 17TH FL.
WILMINGTON DE 19899-8705

PEPPER HAMILTON LLP
ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ
1313 MARKET ST, STE 5100
WILMINGTON DE 19801

PEPPER HAMILTON LLP
ATTN: HENRY JAFFE ESQ.
1313 MARKET ST, STE 5100
WILMINGTON DE 19801

PEPPER HAMILTON LLP
EVELYN J. MELTZER, ESQ.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
PO BOX 1709
WILMINGTON DE 19899-1709

PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC
ATTN: KEVIN M. CAPUZZI, ESQ
COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP
1220 N. MARKET STREET, SUITE 950
WILMINGTON DE 19801

POLSINELLI PC
ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ
222 DELAWARE AVENUE, STE 1101
WILMINGTON DE 19801

REED SMITH LLP
ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON DE 19801

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ
ONE RODNEY SQUARE, 920 N KING ST
WILMINGTON DE 19801

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE, PO BOX 636
WILMINGTON DE 19899-0636

SMITH KATZENSTEIN & FURLOW
ATTN: KATHLEEN M. MILLER ESQ.
800 DELAWARE AVE., 7TH FL
WILMINGTON DE 19801

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN ESQ.
901 N. MARKET STREET, SUITE 1300
WILMINGTON DE 19801

SWARTZ CAMPBELL LLC
ATTN: NICHOLAS SKILES ESQ.
300 DELAWARE AVENUE, SUITE 1410
WILMINGTON DE 19801

US ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 N. ORANGE STREET
WILMINGTON DE 19801

WEIR & PARTNERS LLP
JEFFREY S. CIANCIULLI, ESQ.
COUNSEL TO ACME PACKET, INC.
824 MARKET STREET, SUITE 800
WILMINGTON DE 19801-4939

WERB & SULLIVAN
ATTN: DUANE D. WERB ESQ.
300 DELAWARE AVE, 13TH FL
WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ.
COUNSEL TO GOOGLE INC. AND RANGER INC.
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON DE 19801

YOUNG CONAWAY
ATTN: JAMES L. PATTON,EDWIN J. HARRON
THE BRANDYWINE BLDG 17TH FL.
1000 WEST STREET
WILMINGTON DE 19801

BELL MICROPRODUCTS INC
ATTN: DAVID L. URANGA
201 MONROE STREET, SUITE 300
MONTGOMERY AL 36104

LEWIS AND ROCA LLP
ATTN: SCOTT K. BROWN ESQ.
40 NORTH CENTRAL AVE, STE 1900
PHOENIX AZ 85004

BRAD LEE HENRY
11596 W SIERRA DAWN BLVD
LOT 386
SURPRISE AZ 85378

MICHAEL MCWALTERS
PO BOX 338
ALVISO CA 95002-0338

MARK R. JANIS
193 VIA SODERINI
APTOS CA 95003

JAMES LEE
1310 RICHMOND STREET
EL CERRITO CA 94530

HOLBROOK, MARY L.
1181 GREY FOX COURT
FOLSOM CA 95630

CHAD SORAINO
894 HICKORY AVE.
HESPERIA CA 92345

ARDENT LAW GROUP, P.C.
ATTN: HUBERT H. KUO ESQ.
2600 MICHELSON DRIVE, SUITE 1700
IRVINE CA 92612

KATTEN MUCHIN ROSENMAN LLP
ATTN: DUSTIN P. BRANCH ESQ.
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES CA 90067-3012

KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN: EDWARD T. ATTANASIO ESQ.
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES CA 90067-6049

L.A. COUNTY TREASURER & TAX COLLECTOR
P.O. BOX 54110
LOS ANGELES CA 90054-0110

FLEXTRONICS INTERNATIONAL
ATTN: STEVEN JACKMAN, VICE PRESIDENT
847 GIBRALTAR DRIVE
MILPITAS CA 95035

REESE, KATHLEEN
200 CARNEGIE DRIVE
MILPITAS CA 95035

BENNETT, STEVEN E.
37052 CHESTNUT STREET
NEWARK CA 94560

CYNTHIA ANN SCHMIDT
P.O. BOX 119
OREGON HOUSE CA 95962

BIALSON BERGEN & SCHWAB
ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ.
PATRICK M. COSTELLO ESQ.
2600 EL CAMINO REAL, STE 300
PALO ALTO CA 94306

