**EXHIBIT A**

**Debtors' Twenty-Second Ordinary Course Professional Quarterly Statement for April 1, 2014 – June 30, 2014**

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $230.00 | $0.00 | $0.00 | $0.00 | $3,384.50 | $0.00 | $0.00 | $0.00 | **$3,614.50** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $3,315.00 | $0.00 | $10,042.50 | $308.26 | $14,875.00 | $42.37 | $0.00 | $0.00 | **$28,232.50** |
| KPMG | Auditing services related to Long-term Investment Plan | $24,810.00 | $0.00 | $24,870.00 | $0.00 | $24,990.00 | $0.00 | $0.00 | $0.00 | **$74,670.00** |
| Ford & Harrison | Employment legal services relating to employee benefit matters | $0.00 | $0.00 | $0.00 | $0.00 | $106.80 | $0.00 | $0.00 | $0.00 | **$106.80** |
| Lex Caribbean[1] | Services rendered in preparation for registration of external company, use of registered offices and action under Power of Attorney | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,037.50 | $255.62 | **$7,037.50** |

---

[1] Lex Caribbean incurred $100.00 in fees and $25.00 in disbursements and expenses for professional services provided to the Debtors during September 2010, $2,937.50 in fees for professional services provided to the Debtors during January 2011, $2,000.00 fees and $110.31 in disbursements and expenses for professional services provided to the Debtors in February 2013, and $2,000.00 fees and $120.31 in disbursements and expenses for professional services provided to the Debtors in February 2014.