IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

                        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Ref. Docket Nos. 14479-14481**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 1, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
_1st_ day of October, 2014

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GLOBALWARE SOLUTIONS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Please note that your claim # 5741 in the above referenced case and in the amount of
$118,757.33 allowed at $83,582.40  has been transferred **(unless previously expunged by court order)** to:

CORRE OPPORTUNITIES QUALIFIED MASTER FND
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14479      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/01/2014                         David D. Bird, Clerk of Court


                                         /s/ Kimberly Murray
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 1, 2014.

# EXHIBIT B

TIME: 14:53:23
DATE: 10/01/14

PAGE:   1

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: GLOBALWARE SOLUTIONS INC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES FUND, L. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF AMERICAS, 29TH FLOOR NEW YORK, NY 10019 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MILLIGAN, PATRICK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| MILLIGAN, PATRICK | 2609 PELICAN BAY DR. PLANO TX 75093 |

Total Number of Records Printed       4

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006