IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **RE: Dkt. Nos. 14076 & 14117** |

**DECLARATION OF DANIEL J. GUYDER IN SUPPORT OF
MONITOR'S AND CANADIAN DEBTORS' SUPPLEMENTAL
OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN
ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING
POST-PETITION INTEREST AGREEMENT**

I, Daniel J. Guyder, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Allen & Overy LLP, co-counsel to Ernst & Young Inc., the monitor and foreign representative of Nortel Networks Corporation, Nortel Networks Limited, and certain of their direct and indirect subsidiaries (collectively, the "**Canadian Debtors**," and with the Monitor, the "**Canadian Interests**") in proceedings (the "**Canadian Proceedings**") under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List). I am an attorney at law admitted to practice in the State of New York and before this Court (*pro hac vice*).

2. I respectfully submit this declaration in support of *Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

*Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement* (the "**Supplemental Objection**"), which is being filed contemporaneously herewith, with respect to the *Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon with Respect to the NNI Post-Petition Interest Dispute and Related Issues* (the "**Motion**") [Dkt. No. 14076].

3. To place before the Court certain documents relevant to the Motion and the Supplemental Objection, annexed to this Declaration are true and correct copies of the following documents:

> **EXHIBIT A:** Transcript of the deposition of John Ray, held on September 15, 2014;
>
> **EXHIBIT B:** Transcript of the deposition of Michael Katzenstein, held on September 18, 2014;
>
> **EXHIBIT C:** Agreement Settling the NNI Post-Petition Interest Dispute and Related Matters [Dkt. No. 14076-2];
>
> **EXHIBIT D:** Copies of electronic mail correspondence (including attachments), dated July 17-18, 2014, between Lisa M. Schweitzer, Tom Matz and Jennifer Harris, *et al.*, bearing Bates Numbers BHG-PPI-00001116 through BHG-PPI-00001147, which are marked as Exhibit 4 to the Deposition of John Ray (Exhibit A above); and
>
> **EXHIBIT E:** *Notice of Motion for Leave to Appeal*, filed on September 8, 2014 in the Canadian Proceedings by the *Ad Hoc* Group of Bondholders in the Canadian Proceedings.

[*Intentionally left blank*]

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 3, 2014
New York, New York

/s/ *Daniel J. Guyder*
Daniel J. Guyder
