# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **RE: Dkt. Nos. 14076 & 14117** |

**NOTICE OF FILING OF THE EXPERT REPORT OF PAUL WERTHEIM IN SUPPORT OF THE MONITOR'S AND CANADIAN DEBTORS' SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING POST-PETITION INTEREST AGREEMENT**

**PLEASE TAKE NOTICE** that on October 3, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) filed the Report of Dr. Wertheim (the "**Wertheim Report**") in support of the *Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest Agreement*. A true and correct copy of the Wertheim Report is attached hereto as Exhibit A.

[*Intentionally left blank*]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: October 3, 2014
Wilmington, Delaware

          **BUCHANAN INGERSOLL & ROONEY PC**

          /s/ Kathleen A. Murphy
          Mary F. Caloway (No. 3059)
          Kathleen A. Murphy (No. 5215)
          919 North Market Street, Suite 1500
          Wilmington, Delaware 19801
          (302) 552-4200 (telephone)
          (302) 552-4295 (facsimile)
          mary.caloway@bipc.com
          kathleen.murphy@bipc.com

          -and-

          **ALLEN & OVERY LLP**

          Ken Coleman
          Daniel J. Guyder
          John Kibler
          Jacob S. Pultman
          1221 Avenue of the Americas
          New York, NY  10020
          (212) 610-6300 (telephone)
          (212) 610-6399 (facsimile)
          ken.coleman@allenovery.com
          daniel.guyder@allenovery.com
          john.kibler@allenovery.com
          jacob.pultman@allenovery.com

          *Attorneys for Ernst & Young Inc., as Monitor*
          *and Foreign Representative of the Canadian*
          *Debtors*