IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> Re: Docket No. 14345 & 14496 |

**NOTICE OF SERVICE OF DOCUMENTS AND LIST OF
WITNESSES IN CONNECTION WITH THE MONITOR'S AND
CANADIAN DEBTORS' SUPPLEMENTAL OBJECTION TO DEBTORS'
MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY
RULE 9019 APPROVING POST-PETITION INTEREST AGREEMENT**

**PLEASE TAKE NOTICE** that on October 3, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) served document and witness disclosures in connection with the Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9109 Approving Post-Petition Interest Agreement as required by the Order Establishing Discovery Schedule and Order Procedures in Connection with the U.S. Debtors' 9019 Motion by electronic mail to the following:

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

| | |
|---|---|
| Andrew Leblanc<br>Nick Bassett<br>Milbank, Tweed, Hadley & McCloy LLP<br>International Square Building<br>1850 K Street, N.W. Suite 1100<br>Washington, D.C. 20006<br>aleblanc@milbank.com<br>nbassett@milbank.com | Laura David Jones<br>Peter J. Keane<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>pkeane@pszjlaw.com |
| Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>hzelbo@cgsh.com<br>jbromley@cgsh.com<br>jrosenthal@cgsh.com<br>lschweitzer@cgsh.com | Derek C. Abbott<br>Annie C. Cordo<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>dabbott@MNAT.com<br>acordo@MNAT.com |

[*intentionally left blank*]

Dated: October 6, 2014
Wilmington, Delaware

        **BUCHANAN INGERSOLL & ROONEY PC**

        /s/ Kathleen A. Murphy
        Mary F. Caloway (No. 3059)
        Kathleen A. Murphy (No. 5215)
        919 North Market Street, Suite 1500
        Wilmington, Delaware 19801
        (302) 552-4200 (telephone)
        (302) 552-4295 (facsimile)
        mary.caloway@bipc.com
        kathleen.murphy@bipc.com

        -and-

        **ALLEN & OVERY LLP**

        Ken Coleman
        Daniel J. Guyder
        John Kibler
        Jacob S. Pultman
        1221 Avenue of the Americas
        New York, NY  10020
        (212) 610-6300 (telephone)
        (212) 610-6399 (facsimile)
        ken.coleman@allenovery.com
        daniel.guyder@allenovery.com
        john.kibler@allenovery.com
        jacob.pultman@allenovery.com

        *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*