# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 14076, 14117, 14173, 14496, and 14498** |

### JOINDER OF UK PENSION CLAIMANTS IN OBJECTIONS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENT BY AND AMONG NORTEL NETWORKS INC., THE SUPPORTING BONDHOLDERS, AND THE BANK OF NEW YORK MELLON WITH RESPECT TO THE NNI POST-PETITION <u>INTEREST DISPUTE AND RELATED ISSUES</u>

Nortel Networks UK Pension Trust Limited and the Board of the UK Pension Protection Fund (together, the "<u>UK Pension Claimants</u>"), by and through their undersigned counsel, hereby join in the objections of the Monitor and Canadian Debtors [D.I.'s 14117, 14173, 14496] and Wilmington Trust, National Association [D.I. 14498] (collectively, the "<u>Objections</u>") to the Debtors' *Motion to Approve Compromise under Rule 9019 Debtors Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Nortel Networks Inc., the Supporting Bondholders, and the Bank of New York Mellon With Respect to the NNI Post-Petition*

---

[1] The debtors and debtors-in-possession in these cases (collectively, the "<u>Debtors</u>"), along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

*Interest Dispute and Related Issues* [D.I. 14076] (the "9019 Motion").[2] The UK Pension Claimants reserve their right to be heard before this Court with respect to the 9019 Motion and Objections and to raise such other or further arguments as may be necessary or appropriate at or prior to the hearing thereon.

WHEREFORE, the UK Pension Claimants respectfully request that the Court deny the 9019 Motion and grant such other relief as may be just and proper.

Dated: October 6, 2014
Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
         jalberto@bayardlaw.com

- and -

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Weston T. Eguchi
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the UK Pension Claimants*

---

[2] The UK Pension Claimants join in the Objections without, for the avoidance of doubt, agreeing with all assertions contained in the Objections and any accompanying declarations and expert reports. In addition, to the extent the Objections or any declarations, expert reports, or other documents submitted, or evidence provided, in support thereof contain any arguments, assertions, assumptions, or other statements regarding or related to the UK Pensions Claimants' position in the allocation proceedings or Canadian claims trial, the UK Pension Claimants do not join in such statements and reserve all rights with respect thereto.