IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        : Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             : Case No. 09-10138
                                                               :
          Debtors.                                    : (KG) Jointly Administered
                                                               :
                                                               : Hearing Date: Nov. 7, 2014 at 12:00 p.m.
                                                               : Objections Due: Oct. 14, 2014 at 4:00 p.m.
---------------------------------------------------------------x

## NOTICE OF DEBTORS' AMENDED[2] MOTION FOR (A) AN ORDER ENFORCING AND/OR EXTENDING THE AUTOMATIC STAY, (B) AN ORDER ENFORCING THE COURT'S PRIOR ORDERS, (C) PROTECTIVE ORDER, AND (D) RELATED RELIEF UNDER SECTION 105(a)

    PLEASE TAKE NOTICE that the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases, have today filed the attached **Debtors' Motion for (A) Order Enforcing and/or Extending Automatic Stay, (B) Order Enforcing the Court's Prior Orders, (C) Protective Order, and (D) Related Relief Under Section 105(a)** (the "Motion").

    PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 14, 2014 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

    At the same time, you must serve such Objection on counsel for Debtors so as to be received by the Objection Deadline.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://chapter11.epiqsystems.com/nortel.

[2] The amended Motion does not substantively change the initial Motion [D.I. 14476]. It amends the signature block and includes the rescheduled hearing date.

8557704.1

      PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 7, 2014 AT 12:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  October 7, 2014

                                                CROWELL & MORING LLP
                                                Mark D. Plevin (admitted *pro hac vice*)
                                                Mark S. Supko (admitted *pro hac vice*)
                                                James J. Regan
                                                Matthew W. Cheney
                                                1001 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20004
                                                Telephone:  (202) 624-2500
                                                Facsimile:  (202) 628-5116

                                                        – and –

                                                BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP


                                                */s/ Jennifer R. Hoover*
                                                Jennifer R. Hoover (No. 5111)
                                                Michael J. Barrie (No.4684)
                                                222 Delaware Ave., Suite 801
                                                Wilmington, Delaware  19801
                                                Telephone:  (302) 442-7010
                                                Facsimile:  (302) 442-7012

                                                *Counsel for Debtors and Debtors in Possession*