# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11
                                                            :
Nortel Networks Inc., et al.,¹                              :     Case No. 09-10138 (KG)
                                                            :
                                 Debtors.                   :     Jointly Administered
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
```

### NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the *Motion for (A) an Order Enforcing and/or Extending the Automatic Stay, (B) an Order Enforcing the Court's Prior Orders, (C) a Protective Order, and (D) Related Relief Under Section 105(a)* (D. I. 14476), which was scheduled to be heard on November 4, 2014 at 10:00 a.m., has been rescheduled for **November 7, 2014, at 12:00 p.m. (EST)**.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

---

[1]    Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://chapter11.epiqsystems.com/nortel.

**BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP**

By:     */s/ Jennifer R. Hoover*
       Jennifer R. Hoover (No. 5111)
       222 Delaware Avenue, Suite 801
       Wilmington, DE 19801
       302-442-7010 (telephone)
       302-442-7012 (facsimile)
       jhoover@beneschlaw.com

       *Counsel to the Debtors and Debtors in Possession*