IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: 
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
              Debtors. :
:
----------------------------------------------------------X

## NOTICE OF DEPOSITION OF PAUL WERTHEIM

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), as made applicable to this matter by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned attorneys, hereby give notice of their intention to take the deposition by oral examination of **Paul Wertheim** with regards to the *Debtors' Motion For Entry Of An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement By And Among Nortel Networks Inc., The Supporting Bondholders, And The Bank Of New York Mellon With Respect To The NNI Post-Petition Interest Dispute And Related Issues* [D.I. 14076] (the "PPI Settlement Motion") and the *Monitor's and Canadian Debtors' Supplemental Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Post-Petition Interest*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Agreement* [D.I. 14496] (the "Supplemental Objection"), dated October 3, 2014, on October 22, 2014 at 9:00 a.m.  The deposition will be taken at the offices of Cleary Gottlieb Steen and Hamilton LLP, One Liberty Plaza, NY, NY 10006, or such other location as is agreed by the Debtors and the noticed parties.

The deposition will commence at the time indicated, and will continue from day to day thereafter until completed or adjourned.  The deposition shall be taken before a notary public or other officer authorized by law to administer oaths and may be recorded by stenographic, audiographic and/or videographic means.  The deposition is being taken for the purpose of discovery, for use in the proceeding on the PPI Settlement Motion or for such other purposes as may be permitted under the Federal Rules or the Bankruptcy Rules.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

The Debtors reserve the right to issue other or further notices of deposition in connection with the PPI Settlement Motion and the Supplemental Objection.

Dated: October 8, 2014         CLEARY GOTTLIEB STEEN & HAMILTON LLP
      Wilmington, Delaware       James L. Bromley (admitted *pro hac vice*)
                                          Lisa M. Schweitzer (admitted *pro hac vice*)
                                          One Liberty Plaza
                                          New York, New York 10006
                                          Telephone: (212) 225-2000
                                          Facsimile: (212) 225-3999

                                          - and -

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Ann C. Cordo*
                                          Derek C. Abbott (No. 3376)
                                          Eric D. Schwartz (No. 3134)
                                          Ann C. Cordo (No. 4817)
                                          1201 North Market Street, 18th Floor
                                          P.O. Box 1347
                                          Wilmington, Delaware 19899-1347
                                          Telephone: (302) 658-9200
                                          Facsimile: (302) 425-4663

                                          *Counsel for the Debtors*
                                          *and Debtors in Possession*

To:

BUCHANAN INGERSOLL & ROONEY PC
Mary F. Caloway
Kathleen A. Murphy
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for Ernst & Young Inc., as Monitor*
*And Foreign Representative of the Canadian*
*Debtors*