# SERVICE LIST

**VIA HAND DELIVERY**

Kathleen A. Murphy
Mary F. Caloway
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE  19801


**VIA OVERNIGHT MAIL**

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020