**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on October 13, 2014, in the manner indicated upon the entities identified below.

Date: October 13, 2014　　　　　　　　　　　　　　　　　　*/s/ Tamara K. Minott*
Wilmington, Delaware　　　　　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)

**Via Hand Delivery**

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
(Counsel for Hewlett-Packard)

**Via First Class Mail**

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(Counsel for Hewlett-Packard)

Andrew C. Gold
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016
(Counsel for Sterling Mets)