# Exhibit 1

# Dustin Guzior

| | |
|---|---|
| **From:** | Dustin Guzior |
| **Sent:** | Wednesday, June 18, 2014 11:38 AM |
| **To:** | Rozenberg, Inna |
| **Cc:** | Jonas McDavit; Bromley, James L.; Schweitzer, Lisa M.; Lipner, Louis A. |
| **Subject:** | Re: Constellation Technologies LLC v. Time Warner Cable Inc. et al., Civil Action No. 2:13-CV-1079-RSP (E.D. Tex.) |

Inna,

That extension is confirmed. Good luck with the trial and please let us know if you have any questions concerning the subpoena.

Thanks,

Dustin F. Guzior
Desmarais LLP
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622
Dguzior@desmaraisllp.com

On Jun 18, 2014, at 10:32 AM, "Rozenberg, Inna" <irozenberg@cgsh.com> wrote:

> Dear Jonas and Dustin,
>
> I am writing with regard to the subpoena dated June 9, 2014, issued by Time Warner Cable Inc. to Nortel Networks Inc. in the above-referenced matter. As we discussed yesterday, Time Warner Cable Inc. has agreed to extend the response date on such subpoena to July 14, 2014 at 5:00pm. Please confirm your agreement to this extension via return email.
>
> Sincerely,
> Inna Rozenberg
>
> _____
> Inna Rozenberg
> **Cleary Gottlieb Steen & Hamilton LLP**
> Assistant: jclarke@cgsh.com, jkiefer@cgsh.com
> One Liberty Plaza, New York NY 10006
> t: +1 212 225 2972 | f: +1 212 225 3999
> www.clearygottlieb.com | irozenberg@cgsh.com
>
> This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
> intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
> attachments without retaining a copy.
>
> Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen

1

& Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.