# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONSTELLATION TECHNOLOGIES LLC, | |
| *Plaintiff* | |
| vs. | Civil Action No. 2:13-CV-1079 |
| TIME WARNER CABLE INC. and TIME WARNER CABLE ENTERPRISES LLC, | **JURY TRIAL DEMANDED** |
| *Defendants* | |

## COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND

Plaintiff Constellation Technologies LLC ("Constellation"), by and through its undersigned attorneys, hereby pleads the following claims for patent infringement against Defendants Time Warner Cable Inc. and Time Warner Cable Enterprises LLC (collectively, "TWC") and alleges as follows:

### PARTIES

1.       Plaintiff Constellation is a Delaware limited liability company with its principal place of business located at Legacy Town Center 1, 7160 North Dallas Parkway, Suite No. 250, Plano, TX 75024.

2.       Constellation is a wholly-owned subsidiary of Rockstar Consortium US LP ("Rockstar"), which has been actively conducting business and operations at Constellation's current location in Plano since at least 2012.

3.       Constellation is the assignee and owns all right, title, and interest to U.S. Patent Nos. 6,128,649 (the "'649 Patent"), 6,845,389 (the "'389 Patent"), 6,901,048 (the "'048 Patent"), 7,154,879 (the "'879 Patent"), 8,134,917 (the "'917 Patent") and 8,464,299 (the "'299 Patent")

(collectively, the "Patents-in-Suit").

4.      The Patents-in-Suit (or applications leading to the Patents-in-Suit) were acquired from Nortel Networks Limited, a wholly-owned subsidiary of Nortel Networks Corporation (together with its affiliates, "Nortel").  Beginning in 1991, Nortel maintained an 800,000-square-foot headquarters that housed thousands of employees on Lakeside Boulevard, off North Central Expressway in Richardson, Texas.  Rockstar moved from the Richardson, Texas Nortel building to its Plano, Texas location in 2012.

5.      On information and belief, Time Warner Cable Inc. is a Delaware Corporation with a principal place of business at 60 Columbus Circle, New York, New York 10023.

6.      On information and belief, Time Warner Cable Enterprises LLC is a Delaware Limited Liability Corporation with a principal place of business at 60 Columbus Circle, New York, New York 10023.

7.      On information and belief, TWC operates, sells and offers to sell video, high-speed data and voice services over its broadband cable systems throughout the United States, including in the State of Texas and within this district.

8.      On information and belief, in addition to video, high-speed data and voice services, TWC also operates, sells and offers to sell video, networking and transport services and managed and outsourced information technology solutions and cloud services throughout the United States, including in the State of Texas.

## FACTUAL BACKGROUND

9.      Nortel was a multinational telecommunications and data networking equipment manufacturer headquartered in Ontario, Canada.  It was founded in Montreal, Quebec in 1895.  At its peak, Nortel employed over 94,500 workers worldwide.

10.      Nortel was the source of many of the most important innovations in history in the field of telecommunications and networking.  Between 1992 and 2009, Nortel spent over 34 billion dollars on research and development conducted at centers across North America.

11.     In 2011, a group of some of the most respected high technology companies in the world, including Apple, Microsoft, Ericsson, Sony, and Blackberry, stepped in to preserve as much of Nortel's exceptional patent portfolio as possible.  This group created a consortium that would serve as the steward of the portfolio.

12.     The acquisition of Nortel's patent portfolio by the consortium was subject to review by United States Department of Justice's Antitrust Division.  The review period expired on March 12, 2012.

13.     Shortly after the expiration of the review period imposed by the United States Department of Justice, Rockstar invited TWC to negotiate a license to patents in the portfolio.  TWC insisted on a non-disclosure agreement, but then refused to sign one even after Rockstar agreed to terms.

14.     TWC has not taken any active steps to negotiate a license with Rockstar or Constellation.

## JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and §§ 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*.

16.     Venue is proper in this federal district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

17.     This Court has personal jurisdiction over TWC.  TWC conducts business in the State of Texas and in this district.  In particular, as detailed in Paragraphs 5 through 8, TWC has regularly and deliberately engaged in, and continues to engage in, activities that result in the use, sale, and offers for sale of infringing services and processes in the State of Texas and in this judicial district.

## FIRST CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 6,128,649)

18.     Constellation re-alleges and incorporates by reference Paragraphs 1 through 17 as

if fully set forth herein.

19.     The '649 Patent, entitled "Dynamic Selection of Media Streams for Display" was duly and legally issued on October 3, 2000.   A true and correct copy of the '649 Patent is attached as Exhibit A.

20.     The '649 Patent names Keith M. Smith and Russell W. Pretty as co-inventors.

21.     The '649 Patent has been in full force and effect since its issuance.  Constellation owns by assignment the entire right, title and interest in and to the '649 Patent, including the right to seek damages for past, current and future infringement thereof.

22.     The '649 Patent states that it "relates to methods and apparatus for selecting for display one or more from a number of real-time media streams and to corresponding software, network nodes and terminals."  Ex. A at 1:6-9.

23.     The patent references "[a] method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of: determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; determining a condition of at least one of the communications network and the terminal; determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and, causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users."  *Id.* at 27:59-28:8.

24.     On information and belief, TWC advertises and promotes that it has deployed a technology known as switched digital video ("SDV") in all of its service areas to conserve bandwidth and to accommodate increasing demands for greater capacity in its network.

25.     Constellation is informed and believes, and thereon alleges, that TWC has infringed and will continue to infringe one or more claims of the '649 Patent, in violation of 35 U.S.C. § 271, by, among other things, operating, selling and offering to sell within the United

States, without authority or license from Constellation, services, including services that utilize SDV technologies, that fall within the scope of one or more claims of the '649 Patent.

26.    As a result of TWC's infringement of the '649 Patent, Constellation has been damaged.  Constellation is entitled to recover for damages sustained as a result of TWC's wrongful acts in an amount subject to proof at trial.

27.    In addition, TWC's infringing acts and practices have caused and are causing immediate and irreparable harm to Constellation.

28.    Constellation is informed and believes, and thereon alleges, that this is an exceptional case, which warrants an award of attorney's fees to Constellation pursuant to 35 U.S.C. § 285.

## SECOND CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 6,845,389)

29.    Constellation re-alleges and incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

30.    The '389 Patent, entitled "System and Method for Broadband Multi-User Communications Sessions" was duly and legally issued on January 18, 2005.  A true and correct copy of the '389 Patent is attached as Exhibit B.

31.    The '389 Patent names Sanjoy Sen, Venson Shaw, Hrishikesh Gossalin and Thinh Nguyen as co-inventors.

32.    The '389 Patent has been in full force and effect since its issuance.  Constellation owns by assignment the entire right, title and interest in and to the '389 Patent, including the right to seek damages for past, current and future infringement thereof.

33.    The '389 Patent "relates to telecommunications equipment and networks, and more particularly, to a system and method for broadband multi-user communication sessions. . . ." Ex. B at 1:16-19.

34.    The patent references "[a] method of setting up a multi-user communication

session over a global computer network, comprising: sending a session participation request message from a first user to a second user, the session participation request message including the first user's QoS requirements for the session; receiving a negotiating message from the second user by the first user in response to the session participation request message, the negotiation message including the second user's QoS requirements for the session responsive to the first user's QoS requirements; determining resource availability in access networks of the first and second users according to the second user's QoS requirements; reserving resources in the respective access networks of the first and second users in response to resources being available to achieve the second user's QoS requirements; and sending an acknowledgement message from the first user to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning." *Id.* at 8:64-9:19.

35.     On information and belief, TWC operates an integrated IP Multimedia Subsystem ("IMS") network to provide its voice, video and data services.

36.     Constellation is informed and believes, and thereon alleges, that TWC has infringed and will continue to infringe one or more claims of the '389 Patent, in violation of 35 U.S.C. § 271, by, among other things, operating, selling and offering to sell within the United States, without authority or license from Constellation, services, including IMS services, that fall within the scope of one or more claims of the '389 Patent.

37.     As a result of TWC's infringement of the '389 Patent, Constellation has been damaged.  Constellation is entitled to recover for damages sustained as a result of TWC's wrongful acts in an amount subject to proof at trial.

38.     In addition, TWC's infringing acts and practices have caused and are causing immediate and irreparable harm to Constellation.

39.     Constellation is informed and believes, and thereon alleges, that this is an exceptional case which warrants an award of attorney's fees to Constellation pursuant to 35 U.S.C. § 285.

Case 09-10138-MFW   Doc 14552-2   Filed 10/14/14   Page 8 of 129

## THIRD CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 6,901,048)

40.    Constellation re-alleges and incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

41.    The '048 Patent, entitled "Link-Level Protection of Traffic in a Packet-Switched Network" was duly and legally issued on May 31, 2005.  A true and correct copy of the '048 patent is attached as Exhibit C.

42.    The '048 Patent names Guo Qiang Q. Wang, Kent E. Felske, Wengfeng Chen, Chenjiang Hu and Liangyu L. Jia as co-inventors.

43.    The '048 Patent has been in full force and effect since its issuance.  Constellation owns by assignment the entire right, title and interest in and to the '048 Patent, including the right to seek damages for past, current and future infringement thereof.

44.    The '048 Patent "relates to computer networks, and more specifically to a computer network that provides automatic protection switching to re-route data packets in the event of a network link failure." Ex. C at 1:15-18.

45.    The '048 Patent references the "need of a protection switching mechanism that is sufficiently fast to prevent the loss of high-priority traffic ordinarily travelling through one or more failed links, without unpredictably overloading the remaining operational links during a protection mode." *Id.* at 2:47-51.

46.    The patent discusses "[a] method of switching traffic in a packet-switched network having a plurality of nodes interconnected by links, the method comprising the steps of: upon detection of a failure of a link connected a pair of adjacent nodes, encapsulating packets within the bodies of tunnel packets and forwarding the tunnel packets along a predefined protection path which bypasses the failed link, including upon receipt of a tunnel packet by one of the adjacent nodes along a protection path, the recipient node retrieving the encapsulated packet and routing it as a function of a destination specified in the header of the encapsulated

packet." *Id.* at 18:39-50.

47.     On information and belief, TWC operates MPLS networks and deploys, among other things, MPLS fast reroute techniques.

48.     Constellation is informed and believes, and thereon alleges, that TWC has infringed and will continue to infringe one or more claims of the '048 Patent, in violation of 35 U.S.C. § 271, by, among other things, operating, selling and offering to sell within the United States, without authority or license from Constellation, services, including MPLS services, that fall within the scope of one or more claims of the '048 Patent.

49.     As a result of TWC's infringement of the '048 Patent, Constellation has been damaged.  Constellation is entitled to recover for damages sustained as a result of TWC's wrongful acts in an amount subject to proof at trial.

50.     In addition, TWC's infringing acts and practices have caused and are causing immediate and irreparable harm to Constellation.

51.     Constellation is informed and believes, and thereon alleges, that this case is an exceptional case which warrants an award of attorney's fees to Constellation pursuant to 35 U.S.C. § 285.

## FOURTH CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 7,154,879)

52.     Constellation re-alleges and incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

53.     The '879 Patent, entitled "Point to Multipoint Network" was duly and legally issued on December 26, 2006.  A true and correct copy of the '879 Patent is attached as Exhibit D.

54.     The '879 Patent names Robert Pfeffer, David Mann and Brian Unitt as co-inventors.

55.     The '879 Patent has been in full force and effect since its issuance.  Constellation

owns by assignment the entire right, title and interest in and to the '879 Patent, including the right to seek damages for past, current and future infringement thereof.

56.     The '879 Patent "relates to a method and apparatus for providing a high capacity point-to-multipoint network, a system incorporating the same, and signals generated by such a system." Ex. D at 1:13-16. The patent is further "particularly related to, but in no way limited to, point-to-multipoint networks, known as fibre to the user (FTTU)." *Id.* at 1:16-18.

57.     The '879 Patent "seeks to provide an improved method and apparatus for providing high capacity point-to-multipoint communications network, especially in access networks." *Id.* at 2:14-16.

58.     The patent references "[a] point-to-multipoint network arrangement comprising: a head-end station; at least one subscriber station; a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station; wherein each subscriber station is arranged to transmit data that has previously been segmented into packet-switched transport protocol packets, to the head-end station, using a time division multiple access protocol, the head-end station being arranged to allocate a number of consecutive time slots to each subscriber station, each subscriber station having framing apparatus arranged to frame a packet of at least 576 bytes directly without segmentation of the packet, and synchronisation apparatus arranged to send the frame to the head-end station during an allocation consecutive time slots and with a guard band determined without using ranging." *Id.* at 6:21-39.

59.     On information and belief, TWC deploys Ethernet passive optical networks.

60.     Constellation is informed and believes, and thereon alleges, that TWC has infringed and will continue to infringe one or more claims of the '879 Patent, in violation of 35 U.S.C. § 271, by, among other things, operating, selling and offering to sell within the United States, without authority or license from Constellation, services, including point-to-multipoint network services (including Ethernet passive optical network services and whole house entertainment network services) that fall within the scope of one or more claims of the '879 Patent.

2921342

61.     As a result of TWC's infringement of the '879 Patent, Constellation has been damaged.  Constellation is entitled to recover for damages sustained as a result of TWC's wrongful acts in an amount subject to proof at trial.

62.     In addition, TWC's infringing acts and practices have caused and are causing immediate and irreparable harm to Constellation.

63.     Constellation is informed and believes, and thereon alleges, that this case is an exceptional case, which warrants an award of attorney's fees to Constellation pursuant to 35 U.S.C. § 285.

## FIFTH CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 8,134,917)

64.     Constellation re-alleges and incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

65.     The '917 Patent, entitled "Automatic Protection Switching Using Link-Level Redundancy Supporting Multi-Protocol Label Switching" was duly and legally issued on March 13, 2012.  A true and correct copy of the '917 patent is attached as Exhibit E.

66.     The '917 Patent names Andre N. Fredette, Loa Andersson, Naganand Doraswamy, and Anoop Ghanwani as co-inventors.

67.     The '917 Patent has been in full force and effect since its issuance.  Constellation owns by assignment the entire right, title and interest in and to the '917 Patent, including the right to seek damages for past, current and future infringement thereof.

68.     The '917 Patent "relates to computer networks, and more specifically to a computer network that provides protection switching to reroute data packets in the event of a network link failure." Ex. E at 1:13-16.

69.     The patent describes use of "a label switching protocol to establish backup paths with explicit routing for use in the event of a link failure in a computer network." *Id.* at 3:37-40.

70.     The patent references "[a] method comprising: providing protection switching in

the event of a link failure associated with an intermediate routing node that delivers explicitly routed data packets from a source to a destination in a computer network, including identifying, for at least one link of the routing node, a backup routing path that is used by the routing node for forwarding affected data packets to the destination in the event of a failure of the at least one link, wherein the backup routing path is identified prior to the failure of the at least one link." *Id.* at 7:5-16.

71.    On information and belief, TWC operates MPLS networks and deploys, among other things, MPLS fast reroute techniques.

72.    Constellation is informed and believes, and thereon alleges, that TWC has infringed and will continue to infringe one or more of the '917 Patent, in violation of 35 U.S.C. § 271(a), by, among other things, operating, selling and offering to sell within the United States, without authority or license from Constellation, services, including MPLS services, that fall within the scope of one or more claims of the '917 Patent.

73.    As a result of TWC's infringement of the '917 Patent, Constellation has been damaged.  Constellation is entitled to recover for damages sustained as a result of TWC's wrongful acts in an amount subject to proof at trial.

74.    In addition, TWC's infringing acts and practices have caused and are causing immediate and irreparable harm to Constellation.

75.    Constellation is informed and believes, and thereon alleges, that this case is an exceptional case, which warrants an award of attorney's fees to Constellation pursuant to 35 U.S.C. § 285.

### SIXTH CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 8,464,299)

76.    Constellation re-alleges and incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

77.    The '299 Patent, entitled "Resource Conservation for Packet Television Services"

was duly and legally issued on June 11, 2013. A true and correct copy of the '299 Patent is attached as Exhibit F.

78.     The '299 Patent names Rolf G. Meier and Tim J. Rahrer as co-inventors.

79.     The '299 Patent has been in full force and effect since its issuance. Constellation owns by assignment the entire right, title and interest in and to the '299 Patent, including the right to seek damages for past, current and future infringement thereof.

80.     The '299 Patent "relates to delivery of television content, and in particular to controlling delivery of television content to conserve network resources based on whether the television content is being viewed." Ex. F at 1:12-15.

81.     The patent discusses the "need to conserve the network resources required to provide packet-based television services" given the growing subscriber demand for "high quality television content" and the higher "bandwidth required to support high-definition television content." *Id.* at 1:30-39.

82.     The patent further discusses that "[a] significant waste of network resources occurs when television content is delivered to a television monitor that is not being viewed" and that there is correspondingly "a need for a technique to control delivery of the television content to conserve network resources when the television content is not being viewed." *Id.* at 1:40-42, 1:55-57.

83.     The patent also discusses "[a] method for conserving resources associated with packet television services comprising: receiving television content from a content provider over a packet network; providing the television content to a television monitor for display to a viewer; determining if a resource conserving process should be activated, wherein the resource conserving process determines if an action to conserve resources associated with transporting the television content over the packet network should be performed; if the resource conserving process should be activated: determining whether the viewer is watching the television monitor; and initiating the action to conserve resources associated with transporting the television content over the packet network upon determining that the viewer is not watching the television monitor;

if the resource conserving process should not be activated: continue providing the television."
*Id.* at 8:11-30.

84.     On information and belief, TWC advertises and promotes the fact that it has deployed a technology known as switched digital video ("SDV") in all of its service areas to conserve bandwidth and to accommodate increasing demands for greater capacity in its network.

85.     Constellation is informed and believes, and thereon alleges, that TWC has infringed and will continue to infringe, one or more claims of the '299 Patent, in violation of 35 U.S.C. § 271, by, among other things, operating, selling and offering to sell within the United States, without authority or license from Constellation, services, including services that utilize the switched digital video technologies, that fall within the scope of one or more claims of the '299 Patent.

86.     As a result of TWC's infringement of the '299 Patent, Constellation has been damaged.  Constellation is entitled to recover for damages sustained as a result of TWC's wrongful acts in an amount subject to proof at trial.

87.     In addition, TWC's infringing acts and practices have caused and are causing immediate and irreparable harm to Constellation.

88.     Constellation is informed and believes, and thereon alleges, that this case is an exceptional case, which warrants an award of attorney's fees to Constellation pursuant to 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Constellation prays for judgment against TWC as follows:

A.  That TWC has infringed, and continues to infringe, each of the Patents-in-Suit;

B.  That TWC pay Constellation damages adequate to compensate Constellation for TWC's infringement of the Patents-in-Suit, together with interest and costs under 35 U.S.C. § 284;

C.  That TWC be ordered to pay pre-judgment and post-judgment interest on the damages assessed;

D. That TWC be ordered to pay supplemental damages to Constellation, including interest, with an accounting, as needed;

E. That this is an exceptional case under 35 U.S.C. § 285, that TWC pay Constellation's attorney's fees and costs in this action; and

F. That Constellation be awarded such other and further relief, including equitable relief, as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Constellation hereby demands a trial by jury on all issues triable to a jury.

Dated:  December 11, 2013.                    Respectfully submitted,

 */s/ Harry L. Gillam Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
gil@gillamsmithlaw.com


OF COUNSEL:

Jason G. Sheasby
State Bar No. 205455 (California)
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067-4276
T – 310-203-7937
F – 310-203-7199
Email: jsheasby@irell.com

Benjamin W. Hattenbach
State Bar No. 186455 (California)
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067-4276

T – 310-203-7937
F – 310-203-7199
Email: bhattenbach@irell.com

Ellisen Shelton Turner
State Bar No. 224842 (California)
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067-4276
T – 310-203-7937
F – 310-203-7199
Email: eturner@irell.com

Hong (Annita) Zhong
State Bar No. 266924 (California)
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067-4276
T – 310-203-7937
F – 310-203-7199
Email: hzhong@irell.com

Zachary T. Elsea
State Bar No. 279252 (California)
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067-4276
T – 310-203-7937
F – 310-203-7199
Email: zelsea@irell.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on this the 11th day of December, 2013.


*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.

US006128649A

# United States Patent [19]

## Smith et al.

[11] **Patent Number:** 6,128,649

[45] **Date of Patent:** Oct. 3, 2000

[54] **DYNAMIC SELECTION OF MEDIA STREAMS FOR DISPLAY**

[75] Inventors: **Keith M. Smith**; **Russell W. Pretty**, both of Ottawa, Canada

[73] Assignee: **Nortel Networks Limited**, Montreal, Canada

[21] Appl. No.: **08/867,624**

[22] Filed: **Jun. 2, 1997**

[51] Int. Cl.[7] ...................................................... **H04N 7/14**

[52] U.S. Cl. ................................ **709/217**; 348/15; 348/17

[58] Field of Search ................. 348/14–20; 395/200.47, 395/200.34; 379/202; 370/260, 235, 468

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,531,024 | 7/1985 | Colton et al. | 179/2 |
| 5,003,532 | 3/1991 | Ashida et al. | 370/62 |
| 5,374,952 | 12/1994 | Flohr | 348/12 |
| 5,382,972 | 1/1995 | Kannes | 348/15 |
| 5,392,223 | 2/1995 | Caci | 364/514 |
| 5,473,367 | 12/1995 | Bales et al. | 348/13 |
| 5,491,797 | 2/1996 | Thompson et al. | 395/200.34 |
| 5,544,313 | 8/1996 | Schachnai et al. | 395/200.01 |
| 5,574,934 | 11/1996 | Mirashrafi et al. | 395/800 |
| 5,615,338 | 3/1997 | Poole et al. | 395/200.4 |
| 5,657,096 | 8/1997 | Lukacs | 348/15 |
| 5,682,460 | 10/1997 | Hyziak et al. | 395/200.47 |
| 5,737,011 | 4/1998 | Lukacs | 348/15 |
| 5,760,838 | 6/1998 | Adams et al. | 348/460 |
| 5,768,280 | 6/1998 | Way | 370/486 |
| 5,768,527 | 6/1998 | Zhu et al. | 395/200.61 |
| 5,778,187 | 7/1998 | Monteiro et al. | 395/200.61 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 581 101 A1 | 7/1993 | European Pat. Off. | H04N 7/14 |
| 0 724 362 A1 | 1/1995 | European Pat. Off. | H04N 7/15 |
| 0 669 765 A2 | 2/1995 | European Pat. Off. | H04N 7/24 |
| WO 96/14711 | 11/1995 | WIPO | H04N 7/14 |

### OTHER PUBLICATIONS

Database WPI, Section EI, Week 9707, Derwent Publications Ltd., London, GB; Class WO1,AN 97–071568,

XP002068243 & JP 08 317 366 A (Nippon Denki Eng KK) Nov. 29, 1996.

Herng–Yow Chen, Ja–Ling Wu, MultiSync: A Synchronization Model for Multimedia Systems, IEEE Journal on Selected Areas in Communications, vol. 14, No. 1, Jan. 1996.

Cosmos Nicolaou, An Architecture for Real–Time Multimedia Communication Systems, IEEE Journal on Selected Areas in Communications, vol. 8, No. 3, Apr. 1990.

Xiaobao Chen, End–to–End Synchronization Control Support for Multiservice Applications, Computer laboratory, University of Cambridge, Nov. 1995.

Ralf Steinmetz, Gerald Blakowski, A Media Synchronization Survey: Reference Model, Specification, and Case Studies, IEEE Journal on Selected Areas in Communications, vol. 14, No. 1, Jan. 1996.

*Primary Examiner*—Andrew I. Faile
*Assistant Examiner*—Reuben Brown
*Attorney, Agent, or Firm*—C. W. Junkin

[57] **ABSTRACT**

One or more streams from a number of real-time video streams available to be transmitted across a communications network, are selected for display on respective terminals of a first, and at least one other user. First, a policy of the first user for making the selection, is determined, the policy containing conditions to be evaluated, selectable by the first user. Then, which streams to select for the first user is determined dynamically by evaluating the current conditions according to the first user's policy. Only the selected streams are passed for display on the terminal of the first user, independently of selections made for passing to the other users. Dynamic selection from multiple streams enables the user to concentrate on the content not the form of presentation. Individual control of what is displayed, independent of what other users see, enables tailoring to video conferences to be handled more easily.

**19 Claims, 28 Drawing Sheets**





PRIOR ART

# FIG. 1



PRIOR ART

# FIG. 2



PRIOR ART

# FIG. 3



**FIG. 4**



**FIG. 5a**



VIDEO RECEPTION 26
INTEGRITY MONITOR 27
D-STREAM PROCESSING 28
NETWORK SIGNALING 29
IPC
RTP/IP MEDIA STREAM(S)
IGMP, RSVP
MEDIA SYNC
NETWORK FEEDBACK MONITOR (NFM) 30
CONGESTION ANALYSIS MONITOR (CAM) 31
RTCP
NETWORK
AUDIO RECEPTION 32
ACTIVITY MONITOR 33
T-STREAM PROCESSING 34
NETWORK SIGNALING 35
RTP/IP MEDIA STREAM(S)
IGMP, RSVP
COMMAND & CONTROL 36
CONFERENCE AWARENESS 37
MDM 38
GUI 39
AWARENESS MESSAGES
VIDEO TRANSMISSION 40
D_STREAM PROCESSING 41
NETWORK SIGNALING 42
RTP/IP MEDIA STREAM
IGMP, RSVP, RTCP
46
IPC
WORKSTATION RESOURCE MONITOR (WRM)
AUDIO TRANSMISSION 43
T_STREAM PROCESSING 44
NETWORK SIGNALING 45
RTP/IP MEDIA STREAM
IGMP, RSVP, RTCP

FIG. 5b



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



FIG. 10

105
WAIT T_SS
SIGNAL NO WAIT
106
CHECK F_LOCK
SET
111
FREQUENT AGING OF F_C3
CLEAR
107
VIOLATED!
108
UNDISPLAY ALL D_STREAMS VIOLATING CONSTRAINT #3
109
SET F_C3
110
VISUAL MANAGE
DETECT VIOLATION CONSTR. #3 = CRITICAL (FOREIGN NET. CONG.)
NO VIOLATION
112
113
DETECT VIOLATION CONSTR. #4 = CRITICAL (NET. LOCAL CONG.)
VIOLATED!
UNDISPLAY THE ONE D_STREAM WITH THE MOST SILENCE
DONE
NO VIOLATION
IF NONE ARE SILENT
116
114
DETECT VIOLATION CONSTR. #2 = CRITICAL (BANDWIDTH/TARIFFS)
VIOLATED!
UNDISPLAY THE ONE D_STREAM WITH THE LEAST ACTIVITY
NO VIOLATION
117
IF NONE ARE ACTIVE
115
DETECT VIOLATION CONSTR. #5 = CRITICAL (COMP. RESOURCES)
VIOLATED!
SET F_LOCK
119
NO VIOLATION
118
DETECT UNDER-UTILIZATION CONSTR. #1 CONSTR. #2 = SAFE CONSTR. #4 = SAFE CONSTR. #5 = SAFE
ALL SAFE
DISPLAY THE MOST ACTIVE D_STREAM (F_C3 MUST BE CLEAR)
DONE
IF NONE ARE ACTIVE
DONE
120
DISPLAY THE LEAST SILENT D_STREAM (F_C3 MUST BE CLEAR)
IF NONE ARE SILENT
SOME VIOLATION



**FIG. 11**



NEW T_STREAM ACTIVITY EVENT
140
CHECK F_LOCK F_C3
148
NOT CLEAR
END
BOTH CLEAR
DETECT VIOLATION CONSTRAINT #1 (REAL ESTATE/ NUM. STREAMS)
149
VIOLATED
NO VIOLATION
DETECT UNDER-UTILIZATION CONSTR.#2 = SAFE CONSTR.#4 = SAFE CONSTR.#5 = SAFE
153
NOT SAFE
ALL SAFE
157
DISPLAY NEW D_STREAM
150
SEARCH FOR MOST SILENT D_STREAM TO REPLACE (WITH > RESOURCES)
FOUND
UNDISPLAY SILENT D_STREAM, DISPLAY NEW D_STREAM
151
NONE FOUND
END
NO CRITICAL (WARNINGS POSSIBLE)
155
VERIFY NO CRITICAL STATE IN CONSTRAINT#2 CONSTRAINT#4 CONSTRAINT#5
154
TEST MODE 1. INVISIBLE DISPLAY OF NEW ACTIVE D_STREAM 2. MONITOR {C2,C4,C5} FOR SHORT TERM CRITICAL VIOLATION
NO CRITICAL (COMMIT TO DISPLAY)
CRITICAL VIOLATION
END
CRITICAL VIOLATION
REMOVE NEW D_STREAM
156
END
VISUAL MANAGE
152
END

FIG. 12



**FIG. 13**



**FIG. 14**



*240*

START ON
D-STREAM CLOSE EVENT

*241*

REPLACE WITH MOST ACTIVE
UNDISPLAYED D-STREAM

# FIG. 15



## FIG. 16

COUNTER NAME: **TAM_DEGREE** = {TAM_MIN, TAM_MAX}
COUNTER STATE: **TAM_STATE** = {SILENT I ACTIVE}



## FIG. 17a(i)



FIG. 17a(ii)

COUNTER NAME: **DIM_DEGREE** = {DIM_MIN, DIM_MAX}
COUNTER STATE: **DIM_STATE** = {INTEGRITY | LOI}
COUNTER VARIABLE: **DIM_LOSS_FACTOR** (DLF)



## FIG. 17b(i)



## FIG. 17b(ii)

**MONITOR FOR WORKSTATION RESOURCE i**

MONITOR STATE: **WRM_STATE_i** = {SAFE | WARNING | CRITICAL}
MONITOR VARIABLE: **WRM_NUM_SAMPLES_i (WNSi)**
MONITOR VARIABLE: **WRM_DEGREE_i**



## FIG. 17c(i)



## FIG. 17c(ii)



**FIG. 17d(i)**

Case 2:13-cv-02079-JRG   Document 145-2   Filed 12/11/14   Page 20 of 44 PageID #:  36



**FIG. 17d(ii)**



**FIG. 17d(iii)**

Case 2:13-cv-02079-JRG Document 145-2 Filed 12/13/13 Page 39 of 129 PageID #: 38



**FIG. 17e**



**FIG. 18a**



**FIG. 18b**



**FIG. 18c**



**FIG. 19**

LEGEND

 DISPLAY VIDEO:
OFFERED VIDEO MEDIA
SHOULD BE CONTINUOUSLY
DISPLAYED (LOCKED)

 PLAY AUDIO:
OFFERED AUDIO
MEDIA SHOULD BE
PLAYED(LOCKED)

 UNDISPLAY VIDEO:
OFFERED VIDEO MEDIA
SHOULD NEVER BE
DISPLAYED

 MUTE AUDIO:
OFFERED AUDIO MEDIA
SHOULD BE MUTED

 TRIGGERED VIDEO:
OFFERED VIDEO MEDIA SHOULD
ONLY BE DISPLAYED UPON THE
DETECTION OF AUDIO ACTIVITY

SLIDE PRESENTATION:
SLIDE PRESENTATION
SHOULD BE VIEWED

 SAFE RESOURCE STATE

 CRITICAL RESOURCE
STATE



**FIG. 20**



**FIG. 21**

6,128,649

1

# DYNAMIC SELECTION OF MEDIA STREAMS FOR DISPLAY

## FIELD OF THE INVENTION

The invention relates to methods and apparatus for selecting for display one or more from a number of real-time media streams and to corresponding software, network nodes and terminals.

## BACKGROUND TO THE INVENTION

Today's computing and network architectures readily support the transfer of text and still graphics or images. However, support for real-time media processing and networking has, until very recently, been realised entirely with overlay networks and service specific terminal equipment for displaying such media to the user. Voice telephony for example, is the most pervasive media specific network. Broadcast video and cable TV also use a dedicated transmission and switching infrastructure. In the same vein, high quality video conferencing requires leased lines and expensive dedicated equipment.

The most commercially successful segment of the video conferencing market has been for so-called "Px64" systems based on the ITU's H.320 series standards. Such systems aggregate from 2 to 30 DSO (64 kbps) channels over switched or leased-line Time Division Multiplexing (TDM) networks into a wideband channel (128 kbps–2 Mbps) to transport audio, video, data and control in a point-to-point manner. Multipoint conferencing is achieved through a centralised Multicast Control Unit (MCU) as shown in FIG. 1 which typically mixes audio and multicasts the single current speaker to all sites. An alternative, a distributed switching and mixing arrangement will be described with reference to FIG. 2.

