# Exhibit 8

# Constellation Technologies LLC

John Garland, President
Constellation Technologies LLC
Legacy Town Center 1
7160 North Dallas Parkway; Suite 250
Plano, TX 75024
613-576-1025
jgarland@ip-rockstar.com

December 12, 2013

BY ELECTRONIC MAIL AND PRIORITY MAIL

John Silverio
Senior Counsel, IP
Time Warner Cable
60 Columbus Circle
New York, NY 10023

Dear Mr. Silverio,

Bell Northern Research and Nortel Networks (the "Nortel Family") were responsible for many of the most important innovations in the telecommunications and cable industry over the last few decades. To put this extraordinary work in context, between 1992 and 2009 the Nortel Family spent over $34 billion on research and development. One of the Nortel Family's largest research centers was in Richardson, Texas, the area in which we are still located. In 2011, a group of some of the most respected high technology companies in world, including Apple, Microsoft, Ericsson, Sony, and Blackberry, stepped in to preserve as much of the Nortel Family's exceptional patent portfolio as possible. This group created Rockstar Consortium to serve as the steward of the portfolio. Constellation Technologies LLC was in turn created by Rockstar to make certain telecommunications/cable service provider inventions available to the public. As a result of the formation of Rockstar and Constellation, engineers and managers who walked the halls of the Nortel Family's research centers now work to make the innovations of the Nortel Family available to the public.

Since Rockstar first reached out to TWC in August 2012, I have attempted multiple times to have discussions with your company in an effort to engage it in meaningful licensing negotiations involving Rockstar's intellectual property. This includes, since March, nearly monthly phone conversations in which I asked you to take TWC's legal obligations under the United States Patent laws seriously and asked you to enter into good faith negotiations. I also left you a number of voice messages and sent numerous emails in an effort to move our licensing discussions forward, but unfortunately, to no avail. In one March 2013 email, I forwarded a presentation illustrating to TWC the large numbers of technologies implicated by Rockstar's patents.

Over the summer months and more recently in our telephone conversation on September 27, 2013, I suggested to you that I could travel to New York to meet with you and any other appropriate TWC staff to discuss options for proceeding with potential strategic IP discussions and to advance licensing negotiations.  I also explained that I am ready and willing to provide further information if TWC deems it helpful or necessary in discussions going forward, provided the appropriate TWC employees sign a standard non-disclosure agreement.  Unfortunately, TWC ignored this proposal as well.

Because of TWC's refusal to participate in meaningful discussions, Constellation was left with no choice but to initiate legal proceedings against TWC in Texas.  We regret that Constellation has been forced to take this step.

Constellation, as the successor to certain telecommunications/cable service provider inventions from the Nortel Family, has a large portfolio of patents that are relevant to the telecommunications and cable industry.  Examples of patents in our portfolio include U.S. Patent Numbers 5,583,862; 5,761,197; 5,850,397; 6,128,649; 6,130,893, 6,321,253, 6,845,389; 6,901,048; 7,154,879; 7,486,615; 8,134,917; 8,464,299.  Constellation believes that TWC has built the fundamental aspects of its business on inventions from the Nortel Family including the aforementioned inventions.

Finally, we note that Nortel made certain commitments to standards setting organizations regarding certain of its patents that are now owned by Constellation.  Those commitments are embodied in public documents that any party can examine by visiting the standards bodies' web sites, such as those of the IEEE, IETF and ITU-T.  If TWC was interested in obtaining a license to those patents consistent with Nortel's commitments, TWC simply needed to identify the standards and the patents it desired to license, and what services it sought to license under those patents.  We then could have prepared a listing of information that we would need (for example, the revenue and profit margins on those services), so that we could make a licensing proposal as to those patents we own.  TWC refused to even take this step.

We sincerely hoped that TWC would have reconsidered its refusal to engage in licensing discussions with us.  We ask again that TWC address its unlawful activity with regards to standards and agree within the next 15 days to provide the requested information.  Furthermore, if TWC is ever interested in seriously engaging in licensing discussions for all or part of Constellation's portfolio, please do not hesitate to contact me.

Sincerely,

John Garland
President
Constellation Technologies LLC