# Exhibit 9



HOME    ABOUT    INNOVATION    PRIVACY POLICY    SALES    PEOPLE    



> CORPORATE LEADERS

BUSINESS LEADERS

## Contact

**Canada**
515 Legget Drive, Suite 300
Ottawa, Ontario
K2K 3G4
613-576-1000

**US**
Legacy Town Center 1
7160 North Dallas Parkway
Suite No. 250
Plano, TX 75024
469-304-5066

info@ip-rockstar.com

## Career opportunities

Have a passion for innovation and technology? There could be a place for you at Rockstar. Join our staff of engineering and legal professionals.

Contact us today at careers@ip-rockstar.com

# Corporate Leaders

### John Veschi, CEO

John has been Rockstar's CEO since its founding in 2011. His leadership, engineering and patent experience span more than three decades and cover all aspects of IP. John built and led the core of the Rockstar team while serving as Nortel Networks' Chief Intellectual Property Officer, where he was instrumental in the historic $4.5B sale.

### Gillian McColgan, CTO



Gillian McColgan is the CTO (Chief Technology Officer) of Rockstar. She possesses a deep understanding of how business can build and leverage a sustainable competitive advantage to create thriving revenue. In Gillian's 25 years of service at Nortel Networks, she performed skillfully at all levels of engineering management, including strategic direction, financial and project development.

### Hinta Chambers, CFO



Hinta Chambers is the CFO (Chief Financial Officer) of Rockstar. With more than 16 years of experience in Finance and other corporate functions including Marketing and Compliance, Hinta drives operational excellence at Rockstar.

### Ross Morgan, Financial Consultant

Ross Morgan is a Financial Consultant to Rockstar. He is a CPA with more than 25 years of corporate accounting experience split between executive management in the technology industry and public accounting with Ernst & Young.





### Chad Hilyard, Chief IP Counsel

Chad Hilyard is the Chief IP Counsel of Rockstar. He has over 17 years of intellectual property law experience, with significant expertise in a range of intellectual property business areas, including licensing, litigation, sales, offensive patent assertions, portfolio development and management, and intellectual property counseling.



### Michael Dunleavy, Chief Corporate Counsel

Michael Dunleavy acts as the Chief Corporate Counsel to Rockstar. He is a partner of LaBarge Weinstein LLP, an Ottawa-based law firm specializing in work with technology companies and their investors.



---

Rockstar | Patent licensing and patent sales

HOME | ABOUT | INNOVATION | PRIVACY POLICY | SALES | PEOPLE

