# Exhibit 13

# Dustin Guzior

| | |
|---|---|
| **From:** | Supko, Mark <MSupko@crowell.com> |
| **Sent:** | Tuesday, October 07, 2014 1:14 PM |
| **To:** | Dustin Guzior |
| **Cc:** | Jonas McDavit |
| **Subject:** | RE: TWC Subpoena to NNI |

Dustin,

I'd prefer to talk tomorrow morning to give me a chance to go through the correspondence, since I learned that we'd be stepping in only yesterday afternoon.  Any time before noon should work.

Regards,
Mark

Mark M. Supko
msupko@crowell.com
Direct 1.202.624.2734 | Mobile: 1.703.980.4695

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

========================================================

**From:** Dustin Guzior [mailto:DGuzior@desmaraisllp.com]
**Sent:** Tuesday, October 07, 2014 1:03 PM
**To:** Supko, Mark
**Cc:** Jonas McDavit
**Subject:** TWC Subpoena to NNI


Mark,

Inna Rozenberg called this morning and informed me that you and your firm would be handling NNI's response to TWC's subpoena for documents going forward.  Conversations between TWC and NNI concerning the scope of NNI's response have occurred over several months, and they are at a fairly advanced stage.  My latest letter to Ms. Rozenberg summarizes where the parties stand.  I assume that letter has been forwarded to you, but I attach a courtesy copy in case you do not have it.

I had some questions concerning the scope of the relief that NNI seeks from the bankruptcy court.  The scope of the relief that you seek from the bankruptcy court has consequences that NNI might not realize, and I wanted to make sure that those consequences are intended.  For example, if the Bankruptcy Court granted the order that NNI proposes, TWC would be barred from deposing *every* inventor of all six patents-in-suit.  It also does not contain any proposal on for how long the stay should be in place

I was going to inquire of Ms. Rozenberg, but given that you are taking over I thought it more appropriate to inquire of you. Might we speak briefly today?

Thanks,

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.