# Exhibit 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONSTELLATION TECHNOLOGIES LLC,<br><br>    *Plaintiff*<br><br>vs.<br><br>TIME WARNER CABLE INC. and TIME WARNER CABLE ENTERPRISES LLC,<br><br>    *Defendants* | Civil Action No. 2:13-CV-1079-RSP<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

**CONSTELLATION'S DISCLOSURE
OF THE MOST SIGNIFICANT EMAIL CUSTODIANS**

Pursuant to the ESI Order (Dkt. 123), Plaintiff Constellation Technologies LLC makes the following disclosure of the most significant email custodians in view of the pleaded claims and defenses, infringement contentions and accompanying documents pursuant to P.R. 3-1 and 3-2, invalidity contentions and accompanying documents pursuant to P.R. 3-3 and 3-4, and preliminary information relevant to damages. Plaintiff believes this to be a complete list of significant e-mail custodians, however, should other custodians be identified, Plaintiff will supplement this list. Plaintiff also notes that for many of the listed custodians, many of their documents are likely to be privileged, but in order to fully comply with the Court's Order they are nonetheless listed below.

| Email Custodian | Specific Identification |
|---|---|
| Hinta Chambers | May have information regarding auction of Nortel's patent portfolio. |
| Chris Cianciolo | May have information regarding auction of Nortel's patent portfolio and Constellation's patents asserted against TWC. |

3143631

| Email Custodian | Specific Identification |
|---|---|
| Derek de Laat | May have information regarding business analytics that may be relevant to damages. |
| John Garland | May have information regarding Constellation's business activities, technologies, patents, and licensing activities. |
| Alfi Guindi | May have information regarding Constellation's asserted patents and licensing activities. |
| Mark Hearn | May have information regarding auction of Nortel's patent portfolio. |
| Chad Hilyard | May have information regarding Constellation's asserted patents and licensing activities. |
| Bill Junkin | May have information regarding Nortel's preparation and analysis related to the auction of Nortel's patent portfolio. |
| Gillian McColgan | May have information regarding Constellation's business activities, technologies, patents, and licensing activities, as well as Nortel's previous business activities, technologies, patents, licensing activities, and the auction of Nortel's patent portfolio. |
| Scott Ouellette | May have information regarding Constellation's patents asserted against TWC. |
| Don Powers | May have information regarding Nortel's previous business activities, technologies, patents, and licenses. |
| David Smith | May have information regarding monetization of patents. |
| Bernie Tiegerman | May have information regarding Constellation's asserted patents, as well as Nortel's previous patent-related activities, policies, and procedures. |
| Matthew Vella | May have information regarding Nortel's attempts to monetize the patent-in-suit; Nortel's previous business activities, technologies, patents, and licensing activities. |
| John Veschi | May have information regarding Constellation's business activities, patents, and licensing activities, as well as Nortel's previous business activities, technologies, patents, acquisitions, and licensing activities, and the auction of Nortel's patent portfolio. |

Dated: October 2, 2014

Respectfully submitted,

    */s/ Thomas C. Werner*

Harry L. Gillam, Jr.
TX State Bar No. 07921800
gil@gillamsmithlaw.com

3143631

- 2 -

**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, TX 75670
T – 903-934-8450
F – 903-934-9257

Jason G. Sheasby
CA State Bar No. 205455
jsheasby@irell.com
Benjamin W. Hattenbach
CA State Bar No. 186455
bhattenbach@irell.com
Ellisen Shelton Turner
CA State Bar No. 224842
eturner@irell.com
Thomas C. Werner
CA State Bar No. 223792
twerner@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
T – 310-203-7937
F – 310-203-7199

**ATTORNEYS FOR PLAINTIFF**
**CONSTELLATION TECHNOLOGIES LLC**