# Exhibit 17

**Dustin Guzior**

| | |
|---|---|
| **From:** | Dustin Guzior |
| **Sent:** | Friday, October 03, 2014 11:55 AM |
| **To:** | Jacob.Pultman@AllenOvery.com |
| **Cc:** | Elaine.Johnston@AllenOvery.com |
| **Subject:** | Re: Nortel's DOJ Filings - Constellation Technologies LLC v. Time Warner |

Jay,

Thanks for speaking briefly this morning.

I understand that your client is in the process of creating a redacted set of the HSR and other documents submitted to DOJ in the course of the DOJ's investigations of Rockstar. We obviously would prefer not to send a subpoena to your firm and go through the motion to compel process. That said, we consider those documents important. By the end of next week, please let me know:

1.  A date by which you could produce the redacted set; and

2. Whether your client will agree that we can identify redacted material that we want to view, and then contact interested parties to see if they will agree to have the redacted material produced under our PO as outside counsel only.

On (2), if your position is that you will not do that absent compulsory process, and we can get only redacted documents, we really have no choice but to use compulsory process. If that is the path we need to take, we will include these doc requests in our letters rogatory to NNL and push back on NNI, but ultimately we might need to subpoena A&O.

I look forward to hearing from you next week,

Dustin F. Guzior
Desmarais LLP
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622
Dguzior@desmaraisllp.com

*Message sent from iPhone. Please excuse any typos, generally courtesy of Apple Inc.'s autocorrect (especially "our" to "out").


On Oct 1, 2014, at 7:21 PM, Dustin Guzior <DGuzior@desmaraisllp.com> wrote:

> Elaine and Jay,
>
> When we spoke a week ago, you agreed to get back to me on whether your firm will produce the set of material that Nortel submitted to and received from the DOJ in connection with the DOJ's investigation of Rockstar (the patent acquisition and post-acquisition conduct, to the extent