# Exhibit 21

# Dustin Guzior

| | |
|---|---|
| **From:** | Dustin Guzior |
| **Sent:** | Saturday, September 06, 2014 10:55 PM |
| **To:** | Rozenberg, Inna |
| **Cc:** | Herrington, David H.; McCown, Alexandra S.; Jonas McDavit |
| **Subject:** | Re: Constellation v. TWC - Subpoena to NNI |

Inna,

I would be happy to have a call on September 15 at 11am ET. In advance of that call, it would be helpful to have your proposed search protocol. Based on our last call, I expected to receive a list of custodians and search terms (responsiveness and privilege) before our next call. Please let me know if that plan has changed. I can suggest responsiveness search terms, but I am not in the best position to suggest custodians and privilege search terms in the first instance. Would it be helpful for me to send some responsiveness search terms by mid-next week? In order to have a productive call, we should know where each of us stands on the search protocol (proposals and counters) before the call.

With respect to the second paragraph of your email, I ask once again that you not leap to conclusions about my motives. I am not "litigation posturing" or unreasonably taking "positions on the conduct of Rockstar." I am trying to get necessary documents from NNI efficiently. Conversations about Rockstar are inevitable as they are part of the specific confidentiality review that is delaying NNI's production. As that is reality, I cannot promise that Rockstar's conduct will not come up again in the course of our conversations. On our last call, you could not identify any party but Rockstar that was reviewing the remaining 19 "priority" trial exhibits for production to us. If you have thought of other parties that are reviewing those specific documents, please let me know.

On our next call, I also would like to hear your position on why the Confidentiality section of the Asset Sale Agreement does not provide an avenue for NNI to produce the requested material to TWC, regardless of the bankruptcy court order that is specifically for the bankruptcy proceedings. On our next call, please also be prepared to address all topics in my e-mail of September 3, which we agreed to discuss on our next call. I will need NNI's final position on those topics so that we can seek assistance from the Court in MDNC if necessary.

Have a nice weekend,

Dustin F. Guzior
Desmarais LLP
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622
Dguzior@desmaraisllp.com

On Sep 6, 2014, at 9:40 PM, "Rozenberg, Inna" <irozenberg@cgsh.com> wrote:

> Dustin,
>
> While we do not agree that categories (b) and (c) represent a "set of specific documents," we are willing to work on our end to try to determine whether we could propose to you