# Exhibit 22

# Dustin Guzior

| | |
|---|---|
| **From:** | McCown, Alexandra S. <amccown@cgsh.com> |
| **Sent:** | Thursday, September 11, 2014 10:57 PM |
| **To:** | Dustin Guzior; Rozenberg, Inna |
| **Cc:** | Herrington, David H.; Jonas McDavit |
| **Subject:** | RE: Constellation v. TWC - Subpoena to NNI |

Dustin,

Inna is out of the office today and tomorrow, but the counsel for Rockstar who have been participating in the confidentiality review process are Tom Werner, Ellisen Turner, and James Milkey at Irell & Manella.

Best,
Alix

_____
Alexandra S. McCown
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mbosco@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2759 | f: +1 212 225 3999
www.clearygottlieb.com | amccown@cgsh.com

---

**From:** Dustin Guzior [mailto:DGuzior@desmaraisllp.com]
**Sent:** Thursday, September 11, 2014 4:54 PM
**To:** Rozenberg, Inna
**Cc:** Herrington, David H.; McCown, Alexandra S.; Jonas McDavit
**Subject:** RE: Constellation v. TWC - Subpoena to NNI


Inna,

I spoke with Peter Ayers (counsel to Rockstar Bidco LP, Rockstar Bidco GP LLC, and Rockstar Consortium LLC, the GP that controls Rockstar Consortium US LP). He did not understand Rockstar to be engaged in a review of any trial exhibits from the Nortel proceedings. Can you please provide me with your attorney contact at Rockstar so I can discuss the process? I am trying to work through issues with those entities, now that they have surfaced, so that we minimize the burden on you and your client. I assume that if Rockstar waived confidentiality objections with respect to the trial exhibits and dep transcripts, that would make your like substantially easier in terms of producing that material to us quickly. Is that correct?

Thanks,

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622