# Exhibit 24

## Dustin Guzior

**From:** Dustin Guzior
**Sent:** Friday, September 26, 2014 9:09 PM
**To:** Rozenberg, Inna
**Cc:** McCown, Alexandra S.; Jonas McDavit
**Subject:** Re: Motion re Third Party Subpoenas

Inna,

Can you please let me know your position on whether the 7026-1 certification is accurate in light of the conversation we had today? I explained to you when you called me prior to filing this motion that we were discussing whether your proposal was acceptable and working diligently to formulate thoughtful technology search terms along the lines that you requested on our call earlier this week.

I am struck by how much of the motion has nothing to do with what we have requested of NNI and the negotiations in which we have engaged. Google's counsel might be making the unreasonable demands that you describe, but those descriptions don't comport with where we are in our negotiations.

Is it really appropriate to move forward with this motion before seeing our counterproposal and giving us your thoughts? The custodians that we were talking about had nothing to do with "Iron Mountain" or extraordinary hard copy collections.

We are considering simply moving to dismiss under 7026-1.

Let me know your thoughts.

Dustin F. Guzior
Desmarais LLP
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622
Dguzior@desmaraisllp.com

*Message sent from iPhone. Please excuse any typos, generally courtesy of Apple Inc.'s autocorrect (especially "our" to "out").

On Sep 26, 2014, at 5:29 PM, Rozenberg, Inna <irozenberg@cgsh.com> wrote:

> Dustin,
>
> As discussed earlier today, I am emailing to you as a courtesy a copy of the motion NNI filed today in the Delaware bankruptcy court.
>
> Regards,
> Inna Rozenberg

_____
Inna Rozenberg

Cleary Gottlieb Steen & Hamilton LLP
Assistant: jclarke@cgsh.com, jkiefer@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2972 | f: +1 212 225 3999
www.clearygottlieb.com | irozenberg@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

<Nortel_Stay Motion and Order.pdf>