# Exhibit 25

# Dustin Guzior

| | |
|---|---|
| **From:** | Dustin Guzior |
| **Sent:** | Thursday, August 21, 2014 9:59 PM |
| **To:** | Rozenberg, Inna |
| **Cc:** | Herrington, David H.; McCown, Alexandra S. |
| **Subject:** | Re: Constellation v. TWC - Subpoena to NNI |

Inna,

Thank you for the response.

As I understand your email, Nortel will not be producing any documents other than the trial exhibits that it has already committed to produce. The one exception is the five unredacted deposition transcripts, which Nortel will produce only if TWC reimburses it for all fees and costs incurred in responding to the subpoena. Please let me know if I have misunderstood your position.

I also appreciate your confirmation that on our call we discussed your concern that NNI could incur liability by producing material due to statements from Rockstar and Constellation. I do not believe that we discussed that your concern arose only from formal objections, but I accept that clarification and the basic point still stands with it.

Please confirm my understanding above as soon as possible so we can consider the best path forward with our client.

Dustin F. Guzior
Desmarais LLP
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622
[Dguzior@desmaraisllp.com](mailto:Dguzior@desmaraisllp.com)

On Aug 21, 2014, at 9:31 PM, "Rozenberg, Inna" <[irozenberg@cgsh.com](mailto:irozenberg@cgsh.com)> wrote:

> Dear Dustin,
>
> With respect to deposition transcripts, NNI can agree to produce the undesignated portions of the deposition transcripts of Veschi, McColgan, Lee, Riedel, and Cianciolo, following a review for redactions to be undertaken with Rockstar and other affected parties, but only on the condition that: (a) TWC will not seek from NNI the production of any other deposition transcripts or portions thereof, and (b) TWC will reimburse NNI for any costs it has incurred in responding to TWC's subpoena, from the time that such subpoena was served until the conclusion of the litigation between Constellation and TWC.
>
> With respect to the documents you request in items 2-5 in your email below, we would refer you to NNI's Objections to TWC's Subpoena, dated July 14, 2014. Among other objections, items 4-5 are covered by General Objection #9 in that the request seeks documents that can be provided to TWC from Constellation and/or Rockstar. Furthermore, documents concerning the subject matter of items 2-3 might be covered by our response to document request no. 49, which seeks production of trial exhibits from the

allocation litigation. Until the production of such exhibits is complete, we think it is premature for you to be making any further such requests.

Your request for the schedules, exhibits, and attachments to the Asset Sale Agreement is duplicative of your document requests nos. 2-3. We refer you to our objections to such requests, and to our General Objections #4 and #5, which explain that in the objections to the Subpoena served by Constellation and Rockstar, they have reserved the right to seek all available remedies, including disqualification of counsel and damages, to the extent any of their confidential or privileged information is produced or obtained. That, and nothing else, is what I was referring to during our call when I raised the issue of NNI's potential liability for production of these materials. I do not otherwise agree with how you have characterized our conversation on this point, nor do I endorse the other statements you make in the second paragraph of your email below.

Sincerely,
Inna Rozenberg

Inna Rozenberg
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jclarke@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2972 | f: +1 212 225 3999
www.clearygottlieb.com | irozenberg@cgsh.com

On Aug 20, 2014, at 8:02 PM, "Dustin Guzior" <DGuzior@desmaraisllp.com> wrote:

> Inna,
>
> I write to follow up on our August 14 call. Please let me know NNI's position with respect to the following documents: (1) unredacted deposition transcripts (prioritizing Veschi, McColgan, Lee, Riedel, and Cianciolo); (2) documents related to Nortel's internal valuation of the residual IP (including material exchanged with Global IP and Veschi and McColgan's internal reports); (3) documents related to Nortel's consideration of Google's stalking horse bid and bids made prior to Google's $900 million offer; (4) the material that Nortel made available to qualified bidders prior to the auction of the residual IP; and (5) documents concerning Nortel's licensing commitments to standards development organizations and other encumbrances on the residual IP.
>
> With respect to my request for the schedules, exhibits, and attachments to the Asset Sale Agreement, when we spoke on August 14 you expressed that NNI would not produce those documents and you expressed concern that producing those – and other – documents could potentially lead to action against NNI by Constellation and/or Rockstar. While we understand your concerns from Constellation and Rockstar's threats to seek sanctions and other remedies against producing parties, we believe that Constellation and Rockstar are improperly discouraging third parties from complying with document requests, especially because the protective order in our case allows

2

parties to designate documents attorneys' eyes only and contains a standard clawback provision.  Please confirm that NNI will not produce the requested documents.

Dustin

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622

---

**From:** Rozenberg, Inna [mailto:irozenberg@cgsh.com]
**Sent:** Thursday, August 14, 2014 12:56 PM
**To:** Dustin Guzior
**Subject:** RE: Constellation v. TWC - Subpoena to NNI

ok

_____
Inna Rozenberg
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jclarke@cgsh.com, jkiefer@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2972 | f: +1 212 225 3999
www.clearygottlieb.com | irozenberg@cgsh.com

---

**From:** Dustin Guzior [mailto:DGuzior@desmaraisllp.com]
**Sent:** Thursday, August 14, 2014 12:55 PM
**To:** Rozenberg, Inna
**Subject:** RE: Constellation v. TWC - Subpoena to NNI

Yes, thanks.  I will call your office if that's ok.

Dustin F. Guzior
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
O: (212) 808-2944
M: (347) 924-3622

---

**From:** Rozenberg, Inna [mailto:irozenberg@cgsh.com]
**Sent:** Thursday, August 14, 2014 12:54 PM
**To:** Dustin Guzior
**Subject:** RE: Constellation v. TWC - Subpoena to NNI

4:30 then if that's ok.

_____
Inna Rozenberg
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jclarke@cgsh.com, jkiefer@cgsh.com

3