## **CERTIFICATE OF SERVICE**

I, Ian Connor Bifferato, do hereby certify that on this 14th day of October, 2014, a copy of the foregoing *OBJECTIONS TO NORTEL'S MOTION FOR RELIEF UNDER SECTION 105(a) BY ARRIS GROUP, INC.* was caused to be served on the following parties as follows via CMECF and U.S. Mail:

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Lisa M. Schweitzer<br>David H. Herrington<br>Inna Rozenberg<br>One Liberty Plaza<br>New York, NY 10006 | CROWELL & MORING LLP<br>Mark D. Plevin<br>Mark S. Supko<br>James J. Regan<br>Matthew W. Cheney<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| MORRIS, NICHOLS, ARHST & TUNNEL LLP<br>Derek C. Abbott<br>Ann C. Cordo<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Jennifer R. Hoover<br>Michael J. Barrie<br>222 Delaware Ave, Suite 801<br>Wilmington, DE 19801 |
| Office of the U.S. Trustee<br>Mark S. Kenney<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | |

                                           */s/ Ian Connor Bifferato*
                                           Ian Connor Bifferato (No. 3273)