GRISSOM, CRICKETT
2580 W. PORTER CREEK AVE.
PORTERVILLE CA 93257

HOVATER, JR., GEORGE I
9009 CASALS ST. UNIT 1
SACRAMENTO CA 95826

NOSSAMAN LLP
ATTN: ROBERT S. MCWHORTER ESQ.
915 L ST, STE 1000
SACRAMENTO CA 95814

GUEVARRA JR., EDWARD
11007 SCRIPPS RANCH BLVD
SAN DIEGO CA 92131

BUCHALTER NEMER
ATTN: SHAWN M. CHRISTIANSON ESQ.
55 SECOND STREET, 17TH FL
SAN FRANCISCO CA 94105-3493

MEYERS LAW GROUP P.C.
ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ.
44 MONTGOMERY STREET, STE 1010
SAN FRANCISCO CA 94104

NIXON PEABODY LLP
ATTN: LOUIS J. CISZ, III
ONE EMBARCADERO CENTER, 18TH FLOOR
SAN FRANCISCO CA 94111

HEINBAUGH, ALLAN
19816 COLBY CT
SARATOGA CA 95070

GERALD R. UTPADEL
4627 GREENMEADOWS AVENUE
TORRANCE CA 90505

LATHROP & GAGE LLP
ATTN: STEPHEN K. DEXTER ESQ.
U.S. BANK TOWER
950 SEVENTEENTH STREET, SUITE 2400
DENVER CO 80202

MUNICIPAL OPERATIONS
ATTN: MAX TAYLOR ASST. CITY ATTY.
201 W. COLFAX AVENUE, DEPT. 1207
DENVER CO 80202-5332

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR, STE 400
LITTLETON CO 80124

BRACEWELL & GUILIANI LLP
ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY
225 ASYLUM STREET, SUITE 2600
HARTFORD CT 06103

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ROBERT E. WINTER
875 15TH STREET, NW
WASHINGTON DC 20005

PENSION BENEFIT GUARANTY CORP
ATTN: VICENTE MATIAS MURRELL ESQ.
STEPHEN D. SCHREIBER ESQ.
1200 K STREET NW
WASHINGTON DC 20005-4026

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON DC 20549

U.S. DEPT OF JUSTICE CIVIL DIV
ATTN: SETH B. SHAPIRO ESQ.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON DC 20044

UNIVERSAL SERVICE ADMINISTRATIVE CO
ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON DC 20036

US DEPARTMENT OF LABOR
FRANCES PERKINS BUILDING
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

FRANCHISE TAX BOARD
ATTN: DELAWARE DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
PO BOX 898
DOVER DE 19903

SECRETARY OF STATE
ATTN: BANKRUPTCY / FRANCHISE TAX DEPT.
TOWNSEND BUILDING
SUITE 1
401 FEDERAL STREET
DOVER DE 19901

SECRETARY OF TREASURY
820 SILVERLAKE BLVD., SUITE 100
DOVER DE 19904

EXPORT DEVELOPMENT CANADA
ATTN: DEREK AUSTIN
151 O'CONNOR STREET
OTTOWA ON K1A 1K3
CANADA

CASSELS BROCK & BLACKWELL LLP
ATTN: MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ, AND
RYAN C. JACOBS
SUITE 2100 SCOTIA PLAZA
40 KING STREET WEST
TORONTO ON M5H 3C2
CANADA

GOODMANS LLP
ATTN: CHRIS ARMSTRONG
333 BAY STREET, SUITE 3400
TORONTO ON M5H 2S7
CANADA

GOWLING LAFLEUR HENDERSON
ATTN: JENNIFER STAM; DERRICK TAY
1 FIRST CANADIAN PLACE
100 KING STREET WEST, SUITE 1600
TORONTO ON M5X 1G5
CANADA