More rapid growth of this market has been hampered by both high equipment costs and high service costs. In addition to the cost of video COder/DECoder (CODEC) hardware, equipment costs are exacerbated in current networks by the need for Inverse Multiplexers (I-MUXs) to aggregate switched DSO circuits due to the absence of wideband channel switching, and MCUs due to the absence of multicast switching. Service costs have been kept high due to bandwidth based tariffs needed to protect revenues from voice telephony and so high bandwidth, high quality video conferencing is still a luxury rarely afforded.

Further limitations exist at the users terminal. Real-time media imposes high processing requirements, particularly if the media stream needs to be decompressed for display. Usually the resolution and size of display monitors is restricted.

FIG. 1 shows in schematic form a known video conferencing arrangement. Using multicast control unit (MCU) for multiplexing or mixing and distributing all video streams transmitted by the network 2 to and from users 3 gives a centralised topology. This is suitable for use with a point to point network such as the telephone network. The expensive dedicated video mixing or selecting equipment need be provided in only one place while making use of the switching capability already provided in the network 2. One of the users 3, a chairman, has facilities to control the MCU, 1.

In operation, each user sends its own video and audio to the MCU. The chairman controls the MCU to select one of the incoming video streams, or add the video streams together in separate windows of the single output video streams. The input audio streams would all be mixed

2

together, or the audio streams with most activity could be selected for mixing and outputting. The MCU duplicates its output video and audio streams and sends them to each of the users. Such arrangements may be limited in bandwidth or number of users by the capabilities of the MCU, or by the bandwidth of the telephone network connections.

In another known conferencing arrangement illustrated in FIG. 2, a LAN network 4 with multicast capability connects users 3. This obviates the need for a dedicated MCU. Users 3 can control which other users they see.

FIG. 3 illustrates the information which may pass between a user 10 and a network 11 such as a packet network, connecting other users 3 for video conferencing. Awareness information of which of a users are connected to the network is passed from the network to the user 10. In response to this information, a user can choose manually which other users he wants to see. Video selection request information is then passed from the user to the network. The network has the capability to take the request and switch appropriate video streams from other users 3 to the user 10.

Network restrictions have often precluded sending streams from all users in a video conference to all other users. Accordingly, the centralised switching approach shown in FIG. 1 involves either selecting one of the streams from users 1, 2, 3, for display, or creating a single image stream comprising a composite display of two or more reduced size images or windows.

U.S. Pat. No. 4,531,024 (Colton) describes a way of resolving how to select a single video stream to be transmitted to all other conference locations. The selection is made automatically by centralised detection of either one and only one "talker" or one and only one video graphics transmission request. Manual override is possible at each location, to select manually the video to be viewed.

U.S. Pat. No. 5,003,532 (Ashida) shows a video conference system having a centralised image selector operating according to requests from users or according to speaker detection.

U.S. Pat. No. 5,382,972 (Karres) describes a conferencing system which creates a composite signal with voice sensitive switching means for moving the component streams to different regions on the screen, and different sizes of picture, according to who is talking. A master user has an override control.

A further development is shown in U.S. Pat. No. 5,473, 367, in which any conferee can assume the chairing role, and manipulate manually the picture which will be viewed by all. Additionally, each conferee can choose their own picture content, or take the chair view.

U.S. Pat. No. 5,615,338 shows a system in which a central controller controls the transmission from each user terminal directly, and selects two users to transmit to all other users according to user requests and a predetermined priority scheme.

U.S. Pat. No. 5,392,223 shows a communications processor for linking a group of workstations, to a network for video conferencing. A workstation initiates a request for service including type of service and destination. Bandwidth, resolution and transmission rate are adjustable. Artificial intelligence software is used in the processor, which reacts to the instantaneous loadings, and indicates to the user what is possible if the request for service can't be fulfilled.

Another example of a decentralised videoconferencing network is shown in U.S. Pat. No. 5,374,952, using a

6,128,649

3

broadband LAN. Television signals from each user are transmitted simultaneously at different frequencies. Each user's computer monitors the status of channel allocations and generates the channel selecting control signals. Such dedicated LANs have inherent broadcasting capability which implies the ability to multicast, i.e. send to a select group of users.

None of the above systems is scaleable to handle large conferences because of human cognitive limitations in viewing a screen with too many windows displayed simultaneously, or with manually selecting between too many available windows. Additionally, the users terminal may have limited processing power and limited display area, and the network resources may limit how many streams can be sent to him anyway.

## SUMMARY OF THE INVENTION

It is an object of the invention to provide improved method and apparatus.

According to the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of: determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; determining a condition of at least one of the communications network and the terminal; determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and, causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

Dynamic selection from multiple streams enables the user to concentrate on the content not the form of presentation. Individual control of display policy, independent of what other users see, enables tailoring to suit resources and user needs. Taking into account the condition enables better utilisation of limited resources. Together they enable larger conferences to be handled more easily.

Preferably, it is determined if the selection is restricted by the condition, the policy comprising an indication of how to make the selection when the selection is restricted by the condition. This enables optimal presentation of larger numbers of streams by better exploiting limited resources, or enables participation of users with diverse levels of local or network resources.

Advantageously, the indication comprises relative priorities between desired streams. This enables the user to be presented with the more important streams where a choice needs to be made, and leaves user free to concentrate on content rather than continually making choices.

Preferably, the condition comprises a level of availability of network resources. This enables more optimal selection particularly for networks where congestion is likely and is variable. It also enables cost limiting for bandwidth tariffed networks, to ensure optimal use of available network resources.

Advantageously, the condition comprises a level of availability of user terminal resources. This enables better sharing of resources, particularly where different users have terminals with differing limitations. The integrity of a maximum number of media streams can be preserved.

Advantageously, activity on one or more of the media streams is determined, the indication comprising an indica-

4

tion of how to make the selection dependent on the activity. This enables the selection to include the streams most likely to be of interest and to drop streams of less interest.

Preferably, where two or more of the media streams originate from a single source, the indication of how to make the selection dependent on the activity comprises making the selection of one of the co-originating streams dependent on activity on another of the co-originating streams. This enables the user to be presented automatically with streams which are likely to be of interest because they are associated with a stream showing activity.

Advantageously, the step of determining the selected streams is carried out at the first user's terminal. This enables the method to be used with less specialised equipment in the network.

Preferably, the method further comprises the step of indicating to the network which are the selected streams, wherein the step of passing the selected streams comprises transmitting across the network only the selected streams. This enables reduced bandwidth requirements in the network and at the user network interface.

Advantageously, the media streams comprise video streams. As video has high bandwidth, it is more important to utilise and share resources more efficiently, bearing in mind human perception and resource limitations.

Preferably, the network is a multicast capable network. If the network is multicast capable, less specialised equipment is necessary in the network and at the users terminal.

Advantageously, the first user also transmits at least one real-time media stream to take part in a conference between multiple users across the communications network. The dynamic nature of conference type communication makes for heavier burdens on network and computing resources and on human cognitive abilities, and so better management of the selection is more advantageous.

According to another aspect of the invention, there is provided software, stored on computer readable media, for carrying out the method.

According to another aspect of the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of: determining a policy of each of the users for making their respective selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; determining a condition of at least one of the communications network and the terminal; determining dynamically which streams to select for each user according to the condition and according to the respective policy; and, causing only the selected streams to be passed for display on the terminal of each user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising: means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first

6,128,649

5

user's policy; and, means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided a network node for use in passing real-time media streams across a communications network for display on terminals of a first user and other users, the node comprising apparatus for selecting streams for display on the terminal of the first user, the apparatus comprising: means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and, means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

According to another aspect of the invention, there is provided a terminal for displaying real-time media streams available to be transmitted across a communications network for display on the terminal and other terminals coupled to the network, the terminal comprising: means for coupling the terminal to the network to receive the streams from the network, means for determining a policy of a terminal user for making a selection from amongst the streams, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user; means for determining a condition of at least one of the communications network and the terminal; means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users; and means for displaying the selected streams.

According to another aspect of the invention, there is provided a method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a multicast capable communications network for display on a users terminal, the method comprising the steps of: determining a policy of the user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the user; determining dynamically at the users terminal which streams to select for the first user according to the user's policy; and, sending a request from the users terminal to the network to transmit only the selected streams for display on the users terminal.

Preferred features may be combined as would be apparent to a skilled person, and may be combined with any aspect of the invention.

To show, by way of example, how to put the invention into practice, embodiments will now be described with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 to 3 show in schematic form prior art video conferencing arrangements;

FIG. 4 shows in schematic form an embodiment of the invention;

FIG. 5a shows an architecture overview of a conferencing terminal for use in the arrangement of FIG. 4;

FIG. 5b shows the architecture of FIG. 5a in more detail;

6

FIG. 6 shows the architecture of the elements of FIG. 5b which are concerned with the membership decision module;

FIG. 7 shows in schematic form a GUI event response thread of the MDM;

FIG. 8 shows the thread of FIG. 7 in more detail;

FIG. 9 shows in schematic form the consistency check thread of the MDM;

FIG. 10 shows the consistency check thread in more detail;

FIG. 11 shows the new T_stream activity response thread;

FIG. 12 shows the thread of FIG. 11 in more detail;

FIGS. 13 and 14 show the new T_stream silence thread in schematic form;

FIGS. 15 and 16 show the D_stream close thread in schematic form;

FIGS. 17a(i) and 17a(ii) show in schematic form operation of the T_stream activity monitor of FIG. 6;

FIGS. 17b(i) and 17b(ii) show the operation of the D_stream integrity monitor of FIG. 6;

FIGS. 17c(i) and 17c(ii) show the operation of the work-station resource monitor of FIG. 6, in schematic form;

FIG. 17d(i) shows in schematic form the operation of the congestion analysis monitor of FIG. 6;

FIGS. 17d(ii) and 17d(iii) show a more detailed example in schematic form of the operation shown in FIG. 17d(i);

FIG. 17e shows in schematic form the operation of the network feedback monitor of FIG. 6;

FIG. 18a shows in schematic form the functions of the conference awareness module of FIG. 5b;

FIGS. 18b and 18c show operation of the transmission and reception processes of the conference awareness module of FIG. 18a;

FIG. 19 shows an embodiment of the graphical user interface of FIG. 5b; and

FIGS. 20 and 21 illustrate in schematic form alternative embodiments of the invention.

DETAILED DESCRIPTION

An overall view will be described first, followed by more detailed descriptions of the functions of particular parts. Then some system considerations for implementing a conferencing system will be given, followed by a discussion of advantages and alternative embodiments.

FIG. 4 shows in schematic form how the information passed between the user 10 and the network 12 is altered by the provision of a dynamic selection controller 13. The user inputs a selection policy including criteria for making the selection. The dynamic selection controller determines the actual selection requests on the basis of the policy and the conditions. The network 12 then passes the selected media streams to the user on the basis of the request made by the dynamic selection controller 13. The selection policy can include desired requests. The dynamic selection controller may issue selection requests in a (best effort) basis, to try to meet the desired selection requests of the selection policy. The selection controller 13 can be located in the users terminal, or in the network.

The network 12 could be a point to point network, in which case one or many MCUs would be required to enable the distribution of the media streams to multiple users. Preferably the network is capable of multicasting. Where each media stream is considered to be a multicast group, to

6,128,649

7

which users wishing to receive the stream can apply for membership of the group, the selection controller **13** dynamically manipulates the membership. This enables a scalable solution to large multi-party video conferences to be achieved. Limitations of human cognitive abilities in controlling and comprehending large numbers of video inputs, and resource limitations in transmitting large numbers of high bandwidth media streams, can be reduced. Thus the dynamic selection controller **13** can be seen as a receiver-based reactive congestion control mechanism.

The network **12** could comprise a local area network alone, or a series of connected local and wide area network-snetworks. For example, a corporate intranet or the internet, or the public telephone network could be used for global coverage.

In operation, a user may select his or her desired view of a conference by selecting a set of conferees he or she desires to view, or by selecting a dynamic viewing policy, e.g. including prioritizing media streams, or a mixture of these. The dynamic selection controller **13** makes a best effort attempt based on users desires, and resource conditions such as losses detected in received media streams, direct feedback from the network and local computing resources. The policy make take into account, media stream activity periods, and the changing conference environment, and may express how to respond to detected resource limitations. The first step of determining the policy may include retrieving a stored indication of the policy, or prompting the user for policy inputs, or calculating the policy from previous preferences, for example.

More details of the structure of an embodiment of a users terminal will now be given with reference to FIGS. 5A and 5B.

FIG. 5A illustrates in schematic form a conferencing terminal architecture overview. A media in portion, **20** includes for example means for carrying out video reception processes, audio reception processes, and network monitoring. A media out portion **21** includes means for carrying out video and audio transmission to the network **24**. The media out portion may be dispensed with to give a terminal suitable only for receiving, e.g. for monitoring or entertainment purposes. A command and control portion **22** communicates with the media in portion and the media out portion. There may be some direct connection between the command and control portion **22** and the network **24**, e.g. for sending and receiving conference awareness messages relating to each of the users of the conference.

A workstation resource monitor **23** can be provided for feeding information to the command and control portion **22**.

FIG. 5B shows more details of the conferencing terminal architecture shown in FIG. 5A. Each of the parts will be described in terms of processes which can be run simultaneously on the users terminal, either by multi-tasking a single central processor, or distributed across multiple processors in the terminal. The hardware configuration is a matter of design choice.

As part of the media in section **20**, multiple video reception processors **26** are provided, one for each incoming video stream. Each video reception process **26** includes a display stream (D_stream) integrity monitor **27** for monitoring the integrity of the display stream, e.g. the number or rate of packets or frames which are lost or delayed. Each video reception process also includes a D_stream processing module **28** for decoding the incoming media stream. This may involve building up video frames from the stream of packets, and performing any decompression as required.

8

Each video reception process **26** also includes a network signalling module **29** for carrying out network signalling functions.

An interprocess communication (IPC) function is provided for communicating between processors, e.g. by message passing, or using shared memory.

A network feedback monitor **30** is provided, for monitoring messages received from the network. A congestion analysis monitor **31** is provided for determining network congestion.

A single audio reception process **32** is provided even where there are multiple input audio streams. This is convenient because normally only a single audio output is provided to the user, mixed from all the input audio streams, or the most active of the input audio streams. The audio and reception process **32** includes a trigger stream (T-stream) activity monitor **33**, a T_stream processing module **34**, and a network signalling module **35**. The audio is designated the trigger stream since it is often used for triggering display of the video stream corresponding to the loudest audio input stream.

A command and control process **36** includes a conference awareness module **37**, a membership decision module MDM **38**, and a graphical user interface, GUI **39**. The MDM is at the heart of the dynamic selection control function, and will be described in more detail below.

A video transmission process **40** is provided for the outgoing video to other users of the conference. It comprises a D_stream processing module **41** and a network signaling module **42**. An audio transmission process **43** includes a T_stream processing module **44** and a network signaling module **45**, for handling the outgoing audio stream from the terminal to the other users. The video transmission and audio transmission processes would not be needed if the terminal were to be used only as a receiver.

A work station resource monitor **46** is provided for monitoring the local resources such as processing power, memory, and display capability.

The operation of the MDM **38**, and the processors which are linked with it will now be described with reference to FIG. 6. The MDM **38** receives inputs from the T_stream activity monitor (TAM) **33**, the workstation resource monitor (WRM) **46**, and from the congestion analysis monitor (CAM) **31**. It also receives inputs from the graphical user interface (GUI) **39**, and outputs selection requests in the form of connection membership signals to the network. In this way, the MDM can make connection membership requests based on the user's viewing policy and the current conditions, on a best effort basis. The MDM could be arranged to receive inputs from a subset of the inputs according to need. For example, if the workstation resource monitor is always likely to be more limiting than the network resources, the MDM could operate upon inputs from only the GUI and the WRM, without needing local or foreign congestion inputs. Where network congestion may be a problem, it is useful to divide it into local or foreign congestion to enable the MDM to take appropriate action. For example, where there is local congestion, it may be appropriate to request fewer media streams to be transmitted. Where the congestion is foreign, it is more likely to affect only some of the input streams. Thus it may be appropriate not to reduce the number of media streams requested, but simply choose media streams which are not affected by the foreign congestion.

The operation of the MDM **38** will be explained below in terms of five threads of operation, run in parallel. These

6,128,649

| 9 | 10 |

threads are explained with reference to FIGS. 7 to 16. The operation of each of the monitors shown in FIG. 6 will be explained with reference to FIGS. 17a to 17e. Other elements of the terminal will be described thereafter.

The five threads of the MDM cover the response to GUI events, a periodic consistency check to see if additional streams can be displayed, and responses to new T_stream activity or silence, and the response to a closing of a D-stream by its originator.

MDM Thread 1, GUI Events Response, FIG. 7

FIG. 7 illustrates in schematic form an overview of this thread. On detection of a GUI event, 60, passed to the MDM by the interprocess communication (IPC), the event is determined to relate to a state change, or to locking or unlocking of a stream. In the former case, the state is updated at 61, while in the latter case, the stream is locked or unlocked at 62 and violation of any predetermined constraints is resolved at 63, before the display is updated at 64. Locking a stream means giving it the highest priority, to ensure it is displayed all of the time, regardless of activity on the corresponding audio stream. Obviously, if too many streams are locked, a constraint may be violated, such as a workstation resource constraint, or local or foreign network constraints.

FIG. 8 shows an example of how the thread could be implemented, in more detail. In response to the GUI event 70, locking or unlocking, or setting updating is determined at 71. At 72, violation of constraint 1 is detected. This is concerned with the number of streams which can be displayed simultaneously by the user's terminal. It would be a predetermined number, but could be varied according to user-defined window sizes for example. If the constraint is not violated, a locking flag, F_lock is cleared at 76, and the display is updated by a visual management process 77. If a violation of constraint 1 is detected, at 73, the thread tries to remove display streams corresponding to silent audio channel, until conformance with the constraint is achieved. Then the locking flag is cleared at 76 and the display updated at 77.

If there are insufficient silent streams, at 74, the thread tries to remove the display streams corresponding to the least active audio stream, until conformance with constraint 1 is achieved. If conformance is achieved, the lock flag is cleared at 76, otherwise the flag is set at 75, and the display updated.

Violations of other constraints are more conveniently dealt with by other threads, to enable asynchronous or synchronous response as desired. This can assist in maintaining an optimum trade-off between rapid response to changes in conditions, and yet avoid disturbing oscillatory responses.

The determination of which streams are silent or less active, will be made by the T-stream activity monitor 33 shown in FIGS. 5b and 6, explained in more detail below. The types of settings which can be altered in response to a GUI event, will be explained in more detail with reference to the detailed description of the GUI.

MDM Thread 2 Consistency Check, FIG. 9

FIG. 9 shows an overview of this thread in schematic form. Violations of a series of constraints are detected at 100, and resolved at 101 before the displayed streams are updated at 103. If no violations are detected, an attempt is made at step 102 to display additional streams if resources permit.

An example of how the thread might be implemented is shown in more detail in FIG. 10. This thread is repeated periodically, and the period can be determined according to

the speed of response required. It may be appropriate to repeat it every 2 to 10 seconds or so.

After the waiting period at 105, the lock flag is checked at 106. If it is clear, the first constraint to be checked is constraint 3, relating to foreign network congestion. If critical, as determined by the congestion analysis monitor (CAM) 31, at 108, all display streams violating this constraint are removed from the display, and a flag is set indicating foreign network congestion, at 109. After the display is updated at 110, an aging counter for the foreign network congestion flag is updated at 111, so that the flag will clear itself after a period of time, to enable the affected streams to be requested again in case the foreign network congestion was only a temporary condition. The other constraints are not checked until the foreign network congestion constraint is met.

At 112, if the foreign network congestion constraint is met, then the next step is to detect violation of constraint 4, indicating critical local network congestion. An attempt is made to remove from display the D_stream with most silence in its corresponding audio stream among those showing congestion (step 113). If constraint 2 relating to bandwidth and tariff constraints in the network, or constraint 5 relating to computing resources locally, are violated, then at step 113, an attempt is made to remove from display the D_stream with most silence in its corresponding audio stream. If no silent T_streams are found at step 113, then at 114 the stream with the least activity is removed from the display. If no T_streams with activity are found, then it is assumed that too many display streams are locked, to give unconditional display, and at 115, the lock flag is set to reflect this. The thread is cycled again after the foreign congestion flag is aged at 111.

If none of the above-mentioned constraints are violated, then at 118, under utilisation of resources is detected by assessing whether all constraints are in a safe condition, meaning they are not close to a critical condition. In this case, at 119, the most active of the display streams not yet displayed is selected at 119. If there are no active T_streams, then a search is made for a T_stream in the silent state, and the least silent is displayed. Otherwise the thread is repeated.

MDM Thread 3, New T Stream Activity Response

FIG. 11 shows an overview. The thread is triggered by new T_stream activity 140 passed to the MDM by the T_stream activity monitor 33, using the IPC. If there is a constraint violation detected at 141, a test transmission is made without display, to determine if the available resources allow for another stream, at 143. If the test is successful, the new stream is displayed at 142, otherwise it is rejected at 144.

FIG. 12 shows an example of how the thread might be implemented. Following the event at 140, a check is made at 148 to see if the locked flag or the file congestion flag is set. If so, the thread is ended. Otherwise at 149, constraint 1, relating to the display capabilities, is tested. If the constraint is violated, at 150 a search is made for the most silent D_stream to be replaced. If one is found, the new display stream replaces the silent one at 151, and the management of the display is completed at 152. Otherwise, if no silent stream is found, the thread is ended.

If no violation of constraint 1 was found, at 153, under utilization of resources is detected by determining that constraints 2, 4 and 5 are in a safe condition. This enables the new display stream to be displayed straight away at 157. If one or more of the constraints are not safe, the search is made for a silent D_stream to be dropped, at 150 if none is

6,128,649

**11**

found, the thread verifies there are no critical states in constraints 2, 4 or 5 at 154, then enters a test mode. This involves an invisible display for the new active D__stream to monitor for short term critical violations, at 155, before committing the stream to be displayed or removing it at 156 if critical violations are found.

**MDM Thread 4, New T Streams Silence**

FIG. 13 shows an overview of this thread. When a new silence event occurs at 200, the most active undisplayed D__stream is used to replace a silent one at 201.

FIG. 14 shows an example with more details of how this thread might be implemented. Following the event at 200, the thread searches for the most active display stream, providing there are sufficient resources, and providing the foreign congestion flag is clear. If none are found, the thread ends. If any are found, at 206, the silent stream is removed, and the active stream is selected for display, at 206. The visual management process occurs at 207.

**MDM Thread 5, D Stream Close**

FIG. 15 shows an overview of this thread. At 240, the thread starts on a D__stream close event 240, notified to the MDM by the confidence awareness module 37 or by the D__stream processing module 28 and the network signalling module 29. At 241 the closed D__stream is replaced with the most active undisplayed D__stream.

An example of how the thread might be implemented is shown in more detail in FIG. 16. On detecting the D__stream close events 240, the thread ends if that D__stream is not currently displayed. If it is locked and displayed, then at 241, the thread sends a communication to the GUI indicating that it should be unlocked. If the relevant D__stream is currently displayed and is not locked, the closed stream is removed from the display at 240. At 243, a search is made for the most active D__stream to display, provided there are sufficient resources, and provided its foreign congestion flag is clear. In this case at 244, the new stream is displayed, and at 245, the visual management uptake process is carried out. If no active stream is found for display, a search is made for any streams in a silent state, at 246. The least silent is selected if there are sufficient resources and if there its foreign congestion flag is clear. It is displayed at 244, otherwise the thread ends.

**The Operation of the Monitors.**

Feeding information to the threads described above, are the various monitors shown in FIG. 6. These include the T-stream activity monitor (TAM), the D__stream integrity monitor (DIM), the work station resource monitor, (WRM), the congestion analysis monitor (CAM), and the network feedback monitor (NFM). For each of these, a description will follow including details of counters, states, variables and thresholds where appropriate.

**T Stream Activity Monitor (TAM) FIG. 17a**

**Description**

The TAM provides an indication as the state of the T__Stream (either silent or active) as well as a degree of silence or activity. This aids the MDM in arbitrating between two or more candidate streams (for DISPLAY or UNDISPLAY). For every timeslice (which is of fixed duration), if activity exists on the T__Stream, the counter TAM_DEGREE is incremented, otherwise it is decremented if no activity exists. In order for an ACTIVITY event to occur, the TAM_HI_THR threshold must be overrun, similarly a SILENT event occurs when the TAM_LOW_THR is underrun. If an activity is detected, the appropriate event signal is dispatched and the state indicator TAM_STATE is updated.

**12**

**Desirable Properties**

It is desirable to have a relatively quick response to NEW activity. The system should not be overly sensitive however, which relies on properly setting of the various variables. The system should also not begin to oscillate and hence the purpose of the GRACE range.

**Variables**

TAM_MIN=Minimum Value of the counter (zero)

TAM_MAX=Maximum Value of the counter (implications on memory/silent period)

TAM_HI_THR=Threshold that delimits the lower bound of the activity range

TAM_LOW_THR=Threshold that delimits the upper bound of the silence range

TAM_STATE={0=Silent|1=Active}

TAM_DEGREE=RANGE [TAM_MIN, TAM_MAX]

TIMESLICE=Fixed unit of time, common to a media type.

FIG. 17a(i) illustrates the range of values which may be taken by the counter TAM_DEGREE, between minimum and maximum values. A counter may be incremented or decremented each time slice. The counterstate TAM_STATE can be either silent or active, according to the value of the counter. A grace interval is provided to give some hysteresis in the transition between silence and active states.

The operation of the monitor is shown in FIG. 17a(ii). At 250, instantaneous T__stream activity within the current time slice is detected, and the counter is incremented at 251. At 252 it is determined whether the counter crosses the transition from the grace region to the active region. If so, at 253, the new activity event is communicated to the MDM. If the increment does not cause a transition from the grace region to the activity region, indicated by crossing the TAM_HI_THR threshold in FIG. 17a(i), the thread ends. If no activity is detected, the counter is decremented at 254, and at 255 it is determined whether the decrement of the counter has caused it to cross threshold TAM_LOW_THR, shown in FIG. 17a(i). If so, at 256, a communication is sent to the MDM to indicate a new silence event.

It can be seen that the thresholds and the TIMESLICE period and the maximum and minimum counter values can be adjusted to achieve a suitably quick response to new activity without flooding the MDM with too many messages caused by inevitable brief silence periods during speech for example.

**The D Stream Integrity Monitor (DIM) FIG. 17b**

**Description**

The DIM provides a short-term indication as to the state of the D__Stream. Either data loss or missed deadlines constitute a Loss of Integrity (LOI) which is indicated by the DIM_STATE variable. The DIM_DEGREE counter is normalized to a percentage figure indicating the degree of integrity exhibited by the stream. The DIM aids the MDM by indicating the nature (either local or foreign) of LOI as well as the correlation that exists between various D__STREAMS experiencing LOI.

For every TIMESLICE (which is of fixed duration), a D__STREAM is monitored for an instantaneous LOI. If detected, DIM_DEGREE is incremented by DIM_LOSS_FACTOR (DLF). The DLF is specific not only to a media type, but also to a particular media stream. It represents the maximum loss rate allowed which would not significantly degrade the perceived media stream presentation. For example, assuming the D__STREAM represents a 20 fps video stream, where a timeslice is equivalent to one video frame duration (0.05 s), one could set the DLF to 10 to indicated that a one-in-ten frame loss rate is acceptable.

If no instantaneous LOI is detected within a timeslice, DIM_DEGREE is decremented. In order for a NEW LOI

6,128,649

## 13

Event to occur, the DIM_HI_THR threshold must be overrun, similarly a NEW INTEGRITY Event occurs when the DIM_LOW_THR is underrun. If an event is detected, the appropriate event signal is dispatched and the state indicator DIM_STATE is updated.

Desirable Properties

It is desirable to have some tolerance to transient LOI, however any ongoing LOI should be detected an dealt with appropriately. The system should not be overly sensitive however, which relies on properly setting of the various variables. The system should also not begin to oscillate and hence the purpose of the GRACE range.

Variables

DIN_MIN=Minimum Value of the counter DIM_DEGREE (zero)

DIM_MAX=Maximum Value of the counter DIM_DEGREE (implications on memory/silent period)

DIM_HI_THR=Threshold that delimits the lower bound of the LOI range

DIM_LOW_THR=Threshold that delimits the upper bound of the INTEGRITY range

DIM_STATE={INTEGRITY|LOI}

DIM_DEGREE=RANGE [DIM_MIN, DIM_MAX] normalized to a percentage

TIMESLICE=Fixed unit of time, common to a media type

DIM_LOSS_FACTOR (DLF)=Media stream & type specific, loss tolerance figure

DIM_INT=Constant media type multiplying factor of DLF. Allows a margin of tolerance to initial loss.

DIM_GRACE=Constant media type multiplying factor of DLF. Mitigates against oscillations.

DIM_LOI=Constant media type multiplying factor of DLF. Determines degree of "short-term" memory.

FIG. 17b(i) shows the range of the counter DIM_DEGREE, between minimum and maximum values. The counter can show a state of loss of integrity (LOI), or integrity. A grace interval is provided to give hystereses in the transition between states.

As shown in FIG. 17b(ii), at 260, if some loss of integrity is detected instantaneously in the D_stream to which the thread relates, the counter is incremented by a number of units according to the DLF. By incrementing the counter by more than one unit, yet decrementing it one unit at a time when no loss of integrity is detected, the system can be made sensitive to differing acceptable frame loss rates.

At 262, it is determine whether threshold DIM_HI_THR is overrun. If so, at 263, the MDM is alerted. Otherwise, the thread ends. If known loss of integrity is detected, the counter is decremented at 264, and at 265 it is determined whether the counter passes through the transition to the integrity state, by comparison with threshold DIM_LOW_THR shown in FIG. 17b(i). If so, an indication of a new integrity event is sent to the MDM.

The Workstation Resource Monitor, WRM, FIG. 17c

Description

The WRM provides a short-term indication of the state of various workstation resources such as CPU, Memory, and Network Bandwidth usage. For each resource, a monitor is created which can be in one of three possible states, namely SAFE, WARNING, or CRITICAL. The WRM_WARN and WRM_CRIT variables can be set to determine the utilization figures which will trigger these events. When the monitor changes state, a signal is send to alert the MDM.

The variable WRM_NUM_SAMPLES_i is used to determine the number of past samples which should be incorporated into the averaging calculation. This provides

## 14

some defense against transients, however causes the monitor to react slower to the over-utilization of resources. WRM_NUM_SAMPLES_i should be sized based on the granularity of the TIMESLICE and the desired sensitivity of the monitor.

The variable WRM_DEGREE_i is used to maintain absolute quantity resource figures. It may be polled periodically by the MDM. An example could be the instantaneous network bandwidth usage at a particular instance, which may be required to monitor user-imposed tariff limits.

Variables

WRM_STATE_i={SAFE|WARNING|CRITICAL} State of resources monitor i.

WRM_NUM_SAMPLES_i (WNSi)=Number of previous samples to include in averaging process.

WRM_DEGREE_i=Resource specific absolute quantity

TIMESLICE=Fixed unit of time used for periodic polling of resources.

WRM_WARN=Determines the boundary between the SAFE and WARNING Event states.

WRM_CRIT=Determines the boundary between the WARNING and CRITICAL Event states.

FIG. 17c(i) illustrates the range of values for WRM_DEGREE-I, expressed as a percentage of its maximum value. The thresholds WRM_WARN, and WRM_CRIT, separate the range of possible values into safe, warning and critical states.

As shown in FIG. 17c(ii), a sample of the resource utilization is taken at 270, averaged at 271, and the state is updated at 272. If the state has changed, the MDM is alerted at 273.