NORTON ROSE
ATTN: TONY REYES
ROYAL BANK PLAZA SOUTH TOWER
200 BAY ST., SUITE 3800
TORONTO ON M5J 2Z4
CANADA

IBM CORPORATION/IBM CREDIT LLC
ATTN: BANKRUPTCY COORDINATOR
275 VIGER EAST 4TH FLOOR
MONTREAL QC H3G 2W6
CANADA

TIM STEELE
POWER OF ATTORNEY FOR WAYNE SCHMIDT
P.O. BOX 37
CHRISTOPHER LAKE SK S0J 0N0
CANADA

DENTONS CANADA LLP
KENNETH KRAFT
JOHN SALMAS
77 KING STREET WEST,
SUITE 400, TD CENTRE
TORONTO, ON  M5K 0A1
CANADA

KUMAR, RAHUL
C-701 NEELACHAL APT. PLOT NO 3
SECTOR 4, DWARKA
NEW DELHI  110078
INDIA

HITACHI COMMUNICATIONS TECHNOLOGIES LTD
MINORU INAYOSHI, GEN MGR.
OMORI BELLPORT D BLDG., 26-3
MINAMI OI 6-CHROME
SHINAGAWA-KU 140-0013
TOKYO
JAPAN

HERBERT SMITH
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREEET
LONDON  EC2A 2HS
UNITED KINGDOM

OWENBY, DANNY
2136 SAPELO CT
FERNANDINA BEACH FL 32034

FPL LAW DEPARTMENT
ATTN: RACHEL S. BUDKE ESQ.
700 UNIVERSE BLVD
JUNO BEACH FL 33408

JAMES HUNT
8903 HANDEL LOOP
LAND O LAKES FL 34637

YATES, KIM M.
207 TOMATO HILL ROAD
LEESBURG FL 34748

CAROL F. RAYMOND
7962 S.W. 185 STREET
MIAMI FL 33157

APC WORKFORCE SOLUTIONS LLC
ATTN: DOUG GOIN CFO
420 SOUTH ORANGE AVENUE, 6TH FL
ORLANDO FL 32801

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ.
171 17TH ST NW, STE 2100
ATLANTA GA 30363-1031

JONES DAY
ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ.
1420 PEACHTREE ST NE, STE 800
ATLANTA GA 30309

WREAD, BRENDA L.
3408A WATER VISTA PARKWAY
LAWRENCEVILLE GA 30044

BRENDA L. ROHRBAUGH
2493 ALSTON DRIVE
MARIETTA GA 30062

MULLETT, REID
4224 THAMESGATE CLOSE
NORCROSS GA 30092

HP COMPANY
ATTN: RAMONA NEAL ESQ.
11307 CHINDEN BLVD, MS 314
BOISE ID 83714

FREDDIE WORMSBAKER
327 LOCUST ST.
TWIN FALLS ID 83301

BRYAN CAVE LLP
ATTN: ERIC S. PREZANT ESQ.
161 N CLARK ST, STE 4300
CHICAGO IL 60601

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER ESQ.
ATTN: DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DR, STE 3000
COUNSEL TO MERCER (US) INC.
CHICAGO IL 60606

GOULD & RATNER LLP
ATTN: CHRISTOPHER J. HORVAY ESQ.
222 N LASALLE ST, STE 800
CHICAGO IL 60601

MAYER BROWN LLP
ATTN: MELISSA A. MICKEY
71 S. WACKER DRIVE
CHICAGO IL 60604-1404

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: RICHARD CHESLEY
COUNSEL TO IBM CORPORATION
191 N. WACKER DRIVE, 30TH FLOOR
CHICAGO IL 60606

TISHLER & WALK, LTD.
JEFFREY B. ROSE
200 S. WACKER DRIVE, SUITE 3000
CHICAGO IL 60606

VEDDER PRICE P.C.
COUNSEL TO MIKE ZAFIROVSKI
ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ
222 NORTH LASALLE STREET, SUITE 2600
CHICAGO IL 60601

VIDMER, CLAUDIA
213 ORCHARD LANE
GLEN ELLYN IL 60137

MORRISON, PAUL EDWARD
2241 COLLEGE AVENUE
QUINCY IL 62301

DURANT, FRED
708 EAST H STREET
LEOTI KS 67861

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN ESQ.
155 FEDERAL ST, 9TH FL
BOSTON MA 02110

HINCKLEY ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN ESQ.
28 STATE ST
BOSTON MA 02109