The Congestion Analysis Monitor (CAM) FIG. 17d

Description

The Congestion Analysis Monitor (CAM) accepts input signals from the D_Stream Integrity Monitor(s) (DIMs) and the Network Feedback Monitor (NFM) informing about any LOI or congestion experienced by incoming D_Streams. It processes these inputs in such a fashion that it may present as output to the Membership Decision Module (MDM), an indication as to which streams are experiencing LOCAL versus FOREIGN network congestion. The output information is presented in the form of two pairs of {Set, State} variables indicating the particular D_Stream ids experiencing either local or foreign congestion, as well as a state indicating the severity of the congestion. The process used to build these two pairs of variables is shown in FIG. 17d(i), in overview. The NFM is considered the chief indicator of foreign congestion and so these indications are immediately used to create the foreign congestion set CAM_F_SET at 300. If the DIM reports that a majority (CAM_CRIT_PER) of received D_Streams are experiencing some form of LOI, a CRITICAL LOCAL LOI is assumed at 301 (implying massive local congestion in the network) and is communicated to the MDM. Otherwise, a two step process is implemented to determine whether any sort of correlation exists between the degrees of LOI experienced by congested D_Streams. The first step at 302 attempts to identify whether there exists a subset of congested D_Streams (at least CAM_MAJ_PER %) that have DIM_DEGREEs within a standard deviation figure (CAM_MAJ_STD) of the complete set's MEAN ($\mu$). This first step tests for a very tightly correlated majority of D_Streams and would therefore indicate a CRITICAL congestion state which would be communicated to the MDM. If this situation is not found, the same is attempted again, however with looser constraints (CAM_MINOR_PER, CAM_MINOR_STD) at 303. This situation would simply raise a WARNING flag to the MDM.

6,128,649

<table>
<tr><td>15</td><td>16</td></tr>
</table>

If either of the above two conditions are found to exist, the stream ids conforming to these conditions are added to the CAM_L_SET and the CAM_L_STATE flag is set appropriately. After this point, any congested D_Streams remaining are deemed at **304** to be caused by foreign network congestion and are added to the set CAM_F_SET. CAM_F_STATE is updated appropriately. These results are then communicated to the MDM at **305**.

Acronyms

CAM: Congestion Analysis Monitor, DIM: D_Stream Integrity Monitor, NFM: Network Feedback Monitor, MDM: Membership Decision Module

Variables

CAM_LOI_SET={set of stream ids}: an initially empty set, populated with all the stream ids indicated by the DIM as experiencing some LOI (DIM_STATE=LOI).

CAM_F_SET={set of stream ids}: an initially empty set, populated from the CAM_LOI_SET with the ids of streams deemed by the CAM to be suffering from a form of FOREIGN congestion.

CAM_F_STATE={SAFE|CRITICAL}: Indicates FOREIGN network congestion is suspected.

CAM_L_SET={set of stream ids}: an initially empty set, populated from the CAM_LOI_SET with the ids of streams deemed by the CAM to be suffering from a form of LOCAL congestion.

CAM_L_STATE={SAFE|WARNING|CRITICAL}: Indicates the level of LOCAL network congestion that is suspected MEAN ($\mu$): The statistical average of the DIM_DEGREEs of all streams in the set CAM_LOI_SET.

CAM_CRIT_PER: The minimum percentage of all streams that must show LOI for CRITICAL LOCAL CONGESTION to exist (typically about 90%).

CAM_MAJ_STD: A standard deviation figure.

CAM_MAJ_PER: The minimum percentage of all streams in the set CAM_LOI_SET that must show a DIM_DEGREE within a range of CAM_MAJ_STD about the MEAN($\mu$) (typically about 75%).

CAM_MINOR_STD: A standard deviation figure.

CAM_MINOR_PER: The minimum percentage of all streams in the set CAM_LOI_SET that must show a DIM_DEGREE within a range of CAM_MINOR_STD about the MEAN($\mu$) (typically about 50%).

TIMESLICE=Fixed unit of time used for periodic state calculations.

FIGS. 17d(ii) and 17d(iii) show the operation of the CAM in more detail. At **310**, the CAM_LOI_SET is built showing all the monitored streams which have a loss of integrity. At **311**, the CAM_F_SET is built by referring to the NFM for information on which of the streams in the CAM_LOI_SET show foreign congestion. If the CAM_F_SET is not empty an indication of the sets and states is passed to the MDM at **313**. Otherwise, at **314**, the critical local congestion is detected by reference to variable CAM_CRIT_PER. If there is critical local congestion, at **315**, the CAM_L_SET is built by moving all streams from the CAM_LOI_SET, to the CAM_L_SET, even if there is a small percentage of streams which do not show loss of integrity. There is assumed to be a high risk that they will lose integrity.

If critical local congestion is not detected at **314**, then as shown in FIG. 17d(iii), at **316**, the preliminary step of calculating the mean degree of loss of integrity of all of the streams in the set CAM_LOI_SET is made.

At **317**, it is determined if there is a large percentage of the streams in CAM_LOI_SET, having a degree of loss of integrity similar to the average, using a standard deviation figure. If so, the CAM_L_SET is built at **318**, the remainder of the streams are assumed to have foreign congestion as the cause of the loss of integrity, at **321**, the new state and sets are communicated to the MDM at **322**.

At **319**, if there is no major correlation, minor correlation is determined using CAM_MINOR_PER to see if a smaller percentage of streams have a degree of loss of integrity close to the average. If so, the CAM_L_SET is built at **320**, the level of local network congestion is set to the warning state, and remaining loss of integrity is assumed to be caused by foreign network congestion at **321**. As before, the new sets and states are communicated to the MDM at **322**.

The Network Feedback Monitor (NFM) FIG. 17e

Description

The Network Feedback Monitor (NFM) provides the Congestion Analysis Monitor (CAM) with a congestion state indication for all incoming D_Streams based on specific network feedback. These indications primarily enable the NFM to determine whether any observed LOI is due to local network impairments, or whether they are occurring at a foreign location within the network. The network feedback would be generated either by network components detecting corruption, or other receivers providing their own personal view of the network.

As shown in FIG. 17e, the NFM detects at **331** any LOI in the received network feedback messages processed at **330**, relating to a given D_Stream. If it exceeds a particular threshold NFM_THR_i, it will attempt to determine the approximate location of the corruption. If the network feedback indicates that at least NFM_CRIT_PER_i % of all other users receiving this stream are experiencing similar LOI (step **332**), then the corruption will be assumed to be in the network near the source of the stream. Thus it is labeled as FOREIGN (step **335**), otherwise it will be labeled as LOCAL (step **333**). In any case, the NFM attempts to make an informed decision about the origins of the LOI. The variable NFM_STATE_i is used to record the current source of corruption if any exists. In the case that the NFM_STATE_i changes, a signal is dispatched at step **334** informing the CAM of this new event.

An example of a possible form of network feedback is Real-Time Control Protocol (RTCP) packets which form part of the IETF's Real-Time Protocol (RTP). In this scenario, participants broadcast status messages informing others about the particulars of the media streams they are transmitting and receiving. Not only does this inform participants regarding what they should be receiving, but also provides an indication as to the quality being received by others.

Variables

NFM_STATE_i={NONE|LOCAL|FOREIGN} LOI source for D_Stream i

NFM_CRIT_PER_i (NCPi)=Minimum required percentage of receivers exhibiting LOI to constitute a FOREIGN LOI event

NFM_THR_i=Loss threshold that must be exceeded in order for a LOI event to exist

TIMESLICE=Fixed unit of time used for periodic state calculations.

The Conference Awareness Module, FIG. 18a

Description:

The Conference Awareness Module serves to provide the local user/conferee with a consistent view of the conference environment. This involves knowing who is participating in the conference as well as what media streams they are offering for reception. Three messages are defined below which serve to keep all conferees' views of the conference environment up-to-date.

6,128,649

17

The Conference Awareness Module maintains a Conference User State Database (351). This database is used to maintain all of the collected information about other conferees, the media streams they are offering and additionally, the local user's GUI settings for media stream receipt. It is therefore also accessible by the Graphical User Interface, as well as the Membership Decision Module for updating.

As shown in FIG. 18a, the functions of the conference awareness module can be divided into receive function 350 and transmit function 352. The receive functions include listening for periodic KEEP_ALIVE_MSG messages, requesting and receiving INFORM_MSG messages (see below), and updating the user state database.

The transmit functions include sending initial INFORM_ MSG messages to all conferees, sending periodic KEEP_ ALIVE_MSG messages to all conferees, resending KEEP_ ALIVE_MSG messages if GUI settings change, responding to INFORM_MSG message requests, and sending a LEAVE_MSG message to all conferees when terminating. Messages:

INFORM_MSG: This message is broadcast initially when a user joins a conference and then subsequently in a point-to-point fashion upon individual request. It provides personal information about a conferee such as name, still picture of user, mailing address, telephone numbers etc., however is not required in order to receive media streams. The format of this message is:

{Owner IP & Port Address, Name, Alias, Picture, Mailing Address, Telephone, E-Mail}

KEEP_ALIVE_MSG: Broadcast periodically (or whenever local settings change) to keep others aware of the local conferee's media stream offerings. This message also acts as a "heartbeat" to inform others of a conferee's existence. The format of this message is:

{Owner IP & Port Address, Media [Type, ID, Name, Multicast IP & Port Address], . . . , Media[. . . ]}

Owner IP & Port simply identify the owner of the media stream(s) as well as provide a "callback address" in the case an INFORM_MSG is required. A Media-tuple is required for each media stream being offered by the owner. It consists of a pre-assigned "type" identifier (such as CD-AUDIO), an "ID" to uniquely identify this media within a machine, a "Name" to be used within the graphical user interface, and a media stream Multicast IP and Port address on which to receive this stream. A conferee will be assumed to have left the conference environment if KEEP_ALIVE_MSG messages are not received after a timeout period. This is equivalent to a conferee having sent a LEAVE_MSG message.

LEAVE_MSG: This message is used to inform others of a conferee's intent to leave the conference environment. Once broadcast, this message will cause all others to remove any database information relating to the sender from their Conference User State Database. The format of this message is:

{Owner IP & Port Address, Close Indication}

Transmission And Reception Processes

FIG. 18b shows the overall transmission process. An initial INFORM_MSG message is broadcast at 360. At 361 the process waits for a time out interval or a change in GUI settings, before broadcasting a KEEP_ALIVE_MSG message at 362. At 363, a loop back is made to the start of step 361, unless a terminate signal has been received, in which case a LEAVE_MSG message is broadcast at 364. In parallel, at step 365, the process responds to an INFORM_ MSG request, and sends in point to point fashion its own INFORM_MSG message on request.

18

FIG. 18c shows the reception process for the conference awareness module. At 370, the process waits for the arrival of broadcast KEEP_ALIVE_MSG messages or INFORM_MSG messages 370. At 371, if there is a need to request an INFORM_MSG message to obtain information about another user, the INFORM_MSG request is sent at 374, and a response awaited at 375. If necessary, the conference user state database is updated at 372, and the GUI and MDM are alerted of the update at 373, and the loop is continued by returning to step 370.

Other parts of the terminal shown in FIG. 5b will now be described.

Graphical User Interface FIG. 19

The Graphical User Interface (GUI) has four primary functions which enable a user to interact with and control a conferencing environment:

1. Offer an accurate view of the conference environment: The GUI provides a detailed view of all conferees participating in the conference environment via a small still picture of the user, personal information (such as name and mailing address) as well as small icons representing the media streams they are offering (e.g. audio, video or slides). As users join and leave the conference environment, or change the media streams they are offering, the GUI will update its view automatically.

2. Enable a user to specify a customized viewing policy: Not only are offered media streams represented visually via icons, but these may be manipulated by the local user to operate in several modes. The video icon which is represented by a small camera is a three state toggle. By clicking on it with a mouse, the user is able to toggle between MUTE, LOCKED and TRIGGERED modes. The MUTE mode indicates that the user never wishes to see this video stream. The LOCKED mode indicates that the user wishes to always view this video stream independent of available resources. The TRIGGERED mode indicates that the user wishes only to see this video stream when the associated audio stream is active and resources allow. Other media types may be operated in a similar fashion. A default automated stream viewing policy is offered, which may optionally be overridden by the user.

3. Enable a user to control the extent of resource limitations: A variety of resource may be monitored by the system in order to provide the optimal conference view of TRIGGERED streams. These include networking resources, computing resources, explicit tariff limitations and physical desktop resources. The user is free to configure these resource settings as strictly or loosely as desired in order to satisfy their own requirements.

4. Provide visual feedback about resource utilization: The GUI also provides an indication to the user as to the resource(s) that are imposing restrictions on the selected viewing policy. The visual alarm display allows the user to ascertain which resources are at a critical level of utilization and hence are deteriorating the resulting display. Users may by default choose to allow the MDM to continue limiting the display according to resource availability or alternately, override the resource limits feature thus reducing the resulting quality and fidelity of the media presentation. The alarm report provides a verbose report relating to the observed alarms.

As shown in FIG. 19, there may be one panel for video conference control including small still pictures of users. Other windows (not shown) on the same display can show the selected video streams from other users. According to the capabilities of the terminal, these windows may be moved and sized as appropriate, wider control of the user, or

6,128,649

19                                        20

according to a users controlled policy, e.g. to highlight chosen conferees.

Policy Examples for Dynamic Multicast Group Membership

The control of the multiparty video conferencing environment, also termed "switched presence control" is achieved through dynamic membership within various multicast groups. A conferee selects a desired virtual view of the conference environment, which implies a policy dictating what views will trigger joins and leaves from network-based multicast groups. Many policies may be defined based on the nature of the conference such as a lecture, group meeting, or hosted tour. As an example, assume that a join event is triggered by audio activity (regular dialog) lasting more than $T_J$ seconds and a leave event is triggered by a silent period lasting in excess of $T_L$ seconds. In most cases where video conferences consist of natural dialogue between participants, the silence period threshold ($T_L$) will be much greater than the activity threshold ($T_J$). Typical values for $T_L$ would be in the order of tens or hundreds of seconds, whereas $T_J$ would typically be less than ten seconds. The following policies could be implemented:

a) See video of j most recent speakers

In this policy, the audio streams of all conferees are monitored to determine the j most recent speakers, based on join events. The video streams associated with each of these audio streams are displayed locally which entails network signaling on the user's part to initiate membership within multicast groups. Audio streams are continually monitored to detect leave events which would also entail network signaling to request removal from a multicast group. This is a dynamic and on-going process which guarantees that not more than j video windows will be displayed at any one time. This policy is particularly useful for large group meetings where many conferees participate in an uncoordinated fashion.

b) See video of a set of k speakers, and additionally the j most recent speakers

This policy operates in a similar fashion to the one above, however the user chooses a static set of k conferees who are always to be viewed, in addition to the j most recent speakers. This option is particularly useful for large lecture scenarios or panel discussions where there is a primary set of conferees contributing throughout the length of the conference, and additionally an arbitrary set of conferees who may contribute periodically (e.g. to ask questions).

c) Slide/Whiteboard activity priority

This policy places a high priority on the display of any activity taking place on a slide display or whiteboard. Its triggering event is based on any sort of activity such as a new slide being transferred, pointer motion on a slide, or any detected changes on the whiteboard. Any of these events would cause the slide/whiteboard to be displayed in the foreground of the computer display, thus potentially occluding some or all video windows. Though multicast group membership for slide/whiteboard data would be static, it could have implications on video multicast group membership based on the duration of activity. It may be worthwhile to close video windows (remove multicast group membership) during these periods of slide/whiteboard activity.

d) Chairperson control

It is feasible that a particular conferee be designated as the chairperson in order to provide a unified view of the conference to all conferees. The chairperson would implement any combination of the above mentioned or alternate policies and then would use an out-of-band communication link to control each conferee's view. This would be somewhat reminiscent of the centralized approach to video conferencing, however could be appropriate in some situations.

The above policies are merely examples, however they demonstrate the advantages of implementing multicast groups for transporting individual media streams. Many other policies could be implemented such as stream priorities and/or stream preemption, based on particular needs.

Other parts of the terminal shown in FIG. 5b will now be described.

D/T Stream (Reception) Processing Modules 28, 34

The D or T_Stream (Reception) Processing Modules have the generic function of receiving a stream from a network connection, and performing all of the necessary steps required for the proper presentation of the stream to the user. These will be specific to the type of media that constitutes the stream, however there are some common characteristics as follows:

1. Network Reception: This step involves the reception of data blocks, de-fragmentation of these blocks to produce protocol data units (PDUs) and the subsequent processing of these PDUs to retrieve the actual payload data that constitutes the stream.

2. Decoding: This second step is concerned with media specific decoding and/or decompression algorithms required to restore the transmitted data to its original form. In the case of motion video for example, algorithms such as ISO/IEC's Motion-JPEG or MPEG are used for compression in order to reduce the required transmission bandwidth.

3. Pre-processing: The third step is also media specific and involves pre-processing to transform the media in some fashion, or provide inter-stream or intra-stream synchronization. Again using motion video as an example, this could involve a conversion of the resolution or color space of the original stream before presentation, or alternately synchronization may be required with an audio stream.

4. Presentation: This final step involves the display of the resulting stream to a presentation output device. In the case of motion video, this is obviously some form of video display such as a computer monitor or television.

The D/T_Stream (Reception) Processing Module's implementation is obviously media specific and a matter of design choice. Depending on the media type being processed, it even may become a major part of a complex terminal but well established principles can be followed by one skilled in the art, to implement this part.

D/T Stream (Transmission) Processing Modules 41, 44

The D or T_Stream (Transmission) Processing Modules have the generic function of performing all of the necessary steps of capturing a live analog signal, converting it to a digital form and subsequently transmitting it over a network connection. This is somewhat specific to the type of media that constitutes the stream, however there are some common characteristics as follows:

1. Capture Process: The capture process involves the use of an analog input device to record a live signal, digitize it and then present it to the local computing environment for consumption. A very simple example is that of an NTSC video camera and accompanying digital video capture card, with which computers are typically equipped today.

2. Coding Process: Upon digitization of the live signal, a coding process is typically required. This usually takes the form of pre-processing and compression functions. Digital video for example is quite bulky and therefore requires compression. A pre-processing function may be required

6,128,649

21

for audio for example, to alter volume levels or mix various audio signals together before compression occurs.
3. Stream Creation: Once the digital media has been coded, a stream must be created. This is usually achieved by interleaving media units with media-specific headers. Media headers usually incorporate absolute or relative timestamps, sequence numbers and media encoding identifiers. These headers serve to identify the nature of the media within the stream, enable synchronization at the receiver and provide a common stream structure that may be recognized at the receiver(s).
4. Network Transmission: The final step in the process involves the transmission of the newly formed stream on a network connection. An obvious requirement before the transmission process may begin is network signaling. Network-specific signaling messages must be exchanged to inform the network and receiving party(s) of the data type to be transmitted, as well as the connection topology desired. Once a connection path is successfully established, the media stream may be transmitted.

The D/T_Stream (Transmission) Processing Module's implementation is obviously media specific and a matter of design choice. According to the media type being processed, well established principles can be followed by one skilled in the art to implement these parts.

Network Signaling Modules 29, 35, 42, 45

The Network Signaling Module has various functions within the Audio/Video Reception/Transmission Processes. Its chief function is to respond to requests made by the Command & Control Process to either become a member of a particular network connection (add-request), or to remove its membership (drop-request) from a particular network connection. The complexity arises in the mapping that is required between simple add/drop requests, to the more complex network specific signaling protocols that exist today. As an example, Internet Protocol (IP) based networks utilize a whole family of protocols produced by the Internet Engineering Task Force (IETF), of which the Internet Group Management Protocol (IGMP), Real-Time Control Protocol (RTCP) and Resource ReSerVation Protocol (RSVP) belong. IGMP is used to enable a host to become a member of an IP multicast connection, whereas RSVP is used to reserve network resources for network connection(s). Thus a Command & Control add-request would necessitate that the Network Signaling Module issue an IGMP_REPORT signaling message as well as the appropriate RSVP_ RESERVATION signaling messages. Throughout the life of the connection, the network signaling module would also be responsible for transmitting/receiving the appropriate RTCP messages and responding in an appropriate fashion. In addition, this module would be responsible for dealing with any exception conditions that may arise, according to the network environment in which it operates.

Other system considerations will now discussed.

Media Stream Synchronization

The single most important element of any real-time multimedia communication system is the synchronization mechanism which must be employed in order to guarantee timely and sensory-appealing playback of multimedia streams to a user. One synchronization philosophy is based loosely on concepts expressed in [ref1], [ref2] and [ref3] (below). The philosophy can be generalized as master/slave synchronization with a delay/drop policy and dictates the following: Given n real-time media streams which are to be received at a workstation and subsequently synchronized and displayed, one of these streams is classified as the master and the remaining n-1 are classified as slave streams.

22

The master stream is usually chosen as the one which requires the most stringent QoS (usually audio due to its extreme sensitivity to jitter) and hence receives the highest priority of service within the end-system. All slave streams are synchronized using the master stream as a reference. Since the master stream is processed with the highest priority, we assume that all of its presentation deadlines are met in an end-to-end fashion. The slave streams are then processed and displayed using the master as a time reference, and at a lower priority. Assuming a resource (such as the network or end-system) is not able to process a slave stream in a timely enough fashion, the delay/drop policy is implemented. Essentially, if a slave stream's data unit arrives late and misses its deadline, it will simply be thrown out. Otherwise, if it happens to arrive early before its scheduled display time, it will be delayed for later display.

The above philosophy may prove useful for the following reasons. There is a general assumption that all the components (network and end-system) in the system are performant, largely error free and bound in terms of the delay and jitter they inject into a media stream. Therefore, for the most part there will be little need to interrupt the natural flow of the media stream. Thus a lightweight synchronization scheme is desirable. Additionally, since we are dealing with live media streams, a minimum end-to-end delay is also desirable to enable conferees to converse in a natural fashion. End-to-end performance is favored over absolute stream continuity, which supports the need for a simple, lightweight synchronization protocol. Ultimately, the increased bandwidth offered by newer networks based on ATM or IP implies a reduction in processing demands due to the reduced degree of media compression required. Coupled with the reduced processing overhead associated with ATM's simplistic protocol stack, for example, overall this reduces end-to-end latencies and hence the necessity for complex, compute intensive synchronization protocols. This overall decrease in end-system processing requirements is the fundamental advantage of adopting a network transport facility such as IP or ATM.

Platform:

The process described above could advantageously be implemented using the C programming language because of its large installed base, versatility and speed. Motif/ XWindows could be used to produce the GUI and a POSIX.4 compliant library along with Solaris Threads be employed to support real-time functions. Suitable hardware could be:

Sun SPARC 20 workstation running Solaris 2.4 OS: This workstation configuration lends well to the development of real-time multimedia applications. The Sun SPARC's SBus is supported by many third party hardware vendors. Additionally, the SPARC workstation sports some impressive processing and bus bandwidth figures which are inherently required in any multimedia application. Solaris 2.4 has fairly complete support of IEEE's POSIX.4 real-time programming standard. Additionally, it has support for multithreading facilities which provide the equivalent of the POSIX.4a standard. Solaris 2.4 also defines a real-time processing class which enable processes to obtain real-time service and scheduling in an otherwise non-deterministic scheduling environment.

Native Sun Audio CODEC: Because Sun's native audio device is bundled with the computer and is fully-featured, it is essentially a "shoe-in". The CODEC possesses both D/A and A/D converters which are able to operate at a multitude of encoding rates and formats ranging from basic $\mu$-law up to CD quality audio. The device contains microphone and line-level inputs as well as headphone and line-level outputs.

6,128,649

23

Parallax PowerVideo Card: Parallax's PowerVideo Card is suitable because of its on-board Motion JPEG CODEC. It has a video development environment including a complete set of X/Motif API widget libraries which allow for full control of the CODEC hardware thus off-loading any compression/decompression functions from the main CPU. The video hardware is capable of providing the encoding and decoding of a Motion JPEG video stream of 640×480 pixels, 24 bit color at frame rates in excess of 25 fps in real-time. As video resolution is decreased, additional video streams may be processed in real-time.

Although IP may be preferred to ATM, owing to wider usage, if ATM is used, a suitable network interface card would be: FORE SBA-200 ATM NIC: Useful features are offered by the ATM Forum's well known UNI v4.0 standard. These include the negotiation of QoS parameters on a per-connection basis as well as the dynamic establishment of point-to-multipoint ATM connections using SVCs. The advantage of employing FORE Systems ATM NIC was that it offered an API library interface to much of this functionality via its proprietary SPANS signaling protocol. This signaling functionality may be instrumental.

Designing for Performance and Recovery

The design of a real-time multimedia application requires a certain awareness of issues which must be considered when dealing with real-time deadlines. Also, the multimedia aspect of such an application immediately implies potentially high bandwidth data transfers coupled with the need for media synchronization techniques. Ultimately, a certain level of robustness and recoverability from violated time deadlines is a necessity. Some of these issues and the methods adopted to address them are highlighted as follows:

Exploit Available Soft Real-time Facilities

The bane of current workstations are their Time Sharing Operating Systems (TS-OSs). Ironically, most workstations have audio/visual facilities, however no support for hard real-time processing. Hard real-time differs from soft real-time in that the workstation hardware and software has been engineered specifically to enable processes to negotiate a QoS contract which the processing subsystem honors. Soft real-time takes the form of software based facilities which attempt to offer some real-time processing characteristics to executing processes. This may take the form of a preemptive operating system, a scheduler which supports a real-time class or programming libraries which allow for lightweight processes or threads. All these soft solutions tend to aid the designer in achieving real-time performance and should therefore be exploited, however these aren't nearly as effective as a hard Real-Time Operating System (RT-OS).

Recovery From Media Stream Discontinuity

Loss of media stream continuity is usually caused by the network transport more so than by the local end-system. If ATM is being used for transport, losses are possible since ATM only provides statistical guarantees for error-free data delivery. Even though error rates should be quite low within an ATM network, the application should be aware that losses are possible and should deal with such situations in a fashion which disrupts the perceived quality of the media presentation as little as possible. Such mechanisms are achieved using complex synchronization algorithms which deal with media stream discontinuity.

Inter-media and Intra-media Synchronization

Any multimedia system inherently requires both inter-stream and intra-media synchronization which is dependent upon the media streams being presented. For example, if related audio and video streams are being presented, studies indicate that the maximum inter-stream skew should be

24

limited to 80 milliseconds and that the one way delay from sender to receiver should be limited to 150 milliseconds [ref4]. For the multimedia application to be perceived as performing correctly, these real-time constraints must be respected.

Proper Use of Buffers

Buffers are commonly used within multimedia applications in order to absorb jitter, remove skews and delay media stream presentation. Though they can be quite useful, the designer must carefully size buffers so that they do not have a negative impact on overall performance. Small buffers are attractive since they tend to reduce end-to-end delays, however these tend to incur high processing overheads within the operating system which can degrade performance. Conversely, large buffers tend to be much more efficient from an OS perspective, however they force a coarser grained control of media units and increase transmission latency which is not ideal for continuous media.

Exploit Hardware for Performance Gains

The designer must be aware of the options available in the form of hardware modules. In the majority of cases, a hardware vs. software implementation of some functionality is more performant and usually significantly more so. A hardware based Motion JPEG CODEC, audio digitizer, and AAL5 SAR implementation are preferred. All of these hardware implementations off-load processing from the main end-system CPU thus making the system much more performant.

Lightweight Software Modules

A key to designing software modules is to keep them as simple and as lightweight as possible. Certain functions such as mixing and synchronization algorithms can be CPU intensive. However, an efficient design which removes any redundancy or extraneous functionality can make a significant improvement. A synchronization algorithm such as the one discussed above acknowledges the need for a multilevel synchronization scheme. A very tight (CPU intensive) synchronization mode is only required when synchronization is lost which is infrequent, and so a three level synchronization scheme can be adopted. Coding style can be a major factor in reducing the CPU load of a particular software module. Various code tuning and optimization pointers can be found in the many available coding performance and tuning references.

Respect QoS Constraints for Media Streams

Multimedia processing implies that media streams must receive a certain quality of service in an end-to-end fashion. If the network transport is a high bandwidth, low latency medium such as ATM, and the end-systems possess less than adequate processing power, the system will never function well enough to meet the QoS demands placed by the media streams. Consequently, a complex synchronization algorithm running on the end-systems will be of little use, and will serve to be more of a detriment to the overall performance of the system.

Design for Scalability and Robustness

The multimedia system must be designed such that it is scaleable and robust in an end-to-end fashion. In a video conference application, it is quite feasible to have six or eight conferees participating in a video conference. The prototype should be designed in such a fashion that it is capable of processing the audio and video streams of six conferees as a minimum. If the Motion JPEG CODEC is unable to process more than three video streams for example, this reduces much of the functionality and strength.

6,128,649

References
[1] Herng-Yow Chen, Ja-Ling Wu, MultiSync: A Synchronization Model for Multimedia Systems, IEEE Journal on Selected Areas in Communications, Vol. 14, No. 1, January 1996

[2] Cosmos Nicolaou, An Architecture for Real-Time Multimedia Communication Systems, IEEE Journal on Selected Areas in Communications, Vol. 8, No. 3, April 1990

[3] Xiaobao Chen, End-to-End Synchronization Control Support for Multiservice Applications, Computer laboratory, University of Cambridge, November 1995

[4] Ralf Steinmetz, Gerold Blakowski, A Media Synchronization Survey: Reference Model, Specification, and Case Studies, IEEE Journal on Selected Areas in Communications, Vol. 14, No. 1, January 1996

Invention Advantages

There are several advantages that promote the use of multicast capable networks such as IP based packet networks, or ATM multicast SVCs to realize a switched presence multiparty video conferencing environment. These are aided by advancements in computer processing and networking bandwidth available to common desktop personal computer users. Some of the advantages are highlighted as follows:

a) Conferees may construct their own unique view of the conference environment

In contrast to the centralized "P×64" based approach to video conferencing, a distributed approach using multicast groups enables conferees to arbitrarily select particular audio and video streams to receive (Switched Presence Control). Each conferee is therefore able to tailor his/her view of the conference environment to their own specific liking. A distributed approach also offers an additional level of robustness due to the lack of any central point of failure.

b) Processing and networking resources do not become limitations

In reality, not all conferees will possess the most performant hardware (such as video CODECs) or necessary network bandwidth required to process large amounts of digital media. The switched presence approach enables each conferee to alter their conference view to suit their technical resource limitations.

c) Solves the human cognitive scalability problem

Switched presence addresses the issues of scalability which accompany large multiparty video conferences. Human cognitive scalability issues are addressed by controlling the number of media streams that are simultaneously presented to the user at any point in time. This is a dynamic process which recognizes the fact that the primary speaker (s) within a group communication may be constantly changing.

d) Application layer, receiver-based, reactive congestion avoidance technique

The switched presence approach is an extremely powerful mechanism for dealing with transient network congestion, especially occurring close to the receiver. The receiver can monitor the integrity of media streams at the application level for loss or corruption. In the case that on-going errors are detected in a correlated fashion between a majority of received streams (indicating local congestion), measures can be taken to reduce this congestion by aborting the reception of lower priority (based on application context) stream(s). This reactive congestion avoidance technique would be most appropriate for network environments such as IP which lack a QoS mechanism or are based on soft-QoS (e.g. Resource Reservation Protocol (RSVP)). Obviously, on-going errors

identified in an individual stream would indicate possible congestion within the network closer to the sender, however it may still be desirable to abort this stream if the perceived quality degrades significantly.

Different forms of network-based feedback could prove useful in identifying the source of congestion more precisely. Many mechanisms have been proposed such as Resource Management (RM) cells in ATM, RSVP path/reservation messages, and Real Time Control Protocol (RTCP) packets in Real Time Protocol (RTP). None of these approaches have been fully proven as effective feedback mechanisms that will be functional on a large scale and at the same time widely implemented by vendors, however all hold much promise.

e) Cost effective solution for bandwidth tariffed networks

In the case where network tariffs are based on bandwidth usage, switched presence allows a unique means of reducing bandwidth costs while maintaining a satisfying and appealing conferencing experience.

f) Can exploit scaleable video encoding algorithms In some multiparty video conferences, conferees may wish to transmit at very high quality video resolution using a scaleable encoding algorithm such as High Definition Television (HDTV). These scaleable encoding algorithms enable lower quality receiver decoding at less than maximum resolution. The encoding process is performed in multiple layers, where each layer builds progressively on the previous one to produce the maximum resolution. Assuming that each layer is transmitted to a different multicast group, each conferee may choose a subset of multicast groups from which to receive based on the resolution that it can support, without compromising the original video quality for others. This is a unique advantage of using a switched presence topology based on multicast groups.