ROPES & GRAY LLP
JAMES M. WILTON, ESQ.
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON MA 02199-3600

ACUSHNET COMPANY
ATTN: CREDIT DEPT
TITLEIST & FOOTJOY, PO BOX 965
FAIRHAVEN MA 02719

NAJAM UD DEAN
6 AUGUSTA DRIVE
MILLBURY MA 01527

DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ.
6225 SMITH AVENUE
BALTIMORE MD 21209

MCGUIREWOODS LLP
ATTN: JAMES E. VAN HORN
7 SAINT PAUL STREET
SUITE 1000
BALTIMORE MD 21202

MD DEPARTMENT OF LABOR LICENSING & REG.
OFFICE OF UNEMPLOYMENT
INSURANCE CONTRIBUTIONS DIVISION
1100 N. EUTAW STREET, ROOM 401
SUITE 3000
BALTIMORE MD 21201

OFFICE OF UNEMPLOYMENT INSURANCE
CONTRIBUTIONS DIVISION
MD DEPT. OF LABOR LICENSING & REG.
1100 N. EUTAW STREET, ROOM 401
BALTIMORE MD 21201

SAUL EWING LLP
ATTN: JOYCE A. KUHNS
500 E. PRATT STREET, 8TH FLOOR
BALTIMORE MD 21202

EMC CORPORATION
RONALD ROWLAND, ESQ.
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY MD 21094

BERNSTEIN, SHUR, SAWYER & NELSON
ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.;
DANIEL J. MURPHY, ESQ.
COUNSEL TO AD HOC COMMITTEE
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND ME 04104-5029

ROOB, CHAE S.
8584 CHANHASSEN HILLS DR. SOUTH,
CHANHASSEN MN 55317

NEUMANN, JANE
11730 CO. ROAD 24
WATERTOWN MN 55388

MISSOURI DEPT OF REVENUE
ATTN: SHERYL L. MOREAU ESQ.
P.O. BOX 475, BANKRUPTCY DIVISION
JEFFERSON CITY MO 65105-0475

BRYAN CAVE LLP
ATTN: CULLEN K. KUHN ESQ.
211 N BROADWAY, STE 3600
ST. LOUIS MO 63102

GUSSIE H. ANDERSON
109 GUMPOND BELL RD
LUMBERTON MS 39455

STEWART, MIRIAM L.
2615 BAILEY'S CROSSROADS RD.
BENSON NC 27504

CULLEN, EMILY D
100 TELMEW CT
CARY NC 27518

JD THOMPSON LAW
JUDY T. THOMPSON, ESQ.
P.O. BOX 33127
CHARLOTTE NC 28233

PATTERSON HARKAVY
225 E WORTHINGTON AVE STE 200
CHARLOTTE NC 28203-4886

POYNER SPRUILL LLP
ATTN: SHANNON E. HOFF
301 S. COLLEGE STREET, SUITE 2300
CHARLOTTE NC 28202

ROBINSON BRADSHAW & HINSON P.A.
ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ.
101 NORTH TRYON ST, STE 1900
CHARLOTTE NC 28246

BERTRAM FREDRICK THOMAS FLETCHER
35 BROOMHILL COURT
CLAYTON NC 27527

BRENT E. BEASLEY
541 AMMONS RD
DUNN NC 28334

BRUCE FRANCIS
5506 LAKE ELTON RD.
DURHAM NC 27713

FRANCIS, BRUCE
5506 LAKE ELTON ROAD
DURHAM NC 27713

JACOBS, WANDA
801 DUPREE STREET
DURHAM NC 27701

MADDRY, SHIRLEY
2519 RIDDLE ROAD
DURHAM NC 27703

VEGA, DEBRA
818 GLENCO ROAD
DURHAM NC 27703

MASSENGILL, TERRY D.
126 KERI DRIVE
GARNER NC 27529

WOLFE, PAUL DOUGLAS
113 RED DRUM LANE
GLOUCESTER NC 28528

UPHOLD, LOIS DIANE
201 CAMDEN PARK DRIVE
GOLDSBORO NC 27530

MARK A. PHILLIPS
6117 TREVOR SIMPSON DRIVE
LAKE PARK NC 28079

ADAMS, LAURIE
217 RIDGE CREEK DRIVE
MORRISVILLE NC 27560

CAROLINE UNDERWOOD
2101 EMERSON COOK RD.
PITTSBORO NC 27312

CHAMBERS, LOTTIE EDITH
2716 DALFORD CT.
RALEIGH NC 27604

SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN
LLP, ATTN: AMOS U. PRIESTER IV ESQ.
ANNA B. OSTERHOUT ESQ.
P.O. BOX 2611
RALEIGH NC 27602-2611