Many currently standardized video conferencing architectures adopt a frame-based versus packet-based approach to digital media transmission. In the frame based approach, media streams are interleaved at the source and so these streams maintain specific relational and positional significance within the frame. Upon reception of an ITU H.320 frame for example, the receiver knows the exact contents of the frame (e.g. media stream types), their location within the frame, as well as their temporal relation. This eases the chore of intrastream and interstream synchronization at the receiver, however it forces all receivers to receive the exact same quality and quantity of media streams, namely everything. As networks become less connection oriented (e.g. POTS, ISDN) and more packet-based (e.g. legacy LANs and even ATM!), a packet-oriented approach becomes more desirable. A packet approach enables media stream separation, thus allowing receivers to arbitrarily choose individual streams, while benefiting from such networking facilities as QoS and dynamic multicast connectivity which can be tailored to the individual media stream being transmitted. While they are not in the majority, packet based video conferencing architectures are being developed. ITU's H.323 is a packet oriented conferencing standard which enables stream separation at the network level.

The problem when deploying conference environments on a large scale will be scalability. Technology and the human perception are two limiting factors to the number of participants able to attend a single conference. The switched presence approach discussed above deals with both these factors.

Digital media stream separation is used within a multicast-capable network to allow conferees to "tap" into

6,128,649

27

28

desired media streams. This not only deals with the scalability problem, but also offers additional advantages such as cost effective use of bandwidth and the ability to exploit scaleable video encoding algorithms.

Though the rapidly advancing pace of technology commonly discounts technical scalability arguments as irrelevant, human cognitive abilities will likely not scale with time. This promotes switched presence as a key solution to such problems.

Alternative Embodiments

FIG. 20 shows an alternative arrangement in which the dynamic selection controller 13 has been implemented in part of the network 12, rather than in the users terminal. It could be located remotely from the users terminal, and be fed information relating to network and user terminal conditions (not shown), and user selection policy, using the network. In addition, or as an alternative, the formation of the composite video stream for the user, could take place remotely from the user, e.g. at a local switch in the network. This would have the disadvantage of requiring specialised equipment in the switch, e.g. in the linecard, if the network is the telephone network, but would have the advantage of reducing the bandwidth needed in the last link, the subscriber line to the users terminal, which could be a critical path. It might also simplify the equipment needed in the subscriber end, by obviating the need for display processing capability to create the composite image from multiple received video streams, and thus encourage rapid take-up by consumers, and make maintenance and upgrading easier, for the equipment centralised in the local switch.

FIG. 21 shows another alternative embodiment in which the media streams are delivered by a separate media network 14 to the network 12 used for passing overhead such as awareness information and selection requests. This media network may be a higher bandwidth network such as a cable network capable of delivering multiple video streams to the user. It may link users directly to each other and thus in a conferencing arrangement, be used directly by each user for received and transmitted media streams. However, since only one video stream need be transmitted, while multiple streams may need to be received, it may be advantageous to use the higher bandwidth network 14 for receiving multiple streams, and the lower bandwidth network 12, for transmitting the single stream. The higher bandwidth network, (e.g. an existing cable network which may be substantially unidirectional or asymmetric anyway) would connect each user to the lower bandwidth network (e.g. the telephone network), e.g. by a data multiplexer at a local cable hub or distribution control point, linked to multiple telephone lines of the telephone network. Another reason for using a separate media network to deliver the multiple streams would be to offer higher levels of quality, e.g. latency, and reliability aswell as bandwidth. Users may be willing to pay for such benefits if they are not available from networks such as the internet.

Other variations can be envisaged within the scope of the invention.

What is claimed is:

1. A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of:

determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

determining a condition of at least one of the communications network and the terminal;

determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

2. The method of claim 1, further comprising the step of:

determining if the selection is restricted by the condition, the policy comprising an indication of how to make the selection when the selection is restricted by the condition.

3. The method of claim 1 wherein the indication comprises relative priorities between desired streams.

4. The method of claim 1 wherein the condition comprises a level of availability of network resources.

5. The method of claim 1 wherein the condition comprises a level of availability of user terminal resources.

6. The method of claim 1, further comprising the step of:

determining activity on one or more of the media streams, the indication comprising an indication of how to make the selection dependent on the activity.

7. The method of claim 6 wherein two or more of the media streams originate from a single source, and the indication of how to make the selection dependent on the activity comprises making the selection of one of the co-originating streams dependent on activity on another of the co-originating streams.

8. The method of claim 1 wherein the step of determining the selected streams is carried out at the first user's terminal.

9. The method of claim 6 further comprising the step of indicating to the network which are the selected streams wherein the step of passing the selected streams comprises transmitting across the network only the selected streams.

10. The method of claim 1 wherein the media streams comprise video streams.

11. The method of claim 1 wherein the network is a multicast capable network.

12. The method of claim 1 wherein the first user also transmits at least one real-time media stream to take part in a conference between multiple users across the communications network.

13. Software, stored on computer readable media, for carrying out the method of claim 1.

14. A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a communications network for display on respective terminals of a first, and at least one other user, the method comprising the steps of:

determining a policy of each of the users for making their respective selection, the policy comprising an indication of how the selection is to be made, the policy being selectable by the first user;

determining a condition of at least one of the communications network and the terminal;

determining dynamically which streams to select for each user according to the condition and according to the respective policy; and,

causing only the selected streams to be passed for display on the terminal of each user, independently of selections made for passing to the other users.

15. Apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising:

6,128,649

29

means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

**16.** A network node for use in passing real-time media streams across a communications network for display on terminals of a first user and other users, the node comprising apparatus for selecting streams for display on the terminal of the first user, the apparatus comprising:

means for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

**17.** A terminal for displaying real-time media streams available to be transmitted across a communications network for display on the terminal and other terminals coupled to the network, the terminal comprising:

means for coupling the terminal to the network to receive the streams from the network,

means for determining a policy of a terminal user for making a selection from amongst the streams, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

means for determining a condition of at least one of the communications network and the terminal;

30

means for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy;

means for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users; and

means for displaying the selected streams.

**18.** A method of selecting for display one or more streams from a number of real-time media streams available to be transmitted across a multicast capable communications network for display on a users terminal, the method comprising the steps of:

determining a policy of the user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the user;

determining dynamically at the users terminal which streams to select for the first user according to the user's policy; and,

sending a request from the users terminal to the network to transmit only the selected streams for display on the users terminal.

**19.** Apparatus for selecting for display, one or more real-time media streams available to be transmitted across a communications network for display on terminals of a first user and other users, the apparatus comprising:

circuitry for determining a policy of the first user for making the selection, the policy comprising an indication of how the selection should be made, the policy being selectable by the first user;

circuitry for determining a condition of at least one of the communications network and the terminal;

circuitry for determining dynamically which streams to select for the first user according to the condition and according to the first user's policy; and,

circuitry for causing only the selected streams to be passed for display on the terminal of the first user, independently of selections made for passing to the other users.

\*    \*    \*    \*    \*

US006845389B1

(12) **United States Patent** (10) Patent No.: **US 6,845,389 B1**

Sen et al. (45) **Date of Patent:** **Jan. 18, 2005**

(54) **SYSTEM AND METHOD FOR BROADBAND MULTI-USER COMMUNICATION SESSIONS**

(75) Inventors: **Sanjoy Sen**, Plano, TX (US); **Venson Shaw**, Plano, TX (US); **Hrishikesh Gossain**, Dallas, TX (US); **Thinh Nguyen**, Kanata (CA)

(73) Assignee: **Nortel Networks Limited**, St. Laurent (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 790 days.

(21) Appl. No.: **09/745,746**

(22) Filed: **Dec. 21, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/203,761, filed on May 12, 2000.

(51) **Int. Cl.**[7] .............................................. **G06F 15/16**
(52) **U.S. Cl.** ........................ **709/204**; 709/204; 709/217
(58) **Field of Search** ................................. 709/204, 217, 709/218, 219, 226, 227, 229

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,018,766 A | * | 1/2000 | Samuel et al. | .............. 709/218 |
| 6,366,577 B1 | * | 4/2002 | Donovan | ................... 370/352 |
| 6,463,078 B1 | * | 10/2002 | Engstrom et al. | ........... 370/466 |
| 6,523,065 B1 | * | 2/2003 | Combs et al. | .............. 709/226 |
| 6,553,006 B1 | * | 4/2003 | Kalliokulju et al. | ........ 370/310 |
| 6,587,875 B1 | * | 7/2003 | Ogus | ........................... 709/223 |
| 6,680,943 B1 | * | 1/2004 | Gibson et al. | .............. 370/392 |
| 6,681,252 B1 | * | 1/2004 | Schuster et al. | ............ 709/227 |

* cited by examiner

*Primary Examiner*—Frantz B. Jean
*Assistant Examiner*—Yasin Barqadle

(57) **ABSTRACT**

A system and method of setting up a multi-user communication session over a global computer network are provided. The method includes first sending a session participation request message from a first user to a second user, where the session participation request message includes the first user's QoS requirements for the session. The second user then sends a negotiating message to the first user in response to receiving the session participation request message, where the negotiation message includes the second user's QoS requirements for the session responsive to the first user's QoS requirements. The resource availability in access networks of the first and second users according to the second user's QoS requirements is determined, and resources in the respective access networks of the first and second users are then reserved in response to resources being available to achieve the second user's QoS requirements. The first user thereafter sends an acknowledgement message to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

**41 Claims, 3 Drawing Sheets**





*FIG. 1*

*FIG. 2*



FIG. 3



*FIG. 4*

US 6,845,389 B1

1

# SYSTEM AND METHOD FOR BROADBAND MULTI-USER COMMUNICATION SESSIONS

## CROSS-REFERENCE TO RELATED APPLICATION

This patent application claims the benefit of Provisional Patent Application Ser. No. 60/203,761, entitled Distributed Broadband Access Network Architecture System and Method, filed on May 12, 2000. This patent application is related to co-pending patent application Ser. No. 09/746, 104, entitled System and Method for Joining a Broadband Multi-User Communication Session, filed on Dec. 21, 2000.

## FIELD OF THE INVENTION

This invention relates to telecommunications equipment and networks, and more particularly, to a system and method for broadband multi-user communication sessions such as e-gaming.

## BACKGROUND OF THE INVENTION

Public groupware and multi-user gaming are popular new Internet applications. However, their functionality and performance are limited and unappealing because the users find the current environment to have jerky interaction, infrequent screen updates, unacceptably slow speed, and lack of realism. These problems are primarily due to the lack of bandwidth over the Internet. Currently, when two or more users participate in the same multi-user session, each user has to be logged in at a central computer server. Therefore, the capacity of the central computer server becomes a constraint on the number of users that can participate simultaneously. The central server becomes a bottleneck and the architecture is not easily scalable to accommodate more users. There is also a lack of quality of service (QoS) support to improve the realism of the gaming session. As a result, although a community of online game players currently participate and play games over the Internet, their numbers have been limited. Since QoS is not guaranteed, the billing model for e-gaming service today is primitive and allows only free gaming or pay-in-advance.

Online gaming is important to broadband emerging service providers (broadband ESP) today because it makes an Internet site "sticky." The metric by which Internet sites are valued today is not only the number of hits per day but also by the average amount of time a user spends at the site (stickiness). Online gaming provides content that not only increases the number of hits, but also makes a user linger at the site. Furthermore, the longer users stay at a site, the more targeted or untargeted advertisement can be shown to the users, which translates to more revenue opportunities. Online gaming also creates the feeling of an online community that allows the broadband ESP to bundle other broadband premium services like video, streaming advertisements, music, etc.

## SUMMARY OF THE INVENTION

It may be seen from the foregoing that it is desirable to support advanced e-gaming services to provide scalability, QoS, and a mechanism for billing to overcome the problems associated with the central server. In particular, the present invention supports QoS provisioning, and avoids the bottleneck of routing gaming communications such as players' moves and other input through a game server.

In accordance with an embodiment of the present invention, a method of setting up a multi-user communica-

2

tion session over a global computer network is provided. The method includes first sending a session participation request message from a first user to a second user, where the session participation request message includes the first user's QoS requirements for the session. The first user receives a negotiating message from the second user in response to the session participation request message, where the negotiation message includes the second user's QoS requirements for the session responsive to the first user's QoS requirements. The resource availability in access networks of the first and second users according to the second user's QoS requirements is determined, and resources in the respective access networks of the first and second users are then reserved in response to resources being available to achieve the second user's QoS requirements. The first user thereafter sends an acknowledgement message to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

In accordance with another embodiment of the present invention, a method of setting up an e-gaming session played over a global computer network is provided.

The first player sends a session participation request message to a second player via a first game server, where the session participation request message includes the first player's QoS requirements for the session. The first player receives a negotiating message from the second player via a second game server in response to the session participation request message, where the negotiation message includes the second player's QoS requirements for the session responsive to the first player's QoS requirements. The resource availability in the second player's access network is determined according to the second player's QoS requirements, and resources in the second player's access network are reserved in response to resources being available to achieve the second player's QoS requirements. The negotiating message is then forwarded from the second game server to the first game server. The resource availability in the first player's access network is determined according to the second player's QoS requirements and the resources in the first player's access network are reserved in response to resources being available to achieve the second user's QoS requirements. An acknowledgement message is then sent from the first player directly to the second player in response to receiving the negotiating message to indicate the completion of QoS provisioning.

In accordance with yet another embodiment of the present invention, a multi-user communication system over a global computer network includes a first server onto which a first user is logged, a first policy server in communication with the first server, a second server onto which a second user is logged, and a second policy server in communication with the second server. The first user sends a session participation request message to the second user via the first and second servers, where the session participation request message includes the first user's QoS requirements for the session. The second user then send a negotiating message to the second server user in response to receiving the session participation request message, where the negotiation message includes the second user's QoS requirements for the session responsive to the first user's QoS requirements. The second policy server determines resource availability in the second player's access network according to the second user's QoS requirements and reserves resources in the second user's access network in response to resources being available to achieve the second user's QoS requirements. The negotiating message is then forwarded from the second server to the first server. The first policy server also deter-

US 6,845,389 B1

3

mines resource availability in the first player's access network according to the second user's QoS requirements and reserves resources in the first player's access network in response to resources being available to achieve the second user's QoS requirements. The negotiating message is forwarded from the first server to the first user. The first user then sends an acknowledgement message directly to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

Other aspects and features of the present invention will become apparent to those ordinarily skilled in the art upon review of the following description of specific embodiments of the invention in conjunction with the accompanying figures.

BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, the objects and advantages thereof, reference is now made to the following descriptions taken in connection with the accompanying drawings in which:

FIG. **1** is a simplified flowchart of an e-game session according to the teachings of an embodiment of the present invention;

FIG. **2** is a simplified flowchart of an e-game login process according to the teachings of an embodiment of the present invention;

FIG. **3** is a message flow diagram of an e-game session initiation and resource reservation process according to the teachings of an embodiment of the present invention; and

FIG. **4** is a message flow diagram of a player joining an ongoing e-game session process according to the teachings of an embodiment of the present invention.

DETAILED DESCRIPTION OF THE DRAWINGS

The preferred embodiment of the present invention and its advantages are best understood by referring to FIGS. **1** through **4** of the drawings, like numerals being used for like and corresponding parts of the various drawings.

FIG. **1** is a simplified flowchart of an e-game session **10** according to the teachings of an embodiment of the present invention. The terms "e-game," "on-line game" and "web-based game" are used substantially synonymously herein to refer to a game session in which players' moves as well as the game text, graphics, audio, and video data are relayed over the Internet or a global computer network. At the beginning of an e-game session, the game session is initiated and setup at a game server local to a user. In the distributed e-gaming architecture of the present invention, each administrative domain is served by at least one local game server, and the game servers are operable to communicate with one another in a peer-to-peer fashion. The local game server sets up the e-game session, as shown in block **12**, and also reserves resources needed to support the quality of service (QoS) required for the session, as shown in block **14**. The local game server may obtain the user name and password, and authenticates the user's authorization to play. This may include verifying the user's subscription to game playing, if applicable, or verifying the user's payment methods. The session initiation is then completed in block **16**, and game play proceeds in block **18**. Usage records for the session are then generated to facilitate billing. Unlike conventional e-gaming sessions, the players play directly against or with each other without redirecting the gaming data through any game server. In block **20**, the e-game session terminates, at which time the local game server may obtain the session

4

usage records and post the records for billing. The session terminates in block **22**.

FIG. **2** is a simplified flowchart of an e-game login process **30** according to the teachings of an embodiment of the present invention. A user first enters a URL (uniform resource locator) or Internet address of a game portal or web site and accesses the site stored at a local game server, as shown in block **32**. The user then indicates a desire to play a game, as shown in block **34**. Typically, the user may click on an icon, button, or a link which initiates a download of a game web page to the player's computer. The player may enter his or her user name, password or other authenticating data so that the game server may verify that the player is a subscription user, or a registered user, as shown in block **36**. Alternatively, the game portal may allow unregistered users to play selected games or try out a predetermined number of sessions without registration requirement or payment. In blocks **38** and **40**, the local game server displays a list of games available to the player and the player selects a particular game. In response to the player's game selection, the game server displays a form or a series of questions designed to solicit the player's participation rules. The participation rules include the manner in which the player chooses to participate in the game (including, for example, player, strategist or spectator) and the capabilities of the player's computer. Thereafter, the game server displays a game window to the player, as shown in block **44**, so that the player may begin to participate in the game, as shown in block **46**. The user login process ends in block **48**.

Future e-gaming will be a multimedia session in which audio, video, data (chat), game control messages will be exchanged. The ability for a player to join an ongoing session is also desirable. Protocols such as SEP (Session Initiation Protocol), SAP (Session Announcement Protocol) and SDP (Session Description Protocol) provide these features. For example, an SIP INVITE with SDP is used before the e-gaming session begins for capability exchange which includes codes for audio and video UDP ports for voice, video and gaming control messages. SAP is used to announce an ongoing e-gaming session to new players. After the session initiation and capabilities exchange phase, the gaming server initiates the resource reservation phase for packet cable by using QoS. After the resource reservation phase, the players are created and game session setup messages are exchanged.

FIG. **3** is a message flow diagram of an e-game session initiation and resource reservation process according to an embodiment of the teachings of the present invention. A first player **50** (Player 1) sends a session participation request message **52** containing the name or identifier of a second player **62** (Player 2) to a local game server **54**. Session participation request message **52** may include bandwidth requirements and the QoS requirements for the gaming session. For example, the QoS requirements may include end-to-end packet delay, maximum tolerable lag, etc. The session descriptor may also contain a description of the user's computer terminal capabilities, such as processing power, memory, modem speed, etc. The session setup protocol can use an extended SIP and SDP message set. The SIP can be extended to support QoS for different classes of games. For example, a class of games (Class **1**) may be characterized by turn-based real-time game playing, such as chess, checkers, and cards; a second class of games (Class **2**) may be characterized by real-time interactive games that preferably have latency less than 50 milliseconds, for example; a third class of games (Class **3**) may be characterized by real-time action/simulation/role playing games

US 6,845,389 B1

5

where latency less than 50 milliseconds is required for optimal game play. Still a fourth class (Class 4) may be characterized by low-demand spectator and strategists in a gaming session which is satisfied by best efforts using available bandwidth.

The required QoS for a communication session may be directly correlated to the cost billed to the participant. The requested level of security may also be considered. The following table shows different billing types for e-gaming that can be accomplished with extended SDP contemplated by the present invention.

| BILLING | ID |
| --- | --- |
| Pay as You Play (time-based) | 1 |
| Pay Per Session | 2 |
| Subscription | 3 |
| Free Based on a Conditional Criteria | 4 |
| Free | 5 |

An example of an SIP INVITE with extended SDP message of the present invention to carry session information and billing information is shown below:

C->SI: INVITE sip:jerry@can.nortelnetworks.com SIP/2.0

Via: SIP/2.0/UDP rich.us.nortelnetworks.com

From: TOM <sip:tom@us.nortelnetworks.com>

To: JERRY <sip:jerry@can.nortelnetworks.com>

Call-ID: 2892326565@rich.us.nortelnetworks.com

Cseq: 1 INVITE

Subject: Lets Play Diablo game

Content-Type: application/sdp

Content-Length: . . .

V=0

0=tom 2346442901 2346444901 IN IP4 47.177.57.140

s=Online Game

I=A new e-Game called Diablo

U=http://www.games.com/diable.pdf

C=IN P4 games.rich.nortelnetworks.com

T=2312349034 2312623423

*M=application 42012 udp gm

*B=50

*A=qos:mandatory sendrecv 3

*A=security:mandatory sendrecv

*A=billing:mandatory 1

The C field may contain a unicast or multicast address. The fields marked with an "*" are or include extensions according to the present invention. M is used to specify the game format (gm) type; B is used to specify the required bandwidth or the latency requirement of 50 milliseconds; A indicates the QoS requirement of game classification level 3 and the security requirements, the security requirements, and the billing classification. The standard SIP protocol is described in "SIP: Session Initiation Protocol", Request For Comments 2543.

A game server 54 local to Player 1 then seeks out the game server for Player 2, one onto which Player 2 is logged in. Game server 54 searches its directory and proxies the message to that game server 58. If the second game server cannot be located, the INVITE message is forwarded to another server in the global computer network or Internet 57 which may be able to determine the address of the game server for Player 2. The following is an example of a

6

message sent to Player 1 from game server 54 in response to the INVITE message.

S1->C: SIP/2.0 180 Ringing

Via: SIP/2.0/UDP rich.us.nortelnetworks.com

From: TOM <sip:tom@us.nortelnetworks.com>

To: JERRY <sip:jerry@can.nortelnetworks.com>

Call-ID: 2892326565@rich.us.nortelnetworks.com

Cseq: 1 INVITE

Content Length: 0

The INVITE message eventually reaches game server 58 and Player 2 (Paths 56 and 60, respectively). Player 2 may modify the session descriptor to suit his or her needs.

Player 2 then sends a negotiating message such as an SIP OK message with session QoS requirements (possibly modified) and his or her terminal capabilities to game server 58 (path 64), which forwards the message to game server 54 for Player 1 (path 66).

Before forwarding the OK message, game server 58 for Player 2 communicates the QoS requirement information to its policy server 67 (path 69), which invokes the QoS-enabling mechanism in the access network of Player 2.

On receiving the negotiating message (OK message), game server 54 of Player 1 communicates the QoS data to its policy server 70 (path 68). Policy server 70 makes an admission control decision at this point for the session, based on the requested QoS and resource availability. If Players 1 and 2 are successfully admitted, policy server 70 then triggers the access resource reservation phase (not shown) at its access terminator system (ATS) 72. After the access resource reservation is successfully completed, the OK message is forwarded to Player 1 by game server 54 (path 74). Player 1 then sends an "Acknowledgement" or ACK message directly to Player 2, as indicated by path 76. The ACK message can be routed directly without passing through the game servers because both players know each other's HP address through the "Session Participation Request" and the "Negotiating" messages. The receipt of the ACK message by Player 2 completes the capability negotiation and QoS provisioning phase session setup phase. The e-gaming session can now begin. ATS 72 and 73 or access concentrators/routers 82 and 84 may start generating usage records for the gaming session to facilitate billing.

In the present example, an assumption was made that resource reservation is required only in access. For cable, DOCSIS 1.1 resource allocation is invoked at a cable modem terminator system to support the QoS for various e-gaming sessions. The policy server also configures the routers in the access network to support the required QoS for the gaming session. If end-to-end resource reservation is needed, layer 3 reservation mechanisms such as Resource reservation Protocol, set forth in Request for Comments 2205, can be used.

After the session setup phase, the exchange of actual gaming messages between players begins. Each move or input of a player is encapsulated in a message and sent to the opponent player(s). In the present invention, the gaming messages can be sent directly between players via the Internet without passing through one or more game servers. In conventional e-gaming sessions these messages are transported over (UDP), an unreliable protocol and unsuitable for e-gaming. The player input and movement messages are not only time-critical, but also require lossless and reliable sequential delivery. A packet delivered out of order becomes meaningless. Lost packets may result in players' moves being lost. The game session is terminated by using the SIP BYE message sent by a user's computer to the local game

US 6,845,389 B1

7

server. This enables the termination of the session with respect to that particular player if more than two players are playing or the entire session if only two players are playing. Billing records are then generated for the terminating player(s).

Protocols such as DOCSIS 1.1 support the simultaneous transmission of multiple traffic flows over the cable medium providing the negotiated QoS guarantees. In the downstream direction the DOCSIS MAC can schedule traffic directly to meet the negotiated QoS. Therefore, special scheduling is not required. The upstream channel is contention-based and various types of polled/request/grant schemes are used to control the resource assignment and hence, the QoS, over the upstream channel. DOCSIS 1.1 allows negotiation of QoS parameters such as bandwidth, traffic priority, latency and jitter. DOCSIS 1.1 supports non-real-time polling, unsolicited grant, real-time polling and unsolicited grant with activity detection upstream scheduling services.

In non-real-time polling, the ATS sends a unicast polling message (REQUEST OPPORTUNITY) to the cable modem, for example. If there is data to send, the cable modem sends a REQUEST message to the ATS and is replied by a GRANT message by the ATS if resource is available. This method is suitable for non-real-time, bursty data applications such as web browsing and file transmission protocol (FTP).

In unsolicited grant, periodic grants are sent by the ATS to the cable modem at fixed intervals. This is suitable for constant bit rate traffic like PCM-encoded voice. Strict jitter control is provided.

In real-time polling, ATS always provides periodic unicast polls. Thus any flow is guaranteed to receive periodic REQUEST OPPORTUNITY. This is suitable for bursty video or VoIP with silence suppression.

In unsolicited grant with activity detection, ATS provides unsolicited grant when the flow is activated and provides periodic unicast polls when the flow is inactive. This is suitable for VoIP traffic with comfort noise generation. Activity detection by the cable modem is required.

The data traffic generated by a player during e-gaming can be quite unpredictable and bursty. However, once a message is generated, it needs to be delivered to the other player(s) within the shortest possible time. If unsolicited grant is used with a proper selection of the rate of the grants, optimal access is guaranteed. However, since the message generation can be quite random, much grants and thus resources can be wasted. If the data generated by each move of the player is fixed, the optimal resource usage with guaranteed access delay to a certain degree can be achieved by using the real-time polling scheduling algorithm.

Referring to FIG. 4, a message flow diagram showing the process for a player to join an ongoing e-game session is shown. As described above, SAP may be used to multicast gaming information, which also includes the QoS, security and billing information associated with the gaming session. Sessions are described using SDP. SAP announcer periodically multicasts packets containing the description of the session to a well-known multicast IP address and port. When a player initiates a communication or e-game session, the session information is registered with the local SAP server. A new player can listen to the well known IP address or port to receive the SAP message containing the session information. For example, the SAP message may contain the session title, QoS class and billing information, multicast address, IP address of the game host, etc. The following shows the SAP message header with extended SDP according to the present invention.

8

| 0 | | | | | 8 | | | 16 | 32 |
|---|---|---|---|---|---|---|---|---|---|
| V = 1 | A | R | T | E | C | Auth Length | | Msg ID hash | |
| Originating Source . . . | | | | | | | | | |
| Optional Authentication Data . . . | | | | | | | | | |
| Optional Payload Type . . . Application/SDP* | | | | | | | | | |
| Extended SDP* | | | | | | | | | |

The fields marked with an "*" indicates information added according to an embodiment of the present invention.

Referring to FIG. 4, a new player 90 desires to join an ongoing e-game session 92 involving multiple players 94–96, who are respectively associated with local game servers 98–100. Player 90 sends a session participation request message such as an SIP INVITE message to 104 to his/her local game server 102. The session participation request message includes an ALSO header which contains the multicast address of the game session that the new player wants to join as well as the QoS requirements of the new player. Further, the flag field of the Call-Disposition argument of the INVITE message is set to "REACH FIRST, " which indicates that only one current player needs to acknowledge the receipt of the INVITE message. Local game server 102 then multicasts 106 the SIP INVITE to all participants 94–96 of the game. The INVITE message reaches all the players current in the game, and at least one of the players replies with a 200-class OK message 108. If local game server 102 does not support multicasting, it may return a 600-class response to player 90. Player 90 then sends an INVITE message with an ALSO field containing the address of the host player obtained from the SAP/SDP message. The OK message may include a QoS requirement for the communication session. On receiving the OK message, local game server 102 communicates the QoS information of player 90 to a policy server 112. Policy server 112 makes an admission control decision at this point for the session, based on the requested QoS and resource availability in the access network. If resources can be allocated according to the QoS requirements, then the OK message 114 is forwarded to player 90. On receiving the OK message, player 90 or his/her computer sends an ACK message 116 to local game server 102. Local game server 102 then multicasts the ACK message 118 to all current game participants. The game host server (not shown) adds player 90 to the current state of the game, and player 90 is allowed to join in the ongoing game. All the current players and the new player then continue in the gaming session using multicast messages without any server involvement. The game session may be terminated using a SIP BYE message, which is sent via the local game servers.

Although the present invention has been described primarily in connection with e-gaming, it is equally applicable to a multi-user communication session where interactivity is desired. For example, the present invention may be used to implement a multimedia conference session between multiple users.

While the invention has been particularly shown and described by the foregoing detailed description, it will be understood by those skilled in the art that various changes, alterations, modifications, mutations and derivations in form and detail may be made without departing from the spirit and scope of the invention.

What is claimed is:

1. A method of setting up a multi-user communication session over a global computer network, comprising:

    sending a session participation request message from a
        first user to a second user, the session participation

US 6,845,389 B1

9

10

request message including the first user's QoS require-
ments for the session;

receiving a negotiating message from the second user by
the first user in response to the session participation
request message, the negotiation message including the
second user's QoS requirements for the session respon-
sive to the first user's QoS requirements;

determining resource availability in access networks of
the first and second users according to the second user's
QoS requirements;

reserving resources in the respective access networks of
the first and second users in response to resources being
available to achieve the second user's QoS require-
ments; and

sending an acknowledgement message from the first user
to the second user in response to receiving the negoti-
ating message to indicate the completion of QoS pro-
visioning.

**2**. The method, as set forth in claim **1**, wherein sending the
session participation request message comprises sending a
SIP INVITE message.

**3**. The method, as set forth in claim **1**, wherein sending the
session participation request message comprises sending an
SIP INVITE message, with extended SDP specifying QoS
requirements and security requirements.

**4**. The method, as set forth in claim **1**, wherein sending the
session participation request message comprises sending an
SIP INVITE message with extended SDP specifying a
latency requirement.

**5**. The method, as set forth in claim **1**, wherein sending a
negotiating message from the second user to the first user
comprises sending a SIP OK message including a modifi-
cation of the first user's QoS requirements.

**6**. The method, as set forth in claim **1**, wherein sending a
negotiating message from the second user to the first user
comprises sending a SIP OK message including the second
user's QoS requirements being the same as the first user's
QoS requirements.

**7**. The method, as set forth in claim **1**, wherein sending the
session participation request message comprises sending an
SIP INVITE message, with extended SDP specifying a
session classification indicative of QoS requirements for the
communication session.

**8**. A method of setting up an e-gaming session played over
a global computer network, comprising:

sending a session participation request message from a
first player to a second player via a first game server,
the session participation request message including the
first player's QoS requirements for the session;

receiving a negotiating message from the second player
via a second game server by the first player in response
to the session participation request message, the nego-
tiation message including the second player's QoS
requirements for the session responsive to the first
player's QoS requirements;

determining resource availability in the first player's
access network according to the second player's QoS
requirements and reserving resources in the first play-
er's access network in response to resources being
available to achieve the second player's QoS require-
ments; and

sending an acknowledgement message from the first
player directly to the second player in response to
receiving the negotiating message to indicate the
completion of QoS provisioning.

**9**. The method, as set forth in claim **8**, further comprising:

determining resource availability in the second player's
access network according to the second player's QoS
requirements; and

reserving resources in the second player's access network
in response to resources being available to achieve the
second player's QoS requirements.

**10**. The method, as set forth in claim **8**, wherein sending
the session participation request message comprises sending
a SIP INVITE message.

**11**. The method, as set forth in claim **8**, wherein sending
the session participation request message comprises sending
an SIP INVITE message with extended SDP specifying QoS
requirements and security requirements.

**12**. The method, as set forth in claim **8**, wherein sending
the session participation request message comprises sending
an SIP INVITE message with extended SDP specifying a
game format type, a latency requirement, and a game
classification.

**13**. The method, as set forth in claim **8**, wherein sending
a negotiating message from the second player to the first
player comprises sending a SIP OK message including a
modification of the first player's QoS requirements.

**14**. The method, as set forth in claim **8**, wherein sending
a negotiating message from the second player to the first
player comprises sending a SIP OK message including the
second player's QoS requirements being the same as the first
player's QoS requirements.