TOTMAN, CARMEL TURLINGTON
3029 MCDADE FARM ROAD
RALEIGH NC 27616

FAIRCLOTH, DEBORAH
115 WINCHESTER LANE
ROCKY POINT NC 28457

AIKEN, SANDRA
3166 TUMP WILKINS ROAD
STEM NC 27581

HERBERT PRESTON STANSBURY
3193 US HIGHWAY 15
STEM NC 27581

MARTEL, ROBERT JOSEPH
200 LIGHTHOUSE LANE APT B3
SWANSBORO NC 28584

ROBERT JOSEPH MARTEL
200 LIGHTHOUSE LANE; APT. B3
SWANSBORO NC 28584

SUMITOMO ELECTRIC
ATTN: CHRIS FINCH CREDIT MANAGER
78 ALEXANDER DRIVE, PO BOX 13445
TRIANGLE PARK NC 27709

DAVID, DANIEL D.
2105 POSSUM TROT RD
WAKE FOREST NC 27587

HODGES, RICHARD
12804 PAMPLONA DR
WAKE FOREST NC 27587

MANN, WENDY BOSWELL
4913 SUMMIT PLACE DR. NW,
APT. 404
WILSON NC 27896

JANETTE M. HEAD
16 GLENEAGLE DRIVE
BEDFORD NH 03110

THOMPSON, MICHAEL R.
564 OLD CANDIA ROAD
CANDIA NH 03034

DRINKER BIDDLE & REATH LLP
COUNSEL TO SANMINA CORPORATION
ATTN: ROBERT K. MALONE, ESQ.
500 CAMPUS DRIVE
FLORHAM PARK NJ 07932

GAMBOURG & BORSEN LLP
ATTN: ROMAN GAMBOURG, ESQ.
COUNSEL TO MERA NETOWRKS
THE BRIDGE PLAZA BUILDING
2185 LEMOINE AVENUE, SUITE B4
FORT LEE NJ 07024

GIBBONS P.C.
ATTN: DAVID N. CRAPO ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102-5310

SEGURA, MANUEL
215 SHERIDAN APT. #B-43
PERTH AMBOY NJ 08861

LOWENSTEIN SANDLER PC
ATTN: VINCENT A. D'AGOSTINO ESQ.
65 LIVINGSTON AVE
ROSELAND NJ 07068

LOWENSTEIN SANDLER PC
JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ.
65 LIVINGSTON AVENUE
ROSELAND NJ 07068

WOLFF & SAMSON PC
ATTN: ROBERT E. NIES ESQ.
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN ESQ.
6 NORTH BROAD ST, STE 1000
WOODBURY NJ 08096

SANDNER, CHARLES
1970 N. LESLIE #3779
PAHRUMP NV 89060

RONALD J. ROSE JR.
26 PHEASANT RUN
BALLSTON SPA NY 12020

MAGNOZZI & KYE, LLP
ATTN: AMISH R. DOSHI, ESQ.
COUNSEL TO ORACLE AMERICA, INC.
23 GREEN STREET, SUITE 302
HUNTINGTON NY 11743

SCOTT GENNETT
16 WILDWOOD DRIVE
LAKE GROVE NY 11755

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ.
58 SOUTH SERVICE ROAD, SUITE 200
MELVILLE NY 11747

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ.
ONE BRYANT PARK
NEW YORK NY 10036

ALLEN & OVERY LLP
ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ.
1221 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK NY 10020

BRACEWELL & GUILIANI LLP
ATTN: JENNIFER FELDSHER
1251 AVENUE OF THE AMERICAS 49TH FL
NEW YORK NY 10020-1104

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CARTER LEDYARD & MILBURN LLP
ATTN: SUSAN P. JOHNSON
2 WALL STREET
NEW YORK NY 10005