**15**. The method, as set forth in claim **8**, wherein sending
the session participation request message comprises sending
an extended SIP INVITE message specifying a game clas-
sification indicative of QoS requirements for the e-gaming
session.

**16**. The method, as set forth in claim **8**, further compris-
ing:

determining an address of a second game server which the
second user is logged on;

sending the session participation request message from
the first player to the second player via the first and
second game servers; and

sending the negotiating message from the second player
to the first player also via the first and second game
servers.

**17**. The method, as set forth in claim **8**, further comprising
preparing billing records in response to the reserved
resources and QoS requirements for the session.

**18**. A multi-user communication system over a global
computer network, comprising:

a first server onto which a first user is logged;

a first policy server in communication with the first
server;

a second server onto which a second user is logged;

a second policy server in communication with the second
server;

the first user sending a session participation request
message to the second user via the first and second
servers, the session participation request message
including the first user's QoS requirements for the
session;

the second user sending a negotiating message to the
second server in response to receiving the session
participation request message, the negotiation message
including the second user's QoS requirements for the
session responsive to the first user's QoS requirements;

the second policy server determining resource availability
in the second user's access network according to the

US 6,845,389 B1

11

second user's QoS requirements and reserving resources in the second user's access network in response to resources being available to achieve the second user's QoS requirements;

forwarding the negotiating message from the second server to the first server;

the first policy server determining resource availability in the first user's access network according to the second user's QoS requirements and reserving resources in the first user's access network in response to resources being available to achieve the second user's QoS requirements;

forwarding the negotiating message from the first server to the first user; and

sending an acknowledgement message directly from the first user to the second user in response to receiving the negotiating message to indicate the completion of QoS provisioning.

**19**. The system, as set forth in claim **18**, wherein sending the session participation request message comprises sending a SIP INVITE message.

**20**. The system, as set forth in claim **18**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**21**. The system, as set forth in claim **18**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying a latency requirement.

**22**. The system, as set forth in claim **18**, wherein sending a negotiating message from the second user to the first user comprises sending a SIP OK message including a modification of the first user's QoS requirements.

**23**. The system, as set forth in claim **18**, wherein sending a negotiating message from the second user to the first user comprises sending a SIP OK message including the second user's QoS requirements being the same as the first user's QoS requirements.

**24**. The system, as set forth in claim **18**, wherein sending the session participation request message comprises sending an SIP INVITE message with extended SDP specifying a session classification indicative of QoS requirements for the communication session.

**25**. The system, as set forth in claim **18**, wherein sending the acknowledgement message comprises sending an SIP ACK message.

**26**. A local communication system, comprising:

means for receiving logging in information from a user local to the local communication system;

means for receiving a request for a communication session with a second user from the first user;

means for sending a session participation request message to a second local communication system associated with the second user, the session participation request message including the first user's QoS requirements for the communication session;

means for receiving a negotiation message from the second local communication system, session responsive to the first user's QoS requirements;

means for determining resource availability in access network of the first user according to the second user's QoS requirements and reserving resources in the first user's access network; and

means for sending an acknowledgement message directly from the first user to the second user in response to receiving the negotiation message.

12

**27**. The system, as set forth in claim **26**, wherein the means for sending the session participation request message comprises means for sending a SIP INVITE message.

**28**. The system, as set forth in claim **26**, wherein the means for sending the session participation request message comprises mans for sending an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**29**. The system, as set forth in claim **26**, wherein the means for sending the session participation request message comprises means for sending an SIP INVITE message with extended SDP specifying a latency requirement.

**30**. The system, as set forth in claim **26**, wherein the means for receiving a negotiating message from the second local communication system comprises means for sending a SIP OK message including a modification of the first user's QoS requirements.

**31**. The system, as set forth in claim **26**, wherein the means for receiving a negotiating message comprises means for sending a SIP OK message including the second user's QoS requirements being the same as the first user's QoS requirements.

**32**. The system, as set forth in claim **26**, wherein the means for sending the session participation request message comprises means for sending an SIP INVITE message with extended SDP specifying a session classification indicative of QoS requirements for the communication session.

**33**. The system, as set forth in claim **26**, wherein means for sending the acknowledgement message comprises means for sending an SIP ACK message.

**34**. A computer-enabled method for a multi-user communication session over a global computer network, comprising:

allowing a first user to log-in at a web site stored at a first local server;

receiving, from the first user, an identification of a second user for the communication session;

sending a first message to the second user via a second local server, the first message including the first user's QoS requirements for the communication session;

receiving a second message from the second user via the second local server in response to the first message, the second message including the second user's QoS requirements for the session responsive to the first user's QoS requirements;

determining resource availability in access networks of the first user according to the second user's QoS requirements;

reserving resources in an access network of the first user in response to resources being available to achieve the second user's QoS requirements; and

sending a third message directly to the second user in response to receiving the second message to indicate the completion of QoS provisioning.

**35**. The method, as set forth in claim **34**, wherein sending the first message comprises sending an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**36**. The method, as set forth in claim **34**, wherein sending the first message comprises sending an SIP INVITE message with extended SDP specifying a latency requirement.

**37**. The method, as set forth in claim **34**, wherein receiving a second message comprises receiving a SIP OK message including a modification of the first user's QoS requirements.

**38**. A computer-enabled method for a multi-user communication session over a global computer network, comprising:

US 6,845,389 B1

13

14

allowing a first user to log-in at a web site stored at a first local server,

receiving a first message from the user via the first local server and a second local server, the first message including the first user's QoS requirements for the communication session;

sending a second message to the first user via the second local server and the first local server in response to the first message, the second message including the second user's QoS requirements for the session responsive to the first user's QoS requirements;

determining resource availability in access networks of the second user according to the first user's QoS requirements;

reserving resources in an access network of the second user in response to resources being available to achieve the second user's QoS requirements; and

receiving a third message directly from the first user in response to receiving the second message to indicate the completion of QoS provisioning.

**39**. The method, as set forth in claim **38**, wherein receiving the first message comprises receiving an SIP INVITE message with extended SDP specifying QoS requirements and security requirements.

**40**. The method, as set forth in claim **38**, wherein receiving the first message comprises receiving an SIP INVITE message with extended SDP specifying a latency requirement.

**41**. The method, as set forth in claim **38**, wherein sending a second message comprises sending a SIP OK message including a modification of the first user's QoS requirements.

* * * * *

US006901048B1

## (12) United States Patent
Wang et al.

(10) Patent No.: **US 6,901,048 B1**
(45) Date of Patent: **May 31, 2005**

(54) **LINK-LEVEL PROTECTION OF TRAFFIC IN A PACKET-SWITCHED NETWORK**

(75) Inventors: **Guo Qiang Q. Wang**, Nepean (CA); **Kent E. Felske**, Kanata (CA); **Wenfeng Chen**, Kanata (CA); **Chenjiang Hu**, Nepean (CA); **Liangyu L. Jia**, Kanata (CA)

(73) Assignee: **Nortel Networks Limited** (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 981 days.

(21) Appl. No.: **09/603,355**

(22) Filed: **Jun. 26, 2000**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 09/378,141, filed on Aug. 20, 1999, now Pat. No. 6,535,481.

(51) Int. Cl.[7] ............................................. **G01R 31/08**
(52) U.S. Cl. ...................... **370/228**; 370/216; 370/220
(58) Field of Search ................................. 370/216–220, 370/222, 223, 225, 227, 228, 242, 244, 247, 248, 250, 251, 226

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,850,505 A | | 12/1998 | Grover et al. ......... 395/182.02 |
| 5,870,382 A | * | 2/1999 | Tounai et al. ............... 370/220 |
| 6,163,525 A | * | 12/2000 | Bentall et al. .............. 370/227 |
| 6,456,626 B1 | * | 9/2002 | Whiting et al. ............. 370/409 |
| 6,512,740 B1 | * | 1/2003 | Baniewicz et al. ......... 370/216 |
| 6,549,513 B1 | * | 4/2003 | Chao et al. ................. 370/227 |
| 6,643,254 B1 | * | 11/2003 | Kajitani et al. ............. 370/217 |

* cited by examiner

*Primary Examiner*—Phirin Sam
(74) *Attorney, Agent, or Firm*—Steubing McGuiness & Manoras LLP

### (57) ABSTRACT

In a packet-switched network having a plurality of nodes interconnected by links, pre-defined protection paths provide protection of a selected plurality of links. Adjacent nodes connected by a protected link are adapted to detect a failure of the protected link, to encapsulate packets within tunnel packets, to differentiate between tunnel packets and non-tunnel packets and to exchange the tunnel packets via a protection path rather than via the failed link. This results in faster automatic protection switching of packet-based traffic. The invention is particularly suited to an Internet Protocol network.

**36 Claims, 18 Drawing Sheets**





FIG. 1



# FIG. 2A

| | | 201 | 202 | 203 | 204 | 205 |
|---|---|---|---|---|---|---|
| SOURCE NODE | DESTINATION NODES | NEXT HOP LINK AS VIEWED BY NODE 1 | NEXT HOP LINK AS VIEWED BY NODE 2 | NEXT HOP LINK AS VIEWED BY NODE 3 | NEXT HOP LINK AS VIEWED BY NODE 4 | NEXT HOP LINK AS VIEWED BY NODE 5 |
| 1 | 2 | A | PROCESS | D | E | F |
| 1 | 3 | B | D | PROCESS | H | G |
| 1 | 4 | B | E | H | PROCESS | H |
| 1 | 5 | C | F | G | I | PROCESS |
| 2 | 1 | PROCESS | A | G | B | C |
| 2 | 3 | B | D | PROCESS | H | G |
| 2 | 4 | B | E | H | PROCESS | I |
| 2 | 5 | C | F | G | I | PROCESS |
| 3 | 1 | PROCESS | A | G | B | C |
| 3 | 2 | A | PROCESS | D | E | F |
| 3 | 4 | B | E | H | PROCESS | I |
| 3 | 5 | C | F | G | I | PROCESS |
| 4 | 1 | PROCESS | A | G | B | C |
| 4 | 2 | A | PROCESS | D | E | F |
| 4 | 3 | B | D | PROCESS | H | G |
| 4 | 5 | C | F | G | I | PROCESS |
| 5 | 1 | PROCESS | A | G | B | C |
| 5 | 2 | A | PROCESS | D | E | F |
| 5 | 3 | B | D | PROCESS | H | G |
| 5 | 4 | B | E | H | PROCESS | I |

(210 above SOURCE NODE; 220 above DESTINATION NODES)

FIG. 2B



P-CYCLE 310
(A-D-H-I-C)

FROM PCM

D CYCLE 310: USE NODE 3 OR NODE 5

330        FIG. 3



FIG. 4



FIG. 5



FIG. 6



**FIG. 7A**



FIG. 7B



FIG. 8



FIG. 9



FIG. 10A



FIG. 10B



FIG. 10C



FIG. 10D



FIG. 11A



FIG. 11B



FIG. 12



FIG. 13

US 6,901,048 B1

1

# LINK-LEVEL PROTECTION OF TRAFFIC IN A PACKET-SWITCHED NETWORK

## CROSS-REFERENCES TO RELATED APPLICATIONS

This is a continuation-in-part of U.S. patent application Ser. No. 09/378,141, filed Aug. 20, 1999, now U.S. Pat. No. 6,535,481, entitled "Network Data Routing Protection Cycles for Automatic Protection Switching", assigned to the assignee of the present invention and incorporated by reference herein in its entirety.

## FIELD OF THE INVENTION

The present invention relates to computer networks, and more specifically to a computer network that provides automatic protection switching to re-route data packets in the event of a network link failure.

## BACKGROUND OF THE INVENTION

In an Internet Protocol (IP) based computer network, data routing algorithms such as Open Shortest Path First (OSPF), Intermediate System-Intermediate System (IS—IS), and Routing Information Protocol (RIP) are used to determine the path that data packets travel through the network. When a link between two network routers fails, the routing algorithms are used to advertise the failure throughout the network.

Most routers can detect a local link failure relatively quickly, but it takes the network as a whole a much longer time to converge. This convergence time is typically on the order of 10–60 seconds depending on the routing algorithm and the size of the network. Eventually, all of the involved routers learn of the link failure and compute new routes for data packets to affected destinations. Once all the routers converge on a new set of routes, data packet forwarding proceeds normally.

Routing algorithms such as OSPF are dependent on the topology of the network, based upon which each node computes the "next hop" routing segment for a packet having a particular source-destination pair. The combined next hop computations of the various nodes in the network result in an end-to-end route being defined for each source-destination pair through multiple nodes. However, traffic considerations within the network are not taken into account by routing algorithms such as OSPF. Thus, although a small number of hops may exist between a particular source node and a particular destination node, the travel time of a packet emitted by the source node will depend strongly on the extent to which the resources of the intermediate links are busy processing traffic.

As a result, packets may experience a long, variable and unpredictable delay as they travel from source to destination. This property is inherent to the dynamic routing characteristics of OSPF and other routing algorithms and is known as "best effort" traffic delivery. The variability and unpredictability of the delay experienced by a packet are even worse following the occurrence of a link failure at some point along the route defined by the next hop information in each intermediate node. In order to recover from the failure, the nodes at either end of the failed link must detect the failure and update their next hop information in order to bypass the failed link.

Typically, some intermediate nodes not located on the original route from source to destination will suddenly become next hops in the alternate route intended to bypass

2

the failed link. This not only forces such new intermediate nodes to spend time computing a set of next hops but also increases the amount of traffic passing through the new intermediate nodes.

The time taken by a node to detect a failure is known as the "detection time" and the time taken by all nodes to converge on an alternate route is known as the "hold-down time". These times will vary according to the routing algorithm used. In the case of the OSPF routing algorithm, the detection time is at least 0.05 seconds and the hold-down time is at least as long as 2 seconds. In general, therefore, it is impossible to recover from failure of a link before at least 2.05 seconds have elapsed. This minimum overall delay does not even take into consideration the additional delay due to congestion at the nodes or links encountered in the alternate path. Thus, the resulting delay will be on the order of seconds, which is intolerable as far as voice, video, medical or other mission-critical communications are concerned.

Furthermore, the choice of an alternate route may affect the reliability, speed and availability of virtual private networks (VPNs) already established by an Internet service provider (ISP) and paid for by its customers. To maintain customer satisfaction, the ISP may have to provide higher capacity equipment in order to handle any potential increase in traffic in the event of a failure. Due to the mesh architecture of the Internet, the ISP cannot pinpoint where a traffic increase is liable to occur and thus it may have to upgrade all the equipment in the region it serves. Clearly, this requires an added investment by the ISP in terms of high-capacity routers and transport equipment.

Moreover, while the network is converging after a link fails, transient loops can occur which consume valuable bandwidth. Loop prevention algorithms have been proposed to eliminate such transient loops. When using these algorithms, routes are pinned until the network has converged and the new routes have been proven to be loop-free. Although loop prevention algorithms have the advantage that data packets flowing on unaffected routes are not disrupted while transient loops are eliminated, their main drawback is that data packets directed out of a failed link get lost, or "black holed," during the convergence process. Loop prevention algorithms also extend the convergence time somewhat while new routes are being verified to be loop-free.

Clearly, the industry is in need of a protection switching mechanism that is sufficiently fast to prevent the loss of high-priority traffic ordinarily travelling through one or more failed links, without unpredictably overloading the remaining operational links during a protection mode.

## SUMMARY OF THE INVENTION

It would therefore be desirable to provide a method and router for routing packets which would result in faster automatic protection switching of traffic which ordinarily travels across a link that has recently been found to have failed. It would also be an advantage to reduce the variability in the delay taken by the protected traffic once automatic protection switching has been initiated.

The present invention allows these features and advantages to be achieved through the use of datagram encapsulation in combination with the concept of protection paths (or protection cycles or "p-cycles") in a packet-switched environment. Each protection path consists of a closed loop passing through nodes and across links in the network. Links which are part of the protection paths or links whose end

US 6,901,048 B1

3

nodes are part of a given protection path are said to be protected by that protection path.

When failure of a protected link is detected by a node adjacent to that protected link, a tunnel is established between the end nodes of the link. That is to say, datagrams which would ordinarily be transmitted across the failed link are encapsulated within the bodies of larger datagrams that are transmitted across the protection path. The various nodes in the network are adapted to distinguish between so-called "tunnel" datagrams and "non-tunnel" datagrams.

Because the protection path can be pre-defined, the main consumption of time is in the detection of the fault and the establishment of a tunnel, both of which can be done at a sufficiently low layer to allow ring-like protection speeds in a mesh network.

Thus, the present invention can be summarized according to a first broad aspect as a method of routing packets intended to be transmitted across a network link protected by a protection path defined by a closed loop of nodes and links through the network. The method includes determining whether the protected link has failed and, if the protected link has not failed, sending the packets across the protected link; otherwise, encapsulating the packets within tunnel packets and sending the tunnel packets along the protection path.

According to a second broad aspect, the invention may be summarized as a method including the steps of determining the destination node associated with a received packet and determining whether the received packet is a tunnel packet encapsulating another packet within its body. There are four possible cases. Firstly, if the destination node associated with the received packet is the current node and if the received packet is not a tunnel packet, the node processes the received packet without further forwarding.

Secondly, if the destination node associated with the received packet is not the current node and if the received packet is not a tunnel packet, the node forwards the received packet based on the destination node associated with the received packet. Thirdly, if the destination node associated with the received packet is the current node and if the received packet is a tunnel packet, the node retrieves the encapsulated packet from the received packet and forwards it based on the destination node associated with the encapsulated packet. Finally, if the destination node associated with the received packet is not the current node and if the received packet is a tunnel packet, the node determines the identity of a protection path along which the tunnel packet was received and forwards the received packet along a next link in that protection path.

The invention may be summarized according to a third broad aspect as a method of switching traffic in a packet-switched network, including the steps of responding to detection of a failure of a link connecting a pair of adjacent nodes by encapsulating packets within the bodies of tunnel packets and forwarding the tunnel packets along a pre-defined protection path which bypasses the failed link.

Also within the scope of the invention are articles of manufacture comprising computer readable media as well as routers designed to implement these methods.

According to another broad aspect, the invention may be summarized as a protection cycle manager that processes data packets in the event of a failure of a link connected to a routing node. The protection cycle manager includes a packet identifier that identifies, as protection cycle packets, data packets having a specific protection cycle format that includes a packet source and a packet destination and an indication that the packet is a protection cycle packet.

4

The protection cycle manager also includes a packet processor that processes each protection cycle packet to determine whether the packet destination corresponds to the routing node, and:

i. if the packet destination corresponds to the routing node, the protection cycle packet is treated by the routing node as a data packet received from the packet source via the failed link; and

ii. if the packet destination does not correspond to the routing node, the protection cycle packet is sent to a protection cycle node associated with the routing node.

BRIEF DESCRIPTION OF THE DRAWINGS

These and other aspects and features of the present invention will now become apparent to those of ordinary skill in the art upon review of the accompanying description of specific embodiments of the invention in conjunction with the accompanying drawings, in which:

FIG. 1 shows a computer network which uses MPLS protection cycles to achieve automatic protection switching, according to an embodiment of the invention;

FIG. 2A shows, in schematic form, a network consisting of a plurality of nodes 1–5 interconnected by links A–I;

FIG. 2B is an example of routing tables used by the nodes in FIG. 2A to route received datagrams and locally generated datagrams;

FIG. 3 shows the network of FIG. 2A which uses an Internet Protocol protection cycle to achieve automatic protection switching, according to an embodiment of the invention;

FIG. 4 is a flowchart showing high-level operation of the network of FIG. 3 in the event of a failure of a protected link, according to an embodiment of the invention;

FIG. 5 is a flowchart showing operation of a node in accordance with an embodiment of the invention;

FIG. 6 shows the network of FIG. 3 during normal operation, wherein a route has been established from node 1 to node 3 via node 4;

FIG. 7A shows a flowchart illustrating operation of nodes 1 and 4 in the scenario of FIG. 6;

FIG. 7B shows a flowchart illustrating operation of node 3 in the scenario of FIG. 6;

FIG. 8 shows the network of FIG. 6 immediately after a fault has occurred on link B but prior to the onset of the protection switching mechanism of the present invention;

FIG. 9 shows the network of FIG. 8 during protection operation, wherein a tunnel is been established from node 1 to node 4 via node 5;

FIG. 10A is a flowchart illustrating operation of node 1 in the scenario of FIG. 9;

FIG. 10B is a flowchart illustrating operation of node 5 in the scenario of FIG. 9;

FIGS. 10C and 10D are flowcharts illustrating operation of node 4 in the scenario of FIG. 9;

FIG. 11A is a schematic representation of an original (non-encapsulated) datagram;

FIG. 11B is a schematic representation of an encapsulated datagram also known as a tunnel datagram;

FIG. 12 shows a network node router which supports protection cycles according to an embodiment of the invention; and

FIG. 13 is a flow chart illustrating the logical steps in a method of providing automatic protection switching according to an embodiment of the invention.

5

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

One embodiment of the present invention uses Multi-Protocol Label Switching (MPLS) with explicit routing to establish an MPLS layer protection cycle (p-cycle) that provides automatic protection switching to reroute data packets in the event of a network link failure. Another embodiment of the invention establishes an IP-layer p-cycle through the use of tunneling of Internet Protocol (IP) datagrams with static routing.

In the MPLS embodiment, an MPLS Label Switched Path (LSP) tunnel passes through the end points of the link that will be protected. In the IP embodiment, an IP-in-IP tunnel passes through the end points of the link that will be protected. The tunnel established in either case way forms a p-cycle through which failed-link packets are directed.

A given p-cycle may protect one or multiple links. In either case, the p-cycle may be configured by hand, or automatically established using network link state and topology information derived from a routing algorithm, such as Open Shortest Path First (OSPF). Various algorithms may be used to automatically compute the specific structure of a given p-cycle. An embodiment of the invention uses a network management application for this purpose since the p-cycle will not follow an optimal path. When a p-cycle is bi-directional, a bandwidth protection mechanism may be implemented so that some of the p-cycle traffic goes one way, and the rest the other way.

FIG. 1 is an illustration of a computer network that uses an embodiment of the present invention employing MPLS p-cycle automatic protection switching. In FIG. 1, network nodes P 10 through W 17 are normally linked via the dashed lines to route data packets from node to node. In the network segment shown, the normal network links between P and I, P and U, Q and S, Q and T and W and U are also protected by a p-cycle 18. The p-cycle 18 forms a loop through the network so that a packet sent through the p-cycle will eventually come back to its origination node if not taken out of the p-cycle by one of the nodes it passes through. In FIG. 1, LSP p-cycle 18 traverses the network segment from node P 10 to Q 11 to R 12 . . . to V 16 to W 17 and back to P 10.

Only one p-cycle 18 is shown in FIG. 1. In practice, a p-cycle is established for every set of links to be protected. An embodiment of the invention can operate successfully in any arbitrary network topology. It should be noted, however, that to realize full link-level protection, for every two neighbours X and Y connected by link L in the network, another network path between X and Y must exist that does not include L.

Various options may be employed with respect to network-level encapsulation on the original link. For example, in one embodiment, MPLS is used on the original link and thus the labeled packet may be tunneled on the backup link using MPLS label stacking. In another embodiment of the invention described in more detail herein below, IP encapsulation is used. In any vent, multiple independent link failures may be tolerated using multiple layers of tunneling.

With reference to FIG. 1, the router for each node monitors its own local links. When a link failure is detected, the router for an affected node quickly routes the data packet traffic over to the p-cycle 18. Then, the network routing algorithm advertises the link failure so that the network can be re-routed without the failed link, and a loop-prevention mechanism determines that the re-routed network is loop-free. Packet traffic may then be switched to the re-routed network and new p-cycles recalculated as necessary.

6

FIG. 12 is an illustration of a network node router which supports p-cycles according to an embodiment of the invention. Network node router 1220 is a part of a computer network 1222 of routers in mutual communication via a plurality of network node data links 1221. Router 1220 also serves to connect one or more local area networks (LANs) 1223 having one or more workstations 1231. Data packets enter and exit the router 1220 as controlled by a data interface driver 1224 which is connected to the network node links 1221.

FIG. 13 is a flow chart illustration of the logical steps in a corresponding method of providing automatic protection switching according to an embodiment of the invention. A protection cycle manager (PCM) 1225 includes a p-cycle packet identifier 1251 that, in STEP 1301, identifies as p-cycle packets, data packets that have a p-cycle label stack, which, in a one embodiment, is a standard MPLS label stack. In such an embodiment, the top label in the stack indicates the next node in the p-cycle, the next label on the stack is the identity of the destination node that ultimately receives the packet and the third label in the stack is the identity of the node creating the label stack.

Identified p-cycle packets are processed by p-cycle packet processor 1252 which, in STEP 1302, pops the topmost label off the label stack and checks the next label to see if the router node's own identity is in the destination node position in the label stack. If not, the label for the next p-cycle node is pushed onto the stack and the packet is sent by the data interface driver 1224 via the node link 1221 to the next node on the p-cycle, STEP 1303.

If, in STEP 1302, the router node's own identity is carried in the destination node position in the label stack, the source node label in the label stack is checked to determine which network link the packet normally would have used, STEP 1304. The p-cycle label stack is then deleted, STEP 1305, and thereafter, the packet is treated as if it had been received via the normal network link 1221 from the source node, STEP 1306.

In one embodiment, the network node router also includes a network link monitor 1226 in communication with the data interface driver 1224. When the link monitor 1226 detects a failed link, STEP 1307, protection cycle packeter 1253 attaches to affected data packets a p-cycle label stack having appropriate labels for source node, destination node, and p-cycle node, STEP 1308, and the p-cycle packets are then sent to the p-cycle node for that router, STEP 1303.

A link failure is also advertised to the network using the routing algorithm, STEP 1309. A new network route is then established to replace the failed link, STEP 1310, and a loop prevention algorithm is used to determine that the new network routes have converged and are loop-free, STEP 1311.

A diffusion-based loop prevention algorithm as is known in the art may be used to detect when the network has converged so that it is safe to switch to the new routes. Such diffusion algorithms are discussed, for example, in Garcia-Lunes-Aceves, J. J., "Loop-Free Routing Using Diffusing Computations," IEEE/ACM Transactions on Networking, vol. 1, no. 1, 1993, pp. 130–141, which is hereby incorporated herein by reference. Using p-cycles with a loop prevention algorithm allows for uninterrupted service in the event of a link failure without black holing of packets on the failed link.

Another embodiment of the invention is now described with reference to FIG. 2A, wherein is shown a network having a plurality of nodes 1, 2, 3, 4, 5 interconnected by

US 6,901,048 B1

7

links A, B, C, D, E, F, G, H, I. Node 1 is connected to node 2 by link A, to node 4 by link B and to node 5 by link C; node 2 is connected to node 3 by link D, to node 4 by link E and to node 5 by link F; node 3 is connected to node 5 by link G and to node 4 by link H; and node 4 is connected to node 5 by link I. The links A–I can be physical links (e.g., optical fibers, coaxial cables, twisted pairs, radio links) or logical links (e.g., SONET STS paths or ATM virtual channel connections). The links A–I could be uni-directional or bi-directional.

The network of FIG. 2A could be an Internet Protocol (IP) network, in which case the various nodes in the network are responsible for producing, forwarding and/or processing IP datagrams. However, the invention is not limited to IP networks and is applicable to any type of packet-switched network which involves the transmission of datagrams.

Each node is equipped with a memory as well as circuitry, control logic or software for routing produced or received datagrams in accordance with the contents of a routing table. The routing table used by a particular node can be stored in the node's memory. The routing table is specific to that node and indicates the link across which that node should forward a datagram, for each combination of source and destination address.

In simple cases, the routing table could be entered into memory in a manual fashion by an operator. Alternatively, the routing table associated with a particular node could be downloaded from a network administration server, which could be connected to the network and may have its own address. In still other embodiments, the routing table used at each node is computed and updated by the node itself. For example, a distributed routing algorithm may be run by all nodes in parallel in order to determine the next link over which a produced or received datagram should be forwarded.

A suitable routing algorithm is the open shortest path first (OSPF) algorithm described in J. Moy, "Network Working Group Request for Comments RFC1583, OSPF Version 2", March 1994, which can be found on line at http://www.cis.ohiostate.edu/htbin/rfc/rfc1583.html and which is incorporated by reference herein. The OSPF algorithm requires each node to collect and process network topology information, such as the identity of each node and that of its direct neighbours. A higher layer protocol may be used for gathering such information at each node and for distributing it throughout the network.

With reference now to FIG. 2B, there is shown a master routing table which could be used by nodes 1, 2, 3, 4, 5 in order to route datagrams in the network of FIG. 2A. A single master routing table is illustrated in order to capture routing information pertaining to all 5 nodes in the network of FIG. 2A. However, the actual routing table stored within a particular one of the nodes 1–5 might consist of the source and destination node columns 210, 220 and a single one of the "next hop" columns 201–205.

While the contents of the next hop columns 201–205 can be obtained by inspection, as in this case, those skilled in the art will appreciate that a similar set of tables could be obtained by running a routing algorithm at each of the nodes. Thus, node 1 could be responsible for computing column 201, node 2 could compute column 202, etc.

The entry in a given row in column 201 specifies the link on which node 1 is to forward a produced or received datagram having a SOURCE field which matches the corresponding entry in column 210 and having a DESTINATION field which matches the corresponding entry in column 220. An identical rule applies to next hop columns 202–205 and nodes 2 through 5, respectively. For instance, if node 4 produces or receives a datagram with node 1 as the source and node 2 as the destination, then node 4 would forward this datagram directly to node 2 across link E.

It is noted that some entries in the next hop columns 201–205 are marked "process". Specifically, a "process" entry in next hop column 20x (corresponding to node x) appears whenever the destination node is node x, regardless of the source node. In other words, a node which receives a datagram destined for itself must "process" the datagram. As will be described in further detail herein below, the nature of the "process" operation depends on whether or not the received datagram is a so-called "original" datagram (which does not encapsulate another datagram in its body) or a so-called "tunnel" datagram (which does encapsulate another datagram in its body).

An explanation of these two types of datagrams is now provided with reference to FIGS. 11A and 11B. Firstly, it is to be understood that both types of datagrams comprise a header and a body. The body contains data that is to be transferred from a source node to a destination node. The header contains information such as the identity of the source and destination nodes associated with the datagram. A common way of identifying a node is by means of an IP address associated with the node. The header also specifies the length of the body and contains information on the format of the data carried in the body. For example, the data carried in the body may be pure user data (an "original" datagram) or it may consist of another datagram with its own header and body (a "tunnel" datagram).

FIG. 11A shows an "original" datagram 1110 having a header 1114 and a body 1115, where the body 1115 contains pure user data. The header 1114 has a SOURCE field 1111 (wherein the source node is specified as being node 1) and a DESTINATION field 1112 (wherein the destination node is specified as being node 4). The header 1114 also contains a DATA_TYPE field 1113 which contains a code (shown as "ORI") indicative of the fact that the datagram 1110 is a "original" datagram with pure user data in its body 1115. In an IP datagram, this code is referred to as the "protocol type" which indicates whether the packet in question is a original packet or a tunnel packet.

FIG. 11B shows a "tunnel" datagram 1120 which also has a header 1124 and a body 1130 but in this case the body 1130 encapsulates another complete datagram. The header 1124 of the datagram 1120 has a SOURCE field 1121 and a DESTINATION field 1122 which contain the appropriate information with respect to datagram 1120. The header 1124 has a DATA_TYPE field 1123 which is marked "TNL XYZ", signifying that the body 1130 of the datagram 1120 contains an encapsulated datagram which is meant to travel along a logical "tunnel" with an identifier XYZ. The concept of a tunnel will be described in further detail herein below.

The IP datagram 1130 encapsulated within the body 1115 of datagram 1120 has its own header 1134 and body 1135. The header 1134 has a SOURCE field 1131 and a DESTINATION field 1132, as well as a DATA_TYPE field 1133. The SOURCE field 1131 and the DESTINATION field 1132 in datagram 1130 are exclusively related to datagram 1130 and are independent of the SOURCE field 1121 and the DESTINATION field 1122 in datagram 1120. In the illustrated example, the body 1135 of datagram 1130 contains pure user data and therefore the DATA_TYPE field 1133 contains the same code ("ORI") as the DATA_TYPE field 1113 in datagram 1110. It is to be understood, however, that

US 6,901,048 B1

9

the body 1135 of the encapsulated datagram 1130 could itself encapsulate another datagram, and so on, in a nested fashion.