CHADBOURNE & PARKE LLP
ATTN: N. THODORE ZINK JR. ESQ.
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

CLEARY GOTTLIEB STEEN & HAMILTON LLP
COUNSEL FOR THE DEBTOR
ATTN: JAMES L. BROMLEY AND LISA M. SCHWEITZER
ONE LIBERTY PLAZA
NEW YORK NY 10006

CURTIS MALLET-PREVOST COLT & MOSLE LLP
ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ.
101 PARK AVENUE
NEW YORK NY 10178-0061

DEMEL ERNEST
RCS BOX 426
NEW YORK NY 10101

DEWEY & LEBOEUF, LLP
LAWRENCE E. MILLER, ESQ.
125 W 55TH STREET
NEW YORK NY 10019

FULBRIGHT & JAWORSKI LLP
ATTN: DAVID A. ROSENZWEIG ESQ.
666 5TH AVE
NEW YORK NY 10103-3198

GIBSON DUNN
JANET WEISS, ESQ.
COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS
200 PARK AVENUE
NEW YORK NY 10166-0193

HUGHES HUBBARD
MICHAEL LUSKIN; DEREK ADLER
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

KATTEN MUCHIN ROSENMAN LLP
ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE
KEVIN BAUM
575 MADISON AVENUE
COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION
NEW YORK NY 10022-2585

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL ESQ.
101 PARK AVENUE
NEW YORK NY 10178

KELLEY DRYE & WARREN LLP
KRISTIN S. ELLIOTT, ESQ.
COUNSEL TO CYPRESS COMMUNICATIONS, INC.;
TATA AMERICAN INTERNATIONAL CORP.
101 PARK AVENUE
NEW YORK NY 10178

KRAMER LEVIN NAFTALIS FRANKEL LLP
ERNSEST S. WECHSLER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG ESQ.
885 THIRD AVENUE, STE 1000
NEW YORK NY 10022-4068

LATHAM & WATKINS LLP
ATTN: ZACHARY N. GOLDSTEIN ESQ.
885 THIRD AVENUE, STE 1000
NEW YORK NY 10022-4068

LATHAM & WATKINS LLP
ATTN: DAVID S. ALLINSON; THOMAS MALONE;
ALEXANDRA CROSWELL
885 THIRD AVENUE, SUITE 100
NEW YORK NY 10022

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.;
AMIT K. TREHAN, ESQ.
1675 BROADWAY
NEW YORK NY 10019

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ.
ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ.
ONE CHASE MANHATTAN PLAZA
NEW YORK NY 10005

MONARCH ALTERNATIVE CAPITAL LP
ATTN: ANDREW HERENSTEIN
535 MADISON AVE.
NEW YORK NY 10022

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ
WESTON T. EGUCHI ESQ.
51 WEST 52ND STREET
NEW YORK NY 10019-6142

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY
LAW DEBENTURE TRUST COMPANY OF NEW YORK
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036

PAUL WEISS RIFKIND WHARTON & GARRISON
STEPHEN J. SHIMSHAK; MARILYN SOBEL
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PRYOR CASHMAN LLP.
ATTN: RONALD S. BEACHER, ESQ.
7 TIMES SQUARE
NEW YORK NY 10036

QUINN EMANUEL URQUHART & SULLIVAN, LLP
SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND
DANIEL S. HOLZMAN, ESQ.
COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010

ROPES & GRAY LLP
ATTN: MARK I. BANE,ANNE H. PAK
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

SEC NY REGIONAL OFFICE
ATTN: ALISTAR BAMBACH
BANKRUPTCY DIV_STE 400
3 WORLD FINANCIAL CENTER
NEW YORK NY 10281-1022

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK NY 10281-1022

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ
30 ROCKEFELLER PLAZA, 24TH FL
NEW YORK NY 10112