The present invention provides a way of protecting traffic that travels along a set of links in a mesh network such as the network of FIG. 2A. This is enabled by first defining a set of protection cycles (p-cycles) in the network. A p-cycle can be viewed as a closed loop around three or more connected nodes in the network and effectively presents an alternate path for a set of links requiring protection. The set of protected links is defined by the configuration of the p-cycle in the sense that it includes (i) all the links forming the p-cycle itself and (ii) all the links whose end nodes are part of the same p-cycle.

FIG. 3 shows a p-cycle 310 defined for the network of FIG. 2A. The p-cycle 310 consists of links A, D, H, I and C, as well as nodes 1–5 within that closed path which together form a closed ring. If each link is taken to be bi-directional, as is the case here, the p-cycle 310 effectively provides two alternate routes in the event of a failure on links B, E, F and G, as well as one alternate route in the event of a failure on links A, C, D, H and I. Thus, all links A–I are protected to some degree by the p-cycle 310.

A particular link is said to be maximally protected when two or more paths can be found along a p-cycle between the end nodes of that link without including the link itself. A link is protected, but not maximally protected, when just one path can be found along some p-cycle between the end nodes of that link without including the link itself. In FIG. 2A, links B, E, F and G are maximally protected while links A, D, H, I and C are protected but not maximally protected. While maximal protection of all links is desirable, this condition is not required. All that is needed for protection of a link is that there be at least one alternate path along a p-cycle that connects the end nodes of the link.

A network protection scheme designer can make decisions concerning the selection of the links requiring protection, the selection of the protection level of a link (maximal or not maximal), the selection of the number of p-cycles to be defined in a network and the selection of the route taken by each of the p-cycles themselves. With regard to selecting the number of p-cycles and defining their individual paths through the network, some designers may find it beneficial to rely on existing methods of defining p-cycles. One such method is described in U.S. Pat. No. 5,850,505 to W. D. Grover and M. H. MacGregor, entitled "Method for Preconfiguring a Network to Withstand Anticipated Failures" and hereby incorporated by reference herein.

The computation of p-cycles using the method of U.S. Pat. No. 5,850,505 requires inputs such as the network topology as well as the loading of each link. Based on these inputs, a computer or network server or router (the "p-cycle manager"—PCM) computes a set of p-cycles for protecting traffic along a desired set of routes in the event of a link failure. Of course, it is to be understood that the method of U.S. Pat. No. 5,850,505 need not be used and that it is within the scope of the invention to employ other methods of defining a group of one or more p-cycles used to protect a set of links in the network.

Each node connected to a link that is protected by a p-cycle is made aware of the identity of the neighbouring nodes in that p-cycle. For example, referring to FIG. 3, node 4 is seen to be connected to links B, E, H and I (which are protected by p-cycle 310) and the nodes which are neighbours to node 4 within the p-cycle 310 are seen to be nodes 3 and 5. Thus, node 4 could receive a setup message 330

10

from the PCM identifying nodes 3 and 5 as the nodes to be used in case of failure of one of the protected links. The setup message 330 could be part of an IP datagram having a source address specifying the PCM and a destination address specifying node 4. If there is more than one p-cycle in the network, the setup message 330 received from the PCM could identify the relevant p-cycle by an alphanumeric code.

As the network topology evolves and link loading information changes, the PCM occasionally re-computes the path of each p-cycle and updates each node with any new and relevant information regarding the identity of the nodes to be used as neighbours in the event of a failure of a protected link.

Reference is now made to FIG. 4, which provides an overview of the steps followed by various elements of a mesh network (such as the network in FIG. 3) when the nodes are equipped with the ability to perform protection switching according to an embodiment of the invention. Firstly, STEP 410 corresponds to normal operation of the protected network, whereby the various nodes follow the routing instructions contained in their respective routing tables. Also, the PCM defines one or more p-cycles with the goal of protecting some or all of the links in the network. Moreover, by virtue of setup messages received from the PCM, each node located at the end of a protected link will know the identity of the nodes with which it must communicate in the event of a failure of the protected link.

At STEP 420, a failure of the physical layer (e.g., electrical optical) or logical layer (e.g., SONET STS or ATM VPC/VCC) protected link is detected and at STEP 430, the nodes at either end of the failed but protected link establish a "tunnel" between each other along the p-cycle associated with the failed link. A "tunnel" is a physical, logical or virtual datagram conduit established along the p-cycle and having end points which correspond to the nodes located at either end of the failed link.

For example, if the failed link is link B in FIG. 3, then a tunnel would be established between nodes 1 and 4 through the p-cycle 310. It is recalled that link B is maximally protected because there are at least two alternate paths between nodes 1 and 4, due to the links being bi-directional. Thus, the tunnel through the p-cycle 310 could run either along the "north" side via links A-D-H or along the "south" side via links C–I.

The tunnel could be an IP-in-IP tunnel, which involves the encapsulation of an entire original IP datagram within the body of a tunnel IP datagram. The header of the original datagram remains untouched and thus contains the original source and destination addresses, while the header of the tunnel datagram specifies the end nodes of the failed link in its SOURCE and DESTINATION fields.

If the link failure is a permanent one, the result will be a change in the network topology. At STEP 440, this topological change is advertised to other nodes in the network using a suitable protocol such as OSPF. The updated network topology is used by the various nodes in calculating a new set of routes. The new set of routes will, of course, exclude the failed link. The change in topology caused by the failure of a link may also have an effect on the path of the p-cycles computed by the PCM. Changes to the routes and p-cycles can be relegated to background tasks performed at STEP 450.

A diffusion-based loop prevention algorithm as is known in the art may be used to detect when the network has converged so that it is safe to switch to the new routes. Such

**11**

diffusion algorithms are discussed, for example, in Garcia-Lunes-Aceves, J. J., "Loop-Free Routing Using Diffusing Computations," IEEE/ACM Transactions on Networking, vol. 1, no. 1, 1993, pp. 130–141, which is hereby incorporated herein by reference. Using p-cycles with a loop prevention algorithm allows for uninterrupted service in the event of a link failure without black holing of packets on the failed link.

By the time STEP **450** has been completed, the nodes will have finished re-computing the routing tables and, if applicable, the PCM will have finished re-computing the p-cycles. Since the new routing tables do not include the failed link as a next hop link, the tunnel previously established at STEP **430** will no longer be required and can be viewed as having been "removed" by the nodes at either end of the failed link. Thus, the tunnel can be viewed as a temporary measure which protects the failed link until that link no longer appears in any newly generated routing table.

It is seen that the use of p-cycles in a mesh network reduces the delay after which traffic begins to be protected because the time between a link failure and protection of the traffic formerly travelling along that link is governed only by the time required to detect the failure. Advantageously, this detection time may be as short as 50 milliseconds or less. Moreover, by reserving a fixed amount of bandwidth just for the p-cycle, traffic exchanged between the nodes at either end of any link protected by that p-cycle will have a delay that can be predicted ahead of time.

Reference is now made to FIG. **5**, which shows the operational flow of an individual node forming part of a p-cycle, such as any of the nodes 1–5 in the network of FIG. **3**. As per STEP **410** in FIG. **4**, the node is assumed to know its designated neighbours in case of a failure of any protected link to which it is connected.

Step **512**:

The node does not react until a datagram is received at the node or is generated by the node. For example, a datagram could be received from an adjacent node or it could be produced as the result of a packetization operation performed by circuitry or sofwtare within the node which accepts user data from customer premises equipment.

Step **514**:

If a datagram is indeed received or generated, then the node determines the destination node associated with the datagram. This can be done by extracting and checking the addresses contained in the SOURCE and DESTINATION fields of the received or generated datagram.

Step **516**:

The node verifies whether it is the destination node associated with the received or generated datagram. If so, the node proceeds to STEP **518**; otherwise, the node proceeds to STEP **524**.

Step **518**:

The node then verifies whether the received or generated datagram destined for itself is a tunnel datagram. If not, the node proceeds to STEP **520**; otherwise, the node proceeds to STEP **522**. It is recalled that the DATA_TYPE field in the header of a datagram contains information as to whether or not that datagram is a tunnel datagram.

Step **520**:

Since the received or generated datagram is destined for the node in question and since the datagram is not a tunnel datagram (i.e., does not contain an encapsulated datagram in its body), the node processes the received or generated datagram. This may involve extracting user data from the body of the datagram and forwarding the user data to customer premises equipment connected to the node.

**12**

Step **522**:

However, if the received or generated datagram is destined for the node in question and if the datagram is a tunnel datagram, then the node processes the tunnel datagram by retrieving the datagram encapsulated within its body. At this point, the node returns to STEP **514**, where the destination of the encapsulated datagram is checked.

Step **524**:

It is recalled that this step is entered when the received or generated datagram is not destined for the present node. A "received" datagram in this sense could be a datagram that is received in its present form from an adjacent node or it could be a datagram that was previously de-encapsulated by the node at STEP **522**. The question now becomes whether this received or generated datagram is a tunnel datagram or not. Clearly, if the datagram has just been generated, it cannot yet be a tunnel datagram. On the other hand, if it is a received datagram, then it could possibly be a tunnel datagram. If it is not a tunnel datagram, then the node proceeds to STEP **526**; otherwise, the node proceeds to STEP **528**.

Step **526**:

When the received or generated datagram is not a tunnel datagram, then the node locates the next hop link specified by its routing table. For this purpose, the node consults the row in the routing table which corresponds to the source-destination address pair extracted from the received datagram.

Step **528**:

When the received or generated datagram is a tunnel datagram, this means that it has arrived along a p-cycle and that this p-cycle should continue to be used for forwarding the tunnel packet. If there is more than one p-cycle in the network, the appropriate p-cycle can be found by reading the DATA_TYPE field in the header of the tunnel datagram.

Step **530**:

The node finds the pair of neighbours corresponding to the p-cycle identified at STEP **528**. The node then identifies the neighbour node from which it received the tunnel datagram. In an IP scenario, this can be achieved by using standard route trace options. Based on this information, the node in question locates a neighbour node from which it did not receive the tunnel datagram and chooses the associated link as the next hop link. It can thus be seen that the next hop link chosen in this fashion is the next link in the p-cycle along which the tunnel datagram has arrived.

Step **532**:

At this stage, the node has identified the desired link across which it intends to forward a datagram (be it an ordinary datagram or a tunnel datagram). The node now verifies the integrity of the desired link using any suitable technique. For example, a layer 1 or layer 2 fault detection mechanism could be used to monitor each link and to set an associated software flag when the link is failed. The software flag corresponding to the next hop link (identified at STEP **526** or **530**) could be read by the node when the algorithm reaches STEP **532**.

Step **534**:

If the desired link is up running, then the datagram is forwarded along this link without further delay. The node then returns to STEP **512** where it waits for a next datagram to be received or generated.

Step **536**:

However, if the desired link is in a failed state, then the node identifies a p-cycle that is capable of protecting the failed link. If the received or generated datagram is already a tunnel datagram arriving along one p-cycle, then a new

13

p-cycle must be identified at this stage, resulting in "nested" encapsulation. The node then locates an initial link of the new p-cycle. In the case of a maximally protected link, there are two possibilities from which an initial link of the new p-cycle can be chosen.

The received or generated datagram (which could itself be a tunnel datagram in a nested scenario) is then encapsulated into the body of a tunnel datagram which is forwarded across the initial link of the new p-cycle. The header of the tunnel datagram created in this manner identifies the current node as the source node and the node at the other end of the failed link as the destination node. The header also identifies the datagram created in this manner as a tunnel datagram and specifies the p-cycle along which it is being forwarded.

Reference is now made to FIG. 6, which shows the state of the network of FIG. 3 during normal operation. It is seen that a single p-cycle 310 is defined as before and that links B, E, F and G are maximally protected by the p-cycle 310. In this simple example, node 1 generates a datagram 610 and forwards it to node 4. Node 4 then forwards the datagram 610 to node 3, which then processes the datagram 610. The structure of datagram 610 is based on that of datagram 1110 in FIG. 11A and consists of a header 612 and a body 614. The header 612 is seen to contain a "1" (used to denote the source node of the datagram 610), a "3" (used to denote the final destination node of the datagram 610) and an "ORI" (used to denote the absence of an encapsulated datagram from the body 614).

Operation of Node 1:

With reference to FIG. 7A, there is shown the flow of node 1 upon generation of an original datagram. At STEP 512, node 1 realizes that a datagram has been generated, checks its destination at STEP 514 and, at STEP 516, determines that the destination is node 3. Upon determining, at STEP 524, that the datagram is not a tunnel datagram, node 1 proceeds to STEP 526, where it consults its routing table and finds the next link to which it is supposed to forward the datagram for the specified source-destination pair. Using the routing table of FIG. 2B, column 201 shows that the next hop link for source=1 and destination=3 as viewed by node 1 is link B. Next, at STEP 522, node 1 determines that link B is functional and subsequently forwards the datagram 610 to node 4 along link B.

Operation of Node 4:

Operation of node 4 is identical to that of node 1, except that STEP 512 is exited due to receipt of a datagram. Also, since the routing table is different for each node, the next hop link determined by node 4 when executing STEP 526 will correspond to link H.

Operation of Node 3:

FIG. 7B shows operation of node 3 upon receiving a datagram from node 4 in the scenario of FIG. 6. At STEP 514, node 3 checks the destination of the received datagram and, at STEP 516, realizes that node 3 is itself the destination node specified in the header of the received datagram. Thus, node 3 executes STEP 518, which consists of verifying whether the received datagram is a tunnel datagram. Since the received datagram is not a tunnel datagram, node 3 proceeds to STEP 520 where the received datagram is suitably processed. Examples of processing include extraction of the user data in the body of the datagram and forwarding of the user data to customer premises equipment. Alternatively, the entire datagram could be forwarded to a higher level segmentation and reassembly module.

The above description has dealt with operation of the nodes under normal conditions. Operation of the nodes under failure conditions is now described with reference to

14

FIG. 8, wherein is depicted the occurrence of a failure along link B. It is seen that datagram 610 travelling from node 1 to node 4 along link B will be lost ("black holed") and that no datagram is forwarded by node 4 to node 5 along link H. According to an embodiment of the invention, nodes 1 and 4 respond to the failure by establishing a tunnel through the p-cycle 310.

FIG. 9 shows the establishment of a tunnel involving nodes 1 and 4. Each datagram 910 issued by node 1 is a tunnel datagram and has a header 912 and a body 914. The header 912 specifies node 1 as the source and node 4 as the destination. That is, the source and destination nodes are the nodes at the ends of the failed link which, in this case, is link B. The header 912 also specifies (by the code "TNL") that the datagram 910 is a tunnel datagram. The identity of the p-cycle to be used could also be specified in the header 912. In this case, it is not necessary to explicitly identify a desired p-cycle because only one p-cycle 310 has been defined.

The body 914 of the tunnel datagram 910 encapsulates a complete datagram having its own header 916 and its own body 918. The header 916 of the encapsulated datagram 914 contains the exact same header information as datagram 610. The body 918 of the encapsulated datagram 914 contains user data and therefore its contents will vary from one datagram to the next. Clearly, the tunnel datagram 910 will be bigger than the encapsulated datagram 914 if the latter is encapsulated in its entirety. If desired, the body 918 of the encapsulated datagram 914 could be distributed among more than one tunnel datagram 910.

Operation of Node 1:

FIG. 10A shows operation of node 1 when establishing a tunnel according to an embodiment of the invention. Node 1 generates an original datagram, such as datagram 610, which causes STEP 512 to be exited through the "Y" path, leading to STEP 514. At STEPS 514 and 516, the destination of the generated datagram is found to be node 4, leading to STEP 524. At STEP 524, node 1 is not yet dealing with a tunnel datagram. Thus, node 1 proceeds to STEP 526 where the next hop link is found from the routing table. Column 201 in FIG. 2B indicates that the next hop link is node B. However, at STEP 528, node 1 realizes that link B is down and executes STEP 536.

Specifically, node 1 encapsulates the entire original datagram into the body of a tunnel datagram. The header of the tunnel datagram is given a source node of 1 and a destination node of 4. Also, node 1 determines that p-cycle 310 is to be used and selects one of the two possible directions across the p-cycle 310. In this case, the "south" direction was chosen but it would be equally suitable to select the "north" direction. Node 1 then fills the DATA_TYPE field in the header of the tunnel datagram with a code that identifies the datagram as a tunnel datagram. Node 1 may also add to the DATA_TYPE field a code specifying the identity of the p-cycle used, although this action is not necessary when there is only one p-cycle defined as is the case here. Node 1 then forwards the tunnel datagram created in this way to node 5 along link C.

Operation of Node 5:

FIG. 10B shows operation of node 5 upon receipt of a tunnel datagram from node 1, although node 5 does not know at the outset that it is the recipient of a tunnel datagram. Firstly, receipt of the datagram triggers execution of STEP 514 followed by STEP 516. At STEP 516, node 5 determines that it is not the destination node of the received datagram. Thus, node 5 proceeds to STEP 524, where it reads the header of the received datagram and determines that it has received a tunnel datagram. Receipt of a tunnel

US 6,901,048 B1

15

datagram signifies usage of a p-cycle. At STEP 528, node 5 identifies the p-cycle associated with the tunnel datagram. In cases where the p-cycle in use is identified in the header of the tunnel datagram, this can be done by extracting the identity of the p-cycle from the header of the tunnel datagram. At STEP 530, node 5 identifies the next hop link in the p-cycle. In this case, node 5 realizes that it has received the tunnel datagram from node 1 and therefore it concludes that the next hop link in the p-cycle 310 must be link I. At STEP 532, node 5 confirms that link I is operational and forwards the received tunnel datagram, unchanged, to node 4 along link I.

Operation of Node 4:

FIGS. 10C and 10D show the operational flow of node 4 upon receipt of a tunnel datagram from node 5. In FIG. 10C, receipt of a datagram triggers the execution of STEPS 514 and 516 in the usual way. At STEP 516, node 4 determines that it is the destination node associated with the received datagram and therefore proceeds to STEP 518, where node 4 determines that the received datagram is a tunnel datagram. This information, coupled with the fact that the received datagram is destined for node 4 itself, means that node 4 should execute STEP 522, where it extracts the datagram encapsulated in the body of the received tunnel datagram. The encapsulated datagram has the original form of datagram 610 previously described with reference to FIG. 7.

Node 4 then returns to STEP 514, where node 4 checks the destination of the encapsulated datagram. Since the encapsulated datagram is actually destined for node 3, the next step is STEP 524, where node 4 further determines that the encapsulated datagram is in original form (i.e., is not a tunnel diagram). Thus, node 4 continues with STEP 526, where it consults its routing table to determine the next hop link associated with the source-destination pair specified in the header of the encapsulated datagram. As seen in column 204 of FIG. 2B, the next hop link associated with source=1 and destination=3 is link H. Thus, node 4 checks the integrity of link H at STEP 526 and, since link H is operable, node 4 forwards the original datagram to node 3 across link H.

Operation of Node 3:

The behaviour of node 3 remains unchanged from that previously described with reference to FIG. 7B. Thus, node 3 checks the destination of the received datagram and realizes that node 3 itself is the destination node as specified in the header. Thus, it verifies whether the received datagram is a tunnel datagram. Since the received datagram is not a tunnel datagram, node 3 processes the received datagram.

The above description has shown how traffic normally destined to travel on link B is protected by establishing a tunnel within the p-cycle 310. Following the occurrence of the failure on link B, the delay with which packets or datagrams are re-routed via the p-cycle 310 is dependent only on the detection time, which is in the millisecond range when performed at the physical or virtual layer. Advantageously, no hold-down time is required, resulting in fast protection switching of mission-critical traffic.

Another feature of the present invention is that if a certain amount of bandwidth on the p-cycle is reserved during normal operation, any traffic having up to and including that amount of bandwidth can be rerouted from one of the links protected by that p-cycle. Consequently, it is possible to guarantee that mission-critical traffic will be supported through the network without having to reserve additional bandwidth on every single link. This has advantages in terms of reducing the required capacity of the network, resulting in reduced equipment costs.

16

A further advantage of the invention stems from the simplicity with which the automatic protection switching algorithm is executed by the nodes. That is to say, only those nodes located at the ends of a failed link establish a tunnel. The nodes along the p-cycle between the two end nodes simply need to identify whether or not a received packet is a tunnel packet prior to making a routing decision. This small amount of overhead should not slow down the usual operation of the nodes in any significant way.

Those skilled in the art should also appreciate that the present invention applies not just to link failures per se, but also to failed ingress or egress ports at an interface card on a node. Nodes can easily be programmed to detect such failures, which have an effect identical to that of a link failure.

Moreover, it is within the scope of the invention to handle multiple link failures. For example, a tunnel may be established through a link belonging to a first p-cycle. If that link fails but is protected by a second p-cycle, then another tunnel is established through the second p-cycle. This situation results in nested encapsulation of a datagram. Any number of encapsulation layers is within the scope of the invention.

In the case of a twice encapsulated datagram, upon its arrival at the end of the tunnel established along the second p-cycle, the datagram extracted from the first layer of encapsulation (at STEP 522 of the algorithm in FIG. 5) would itself be a tunnel datagram. Of course, nothing prevents the node in question from simultaneously being (1) the destination of the received tunnel datagram, (2) the destination of the encapsulated tunnel datagram and (3) the destination of the original datagram itself.

Some embodiments of the invention, or portions thereof, may be implemented in any conventional computer programming language. For example, preferred embodiments may be implemented in a procedural programming language (e.g., "C") or an object oriented programming language (e.g., "C++" or "JAVA"). Alternative embodiments of the invention may be implemented as pre-programmed hardware elements (e.g., application specific integrated circuits), or other related components.

Other embodiments of the invention may be implemented as a computer program product for use with a computer system. Such implementation may include a series of computer instructions fixed either on a tangible medium, such as a computer readable media (e.g., a diskette, CD-ROM, ROM, or fixed disk), or transmittable to a computer system via a modem or other interface device, such as a communications adapter connected to a network over a medium. The medium may be either a tangible medium (e.g., optical or analog communications lines) or a medium implemented with wireless techniques (e.g., microwave, infrared or other transmission techniques). The series of computer instructions may embody all or part of the functionality previously described herein with respect to the system.

Those skilled in the art should appreciate that such computer instructions can be written in a number of programming languages for use with many computer architectures or operating systems. Furthermore, such instructions may be stored in any memory device, such as semiconductor, magnetic, optical or other memory devices, and may be transmitted using any communications technology, such as optical, infrared, microwave, or other transmission technologies. It is expected that such a computer program product may be distributed as a removable medium with accompanying printed or electronic documentation (e.g., shrink wrapped software), preloaded with a

US 6,901,048 B1

17

computer system (e.g., on system ROM or fixed disk), or distributed from a server or electronic bulletin board over the network (e.g., the Internet or World Wide Web).

Although various exemplary embodiments of the invention have been disclosed, it should be apparent to those skilled in the art that various changes and modifications can be made that will achieve some of the advantages of the invention without departing from the true scope of the invention. These and other obvious modifications are intended to be covered by the appended claims.

We claim:

**1**. A method of routing packets intended to be transmitted across a network link protected by a protection path defined by a closed loop of nodes and links through the network, the method comprising the steps of:

    determining whether the protected link has failed; and if the protected link has not failed, sending the packets across the protected link; otherwise, encapsulating the packets within tunnel packets and sending the tunnel packets along the protection path; and

    wherein each packet comprises a header specifying the identity of a source node and a destination node associated with the packet and the source and destination nodes associated with each tunnel packet correspond to the nodes at either end of the protected link.

**2**. A method as claimed in claim **1**, wherein the header of each packet further specifies the nature of the packet as a tunnel packet or a non-tunnel packet.

**3**. A method as claimed in claim **2**, wherein the header of each tunnel packet specifies the identity of the protection path along which it is sent.

**4**. A method as claimed in claim **3**, wherein each tunnel packet further comprises a body and wherein the packet encapsulated by a tunnel packet is contained in the body of the tunnel packet.

**5**. A method as claimed in claim **4**, wherein the encapsulated packet is itself a tunnel packet.

**6**. A method as claimed in claim **1**, wherein the step of determining whether the protected link has failed is performed at a physical electrical layer.

**7**. A method as claimed in claim **1**, wherein the step of determining whether the protected link has failed is performed at a physical optical layer.

**8**. A method as claimed in claim **1**, wherein the step of determining whether the protected link has failed is perform at a logical layer.

**9**. A method as claimed in claim **8**, wherein the logical layer is a SONET STS path.

**10**. A method as claimed in claim **8**, wherein the logical layer is an ATM VCC or VPC.

**11**. A method as claimed in claim **1**, wherein all packets are Internet protocol (IP) datagrams.

**12**. A method as claimed in claim **1**, wherein the trajectory of the protection path is updated dynamically.

**13**. A method of routing packets received along a network link by a node, each said received packet being associated with a source node and a destination node, the method comprising the steps of:

    determining the destination node associated with each received packet;

    determining whether the received packet is a tunnel packet encapsulating another packet within its body; and

    if the destination node associated with the received packet is the current node and if the received packet is not a tunnel packet, processing the received packet without further forwarding;

18

    if the destination node associated with the received packet is not the current node and if the received packet is not a tunnel packet, forwarding the received packet based on the destination node associated with the received packet;

    if the destination node associated with the received packet is the current node and if the received packet is a tunnel packet, retrieving the encapsulated packet from the received packet and forwarding it based on the destination node associated with the encapsulated packet;

    if the destination node associated with the received packet is not the current node and if the received packet is a tunnel packet, determining the identity of a protection path along which the tunnel packet was received and forwarding the received packet along a next link in that protection path.

**14**. A method as claimed in claim **13**, wherein any step which involves forwarding a packet across a link protected by a protection path comprises:

    determining whether the protected link has failed; and if the protected link has not failed, sending the packet across the protected link; otherwise, encapsulating the packet within a tunnel packet and sending the tunnel packet along the protection path.

**15**. A method as claimed in claim **14**, wherein each packet comprises a header specifying the identity of a source node and a destination node associated with the packet.

**16**. A method as claimed in claim **15**, wherein the source and destination nodes associated with each tunnel packet correspond to the nodes at either end of the protected link.

**17**. A method as claimed in claim **15**, wherein the header of each packet further specifies the nature of the packet as a tunnel packet or a non-tunnel packet.

**18**. A method as claimed in claim **17**, wherein the header of each tunnel packet specifies the identity of the protection path along which it is sent.

**19**. A method as claimed in claim **14**, wherein all packets are Internet protocol (IP) datagrams.

**20**. A method of switching traffic in a packet-switched network having a plurality of nodes interconnected by links, the method comprising the steps of:

    upon detection of a failure of a link connected a pair of adjacent nodes, encapsulating packets within the bodies of tunnel packets and forwarding the tunnel packets along a predefined protection path which bypasses the failed link, including upon receipt of a tunnel packet by one of the adjacent nodes along a protection path, the recipient node retrieving the encapsulated packet and routing it as a function of a destination specified in the header of the encapsulated packet.

**21**. A method as claimed in claim **20**, wherein each packet comprises a header specifying the identity of a source node and a destination node associated with the packet.

**22**. A method as claimed in claim **21**, wherein the source and destination nodes associated with each tunnel packet correspond to the nodes at either end of the protected link.

**23**. A method as claimed in claim **21**, wherein the header of each packet further specifies the nature of the packet as a tunnel packet or a non-tunnel packet.

**24**. A method as claimed in claim **23**, wherein the header of each tunnel packet specifies the identity of the protection path along which it is sent.

**25**. A method as claimed in claim **22**, wherein all packets are Internet protocol (IP) datagrams.

**26**. A packet-switched network comprising a plurality of nodes interconnected by links, wherein pre-defined protection paths provide protection of a selected plurality of links

US 6,901,048 B1

19

20

and wherein adjacent nodes connected by a protected link are adapted to detect a failure of the protected link, to encapsulate packets within tunnel packets, to differentiate between tunnel packets and non-tunnel packets and to exchange the tunnel packets via the protection paths; and wherein each packet comprises a header specifying the identity of a source node and a destination node associated with the packet and wherein the source and destination nodes associated with each tunnel packet correspond to the nodes at either end of the protected link.

**27**. A packet-switched network as claimed in claim **26**, wherein the header of each packet further specifies the nature of the packet as a tunnel packet or a non-tunnel packet.

**28**. A packet-switched network as claimed in claim **27**, wherein the header of each tunnel packet specifies the identity of the protection path along which it is sent.

**29**. A packet-switched network as claimed in claim **26**, wherein all packets are Internet protocol (IP) datagrams.

**30**. A data router for routing packets intended to be transacted across a network link protected by a protection path defined by a closed loop of nodes and links through the network, comprising:

a data interface for packets to enter and exit the router;

a protection cycle packet manager connected to the data interface, for:

i. determining whether the protected link has failed;

ii. sending the packets across the protected link if the protected link has not failed; and

iii. encapsulating the packets within tunnel packets and sending the tunnel packets along the protection path if the protected link has failed; and

a packeter that converts, in response to failure of a link, affected data packets muted over the failed link into protection cycle packets in the specific protection format.

**31**. A data router as claimed in claim **30**, wherein the protection cycle manager further advertises a link failure to the network using a routing protocol.

**32**. A data router as claimed in claim **30**, wherein the specific protection cycle format includes a label stack based on Multi-Protocol Label Switching (MPLS).

**33**. A data router as claimed in claim **32**, wherein the label stack includes labels for the packet source and the packet destination.

**34**. A data router as claimed in claim **30**, wherein the specific protection cycle format includes an IP-in-EP tunnel.

**35**. A data router as claimed in claim **30**, wherein the IP-in-IP tunnel includes a header containing the packet source and the packet destination and an indication that the packet is a protection cycle packet.

**36**. A data router as claimed in claim **30**, the protection cycle packet manager being adapted to determine the destination node associated with each received packet, to determine whether the received packet is a tunnel packet encapsulating another packet within its body and to

i. process the received packet without further forwarding, if the destination node associated with the received packet is the current node and if the received packet is not a tunnel packet;

ii. forward the received packet based on the destination node associated with the received packet, if the destination node associated with the received packet is not the current node and if the received packet is not a tunnel packet;

iii. retrieve an encapsulated packet from the received packet and forward it based on the destination node associated with the encapsulated packet, if the destination node associated with the received packet is the current node and if the received packet is a tunnel packet; and

iv. determine the identity of a protection path along which the received packet was received and forward the received packet along a next link in that protection path, if the destination node associated with the received packet is not the current node and if the received packet is a tunnel packet.

* * * * *

US007154879B1

(12) **United States Patent**

Pfeffer et al.

(10) Patent No.: **US 7,154,879 B1**

(45) **Date of Patent:** **Dec. 26, 2006**

(54) **POINT TO MULTIPOINT NETWORK**

(75) Inventors: **Robert Pfeffer**, Carlisle, MA (US);
**David mann**, Ottawa (CA); **Brian
Unitt**, Herts (GB)

(73) Assignee: **Nortel Networks Limited**, St. Laurent
(CA)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 854 days.

(21) Appl. No.: **09/867,175**

(22) Filed: **May 29, 2001**

**Related U.S. Application Data**

(60) Provisional application No. 60/207,800, filed on May
30, 2000.

(51) **Int. Cl.**
**H04L 12/66** (2006.01)

(52) **U.S. Cl.** ..................................................... **370/352**

(58) **Field of Classification Search** ............... 725/114,
725/138, 144; 370/390, 401, 465, 468, 442,
370/487, 489, 490, 436, 395.64
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,696,765 | A | * | 12/1997 | Safadi | 370/436 |
| 5,699,176 | A | * | 12/1997 | Cohen | 398/66 |
| 6,430,193 | B1 | * | 8/2002 | Raissinia et al. | 370/448 |
| 6,434,154 | B1 | * | 8/2002 | Stacey et al. | 370/395.64 |
| 6,650,624 | B1 | * | 11/2003 | Quigley et al. | 370/252 |
| 6,834,057 | B1 | * | 12/2004 | Rabenko et al. | 370/468 |

FOREIGN PATENT DOCUMENTS

WO        WO 98/44758        * 10/1998

OTHER PUBLICATIONS

Data_Over-Cable Service Interface Specification dated 1999 by
Cable Television Laboratories, pp. 1-2, 11-20, & 47-57.*
Data Over Cable Service Interface Specification dated 1999 by
Cable Television Laboratories, pp. 1-2, 11-20, & 47-57.*

* cited by examiner

*Primary Examiner*—Doris H. To
*Assistant Examiner*—Robert W. Wilson
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg, LLP

(57) **ABSTRACT**

A point-to-multipoint network arrangement, method of
operation and related signals for a network comprising a
head-end station and at least one subscriber station con-
nected to the head-end by means of a shared medium
high-speed point-to-multipoint network (preferably a pas-
sive optical network). The method involves transmitting
data upstream using a packet-switched transport protocol
(e.g. Ethernet) over TDMA. By using high-speed upstream
transmission with relatively long time slots and relatively
short guard bands, the need for complex ranging schemes is
obviated.