SPECTRUM GROUP MANAGEMENT LLC
ATTN: DAVID D.R. BULLOCK
1250 BROADWAY, 19TH FLOOR
NEW YORK NY 10001

STEMPEL BENNETT CLAMAN & HOCHBERG P.C.
ATTN: EDMOND P. O'BRIEN ESQ.
675 THIRD AVE, 31ST FL
NEW YORK NY 10017

STEVEN S. HONIGMAN
ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD
500 EAST 77TH STREET
NEW YORK NY 10162

THE INTERPUBLIC GROUP OF COMPANIES
ATTN: NICHOLAS VIANNA
1114 AVENUE OF THE AMERICAS, 19TH FLOOR
NEW YORK NY 10036

VEDDER PRICE P.C.
ATTN: MICHAEL L. SCHEIN & MICHAEL J. RIELA
1633 BROADWAY, 47TH FL
NEW YORK NY 10019

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ.
BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ.;
BRIAN M. WALKER, ESQ.
COUNSEL TO GOOGLE INC. AND RANGER INC.
51 WEST 52ND STREET
NEW YORK NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ.
787 7TH AVE
NEW YORK NY 10019

WILLKIE FARR & GALLAGHER LLP
MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ.;
SAMEER ADVANI, ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019-6099

JOHN MERCER
121 MONASTERY RD.
PINE CITY NY 14871

BOYLAN BROWN
ATTN: DEVIN LAWTON PALMER
145 CULVER ROAD
ROCHESTER NY 14620-1678

CARR, BARBARA
145 GRECIAN PKWY
ROCHESTER NY 14626

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
ATTN: MARK G. LEDWIN ESQ.
3 GANNETT DR
WHITE PLAINS NY 10604

HAHN LOESER & PARKS LLP
ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ.
200 PUBLIC SQUARE, STE 2800
CLEVELAND OH 44114

VORYS, SATER, SEYMOUR AND PEASE LLP
TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS OH 43215

JOHN J. ROSSI
1568 WOODCREST DRIVE
WOOSTER OH 44691

WADLOW, JERRY
PO BOX 79
WEWOKA OK 74884

HEISLER, SUSAN ANN
133 ANNA ROAD BOX 194
BLAKESLEE PA 18610

UNISYS CORPORATION
ATTN: JANET FITZPATRICK
P.O. BOX 500, M/S E8-108
BLUE BELL PA 19424

THE INTECH GROUP INC.
ATTN: ERNIE HOLLING PRESIDENT
305 EXTON COMMONS
EXTON PA 19341

POST & SCHELL P.C.
ATTN: BRIAN W. BISIGNANI ESQ.
17 N 2ND ST, 12TH FL
HARRISBURG PA 17101-1601

KENNETH MURRAY
PO BOX 3043
MCKEESPORT PA 15134

BALLARD SPAHR ANDREWS & INGERSOLL LLP
ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ.
51ST FL MELLON BANK CTR, 1735 MARKET ST
PHILADELPHIA PA 19103

BALLARD SPAHR LLP
ROBERT MCL. BOOTE, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103-7599

COMMONWEALTH OF PENNSLYVANIA
CAROL E. MOMJIAN
OFFICE OF THE ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA PA 19107-3603

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

PA SENIOR DEPUTY ATTY GEN
ATTN: CAROL E. MOMJIAN ESQ.
21 S 12TH ST, 3RD FL
PHILADELPHIA PA 19107-3603

SIRLIN GALLOGLY & LESSER, P.C.
ATTN: DANA S. PLON ESQ.
123 SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA PA 19109

PA DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A MERTZ, TAX AGENT
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING PA 19602-1184

PARTRIDGE SNOW & HAHN LLP
ATTN: PATRICIA ANTONELLI
COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND
ANNABELLE W. CAFFRY
180 SOUTH MAIN STREET
PROVIDENCE RI 02903

PARTRIDGE SNOW & HAHN LLP
ATTN: LAUREN F. VERNI
COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND
180 SOUTH MAIN STREET
PROVIDENCE RI 02903

WATSON, THELMA
PO BOX 971
BATH SC 29816

BRADY, ELLEN SUE
1630 DRY ROAD
ASHLAND CITY TN 37015

MARILYN GREEN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY TN 37015

ASSISTANT ATTORNEY GENERAL
ATTN: LAURA L. MCCLOUD ESQ.
P.O. BOX 20207
NASHVILLE TN 37202

MARILYN DAY
2020 FOX GLEN DRIVE
ALLEN TX 75013

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA ESQ.
4025 WOODLAND PARK BLVD, STE 300
ARLINGTON TX 76013