**16 Claims, 2 Drawing Sheets**



22
Ethernet Packets

Guard        TDMA Frame        Guard        TDMA Frame        Guard        TDMA Frame
21              20                21              20                21              20



Fig. 1



*Fig. 2*

US 7,154,879 B1

**1**

## POINT TO MULTIPOINT NETWORK

### RELATED APPLICATIONS

This application is the full filing of the provisional appli- 5
cation 60/207,800 filed May 30, 2000 and entitled "Gigabit
Ethernet-Passive Optical Network" from which this appli-
cation claims priority.

### FIELD OF THE INVENTION

The present invention relates to a method and apparatus
for providing a high capacity point-to-multipoint network, a
system incorporating the same, and signals generated by
such a system. This invention is particularly related to, but 15
in no way limited to, point-to-multipoint networks, known
as fibre to the user (FTTU).

### BACKGROUND TO THE INVENTION

It is known to design point-to-multipoint access networks
based on Passive Optical Networks (PONs). In a PON, a
single head end is connected to a number of outstations via
optical fibres connected in a tree-like arrangement using one
or more passive distributive optical couplers to achieve 25
optical fanout at the logical hub of the network. Typically,
separate fibres and couplers are provided for downstream
and upstream traffic. Alternatively, traffic in both directions
can be combined onto a single fibre using separate wave-
lengths for upstream and downstream traffic, or by sending 30
optical signals in opposite directions using the same nominal
wavelength in each direction. Using this technique, use of
optical and electronic equipment at the head end is shared
amongst many outstations, often enabling a more economic 35
overall network. Because of the shared nature of the network,
each outstation can use only a proportion of the traffic
capacity in each direction.

PONs have been studied in detail and standards exist for
systems using this technology (for example Full Service 40
Access Network (FSAN)). Existing PON systems generally
use a medium access layer protocol based on a fixed length
frame structure in which short timeslots are allocated to each
outstation to carry downstream traffic using time division
multiplexing (TDM). Upstream traffic is also sent in short 45
packets, either according to a fixed schedule, or allocated
dynamically on a frame by frame basis. The technique is
referred to as Time Division Multiple Access (TDMA).
Typically, to maximise efficiency, particularly when using
short packets, each outstation adjusts its transmission time 50
according to its distance from the head end in order that
packets from multiple outstations arrive at the head end
consecutively, without overlap but with minimum inter-
packet gap. Measuring the time differential arising from
different physical distances between the head end and the 55
various outstations is normally performed by control func-
tions at the head end. These control functions then inform
individual outstations how to configure the upstream trans-
mission times in order to achieve interleaving. This process
is known as 'ranging' or 'marshalling'. 60

A disadvantage of this approach is that the ranging
process involves considerable complexity and custom
designed integrated circuits are required at both the head end
and the outstations in a practical system.

A further drawback is that because PON systems built 65
according to FSAN principles normally use short packets for
information transfer, transmission of data already formatted

**2**

into larger packets requires these larger packets to be seg-
mented for transport over the PON, adding further complex-
ity.

The rapid rise in the use of the internet has increased the
requirement to transmit packets carrying Internet Protocol
(IP). At the transport layer, these packets already often use
Ethernet technology, which allows packet sizes of up to
around 1500 bytes. Networks carrying in IP traffic must
support packets of up to at least 576 bytes, larger than can
be carried unsegmented in an FSAN PON.

### OBJECT OF THE INVENTION

The invention seeks to provide an improved method and
apparatus for providing high capacity point-to-multipoint
communications networks, especially in access networks.

### SUMMARY OF THE INVENTION

According to a first aspect of the present invention there
is provided a point-to-multipoint network arrangement com-
prising: a head-end station; at least one subscriber station; a
point-to-multipoint network providing shared medium con-
nectivity between each subscriber station and the head-end
station; wherein each subscriber station is arranged to trans-
mit data that has previously been segmented into packet-
switched transport protocol packets to the head-end station,
using a time division multiple access protocol without the
need to further segment the packet-switched protocol pack-
ets.

Preferably, the packet-switched transport protocol
employs packets formatted according to an Ethernet proto-
col.

Preferably, the packet-switched transport protocol is
arranged to carry Internet Protocol data.

Preferably, the packet-switched transport protocol is
arranged to be able to carry Ethernet frames of the maximum
permitted length in order to avoid the need for segmentation
of Ethernet frames generated by customer premises equip-
ment.

Preferably, the TDMA protocol employs frames each
arranged to carry multiple packet-switched transport proto-
col packets.

Preferably, the subscriber stations periodically receive
synchronisation signals transmitted from the head end-
station.

Preferably, the differential time delays arising from dif-
fering path lengths between the head-end station and out-
stations are absorbed by including guard bands in the TDMA
protocol.

Preferably, the point-to-multipoint network is an optical
network.

Preferably, the optical network is a passive optical net-
work.

Preferably, the point-to-multipoint network is one of a
wireless network and a high-speed copper network.

In one preferred embodiment, each subscriber station is
allocated to one of a plurality of groups, each group trans-
mitting on a distinct physical channel (for example wave-
length in an optical network, or frequency in a wireless
network).

According to a further aspect of the present invention
there is provided a head-end station for a point-to-multipoint
network comprising at least one subscriber station, and a
point-to-multipoint network providing shared medium con-
nectivity between each subscriber station and the head-end
station, the head-end station being arranged to receive from

US 7,154,879 B1

3

the at least one subscriber station data previously segmented into packet-switched transport protocol packets and transmitted using a time division multiple access protocol without the packet-switched protocol packets having been further segmented.

The invention also provides for a telecommunications system, and especially an access telecommunications system, which comprises one or more instances of apparatus embodying the present invention, together with other additional apparatus.

In particular, the invention is also directed to a telecommunications access network comprising a point-to-multipoint network arrangement according to any of the foregoing aspects of the present invention.

Preferably, the point-to-multipoint network is an optical network, and ideally a passive optical network.

The invention is also directed to methods by which the described apparatus and systems operate and including method steps for carrying out every function of the apparatus.

In particular, according to a second aspect of the present invention there is provided a method of operating a point-to-multipoint network arrangement comprising a head-end station, at least one subscriber station, and a point-to-multipoint network providing optical connectivity between each subscriber station and the head-end station, comprising the steps of: transmitting upstream using a packet-switched transport protocol over a TDMA protocol configured to obviate segmentation of packet-switched transport protocol packets.

The invention also provides for communication signals generated by the described apparatus, singly and in combination.

In particular, according to a third aspect of the present invention there is provided a communications signal comprising a sequence of TDMA frames each separated by a guard band, and each TDMA frame arranged to carry at least one complete packet-switched transport protocol packet. Note that the term 'TDMA frame' refers to a time segment during which a particular outstation is permitted to impress a signal on the upstream medium and does not necessarily imply the presence of any transmitted bit patterns other than the packet-switched transport protocol packets to be transmitted by the outstation.

Preferably, each TDMA frame is arranged to carry a plurality of packet-switched transport protocol packets.

There is also provided an upstream communications signal in a shared-medium point-to-multipoint access network, the signal comprising a sequence of TDMA frames each separated by a guard band, each TDMA frame being arranged to carry at least one complete packet-switched transport protocol packet.

Advantageously, the invention allows an access network to be built where the head end equipment and much of the fibre infrastructure can be shared between a number of end customers.

Advantageously, it avoids the need for highly specialised integrated circuit development. Because the data-carrying times slots are themselves very long, the guard bands between the data-carrying time slots can themselves can themselves be longer than in previously known systems without adversely affecting efficiency: they still consume only a small proportion of the overall bandwidth. Consequently, the complex ranging and timing mechanisms required to minimise guard bands in lower bit rate networks are obviated.

4

In a preferred embodiment the packet switched protocol is an Internet Protocol.

Advantageously, it allows transport of IP packets without segmentation.

Multiple access networks allow fibre and exchange end equipment to be shared across groups of end customers, resulting in a more cost effective infrastructure.

Alternatively, this invention allows a multiple access network to be built without the need for active electronics in street locations. A network requiring only passive elements in outside locations would be more attractive, particularly to incumbent network operators who traditionally have not used active street equipment.

Advantageously, the possibility of reusing existing technology designed for Gigabit Ethernet offers the opportunity of achieving shorter time to market than developing entirely new technology for the system.

A packet or IP based passive access network based on Gigabit Ethernet, offers a disruptive technology alternative to the FSAN ATM PON.

The invention is also directed to software by which the described apparatus, systems, and methods operate and including steps for carrying out every corresponding function of the invention.

The preferred features may be combined as appropriate, as would be apparent to a skilled person, and may be combined with any of the aspects of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

In order to show how the invention may be carried into effect, embodiments of the invention are now described below by way of example only and with reference to the accompanying figures in which:

FIG. 1 shows a block diagram of an optical point-to-multipoint network in accordance with the present invention;

FIG. 2 shows a schematic diagram of an upstream data stream in accordance with the present invention;

DETAILED DESCRIPTION OF INVENTION

Referring to FIG. 1, there is shown an optical network arrangement comprising a head-end station 10 and, multiple subscriber stations 11–14 connected by a passive optical network 15.

The system is arranged to provide an improved form of multiple access passive optical network, not based on small packets and ranging to achieve efficiency, but rather using variable sized (e.g. Ethernet) packets each able to carry IP traffic directly without segmentation.

The head-end station 10 comprises medium access logic 101 interfacing via a TDMA framing and sychronisation module 102 to optical transmitter 103, optical receiver 104, and hence to a wavelength multiplexer 105 which provides the physical interface to the optical network 15.

Each outstation 11–14 has a corresponding structure comprising medium access logic 111 connected via the TDMA framing and sychronisation module 112 to an optical transmitter 113 and optical receiver 114 and hence to a wavelength multiplexer 115 again providing the physical interface to the network 15.

Referring to FIG. 2, there is shown an example of an upstream signal structure in such a system. The data stream comprises a sequence of TDMA frames 20 each separated by a guard period 21.

US 7,154,879 B1

**5**

Multiple Ethernet packets **22** are transported within each TDMA frame and for data transport, the Ethernet frames are each preferably sized to be large enough to carry complete Internet protocol packets without requiring segmentation. Ethernet frames of differing sizes may be mixed according to the traffic type carried, so for example voice traffic may be carried within shorter frames to minimise packetisation delay.

In high bit rate communication systems, for example optical networks operating at 1 Gbit/s shared between for example 16 outstations, upstream time slots allocated to each outstation will have high data carrying capacity, even where the time duration of the time slot is relatively small.

Because packet sizes are larger (at least on average), ranging is no longer needed to achieve upstream transmission efficiency as was the case in known lower bit-rate systems. Because guard period between frames represent only a small proportion of the bandwidth available in the high bit-rate system, then unlike existing systems, the relatively long guards required for systems without ranging still represent only a small fraction of the available traffic capacity of the link and so can be tolerated. Furthermore, by reducing the requirement for complex head-end and outstation control systems associated with systems requiring complete ranging schemes, the resulting protocols and equipment are therefore much simpler to implement. Basic synchronisation of the outstations can be achieved using downstream control **102**, **112** frames or other known equivalent mechanisms.

By way of example, suppose a PON constructed according to this invention has 16 outstations, situated at varying distances from the head end amounting to 5 km. The round trip propagation delay for a signal travelling on optical fibre is of the order of 10 microseconds per km. To avoid collisions, the guard band between transmissions from different outstations must therefore be at least 50 microseconds in duration. Suppose further that the active time slot (TDMA frame) during which data packets can be transmitted is 200 microseconds. Then the total time taken to interrogate all outstations on the PON is 4 milliseconds and the loss in upstream transmission efficiency is 20% compared to an ideal lossless system using ranging. If the nominal transmitted bit rate is 1 GBps, then each outstation node is able to support an average data rate of 50 MBps in this example.

If the traffic types to be carried on the system allow for higher latency than 4 milliseconds, further increase in efficiency is possible. In a practical system, there may be other overheads in the upstream transmission which affect the efficiency, including, for example, any preamble patterns preceding the transmission of data frames and intended to achieve clock synchronisation at the head end.

In addition, by avoiding segmentation of Ethernet frames, the overhead associated with addressing each smaller packet is also reduced, thereby increasing available bandwidth.

Furthermore, existing technology (in the form of integrated circuits), which already exists for use in other transport systems for IP traffic, can be reused.

In particular, transmissions could be based on physical layer and medium access layer protocols designed for Gigabit Ethernet (IEEE standard 802.3z) supporting a traffic rate of 1 Gbit/s; in the case of the example optical access network, this capacity is shared between customers connected to the same optical splitter. This approach translates into lower costs (through riding the technology curve for such components and taking advantage of the higher manufactured volumes) and consequently shorter time to market.

**6**

Available bandwidth can be further increased by use of Wavelength Division Multiplexing (WDM) in the system: distinct groups of subscriber stations may be allocated distinct optical frequencies thereby allowing more subscribers to access the same physical network **15**. Typically it is to be expected that each such group of outstations employing a shared frequency would be substantially collocated, successive groups lying along the backbone of the network at differing distances from the head end.

Whilst the method is most attractive at high bit rates in the upstream direction (e.g. in optical access networks supporting data rates in the order of 1–10 Gbps) the method may also be used, though with lesser specific advantage in lower speed networks (e.g. high speed copper or wireless access networks).

Any range or device value given herein may be extended or altered without losing the effect sought, as will be apparent to the skilled person for an understanding of the teachings herein.

The invention claimed is:

**1**. A point-to-multipoint network arrangement comprising:
    a head-end station;
    at least one subscriber station;
    a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station;
wherein each subscriber station is arranged to transmit data that has previously been segmented into packet-switched transport protocol packets, to the head-end station, using a time division multiple access protocol, the head-end station being arranged to allocate a number of consecutive time slots to each subscriber station, each subscriber station having framing apparatus arranged to frame a packet of at least 576 bytes directly without segmentation of the packet, and synchronisation apparatus arranged to send the frame to the head-end station during an allocation of consecutive time slots and with a guard band determined without using ranging.

**2**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol employs packets formatted according to an Ethernet protocol.

**3**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol is arranged to carry Internet Protocol data.

**4**. A point-to-multipoint network arrangement according to claim **1** in which the packet-switched transport protocol is arranged to carry unsegmented Ethernet frames.

**5**. A point-to-multipoint network arrangement according to claim **1** in which the TDMA protocol employs frames each arranged to carry multiple packet-switched transport protocol packets.

**6**. A point-to-multipoint network arrangement according to claim **1** in which the at least one subscriber station is arranged to periodically receive synchronisation signals transmitted from the head end-station.

**7**. A point-to-multipoint network arrangement according to claim **6** in which differential time delays arising from differing path lengths between the head-end station and outstations are absorbed by including guard bands in the TDMA protocol.

**8**. A point-to-multipoint network arrangement according to claim **1** in which the point-to-multipoint network is an optical network.

**9**. A point-to-multipoint network according to claim **8** in which the optical network is a passive optical network.

US 7,154,879 B1

| 7 | 8 |

**10**. A point-to-multipoint network arrangement according to claim **1** in which the point-to-multipoint network is one of a wireless network or a high-speed copper network.

**11**. A point-to-multipoint network arrangement according to claim **1** in which each subscriber station is allocated to one of a plurality of groups, each group transmitting on a distinct physical channel.

**12**. A telecommunications access network comprising a point-to-multipoint network arrangement according to claim **1**.

**13**. The telecommunications access network of claim **12**, the point-to-multipoint network arrangement comprising a passive optical network arrangement.

**14**. A head-end station for a point-to-multipoint network comprising at least one subscriber station, and a point-to-multipoint network providing shared medium connectivity between each subscriber station and the head-end station, the head-end station being arranged to allocate a number of consecutive time slots to each subscriber station, sufficient for a frame containing a packet of at least 576 bytes without segmentation of the packet, the head-end station being arranged to receive the frame from the at least one subscriber station, containing a packet-switched transport protocol packet and transmitted using a time division multiple access protocol with a guard band determined without using ranging, the head end station having apparatus arranged to extract the packet from the frame.

**15**. A telecommunications network comprising a head-end station according to claim **14**.

**16**. A method of operating a point-to-multipoint network arrangement comprising a head-end station, at least one subscriber station, and a point-to-multipoint network providing optical connectivity between each subscriber station and the head-end station, comprising the steps of:

transmitting upstream using a packet-switched transport protocol over a TDMA protocol having a number of consecutive time slots allocated to each subscriber station, and having guard bands determined without using ranging, inserting a packet of at least 576 bytes into a frame directly without segmentation of the packet and sending the frame during an allocation of consecutive time slots.

\*   \*   \*   \*   \*

US008134917B2

(12) **United States Patent**
Fredette et al.

(10) Patent No.: **US 8,134,917 B2**
(45) Date of Patent: **\*Mar. 13, 2012**

(54) **AUTOMATIC PROTECTION SWITCHING USING LINK-LEVEL REDUNDANCY SUPPORTING MULTI-PROTOCOL LABEL SWITCHING**

(75) Inventors: **Andre N. Fredette**, Groton, MA (US); **Loa Andersson**, Älvsjo (SE); **Naganand Doraswamy**, Arlington, MA (US); **Anoop Ghanwani**, North Billerica, MA (US)

(73) Assignee: **Rockstar Bidco LP**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 869 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/188,989**

(22) Filed: **Jul. 25, 2005**

(65) **Prior Publication Data**

US 2005/0265228 A1     Dec. 1, 2005

(51) **Int. Cl.**
*H04J 1/16* (2006.01)
*H04L 12/28* (2006.01)

(52) **U.S. Cl.** ...... **370/218**; 370/228; 370/248; 370/395.5

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,999,286 A | * | 12/1999 | Venkatesan | 398/5 |
| 6,205,117 B1 | * | 3/2001 | Doshi et al. | 370/228 |
| 6,501,754 B1 | * | 12/2002 | Ohba et al. | 370/389 |
| 6,633,544 B1 | * | 10/2003 | Rexford et al. | 370/238 |
| 6,999,459 B1 | * | 2/2006 | Callon et al. | 370/400 |
| 7,035,227 B2 | * | 4/2006 | Garcia-Luna-Aceves et al. | 370/254 |
| 2002/0188756 A1 | * | 12/2002 | Weil et al. | 709/240 |

* cited by examiner

*Primary Examiner* — Melanie Jagannathan
(74) *Attorney, Agent, or Firm* — Anderson Gorecki & Manaras LLP

(57) **ABSTRACT**

A computer network has a plurality of routers that deliver data packets to the network via a plurality of links. At least one router provides automatic protection switching in the event of a link failure. The at least one router includes a plurality of data interfaces for streams of data packets to enter and exit the at least one router; and a backup controller. The backup controller includes a backup path manager, a link monitor, and a backup packet processor. For at least one link of the routing node, the backup path manager identifies a backup routing path for forwarding affected data packets in the event of a failure of the at least one link. The link monitor monitors the plurality of links to determine when a link fails. When a link which has a backup routing path fails, the backup packet processor attaches backup routing path instructions to affected data packets routed over the failed link, and forwards the affected data packets via the backup routing path.

**18 Claims, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

US 8,134,917 B2

**1**

# AUTOMATIC PROTECTION SWITCHING USING LINK-LEVEL REDUNDANCY SUPPORTING MULTI-PROTOCOL LABEL SWITCHING

This application claims priority under 35 U.S.C. §120 to U.S. patent application Ser. No. 10/771,201, filed Feb. 3, 2004 and to U.S. patent application Ser. No. 09/471,463, filed Dec. 22, 1999.

## TECHNICAL FIELD

The present invention relates to computer networks, and more specifically to a computer network that provides protection switching to reroute data packets in the event of a network link failure.

## BACKGROUND ART

The various links of a computer network are paths between network nodes that communicate streams of data. In an Internet Protocol (IP) based computer network, data routing protocols such as Open Shortest Path First (OSPF), Intermediate System-Intermediate System (IS-IS), and Routing Information Protocol (RIP) are used to determine the path that data packets travel through the network. As a specific example, OSPF is a link-state protocol in the IP suite that enables routers to exchange information regarding topological changes within the network, as the link state database is modified. With this information, each router builds a shortest-path tree with itself as the tree root to identify the shortest path from itself to each destination and to build its routing table.

A router in a label switching network may sometimes explicitly route a particular data packet to another intermediate router that is not the ultimate destination of the packet, even though the two routers are not consecutive on the hop-by-hop path for that packet. For example, the affected data packet may be encapsulated inside a network layer packet whose destination is the intermediate router. This process establishes a "tunnel" between the two routers, and any data packet so handled is referred to as a "tunneled packet." A hop-by-hop tunnel follows the hop-by-hop path between the two routers. A tunneled packet that follows other than the hop-by-hop path is said to use an explicitly routed tunnel.

Occasionally, a link between two network routers may fail. When a link fails, the routing protocols are used to advertise the failure throughout the network. Most routers can detect a local link failure relatively quickly, but it takes the network as a whole a much longer time to converge. This convergence time is typically on the order of 10-60 seconds depending on the routing protocol and the size of the network. Eventually, all of the involved routers learn of the link failure and compute new routes for data packets to affected destinations. Once all the routers converge on a new set of routes, data packet forwarding proceeds normally.

While the network is converging after a link fails, transient loops can occur which consume valuable network bandwidth. A loop occurs when two or more intermediate routers in a given network path fail to update their internal representations of the network topology at the same time, and end up repeatedly passing data traffic between themselves rather than on to the correct destination. Loop prevention algorithms have been proposed to eliminate such transient loops. When using loop prevention algorithms, existing routes are maintained until the network has converged and the new routes have been proven to be loop-free. Loop prevention algorithms have the advantage that data packets flowing on unaffected

**2**

routes are not disrupted while transient loops are eliminated. One drawback of loop prevention algorithms, however, is that data packets directed out of a failed link get lost, or "black holed," during the convergence. Moreover, since loop prevention algorithms also extend the convergence time somewhat while new routes are being verified to be loop-free, additional data may be lost on the failed link.

## SUMMARY OF THE INVENTION

A representative embodiment includes a backup controller that provides protection switching in the event of a link failure of a routing node that delivers data packets to a computer network via a plurality of links. The computer network may use, for example, a label switching routing protocol. The backup controller has a backup path manager, a link monitor, and a backup packet processor. For at least one link of the routing node, the backup path manager identifies a backup routing path for forwarding affected data packets in the event of a failure of the at least one link. The link monitor monitors the plurality of links to determine when a link fails. When a link which has a backup routing path fails, the backup packet processor attaches backup routing path instructions to affected data packets routed over the failed link, and forwards the affected data packets via the backup routing path.

A further embodiment may include a backup controller as described above in a data router that delivers data packets to a computer network via a plurality of links. The data router provides protection switching in the event of a link failure. The data router also has a data interface for data packets to enter and exit the router, and a backup controller. Such a data router may also have a failed link recalculator that establishes a new network route to replace a failed link. The failed link recalculator may use a loop prevention algorithm, after a link failure, for determining that the network has converged and is loop-free.

In still a further embodiment, a data router as described above may be included in a computer network having a plurality of data packet streams. The network has a plurality of subnetworks, each subnetwork having at least one application that generates a stream of data packets for transmission over the computer network; and a plurality of routers that deliver data packets to the network via a plurality of links, at least one router providing protection switching in the event of a link failure.

A representative embodiment also includes a method of providing protection switching in the event of a link failure of a computer network routing node that delivers data packets to a computer network via a plurality of links. The method includes identifying, for at least one link of the routing node, a backup routing path for forwarding affected data packets in the event of a failure of the at least one link; monitoring the plurality of links to determine when a link fails; when a link which has a backup routing path fails, attaching backup routing path instructions to affected data packets routed over the failed link; and forwarding the affected data packets via the backup routing path. In a further embodiment, a loop prevention algorithm may be used after a link failure to determine that the network has converged and is loop-free.

Another embodiment includes a computer program product for use on a computer system for providing protection switching in the event of a link failure of a computer network routing node that delivers data packets to a computer network via a plurality of links, the computer program product comprising a computer-usable medium having computer-readable program code thereon. The computer readable program code includes program code for identifying, for at least one

3

4

link of the routing node, a backup routing path for forwarding affected data packets in the event of a failure of the at least one link; program code for monitoring the plurality of links to determine when a link fails; program code for, when a link which has a backup routing path fails, attaching backup routing path instructions to affected data packets routed over the failed link; and program code for forwarding the affected data packets via the backup routing path.

In further embodiments of any of the above, the backup controller may further advertise a link failure to the network using a routing protocol. The backup routing path instructions may include a label stack based on Multi-Protocol Label Switching (MPLS), and the label stack may include labels for a packet source and a packet destination. The backup routing path may be a Label Switched Path (LSP), based on, for example, network topology information such as could be derived from a network protocol.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be more readily understood by reference to the following detailed description taken with the accompanying drawings, in which:

FIG. 1 is an illustration of a computer network which provides label switching-based backup path protection switching according to a representative embodiment.

FIG. 2 is an illustration of a network node router which supports backup paths according to a representative embodiment.

FIG. 3 is a flow chart illustration of the logical steps in a method of providing backup path protection switching according to a representative embodiment.

DETAILED DESCRIPTION OF SPECIFIC EMBODIMENTS

Representative embodiments of the present invention use a label switching protocol to establish backup paths with explicit routing for use in the event of a link failure in a computer network. A label is a short, fixed length, physically contiguous, locally significant identifier which is used to identify a given data stream in a label switching network. Multi-Protocol Label Switching (MPLS) is an example of a network layer-based label switching routing protocol that uses a forwarding paradigm based on label swapping to forward data traffic. Data forwarding between two adjacent network nodes using MPLS labels is known as a label switched hop. The concatenation of one or more label switched hops defines a Label Switched Path (LSP) that allows data packets to be forwarded from one MPLS node to another MPLS node by swapping labels. Explicit routing of an LSP is when the LSP is specified by the source of a data stream. The sequence of nodes defined by the LSP are defined by a layered stack of MPLS labels that typically may include a packet source label, a packet destination label, and labels for the nodes in the defined LSP.

In exemplary embodiments, each router establishes a backup path for each protected local link using MPLS-based Label Switched Path (LSP) tunnels. That is, a data packet sent over such a backup path follows an explicitly specified MPLS-LSP. Data packets are automatically rerouted on the backup link in the event that a protected link fails.

FIG. 1 is an illustration of an computer network capable of providing label switching-based protection switching in accordance with illustrative embodiments of the present invention. Network routers R1 101-R5 105 are connected by primary network links 111-116. Thus, in the network shown

in FIG. 1, router devices R1 101 and R2 102 are connected by primary network link 111, R1 101 and R3 103 are connected by primary network link 112, R2 102 and R3 103 are connected by primary network link 113, R2 102 and R4 104 are connected by primary network link 114, R3 103 and R5 105 are connected by primary network link 115, and R4 104 and R4 104 are connected by primary network link 116.

For each primary network link, a backup path is established to be used in the event that the primary link fails. For example, if link L 3-5 115 fails, router R3 103 immediately starts to send data packets that would normally go to router R5 105 over link L 3-5 115 on LSP backup path L' 35 121. When router R5 105 receives a packet via the backup path L 3-5 121, it treats the packet just as if the packet had been received on the original failed link L 3-5 115. For clarity, FIG. 1 shows only one such backup path 121, which represents the MPLS-based backup LSP for primary link 115 from router R3 103 to router R5 105. In representative embodiments, there may be a backup path for every primary network link.

FIG. 2 is an illustration of a network router device which supports backup paths according to a representative embodiment. FIG. 3 is a flow chart of illustrative method steps in providing backup path protection with the router device of FIG. 2. Network node router 20 is a part of a computer network 22, which are in mutual communication via a plurality of network node data links 21. Router 20 also serves to connect one or more local area networks (LANs) 23 having one or more workstations 231. Data packets enter and exit the router 20 as controlled by a data interface driver 24 which is connected to the network node links 21. Router 20 also includes a backup controller 25 having a link monitor 26, a backup packet processor 27, and a backup path manager 28.

For each link to be protected, a backup path manager 28 identifies a backup path for forwarding affected data packets in the event that the protected link fails, step 301. Backup paths can be hand configured or "automatically" computed using a link-state routing protocol, e.g., Open Shortest Path First (OSPF). To automatically compute a backup path, the backup path manager 28 removes the primary link to be protected from its topology database, and then recomputes the shortest path to the destination router using a shortest-path algorithm. In typical embodiments, explicitly routed MPLS Label Switched Path (LSP) tunnels are used since the backup path follows a sub-optimal route that does not correspond to the normally routed path. Alternative embodiments may use another label switching protocol other than MPLS.

A link monitor 26 monitors protected links of the router for failure, step 302. A link may fail, for example, if the path between two nodes is physically disrupted, or if a router loses power, disabling the connected links. Various different mechanisms may be used to detect such a link failure. For example, in a 100BASE-TX link integrity test, Fast Ethernet transceiver circuits continually monitor the receive data path for activity as a means of checking that the link is working correctly. The signaling system used for 100BASE-TX segments is based on the ANSI FDDI signaling system, which sends signals continually, even during idle periods of no network traffic. Therefore, activity on the receive data path is sufficient to provide a continual check of link integrity.

When the link monitor 26 initially determines that a protected link has failed, in step 303, backup packet processor 27 attaches backup path instructions from the backup path manager 28—for example, MPLS labels to affected data packets, which are forwarded through the network 22 over the backup for the failed link, step 304. A predetermined period of time after the first detection of a link failure, the failure may be considered to be more than a temporary phenomenon, and the

US 8,134,917 B2

5

link may be considered to have positively failed. The router **20** then advertises the link failure to the network **22**, in step **305**, using a routing protocol, e.g., Open Shortest Path First (OSPF).

New routes are determined to replace the failed link, step **306**. In step **307**, a diffusion-based loop-prevention algorithm determines when the network **22** has converged on new routes and is loop-free. To describe how loop prevention algorithms operate, it is important to first understand that most routing protocols use what are called "shortest-path" algorithms, which may be further sub-classified as being either distance-vector or link-state algorithms. A network node using a distance-vector algorithm, for example, knows the length of the shortest path from each neighboring node to every network destination. Based on this information, the node calculates the shortest path and next node in the path for each destination. Such nodes send to neighboring nodes update messages containing vectors of one or more entries each specifying the distance to a given destination. Receiving an update message may cause a node to generate an update message of its own. As a further example, a network node using a link-state algorithm (also called a topology broadcast algorithm) must know the topology of the entire network (or at least receive such information) in order to compute the shortest path to each network destination. Such nodes broadcast to every other node in the network, update messages containing the state of each of the node's adjacent links.

To avoid transient loops, loop prevention algorithms have been proposed based on diffusing computations, such as described by Garcia-Lunes-Aceves in *Loop-Free Routing Using Diffusing Computations*, IEEE/ACM Transactions on Networking, Vol. 1, No. 1, 1993, which is hereby incorporated herein by reference. To that end, a family of distance vector algorithms are proposed which converge in a finite time after an arbitrary sequence of link cost or topological changes, being loop-free at any given instant, and having advantageous efficiency with respect to combined temporal, message, and storage complexities. Thus, loss of data packets is avoided by using the LSP tunnels to forward the affected data packets while the loop prevention algorithm is running.

Finally, in step **308**, once the new routes are confirmed to be loop-free, the routers revert from the back up path to the new routes, and the backup path manager **28** calculates new backup paths for the newly established routes.

Since representative embodiments use label switching, the present invention can operate successfully in any arbitrary network topology. It should be noted, however, that to realize full link-level protection, the network should have the property that for every two neighbors A and B connected by link L, there exists another path between A and B that does not include L. Various options may be employed with respect to network-level encapsulation on the original link. For example, the original network-layer encapsulation (e.g., IP) may be tunneled in the backup LSP. If MPLS is used on the original link, then the labeled packet may be tunneled on the backup path using MPLS label stacking. Multiple independent link failures may be tolerated using multiple layers of tunneling.