BROWN MCCAROLL LLP
ATTN: AFTON SANDS-PURYEAR
KELL C. MERCER; AFTON SANDS-PURYEAR
111 CONGRESS AVENUE, SUITE 1400
AUSTIN TX 78701

BAKER BOTTS L.L.P.
JUDITH W. ROSS, ESQ.
COUNSEL TO GENBAND, INC.
2001 ROSS AVENUE
DALLAS TX 75201

COWLES & THOMPSON, PC
ATTN: STEPHEN C. STAPLETON
COUNSEL TO GTCI
901 MAIN STREET, SUITE 3900
DALLAS TX 75202

DAVID LITZ
316 N MANUS DRIVE
DALLAS TX 75224

ESTELLE LOGGINS
6707 LATTA STREET
DALLAS TX 75227

HUNTON & WILLIAMS
ATTN: LYNNETTE R. WARMAN
1445 ROSS AVE, ROUNTAIN PLACE STE 3700
DALLAS TX 75202-2799

KAUSHIK PATEL
5665 ARAPAHO RD. #1023
DALLAS TX 75248

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ.
2777 N. STEMMONS FREEWAY; STE 1000
DALLAS TX 75207

MCCAFFREY, LEAH
7139 DEBBE DR.
DALLAS TX 75252

WICK PHILLIPS GOULD & MARTIN, LLP
ANDREW M. GOULD, ESQ.
COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET
LM ERICSSON (PUBL.)
2100 ROSS AVENUE, SUITE 950
DALLAS TX 75201

BROWN, REMAJOS
2353 SWORD DRIVE
GARLAND TX 75044

LONG, VERNON
4929 KELSO LANE
GARLAND TX 75043

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: SUSAN R. FUERTES, ESQ.
14910 ALDINE-WESTFIELD ROAD
HOUSTON TX 77032

J. SCOTT DOUGLASS ESQ.
909 FANNIN, STE 1800
HOUSTON TX 77010

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN ESQ.
P.O. BOX 3064
HOUSTON TX 77253-3064

STUTTS, MICHAEL
1616 HASTINGS BLUFF
MCKINNEY TX 75070

ROBERT DALE DOVER
2509 QUAIL RIDGE RD.
MELISSA TX 75454

RICHARD LYNN ENGLEMAN
1505 NEVADA DRIVE
PLANO TX 75093

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET ESQ.
TRAVIS BLDG SUITE 300, 711 NAVARRO
SAN ANTONIO TX 78205

GARRETT, GARY W.
4093 HOGAN DRIVE UNIT 4114
TYLER TX 75709

RAY QUINNEY & NEBEKER P.C.
ATTN: STEPHEN C. TINGEY, ESQ.
36 SOUTH STATE STREET, SUITE 1400
SALT LAKE CITY UT 84145-0385

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ.
1750 TYSONS BLVD, STE 1800
MCLEAN VA 22102-4215

COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION
C/O MARK K. AMES
TAX AUTHORITY CONSULTING SERVICES P.C.
P.O. BOX 1270
MIDLOTHIAN VA 23113

BOYER, BONNIE J.
305 W. JUNIPER AVE
STERLING VA 20164

FOSTER PEPPER PLLC
ATTN: CHRISTOPHER M. ALSTON ESQ.
1111 3RD AVE, STE 3400
SEATTLE WA 98101-3299

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH JR. ESQ.
1001 4TH AVE, STE 4500
SEATTLE WA 98154-1192

DAVIS & KUELTHAU, S.C.
ATTN: RUSSELL S. LONG, ESQ.
COUNSEL TO CORE BROOKFIELD LAKES, LLC
111 E. KILBOURN AVENUE, SUITE 1400
MILWAUKEE WI 53202

VONBRIESEN & ROPER S.C.
ATTN: RANDALL D. CROCKER ESQ.
411 E WISCONSIN AVE, STE 700
MILWAUKEE WI 53202

MICHAEL P. ALMS
4944 ELM ISLAND CIRCLE
WATERFORD WI 53185