Various embodiments of the invention, or portions thereof (e.g., the link monitor **26**, the backup packet processor **27**, the backup path manager **28**, etc.), may be implemented in any conventional computer programming language. For example, representative embodiments may be implemented in a procedural programming language (e.g., "C") or an object oriented programming language (e.g., "C++" or "JAVA"). Alternative embodiments of the invention may be implemented as pre-

6

programmed hardware elements (e.g., application specific integrated circuits), or other related components.

Alternative embodiments of the invention may be implemented as a computer program product for use with a computer system. Such implementation may include a series of computer instructions fixed either on a tangible medium, such as a computer readable media (e.g., a diskette, CD-ROM, ROM, or fixed disk), or transmittable to a computer system via a modem or other interface device, such as a communications adapter connected to a network over a medium. The medium may be either a tangible medium (e.g., optical or analog communications lines) or a medium implemented with wireless techniques (e.g., microwave, infrared or other transmission techniques). The series of computer instructions preferably embodies all or part of the functionality previously described herein with respect to the system. Those skilled in the art should appreciate that such computer instructions can be written in a number of programming languages for use with many computer architectures or operating systems. Furthermore, such instructions may be stored in any memory device, such as semiconductor, magnetic, optical or other memory devices, and may be transmitted using any communications technology, such as optical, infrared, microwave, or other transmission technologies. It is expected that such a computer program product may be distributed as a removable medium with accompanying printed or electronic documentation (e.g., shrink wrapped software), preloaded with a computer system (e.g., on system ROM or fixed disk), or distributed from a server or electronic bulletin board over the network (e.g., the Internet or World Wide Web).

Although various exemplary embodiments of the invention have been disclosed, it should be apparent to those skilled in the art that various changes and modifications can be made that will achieve some of the advantages of the invention without departing from the true scope of the invention. These and other obvious modifications are intended to be covered by the appended claims.

The invention claimed is:

**1**. Apparatus comprising:

a backup controller that provides protection switching in the event of a link failure associated with an intermediate routing node that delivers explicitly routed data packets from a source to a destination in a computer network via a plurality of links, including a backup path manager that, for at least one link of the routing node, identifies a backup routing path that is used by the routing node for forwarding affected explicitly routed data packets to the destination in the event of a failure of the at least one link, wherein the backup routing path is determined prior to a failure of the at least one link.

**2**. The apparatus according to claim **1**, wherein the backup controller further advertises a link failure to the network using a routing protocol.

**3**. The apparatus according to claim **1**, further comprising a backup packet processor that, when a link which has a backup routing path fails, attaches backup routing path instructions to affected data packets routed over the failed link, and forwards the affected data packets via the backup routing path the backup routing path instructions based on Multi-Protocol Label Switching (MPLS).

**4**. The apparatus according to claim **3**, wherein the label stack includes labels for a packet source and a packet destination.

**5**. The apparatus according to claim **1**, wherein the backup routing path is a Label Switched Path (LSP).

**6**. The apparatus according to claim **5**, wherein the LSP is based on network topology information.

US 8,134,917 B2

7

**7**. The apparatus according to claim **6**, wherein the network topology information is derived from a network protocol.

**8**. The apparatus according to claim **1**, wherein the computer network uses a label switching routing protocol.

**9**. A method comprising:

providing protection switching in the event of a link failure associated with an intermediate routing node that delivers explicitly routed data packets from a source to a destination in a computer network, including identifying, for at least one link of the routing node, a backup routing path that is used by the routing node for forwarding affected data packets to the destination in the event of a failure of the at least one link, wherein the backup routing path is identified prior to the failure of the at least one link.

**10**. A method according to claim **9**, further comprising advertising a link failure to the network using a routing protocol.

**11**. A method according to claim **9**, further comprising establishing a new network route to replace a failed link.

8

**12**. A method according to claim **9**, further comprising using a loop prevention algorithm after a link failure to determine that the network has converged and is loop-free.

**13**. A method according to claim **9**, further comprising the steps of determining when a link fails, and, when a link which has a backup routing path fails, attaching backup routing path instructions to affected data packets routed over the failed link, wherein the backup routing path instructions include a label stack based on Multi-Protocol Label Switching (MPLS).

**14**. A method according to claim **13**, wherein the label stack includes labels for a packet source and a packet destination.

**15**. A method according to claim **9**, wherein the backup routing path is a Label Switched Path (LSP).

**16**. A method according to claim **15**, wherein the LSP is based on network topology information.

**17**. A method according to claim **16**, wherein the network topology information is derived from a network protocol.

**18**. A method according to claim **9**, wherein the computer network uses a label switching routing protocol.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.       : 8,134,917 B2                         Page 1 of 1
APPLICATION NO.  : 11/188989
DATED            : March 13, 2012
INVENTOR(S)     : Fredette et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page, after the phrase:

"(65) Prior Publication Data US 2005/0265228 A1 Dec. 1, 2005"

insert

--Related U.S. Application Data

(63) Continuation of application No. 10/771,201, filed on Feb. 3, 2004, now Pat. No. 6,987,727, which is a continuation of application No. 09/471,463, filed on Dec. 22, 1999, now abandoned.--

Signed and Sealed this
Third Day of September, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

(12) **United States Patent**
Meier et al.

(10) Patent No.: **US 8,464,299 B1**
(45) **Date of Patent:**  **Jun. 11, 2013**

(54) **RESOURCE CONSERVATION FOR PACKET TELEVISION SERVICES**

(75) Inventors: **Rolf G. Meier**, Carp (CA); **Tim J. Rahrer**, Ottawa (CA)

(73) Assignee: **Rockstar Consortium US LP**, Plano, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2212 days.

(21) Appl. No.: **11/280,615**

(22) Filed: **Nov. 16, 2005**

**Related U.S. Application Data**

(60) Provisional application No. 60/628,577, filed on Nov. 17, 2004, provisional application No. 60/628,625, filed on Nov. 17, 2004.

(51) **Int. Cl.**
**G06F 15/16** (2006.01)
(52) **U.S. Cl.**
USPC ............................................. **725/95**; 725/96
(58) **Field of Classification Search**
USPC ............................. 725/58, 124, 125, 86–104
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2002/0174437 A1* | 11/2002 | Mano et al. | ...................... | 725/95 |
| 2003/0097659 A1* | 5/2003 | Goldman | ........................ | 725/89 |
| 2003/0206719 A1* | 11/2003 | Bumgardner et al. | .......... | 386/83 |
| 2006/0064729 A1* | 3/2006 | Steading | ........................ | 725/95 |

* cited by examiner

*Primary Examiner* — Sam Bhattacharya
(74) *Attorney, Agent, or Firm* — Withrow & Terranova, PLLC

(57) **ABSTRACT**

The present invention controls delivery of television content to conserve network resources based on whether the television content is being viewed on a television monitor. A television gateway may monitor a viewer's interactions with the television gateway to determine whether the television content is being viewed at the associated television monitor, or detect whether the television monitor is on or off. Upon determining that the viewer is not viewing the television content, various actions can be taken to conserve network resources.

**22 Claims, 5 Drawing Sheets**





- - - TV CONTENT
(FROM CONTENT SERVERS)
.......... CONTROL MESSAGES
⎯⎯ TV CONTENT
(TO TV MONITOR)
- · - · USER INPUT

FIG. 1



100
RECEIVE TELEVISION CONTENT FROM CONTENT SERVER
102
DELIVER TELEVISION CONTENT TO TELEVISION MONITOR
104
DETERMINE WHETHER TO ACTIVATE RESOURCE SAVING PROCESS BASED ON DEFAULT OR USER PREFERENCES (TIME, DATE, TIMER, CONTENT, SERVICE TYPE, TELEVISION STATE, ETC.)
106
ACTIVATE RESOURCE SAVING PROCESS ?
NO
108
CONTINUE DELIVERY OF TELEVISION CONTENT
YES
110
MONITOR VIEWING INDICIA, SUCH AS USER ACTIVITY OR TELEVISION STATE INDICATIVE OF THE TELEVISION MONITOR BEING WATCHED IN LIGHT OF RESOURCE SAVING CRITERIA
112
IS TELEVISION MONITOR BEING WATCHED ?
YES
NO
A

FIG. 2A



A
114
DETERMINE RESOURCE SAVING ACTION TO TAKE BASED ON DEFAULT OR USER PREFERENCES
116
INITIATE RESOURCE SAVING ACTION
118
HALT DELIVERY OF TELEVISION CONTENT
128
REDUCE TELEVISION CONTENT QUALITY
136
PROVIDE LOCAL CONTENT FOR DISPLAY
120
INSTRUCT CONTENT SERVER TO STOP DELIVERY OF TELEVISION CONTENT
130
INSTRUCT CONTENT SERVER TO PROVIDE LOWER QUALITY TELEVISION CONTENT
138
INSTRUCT CONTENT SERVER TO STOP DELIVERY OF TELEVISION CONTENT
122
PROVIDE ALERT FOR DISPLAY
132
PROVIDE ALERT FOR DISPLAY
140
PROVIDE ALERT FOR DISPLAY
124
PROVIDE BLANK SCREEN SIGNAL TO TELEVISION MONITOR
134
CONTINUE DELIVERY OF (LOWER QUALITY) TELEVISION CONTENT TO TELEVISION MONITOR
142
INITIATE DELIVERY OF LOCAL CONTENT TO TELEVISION MONITOR (RECORDED CONTENT, SCREEN SAVER, ETC.)
126
WAIT FOR ADDITIONAL USER INPUT

FIG. 2B



FIG. 3



FIG. 4

US 8,464,299 B1

**1**

## RESOURCE CONSERVATION FOR PACKET TELEVISION SERVICES

This application claims the benefit of U.S. provisional patent application Ser. No. 60/628,577 filed Nov. 17, 2004 and U.S. provisional patent application Ser. No. 60/628,625 filed Nov. 17, 2004, the disclosures of which are hereby incorporated by reference in their entireties.

### FIELD OF THE INVENTION

The present invention relates to delivery of television content, and in particular to controlling delivery of television content to conserve network resources based on whether the television content is being viewed.

### BACKGROUND OF THE INVENTION

The increasing bandwidth and reliability of packet networks has reached levels where streaming high quality television content is now possible. For packet-based television services, content providers will likely not send streaming television content for all available channels to all subscribers at the same time. Instead, only the television content for the selected channel will be streamed to the subscriber. As such, the amount of network resources required to service a given number of subscribers is greatly reduced from a scenario where subscribers are simultaneously receiving television content for many channels.

Even though network capacity is increasing, the number of potential subscribers is very large and the television content is growing more data intensive. Subscribers demand high quality television content, which corresponds to lower compression rates and greater bandwidth requirements. Further, the bandwidth required to support high-definition television content is many times that necessary for standard definition television content. Accordingly, there remains a need to conserve the network resources required to provide packet-based television services.

A significant waste of network resources occurs when television content is delivered to a television monitor that is not being viewed. Many subscribers leave their televisions on for long periods of time when no one is home or watching the television. It is also commonplace for subscribers to leave their set top boxes on, even when the television monitor is off. In either case, the television content is being delivered over the packet network to the set top box, thus wasting network resources. When thousands of subscribers are wasting network resources, such waste becomes significant and the packet network must be over built to accommodate the waste. In addition, video content will typically have very high priority in the network so video streams that are not being actively recorded or viewed will preclude or diminish the performance of other services vying for the network bandwidth. As such, there is a need for a technique to control delivery of the television content to conserve network resources when the television content is not being viewed.

### SUMMARY OF THE INVENTION

The present invention controls delivery of television content to conserve network resources based on whether the television content is being viewed on a television monitor, where the term television monitor includes but is not limited to a television, a video processor with separate display panel, a video projector, or a portable or handheld device that is able to display a video stream. A television gateway may monitor

**2**

a viewer's interactions with the television gateway to determine whether the television content is being viewed at the associated television monitor or detect whether the television monitor is on or off. Upon determining that the viewer is not viewing the television content, various actions can be taken to conserve network resources. Conservation actions may be avoided if the content is being recorded. These actions may include providing instructions to the content provider to halt delivery of all or a portion of the television content or provide the television content at a reduced quality level to reduce the bandwidth needed for transporting the television content. If delivery of the television content is halted, the television gateway may provide a blank screen or locally stored television content to the television monitor for display. When a conservation action is taken, an alert may be provided for display on the television monitor before, during, or after initiating the action to alert the viewer of the action.

Those skilled in the art will appreciate the scope of the present invention and realize additional aspects thereof after reading the following detailed description of the preferred embodiments in association with the accompanying drawing figures.

### BRIEF DESCRIPTION OF THE DRAWING FIGURES

The accompanying drawing figures incorporated in and forming a part of this specification illustrate several aspects of the invention, and together with the description serve to explain the principles of the invention.

FIG. **1** is a block representation of a packet-based television environment according to one embodiment of the present invention.

FIGS. **2**A and **2**B provide a flow diagram illustrating operation of a television gateway according to one embodiment of the present invention.

FIG. **3** is a flow diagram illustrating a learning technique according to one embodiment of the present invention.

FIG. **4** is a block representation of a television gateway according to one embodiment of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The embodiments set forth below represent the necessary information to enable those skilled in the art to practice the invention and illustrate the best mode of practicing the invention. Upon reading the following description in light of the accompanying drawing figures, those skilled in the art will understand the concepts of the invention and will recognize applications of these concepts not particularly addressed herein. It should be understood that these concepts and applications fall within the scope of the disclosure and the accompanying claims.

The present invention controls delivery of television content to conserve network resources based on whether the television content is being viewed on a television monitor. In one embodiment, a television gateway, such as a set top box or residential gateway, monitors a viewer's interactions with the television gateway to determine whether the television content is being viewed at the associated television monitor. If the viewer is not viewing the television content, various actions can be taken to conserve network resources. These actions may include providing instructions to a content provider to halt delivery of the television content or provide the television content at a reduced quality level to reduce the bandwidth needed for transporting the television content. If delivery of

US 8,464,299 B1

**3**

the television content is halted, the television gateway may provide a blank screen or locally stored television content to the television monitor for display. In another embodiment, the television gateway monitors the power or current consumption of the television monitor to determine whether the television content is being viewed.

With reference to FIG. **1**, a packet-based television environment **10** is illustrated wherein content servers **12** are able to stream packet-based television content to a television monitor **14** via a television gateway **16**, which may represent a set top box or like device. The content servers **12** may reside on a core transport network **18**, wherein an access network **20** is used to facilitate a connection between the television gateway **16** and the core transport network **18**. The streamed television content may be delivered using any number of appropriate packet-based communication protocols, including the Internet Protocol (IP).

In operation, the television gateway **16** and the content servers **12** are able to exchange control messages to effectively control the delivery of the television content from the content servers **12** to the television gateway **16**, which will process the received television content as necessary and then deliver the television content to the television monitor **14** in an appropriate format for display. The television gateway **16** and content servers **12** can cooperate to allow the television gateway **16** to receive software and firmware updates, exchange billing information for various services, report viewer activity, and the like. Middleware may be provided on the content servers **12**, a standalone network element, or a combination thereof to assist in providing an electronic programming guide and user profiles. The middleware may also be able to monitor user actions and viewing behaviors.

Viewers will have various mechanisms with which to control the television monitor **14** and the television gateway **16**. For example, a television monitor remote control **22** may be provided for controlling only the television monitor **14**. Alternatively, a multi-function remote control **24** may be used to control aspects of the television gateway **16** as well as the television monitor **14**. Other input devices may include a mouse **26**, keyboard **28**, or joystick **30**. In one embodiment of the present invention, these input devices are used to detect viewer activity, which is indicative of the viewer actually viewing the television content that is being received by the television gateway **16** and delivered to the television monitor **14** for viewing. The television gateway **16** can make a determination as to whether the television content is being viewed. If a determination is made that the television content is not being viewed, the television gateway **16** can take appropriate action to conserve network resources. These actions may include but are not limited to instructing the content server **12** to stop delivering the television content, instructing the content server **12** to reduce the quality of the television content in an effort to reduce the data rate or bandwidth associated with delivering the television content, or the like. Other examples will be described further below.

Turning now to FIGS. **2**A and **2**B, a flow diagram illustrates operation of the television gateway **16** according to one embodiment of the present invention. Assume that the television gateway **16** has reacted to viewer input and instructed a content server **12** to deliver selected television content for viewing. Accordingly, the television gateway **16** will receive the television content from the appropriate content server **12** (step **100**) and deliver the television content to the television monitor **14** for display (step **102**).

Upon receiving the television content, or at some point while the television content is being delivered, the television gateway **16** will determine whether to activate a resource

**4**

saving process, which is a process used to determine if and when a resource saving action should be taken (step **104**). Virtually any criteria may be used to determine if and when to activate the resource saving process. In this embodiment, the resource saving process is initiated based on either default or user preferences, which are stored by the television gateway **16** or made accessible to the television gateway **16**. The default or user preferences help to define the criteria used to activate the resource saving process and may be based on the current time, date, timer expiration, the television content, the type of television content (service type), whether the television monitor is on or off, and the like. The criteria may also be based on bandwidth or other resources required by other applications or services. Information bearing on the requirements of other applications or services may come from various network entities, as well as the television gateway **16**.

For example, the preferences for activating the resource saving process may dictate that activation occur after two hours of viewing a given channel, during daytime hours, and only if television content is not pay-per-view content. Notably, activation of the resource saving process does not trigger a resource saving action, but simply activates a process to determine whether a resource saving action should be taken. If the resource saving process should not be activated (step **106**), delivery of the television content will continue (step **108**), wherein another determination whether to activate the resource saving process may take place at a future time or on a periodic or systematic basis (step **104**).

If the resource saving process should be activated (step **106**), the television gateway **16** will begin monitoring viewing indicia, which may be virtually any type of information indicative of the television monitor **14** being watched, in light of resource saving criteria (step **110**). The viewing indicia may relate to user activity involving the television gateway **16** and indicative of a viewer being present to view the television content provided to the television monitor **14**. User activity could involve the viewer changing channels, changing volume, pausing, rewinding, fast forwarding, or otherwise providing input to control the television gateway **16**. Viewing indicia relating to the television state may relate to whether the television monitor **14** is on or off. If the television monitor **14** is off, the television gateway **16** can readily determine that the television monitor **14** is not being viewed. As will be described further below, the television gateway **16** may be able to monitor power or current consumption of the television monitor **14** to determine whether the television monitor **14** is on or off. The resource saving criteria are essentially the rules or guidelines to which the viewing indicia is applied to allow the television gateway **16** to determine whether the television monitor **14** is being watched.

If the television gateway **16** determines that the television monitor **14** is being watched (step **112**), the television gateway **16** will continue monitoring the viewing indicia according to the resource saving process (step **110**). If the television monitor **14** is not being watched (step **112**), the television gateway **16** may determine a resource saving action to take based on the default or user preferences, if multiple resource saving actions are available (step **114**). The television gateway **16** will then initiate a resource saving action (step **116**). In the illustrated example, the television gateway **16** can initiate one of three resource saving actions: halting delivery of the television content, reducing the quality of the television content, and providing local content, which is locally stored on the television gateway **16** or associated device, for display instead of the television content from the content server **12**.

If the resource saving action to halt delivery of the content is selected (step **118**), the television gateway **16** will instruct

**5**

the content server **12** to stop delivery of the television content (step **120**), provide an alert for the viewer to display on the television monitor **14** (step **122**), and provide a blank screen signal to the television monitor **14** (step **124**). At this point, the television gateway **16** may wait for additional user input before taking additional action (step **126**).

If the resource saving action was to reduce the quality of the television content to effectively reduce the data rate associated with delivering the television content and thus the required bandwidth associated with delivering the television content (step **128**), the television gateway **16** will instruct the content server **12** to provide a lower quality version of the television content (step **130**). As such, the content server **12** may employ more intense compression algorithms and/or reduce the content resolution to minimize the data rates necessary to deliver the television content to the television gateway **16**. During this process, the television gateway **16** may provide an alert to the viewer for display on the television monitor **14** (step **132**). The alert may indicate that a lower quality television signal is being provided, as well as provide the viewer with an option to go back to viewing the higher quality television signal. The television gateway **16** will then continue to deliver the television content to the television monitor **14** (step **134**) and wait for additional user input prior to taking further action (step **126**).

If the resource saving action is to provide local content for display on the television monitor **14** (step **136**), the television gateway **16** may instruct the content server **12** to stop delivery of the television content (step **138**), provide an alert to the viewer for display on the television monitor **14** indicating that local content is being displayed (step **140**), and then initiate delivery of the local content to the television monitor (step **142**). The local content may be recorded at the television gateway **16** or may be provided by another media device. The actual content may be a stored television program, slideshow, or desired screen saver. Again, the television gateway **16** may wait for additional user input before taking additional action (step **126**).

As those skilled in the art will appreciate, the television gateway **16** may erroneously determine that a viewer is not watching the television content being provided to the television monitor **14**, even if the television monitor **14** is being viewed by the viewer. As such, customer satisfaction demands that the resource saving criteria be configured to react to the viewing indicia in an accurate manner. This is important in order to ensure that the television gateway **16** does not errantly initiate a resource saving action when the television monitor **14** is being viewed. As a corollary, there is a desire to minimize wasted network resources, and therefore, have the television gateway **16** determine when the television monitor **14** is not being viewed as quickly as possible. To maximize the efficiency of the resource saving process, the resource saving criteria may have many variables, including various viewing indicia.

Further, a learning process may be employed wherein the television gateway **16** will analyze the viewer's habits over time in light of various viewing indicia to create customized resource saving criteria, which are based on the habits of the viewer or viewers associated with a given television gateway **16**. For example, if a user never views content late at night, the stream is still active late at night, and the recording device is not active, then it is likely that no one is viewing the television content. As such, the television gateway **16** may employ the resource saving action. These statistics can be pulled from the middleware that tracks user requests for content and viewing patterns. An exemplary learning process is provided in the flow diagram of FIG. **3**. Initially, the television gateway **16**

**6**

will monitor viewing indicia over time (step **200**) and generate customized resource saving criteria based on the monitoring of the viewing indicia (step **202**). The television gateway **16** will then apply the resource saving criteria to control the resource saving process described above (step **204**).

Those skilled in the art will recognize that there are numerous ways to modify the present invention as well as additional or optional actions that may be taken in association with implementing the present invention. For example, the television gateway **16** may be configured to turn off the power to the television monitor **14** when the television content is not being viewed. Further, since most of the bandwidth associated with the television content is allocated to the video content, the television gateway **16** could instruct the content server **12** to continue delivery of the audio content and halt the video content. As indicated, different types of programming, such as video-on-demand or pay-per-view content, which may involve less user interaction or require a fee for viewing, may warrant not using the resource saving process or changing the resource saving process to be less invasive or restrictive. Many of the actions may be provided in sequence. For example, once it is determined that the television content is not being viewed, the first action may operate to reduce the quality of the television content. If user input is not received within a certain amount of time after a reduction in the quality of the television content, a second action could be taken to halt the delivery of the television content and provide a screen saver or locally recorded content to the television monitor **14**.

As an alternative to the above-illustrated embodiment, an alert could be provided prior to initiating the resource saving action and give the viewer time to cancel the resource saving action before the action is initiated. If the television gateway **16** can operate as a digital video recorder (DVR), the resource saving process may be deactivated when television content is being recorded. The resource saving process may also be tied to the relative length of the programming, wherein for a two-hour program, the resource saving process will not be initiated for at least two hours. Programming length can be obtained from the middleware or electronic programming guide. Alternatively, the resource saving process may be initiated at the end of a program or at the beginning of another program, as well as at different times throughout the program, depending on the desires of the user and the presets provided by the content providers.

With reference to FIG. **4**, a block representation of a television gateway **16** is provided. The television gateway **16** will include a network interface **32** adapted to connect directly or indirectly to the access network **20** and an audio/video interface **34** adapted to provide content to the television monitor **14**. The content will definitely include the television content, and may include audio content as well. The audio content may also be provided to an optional stereo receiver or like audio processor. The audio/video interface **34** may provide analog or digital audio and video signals, or a combination thereof, depending on the desired connectors and formats. The television content received via the network interface **32** will be processed in traditional fashion by a signal processor **36** and forwarded through the audio/video interface **34** for delivery to the television monitor **14**. In addition to processing the television content, the signal processor **36** may be involved in providing signaling to the content servers **12** via the network interface **32**, as well as to the television monitor **14** via the audio/video interface **34**.

The functionality afforded by the television gateway **16** is predominantly controlled by a control system **38**, which cooperates with the signal processor **36** to provide the functionality described above. In particular, the control system **38**

US 8,464,299 B1

7

will have the requisite memory and data to implement a resource saving function **40**, which effectively implements the resource saving process. The control system **38** is also associated with a user interface **42**, which is configured to receive user input directly through an associated keypad or any of the other input devices illustrated in FIG. **1**. The user interface **42** may also provide a display directly on the television gateway **16**. Accordingly, the viewing indicia relating to viewer activity is received via the user interface **42** and processed by the control system **38** in light of the resource saving criteria.

When the viewing indicia relates to the power or current consumption of the television monitor **14**, the television gateway **16** may include additional circuitry to monitor the power or current supplied to the television monitor **14**. In particular, the television gateway **16** will generally have a power supply **44**, which supplies power to the various electronics in the television gateway **16** from an AC power source. The AC power source may also provide AC power to a power outlet **46** into which the power cord for the television monitor **14** can be plugged. Thus, the television monitor **14** will derive its power from the television gateway **16**. If a power or current sense circuit **48** is used to monitor the power or current provided to the television monitor **14**, power or current provided to the television monitor **14** can be determined at any given time, and provided to the control system **38** as viewing indicia. Accordingly, when the television monitor **14** is on, a higher power and current are provided to the television monitor **14**. When the television monitor **14** is off, a lower power or current level is provided to the television monitor **14**. As such, the control system **38** will have a clear indication as to whether the television monitor **14** is on or off.

Notably, different television monitors **14** will require different power or current levels for operation. As such, the control system **38** may cooperate with the power or current sense circuitry **48** to monitor the power or current provided to the television monitor **14** over a given period of time, and effectively learn the respective levels for the on and off states. Once the learning is complete, the control system **38** will be ready to process the viewing indicia received from the power or current sense circuitry **48** in an effective manner. If a learning process is not desirable, default power or current levels may be defined for on or off states.

The television gateway **16** may also include an infrared or radio frequency (RF) interface **50** capable of transmitting wireless signals to recording devices and the television monitor **14**. For the present invention, the television gateway **16** may turn the television monitor **14** off by transmitting an appropriate signal via the infrared or RF interface **50** when content delivery is stopped as part of a resource saving action. The power sensing function can be used to confirm that the television monitor **14** is off. Those skilled in the art will recognize other types of wired or wireless interfaces through which the television monitor **14** may be controlled.

Accordingly, the present invention provides an efficient and effective technique for conserving network resources based on whether the television content being delivered for viewing is actually being viewed. A determination as to whether the television content is actually being viewed may be based on user activity indicative of the content being viewed, whether the television monitor **14** is in an on or off state based on power or current consumption monitoring, or a combination thereof. If a determination is made that the television content is not being viewed, various actions may be taken to stop the delivery of the television content or change

8

aspects of the television content to minimize the network resources necessary for transporting the television content for viewing.

Those skilled in the art will recognize improvements and modifications to the preferred embodiments of the present invention. All such improvements and modifications are considered within the scope of the concepts disclosed herein and the claims that follow.

What is claimed is:

**1**. A method for conserving resources associated with packet television services comprising:

receiving television content from a content provider over a packet network;

providing the television content to a television monitor for display to a viewer;

determining if a resource conserving process should be activated, wherein the resource conserving process determines if an action to conserve resources associated with transporting the television content over the packet network should be performed;

if the resource conserving process should be activated:

determining whether the viewer is watching the television monitor; and

initiating the action to conserve resources associated with transporting the television content over the packet network upon determining that the viewer is not watching the television monitor;

if the resource conserving process should not be activated:

continue providing the television content.

**2**. The method of claim **1** further comprising monitoring viewing indicia bearing on the television monitor being watched and applying the viewing indicia to resource saving criteria to determine whether the viewer is watching the television monitor.

**3**. The method of claim **2** further comprising receiving viewer input and wherein the viewing indicia comprise viewer input.

**4**. The method of claim **3** further comprising:

monitoring the viewer input over time;

determining viewer behavior based on the viewer input over time; and

generating the resource saving criteria based on the viewer behavior, wherein the viewer input over time is used to learn the viewer behavior from which the resource saving criteria is generated.

**5**. The method of claim **2** wherein the resource saving criteria is based at least in part on preferences defined by the viewer.

**6**. The method of claim **2** wherein the viewing indicia bears on whether the television monitor is on or off.

**7**. The method of claim **1** wherein determining whether the viewer is watching the television monitor comprises determining whether the television is on or off, and initiating the action to conserve resources after detecting that the television monitor is off.

**8**. The method of claim **7** further comprising:

providing power to the television monitor;

monitoring at least one of the power and associated current being provided to the television monitor; and

detecting that the television monitor is off when the at least one of the power and the associated current being provided to the television is indicative of the television monitor being off.

**9**. The method of claim **1** further comprising providing an alert for display on the television monitor in association with initiating the action to conserve resources.

US 8,464,299 B1

9

**10**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to stop delivery of the television content, wherein delivery of the television content is stopped.

**11**. The method of claim **1** wherein initiating the action to conserve resources further comprises providing locally stored content to the television monitor for display to the viewer.

**12**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to reduce a relative quality of the television content, wherein delivery of the television content after reducing the relative quality requires fewer network resources than delivery of the television content prior to reducing the relative quality.

**13**. The method of claim **1** wherein initiating the action to conserve resources comprises sending instructions to the content provider to halt delivery of a video portion of the television content, wherein the television content delivered after sending the instructions does not comprise the video portion.

**14**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on a programming type for a program delivered via the television content.

**15**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on whether the television content is being recorded.

**16**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on viewer preferences.

**17**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on at least one of a time, date, and length of a program delivered via the television content.

**18**. The method of claim **1** wherein determining if the resource conserving process should be activated is based on a program being delivered via the television content.

**19**. An apparatus for conserving resources associated with packet television services comprising:

a first interface adapted to receive television content from a content provider over a packet network;

10

a second interface adapted to provide the television content to a television monitor for display to a viewer; and

a control system associated with the first and second interfaces and adapted to:

determine if a resource conserving process should be activated, wherein the resource conserving process determines if an action to conserve resources associated with transporting the television content over the packet network should be performed;

if the resource conserving process should be activated:

determine whether the viewer is watching the television monitor; and

initiate the action to conserve resources associated with transporting the television content over the packet network upon determining that the viewer is not watching the television monitor;

if the resource conserving process should not be activated:

allow for continued providing of the television content.

**20**. The apparatus of claim **19** further comprising a user interface associated with the control system, which is adapted to determine whether the viewer is watching the television monitor based on viewer activity detected at the user interface.

**21**. The apparatus of claim **19** wherein to determine whether the viewer is watching the television monitor, the control system is further adapted to determine whether the television is on or off, and initiate the action to conserve resources after detecting that the television monitor is off.

**22**. The apparatus of claim **19** further comprising:

an outlet adapted to provide power to the television monitor; and

sensing circuitry adapted to monitor at least one of the power and associated current being provided to the television monitor via the outlet and provide a sensing signal to the control system, wherein the control system is adapted to detect that the television monitor is off when the at least one of the power and the associated current being provided to the television is indicative of the television monitor being off.

\* \* \* \* \*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U.S. Government
   Plaintiff

❏ 3  Federal Question
   *(U.S. Government Not a Party)*

❏ 2  U.S. Government
   Defendant

❏ 4  Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | | 28 USC 157 | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 470 Racketeer Influenced and |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 840 Trademark | Corrupt Organizations |
| Student Loans | ❏ 340 Marine | Injury Product | | | ❏ 480 Consumer Credit |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | Act | ❏ 862 Black Lung (923) | Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | Relations | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 751 Family and Medical | | ❏ 895 Freedom of Information |
| | ❏ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ❏ 790 Other Labor Litigation | | ❏ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ❏ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | ❏ 950 Constitutionality of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1 Original
   Proceeding

❏ 2 Removed from
   State Court

❏ 3 Remanded from
   Appellate Court

❏ 4 Reinstated or
   Reopened

❏ 5 Transferred from
   Another District
   *(specify)*

❏ 6 Multidistrict
   Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**  **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.